# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.  2:08-md-01968

THIS DOCUMENT RELATES TO ALL CASES

## SCHEDULE A

Middle District of Florida

*Elwood Bull, et al. v. Actavis Group hf, et al*., (formerly C.A. No. 2:08-396)
S.D. W. Va. C.A. No. 2-08-01002

Eastern District of Louisiana

*Ruby I. Thrasher v. Actavis Group hf, et al*., (formerly C.A. No. 2:08-3167)
S.D. W. Va. C.A. No. 2-08-01007
*Robert M. Becnel, et al. v. Actavis Group hf, et al.*, (formerly C.A. No. 2:08-3431)
S.D. W. Va. C.A. No. 2-08-01009

Western District of Missouri

*Bobby White v. Actavis Totowa, LLC, et al*., (formerly C.A. No. 4:08-320)
 S.D. W. Va. C.A. No. 2-08-00999

District of New Jersey

*Kevin Clark, et al. v. Actavis Group hf, et al*., C.A. No. 2:08-2293 (number to be assigned)

Northern District of Ohio

*Joseph J. Novak v. Mylan Pharmaceuticals, Inc., et al.,* (formerly C.A. No. 1:08-1119)
 S.D. W. Va. C.A. No. 2-08-00997

*Lonette Stanley v. Actavis Group hf, et al.*, (formerly C.A. No. 3:08-1321
 S.D. W. Va. C.A. No. 2-08-00998

<u>Southern District of Ohio</u>

*James Heinzman v. Actavis Group hf, et al.,* (formerly C.A. No. 2:08-480)
S. D. W. Va. C.A. No. 2-08-01003

<u>Southern District of West Virginia - Parkersburg Division</u>

*Supinski v. Actavis Totowa, LLC, et al.*, C.A. No. 6-08-00899
*Linen v. Actavis Totowa, LLC et al.,* C.A. No.6:08-00914
*Wineka v. Mylan Pharmaceuticals, Inc. et al.,* C.A. No. 6:08-00971
*Marsh v. Mylan Pharmaceuticals, Inc. et al.,* C.A. No.6:08-00972
*Wolford v. Mylan Pharmaceuticals, Inc. et al.*, C.A. No. 6:08-00973
*Seroke v. Mylan Pharmaceuticals, Inc. et al.*, C.A. No. 6:08-00974