IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

THIS DOCUMENT RELATES TO ALL CASES

**SCHEDULE B**

| Last Name | First Name | Middle Name | Generation | Law Firm | Address | Phone Number | Fax Number | Email Address | Representing/ Case Number |
|---|---|---|---|---|---|---|---|---|---|
| Arnold | James | S. | | ALLEN GUTHRIE MCHUGH & THOMAS | P. O. Box 3394 Charleston , WV 25333-3395 | 304-345-7250 | 304-345-9941 | jsarnold@agmtlaw.com | Mylan Pharmaceuticals, Inc.; Actavis Totowa, LLC; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc.(6:08-cv-00899, 6:08-cv-00914, 6:08-cv-00971, 6:08-cv-00972, 6:08-cv-00973, 6:08-cv-00974) |
| Bailey | K. | Camp | | BAILEY PERRIN BAILEY | 440 Louisiana Street Suite 2100 Houston, TX 77002-4206 | 713-425-7100 | 713-425-7101 | cbailey@bpblaw.com | Joe Supinski (6:08-cv-00899) |
| Becnel | Daniel | E. | Jr. | BECNEL LAW FIRM | 106 West Seventh Street P.O. Drawer H Reserve, LA 70084 | 985-536-1186 | 985-536-6445 | dbecnel@becnellaw.com | Lonette Stanley (2:08-cv-00998), Ruby I. Thrasher (2:08-cv-01007) |
| Betts | Rebecca | A. | | ALLEN GUTHRIE MCHUGH & THOMAS | P. O. Box 3394 Charleston , WV 25333-3396 | 304-345-7250 | 304-345-9941 | rabetts@agmtlaw.com | Mylan Pharmaceuticals, Inc.; Actavis Totowa, LLC; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc.(6:08-cv-00899, 6:08-cv-00914, 6:08-cv-00971, 6:08-cv-00972, 6:08-cv-00973, 6:08-cv-00974) |
| Bevis | E. | Alexis | | LAMBERT & NELSON | 701 Magazine Street New Orleans, LA 70130-3629 | 504-581-1750 | 504-529-2931 | alexis@lambertandnelson.com | Lonette Stanley (2:08-cv-00998), Ruby I. Thrasher (2:08-cv-01007) |
| Brown | Kathy | A. | | WEXLER TORISEVA WALLACE | 1446 National Road Wheeling, WV 26003 | 304-238-0066 | 304-238-0149 | kab@wtwlaw.com | Leona Linen & Reverend Eugene Linen, Jr. (6:08-cv-00914); Iris Wineka (6:08-cv-00971); Osborne Marsh (6:08-cv-00972); Betty Wolford (6:08-cv-00973); Leo Seroke (6:08-cv-00974) |
| Chmielewski | Dawn | M. | | CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI | Suite 1000 1220 Huron Road Cleveland, OH 44115 | 216-621-8484 | 216-771-1632 | dxchmi@climacolaw.com | Joseph J. Novak (2:08-cv-00997), Lonette Stanley (2:08-cv-00998), James Heinzman (2:08-cv-01003) |
| Clevenger | Nicholas | S. | | PETERSON & ASSOCIATES | 801 West 47th Street Suite 107 Kansas City, MO 64112-1253 | 816-531-4440 | 816-531-0660 | nsc@petersonlawfirm.com | Bobby White (2:08-cv-00999) |
| Climaco | John | R. | | CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI | Suite 1950 55 Public Square Cleveland, Oh 44113 | 216-621-8484 | 216-771-1632 | jrclim@climacolaw.com | Joseph J. Novak (2:08-cv-00997), Lonette Stanley (2:08-cv-00998), James Heinzman (2:08-cv-01003) |
| Dean | Richard | A. | | TUCKER ELLIS & WEST | 1150 Huntington Building 925 Euclid Avenue Cleveland, OH 44115 | 216-592-5000 | 216-592-5009 | richard.dean@tuckerellis.com | Actavis Totowa LLC; Mylan, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc. (2:08-cv-00997, 2:08-cv-00998, 2:08-cv-01003) |
| Frankovitch | Carl | N. | | FRANKOVITCH ANETAKIS COLANTONIO & SIMON | 337 Penco Road Weirton , WV 26062 | 304-723-4400 | 304-723-5892 | carln@facslaw.com | Joe Supinski (6:08-cv-00899) |
| Gerecke | Edward | W. | | CARLTON FIELDS, PA | 4221 W Boy Scout Blvd - Suite 1000 P.O. Box 3239 Tampa , FL 33601-3239 | 813-223-7000 | 813-229-4133 | egerecke@carltonfields.com | Actavis Totowa, LLC (2:08-cv-01002) |

SCHEDULE B

| Last Name | First Name | Middle Name | Generation | Law Firm | Address | Phone Number | Fax Number | Email Address | Representing/Case Number |
|---|---|---|---|---|---|---|---|---|---|
| Howard | Christine | C. | | PETERSON & ASSOCIATES | 801 West 47th Street Suite 107 Kansas City, MO 64112-1253 | 816-531-4440 | 816-531-0660 | cch@petersonlawfirm.com | Bobby White (2:08-cv-00999) |
| Irwin | James | B. | V. | IRWIN FRITCHIE URQUHART & MOORE | Suite 2700 401 Poydras Street New Orleans, LA 70130 | 504-310-2100 | 504-310-2101 | jirwin@irwinllc.com | Actavis Totowa, LLC; Mylan Pharmaceuticals, Inc.; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc. (2:08-cv-01007, 2:08-cv-01009) |
| Kalish | D. | Scott | | | 405 Western Reserve Bldg. 1468 West Ninth Street Cleveland, OH 44113 | 216-502-0570 | 216-502-0569 | scottkalishcollc@cs.com | Joseph J. Novak (2:08-cv-00997) |
| Lambert | Hugh | P. | | LAMBERT & NELSON | 702 Magazine Street New Orleans, LA 70130 | 504-581-1750 | 504-529-2931 | hlambert@lambertandnelson.co | Lonette Stanley (2:08-cv-00998), Ruby I. Thrasher (2:08-cv-01007) |
| Levin | Arnold | | | LEVIN FISHBEIN SEDRAN & BERMAN | 510 Walnut Street Suite 500 Philadelphia, PA 19106 | 215-592-1500 | 215-592-4663 | alevin@lfsblaw.com | Kevin Clark (case number unavailable) |
| Malkinson | John | R. | | MALKINSON & HALPERN PC | 223 West Jackson Boulevard Suite 1010 Chicago, IL 60606 | 312-427-9600 | 312-427-9629 | mhpc@aol.com | Willie Mae Wilburn (case number unavailable) |
| Mathews | David | T. | | PETERSON & ASSOCIATES | 801 West 47th Street Suite 107 Kansas City, MO 64112-1253 | 816-531-4440 | 816-531-0660 | dtm@petersonlawfirm.com | Bobby White (2:08-cv-00999) |
| Moore | Douglas | J. | | IRWIN FRITCHIE URQUHART & MOORE | Suite 2700 400 Poydras Street New Orleans, LA 70130 | 504-310-2100 | 504-310-2101 | dmoore@irwinllc.com | Actavis Totowa, LLC; Mylan Pharmaceuticals, Inc.; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc. (2:08-cv-01007, 2:08-cv-01009) |
| Moreland | Matthew | B. | | BECNEL LAW FIRM | 106 West Seventh Street P.O. Drawer H Reserve, LA 70084 | 985-536-1186 | 985-536-6445 | mmoreland@becnellaw.com | Lonette Stanley (2:08-cv-00998), Ruby I. Thrasher (2:08-cv-01007) |
| Moriarty | Matthew | P. | | TUCKER ELLIS & WEST | 1150 Huntington Building 925 Euclid Avenue Cleveland, OH 44115 Charleston, WV 25330-2833 | 216-592-5000 | 216-592-5009 | matthew.moriarty@tuckerellis.c | Actavis Totowa LLC; Mylan, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc. (2:08-cv-00997, 2:08-cv-00998, 2:08-cv-01003) |
| Nelson | Linda | J. | | LAMBERT & NELSON | 702 Magazine Street New Orleans, LA 70130 | 504-581-1750 | 504-529-2931 | lnelson@lambertandnelson.com | Lonette Stanley (2:08-cv-00998), Ruby I. Thrasher (2:08-cv-01007) |
| Parker | Jerrold | S. | | PARKER & WAICHMAN | 111 Great Neck Road Great Neck, NY 11021-5042 | 516-466-6500 | 516-466-6665 | | Lonette Stanley (2:08-cv-00998) |
| Penton | Ronnie | Glynn | | LAW OFFICES OF RONNIE G. PENTON | 209 Hoppen Place Bogalusa, LA 70427 | 985-732-5651 | 965-735-5579 | rgp@rgplaw.com | Lonette Stanley (2:08-cv-00998), Ruby I. Thrasher (2:08-cv-01007) |
| Peterson | David | M. | | PETERSON & ASSOCIATES | Park Plaza Building 801 W. 47th Street Suite 107 Kansas City, MO 64112-1253 | 816-531-4440 | 816-531-0660 | dmp@petersonlawfirm.com | Bobby White (2:08-cv-00999) |

SCHEDULE B

| Last Name | First Name | Middle Name | Generation | Law Firm | Address | Phone Number | Fax Number | Email Address | Representing/ Case Number |
|---|---|---|---|---|---|---|---|---|---|
| Piscitelli | Frank | E. | Jr. | LAW OFFICES OF FRANK | Suite 1950<br>55 Public Square<br>Cleveland, OH 44113 | 216-931-7000 | 216-931-9925 | frank@piscitellilaw.com | Joseph J. Novak (2:08-cv-00997), Lonette Stanley (2:08-cv-00998) |
| Scott | Carmen | | | MOTLEY RICE | P. O. Box 1792<br>Mt. Pleasant, SC 29465 | 843-216-9000 | 843-216-9450 | cscott@motleyrice.com | Leona Linen & Reverend Eugene Linen, Jr. (6:08-cv-00914) |
| Simpkins | Scott | D. | | CLIMACO LEFKOWITZ PECA WILCOX & GAROFOLI | Ste. 1950<br>55 Public Square<br>Cleveland, OH 44113 | 216-621-8484 | 216-771-1632 | sdsimp@climacolaw.com | Joseph J. Novak (2:08-cv-00997), Lonette Stanley (2:08-cv-00998) |
| Smith | Thomas | J. | | KIRKPATRICK & LOCKHART | 1500 Oliver Building<br>Pittsburgh, PA 15222-2312 | 412-355-6500 | | thomas.smith@klgates.com | Lonette Stanley (2:08-cv-00998) |
| Thomas | David | B. | | ALLEN GUTHRIE MCHUGH & THOMAS | P. O. Box 3394<br>Charleston, WV 25333-3394 | 304-345-7250 | 304-345-9941 | dbthomas@agmtlaw.com | Mylan Pharmaceuticals, Inc.; Actavis Totowa, LLC; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc.(6:08-cv-00899, 6:08-cv-00914, 6:08-cv-00971, 6:08-cv-00972, 6:08-cv-00973, 6:08-cv-00974) |
| Thompson | Fred | | III. | MOTLEY RICE | P. O. Box 1792<br>Mt. Pleasant, SC 29466 | 843-216-9000 | 843-216-9450 | fthompson@motleyrice.com | Leona Linen & Reverend Eugene Linen, Jr. (6:08-cv-00914) |
| Toriseva | Teresa | C. | | WEXLER TORISEVA WALLACE | 1446 National Road<br>Wheeling, WV 26003 | 304-238-0066 | 304-233-0149 | asb@wtwlaw.com | Joe Supinski (6:08-cv-00899); Leona Linen & Reverend Eugene Linen, Jr. (6:08-cv-00914); Iris Wineka (6:08-cv-00971); Osborne Marsh (6:08-cv-00972); Betty Wolford (6:08-cv-00973); Leo Seroke (6:08-cv-00974) |
| Weinstein | Scott | Wm. | | MORGAN & MORGAN | 12800 University Dr.<br>Suite 600<br>P.O. Box 9504<br>Ft Myers, FL 33906 | 239-433-6880 | 239-433-6836 | sweinstein@forthepeople.com | Elwood Bull & Robert Blue (2:08-cv-01002) |
| Williams | Kyrette | Orian | | IRWIN FRITCHIE URQUHART & MOORE | Suite 2700<br>400 Poydras Street<br>New Orleans, LA 70130 | 504-310-2100 | 504-310-2101 | owilliams@irwinllc.com | Actavis Totowa, LLC; Mylan Pharmaceuticals, Inc.; Mylan Bertek Pharmaceuticals, Inc.; UDL Laboratories, Inc. (2:08-cv-01007, 2:08-cv-01009) |
| Zink | Diane | K. | | BECNEL LAW FIRM | Suite B<br>425 West Airline Highway<br>LaPlace, LA 70068 | 985-651-6101 | 985-651-6104 | zinbec@aol.com | Robert M. Becnel, Susan B. Williams, Edna V. Becnel (2:08-cv-01009) |

SCHEDULE B