Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION     MDL No. 1968

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ENTERED

SEP - 8 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION         MDL No. 1968

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 08-616 | Doris Hughes v. Actavis Totowa, LLC, et al. |
| **ALABAMA NORTHERN** | |
| ALN 2 08-1271 | Bobbie Dyal, et al. v. Actavis Group hf, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 5 08-892 | Richard Platzner, et al. v. Actavis Group hf, et al. |
| CAC 5 08-893 | Shannon Darby v. Actavis Group hf, et al. |
| CAC 8 08-676 | Richard Spangle v. Actavis Group hf, et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 08-1670 | Patricia J. Harmon v. Actavis Totowa, LLC, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-3173 | Dephlia Davis, et al. v. Actavis Group hf, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 08-980 | Frank Grady, et al. v. Actavis Totowa, LLC, et al. |
| **INDIANA SOUTHERN** | |
| INS 1 08-910 | Jerry J. Losh v. Actavis Totowa, LLC, et al. |
| **KANSAS** | |
| KS 6 08-1145 | Peter J. Konek v. Actavis, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-3699 | Joseph L. Barrow, et al. v. Actavis Group hf, et al. |
| LAE 2 08-4029 | James E. Freeman, et al. v. Actavis Group hf, et al. |
| LAE 2 08-4088 | J. Kenneth Jewel v. Actavis Group hf, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 08-310 | David Longmire, et al. v. Actavis Group hf, et al. |
| **LOUISIANA WESTERN** | |
| LAW 5 08-880 | Florence Pierce, et al. v. Actavis Group hf, et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 08-12898 | Anthony Harris, et al. v. Actavis Totowa, LLC, et al. |

**MDL No. 1968 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NEBRASKA** | | | |
| NE | 8 | 08-326 | Karen Sheahan, et al. v. Actavis Totowa, LLC, et al. |
| **NEW JERSEY** | | | |
| NJ | 2 | 08-2943 | Marion Roy, etc. v. Actavis Group hf, et al. |
| NJ | 2 | 08-2960 | Joyce A. Hergert, etc. v. Actavis Group hf, et al. |
| NJ | 2 | 08-2976 | Michael Pasken, et al. v. Actavis Group hf, et al. |
| NJ | 2 | 08-3325 | Jerry Bratcher, et al. v. Actavis Group hf, et al. |
| NJ | 2 | 08-3348 | Dona E. Bellamy, et al. v. Actavis Group hf, et al. |
| NJ | 2 | 08-3349 | Bertina E. Hoover, et al. v. Actavis Group hf, et al. |
| NJ | 2 | 08-3350 | Arika Elizabeth Morrow, etc. v. Actavis Totowa, LLC, et al. |
| NJ | 2 | 08-3351 | Phillip Mariam, et al. v. Actavis Group hf, et al. |
| NJ | 2 | 08-3352 | Jeanette Mcanly v. Actavis Group hf, et al. |
| NJ | 2 | 08-3449 | Ernestine Moore v. Actavis Group hf, et al. |
| NJ | 2 | 08-3473 | Marlene Lydia Bradaway, et al. v. Actavis Group hf, et al. |
| **OHIO SOUTHERN** | | | |
| OHS | 3 | 08-276 | Sandra J. Marcum, etc. v. Actavis Group hf, et al. |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 08-2506 | John Tucker, et al. v. Actavis Group hf, et al. |
| **TENNESSEE EASTERN** | | | |
| TNE | 1 | 08-134 | Delores J. Keith, etc. v. Actavis Totowa, LLC, et al. |
| TNE | 1 | 08-179 | Benny Shope, etc. v. Actavis Totowa, LLC, et al. |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 08-1995 | Jennifer McCorquodale, etc. v. Actavis Group hf, et al. |
| **WEST VIRGINIA NORTHERN** | | | |
| WVN | 1 | 08-146 | Robert Bey, et al. v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-147 | Dorothy Boullion v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-148 | Julie Carello v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-149 | Janetta Clark v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-150 | Robert Hemberger v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-151 | Vincent Maddi v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-152 | Thomas Murkowski v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-153 | Ray Murphy v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-154 | Roberta Sener v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-155 | Errol Simpson v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-156 | Ronald Wooten v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-157 | Alan Zacek v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-158 | Edmond Kazzi v. Mylan Pharmaceuticals, Inc., et al. |
| WVN | 1 | 08-159 | Andrew Porter v. Mylan Pharmaceuticals, Inc., et al. |