**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**　　　MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-1)

Actavis Elizabeth, LLC
200 Elmora Avenue
Elizabeth, NJ 07202-1106

Actavis Totowa, LLC
101 East Main Street
Little Falls, NJ 07424-5608

Actavis US, Inc.
60 Columbia Road
Building B
Morristown, NJ 07960-4535

James S. Arnold
ALLEN GUTHRIE MCHUGH & THOMAS
P. O. Box 3394
Charleston, WV 25333-3394

Patricia I. Avery
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
One Shell Square
701 Poydras Street
Suite 3650
New Orleans, LA 70139-3650

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

Scott R. Bickford
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130

Amber L. Blohm
CASSEM TIERNEY LAW FIRM
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

James E. Cecchi
CARELLA BYRNE BAIN GILFILLAN ET AL
5 Becker Farm Road
Roseland, NJ 07068-1739

John R. Climaco
CLIMACO LEFKOWITZ PECA WILCOX & GARFOLI CO LPA
55 Public Square
Suite 1950
Cleveland, OH 44113

William G. Colvin
HORTON MADDOX & ANDERSON PLLC
One Central Plaza
835 Georgia Avenue
Suite 600
Chattanooga, TN 37402

C. Brooks Cutter
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864

Frank Jacob D'Amico, Jr.
622 Barone Street
2nd Floor
New Orleans, LA 70113

Leonard A. Davis
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

**MDL No. 1968 - Involved Counsel List (CTO-1) (Continued)**

Richard A. Dean
TUCKER ELLIS & WEST
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115

G. Rick DiGiorgio
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue
Suite 200
P.O Box 55927
Birmingham, AL 35255-5972

Elizabeth J. Doepken
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204-2058

Fredrick Harold Fern
HARRIS BEACH LLP
One Gateway Center
Suite 2500
Newark, NJ 07102

Leonard V. Fodera
SILVERMAN & FODERA PC
1835 Market Street
Eleven Penn Center
Suite 2600
Philadelphia, PA 19103-2968

Bruce Daniel Greenberg
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center
12th Floor
Newark, NJ 07102

Barry M. Hill
HILL WILLIAMS PLLC
89 12th Street
Wheeling, WV 26003

James B. Irwin, V
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Bruce S. Kingsdorf
BARRIOS KINGSDORF & CASTEIX LLP
One Shell Square
701 Poydras Street
Suite 3650
New Orleans, LA 70139-3650

Hugh Palmer Lambert
LAMBERT & NELSON
701 Magazine Street
New Orleans, LA 70130

Christopher Lavorato
LAVORATO HOUSE CHILTON & LAVORATO
310 Capitol Street
Salinas, CA 93901

Don K. Ledgard
CAPRETZ & ASSOCIATES
West Tower
5000 Birch Street
Suite 2500
Newport Beach, CA 92660-2139

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael Alan Logan
KANE RUSSELL COLEMAN & LOGAN
1601 Elm Street
37th Floor- Suite 3700
Dallas, TX 75201-7207

**MDL No. 1968 - Involved Counsel List (CTO-1) (Continued)**

Fred S. Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Christine A. Lustgarten
DORNAN LUSTGARTEN LAW FIRM
1403 Farnam Street
Suite 232
Omaha, NE 68102

John R. Malkinson
MALKINSON & HALPERN PC
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606

Deborah B. McIlhenny
HUTTON & HUTTON LAW FIRM LLC
8100 East 22nd Street, North
Building 1200
P.O. Box 638
Wichita, KS 67201

Richard D. Meadow
LANIER LAW FIRM PLLC
126 East 56th Street
6th Floor
New York, NY 10022

Karen Barth Menzies
ROBINSON CALCAGNIE & ROBINSON
620 Newport Center Drive
Seventh Floor
Newport Beach, CA 92660

Mylan Bertek Pharmaceuticals, Inc.
12720 Dairy Ashford Road
Sugar Land, TX 77478-2844

Niki B. Okcu
COTCHETT PITRE & MCCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Ashley L. Ownby
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

John D. Peters
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, MI 48202

David M. Peterson
PETERSON & ASSOCIATES PC
801 West 47th Street
The Park Plaza Building
Suite 107
Kansas City, MO 64112-1253

John Van Robichaux, Jr.
ROBICHAUX LAW FIRM
P.O. Box 792500
New Orleans, LA 70179

Shelly A. Sanford
SANFORD PINEDO LLP
2016 Bissonnet Street
Houston, TX 77005-1647

Kevin C. Schiferl
LOCKE REYNOLDS LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Richard W. Schulte
BOTROS BEHNKE & SCHULTE LLC
131 North Ludlow Street
Suite 840
Dayton, OH 45402

**MDL No. 1968 - Involved Counsel List (CTO-1) (Continued)**

Steven A. Stadtmauer
HARRIS BEACH LLP
One Gateway Center
Suite 2500
Newark, NJ 07102

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533

David B. Thomas
ALLEN GUTHRIE MCHUGH & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

UDL Laboratories, Inc.
1718 Northrock Court
Rockford, IL 61103-1201

Tyler C. Vail
DAVIS & NORRIS LLP
One Highland Place
2151 Highland Avenue
Suite 100
Birmingham, AL 35205

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Justin I. Woods
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Michael Carl Zellers
TUCKER ELLIS & WEST LLP
515 South Flower Street
Suite 4200
Los Angeles, CA 90071-2223

Diane K. Zink
LAW OFFICE OF DIANE K ZINK
425 West Airline Highway
Suite B
LaPlace, LA 70068