JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS
LIABILITY LITIGATION
    Barbara Guthrie, etc. v. Actavis Totowa, LLC, et al.,    )
        D. Colorado, C.A. No. 1:08-1640                  )        MDL No. 1968

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Guthrie*) on August 29, 2008. Plaintiff in *Guthrie* subsequently informed the Panel that she does not oppose transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on August 29, 2008, is LIFTED. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
SEP - 5 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



ENTERED
SEP - 8 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 29 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION
    Barbara Guthrie, etc. v. Actavis Totowa, LLC, et al., )
        D. Colorado, C.A. No. 1:08-1640 )    MDL No. 1968

## CONDITIONAL TRANSFER ORDER (CTO-2)

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

September 5, 2008

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Re: MDL No. 1968 -- IN RE: Digitek Products Liability Litigation

    Barbara Guthrie, etc. v. Actavis Totowa, LLC, et al., D. Colorado, C.A. No. 1:08-1640

Dear Ms. Deppner:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                      Very truly,

                      Jeffery N. Lüthi
                      Clerk of the Panel

                      By _Denise Morgan-Stone_
                         Denise Morgan-Stone
                         Deputy Clerk

Enclosure

cc:   Transferee Judge:  Judge Joseph R. Goodwin
      Transferor Judge:  Judge Lewis T. Babcock
      Transferor Clerk:  Gregory C. Langham

JPML Form 87