

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 9 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS
LIABILITY LITIGATION

MDL No. 1968

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions listed on the attached schedule on August 21, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to these actions on September 8, 2008. The Panel has now been advised that these actions were dismissed in the District of New Jersey pursuant to notices of dismissal filed on August 18, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on August 21, 2008, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

SDWV CA 2:08-1074  Hergert v. Actavis Group hf, et al.
SDWV CA 2:08-1076  Bratcher, et al. v. Actavis Group hf, et al.
SDWV CA 2:08-1077  Bellamy, et al. v. Actavis Group hf, et al.
SDWV CA 2:08-1078  Hoover, et al. v. Actavis Group hf, et al.
SDWV CA 2:08-1080  Mariam, et al. v. Actavis Group hf, et al.
SDWV CA 2:08-1081  Mcanly v. Actavis Group hf, et al.
SDWV CA 2:08-1084  Bradaway v. Actavis Group hf, et al.

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

## SCHEDULE A

District of New Jersey

Joyce A. Hergert, etc. v. Actavis Group hf, et al., C.A. No. 2:08-2960
Jerry Bratcher, et al. v. Actavis Group hf, et al., C.A. No. 2:08-3325
Dona E. Bellamy, et al. v. Actavis Group hf, et al., C.A. No. 2:08-3348
Bertina E. Hoover, et al. v. Actavis Group hf, et al., C.A. No. 2:08-3349
Phillip Mariam, et al. v. Actavis Group hf, et al., C.A. No. 2:08-3351
Jeanette McAnly v. Actavis Group hf, et al., C.A. No. 2:08-3352
Marlene Lydia Bradaway, et al. v. Actavis Group hf, et al., C.A. No. 2:08-3473