IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-3)

Daniel E. Becnel, Jr.
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084

Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

John R. Climaco
CLIMACO LEFKOWITZ PECA WILCOX &
GARFOLI CO LPA
55 Public Square
Suite 1950
Cleveland, OH 44113

Richard A. Dean
TUCKER ELLIS & WEST
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115

Dana E. Deering
PARRY DEERING FUTSCHER &
SPARKS PSC
411 Garrard Street
P.O. Box 2618
Covington, KY 41012-2618

Fredrick Harold Fern
HARRIS BEACH PLLC
One Gateway Center
Suite 2500
Newark, NJ 07102

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

James L. Hollis
BALCH & BINGHAM LLP
30 Ivan Allen Jr., Boulevard, NW
Suite 700
Atlanta, GA 30308

Michael D. Hutchens
MEAGHER & GEER
4400 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Stanley G. Jackson
JACKSON LAW OFFICES PC
1830 Walton Way
Augusta, GA 30904

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

John R. Malkinson
MALKINSON & HALPERN PC
223 West Jackson Boulevard
Suite 1010
Chicago, IL 60606

David M. Peterson
PETERSON & ASSOCIATES PC
801 West 47th Street
The Park Plaza Building
Suite 107
Kansas City, MO 64112-1253

James J. Pettit
LOCKS LAW FIRM LLC
457 Haddonfield Road
Suite 500
Cherry Hill, NJ 08002

**MDL No. 1968 - Involved Counsel List (CTO-3) (Continued)**

W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
600 West Main Street
Suite 500
Louisville, KY 40202

Steven A. Stadtmauer
HARRIS BEACH LLP
One Gateway Center
Suite 2500
Newark, NJ 07102

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Charles S. Zimmerman
ZIMMERMAN REED PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Diane K. Zink
LAW OFFICE OF DIANE K ZINK
425 West Airline Highway
Suite B
LaPlace, LA 70068