**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-3)

Hon. William O. Bertelsman
Senior U.S. District Judge
P.O. Box 1012
Covington, KY 41012

Hon. Joseph A. Greenaway, Jr.
U.S. District Judge
411 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. James Randall Hall
U.S. District Judge
United States District Court
Post Office Box 2106
Augusta, GA 30903-2106

Hon. Bruce W. Kauffman
Senior U.S. District Judge
15613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. John W. Lungstrum
U.S. District Judge
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415