IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #3**
**(Appointment of Defendants' Liaison Counsel)**

Pretrial Order #1 entered August 19, 2008, directed counsel for the defendants to cooperatively offer one nomination for Defendants' Liaison Counsel. The defendants have informed the court they have selected Rebecca A. Betts. The court approves this decision. Accordingly, the court **APPOINTS** as Defendants' Liaison Counsel:

> Rebecca A. Betts
> Allen Guthrie and Thomas, PLLC
> P.O. Box 3394
> Charleston, West Virginia 25333-3394
> Phone - (304) 345-7250
> Fax - (304) 345-9941
> rab@agmtlaw.com

The responsibilities for Defendants' Liaison Counsel shall be the following:

1. to serve as the recipient for all court orders for and on behalf of all defendants;

2. to coordinate service and filings for all defendants whether presently included or subsequently added;

3. to periodically review the attorney service list on the court's website, promptly communicate necessary revisions to the Clerk and effectuate required revisions in accordance with direction from the Clerk;

4. to receive and distribute pleadings, orders, and motions by overnight courier service and telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel **or is otherwise achieved through CM/ECF**;

5. to carry our such other duties as the court may order.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in this district, which includes counsel in all members cases up to and including civil action number 2-08-cv-1149. In cases subsequently filed in this district, a copy will be transmitted by the Clerk to counsel for the plaintiff at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy will be transmitted by the Clerk to counsel in each new member case upon removal or transfer.

ENTER: October 8, 2008

Joseph R. Goodwin, Chief Judge