# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/10/2008                                              Case Number 2:08-md-1968
Case Style: In Re:  Digitek vs.
Type of Hearing Initial Conference
2513-Goodwin
Court Reporter Lisa Cook                      Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Fred Thompson III and Harry F. Bell,  Jr.

Attorney(s) for the Defendant(s) Rebecca A. Betts; Matthew P. Moriarty; Kristen L. Mayer

Law Clerk Angie Volk and Kate Fife             Probation Officer

Trial Time

Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

CourtTime

9:00 am    to 10:45 am
Total Court Time: 1 Hours 45 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled start time 9:00 a.m.
actual start time 9:00 a.m.

Initial Conference conducted by Chief Judge Joseph R. Goodwin and Magistrate Judge Stanley.

Counsel for parties present
Plaintiffs' Liaison Counsel: Fred Thompson III and Harry F. Bell,  Jr.
Defendants' Liaison Counsel: Rebecca A. Betts; Matthew P. Moriarty; Kristen L. Mayer
Additional counsel present:
K. Camp Bailey; Daniel E. Becnel, Jr.,;John R.  Climaco; G. Rick DiGiorgio; Carl N. Franovitch; Brian Kriesler; David Kuttles; Hirlye R. Lutz, III; Richard D. Meadow; Karen Barth Menzies; Peter A. Miller;Ashley L. Ownby; Shelley A. Sanford; Richard W. Schulte; Carmen Scott; J. Paul Sizemore; William W. Sweetnam; David B. Thomas; Teresa C. Toriseva; Diane K. Zink; Kimberley R. Fields; Janet G. Abaray; Lauren M. DeLong; Michael A. Anderson; Karren Schaeffer; Robert Blanchard; Stacy Hauer; Michelle Kranz; Randall G. Phillips; Andy Alonso; G. Erick Rosemond
Opening remarks by Chief Judge Goodwin
It is the court's intention to coordinate MDL 1968 with the state Digitek cases.
Daniel E. Becnel , Jr. makes the court aware of additional cases that may be filed.
The approximate number of cases addressed by Fred Thompson  Approximate number of cases - less than 2,000.
Service of Process addressed by Matthew P Moriarty.
Pretial Order #1 will remain in place.
PTO #2 sets forth procedures and expectations for appointment of Plaintiffs' Steering Committee.
PSC will be appointed by the end of October.
Lead counsel should be prepared to attend conferences and hearings in person.
The role of the Clerk's Office addressed by Terry Deppner

## District Judge Daybook Entry

Discovery addressed by Magistrate Judge Stanley.
Monthly meetings will be scheduled.
Documents will be submitted electronically.
End time 10:45 a.m.