SAVE A COPY

# In Re Digitek Products Liability Litigation

**MDL 1968**                                          **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** 2:08-1075

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

| Check One: | ☑ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
|---|---|---|---|

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Avery | Patricia | I. | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| New York -1149178 | pavery@wolfpopper.com |

Party Representing:
MICHAEL PASKEN, MARIE KEEVER, and DALE CAMPBELL

| Originating Case Number: NJ CA 2:08-02976 | Originating District: NJ |
|---|---|

Originating Short-Case Style: Pasken et al v. Actavis Group et al

| Direct Dial Number: | Cell Phone Number: | Pager: |
|---|---|---|
| 212-451-9619 | | |

| Secretary Name: | Paralegal Name: |
|---|---|
| Lidtz Jean-Philippe | Shirley Joseph |

### LAW FIRM INFORMATION

Firm Name: Wolf Popper LLP

Address: 845 Third Avenue, 12th Floor

| City: New York | State: NY | Zip: 10022 |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|
| 212-759-4600 | 212-486-2093 |

Other members of firm involved in this litigation:
Lester Levy, Emily Madoff

DATE: October 16, 2008                    s/ Patricia I. Avery
                                              Electronic Signature