SAVE A COPY

# In Re Digitek Products Liability Litigation

**MDL 1968**  **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** 2:08-1075

## Notice of Attorney Appearance and Counsel Contact Information Form

*Please Print or Type Below*

### ATTORNEY INFORMATION

Check One: ☑ Plaintiff Counsel   ☐ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Levy | Lester | L. | |

**Bar Number and State:** New York -1024587
**E-Mail Address:** llevy@wolfpopper.com

**Party Representing:** MICHAEL PASKEN, MARIE KEEVER, and DALE CAMPBELL

**Originating Case Number:** NJ CA 2:08-02976  **Originating District:** NJ
**Originating Short-Case Style:** Pasken et al v. Actavis Group et al

**Direct Dial Number:** 212-451-9606  **Cell Phone Number:**  **Pager:**

**Secretary Name:** Melissa Julia  **Paralegal Name:** Shirley Joseph

### LAW FIRM INFORMATION

**Firm Name:** Wolf Popper LLP
**Address:** 845 Third Avenue, 12th Floor
**City:** New York  **State:** NY  **Zip:** 10022
**Firm Phone Number:** 212-759-4600  **Firm Fax Number:** 212-486-2093

**Other members of firm involved in this litigation:** Patricia I. Avery, Emily Madoff

**DATE:** October 16, 2008   **s/** Lester L. Levy
_Electronic Signature_