UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIGITEK PRODUCTS LIABILITY
LITIGATION

2:08-md-01968

This document pertains to:

        ALL CASES

### APPLICATION OF SCOTT WM WEINSTEIN FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Undersigned, Scott Wm Weinstein, of the law firm of Morgan & Morgan, P.A., submits this Application to serve on the Plaintiffs' Steering Committee.

### WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

Undersigned, as Managing Partner of this law firm's Mass Tort and Consumer Class Action Department, along with firm Partner, Michael Goetz, are committed to devoting all of the firm's resources appropriate and necessary to this litigation.

This law firm has been investigating Digitek cases since the date of the recall and filed one of the first cases in the country. [*Elwood Bull, et al. v. Actavis Group hf, et al.*, (formerly Case No. 2:08-396, Middle Dist. of Florida), now No. 2-08-01002]

Undersigned and Mr. Goetz attended the hearing of the JPML on this matter and undersigned joined many other Plaintiffs' counsel involved in this case at an organizational meeting in Chicago.

Morgan & Morgan is the largest Plaintiff's firm in the State of Florida and one of the largest in the Southeastern United States. We have offices throughout the State of Florida, as well as in Atlanta, Georgia and Jackson, Mississippi. Our firm has demonstrated and continues in

its commitment to this case. Morgan & Morgan has the financial and staffing resources necessary to take on this matter.

Approximately 120 lawyers are supported by a staff of about 700 including case managers, paralegals and legal assistants. We have the staff and resources necessary to handle this complex litigation and will ably and appropriately represent each client as well as participate in the larger MDL proceeding. This firm has several hundred Digitek clients.[1]

### ABILITY TO WORK COOPERATIVELY WITH OTHERS

Undersigned has been in cooperative contact with many members of the Plaintiffs' bar in this case, as well as with Harry Bell who has gone beyond the call of duty to organize counsel and work toward consensus. Undersigned has and continues to work cooperatively with counsel in many complex cases. As a former Florida Bar Grievance Committee Chairman, current Peer Review member and former member of the Florida Bar Standing Committee on Professionalism, undersigned is committed to practicing with professionalism. Undersigned has worked with his Judicial Circuit's current Chief Judge, G. Keith Cary ((239) 533-9140) and past Chief Judge Hugh Hayes ((239) 252-8116) on matters relating to professionalism. If desired, this Court may contact either Judge for references.

Undersigned and Mr. Goetz are committed to working cooperatively with all counsel and the court in this case.

In undersigned's view, once the leadership is in place, all counsel will work well together with the common interest of prosecuting this case.

---

[1] It must be acknowledged that all of these files have not yet been fully reviewed and screened. It is likely that many of these clients will not meet the criteria for further handling; however, we employ a careful screening process.

**PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION**

Undersigned and Mr. Goetz are actively involved in all of the firm's Mass Tort and Class Action litigation. *Curricula Vitae* are attached. Undersigned is a Founding Member of the Naples-Fort Myers, Florida Chapter of the American Board of Trial Advocates (ABOTA), having tried in excess of 50 jury trials to verdict. Both Mr. Goetz and undersigned have extensive experience in complex litigation, Multi-District Litigation, Mass Torts and pharmaceutical litigation, and work with well-trained and experienced paralegals and legal assistants.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of Court this 16th day of October, 2008, by using the CM/ECF system which will send notice of electronic filing to all parties of record at the email addresses on file with the Clerk of Court. Additionally, a true and correct copy has been emailed to all email addresses provided by Liasion counsel as listed on the attached page.

By: /S/ Scott Wm. Weinstein
Scott Wm. Weinstein
Fla. Bar No.: 563080
Morgan & Morgan, P.A.
P. O. Box 9504
Ft. Myers, FL  33906-9504
Telephone:  (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com

**E-MAIL SERVICE LIST**

aahlquist@damicolaw.net; akmandt@c2law.com; acoveny@sanfordpinedo.com; bhill@hwlaw.us; keastham@hwlaw.us; alevin@lfsblaw.com; ashley_ownby@bellsouth.net; beth@klein-law-firm.com; btk@bphlaw.com; bgreenberg@ldgrlaw.com; kingsdorf@bkc-law.com; bcutter@kcrlegal.com; carln@facslaw.com; cscott@motleyrice.com; carrie@klein-law-firm.com; cth@lanierlawfirm.com; Chris@dornanandlustgarten.com; clavorato@lavohouse.com; cseeger@seegerweiss.com; cmariam@gordonrees.com; William L. Bands; dbecnel@becnellaw.com; drparker@c2law.com; barrios@bkc-law.com; dfolts@bkc-law.com; dxchmi@climacolaw.com; gmhenn@climacolaw.com; debs.mcilhenny@huttonlaw.com; zinbec@aol.com; dledgard@capretz.com; dplymale@dugan-lawfirm.com; alexis@lambertandnelson.com; edoepken@cohenandmalad.com; emadoff@wolfpopper.com; ericb@freedweiss.com; frank@piscitellilaw.com; damico@damicolaw.net; fpitre@cpmlegal.com; flonger@lfsblaw.com; rdigiorgio@cwcd.com; gmeunier@gainsben.com; rlutz@cwcd.com; hlambert@lambertandnelson.com; ilevin@cohenandmalad.com; jdpeters@c2law.com; van@robichauxlaw.com; jcecchi@carellabyrne.com; jdugan@dugan-lawfirm.com; jcapretz@capretz.com; jerry@yourlawyer.com; jrclim@climacolaw.com; mhpc@aol.com; jdepalma@ldgrlaw.com; jwoods@gainsben.com; cbailey@bpblaw.com; kab@wtwlaw.com; kcalcagnie@rcrlaw.net; kevinboyne@peaknet.net; kth@bphlaw.com; lcentola@mbfirm.com; ldavis@hhkc.com; lfodera@civilrights.com; mlalli@civilrights.com; rholt@civilrights.com; llevy@wolfpopper.com; lnelson@lambertandnelson.com; ltaylor@CarellaByrne.com; mark.hutton@huttonlaw.com; mrobinson@rcrlaw.net; mmoreland@becnellaw.com; mweinkowitz@lfsblaw.com; nokcu@cpmlegal.com; pavery@wolfpopper.com; paul@freedweiss.com; rdm@lanierlawfirm.com; rshevitz@cohenandmalad.com; rich@richardjburke.com; debs@richardjburke.com; rschulte@legaldayton.com; rgp@rgplaw.com; rherman@hhkc.com; sdsimp@climacolaw.com; usdcmdla@mbfirm.com; Scott Weinstein; ssanford@sanfordpinedo.com; skabalka@chattanooga-law.com; scasey@balch.com; sparker@balch.com; asb@wtwlaw.com; tct@torisevalaw.com; cpinedo@sanfordpinedo.com; tsmith@mmsmlaw.com; Tim J. Yianne; tvail@davisnorris.com; bcolvin@chattanooga-law.com; wms@sweetnamllc.com fthompson@motleyrice.com; Debbie M. Boggs