**Scott Wm Weinstein**
**Morgan & Morgan, P.A.**
**12800 University Drive**
**Suite 600**
**Fort Myers, Florida 33907**
**(239) 433-6880**
sweinstein@forthepeople.com

**Education:**   University of Florida
BS, 1982
JD, 1985

**Bar and Court Admissions:**  The Florida Bar (admitted 1986); United States District Court, Middle District of Florida; United States District Court, Southern District of Florida. Pro Hac Vice: Northern District of Georgia; District of New Jersey; District of Minnesota; Northern District of Ohio; District of District of Columbia; Western District of Arkansas.

**Honors Affiliations and Certifications:**. Past President, Lee County (Florida) Bar Association; Past Chair, The Florida Bar Grievance Committee "A" Twentieth Judicial Circuit; member, Twentieth Judicial Circuit Peer Review Committee; Past President and founding member, Naples/Fort Myers Chapter, American Board of Trial Advocates ("ABOTA"); Martindale-Hubbell ® Peer Review "AV" Rating; Florida Supreme Court Certified Circuit and County Mediator; Florida Supreme Court approved Arbitrator.

**Practice Experience:**
1986-2007: Civil Trial Lawyer, Weinstein, Bavly & Moon, P.A., Miami and Fort Myers, Florida.  Practice focused on insurance defense, complex litigation, commercial litigation, insurance coverage matters; consumer class action litigation. Tried in excess of 50 jury trials to verdict.

January, 2007-present, Partner/Trial Lawyer, Morgan & Morgan, P.A.  Managing Partner of National Consumer Class Action and Mass Tort Department in 120+- member Florida-based multi-state civil justice law firm.

**Lead class counsel in many successful consumer class actions including:**

*Turner v. General Electric*, Case number 2:05-cv-186, United States District Court, Middle District of Florida;

*Blaney v. Enterprise Leasing Company*, Case number 00-CA-5196, Florida Twentieth Judicial Circuit;

*Venegas v. Firemans Fund*, Case number 02-CA-11717, Florida Twentieth Judicial Circuit,

*Robbins v. Strategic Vista Corp.*, Case No.: 02-CA-9664, Florida Twentieth Judicial Circuit;

Lead counsel in numerous pending putative class actions.

**Mass Tort involvement:**

Partner in charge of Law Firm's Mass Tort Department handling claims against Medtronic, ConAgra, Heparin, Vytorin, Total Body Formula, Denture Adhesive, Zimmer Durom Cup, and many others. Appointed by The Honorable James G. Carr, Chief Judge, Northern District of Ohio, Plaintiff's Steering Committee, *In re: Heparin Products Liability Litigation*. (MDL 1953). Lead counsel for group of thousands of Plaintiffs in *In re: Black Farmer's Discrimination Litigation* before the Honorable Paul L. Friedman, District of the District of Columbia.

**About Morgan & Morgan:**

Morgan & Morgan is among the largest Plaintiff's law firms in the United States, and the largest in Florida, with fully staffed offices throughout the state as well as Georgia, Mississippi and Arizona. More than 100 lawyers are supported by approximately 600 full time paralegals, legal assistants, bookkeepers and accounting personnel and case managers. The firm employs state of the art technology and has the financial and staffing resources to necessary to handle complex litigation.