Michael Goetz, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
Suite 700
Tampa, FL  33602
(813) 221-6581
MGoetz@ForThePeople.com

Michael Goetz is a member of Morgan & Morgan, P.A., a 120+ attorney law firm specializing in all aspects of personal injury, mass tort, and consumer class action litigation.  The firm has 6 offices throughout Florida, as well as offices in Georgia, Arizona, and Mississippi.

Mr. Goetz is a *Magna Cum Laude* graduate of Emory University with a major in Political Science (B.A. 1989).  While at Emory, he was inducted into the Phi Beta Kappa honor society.  Mr. Goetz graduated with Honors from the University Florida College of Law (J.D. 1992).  While at the University of Florida, Mr. Goetz was a finalist in the Jerome Prince National Moot Court Competition.

After law school, Mr. Goetz joined the international law firm of Holland & Knight LLP where his practice focused on the defense of claims involving product liability, medical negligence, and general liability, as well as complex commercial litigation matters.  He became a Partner in the firm on January 1, 2000.  In 2002, Mr. Goetz joined Morgan & Morgan, P.A., where his practice shifted to the prosecution of personal injury and wrongful death claims on behalf of individuals and classes.

Mr. Goetz is currently or recently has been actively involved in the representation of plaintiffs in multidistrict litigation including: *In Re: Heparin Products Liability Litigation* (MDL 1953) (including PSC work); *In Re: Vytorin/Zetia, Marketing Sales Practices And Products Liability Litigation* (MDL 1938); *In Re: Medtronic Inc. Sprint Fidelis Leads Products Liability Litigation* (MDL 1905); *In re Kugel Mesh Hernia Patch Products Liability Litigation* (MDL 1842); *In re Fosamax Products Liability Litigation* (MDL 1789); *In Re: Medtronic, Inc. Implantable Defibrillators Product Liability*

*Litigation* (MDL 1726); *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation* (MDL 1708) (including PSC subcommittee work); *In re Vioxx Marketing, Sales Practices and Products Liability Litigation* (MDL 1657); and *In re Accutane Products Liability Litigation* (MDL 1626) (including PSC subcommittee work).  He is also currently actively involved in the representation of a plaintiffs' class in a toxic tort action, *Nancy Sher, et al. v. Raytheon Company* (M.D. FL).

Additionally, while at Holland & Knight, Mr. Goetz was actively involved representing defendants in multidistrict litigation including: *In Re: Bridgestone/Firestone, Inc. Tires Product Liability Litigation* (MDL 1373*); In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* (MDL 1358); and *In re Orthopedic Bone Screw Products Liability Litigation* (MDL 1014).

Mr. Goetz holds the highest rating awarded for legal ability and ethics ("AV") by *Martindale-Hubbell*.  Moreover, in 2004, 2005, 2006, 2007, and 2008, he was designated by *Florida Trend's Magazine* as a "Florida Legal Elite" in the field of Civil Trial.  In 2007 and 2008, Mr. Goetz was designated by *Law & Politics Magazine* as a Florida "Super Lawyer" in the field of personal injury.

Mr. Goetz was admitted to The Florida Bar in 1992.  He is admitted to practice in all state and federal courts in Florida and is routinely admitted *pro hac vice* in federal courts around the country.  He is currently an active member in the American Association for Justice, The Florida Justice Association, the Hillsborough County Bar Association, and the Tampa Bay Trial Lawyers.