### SHELLY A. SANFORD
### SANFORD PINEDO LLP

www.SanfordPinedo.com
2016 Bissonnet Street
Houston, Texas 77005
713.524.6677
877.441.6677 Toll Free
713.524.6611 Fax

ssanford@sanfordpinedo.com

**CURRICULUM VITAE**

**LEGAL LICENSURE AND MEMBERSHIPS**

State Bar of Texas, 1992; United States District Courts of Texas; United States Court of Appeals, Fifth Circuit; Houston Bar Association; Texas Trial Lawyer's Association; Association for American Justice (formerly Association of Trial Lawyer's of America) (AAJ); Chair, Vioxx, Bextra (and other cox-2 NSAIDS) Litigation Group July, 2002 – July, 2006, AAJ; Member, Section and Litigation Group Leader's Council, AAJ, 2002-2006; Christian Trial Lawyer's Association; College of the State Bar of Texas

**WORK HISTORY**

| | |
|---|---|
| 2008- Present | **Sanford Pinedo LLP**<br>**Member, Plaintiff's Steering Committee, Vioxx MDL 1657;**<br>Chair, Vioxx Science Committee MDL 1657;<br>Member, Administrative Committee of PSC, MDL 1657;<br>Member, Trial Package Committee of PSC, MDL 1657;<br>**Member, Plaintiff's Steering Committee, Bextra-Celebrex MDL 1699;**<br>Chair, Bextra Science Committee, MDL 1699;<br>Member, Administrative Committee of PSC, MDL 1699;<br>Member, Fee Committee for PSC, MDL 1699;<br>**Member, Plaintiff's Steering Committee, Viagra MDL 1724**<br>**Member, Plaintiff's Steering Committee, Fosamax MDL 1789**<br>Co-Chair, Discovery Committee, MDL 1789<br>Member, Administrative Committee, MDL 1789<br>**Outside Counsel for State of Texas,** *State of Texas v. Merck,* (Travis County, Texas) |
| 2000 – 2007 | **Goforth Lewis Sanford LLP,** Houston, Texas, Mass Torts Lawyer |
| 1994 – 2000 | **O'Quinn & Laminack,** Houston, Texas, Mass Torts Lawyer |
| 1993-1994 | **Bernsen, Jamail & Goodson,** Austin, Texas, Environmental Law |

| | | |
|---|---|---|
| 1992 – 1993 | **Benckenstein & Oxford LLP**, Austin, Texas, Environmental Law | |
| 8/1991 – 1/1992 | **The Supreme Court of Texas** <br> Judicial Intern for Justice Raul A. Gonzalez | |
| 8/1988 – 8/1990 | *Austin American-Statesman*, Journalist | |

**EDUCATION**

| | | |
|---|---|---|
| J.D. | 1992 | St. Mary's University School of Law, San Antonio, Texas |
| B.J. | 1989 | University of Texas at Austin |

**HONORS, PUBLICATIONS AND PRESENTATIONS**

**AV** Peer-Review Rating, Martindale Hubbell

Recipient, Clarence Darrow Award, Mass Torts Made Perfect, April, 2008

Invited Member; The American Trial Lawyers Association; Top 100 Trial Lawyers (Texas) 2007

Lawyer's Weekly USA, Top Ten Verdicts of 2005, # 3, Ernst v. Merck & Co., Inc., Plaintiff's lawyers, W. Mark Lanier of The Lanier Law Firm, Houston, Carlene Rhodes Lewis and Shelly A. Sanford of Goforth Lewis Sanford LLP, Houston, published Jan. 16, 2006

*Ad Hoc* Peer-Reviewer, AAJ (formerly Association of Trial Lawyer's of America), *Trial* Magazine, 2006 -

Conference Coordinator or Frequent Speaker for ATLA/AAJ; Harris Martin, Mealey's; Texas Trial Lawyer's Association; and various State Bar Associations. Last Speaking Engagement, Texas Trial Lawyer's Association Advanced Personal Injury Seminar, Austin, Texas, April 2008, Topic: Preemption and Other Legal Challenges to Products Liability Cases. Next speaking engagement: October 24, 2008, Grand Hyatt, Tampa, Florida, National Association of Nursing Attorneys, Topic: Trends in Civil Litigation That Align Trial Lawyers and Healthcare professionals

Literary Agent for Tatiana Faberge, L. Proler and V. Skurlov for <u>The Faberge Imperial Easter Eggs</u> (Christie's Books 1997), a definitive book detailing the history of the Imperial Easter Eggs and history behind their creation

National Associated Press Story of the Year, 1989, Enterprise Reporting, as reporter for the *Austin American-Statesman*

Texas Associated Press Managing Editor's Association Best News Feature Series, 1990, as reporter for the *Austin American-Statesman*

2

Northeastern University Center for Study of Sports in Society 1990, Excellence in Sports Journalism Special Recognition Award, as reporter for the *Austin American-Statesman*

Women's Sports Foundation, 1990, National Sports Journalism Award, as reporter for *Austin American-Statesman*