# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I,   MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY that **Shelly A. Sanford, Federal ID 19105**, was duly admitted to practice in said Court on **September 20, 1996**, and is in good standing as a member of the bar of said Court.

Dated October 8, 2008, at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: *Cynthia Horace*
Cynthia Horace
Attorney Admissions Deputy Clerk

