CURRICULUM VITAE

**STACY K. HAUER**

**PROFESSIONAL PROFILE**

Stacy Hauer primarily represents clients who have been injured as a result of defective drugs or faulty medical devices. For the past several years at Zimmerman Reed, she has focused much of her practice in this area on cases including Baycol, Zyprexa, Medtronic Defibrillators, Guidant Defibrillators and Levaquin. Ms. Hauer's extensive background in biochemistry and pharmaceuticals make her uniquely qualified for drug and device litigation.

Ms. Hauer graduated cum laude from the University of Minnesota Law School. She also received a Masters Degree from the College of Pharmacy at the University of Minnesota. Ms. Hauer's graduate education provides her with an understanding of the science behind pharmaceuticals, including how they are created along with how they function. Stacy received her Bachelor degree in Biochemistry, Molecular Biology and Chemistry from the University of Minnesota, Duluth.

Additionally, Stacy also has a background working in the health care industry which has given her a compassionate perspective in advocating for clients who have been injured by defective drugs and medical devices.

**EDUCATION**

**UNIVERSITY OF MINNESOTA LAW SCHOOL,** *Minneapolis, Minnesota*
Juris Doctor

**COLLEGE OF PHARMACY AT THE UNIVERSITY OF MINNESOTA**, *Minneapolis, Minnesota*
Masters

**UNIVERSITY OF MINNESOTA-DULUTH,** *Duluth, Minnesota*
*Bachelors of Science, Molecular Biology and Chemistry*

**PRESENTATIONS AND/OR PUBLICATIONS**

- March 2005, *Pharmacology for Lawyers*, TRIAL Magazine
- Fall 2007: *New Litigation for Off-Label Use of Drug-Eluding Stents*, American Association of Justice
- September 2008: *Hot Topics in Pharmaceutical & Medical Device Litigation*, American Association of Justice Seminar

**PROFESSIONAL MEMBERSHIPS**

- Minnesota State Bar Association
- Hennepin County Bar Association
- Federal Bar Association

**CASE RESUME & RECENT LEADERSHIP POSITIONS**

- *In re Baycol Products Litigation MDL 1431,* United States District Court, District of Minnesota
- *In re Guidant Implantable Defibrillators Products Liability Ligitation, MDL 1708,* United States District Court, District of Minnesota
- *In re Intergel Products Litigation*

- *In re Medtronic Implantable Defibrillators Products Liability Litigation MDL 1726,* United States District Court, District of Minnesota
- *In re Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation, MDL 1905*, United States District Court, District of Minnesota.
- *In Re: Viagra Products Liability Litigation, MDL 1724*, United States District Court, District of Minnesota
- *In re Welding Rods Products Liability Litigation, MDL 1535*, United States District Court, Northern District of Ohio
- *In re Zyprexa Products Liability Litigation, MDL 1596,* United States District Court, Eastern District of New York
- *In re Express Scripts, Inc., Pharmacy Benefits Management Litigation, MDL 1672,* United States District Court, Eastern District of Missouri

---