# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STACY KATHRYN HAUER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 10, 2002

Given under my hand and seal of this court on

December 04, 2007

Fredrick K. Grittner
Clerk of Appellate Courts