UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK PRODUCTS LIABILITY
LITIGATION

2:08-MD-01968

This document pertains to:

    ALL CASES

### APPLICATION OF ASHLEY L. OWNBY FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Undersigned, Ashley L. Ownby, Esq., submits this Application to serve on the Plaintiffs' Steering Committee.

### WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

Undersigned counsel has been practicing law in the State of Tennessee since April of 1987 as a general practitioner in both State and Federal Courts.

Counsel, along with Attorney Mike Anderson of the firm Horton, Maddux & Anderson, PLLC, has been investigating Digitek cases since the date of the recall and filed one of the first cases in the country regarding the same. [*Delores Keith, et al. v. Actavis Group, LLC, et al.*, (formerly Case No. 1:08-CV-134, Eastern District of Tennessee at Chattanooga), now Case No.2:08-1056]

Undersigned counsel has attended hearings on the Digitek matter in San Francisco, California and has joined many other Plaintiffs' counsel involved in this case at an organizational meeting in Chicago, Illinois. Further, undersigned has recently appeared in the last ordered hearing in this matter in West Virginia.

Undersigned counsel recognizes the implied limitations of a general practitioner in this matter; however, counsel has spoken with several larger Plaintiffs' firms, and co-counsel, and is committed to this case and is willing to make all necessary financial contributions. Counsel will further make all necessary arrangements to have resources available to handle this complex litigation, represent each client, as well as participate in the larger MDL proceeding. At the present time, undersigned counsel, along with co-counsel, has approximately twenty (20) separate clients with interest in the Digitek matter.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

Undersigned counsel has met with and been in constant communication with several Plaintiffs' attorneys and firms with intent to implement all necessary and effective measures in working toward a resolution in this matter. Counsel will continue to work and cooperate with all liaison counsel with the common interest of prosecuting this case.

Undersigned counsel is committed to working cooperatively with all counsel and the Court in this case.

## PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Undersigned counsel has limited experience in mass tort litigation and multi-jurisdictional litigation; however counsel has extensive experience in both State and Federal litigation for over twenty (20) years.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of the Court this 17th day of October, 2008, by using the CM/ECF system which will send notice of electronic filing to all parties or record at the e-mail addresses on file with the Clerk of the Court.

By: _____/S/ Ashley L. Ownby, Esq._____
ASHLEY L. OWNBY
Tennessee Bar No.: 012452
180 North Ocoee Street
P.O. Box 176
Chattanooga, TN 37364-0176
Telephone: (423) 479-1324
Facsimile: (423) 472-6627
E-mail: ashleyownby@ashleyownby.com