IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

------------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### APPLICATION OF ROBERT J. BINSTOCK FOR PLAINTIFFS' STEERING COMMITTEE MEMBERSHIP

My name is Robert J. Binstock. I am a senior partner with the law firm of Reich & Binstock which is located in Houston, Texas. I was admitted to practice in Texas in 1981. I am board certified in personal injury trial law and civil trial advocacy. I am AV-Rated by Martindale-Hubbell.

I am willing and available to commit to this MDL, have a proven ability to work cooperatively with others, and have the requisite experience for this type of litigation.

Reich & Binstock has substantial experience in the field of mass torts, particularly in pharmaceutical and medical device litigation. I am currently on the Plaintiffs' Steering Committee in the Kugel Mesh Hernia Patch Litigation MDL, and the Levaquin Product Liability Litigation MDL. I have personally served on various committees and other pharmaceutical, medical device and mass tort MDL proceedings including, Fen/Phen MDL 1203, Phenylpropanolamine ("PPA") MDL 1407, Epherdra MDL 1958, Vioxx MDL 1657 and Breast Implant Litigation MDL 926. I have had a participating role in preparing many of the foregoing cases for motion hearings, including Daubert hearings, focus groups, summary judgment hearings and trial. I have worked with plaintiff's co-liaison council in this matter, along with many of the lawyers currently making applications to serve on this PSC. I have found working on other MDL committees to be a productive and positive experience both professionally and personally.

I have attached to this application my personal Curriculum Vitae to expand upon the presentation made in this application. I have the time and desire to serve this court as a member of the Plaintiffs' Steering Committee and would consider it an honor if the court appointments me as a member of the Digitek Plaintiffs' Steering Committee.

Respectfully submitted,

/s/ Robert J. Binstock

Robert J. Binstock
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

Dated:_____

## **CURRICULUM VITAE**

**ROBERT J. BINSTOCK**

**PERSONAL**

Robert J. Binstock
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-27271
Facsimile: (713) 623-8724
Email: bbinstock@rbfirm.net

**PROFESSIONAL PROFILE**

Bob Binstock is a litigator with over 25 years of experience.  Bob was born and raised in Pittsburgh, Pennsylvania.  He attended college at the University of Pittsburgh and subsequently earned his law degree from South Texas College of Law.  He began his law career in 1981.  In 1985 Bob founded the Law Firm of Reich and Binstock LLP with his partner Dennis Reich. Since that time Bob has represented thousands of injured plaintiffs in mass and class actions focusing on medical device, product liability, toxic tort, and pharmaceutical litigation.  He has served on several committees in MDL actions such as this one, including: *In re: Phenylpropanolamine ("PPA") Products Liability Litigation,* MDL No. 1407; *In RE: Vioxx Products Liability Litigation,* MDL No. 1657; *In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation,* MDL No. 1358; and *In Re: Diet Drugs (Phentermine/Fenfluramine/DexFenfluramine) Products Liability Litigation,* MDL No. 1201.  Bob is currently on the Plaintiff's Steering Committee, *In Re: Kugel Mesh Hernia Patch Litigation,* MDL No. 07-1842-ML, and *In Re: Levaquin Products Liability Litigation* MDL 08-1943.  The Attorney biography for Mr. Binstock can be found on the Reich & Binstock firm website at www.reichandbinstock.com.

**Professional**

- Partner, Reich & Binstock, 1985
- Licensed in Texas – 1981
- Board Certified – Personal Injury Trial Law Texas Board of Legal Specialization – 1993
- Board Certified – Civil Trial Advocacy-National Board of Trial Advocacy – 2002
- B.A., University of Pittsburgh – August 1978
- Graduated South Texas College of Law – August 1981
- Martindale-Hubbell Law Directory: AV rated

**Court Admissions**

- Supreme Court of the United States (October 1, 1990)
- Supreme Court of Texas (May 14, 1982)
- U.S. District Court, Southern District of Texas (August 9, 1982)
- U.S. District Court, Eastern District of Texas (October 11, 1983)
- U.S. District Court of Arizona (April 16, 1993)
- U.S. Court of Appeals, Eleventh Circuit (September 16, 1989)
- U.S. Court of Appeals, Fifth Circuit (November 1982)-

**Professional Affiliations:**

- American Association of Justice
- Texas Trial Lawyers Association
- Houston Trial Lawyers Association
- Houston Bar Foundation
- College of the State Bar of Texas
- American Bar Association
- Houston Bar Association

**Practice Areas:**

- Mass Tort Litigation
- Products Liability
- Personal Injury Litigation
- Medical Negligence
- Toxic Tort