**Bell&Bands** PLLC
*Attorneys at Law*

Harry F. Bell, Jr.
William L. Bands
Tim J. Yianne
Erin L. Winter
Andrew L. Paternostro, Senior Attorney
Arthur J. Chmiel, Of Counsel

30 Capitol Street
P. O. Box 1723
Charleston, WV 25326-1723

Sender: hfbell@belllaw.com

Phone        304/345-1700
Facsimile    304/345-1715
Facsimile2   304/344-1956

www.belllaw.com

October 17, 2008

The Honorable Joseph R. Goodwin, Chief Judge
United States District Court for the
    Southern District of West Virginia
Post Office Box 2546
Charleston, West Virginia 25329

RE:  *In Re: Digitek® Products Liability Litigation*
     **MDL No. 1968**

Dear Judge Goodwin:

    The undersigned respectfully submits this application to serve in any such capacities on the Plaintiffs' Steering Committee (PSC) to conduct various aspects of the litigation, including as a lead counsel, liaison or executive committee. Following the Court's recent meeting with all liaison counsel and hearing of October 10, 2008, it appears that I may be able to be of additional assistance in various capacities as the litigation moves forward.

    In speaking with a diverse group of Plaintiffs' counsel in this litigation, I believe that I would be of assistance on the Plaintiffs' Steering Committee particularly tasked with such assignments that may deal with coordination of efforts including audit of timekeeping functions of the PSC members and firms and other such affiliated entities, as well as assisting, with the oversight of a local CPA firm, assessments in the funding of litigation from the Plaintiffs' perspective, and as local counsel, being able to appear before Judge Stanley for regular and short-notice matters, be they hearings or meetings, at the Robert C. Byrd Courthouse here in Charleston.

    I am not submitting the request seeking any appointment as trial counsel, recognizing the wealth of extensive trial experience of many counsel who are candidates here. However, I believe, from the important perspective of handling the coordination of logistical issues in this litigation with the large and diverse group of Plaintiffs' counsel actively involved, I could be of further assistance to efficiently carry out the wishes of the Court to ensure the litigation moves forward in a orderly and responsible fashion.

# Bell&Bands PLLC

The Honorable Joseph R. Goodwin, Chief Judge
October 17, 2008
Page 2

  I am familiar with the MCL 4th and believe that I may be able to serve in any such capacity where the Court finds it appropriate, be it lead, co-lead, Plaintiffs' Steering Committee and co-liaison counsel, such to ensure the continued professional civility and courtesy among all counsel with cases in the MDL.

  Thus, I respectfully submit this application, if the Court deems fit, and submit that I will be able to fulfill the commitment, including time and resources as contemplated by the Court and pursuant to MCL 4th, Section 22.62, and for any and all other such matters in whatever capacity the Court deems most appropriate.

  I respectfully reference this and my prior information previously supplied to the Court with my application for liaison counsel. Thank you for your consideration

Sincerely,

Harry F. Bell, Jr.

HFBjr/sld