# INCORRECT ENTRY

## See Entry #33 in CA 2:08-1174