# PARKER WAICHMAN ALONSO LLP

ATTORNEYS AT LAW

111 Great Neck Road, Great Neck, NY 11021   111 John Street, 14th Floor, New York, NY 10038   375 Cedar Lane, Teaneck, NJ 07666
516.466.6500 | Fax: 516.466.6665                                    212.267.6700                                            973.297.1020

PLEASE REPLY TO OUR GREAT NECK OFFICE

October 20, 2008

<u>Via Electronic Filing</u>

The Honorable Joseph R. Goodwin
United States District Court
Southern District of West Virginia
7009 Robert C/ Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

**RE: Digitek Products Liability Litigation – MDL No. 1968**

Honorable Sir:

Enclosed please find a brief CV which outlines my qualifications to serve on the plaintiff's steering committee in the Digitek MDL. Our firm recently filed a Digitek case in U.S. District Court, Middle District of Florida, Orlando, (6:08-cv-1758-18 DAB) and there are approximately 80 additional cases being evaluated for future filing.

I have provided a limited CV listing only relevant MDL experience. Should the Court require any further information, the undersigned would of course be happy to provide any requested documentation.

Thank you for your consideration.

Respectfully submitted,

Andres F. Alonso

AFA/amm

Andres F. Alonso
Parker, Waichman, Alonso, LLP
111 Great Neck Road
Great Neck, New York 11021

| | |
|---|---|
| Personal: | Born in New York, New York<br>April 10, 1967 |
| Education: | New York University<br>BA, 1989 cum laude Economics, Political Science<br>Trustee Scholar<br>Omicron Delta Espsilon<br><br>George Washington University<br>JD 1994<br>Teberg Award winner |
| Admissions: | New York State Bar - 6/95<br>USDC/EDNY- 6/96<br>USDC/SDNY - 2003<br>USDC/NDNY -2005<br>USDC/WDNY<br>USDC-District of Kansas (Pro Hac-8/1/07)<br>USDC-Northern District of Ohio<br>Pro Hac in New Jersey<br>Pro Hac in California for Mentor Ob Tape Litigation<br>(Federal MDL Petition pending)<br>Pro Hac in Florida<br>Pro Hac in North Carolina<br>Pro Hac in Alabama |
| Professional: | Cardali & Cardali, P.C. - Associate<br>New York, New York<br>1994-1998<br><br>Parker & Waichman, LLP – Associate<br>Great Neck, New York<br>1998-2007<br><br>Parker Waichman Alonso, LLP – Partner<br>Great Neck, New York<br>2007-Present |

| | |
|---|---|
| Relevant Experience: | Multiple multi-million dollar verdicts and awards in state and federal courts, including a $25 million dollar award in the matter of Brey v. Scruggs, Supreme Court of the State of New York, Nassau County |
| | Service on various committees and sub-committees in the following Multi-District litigations |
| | In Re Ortho Evra Products Liability Litigation |
| | In Re Gadolinium Products Liability Litigation |
| | In Re Kugel Mesh Products Liability Litigation |
| | In Re Heparin Litigation |
| | Bausch & Lomb Contact Lens Solution New York State consolidated proceeding |
| | Princess Cruise Ship Litigation |
| Reported Cases: | Szepaniak v. City of New York, New York State Supreme Court, Appellate Division, Second Department |
| | Sozzi v. 23 Grammercy Realty, New York State Supreme Court, Appellate Division, Second Department |
| | Dumbadze v. Edward Schwatt, Mildred Dworetz and Kelmar Holding Co., New York State Supreme Court, Appellate Division, Second Department |
| | Brey v. State of New York, Court of Claims State of New York |
| Memberships: | New York State Trial Lawyers Association<br>Graduate National Institute of Trial Advocacy |