UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS                          MDL Docket No. MDL 1968
LIABILITY LITIGATION                             2:08-md-01968
                                                 HONORABLE JOSEPH R. GOODWIN

APPLICATION OF STANLEY G. JACKSON FOR APPOINTMENT
TO THE PLAINTIFF'S STEERING COMMITTEE

NOW COMES, Stanley G. Jackson and hereby applies for Plaintiff's Steering Committee

and respectfully shows in support thereof the following:

I.      **Willingness and availability to commit to a time consuming project**

Stanley G. Jackson, founder of Jackson Law Offices, P.C., is willing and available to

commit the time and effort necessary to this complex case.  Stanley G. Jackson has for the last

thirty-five (35) years specialized in complex litigation, and thus is aware of the time necessary to

effectively pursue a case of this magnitude. Stanley G. Jackson is a private pilot with his own

plane.  As a consequence he can be in Charleston, West Virginia at a flight time of approximately

1.5 hours and in New Jersey in approximately 3.5 hours.

II.     **Ability to cooperate with others**

Stanley G. Jackson and Jackson Law Offices, P.C. was employed by the Trustee in

Bankruptcy in the Carolina Investors/HomeGold litigation.  The Carolina Investors/HomeGold

litigation was comparable in South Carolina to the Enron litigation.  It involved approximately

fifty (50) defense attorneys and seven (7) Plaintiff law firms. It was one of the largest financial

debacles in the history of the state of South Carolina.  Mr. Jackson was one of the lead counsel;

and therefore, had to effectively coordinate with the other attorneys.  Stanley G. Jackson's

cooperative work with the other Plaintiffs' counsel resulted in a very successful conclusion of

that case for $42 million.  Recently Mr. Jackson was associated in a case pending in the Virgin

Islands Federal Court involving multiple Plaintiff and Defense Counsel which settled for $30

million.  Additionally, Jackson Law Offices, P.C. was part of the informal discovery committee

in the antitrust case of *In Re Vitamin* which involved 67 Plaintiff's law firms.  The case settled

for $1.13 billion.  Also, in the Graniteville train litigation when chlorine gas maimed, killed and

dispossessed approximately 5400 people, Mr. Jackson had a sealed favorable settlement.  This

case also involved being able to work with multiple Plaintiffs' lawyers in coordinating the

discovery and expert witnesses in the case.

### III.    Professional experience in this type of litigation.

Stanley G. Jackson obtained his Bachelor's degree from Vanderbilt University in 1969,

attended Columbia University Graduate School of Business in New York City, in 1970 and

received a Juris Doctor's degree from University of Georgia School of Law in 1973.  Mr.

Jackson is A.V. rated by Martindale-Hubble. He has litigated in Federal Court product liability

cases through a jury trial.  Additionally, Stanley G. Jackson is qualified to manage complex class

action litigations as shown by the attached affidavits of two (2) superior court judges, a former

president of the State Bar of Georgia, and the former president of the Trial Lawyers Association.

Since many of the consolidated cases have been brought as class actions, Mr. Jackson's expertise

in class action litigation would be especially beneficial to the Plaintiff's Steering Committee.

More information concerning Jackson Law Offices, P.C. is available at the firm website

www.stanjackson.com.

### IV.    Other relevant considerations.

Stanley G. Jackson has been an adjunct law professor at the Charleston School of Law,

and a visiting professor of litigation at the Maribor School of Law in Maribor, Slovenija Europe.

In the state of Georgia, the state of Georgia has an interest in punitive damages that are awarded in this case.  Under the Georgia Punitive Damage Statute, O.C.G.A. § 51-12-5.1, seventy five (75%) of the punitive damages arising out of a products liability defects in the state of Georgia goes to the state.  As far as the undersigned discerns, Jackson Law Offices, P.C. was the first to file a suit in Georgia concerning Digitek Products and their manufacturers' liability. Consequently, Jackson Law Offices, P.C. should be placed on the Steering Committee to protect the interests of the State of Georgia in a punitive damages award.

   Respectfully submitted,

                 s/Stanley G. Jackson
                 STANLEY G. JACKSON
                 Georgia Bar No: 387650
                 1830 Walton Way
                 Augusta, Georgia 30904
                 (706) 724-2661