STATE OF GEORGIA )
)
COUNTY OF RICHMOND )

### AFFIDAVIT OF JUDGE J. CARLISLE OVERSTREET

PERSONALLY APPEARED before an attesting officer duly authorized to administer oaths, JUDGE J. CARLISLE OVERSTREET, who under oath deposes and says:

1. I am a Superior Court Judge in Richmond County, Georgia.

2. I became a Judge in 1991. During my practice of law, prior to becoming a Judge, I was associated with Mr. Jackson in several complex cases, including jointly representing J.B. Fuqua of Fuqua Industries in a Securities Class Action pending in the United States District Court for the Southern District of Georgia.

3. From my knowledge and experience with Mr. Jackson, whom I have known professionally for over 20 years, he is a highly capable attorney and highly qualified to handle complex Class Action litigation as lead Class counsel.

_____
J. CARLISLE OVERSTREET

SWORN and SUBSCRIBED to before
me this 5th day of December, 1996.

_____
NOTARY PUBLIC

My Commission Expires: 12-13-97