STATE OF GEORGIA )
)
COUNTY OF RICHMOND )

### AFFIDAVIT OF JUDGE ALBERT PICKETT

PERSONALLY APPEARED before an attesting officer duly authorized to administer oaths, JUDGE ALBERT PICKETT, who under oath deposes and says:

1. I am a Superior Court Judge in Richmond County, Georgia.

2. I practiced law in partnership with Stanley G. Jackson. The partnership lasted from 1974 until the time I became a Judge in 1981.

3. During that period of time, Mr. Jackson and myself handled jointly several complex cases, including jointly representing J.B. Fuqua of Fuqua Industries in an intervention in a Securities Class Action pending in the United States District Court for the Southern District of Georgia.

4. From my knowledge and experience with Mr. Jackson, whom I have known professionally for over 20 years, he is a highly capable attorney and highly qualified to handle complex Class Action litigation as lead Class counsel.

JUDGE ALBERT PICKETT

SWORN and SUBSCRIBED to before me this 5T day of December, 1996.

NOTARY PUBLIC

My Commission Expires: 12-13-97