STATE OF GEORGIA )
) AFFIDAVIT
COUNTY OF RICHMOND )

Personally appeared before the undersigned attesting officer duly authorized to administer oaths, John Bell, who under oath deposes and says:

1. I am over 21 years of age and am competent to make this affidavit and am making this affidavit on my own personal knowledge unless otherwise indicated.

2. I am a graduate of the University of Georgia Law School. I have been practicing law since 1972. I have served as the Law Clerk to U. S. District Judge Wilbur D. Owens, Jr., 1972-1974. I was a Trustee of the Institute of Continuing Legal Education, Georgia for 1981-1982. I am a member and was on the Board of Directors of Trial Lawyers for Public Justice. I am a member of the Augusta and American Bar Associations; State Bar of Georgia (Chairman, General Practice and Trial Section, 1981-1982; Chairman, Georgia Institute of Trial Advocacy, 1983-1986). I am a member of and ~~was~~ an officer of Georgia Trial Lawyers Association (Life Member; Vice President, 1978-1984; Treasurer, President Elect 1996-1997 1984-1986; Secretary, 1987-1989); The Association of Trial Lawyers of America (Sustaining Member; Chairman, Environmental and Toxic Tort Section, 1989-1990; State Delegate, 1990-1996). I am currently a member of the Georgia Bar Foundation; Roscoe Pound American Trial Lawyers Foundation; Georgia Legal History Foundation (Trustee, 1988-1989). I am admitted to practice in South Carolina. My practice includes: Civil Litigation;

Personal Injury; Environmental and Toxic Tort Litigation; Commercial Litigation; and Products Liability.

3. I have been involved in extensive trials and litigation; both within the State of Georgia and South Carolina. I have been lead counsel in several actions that have been certified as class actions.

4. I have known Mr. Stanley Jackson as a lawyer for over twenty years. He has an excellent reputation as a legal scholar and litigator. He and I have consulted on cases which I have litigated. He has shown exemplary capability. He is well respected in Class Action litigation.

5. Mr. Jackson is rated the highest rating by Martindale Hubbell of "AV" as a consequence of his litigation expertise. He concentrates his practice within the area of Complex Litigation and Class Actions.

6. I have personally testified in Martin et al. v. Phillips Colleges et al. as to his capabilities and expertise in a Class Action which was pending in the United States District Court for the Southern District of Georgia, Augusta Division. This action was certified as a Class Action and favorably concluded by Mr. Jackson for the members of the Class.

Sworn to and subscribed before me this 3rd day of September, 1996.

_____
John Bell

_____
NOTARY PUBLIC
My Commission Expires:

Notary Public, Richmond County Georgia
My Commission Expires November 29, 1999