STATE OF GEORGIA )
) **AFFIDAVIT**
COUNTY OF CLARKE )

Personally appeared before the undersigned attesting officer duly authorized to administer oaths, Gene Mac Winburn, who under oath deposes and says:

1. I am over 21 years of age and am competent to make this affidavit and am making this affidavit on my own personal knowledge unless otherwise indicated.

2. I am a graduate of the University of Georgia Law School. I have been practicing Law since 1962. I have served as President of the State Bar of Georgia for 1989-1990. I am a member of the Association of Trial Lawyers of America. I am member of The Georgia Trial Lawyers Association and served as its President for 1986-1987. I am currently a member of the Georgia Bar Foundation.

3. My practice among other areas includes Class action litigation. I have been involved in extensive trials and litigation; both within the State of Georgia and in other states.

4. Mr. Stanley Jackson has been associated with me in cases which I have litigated. He has shown exemplary capability.

5. Mr. Jackson is rated the highest rating by Martindale Hubbell. He concentrates his practice in the area of complex litigation and Class Actions. He is well respected among members of the bar in Class Action litigation.

6. In 1990 I personally testified as to his capabilities and expertise in a RICO Class Action which was pending in the United States District Court for the Southern District of Georgia, Augusta Division. The case was certified as a Class Action and favorably concluded by Mr. Jackson for the members of the Class. That case was styled <u>Martin et al. v. Phillips Colleges</u>

et al. In my opinion, Stanley G. Jackson is a highly qualified lawyer who is very capable to be lead counsel in complex litigation and class actions.

Sworn to and subscribed
before me this 31st day
of October, 1996.

_____
NOTARY PUBLIC

My Commission Expires:

Jan 30, 2000

_____
GENE MAC WINBURN