# MARTZELL & BICKFORD

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

October 14, 2008

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
REGINA O. MATTHEWS
SPENCER R. DOODY
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH
ROSHAWN H. DONAHUE

† *also admitted in Texas & Colorado*

E-MAIL: MB@MBFIRM.COM

*Writer's Direct Email:*

**VIA ELECTRONIC FILING**
Honorable Joseph R. Goodwin
United States District Court Chief Judge
Southern District of West Virginia

Re:   *IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION*

Dear Judge Goodwin:

In connection with my application for a position on the Plaintiffs' Steering Committee, please find attached my resume. Although I am presently representing one set of clients in this matter, our case involves a death that we believe is directly linked to the Digitek defect.

In response to the criteria set forth in Pretrial Order #2:

a.)  We have six attorneys and numerous staff persons at our firm who are experienced with class actions and with complex litigation. We are willing and available to devote personnel for this important matter.

b.)  As evidenced by my appointment as lead counsel and co-lead counsel in numerous class actions, I am able to work cooperatively with others and intend to do so in this litigation;

c.)  My experience is set forth in the attached resume. As stated, I was Lead Counsel in *Mullins v. Treasure Chest Casino,* 186 F.3d 620 (5th Cir), a certified Jones Act Class Action, Lead Counsel in *Solis vs. Lincoln*: an MDL Welding Fume Litigation ( Bellwether MDL trial), Lead Counsel in *Frelich vs. Shell*: Federal Class Action: Oil spill, Lead Counsel, *Blanchard vs. Sundown*: Federal Class Action: Oil Spill, Lead Counsel, *Tinson v. Bass:* Federal Class Action: Oil Spill, Lead Counsel, *Hannon v. Waterman* Steamship Co., (EDLA - over 300 consolidated maritime asbestos cases )

Thank you for your consideration.

Respectfully yours,

MARTZELL & BICKFORD

Scott R. Bickford

SRB/jh
Enclosure

F:\Clients\LONGMIRE, Sandra-Class Action\Correspondence\Judge Goodwin.wpd

Scott R. Bickford
**Martzell & Bickford**
338 Lafayette St.
New Orleans, LA 70130

Scott R. Bickford graduated from Tulane University with a B.A. in Political Science (1978) and from Tulane Law School (1982). He has been admitted to practice law in Louisiana, Texas and Colorado. He is the managing principal of Martzell and Bickford.

**Principal area of practice**: Environmental and toxic tort law, maritime malpractice litigation and criminal defense. Also, participate in the litigation of election contests.

**Teaching and Seminar Presentations:**

Volunteer Adjunct Instructor, Tulane Law School (2008); Tulane Law School, Professional and Ethics Seminar for Incoming Students (2004 to present); *Girls Gone Wild: Privacy Rights in a Public World,* Louisiana Trial Lawyers Seminar (December 2004); Program Director, Louisiana Trial Lawyers Aspen Seminar (2000 - 2001); *Legal Ethics in an Environmental Practice*: Tulane Environmental Law Conference, New Orleans, LA (March 2001); May 1, 2000 *Ethical Issues in Settlements*, Asbestos Litigation, New Orleans, LA (May 2000); *Settlement Tactics and Presentation*; Conference: Maritime Law in the 90's, Tulane Law School in New Orleans, LA (September 1994); *Ethics of Client Solicitation,* Tort & Insurance Practice Section, American Bar Association, New Orleans, LA (August 1994); *Key Issues in Wetlands Regulations* (six hour course), Louisiana Wetlands Seminar New Orleans, LA (July 1994); Coordinator/Instructor, Peoples Law School, Tulane University and the Louisiana Trial Lawyers ( 1989 to 1991).

**Publications**:

"Restricting Lawyers' Solicitation of Victims," ABA The Brief, Vol. 25 No. 7, 1995.

**Memberships and Appointments**

Board of Governors Louisiana Trial Lawyers (1987-1991) (2000 to present)

St. Thomas More Inns of Court (1998 to present)

Assistant Bar Examiner, Louisiana Bar Association, Code I (1990 to present)

Co-Chair Mayor-elect Nagin Transition, Legal Services Task Force (2001)

Committee Member, Creditors Committee, Babcock and Wilcox Bankruptcy (2001 to 2005)

Court Appointed Liquidator, Ardoin & Tanet

Special Counsel to New Orleans City Council on City Sales Tax

Lead Counsel for 2008 Louisiana Senatorial Election, Senator Mary Landrieu

**Significant Litigation:**

Co-Trial Chair of *Turner v. Murphy*: Murphy Oil Class Action

Lead Counsel, Woody Jenkins vs. Senator-elect Mary Landrieu (election contest)

Lead Counsel, In re: United States Senate in the Matter of the Senate Seat from Louisiana, 105th Congress (election contest)

Jackie Clarkson vs. Troy Carter (election contest)

USA vs. Edwin Edwards, et al (criminal trial)

State of Louisiana vs. Texaco, et al; (counsel for Sen. Russell Long)(oil and gas)

USA vs. Donald Beckner (criminal trial)

Johnson vs. Ashland Oil, Co., et al. (asbestos litigation)

Lead Counsel, Mullins v. Treasure Chest Casino 186 F.3d 620, 5th Cir.(La.) (Certified Jones Act Class Action)

Lead Counsel, *Solis vs. Lincoln*: MDL Welding Fume Litigation ( Bellwether MDL trial)

Lead Counsel, *Frelich vs. Shell*: Federal Class Action: Oil spill

Lead Counsel, *Blanchard vs. Sundown*: Federal Class Action: Oil Spill

Lead Counsel, *Tinson v. Bass:* Federal Class Action: Oil Spill

Lead Counsel, *Hannon v. Waterman* Steamship Co., (EDLA - over 300 consolidated maritime asbestos cases )

**Major Environmental Representations**

LaFourche Basin Levee District - Marsh Land Oil Field Waste

West Jefferson Levee District - Marsh Land Oil Field Waste

Plaquemines Parish - Special appointed counsel for parish wide litigation of Oil Field Waste

Lafourche Parish School Board - Marsh Land Oil Field Waste

St. Mary's Parish School Board - Marsh Land Oil Field Waste

Vermilion Parish School Board - Oil Royalties Litigation

**Volunteer and Charitable Organizations:**

Member LSBA Committee on the Profession (2007-present)

Chair/Board member Project Lazarus (1996-2002

Alumnus Advisor/ Board Member, Kappa Sigma Fraternity (1986 to 1989)(2001 to Present)

**Personal:**

Born February 14, 1956

Interests: Sailing, Skiing, Music