**ATTORNEY RICHARD W. SCHULTE**

**Partner:**   Behnke, Martin & Schulte, L.L.C.
131 North Ludlow Street, St. 840
Dayton, Ohio 45402
937 435 9999

**Admitted to Practice Law:** Ohio 1996, Iowa 2002, United States District Court, Southern District of Ohio 1996, Sixth Circuit Court of Appeals 2004, United States Supreme Court 2005.

**Education:** Quincy College (B.A., 1991 cum laude)(Graduate of Honors Program); Valparaiso University (J.D., 1995); Lloyd's of London Fellow (1995).

**Professional Licenses:** Life, Health, Property and Casualty Insurance Agent, 1991-Present

**Practice Areas:** Trial Practice, Medical Malpractice, Wrongful Death, Nursing Home Abuse, Product Liability, Mass Torts, Class Actions.

**Lectures:**

Ohio Association for Justice "Pharmaceutical Litigation Now" 2008
Dayton Bar Association "Tort Deform SB80 & Punitive Damages" 2008
Ohio Association for Justice "OAJ Convention Moderator Ethics Seminar" 2008
Ohio Association for Justice "Punitive Damages After Arbino" 2008
Ohio Association for Justice "Overview of Arbino v. Johnson & Johnson" 2008
Ohio Association for Justice "Robinson V. Bates" 2007
Ohio Association for Justice "New Perspectives/Insurance Agent Liability" 2007
Ohio Academy of Trial Layers "Life Insurance Denials" 2007
Ohio Academy of Trial Lawyers "Insurance Agent Liability" 2007
Ohio Academy of Trial Lawyers "Subrogation Moderator" 2006
Ohio Academy of Trial Lawyers "Subrogation Seminar" 2006
Ohio Academy of Trial Lawyers "Chairman Regional Seminars" 2005
Ohio Academy of Trial Lawyers "Marketing a Tort Practice" 2005
Dayton Bar Association "Complaint to Verdict" 2000, 2001, 2002, 2003, 2004
Ohio Academy of Trial Lawyers "Arbitration" 2003
Ohio State Osteopathic Association "HMO Litigation" 2002
Dayton Bar Association "HB 281 & Tort Reform" 2003
Grandview and Southview Hospitals "Physician Employment Negotiation and Contracts" 1999, 2000, 2001

**Board Positions:**

American Association For Justice (Board of Governors 2008-Present)
American Association For Justice Leaders Forum (2008-Present)
Ohio Association for Justice (President Elect 2008-Present)
Quincy University Executive Committee (2007-Present)

Ohio Association for Justice PAC Board of Trustees (2006-Present)
Ohio Academy of Trial Lawyers (Vice President 2007-2008)
Ohio Academy of Trial Lawyers (Treasurer, 2005 ó 2007)
Ohio Association For Justice  (Board of Trustees, 2003-present)
Quincy University (Board of Trustees, 2004-present).
Dayton Bar Association (Board of Trustees, 1998-2000)

**Committee Appointments:**

Quincy University, Executive Committee, 2007-Present
Quincy University, Presidential Search Committee, 2007
Ohio Association for Justice, Legislative Committee, 2006-Present
Ohio Association for Justice, Candidate Development Committee, 2007
Ohio Association for Justice, Executive Director Search Committee, 2007
Ohio Association for Justice, Leadership Counsel, 2005-Present
Ohio Academy of Trial Lawyers, Rules Committee, 2006
Dayton Bar Association, Vice-Chairman Civil Law Committee, 1999-2000;
Dayton Bar Association, Chairman Civil Law Committee, 2001-2002;
Dayton Bar Association Bar Exam and Qualifications Committee, 2002-2004;
Dayton Bar Association New Lawyer Committee, 1996-1998;
Dayton Bar Association Relations with Health Care Providers, 1999-2002;
Dayton Bar Association Judiciary Committee, 2002-2005;
Ohio Academy of Trial Lawyers, Tort Reform Challenge Committee, 2006;

**Professional Associations:**

American Association for Justice
Ohio Association for Justice
Miami Valley Trial Lawyers Association
Ohio Sate Bar Association
Dayton Bar Association
Iowa State Bar Association
Rocky Mountain Elk Foundation
National Rifle Association (NRA)
Sierra Club International (SCI)
Thanks to Harry Bell WV Ducks Unlimited

**Ohio Supreme Court Cases:**

Depaullette v. Depaullette, Case #17847 (2000).

Uzhca v. Federal Ins. Corporation, et al., 100 Ohio St. 3d 323 (2003).

Sandra Brady-Fray, Adm., v. Toledo Edison Company, et al.,
Case No.: 03-1443 (2004).  Amicus Curiae on behalf of the Ohio Academy of Trial Attorneys (OATL)

2

<u>Melissa Arbino vs. Johnson & Johnson, et al (2007).</u> Amicus Curiae on behalf of Mothers Against Drunk Driving (MADD)

**Pro Bono Work:**

CASA (Court Appointed Special Advocate) Volunteer representing abused children.
CASA certification instructor 2000, 2001, 2002

**Television Appearances**:

Good Morning America – April 12, 2004
MSNBC- The Abrams Report – April 12, 2004
Inside Edition – April 14, 2004
WDTN (2), WKEF (22), WHIO (7) – 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008
Court TV – Catherine Criar Live Show – December 12, 2005
Today Show – December 12, 2005
CNN News – December 12, 2005
MSNBC – December 13, 2005
Inside Edition – December 14, 2005

**COMPLEX LITIGATION EXPERIENCE**

**Ortho Evra MDL 1742**

Filed some of the first Ortho Evra cases in the country. My firm reviewed just under a million documents. Actively worked the case on behalf of the MDL taking numerous depositions and serving on the following MDL committees:

    Discovery Committee (co-chair)
    Marketing Committee (member)
    Bellwether Fact Witness Team (chair)
    Compensatory Damage Committee (chair)
    MDL Mediation Team (member)

**Trasylol MDL 1928**

    Documents Review
    Took the Marketing 30(b)(6) Deposition
    Deposition Committee
    Involved in the Discovery Process and Strategic Planning

**Class Action Experience**

    Banford v. Aldrich Chemical Company Inc., Case # 03 CV 8704
    Co-Lead Counsel

Hampton v. Dana Corporation Case, # 02 CV 04 166
Lead Counsel

Tracy v. Plumbers and Pipefitters National Pension Fund et al., Case # 03-CV-155
Co-Lead Counsel

Jane Doe v. Miami Valley Womens Center, Case #05 CV 4518
Co-Lead Counsel