IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE:  DIGITEK | ) | MDL NO. 1968 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | APPLICATION OF TERESA C. |
| | ) | TORISEVA FOR APPOINTMENT |
| THIS DOCUMENTS RELATES TO | ) | TO THE PLAINTIFFS' STEERING |
| ALL CASES | ) | COMMITTEE |

This applicant brings relevant experience to this case.  By way of illustration, Ms. Toriseva serves as court appointed Co-Lead Counsel for In Re: Kugel Mesh Hernia Patch Litigation, in the United States District Court for Rhode Island. In total, Ms. Toriseva has been appointed by two (2) State and four (4) Federal Judges to various Plaintiff Steering Committees.  Of those, Ms. Toriseva has active duties in two ongoing litigations.  The others are settled and/or being finalized.  *See:* Attached CV describing (6) appointments.  On multiple occasions, Teresa has been appointed Special Assistant Attorney General by the State of West Virginia to handle consumer protection and antitrust litigation wherein she represented the interest of **all** West Virginia consumers (See: Attached CV).

This experience and these appointments show Ms. Toriseva's ability to work cooperatively with others, and to handle the work required to prosecute this mass tort.

Regarding this Digitek MDL, Ms. Toriseva, along with other co-counsel Carl Frankovitch, K. Camp Bailey, and Fred Thompson, moved the Judicial Panel of Multi-District Litigation (JPML) to send this important litigation to West Virginia.

**WHEREFORE**, the undersigned requests this Court's consideration for the PSC, and for co-lead counsel.


Dated:  October 20, 2008         /s/ Teresa C. Toriseva
                                 Teresa C. Toriseva, Esq.
                                 TORISEVA LAW
                                 1446 National Road
                                 Wheeling, WV 26003
                                  Telephone: (304) 238-0066