**Contact Information:**
1446 National Road
Wheeling, WV 26003
Email:
tct@torisevalaw.com
(304) 238-0066 (office)
(304) 238-3184 (cell)
(304) 238-0149 (fax)



# TORISEVA LAW

## TERESA C. TORISEVA

**COURT APPOINTED AND ELECTED POSITIONS**

1. Co-lead counsel, *Kugel Mesh Multi District Litigation (MDL)*, appointed by the United States District Court for the District of Rhode Island, October 2007

2. Member of the Plaintiffs' Steering Committee for *Kugel Mesh* State Court, Consolidated Proceedings, Superior Court of Rhode Island

3. Member of Plaintiffs' Steering Committee for *New York State ReNu with MoistureLoc Litigation*, Index No. 766,000/07

4. Member of Plaintiffs' Steering Committee for *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation,* MDL No. 1708

5. Member of Plaintiffs' Steering Committee for *In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation,* MDL No. 1726 and Plaintiffs' Steering Committee member in charge of Law & Briefing Committee

6. Member of Plaintiffs' Steering Committee for *In re Medtronic, Inc., Sprint Fidelis Leads, Products Liability Litigation*, MDL No. 08-1905

**OTHER PROFESSIONAL LEADERSHIP**

1. Immediate Past President, West Virginia Association for Justice (formerly the West Virginia Trial Lawyers Association), 2007-2008

2. Member, List Server Policy Enforcement Subcommittee of the Section and Litigation Group Coordination Committee (3 year term)

3. Litigation Group Leadership Council July 2006 to present

4. Chair, Guidant sub-group, American Association for Justice ("AAJ") Heart Device Litigation Group, July 2005

5. Co-chair, AAJ Heart Device Litigation Group, appointed July 2005

6. Co-chair, AAJ Bausch and Lomb Contact Lens Solution Litigation Group, appointed July 2006 thru July 2008

7. Member, Drugs and Medical Device Preemption Task Force, Appointed July 2006

8. Member, Campaign for Legal Aid Leadership Committee, West Virginia, 2006-2007

9. Special Assistant Attorney General for the State of West Virginia in consumer protection litigation against ten Wall Street investment banking firms, 2003 to 2005

10. Special Assistant Attorney General for the State of West Virginia in Visa and MasterCard antitrust litigation, 03-C-551, 2003 to present

11. Special Assistant Attorney General for the State of West Virginia in Augmentin antitrust litigation, 04-C-254M, 2004

12. Special Assistant Attorney General for the State of West Virginia in Relafen antitrust litigation, 04-C-254M, 2004

13. Special Assistant Attorney General for the State of West Virginia in Paxil consumer protection litigation, 04-C-254M, 2004

14. Special Assistant Attorney General for the State of West Virginia in Paxil

**TORISEVA LAW**

antitrust litigation, 04-C-254M, 2004

15. Co-Chair, Heart Device Litigation Conference of Experts, Med-Expertise Inc. Seminar, Houston, Texas, January 18, 2006.

16. Appointed as Special Assistant Attorney General for the State of West Virginia to serve as lead counsel in Risperdal and Duragesic prescription drug consumer protection litigation, 04-C-156, in 2004

17. Appointed in the Preemption Law Litigation Group Governing Board for the American Association for Justice in charge of Education Outreach, September 2006.

## MEMBERSHIPS

1. Member, West Virginia State Bar
2. President and member of the Executive Committee, West Virginia Association for Justice (formerly the West Virginia Trial Lawyers Association)
3. Member, Council of Presidents, American Association for Justice
4. Member, Ohio County Bar Association
5. AAJ Heart Device Litigation Group, a national group of lawyers representing individuals harmed by misconduct of medical device companies

## PUBLICATIONS

- "Kugel Mesh – Another Mess for American Health Care Consumers" *American Association for Justice, Teresa C. Toriseva, (Volume 13, No. 2, Winter 2008).*
- "The Sprint Fidelis Recall: More trouble for an Embattled Heart Device Manufacturer" *American Association for Justice, Teresa C. Toriseva, (Volume 13, No. 2, Winter 2008).*
- "More Pain For Hernia Patients" *American Association for Justice, Teresa C. Toriseva, (Volute 44, Issue 1, January 2008).*

## STATE COURT ADMISSIONS

West Virginia

Pennsylvania

## FEDERAL COURT ADMISSIONS

U.S. Court of Appeals, Fourth Circuit

Federal Court of Claims

U.S. District Court for the Southern District of West Virginia

U.S. District Court for the Northern District of West Virginia

## ACADEMIC BACKGROUND

- B.S., Biology, Wheeling Jesuit University, 1992

    *Summa Cum Laude*

    Laut Honors Scholar

- J.D., West Virginia University College of Law, 1995

    *Order of the Coif Order of the Barrister*