# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John Maurice O'Quinn**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 18th day of September, 1967.

I further certify that the records of this office show that, as of this date

**John Maurice O'Quinn**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 24th day of July, 2008.
BLAKE HAWTHORNE, Clerk

by _[signature]_
Brad Sonego, Deputy Clerk

No. 0724L

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.