# INCORRECT ENTRY

**(See entry #45)**