IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                         MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-4)

Jennifer W. Arledge
400 South Fourth Street
Suite 500
Las Vegas, NV 89101

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Mark S. Beveridge
KINNARD CLAYTON & BEVERIDGE
The Woodlawn
127 Woodmont Boulevard
Nashville, TN 37205

Richard A. Dean
TUCKER ELLIS & WEST
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115

Jill L. Dunyon
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000

Carrie McCrea-Hanlon
PYATT SILVESTRI & HANLON CHTD
701 Bridger
Suite 600
Las Vegas, NV 89101

Robert McKenna, III
CARROLL KELLY TROTTER FRANZEN &
MCKENNA
701 Green Valley Parkway
Suite 105
Henderson, NV 89074

Randall G. Phillips
PHILLIPS LAW OFFICE
2510 Washington Boulevard
Suite 200
Ogden, UT 84401

David F. Sampson
CHRISTENSEN LAW OFFICES LLC
1000 South Valley View Boulevard
Las Vegas, NV 89109

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Richard A. Vazquez
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000