IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1968

THIS DOCUMENT RELATES TO:
ALL CASES

---

NOTICE OF SUPPORT OF TERESA TORISEVA
AS CO-LEAD COUNSEL FOR PLAINTIFFS IN MDL 1968

TO THE HONORABLE JUDGE GOODWIN:

Please accept this Notice of Support of Teresa Toriseva as Co-Lead Counsel for Plaintiffs in MDL 1968 by the undersigned on behalf of the 21 law firms identified below and who are counsel or co-counsel for certain plaintiffs in this MDL:

1.  Vance Andrus
    Andrus Boudreaux PLC
    Denver, CO and Lafayette, LA

2.  Camp Bailey
    Bailey Perrin Bailey, LLP
    Houston, TX

3.  Dawn Barrios
    Barrios, Kingsdorf & Casteix LLP
    New Orleans, LA

4.  Robert Binstock
    Reich & Binstock
    Houston, TX

5.  Robert Blanchard
    Levin Papantonio Thomas Mitchell Echsner & Proctor PA
    Pensacola, FL

6.  Ed Blizzard
    Blizzard, McCarthy & Nabers, LLP
    Houston, TX

7.     Thomas Cartmell
       Wagstaff & Cartmell LLP
       Kansas City, MO

8.     John Climaco
       Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA
       Cleveland, OH

9.     Rick DiGiorgio
       Cory Watson Crowder & DeGaris, P.C.
       Birmingham, AL

10.    Carrie R. Frank
       Klein Frank, PC
       Bolder, CO

11.    Carl Frankovitch
       Frankovitch, Anetakis, Colantonio & Simon
       Weirton, WV

12.    Stacy Hauer
       Zimmerman Reed, PLLP
       Minneapolis, MN

13.    Stanley Jackson
       Jackson Law Office
       Augusta, GA

14.    Pete Miller
       Miller Law Firm
       Orange, VA

15.    Tina B. Nieves
       Gancedo & Nieves, LLP
       Pasadena, CA

16.    John M. O'Quinn
       The O'Quinn Law Firm
       Houston, TX

17.    Erick Rosemond
       Hissey Kientz LLP
       Houston, TX

18. Shelly A. Sanford
    T. Christopher Pinedo
    Sanford Pinedo LLP
    Houston, TX

19. Paul Sizemore
    Girardi & Keese
    Los Angeles, CA

20. Fred Thompson
    Motley Rice LLC
    Mt. Pleasant, SC

21. Justin Witkin
    Bryan Aylstock
    Aylstock, Witkin, Kreis & Overholtz PLLC
    Pensacola, FL

Dated: October 31, 2008                Respectfully submitted,

                                       By: /s/ Shelly A. Sanford
                                       Shelly A. Sanford
                                       Texas State Bar No. 00784904
                                       Federal ID No. 19105
                                       2016 Bissonnet Street
                                       Houston, Texas 77005-1647
                                       Telephone: (713) 524-6677
                                       Facsimile: (713) 524-6611
                                       ssanford@sanfordpinedo.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Shelly A. Sanford
Shelly A. Sanford