IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK PRODUCTS
LIABILITY LITIGATION                                     MDL No. 1968

THIS DOCUMENT RELATES TO:
ALL CASES
_____

SUPPLEMENTAL NOTICE OF SUPPORT OF TERESA TORISEVA
AS CO-LEAD COUNSEL FOR PLAINTIFFS IN MDL 1968

TO THE HONORABLE JUDGE GOODWIN:

Please accept this Supplement to the Notice of Support of Teresa Toriseva as Co-Lead Counsel for Plaintiffs in MDL 1968 filed on October 31, 2008 by the undersigned. This supplement is filed on behalf of an additional law firm not identified on the original Notice:

22. Richard D. Meadows
    The Lanier Law Firm
    Houston, TX, Los Angeles, CA and New York, NY


Dated: November 3, 2008                    Respectfully submitted,


                                           By: s/SHELLY A. SANFORD_____
                                              Shelly A. Sanford
                                              Texas State Bar No. 00784904
                                              Federal ID No.  19105
                                              2016 Bissonnet Street
                                              Houston, Texas  77005-1647
                                              Telephone: (713) 524-6677
                                              Facsimile: (713) 524-6611
                                              ssanford@sanfordpinedo.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of November, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                        s/SHELLY A. SANFORD
                                        Shelly A. Sanford