IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION         MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**MOTION FOR LEAVE TO FILE ATTACHMENT TO THE
OBJECTION TO THE APPOINTMENT OF
TERESA TORISEVA AS CO-LEAD COUNSEL**

NOW INTO COURT, comes Daniel E. Becnel, Jr., who seeks leave of Court to file an attachment to the Objection filed herein as follows.

I.

Daniel E. Becnel, Jr., in support of his Objection to the Appointment of Teresa Toriseva (Doc. No. 44) as Co-Lead Counsel, would like to add the attached Affidavit of Barry Hill as an exhibit to his Objection.

Respectfully submitted,

DANIEL E. BECNEL, JR., (#2926)
BECNEL LAW FIRM, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile : (985) 536-6445

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION          MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

IT IS ORDERED that leave be granted to file the Affidavit of Barry Hill as an exhibit in

support of Objection to the Appointment of Teresa Toriseva as Co-Lead (Doc. 44).

This _____day of _____, 2008.


_____
JUDGE JOSEPH R. GOODWIN