# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1968

THIS DOCUMENT RELATES TO:
ALL CASES

---

### NOTICE OF SUPPORT FOR TERESA TORISEVA AS CO-LEAD
### COUNSEL FOR PLAINTIFFS IN MDL 1968

TO THE HONORABLE JUDGE GOODWIN:

Please accept this as Notice of Support of Teresa Toriseva as Co-Lead Counsel for Plaintiffs in MDL 1968 filed on November 3, 2008 by the undersigned.

This office represents plaintiffs in a class action arising from Digitek ingestion, denominated <u>Palladino v. Actavis, et al</u>, (2:08-cv-1175). The class is limited to New Jersey residents. The case was removed by defendants from state court in New Jersey to federal court and was then transferred to the MDL.

|  |  |
|---|---|
| November 3, 2008 | Respectfully submitted,<br><br>James J. Pettit, Esquire<br>N.J. State Bar No. 25987<br>Locks Law Firm, LLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, New Jersey 08002<br>(856)663-8200<br>(856)661-8400<br>jpettit@lockaslaw.com |

CERTIFICATION OF SERVICE

I hereby certify that on the 3rd day of November, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

_____
James J. Pettit