## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON  DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO.  1968

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

Pending before the court is Danny E. Becnel, Jr.'s Motion for Leave to File Attachment to the Objection to the Appointment of Teresa Toriseva as Co-Lead Counsel [Docket 49].  For reasons appearing to the court, Mr. Becnel's motion is **DENIED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in this district.

ENTER:        November 7, 2008

Joseph R. Goodwin, Chief Judge