A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Nov 14, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 14, 2008**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

**IN RE: DIGITEK PRODUCTS**
**LIABILITY LITIGATION**
    Olga Batlle, et al. v. Actavis Totowa, LLC, et al.,    )
        D. Nevada, C.A. No. 2:08-1184                   )      MDL No. 1968

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Batlle*) on October 10, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Batlle* filed a notice of opposition to the proposed transfer. Plaintiffs in *Batlle* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on October 10, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel