UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **Judge John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **Judge J. Frederick Motz**<br>United States District Court<br>District of Maryland | **Judge David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | **Judge Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **Judge W. Royal Furgeson, Jr.**<br>United States District Court<br>Western District of Texas | |
| | **Judge Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

November 14, 2008

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Re: MDL No. 1968 -- IN RE: Digitek Products Liability Litigation

    Olga Batlle, et al. v. Actavis Totowa, LLC, et al., D. Nevada, C.A. No. 2:08-1184

Dear Ms. Deppner:

    A conditional transfer order was filed in the above matter on <u>October 10, 2008</u>. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

    Attached to this letter is a list of involved counsel.

                                                           Very truly,

                                                           Jeffery N. Lüthi
                                                           Clerk of the Panel

                                                         By _____
                                                                Denise Morgan-Stone
                                                                 Deputy Clerk

Attachment

cc:      Transferee Judge: Judge Joseph R. Goodwin

JPML Form 68A

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                MDL No. 1968

**INVOLVED COUNSEL LIST**

Jennifer W. Arledge
400 South Fourth Street
Suite 500
Las Vegas, NV 89101

Harry F. Bell, Jr.
BELL & BANDS
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Carrie McCrea-Hanlon
PYATT SILVESTRI & HANLON CHTD
701 Bridger
Suite 600
Las Vegas, NV 89101

Robert McKenna, III
CARROLL KELLY TROTTER FRANZEN & MCKENNA
701 Green Valley Parkway
Suite 105
Henderson, NV 89074

David F. Sampson
CHRISTENSEN LAW OFFICES LLC
1000 South Valley View Boulevard
Las Vegas, NV 89107

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465