UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In Re: DIGITEK PRODUCTS LIAIBILITY LITIGATION | MDL No. 1968<br>Chief Judge Joseph R. Goodwin |

**This Document Relates to:**

| | |
|---|---|
| CHRISTINE A. PANE, et al. v.<br>ACTAVIS TOTOWA LLC, et al. | CASE NO. 2:08-cv-01286 |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Now comes Paul Englander of the law firm of Paul Englander, PLC, attorney of record for plaintiffs Christine A. Pane, individually and as the daughter of Helen Gilmore, deceased and on behalf of Robert G. Walker and Cary A Walker, sons of Helen Gilmore, deceased, and files this Motion for an Order allowing withdrawal of Paul Englander and the law firm of Paul Englander, PLC as attorney of record for plaintiffs, and substitution of James T. Capretz, Don K. Ledgard, and the firm of Capretz & Associates as attorney of record for plaintiffs.

Respectfully submitted this 14th day of November, 2008.

/s/ Paul Englander
Paul Englander (AZ SBN 006643)
PAUL ENGLANDER PLC
1440 East Missouri Avenue, Suite 265
Phoenix, Arizona 85014
Telephone: (602) 266-9000
Facsimile: (602) 266-9134

/s/ Don K. Ledgard
James T. Capretz, California SBN: 44442
Don K. Ledgard, California SBN: 208350
CAPRETZ & ASSOCIATES
5000 Birch Street, Suite 2500
Newport Beach, California 92660
Telephone: (949) 724-3000
Facsimile: (949) 209-2090

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re: DIGITEK PRODUCTS  
LIAIBILITY LITIGATION

MDL No. 1968  
Chief Judge Joseph R. Goodwin

**This Document Relates to:**

CHRISTINE A. PANE, et al. v.  
ACTAVIS TOTOWA LLC, et al.

CASE NO. 2:08-cv-01286

## ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw and Substitute Counsel of Record of the plaintiffs Christine A. Pane, individually and as the daughter of Helen Gilmore, deceased and on behalf of Robert G. Walker and Cary A Walker, sons of Helen Gilmore, deceased, in the above civil action. The Court, having considered the Motion and noting the agreement of both law firms, finds that the Motion is well taken and should be granted.

It is therefore ORDERED AND ADJUDGED that the Motion to Withdraw and Substitute Counsel of Record on behalf of plaintiffs is hereby granted and that Paul Englander and the law firm of Paul Englander, PLC are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of plaintiffs. The Court further ORDERS that James T. Capretz, Don K. Ledgard, and the law firm of Capretz & Associates are hereby substituted as counsel of record for the plaintiffs as of the date of this Order.

It is so ORDERED this _____ day of November, 2008.

ENTER:_____

AGREED AND APPROVED:


/s/ Paul Englander_____
Paul Englander (AZ SBN 006643)
PAUL ENGLANDER PLC
1440 East Missouri Avenue, Suite 265
Phoenix, Arizona 85014
Telephone: (602) 266-9000
Facsimile: (602) 266-9134


/s/ Don K. Ledgard_____
James T. Capretz, California SBN: 44442
Don K. Ledgard, California SBN: 208350
CAPRETZ & ASSOCIATES
5000 Birch Street, Suite 2500
Newport Beach, California 92660
Telephone: (949) 724-3000
Facsimile: (949) 209-2090