# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/19/2008                                                  Case Number 2:08-md-1968
Case Style: In Re:  Digitek vs.
Type of Hearing Conference
2513-Goodwin
Court Reporter Lisa Cook                          Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Fred Thompson III and Harry F. Bell, Jr.

Attorney(s) for the Defendant(s) Rebecca A. Betts; Matthew P. Moriarty; Kristen L. Mayer

Law Clerk Angie Volk and Kate Fife              Probation Officer

| Trial Time |
| --- |

| Non-Trial Time |
| --- |

Pretrial conference (including settlement and telephone conferences).

| CourtTime |
| --- |

9:55 am    to 11:45 am
Total Court Time: 1 Hours 50 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
| --- |

Scheduled start time 10:00 a.m.
Actual start time 9:55 a.m.

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding.
Counsel for parties present
Plaintiffs' Liaison Counsel: Fred Thompson III and Harry F. Bell, Jr.
Defendants' Liaison Counsel: Rebecca A. Betts; Matthew P. Moriarty; Kristen L. Mayer
Additional plaintiffs' counsel present:
Carl N. Franovitch, Teresa Toriseva, Meagan Johnson, and Stan Jackson
Additional defendants' counsel present:
Richard Dean, Sarah West, and David Thomas
End 11:45 a.m.

**District Judge Daybook Entry**