IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #6**

In order to further discuss issues associated with the management and structure of the leadership for plaintiffs in this MDL litigation, it is hereby **ORDERED** that plaintiffs' Co-Lead and Liaison Counsel, as well as the Plaintiffs' Steering Committee Chairperson, are to appear in person at 10:00 on November 26, 2008 in Judge Goodwin's chambers. This order will serve as notice to defense counsel of this meeting.

The court **DIRECTS** the Clerk to send this order to Plaintiffs' Co-Lead and Liaison Counsel, the PSC Chairperson and Defendants' Liaison counsel.

ENTERED: November 24, 2008

Joseph R. Goodwin, Chief Judge