# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/26/2008                                    Case Number 2:08-md-1968
Case Style: In Re: Digitek vs.
Type of Hearing Status Conference
2513-Goodwin
Court Reporter                                      Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Fred Thompson III, Carl Frankovitch, Harry F. Bell, Jr. and Teresa Toriseva
Attorney(s) for the Defendant(s)

Law Clerk Angie Volk                                Probation Officer

| Trial Time |
| --- |

| Non-Trial Time |
| --- |

| CourtTime |
| --- |

9:50 am   to 10:45 am
Total Court Time: 0 Hours 55 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
| --- |

Scheduled start time 10:00 a.m.
Actual start time 9:50 a.m.


STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding.
Plaintiffs'Counsel present:
Fred Thompson Co-Lead
Carl Frankovitch - Co-Lead
Harry Bell - Co-Lead and Liaison
Teresa Toriseva - Chairperson,Plaintiffs' Steering Committee
re:  Plaintiffs' counsel management and organizational structure issues per PTO # 6.
End time 10:45 a.m.