# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: DIGITEK
    PRODUCTS LIABILITY LITIGATION

                                               MDL NO. 1968

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER #8
(Status Conference)

The next status conference will be held on **Wednesday, January 28, 2009, at 10:30 a.m.** in Judge Goodwin's chambers. The dates for subsequent monthly status conferences will be agreed upon at this conference.

Any attorney representing any party, or any unrepresented party may attend the status conference but only Liaison and Lead Counsel, or such other counsel as the court may permit, may actively participate in the status conference. The Plaintiffs' Steering Committee Chairperson may actively participate in the status conference to the extent that the conference deals with issues under the control or management of the Plaintiffs' Steering Committee.

Lead Counsel for the parties shall confer and submit any proposed agenda items for the conference directly to the court via fax or to WVSDml_Digitek_Chambers@wvsd.uscourts.gov no later than January 26, 2009.

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the

is district, which includes counsel in all member cases up to and including civil action number 2-08-cv-1400.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: December 9, 2008

Joseph R. Goodwin, Chief Judge