IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                               MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-6)

Thomas J. Bass
LAW OFFICE OF THOMAS J BASS
621 Walnut Lane
P.O. Box 35064
Philadelphia, PA 19128

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Steven Frank Casey
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, AL 36101

Jordan Lucas Chaikin
PARKER WAICHMAN ALONSO LLP
27399 Riverview Center Boulevard
Suite 106
Bonita Springs, FL 34134

Charles H. Dodson, Jr.
DODSON & STEADMAN PC
P.O. Box 1908
Mobile, AL 36633-1908

Perry B. Jones
WEST & JONES
P.O. Box 2348
Clarksburg, WV 26302-2348

D. Todd Mathews
PETERSON & ASSOCIATES PC
801 West 47th Street
Park Plaza Building, Suite 107
Kansas City, MO 64112-1253

Steven Ray Parker
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL 35201

Richard A. Rozanski
WHEELIS & ROZANSKI
P.O. Box 13199
Alexandria, LA 71315-3199

Amanda Slevenski
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola, FL 32502-5996

Walter H. Swayze, III
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD
30 South 17th Street
Suite 1700
Philadelphia, PA 19103

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465