IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                               MDL No. 1968

## INVOLVED JUDGES LIST (CTO-6)

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Irene M. Keeley
U.S. District Judge
P.O. Box 2808
Clarksburg, WV 26302

Hon. John T. Maughmer
U.S. Magistrate Judge
Charles Evans Whittaker U.S. Courthouse,
7th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. G. Kendall Sharp
Senior U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard
Suite 6600
Orlando, FL 38201

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797