IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                           MDL No.1968

## INVOLVED CLERKS LIST (CTO-6)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Robert H. Shemwell, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857