*Bull et al v. Actavis Group et al* **Document List**

Plaintiffs: Elwood Bull and Robert Blue
Case Number: 2:08-cv-01002

| Document Title | Document Number | Relevant Plaintiffs |
|---|---|---|
| Class Action Complaint | 1 | Elwood Bull<br>Robert Blue |
| Standing Order: Filing of documents that exceed twenty-five pages. | 2 | Elwood Bull<br>Robert Blue |
| Interested Persons Order. | 3 | Elwood Bull<br>Robert Blue |
| Related Case Order and Notice of designation under Local Rule 3:05 | 4 | Elwood Bull<br>Robert Blue |
| Notice of Pendency of Related Cases | 5 | Elwood Bull<br>Robert Blue |
| Certificate of Interested Persons and Corporate Disclosure Statement | 6 | Elwood Bull<br>Robert Blue |
| Return of Service Executed on 5/29/08 as to Mylan Bertek Pharmaceuticals, Inc. | 7 | Elwood Bull<br>Robert Blue |
| Return of Service Executed on 5/21/08 as to Actavis Group. | 8 | Elwood Bull<br>Robert Blue |
| Return of Service Executed on 5/28/08 as to Mylan Pharmaceuticals, Inc. | 9 | Elwood Bull<br>Robert Blue |
| Return of Service Executed on 5/27/08 as to Actavis Totowa, LLC | 10 | Elwood Bull<br>Robert Blue |
| Defendants' Unopposed Motion to Stay Proceedings and Extend Time to Respond to the Complaint Pending the Judicial Panel on Multidistrict Litigation's Ruling and Supporting Memorandum | 11 | Elwood Bull<br>Robert Blue |
| Order Granting Motion to Stay and Motion to Extend Time | 12 | Elwood Bull<br>Robert Blue |
| Return of Service Executed on 06/02/08 as to UDL Laboratories, Inc. | 13 | Elwood Bull<br>Robert Blue |
| Multidistrict Litigation Panel Order Transferring Case to Southern District of West Virginia | 14 | Elwood Bull<br>Robert Blue |
| Case Transferred In From Florida Middle, includes original documents 1-14, certified copy of transfer order and docket sheet. | 15 | Elwood Bull<br>Robert Blue |