# United States District Court
## Southern District of West Virginia (Charleston)
## CIVIL DOCKET FOR CASE #: 2:08−cv−01002

Bull et al v. Actavis Group et al
Assigned to: Judge Joseph R. Goodwin
Lead case: 2:08−md−01968
Member case: (View Member Case)
Case in other court: Florida Middle, 2:08−cv−00396
Cause: 28:1332 Diversity−Product Liability

Date Filed: 08/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Elwood Bull**
*individually and on behalf of all others similarly situated*

represented by **Scott Wm. Weinstein**
MORGAN &MORGAN
Suite 600
12800 University Drive
Fort Myers , FL 33907
239/433−6880
Fax: 239/433−6836
Email: sweinstein@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Blue (WVSD CA 2:08−1002)**
*individually and on behalf of all others similarly situated*

represented by **Scott Wm. Weinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Actavis Group**

**Defendant**

**Actavis Totowa, LLC**

represented by **Edward W. Gerecke**
CARLTON FIELDS
P. O. Box 3239
Tampa , FL 33601−3239
813/223−7000
Fax: 813/229−4133
Email: egerecke@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**Mylan Bertek Pharmaceuticals, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2008 | 1 | CLASS ACTION COMPLAINT against Mylan Bertek Pharmaceuticals, Inc., UDL Laboratories, Inc., Actavis Group, |

| | | |
|---|---|---|
| | | Actavis Totowa, LLC, Mylan Pharmaceuticals, Inc. ; jury demand (Filing fee $ 350 receipt number F010973) filed by Elwood Bull, Robert Blue.(JS) [Transferred from Florida Middle on 8/15/2008.] (Entered: 05/19/2008) |
| 05/14/2008 | | Summons issued as to Mylan Bertek Pharmaceuticals, Inc., UDL Laboratories, Inc., Actavis Group, Actavis Totowa, LLC, Mylan Pharmaceuticals, Inc.. (JS) [Transferred from Florida Middle on 8/15/2008.] (Entered: 05/19/2008) |
| 05/19/2008 | 2 | STANDING ORDER: Filing of documents that exceed twenty–five pages. Signed by All Divisional Judges on 3/27/07. (JS) [Transferred from Florida Middle on 8/15/2008.] |
| 06/03/2008 | 3 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due by 6/16/2008. Signed by All Divisional Judges on 6/3/2008. (BJH) [Transferred from Florida Middle on 8/15/2008.] |
| 06/03/2008 | 4 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Notice of pendency of other actions due by 6/16/2008. Signed by All Divisional Judges on 6/3/2008. (BJH) [Transferred from Florida Middle on 8/15/2008.] |
| 06/03/2008 | 5 | NOTICE of pendency of related cases re 4 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by Elwood Bull, Robert Blue. Related case(s): yes (Weinstein, Scott) [Transferred from Florida Middle on 8/15/2008.] |
| 06/03/2008 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Interested persons order by Elwood Bull, Robert Blue. (Weinstein, Scott) [Transferred from Florida Middle on 8/15/2008.] |
| 06/06/2008 | 7 | RETURN of service executed on 5/29/08 by Elwood Bull, Robert Blue as to Mylan Bertek Pharmaceuticals, Inc.. (JS) [Transferred from Florida Middle on 8/15/2008.] (Entered: 06/07/2008) |
| 06/06/2008 | 8 | RETURN of service executed on 5/21/08 by Elwood Bull, Robert Blue as to Actavis Group. (JS) [Transferred from Florida Middle on 8/15/2008.] (Entered: 06/07/2008) |
| 06/06/2008 | 9 | RETURN of service executed on 5/28/08 by Elwood Bull, Robert Blue as to Mylan Pharmaceuticals, Inc.. (JS) [Transferred from Florida Middle on 8/15/2008.] (Entered: 06/07/2008) |
| 06/09/2008 | 10 | RETURN of service executed on 5/27/08 by Elwood Bull, Robert Blue as to Actavis Totowa, LLC. (JS) [Transferred from Florida Middle on 8/15/2008.] (Entered: 06/10/2008) |
| 06/10/2008 | 11 | Unopposed MOTION to stay proceedings, Unopposed MOTION to extend time to respond to the complaint *pending the judicial panel on multidistrict litigation's ruling and supporting memorandum* by Actavis Totowa, LLC. (Gerecke, Edward) [Transferred from Florida Middle on 8/15/2008.] |
| 06/10/2008 | 12 | ORDER granting 11 Motion to stay; granting 11 Motion to extend time. The case is stayed for a period of 90 days. Defendants' responsive pleadings are due 30 days from the date the Panel renders a decision as to the transfer. Signed by Judge John E. Steele on 6/10/2008. (RKM) [Transferred from Florida Middle on 8/15/2008.] |
| 08/07/2008 | 13 | RETURN of service executed on 06/02/08 by Elwood Bull and Robert Blue as to UDL Laboratories, Inc. (kma) [Transferred from Florida Middle on 8/15/2008.] (Entered: 08/13/2008) |

| 08/14/2008 | 14 | MULTIDISTRICT LITIGATION panel order transferring case to: Southern District of West Virginia Transferee court case number: 2:08–cv–396–FtM–29DNF MDL case number: 1968 (JS) [Transferred from Florida Middle on 8/15/2008.] |
|---|---|---|
| 08/15/2008 | 15 | CASE TRANSFERRED IN from the Florida Middle; Case Number 2:08–cv–00396. Original file with documents numbered 1 – 14, certified copy of transfer order and docket sheet received. |