*Clark et al v. Actavis Group HF et al* **Document List**

Plaintiffs: Kevin Clark and Willie Mae Wilburn
Case Number: 2:08-cv-01017

| Document Title | Document Number | Relevant Plaintiffs |
|---|---|---|
| Complaint | 1 | Kevin Clark<br>Willie Mae Wilburn |
| Notice of Appearance by Joseph J. DePalma | 2 | Kevin Clark<br>Willie Mae Wilburn |
| Request for Summons to be issued as to Actavis US, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Group HF, Actavis Totowa, LLC, Actavis Inc., and Actavis Elizabeth, LLC. | 3 | Kevin Clark<br>Willie Mae Wilburn |
| Summons issued as to Defendants Actavis US, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Group HF, Actavis Totowa, LLC, Actavis Inc., and Actavis Elizabeth, LLC. | 4 | Kevin Clark<br>Willie Mae Wilburn |
| Emergency Motion for Order to Show Cause and Motion Requesting Defendants to Provide Prompt and Urgent Notice to Unnamed Class Members and Physicians, for Injunctive Relief to Preserve Evidence and Motion of Counsel to be Appointed Temporary Interim Class Counsel. | 5 | Kevin Clark<br>Willie Mae Wilburn |
| MDL Motion to Transfer and Consolidate Pursuant to 28 U.S.C. sec. 1407 by Joseph Novak. | 6 | Joseph Novak (2:08-cv-00997)<br>Kevin Clark<br>Willie Mae Wilburn |
| Revised Schedule of Actions Involved Pursuant to 28 U.S.C. Sec. 1407 by Joseph Novak. | 7 | Joseph Novak (2:08-cv-00997)<br>Kevin Clark<br>Willie Mae Wilburn |
| Motion for Leave to Appear Pro Hac Vice | 8 | Kevin Clark<br>Willie Mae Wilburn |
| Motion for Leave to Appear Pro Hac Vice | 9 | Kevin Clark<br>Willie Mae Wilburn |
| First Amended Class Action Complaint | 10 | Kevin Clark<br>Willie Mae Wilburn |
| Minute Entry for Proceedings held before Judge Joseph A. Greenaway, Jr. on 6/6/2008 | 11 | Kevin Clark<br>Willie Mae Wilburn |

| | | |
|---|---|---|
| Notice of Appearance by Steven A. Stadtmauer on behalf of Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, Actavis Inc., and Actavis Elizabeth, LLC. | 12 | Kevin Clark Willie Mae Wilburn |
| Corporate Disclosure Statement by Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, Actavis Inc., and Actavis Elizabeth, LLC. | 13 | Kevin Clark Willie Mae Wilburn |
| Response in Opposition to Emergency Motion for Order to Show Cause and Motion Requesting Defendants to Provide Prompt and Urgent Notice to Unnamed Class Members and Physicians, for Injunctive Relief to Preserve Evidence and Motion of Counsel to be Appointed Temporary Interim Class Counsel by Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, Actavis Inc., Actavis Elizabeth, LLC. | 14 | Kevin Clark Willie Mae Wilburn |
| Motion to Stay Proceedings Pending The Judicial Panel on Multidistrict Litigations Ruling or, in the Alternative, to Stay Plaintiffs Claim for Injunctive Relief by Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, Actavis Inc., Actavis Elizabeth, LLC. | 15 | Kevin Clark Willie Mae Wilburn |
| Summons Issued as to Actavis Group PTC. | 16 | Kevin Clark Willie Mae Wilburn |
| Response in Support of Emergency Motion for Order to Show Cause and Motion Requesting Defendants to Provide Prompt and Urgent Notice to Unnamed Class Members and Physicians, for Injunctive Relief to Preserve Evidence and Motion of Counsel to be Appointed Temporary Interim Class Counsel. | 17 | Kevin Clark Willie Mae Wilburn |
| Response in Opposition to Motion to Stay Proceedings Pending The Judicial Panel on Multidistrict Litigations Ruling or, in the Alternative, to Stay Plaintiffs Claim for Injunctive Relief. | 18 | Kevin Clark Willie Mae Wilburn |
| Order granting Motion for Leave to Appear Pro Hac Vice. | 19 | Kevin Clark Willie Mae Wilburn |
| Order granting Motion for Leave to Appear Pro Hac Vice. | 20 | Kevin Clark Willie Mae Wilburn |

| Reply to Response in Opposition to Motion to Stay Proceedings Pending The Judicial Panel on Multidistrict Litigations Ruling or, in the Alternative, to Stay Plaintiffs Claim for Injunctive Relief. | 21 | Kevin Clark<br>Willie Mae Wilburn |
|---|---|---|
| Waiver of Service sent to Mylan, Inc., Mylan Pharmaceuticals, Inc. Mylan Laboratories, Inc. Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Inc., Actavis Elizabeth, LLC. | 22 | Kevin Clark<br>Willie Mae Wilburn |
| Waiver of Service sent to Actavis Totowa, LLC. | 23 | Kevin Clark<br>Willie Mae Wilburn |
| Response by Wanda Pearl Boyles for joinder in the motion for transfer & consolidation. | 24 | Wanda Pearl Boyles (6:08-cv-00876 – closed 7/22/2008)<br>Kevin Clark<br>Willie Mae Wilburn |
| Amicus Curiae Appearance entered by Mark L. Josephs on behalf of the United States. | 25 | Kevin Clark<br>Willie Mae Wilburn |
| Minute Entry for Proceedings held before Judge Joseph A. Greenaway, Jr. on 7/14/2008. | 26 | Kevin Clark<br>Willie Mae Wilburn |
| Order on Consent admitting Richard A. Dean and Dylan M. Carson pro hac vice. | 27 | Kevin Clark<br>Willie Mae Wilburn |
| MDL Motion of Interested Party Response of Plaintiff Leona Linen For Joinder in the Motion of Kevin Clark And Willie Mae Wilburn, Individually and on Behalf of Others Similarly Situated for Transfer and Consolidation Under 28 U.S.C. 1407. | 28 | Leona Linen (6:08-cv-00914)<br>Kevin Clark<br>Willie Mae Wilburn |
| MDL Motion of Interested Party Response of Plaintiff Joe Supinski for Joinder in the Motion of Kevin Clark And Willie Mae Wilburn, Individually and on Behalf of Others Similarly Situated for Transfer and Consolidation Under 28 U.S.C. 1407. | 29 | Joe Supinski (6:08-cv-00899)<br>Kevin Clark<br>Willie Mae Wilburn |
| Opinion. | 30 | Kevin Clark<br>Willie Mae Wilburn |
| Order denying Motion for Order to show cause and denying Motion to Stay. | 31 | Kevin Clark<br>Willie Mae Wilburn |
| Answer to Amended Complaint by Mylan Pharmaceuticals, Inc. Mylan Laboratories, Inc. Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, Actavis Inc., Actavis Elizabeth, LLC. | 32 | Kevin Clark<br>Willie Mae Wilburn |
| Certified Copy of MDL Conditional Transfer Order transferring case to the United States District Court for the Southern District of West Virginia. | 33 | Kevin Clark<br>Willie Mae Wilburn |
| Case Transferred in from New Jersey District Court includes original documents 1-33, certified copy of transfer order and docket sheet. | 34 | Kevin Clark<br>Willie Mae Wilburn |

| | | |
|---|---|---|
| Notice of Attorney appearance and Counsel contact Information Form. | 35 | Kevin Clark<br>Willie Mae Wilburn |
| Transmitted Pretrial Oder #1 in MDL 1968. | 36 | Kevin Clark<br>Willie Mae Wilburn |