# United States District Court
## Southern District of West Virginia (Charleston)
## CIVIL DOCKET FOR CASE #: 2:08−cv−01017

CLARK et al v. ACTAVIS GROUP HF et al
Assigned to: Judge Joseph R. Goodwin
Lead case: 2:08−md−01968
Member case: (View Member Case)
Case in other court:  New Jersey, 2:08−cv−02293
Cause: 28:1332 Diversity−Product Liability

Date Filed: 08/26/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Movant**

**JOSEPH J. NOVAK**

**Plaintiff**

**Kevin Clark**  represented by  **Arnold Levin**
LEVIN FISHBEIN SEDRAN &BERMAN
Suite 500
510 Walnut Street
Philadelphia , PA 19106−3697
215/592−1500
Fax: 215/592−4663
Email: alevin@lfsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Longer**
LEVIN FISHBEIN SEDRAN &BERMAN
Suite 500
510 Walnut Street
Philadelphia , PA 19106−3697
215/592−1500
Fax: 215/592−4663
Email: flonger@lfsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Malkinson**
MALKINSON &HALPERIN
Suite 1010
223 West Jackson Boulevard
Chicago , IL 60606
312/427−9600
Fax: 312/427−9629
Email: mhpc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. DePalma**
LITE DEPALMA GREENBERG &RIVAS
12th Floor
Two Gateway Center
Newark , NJ 07102−5003
973/623−3000
Fax: 973/623−0858
Email: jdepalma@ldgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Weinkowitz**

        LEVIN FISHBEIN SEDRAN &BERMAN
        Suite 500
        510 Walnut Street
        Philadelphia , PA 19106–3697
        215/592–1500
        Fax: 215/592–4663
        Email: mweinkowitz@lfsblaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Mae Wilburn**  represented by  **Arnold Levin**
*individually, and on behalf of all others*   (See above for address)
*similarly situated*   *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Fred Longer**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **John R. Malkinson**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Joseph J. DePalma**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Michael Weinkowitz**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ACTAVIS GROUP HF**

**Defendant**

**Actavis Totowa, LLC**  represented by  **Dylan M. Carson**
*formerly known as*   TUCKER ELLIS &WEST
Amide Pharmaceutical, Inc.   42nd Floor
  515 South Flower Street
  Los Angeles , CA 90071–2223
  213/430–3400
  Fax: 213/430–3409
  Email: dylan.carson@tuckerellis.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Frederick Harold Fern**
  HARRIS BEACH
  Suite 2500
  One Gateway Center
  Newark , NJ 07102
  973/848–1244
  Fax: 212/687–0659
  Email: ffern@harrisbeach.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
TUCKER ELLIS &WEST
1150 Huntington Building
925 Euclid Avenue
Cleveland , OH 44115–1414
216/696–2137
Fax: 216/592–5009
Email: richard.dean@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
HARRIS BEACH
Suite 2500
One Gateway Center
Newark , NJ 07102
973/848–1244
Fax: 212/687–0659
Email: sstadtmauer@harrisbeach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Inc.** represented by **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Elizabeth, LLC** represented by **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY татыbe noticeD*

**Defendant**

**Actavis US**                                  represented by   **Dylan M. Carson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan, Inc.**                                 represented by   **Dylan M. Carson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Frederick Harold Fern**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Richard A. Dean**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Steven A. Stadtmauer**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Pharmaceuticals, Inc.**                 represented by   **Dylan M. Carson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Frederick Harold Fern**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Richard A. Dean**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Steven A. Stadtmauer**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Laboratories, Inc.**                    represented by   **Dylan M. Carson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Frederick Harold Fern**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

        **Richard A. Dean**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven A. Stadtmauer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**MYLAN BERTEK PHARMACEUTICALS INC.**   represented by   **Dylan M. Carson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Frederick Harold Fern**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Richard A. Dean**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven A. Stadtmauer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**UDL Laboratories, Inc.**   represented by   **Dylan M. Carson**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Frederick Harold Fern**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Richard A. Dean**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven A. Stadtmauer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Group PTC, ehf**

**Amicus**

**United States**   represented by   **MARK L. JOSEPHS**
        US DEPARTMENT OF JUSTICE
        CIVIL DIVISION
        WASHINGTON , DC 20530
        202−305−3630
        Fax: 202−514−8742

Email: mark.josephs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Interested Party**
**Wanda Pearl Boyles**

**Interested Party**
**Leona Linen**

**Interested Party**
**Joe Supinski**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2008 | 1 | COMPLAINT against ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., WILLIE MAE WILBURN, ACTAVIS GROUP HF, ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC ( Filing fee $ 350 receipt number 365266.) Jury Demand (no summons submitted), filed by KEVIN CLARK, WILLIE MAE WILBURN. (Attachments: # 1 Cover Letter, # 2 Civil Cover Sheet)(ld, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 05/13/2008) |
| 05/14/2008 | 2 | NOTICE of Appearance by JOSEPH J. DEPALMA on behalf of KEVIN CLARK, WILLIE MAE WILBURN (DEPALMA, JOSEPH) [Transferred from New Jersey on 8/26/2008.] |
| 05/21/2008 | 8 | MOTION for Leave to Appear Pro Hac Vice by KEVIN CLARK, WILLIE MAE WILBURN. (Attachments: # 1 Text of Proposed Order as to Arnold Levin, Esq., # 2 Cover Letter, # 3 Declaration of Arnold Levin, Esq.)(dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 06/03/2008) |
| 05/29/2008 | 3 | Request for Summons to be Issued by KEVIN CLARK, WILLIE MAE WILBURN as to ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS GROUP HF, ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. (dc, ) (dc, ). [Transferred from New Jersey on 8/26/2008.] (Entered: 06/02/2008) |
| 05/30/2008 | 6 | MDL MOTION to Transfer and Consolidate pursuant to 28 U.S.C. Sec. 1407, by JOSEPH J. NOVAK. (Attachments: # 1 Cover Letter, # 2 Proof of Service, # 3 Brief, # 4 Schedule of Actions, # 5 Exhibits List, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F)(dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 06/03/2008) |
| 05/30/2008 | 9 | MOTION for Leave to Appear Pro Hac Vice by KEVIN CLARK, WILLIE MAE WILBURN. (Attachments: # 1 Text of Proposed Order as to John R. Malkinson, Esq., # 2 Exhibit A, # 3 Exhibit 1, # 4 Cover Letter)(dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 06/03/2008) |
| 06/02/2008 | 4 | Summons Issued as to defts. ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN |

| | | |
|---|---|---|
| | | LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS GROUP HF, ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. Days Due – 20. (Mailed to counsel/SASE) (dc, ) (Additional attachment(s) added on 6/3/2008: # 1 Summons as to ACTAVIS GROUP hf, # 2 Summons as to ACTAVIS TOTOWA, LLC, # 3 Summons as to ACTAVIS INC., # 4 Summons as to ACTAVIS ELIZABETH, LLC, # 5 Summons as to ACTAVIS US, # 6 Summons as to MYLAN, INC., # 7 Summons as to MYLAN PHARMACEUTICALS, INC., # 8 Summons as to MYLAN LABORATORIES, INC., # 9 Summons as to MYLAN BERTEK PHARMACEUTICALS INC.) (dc, ). [Transferred from New Jersey on 8/26/2008.] |
| 06/02/2008 | | Pro Hac Vice fee: $ 150, receipt number 352070 for Arnold Levin, Esq. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 06/02/2008 | | Pro Hac Vice fee: $ 150, receipt number 352072 for John R. Malkinson, Esq. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 06/02/2008 | 7 | AMENDED DOCUMENT (Revised Schedule of Actions Involved Pursuant to 28 U.S.C. Sec. 1407) by JOSEPH J. NOVAK. (Attachments: # 1 Revised Proof of Service, # 2 Cover Letter, # 3 Revised Schedule of Actions)(dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 06/03/2008) |
| 06/03/2008 | 5 | Emergency MOTION for Order to Show Cause *and Motion Requesting Defendants to Provide Prompt and Urgent Notice to Unnamed Class Members and Physicians, for Injunctive Relief to Preserve Evidence and Motion of Counsel to be Appointed Temporary Interim Class Counsel (Oral Argument Requested)* by KEVIN CLARK, WILLIE MAE WILBURN. (Attachments: # 1 Proposed Form of Order, # 2 Memorandum of Law, # 3 Affidavit of Michael M. Weinkowitz)(WEINKOWITZ, MICHAEL) [Transferred from New Jersey on 8/26/2008.] |
| 06/05/2008 | 10 | AMENDED COMPLAINT *First Amended Class Action Complaint* against all defendants all defendants., filed by KEVIN CLARK, WILLIE MAE WILBURN. (Attachments: # 1 Summons for Actavis Group PTC, ehf, # 2 Disclosure Statement)(WEINKOWITZ, MICHAEL) [Transferred from New Jersey on 8/26/2008.] |
| 06/06/2008 | 11 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Telephone Conference held on 6/6/2008. Briefing schedule set in regards to the pltfs, OTSC application. Hearing set for 7/14/08 at 2:30 p.m. (ps, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 06/10/2008) |
| 06/13/2008 | 12 | NOTICE of Appearance by STEVEN A. STADTMAUER on behalf of MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC (Attachments: # 1 Certificate of Service)(STADTMAUER, STEVEN) [Transferred from New Jersey on 8/26/2008.] |
| 06/13/2008 | 13 | Corporate Disclosure Statement by MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC identifying None as Corporate Parent.. (Attachments: # 1 Certificate of Service)(STADTMAUER, STEVEN) [Transferred from New |

| | | |
|---|---|---|
| | | Jersey on 8/26/2008.] |
| 06/13/2008 | 14 | RESPONSE in Opposition re 5 Emergency MOTION for Order to Show Cause *and Motion Requesting Defendants to Provide Prompt and Urgent Notice to Unnamed Class Members and Physicians, for Injunctive Relief to Preserve Evidence and Motion of Counsel to be Appointed Temporary Interim* filed by MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. (Attachments: # 1 *Declaration of Ken Edwards,* # 2 *Declaration of Misbah Sherwani,* # 3 *Declaration of Cassandra Bird,* # 4 *Declaration of Steven A. Stadtmauer (with exhibits),* # 5 *Exhibit 1 – Bernhardt – Statement Of Interest of the United States,* # 6 *Exhibit 2A – Clark_Amended_Complaint part 1 of 2,* # 7 *Exhibit 2B – Clark_Amended_Complaint part 2 of 2,* # 8 *Certificate of Service*)(STADTMAUER, STEVEN) [Transferred from New Jersey on 8/26/2008.] |
| 06/13/2008 | 15 | MOTION to Stay *Proceedings Pending The Judicial Panel On Multidistrict Litigations Ruling Or, In The Alternative, To Stay Plaintiffs Claim For Injunctive Relief* by MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. (Attachments: # 1 Brief in Support, # 2 Certificate of Service)(STADTMAUER, STEVEN) [Transferred from New Jersey on 8/26/2008.] |
| 06/16/2008 | 16 | Summons Issued as to ACTAVIS GROUP PTC, ehf. Days Due – 20, re 10 Amended Complaint. (Mailed to counsel). (dc, ) (dc, ). [Transferred from New Jersey on 8/26/2008.] |
| 06/19/2008 | 17 | RESPONSE in Support re 5 Emergency MOTION for Order to Show Cause *and Motion Requesting Defendants to Provide Prompt and Urgent Notice to Unnamed Class Members and Physicians, for Injunctive Relief to Preserve Evidence and Motion of Counsel to be Appointed Temporary Interim and Certification of Michael M. Weinkowitz, Esquire* filed by KEVIN CLARK. (Attachments: # 1 Affidavit)(WEINKOWITZ, MICHAEL) [Transferred from New Jersey on 8/26/2008.] |
| 06/20/2008 | 18 | RESPONSE in Opposition re 15 MOTION to Stay *Proceedings Pending The Judicial Panel On Multidistrict Litigations Ruling Or, In The Alternative, To Stay Plaintiffs Claim For Injunctive Relief* filed by KEVIN CLARK. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit)(WEINKOWITZ, MICHAEL) [Transferred from New Jersey on 8/26/2008.] |
| 06/26/2008 | 19 | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Madeline C. Arleo on 6/23/08. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 06/26/2008 | 20 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Madeline C. Arleo on 6/23/08. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 06/27/2008 | 21 | REPLY to Response to Motion re 15 MOTION to Stay *Proceedings Pending The Judicial Panel On Multidistrict Litigations Ruling Or, In The Alternative, To Stay Plaintiffs Claim For Injunctive Relief* filed by MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Declaration of Steven A. Stadtmauer, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Certificate of Service)(STADTMAUER, STEVEN) [Transferred from New Jersey on 8/26/2008.] |
| 07/02/2008 | 22 | WAIVER OF SERVICE Returned Executed by KEVIN CLARK, WILLIE MAE WILBURN. MYLAN, INC. waiver sent on 5/29/2008, answer due 7/28/2008; MYLAN PHARMACEUTICALS, INC. waiver sent on 5/29/2008, answer due 7/28/2008; MYLAN LABORATORIES, INC. waiver sent on 5/29/2008, answer due 7/28/2008; MYLAN BERTEK PHARMACEUTICALS INC. waiver sent on 5/29/2008, answer due 7/28/2008; UDL LABORATORIES, INC. waiver sent on 5/29/2008, answer due 7/28/2008; ACTAVIS INC. waiver sent on 5/29/2008, answer due 7/28/2008; ACTAVIS ELIZABETH, LLC waiver sent on 5/29/2008, answer due 7/28/2008. (WEINKOWITZ, MICHAEL) [Transferred from New Jersey on 8/26/2008.] |
| 07/02/2008 | 23 | WAIVER OF SERVICE Returned Executed by KEVIN CLARK, WILLIE MAE WILBURN. ACTAVIS TOTOWA, LLC waiver sent on 5/29/2008, answer due 7/28/2008. (WEINKOWITZ, MICHAEL) [Transferred from New Jersey on 8/26/2008.] |
| 07/07/2008 | 24 | RESPONSE by Wanda Pearl Boyles for joinder in the motion of Kevin Clark &Willie Mae Wilburn for transfer &consolidation. (Attachments: # 1 Exhibit)(DD, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 07/09/2008) |
| 07/14/2008 | 25 | Amicus Curiae APPEARANCE entered by MARK L. JOSEPHS on behalf of UNITED STATES. (JOSEPHS, MARK) [Transferred from New Jersey on 8/26/2008.] |
| 07/14/2008 | 26 | Minute Entry for proceedings held before Judge Joseph A. Greenaway, Jr.: Hearing on the pltfs, application for an OTSC held on 7/14/2008. Richard Dean admitted pro hac vice counsel for the defts. Decision Reserved. (Court Reporter Tom Brazaitis.) (ps, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 07/15/2008) |
| 07/15/2008 | 28 | MDL MOTION OF INTERESTED PARTY RESPONSE OF PLAINTIFF LEONA LINEN FOR JOINDER IN THE MOTION OF KEVIN CLARK AND WILLIE MAE WILBURN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. 1407 by LEONA LINEN. (Attachments: # 1 Brief, # 2 Cover Letter, # 3 Exhibits, Part 1, # 4 Exhibits, Part 2, # 5 Exhibits, Part 3)(dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 07/17/2008) |
| 07/15/2008 | 29 | MDL MOTION OF INTERESTED PARTY RESPONSE OF PLAINTIFF JOE SUPINSKI FOR JOINDER IN THE MOTION OF KEVIN CLARK AND WILLIE MAE WILBURN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. 1407 by JOE SUPINSKI. (Attachments: # 1 Brief, # 2 Cover Letter, # 3 Exhibits to Brief, # 4 Exhibits to Brief, # 5 Exhibits to Brief)(dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 07/17/2008) |
| 07/16/2008 | 27 | ORDER ON CONSENT admitting Richard A. Dean and Dylan M. Carson pro hac vice. Signed by Judge Joseph A. Greenaway, Jr. on 7/14/08. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 07/22/2008 | | Pro Hac Vice fee: $ 150, receipt number 352836 for Arnold Levin, Esq. (dc, ) [Transferred from New Jersey on 8/26/2008.] |

| | | |
|---|---|---|
| 07/25/2008 | 30 | OPINION. Signed by Judge Joseph A. Greenaway, Jr. on 7/25/08. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 07/25/2008 | 31 | ORDER denying 5 Motion for Order to Show Cause; denying 15 Motion to Stay. Signed by Judge Joseph A. Greenaway, Jr. on 7/25/08. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 07/28/2008 | 32 | ANSWER to Amended Complaint by MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES, INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA, LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. (Attachments: # 1 Certificate of Service)(FERN, FREDRICK) [Transferred from New Jersey on 8/26/2008.] |
| 08/05/2008 | | Pro Hac Vice fee: $ 300, receipt number 353043 Richard A. Dean and Dylan M. Carson. (dc, ) [Transferred from New Jersey on 8/26/2008.] (Entered: 08/06/2008) |
| 08/25/2008 | 33 | Certified copy of MDL Conditional Transfer Order transferring case to the United States District Court for the Southern District of West Virginia. Signed by Judge No Judge Assigned on 8/22/08. (dc, ) [Transferred from New Jersey on 8/26/2008.] |
| 08/26/2008 | 34 | CASE TRANSFERRED IN from the New Jersey; Case Number 2:08–cv–02293. Original file with documents numbered 1 – 33, certified copy of transfer order and docket sheet received. |
| 08/27/2008 | 35 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Dylan M. Carson for on behalf of Actavis Totowa, LLC, Actavis Inc., Actavis Elizabeth, LLC, Actavis US, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals, Inc., and UDL Laboratories, Inc., reflecting a change of address from New Jersey to Los Angeles, CA. (tld) (Entered: 09/11/2008) |
| 09/25/2008 | 36 | TRANSMITTED PRETRIAL ORDER #1 entered on 08/19/2008 in MDL 1968 to attorneys in member case. (gjb) |