*Harris et al v. Actavis Group, LLC et al* **Document List**

Plaintiffs: Anthony Harris and Stephen B. Love
Case Number: 2:08-cv-01071

| Document Title | Document Number | Relevant Plaintiffs |
|---|---|---|
| Complaint | 1 | Anthony Harris<br>Stephen Love |
| Summons for Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Actavis, Inc., Mylan Bertek Pharmaceuticals, Inc., UDL Laboratories, Inc., Actavis Totowa LLC, Actavis Elizabeth LLC, and Actavis US | 2 | Anthony Harris<br>Stephen Love |
| Multidistrict Litigation Panel Order Transferring Case to Southern District of West Virginia | 3 | Anthony Harris<br>Stephen Love |
| Notice of Transfer to the Southern District of West Virginia- MDL # 1968 | 4 | Anthony Harris<br>Stephen Love |
| Case Transferred In From Michigan Eastern, includes original documents 1-4, certified copy of transfer order and docket sheet. | 5 | Anthony Harris<br>Stephen Love |
| Pretrial Order # 1 | 6 | Anthony Harris<br>Stephen Love |
| Stipulation of Dismissal of Actavis US and Mylan Laboratories, Inc with Prejudice | 7 | Anthony Harris<br>Stephen Love |