# United States District Court
# Southern District of West Virginia (Charleston)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01071

Harris et al v. Actavis Totowa LLC et al
Assigned to: Judge Joseph R. Goodwin
Demand: $75,000
Lead case: 2:08−md−01968
Member case: (View Member Case)
Case in other court: Michigan Eastern, 2:08−cv−12898
Cause: 28:1332 Diversity−Product Liability

Date Filed: 09/11/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Anthony Harris**
*Individually and on behalf of all others similarly situated*

represented by **Ann K. Mandt**
CHARFOOS &CHRISTENSEN
5510 Woodward Avenue
Detroit , MI 48205
313/875−8080
Fax: 313/875−8522
Email: akmandt@c2law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Parker**
CHARFOOS &CHRISTENSEN
5510 Woodward Avenue
Detroit , MI 48205
313/875−8080
Fax: 313/875−8522
Email: drparker@c2law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Douglas Peters**
CHARFOOS &CHRISTENSEN
5510 Woodward Avenue
Detroit , MI 48205
313/875−8080
Fax: 313−875−8522
Email: jdpeters@c2law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen B. Love**
*Individually and on behalf of all others similarly situated*

represented by **Ann K. Mandt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Douglas Peters**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Actavis Totowa LLC**
*formerly known as*
Amide Pharmaceutical, Inc

**Defendant**

**Actavis Elizabeth LLC**

**Defendant**

| | | |
|---|---|---|
| **Actavis US**<br>*TERMINATED: 11/17/2008* | represented by | **Kristen L. Mayer**<br>TUCKER ELLIS &WEST<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland , OH 44115–1414<br>216/696–3258<br>Fax: 216/592–5009<br>Email: kristen.mayer@tuckerellis.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew P. Moriarty**<br>TUCKER ELLIS &WEST<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland , OH 44115–1414<br>216/592–5000<br>Fax: 216/592–5009<br>Email: matthew.moriarty@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard A. Dean**<br>TUCKER ELLIS &WEST<br>1150 Huntington Building<br>925 Euclid Avenue<br>Cleveland , OH 44115–1414<br>216/696–2137<br>Fax: 216/592–5009<br>Email: richard.dean@tuckerellis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Mylan, Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Mylan Laboratories, Inc.**<br>*TERMINATED: 11/17/2008* | represented by | **Kristen L. Mayer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew P. Moriarty**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard A. Dean**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis, Inc.**

**Defendant**

**Mylan Bertek Pharmaceuticals, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2008 | 1 | COMPLAINT filed by Anthony Harris, Stephen Love against all defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 06450000000001601520 – Fee: $ 350. County Where Action Arose: Wayne – County of 1st Plaintiff: Wayne – County of 1st Defendant: Passaic. (Peters, John) [Transferred from Michigan Eastern on 9/11/2008.] |
| 07/08/2008 | 2 | SUMMONS Issued for *Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Actavis, Inc., Mylan Bertek Pharmaceuticals, Inc., UDL Laboratories, Inc., Actavis Totowa LLC, Actavis Elizabeth LLC, Actavis US* (SSch) [Transferred from Michigan Eastern on 9/11/2008.] |
| 09/08/2008 | 3 | MDL Certified Transfer Order To Southern District of West Virginia – MDL # 1968. (SSch) [Transferred from Michigan Eastern on 9/11/2008.] (Entered: 09/09/2008) |
| 09/09/2008 | 4 | NOTICE of Transfer to the Southen Distict of West Virginia for MDL 1968. (SSch) [Transferred from Michigan Eastern on 9/11/2008.] |
| 09/11/2008 | 5 | CASE TRANSFERRED IN from Michigan Eastern; Case Number 2:08–cv–12898. Original file with documents numbered 1 – 4, certified copy of transfer order and docket sheet received. |
| 09/25/2008 | 6 | TRANSMITTED PRETRIAL ORDER #1 entered on 08/19/2008 in MDL 1968 to attorneys in member case. (gjb) |
| 11/17/2008 | 7 | STIPULATION OF DISMISSAL of Actavis US and Mylan Laboratories, Inc. with prejudice by Anthony Harris, Stephen B. Love, Mylan Laboratories, Inc., Actavis US (Dean, Richard) (Modified text to conform to filed document and to add additional filers on 11/18/2008) (skh). |