*Pasken, et al v. Actavis Group hf et al* **Document List**

Plaintiffs: Michael Pasken, Marie Keever and Dale Campbell
Case Number: 2:08-cv-01075

| Document Title | Document Number | Relevant Plaintiffs |
|---|---|---|
| Complaint | 1 | Michael Pasken<br>Marie Keever<br>Dale Campbell |
| Summons issued as to Defendants Actavis US, Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Group hf, Actavis Totowa, LLC, Actavis Inc., and Actavis Elizabeth, LLC. | 2 | Michael Pasken<br>Marie Keever<br>Dale Campbell |
| Application and Proposed Order for Clerk's Order to extend time to answer as to Actavis Totowa LLC, Actavis Inc. and Actavis Elizabeth, LLC. | 3 | Michael Pasken<br>Marie Keever<br>Dale Campbell |
| Answer to Complaint by Mylan, Inc., Mylan Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, Actavis Inc., and Actavis Elizabeth, LLC. | 4 | Michael Pasken<br>Marie Keever<br>Dale Campbell |
| Certified Copy of MDL Order transferring case to District of Southern District of West Virginia. | 5 | Michael Pasken<br>Marie Keever<br>Dale Campbell |
| Case Transferred in from New Jersey District Court includes original documents 1-5, certified copy of transfer order and docket sheet | 6 | Michael Pasken<br>Marie Keever<br>Dale Campbell |
| Transmitted Pretrial Order #1 in MDL 1968 | 7 | Michael Pasken<br>Marie Keever<br>Dale Campbell |