# United States District Court
## Southern District of West Virginia (Charleston)
### CIVIL DOCKET FOR CASE #: 2:08−cv−01075

Pasken, et al. v. Actavis Group hf
Assigned to: Judge Joseph R. Goodwin
Lead case: 2:08−md−01968
Member case: (View Member Case)
Case in other court: New Jersey, 2:08−cv−02976
Cause: 28:1332 Diversity−Product Liability

Date Filed: 09/11/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Michael Pasken**     represented by     **Bruce Daniel Greenberg**
LITE DEPALMA GREENBERG &RIVAS
12th Floor
Two Gateway Center
Newark , NJ 07102−5003
973/623−3000
Fax: 973/623−0211
Email: bgreenberg@ldgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily Madoff**
WOLF POPPER
845 Third Avenue
New York , NY 10022
212/759−4600
Fax: 212/486−2093
Email: emadoff@wolfpopper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lester L. Levy**
WOLF POPPER
12th Floor
845 Third Avenue
New York , NY 10022
212/759−4600
Fax: 212/486−2093
Email: llevy@wolfpopper.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patricia I. Avery**
WOLF POPPER
12th Floor
845 Third Avenue
New York , NY 10022
212/759−4600
Fax: 212/486−2093
Email: pavery@wolfpopper.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Keever**     represented by     **Bruce Daniel Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Emily Madoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Lester L. Levy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Patricia I. Avery**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Campbell**     represented by    **Bruce Daniel Greenberg**
*individually, and on behalf of all others*     (See above for address)
*similarly situated*     *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Emily Madoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Lester L. Levy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

    **Patricia I. Avery**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Actavis Group hf**

**Defendant**

**Actavis Totowa LLC**     represented by    **Dylan M. Carson**
TUCKER ELLIS &WEST
42nd Floor
515 South Flower Street
Los Angeles , CA 90071–2223
213/430–3400
Fax: 213/430–3409
Email: dylan.carson@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Frederick Harold Fern**
HARRIS BEACH
Suite 2500
One Gateway Center

    Newark , NJ 07102
    973/848–1244
    Fax: 212/687–0659
    Email: ffern@harrisbeach.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Richard A. Dean**
    TUCKER ELLIS &WEST
    1150 Huntington Building
    925 Euclid Avenue
    Cleveland , OH 44115–1414
    216/696–2137
    Fax: 216/592–5009
    Email: richard.dean@tuckerellis.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Steven A. Stadtmauer**
    HARRIS BEACH
    Suite 2500
    One Gateway Center
    Newark , NJ 07102
    973/848–1244
    Fax: 212/687–0659
    Email: sstadtmauer@harrisbeach.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Inc.**    represented by   **Dylan M. Carson**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Frederick Harold Fern**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Richard A. Dean**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Steven A. Stadtmauer**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis Elizabeth, LLC**    represented by   **Dylan M. Carson**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Frederick Harold Fern**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Richard A. Dean**
    (See above for address)
    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Actavis US**     represented by    **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan, Inc.**     represented by    **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Pharmaceuticals, Inc.**     represented by    **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Laboratories, Inc.**      represented by    **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mylan Bertek Pharmaceuticals Inc.**      represented by    **Dylan M. Carson**
*and*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UDL Laboratories, Inc.**      represented by    **Dylan M. Carson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick Harold Fern**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Dean**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven A. Stadtmauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2008 | 1 | COMPLAINT against ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS GROUP hf, ACTAVIS TOTOWA LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC ( Filing fee $ 350 receipt number 2044658.) JURY DEMAND, filed by MICHAEL PASKEN, MARIE KEEVER, DALE CAMPBELL. (Attachments: # 1 RULE 11.2, # 2 CERT OF NON−ARBITRABILITY, # 3 SMS−1, # 4 SMS−2, # 5 SMS−3, # 6 SMS−4, # 7 SMS−5, # 8 SMS−6, # 9 SMS−7, # 10 SMS−8, # 11 SMS−9, # 12 SMS−10)(dr, ) [Transferred from New Jersey on 9/11/2008.] (Entered: 06/19/2008) |
| 06/19/2008 | 2 | Summons Issued as to ACTAVIS US, MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS GROUP hf, ACTAVIS TOTOWA LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. Days Due – 20. MLD TO COUNSEL(dr, ) (dr, ). [Transferred from New Jersey on 9/11/2008.] |
| 07/15/2008 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to Actavis Totowa LLC, Actavis Inc. and Actavis Elizabeth LLC. Attorney STEVEN A. STADTMAUER and STEVEN A. STADTMAUER for ACTAVIS TOTOWA LLC, ACTAVIS INC. and ACTAVIS ELIZABETH, LLC added. (Attachments: # 1 Letter to Clerk)(STADTMAUER, STEVEN) [Transferred from New Jersey on 9/11/2008.] |
| 07/17/2008 | | CLERKS TEXT ORDER – The Application for a Clerks Order Extending Time to Answer – Document #3 submitted by (S. STADTMAUER) on (7/15/07) has been GRANTED. The answer due date has been set for (7/30/08). (DD, ) [Transferred from New Jersey on 9/11/2008.] |
| 07/28/2008 | 4 | ANSWER to Complaint with Jury Demand by MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES INC., MYLAN BERTEK PHARMACEUTICALS INC., UDL LABORATORIES, INC., ACTAVIS TOTOWA LLC, ACTAVIS INC., ACTAVIS ELIZABETH, LLC. (Attachments: # 1 Certificate of Service)(FERN, FREDRICK) [Transferred from New Jersey on 9/11/2008.] |
| 09/09/2008 | 5 | Certified copy of MDL Order transferring case to District of SO. DIST. W. VA.. Signed by Judge No Judge Assigned on 9/8/08. (DD, ) [Transferred from New Jersey on 9/11/2008.] |
| 09/09/2008 | | ***Civil Case Terminated. (DD, ) [Transferred from New Jersey on 9/11/2008.] |
| 09/11/2008 | 6 | CASE TRANSFERRED IN from the New Jersey; Case Number 2:08−cv−02976. Original file with documents numbered 1 – 5, certified copy of transfer order and docket sheet received. |
| 09/25/2008 | 7 | TRANSMITTED PRETRIAL ORDER #1 entered on 08/19/2008 in MDL 1968 to attorneys in member case. (gjb) |