*Freeman et al v. Actavis Group Group et al* **Document List**

Plaintiffs: James E. Freeman and Fayard Lambert, Sr.
Case Number: 2:08-cv-01107

| Document Title | Document Number | Relevant Plaintiffs |
|---|---|---|
| Complaint | 1 | James E. Freeman Fayard Lambert, Sr. |
| Order unless service is made on defendants, Actavis Group, Actavis Totowa, LLC Mylan Pharmaceutical Inc., Mylan Bertek Pharmaceuticals, Inc., UDL Labs, Inc., within 120 days of the filing of the complaint or unless within that time you show good cause in writing for having failed to do so, plaintiff's claims against the named defendant(s) will be dismissed without further notice | 3 | James E. Freeman Fayard Lambert, Sr. |
| Deficient - Notice of Appearance by Aaron Z. Ahlquist on behalf of James E Freeman, Fayard Lambert, Sr. | 4 | James E. Freeman Fayard Lambert, Sr. |
| Ex Parte/Consent Motion to Enroll as Counsel of Record | 5 | James E Freeman Fayard Lambert, Sr. |
| Order granting Motion to Enroll as Counsel of Record | 7 | James E Freeman Fayard Lambert, Sr. |
| Notice of Conditional Transfer Order to MDL regarding MDL 1986. | 8 | James E Freeman Fayard Lambert, Sr. |
| Order of MDL Transfer to Southern District of West Virginia. | 9 | James E Freeman Fayard Lambert, Sr. |
| Case Transferred in from Louisiana Eastern includes original documents 1-9, certified copy of transfer order and docket sheet | 10 | James E Freeman Fayard Lambert, Sr. |
| Transmitted Pretrial Oder #1 in MDL 1968. | 11 | James E Freeman Fayard Lambert, Sr. |
| Waiver of Service Executed, sent to Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Totowa, LLC, and Mylan Pharmaceuticals, Inc. | 12 | James E Freeman Fayard Lambert, Sr. |

On the CM/ECF system, Document Number 2 is listed as a Summons issued as to Defendants Mylan Bertek Pharmaceuticals Inc., UDL Laboratories, Inc., Actavis Group, Actavis Totowa, LLC, and Mylan Pharmaceuticals, Inc., but a document is not attached. Document Number 6 is a Correction of Docket Entry by Clerk and does not have a document attached.