# United States District Court
## Southern District of West Virginia (Charleston)
## CIVIL DOCKET FOR CASE #: 2:08-cv-01107

Freeman et al v. Actavis Group et al
Assigned to: Judge Joseph R. Goodwin
Lead case: 2:08-md-01968
Member case: (View Member Case)
 Case in other court:  Louisiana Eastern, 2:08-cv-04029
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/18/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **James E. Freeman**<br>*and* | represented by | **Frank Jacob D'Amico , Jr.**<br>LAW OFFICES OF FRANK J. D'AMICO, JR.<br>622 Baronne Street<br>New Orleans , LA 70113<br>504/525-7272<br>Fax: 504/525-9522<br>Email: damico@damicolaw.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Aaron Z. Ahlquist**<br>LAW OFFICES OF FRANK J. D'AMICO, JR.<br>622 Baronne Street<br>New Orleans , LA 70113<br>504/525-7272<br>Fax: 504/525-9522<br>Email: aza@ocblaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Douglas Robert Plymale**<br>MURRAY LAW FIRM<br>Suite 2150<br>650 Poydras Street<br>New Orleans , LA 70360<br>504/648-0180<br>Fax: 504/648-0181<br>Email: dplymale@dugan-lawfirm.com<br>*ATTORNEY TO BE NOTICED* |
| | | **James R. Dugan , II**<br>MURRAY LAW FIRM<br>Suite 2150<br>650 Poydras Street<br>New Orleans , LA 70130<br>504/648-0180<br>Fax: 504/648-0181<br>Email: jdugan@dugan-lawfirm.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Fayard Lambert, Sr.**<br>*individually and on behalf of all others similarly situated* | represented by | **Frank Jacob D'Amico , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Aaron Z. Ahlquist**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Douglas Robert Plymale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Dugan , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Actavis Group**

**Defendant**

**Actavis Totowa, LLC**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**Mylan Bertek Pharmaceuticals, Inc.**
*and*

**Defendant**

**UDL Laboratories, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2008 | 1 | COMPLAINT with Jury Demand against Mylan Bertek Pharmaceuticals, Inc., UDL Laboratories, Inc., Actavis Group, Actavis Totowa, LLC, Mylan Pharmaceuticals, Inc. (Filing fee $ 350.) filed by James E Freeman, Fayard Lambert, Sr. (Attachments: # 1 Civil Cover Sheet)(cl, ) [Transferred from Louisiana Eastern on 9/18/2008.] (Entered: 07/28/2008) |
| 07/25/2008 | 2 | Summons Issued as to Mylan Bertek Pharmaceuticals, Inc., UDL Laboratories, Inc., Actavis Group, Actavis Totowa, LLC, Mylan Pharmaceuticals, Inc.. (cl, ) [Transferred from Louisiana Eastern on 9/18/2008.] (Entered: 07/28/2008) |
| 08/14/2008 | 3 | ORDER – unless service is made on defendants, ACTAVIS GROUP, ACTAVIS TOTOWA, LLC, MYLAN PHARMACEUTUICAL INC., MYLAN BERTEK PHARMACEUTICALS, INC., UDL LABS, INC., within 120 days of the filing of the complaint or unless within that time you show good cause in writing for having failed to do so, plaintiff's claims against the named defendant(s) will be dismissed without further notice. Signed by Judge Peter Beer on 8/14/08.(blg) [Transferred from Louisiana Eastern on 9/18/2008.] |
| 08/28/2008 | 4 | *** DEFICIENT – NOTICE of Appearance by Aaron Z. Ahlquist on behalf of James E Freeman, Fayard Lambert, Sr. (Ahlquist, Aaron) Modified on 8/29/2008 (blg). [Transferred from Louisiana Eastern on 9/18/2008.] |
| 08/29/2008 | 5 | EXPARTE/CONSENT MOTION to Enroll as Counsel of Record by James E Freeman, Fayard Lambert, Sr. (Attachments: # 1 Proposed Order)(Ahlquist, Aaron) [Transferred from Louisiana Eastern on 9/18/2008.] |
| 08/29/2008 | 6 | Correction of Docket Entry by Clerk re 5 MOTION to Enroll as Counsel of Record; Name of attorney who electronically filed this document does not match name of signatory attorney on pleading. |

| | | |
|---|---|---|
| | | The user log–in and password serve as the required signature for purposes of Rule 11 of the FRCP. No further action is necessary. (blg) [Transferred from Louisiana Eastern on 9/18/2008.] (Entered: 09/08/2008) |
| 09/08/2008 | 7 | ORDER granting 5 Motion to Enroll as Counsel of Record for Attorney James R. Dugan, II for James E Freeman and Fayard Lambert, Sr, Douglas Robert Plymale for James E Freeman and Fayard Lambert, Sr. Signed by Judge Peter Beer on 9/8/08. (blg) [Transferred from Louisiana Eastern on 9/18/2008.] |
| 09/09/2008 | 8 | Notice of Conditional Transfer Order to MDL regarding MDL 1968. (Attachments: # 1 Letter from MDL Panel) (plh, ) [Transferred from Louisiana Eastern on 9/18/2008.] (Entered: 09/11/2008) |
| 09/11/2008 | 9 | Order of MDL Transfer to Southern District of West Virginia. MDL case number is 1968. Electronic file, certified copy of transfer order, and docket sheet sent. (blg) [Transferred from Louisiana Eastern on 9/18/2008.] (Entered: 09/18/2008) |
| 09/18/2008 | 10 | CASE TRANSFERRED IN from the Louisiana Eastern; Case Number 2:08–cv–04029. Original file with documents numbered 1 – 9, certified copy of transfer order and docket sheet received. |
| 09/25/2008 | 11 | TRANSMITTED PRETRIAL ORDER #1 entered on 08/19/2008 in MDL 1968 to attorneys in member case. (gjb) |
| 10/22/2008 | 12 | WAIVER OF SERVICE EXECUTED. Waiver signed by K.Orion Williams on 08/11/2008. Mylan Bertek Pharmaceuticals, Inc. waiver mailed on 8/11/2008, answer due 10/10/2008; UDL Laboratories, Inc. waiver mailed on 8/11/2008, answer due 10/10/2008; Actavis Totowa, LLC waiver mailed on 8/11/2008, answer due 10/10/2008; Mylan Pharmaceuticals, Inc. waiver mailed on 8/11/2008, answer due 10/10/2008. (Plymale, Douglas) |