IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-7)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Larry D. Helvey
LARRY HELVEY LAW FIRM
2735 First Avenue, N.E.
Suite 101
Cedar Rapids, IA 52402

H. Daniel Holm, Jr.
BALL KIRK & HOLM PC
Toy National Bank Building
3324 Kimball Avenue
P.O. Box 2696
Waterloo, IA 50704

Timothy C. Karen
LAW OFFICES OF TIMOTHY C KAREN
12702 Via Cortina
Suite 100
Del Mar, CA 92014

Nancy Y. Morgan
FINKELSTEIN & PARTNERS LLP
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551

Stephen J. Nolan
LAW OFFICES OF STEPHEN J NOLAN CHTD
210 West Pennsylvania Avenue
Suite 220, Court Towers
Baltimore, MD 21204-4508

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Paul Wisdom Turner
CARLILE LAW FIRM LLP
400 South Alamo
Marshall, TX 75670