**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-7)

Hon. Richard D. Bennett
U.S. District Judge
5D Edward A. Garmatz Federal Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Joseph A. Greenaway, Jr.
U.S. District Judge
411 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. Linda R. Reade
Chief Judge, U.S. District Court
U.S. District Court
4200 C Street, SW
Cedar Rapids, IA 52404

Hon. Michael H. Schneider
U.S. District Judge
100 William M. Steger Federal Building & U.S. Courthouse
211 West Ferguson Street
Tyler, TX 75701

Hon. T. John Ward
U.S. District Judge
Sam B. Hall, Jr. Federal Building & U.S. Courthouse, 1st Floor
100 E. Houston Street
Marshall, TX 75670-4144