IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED CLERKS LIST (CTO-3)

Scott Poff, Clerk
P.O. Box 1130
Augusta, GA 30903-1130

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797