# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/28/2009                                         Case Number 2:08-md-1968
Case Style: In Re: Digitek vs.
Type of Hearing Status Conference
2513-Goodwin
Court Reporter                                          Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Fred Thompson III, Carl Frankovitch, Harry F. Bell, Jr. and Teresa Toriseva
Attorney(s) for the Defendant(s)

Law Clerk Angie Volk and Kate Fife            Probation Officer

| Trial Time |
|---|

| Non-Trial Time |
|---|

Pretrial conference (including settlement and telephone conferences).

| CourtTime |
|---|

10:30 am   to 11:40 am
Total Court Time: 1 Hours 10 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
|---|

Scheduled start time 10:30 a.m.
Actual start time 10:30 a.m.

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding.
Kim Fields - Mass Tort Manager for WV Supreme Court of Appeals
Fred Thompson - Plaintiff's Co-lead Counsel (via phone)
Carl Frankovitch - Plaintiff's Co-lead Counsel
Harry Bell - Plaintiff's Co-Lead Counsel and Liaison Counsel
Teresa Toriseva - Chairperson,Plaintiffs' Steering Committee (via phone)
Rebecca Betts - Defendants' Liaison Counsel
Matt Moriarity - Defendants' Co-lead Counsel - Actavis parties
Richard Dean - Defendants' Co-lead Counsel - Actavis parties
Madeleine McDonough - Defendants' Co-lead Counsel - Mylan parties (via phone)
Ericka Downie - Defendants' counsel - Mylan parties (via phone)
Meghan Johnson - Plaintiffs' counsel (via phone)
Stan Jackson - Plaintiffs' counsel (via phone)
re: protective order, preservation order, master complaint and scheduling order
End time 11:40 a.m.

**District Judge Daybook Entry**