IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-8)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Matthew F. Block
BLOCK LAW FIRM
422 East First Street
P.O. Box 108
Thibodaux, LA 70302

Jeremy Daniel Cloyd
LAW OFFICES OF
SANFORD M CIPINKO
55 Francisco Street
Suite 403
San Francisco, CA 94133

Michael D. Hutchens
MEAGHER & GEER PLLP
4400 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

James B. Irwin, V.
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Rebecca Ann Lefler
TUCKER ELLIS & WEST LLP
515 Sout Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Benjamin P. Mouton
MCGLYNN & GLISSON APLC
340 Florida Street
P.O. Box 1909
Baton Rouge, LA 70821-1909

Gregory T. Skikos
LOPEZ HODES RESTAINO
MILMAN & SKIKOS
625 Market Street
15th Floor
San Francisco, CA 94105

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Monica Celeste Vaughan
HOUSSIERE DURANT
& HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Three Post Oak Central
Houston, TX 77056-3812

Charles S. Zimmerman
ZIMMERMAN REED PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123