IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION               MDL No. 1968

## INVOLVED JUDGES LIST (CTO-8)

~~Hon. Helen G. Berrigan~~
~~U.S. District Judge~~
~~C-556 Hale Boggs Federal Building~~
~~U.S. Courthouse~~
~~500 Poydras Street~~
~~New Orleans, LA 70130~~

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801