IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                     MDL No. 1968

## INVOLVED CLERKS LIST (CTO-8)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

~~Loretta G. Whyte, Clerk~~
~~U.S. District Court~~
~~500 Poydras Street~~
~~Room C-151~~
~~New Orleans, LA 70130~~

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010