IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK
      PRODUCTS LIABILITY LITIGATION

                                               **MDL NO.  1968**

-------------------------------------------------------------------

**COMPLAINT BY ADOPTION FOR ALL INDIVIDUALS**

      1.      Plaintiff(s),_____, state(s) his/her/theirs claims against Defendant(s),

indicated below, and incorporate(s) by reference the relevant portions of the Master Consolidated

Complaint for Individuals (the "Master Complaint") on file with the Clerk of the Court for the

United States District Court for the Southern District of West Virginia, Charleston Division in

the matter entitled In Re DIGITEK PRODUCTS LIABILITY LITIGATION, Docket # MDL No.

08-1968.

      2.      Plaintiff _____, is a citizen and resident of _____ and claims damages as

set forth below.

            a.      Plaintiff_____, is a citizen and resident of _____, and claims

      damages for loss of consortium.  [Not Applicable: _____]

**ALLEGATIONS AS TO INJURIES**

      3.      Plaintiff _____has suffered injuries as a result of having been prescribed

and/or ingested Digitek® (digoxin) marketed, designed, manufactured, produced, supplied and

sold by Defendant(s). Defendant(s), listed below, by its/their actions or inactions proximately

caused Plaintiff's injuries.

      4.      As a result of the injuries that Plaintiff has sustained, he/she is entitled to recover

compensatory, equitable and/or other relief.

      5.      On _____ Plaintiff had the above referenced Digitek® prescribed by_____

(if known) and the prescription was filled at _____(if known) on _____ (if known).

6.      As a result of the Defendant(s) actions, Plaintiff suffered injury and damages as set forth in the Master Complaint.

7.      To the extent that this Complaint by Adoption includes a claim for loss of consortium, Plaintiff _____ is entitled to recover compensatory, equitable and/or other relief. [Not Applicable: _____]

## ALLEGATIONS AS TO DEFENDANTS

8.      The following entity is named as Defendant herein and the allegations with regard thereto in the Master Complaint are herein adopted by reference.

_____ACTAVIS TOTOWA, LLC

_____ACTAVIS INC.

_____ACTAVIS ELIZABETH, LLC

_____MYLAN, INC.

_____MYLAN PHARMACEUTICALS, INC.

_____MYLAN BERTEK PHARMACEUTICALS INC.

_____UDL LABORATORIES, INC.

_____OTHER (**Defendant allegations to be set forth on an attached document and incorporated by reference)**

## SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

9.      The following claims and allegations asserted in the Master Complaint and the allegations with regard thereto in the Master Complaint are herein adopted by reference:

_____**INTRODUCTION;**

_____PARTIES;

_____JURISDICTION AND VENUE;

_____FACTUAL ALLEGATIONS;

_____COUNT ONE (Product Liability – Failure to Warn and Instruct);

_____COUNT TWO (Product Liability - Manufacturing Defect);

_____COUNT THREE (Product Liability-Design Defect);

_____COUNT FOUR (Negligence);

_____COUNT FIVE (Negligence Per Se);

_____COUNT SIX (Breach of Implied Warranty);

_____COUNT SEVEN (Breach of Express Warranty);

_____COUNT EIGHT (Negligent Misrepresentation);

_____COUNT NINE (Intentional Misrepresentation);

_____COUNT TEN (Fraud);

_____COUNT ELEVEN (Constructive Fraud);

_____COUNT TWELVE (Violation of W.Va. Consumer Protection Statute);

_____COUNT THIRTEEN (Violation of Applicable Consumer Protection
            and/or Unfair Trade Practices Statutes);

_____COUNT FOURTEEN (Wrongful Death,);

_____COUNT FIFTEEN (Survival Action);

_____COUNT SIXTEEN (Medical Monitoring);

_____COUNT SEVENTEEN (Unjust Enrichment);

_____COUNT EIGHTEEN (Medicare Secondary Payer Act);

_____COUNT NINETEEN (Loss of Consortium);

_____**COUNT TWENTY (State Law Specific Cause of Action or Other Cause of Action to be set forth on an attached document and incorporated by reference).**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) seeks judgment favor against Defendant(s) as follows:

1.      Economic and non-economic damages in an amount in excess of $75,000 as provided by law and to be supported by the evidence at trial;

2.      For the equitable relief requested;

3.      For compensatory damages according to proof;

4.      For punitive damages;

5.      For all applicable statutory damages under the Medicare Secondary Payer Act and the applicable consumer protection legislation;

6.      For declaratory judgment that Defendant(s) is/are liable to Plaintiff(s) for all evaluative, monitoring, diagnostic, preventative, and corrective medical, surgical, and incidental expenses, costs and losses caused by Defendants' wrongdoing;

7.      For disgorgement of profits;

8.      For an award of attorneys' fees and costs;

9.      For prejudgment interest and the costs of suit; and

10.     For such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Date: _____          Respectfully submitted:
                                     Plaintiff's Counsel


_____