IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL No. 1968

## INVOLVED COUNSEL LIST

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Michael S. Kruse
ONDER SHELTON O'LEARY PETERSON LLC
110 East Lockwood
St. Louis, MO 63119

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465