IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #14**
**(Scheduling Order Conference)**

To facilitate entry of a scheduling order**,** it is **ORDERED** that Co-Lead and Liaison Counsel for both parties are to appear in person at **11:00 a.m. on Wednesday, February 25, 2009** before the Honorable Mary E. Stanley, United States Magistrate Judge, on the fifth floor of the Robert C. Byrd United States Courthouse. The parties are further **ORDERED** to submit to the court via email a joint proposed Scheduling Order, clearly delineating points of agreement and disagreement, no later than **12:00 p.m. on Monday, February 23, 2009.**

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-09-cv-0137. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon

removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 17, 2009

Joseph R. Goodwin, Chief Judge