IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-9)

Teresa Brophy Bair
HARRIS BEACH LLP
Larkin at Exchange
726 Exchange Street, Suite 1000
Buffalo, NY 14210

Donald L. Beauclaire
HAJEK MEYER & BEAUCLAIRE PLLC
3433 Broadway Street, NE, Suite 110
Minneapolis, MN 55413

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Dylan Matthew Carson
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005

Sheri A. Fox
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ PC
Republic Centre
633 Chestnut Street, Suite 1800
Chattanooga, TN 37450-1800

Brian A. Goldstein
CELLINO & BARNES PC
2500 Main Place Tower
350 Main Street, 25th Floor
Buffalo, NY 14202-3725

Michael D. Hutchens
MEAGHER & GEER PLLP
4400 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

George T. Lewis, III
BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue, 20th Floor
Memphis, TN 38103

David A. McLaughlin
COCHRAN LAW FIRM
One Commerce Square, 26th Floor
Memphis, TN 38103

John M. Tamayo
VALENTI CAMPBELL TROHN TAMAYO &
ARANDA PA
1701 South Florida Avenue
Lakeland, FL 33803

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
P.O. Box 9504
Fort Myers, FL 33906

Lee H. des Bordes, Jr.
HANK DES BORDES
7732 Goodwood Boulevard
Suite A
Baton Rouge, LA 70806