IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                               MDL No. 1968

## INVOLVED JUDGES LIST (CTO-9)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Hon. Michael James Davis
Chief Judge, U.S. District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Bernice Bouie Donald
U.S. District Judge
951 Clifford Davis and Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

Hon. William M. Skretny
U.S. District Judge
507 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602