IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                    MDL No. 1968

## INVOLVED CLERKS LIST (CTO-9)

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103