<div align="center">

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

</div>

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **J. Frederick Motz**<br>United States District Court<br>District of Maryland | **David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002 |
| | **Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **W. Royal Furgeson, Jr.**<br>United States District Court<br>Western District of Texas | |
| | **Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | **Frank C. Damrell, Jr.**<br>United States District Court<br>Eastern District of California | Telephone:  [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

<div align="center">February 24, 2009</div>

Teresa Deppner, Clerk
United States District Court
Post Office Box 2546
Charleston, WV  25329-2546

Re:  MDL-1968 -- IN RE: Digitek Products Liability Litigation

      Susan Tabor, et al. v. Actavis, Inc., et al., E.D. Louisiana, C.A. No. 2:08-5051

Dear Ms. Deppner:

      A conditional transfer order was filed in the above matter on <u>January 15, 2009</u>.  Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel.  The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407.  The order is directed to you for filing.

      Attached to this letter is a list of involved counsel.

<div style="margin-left: 50%;">

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
    Regina Hale
    Calendar Clerk

</div>

Attachment

cc:    Transferee Judge:  Joseph R. Goodwin

<div align="right">JPML Form 68A</div>