IN RE: DIGITEK PRODUCTS LIABILITY
LITIGATION                                              MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-8)

Harry F. Bell Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV  25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV  25333-3394

Matthew F. Block
BLOCK LAW FIRM
422 East First Street
Post Office Box 108
Thibodaux, LA  70302

James B. Irwin V
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA  70130

Fred Thompson III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465