USDC/ATTY-006  (Rev. 7/07) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**IN RE: DIGITEK**
**PRODUCT LIABILITY LITIGATION**

v.

THIS DOCUMENT RELATES TO ALL CASES

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

SELECT:   MDL NO. 1968

Name of attorney: __James G. O'Callahan__

West Virginia Bar ID No.: _____   -or-   [✓] Out of State Attorney

### ❖ TO UPDATE NAME OR FIRM INFORMATION ❖

The following new information is provided for the aforementioned attorney:
*(Note: a separate Notice of Change of Attorney Information form must be filed per case per attorney)*

Attorney name change:

From: __J. Paul Sizemore__

To: __James G. O'Callahan__

New firm/government agency name: _____

New address: _____

New telephone number: _____

New facsimile number: _____

New e-mail address: _____
*(provide only if you are a registered E-filer with this court)*

USDC/ATTY-011 (6/07) Notice of Change of Attorney Information

## ❖ TO BE ADDED AS COUNSEL OF RECORD ❖

☐  My firm/government agency _____
has appeared in the above-titled action. I am counsel of record and request to be added to the docket.

Your name: _____

Firm/government agency name: _____

Address: _____
_____
_____

Telephone number: _____

Facsimile number: _____

E-mail address: _____


## ❖ TO CHANGE WITHIN-FIRM REPRESENTATION ❖

*CAUTION: This Notice of Change of Attorney Information form CANNOT be used by a firm, solo practitioner, or government agency to WITHDRAW from a case. A motion to withdraw and a proposed court order are required for a firm, solo practitioner, or government agency to withdraw from a case.*

I am no longer associated with:

☑  the above-entitled action.

☐  the following party(s) in the above entitled action
_____
_____

USDC/ATTY-011  (6/07) Notice of Change of Attorney Information

One of the following MUST BE CHECKED if you are seeking to remove your name from the above-entitled action:

☐ Other attorney(s) from my current firm/government agency have appeared in this case and are on the Court's docket.

☑ All subsequent documents shall be served on the following new attorney from my current firm/government agency:

Name of attorney: James G. O'Callahan

Firm/government agency name: Girardi and Keese

Firm address: 1126 Wilshire Blvd., Los Angeles, CA 90017

Telephone number: (213) 977-0211

Facsimile number: (213) 481-1554

E-mail address: jgocallahan@girardikeese.com
*(provide only if you are a registered E-filer with this court)*

❖ **TO BE REMOVED FROM THE COURT'S SERVICE LIST** ❖

☐ I am to remain counsel of record for the following party(s) in the above-entitled action:

_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

Date: February 25, 2009

James G. O'Callahan
Attorneys for Plaintiffs