IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCT LIABILITY LITIGATION        MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### NOTICE OF FILING

Counsel for Plaintiffs and Defendants have conferred and jointly submit the attached Plaintiff Fact Sheet and sample authorizations for release of records.

Dated:  March 3, 2009.

Respectfully submitted,

| | |
|---|---|
| s/*Carl N. Frankovitch* | s/*Rebecca A. Betts* |
| Carl N. Frankovitch (WVSB #4746) | REBECCA A. BETTS (WVSB #329) |
| FRANKOVITCH ANETAKIS COLANTONIO & SIMON | ALLEN GUTHRIE & THOMAS, PLLC |
| 337 Penco Road | 500 Lee Street, East, Suite 800 |
| Weirton, WV  26062 | P.O. Box 3394 |
| Tel:     (304) 723-4400 | Charleston, WV  25333-3394 |
| Fax:    (304) 723-4574 | Tel:     (304) 345-7250 |
| E-Mail:  carln@facslaw.com | Fax:    (304) 345-9941 |
| Co-Lead Counsel for Plaintiffs | E-Mail:    rabetts@agmtlaw.com |
| | Liaison Counsel for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCT LIABILITY LITIGATION         MDL NO. 1968

_____

THIS DOCUMENT RELATES TO ALL CASES

## CERTIFICATE OF SERVICE

I, Rebecca A. Betts, Liaison Counsel for Defendants, hereby certify that on March 3, 2009, I electronically filed the foregoing "Notice of Filing" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        s/*Rebecca A. Betts*_____
        REBECCA A. BETTS (WVSB #329)
        ALLEN GUTHRIE & THOMAS, PLLC
        500 Lee Street, East, Suite 800
        P.O. Box 3394
        Charleston, WV  25333-3394
        Tel:      (304) 345-7250
        Fax:     (304) 345-9941
        E-Mail:  rabetts@agmtlaw.com