IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-10)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Jack N. Boyd, Jr.
CRISP BOYD & POFF
2301 Moores Lane
P.O. Box 6297
Texarkana, TX 75505

Michael S. Kruse
ONDER SHELTON O'LEARY PETERSON LLC
110 East Lockwood
St. Louis, MO 63119

Gregory Allen Malkin
LAW OFFICES OF MALKIN & ASSOCIATES PLLC
2700 North 3rd Street
Suite 2009
Phoenix, AZ 85004

Jeffrey E. Poindexter
BULKLEY RICHARDSON & GELINAS LLP
1500 Main Street
Suite 2700
Sprngfield, MA 01115

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465