IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                     MDL No. 1968

## INVOLVED JUDGES LIST (CTO-10)

Hon. Lawrence O. Anderson
U.S. Magistrate Judge
United States District Court
322 Sandra Day O'Connor U.S. Courthouse, SPC 11
401 West Washington Street
Phoenix, AZ 85003-2120

Hon. David Folsom
Chief Judge, U.S. District Court
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Kenneth P. Neiman
U.S. Magistrate Judge
United States District Court
300 State Street, Room 2-524
Springfield, MA 01105