IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                    MDL No. 1968

## INVOLVED CLERKS LIST (CTO-10)

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse & Post Office Building
500 North State Line Avenue
Texarkana, TX 75501