IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #15**
**(Pretrial Status Conference Time Change)**

It is hereby **ORDERED** that the status conference previously scheduled in Pretrial Order #10 for Thursday, March 5, 2009, at 10:00 a.m. has been rescheduled for **Thursday, March 5, 2009 at 8:00 a.m.** in Judge Goodwin's chambers. The dates for subsequent monthly status conferences will be agreed upon at this conference. Any attorney representing any party, or any unrepresented party may attend the status conference but only Liaison and Lead Counsel, or such other counsel as the court may permit, may actively participate in the status conference. The Plaintiffs' Steering Committee Chairperson may actively participate in the status conference to the extent that the conference deals with issues under the control or management of the Plaintiffs' Steering Committee.

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-09-cv-0189. In cases subsequently filed in this district, a copy of the most recent pretrial order

will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: March 4, 2009

Joseph R. Goodwin, Chief Judge