# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 3/5/2009                                                Case Number 2:08-md-1968
Case Style: In Re: Digitek vs.
Type of Hearing Status Conference
2513-Goodwin
Court Reporter                                                Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Harry Bell; Fred Thompson;Carl Frankovitch; Meghan Johnson; Teresa Toriseva
Attorney(s) for the Defendant(s) Harvey Kaplan; Matt Moriarity;Rebecca Betts; Ericka Downie;David Thomas
Law Clerk Angie Volk & Kate Fife                              Probation Officer

## Trial Time

## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

## CourtTime

8:00 am   to 10:15 am
Total Court Time: 2 Hours 15 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 8:00 a.m.
Actual start time 8:00 a.m.

STATUS CONFERENCE
Chief Judge Goodwin
Magistrate Judge Stanley

Counsel for parties present.
Harry Bell - Pl. Co-lead and Liaison counsel
Fred Thompson - Pl. Co-lead counsel
Carl Frankovitch - Pl. Co-lead counsel
Meghan Johnson - Pl. Counsel (associate of Fred Thompson)
Teresa Toriseva - Pl. PSC Chairperson

Harvey Kaplan - Def. Co-lead counsel Mylan parties
Matt Moriarity - Def. Co-lead counsel Actavis parties
Rebecca Betts - Def. Liaison counsel
Ericka Downie - Def. Counsel Mylan parties
David Thomas - Def. Counsel
Kim Fields - WV Mass Litigation Manager
By Phone: Stan Jackson and Stacie Little - individual pl. attorneys

Status conference to discuss various pretrial matters including: direct filing into the MDL, the scheduling order, status of state cases, dispositive motions on master complaint, non-Digitek preservation order, "search terms" for discovery, order regarding "conduct of discovery".
End time 10:15 a.m.

**District Judge Daybook Entry**