IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCT LIABILITY LITIGATION      MDL NO. 1968

_____

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF FILING

Counsel for Plaintiffs and Defendants have conferred and jointly submit the attached Amended Plaintiff Fact Sheet and sample authorizations for release of records. This Amended Plaintiff Fact Sheet supersedes and replaces the Plaintiff Fact Sheet previously filed on March 3, 2009.

Dated: March 12, 2009.

Respectfully submitted,

| | |
|---|---|
| s/*Carl N. Frankovitch* | s/*Rebecca A. Betts* |
| Carl N. Frankovitch (WV Bar No. 4746) | REBECCA A. BETTS (WVSB #329) |
| Frankovitch Anetakis Colantonio & Simon | ALLEN GUTHRIE & THOMAS, PLLC |
| 337 Penco Road | 500 Lee Street, East, Suite 800 |
| Weirton, WV 26062 | P.O. Box 3394 |
| Tel: (304) 723-4400 | Charleston, WV 25333-3394 |
| Fax: (304) 723-4574 | Tel: (304) 345-7250 |
| E-Mail: carln@facslaw.com | Fax: (304) 345-9941 |
| Plaintiffs' Leadership Counsel | E-Mail: rabetts@agmtlaw.com |
| | Liaison Counsel for Defendants |

073021.000031.1037477.1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2009, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                               */s/ Rebecca A. Betts*
                                                                                               REBECCA A. BETTS

073021.000031.1037477.1