**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

IN RE: DIGITEK®                                     Master Docket No.
PRODUCT LIABILITY LITIGATION

                                                    MDL No. 1968

**PLAINTIFF:** _____
                    **(name)**

### AMENDED DIGITEK® PLAINTIFF FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.  If you are completing the Fact Sheet for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.  A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and as responses to requests for production pursuant to Fed. R. Civ. P. 34 will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. The questions and requests for production contained in the Fact Sheet are non-objectionable and shall be answered without objection.

In filling out this form, please use the following definition: "healthcare provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice, and any pharmacy, x-ray department, radiology department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in the diagnosis, care and/or treatment of you.

In addition, to the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

### I.       CASE INFORMATION

1.      Please state the following for the civil action that you filed:

        a.      Case caption:_____

        b.      Civil Action Number:_____

        c.      Court in which action was originally filed:_____

        d.      Your attorney:

Name:_____

Address:_____

_____

2.    Name of person completing this form: _____

3.    Please list any other names you have used or by which you have been known and dates you used those names:

_____

4.    Your current address: _____

_____

5.    If you are completing this Fact Sheet in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

a.    Describe the capacity in which you are representing the individual or estate:

_____

b.    If you were appointed as a representative by a court, state the:

Court Which Appointed You: _____

Date of Appointment: _____

c.    What is your relationship to the individual you represent: _____

_____

d.    If you represent a decedent's estate, state:

Decedent's Date of Death: _____

Address of Place Where Decedent Died: _____

_____

e.    If you are claiming the wrongful death of a family member, identify any and all family members, beneficiaries, heirs or next of kin of that person, including their relationship to Decedent:

_____

_____

_____

**THE REST OF THIS FACT SHEET REQUESTS INFORMATION ABOUT THE PERSON WHO PURCHASED, OR PURCHASED AND USED DIGITEK®.  WHETHER YOU ARE COMPLETING THIS FACT SHEET FOR YOURSELF OR FOR SOMEONE ELSE, PLEASE ASSUME THAT "YOU" MEANS THE DIGITEK® PURCHASER OR PURCHASER AND USER.**

## II.    CLAIM INFORMATION

1.    Name of Digitek® Purchaser/User:
_____

2.    Have you used any other names in the last five (5) years?  **Yes _____  No _____**

If **yes**, please list any such names that you have used:

_____

3.    Do you claim that you suffered bodily injuries as a result of taking Digitek®?

**Yes ___  No ___**  If **Yes**, please answer the following:

a.    What bodily injuries do you claim resulted from your use of Digitek®?

_____

_____

b.    When is the first time you saw a health care provider for any of the symptoms you link to your alleged injury?_____

c.    Are you currently experiencing symptoms related to your alleged injury?

**Yes ___  No ___**  If **Yes**, please describe the symptoms:_____

_____

d.    Did you see a doctor, clinic or healthcare provider for the bodily injuries or illness listed above?

**Yes ___  No ___**  If **Yes**, who:_____

_____

e.    Who diagnosed your injury?_____

f.    Date of diagnosis:_____

g.    Were you hospitalized?

**Yes ___  No ___**  If **Yes**, please answer the following:

       1)     Date of hospital admission:_____

       2)     Date of discharge:_____

       3)     Hospital name and address:_____

                    _____

h.     What harm or consequence including physical limitations, do you claim you suffered as a result of the bodily injury above, excluding any mental or emotional damages, lost wages or out of pocket expenses listed below?

_____

_____

_____

i.     Do you claim that your injury was caused by ingesting defective Digitek® medication?

**Yes** ___ **No** ___ If **Yes**, please answer the following:

       1)     Describe in detail what you claim the defect to have been in the Digitek® medication that you ingested:_____

                   _____

                   _____

       2)     How much of the defective product did you ingest?_____

       3)     When did you ingest the product?_____

j.     Have you had any discussions with any doctor or other healthcare provider about whether Digitek® caused you to suffer any illness or injury?

**Yes** ___ **No** ___ If **Yes**, who:_____

_____

4.     Are you claiming mental and/or emotional damages as a result of taking Digitek®?

**Yes**___ **No** ____

If **Yes**, what mental and/or emotional damages do you claim resulted from your use of Digitek®?

_____

_____

If **Yes**, for each provider (including but not limited to primary care physicians, psychiatrists, psychologists, and/or counselors) from whom you have sought treatment for psychological, psychiatric or emotional problems, state the following:

| NAME | ADDRESS | CONDITION TREATED | DATES TREATED | MEDICATIONS PRESCRIBED |
|------|---------|-------------------|---------------|------------------------|
|      |         |                   |               |                        |
|      |         |                   |               |                        |
|      |         |                   |               |                        |

5. Are you making a claim for lost wages or lost earning capacity?

   **Yes**___ **No** _____ If **Yes**, state the annual gross income you derived from your employment for each of the last five (5) years:

   _____

   _____

   _____

6. Have you incurred any out-of-pocket expenses as a result of using Digitek®?

   **Yes**___ **No** _____ If **Yes**, please identify and itemize all out-of-pocket expenses you have incurred: _____

   _____

7. What other damages, if any, do you claim you suffered as a result of the purchase or ingestion of Digitek®?

   _____

   _____

   _____

## III.   DIGITEK® PRESCRIPTION INFORMATION

1. Have you ever used Digitek®? **Yes**___ **No** _____

2. If you answered **yes** to No. 1, identify the following for each period of time during which you took Digitek®:

| DOSAGE (.125 MG OR .250 MG) | HOW OFTEN PER DAY OR WEEK? | DATE STARTED | DATE STOPPED | NAME OF PRESCRIBER |
|-----------------------------|----------------------------|--------------|--------------|---------------------|
|                             |                            |              |              |                     |
|                             |                            |              |              |                     |
|                             |                            |              |              |                     |

3.      Name(s) and address(es) of pharmacies where prescriptions were filled:_____

_____

_____

4.      Identify the condition for which you were prescribed Digitek®:_____

_____

5.      Did you receive any free samples of Digitek®?

        **Yes __ No __**  If **Yes**, please state the following:

        a.      Who provided the samples? _____

        b.      When were samples provided? _____

        c.      What was the dosage of the samples? _____

        d.      How many samples were provided? _____

6.      Do you have in your possession or does your attorney have the packaging from the Digitek® you allegedly purchased, or purchased and used, and/or any Digitek® tablets?

        **Yes ____ No____**

        a.      If yes, who currently has custody of the Digitek® packaging and/or tablets?

                _____

                _____

                _____

        b.      If you or your attorney is in possession of tablets, how many do you have? _____

        c.      Have you or anyone on your behalf tested the Digitek® tablets in your possession?

                **Yes ____ No____**  If **Yes,**

                1)      Who tested the tablets?_____

                2)      What test(s) was performed?_____

                        _____

                3)      How many tablets were tested?_____

                4)      When were the tests performed?_____

5)    What were the test results?_____

_____

**(NOTE: In lieu of answering the following Question Nos. 7a and 7b, please attach a clear copy of the product packaging and/or the label on the vial or blister pack of Digitek® in your or your attorney's possession that provides the information sought below.)**

7a.    Do you know the lot number(s) for any of the Digitek® you received?

**Yes ____ No____**

If **Yes**, what is/are the lot number(s): _____

7b.    Do you know the expiration date for any of the Digitek® you received?

**Yes ____ No____**

If **Yes**, when is/was/were the expiration date(s): _____

8.    Have you had any communication, oral or written, with any of the defendants or their representatives?

**Yes ____ No____**

If **Yes**, set forth the date of the communication, the method of communication, the       name of the person with whom you communicated, and the substance of the communication between you and any defendants or their representatives:

_____

9.    Have you ever used any other digoxin or digitalis product (i.e. Lanoxin)?

**Yes____ No____**

If **Yes,** please state:

| DOSAGE (.125 MG OR .250 MG) | HOW OFTEN PER DAY OR WEEK? | DATE STARTED | DATE STOPPED | NAME OF PRESCRIBER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

10.    Are you aware that Digitek® was recalled?

**Yes___ No ____** If **Yes**, please state the following:

a.    When you became aware of the recall:_____

b.    How you became aware of the recall:_____

_____

11.     Did you discuss the recall with any healthcare provider or pharmacist?

        **Yes**___ **No** ـــــ If **Yes**, please state the following:

                a.      When that discussion occurred:_____

                b.      With whom:_____

12.     Did you return any Digitek® to Stericycle or any pharmacy?

        **Yes** _____ **No**_____ If **Yes,** please state the following:

                a.      When did you return the product?_____

                b.      Do you have your paperwork regarding the return?  **Yes** _____ **No** _____

                c.      To whom did you return the product?_____

13.     Have you ever visited a website, chat-room, message board or other electronic forum containing information or discussion about Digitek®?

        **Yes**___ **No** ـــــ If **Yes**, please provide the name of the website:_____

### IV.    <u>MEDICAL BACKGROUND</u>

1.     Current Height: _____

2.     Current Weight: _____

3.     Approximate weight at the time of your injury: _____

4.A.   To the best of your knowledge, have you, or any blood-relative family member (child, parent, brother, sister, or grandparent), ever experienced or been diagnosed with any of the following conditions?  Please select **Yes** or **No** for each condition.  For each condition for which you answer **Yes**, please identify who suffered the condition, you or a relative, and please provide the relative's name and relationship to you.  If you suffered the condition, please provide the additional information requested in the table following 4(B):

| CONDITION EXPERIENCED OR DIAGNOSED | YES | NO | WHO SUFFERED CONDITION |
|---|---|---|---|
| Abnormal heart rhythm, atrial fibrillation, atrial flutter, ventricular fibrillation, or heart block | | | |
| Allergic reaction to medication (e.g., skin reaction, rash, or anaphylaxis) | | | |
| Blocked or narrow arteries/plaque buildup/coronary artery disease | | | |
| Cardiomyopathy/enlarged heart | | | |
| Chest pain/angina | | | |
| Congenital heart abnormality | | | |
| Congestive heart failure | | | |
| Heart attack/MI/myocardial infarction | | | |

| CONDITION EXPERIENCED OR DIAGNOSED | YES | NO | WHO SUFFERED CONDITION |
|---|---|---|---|
| High blood pressure/hypertension | | | |
| High cholesterol or triglycerides | | | |
| Kidney disease or condition | | | |
| Stroke/transient ischemic attack/TIA/aneurysm | | | |

4.B.   To the best of your knowledge, have you ever experienced or been diagnosed with any of the following conditions?  Please select **Yes** or **No** for each condition.  If you suffered the condition, please provide the additional information requested in the table following this chart:

| CONDITION EXPERIENCED OR DIAGNOSED | YES | NO |
|---|---|---|
| Alcoholism or other substance abuse | | |
| Alzheimer's, senility, confusion | | |
| Arthritis (osteoarthritis or rheumatoid arthritis) | | |
| Autoimmune diseases (e.g., rheumatoid arthritis, lupus, Sjogren's, etc.) | | |
| Bleeding or clotting disorders | | |
| Cancer | | |
| Chronic obstructive pulmonary disease/COPD/chronic lung disease/asthma | | |
| Deep vein thrombosis/DVT | | |
| Depression, anxiety, schizophrenia, bipolar disorder | | |
| Dermatologic diseases or conditions | | |
| Diabetes mellitus | | |
| Electrolyte imbalance | | |
| Enlarged prostate, bladder dysfunction | | |
| Gastrointestinal problems (e.g., ulcers, heartburn, acid reflux, GERD, increased or decreased motility) | | |
| Hardening of the arteries/stenosis/aneurysms | | |
| Heart valve problems (e.g., murmur, leaky valve, prolapse, regurgitation) | | |
| Hormonal replacement therapy | | |
| Hypothyroidism/Thyroid condition | | |
| Immune system disease or dysfunction (including HIV or AIDS) | | |
| Liver disorder or disease (cirrhosis, hepatitis, etc.) | | |
| Multiple sclerosis, myasthenia gravis | | |
| Osteoporosis, bone fractures, calcium deficiency | | |
| Peripheral vascular disease or peripheral arterial disease | | |
| Pulmonary embolism/blood clot to the lungs | | |
| Pulmonary hypertension | | |
| Raynaud's syndrome/phenomenon | | |
| Rheumatic Fever/Scarlet Fever | | |
| Tobacco use or addiction | | |
| Vasculitis | | |

For each condition for which you answered **Yes** in the previous two charts, please provide the information requested below:

| CONDITION YOU EXPERIENCED | DATE OF ONSET | MEDICATION/ TREATMENT | TREATING PHYSICIAN AND/OR HOSPITAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5.    Please indicate whether you have ever been the subject of any **cardiovascular surgeries** including, but not limited to, open heart/bypass surgery, CABG, pacemaker or defibrillator implantation, stent placement, vascular surgery, angioplasty, IVC filter placement, carotid (neck) surgery, or valve replacement.

**Yes ___ No __**   I don't recall __ If **Yes**, please specify the following:

| SURGERY | REASON FOR SURGERY | DATE | TREATING PHYSICIAN | HOSPITAL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

6.    Please indicate whether you have ever been the subject of any of the following **cardiovascular diagnostic tests** or interventions and provide the requested information about each: including, but not limited to, stress test C-reactive protein (CRP); chest X-ray; angiogram/catheterization; CT scan; MRI; EKG; echocardiogram; TEE (trans-esophageal echo); endoscopy; lung bronchoscopy; carotid duplex/ultrasound; MRI/MRA of the head/neck; angiogram of the head/neck; CT scan of the head; bubble/microbubble study; and Holter monitor.

**Yes ___ No __**   I don't recall __ If **Yes**, please specify the following:

| DIAGNOSTIC TEST/ INTERVENTION | REASON FOR TEST/ INTERVENTION | DATE | TREATING PHYSICIAN/ HOSPITAL | RESULT OF DIAGNOSTIC TEST/ INTERVENTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

7.    Do you now or have you ever smoked tobacco products?  **Yes** ___ **No** ___    If **Yes**, please specify the following:

        a.     How long have/did you smoke? _____

        b.     How much do/did you smoke? _____

8.    Did you drink alcohol (beer, wine, etc.) in the three years before your alleged injury?

**Yes** ___ **No** ___    If **Yes**, please specify the following:

        a.     How often did you drink?_____

        b.     How much did you drink?_____

9.    Have you ever used any illicit drugs of any kind within the five (5) years before, or at any time after, your alleged injury?

**Yes** ___ **No** ___    If **Yes**, identify the substance(s) and your first and last use:_____

_____

## V.    ADDITIONAL MEDICATIONS
### (INCLUDING OTHER DIGOXIN PRODUCTS, SUCH AS LANOXIN®)

1.    For any medications, herbal products or supplements other than Digitek® that you took on a regular basis in the ten (10) years prior to, and at the time of, the incidents described in your Complaint, please provide the information requested below:

| NAME OF MEDICATION USED | DOSAGE | PRESCRIBING PHYSICIAN | DATES OF USE | PURPOSE OF PRESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME OF MEDICATION USED | DOSAGE | PRESCRIBING PHYSICIAN | DATES OF USE | PURPOSE OF PRESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2.    Have you ever experienced any side effects while you were taking any of the medications identified in this section in the past ten (10) years?

**Yes** ___ **No** ___   If **Yes**, please specify the following:

    a.    The name of the medication:_____

    b.    The side effect(s):_____

    c.    The date the side effect was experienced:_____

## VI.    **PERSONAL INFORMATION**

1.    Current Address and Date when you began living at this address: _____

_____

2.    Social Security Number: _____

3.    Date and Place of Birth: _____

4.    Marital Status: _____

If married, spouse's name, occupation and date of marriage: _____
_____

If divorced, dates of the marriage, case name/jurisdiction for the divorce: _____
_____

Has your spouse filed a loss of consortium in this action?  **Yes** ___ **No** ___

5.    If you have children, please list each child's name and date of birth:

_____

_____

_____

6.    For any school attended after High School, please provide the following information:

a.    School Name:_____

b.    Address:_____

c.    Dates attended:_____

d.    Diploma/Degree:_____

7.    Employment information for the last ten (10) years.  Please include employer's name, address, dates of employment, job title, job description and duties:

_____

_____

8.    Have you ever served in the military, including the military reserve or National Guard?

**Yes** ___ **No** ___

If **Yes**, were you ever rejected or discharged from military service for any reason relating to your physical condition?  **Yes** ___ **No** ___

If **Yes**, state the condition for which you were rejected or discharged:_____

_____

9.  Has any insurance or other company, or Medicare or Medicaid, provided medical coverage to you or paid medical bills on your behalf in the last ten (10) years?

**Yes** ___ **No** ___   If **Yes**, please specify the following:

a.  The name of the company/agency:_____

b.  Address:_____

c.  Dates of Service:_____

10.  Have you applied for workers' compensation (WC) and/or social security disability (SSI or SSD) benefits in the last ten (10) years?

**Yes** ___ **No** ___   If **Yes**, please specify the following:

a.  Type of claim:_____

b.  Year application filed:_____

c.  Agency where application was filed:_____

d.  Nature of disability:_____

e.  Time period of disability:_____

11.  Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit, relating to any bodily injury?

**Yes** ___ **No** ___   If **Yes**, please specify the following:

a.  Court in which suit/claim filed or made:_____

b.  Case/Claim Number:_____

c.  Nature of Claim/Injury:_____

12.  As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?

**Yes** ___ **No** ___   If **Yes**, please set forth where, when and the felony and/or crime:_____

_____

## VII.   HEALTHCARE PROVIDERS AND PHARMACIES

1.    Identify each doctor or other healthcare provider who you have seen for medical care and treatment in the past ten (10) years:

| NAME AND SPECIALTY | ADDRESS | REASON FOR VISIT | APPROX DATES/YEARS OF VISITS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2.    Identify each hospital, clinic, or healthcare facility where you were hospitalized (in-patient, out-patient, or emergency room visit) in the past ten (10) years:

| NAME | ADDRESS | ADMISSION DATE(S) | REASON FOR ADMISSION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3.    Identify each pharmacy that has dispensed medication to you in the past ten (10) years:

| NAME OF PHARMACY | ADDRESS | APPROX DATES/YEARS YOU USED PHARMACY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## VIII.   <u>DECEASED INDIVIDUALS AND AUTOPSY INFORMATION</u>

1.    If you are filling this out on behalf of an individual who is deceased, please state the following from the Death Certificate of the individual:

**(NOTE: In lieu of the following, please attach a copy of the death certificate.)**

Date of death: _____

Place of death (city, state and county): _____

Facility or location where death occurred: _____

Name of physician who signed death certificate:_____

Cause of death: _____

_____

If you are filling this out on behalf of an individual who is deceased and on whom an autopsy was performed, please fill in the information below pertaining to the autopsy and the autopsy report:

(**NOTE:  In lieu of the following, please attach a copy of the autopsy report.)**

Date: _____

Performed by: _____

Facility where autopsy was performed: _____

Place where autopsy was performed (city, state, county): _____

Describe any and all tissue preserved: _____

## IX.    <u>FACT WITNESSES</u>

1.    Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you:

Name: _____

Address: _____

_____

Relationship to you: _____

Name: _____

Address: _____

_____

Relationship to you: _____

Name: _____

Address: _____

_____

Relationship to you: _____

Name: _____

Address: _____

_____

Relationship to you: _____

Name: _____

Address: _____

_____

Relationship to you: _____

## IX.    **DOCUMENT DEMANDS**

1.  Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

2.  Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

    a.  All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

    b.  Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

    c.  All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

    d.  All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury.

    e.  Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable).

    f.  Decedent's death certificate and autopsy report (if applicable).

    g.  Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

    h.  All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

    i.  Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

    j.  Non-privileged documents, including any diaries, calendars or notes that record Plaintiff/Decedent's health, use of Digitek or alleged injuries

## X.    <u>VERIFICATION</u>

*I declare under penalty of perjury* that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge.  I have supplied all the documents requested in Part ___ of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and supplied the authorizations attached to this declaration.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respects incomplete or incorrect.

Date: _____              _____
                                        Signature

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION PURSUANT TO 45 C.F.R. 164.508

Patient Name:

| Identification: | Date of Birth | Date of Death | Soc. Sec. |
| --- | --- | --- | --- |
| | Parents Name/Previous Name(s) | | |

Provider:
*(Who is releasing
the information)*

| Requestor: | Name | RecordTrak |
| --- | --- | --- |
| *(to whom the information* | Address | 651 Allendale Road |
| *will be provided)* | | King of Prussia, PA 19406 |

**Information Requested:**   I authorize the disclosure of all protected medical information, from the time period 1998 to present,  in  written or electronic form for the purpose of review and evaluation in connection with a legal claim.  I expressly request that all covered entities under HIPAA identified above disclose full and completed protected health information, including, but not limited to, the following:

- All medical records, including, but not limited to: inpatient, outpatient & emergency room treatment; all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes; and records received from other physicians or health care providers;

- All laboratory, histology, cystology, pathology, radiology, CT Scan, MRI, echocardiogram & cardiac catheterization reports;

- All radiology films: myelograms: CT Scans: photographs: bone scans: pathology, cytology, histology, autopsy, immuno-histo-chemistry specimens:

- All pharmacy prescription records, including, but not limited to: NDC numbers and drug information handouts/monographs

- All billing records, including, but not limited to: all statements, itemized bills, and insurance records.

- All documents related to amendment of any record requested.

**Purpose of Release:**   For the purpose of review and evaluation in connection with a legal claim.

This authorization expires when the following event occurs: the resolution of litigation. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken in reliance upon it, by giving written notice to RecordTrak.  I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.  This information, once it is released, may be re-disclosed by the recipient, and if re-disclosed, the information would no longer be protected by the federal privacy rule.  Any facsimile, copy or photocopy of the authorization authorizes you to release the records requested herein.

Signature of Patient if 18 years of age or older_____ Date_____

Signature of Parent or Legal Representative_____ Date_____

Relationship to Patient, if not signed by Patient_____

---

*SPECIFIC authorization for release of information  protected by state or federal law* **In addition to the authorization and other provisions contained above, hereby incorporated by reference, I authorize: (i) the release of data and information to RecordTrak; and  (ii) RecordTrak's re-disclosure of the data and information to its consultants, experts, agents, and/or other counsel; any and all data, notes, records, reports, and/or any other documents and information relating to:**

X 1.  **Substance Abuse (Alcohol/Drug)**      X 2.  **Mental Health (includes psychological testing)**   X 3.  **HIV-related information (AIDS related testing)**

This form does not authorize re-disclosure of medical information beyond the limits of this consent.  Where information has been disclosed from records protected by federal law for alcohol/drug abuse records or by state law for mental health records, federal requirements (42 C.F.R. Part 2) and state requirements prohibit further disclosure without specific written consent of the patient, or as otherwise permitted by such law and/or regulations.  A general authorization for the release of medical or other information is not sufficient for these purposes.  Civil and/or criminal penalties may attach for unauthorized disclosure of alcohol/drug abuse or mental health information.  Federal regulations state that any person who violates any provision of this law shall be fined not more than $500, in the case of a first offense, and not more than $5000 in the case of each subsequent offense.  Drug Abuse Office and Treatment Act of 1972 (21 U.S.C. 1175); Comprehensive Alcohol Abuse Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (42 U.S.C. 4582).

Signature of Patient if 18 years of age or older_____ Date_____

Signature of Parent or Legal Representative_____ Date_____

Relationship to Patient, if not signed by Patient_____

---

## HIPAA Compliant Authorization for Release of Employment Information

**Employee Name:**

**Identification:**          Date of Birth:                    Soc. Sec:
                            Parents Name/Previous Name(s)

**Provider:**
*(Who is releasing
the information)*

**Requestor:**              Name      RecordTrak
*(to whom the information*   Address   651 Allendale Road
*will be provided)*                    King of Prussia, PA 19406

I authorize the disclosure of all protected information in any form (including oral, written and electronic) for the purpose of review and evaluation in connection with a legal claim.  I expressly request that all entities identified above disclose full and completed protected employment information spanning the time period of **1998 to present**, including, but not limited to, the following:

- All applications for employment, resumes, records of all positions held, job descriptions of positions held, payroll records, W-2 forms and W-4 forms, performance evaluations and reports, statements and reports of fellow employees, attendance records, worker's compensation files, disability records; records submitted in connection with any claims by all physicians, psychologists, psychiatrists, hospital and testing facilities, radiologists, and any and all other health care providers; records of any payments made; records of any litigation resulting from denials of coverage;

- All insurance records, claim forms, renewal records, questionnaires and records of payments made, all insurance policies, and employee benefit records certificates and benefit schedules regarding the insured's coverage, including supplemental coverages; health and physical examination records reviewed for underwriting purposes; questionnaires and records submitted in connection with the applications or renewals;

- All hospital, physician, clinic, infirmary, nurse, psychiatric, psychological and dental records; x-rays, test results, physical examination records and other medical records, medication records;

- All documents related to amendment of any record requested;

- All records pertaining to medical or disability claims, or work-related accidents including correspondence, accident reports, injury reports and incident reports;

- All pension records, disability benefit records, and all records regarding participation in company-sponsored health, dental, life and disability insurance plans; and

- Any other records concerning employment of the Employee named above.

**Purpose of Release:**          For the purpose of review and evaluation in connection with a legal claim brought by _____.

This authorization is expires when the following event occurs: the resolution of litigation  I understand that I may revoke this authorization at any time, except to the extent that action has already been taken in reliance upon it, by giving written notice to RecordTrak.  I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.  This information, once it is released, may be re-disclosed by the recipient, and if re-disclosed, the information would no longer be protected by the federal privacy rule.  Any facsimile, copy or photocopy of the authorization authorizes you to release the records requested herein.

Signature of Employee  if 18 years of age or older_____Date_____

Signature of Legal Representative_____Date_____ _____

Relationship to Employee, if not signed by Employee_____

**I.**

## AUTHORIZATION FOR RELEASE OF
## <u>DISABILITY CLAIMS RECORDS</u>

To:    _____
                Name

              _____
                Address

              _____
                City, State and Zip Code

This will authorize you to furnish copies of any and all records of disability claims of any sort, including, but not limited to, statements, applications, disclosures, correspondence, notes, settlements, agreements, contracts or other documents, for the time period of 1998 to the present, concerning:

Name:

whose date of birth is _____ and whose social security number is _____.

You are authorized to release the above records to the following representatives of defendants in the Digitek® litigation, who have agreed to pay reasonable charges made by you to supply copies of such records:

Name       RecordTrak

Address    651 Allendale Road

           King of Prussia, PA 19406

This authorization does not authorize you to disclose anything other than documents and records to anyone.

This authorization shall be considered as continuing in nature and is to be given full force and effect to release information of any of the foregoing learned or determined after the date hereof.  It is expressly understood by the undersigned and you are authorized to accept a copy or photocopy of this authorization with the same validity as though the original had been presented to you.

Date:   _____     _____
                                       Claimant/Guardian/Personal Representative Signature

## HIPAA COMPLIANT AUTHORIZATION FOR
## RELEASE OF INSURANCE RECORDS

To:                                        Insured Name:
                                           Date of Birth:
                                           Soc. Sec. No.:

Requesting      RecordTrak
Attorneys:      651 Allendale Road
                King of Prussia, PA 19406


I hereby authorize all insurers of _____, to disclose all insurance information, from the time period of 1998 to present, including protected medical and mental health records, to and for the use of RecordTrak and any of their agents, consultants or designees.  By way of example, the insurance information includes, but is not limited to, the following:

> All applications for insurance coverage and renewals; insurance policies, certificates and benefit schedules regarding the insured's coverage, including supplemental coverage; health and physical examination records that were reviewed for underwriting purposes, and any statements, communications, correspondence, reports, questionnaires, and records submitted in connection with applications or renewals for insurance coverage, or claims; physician, hospital, psychiatric, psychological, and dental reports, prescriptions, correspondence, test results, radiological films and any other medical records submitted for claims review purposes; claim records; records of all litigation; and all other records of any kind concerning or pertaining to _____.

The purpose of this authorization is for the review and evaluation of the information in connection with the Digitek® litigation.

I understand that the information is confidential and is accorded specific protection by federal and/or state laws and regulations.  By signing this authorization, I consent to the disclosure to and use by the Recipients of all protected information.  I understand that, except as otherwise stated in this authorization, information disclosed pursuant to this authorization may be subject to redisclosure by the Recipients and may no longer be protected by privacy laws and regulations.

I understand that certain records may be protected by federal or state law, including HIV, psychiatric or mental health treatment, alcohol/drug treatment or communicable diseases, and I am requesting that any and all such protected records be released under this authorization.  Federal and/or state confidentiality rules prohibit the redisclosure of such protected records unless redisclosure is expressly permitted by the written consent of the person who is the subject of the information.  A general authorization for the release of medical or other information is not sufficient for this purpose.

I understand that I may inspect or copy the protected health information sought to be used or disclosed in this authorization.  I also understand that I am not required to sign this authorization and may in fact refuse to sign this authorization.

**HIPAA COMPLIANT AUTHORIZATION FOR**
**RELEASE OF INSURANCE RECORDS**
**Page 2**

You are hereby released from any and all liability in connection with disclosure of records, documents, writings and physical evidence to the above firms.

This authorization is effective for one year from this date, or when the following event occurs:  Final resolution of the above-identified civil action.  Notwithstanding the immediately preceding sentence, I understand that I may revoke this authorization at any time prior to its expiration, except to the extent that action already has been taken in reliance on this authorization, by sending written notice of revocation to RecordTrak.  I understand that the entity to whom this authorization is directed, may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.

A copy of this authorization shall have the same force and effect as the original.

_____          _____
Signature of Insured or Insured's Representative          Date
Name of Insured:

_____
Former/Alias/Maiden Name of Insured

_____
Insured's Date of Birth

_____
Insured's Social Security Number

_____

_____
Insured's Address

_____          _____
Name of Insured's Representative (if applicable)          Description of Authority
                                                                                     to Act for Insured