A CERTIFIED TRUE COPY

ATTEST

By Denise Morgan-Stone on Mar 13, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Feb 25, 2009**

FILED
CLERK'S OFFICE

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**          MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 73 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 13, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**          MDL No. 1968

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

LOUISIANA MIDDLE
  LAM   3   09-58          Jawonna Guibeau, et al. v. Actavis Group hf, et al.

NEVADA
  NV    2   09-210         Charlene Defreze v. UDL Laboratories, Inc., et al.

TENNESSEE EASTERN
  TNE   1   09-15          Alice Maroon, et al. v. Actavis Totowa, LLC, et al.
  TNE   1   09-16          James Angel v. Actavis Totowa, LLC, et al.
  TNE   1   09-17          Eva McCarty, et al. v. Actavis Totowa, LLC, et al.
  TNE   1   09-18          Hazel Pressley v. Actavis Totowa, LLC, et al.
  TNE   1   09-19          Madeline Carole Newsome, etc. v. Actavis Totowa, LLC, et al.

TENNESSEE WESTERN
  TNW   1   09-1031        Ginger King Edens, etc. v. Mylan Pharmaceuticals, Inc., et al.
  TNW   1   09-1032        Carilon Robinson, etc. v. Mylan Pharmaceuticals, Inc., et al.
  TNW   2   09-2057        Curtis Lane, etc. v. Mylan Pharmaceuticals, Inc., et al.
  TNW   2   09-2058        Marilyn Stricker v. Mylan Pharmaceuticals, Inc., et al.
  TNW   2   09-2059        Shirley Thomas, etc. v. Mylan Pharmaceuticals, Inc., et al.
  TNW   2   09-2060        Betti L. Jack, et al. v. Mylan Pharmaceuticals, Inc., et al.
  TNW   2   09-2061        Eva Weaver, etc. v. Mylan Pharmaceuticals, Inc., et al.

WEST VIRGINIA NORTHERN
  WVN   1   09-27          Clyde David Gambill, etc. v. Mylan Pharmaceuticals, Inc., et al.