IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-11)

Michael A. Anderson
MADDOX & ANDERSON PLLC
835 Georgia Avenue
Suite 600
One Central Plaza
Chattanooga, TN 37402

Jennifer W. Arledge
400 South Fourth Street
Suite 500
Las Vegas, NV 89101

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Thomas F. Christensen
CHRISTENSEN LAW OFFICES LLC
1000 South Valley View Boulevard
Las Vegas, NV 89107

Barry M. Hill
ANAPOL SCHWARTZ WEISS ET AL
89 12th Street
Wheeling, WV 26003

Russell D. Marlin
NAHON SAHAROVICH & TROTZ PLC
488 S. Mendenhall
Memphis, TN 38117

Ashley L. Ownby
Law Office of Ashley L. Ownby
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

William Walter Thies
BEALL & THIES LLC
11832 Newcastle Drive
Suite 9
Baton Rouge, LA 70816

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465