IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED JUDGES LIST (CTO-11)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Hon. J. Daniel Breen
U.S. District Judge
444 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
317 Joel W. Solomon Federal Building
   & U.S. Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Irene M. Keeley
U.S. District Judge
P.O. Box 2808
Clarksburg, WV 26302

Hon. Harry S. Mattice
U.S. District Judge
104 Joel W. Solomon Federal Building
   & United State Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Tu M. Pham
U.S. Magistrate Judge
338 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Philip M. Pro
U.S. District Judge
7015 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101-7065

Hon. Diane K. Vescovo
U.S Magistrate Judge
United States District Court
341 Clifford Davis & Odell Horton
Federal Building
167 North Main Street
Memphis, TN 38103