IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                   MDL No. 1968

## INVOLVED CLERKS LIST (CTO-11)

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Patricia L. McNutt, Clerk
U.S. District Court
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Wally A. Edgell, Clerk
P.O. Box 2857
Clarksburg, WV 26302-2857