A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Apr 08, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 08, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**
Marion Roy, etc. v. Actavis Group hf, et al.,          )
    D. New Jersey, C.A. No. 2:08-2943                  )          MDL No. 1968

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Roy*) on August 21, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to *Roy* on September 8, 2008. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Southern District of West Virginia on September 9, 2008. The Panel has now been advised that *Roy* was dismissed by the Honorable Katharine S. Hayden in an order filed on August 28, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1 filed on August 21, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel