IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-12)

Michael A. Anderson
MADDOX & ANDERSON PLLC
835 Georgia Avenue
Suite 600
One Central Plaza
Chattanooga, TN 37402

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Kenneth W. DeJean
OFFICE OF KENNETH W DEJEAN
417 West University Avenue
Lafayette, LA 70506

Kelly G. Juneau
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Ashley L. Ownby
LAW OFFICE OF ASHLEY L OWNBY
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533

Beverly R. Storm
ARNZEN WENTZ MOLLOY LABER & STORM PSC
600 Greenup Street
P.O. Box 472
Covington, KY 41012-0472

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Monica Celeste Vaughan
HOUSSIERE DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Three Post Oak Central
Houston, TX 77056-3812

Seth S. Webb
BROWN & CROUPPEN PC
720 Olive Street
Suite 1800
St Louis, MO 63101-2302