IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-12)

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
317 Joel W. Solomon Federal Building & U.S. Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Donald J. Stohr
Senior U.S. District Judge
Thomas F. Eagleton United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958