IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO DISMISS COUNT FIVE OF THE MASTER CONSOLIDATED COMPLAINT FOR INDIVIDUALS

Defendants Actavis Totowa LLC, Actavis Inc., Actavis Elizabeth LLC, Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc. ("Defendants"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that this Court dismiss Count Five: Negligence *Per Se*, of the Master Consolidated Complaint for Individuals. Count Five fails to state a claim upon which relief can be granted because it alleges a private cause of action for violations of the Federal Food, Drug and Cosmetics Act ("FDCA"), 21 U.S.C. § 301, *et seq.*, when the Act expressly limits its enforcement to the federal government. *See* 21 U.S.C. § 337(a). With no right to privately enforce the FDCA, Plaintiffs cannot allege a viable cause of action for negligence *per se* based upon violations of the Act and thus, Count Five should be dismissed.

The grounds for this Motion are more fully set forth in the attached Memorandum in Support, which is incorporated herein.

ALLEN GUTHRIE & THOMAS, PLLC

By: _____
Rebecca A. Betts (WV Bar #329),
LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:    (304) 345-7250
Fax:   (304) 345-9941
E-mail:  rabetts@agmtlaw.com
*Attorney for Defendants*

SHOOK, HARDY & BACON LLP

By: /s/ Harvey L. Kaplan
    Harvey L. Kaplan
    (Missouri Bar # 20459)
    CO-LEAD COUNSEL
    Madeleine M. McDonough
    (Missouri Bar No. 41027)
    CO-LEAD COUNSEL
    2555 Grand Boulevard
    Kansas City, Mo. 64108-2613
    Tel:    (816) 474-6550
    Fax:   (816) 421-5547
    E-mail: hkaplan@sgb.com
           mmdonough@shb.com
    *Attorneys for Mylan Pharmaceuticals
    Inc., Mylan Bertek Pharmaceuticals
    Inc., and UDL Laboratories, Inc.*

TUCKER ELLIS & WEST LLP

By: /s/ Richard A. Dean
    Richard A. Dean (Ohio Bar #0013165),
    CO-LEAD COUNSEL
    Matthew P. Moriarty (WV Bar # 4571;
    Ohio Bar 0028389),
    CO-LEAD COUNSEL
    Kristen L. Mayer (Ohio Bar #0055505)
    925 Euclid Avenue, Suite 1150
    Cleveland, Oh  44115-1414
    Tel:    (216) 592-5000
    Fax:   (216) 592-5009
    E-mail:richard.dean@tuckerellis.com
           matthew.moriarty@tuckerellis.com
           kristen.mayer@tuckerellis.com
    *Attorneys for Defendants Actavis Totowa
    LLC, Actavis Inc., Actavis Elizabeth LLC,
    Mylan Inc.,*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2009, I electronically filed the foregoing "Motion to Dismiss Count Five of the Master Consolidated Complaint for Individuals" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____
REBECCA A. BETTS (WVSB # 329)
ALLEN GUTHRIE & THOMAS, PLLC
500 Lee Street East, Suite 800
P. O. Box 3394
Charleston, WV 25333-3394
(304) 345-7250
(304) 345-9941