# DUPLICATE ENTRY

**(See entry #101)**