# DOCUMENT FILED IN INCORRECT CASE

See Civil Action 2:09-1007 entry #34