# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 4/29/2009                                        Case Number 2:08-md-1968

Case Style: In Re:  Digitek vs.

Type of Hearing Status Conference

2513-Goodwin

Court Reporter                                         Courtroom Deputy Robin Clark

Attorney(s) for the Plaintiff or Government Harry Bell; Fred Thompson;Carl Frankovitch; Teresa Toriseva

Attorney(s) for the Defendant(s) Harvey Kaplan; Matt Moriarity;Rebecca Betts; Ericka Downie;David Thomas

Law Clerk Angie Volk and Kate Fife                     Probation Officer

| Trial Time |
| --- |

| Non-Trial Time |
| --- |

Pretrial conference (including settlement and telephone conferences).

| CourtTime |
| --- |

9:00 am    to 10:45 am
Total Court Time: 1 Hours 45 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
| --- |

Scheduled start time 9:00 a.m.
Actual start time 9:00 a.m.

STATUS CONFERENCE
Chief Judge Goodwin
Magistrate Judge Stanley

Counsel for parties present.
Harry Bell - Pl. Co-lead and Liaison counsel
Fred Thompson - Pl. Co-lead counsel
Carl Frankovitch - Pl. Co-lead counsel
Teresa Toriseva - Pl. PSC Chairperson

Harvey Kaplan - Def. Co-lead counsel Mylan parties
Matt Moriarity - Def. Co-lead counsel Actavis parties
Rebecca Betts - Def. Liaison counsel
Ericka Downie - Def. Counsel Mylan parties
David Thomas - Def. Counsel
Kim Fields - WV Mass Litigation Manager
By Phone: Stan Jackson and Stacie Little - individual pl. attorneys

Status Conference Agenda
Discussion of state-related litigation.
Compliance issues involving PTO #16
Status of Discovery.
Conduct of Discovery Order.

## District Judge Daybook Entry

Tolling Agreement.
Severance Procedures.
Scheduling Conferences.
End time 10:45 a.m.