# PROFESSIONAL INFORMATION
# JOHN M. O'QUINN

**Legal Education:**

Doctor of Law Degree - University of Houston (1967); Graduated first in my class with honors (*magna cum laude);* was selected to be the student Editor-in-Chief of *Houston Law Review*; was the 1966 Texas State Moot Court Champion (Legal Debate Competition); was elected by fellow law students to be the Law School Senator in the Student Government; was selected to be a member of The Advocates, Order of Barons, Omicron Delta Kappa, and Who's Who in American Law. Honored during the 1990's both as Distinguished Alumnus of University of Houston generally and as Distinguished Alumnus of the University of Houston, College of Law.

**Professional Work:**

1. First job: An associate attorney with Baker & Botts, Houston, Texas, 1967-1969.

2. Accepted a job offer to join Brown, Kronzer, Abraham, Watkins & Steely, Houston, Texas as an associate in 1969 and became a partner in 1972-75.

3. Founding partner of the firm of Riddle, Murphrey, O'Quinn & Cannon, Houston, Texas, 1975-1981.

4. Founder of The O'Quinn Law Firm (1981-Present).

**Professional Accomplishments:**

Throughout my career, I have specialized in civil jury trial work representing plaintiffs in complex, large commercial and business cases involving fraud, breach of contract and antitrust and securities law violations and also in large personal injury and wrongful death cases.

1. Admitted to practice before the Texas Supreme Court and all Texas trial and appellate courts.

2. Also, admitted to practice before the Supreme Court of The United States of America, the United States Courts of Appeals for the Fifth and Sixth Circuits, the United States District Courts for the Southern and Eastern Districts of Texas, the United States District Court for the Eastern District of Michigan and for the Southern/Northern Districts of Arizona, Phoenix Division.

Case 2:08-md-01968   Document 110-1   Filed 05/06/09   Page 2 of 3 PageID #: 676

3. Director, Texas Trial Lawyers Association.

4. Board certified in 1983 by the Texas Board of Legal Specialization in both Personal Injury Trial Law and Civil Trial Law.

5. Named as one of the "100 Most Influential Lawyers in America" by the *National Law Journal*.

6. Described by *Fortune* magazine as one of the *Lawyers from Hell* in a cover article.

7. Named by the *Texas Lawyer* as one of the 100 Legal Legends among all Texas Judges and Texas lawyers since Texas became a state.

8. Named by the *Houston Chronicle* as one of the two best Texas plaintiff civil trial lawyers during the Twentieth Century.

9. Recognized in Harvard Law's *Best Lawyers in America*.

10. $25 Billion in jury verdicts and settlements during the past 14 years.

11. Holder of four of the top eight settlements or verdicts in Texas history.

   a. Lead trial counsel for the State of Texas in its suit against the tobacco industry that settled for over $17 billion, the largest recovery ever.

   b. Tried two oil and gas cases to jury verdicts of $670 million and $480 million.

   c. Jury verdict of $650 million against Wal-Mart and in favor of a Mexican business hurt by Wal-Mart's business torts.

   d. Winning jury verdicts in five silicon breast implant cases against Bristol Myers, Dow Chemical and Dow Corning and 3M Corporation. Won all five and lost none. Average jury award was $15 million per plaintiff.

   e. Thereafter, settled over 3,000 breast implant cases with the various manufacturers for confidential amounts. The gross amount of all these settlements exceeds $1 billion.

      f.      Settled my first phen-fen case for $10 million and tried another phen fen case to a record verdict of over $1 Billion for the wrongful death of one user of phen fen. Settled another thousand phen-fen cases for a huge confidential amount.

      g.      Jury verdict of $105 million for the wrongful death of one chemical plant worker who was exposed to benzene and 10 years later died of chronic myelogenous leukemia.

12.    Adjunct Professor of Law at the University of Houston, College of Law and South Texas Law School (1967-73).

13.    Trustee, University of Houston Law Center Foundation (1985-present).

14.    Member, Board of Regents, University of Houston (1993-99).