# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

John Maurice O'Quinn

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 18th day of September, 1967.

I further certify that the records of this office show that, as of this date

John Maurice O'Quinn

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 24th day of July, 2008.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0724L

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.