IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-13)

Michael Lewis Beckman
VILES & BECKHAM LLC
6350 Presidential Court, Suite A
Ft. Myers, FL 33919

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Gregory J. Bubalo
BUBALO HIESTAND & ROTMAN PLC
401 S. Fourth Street, Suite 800
Brown & Williamson Tower
Louisville, KY 40202

Lawrence S. Charfoos
CHARFOOS & CHRISTENSEN PC
5510 Woodward Avenue
Detroit, MI 48202

Jennifer Haltom Doan
HALTOM & DOAN LLP
P.O. Box 6227
Texarkana, TX 75505-6227

Jill L. Dunyon
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000

Sheri A. Fox
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ PC
Republic Centre
633 Chestnut Street, Suite 1800
Chattanooga, TN 37450-1800

Edward W. Gerecke
CARLTON FIELDS PA
4221 West Boy Scout Boulevard, Suite 1000
P.O. Box 3239
Tampa, FL 33601-3239

Daniel S. Gruber
GRUBER & GRUBER
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403

Michael Hamilton
PROVOST & UMPHREY LAW FIRM LLP
One Burton Hills Blvd., Suite 380
Nashville, TN 37215

William Michael Hamilton
PROVOST & UMPHREY LAW FIRM LLP
One Burton Hills Blvd., Suite 380
Nashville, TN 37215

David W. Hill
NAHON SAHAROVICH & TROTZ PLC
488 South Mendenhall
Memphis, TN 38117

Brendan V. Johnson
JOHNSON HEIDEPRIEM ABDALLAH &
JOHNSON LLP
P.O. Box 2348
Sioux Falls, SD 57101-2348

Christopher T. Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

George Tolbert Lewis, III
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103

**MDL No. 1968 - Involved Counsel List (CTO-13) (Continued)**

Thomas H. McGowan
PROVOST & UMPHREY LAW FIRM LLP
North Little Rock
1 Riverfront Place, Suite 605
North Little Rock, AR 72114-5646

W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
600 West Main Street
Suite 500
Louisville, KY 40202

Howard A. Snyder
HOWARD A SNYDER LAW OFFICES
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael E. Unke
P.O. Box 529
Salem, SD 57058-0529

Breean Walas
GARY EUBANKS & ASSOCIATES
P.O. Box 3887
Little Rock, AR 72203-3887

Jasper D. Ward
BAHE COOK CANTLEY & JONES PLC
239 South Fifth Street
700 Kentucky Home Life Building
Louisville, KY 40202

Daniel P. Wilde
LAW OFFICES OF STEVEN R BANGERTER
720 S River Road
Suite A-200
St. George, UT 84790

Jeremy Reade Wilson
COREA FIRM PLLC
Reniassance Tower
1201 Elm Street
Suite 4150
Dallas, TX 75270