IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION     MDL No. 1968

## INVOLVED JUDGES LIST (CTO-13)

Hon. Sharion Aycock
U.S. District Judge
United States District Court
P.O. Box 847
Aberdeen, MS 39730-0847

Hon. Dee V. Benson
U.S. District Judge
264 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. J. Daniel Breen
U.S. District Judge
444 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Karen K. Caldwell
U.S. District Judge
United States District Court
P.O. Box 2207
Lexington, KY 40588

Hon. John G. Heyburn, II
U.S. District Judge
239 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202-2227

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold U.S Courthouse
600 West Capitol Avenue
Suite D469
Little Rock, AR 72201

Hon. Robert Gary Klausner
U.S. District Judge
860 Edward R. Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
423 Federal Building
423 Frederica Street
Owensboro, KY 42301-3013

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Building & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. James Maxwell Moody
Senior U.S. District Judge
U.S. District Court
500 West Capitol Avenue
Room C446
Little Rock, AR 72201

Hon. John T. Nixon
Senior U.S. District Judge
770 Estes Kefauver Federal Building &
U.S. Courthouse
801 Broadway
Nashville, TN 37203-3800

Hon. Tu M. Pham
U.S Magistrate Judge
338 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

**MDL No. 1968 - Involved Judges List (CTO-13) (Continued)**

Hon. Lawrence L. Piersol
U.S. District Judge
202 U.S. Courthouse
400 South Phillips Avenue
Sioux Falls, SD 57104

Hon. Victoria A. Roberts
U.S. District Judge
123 Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Thomas B. Russell
Chief Judge, U.S. District Court
121 Federal Building
501 Broadway Street
Paducah, KY 42001-6856

Hon. John E. Steele
U.S. District Judge
U.S. Courthouse & Federal Building
Suite 6-109
2110 First Street
Ft. Myers, FL 33901

Hon. Amul R. Thapar
U.S. District Judge
United States District Court
310 South Main Street, Suite 434
London, KY 40741

Hon. T. John Ward
U.S. District Judge
Sam B. Hall, Jr. Federal Building & U.S. Courthouse, 1st Floor
100 E. Houston Street
Marshall, TX 75670-4144

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold  U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201