IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                                    MDL No. 1968

**INVOLVED CLERKS LIST (CTO-13)**

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Terri Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse &
Federal Building
2110 First Street
Fort Myers, FL 33901

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway Street
Paducah, KY 42001

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Joseph A. Haas, Clerk
128 United States Courthosue
400 South Phillips Avenue
Sioux Falls, SD 57102

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101