IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  DIGITEK®
PRODUCT LIABILITY LITIGATION                    MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2009, I served "UDL's Objections and Responses to Plaintiffs' First Set of Requests for Production Directed to Defendants" via regular United States mail and electronic mail, upon Plaintiffs' Steering Committee, addressed as follows:

| | |
|---|---|
| Andres F. Alonso, Esq.<br>Parker, Waichman, Alonso LLP<br>111 Great Neck Road<br>Great Neck, NY  11021<br>Tel:  (516) 466-6500<br>Fax: (516) 466-6665<br>aalonso@yourlawyer.com | Lester L. Levy, Esq.<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY  10022<br>Tel:  (212) 759-4600<br>Fax: (212) 486-2093<br>llevy@wolfpopper.com |
| K. Camp Bailey, Esq.<br>Bailey Perrin Bailey<br>440 Louisiana Street, Suite 2100<br>Houston, TX  77002-4206<br>Tel:  (713) 425-7232<br>Fax: (713) 425-7101<br>cbailey@bpblaw.com | Peter A. Miller, Esq.<br>The Miller Firm LLC<br>The Sherman Bldg.<br>108 Railroad Avenue<br>Orange, VA  22960<br>Tel:  (540) 672-4224<br>Fax: (540) 672-3055<br>pmiller@doctoratlaw.com |
| Harry F. Bell, Jr., Esq.<br>Bell & Bands PLLC<br>P.O. Box 1723<br>Charleston, WV  25326<br>Tel:  (304) 345-1700<br>Fax: (304) 345-1715<br>hfbell@belllaw.com | Ashley L. Ownby, Esq.<br>180 North Ocoee Street<br>P.O. Box 176<br>Chattanooga, TN  37364-0176<br>Tel:  (423) 479-1324<br>Fax: (423) 472-6627<br>ashleyownby@ashleyownby.com |

Robert J. Binstock, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
bbinstock@rbfirm.net

Robert Blanchard, Esq.
Levin, Papantonio, Thomas, Mitchell,
 Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7095
Fax: (859) 435-6034
rblanchard@levinlaw.com

Ed Blizzard, Esq.
Blizzard, McCarthy & Nabers LLC
440 Louisiana, Suite 1710
Houston, TX 77002
Tel: (713) 844-2750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

John R. Climaco, Esq.
Claimaco, Lefkowitz, Peca, Wilxcox &
 Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
Tel: (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

C. Brooks Cutter, Esq.
Kershaw, Cutter & Ratinoff LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: (916) 448-9800
Fax: (916) 669-4499
bcutter@kcrlegal.com

David M. Peterson, Esq.
Peterson & Associates, P.C.
Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Tel: (816) 531-4440
Fax: (816) 531-0660
dmp@petersonlawfirm.com

Frank Mario Pitre, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
fpitre@comlegal.com

G. Erick Rosemond, Esq.
Hissey Kientz, L.L.P.
9442 Capital of Texas Highway N., Suite 400
Austin, TX 78759
Tel: (512) 320-9100
Fax: (512) 320-9101
erosemond@hkllp.com

Shelly A. Sanford, Esq.
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, TX 77005-1647
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

J. Paul Sizemore, Esq.
Giardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
psizemore@girardikeese.com

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
Tel: (304) 723-4400
Fax: (304) 723-5892
carln@facslaw.com

Daniel N. Gallucci, Esq.
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200
dgallucci@rodanast.com

Stacy K. Hauer, Esq.
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Tel: (612) 341-0400
Fax: (612) 341-0844
skh@zimmreed.com

Fred Thompson, III, Esq.
Motley Rice, LLC
P.O. Box 1792
Mt. Pleasant, SC 29466
Tel: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Teresa Toriseva, Esq. (Chairperson)
Toriseva Law
1446 National Road
Wheeling, WV 26003
Tel: (304) 238-0066
Fax: (304) 238-0149
tct@torisevalaw.com

Scott Wm. Weinstein, Esq.
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
P.O. Box 9504
Fort Myers, FL 33906
Tel: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

*/s/ James S. Arnold*
REBECCA A. BETTS (WVSB # 329)
ALLEN GUTHRIE & THOMAS, PLLC
500 Lee Street East, Suite 800
P. O. Box 3394
Charleston, WV 25333-3394
(304) 345-7250
(304) 345-9941

3