**HISSEY ✯ KIENTZ, L.L.P.**
ATTORNEYS AT LAW

ARBORETUM PLAZA ONE
9442 CAPITAL OF TEXAS HIGHWAY NORTH, SUITE 400
AUSTIN, TEXAS 78759

TOLL FREE:   (866) 275-4454
TELEPHONE:  (512) 320-9100
FACSIMILE:   (512) 320-9101

March 25, 2009

Woodfill & Pressler, LLP
ATTN: Erick Rosemond
2 Houston Center
Suite 1470
Houston, TX 77010

   *In re:* DIGITEK PSC

Dear Erick:

  As we discussed, Hissey*Kientz has submitted its PSC membership assessment to lead PSC counsel Fred Thompson at Motley Rice, LLC. We intend to substitute a current Hissey*Kientz attorney to the PSC in your place as a result of your departure from Hissey*Kientz.

  Please sign below acknowledging that you have been notified and consent to this substitution. Please send the original letter back to us via the enclosed self addressed stamped envelope.

  If you have any questions please contact me.

Sincerely,

*/s/ S.B. Mulderig*

Shamus B. Mulderig, Esq
Hissey ✯ Kientz, L.L.P.

_____    _3/27/09_____
G. Erick Rosemond              Date



PLAINTIFF'S EXHIBIT 2