A CERTIFIED TRUE COPY

ATTEST

By Denise Morgan-Stone on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 18, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**               MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-14)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 99 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Jun 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

### SCHEDULE CTO-14 - TAG-ALONG ACTIONS

**DIST.** **DIV.** **C.A. #**              **CASE CAPTION**


CALIFORNIA NORTHERN
  CAN   5    09-1674            Jan Bojsen-Moller v. Costco Wholesale Corp., et al.

KENTUCKY EASTERN
  KYE   6    09-132             Ruth Prater v. Actavis Totowa, LLC, et al.

NEW YORK WESTERN
  NYW  1    09-355             John Gutowski v. Actavis Totowa, LLC, et al.
  NYW  1    09-360             Francis Goble, et al. v. Actavis Totowa, LLC, et al.
  NYW  1    09-361             Daniel F. Miller, et al. v. Actavis Totowa, LLC, et al.
  NYW  1    09-362             Dennis L. Colt, et al. v. Actavis Totowa, LLC, et al.
  NYW  1    09-363             Judith A. Bovenzi, et al. v. Actavis Totowa, LLC, et al.
  NYW  1    09-370             Joan B. Tudini, et al. v. Actavis Totowa, LLC, et al.
  NYW  1    09-371             Richard F. Bacher, etc. v. Actavis Totowa, LLC, et al.
  NYW  1    09-372             Lorraine Kirwan v. Actavis Totowa, LLC, et al.
  NYW  1    09-373             Antonia Tucker, etc. v. Actavis Totowa, LLC, et al.
  NYW  1    09-374             Casimera T. Saternus v. Actavis Totowa, LLC, et al.
  NYW  6    09-6175            William Massie, et al. v. Actavis Totowa, LLC, et al.
  NYW  6    09-6176            Robert Merola v. Actavis Totowa, LLC, et al.
  NYW  6    09-6187            Charlotte Davis, etc. v. Actavis Totowa, LLC, et al.
  NYW  6    09-6188            Betty M. Cinanni v. Actavis Totowa, LLC, et al.
  NYW  6    09-6189            Rosemarie Bialynski, etc. v. Actavis Totowa, LLC, et al.
  NYW  6    09-6190            Rita Brannum v. Actavis Totowa, LLC, et al.
  NYW  6    09-6194            Tammy Taber, et al. v. Actavis Totowa, LLC, et al.
  NYW  6    09-6195            Sharron Yarbrough v. Actavis Totowa, LLC, et al.
  NYW  6    09-6196            Patricia A. Johnson v. Actavis Totowa, LLC, et al.
  NYW  6    09-6197            Ronald Fisher, et al. v. Actavis Totowa, LLC, et al.
  NYW  6    09-6198            Pauline Prouty v. Actavis Totowa, LLC, et al.
  NYW  6    09-6199            Bonnie Drexler-King, etc. v. Actavis Totowa, LLC, et al.