IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-14)

Teresa Brophy Bair
HARRIS BEACH LLP
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY 14210

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Anne D'Arcy
PERRY JOHNSON ANDERSON MILLER & MOSKOWITZ
438 First Street
4th Floor
Santa Rosa, CA 95404

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005

Brian A. Goldstein
CELLINO & BARNES PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202

Craig Arthur Kroner
LAW OFFICE OF CRAIG A KRONER
1141 Ringwood Court #10
San Jose, CA 95131

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
600 West Main Street
Suite 500
Louisville, KY 40202

Larry F. Sword
SWORD & BROYLES
P.O. Box 1222
Somerset, KY 42502-1222

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465