**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE:  DIGITEK PRODUCT LIABILITY
        LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### DEFENDANTS' MOTION TO SET A BRIEFING SCHEDULE ON PLAINTIFFS' CROSS-MOTION TO EXPAND AND DEFINE THE SCOPE OF DISCOVERY

Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC ("Defendants") respectfully move this Court to establish a briefing schedule on Plaintiffs' Cross-Motion to Expand and Define the Scope of Discovery.

On June 9, 2009, Plaintiffs filed a Response to Defendants' Motion to Quash and, simultaneously, filed a Cross-Motion to Expand and Define the Scope of Discovery.  (ECF No. 136.)  By this Court's June 4, 2009 Order, Defendants' reply brief in support of their Motion to Quash is due June 15, 2009 and Defendants will timely file a reply.  (ECF No. 135.)  The Court's June 4, 2009 Order setting the schedule for briefing the issues raised by Defendants' Motion to Quash or Modify the subpoena was entered prior to the Cross-Motion to Expand and Define the Scope of Discovery and, therefore, does not set a briefing schedule for Plaintiffs' Cross-Motion.  By this Motion, Defendants ask the Court to set a briefing schedule on Plaintiffs' Cross-Motion to Expand and Define the Scope of Discovery.  Defendants will not file a brief in support of this Motion.

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
  Richard A. Dean (Ohio Bar #0013165),
  CO-LEAD COUNSEL
  Matthew P. Moriarty (WV Bar # 4571;
  Ohio Bar 0028389),
  CO-LEAD COUNSEL
  Kristen L. Mayer (Ohio Bar #0055505)
  925 Euclid Avenue, Suite 1150
  Cleveland, OH   44115-1414
  Tel:     (216) 592-5000
  Fax:    (216) 592-5009
  E-mail: richard.dean@tuckerellis.com
            matthew.moriarty@tuckerellis.com
            kristen.mayer@tuckerellis.com
  and

  Rebecca A. Betts, LIAISON COUNSEL
  500 Lee Street East, Suite 800
  Charleston, West Virginia 25301
  Tel:     (304) 345-7250
  Fax:    (304) 345-9941
  E-mail: rabetts@agmtlaw.com
  Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2009, a copy of the foregoing Motion to Set a Briefing Schedule on Plaintiffs' Cross-Motion to Expand and Define the Scope of Discovery was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        TUCKER ELLIS & WEST LLP

        By: */s/ Richard A. Dean*
            Richard A. Dean (Ohio Bar #0013165),
            CO-LEAD COUNSEL
            Matthew P. Moriarty (WV Bar # 4571;
            Ohio Bar 0028389),
            CO-LEAD COUNSEL
            Kristen L. Mayer (Ohio Bar #0055505)
            925 Euclid Avenue, Suite 1150
            Cleveland, OH 44115-1414
            Tel: (216) 592-5000
            Fax: (216) 592-5009
            E-mail: richard.dean@tuckerellis.com
                    matthew.moriarty@tuckerellis.com
                    kristen.mayer@tuckerellis.com
        and

        Rebecca A. Betts, LIAISON COUNSEL
        500 Lee Street East, Suite 800
        Charleston, West Virginia 25301
        Tel: (304) 345-7250
        Fax: (304) 345-9941
        E-mail: rabetts@agmtlaw.com
        Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*