# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 6/17/2009                                             Case Number 2:08-md-1968

Case Style: In Re:  Digitek vs.

Type of hearing Status Conference

Before the honorable: 2513-Goodwin

Court Reporter                                              Courtroom Deputy Robin Clark

Attorney(s) for the Plaintiff or Government Harry Bell; Fred Thompson;Carl Frankovitch; Teresa Toriseva


Attorney(s) for the Defendant(s) Harvey Kaplan; Matt Moriarity;Rebecca Betts; Ericka Downie;David Thomas


Law Clerk Angie Volk and Kate Fife                         Probation Officer

| Trial Time |
|---|



| Non-Trial Time |
|---|

Pretrial conference (inclding settlement and telephone conferences).



| Court Time |
|---|

9:00 am    to 10:45 am

Total Court Time: 1 Hours 45 Minutes Non-Trial Time/Uncontested Time



| Courtroom Notes |
|---|

Scheduled start time 9:00 a.m.
Actual start time 9:00 a.m.

STATUS CONFERENCE
Chief Judge Goodwin
Magistrate Judge Stanley

Counsel for parties present.
Harry Bell - Pl. Co-lead and Liaison counsel
Fred Thompson - Pl. Co-lead counsel
Carl Frankovitch - Pl. Co-lead counsel
Teresa Toriseva - Pl. PSC Chairperson
Meghan J. Carter - Pl. counsel
Kirk Wood - individual Pl. counsel

Harvey Kaplan - Def. Co-lead counsel Mylan parties
Matt Moriarity - Def. Co-lead counsel Actavis parties
Rebecca Betts - Def. Liaison counsel
Ericka Downie - Def. Counsel Mylan parties

# District Judge Daybook Entry

Richard Dean - Def. Counsel Actavis
David Thomas - Def. Counsel
Kim Fields - WV Mass Litigation Manager

Status Conference Agenda
Update on June 11, 2009 Digitek judicial meeting
Science Day
PTO #16 - trial selection process
Screening process for cases
Desire of Pltfs' counsel to meet with Defts' former employees
Briefing schedule
On-line calendar
Status of discovery
Pending motions to dismiss
Discussion of Pltfs' Website
Addition on ECF of Master Plaintiffs (PSC) as filing party
Revising PTO #12, Section III (A)
Class action briefing logistics
End time 10:45 a.m.