## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: DIGITEK
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER #25
(Hearing on Initial Trial Pool Cases)

In accordance with PTO #16, a hearing for purposes of selecting the initial trial pool of cases ("Group 1") and determining a schedule to select the remaining groups is hereby **ORDERED** on **July 22, 2009 at 9:00 a.m.** in Chief Judge Joseph R. Goodwin's courtroom, seventh floor of the Robert C. Byrd United States Courthouse. Co-Lead and Liaison Counsel for both parties are to appear in person unless excused by the court.

Also in accordance with PTO #16, the parties are **ORDERED** that no later than five (5) days before the hearing, Plaintiffs shall select fifteen (15) cases and the Defendants shall select fifteen (15) cases, and each side shall exchange lists of such selections and submit them directly to the court via fax or to WVSDml_Digitek_Chambers@wvsd.uscourts.gov .

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2-09 -cv-0680. In cases subsequently filed in this district, a copy of the most recent pretrial order

will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: June 18, 2009

        Joseph R. Goodwin, Chief Judge