# EXHIBIT B TO PLAINTIFF'S RESPONSE TO MOTION TO QUASH AND CROSSMOTION TO EXPAND SCOPE OF DISCOVERY
# THIS EHIBIT IS MARKED AS CONFIDENTIAL IN ACCORDANCE WITH PTO #12 ENTERED IN MDL 1968

# In Re:
*Digitek*

*James Fitzpatrick*
*May 20, 2009*
*Confidential – Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File jf052009.txt
**Min-U-Script®**

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

IN RE: DIGITEK PRODUCTS : MDL NO.
LIABILITY LITIGATION : 1968

(This document relates to all cases.)

- - -

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

New York, New York
Wednesday, May 20, 2009

- - -

Videotaped Deposition of JAMES FITZPATRICK held at Harris Beach PLLC, 100 Wall Street, 23rd Floor, on the above date, beginning at 9:28 a.m., before Kimberly A. Overwise, a Certified Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

2

1   APPEARANCES:
2
3       MOTLEY RICE LLC
        BY:  FRED THOMPSON III, ESQUIRE
        28 Bridgeside Boulevard
4       Mt. Pleasant, SC  29464
        843-216-9118
5       fthompson@motleyrice.com

6       Counsel for MDL Plaintiffs' Steering
        Committee
7
8
        FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON
9       BY:  CARL N. FRANKOVITCH, ESQUIRE
        337 Penco Road
10      Weirton, WV  26062
        304-723-4400
11      carl@facslaw.com

12      Counsel for MDL Plaintiffs' Steering
        Committee and West Virginia Plaintiffs
13
14
        LEVIN, FISHBEIN, SEDRAN & BERMAN
15      BY:  MICHAEL M. WEINKOWITZ, ESQUIRE
        510 Walnut Street, Suite 500
16      Philadelphia, PA  19106-3697
        215-592-1500
17      mweinkowitz@lfsblaw.com

18      Counsel for New Jersey and
        Pennsylvania Plaintiffs
19
20
        THE MILLER FIRM LLC
21      BY:  PETER A. MILLER, ESQUIRE
        108 Railroad Avenue
22      Orange, VA  22960
        540-672-4224
23      pmiller@doctoratlaw.com

24      Counsel for Pennsylvania Plaintiffs
25

James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

3

```
 1     APPEARANCES:   (Continued)
 2
       TUCKER ELLIS & WEST LLP
 3     BY:  MATTHEW P. MORIARTY, ESQUIRE
            JULIE A. CALLSEN, ESQUIRE
 4          MICHAEL ANDERTON, ESQUIRE
       1150 Huntington Building
 5     925 Euclid Avenue
       Cleveland, OH   44115-1414
 6     216-696-2276
       matthew.moriarty@tuckerellis.com
 7     julie.callsen@tuckerellis.com
       michael.anderton@tuckerellis.com
 8
       Counsel for Actavis Defendants
 9

10
       HARRIS BEACH, PLLC
11     BY:  STEVEN A. STADTMAUER, ESQUIRE
       100 Wall Street, 23rd Floor
12     New York, NY   10005
       212-687-0100
13     sstadtmauer@harrisbeach.com

14     Counsel for New York and New Jersey
       Actavis and Mylan Defendants
15

16
       SHOOK, HARDY & BACON, LLP
17     BY:  ERICKA L. DOWNIE, ESQUIRE
       1155 F Street, NW, Suite 200
18     Washington, DC   20004
       202-783-8400
19     edownie@shb.com

20     Counsel for Mylan Defendants

21

22

23

24

25
```

1      APPEARANCES:   (Continued)

2

3         ALLEN GUTHRIE & THOMAS, PLLC
          BY:  ZACKARY B. MAZEY, ESQUIRE
4         500 Lee Street East, Suite 800
          Charleston, WV  25301
5         304-720-4226
          zbmazey@agmtlaw.com
6
          Counsel for West Virginia Actavis
7         Defendants

8

9
       ALSO PRESENT:
10
       Meghan Johnson Carter, Motley Rice LLC
11
       John Duff, Esq., Actavis
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  A   I mean, I'm not sure.  We talked for
2  over an hour.  I'm not sure where you mean
3  exactly.
4  Q   Let me ask you one more question.
5  US SOD, what is that?
6  A   Solid oral dose.  It's a reference
7  to the solid oral dose business in the United
8  States.
9  Q   I'm hearing but I'm actually not --
10 it's terrible, but I'm not registering it.
11 The what?
12 A   Solid oral dose businesses.
13 Q   Solid oral dose?
14 A   Yes.
15 Q   Well, now, is that an entity?
16 A   No.
17 Q   What reference are you -- I mean,
18 what is US SOD?  What does that refer to?
19 A   The solid oral dose businesses in
20 the United States.
21 Q   Now, you're not talking about every
22 solid oral dose business in the United States;
23 you're talking about an Actavis solid oral
24 dose business in the United States?
25 A   That's correct.

```
         Q    So US SOD would encompass Actavis
    Totowa LLC, Actavis Elizabeth LLC, Actavis
 3  Sunrise LLC.  Would it also include
 4  Actavis Inc.?
 5              MR. MORIARTY:  Objection; form.
 6       A    There's a couple questions in there.
 7       Q    Okay.  Tell me what entities are
 8  included in the US SOD umbrella.
 9       A    Actavis Totowa LLC, Actavis
    Elizabeth LLC.
11       Q    Okay.  Now, are there any other
12  Actavis entities in the United States that
    make solid oral dose pharmaceuticals?
14       A    No.
15       Q    What does Actavis Sunrise make?
16       A    They're an R&D facility.
17       Q    You're saying they don't make
18  anything for sale?
19       A    No.
20       Q    Are there any other Actavis entities
21  in the United States other than the ones that
22  we've already talked about?
23       A    Yes.
24       Q    Tell me -- list those for me.
25       A    Actavis Mid-Atlantic LLC.
```

James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

63

```
 1      Q      Okay.
 2      A      And Actavis Inc.
 3      Q      What does Actavis Mid-Atlantic do?
 4      A      They're semisolids and liquids.
 5      Q      What is a semisolid?
 6      A      Like a cream or a gel.
 7      Q      Now, you refer to yourself as
 8   director of HR at US SOD; right?
 9      A      That's correct.
10      Q      Is that a name by which you
11   internally organize -- strike that.
12             Do you get your paycheck from
13   US SOD?
14      A      No.
15      Q      Who do you get your paycheck from?
16      A      My payroll is done through Actavis
17   Elizabeth LLC.
18      Q      And where is your office physically
19   located?
20      A      In Elizabeth, New Jersey, and in --
21   primarily, and also in Morristown, New Jersey.
22      Q      Morris?
23      A      Morristown.
24      Q      What is in Morristown?
25      A      The Actavis US headquarters.
```

James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

64

1    Q    Now, is there an entity known as
2  Actavis USA?
3    A    No.
4    Q    So when you say the Actavis US
5  headquarters, that's simply an informal way of
6  referring to the Actavis operations in the
7  United States; is that right?
8    A    It's an informal way of referring to
9  the Actavis businesses in the United States,
10  more than just operations.
11   Q    Now, is Actavis Inc. the parent of
12  Actavis Totowa LLC and Actavis Elizabeth LLC?
13   A    I'm not sure what you mean by
14  "parent," but they report up into Actavis --
15  those two entities report up into Actavis Inc.
16   Q    Does -- who owns the control and
17  financial interest of Actavis Totowa LLC and
18  Elizabeth LLC?
19   A    Actavis Inc.
20   Q    Does anyone other than Actavis Inc.
21  own any either financial or control interest
22  in Actavis Totowa LLC or Actavis Elizabeth
23  LLC?
24   A    No.
25   Q    Now, the Mid-Atlantic LLC, is that

```
 1   consulting firm that was retained, who would
 2   know, first of all, whether that had happened;
 3   and, secondly, who would have dealt with them?
 4        A    I'm not sure what McKinsey does.
 5   But whoever hired them would know what they do
 6   best, so it kind of gets back to the
 7   department head who hired them.
 8        Q    All right.  Who would deal with any
 9   outside public relations firm or public
10   affairs group that may be retained?  Who from
11   Actavis Inc. or Totowa or Elizabeth would have
12   dealt with that third-party relationship?
13        A    No one.
14        Q    And the reason for that is?
15        A    That would have been done by someone
16   at headquarters.
17        Q    And when you say "headquarters,"
18   you're talking about the building that you
19   referred to as Actavis USA?
20        A    The Morristown facility, yes.
21        Q    But now there is no Actavis USA
22   entity?
23        A    That's correct.
24        Q    So you're simply referring to the
25   building where the central management of
```

James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

81

1   Actavis Inc. has its operations --
2       A    That's correct.
3       Q    -- isn't that right?
4       A    That's correct.
5       Q    Do you know if Actavis Inc., Actavis
6   Totowa, or Actavis Elizabeth ever retained a
7   third party, an outside consultant, with
8   regard to FDA or regulatory issues?
9       A    Yes.
10      Q    And what's the answer to that?
11      A    What's the question?  I said "yes."
12      Q    The answer is:  Do you know if they
13  ever did?
14      A    Yes.
15      Q    You said "yes."  And the question
16  is:  Did they ever?
17      A    Yes.
18      Q    Who was retained?
19           MR. MORIARTY:  Objection.
20      A    Parexel.
21      Q    I'm sorry?
22      A    Parexel.  It's the name of a
23  company.
24      Q    You know, I hate to -- I see you
25  forming the words and I know you think -- but

135

1     as possible.

        Q    And the charts -- who are the charts
3     relied upon in the performance of the
4     functions of the business?
5        A    Who relies on the org charts?
6     Outside the inspection?  Anyone who wanted to
7     take a look at the broader organization could
8     utilize them for that purpose.
9        Q    And they rely on the accuracy of the
      information contained therein; is that right?
11       A    Yes.
12       Q    Now, when I look through these
      charts -- well, strike that.
14         Do you know how many product lines
15     were made at the Little Falls plant?
16       A    When?
17       Q    In April of 2008 when you got there.
18       A    Before they stopped manufacturing?
19       Q    Yes, sir.
20       A    I believe 104.
21       Q    When I look through these
22     organizational charts, there's no reference at
23     all to any product line; right?
24       A    Yes.
25       Q    I mean, we go through these and

Case 2:08-md-01968   Document 144-2   Filed 06/19/09   Page 14 of 17 PageID #: 1037
James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

136

1  there's not a single product, there's not a
2  Digitek, there's not, you know -- I can't even
3  begin to name them -- no Toprol, no Accuprin,
4  none of them, no reference to an individual
5  product line.  How does the company account
6  for the responsibilities of a product line
7  from inception to manufacture to quality to
8  packaging to distribution?  How does that
9  responsibility work in Actavis Totowa?
10       A    That would be the responsibility of
11 a department.  It depends upon what that
12 department is responsible for.  They'd be
13 responsible for all the products that came
14 through the facility and not just one product.
15       Q    Is there a person who is a product
16 manager for a specific drug?
17       A    Where?
18       Q    At Actavis Totowa prior to the
19 closing of the plant.
20       A    No, not that I'm aware of.
21       Q    Say let's take a drug at random.
22 Let's take Digitek.  Is there an individual
23 who's charged with the responsibility for
24 overseeing that product line?
25       A    No.

137

1  Q    How would I look through this chart
2  to find out who the person who's responsible
3  for the production of Digitek is identified?
4           MR. MORIARTY:  Objection; form.
5           Go ahead.
6  A    Someone isn't responsible for the
7  production of Digitek.  Someone's responsible
8  for the production of all the products.
9  Q    Okay.  There were 105.  Would each
10 manager or each person occupying a slot on
11 these organizational charts be responsible for
12 the entire 105 products?
13 A    I think a department is responsible
14 within their function for all 104 products.
15 Q    Within the department, how would
16 they organize themselves to make product, to
17 make an individual product?
18 A    Which department?
19 Q    Manufacturing.
20 A    Manufacturing?  I don't know where
21 they get their production schedule from, but
22 they get a production schedule.  They have
23 orders to fulfill.  They fulfill those orders,
24 and it moves on to the next process.  And
25 there's groups that get involved with that all

138

1  along the way.
2      Q   Is there any organizational chart,
3  organizational manual, procedural guide, or
4  book of regulations that tells an employee of
5  Actavis Totowa what the standard method for
6  manufacture, testing, packaging, and
7  distribution of an individual drug is?
8          MR. MORIARTY:  Objection; scope
9      of the notice.
10         Answer if you can.
11     A   I'm not sure.
12     Q   How does -- okay.  You mentioned
13 something called a production order, that
14 there's some order that's received to produce
15 some drug, and I think you said you don't know
16 where that comes from.
17     A   I believe it starts with the sales
18 forecast, what's being sold.  Then it backs
19 into supply chain.  Then it goes to
20 manufacturing.  Then it goes to packaging.
21 Then it's distributed.  There's other
22 functions that apply along the way, but I
23 believe that's the normal chain of events.
24     Q   So there is no individual expert in,
25 say, digoxin; that there are a series of

James Fitzpatrick
Confidential – Subject to Further Confidentiality Review

140

```
 1   organization to bring the equipment, the
 2   product, and the personnel to bear to produce
 3   that product.
 4              MR. MORIARTY:  Objection; form.
 5              Go ahead.
 6       A    I don't believe that's what I said.
 7   I don't agree with your characterization of
 8   it.
 9       Q    Well, let me just ask it again.  How
10   does a product -- and let's take Digitek.  How
11   does that product get produced by or did get
12   produced by the Actavis Totowa plant?
13              MR. MORIARTY:  Objection;
14       scope.
15              If you know, go ahead.
16       A    I'm not sure.
17       Q    Who is the person who is in charge
18   of the Digitek product line in March of 2008?
19       A    I'm not aware of anybody in charge
20   of a product line.
21       Q    Now, this is a 30(b)(6) deposition.
22   You are the voice of Actavis Totowa.  And
23   you're telling me that, as far as you know,
24   there was no one in charge of the Digitek
25   product line in March of 2008?
```