# EXHIBIT D TO PLAINTIFF'S RESPONSE TO MOTION TO QUASH AND CROSSMOTION TO EXPAND SCOPE OF DISCOVERY
# THIS EHIBIT IS MARKED AS CONFIDENTIAL IN ACCORDANCE WITH PTO #12 ENTERED IN MDL 1968



1257

Confidential

ACTAV 000000421



Confidential

ACTAV 000000422