

IMAGE DELETED