# EXHIBIT 4

As requested by the Court, the parties are currently analyzing the exhibits for confidentiality under PTO # 12. The Plaintiffs will submit the exhibits to the Court on Monday, June 29, 2009.