# EXHIBIT 6

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008* |
| | FEI NUMBER |
| | 2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO:  Robert Wessman, CEO | |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

COPY

**DURING AN INSPECTION OF YOUR FIRM WE OBSERVED:**

## Quality System

### OBSERVATION 1

The responsibilities and procedures applicable to the quality control unit are not fully followed.

Specifically,

The Quality Unit routinely failed to document, investigate and address product quality issues at the time of occurrence including in-process, finished product and stability out of specification analytical results. There is no assurance that the Quality Unit has the procedures, personnel, or systems to adequately evaluate the quality or validation status of the approximately ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ that they can currently manufacture and release to the market. The impact on finished product quality on the marketplace was not evaluated despite the confirmed out of specification results for at least ▬ different marketed prescription products evaluated.

### OBSERVATION 2

Drug products failing to meet established specifications and quality control criteria are not rejected.

Specifically,

a. During the packaging of Digoxin Tablets 0.125mg, lot# 70924A1, five double thick tablets were observed. Quality Assurance approved a 100% visual inspection of the 4.8 million tablet lot which resulted in an additional 15 double thick tablets. Although Quality Assurance was aware of the "double thick" tablet findings, the batch was then released based on AQL sampling which included visual inspection of 1330 tablets. No additional thickness testing or analytical evaluation of the double thick tablets was conducted. No root cause was determined for the

| SEE REVERSE OF THIS PAGE | *[signature]* Fred D. McCaffery | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE    INSPECTIONAL OBSERVATIONS | PAGE 1 OF 16 PAGES |

Confidential

ACTAV 000028225

| DEPARTMENT OF HEALTH AND HUMAN SERVICES |  |
|---|---|
| FOOD AND DRUG ADMINISTRATION |  |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ  07054<br>(973) 331-4900   Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008* |
|  | FEI NUMBER |
|  | 2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |  |
| TO:  Robert Wessman, CEO |  |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ  07512 | Pharmaceutical Manufacturer |

defect; however the lot was released to the market by the Quality Unit on 1/28/08 following the visual inspection. There was no documented evaluation of the approximately 89 lots that remained on the market at the time of inspection.

b. ▮▮▮▮ and ▮▮▮▮ USP 50mg (base)/0.5mg (base) were manufactured with an overage of approximately 9% ▮▮▮▮. The master batch record, "incorrectly corrected" the moisture content for the ▮▮▮▮ which led to the overage for batches manufactured from 9/8/05 until 3/25/08. Additionally, the laboratory practice was to ▮▮▮▮ for ▮▮▮▮ however the method did not correct for ▮▮▮▮ so the analysis did not reveal the overage. The Quality Assurance investigation was incomplete at the time of inspection despite the known manufacturing overage. There was no documented evaluation of the approximately ▮ batches that remained on the market at the time of inspection.

COPY

**OBSERVATION 3**

There is a failure to thoroughly review the failure of a batch or any of its components to meet any of its specifications whether or not the batch has been already distributed.

Specifically, the following products do not meet finished product or stability specifications throughout the products marketed expiry:

a. Out of specification assay results for ▮▮▮▮ at the 12-month ▮▮▮▮ and 18-month ▮▮▮▮ stability stations were obtained on 8/21/07 and 1/16/08, respectively for ▮▮▮▮ an annual stability lot. ▮▮▮▮ retention samples were also out of specification for assay of ▮▮▮▮ Although QA investigation ▮▮▮▮ (initiated 7/20/07 and approved 11/9/07), revealed a manufacturing problem resulting in variability of the tablet bilayers for ▮▮▮▮ the QA investigations for the stability out of specification results were not completed. There was no evaluation of the approximately ▮ batches on the market at the time of inspection and no evaluation of other bilayer products.

| SEE REVERSE<br>OF THIS PAGE | *Eric D. McCaffery* | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE   INSPECTIONAL OBSERVATIONS | PAGE 2 OF 16 PAGES |

Confidential

ACTAV 000028226