# EXHIBIT 7

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 10 Waterview Blvd., 3rd Floor Parsippany, NJ 07054 (973) 331-4900  Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008* |
| | FEI NUMBER |
| | 2244683 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Robert Wessman, CEO

| FIRM NAME | STREET ADDRESS |
|---|---|
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ  07512 | Pharmaceutical Manufacturer |

COPY

k.  Out of specification (low) assay results for ████████████████ were obtained for ████████████████████ an annual stability lot, at the 24-month, ▐time point,▐ ████████████████████████████████████

In a repeat test conducted by a second analyst, the ████████████████ results were within specification but "borderline"; however the assay results of the third active ingredient, ████████████ were out of specification ██████████████ assay ██████████████████████████████████  There was no completed QA investigation and no evaluation of the approximately ▐ lots on the market

**OBSERVATION 4**

Determinations of conformance to appropriate written specifications for acceptance are deficient for in-process materials.

Specifically,

a.  Although three out of specification results were obtained for blend uniformity at the "Right-Top" sample location for Digoxin Tablets 0.125 mg, lot#s 70148A (OOSN07-016), 70207A (OOSN07-022), and 70770A (OOSN07-116) on 2/20/07, 3/14/07 and 9/29/07; no manufacturing investigations were conducted.  Additional samples were used to retest the blend and were reported.  Lot# 70207A1 was released on 6/7/07 and lot# 70770A1 was released on 11/30/07 by the Quality Unit.  Lot# 70148A was not released due to atypical content uniformity results.

b.  Out of specification in-process results were obtained for friability of start-up and compression composite samples for ██████████████████████████████ on 10/12/07.  Despite the in-process out of specification results the batch was released to the market on 2/5/08 by the Quality Unit.

c.  Although approximately ▐ products were "temporarily discontinued" due to blend and/or content uniformity issues, there was no scientific rationale provided for the change of in-process blend uniformity specifications from ██████████████████████████ to ██████████████████████

| SEE REVERSE OF THIS PAGE | *Eric D. McCaffery* (signature) | DATE ISSUED 05/20/2008 |
|---|---|---|

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 6 OF 16 PAGES |

Confidential

ACTAV 000028230