A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jun 30, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 12, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-15)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 146 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 30, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

### SCHEDULE CTO-15 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

ALABAMA NORTHERN
  ~~ALN  2  09-889~~      ~~Syble Dale High, etc. v. Wal-Mart Stores, Inc., et al.~~
  ALN  4  09-794      Mary Woody v. Mylan Pharmaceuticals, Inc., et al.

CALIFORNIA CENTRAL
  CAC  2  09-3180     Sharon Sandwisch v. Actavis, Inc., et al.

CALIFORNIA SOUTHERN
  CAS  3  09-836      Joseph Fox v. Actavis Totowa, LLC, et al.

ILLINOIS SOUTHERN
  ILS  3  09-134      Enoch Hubbard v. Actavis Totowa, LLC, et al.

INDIANA NORTHERN
  INN  3  09-188      Arthur Singleton, et al. v. Actavis Totowa, LLC, et al.

KENTUCKY EASTERN
  KYE  6  09-160      Sandy Blanton, etc. v. Actavis Totowa, LLC, et al.

LOUISIANA WESTERN
  LAW  6  09-660      Anna Castille, et al. v. Actavis Totowa, LLC, et al.

MISSOURI EASTERN
  MOE  4  09-660      Charlotte E. Ewings v. Actavis Totowa, LLC, et al.

OHIO NORTHERN
  OHN  5  09-1040     Rosetta Sendelbach v. Mylan Pharmaceuticals, Inc., et al.

TENNESSEE EASTERN
  TNE  1  09-104      Tommy Barrett v. Actavis Totowa, LLC, et al.
  TNE  1  09-105      Reba Moore v. Actavis Totowa, LLC, et al.
  TNE  1  09-106      Ardell D. Davis, et al. v. Actavis Totowa, LLC, et al.
  TNE  2  09-79       Teressa Prince, etc. v. Actavis Totowa, LLC, et al.
  TNE  2  09-80       Mary Presnell v. Actavis Totowa, LLC, et al.

TENNESSEE WESTERN
  TNW  1  09-1113     Johnny Riggs, et al. v. Actavis Group hf, et al.
  TNW  2  09-2220     Charles Lenahan v. Actavis Totowa, LLC, et al.