IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                     MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-15)

M. Clay Alspaugh
SMITH & ALSPAUGH PC
1100 Financial Center
505 20th Street North
Birmingham, AL 35203

Michael A. Anderson
MADDOX & ANDERSON PLLC
Once Central Plaza
835 Georgia Avenue, Suite 600
Chattanooga, TN 37402-2261

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Elizabeth K. Broyles
SWORD & BROYLES
303 West Columbia Street
Somerset, KY 42501

Dylan Matthew Carson
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90017-2223

Steven Frank Casey
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642

Berry Cooper
DEAL COOPER & HOLTON PLLC
296 Washington Avenue
Memphis, TN 38103

Kenneth W. DeJean
OFFICE OF KENNETH W DEJEAN
417 West University Avenue
Lafayette, LA 70506

Sheri A. Fox
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
Republic Centre
633 Chestnut Street, Suite 1800
Chattanooga, TN 37450-1800

Steven C. Gnau
LAW OFFICES OF STEVEN C GNAU
1010 Second Avenue, Suite 1750
San Diego, CA 92101

Charles James, II
COCHRAN CHERRY GIVENS & SMITH
306 North Main Street
P.O. Box 830419
Tuskegee, AL 36083

Kelly G. Juneau
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Kristofer Kallman
KRISTOFER KALLMAN LAW OFFICES
2019 State Street, Suite B
Santa Barbara, CA 93105-3553

Michael S. Kruse
ONDER SHELTON O'LEARY PETERSON LLC
110 East Lockwood
St. Louis, MO 63119

George Tolbert Lewis, III
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103

**MDL No. 1968 - Involved Counsel List (CTO-15) (Continued)**

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90017-2223

Jeffrey J. Lowe
LOWE LAW FIRM
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-1623

Matthew P. Moriarty
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414

Chris T. Nolan
PERANTINIDES & NOLAN
300 Courtyard Square
80 South Summit Street
Akron, OH 44308

Ashley L. Ownby
LAW OFFICE OF ASHLEY L OWNBY
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

Steven Ray Parker
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203

Mary F. Russell
HALE LYLE & RUSSELL
P.O. Box 274
Bristol, TN 37621-0274

Kevin C. Schiferl
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204

W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
600 West Main Street, Suite 500
Louisville, KY 40202

Jeffrey Singer
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
Sears Tower
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Douglas D. Small
FOLEY & SMALL
1002 East Jefferson Boulevard
South Bend, IN 46617

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533

Corey D. Sullivan
CAREY & DANIS LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-3786

Audrey M. Tolsom
COCHRAN CHERRY GIVENS SMITH
SISTRUNK & SAMS PC
127 Peachtree Street, NE, Suite 800
Atlanta, GA 30303

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Marianna G. Williams
ASHLEY ASHLEY & ARNOLD
322 Church Street
Dyersburg, TN 38025