IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION — MDL No. 1968

**INVOLVED JUDGES LIST (CTO-15)**

~~Hon. William M. Acker, Jr.~~
~~Senior U.S. District Judge~~
~~481 Hugo L. Black U.S. Courthouse~~
~~1729 5th Avenue, North~~
~~Birmingham, AL 35203-0065~~

Hon. Michael M. Anello
U.S. District Judge
3130 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Robert R. Armstrong, Jr
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon. Edward G. Bryant
U.S Magistrate Judge
United States District Court
345 United States Courthouse
111 South Highland Avenue
Jackson, TN 38301

Hon. Curtis Lynn Collier
Chief Judge, U.S. District Court
317 Joel W. Solomon Federal Building
& U.S. Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Bernice Bouie Donald
U.S. District Judge
951 Clifford Davis and Odell Horton
Federal Building
167 North Main Street
Memphis, TN 38103

Hon. J. Ronnie Greer
U.S. District Judge
405 James H. Quillen U.S. Courthouse
220 West Depot Street
Greeneville, TN 37743

Hon. Harry S. Mattice
U.S. District Judge
104 Joel W. Solomon Federal Building
& United State Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. A. Howard Matz
U.S. District Judge
170 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

**MDL No. 1968 - Involved Judges List (CTO-15) (Continued)**

Hon. Joseph S. Van Bokkelen
U.S. District Judge
4200 U.S Courthouse
5400 Federal Plaza
Hammond, IN 46320

Hon. Gregory F. Van Tatenhove
U.S. District Judge
United States District Court
310 S. Main Street
Suite 434
London, KY 40741

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St.
12th Floor
St. Louis, MO 63102-1116