IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED CLERKS LIST (CTO-15)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Terri Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal Building
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Geri M. Smith, Clerk
568 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308-1876

Patricia L. McNutt, Clerk
U.S. District Court
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Patricia L. McNutt, Clerk
U.S. Courthouse
220 West Depot Street
Suite 200
Greeneville, TN 37743

Thomas M. Gould, Clerk
262 U.S. Courthouse
111 South Highland Avenue
Jackson, TN 38301

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103