IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

NOTICE OF CANCELLATION OF
CROSS NOTICE OF VIDEOTAPED DEPOSITION
OF CLAUDE E. JARRELL

**PLEASE TAKE NOTICE** that the deposition of plaintiff and class representative Claude E. Jarrell scheduled for Thursday, July 2, 2009, in Charleston, West Virginia, is hereby postponed to a later date and time yet to be determined. This deposition was originally noticed on June 4, 2009 in Jarrell v. Actavis Group, et al., Case No. 09-C-512, pending in the Circuit Court of Kanawha County, West Virginia, and cross noticed in the Digitek® MDL on June 11, 2009.

Any questions regarding the above may be directed to Counsel for the Actavis Defendants in the MDL: Matthew P. Moriarty, Tucker Ellis & West LLP, 925 Euclid Ave., Suite 1150, Cleveland, Ohio, (216) 592-5000. Additionally, questions may be directed to Liaison Counsel for the Actavis Defendants in the MDL: Rebecca A. Betts, Allen Guthrie & Thomas, PLLC, 500

- 2 -

Lee Street, East, Suite 800, Charleston, West Virginia, 25333-3394, (304) 345-7250.

Dated:   June 30, 2009

| ALLEN GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
|---|---|
| By: /s/ Rebecca A. Betts<br>    Rebecca A. Betts (WVSB #329)<br>    LIAISON COUNSEL<br>    500 Lee Street East, Suite 800<br>    Charleston, West Virginia 25301<br>    Tel:     (304) 345-7250<br>    Fax:    (304) 345-9941<br>    E-mail:  rabetts@agmtlaw.com<br>        *Counsel for Defendants* | /s/ Mathew P. Moriarty<br>MATTHEW P. MORIARTY (WVSB #4571)<br>RICHARD A. DEAN<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Ohio 44115<br>Tel: (216) 696-2137<br>Fax: (216) 592-5009<br>Richard.Dean@TuckerEllis.com<br>Matthew.Moriarty@TuckerEllis.com<br>        *Counsel for Actavis Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

---

THIS DOCUMENT RELATES TO ALL CASES

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2009, a copy of the foregoing Notice of Cancellation of Cross Notice of Videotaped Deposition of Claude E. Jarrell was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Rebecca A. Betts
REBECCA A. BETTS (WVSB # 329)
ALLEN GUTHRIE & THOMAS, PLLC
500 Lee Street East, Suite 800
P.O. Box 3394
Charleston, WV  25333-3394
(304) 345-7250
(304) 345-9941