**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: DIGITEK®
    PRODUCTS LIABILITY LITIGATION                MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**DEFENDANTS ACTAVIS TOTOWA LLC, ACTAVIS INC., AND ACTAVIS
ELIZABETH LLC'S NOTICE OF SERVICE OF RESPONSES TO
PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS AND RESPONSES TO
PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION**

Notice is hereby given to all parties that on July 20, 2009 Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC, by and through its undersigned counsel, served its Responses to Plaintiff's First Requests for Admission and Responses to Plaintiffs' Second Set of Requests for Production.

2

Respectfully submitted,

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
    Richard A. Dean (Ohio Bar #0013165),
    CO-LEAD COUNSEL
    Matthew P. Moriarty (WV Bar # 4571;
    Ohio Bar 0028389),
    CO-LEAD COUNSEL
    Kristen L. Mayer (Ohio Bar #0055505)
    925 Euclid Avenue, Suite 1150
    Cleveland, OH   44115-1414
    Tel:    (216) 592-5000
    Fax:    (216) 592-5009
    E-mail: richard.dean@tuckerellis.com
           matthew.moriarty@tuckerellis.com
           kristen.mayer@tuckerellis.com
and

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:    (304) 345-7250
Fax:    (304) 345-9941
E-mail:  rabetts@agmtlaw.com
Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                      TUCKER ELLIS & WEST LLP

                      By: */s/ Richard A. Dean*
                            Richard A. Dean (Ohio Bar #0013165),
                            CO-LEAD COUNSEL
                            Matthew P. Moriarty (WV Bar # 4571;
                            Ohio Bar 0028389),
                            CO-LEAD COUNSEL
                            Kristen L. Mayer (Ohio Bar #0055505)

                            Attorneys *for Defendant Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC.*