**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE:  DIGITEK®
        PRODUCTS LIABILITY LITIGATION        **MDL NO. 1968**

**THIS DOCUMENT RELATES TO ALL CASES**

### DEFENDANTS ACTAVIS TOTOWA LLC, ACTAVIS INC., AND ACTAVIS ELIZABETH LLC'S AMENDED NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION

Notice is hereby given to all parties that on July 20, 2009 Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC, by and through its undersigned counsel, served its Responses to Plaintiff's First Requests for Admission and Responses to Plaintiffs' Second Set of Requests for Production on:

| | |
|---|---|
| Harry Bell | Fred Thompson |
| Bell & Bands, PLLC | Motley Rice |
| 30 Capitol Street | 28 Bridgeside Blvd. |
| P.O. Box 1723 | Mt. Pleasant, SC  29464 |
| Charleston, West Virginia 25326 | (fthompson@motleyrice.com) |
| (hfbell@belllaw.com) | |

Imanage/073021/000031/1057660

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Rd.
Weirton, WV  26062
(carln@facslaw.com)

         Respectfully submitted,

         TUCKER ELLIS & WEST LLP

         By:  */s/ Richard A. Dean*
             Richard A. Dean (Ohio Bar #0013165),
             CO-LEAD COUNSEL
             Matthew P. Moriarty (WV Bar # 4571;
             Ohio Bar 0028389),
             CO-LEAD COUNSEL
             Kristen L. Mayer (Ohio Bar #0055505)
             925 Euclid Avenue, Suite 1150
             Cleveland, OH   44115-1414
             Tel:      (216) 592-5000
             Fax:     (216) 592-5009
             E-mail: richard.dean@tuckerellis.com
                    matthew.moriarty@tuckerellis.com
                    kristen.mayer@tuckerellis.com
         and

         Rebecca A. Betts, LIAISON COUNSEL
         500 Lee Street East, Suite 800
         Charleston, West Virginia 25301
         Tel:      (304) 345-7250
         Fax:     (304) 345-9941
         E-mail:  rabetts@agmtlaw.com
         Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

         TUCKER ELLIS & WEST LLP

         By: */s/ Richard A. Dean*
             Richard A. Dean (Ohio Bar #0013165),
             CO-LEAD COUNSEL
             Matthew P. Moriarty (WV Bar # 4571;
             Ohio Bar 0028389),
             CO-LEAD COUNSEL
             Kristen L. Mayer (Ohio Bar #0055505)

             Attorneys *for Defendant Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC.*