# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/22/2009                                                  Case Number 2:08-md-1968
Case Style: In Re Digitek vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                         Courtroom Deputy Tabitha Lair
Attorney(s) for the Plaintiff or Government Fred Thompson, Carl Frankovitch, Harry Bell


Attorney(s) for the Defendant(s) Richard Dean, Matt Moriarity, Madeleine McDonough, Erica James


Law Clerk Angie Volk, Kate Fife                                  Probation Officer

## Trial Time


## Non-Trial Time

Pretrial conference (inclding settlement and telephone conferences).


## Court Time

9:05     to 10:25
11:20    to 11:50
Total Court Time: 1 Hours 50 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time 9:00 a.m.
Actual Start Time 9:05 a.m.

STATUS CONFERENCE
Chief Judge Joseph R. Goodwin
Magistrate Judge Mary E. Stanley

Counsel Present:
Plaintiff:
Fred Thompson - co-lead counsel
Carl Frankovitch - co-lead counsel
Harry Bell - co-lead and liaison counsel

Defense:
Richard Dean - co-lead counsel Actavis parties
Matt Moriarity - co-lead counsel Actavis parties
Madeleine McDonough - co-lead counsel Mylan parties
Erica James -summer associate, licensed and board certified family practice physician

Discuss PTO #16

## District Judge Daybook Entry

Discuss venue
Discuss trial status and cases for trial
Discuss Rule 11 issues and Summary Judgment motions

Recess at 10:25
Resume at 11:20

Parties offer 10 cases to court for consideration for trial
Discuss order of importance of cases
Discuss modification of deadlines previously set
Next Status Conference in August

End 11:50 a.m.