IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK®
     PRODUCTS LIABILITY LITIGATION            MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### DEFENDANTS ACTAVIS TOTOWA LLC, ACTAVIS INC., AND ACTAVIS ELIZABETH LLC'S AMENDED NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES

Notice is hereby given to all parties that on July 24, 2009 Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC, by and through its undersigned counsel, served its Responses to Plaintiffs' Second Set of Interrogatories on:

Harry Bell
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
(hfbell@belllaw.com)

Fred Thompson
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(fthompson@motleyrice.com)

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Rd.
Weirton, WV  26062
(carln@facslaw.com)

2

| | |
|---|---|
| Dated: July 24, 2009 | TUCKER ELLIS & WEST LLP |
| | By: */s/ Richard A. Dean* |
| |     Richard A. Dean (Ohio Bar #0013165), |
| |     CO-LEAD COUNSEL |
| |     Matthew P. Moriarty (WV Bar # 4571; |
| |     Ohio Bar 0028389), |
| |     CO-LEAD COUNSEL |
| |     Kristen L. Mayer (Ohio Bar #0055505) |
| |     925 Euclid Avenue, Suite 1150 |
| |     Cleveland, OH   44115-1414 |
| |     Tel:     (216) 592-5000 |
| |     Fax:     (216) 592-5009 |
| |     E-mail: richard.dean@tuckerellis.com |
| |           matthew.moriarty@tuckerellis.com |
| |           kristen.mayer@tuckerellis.com |
| |   and |
| |   Rebecca A. Betts, LIAISON COUNSEL |
| |   500 Lee Street East, Suite 800 |
| |   Charleston, West Virginia 25301 |
| |   Tel:     (304) 345-7250 |
| |   Fax:     (304) 345-9941 |
| |   E-mail:  rabetts@agmtlaw.com |
| | |
| | *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
Richard A. Dean (Ohio Bar #0013165),
CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571;
Ohio Bar 0028389),
CO-LEAD COUNSEL
Kristen L. Mayer (Ohio Bar #0055505)

Attorneys *for Defendant Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC.*

3