Honorable Mary E. Stanley
U. S. Magistrate Judge
United States District Court
Southern District of West Virginia

**STATISTICAL SHEET FOR MJSTAR**
**IN CHAMBERS EVENTS ONLY**

**Case No.:**              **Case Style:**

*-OR-*

**Ghost Case No.:**        **Ghost Case Style:**
*(assigned by clerk)*

**Date of Event:**

**Court Reporter:**

**Law Clerk:**

**Parties Present:**

**Type of Event:**

**Time Spent in Chambers:**

**Name of Person Reporting Event:**