IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-16)

Beecher A. Bartlett, Jr.
KRAMER RAYSON LLP
P.O. Box 629
Knoxville, TN 37901

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Chester Hugh Boyd
7388 Highland Road, Suite D
Baton Rouge, LA 70808

Emmanuel E. Edem
NORMAN & EDEM PLLC
127 N.W. 10th Street
Oklahoma City, OK 73103-4927

Sheri A. Fox
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
Republic Centre
633 Chestnut Street, Suite 1800
Chattanooga, TN 37450-1800

Michael D. Galligan
GALLIGAN & NEWMAN
309 W. Main Street
P.O. Box 289
McMinnville, TN 37111

David J. Gierlach
5 Waterfront Plaza
500 Ala Moana Boulevard, Suite 330
Honolulu, HI 96813

James B. Irwin, V
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Mary E. Kindelt
ELDRIDGE COOPER STEICHEN
& LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

George Tolbert Lewis, III
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Susan N. Marttala
MARTTALA & MARTTALA
109 West Main Street
McMinnville, TN 37110

Ashley L. Ownby
LAW OFFICE OF ASHLEY L OWNBY
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

Frederick W. Rohlfing, III
CASE LOMBARDI & PETTIT
Pacific Guardian Center Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Mary F. Russell
HALE LYLE & RUSSELL
P.O. Box 274
Bristol, TN 37621-0274

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106