IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION																				MDL No. 1968

## INVOLVED JUDGES LIST (CTO-16)

Hon. Joseph A. Greenaway, Jr.
U.S. District Judge
411 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Alan C. Kay
Senior U.S. District Judge
C-415 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Tim Leonard
Senior U.S. District Judge
4301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Harry S. Mattice
U.S. District Judge
104 Joel W. Solomon Federal Building
& United State Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Thomas A. Varlan
U.S. District Judge
143 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902-7902

Hon. Glen M. Williams
Senior U.S. District Judge
P.O. Box 339
Abingdon, VA 24212

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 Estes Kefauver Federal Building
& U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816