IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                         MDL No. 1968

## INVOLVED CLERKS LIST (CTO-16)

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Patricia L. McNutt, Clerk
130 Howard H. Baker Jr. U.S. Courthouse
800 Market Street
Knoxville, TN 37902

Patricia L. McNutt, Clerk
201 United States Post Office & Courthouse
200 South Jefferson Street
Winchester, TN 37398

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

John F. Corcoran, Clerk
P.O. Box 490
Big Stone Gap, VA 24219