IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK® <br><br> PRODUCT LIABILITY LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO ALL CASES | MDL NO. 1968 |

### CERTIFICATE OF SERVICE

I, Hunter K. Ahern, hereby certify that on July 29, 2009, I served UDL Laboratories, Inc's Responses and Objections to Plaintiff's Second Set of Interrogatories via electronic mail, and via United States mail by mailing a true copy thereof upon Plaintiffs' Steering Committee, addressed as follows:

Andres F. Alonso, Esq.
Parker, Waichman, Alonso LLP
111 Great Neck Road
Great Neck, NY  11021
Tel:  (516) 466-6500
Fax: (516) 466-6665
aalonso@yourlawyer.com

Lester L. Levy, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
Tel:  (212) 759-4600
Fax: (212) 486-2093
llevy@wolfpopper.com

K. Camp Bailey, Esq.
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, TX  77002-4206
Tel: (713) 425-7232
Fax: (713) 425-7101
cbailey@bpblaw.com

Peter A. Miller, Esq.
The Miller Firm LLC
The Sherman Bldg.
108 Railroad Avenue
Orange, VA  22960
Tel:  (540) 672-4224
Fax: (540) 672-3055
pmiller@doctoratlaw.com

291377v1

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston, WV  25326
Tel:  (304) 345-1700
Fax: (304) 345-1715
hfbell@belllaw.com

Robert J. Binstock, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027
Tel:  (713) 622-7271
Fax: (713) 623-8724
bbinstock@rbfirm.net

Robert Blanchard, Esq.
Levin, Papantonio, Thomas, Mitchell,
   Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel:  (850) 435-7095
Fax: (859) 435-6034
rblanchard@levinlaw.com

Ed Blizzard, Esq.
Blizzard, McCarthy & Nabers LLC
440 Louisiana, Suite 1710
Houston, TX  77002
Tel:  (713) 844-2750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

John R. Climaco, Esq.
Claimaco, Lefkowitz, Peca, Wilxcox &
   Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH  44113
Tel:  (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

Ashley L. Ownby, Esq.
180 North Ocoee Street
P.O. Box 176
Chattanooga, TN  37364-0176
Tel:  (423) 479-1324
Fax: (423) 472-6627
ashleyownby@ashleyownby.com

David M. Peterson, Esq.
Peterson & Associates, P.C.
Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, MO  64112-1253
Tel:  (816) 531-4440
Fax: (816) 531-0660
dmp@petersonlawfirm.com

Frank Mario Pitre, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel:  (650) 697-6000
Fax: (650) 697-0577
fpitre@comlegal.com

Shamus Mulderig, Esq.
Hissey Kientz, L.L.P.
9442 Capital of Texas Highway N., Suite 400
Austin, TX  78759
Tel:  (512) 320-9100
Fax: (512) 320-9101
smulderig@hkllp.com

Shelly A. Sanford, Esq.
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, TX  77005-1647
Tel:  (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

291377v1

| | |
|---|---|
| C. Brooks Cutter, Esq.<br>Kershaw, Cutter & Ratinoff LLP<br>401 Watt Avenue<br>Sacramento, CA  95864<br>Tel:  (916) 448-9800<br>Fax: (916) 669-4499<br>bcutter@kcrlegal.com | J. Paul Sizemore, Esq.<br>Giardi Keese<br>1126 Wilshire Boulevard<br>Los Angeles, CA  90017<br>Tel:  (213) 977-0211<br>Fax: (213) 481-1554<br>psizemore@girardikeese.com |
| Carl N. Frankovitch, Esq.<br>Frankovitch, Anetakis, Colantonio & Simon<br>337 Penco Road<br>Weirton, WV  26062<br>Tel:  (304) 723-4400<br>Fax: (304) 723-5892<br>carln@facslaw.com | Fred Thompson, III, Esq.<br>Motley Rice, LLC<br>P.O. Box 1792<br>Mt. Pleasant, SC  29466<br>Tel:  (843) 216-9000<br>Fax: (843) 216-9450<br>fthompson@motleyrice.com |
| Daniel N. Gallucci, Esq.<br>RodaNast, P.C.<br>801 Estelle Drive<br>Lancaster, PA  17601<br>Tel:  (717) 892-3000<br>Fax: (717) 892-1200<br>dgallucci@rodanast.com | Stacy K. Hauer, Esq.<br>Zimmerman Reed<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN  55402-4123<br>Tel:  (612) 341-0400<br>Fax: (612) 341-0844<br>skh@zimmreed.com |
| Scott Wm. Weinstein, Esq.<br>Morgan & Morgan, P.A.<br>12800 University Drive, Suite 600<br>P.O. Box 9504<br>Fort Myers, FL  33906<br>Tel:  (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com | W. Mark Lanier, Esq.<br>Tower 56<br>126 East 56th Street, 6th Floor<br>New York, NY  10022<br>Tel:  (212) 421-2800<br>Fax: (212) 421-2878<br>WML@lanierlawfirm.com |
| John M. O'Quinn, Esq.<br>440 Louisiana, Suite 2300<br>Houston, TX  77002<br>Tel:  (713) 223-1000<br>Fax: (713) 222-6903<br>johnm@oqlaw.com | James J. Pettit, Esq.<br>Locks Law Firm<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ  08002<br>Tel:  (856) 663-8200<br>jpettit@lockslaw.com |

- 4 -

*/s/ Hunter K. Ahern*
HUNTER K. AHERN
Texas Bar No. 24050207
SHOOK, HARDY & BACON LLP
600 Travis, Suite 1600
Houston, TX   77002-2911
Telephone:     713/227-8008
Fax: 713/227-9508

*Counsel for UDL Laboratories, Inc.*
