# INCORRECT ENTRY

# (See Entry #175)