IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**IN RE: DIGITEK®**

**PRODUCT LIABILITY LITIGATION**

**MDL NO. 1968**

**THIS DOCUMENT RELATES TO ALL CASES**

**CERTIFICATE OF SERVICE**

I, Hunter K. Ahern, hereby certify that on July 30, 2009, I served Mylan Defendants' Responses and Objections to Plaintiff's Second Set of Requests for Production via electronic mail, and via United States mail by mailing a true copy thereof upon Plaintiffs' Steering Committee, addressed as follows:

Andres F. Alonso, Esq.
Parker, Waichman, Alonso LLP
111 Great Neck Road
Great Neck, NY 11021
Tel: (516) 466-6500
Fax: (516) 466-6665
aalonso@yourlawyer.com

K. Camp Bailey, Esq.
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, TX 77002-4206
Tel: (713) 425-7232
Fax: (713) 425-7101
cbailey@bpblaw.com

Lester L. Levy, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093
llevy@wolfpopper.com

Peter A. Miller, Esq.
The Miller Firm LLC
The Sherman Bldg.
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
pmiller@doctoratlaw.com



290875v1

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston, WV 25326
Tel: (304) 345-1700
Fax: (304) 345-1715
hfbell@belllaw.com

Robert J. Binstock, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
bbinstock@rbfirm.net

Robert Blanchard, Esq.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7095
Fax: (859) 435-6034
rblanchard@levinlaw.com

Ed Blizzard, Esq.
Blizzard, McCarthy & Nabers LLC
440 Louisiana, Suite 1710
Houston, TX 77002
Tel: (713) 844-2750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

John R. Climaco, Esq.
Claimaco, Lefkowitz, Peca, Wilxcox & Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
Tel: (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

Ashley L. Ownby, Esq.
180 North Ocoee Street
P.O. Box 176
Chattanooga, TN 37364-0176
Tel: (423) 479-1324
Fax: (423) 472-6627
ashleyownby@ashleyownby.com

David M. Peterson, Esq.
Peterson & Associates, P.C.
Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Tel: (816) 531-4440
Fax: (816) 531-0660
dmp@petersonlawfirm.com

Frank Mario Pitre, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
fpitre@comlegal.com

Shamus Mulderig, Esq.
Hissey Kientz, L.L.P.
9442 Capital of Texas Highway N., Suite 400
Austin, TX 78759
Tel: (512) 320-9100
Fax: (512) 320-9101
smulderig@hkllp.com

Shelly A. Sanford, Esq.
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, TX 77005-1647
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

C. Brooks Cutter, Esq.
Kershaw, Cutter & Ratinoff LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: (916) 448-9800
Fax: (916) 669-4499
bcutter@kcrlegal.com

J. Paul Sizemore, Esq.
Giardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
psizemore@girardikeese.com

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
Tel: (304) 723-4400
Fax: (304) 723-5892
carln@facslaw.com

Fred Thompson, III, Esq.
Motley Rice, LLC
P.O. Box 1792
Mt. Pleasant, SC 29466
Tel: (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Daniel N. Gallucci, Esq.
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200
dgallucci@rodanast.com

Stacy K. Hauer, Esq.
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Tel: (612) 341-0400
Fax: (612) 341-0844
skh@zimmreed.com

Scott Wm. Weinstein, Esq.
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
P.O. Box 9504
Fort Myers, FL 33906
Tel: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

W. Mark Lanier, Esq.
Tower 56
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800
Fax: (212) 421-2878
WML@lanierlawfirm.com

John M. O'Quinn, Esq.
440 Louisiana, Suite 2300
Houston, TX 77002
Tel: (713) 223-1000
Fax: (713) 222-6903
johnm@oqlaw.com

James J. Pettit, Esq.
Locks Law Firm
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Tel: (856) 663-8200
jpettit@lockslaw.com

*/s/ Hunter K. Ahern*
HUNTER K. AHERN
Texas Bar No. 24050207
SHOOK, HARDY & BACON LLP
600 Travis, Suite 1600
Houston, TX 77002-2911
Telephone: 713/227-8008
Fax: 713/227-9508

*Counsel for Mylan Defendants*