# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
       LITIGATION                                              MDL NO. 1968

**THIS DOCUMENT RELATES TO ALL CASES**

## DEFENDANTS' MOTION REGARDING PRODUCTION OF MEDICAL AND PHARMACY RECORDS

Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC ("Defendants") respectfully move this Court to enter the accompanying order regarding production of medical and pharmacy records.

Defendants represent that the parties are experiencing difficulties in obtaining pertinent medical and pharmacy records for decedents in cases in which no personal representative has been appointed. In some states an estate or legally appointed representative is not required in order to pursue a wrongful death case. Yet medical providers typically insist on such representation for fear of violating HIPAA.

To facilitate the orderly and cost-effective acquisition of relevant information, Defendants request that the Court enter the accompanying proposed order. We have conferred with Plaintiffs' counsel regarding this proposed order; they have no objection.

Defendants will not file a brief in support of this Motion.

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
 Richard A. Dean (Ohio Bar #0013165),
 CO-LEAD COUNSEL
 Matthew P. Moriarty (WV Bar # 4571;
 Ohio Bar 0028389),
 CO-LEAD COUNSEL
 Kristen L. Mayer (Ohio Bar #0055505)
 925 Euclid Avenue, Suite 1150
 Cleveland, OH   44115-1414
 Tel:  (216) 592-5000
 Fax:  (216) 592-5009
 E-mail: richard.dean@tuckerellis.com
   matthew.moriarty@tuckerellis.com
   kristen.mayer@tuckerellis.com
 and

 Rebecca A. Betts, LIAISON COUNSEL
 500 Lee Street East, Suite 800
 Charleston, West Virginia 25301
 Tel:  (304) 345-7250
 Fax:  (304) 345-9941
 E-mail:  rabetts@agmtlaw.com

 Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2009, a copy of the foregoing Motion Regarding Production of Medical and Pharmacy Records was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        TUCKER ELLIS & WEST LLP

        By: */s/ Richard A. Dean*
           Richard A. Dean (Ohio Bar #0013165),
           CO-LEAD COUNSEL
           Matthew P. Moriarty (WV Bar # 4571;
           Ohio Bar 0028389),
           CO-LEAD COUNSEL
           Kristen L. Mayer (Ohio Bar #0055505)
           925 Euclid Avenue, Suite 1150
           Cleveland, OH   44115-1414
           Tel:     (216) 592-5000
           Fax:    (216) 592-5009
           E-mail: richard.dean@tuckerellis.com
                  matthew.moriarty@tuckerellis.com
                  kristen.mayer@tuckerellis.com
        and

        Rebecca A. Betts, LIAISON COUNSEL
        500 Lee Street East, Suite 800
        Charleston, West Virginia 25301
        Tel:     (304) 345-7250
        Fax:    (304) 345-9941
        E-mail: rabetts@agmtlaw.com
        Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

073021.000031.1058604.1