## INVOLVED COUNSEL LIST (CTO-17)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

L. Clayton Burgess
LAW OFFICE OF L CLAYTON BURGESS
P.O. Drawer 5250
Lafayette, LA 70502-7573

Gary McArthur Cooper
11515 Homestead Road
Houston, TX 77016

Donald Jason Embry
DENAHM LAW FIRM LTD
P.O. Drawer 580
Ocean Springs, MS 39566-0580

Kelly G. Juneau
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Jennifer R. Lindsey
KANE RUSSELL COLEMAN & LOGAN
1601 Elm Street, Suite 3700
Dallas, TX 75201

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Gene M. Williams
SHOOK HARDY & BACON LLP
Chase Tower, Suite 1600
600 Travis Street
Houston, TX 77002-2911