**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON**

IN RE DIGITEK®
      **PRODUCT LIABILITY LITIGATION**          **MDL NO. 1968**

_____

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER # 36**
**(Oral Argument)**

It is hereby **ORDERED** that the undersigned will hear oral argument on Defendants' pending motion to determine sufficiency of Plaintiffs' master objections to Defendants' First Requests for Admission to various plaintiffs (docket # 157) on Tuesday, August 11, 2009, beginning 15 minutes after the conclusion of the status conference.  The hearing will take place in Courtroom 5400.

The Clerk is directed to file this Order in 2:08-md-1968 which shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:09-cv—900.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new

action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  August 6, 2009

Mary E. Stanley
United States Magistrate Judge