```
Session: 2009Aug11               Division: Chas              Courtroom: 5400 MagCt
Session Date: 2009/08/11          Session Time: 09:45
Judge: Stanley, Mary E.
Reporter: Cook, Lisa


Clerk(s):
 Lair, Tabitha

US Attorney(s):

Public Defender(s):

Prob. Officer(s):

Court interpreter(s):
```

---

```
Case ID: 0001
                      Case number: 2:08-md-1968
                      Plaintiff:
                      Plaintiff Attorney:
                      Defendant: Digitek, In Re
                      Co-Defendant(s):
                      Pers/Panel  Attorney:
                      US Attorney:
                      Public Defender:



2009/08/11
     09:51:08 - Operator
          Recording:
     09:51:08 - New case
          Digitek, In Re
     09:51:22 - General:
          HEARING TYPE: STATUS CONFERENCE
     09:51:50 - General:
          for pl: Megan Carter, Harry Bell, _Carl Frankovitch
     09:51:54 - General:
          for def: Matt Moriarity, Rebecca Betts, _Harvey Kaplan
     09:55:53 - Judge: Stanley, Mary E.
          called case, noted appearances of counsel
     09:59:31 - Judge: Stanley, Mary E.
          court scheduled oral arguments re requests for admissions
     10:00:14 - Judge: Stanley, Mary E.
          not timely under PTO 16
     10:00:39 - General:
          Mr. Frankovitch responds
     10:01:21 - Judge: Stanley, Mary E.
          so your saying it violates the spirit not the letter
     10:01:34 - Judge: Stanley, Mary E.
          see PTO 22 page 13 section R
     10:02:00 - General:
          Mr. Frankovitch responds
     10:03:18 - Judge: Stanley, Mary E.
          theme that Rule 11 doesn't apply in mass litigation???
     10:03:31 - General:
          Mr. Frankovitch responds
     10:06:05 - Judge: Stanley, Mary E.
          3 requests for admissions to fewer than 40 cases
     10:06:26 - Judge: Stanley, Mary E.
```

```
          how many attys?
10:06:31 - General:
          Mr. Moriarity responds
10:06:53 - Judge: Stanley, Mary E.
          court trying to understand how pl can argue requests not proper discovery
10:07:31 - Judge: Stanley, Mary E.
          from Rule 26 seems they are evidence of defense
10:08:20 - General:
          Mr. Frankovitch responds
10:11:00 - Judge: Stanley, Mary E.
          serious about claim of atty client privilege of work product
10:11:22 - General:
          Mr. Frankovitch responds
10:11:43 - Judge: Stanley, Mary E.
          speaks about courts involvement in mass tort litigation
10:16:28 - Judge: Stanley, Mary E.
          speaks about resouses when cases are filed, etc
10:17:01 - Judge: Stanley, Mary E.
          speaks about mdl and mass tort system
10:17:54 - General:
          Mr. Frankovitch responds
10:18:34 - Judge: Stanley, Mary E.
          why should attys spend a bunch a money to go that far?
10:19:00 - General:
          Mr. Frankovitch responds
10:19:46 - General:
          Mr. Moriarity speaks about issue
10:23:45 - General:
          Mr. Frankovitch reponds
10:24:58 - Judge: Stanley, Mary E.
          pfs have been front and center since the beginning of this litigation
10:25:21 - Judge: Stanley, Mary E.
          Rule 11 says burden is on pl as to claim for case
10:26:00 - Judge: Stanley, Mary E.
          court goes over each argument presented today
10:29:46 - Judge: Stanley, Mary E.
          speaks about satellite litigation
10:31:25 - General:
          Mr. Frankovitch reponds
10:32:07 - General:
          Harvey Kaplan reponds
10:32:52 - General:
          Mr. Frankovitch responds
10:33:18 - Judge: Stanley, Mary E.
          quotes Rule 36(a)(6)
10:34:23 - Judge: Stanley, Mary E.
          requests should be answered without objection
10:35:17 - Judge: Stanley, Mary E.
          concerns about atty accountability
10:36:15 - Judge: Stanley, Mary E.
          court will hear from individual attorneys if lead counsel feels uncomfortable
10:37:42 - Judge: Stanley, Mary E.
          had this been an individual case - Rule 37 - court assessed costs and fees
10:38:44 - Judge: Stanley, Mary E.
          anything else?
10:39:29 - Operator
          Stop recording:
```