# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/11/2009                                                                  Case Number 2:08-md-1968
Case Style: In Re: Digitek vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                                          Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Carl Frankovitch; Meghan J. Carter; Harry Bell


Attorney(s) for the Defendant(s) Harvey Kaplan; Rebecca Betts; Matthew Moriarty


Law Clerk Angie Volk and Kate Fife                                                Probation Officer

## Trial Time


## Non-Trial Time

Pretrial conference (inclding settlement and telephone conferences).


## Court Time

9:00 am   to 9:40 am
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled start time 9:00 a.m.
Actual start time 9:00 a.m.

STATUS CONFERENCE
Chief Judge Goodwin
Magistrate Judge Stanley

Counsel for parties present.
Harry Bell - Pl. Co-lead and Liaison counsel
Carl Frankovitch - Pl. Co-lead counsel

Harvey Kaplan - Def. Co-lead counsel Mylan parties
Matt Moriarity - Def. Co-lead counsel Actavis parties
Rebecca Betts - Def. Liaison counsel
Kim Fields - WV Mass Litigation Manager

Litigation overview
Class action status
Late filed class actions

## District Judge Daybook Entry

PTO #16
Discovery status
PFS service problems
Severance motions
Court access to parties scheduling calendar
End time 9:40 a.m.