IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-18)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Craig J. Cannon
CANNON LAW FIRM PA
1274 East Silver Springs Boulevard
P.O. Box 1986
Ocala, FL 34478-1986

George T. Lewis, III
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Gerald S. Sack
LAW OFFICES OF GERALD S SACK
836 Farmington Avenue
Suite 109
West Hartford, CT 06119-1544

Paul James Springer, Sr.
LAW OFFICE OF PAUL J SPRINGER
100 North Main Building
Suite 3015
Memphis, TN 38105

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Monica Celeste Vaughan
HOUSSIERE DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Three Post Oak Central
Houston, TX 77056-3812