IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

**INVOLVED JUDGES LIST (CTO-18)**

Hon. Janet C. Hall
U.S. District Judge
417 Brien McMahon Federal Building & U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604-4706

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building & U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Jon P. McCalla
Chief Judge, U.S. District Court
907 Clifford Davis Federal Building
167 Federal Building
Memphis, TN 38103