IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                          MDL No. 1968

## INVOLVED CLERKS LIST (CTO-18)

Robin Tabora, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010