IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK®
PRODUCTS LIABILITY LITIGATION  MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## DEFENDANTS ACTAVIS TOTOWA LLC, ACTAVIS INC., AND ACTAVIS ELIZABETH LLC'S NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION AND INTERROGATORIES REGARDING CLASS ACTION

Notice is hereby given to all parties that on August 28, 2009 Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC, by and through its undersigned counsel, served its Responses to Plaintiffs' Second Set of Requests for Production and Interrogatories Regarding Class Action on:

Harry Bell
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
(hfbell@belllaw.com)

Fred Thompson
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(fthompson@motleyrice.com)

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Rd.
Weirton, WV 26062

Imanage/073021/000031/1063183

(carln@facslaw.com)

Dated: August 28, 2009

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
    Richard A. Dean (Ohio Bar #0013165),
    CO-LEAD COUNSEL
    Matthew P. Moriarty (WV Bar # 4571;
    Ohio Bar 0028389),
    CO-LEAD COUNSEL
    Kristen L. Mayer (Ohio Bar #0055505)
    925 Euclid Avenue, Suite 1150
    Cleveland, OH  44115-1414
    Tel:    (216) 592-5000
    Fax:    (216) 592-5009
    E-mail: richard.dean@tuckerellis.com
           matthew.moriarty@tuckerellis.com
           kristen.mayer@tuckerellis.com
and
Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:    (304) 345-7250
Fax:    (304) 345-9941
E-mail:  rabetts@agmtlaw.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

2

Imanage/073021/000031/1063183

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

TUCKER ELLIS & WEST LLP

By: /s/ Richard A. Dean
Richard A. Dean (Ohio Bar #0013165),
CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571;
Ohio Bar 0028389),
CO-LEAD COUNSEL
Kristen L. Mayer (Ohio Bar #0055505)

Attorneys *for Defendant Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC.*

Imanage/073021/000031/1063183