## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  DIGITEK®

PRODUCT LIABILITY LITIGATION                                          MDL NO. 1968

---

THIS DOCUMENT RELATES TO ALL CLASS
ACTIONS

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I served a copy of "Mylan Defendants'
Objections and Responses to Plaintiffs' First Set of Interrogatories Directed to Defendants
(Regarding Class Actions)" via regular United States mail and electronic mail, upon Plaintiffs'
Steering Committee, addressed as follows:

Andres F. Alonso, Esq.
Parker, Waichman, Alonso LLP
111 Great Neck Road
Great Neck, NY  11021
Tel:  (516) 466-6500
Fax: (516) 466-6665
aalonso@yourlawyer.com

Lester L. Levy, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
Tel:  (212) 759-4600
Fax: (212) 486-2093
llevy@wolfpopper.com

K. Camp Bailey, Esq.
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, TX  77002-4206
Tel:  (713) 425-7232
Fax: (713) 425-7101
cbailey@bpblaw.com

Peter A. Miller, Esq.
The Miller Firm LLC
The Sherman Bldg.
108 Railroad Avenue
Orange, VA  22960
Tel:  (540) 672-4224
Fax: (540) 672-3055
pmiller@doctoratlaw.com

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston, WV  25326
Tel:  (304) 345-1700
Fax: (304) 345-1715
hfbell@belllaw.com

Ashley L. Ownby, Esq.
180 North Ocoee Street
P.O. Box 176
Chattanooga, TN  37364-0176
Tel:  (423) 479-1324
Fax: (423) 472-6627
ashleyownby@ashleyownby.com

Robert J. Binstock, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027
Tel:  (713) 622-7271
Fax: (713) 623-8724
bbinstock@rbfirm.net

Robert Blanchard, Esq.
Levin, Papantonio, Thomas, Mitchell,
    Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel:  (850) 435-7095
Fax: (859) 435-6034
rblanchard@levinlaw.com

Ed Blizzard, Esq.
Blizzard, McCarthy & Nabers LLC
440 Louisiana, Suite 1710
Houston, TX  77002
Tel:  (713) 844-2750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

John R. Climaco, Esq.
Claimaco, Lefkowitz, Peca, Wilxcox &
    Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH  44113
Tel:  (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

C. Brooks Cutter, Esq.
Kershaw, Cutter & Ratinoff LLP
401 Watt Avenue
Sacramento, CA  95864
Tel:  (916) 448-9800
Fax: (916) 669-4499
bcutter@kcrlegal.com

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV  26062
Tel:  (304) 723-4400
Fax: (304) 723-5892
carln@facslaw.com

David M. Peterson, Esq.
Peterson & Associates, P.C.
Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, MO  64112-1253
Tel:  (816) 531-4440
Fax: (816) 531-0660
dmp@petersonlawfirm.com

Frank Mario Pitre, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel:  (650) 697-6000
Fax: (650) 697-0577
fpitre@comlegal.com

Shamus Mulderig, Esq.
Hissey Kientz, L.L.P.
9442 Capital of Texas Highway N., Suite 400
Austin, TX  78759
Tel:  (512) 320-9100
Fax: (512) 320-9101
smulderig@hkllp.com

Shelly A. Sanford, Esq.
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, TX  77005-1647
Tel:  (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

J. Paul Sizemore, Esq.
Giardi Keese
1126 Wilshire Boulevard
Los Angeles, CA  90017
Tel:  (213) 977-0211
Fax: (213) 481-1554
psizemore@girardikeese.com

Fred Thompson, III, Esq.
Motley Rice, LLC
P.O. Box 1792
Mt. Pleasant, SC  29466
Tel:  (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Daniel N. Gallucci, Esq.
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA  17601
Tel:  (717) 892-3000
Fax: (717) 892-1200
dgallucci@rodanast.com

Scott Wm. Weinstein, Esq.
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
P.O. Box 9504
Fort Myers, FL  33906
Tel:  (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

John M. O'Quinn, Esq.
440 Louisiana, Suite 2300
Houston, TX  77002
Tel:  (713) 223-1000
Fax: (713) 222-6903
johnm@oqlaw.com

Stacy K. Hauer, Esq.
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
Tel:  (612) 341-0400
Fax: (612) 341-0844
skh@zimmreed.com

W. Mark Lanier, Esq.
Tower 56
126 East 56th Street, 6th Floor
New York, NY  10022
Tel: (212) 421-2800
Fax: (212) 421-2878
WML@lanierlawfirm.com

James J. Pettit, Esq.
Locks Law Firm
457 Haddonfield Road, Suite 500
Cherry Hill, NJ  08002
Tel:  (856) 663-8200
jpettit@lockslaw.com

*/s/* Rebecca A. Betts
REBECCA A. BETTS (WVSB # 329)
ALLEN GUTHRIE & THOMAS, PLLC
500 Lee Street East, Suite 800
P. O. Box 3394
Charleston, WV  25333-3394
Tel:  (304) 345-7250
Fax: (304) 345-9941