IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK®

PRODUCT LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CLASS ACTIONS

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I served a copy of "UDL's Objections and responses to Plaintiffs' First Set of Interrogatories Directed to Defendants (Regarding Class Actions)" via regular United States mail and electronic mail, upon Plaintiffs' Steering Committee, addressed as follows:

Andres F. Alonso, Esq.
Parker, Waichman, Alonso LLP
111 Great Neck Road
Great Neck, NY 11021
Tel: (516) 466-6500
Fax: (516) 466-6665
aalonso@yourlawyer.com

K. Camp Bailey, Esq.
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, TX 77002-4206
Tel: (713) 425-7232
Fax: (713) 425-7101
cbailey@bpblaw.com

Lester L. Levy, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093
llevy@wolfpopper.com

Peter A. Miller, Esq.
The Miller Firm LLC
The Sherman Bldg.
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
pmiller@doctoratlaw.com

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston, WV 25326
Tel: (304) 345-1700
Fax: (304) 345-1715
hfbell@belllaw.com

Robert J. Binstock, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel: (713) 622-7271
Fax: (713) 623-8724
bbinstock@rbfirm.net

Robert Blanchard, Esq.
Levin, Papantonio, Thomas, Mitchell,
  Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7095
Fax: (859) 435-6034
rblanchard@levinlaw.com

Ed Blizzard, Esq.
Blizzard, McCarthy & Nabers LLC
440 Louisiana, Suite 1710
Houston, TX 77002
Tel: (713) 844-2750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

John R. Climaco, Esq.
Claimaco, Lefkowitz, Peca, Wilxcox &
  Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
Tel: (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

C. Brooks Cutter, Esq.
Kershaw, Cutter & Ratinoff LLP
401 Watt Avenue
Sacramento, CA 95864
Tel: (916) 448-9800
Fax: (916) 669-4499
bcutter@kcrlegal.com

Ashley L. Ownby, Esq.
180 North Ocoee Street
P.O. Box 176
Chattanooga, TN 37364-0176
Tel: (423) 479-1324
Fax: (423) 472-6627
ashleyownby@ashleyownby.com

David M. Peterson, Esq.
Peterson & Associates, P.C.
Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Tel: (816) 531-4440
Fax: (816) 531-0660
dmp@petersonlawfirm.com

Frank Mario Pitre, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
fpitre@comlegal.com

Shamus Mulderig, Esq.
Hissey Kientz, L.L.P.
9442 Capital of Texas Highway N., Suite 400
Austin, TX 78759
Tel: (512) 320-9100
Fax: (512) 320-9101
smulderig@hkllp.com

Shelly A. Sanford, Esq.
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, TX 77005-1647
Tel: (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

J. Paul Sizemore, Esq.
Giardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
psizemore@girardikeese.com

Carl N. Frankovitch, Esq.  
Frankovitch, Anetakis, Colantonio & Simon  
337 Penco Road  
Weirton, WV 26062  
Tel: (304) 723-4400  
Fax: (304) 723-5892  
carln@facslaw.com  

Daniel N. Gallucci, Esq.  
RodaNast, P.C.  
801 Estelle Drive  
Lancaster, PA 17601  
Tel: (717) 892-3000  
Fax: (717) 892-1200  
dgallucci@rodanast.com  

Scott Wm. Weinstein, Esq.  
Morgan & Morgan, P.A.  
12800 University Drive, Suite 600  
P.O. Box 9504  
Fort Myers, FL 33906  
Tel: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com  

John M. O'Quinn, Esq.  
440 Louisiana, Suite 2300  
Houston, TX 77002  
Tel: (713) 223-1000  
Fax: (713) 222-6903  
johnm@oqlaw.com  

Fred Thompson, III, Esq.  
Motley Rice, LLC  
P.O. Box 1792  
Mt. Pleasant, SC 29466  
Tel: (843) 216-9000  
Fax: (843) 216-9450  
fthompson@motleyrice.com  

Stacy K. Hauer, Esq.  
Zimmerman Reed  
651 Nicollet Mall, Suite 501  
Minneapolis, MN 55402-4123  
Tel: (612) 341-0400  
Fax: (612) 341-0844  
skh@zimmreed.com  

W. Mark Lanier, Esq.  
Tower 56  
126 East 56th Street, 6th Floor  
New York, NY 10022  
Tel: (212) 421-2800  
Fax: (212) 421-2878  
WML@lanierlawfirm.com  

James J. Pettit, Esq.  
Locks Law Firm  
457 Haddonfield Road, Suite 500  
Cherry Hill, NJ 08002  
Tel: (856) 663-8200  
jpettit@lockslaw.com  

/s/ Rebecca A. Betts  
REBECCA A. BETTS (WVSB # 329)  
ALLEN GUTHRIE & THOMAS, PLLC  
500 Lee Street East, Suite 800  
P. O. Box 3394  
Charleston, WV 25333-3394  
(304) 345-7250  
(304) 345-9941