IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  DIGITEK®

PRODUCT LIABILITY LITIGATION                                MDL NO. 1968

---

THIS DOCUMENT RELATES TO ALL  CLASS
ACTIONS

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I served a copy of "UDL's Responses to Plaintiffs' First Set of Requests for Production Directed to Defendants (Regarding Class Actions)" via regular United States mail, upon Plaintiffs' Steering Committee, addressed as follows:

Andres F. Alonso, Esq.
Parker, Waichman, Alonso LLP
111 Great Neck Road
Great Neck, NY  11021
Tel:  (516) 466-6500
Fax: (516) 466-6665
aalonso@yourlawyer.com

K. Camp Bailey, Esq.
Bailey Perrin Bailey
440 Louisiana Street, Suite 2100
Houston, TX  77002-4206
Tel:  (713) 425-7232
Fax: (713) 425-7101
cbailey@bpblaw.com

Lester L. Levy, Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
Tel:  (212) 759-4600
Fax: (212) 486-2093
llevy@wolfpopper.com

Peter A. Miller, Esq.
The Miller Firm LLC
The Sherman Bldg.
108 Railroad Avenue
Orange, VA  22960
Tel:  (540) 672-4224
Fax: (540) 672-3055
pmiller@doctoratlaw.com

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston, WV  25326
Tel:  (304) 345-1700
Fax: (304) 345-1715
hfbell@belllaw.com

Robert J. Binstock, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027
Tel:  (713) 622-7271
Fax: (713) 623-8724
bbinstock@rbfirm.net

Robert Blanchard, Esq.
Levin, Papantonio, Thomas, Mitchell,
   Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL  32502
Tel:  (850) 435-7095
Fax: (859) 435-6034
rblanchard@levinlaw.com

Ed Blizzard, Esq.
Blizzard, McCarthy & Nabers LLC
440 Louisiana, Suite 1710
Houston, TX  77002
Tel:  (713) 844-2750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

John R. Climaco, Esq.
Claimaco, Lefkowitz, Peca, Wilxcox &
   Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH  44113
Tel:  (216) 621-8484
Fax: (216) 771-1632
jrclim@climacolaw.com

C. Brooks Cutter, Esq.
Kershaw, Cutter & Ratinoff LLP
401 Watt Avenue
Sacramento, CA  95864
Tel:  (916) 448-9800
Fax: (916) 669-4499
bcutter@kcrlegal.com

Ashley L. Ownby, Esq.
180 North Ocoee Street
P.O. Box 176
Chattanooga, TN  37364-0176
Tel:  (423) 479-1324
Fax: (423) 472-6627
ashleyownby@ashleyownby.com

David M. Peterson, Esq.
Peterson & Associates, P.C.
Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, MO  64112-1253
Tel:  (816) 531-4440
Fax: (816) 531-0660
dmp@petersonlawfirm.com

Frank Mario Pitre, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Tel:  (650) 697-6000
Fax: (650) 697-0577
fpitre@comlegal.com

Shamus Mulderig, Esq.
Hissey Kientz, L.L.P.
9442 Capital of Texas Highway N., Suite 400
Austin, TX  78759
Tel:  (512) 320-9100
Fax: (512) 320-9101
smulderig@hkllp.com

Shelly A. Sanford, Esq.
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, TX  77005-1647
Tel:  (713) 524-6677
Fax: (713) 524-6611
ssanford@sanfordpinedo.com

J. Paul Sizemore, Esq.
Giardi Keese
1126 Wilshire Boulevard
Los Angeles, CA  90017
Tel:  (213) 977-0211
Fax: (213) 481-1554
psizemore@girardikeese.com

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV  26062
Tel:  (304) 723-4400
Fax: (304) 723-5892
carln@facslaw.com

Daniel N. Gallucci, Esq.
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA  17601
Tel:  (717) 892-3000
Fax: (717) 892-1200
dgallucci@rodanast.com

Scott Wm. Weinstein, Esq.
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
P.O. Box 9504
Fort Myers, FL  33906
Tel:  (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

John M. O'Quinn, Esq.
440 Louisiana, Suite 2300
Houston, TX  77002
Tel:  (713) 223-1000
Fax: (713) 222-6903
johnm@oqlaw.com

Fred Thompson, III, Esq.
Motley Rice, LLC
P.O. Box 1792
Mt. Pleasant, SC  29466
Tel:  (843) 216-9000
Fax: (843) 216-9450
fthompson@motleyrice.com

Stacy K. Hauer, Esq.
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
Tel:  (612) 341-0400
Fax: (612) 341-0844
skh@zimmreed.com

W. Mark Lanier, Esq.
Tower 56
126 East 56th Street, 6th Floor
New York, NY  10022
Tel:  (212) 421-2800
Fax: (212) 421-2878
WML@lanierlawfirm.com

James J. Pettit, Esq.
Locks Law Firm
457 Haddonfield Road, Suite 500
Cherry Hill, NJ  08002
Tel:  (856) 663-8200
jpettit@lockslaw.com

/s/ Rebecca A. Betts
REBECCA A. BETTS (WVSB # 329)
ALLEN GUTHRIE & THOMAS, PLLC
500 Lee Street East, Suite 800
P. O. Box 3394
Charleston, WV  25333-3394
(304) 345-7250
(304) 345-9941