IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**DEFENDANTS' MOTION FOR ENTRY OF A *LONE PINE*
CASE MANAGEMENT ORDER**

In light of information gathered from recent responses to Requests for Admission served

by various plaintiffs and medical records obtained by Defendants through a third party provider,

Defendants Actavis Totowa LLC, Actavis Inc., Actavis Elizabeth LLC, UDL and the Mylan

Defendants ("Defendants") respectfully move this Court, under Federal Rule of Civil Procedure 16,

for entry of a limited *Lone Pine*[1] order requiring plaintiffs to establish proof of digoxin toxicity in

individual cases.  The record in this litigation establishes that a substantial number of cases currently

pending in the MDL are not supported by any case-specific evidence of digoxin toxicity.  Therefore,

Defendants specifically request that plaintiffs be required to produce an affidavit from a medical

expert identifying case-specific evidence of digoxin toxicity.  The Affidavit should identify the

specific portions of medical records that, to a reasonable degree of medical certainty, constitute

case-specific evidence of digoxin toxicity (*e.g.* medical records that show elevated digoxin levels or

references in the records showing a clinical concern about it).   This should be ordered in all

pending cases except the cases selected for trial group one.  Defendants request that the court grant

all Plaintiffs 30 days from the entry of such an order to produce the required affidavit.  In newly

---

[1]  *Lone Pine* orders, derived from *Lore v. Lone Pine*, No. L-336006-85, 1986 WL 637507 (N.J. Super. Ct. Nov. 18, 1986), are pre-discovery orders requiring plaintiffs to provide some evidence of certain elements of their claims, e.g. medical causation, in the form of affidavits or expert reports to support a credible claim. *See Steering Committee v. Exxon Mobil Corp.*, 461 F.3d 598, 604 n.2 (5th Cir. 2006) (citing *Acuna v. Brown & Root, Inc.*, 200 F.3d 335, 340 (5th Cir. 2000)).

filed cases, Plaintiffs should be granted 30 days from the date of filing to produce such an affidavit. If no affidavit is produced, the case should be dismissed.

*Lone Pine* orders have been widely used to manage mass tort claims and to eliminate spurious claims. *Manual For Complex Litigation*, 4th Ed, § 11.34 AC. Though generally much broader than the order requested here, entry of a limited *Lone Pine* order in the Digitek® MDL will promote efficiency and help the court control this docket by requiring a threshold demonstration of proof that each plaintiff has some evidence to support his or her claim regarding digoxin related injury. This will eliminate cases improvidently filed in the Digitek® MDL and discourage the future filing of meritless claims. Further, entry of Defendants' Proposed Order will not impose any undue burden on plaintiffs. This is evidence essential to prove individual cases. Accordingly, Defendants respectfully request that the Court grant Defendants' Motion and implement a *Lone Pine* case management order in the Digitek® MDL.

A Brief in Support of this Motion is attached.

TUCKER ELLIS & WEST LLP

By: _____

Richard A. Dean (Ohio Bar #0013165),
CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571;
Ohio Bar 0028389),
CO-LEAD COUNSEL
Kristen L. Mayer (Ohio Bar #0055505)
925 Euclid Avenue, Suite 1150
Cleveland, OH   44115-1414
Tel:     (216) 592-5000
Fax:     (216) 592-5009
E-mail: richard.dean@tuckerellis.com
            matthew.moriarty@tuckerellis.com
            kristen.mayer@tuckerellis.com

Attorneys *for Defendants Actavis Totowa LLC, Actavis Inc. and Actavis Elizabeth, LLC*

and

2

SHOOK, HARDY & BACON LLP
Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD
COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:  (816) 559-2214
Fax: (816) 421-5547
E-mail:     hkaplan@shb.com
E-mail:     mmdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc.,
Mylan Bertek Pharmaceuticals Inc., and
UDL Laboratories, Inc.*

and

ALLEN GUTHRIE & THOMAS, PLLC
Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:     (304) 345-7250
Fax:     (304) 345-9941
E-mail: rabetts@agmtlaw.com

Attorneys for Actavis and Mylan
Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2009, a copy of the foregoing Motion for Entry of

a *Lone Pine* Case Management Order was filed electronically.  Notice of this filing will be sent

to all parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's system.

TUCKER ELLIS & WEST LLP

By: _Richard Dean_
Richard A. Dean (Ohio Bar #0013165),
CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571;
Ohio Bar 0028389),
CO-LEAD COUNSEL
Kristen L. Mayer (Ohio Bar #0055505)
925 Euclid Avenue, Suite 1150
Cleveland, OH  44115-1414
Tel:      (216) 592-5000
Fax:      (216) 592-5009
E-mail: richard.dean@tuckerellis.com
          matthew.moriarty@tuckerellis.com
          kristen.mayer@tuckerellis.com

Attorneys for Defendants Actavis Totowa
LLC, Actavis Inc., and Actavis Elizabeth

and

SHOOK, HARDY & BACON LLP
Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD
COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:  (816) 559-2214
Fax:  (816) 421-5547
E-mail:    hkaplan@shb.com
E-mail:    mmdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc.,
Mylan Bertek Pharmaceuticals Inc., and
UDL Laboratories, Inc.*

11