# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

Master Docket No.

MDL No. 1968
SDWV No. 2:08-cv-1002

**PLAINTIFF: ELWOOD BULL**

## <u>PLAINTIFF, ELWOOD BULL'S, AMENDED RESPONSE TO</u>
## <u>DEFENDANTS' FIRST REQUEST FOR ADMISSIONS</u>

Plaintiff, **ELWOOD BULL,** by and through his undersigned attorneys, hereby responds

to Defendants' Requests for Admissions served June 9, 2009, as follows:

### <u>REQUESTS FOR ADMISSIONS</u>

**<u>Request for Admission No. 1</u>**:  Admit that you did not serve Defendants with any of

Plaintiff's Medical records or pharmacy records when you served the Plaintiff Fact Sheet.

**<u>Response</u>**:  Admitted.  However, please see Plaintiff's First Supplement to Amended

Digitek® Plaintiff's Fact Sheet filed contemporaneously herewith.

**<u>Request for Admission No. 2</u>**:  Admit that you did not have any of Plaintiff's medical

records or pharmacy records in your possession when you filed the Complaint in this case.

**<u>Response</u>**:  Denied.

**<u>Request for Admission No</u>**. 3:  Admit that you did not have any of Plaintiff's medical

records or pharmacy records in your possession when you served Defendants with the Plaintiff

Fact Sheet on 5/26/09.

**<u>Response</u>**:  Denied.

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2009, I served Plaintiff, Elwood Bull's, Amended Response to Defendants' First Request for Admissions to Defendants via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
        mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
        matthew.moriarty@tuckerellis.com
        kristen.mayer@tuckerellis.com

Respectfully submitted,

By: _____

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:08-cv-1002

**PLAINTIFF: ELWOOD BULL**
        **(name)**

## FIRST SUPPLEMENT TO
## AMENDED DIGITEK® PLAINTIFF'S FACT SHEET

## IX.    DOCUMENT DEMANDS

1.  Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

    RESPONSE:  **Authorizations for each  healthcare provider were previously provided in Plaintiff's Fact Sheet served on May 29, 2009.**

2.  Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

    a.  All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

        **Response:   Attached -  Walmart letter of May 2008; Stericycle/Digitek Consumer Return Kit**

    b.  Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

        **Response:   Attached – labels from Digitek tablet dispensers**

    c.  All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

        **Response:   None in plaintiff's possession.**

d.   All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury.  **Response:  None in Plaintiff's possession.**

e.   Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable).  **Response:  Not Applicable**

f.   Decedent's death certificate and autopsy report (if applicable).  **Response:  Not applicable.**

g.   Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

**Response:  Lee Memorial Summary of Charges 2/19/08**

h.   All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

**Response:  None in Plaintiff's possession.**

i.   Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

**Response:  None in Plaintiff's possession.**

k.   Non-privileged documents, including any diaries, calendars or notes that record  Plaintiff/ Decedent's health, use of Digitek or alleged injuries

**Response:  None in Plaintiff's possession.**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, Elwood Bull's, First Supplement to Amended Digitek Plaintiff's Fact Sheet via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail:  rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail:  hkaplan@shb.com
         mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail:  richard.dean@tuckerellis.com
         matthew.moriarty@tuckerellis.com
         kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email:  sweinstein@forthepeople.com
Email:  mgoetz@forthepeople.com

2 A

**WAL★MART**
Pharmacy
702 SW 8th St.
Bentonville, AR 72712

*7/24/07*

Elwood Bull
1804 SE 13th Ter
Cape Coral, FL 33990-6818

9708131

w30673  P21083

May 2008

Dear Elwood Bull:

**Re: Urgent Drug Recall**

We are writing to inform you that Actavis Totowa LLC, a United States manufacturing division of the international generic pharmaceutical company Actavis Group, is initiating a nationwide recall of Digitek® (digoxin tablets, USP, all strengths) for oral use. The products are distributed by Mylan Pharmaceuticals Inc., under a "Bertek" label and by UDL Laboratories, Inc. under a "UDL" label.

The voluntary recall is due to the possibility that tablets with double the appropriate thickness may have been commercially released. These tablets may contain twice the approved level of active ingredient than is appropriate.

Digitek is used to treat heart failure and abnormal heart rhythms. The existence of double strength tablets poses a risk of digitalis toxicity in patients with renal failure. Digitalis toxicity can cause nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia. Death can also result from excessive digitalis intake. Several reports of illnesses and injuries have been received.

Actavis manufactures the products for Mylan and the products are distributed by Mylan and UDL under the Bertek and UDL labels. Bertek and UDL are affiliates of Mylan.

Our records indicate that you are currently, or have in the past, taken this medication. **If you are currently taking Digitek 0.125mg or 0.25mg tablets, or have a supply on hand, you should contact Stericycle customer service at 1-888-276-6166. Representatives will be available Monday through Friday, 8 am to 5 pm EST. Additional information about the voluntary recall can also be found at www.actavis.us.**

This recall is being conducted with the knowledge of the Food and Drug Administration.

Thank you for choosing Wal-Mart Pharmacy.

Sincerely,
Your Local Wal-Mart Pharmacist
1619 Del Prado Blvd
Cape Coral, FL 33990
(239) 772-4900

WM_0000_01.LDE P01 MK30673

If you do not wish to continue receiving patient education mailings call: 1-888-324-8270.

### Consumer's Certification of Inability to Return Digitek® (digoxin tablets, USP)
(For consumers who have destroyed or disposed of their Digitek® and cannot return it)

**The undersigned certifies as follows:**

1. I purchased Digitek® as shown on the valid pharmacy receipt submitted to Stericycle.

2. I still had some unused Digitek® in my possession on April 30, 2008.

3. However, I cannot return my unused Digitek® because I destroyed or disposed of it as described below.

4. I request a refund for this product based on the statements and authorization in this document.

**(Please fill in the blanks or check the appropriate boxes below)**

Name and address of pharmacy where Digitek® was purchased: _____
_____

Telephone number of pharmacy (if available): (     ) _____ - _____

Amount of Digitek® (number of tablets) I still had in my possession on April 30, 2008:

        .25 mg _____    .125 mg _____

**I am unable to return this product because:**

        □ I destroyed or disposed of it

        □ I returned it to my physician

        □ I returned it to my pharmacy but did not get a refund

        □ Other (please explain): _____

I understand that I cannot receive a refund if I keep any portion of unused Digitek® or if I have already received a refund from any other source for this prescription.

Signature: _____    Date: _____

Print name: _____

Address: _____    Telephone: _____

        _____

1863_0102AS

## ⅅIGITEK® CONSUMER RETURN KIT

Thank you for your recent inquiry regarding the Digitek® (digoxin tablets, USP) product recall. Stericycle is handling all refund requests associated with the Digitek® product recall. Thus, consumers should not ask their pharmacy for a refund and should follow Stericycle's enclosed instructions to process refund requests. Please read the following information carefully and adhere to the requirements pertaining to your situation.

**A. For consumers who are able to return the remaining portion of their Digitek® prescription:**

1. Place the unused Digitek®, in its original pharmacy container (if possible), in the enclosed shipping package.
2. Place your valid pharmacy receipt in the enclosed shipping package. A valid pharmacy receipt includes the name, address, and phone number of the dispensing pharmacy, your name, the prescription number, product name, product strength, quantity of product, the date your prescription was filled, and the amount that you paid out-of-pocket for the prescription. Your prescription must have been filled between March 2006 and April 2008 to be eligible for a refund.
3. Complete and sign the *Consumer Authorization Form* at the bottom of this page and include it in the shipping package.
4. Seal the shipping package and affix the prepaid USPS label to the outside and drop in any mailbox.

**B. For consumers who destroyed or disposed of the remaining portion of their Digitek® prescription:**

**NOTE: If you have destroyed or disposed of your Digitek® and cannot return it, you may still be eligible for a refund if you have a valid pharmacy receipt (limited to one receipt) as described in #1 below.**

1. Place your valid pharmacy receipt in the enclosed shipping package. A valid pharmacy receipt includes the name, address, and phone number of the dispensing pharmacy, your name, the prescription number, product name, product strength, quantity of product, the date your prescription was filled, and the amount that you paid out-of-pocket for the prescription. Your prescription must have been filled between March 2006 and April 2008 to be eligible for a refund.
2. You must complete and sign the enclosed *Consumer's Certification of Inability to Return Digitek®* and include it in the shipping package.
3. You must also complete and sign the *Consumer Authorization Form* at the bottom of this page and include it in the shipping package.
   **Note: Both the *Consumer's Certification of Inability to Return Digitek®* and the *Consumer Authorization Form* must be signed and returned in order to qualify for a refund if you are not returning the Digitek®.**
4. Seal the shipping package and affix the prepaid USPS label to the outside and drop in any mailbox.

**Eligibility for a refund requires a valid pharmacy receipt (limited to one receipt) as described above indicating that your prescription was dispensed between March 2006 and April 2008. If you are not returning product and you do not have a valid pharmacy receipt, you are not eligible for a refund.**

This Consumer Return Kit and required documents must be completed and postmarked no later than **October 31, 2008**, in order to be eligible for a refund. Refund requests may take up to 12 weeks from the time that Stericycle receives the completed Consumer Return Kit.

For shipping assistance and/or questions about the return process, contact Stericycle at **1-888-276-6166.**

*CONSUMER AUTHORIZATION FORM: (Signature required)*

**I understand that the information I have provided in connection with my request for a refund on Digitek® will be used by Stericycle for any purpose related to my request for a refund. As necessary, Stericycle may contact my pharmacy to process my request for a refund and to verify the information I have provided.**

**By signing below, I authorize Stericycle to use the information I have provided as set forth above. For such purpose, I understand that Stericycle may provide to my pharmacy a copy of this completed Authorization and all other information I have given to Stericycle to process my request for a refund.**

Signature: _____   Print Name: _____   Date: _____

Address: _____            Telephone: _____

_____

_____

1863_0101AS

# Urgent:  Drug Recall
## Digitek® (digoxin tablets, USP)
### All lots within expiry

Below is a listing of affected Digitek® product by NDC number.

| NDC | Name | Strength |
|-----|------|----------|
| 62794-145-01 | Digitek® (Digoxin Tablets, USP) | 125 mcg (0.125 mg) |
| 62794-145-10 | Digitek® (Digoxin Tablets, USP) | 125 mcg (0.125 mg) |
| 62794-145-56 | Digitek® (Digoxin Tablets, USP) | 125 mcg (0.125 mg) |
| 62794-146-01 | Digitek® (Digoxin Tablets, USP) | 250 mcg (0.25 mg) |
| 62794-146-10 | Digitek® (Digoxin Tablets, USP) | 250 mcg (0.25 mg) |
| 62794-146-56 | Digitek® (Digoxin Tablets, USP) | 250 mcg (0.25 mg) |

**Event 1863**
**ID 23377375**
ELWOOD BULL

If you have affected product or a valid pharmacy receipt please carefully read and follow the instructions on the attached form and place all necessary forms, completed and signed, in the shipping package with your return.

After ensuring all necessary forms are complete and your shipping package is ready to be mailed, remove the prepaid USPS label from the bottom of this page and affix it to the shipping package then drop in any mailbox.

Please note, if you are not returning product and you do not have a valid pharmacy receipt, you are not eligible for a refund.

**Event 1863**
**ID 23377375**
ELWOOD BULL

---

ID# 23377375     Event 1863
ELWOOD BULL
1804 SE 13TH TER
CAPE CORAL FL  33990

POSTAGE DUE COMPUTED BY DELIVERY UNIT
POSTAGE  _____

MERCHANDISE RETURN FEE  _____

TOTAL POSTAGE AND FEES DUE  _____



NO POSTAGE
NECCESSARY
IF MAILED
IN THE
UNITED STATES

# PRIORITY MAIL

## MERCHANDISE RETURN LABEL
PERMIT NO. 70005            INDIANAPOLIS IN  46241
STERICYCLE                 2670 EXECUTIVE DRIVE

# POSTAGE DUE UNIT
## US POSTAL SERVICE
## PO BOX 9998
## INDIANAPOLIS IN 46241-9998

ID  23377375      Event  1863
ELWOOD BULL

023 (10/06)

STERICYCLE
(800) 668-4391
2670 EXECUTIVE DR SUITE A
INDIANAPOLIS IN  46241

**LTR   1 OF 1**

**SHIP TO:**
ATTN: CONSUMER
(234) 574-8698
ELWOOD BULL
1804 SE 13TH TER

CAPE CORAL FL  33990



# FL 339 0-05



## UPS 2ND DAY AIR

TRACKING: 1Z E38 095 02 2450 4080

**2**



BILLING: P/P

N23377375D1863-51178

URC75.5A 02/2008

2 B

Bull





℞ only
NDC 51079-945-63
DIGITEK® (DIGOXIN TABLETS, USP)
125 mcg (0.125 mg)
30 Tablets
Store at 15° - 25°C (59° - 77°F) in a dry place. Protect from light.
Manufactured by:
Amide Pharmaceutical, Inc.
Little Falls, NJ 07424
For:
Bertek Pharmaceuticals Inc.
Sugar Land, TX 77478
Pkg/Distributed by:
UDL Laboratories, Inc.
Rockford, IL 61103
UDL
NDC 51079-945-63
Press and hold button on Left side . . .
Pull inner card out from Right side
MYLAN®
S- 9766
℞ only
NDC 51079-945-63
DIGITEK® (DIGOXIN TABLETS, USP)
125 mcg (0.125 mg)
30 Tablets
Store at 15° - 25°C (59° - 77°F) in a dry place. Protect from light.
Manufactured by:
Amide Pharmaceutical, Inc.
Little Falls, NJ 07424
For:
Bertek Pharmaceuticals Inc.
Sugar Land, TX 77478
Pkg/Distributed by:
UDL Laboratories, Inc.
Rockford, IL 61103
UDL
NDC 51079-945-63
Press and hold button on Left side . . .
Pull inner card out from Right side
MYLAN®
S- 9766

**WAL-MART PHARMACY**

Rx 7652617          ACG          (239) 772-4900
BULL, ELWOOD

TAKE ONE TABLET BY MOUTH EVERY DAY          03/03/2008

DIGITEK 0.125MG TAB UDL LABS
QTY 90 DISCARD AFTER 02/27/2009
CONRAD, JAMES
May Refill 3 X by 02/27/2009
Rx590 PLEASE ALLOW 24 HOURS FOR REFILLS

---

**WAL-MART PHARMACY**

Rx 7652617          ACG          (239) 772-4900
BULL, ELWOOD

TAKE ONE TABLET BY MOUTH EVERY DAY          03/03/2008

DIGITEK 0.125MG TAB UDL LABS
QTY 90 DISCARD AFTER 02/27/2009
CONRAD, JAMES
May Refill 3 X by 02/27/2009
Rx590 PLEASE ALLOW 24 HOURS FOR REFILLS

2 G

Bull



**LEE MEMORIAL
HEALTH SYSTEM**
P.O. Box 150107
Cape Coral, Florida 33915

A Not-for-Profit Hospital
Licensed by
The State of Florida

LEE MEMORIAL HEALTH SYSTEM
239-242-6000 or 800-809-9906
FAX: 239-242-6082
**Online bill pay at:**
**www.leememorial.org/businessoffice**

**February 19, 2008**

982-2-2****AUTO**SCH 3-DIGIT 339
IıldııılıldıldlıllıllıııIIlldlıllıllıllıllıllılId
**ELWOOD HARRISON BULL**
**1804 SE 13TH TER**
**CAPE CORAL, FL 33990-6818**

| ACCOUNT NUMBER: | |
| --- | --- |
| | **9458099** |
| PRIMARY INSURANCE:<br>POLICY NUMBER: | **MEDICARE**<br>**214308551A** |
| SECONDARY INSURANCE:<br>POLICY NUMBER: | **SOUTHCARE NETWORK**<br>**215361173** |

M    982

Dear Elwood Harrison Bull

Thank you for choosing Lee Memorial Health System for your health care needs.
Elwood Harrison Bull was a patient at Cape Coral from 02/08/08 to 02/11/08.
The following charge summary is provided for your review.

```
        SUMMARY OF CHARGES
        R&C PROG/MO  2DAYS@  1394.00   2788.00
                PHARMACY                2148.40
                MED/SURG SUPPLIES        240.00
                LABORATORY              5608.16
                RADIOLOGY-DIAG           457.62
                CT SCAN                 1550.03
                EMERGENCY ROOM          1108.28
                PULMONARY FUNCTION      1382.23
                PHARMACY                 865.14
                EKG/ECG                  188.91
                TREATMENT/OBSV RM       1250.00
        SUB-TOTAL OF CHARGES           17586.77
```

The amount due from you will be determined upon receipt of payment from Medicare or your
Medicare HMO, and any supplemental insurance you may have presented at the time of registration.

If you have provided us with supplemental insurance information, we will file the claim for you
upon receipt of payment from your primary insurance carrier.

If you have any questions regarding this bill please contact Customer Service at 239-242-6000 or
1-800-809-9906 Monday - Friday from 9:00 am - 3:00 pm.  You may also contact us on our website
at www.leememorial.org.

Please refer to the reverse of this letter for additional information  you may find helpful.

Thank You,

Lee Memorial Health System
Patient Business Services

INSURANCE BENEFITS ASSIGNED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00884

**PLAINTIFF: RAYMOND GRAY**

### PLAINTIFF, RAYMOND GRAY'S, AMENDED RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

Plaintiff, RAYMOND GRAY, by and through his undersigned attorneys, hereby responds to Defendants' Requests for Admissions served June 9, 2009, as follows:

### REQUESTS FOR ADMISSIONS

**Request for Admission No. 1**: Admit that you did not serve Defendants with any of Plaintiff's Medical records or pharmacy records when you served the Plaintiff Fact Sheet.

**Response**: Admitted. However, please see Plaintiff's First Supplement to Amended Digitek® Plaintiff's Fact Sheet filed contemporaneously herewith.

**Request for Admission No. 2**: Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you filed the Complaint in this case.

**Response**: Denied.

**Request for Admission No**. 3: Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you served Defendants with the Plaintiff Fact Sheet on 5/26/09.

**Response**: Denied.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, RAYMOND GRAY'S, Amended Response to Defendants' First Request for Admissions to Defendants via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
        mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
        matthew.moriarty@tuckerellis.com
        kristen.mayer@tuckerellis.com

Respectfully submitted,

By: _____

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

                                        MDL No. 1968
                                        SDWV No. 2:09-cv-00884

**PLAINTIFF: RAYMOND GRAY**

### FIRST SUPPLEMENT TO
### AMENDED DIGITEK® PLAINTIFF'S FACT SHEET

## IX.    DOCUMENT DEMANDS

1.    Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

      RESPONSE:  **Authorizations for each  healthcare provider were previously provided in Plaintiff's Fact Sheet served on May 26, 2009.**

2.    Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

      a.    All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

            **Response:   Attached -  Walgreens letter of May 1, 2008;  Walgreens Personal Prescription Information**

      b.    Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

            **Response:   Attached – Labels for Digoxin prescriptions 1/28/07; 9/10/07; 6/3/07; 12/19/07; 4/7/07; 12/30/06**

      c.    All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

            **Response:   None in plaintiff's possession.**

d.  All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury.  **Response:  None in Plaintiff's possession.**

e.  Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable).  **Response:  Not Applicable**

f.  Decedent's death certificate and autopsy report (if applicable).  **Response:  Not applicable.**

g.  Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

    **Response:  None in Plaintiff's possession.**

h.  All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

    **Response:  None in Plaintiff's possession.**

i.  Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

    **Response:  None in Plaintiff's possession.**

k.  Non-privileged documents, including any diaries, calendars or notes that record Plaintiff/ Decedent's health, use of Digitek or alleged injuries

    **Response:  None in Plaintiff's possession.**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, RAYMOND GRAY'S, First Supplement to Amended Digitek Plaintiff's Fact Sheet via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

E-Mail: hkaplan@shb.com
        mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
        matthew.moriarty@tuckerellis.com
        kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com





The Pharmacy America Trusts · Since 1901™

May 1, 2008

# URGENT DRUG RECALL INFORMATION

Dear Walgreens Prescription Customer,

Our records indicate that between April 25, 2007 and April 25, 2008, you received one or more prescriptions for Digoxin (Digitek®) tablets from a Walgreens pharmacy.

The manufacturer of Digoxin (Digitek®) is recalling all lots of this medication because there is the possibility that some tablets may have double the appropriate thickness and may contain twice the appropriate level of active ingredient.

Please note that it is important to ensure your dosage of Digoxin (Digitek®) is correct and that you do not discontinue your medication.

We ask that you attempt to contact your physician or other health care provider and share this information with them.  You may return any remaining Digoxin (Digitek®) tablets to your local Walgreens pharmacy for a replacement.

If you have questions about this recall, you may contact the manufacturer at 1-888-276-6166, Monday through Friday 8 a.m. to 5 p.m. Eastern Time, or visit the web site **www.actavis.us.**  Information is also available at the FDA web site **www.fda.gov.**

Thank you for your attention to this matter.  We look forward to seeing you at Walgreens so that we can continue to serve all of your healthcare needs.

Sincerely,

Kermit R. Crawford, R.Ph.
Senior Vice President
Pharmacy Services

Walgreens  Your Personal Prescription Information

PATIENT   RAYMOND GRAY
MEDICATION  DIGOXIN 0.25MG TABLETS (WHITE)
QUANTITY   30
DIRECTIONS  TAKE ONE TABLET BY MOUTH EVERY
MORNING

NDC 62791-0146-10

WHITE

Side f1: B146

P. NL   MCROSS, MD   PHARMACY PH. (901)353-0639
Our reco... show that you have reported no allergies:

Our records show that you have reported no special health conditions.

**INGREDIENT NAME:**
DIGOXIN (di-JOX-in)

**COMMON USES:**
This medicine is a cardiac glycoside used to treat heart failure and some irregular heart rhythms.

**BEFORE USING THIS MEDICINE:**
Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking acarbose, amphotericin B, aminoglycoside, macrolide or tetracycline antibiotics; amiodarone; cholestyramine; colestipol; cyclosporine; diltiazem; indomethacin; itraconazole; loop or thiazide diuretics; penicillamine; propafenone; quinidine; quinine; verapamil; or medicine for cancer or thyroid conditions. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of ventricular fibrillation. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:**
Follow the directions for using this medicine provided by your doctor. DO NOT TAKE THIS MEDICINE within 1 hour of food high in fiber. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and remember the same day, take the missed dose. If you do not remember until the next day or if it is more than 12 hours since your missed dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:**
DO NOT STOP TAKING THIS MEDICINE without first checking with your doctor. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENT, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy.

**POSSIBLE SIDE EFFECTS:**
CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience confusion, restlessness, agitation, unusual tiredness or weakness, loss of appetite, nausea, vomiting, diarrhea, fast/slow/irregular heartbeat, or changes in vision. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**OVERDOSE:**
If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include changes in vision, loss of appetite, nausea, vomiting, diarrhea, dizziness, weakness, and irregular heartbeat.

**ADDITIONAL INFORMATION:**
DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF YOU WILL BE USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply runs out.

**KEEP OUT OF REACH OF CHILDREN** - STORE IN SAFETY CONTAINERS OR SECURE AREA

2 b

12/30/06 14:06        1154313-02891

RAYMOND GRAY                    LF  11/27/06
2700 ORMAN                      (901)358-0090
MEMPHIS, TN  38127              NDC 62794-0146-10

                               DAW N CLASS RX#DAYS 30
                               SAE    HCS        $1.00
                               PAY CODE  O  AHAMPD

P. NORTHCROSS, MD
969 PEABODY AVE
MEMPHIS, TN  38104
(901)523-7781

| Take This Medicine 30 To 60 Minutes Before Food High In Fiber. | DOB 06/26/59  M | NDC  62794-0146-10 | |
|---|---|---|---|
| | PROMISED TIME SAT  4:00PM  12/30/06 | WHITE | REFILL |
| | Our records show that you have reported no charges: | ◯ | 10 DRAM |
| Most Insurance allow refill on or after 01/24/2007 | | Side 1. 8146 | CELL 28 |

Store TT 1 of 5
2644 JAMES ROAD MEMPHIS, TN  38127
**RAYMOND GRAY**
2700 ORMAN
MEMPHIS, TN  38127
NO 1154313-02891 DATE  12/30/06
**DIGOXIN 0.25MG TABLETS (WHITE)**
QTY 30    3 REFILLS BEFORE 11/27/07
REFILL   $11.99   Your Insurance Saved You: $10.99

XXX/MJK/  /MJK
PLAN  AHAMPD               CLAIM REF# A5067646937701

PH (901)353-0639
PATIENT PH (901)358-0090

$1.00

P. NORTHCROSS, MD
NDC  62794-0146-10
MFG    BERTEK

 *Walgreens* Duplicate Receipt

DOB 06/26/59  M
PROMISED TIME MON 12:00PM 01/2(

NDC  62794-0146-10

WHITE

**REF**
10 DRAM

Side 1: B146

CELL 28

Our records show that you have reported no allergies:

Store TT 6 of 6
2644 JAMES ROAD MEMPHIS TN 38127                    PH (901)353-0639
**RAYMOND GRAY**                                    PATIENT PH (901)358-0090
2700 ORMAN
MEMPHIS, TN 38127
NO 1154313-02891 DATE  01/28/07
DIGOXIN 0.25MG TABLETS (WHITE)
QTY 30
REFILL  $11.99  Your insurance Saved You: $11.99        $0.00

XXX/ / /MJK
PLAN MEMHLMPD        CLAIM REF# 07028533018100999
GROUP# PDA12

NDC   62794-0146-10
MFG   BERTEK
*Walgreens* Duplicate Receip.

---

**RAYMOND GRAY**
2700 Orman, Memphis, TN 3817"
(901)552-4433
**RX # 1184223-0.    1**       DATE: 09/10/07

DIGOXIN 0.25MG TABLETS (WHITE)
QTY:30        NO REFILLS - DR. AUTH REQUIRED
Refill        NDC:62794-0146-10                      $ 0.00

P. NORTHCROSS, MD       PLAN: MEMHLMPD
MFG:BERTEK             GROUP# PDA12
XXX/ / /SKB           CLAIM REF# 072537843943032999

*Walgreens*                                   Customer
The Pharmacy of America "Likes - Since 1901"   Receipt
2644 JAMES ROAD MEMPHIS, TN 38127
PH: (901)353-0639

**Pharmacy use only**

TUE    12:00PM          DIGOXIN 0.25MG TABLETS (WHITE)
Refill                 62794-**0146**-10
                       FAST RACK

---

**RAYMOND GRAY**
2700 Orman, Memphis, TN 38127
(901)358-0090
**RX # 1184223-02891**        DATE: 06/03/07

DIGOXIN 0.25MG TABLETS (WHITE)
QTY:30        3 REFILLS BEFORE 10/18/07
Refill        NDC:62794-0146-10                        $ 0.00

P. NORTHCROSS, MD       PLAN: MEMHLMPD
MFG:BERTEK             GROUP# PDA12
XXX/MJK/MJK/MJK        CLAIM REF# 071543089361019999

*Walgreens*  2644 JAMES ROAD MEMPHIS, TN  38127    Duplicate
PH:(901)353-0639                                   Receipt

WHITE
FRONT: B146

XXX/MJK/MJK/MJK

**QTY 30**
10 DRAM

---

**RAYMOND GRAY**
2700 Orman, Memphis, TN  38127
(901)552-4433
**RX # 1210762-'    91**     DATE: 12/19/07

DIGOXIN 0.25MG TABLETS (WHITE)
QTY:30        2 REFILLS BEFORE 09/28/08
Refill        NDC:62794-0146-10
Retail Price: $11.99   Your insurance Saved You: $10.99   $ 1.00

P. NORTHCROSS, MD       PLAN: MEMHLMPD
MFG:BERTEK             GROUP# PDA12
SSC/ / /MJK            CLAIM REF# 073534497357050999

*Walgreens*  2644 JAMES ROAD MEMPHIS, TN  38127    Customer
PH:(901)353-0639                                   Receipt

**Pharmacy use only**

WED    3:45PM           DIGOXIN 0.25MG TABLETS (WHITE)
Refill                 62794-**0146**-10
                       FAST RACK



---

**RAYMOND GRAY**
2700 Orman, Memphis, TN 38127
(901)358-0090
**RX # 1154313-0    1**      DATE: 04/07/07

DIGOXIN 0.25MG TABLETS (WHITE)
QTY:30        NO REFILLS - DR. AUTH REQUIRED
Refill        NDC:62794-0146-10                        $ 0.00

P. NORTHCROSS, MD       PLAN: MEMHLMPD
MFG:BERTEK             GROUP# PDA12
XXX/ / /MJK            CLAIM REF# 070973933320002999

*Walgreens*  2644 JAMES ROAD MEMPHIS, TN 38127    Customer
PH: (901)353-0639                                 Receipt

**Pharmacy use only**

SAT    3:00PM           DIGOXIN 0.25MG TABLETS (WHITE)
Refill                 62794-**0146**-10
                       CELL 27

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00885

**PLAINTIFF: JESSIE HICKMAN**

### PLAINTIFF, JESSIE HICKMAN'S, AMENDED RESPONSE TO
### DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

Plaintiff, JESSIE HICKMAN, by and through his undersigned attorneys, hereby responds

to Defendants' Requests for Admissions served June 9, 2009, as follows:

### REQUESTS FOR ADMISSIONS

**Request for Admission No. 1**:   Admit that you did not serve Defendants with any of

Plaintiff's Medical records or pharmacy records when you served the Plaintiff Fact Sheet.

**Response**:   Admitted.  However, please see Plaintiff's First Supplement to Amended

Digitek® Plaintiff's Fact Sheet filed contemporaneously herewith.

**Request for Admission No. 2**:   Admit that you did not have any of Plaintiff's medical

records or pharmacy records in your possession when you filed the Complaint in this case.

**Response**:   Denied.

**Request for Admission No**. 3:   Admit that you did not have any of Plaintiff's medical

records or pharmacy records in your possession when you served Defendants with the Plaintiff

Fact Sheet on 5/26/09.

**Response**: Denied.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, JESSIE HICKMAN'S, Amended Response to Defendants' First Request for Admissions to Defendants via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
matthew.moriarty@tuckerellis.com
kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ. :
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00885

PLAINTIFF: JESSIE HICKMAN

FIRST SUPPLEMENT TO
AMENDED DIGITEK® PLAINTIFF'S FACT SHEET

IX.     DOCUMENT DEMANDS

1.      Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the
        healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and
        § IV, Question No. 2.

        RESPONSE:  **Authorizations for each  healthcare provider were previously provided in
        Plaintiff's Fact Sheet served on May 26, 2009.**

2.      Documents in your possession, including writings on paper or in electronic form:  If you have any
        of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

        a.      All documents constituting, concerning or relating to product use instructions, product
                warnings, package inserts, pharmacy handouts or other materials distributed with or
                provided to you in connection with your use of Digitek®.

                **Response:  None in Plaintiff's possession**

        b.      Copies of the entire packaging, including the box and label, for Digitek® and any
                Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items
                requested in this subpart).

                **Response:  None in Plaintiff's possession**

        c.      All documents relating to your purchase of Digitek®, including, but not limited to,
                receipts, prescriptions or records of purchase.

                **Response:  None in Plaintiff's possession.**

d.  All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury. **Response: None in Plaintiff's possession.**

e.  Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable). **Response: Not Applicable**

f.  Decedent's death certificate and autopsy report (if applicable). **Response: Not applicable.**

g.  Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

    **Response: Medication List of 8/15/07 from Memphis Cardiac Care Center is attached.**

h.  All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

    **Response: None in Plaintiff's possession.**

i.  Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

    **Response: None in Plaintiff's possession.**

k.  Non-privileged documents, including any diaries, calendars or notes that record Plaintiff/ Decedent's health, use of Digitek or alleged injuries

    **Response: None in Plaintiff's possession.**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, JESSIE HICKMAN'S, First Supplement to Amended Digitek Plaintiff's Fact Sheet to the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
        mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
        matthew.moriarty@tuckerellis.com
        kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

29

# Memphis Cardiac Care Center
## Medication List

**Name:** Jessie Hickman
**Date:** 8.15.07

1. Terazosin 5mg QD
2. Spirnolactone 25mg QD
3. Warfarin 4mg QD
4. Digitek 250mcg QD
5. Glipizide XL 2.5mg BID
6. Coreg 25mg BID
7. Isosorbide Dinitrate 20mg BID
8. Lisinopril 40mg QD
9. Lasix 40mg QD
10.
11.
12.
13.
14.
15.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00886

**PLAINTIFF: SHIRLEY HURLEY**

## PLAINTIFF, SHIRLEY HURLEY'S, AMENDED RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

Plaintiff, SHIRLEY HURLEY, by and through her undersigned attorneys, hereby responds to Defendants' Requests for Admissions served June 9, 2009, as follows:

## REQUESTS FOR ADMISSIONS

**Request for Admission No. 1**: Admit that you did not serve Defendants with any of Plaintiff's Medical records or pharmacy records when you served the Plaintiff Fact Sheet.

**Response**: Admitted. However, please see Plaintiff's First Supplement to Amended Digitek® Plaintiff's Fact Sheet filed contemporaneously herewith.

**Request for Admission No. 2**: Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you filed the Complaint in this case.

**Response**: Denied.

**Request for Admission No. 3**: Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you served Defendants with the Plaintiff Fact Sheet on 5/26/09.

**Response**: Denied

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2009, I served Plaintiff, SHIRLEY HURLEY'S, Amended Response to Defendants' First Request for Admissions to Defendants via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
matthew.moriarty@tuckerellis.com
kristen.mayer@tuckerellis.com

Respectfully submitted,

By: _____

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00886

**PLAINTIFF: SHIRLEY HURLEY**

### FIRST SUPPLEMENT TO
### AMENDED DIGITEK® PLAINTIFF'S FACT SHEET
### IX.     DOCUMENT DEMANDS

1.    Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

   RESPONSE:  **Authorizations for each  healthcare provider were previously provided in Plaintiff's Fact Sheet served on May 26, 2009.**

2.    Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

   a.    All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

      **Response:   Attached -  RiteAid letter and press release 4/28/08**

   b.    Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

      **Response:   Attached – copy of prescription label 3/31/08**

   c.    All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

      **Response:   None in plaintiff's possession.**

d.    All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury. **Response: None in Plaintiff's possession.**

e.    Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable). **Response: Not Applicable**

f.    Decedent's death certificate and autopsy report (if applicable). **Response: Not applicable.**

g.    Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

**Response: None in Plaintiff's possession.**

h.    All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

**Response: None in Plaintiff's possession.**

i.    Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

**Response: None in Plaintiff's possession.**

k.    Non-privileged documents, including any diaries, calendars or notes that record Plaintiff/ Decedent's health, use of Digitek or alleged injuries

**Response: None in Plaintiff's possession.**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, SHIRLEY HURLEY'S, First Supplement to Amended Digitek Plaitnfif's Fact Sheet via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
        mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
        matthew.moriarty@tuckerellis.com
        kristen.mayer@tuckerellis.com

Respectfully submitted,

By: _____

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

2 a



April 28, 2008

Dear Valued Rite Aid Patient:

This letter is to inform you that Mylan Pharmaceuticals has voluntarily recalled all lot numbers of all strengths of Digitek, also known as digoxin, manufactured by Actavis Totowa. Enclosed is the press release in respect to this recall. These tablets may contain twice the approved level of active ingredient.

By receiving this letter, you, or a member of your family, have been identified as having received a recent prescription for Digitek. The label of affected Digitek prescriptions may show one of the following manufacturers: Bertek or UDL.

Mylan, the distributor of Digitek, has set up a recall line to provide additional information about the recall and will provide you a consumer packet to facilitate return of unused product. The toll-free phone number is 1-888-276-6166. You may also return any unused product to your local Rite Aid Pharmacy.

If you have not already done so, please talk with your healthcare provider to report the possibility of having received a higher than prescribed dose of Digitek (digoxin) and whether additional refills of digoxin are appropriate. If, after discussing with your healthcare provider, additional refills of digoxin are needed, please contact your local Rite Aid pharmacy for a refill.

Due to this recall, replacement product will be available in limited supply. Rite Aid is currently working to acquire a supply of product from alternate manufacturers.

Should you have any further questions, please contact your Rite Aid pharmacist.

Sincerely,

Your Rite Aid Pharmacy

PRESS : NEWSROOM : ARTICLES

## PRESS RELEASES

25.04.2008 / Product

### Actavis Totowa (formerly known as Amide Pharmaceutical, Inc.) recalls all lots of Bertek and UDL Laboratories Digitek (digoxin tablets, USP) as a precaution

*Morristown, NJ, 25 April, 2008* - Actavis Totowa LLC, a United States manufacturing division of the international generic pharmaceutical company Actavis Group, is initiating a Class 1 nationwide recall of Digitek (digoxin tablets, USP all strengths) for oral use. The products are distributed by Mylan Pharmaceuticals, Inc. under a "Bertek" label and by UDL Laboratories, Inc. under a "UDL" label.

The voluntary all-lot recall is due to the possibility that tablets with double the appropriate thickness may have been commercially released. These tablets may contain twice the approved level of active ingredient than is appropriate.

Digitek is used to treat heart failure and abnormal heart rhythms. The existence of double-strength tablets poses a risk of digitalis toxicity in patients with renal failure. Digitalis toxicity can cause nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia. Death can also result from excessive Digitalis intake. Several reports of illness and injuries have been received.

Actavis manufactures the products for Mylan and the products are distributed by Mylan and UDL under the Bertek and UDL labels. Bertek and UDL are affiliates of Mylan.

**Any customer inquiries related to this action should be addressed to Stericycle customer service at 1-888-276-6166 with representatives available Monday through Friday, 8 am to 5 pm EST. Additional information about the voluntary recall can also be found at** www.actavis.us.

**Retailers who have this product are urged to return the product to their place of purchase. If consumers have medical questions, they should contact their health care providers.**

This recall is being conducted with the knowledge of the Food and Drug Administration.

Any adverse reactions experienced with the use of this product, and/or quality problems should also be reported to the FDA's MedWatch Program by phone at 1-800-FDA-1088, by fax at 1-800-FDA-0178, by mail at MedWatch, FDA, 5600 Fishers Lane, Rockville, MD 20852-9787, or on the MedWatch website at www.fda.gov/medwatch.

2b





## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

> MDL No. 1968
> SDWV No. 2:09-cv-00888

**PLAINTIFF: GENEVA RICHMOND, Deceased**

## PLAINTIFF, GENEVA RICHMOND'S, AMENDED RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

Plaintiff, GENEVA RICHMOND, Deceased, by and through her undersigned attorneys, hereby responds to Defendants' Requests for Admissions served June 9, 2009, as follows:

## REQUESTS FOR ADMISSIONS

**Request for Admission No. 1**:  Admit that you did not serve Defendants with any of Plaintiff's Medical records or pharmacy records when you served the Plaintiff Fact Sheet.

**Response**:  Admitted. However, please see Plaintiff's First Supplement to Amended Digitek® Plaintiff's Fact Sheet filed contemporaneously herewith.

**Request for Admission No. 2**:  Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you filed the Complaint in this case.

**Response**:  Denied.

**Request for Admission No. 3**:  Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you served Defendants with the Plaintiff Fact Sheet on 5/26/09.

**Response**: Denied.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, GENEVA RICHMOND'S, Amended Response to Defendants' First Request for Admissions to Defendants via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
matthew.moriarty@tuckerellis.com
kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL 33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00888

**PLAINTIFF: GENEVA RICHMOND (Deceased)**

### FIRST SUPPLEMENT TO
### AMENDED DIGITEK® PLAINTIFF'S FACT SHEET

## IX.    DOCUMENT DEMANDS

1.    Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

      RESPONSE:  **Authorizations for each  healthcare provider were previously provided in Plaintiff's Fact Sheet served on May 26, 2009.**

2.    Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

      a.    All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

            **Response:  Attached - Walgreens letter of May 1, 2008**

      b.    Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

            **Response:  Attached – label from Digoxin prescription bottle dated 3/13/08**

      c.    All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

            **Response:  None in plaintiff's possession.**

d.   All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury. **Response:  Attached – two photographs of Geneva Richmond with breathing tube equipment`**

e.   Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable). **Response:  None in plaintiff's possession.**

f.   Decedent's death certificate and autopsy report (if applicable).

**Response:  Attached – Death Certificate 12/3/08**

g.   Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

**Response:   Attached Methodist Le Bonheur Healthcare-Conditions of Admissions, Consent for Treatment, Assignment of Benefits 4/28/08**

h.   All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

**Response:  None in Plaintiff's possession.**

i.   Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

**Response:  None in Plaintiff's possession.**

k.   Non-privileged documents, including any diaries, calendars or notes that record Plaintiff/ Decedent's health, use of Digitek or alleged injuries

**Response:  None in Plaintiff's possession.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2009, I served Plaintiff, GENEVA RICHMONDS' (Deceased), First Supplement to Amended Digitek Plaintiff's Fact Sheeet via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail:  Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail:  hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail:  carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail:  rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail:  hkaplan@shb.com
          mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail:  richard.dean@tuckerellis.com
          matthew.moriarty@tuckerellis.com
          kristen.mayer@tuckerellis.com

Respectfully submitted,

By:  _____

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email:  sweinstein@forthepeople.com
Email:  mgoetz@forthepeople.com



The Pharmacy America Trusts • Since 1901™

May 1, 2008

# URGENT DRUG RECALL INFORMATION

Dear Walgreens Prescription Customer,

Our records indicate that between April 25, 2007 and April 25, 2008, you received one or more prescriptions for Digoxin (Digitek®) tablets from a Walgreens pharmacy.

The manufacturer of Digoxin (Digitek®) is recalling all lots of this medication because there is the possibility that some tablets may have double the appropriate thickness and may contain twice the appropriate level of active ingredient.

Please note that it is important to ensure your dosage of Digoxin (Digitek®) is correct and that you do not discontinue your medication.

We ask that you attempt to contact your physician or other health care provider and share this information with them.  You may return any remaining Digoxin (Digitek®) tablets to your local Walgreens pharmacy for a replacement.

If you have questions about this recall, you may contact the manufacturer at 1-888-276-6166, Monday through Friday 8 a.m. to 5 p.m. Eastern Time, or visit the web site **www.actavis.us.**  Information is also available at the FDA web site **www.fda.gov.**

Thank you for your attention to this matter.  We look forward to seeing you at Walgreens so that we can continue to serve all of your healthcare needs.

Sincerely,

Kermit R. Crawford, R.Ph.
Senior Vice President
Pharmacy Services









Geneva Richmond

STATE OF TENNESSEE
Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH

STATE FILE NO.

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Greneva Lee Richmond
2. SEX: Female
3. DATE OF DEATH (Month, Day, Year): December 3, 2008
4. SOCIAL SECURITY NUMBER (if Deceased): 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
5a. AGE-LAST BIRTHDAY (Years): 65
5b. UNDER 1 YEAR MOS. DAYS:
5c. UNDER 1 DAY HOURS MIN.:
6. DATE OF BIRTH (Month, Day, Year): Sept 24 1943
7. BIRTHPLACE (City and State or Foreign Country): Memphis, Tennessee
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? 1 Yes  2 ☒ No
9a. PLACE OF DEATH (Check only one): HOSPITAL 1 ☒ Inpatient  2 ER/Outpatient  3 DOA OTHER: 4 Nursing Home  5 Residence  6 Other (Specify)
9b. FACILITY NAME (If not institution, give street and number): St. Francis Hospital
9c. CITY, TOWN, OR LOCATION OF DEATH: Memphis
9d. COUNTY OF DEATH: Shelby
10. MARITAL STATUS-Married, Never Married, Widowed, Divorced (Specify): Married
11. SURVIVING SPOUSE (If wife, give maiden name): Willie Richmond
12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired): Homemaker
12b. KIND OF BUSINESS/INDUSTRY: Ownhome
13a. RESIDENCE-STATE: Tennessee
13b. COUNTY: Shelby
13c. CITY, TOWN OR LOCATION: Memphis
13d. STREET AND NUMBER OR RURAL LOCATION: 4201 Pine Hollow
13e. INSIDE CITY LIMITS? 1 ☒ Yes  2 No
13f. ZIP CODE: 38116
14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify Yes or No-if yes, specify Cuban, Mexican, Puerto Rican, etc.) Yes ☒ No  Specify if yes:
15. RACE-American Indian, Black, White, etc. (Specify): Black
16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12): 12  College (1-4 or 5+):

**PARENTS**

17. FATHER'S NAME (First, Middle, Last): Ben Edwards
18. MOTHER'S NAME (First, Middle, Maiden Surname): Sarah Lee

**INFORMANT**

19a. INFORMANT'S NAME (Type/Print): Cathy Simms
19b. RELATIONSHIP TO DECEASED: Daughter
19c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): 5160 Schott Road Memphis, Tennessee  38116

**DISPOSITION**

20a. METHOD OF DISPOSITION: 1 Burial  2 Cremation  3 Removal from State  4 Donation  5 Other (Specify)
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Forest Hill (Midtown)
20c. LOCATION-City or Town, State: Memphis, Tennessee
21a. SIGNATURE OF FUNERAL DIRECTOR: Wendell Naylor
21b. LICENSE NUMBER OF FUNERAL DIRECTOR: 4512
21c. SIGNATURE OF EMBALMER: Wendell Naylor
21d. LICENSE NUMBER OF EMBALMER: 4794
22a. NAME AND ADDRESS OF FUNERAL HOME: M. J. Edwards Whitehaven Funeral Chapel 5494 Elvis Presley Blvd., Memphis, Tennessee  38116
22b. LICENSE NUMBER OF FUNERAL HOME: 802

**REGISTRAR**

23. REGISTRAR'S SIGNATURE: Martha Sx  DC
24. DATE FILED (Month, Day, Year): Jan 15 2009

**CERTIFIER**

25a. PHYSICIAN - To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner as stated.
1 SIGNATURE AND TITLE OF PHYSICIAN:
25b. LICENSE NUMBER: TN27722
25c. DATE SIGNED (Month, Day, Year): 1/13/09
26a. MEDICAL EXAMINER - On the basis of examination and/or investigation, in my opinion, death occurred at the date and place, and due to the cause(s) and manner as stated.
2 SIGNATURE AND TITLE OF MEDICAL EXAMINER:
26b. LICENSE NUMBER:
26c. DATE SIGNED (Month, Day, Year):
27. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR MEDICAL EXAMINER) (Type/Print): Dr. James R. Dismukes, 6263 Poplar Ave. #1052, Memphis, TN 38119

**CAUSE OF DEATH**

28. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Chronic obstructive Pulmonary Disease
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.
b.
DUE TO (OR AS A CONSEQUENCE OF):
c.
DUE TO (OR AS A CONSEQUENCE OF):
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

29a. WAS AN AUTOPSY PERFORMED? 1 Yes  2 No
29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? 1 Yes  2 No

30. MANNER OF DEATH: 1 ☒ Natural  2 Accident  3 Suicide  4 Homicide  5 Pending Investigation  6 Could not be Determined
31a. DATE OF INJURY (Month, Day, Year):
31b. TIME OF INJURY:
31c. INJURY AT WORK? 1 Yes  2 No
31d. DESCRIBE HOW INJURY OCCURRED:
31e. PLACE OF INJURY-At home, farm, street, factory, office building, etc. (Specify):
31f. LOCATION (Street and Number or Rural Route Number, City or Town, State):

PH-1659 (REV. 6/99)

3289362

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Sharon M. Leinbach
STATE REGISTRAR

Debbie Conner
Local Registrar
Shelby County

Date Issued

JAN 15 2009

**CERTIFICATION OF VITAL RECORD**





**Methodist**
**Le Bonheur** Healthcare

Methodist Healthcare University Hospital
Methodist Healthcare North Hospital
Methodist Healthcare South Hospital
Methodist Healthcare Germantown Hospital

Methodist Healthcare Extended Care Hospital
Le Bonheur Children's Medical Center
Methodist Healthcare Fayette Hospital

### GENERAL CONDITION OF ADMISSIONS
### CONSENT FOR TREATMENT, RELEASE OF INFORMATION
### ASSIGNMENT OF INSURANCE BENEFITS AND FINANCIAL AGREEMENT

- **MEDICAL AND SURGICAL CONSENT:** The undersigned consents to any examination (x-ray or otherwise), including but not limited to medications, infusions, transfusions of blood and blood products, anesthesia, surgical procedure or treatment (including the placement of prosthesis within a patient's body, photographs, videos, laboratory procedures which may include the drawing/testing of blood for any communicable disease such as hepatitis or HIV, and/or services rendered the patient by members of the medical staff, their representatives and/or employees, and hospital associates. The undersigned also consents to observation of surgical, diagnostic, or other procedures by medical personnel in training or by other appropriate persons permitted by the attending practitioner and allowed by hospital or department policy. In the event that I receive a transfusion of blood and/or blood products, I agree that the blood product supplier for the hospital may contact me about the blood donor advocate program and that any patient registration information related to me may be released by the hospital to such supplier for that purpose.

- **HEALTH CARE PROVIDERS:** Medical personnel, including treating physicians, who provide my care or treatment, may not be employees of the Hospital. These persons include emergency room physicians, pathologists, radiologists, anesthesiologists, anesthetists, psychologists and certain nurses and aides. **I agree that it is my responsibility to ask questions sufficient to make informed decisions based on the employment status/affiliations of my health care providers.** (The employment of private duty nurses or sitters is the responsibility of the patient.)

- **TISSUE/SPECIMEN ANALYSIS AND DISPOSAL:** Should my hospital stay involve the removal of tissue or parts of my body, including fetus or afterbirth, they may be retained or disposed of by the hospital, or forwarded to appropriate diagnostic entities for review and/or analysis.

- **PERSONAL VALUABLES:** It is understood that the hospital maintains a safe for money and valuables, and that the hospital will not be responsible for loss or damage to any money or property of the patient or others unless delivered to or deposited with the hospital for safekeeping and a written safekeeping receipt issued by the hospital therefor.

- **SAFETY:** For reasons of safety, personal electrical items will not be used in electrically susceptible areas. Personal televisions are prohibited. Only transistor-type battery operated radios are allowed. Any electrical appliances brought in by the patient must be approved by the fire and safety manager.

- **MEDICAL INFORMATION RECEIVED:** The patient if in a condition to receive it, and if not, the undersigned representative of the patient, acknowledges that he/she has been informed concerning the need for hospital services, the purpose of the patient entering the hospital, and the planned examinations, procedures, and treatment. It is understood that the practice of medicine is not an exact science, and no guarantee can be given by anyone as to the results that will be attained.

- **RELEASE OF INFORMATION:** I understand that the hospital and my physicians may disclose all or any part of my medical record or medical information to any person or organization described or specifically named in the hospital's Notice of Privacy of Practices and to any other persons or organizations for any purpose described therein. Our organization shares your health information with the MidSouth eHealth Alliance in a community-wide information system for the purposes of diagnosis and treatment. Other healthcare providers may access your health information through this system as part of your treatment. Contact the Facility Health Information Management Director for questions or concerns.

- **AUTHORIZATION TO PAY INSURANCE BENEFITS:** I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers, any information needed to file a claim for payment or any related Medicare or Medicaid/TennCare claims for payment. I hereby authorize direct payment to the hospital and other medical providers of all health, hospitalization, and all other insurance benefits and assign and transfer all benefits that I am entitled to or otherwise are due or payable to me or from my estate or from any source.

- **FINANCIAL AGREEMENT:** The undersigned SEVERALLY agree, whether signing as a patient or otherwise, that in consideration of the services rendered to patient, payment of the account is guaranteed by the undersigned in accordance with the regular rates and terms of the hospital and other medical providers, and is payable to the hospital and other medical providers. While any insurance or other protection related to the account of the hospital and other medical providers may be hereby assigned to and payable directly to the hospital and other medical providers, the undersigned clearly understands that the obligation to pay the hospital and other medical providers is primarily on the patient and the undersigned, and while insurance received by the hospital and to the medical providers will be applied to the patient's account, any part of the account not so paid by insurance is nevertheless owing and payable. In cases of default of payment, and if these accounts should be placed in the hands of a Collector or an Attorney for collection, all collection fees, attorney fees (which shall equal one-third of any balance due), cost and other expenses will be paid by the undersigned. Notice of dishonor, demand and protest are waived. It is further agreed that due to the high cost of billing and refunding small amounts, the hospital will not bill or refund under payments or over payments of less than five dollars ($5.00) on final balances, except on a request of the patient or responsible party. Further, I understand that the terms of this Financial Agreement shall apply to all subsequent and future services rendered to me, my spouse, or my dependents by hospital and other medical providers unless this agreement is revoked by written notice sent certified mail prior to the subsequent date of admission.

- **RECEIPT OF COPY OF NOTIFICATION TO MEDICARE/MEDICAID EXCLUSIONS (ON REVERSE SIDE):** I certify that I have received a copy of the General and Specific Medicare exclusions which identifies the hospital charges that **are not** covered by Medicare/Medicaid/TennCare.

The above conditions apply to all units within the hospital system and this form is valid at each hospital for the length of the admission, including any discharge and readmission to another unit or facility or hospital during hospitalization. The release of information set forth hereinabove is valid for one year from date of discharge and the assignment of insurance benefits and financial agreement is valid until final settlement of the account is received.

Hospital has my permission to publish my name in the hospital directory and/or alphabetic listing [Yes]_____) [No]_____ (Please initial)

**ACKNOWLEDGMENT OF PRIVACY NOTICE** _____ **(initial) or (N/A if provided previously)**
**UNABLE TO ACKNOWLEDGE BECAUSE:   [ ] unable to sign   [ ] refused   [ ] Other:** _____

Patient's Signature (or Representative) for consent to treatment and release of information _____

Relationship to Patient (if other than self): _____     Date          Time

Responsible Policyholder's Signature for Insurance Assignments:  (1)_____

(2)_____

All financially responsible individuals:     (1)_____

(2)_____

Item #1395.0206 REV

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
No. 2:09-cv-00889

**PLAINTIFF: SHIRLEY WILLLIAMS,**

## PLAINTIFF, SHIRLEY WILLLIAMS', AMENDED RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

Plaintiff, SHIRLEY WILLLIAMS, by and through her undersigned attorneys, hereby responds to Defendants' Requests for Admissions served June 9, 2009, as follows:

## REQUESTS FOR ADMISSIONS

**Request for Admission No. 1**: Admit that you did not serve Defendants with any of Plaintiff's Medical records or pharmacy records when you served the Plaintiff Fact Sheet.

**Response**: Admitted. However, please see Plaintiff's First Supplement to Amended Digitek® Plaintiff's Fact Sheet filed contemporaneously herewith.

**Request for Admission No. 2**: Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you filed the Complaint in this case.

**Response**: Denied.

**Request for Admission No**. 3: Admit that you did not have any of Plaintiff's medical records or pharmacy records in your possession when you served Defendants with the Plaintiff Fact Sheet on 5/26/09.

**Response**: Denied.

# CERTIFICATE OF SERVICE

I hereby certify that on <u>August 28, 2009</u>, I served Plaintiff, SHIRLEY WILLLIAMS', Amended Response to Defendants' First Request for Admissions to Defendants via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail: hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail: carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail: rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail: hkaplan@shb.com
           mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail: richard.dean@tuckerellis.com
           matthew.moriarty@tuckerellis.com
           kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: mgoetz@forthepeople.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

MDL No. 1968
SDWV No. 2:09-cv-00889

**PLAINTIFF: SHIRLEY WILLIAMS**

### FIRST SUPPLEMENT TO
### AMENDED DIGITEK® PLAINTIFF'S FACT SHEET

### IX.    DOCUMENT DEMANDS

1.    Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

RESPONSE:  **Authorizations for each  healthcare provider were previously provided in Plaintiff's Fact Sheet served on May 26, 2009.**

2.    Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

a.    All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

**Response:  Attached:  RiteAid letter of 4/28/08**

b.    Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

**Response:  None in Plaintiff's possession**

c.    All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

**Response:  Attached:  RiteAid prescription records 1/1/08-12/13/08 and Humana prescription records 12/1/07 – 3/31/08**

d.  All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury.  **Response:  None in Plaintiff's possession.**

e.  Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable).  **Response:  Not Applicable**

f.  Decedent's death certificate and autopsy report (if applicable).  **Response:  Not applicable.**

g.  Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

   **Response:   None in plaintiff's possession.**

h.  All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

   **Response:  None in Plaintiff's possession.**

i.  Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

   **Response:  None in Plaintiff's possession.**

k.  Non-privileged documents, including any diaries, calendars or notes that record  Plaintiff/ Decedent's health, use of Digitek or alleged injuries

   **Response:  None in Plaintiff's possession.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2009, I served Plaintiff, SHIRLEY WILLLIAMS', First Supplement to Amended Digitek Plaintiff's Fact Sheet via electronic mail, upon the following parties, addressed as follows:

David A. McLaughlin Esquire
The Cochran Firm
40 S. Main Street
Memphis, Tennessee 38103
E-Mail: DMcLaughlin@cochranfirm.com

Fred Thompson, III, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
E-Mail: Fthompson@motleyrice.com

Harry Bell, Esquire
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, West Virginia 25326
E-Mail:  hfbell@belllaw.com

Carl N. Frankovitch, Esquire
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, West Virginia 26062
E-Mail:  carln@facslaw.com

Rebecca A. Betts, Esquire
Allen Guthrie McHugh & Thomas PLLC
500 Lee Street East, #800
Charleston, West Virginia
E-Mail:  rabetts@agmtlaw.com

Harvey L. Kaplan, Esquire
Madeleine M. McDonough, Esquire
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
E-Mail:  hkaplan@shb.com
        mmcdonough@shb.com

Richard A. Dean, Esquire
Matthew P. Moriarty, Esquire
Kristen L. Mayer, Esquire
Tucker Ellis & West LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 441151-1414
E-Mail:  richard.dean@tuckerellis.com
        matthew.moriarty@tuckerellis.com
        kristen.mayer@tuckerellis.com

Respectfully submitted,

By:

SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
MICHAEL GOETZ, ESQ.
Florida Bar No. 963984
Morgan & Morgan, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Phone: (239) 433-6880
Fax: (239) 433-6836
Email:  sweinstein@forthepeople.com
Email:  mgoetz@forthepeople.com

2a



April 28, 2008

Dear Valued Rite Aid Patient:

This letter is to inform you that Mylan Pharmaceuticals has voluntarily recalled all lot numbers of all strengths of Digitek, also known as digoxin, manufactured by Actavis Totowa. Enclosed is the press release in respect to this recall. These tablets may contain twice the approved level of active ingredient.

By receiving this letter, you, or a member of your family, have been identified as having received a recent prescription for Digitek. The label of affected Digitek prescriptions may show one of the following manufacturers: Bertek or UDL.

Mylan, the distributor of Digitek, has set up a recall line to provide additional information about the recall and will provide you a consumer packet to facilitate return of unused product. The toll-free phone number is 1-888-276-6166. You may also return any unused product to your local Rite Aid Pharmacy.

If you have not already done so, please talk with your healthcare provider to report the possibility of having received a higher than prescribed dose of Digitek (digoxin) and whether additional refills of digoxin are appropriate. If, after discussing with your healthcare provider, additional refills of digoxin are needed, please contact your local Rite Aid pharmacy for a refill.

Due to this recall, replacement product will be available in limited supply. Rite Aid is currently working to acquire a supply of product from alternate manufacturers.

Should you have any further questions, please contact your Rite Aid pharmacist.


Sincerely,

Your Rite Aid Pharmacy

2 C

RITE AID PHARMACY

With us, it's personal.

Rite Aid #7198 –
4212 ELVIS PRESLEY BLVD.
MEMPHIS, TN 38116-6424
(901) 332-4997

# PATIENT HISTORY REPORT

01/01/2008   To   12/31/2008

Date: 04/17/2009
Page: 1 of 2

WILLIAMS SHIRLEY
6054 MISSION RIDGE DR
MEMPHIS, TN 38115-0000
(901) 368-4719
DOB: 03/24/1967

| Rx # | STORE | CF | RF | DATE | NDC | RPH | MEDICATION | CLM REF # | QTY DSP | DAYS SPLY | RETAIL PRICE | PAY AMT | PRESCRIBER |
|------|-------|----|----|------|-----|-----|------------|-----------|---------|-----------|--------------|---------|------------|
| | | | | | | | | | | | | | INSTRUCTION |
| 1746571 | 7198 | N | 0 | 12/08/2008 | 00527132501 | JEJ | DIGOXIN 250 MCG TABLET | A428743845163l | 30 | 30 | $11.99 | $1.05 | CARPENTER, TERRELL, FNP |
| | | | | take 1 tablet by mouth once daily | | | | | | | | | |
| 1741115 | 7198 | N | 0 | 11/12/2008 | 00527132501 | CPS | DIGOXIN 250 MCG TABLET | | 3 | 3 | $10.99 | $10.99 | KING, DEWONA |
| | | | | take 1 tablet by mouth once daily for... | | | | | | | | | |
| 1340690 | 7194 | N | 0 | 10/31/2008 | 00527132501 | PAG | DIGOXIN 250 MCG TABLET | A128705l940841 | 30 | 30 | $12.99 | $1.05 | GREENLAW, HEALTH |
| | | | | take 1 tablet by mouth once daily | | | | | | | | | |
| 1702503 | 7198 | N | 3 | 09/09/2008 | 00527132501 | JEJ | DIGOXIN 250 MCG TABLET | A008653865141 | 30 | 30 | $11.99 | $1.05 | KING, DEWONA |
| | | | | take 1 tablet by mouth once daily for... | | | | | | | | | |
| 1702503 | 7198 | N | 2 | 08/01/2008 | 57664044188 | CPS | DIGOXIN 250 MCG TABLET | A828614048022l | 30 | 30 | $11.99 | $1.05 | KING, DEWONA |
| | | | | take 1 tablet by mouth once daily for... | | | | | | | | | |
| 1702503 | 7198 | N | 1 | 06/18/2008 | 57664044188 | RSC | DIGOXIN 250 MCG TABLET | A808570677199l | 30 | 30 | $11.99 | $1.05 | KING, DEWONA |
| | | | | take 1 tablet by mouth once daily for... | | | | | | | | | |
| 1702503 | 7198 | N | 0 | 05/08/2008 | 57664044188 | TLW | DIGOXIN 250 MCG TABLET | A908529l362121 | 30 | 30 | $11.99 | $1.05 | KING, DEWONA |
| | | | | take 1 tablet by mouth once daily for... | | | | | | | | | |
| 1648999 | 7198 | N | 5 | 03/23/2008 | 62794014601 | CPS | DIGITEK 250 MCG TABLET | A608483675048l | 30 | 30 | $11.99 | $1.05 | DRAKE, SABRA F |
| | | | | take 1 tablet by mouth once daily | | | | | | | | | |

***********THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION.***********
***********THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES.***********

Humana has listed all the prescription drugs you are currently taking on this wallet-sized drug card. Cut it out, fold it up, and keep it in your wallet for emergencies and visits to your doctor or pharmacist. Look for an updated card with your most current prescription drug list every few months in your SmartSummary Rx.



along hash marks

along marks

in wallet or purse

| Name: | **SHIRLEY WILLIAMS** |
| Member ID: | **H56136808** |

FOLD                    FOLD

| ALTACE | 30 | 5MG |
|--------|-----|--------|
| DIGITEK | 30 | 250MCG |
| FUROSEMIDE | 45 | 40MG |
| METOPROLOL TARTRATE | 180 | 25MG |
| POTASSIUM CHLORIDE | 30 | 20MEQ |

FOLD                    FOLD

M0006_GH22633RR [03/07]
C0006_GH22633RR [03/07]

RITE AID PHARMACY # 7198
4212 ELVIS PRESLEY BLVD.

MEMPHIS TN 38116

(901) 332-4997
Store DEA: BX2790017
RPH: TLW

Date Filed: 11/12/2007

Rx 07198 1648999

(901) 789-7978

WILLIAMS, SHIRLEY
Date of Birth: 03/24/1967
205 E RAINES RD
MEMPHIS TN 38109

DAW: 0
DAYS SUPPLY: 30

DIGITEK 250 MCG TABLET          QTY: 30
NDC: 62794-0146-01

SABRA F DRAKE MD
360 E H CRUMP BLVD
MEMPHIS TN 38126

REFILL 9 TIMES UNTIL 07/25/2008

HUMANA MEDICARE PART D <BIN#610649 PCN#032000
GRP: P5441003          CLM REF #: A027716196369I

U&C :          $10.99

PAY :          $1.00

MEDICATION WARNINGS

IT IS VERY IMPORTANT THAT YOU USE THE EXACTLY AS DIRECTED. DO NOT SKIP DOSES OR DISCONTINUE WITHOUT CHECKING WITH YOUR DOCTOR

SOME NON-PRESCRIPTION DRUGS MAY AGGRAVATE YOUR CONDITION. READ ALL PACKAGE WARNINGS. CONTACT YOUR DOCTOR IF NEEDED.

HERBAL/DIETARY SUPPLEMENTS MAY INTERACT WITH THIS DRUG. DISCUSS ANY SUCH PRODUCTS WITH YOUR DOCTOR OR PHARMACIST

STORE IN A COOL, DRY PLACE

DO NOT TAKE THIS MEDICINE WITHIN 1 HOUR OF TOOTHPICK IN FOOD

---

medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor immediately if any of these unlikely but serious side effects occur: confusion, dizziness, weakness, mental/mood changes (e.g. anxiety, depression, hallucinations), fast/slow/irregular heartbeat, vision changes (blurred vision or yellow/green halo around objects), enlarged/tender breasts. A very serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction may include: rash, itching, swelling, severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

PRECAUTIONS

Before taking digoxin, tell your doctor or pharmacist if you are allergic to it; or to other forms of digitalis (e.g., digitoxin); or if you have any other allergies. Before using this medication, tell your doctor or pharmacist your medical history, especially of: kidney problems, liver disease, lung disease, untreated mineral imbalance (high or low calcium, potassium or magnesium), underactive or overactive thyroid, certain types of heart disease (e.g., severe heart failure, abnormal heart rhythm), rheumatic fever. Difficult breathing, trouble walking and swelling in your lower legs and ankles may be signs that your medication need adjustment. If normal activity causes shortness of breath, or if you awaken frequently during the night due to shortness of breath, tell your doctor immediately. Do not change any of your medications without consulting your doctor. This drug works best when blood potassium and magnesium levels are kept in a normal range. Certain drugs such as diuretics ("water pills") may lower the amount of these minerals in your body. Ask your doctor about adding potassium and/or magnesium to your diet. Your doctor may prescribe a potassium and/or magnesium supplement. Before having surgery or certain procedures on your heart (e.g., electrical cardioversion), tell your doctor or dentist that you are using this medication. Caution is advised when using this drug in infants and children because they may be more sensitive to the effects of the drug, especially the effects on heart rhythm. This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor. Digoxin passes into breast milk. While there have been no reports of harm to nursing infants, consult your doctor before breast-feeding.

DRUG INTERACTIONS

See also the How to Use section. Your healthcare professionals (e.g., doctor or pharmacist) may already be aware of any possible drug interactions and may be monitoring you for it. Do not start, stop or change the dosage of any medicine before checking with them first. Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: water pills(diuretics such as furosemide, hydrochlorothiazide, amiloride), corticosteroids (e.g., prednisone), laxatives (e.g., milk of magnesia), sodium polystyrene sulfonate, drugs for irregular heartbeat (antiarrhythmics such as amiodarone, flecainide, propafenone), calcium injection/supplements, calcium channel blockers (e.g., diltiazem, verapamil), beta-blockers (e.g., metoprolol, propranolol), adrenaline-type drugs (sympathomimetics such as pseudoephedrine, epinephrine, phenylephrine), certain nonsteroidal anti-inflammatory drugs (NSAID) such as ibuprofen, indomethacin), HIV protease inhibitors (e.g., ritonavir, saquinavir), macrolide antibiotics (e.g., clarithromycin, erythromycin), tetracycline antibiotics (e.g., doxycycline, tetracycline), aminoglycoside antibiotics (e.g., tobramycin, gentamicin), rifamycins (e.g., rifampin, rifabutin), propantheline, diphenoxylate, antacids, sucralfate, sulfasalazine, metoclopramide, cholestyramine, colestipol, psyllium, certain immunosuppressants (e.g., cyclosporine and tacrolimus), certain drugs for cancer (e.g., cyclophosphamide, methotrexate), thyroid medications (e.g., levothyroxine, methimazole), alprazolam, amphotericin B, tetracosactrin, hydroxychloroquine, itraconazole, penicillamine, propantheline, phenytoin, quinine, certain herbal products (e.g., ginseng, St. Johns wort). This document

---

IN ALL POSSIBLE

E PRODUCT OR YOUR
TH CARE

TH CARE
NS ABOUT THIS

DIVIDUAL MEDICAL
HE KNOWLEDGE AND
SSIONAL
Y ASSURANCES THAT
PROPRIATE FOR YOU

ng with other
ne of irregular heartbeat
may help maintain your
function, and decrease
ating an irregular
Digoxin belongs to a class
ks by affecting certain
s of the heart. This
re strongly. Digoxin also
al.

ood, usually once daily or
edications decrease the
least 2 hours before or
bran). If you are taking
east 2 hours after your
ts. If you are taking
tolopramide, sulfasalazine,
sible from your digoxin
n, age, body weight, and
rly in order to get the
e it at the same time
hout consulting your
rsists or worsens.

nd diarrhea may occur.
your doctor or
r has prescribed this



Shirley Williams
page 2 of 6

Humana negotiates a reduced price with the pharmacy for its members, which is reflected in "Prescription cost with plan" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. Adjusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurately reflected due to the amount of the adjustment. The "Average Retail Price" is the retail price submitted by the pharmacy at the time your claim was processed.

If you did not receive the medication below, please contact Humana's Special Investigations Unit at 1-800-558-4444 (TTY 1-800-325-2025) Monday to Friday 8 a.m.– 8 p.m., Saturday 8 a.m.– 3 p.m.

| Drug name | Prescription cost with plan | What you paid | Medicare subsidy | What the plan paid |
|---|---|---|---|---|
| Nov 12, 2007, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $9.85 | $1.00 | $1.46 | $7.39 |
| Nov 12, 2007, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $8.06 | $1.00 | $1.02 | $6.04 |
| Nov 12, 2007, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $5.00 | $1.00 | $0.25 | $3.75 |
| Nov 12, 2007, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred brand | $53.92 | $3.10 | $10.38 | $40.44 |
| Nov 12, 2007, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $5.40 | $1.00 | $0.35 | $4.05 |
| **Total for this year** | **$650.18** | **$58.90** | **$302.42** | **$288.86** |



RITE AID PHARMACY #7198
4212 ELVIS PRESLEY BLVD.

(901) 332-4997
Store DEA: BK2790017
RPH: CTS

MEMPHIS TN 38116

**Rx 07198 1648999**

Date Filled: 12/24/2007

**WILLIAMS, SHIRLEY**
Date of Birth:  03/24/1967
205 E RAINES RD
MEMPHIS TN 38109

(901) 789-7978

**DIGITEK 250 MCG TABLET**
NDC: 62794-0146-01          QTY: 30

DAW: 0
DAYS SUPPLY: 30

**SABRA F DRAKE MD**
360 E.H.CRUMP BLVD
MEMPHIS TN 38126

**REFILL  8 TIMES UNTIL  07/25/2008**

HUMANA MEDICARE PART D <BIN#610649 PCN#032001
GRP: R5441003          CLM REF #: A807584325731

U&C :          $10.99

PAY :          $1.00

## MEDICATION WARNINGS

IF IN VERY INFREQUENT YOU TOLERATION
EXACTLY AS DIRECTED. DO NOT SKIP DOSES OR
DISCONTINUE UNLESS DIRECTED BY YOUR
DOCTOR

SOME NON-PRESCRIPTION DRUGS MAY
AGGRAVATE YOUR CONDITION. READ ALL
PACKAGE WARNINGS. CONTACT YOUR DOCTOR
IF NEEDED

HERBAL/DIETARY SUPPLEMENTS MAY INTERACT
WITH THIS MEDICATION. TELL YOUR DOCTOR OF ALL PRODUCTS
WITH YOUR DOCTOR OR PHARMACIST.

STORE IN A COOL, DRY PLACE.

DO NOT TAKE THIS MEDICINE WITHIN 1 HOUR OF
FOOD HIGH IN FIBER

---

medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor immediately if any of these unlikely but serious side effects occur: confusion, dizziness, weakness, mental/mood changes (e.g., anxiety, depression, hallucinations), fast/slow/irregular heartbeat, vision changes (blurred vision or yellow/green halos around objects), enlarged/tender breasts. A very serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction may include: rash, itching, swelling, severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**PRECAUTIONS**
Before taking digoxin, tell your doctor or pharmacist if you are allergic to it; or to other forms of digitalis (e.g., digitoxin); or if you have any other allergies. Before using this medication, tell your doctor or pharmacist your medical history, especially of: kidney problems, liver disease, lung disease, untreated mineral imbalance (high or low calcium, low potassium or magnesium), underactive or overactive thyroid, certain types of heart disease (e.g., severe heart failure, abnormal heart rhythm), rheumatic fever. Difficult breathing, trouble walking and swelling in your lower legs and ankles may be signs that your medications need adjustment. If normal activity causes shortness of breath, or if you awaken frequently during the night due to shortness of breath, tell your doctor immediately. Do not change any of your medications without consulting your doctor. This drug works best when blood potassium and magnesium levels are kept in a normal range. Certain drugs such as diuretics ("water pills") may lower the amount of these minerals in your body. Ask your doctor about adding potassium and/or magnesium to your diet. Your doctor may prescribe a potassium and/or magnesium supplement. Before having surgery or certain procedures on your heart (e.g., electrical cardioversion), tell your doctor or dentist that you are using this medication. Caution is advised when using this drug in infants and children because they may be more sensitive to the effects of the drug, especially the effects on heart rhythm. This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor. Digoxin passes into breast milk. While there have been no reports of harm to nursing infants, consult your doctor before breast-feeding.

**DRUG INTERACTIONS**
See also the How to Use section. Your healthcare professionals (e.g., doctor or pharmacist) may already be aware of any possible drug interactions and may be monitoring you for it. Do not start, stop or change the dosage of any medicine before checking with them first. Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: water pills(diuretics such as furosemide, hydrochlorothiazide, amiloride), corticosteroids (e.g., prednisone), laxatives (e.g., milk of magnesia), sodium polystyrene sulfonate, drugs for irregular heartbeat (antiarrhythmics such as amiodarone, flecainide, propafenone), calcium injection/supplements, calcium channel blockers (e.g., diltiazem, verapamil), beta-blockers (e.g., metoprolol, propranolol), adrenaline-type drugs (sympathomimetics such as ... anticholinergic drugs (atropine, ... certain blood ... antidiarrhea medications (e.g., kaolin-pectin), antacids, ... its ibuprofen, indomethacin), HIV protease inhibitors (e.g., ritonavir, saquinavir), macrolide antibiotics (e.g., clarithromycin, erythromycin), tetracycline antibiotics (e.g., doxycycline, tetracycline), aminoglycoside antibiotics (e.g., tobramycin, gentamicin), rifamycins (e.g., rifampin, rifabutin), propantheline, diphenoxylate, anticids, sucralfate, sulfasalazine, metoclopramide, cholestyramine, colestipol, psyllium, certain immunosuppressants (e.g., cyclosporine, tacrolimus), certain drugs for cancer (e.g., cyclophosphamide, methotrexate, thyroid medications (e.g., levothyroxine, methimazole), alprazolam, amphotericin B, acarbose, hydroxychloroquine, itraconazole, penicillamine, propantheline, phenytoin, quinine, certain herbal products (e.g., ginseng, St. Johns wort). This document

---

IN ALL POSSIBLE

PRODUCT OR YOUR
TH CARE

TH CARE
NS ABOUT THIS

DIVIDUAL MEDICAL
HE KNOWLEDGE AND
SSIONAL
Y ASSURANCES THAT
PROPRIATE FOR YOU.

ng with other
e of irregular heartbeat
may help maintain your
function, and decrease
ating an irregular
Digoxin belongs to a class
ks by affecting certain
s of the heart. This
re strongly. Digoxin also
at.

od, usually once daily or
edications decrease the
east 2 hours before or
brain). If you are taking
east 2 hours after your
ls. If you are taking
iopramide, sulfasalazine,
this from your digoxin
n, age, body weight, and
rly in order to get the
e it at the same time
hout consulting your
en the drug is suddenly
rsists or worsens.

nd diarrhea may occur.
your doctor
or has prescribed this

lient for you. Refill (8) ...
structions. Internet ... ... what at www.RiteAid. ... PAGE 1 OF 2

RITE AID PHARMACY # 7198
4212 ELVIS PRESLEY BLVD.

(901) 332-4997
Store DEA: BK790017
RPH: RSC

MEMPHIS TN 38116

**Rx 07198 1522462**

Date Filled: 03/21/2006

**WILLIAMS, SHIRLEY**
Date of Birth: 03/24/1967
205 E RAINES RD
MEMPHIS TN 38109

(901) 789-7978

**DIGITEK 250 MCG TABLET**
NDC: 62794-0146-01          QTY: 30

DAW: 0
DAYS SUPPLY: 30

**SHAHID I KHAN**
1211 UNION AVE
MEMPHIS TN 38104

**REFILL 1 TIMES UNTIL 01/08/2007**

HUMANA MEDICARE PART D <BIN#610649 PCN#032000
GRP: P5441003          CLM REF #: A506480678725 1

U&C :          $10.99

PAY :          $1.00

## MEDICATION WARNINGS

IT IS VERY IMPORTANT THAT YOU USE THIS
EXACTLY AS DIRECTED. DO NOT INCREASE OR
DISCONTINUE UNLESS DIRECTED BY YOUR
DOCTOR

SOME NON-PRESCRIPTION DRUGS MAY
AGGRAVATE YOUR CONDITION. READ ALL
PACKAGE WARNINGS. CONTACT YOUR DOCTOR
IF NEEDED

If you regularly use other medicines check
with this drug. Discuss any such products
with your doctor or pharmacist.

STORE IN A COOL, DRY PLACE.

DO NOT TAKE THIS MEDICINE WITHIN 1 HOUR OF
ingester receipt for actual amount paid.

w heartbeat, may be

re different brands and
itical in their effects.
) your doctor or
, kidney function tests,
grams) should be
ress or check for side
ppointments. Learn how
ur doctor. Consult your

ber if you remember
ave passed, skip the
dule. Do not double the
is in a row, call your

agrees C) away from
egrees F (15–30 degrees
ep all medicines away

ical emergency. For
54– 1166 (USA) or

ial aid. This information does not
or interactions of this medicine.
dual problems.

PAGE 2 OF 2

# Rx Record

January 31, 2007 to December 31, 2007

Shirley Williams

Your Rx Record is provided as a courtesy to help you manage taking and refilling your medications, and to communicate with your doctor or pharmacist about the medications you are taking. You may want to have this with you on your next visit with your doctor or pharmacy.

The pictures displayed below should match the drugs you are currently taking. However, in some instances, your actual drug may look different. Contact your doctor or pharmacist for more information or if you have questions about the information displayed below.

---

**ALTACE** *commonly used for: Heart*

| Category: | Preferred brand | Pharmacy: Rite Aid Corporation |
| Quantity: | 30 CAPS | Doctor:   Khan |
| Days supply: | 30 | |
| Strength: | 5MG | |

Refill dates                                                    *Please fill in your next refill date*

| Mar '07 | Jan '07 | | | | | | | | | |
| 2nd | 19th | | | | | | | | | |

---

**DIGTEK** *commonly used for: Heart*

| Category: | Preferred Generic | Pharmacy: Rite Aid Corporation |
| Quantity: | 30 TABS | Doctor:   Khan |
| Days supply: | 30 | |
| Strength: | 250MCG | |

Refill dates                                                    *Please fill in your next refill date*

| Mar '07 | Jan '07 | | | | | | | | | |
| 5th | 19th | | | | | | | | | |

---

**FUROSEMIDE** *commonly used for: Heart*

| Category: | Preferred Generic | Pharmacy: Rite Aid Corporation |
| Quantity: | 45 TABS | Doctor:   Khan |
| Days supply: | 30 | |
| Strength: | 40MG | |

Refill dates                                                    *Please fill in your next refill date*

| Mar '07 | | | | | | | | | | |
| 2nd | | | | | | | | | | |

Humana negotiates a reduced price with the pharmacy for its members, which is reflected in "Prescription cost with plan" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. Adjusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurately accurate because of the amount of the adjustment. The "Average Retail Price" is the retail price submitted by the pharmacy at the time your claim was processed.

If you did not receive the medication below, please contact Humana's Special Investigations Unit at 1-800-558-4444 (TTY 1-800-325-2025) Monday to Friday 8 a.m.– 8 p.m., Saturday 8 a.m.– 3 p.m.

| Drug name | Prescription cost with plan | What you paid | Medicare subsidy | What the plan paid |
|---|---|---|---|---|
| Feb 10, 2008, Rite Aid Corporation 30 day supply Drug Category: Preferred Generic | $9.85 | $1.05 | $8.80 | $0.00 |
| Feb 10, 2008, Rite Aid Corporation 30 day supply Drug Category: Preferred brand | $53.92 | $1.05 | $52.87 | $0.00 |
| Feb 10, 2008, Rite Aid Corporation 30 day supply Drug Category: Preferred Generic | $5.05 | $1.05 | $4.00 | $0.00 |
| Feb 10, 2008, Rite Aid Corporation 30 day supply Drug Category: Preferred Generic | $5.00 | $1.05 | $3.95 | $0.00 |
| Feb 10, 2008, Rite Aid Corporation 30 day supply Drug Category: Preferred Generic | $5.40 | $1.05 | $4.35 | $0.00 |

PDP.ID .I901-003-U17612

Shirley Williams
page 2 of 8

Humana negotiates a reduced price with the pharmacy for its members, which is reflected in "Prescription cost with plan" column. The prescription cost can vary by pharmacy, location, quantity, strength and dosage of the medication. Adjusted claims may not be reflected in the table below; or if displayed, the amount paid may not be accurately accurate because of the amount of the adjustment. The "Average Retail Price" is the retail price submitted by the pharmacy at the time your claim was processed.

If you did not receive the medication below, please contact Humana's Special Investigations Unit at 1-800-558-4444 (TTY 1-800-325-2025) Monday to Friday 8 a.m.– 8 p.m., Saturday 8 a.m.– 3 p.m.

| Drug name | Prescription cost with plan | What you paid | Medicare subsidy | What the plan paid |
|---|---|---|---|---|
| Mar 23, 2008, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $5.05 | $1.05 | $4.00 | $0.00 |
| Mar 23, 2008, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $5.40 | $1.05 | $4.35 | $0.00 |
| Mar 23, 2008, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred brand | $53.92 | $1.05 | $52.87 | $0.00 |
| Mar 23, 2008, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $9.85 | $1.05 | $8.80 | $0.00 |
| Mar 23, 2008, Rite Aid Corporation<br>30 day supply<br>Drug Category: Preferred Generic | $5.00 | $1.05 | $3.95 | $0.00 |