# EXHIBIT 7

*Carolyn C. Hebert v. Actavis Totowa LLC, et al.*
US District Court SD WV Case No.: 09-00392

Records from Lafayette General Medical Center indicate Ms. Hebert was admitted 4/14/2008 – 4/16/2008. She had presented to the ER with complaints of "L pinky numbness" and a cold feeling to her left hand. Due to her history of atrial fibrillation, an embolic event was suspected. Carotid ultrasound as well as CT of the head was negative. Beta blocker was added to her medications and a 24 hour Holter monitor was placed to evaluate ischemia. Discharge diagnoses were atrial fibrillation, anxiety and hypertension. Records reflected no treatment for digoxin toxicity.

Physicians' office records do not document any digoxin related issues or digoxin toxicity. Of note, records dated as late as 3/31/2009 indicate the patient still reports being on Digitek. There is no mention that the patient had a stroke or transient ischemic attack as claimed in her fact sheet. Numbness and tingling were related to her anxiety.

073021.000031.1064523.1