# EXHIBIT 9

# CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO
## DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

### CERTIFICATE OF DEATH
3200836002842

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST | HENRIETTA |
| 2. MIDDLE | - |
| 3. LAST (Family) | HICKS |
| 4. DATE OF BIRTH | 07/17/1924 |
| 6. AGE | 83 |
| 8. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | IL |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES | NO |
| 12. MARITAL STATUS | WIDOWED |
| 7. DATE OF DEATH | 03/13/2008 |
| 8. HOUR | 1240 |
| 13. EDUCATION | 08 |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | HOMEMAKER |
| 18. KIND OF BUSINESS OR INDUSTRY | OWN HOME |
| 19. YEARS IN OCCUPATION | 63 |
| 20. DECEDENT'S RESIDENCE | 10743 CLAREMONT AVE. |
| 21. CITY | BLOOMINGTON |
| 22. COUNTY | SAN BERNARDINO |
| 23. ZIP CODE | 92316 |
| 24. YEARS IN COUNTY | 50 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | ROSETTA HICKS, DAUGHTER |
| 27. MAILING ADDRESS | 10743 CLAREMONT AVE., BLOOMINGTON, CA 92316 |
| 31. NAME OF FATHER — FIRST | JAMES |
| 32. MIDDLE | LEVI |
| 33. LAST | VAUGHAN |
| 34. BIRTH STATE | IL |
| 35. NAME OF MOTHER — FIRST | LUCILLE |
| 37. LAST (Maiden) | DAMBRELLE |
| 38. BIRTH STATE | IL |
| 39. DISPOSITION DATE | 03/20/2008 |
| 40. PLACE OF FINAL DISPOSITION | GREEN ACRES MEMORIAL PARK, 11715 CEDAR AVE., BLOOMINGTON, CA 92316 |
| 41. TYPE OF DISPOSITION | BURIAL |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | GREEN ACRES MORTUARY |
| 45. LICENSE NUMBER | FD 1248 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MARGARET BEED, MD |
| 47. DATE | 03/20/2008 |
| 101. PLACE OF DEATH | KAISER HOSPITAL |
| 103. COUNTY | SAN BERNARDINO |
| FACILITY ADDRESS | 9961 SIERRA AVE. |
| CITY | FONTANA |
| 107. CAUSE OF DEATH (IMMEDIATE CAUSE) | ACUTE NON SINUS TACHYCARDIA ELEVATION MYOCARDIAL INFARCTION |
| 112. OTHER SIGNIFICANT CONDITIONS | SEPSIS, URINARY TRACT INFECTION |
| 113. WAS OPERATION PERFORMED | NO |
| 116. SIGNATURE AND TITLE OF CERTIFIER | DAISY KHOO-MIYAKI D.O. |
| 117. LICENSE NUMBER | 20A6772 |
| 117. DATE | 03/20/2008 |
| 118. TYPE CERTIFYING PHYSICIAN | DAISY KHOO-MIYAKI D.O., 2295 S VINEYARD AVE BLDG A, ONTARIO, CA 91761 |
| 114/115. DATES | 03/13/2008 / 03/13/2008 |

*012008000764771*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA  } SS
COUNTY OF SAN BERNARDINO  }

DATE ISSUED  Apr 2, 2008

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.



Margaret M Beed MD

MARGARET BEED, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS


0 0 1 7 5 8 0 2 6





ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LAKE
### LAKEPORT, CALIFORNIA
#### CERTIFICATE OF DEATH

State File Number: 3200817000236

**DECEDENT'S PERSONAL DATA**

- 1. Name of Decedent — First: **JAMES**
- 2. Middle: **DANIEL**
- 3. Last: **HAMNER**
- 4. Date of Birth: **03/12/1933**
- 5. Age: **75**
- Sex: **M**
- 6. Birth State/Foreign Country: **AZ**
- 10. Social Security Number: **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**
- 11. Ever in U.S. Armed Forces?: **NO**
- 12. Marital Status: **MARRIED**
- 7. Date of Death: **04/30/2008**
- 8. Hour: **2120**
- 13. Education: **08**
- 14. Hispanic/Latino: **NO**
- 15. Race: **WHITE**
- 17. Usual Occupation: **HEAVY EQUIPMENT OPERATOR**
- 18. Kind of Business or Industry: **CONSTRUCTION**
- 19. Years in Occupation: **20**

**USUAL RESIDENCE**

- 20. Decedent's Residence: **180 CLEARLAKE AVE.**
- 21. City: **LAKEPORT**
- 22. County/Province: **LAKE**
- 23. Zip Code: **95453**
- 24. Years in County: **52**
- 25. State/Foreign Country: **CA**

**INFORMANT**

- 26. Informant's Name, Relationship: **PAULINE HAMNER, SPOUSE**
- 27. Informant's Mailing Address: **180 CLEARLAKE AVE., LAKEPORT, CA 95453**

**SPOUSE AND PARENT INFORMATION**

- 28. Name of Surviving Spouse — First: **PAULINE**
- 29. Middle: **ELIZABETH**
- 30. Last (Maiden Name): **BENEFIELD**
- 31. Name of Father — First: **THOMAS**
- 32. Middle: **EDWARD**
- 33. Last: **HAMNER**
- 34. Birth State: **OK**
- 35. Name of Mother — First: **JOHNNIE**
- 36. Middle: **C.**
- 37. Last (Maiden): **BARNES**
- 38. Birth State: **OK**

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- 39. Disposition Date: **05/08/2008**
- 40. Place of Final Disposition: **RES OF SPOUSE - PAULINE HAMNER, 180 CLEARLAKE AVE., LAKEPORT, CA 95453**
- 41. Type of Disposition(s): **CR/RES**
- 42. Signature of Embalmer: **NOT EMBALMED**
- 44. Name of Funeral Establishment: **CHAPEL OF THE LAKES**
- 45. License Number: **FD-1336**
- 46. Signature of Local Registrar: **DOUGLAS W WACKER**
- 47. Date: **05/07/2008**

**PLACE OF DEATH**

- 101. Place of Death: **SUTTER LAKESIDE HOSPITAL**
- 102. If Hospital, Specify One: **ER/OP**
- 103. County: **LAKE**
- 104. Facility Address or Location Where Found: **5176 HILL RD. EAST**
- 105. City: **LAKEPORT**

**CAUSE OF DEATH**

- 107. Cause of Death:
  - Immediate Cause (A): **CARDIAC ARREST** — Interval: **MINS**
  - (B): **CORONARY ARTERY DISEASE** — Interval: **3 YRS**
  - (C): —
  - (D): —
- 108. Death Reported to Coroner?: **NO**
- 109. Biopsy Performed?: **NO**
- 110. Autopsy Performed?: **NO**
- 111. Used in Determining Cause?: —
- 112. Other Significant Conditions Contributing to Death: **DIABETES MELLITUS / CHRONIC OBSTRUCTIVE PULMONARY DISEASE**
- 113. Was Operation Performed: **NO**

**PHYSICIAN'S CERTIFICATION**

- 114. I certify that to the best of my knowledge death occurred at the hour, date, and place stated from the causes stated.
- 115. Signature and Title of Certifier: **DAVID H BETAT M.D.**
- 116. License Number: **G57755**
- 117. Date: **05/07/2008**
- Decedent Attended Since: **02/05/2005**
- Decedent Last Seen Alive: **04/24/2008**
- 118. Type Attending Physician's Name, Mailing Address, Zip Code: **DAVID H BETAT M.D., PO BOX 389 4241 CHURCH STREET, KELSEYVILLE, CA 95451**

**CORONER'S USE ONLY**

- 119. Manner of Death: —
- 123. Place of Injury: —
- 124. Describe How Injury Occurred: —
- 125. Location of Injury: —
- 126. Signature of Coroner / Deputy Coroner: —

State Registrar: *012008000606007*



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA } SS
COUNTY OF LAKE
DATE ISSUED: **MAY - 7 2008**

*000089026*



Douglas W. Wacker
DOUGLAS W. WACKER
LAKE COUNTY ASSESSOR - RECORDER

This is a true and exact reproduction of the document officially registered and placed on file in the office of the LAKE COUNTY ASSESSOR - RECORDER.

This copy not valid unless prepared on engraved border displaying seal and signature of County Assessor - Recorder.