IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |
| _____ | |
| THIS DOCUMENT RELATES ONLY TO: | |
| _____ | |
| Doris M. Pinder, individually and on behalf of all others similarly situated, | Civil Action No. Cv 108 115 (Southern District of Georgia, Augusta, Division) |
| Plaintiffs, | |
| v. | |
| Actavis Group hf, et al., | |
| Defendants. | |

**RESPONSE TO DEFENDANTS' MOTION FOR THE
ENTRY OF A *LONE PINE* CASE MANAGEMENT ORDER**

The Defendants' Motion for a *Lone Pine* Case Management Order is overly broad and unduly burdensome on Plaintiff, Mrs. Pinder.  As shown by the attached medical records, Mrs. Pinder was diagnosed with digoxin toxicity following taking digitek® when she was admitted to the hospital for treatment. Since Mrs. Pinder was diagnosed with digoxin toxicity and such is clearly presented in her medical records, to require the Plaintiff to go to the trouble of locating a medical expert to give and file an affidavit to prove her medical records is unnecessarily burdensome and would not further the interests of this litigation.  Consequently, Mrs. Pinder should be exempted from any *Lone Pine* Case Management Order; or in the alternative, no *Lone Pine* Case Management Order should be entered.

Respectfully submitted this 11th day of September, 2009.

<u>s/Stanley G. Jackson</u>
STANLEY G. JACKSON
Georgia Bar No: 387650
1830 Walton Way
Augusta, Georgia 30904
(706) 724-2661

**CERTIFICATE OF SERVICE**

This is to certify that on this 11th day of September, 2009, a true and correct copy of the above and foregoing is being electronically transmitted to the Clerk of Court using the ECF System for filing to the following:

COUNSEL SERVED:

Hunter K. Ahern, Esq.
Shook Hardy & Bacon
Suite 600
600 Travis
Houston, Texas 77002-2992

Rebecca A. Betts, Esq.
Allen Guthrie & Thomas
P.O. Box 3394
Charleston, West Virginia 2533-3394

Richard A. Dean, Esq.
Tucker Ellis & West
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414

Ericka L. Downie, Esq.
Shook Hardy & Bacon
Suite 800
600 14th Street NW
Washington, DC 20005

James L. Hollis, Esq.
Balch & Bingham
Suite 700
30 Ivan Allen Jr. Boulevard, NW
Atlanta, Georgia 30308

Sarah E. West, Esq.
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Harvey L. Kaplan, Esq.
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Kristen L. Mayer, Esq.
Tucker Ellis & West
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414

Madeleine M. McDonough, Esq.
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

Matthew P. Moriarty, Esq.
Tucker Ellis & West
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414

David B. Thomas, Esq.
Allen Gutherie & Thomas
PO Box 3394
Charleston, WV 25333-3394

                <u>s/Stanley G. Jackson</u>
                STANLEY G. JACKSON
                Georgia Bar No: 387650
                1830 Walton Way
                Augusta, Georgia 30904
                (706) 724-2661