IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |

THIS DOCUMENT RELATES TO ALL CASES

### DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' OBJECTIONS TO PTO #39

Defendants respectfully request leave of court to file a response to Plaintiffs' Objections to PTO #39 on or before September 18, 2009.  Plaintiffs filed their Objections to PTO #39 (Docket No. 202) on September 10, 2009.  Given the substance of those Objections, Defendants request the opportunity to respond.  As noted, Defendants will file their response on or before September 18, 2009.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ALLEN GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
| Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia 25301<br>Tel:     (304) 345-7250<br>Fax:    (304) 345-9941<br>E-mail:  rabetts@agmtlaw.com | By: s/*Richard A. Dean*<br>    Richard A. Dean, CO-LEAD COUNSEL<br>    Matthew P. Moriarty, CO-LEAD COUNSEL<br>    Kristen L. Mayer<br>    925 Euclid Avenue, Suite 1150<br>    Cleveland, Oh  44115-1414<br>    Tel:     (216) 592-5000<br>    Fax:    (216) 592-5009<br>    E-mail:richard.dean@tuckerellis.com<br>              matthew.moriarty@tuckerellis.com<br>              kristen.mayer@tuckerellis.com |
| *Attorney for Defendants* | *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel: (816) 559-2214
Fax: (816) 421-5547
E-mail: hkaplan@shb.com
E-mail: mmdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, a copy of the foregoing **Defendants' Motion for Leave to File Response to Plaintiffs' Objections to PTO #39** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| ALLEN GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
| | |
| Rebecca A. Betts, LIAISON COUNSEL | By: s/*Richard A. Dean* |
| 500 Lee Street East, Suite 800 | Richard A. Dean, CO-LEAD COUNSEL |
| Charleston, West Virginia 25301 | Matthew P. Moriarty, CO-LEAD COUNSEL |
| Tel:    (304) 345-7250 | Kristen L. Mayer |
| Fax:   (304) 345-9941 | 925 Euclid Avenue, Suite 1150 |
| E-mail:  rabetts@agmtlaw.com | Cleveland, Oh  44115-1414 |
| | Tel:    (216) 592-5000 |
| *Attorney for Defendants* | Fax:   (216) 592-5009 |
| | E-mail: richard.dean@tuckerellis.com |
| SHOOK, HARDY & BACON LLP |            matthew.moriarty@tuckerellis.com |
| |            kristen.mayer@tuckerellis.com |
| Harvey L. Kaplan, CO-LEAD COUNSEL | |
| Madeleine M. McDonough, CO-LEAD COUNSEL | *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |
| 2555 Grand Blvd. | |
| Kansas City, Missouri  64108-2613 | |
| Tel:    (816) 559-2214 | |
| Fax:   (816) 421-5547 | |
| E-mail:  hkaplan@shb.com | |
| E-mail:  mmdonough@shb.com | |

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

073021.000031.1065181.1