IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pending before the court is Defendants' Motion for Leave to File Response to Plaintiffs' Objections to PTO #39. [Docket 204]. The motion is hereby **GRANTED** and Defendants are **ORDERED** to file their response on or before September 18, 2009. It is further **ORDERED** that PTO #39 is hereby stayed until such time as the court rules on the objections to PTO #39.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       September 15, 2009

Joseph R. Goodwin, Chief Judge