IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK
      PRODUCTS LIABILITY LITIGATION

                                                                  MDL NO.  1968

-----------------------------------------------------------------

## PLAINTIFFS' REQUEST FOR CLASS CERTIFICATION

       Pursuant to PTO # 16, Plaintiffs hereby submit their request to seek class certification for the remaining class action suits filed in this MDL, excluding any wrongful death, personal injury or medical monitoring putative classes. Plaintiffs intend to file a motion and brief in support of such classes based upon such law and facts as has been revealed by discovery that has been made in accordance with PTO # 16 and outstanding discovery requests to Defendants, as yet unproduced.

Dated:  September 15, 2009                      Respectfully submitted,

                                                                   On Behalf of the Plaintiffs' Steering Committee

Carl N. Frankovitch, Esq.               /s/Fred Thompson, III, Esq.
Frankovitch, Anetakis, Colantonio     Fred Thompson, III, Esq.
& Simon                                       Motley Rice, LLC
337 Penco Rd.                             28 Bridgeside Blvd.
Weirton, WV 26062                    Mt. Pleasant, SC 29464
*Co-Lead Counsel*                         *Co-Lead Counsel*

Harry F. Bell, Jr., Esq.
The Bell Law Firm, PLLC
P.O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                s/Fred Thompson, III Esq._____
                Fred Thompson, III, Esq.
                Motley Rice, LLC
                28 Bridgeside Blvd.
                Mt. Pleasant, SC 29464
                ***Co- Lead Counsel***