# EXHIBIT A



**MotleyRice**
ATTORNEYS AT LAW LLC

Fred Thompson III
*Licensed in SC*

South Carolina Office
Direct Dial 843.216.9118
Direct Fax 843.216.9440
fthompson@motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

7 Dey St., 14th Floor
New York, NY 10007
o. 212.577.0040
f. 212.577.0044

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

www.motleyrice.com

September 3, 2009

**Via Electronic Mail**
Matthew P. Moriarty, Esq.
Richard A. Dean, Esq.
Tucker Ellis and West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

**Via Electronic Mail**
Rebecca A. Betts, Esq.
David Thomas
Allen Guthrie and Thomas, PLLC
P.O. Box 3394
Charleston, West Virginia, 25333-3394

Re:   *In re Digitek Products Liability Litigation* (MDL Docket No. 1968)

Dear Counsel:

Pursuant to our call, below are depositions that can be taken without first receiving further documents and custodial files.

Please provide available dates for the following Actavis Employees:

1) Kwame Adjei
2) Allen Gamble
3) Rich Mayo
4) Shonise Moses
5) Eamonn Murphy
6) Anilkumar Patel
7) Narendrakumar J. Patel
8) Lourdes Reyes
9) Bakul J Shah
10) Shawn Summers
11) Mark Tolle

Of Course, if it is discovered that any of the above deponent was involved in the recall of Digitek or any other Little Falls product, we will adjourn the deposition and resume when documents are produced.

The following depositions need to be scheduled as well.

1) Doug Booth
2) Dandy Dorado
3) Rick Dowling
4) Wanda Eng
5) Paul Galea
6) Jacob Haroon
7) Wilhelm Kempf
8) Alpesh Kinkhabwala

September 3, 2009
Page 2 of 2

9) John LaRocca
10) Terry Nataline
11) Siggi Oli Olafasson
12) Divya Patel
13) Kailash Patel
14) Jeffrey Rope
15) Binal Shah
16) Kalpesh H. Shah
17) Misbah Sherwani
18) Dorothy Sobczyk
19) Roychowhury Swapan
20) Chris Young
21) Jisheng Zhu

Plaintiffs are willing to schedule these depositions as documents are produced including responses to outstanding discovery requests and custodial files for requested deponents. Further, Plaintiffs request that a deposition is not scheduled less than two weeks after receiving such custodial file.

As soon as you give us suitable dates we will begin noticing depositions.

Respectfully submitted on behalf of the Plaintiffs' Steering Committee,

*Fred Thompson, III*

Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
The Bell Law Firm, PLLC
P. O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
*Co- Lead Counsel*

cc (via email):
Madeleine McDonough
Harvey L. Kaplan
Ericka Downie
Holly Smith
Kristen Mayer
Hunter Ahearn