IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-19)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Dylan Matthew Carson
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Edward S. Deacon
WILCOXEN CALLAHAN MONTGOMERY
& DEACON
2114 K Street
Sacramento, CA 95816

Alicia J. Donahue
SHOOK HARDY & BACON LLP
333 Bush Street
Suite 600
San Francisco, CA 94104-2828

John Booth Farese
FARESE FARESE & FARESE
P.O.Box 98
Ashland, MS 38603-0098

James Daniel Freemon
FREEMON LAW FIRM
327 West Gaines Street
P.O. Box 727
Lawrenceburg, TN 38464

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Guy Delson Geleerd,.Jr.
COUGHLIN & GELEERD LLP
30 North LaSalle Street
Suite 3400
Chicago, IL 60602

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Jeffrey Singer
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Tara Lyn Whitaker
ALVIS & WILLINGHAM LLP
1400 Urban Center Drive
Suite 475
Birmingham, AL 35242