**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                                   MDL No. 1968

**INVOLVED JUDGES LIST (CTO-19)**

Hon. Sharion Aycock
U.S. District Judge
United States District Court
P.O. Box 847
Aberdeen, MS 39730-0847

Hon. Garland E. Burrell, Jr.
U.S. District Judge
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. Robert M. Dow, Jr.
U.S. District Judge
1978 Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver United States Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203