**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

**INVOLVED COUNSEL LIST (CTO-20)**

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Katherine D. Goudie
BUTZEL LONG
150 W. Jefferson Avenue
Suite 900
Detroit, MI 48226-4430

William Michael Hamilton
PROVOST & UMPHREY LAW FIRM LLP
One Burton Hills Boulevard
Suite 380
Nashville, TN 37215

Christopher T. Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

George Tolbert Lewis, III
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Greg M. Liepshutz
LEVINE BENJAMIN
100 Galleria Officentre
Suite 411
Southfield, MI 48034

Thomas H. McGowan
PROVOST & UMPHREY LAW FIRM LLP
1 Riverfront Place
Suite 605
North Little Rock, AR 72114

Ashley L. Ownby
LAW OFFICE OF ASHLEY L OWNBY
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

Steven Ray Parker
BALCH & BINGHAM LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203

Bill W. Pemerton
MADDOX & ANDERSON PLLC
835 Georgia Avenue
Sixth Floor
Chattanooga, TN 37402

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19104