IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                              MDL No. 1968

## INVOLVED JUDGES LIST (CTO-20)

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Nancy G. Edmunds
U.S. District Judge
211 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Aleta A. Trauger
U.S. District Judge
825 Estes Kefauver Federal Building & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816