# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

October 1, 2009

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Re:  MDL No. 1968 -- IN RE: Digitek Products Liability Litigation

(See Attached CTO-20)

Dear Ms. Deppner:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 15, 2009.  As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Denise Morgan-Stone_
Denise Morgan-Stone
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:       Judge Joseph R. Goodwin

JPML Form 36A

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                     MDL No. 1968

**INVOLVED COUNSEL LIST (CTO-20)**


Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Katherine D. Goudie
BUTZEL LONG
150 W. Jefferson Avenue
Suite 900
Detroit, MI 48226-4430

William Michael Hamilton
PROVOST & UMPHREY LAW FIRM LLP
One Burton Hills Boulevard
Suite 380
Nashville, TN 37215

Christopher T. Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704-4905

George Tolbert Lewis, III
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103

Greg M. Liepshutz
LEVINE BENJAMIN
100 Galleria Officentre
Suite 411
Southfield, MI 48034

Thomas H. McGowan
PROVOST & UMPHREY LAW FIRM LLP
1 Riverfront Place
Suite 605
North Little Rock, AR 72114

Ashley L. Ownby
LAW OFFICE OF ASHLEY L OWNBY
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176

Steven Ray Parker
BALCH & BINGHAM LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203

Bill W. Pemerton
MADDOX & ANDERSON PLLC
835 Georgia Avenue
Sixth Floor
Chattanooga, TN 37402

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19104

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-20)

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Nancy G. Edmunds
U.S. District Judge
211 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Aleta A. Trauger
U.S. District Judge
825 Estes Kefauver Federal Building & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

## INVOLVED CLERKS LIST (CTO-20)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816