IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCTS LIABILITY LITIGATION        MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF DEPOSITION

Please take notice that the Plaintiffs Steering Committee will take the deposition of **Narendrakumar J. Patel** before a court reporter or other official authorized by law to take depositions, on **Tuesday October 20, 2009, at 9:30 a.m**. to be conducted at the offices of **Harris Beach PLLC, 100 Wall St., New York, New York, 10005** at which time and place you are notified to appear and take such part of said deposition as may be proper.

If, for any reason, the above deposition be not commenced at the time aforesaid or if commenced but not concluded, the further taking thereof may be adjourned from time to time (or day to day) without other notice than oral proclamation at the time and place first appointed.

Dated: October 5, 2009        Respectfully submitted,

        On Behalf of the Plaintiffs' Steering Committee

        s/Fred Thompson, III Esq.____
        Fred Thompson, III, Esq.
        Motley Rice, LLC
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        *Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
The Bell Law Firm PLLC
P. O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> s/Fred Thompson, III Esq._____
> Fred Thompson, III, Esq.
> Motley Rice, LLC
> 28 Bridgeside Blvd.
> Mt. Pleasant, SC 29464
> ***Co- Lead Counsel***