IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                         MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-21)

Harry F. Bell, Jr.
BELL & BANDS
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Cheryl Meyers Buth
403 Main Street
Suite 716
Buffalo, NY 14203

Kimberly A. Colaiacovo
HARRIS BEACH LLP
Larkin at Exchange, Suite 1000
726 Exchange Street
Buffalo, NY 14210

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
New York, NY 10005

Andrea Helene Kott
LOWIS & GELLEN LLP
200 West Adams Street
Suite 1900
Chicago, IL 60606

Jeffrey Singer
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

LeRoy E. Stevens, Jr.
STEVENS & STEVENS
4800 North Milwaukee Avenue
Chicago, IL 60630

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697