**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **W. Royal Furgeson, Jr.**<br>United States District Court<br>Northern District of Texas | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002 |
| | **Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | **Frank C. Damrell, Jr.**<br>United States District Court<br>Eastern District of California | |
| | **David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | **David G. Trager**<br>United States District Court<br>Eastern District of New York | Telephone:  [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

October 26, 2009

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Re:  MDL No. 1968 -- IN RE: Digitek Products Liability Litigation

(See Attached CTO-21)

Dear Ms. Deppner:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>October 8, 2009</u>.  As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Denise Morgan-Stone*
Denise Morgan-Stone
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:         Judge Joseph R. Goodwin

JPML Form 36A