A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Nov 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 16, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                     MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-22)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 186 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Nov 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                          MDL No. 1968

## SCHEDULE CTO-22 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

NEW JERSEY
  NJ   2   09-4839        Mary Collins v. Actavis Group hf, et al.
  NJ   2   09-4840        Marty Vincent v. Actaivs Group hf, et al.
  NJ   2   09-4841        Gloria Scott, et al. v. Actavis Group hf, et al.
  NJ   2   09-4842        Marcia H. Bliss, et al. v. Actavis Group hf, et al.
  NJ   2   09-4843        Fernando Moreno v. Actavis Group hf, et al.
  NJ   2   09-4844        Rudella B. Murray v. Actavis Group hf, et al.
  NJ   2   09-4845        Patricia Moseley, etc. v. Actavis Group hf, et al.
  NJ   2   09-4846        Jean Pearl Gilardi v. Actavis Group hf, et al.

PENNSYLVANIA EASTERN
  PAE  2   09-4467        Mary K. Exler, etc. v. Actavis Totowa, LLC, et al.
  PAE  2   09-4468        Kenneth F. Blackburn, etc. v. Actavis Totowa, LLC
  PAE  2   09-4469        James L. Marquardt, etc. v. Actavis Totowa, LLC
  PAE  2   09-4470        Andrea Winston Elliott, etc. v. Actavis Totowa, LLC, et al.

UTAH
  UT   2   09-902         Damon Draheim, et al. v. Actavis Totowa, LLC, et al.