IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                               MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-22)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Fred S. Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Ralph C. Petty
10 West Broadway
Suite 800
Salt Lake City, UT 84101

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697