IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

**INVOLVED JUDGES LIST (CTO-22)**

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Faith S. Hochberg
U.S. District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Mary A. McLaughlin
U.S. District Judge
13614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Thomas N. Oneill, Jr
Senior U.S. District Judge
United States District Court
James A. Byrne United States Courthouse
601 Market Street, Room 4007
Philadelphia, PA 19106-1797

Hon. Lawrence F. Stengel
U.S. District Judge
The Madison Building
400 Washington Street, 2nd Floor
Reading, PA 19601

Hon. Clark Waddoups
U.S. District Judge
United States District Court
110 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101