A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Nov 12, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 12, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| Katherine Karras v. Actavis Totowa, LLC, et al., ) | |
| N.D. Illinois, C.A. No. 1:09-5380 ) | MDL No. 1968 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Karras*) on October 8, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Karras* filed a notice of opposition to the proposed transfer. The Panel has been advised that plaintiff in *Karras* wishes to withdraw her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-21" filed on October 8, 2009, is LIFTED insofar as it relates to this action. This action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel