IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                    MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-23)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Bobby L. Culpepper
CULPEPPER & CARROLL LAW OFFICES
525 East Court Avenue
Jonesboro, LA 71251

Frederick H. Fern
HARRIS BEACH LLP
100 Wall Street
New York, NY 10005

James B. Irwin, V
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Frank Torres
LEVINE & GROSSMAN
114 Old Country Road
Suite 460
Mineola, NY 11501

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697