**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-23)

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Joanna Seybert
U.S. District Judge
U.S. District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Tom Stagg
Senior U.S. District Judge
4100 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3091