**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**　　　　　　　　　　MDL No. 1968

## INVOLVED CLERKS LIST (CTO-23)

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797