# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/20/2009                                                    Case Number 2:08-md-1968
Case Style: In Re: Digitek vs.
Type of hearing
Before the honorable: 2513-Goodwin
Court Reporter Lisa Cook                                            Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Carl Frankovitch; Meghan J. Carter; Harry Bell


Attorney(s) for the Defendant(s) Harvey Kaplan; Rebecca Betts; Matthew Moriarty


Law Clerk Angie Volk and Kate Fife                                  Probation Officer

## Trial Time



## Non-Trial Time

Pretrial conference (inclding settlement and telephone conferences).


## Court Time

10:30 am   to 12:20 pm
Total Court Time: 1 Hours 50 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start time 10:00 a.m.
Actual start time 10:30 a.m.


STATUS CONFERENCE
Chief Judge Goodwin
Magistrate Judge Stanley

Counsel for parties present.
Harry Bell - Pl. Co-lead and Liaison counsel
Carl Frankovitch - Pl. Co-lead counsel

Harvey Kaplan - Def. Co-lead counsel Mylan parties
Matt Moriarity - Def. Co-lead counsel Actavis parties
Rebecca Betts - Def. Liaison counsel
Kim Fields - WV Mass Litigation Manager

Confirmation of new discovery deadlines per PTO #45
Group 1 Trial Pool Cases - narrowed to 5 and put in order

## District Judge Daybook Entry

Miscellaneous discovery issues
State case coordination
Rule 11 motion status and relationship to Lone Pine order
Class action briefing status
Docket maintenance issues
Discussion on next status conference date for early to mid-February
End time 12:20 p.m.