IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED COUNSEL LIST (CTO-24)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Alicia J. Donahue
SHOOK HARDY & BACON LLP
333 Bush Street
Suite 600
San Francisco, CA 94104-2828

James E. Hoffman
LEVIN & HOFFMANN
23901 Calabasas Road
Suite 2010
Encino, CA 91302

David A. Hoines
HOINES HESS & ROSE
3081 East Commercial Boulevard
Suite 200A
Fort Lauderdale, FL 33308

Avril Dionne G. Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
10th Floor
New York, NY 10004-2502

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697