# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/16/2009                                                              Case Number 2:08-md-1968
Case Style: In Re:  Digitek vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter                                                                 Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government


Attorney(s) for the Defendant(s)


Law Clerk Angie Volk and Kate Fife                                             Probation Officer

### Trial Time


### Non-Trial Time

Pretrial conference (inclding settlement and telephone conferences).


### Court Time

3:05 pm    to 3:35 pm
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes

Scheduled start time 3:00 p.m.
Actual start time 3:05 p.m.

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding
Participated via conference call:
Judge Sandra Mazer Moss
Judge Brian Martinotti
Judge Alan Moats
Kim Fields
Judge Buddie Hahn
Discussion of scheduling matters.
End time 3:35 p.m.