## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**IN RE DIGITEK®**
**PRODUCTS LIABILITY LITIGATION**                    **MDL NO. 1968**

**THIS DOCUMENT RELATES TO ALL CASES**

---

### AMENDED NOTICE OF VIDEO DEPOSITION

---

Please take notice that the Plaintiffs Steering Committee will take the video deposition of **Cassandra Bird** before a court reporter or other official authorized by law to take depositions, on **Friday, January 22, 2010, at 1:00 p.m.** to be conducted at the offices of **Jackson Kelly PLLC, 150 Clay Street, Suite 500, Morgantown, WV 26501,** at which time and place you are notified to appear and take such part of said deposition as may be proper.

This deposition will be recorded stenographically and on videotape, and will comply with any relevant orders in this MDL. This deposition is noticed in the above-captioned matter for any and all purposes permitted by the Federal Rules of Civil Procedure, and any other federal, state, or local rules that apply to this action and the deposition will be taken in accordance with these rules. The oral examination will continue from day to day until completed.

Dated: January 11, 2010

Respectfully submitted,

On Behalf of the Plaintiffs' Steering
Committee

s/Fred Thompson, III Esq.____
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
The Bell Law Firm PLLC
P. O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2010, the above notice was emailed to counsel

for Mylan and UDL Laboratories. I also certify that on January 11, 2010, I electronically

filed the foregoing document with the Clerk of Court using the CM/ECF system, which

will send notification of such filing to all counsel of record.

s/Fred Thompson, III Esq.___
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*