IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

| STATE OF OHIO | ) | | |
|---|---|---|---|
| | ) | SS. | **AFFIDAVIT OF A. MICHAEL ANDERTON** |
| COUNTY OF CUYAHOGA | ) | | |

I, A. MICHAEL ANDERTON, being first duly sworn according to law, testify from my own personal knowledge as follows:

1. I am counsel for the Actavis Defendants in *In Re: Digitek Product Liability Litigation*, U.S. District Court for the Southern District of West Virginia, Charleston Division, MDL No. 1968, and am competent to testify to the matters set forth below.

2. The first time defense counsel for Actavis became aware of Mr. Galea's work during 2007 at Actavis Totowa, or of his assessment report, was during an initial pre-deposition interview I held with him on November 25, 2009.

3. As of the date of Mr. Galea's deposition, December 9, 2009, defense counsel had not yet seen his report.

4. It was not until December 18, 2009 that defense counsel received what was believed to be the assessment report, and that fact was not confirmed until January 6, 2010.

5. Mr. Galea's assessment report does not mention Digitek®, or any other product.

**EXHIBIT C**

6. The parties' agreed-upon search terms did not capture Mr. Galea's assessment report and in fact, the assessment report is non-responsive to the parties' search terms.

FURTHER AFFIDAVIT SAITH NAUGHT.

_____
A. MICHAEL ANDERTON

SWORN TO AND SUBSCRIBED IN MY PRESENCE this __12__ day of January, 2010.

_____
NOTARY PUBLIC

CHERYL L. BUNEVICH
Notary Public, State of Ohio
Lorain County
My Commission Expires May 31, 2010

073021.000031.1100136.1