IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  DIGITEK
         PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

_____
THIS DOCUMENT RELATES TO:

ALL CASES

_____

### NOTICE OF POSTPONEMENT OF VIDEOTAPED ORAL DEPOSITION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of **CHANDUBHAI PATEL** which was previously scheduled to take place on **Tuesday, January 19, 2010** at **9:00 a.m.** at the **Ramada Wayne Hotel, 334 U.S. 46, Wayne, New Jersey 07470** has been postponed. The deposition will be rescheduled at a later date and proper notice given to all parties.

Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

*S/Fred Thompson*
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
***Co-Lead Counsel***

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road

1

Weirton, WV 26062
***Co-Lead Counsel***

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston 25326
***Co-Lead and Liaison Counsel***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2010 I served via ECF and e-mail a true and correct copy of the foregoing Notice of Deposition of to:

Rebecca A. Betts, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Harvey L. Kaplan, Esq.
Shook Hardy and Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Matthew P. Moriarty
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Richard A. Dean, Esq.
Tucker Ellis and West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

Madeleine McDonough, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

PLAINTIFFS' STEERING COMMITTEE

By: *s/Fred Thompson*

***Plaintiffs' Co-Lead Counsel***