**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: DIGITEK
      PRODUCTS LIABILITY LITIGATION

                                 MDL NO. 1968

_____

THIS DOCUMENT RELATES TO:

ALL CASES

_____

**NOTICE OF POSTPONEMENT OF VIDEOTAPED ORAL DEPOSITION**

      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the oral videotaped deposition of **APURVA PATEL** which was previously scheduled to take place on **Thursday, January 21, 2010** at **9:00 a.m.** at the **Ramada Wayne Hotel, 334 U.S. 46, Wayne, New Jersey 07470**, has been postponed. The deposition will be rescheduled at a later date and proper notice given to all parties.

                                 Respectfully submitted,

                                 On Behalf of the Plaintiffs' Steering Committee

                                 _S/Fred Thompson_
                                 Fred Thompson, III, Esq.
                                 Motley Rice, LLC
                                 28 Bridgeside Blvd.
                                 Mt. Pleasant, SC 29464
                                 ***Co-Lead Counsel***

                                 Carl N. Frankovitch, Esq.
                                 Frankovitch, Anetakis, Colantonio & Simon
                                 337 Penco Road
                                 Weirton, WV 26062
                                 ***Co-Lead Counsel***

Harry F. Bell, Jr., Esq.
Bell & Bands PLLC
P.O. Box 1723
Charleston 25326
***Co-Lead and Liaison Counsel***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2010 I served via ECF and e-mail a true and correct copy of the foregoing Notice of Postponement of Deposition of Apurva Patel to:

Rebecca A. Betts, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Harvey L. Kaplan, Esq.
Shook Hardy and Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Matthew P. Moriarty
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Richard A. Dean, Esq.
Tucker Ellis and West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

Madeleine McDonough, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

PLAINTIFFS' STEERING COMMITTEE

By: *S/Fred Thompson*

*Plaintiffs' Co-Lead Counsel*