# Exhibit E

# In Re:
*Digitek*

*Swapan Roychowdhury*
*December 15, 2009*
*Confidential – Subject to Further Confidentiality Review*

## GOLKOW TECHNOLOGIES, INC.
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File sr121509.txt
Min-U-Script® with Word Index

Page 109

1 name.
2 Q That's her last name?
3 A I don't know whether that's first
4 name or last name. That's how I knew her,
5 Gudrun.
6 Q You just know that she's the head of
7 the global quality compliance?
8 A Quality and compliance.
9 Q And that's the only time anyone from
10 Iceland visited that you can remember?
11 A In Riverview.
12 Q At Little Falls or Riverview?
13 A Right.
14 Q Sir, you are aware that the
15 Department of Justice filed a Complaint for
16 permanent injunction against Actavis?
17 A (Witness shakes head.)
18 Q Have you seen that document?
19 A Yes.
20     (Plaintiff's Exhibit No. 82 was
21 marked for identification.)
22     BY MS. SANFORD:
23 Q I'm going to mark this as Exhibit 82
24 and ask you to take a look at that, sir.

Page 110

1 Sir, is this a Complaint you had
2 previously seen?
3 A Yeah.
4 Q You'll see on the front page, sir,
5 it's entitled "Complaint for Permanent
6 Injunction"?
7 A Yes.
8 Q There, sir, we see this is
9 Exhibit 82 and it is entitled "Complaint for
10 Permanent Injunction" on the first page.
11 You see that, sir?
12 A Yes.
13 Q I'd like to ask you to turn with me
14 to Page 3 of that document. You see in
15 Paragraph 4 on Page 3, sir, and I'm going to
16 read from the sentence that begins with the
17 word "Most." "Most of the firm's," do you see
18 that? You can look also on the overhead if
19 you need to.
20 Do you see that, sir?
21 A Yeah.
22 Q You see that?
23 "Most of the firm's manufacturing
24 operations and receipt of raw materials occurs

Page 111

1 at the Little Falls facility."
2 You understand that to be true, sir?
3 MR. ANDERTON: Objection.
4 You may answer.
5 THE WITNESS: Yeah, we have
6 manufacturing operations in Little Falls
7 facility.
8 BY MS. SANFORD:
9 Q And as to that sentence, sir, that
10 was your department; right?
11 MR. ANDERTON: Objection.
12 THE WITNESS: This is the
13 manufacturing operation or the laboratory
14 operation.
15 BY MS. SANFORD:
16 Q The next sentence: At the Taft Road
17 facility, the firm conducts research and
18 development, receives components, labels and
19 packages and distributes finished products.
20 Do you see that sentence, sir?
21 A Yes.
22 Q You understand that to be true?
23 MR. ANDERTON: Objection.
24 You may answer.

Page 112

1 THE WITNESS: Yes.
2 BY MS. SANFORD:
3 Q Next sentence: At the firm's new
4 Riverview Drive facility, Actavis Totowa
5 recently stated laboratory testing -- recently
6 started, I apologize, laboratory testing and
7 some other drug manufacturing activities.
8 Do you see that, sir?
9 A Yes.
10 Q And you know that to be true?
11 MR. ANDERTON: Objection.
12 You may answer.
13 THE WITNESS: Yes, from end of
14 December, from January 2008 onwards, we
15 moved to Little Falls -- Riverview
16 facility.
17 BY MS. SANFORD:
18 Q Okay. Very good. And I apologize
19 for interrupting there, sir. I didn't know
20 you were not finished.
21 If you'll turn with me to Page 5.
22 Sir, do you see the paragraph, Paragraph 11,
23 titled "Adulterated Drugs"?
24 Do you see that, sir?