# Exhibit G



PHARMACEUTICAL, INC.

101 EAST MAIN STREET LITTLE FALLS, NJ 07424 USA

ANDA - 40-282                    2/21/05

ANNUAL REPORT
1/1/04 - 12/31/04

DIGOXIN TABLETS, USP
0.125 mg and 0.25 mg

AMIDE COPY

| TRANSMITTAL OF ANNUAL REPORTS FOR DRUGS FOR HUMAN USE (21 CFR 314.81) | DATE SUBMITTED. 2/21/2005 | Form Approved: OMB No. 0910-0002 Expiration Date: March 31, 2005 See OMB Statement on Reverse. |
|---|---|---|

**NOTE:** This report is required by law (21 USC 355; 21 CFR 314.81). *Failure to report can result in withdrawal of approval of the New Drug Application.*

**1. NDA OR ANDA NUMBER**

| N | 4 | 0 | 2 | 8 | 2 |
|---|---|---|---|---|---|

### INSTRUCTIONS

Complete a transmittal form for each application for which an annual report is being submitted. Retain the carbon copy labeled "applicant." Submit the remaining copies of the transmittal form along with two copies of the annual report to FDA.

If any part of the annual report applies to more than one application, list In Item 7 all other applications to which such parts apply.

**2. Report No. (FDA Complete)**

Y- 0 0 5

**APPLICANT NOTE**

Reference NDA and Y numbers *(entered on Acknowledgement Copy)* in any subsequent correspondence regarding report.

| 4. APPLICANT AMIDE PHARMACEUTICAL, INC. | PHONE NUMBER (973) 890-1440 | 3. CFR SECTION NUMBER *(Antibiotic only)* |
|---|---|---|

| 5. DRUG NAME DIGOXIN TABLETS, USP 0.125 mg and 0.25 mg | 6. TYPE OF REPORT *(Check one)* ☒ ANNUAL  ☐ OTHER |
|---|---|

**7. OTHER NDA/ ANTIBIOTIC APPLICATION NUMBERS** *(List all numbers if any part of report applies to more than one number.)*

**8. PERIOD COVERED BY REPORT**

| FROM | | TO | |
|---|---|---|---|
| YEAR | MONTH | YEAR | MONTH |
| 2004 | 01 | 2004 | 12 |

### REPORT INFORMATION REQUIRED (See § 314.81 for description)

9. *(Enter type of information attached under "Identification." If you have nothing to report, enter None.)* (INFORMATION IN "9b" AND "9c" IS ALWAYS REQUIRED.)

| TYPE OF INFORMATION | IDENTIFICATION *(Volume No.(s) / Tab(s) / Page(s) of Report)* |
|---|---|
| a. SUMMARY OF SIGNIFICANT NEW INFORMATION | NONE |
| b. DISTRIBUTION DATA | ENCLOSED |
| c. LABELING *(Whether or not previously submitted)* | ENCLOSED |
| d. CHEMISTRY MANUFACTURING AND CONTROLS CHANGES ☒ SUPAC | Extension of expiration period to 3 years based on 3 batch room temperature data. Attachment 4. |
| e. NONCLINICAL LABORATORY STUDIES | NONE |
| f. CLINICAL DATA | NONE |
| g. STATUS REPORT POST-MARKETING STUDIES | NONE |
| h. STATUS OF OPEN REGULATORY BUSINESS *(Optional)* | NONE |

TYPED NAME AND TITLE OF RESPONSIBLE OFFICIAL OR AGENT
JASMINE SHAH, M.S., R.Ph.
DIRECTOR, REGULATORY AFFAIRS

SIGNATURE

APPLICANTS RETURN ADDRESS *(Type within the window envelope tic marks)*

JASMINE SHAH
AMIDE PHARMACEUTICAL INC.
101 EAST MAIN STREET, LITTLE FALL, NJ 07242

**FDA USE ONLY**

**10. NDA OR ANDA NUMBER**

| N | 4 | 0 | 2 | 8 | 2 |
|---|---|---|---|---|---|

**11. DATE OF RECEIPT**

**RECEIVED**

FEB 2 2 2005

**OGD / CDER**

FORM FDA 2252 (4/02)  PREVIOUS EDITION IS OBSOLETE.

00

# Amide
## PHARMACEUTICAL, INC.

101 East Main Street
Little Falls, New Jersey 07424

Telephone (973) 890-1440
Fax (973) 890-7980

February 21, 2005

Gary Buehler
Director
Office of Generic Drugs
Center for Drug Evaluation and Research
Metropark North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773.

Re:   Annual Reporting of ANDA 40-282
      Digoxin Tablets, USP 0.125 mg and 0.25 mg

Dear Mr. Buehler:

In reference to the submission of "Transmittal of Periodic
Reports for Drugs for Human Use" for **Digoxin Tablets, USP 0.125
mg and 0.25 mg**, enclosed please find form FDA 2252 **(Attachment 1)**
and the necessary documents. This report covers period from
January 1, 2004 to December 31, 2004.

**COMPLAINTS**: A total of nineteen (19) complaints were received for
these products during the reporting period. Enclosed please find
a complaint summary **(Attachment 2)**.

**STABILITY**: Pertinent room temperature stability data for the
following batches tested during the reporting period is enclosed
**(Attachment 3)**:


**Digoxin Tablets, USP 0.125 mg**

100's (metal cap) - 1095A
5000's (metal cap) - 1095A

100's (plastic cap) - 1290A, 1291A, 1292A, 2319A1, 3463A1, 4076A
5000's (plastic cap) - 1290A1, 1291A1, 1292A, 2319A, 3463A, 4076A1


**Digoxin Tablets, USP 0.25 mg**

100's (metal cap)- 1108A
5000's (metal cap)- 1108A

100's (plastic cap)- 1288A1, 1331A, 1332A, 2331A, 3490A1
5000's (plastic cap)- 1288A, 1331A1, 1332A1,2331A1, 3490A

*HIGH QUALITY PHARMACEUTICALS*

Page 3 of 4
February 21, 2005
Annual Reporting of ANDA 40-282
Digoxin Tablets, USP 0.125 mg and 0.25 mg


FD&C Green Lake Blend LB-603: Raw material analytical method was
revised on March 15, 2004 to change Identification test as per
FDA color additive certification method. Enclosed please find
revised copy of method and specifications for FD&C Green Lake
Blend LB-603 (Attachment 7).

There were no changes in the analytical methods from that
submitted earlier.


**MANUFACTURING AND CONTROL CHANGES:**

There were no changes made in manufacturing and control procedures
for these products during reporting period.

**Digoxin Tablets, USP 0.125 mg**
A total of forty two (42) batches of Digoxin Tablets, USP 0.125
mg were manufactured during the reporting period. Batch #'s
4076A, 4077A, 4151A, 4152A, 4153A, 4154A, 4155A, 4232A, 4234A,
4235A, 4236A, 4237A, 4275A, 4276A, 4277A, 4278A, 4279A, 4366A,
4367A, 4368A, 4369A, 4370A, 4412A, 4413A, 4414A, 4440A, 4441A,
4442A, 4443A, 4444A, 4606A, 4607A, 4610A, 4611A, 4612A, 4637A,
4638A, 4639A, 4640A, 4641A, 4661A, and 4662A were 4,800,000
tablets batch size each. Equipment comparable to the submission
batch was used to manufacture these batches.

**Digoxin Tablets, USP 0.25 mg**
A total of thirty six (36) batches of Digoxin Tablets, USP 0.25
mg were manufactured during the reporting period. Batch #'s
4183A, 4184A, 4185A, 4186A, 4187A, 4301A, 4302A, 4303A, 4304A,
4305A, 4325A, 4331A, 4333A, 4334A, 4335A, 4336A, 4451A, 4452A,
4453A, 4454A, 4486A, 4487A, 4488A, 4489A, 4490A, 4582A, 4692A,
4693A, 4694A, 4695A, 4696A, 4731A, 4732A, 4733A, 4734A, and 4735A
were 4,200,000 tablets batch size each. Equipment comparable to
the submission batch was used to manufacture these batches.


**PACKAGING AND DISTRIBUTION CONTROLS:**

A CBE-30 supplement for alternate packaging and labeling site was
submitted on November 4th, 2004 and approved on January 13th,
2005.

There were no other changes made in packaging and distribution
controls for these products during the reporting period.

| TRANSMITTAL OF ANNUAL REPORTS FOR DRUGS FOR HUMAN USE (21 CFR 314.81) | DATE SUBMITTED. | Form Approved: OMB No. 0910-0001 Expiration Date: March 31, 2005 See OMB Statement on Reverse. |

**NOTE:** This report is required by law (21 USC 355; 21 CFR 314.81). *Failure to report can result in withdrawal of approval of the New Drug Application.*

| 1. NDA OR ANDA NUMBER |
| N | 4 | 0 | 2 | 8 | 2 |

### INSTRUCTIONS

Complete a transmittal form for each application for which an annual report is being submitted. Retain the carbon copy labeled "applicant." Submit the remaining copies of the transmittal form along with two copies of the annual report to FDA.

If any part of the annual report applies to more than one application, list in item 7 all other applications to which such parts apply.

| 2. Report No. (FDA Complete) |
| Y- | | | | | |

**APPLICANT NOTE**

Reference NDA and Y numbers *(entered on Acknowledgement Copy)* in any subsequent correspondence regarding report.

| 4. APPLICANT | PHONE NUMBER | 3. CFR SECTION NUMBER (Antibiotic only) |
| AMIDE PHARMACEUTICAL, INC. | (973) 890-1440 | |

**5. DRUG NAME**
DIGOXIN TABLETS, USP 0.125 mg and 0.25 mg

**6. TYPE OF REPORT** *(Check one)*
☒ ANNUAL    ☐ OTHER

**7. OTHER NDA/ ANTIBIOTIC APPLICATION NUMBERS** *(List all numbers if any part of report applies to more than one number.)*

**8. PERIOD COVERED BY REPORT**

| FROM | | TO | |
| YEAR | MONTH | YEAR | MONTH |
| 2004 | 01 | 2004 | 12 |

**9.**

**REPORT INFORMATION REQUIRED** (See § 314.81 for description)
*(Enter type of information attached under "Identification." If you have nothing to report, enter None.)*
*(INFORMATION IN "9b" AND "9c" IS ALWAYS REQUIRED.)*

| TYPE OF INFORMATION | IDENTIFICATION (Volume No.(s) / Tab(s) / Page(s) of Report) |
|---|---|
| a. SUMMARY OF SIGNIFICANT NEW INFORMATION | NONE |
| b. DISTRIBUTION DATA | ENCLOSED |
| c. LABELING (Whether or not previously submitted) | ENCLOSED |
| d. CHEMISTRY MANUFACTURING AND CONTROLS CHANGES ☒ SUPAC | Extension of expiration period to 3 years based on 3 batch room temperature data. Attachment 4. |
| e. NONCLINICAL LABORATORY STUDIES | NONE |
| f. CLINICAL DATA | NONE |
| g. STATUS REPORT POST-MARKETING STUDIES | NONE |
| h. STATUS OF OPEN REGULATORY BUSINESS (Optional) | NONE |

| TYPED NAME AND TITLE OF RESPONSIBLE OFFICIAL OR AGENT | FDA USE ONLY |
| JASMINE SHAH, M.S., R.Ph. DIRECTOR, REGULATORY AFFAIRS | 10. NDA OR ANDA NUMBER |
| | N | | | | | |
| SIGNATURE | 11. DATE OF RECEIPT |

**APPLICANTS RETURN ADDRESS** *(Type within the window envelope tic marks)*

JASMINE SHAH

AMIDE PHARMACEUTICAL INC.

*101 EAST MAIN STREET, LITTLE FALL, NJ 07242*

FORM FDA 2252 (4/02)        PREVIOUS EDITION IS OBSOLETE.        00

**Digoxin Tablets, USP 0.125 and 0.25 mg**
**Complaint Summary 1/1/2004 to 12/31/2004**

A total of nineteen (19) complaints were received during January 2004 to December 2004 reporting period. The complaints received, were noted as:

| | COMPLAINT | COMPLAINT SUMMARY |
|---|---|---|
| 1. | Dizziness | Known adverse effect |
| 2. | Fatigue, dizziness, diarrhea | Known adverse effects |
| 3. | Increased blood pressure | Known adverse effect |
| 4. | Nausea | Known adverse effect |
| 5. | Contamination | Metal object seen in tablet |
| 6. | Thick tablet | Tablet was left in the vibrator during the set up of the machine and passed undetected. |
| 7. | Dispensing Error | Dispensing error by pharmacist |
| 8. | Weight Loss | Unknown adverse effect |
| 9. | Hair loss | Unknown adverse effect |
| 10. | Black deposits on teeth | Unknown adverse effect |
| 11. | Fast dissolution of the tablets | Incorrect administration of the product |
| 12. | Hypophosphatemia and leucopenia | Patient was receiving multiple medications and was enrolled on new drug investigational study. Patient might experience drug interaction effect. |
| 13. | Products mix-up | Dispensing error by pharmacist |
| 14. | Short count (30 tablets short) | One month supply was dispensed before |
| 15. | Nausea | Known adverse effect |
| 16. | Products mix-up | Dispensing error by pharmacist |
| 17. | Palpitation | Known adverse effect |
| 18. | Blurred vision | Known adverse effect |
| 19. | Short Count (empty bottle) | Isolated incident. Extremely rare case |

006