# Exhibit H

This page has been intentionally omitted.