Exhibit P

Alan W. Chambers

---

**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  DIGITEK PRODUCT LIABILITY
LITIGATION

ALAN CHAMBERS,
    Plaintiff

        v            MDL NO. 2:08-1175

ACTAVIS TOTOWA, LLC, et al,
    Defendants

Oral deposition of ALAN W.
CHAMBERS, taken at the law offices of
Locks Law Firm, 457 Haddonfield Road,
Suite 500, Cherry Hill, New Jersey, on
Tuesday, September 22, 2009, commencing
at approximately 10:20 a.m., before
Maureen E. Broderick, a Registered
Professional Reporter and Notary Public,
pursuant to notice.

---

**Page 2**

1    APPEARANCES:
2    LOCKS LAW FIRM
     BY: JAMES J. PETTIT, ESQUIRE
3      Jpettit@lockslaw.com
       457 Haddonfield Road, Suite 500
4      Cherry Hill, NJ 08002
       856.663.8200
5      Counsel for Plaintiff
6    TUCKER ELLIS & WEST LLP
     BY: JOHN A. SIMON, ESQUIRE
7      John.simon@tuckerellis.com
       1150 Huntington Building
8      925 Euclid Avenue
       Cleveland, OH 44115-1414
9      216.592.5000
       Counsel for Actavis Defendants
10
     ALLEN GUTHRIE & THOMAS, PLLC
11   BY: ZACKARY B. MAZEY, ESQUIRE
       Zbmazey@agmtlaw.com
12     PO Box 3394
       500 Lee Street, East, Suite 800
13     Charleston, WV 25301
       304.720.4226
14     Counsel for Mylan and Actavis Defendants
15   SHOOK, HARDY & BACON, LLP
     BY: M. KEVIN UNDERHILL, ESQUIRE
16     Kunderhill@shb.com
       333 Bush Street, Suite 600
17     San Francisco, CA 94104-2828
       415.544.1900
18     Counsel for Mylan Defendants
19         EXAMINATION INDEX
20   Alan W. Chambers
       BY MR. SIMON              3
21     BY MR. UNDERHILL       112
       BY MR. SIMON            118
22     BY MR. PETTIT           120
23         EXHIBIT INDEX
24   Chambers          MARKED
     1   Plaintiff Fact Sheet      42
25

---

**Page 3**

1        ALAN W. CHAMBERS, having been
2    duly sworn, was examined and testified
3    as follows:
4        COURT REPORTER:
5    Stipulations?
6        MR. PETTIT:  Read and sign.
7        EXAMINATION
8    BY MR. SIMON:
9    Q.  Mr. Chambers, my name is John
10   Simon.  We were introduced a few moments
11   ago.
12       We're here today to take your
13   deposition in a lawsuit you filed
14   against two companies, Actavis and
15   Mylan.
16       Is that your understanding?
17   A.  Yes.
18   Q.  Could you please state your full
19   name for the record.
20   A.  Alan, A-L-A-N, Wayne, W-A-Y-N-E,
21   Chambers, C-H-A-M-B-E-R-S.
22   Q.  Have you ever had your deposition
23   taken before?
24   A.  No, I haven't.
25   Q.  Okay.  A deposition is basically a

---

**Page 4**

1    question-and-answer session.  I'm going
2    to be asking you a number of questions
3    about yourself, your background and this
4    lawsuit.  You're going to be providing
5    the answers to those questions.  Okay?
6    A.  Yes.
7    Q.  In the event you don't understand
8    one of my questions, it's unclear, it
9    doesn't make sense to you, please let me
10   know and I'll be happy to rephrase it so
11   that we can come to an understanding.
12   Okay?
13   A.  Yes.
14   Q.  Another rule of the deposition is,
15   you have to wait until I finish my
16   questions before you can provide your
17   answer, otherwise, the court reporter
18   can't accurately reflect the questions
19   and answers.  Okay?
20   A.  Yes, I understand.  Yes.
21   Q.  In addition to that, please keep
22   your responses verbal.  Nods of the
23   head, shrugs of the shoulders, we
24   frequently do that when we're
25   communicating, but for a deposition,

---

Alan W. Chambers



Page 5

1  please attempt to avoid that. Okay?
2  A.  Yes.
3  Q.  What is your address,
4  Mr. Chambers?
5  A.
6
7
8  Q.  How long have you lived at that
9  address?
10 A.  Since 1993.
11 Q.  Can you describe for me what type
12 of home or apartment it is?
13 A.  It's a -- I guess you would say, a
14 bungalow-type, small dwelling.
15 Q.  How many bedrooms does it have?
16 A.  I have officially three bedrooms.
17 One bedroom is smaller than the other.
18 It's like a --
19 Q.  How many bathrooms does it have?
20 A.  I have two bathrooms.
21 Q.  Is it a one-level unit or does it
22 have more than one floor?
23 A.  There is a basement, but there's
24 one level.
25 Q.  With whom do you live?

Page 7

1
2
3  A.
4
5  Q.  Are you making a lost wage claim
6  in this lawsuit?
7  A.  No.
8  Q.  You indicated that you do own a
9  business, though.
10     Can you give me a brief
11 description of the business and what you
12 do.
13 A.  Yes.  I've been in the landscape
14 and lawn maintenance business since
15 officially since 1976, and it entails
16 mainly we do lawn maintenance work and
17 gardening.
18 Q.  When you say you do lawn
19 maintenance work, what type of things do
20 you do?
21 A.  Cutting lawns, cleanups, leaves,
22 that nature.  Pruning shrubs, trimming
23 shrubs.
24 Q.  Is there a -- I'm sorry.
25     Is there a commercial, as

Page 6

1  A.  I live with
2
3
4  Q.  How long have you been married to
5  your wife?
6  A.  Since '93, 16 years.
7  Q.  What is your son's name?
8  A.
9  Q.  Before we go on, what is your
10 wife's name?
11 A.
12 Q.  Chambers also?
13 A.  Yes.
14 Q.  And how old is your son?
15 A.
16 Q.
17 A.
18
19
20 Q.
21
22 A.
23
24 Q                                    yes
25

Page 8

1  well as residential that you handle as
2  part of that business?
3  A.  From time to time, yes.  In the
4  past, yes.
5  Q.  What is the bulk of it, though?
6  A.  It's residential.
7  Q.  Have you ever been in the
8  military?
9  A.  No, I haven't.
10 Q.  Have you ever brought a lawsuit
11 before?
12 A.  No, I haven't.
13 Q.  Have you ever been sued?
14 A.  I don't recall.  I don't believe I
15 have.  I would have remembered if -- I
16 would have to say no in that regard.
17 Q.  Have you ever brought any lawsuits
18 as part of your business enterprise?
19 A.  No.
20 Q.  Has your business ever been sued?
21 A.  No.
22 Q.  Have you ever filed a Workers'
23 Compensation claim?
24 A.  No, I haven't.
25 Q.  Have you ever filed a claim for

2  (Pages 5 to 8)

Alan W. Chambers

Page 9

1   Social Security disability benefits?
2   A.  Yes, I have.
3   Q.  Where did you file that?
4   A.  Cherry Hill office.
5   Q.  And when did you file that?
6   A.  It's been a -- I've filed four
7   times over the last, I would estimate,
8   three, three to four years.
9   Q.  What were the results of those
10  applications?
11  A.  I was denied.
12  Q.  You filed three or four times, and
13  on each of those occasions you were
14  denied?
15  A.  That's correct.
16  Q.  What conditions were you claiming?
17  A.  Disability due to my heart
18  condition.
19  Q.  What is it about your heart
20  condition that caused you to file a
21  claim for disability?
22  A.  I'm not able to physically do the
23  work like I used to before I was
24  stricken with it.
25  Q.  And what types of things are you

Page 10

1   no longer able to do that you were able
2   to do in the past?
3   A.  I can't -- I can still do the
4   work, but I can't do the amount of work
5   that I used to be able to do.  Like
6   cutting lawns, I can't be pushing a lawn
7   mower for long periods of time due to
8   the heart situation.
9        It's overall lack of -- I
10  don't have the energy like I did because
11  of the heart situation, I presume.
12  Q.  Are you able to do everything you
13  were able to do before, it's just that
14  you can't do as much?
15  A.  That's correct.
16  Q.  Do you have any applications
17  currently pending for disability?
18  A.  No, I don't.
19  Q.  Do you anticipate filing again in
20  the near future?
21  A.  I don't anticipate doing it.
22  Q.  Did anyone assist you with your
23  filings for Social Security disability?
24  A.  No.  No.  It was on my own
25  volition.

Page 11

1   Q.  How did you learn that you might
2   have a claim due to your use of Digitek?
3   A.  I believe it was on television,
4   there was an attorney advertisement
5   about Digitek.  Basically, if you had
6   taken Digitek, you know...
7   Q.  When did you see that
8   advertisement from an attorney regarding
9   Digitek and the possibility of a
10  lawsuit?
11  A.  It would have been in 2008, I
12  guess, after the recall.  I can't recall
13  exactly when I saw the advertisement.
14  Q.  Do you know the name of the law
15  firm that was being advertised?
16  A.  No, I don't.
17  Q.  What did you do once you saw that
18  advertisement?
19  A.  Well, I had -- actually, I didn't
20  do anything, because I was taking the
21  medication for a short period of time,
22  and I felt that my doctor would notify
23  me or my pharmacist would notify me of
24  any problems regarding that.
25        So --

Page 12

1   Q.  Did -- I'm sorry.
2   A.  -- that's basically why I didn't
3   do anything because...
4   Q.  Did any of your doctors or
5   pharmacists alert you to any problems
6   you had as a result of your use of
7   Digitek?
8   A.  Basically, the way I found out
9   was, I went to renew my prescription in
10  March, I believe, and they told me there
11  was a recall on it.  And that was all
12  they said, basically.
13  Q.  Who told you that there was a
14  recall?
15  A.  One of the technicians at the
16  pharmacy.
17  Q.  And what pharmacy was that at?
18  A.  This is a Rite-Aid Pharmacy in
19  Pennsauken.
20  Q.  Did you talk to the pharmacist?
21  A.  I don't recall talking to the
22  pharmacist.  I basically asked, you
23  know, there was a recall, and they said
24  yes.  So I left it up to my doctor to
25  contact me as to any alternative, or

3  (Pages 9 to 12)

Alan W. Chambers

Page 13

1 whatever.
2 Q. What did the technician tell you
3 about the recall?
4 A. Basically, they told me that the
5 dosage was improper. She was very
6 limited as to her information. The
7 dosage, you know, was improper
8 specifications. So that was the reason
9 for the recall.
10 Q. Did you ask her any questions
11 about the recall?
12 A. I just asked her why was it
13 recalled and that's basically what she
14 told me.
15 Q. And you don't recall speaking to
16 the pharmacist about the recall?
17 A. No. No.
18 Q. What did you do once you found out
19 about the recall?
20 A. Well, I was out of it, so I didn't
21 take it. I waited for a short period of
22 time to have somebody call me, which
23 never happened.
24 Q. So what did you personally do once
25 you found out about the recall with

Page 14

1 respect to your Digitek?
2 A. I had a routine -- I had a visit
3 to my -- my cardiologist, I see him
4 every three months. And in, I believe,
5 it was June I went to see him.
6 I more or less left it up to
7 my doctor to inform me as to any
8 alternative or whatever, which didn't
9 happen, basically.
10 Q. What did your doctor say to you
11 about the Digitek recall when you saw
12 him, you believe, in June?
13 A. I saw him in March, which was
14 before the recall. I told him --
15 MR. PETTIT: Hang on. Just
16 make sure you're answering the right
17 question.
18 You can answer however you
19 want, just answer his question after the
20 recall.
21 THE WITNESS: Can you repeat
22 the question. I forget what the --
23 BY MR. SIMON:
24 Q. Well, you were telling me that you
25 saw your doctor before you found out

Page 15

1 about the recall in March of 2008,
2 correct?
3 A. Yes. It was a routine visit, yes.
4 Q. And did you discuss Digitek at all
5 at that visit?
6 A. I mentioned to him that I was
7 experiencing contractions and he said he
8 felt it was the device. I have an
9 implanted defibrillator and he mentioned
10 that he thought it was the device
11 causing that, the contractions, not the
12 medication.
13 Q. And did you specifically ask him
14 about the medication Digitek you were
15 taking?
16 A. Yes, I did. Because I wasn't sure
17 what was causing the severe
18 contractions. I wasn't getting them all
19 the time, but I was getting them. And
20 they're different from palpitations.
21 I'm used to getting
22 palpitations with my condition. These
23 were strong contractions I was getting,
24 which was different.
25 And he said -- that's when he

Page 16

1 mentioned about he felt it was the
2 device causing that rather than the
3 medication.
4 Q. So, in March of 2008, your
5 physician -- first of all, what
6 physician was it that you saw?
7 A. This is my cardiologist.
8 Q. What is his name?
9 A. Dr. Burke.
10 Q. In March of 2008, Dr. Burke did
11 not feel that your contractions were
12 being caused by your medications,
13 including Digitek; is that correct?
14 A. That is correct. That's correct.
15 Q. You said that you found out about
16 the recall sometime in March of 2008,
17 correct, after that visit with your
18 doctor?
19 A. I found out when it was actually
20 recalled, that would be, I guess, April,
21 or whenever that was, by asking the
22 pharmacy. That's how I was notified of
23 the recall, at the pharmacy.
24 Q. So it wasn't until April sometime
25 in 2008 that you found out about the

4 (Pages 13 to 16)

Alan W. Chambers

Page 17

1    recall.
2    A. That's correct.
3    Q. Now, you indicated that you saw
4    your cardiologist again as part of your
5    routine seeing him every three months in
6    June of 2008, correct?
7    A. That's correct. That's correct.
8    Q. What did you do between April of
9    2008 when you found out about the recall
10   and June of 2008 regarding your use of
11   Digitek?
12   A. I didn't have any Digitek to take
13   because they didn't have any for me
14   because of the recall.
15        So I waited until, you know,
16   a couple -- I figured I was waiting for
17   my doctor to notify me of an
18   alternative. So I -- they put me on
19   digoxin after that period. Generic, I
20   guess, digoxin.
21        But there was a period of
22   time there when, you know, I was waiting
23   for somebody to contact me as to an
24   alternative. So I didn't take anything
25   in that regard because I didn't have

Page 18

1    anything to take.
2    Q. When you found out about the
3    recall in April of 2008 and nobody had
4    contacted you, did you think to contact
5    your doctor?
6    A. Well, I thought I was coming up on
7    a routine visit in June, so I thought if
8    there was any problem, I left it up to
9    him to -- his professionalism to contact
10   me if there would be a problem in the
11   interim period.
12   Q. What did you do with respect to
13   your Digitek use between April and June
14   of 2008?
15   A. Nothing. I didn't have it to take
16   because it was recalled.
17   Q. So you didn't take anything?
18   A. I didn't take anything.
19   Q. You indicated that in your March
20   of 2008 visit you were experiencing what
21   you referred to as contractions.
22        What do you mean when you say
23   you were experiencing contractions?
24   A. My understanding of my heart
25   situation, I get routine palpitations

Page 19

1    with the atrial fibrillation, which is a
2    fluttering feeling. This was different.
3    This was a pounding from the lower part.
4         Like the fluttering -- I'm
5    getting it right now. The fluttering is
6    -- more or less, the atrium is located
7    on the top of the heart, the upper
8    surface of the heart.
9         The pounding, apparently, was
10   the contractions from the ventricle
11   part, and that was different.
12        It was a real -- it felt like
13   my chest -- it was going to fly out of
14   my chest. It would just come out of
15   nowhere. It would just be -- and then
16   it would subside after, say, ten, 15
17   minutes.
18   Q. Did you discuss these contractions
19   with any of your physicians?
20   A. Yes. Yes.
21   Q. With what physicians did you
22   discuss your contractions?
23   A. I discussed it with -- my
24   cardiologist was aware of the situation
25   when I mentioned to him in the March

Page 20

1    visit about the contractions.
2         I discussed it with my
3    primary care physician, Dr. McDermet.
4    Q. You talked about contractions with
5    Dr. Burke in March of 2008 when you saw
6    him.
7    A. Yes. That's correct.
8    Q. Did you discuss contractions with
9    him at any other time?
10   A. No. I felt -- you know, he seemed
11   to feel it was the device rather than
12   the -- so there was no need to continue
13   to discuss it with him. He was aware of
14   it. I just wanted to make him aware of
15   it.
16   Q. Now, you also indicated that you
17   spoke with Dr. McDermet.
18   A. Yes. He's my primary care
19   physician, yes.
20   Q. When did you speak with
21   Dr. McDermet about contractions?
22   A. That was in September of 2008.
23   Q. What did you tell Dr. McDermet
24   about the contractions?
25   A. Well, I was back on the digoxin

5 (Pages 17 to 20)

Alan W. Chambers

Page 21

1   and I was having the same problems with
2   the severe contractions, so I stopped
3   taking it.
4          And I mentioned to him that I
5   stopped taking it. And he said it was a
6   good thing I did based on what I told
7   him with the severe contractions.
8   Q.  When were you experiencing the
9   contractions you discussed with
10  Dr. McDermet?
11  A.  It was in, as far as I can recall,
12  August. It was definitely in August of
13  2008. It could have been July also.
14         I didn't have any record of
15  -- I didn't keep any record of actually
16  when I experienced them.
17  Q.  Now, I believe you indicated
18  earlier that you saw your cardiologist
19  in June of 2008, correct?
20  A.  Yes. That's correct.
21  Q.  And that was a routine follow-up
22  visit --
23  A.  Right.
24  Q.  -- that you had with him every
25  three months.

Page 22

1   A.  Right.
2   Q.  Do you continue to see your
3   cardiologist every three months?
4   A.  Yes, I do.
5   Q.  Now, with that June of 2008 visit,
6   I believe you indicated that he changed
7   your prescription.
8   A.  I'm not aware -- I know I was
9   placed on the regular digoxin,
10  obviously, because the Digitek was
11  recalled.
12  Q.  So you're aware, and it's your
13  understanding, that Digitek was recalled
14  in April of 2008, and you received a
15  prescription for another form of digoxin
16  in June of 2008, correct?
17  A.  That's correct. Yes.
18  Q.  Now, after you started taking the
19  digoxin that you were prescribed in June
20  of 2008, you, once again, began
21  experiencing contractions with the new
22  digoxin you began taking in June of
23  2008, in July and August of 2008?
24  A.  Yes. That's correct.
25  Q.  And that's what prompted your

Page 23

1   discussion with Dr. McDermet about your
2   contractions in August --
3   A.  That is correct.
4   Q.  -- of 2008.
5          You have to wait until I
6   finish my question.
7   A.  Okay.
8   Q.  And that's what prompted your
9   discussion with Dr. McDermet about the
10  contractions you were having in July and
11  August of 2008.
12  A.  Yes. That's correct.
13  Q.  And the contractions you were
14  having in July and August of 2008, were
15  they similar to the contractions you
16  were having back in March of 2008?
17  A.  Yes. As far as I can recall, yes.
18  Q.  Now, you indicated earlier that
19  you routinely have what you described as
20  palpitations, correct?
21  A.  Yes.
22  Q.  Describe for me what you mean by
23  "palpitations."
24  A.  It's been described by others,
25  I've read, that there's a -- it feels

Page 24

1   like goldfish in your chest. I guess,
2   out of lack of a better explanation,
3   that's basically -- there's a
4   fluttering, you feel a fluttering.
5   Q.  Have you talked with anyone else,
6   besides your lawyers, about this
7   lawsuit?
8   A.  No. No, I haven't.
9   Q.  Have you talked about this lawsuit
10  with your wife?
11  A.  Of course, you know, I mentioned
12  that, you know, the proceedings were --
13  other than that, no details or anything.
14  Q.  Have you discussed your health
15  condition and your contractions that you
16  were experiencing with your wife?
17  A.  Yes.
18  Q.  What did you tell your wife about
19  the contractions?
20  A.  I've told her that -- when they do
21  occur, I tell her. I make her aware of
22  when they do occur and the severity of
23  it, basically.
24  Q.  Now, you indicated that you told
25  Dr. McDermet you were experiencing the

6  (Pages 21 to 24)

Alan W. Chambers

Page 25

1  heart contractions in July and August of
2  2008 at a September visit, correct?
3  A.  That's correct.
4  Q.  What did you do or what did he
5  suggest?
6  A.  I had already stopped taking in
7  August the medication because of the
8  contractions.  And he said, he mentioned
9  -- all he mentioned to me was he felt
10  that it was good that I stopped taking
11  it based on the information I gave him.
12  Q.  Did your contractions stop after
13  you discontinued the digoxin in August
14  of 2008?
15  A.  Yes.  Yes.
16  Q.  Have you had any contractions
17  since you discontinued digoxin in August
18  of 2008?
19  A.  Not that I can recall.
20  Q.  Have any of your physicians told
21  you that it was the digoxin you were
22  taking that was causing your
23  contractions?
24  A.  No.
25  Q.  Do you know any of the other

Page 26

1  plaintiffs in this lawsuit?
2  A.  No, I don't.
3  Q.  Do you know anyone else who used
4  or uses Digitek or digoxin?
5  A.  No.
6  Q.  Do you know of anyone else who
7  believes they have health problems as
8  a result of using Digitek?
9  A.  No.
10  Q.  You indicated earlier that you
11  learned of the recall in a discussion
12  with the pharmacy technician at
13  Rite-Aid.
14  A.  That's correct.
15  Q.  Did you ever receive any letters
16  or written materials about the recall?
17  A.  I don't recall receiving anything
18  concerning it.
19  Q.  When did you first consider the
20  possibility of participating in this
21  lawsuit?
22  A.  I really can't recall an exact
23  time.  I was just aware of the
24  contractions that I was having and I
25  can't really put a time frame on it.

Page 27

1  Q.  Who suggested that you participate
2  in this lawsuit?
3       MR. PETTIT:  Object to the
4  form.
5       You can answer.
6       THE WITNESS:  I contacted an
7  attorney that lives in town, Steven
8  Petrillo, and he referred me here.
9  BY MR. SIMON:
10  Q.  How do you know Steven Petrillo?
11  A.  He's a prominent attorney in
12  Pennsauken, and he's right next to where
13  I go to get my blood work done, and I
14  know he handles cases of, you know,
15  malpractice or whatever.
16  Q.  Why did you elect not to retain
17  Mr. Petrillo as your attorney?
18  A.  His office referred me here.
19  Q.  Did you have a meeting with
20  Mr. Petrillo before?
21  A.  No, I didn't.
22  Q.  How did you correspond or discuss
23  the possibility of a lawsuit with his
24  office?
25  A.  Just an initial visit to the

Page 28

1  office and they said that they don't
2  particularly handle this type of
3  situation, so they referred me to Locks
4  Law Firm.
5  Q.  Who did you meet at Mr. Petrillo's
6  office?
7  A.  It was one of the receptionists.
8  Q.  Was it your decision to file the
9  lawsuit?
10  A.  Yes.
11  Q.  Do you recall when you first
12  decided to file it?
13  A.  I was --
14       THE WITNESS:  Is it okay
15  to -- I mean --
16       MR. PETTIT:  I'm a little --
17  he's asking you for a date.  See, this
18  involves attorney/client privilege.  I'm
19  listening to his questions very
20  carefully.
21       He just asked you for a date.
22  Let's just take it a question at a time.
23       THE WITNESS:  A date that I
24  decided to file?
25  BY MR. SIMON:

Rennillo Deposition & Discovery
Cleveland 216.523.1313      www.rennillo.com      888.391.3376  (Depo)

Alan W. Chambers

Page 29

1    Q. Yeah. When did you first decide
2    to file a lawsuit?
3    A. Actually, I can't put a date on it
4    exactly.
5    Q. I don't want to know about any
6    conversations you had with Mr. Pettit or
7    anyone from his office.
8    A. I more or less contacted the
9    office here and --
10         MR. PETTIT: He just wants to
11   know the date. You know the date or you
12   don't know the date.
13         THE WITNESS: I don't -- I
14   don't recall the date.
15   BY MR. SIMON:
16   Q. Who did you talk to about it?
17   A. When I -- from this office, I
18   talked to Mr. Pettit. He returned my
19   call.
20   Q. So the initial contact was via
21   telephone?
22   A. Yes.
23   Q. Was there a subsequent meeting
24   that took place with Mr. Pettit or
25   someone from his office?

Page 30

1    A. After the phone call, yes, just to
2    discuss the case, or whatever, and
3    information.
4    Q. Did you know of the Locks Law Firm
5    before Mr. Petrillo referred you?
6    A. No, I didn't.
7    Q. Did you know of Mr. Pettit
8    before --
9    A. No.
10   Q. -- Mr. Petrillo referred you?
11   A. No.
12   Q. Have you ever seen any
13   advertisements by the Locks Law Firm?
14   A. No, I haven't.
15   Q. Have you done any Internet
16   research about law firms?
17   A. No.
18   Q. What is your understanding of this
19   lawsuit?
20   A. My understanding is, I'm
21   representing residents of New Jersey who
22   took the recalled heart medication
23   Digitek. And there is -- the lawsuit is
24   involving compensation for doctors'
25   visits, testing, and medication expense

Page 31

1    that they incurred.
2    Q. Did you incur any expenses for
3    doctor visits as a result of your use of
4    Digitek?
5    A. I have one doctor's visit in June,
6    which was my doctor visit. That's
7    basically a routine doctor visit.
8    Q. Are you seeking to recover for the
9    expenses for that June office visit?
10   A. Yes. Yes.
11   Q. Was that a regularly scheduled
12   three-month interval office visit?
13   A. Yes.
14   Q. And the June of 2008 office visit
15   for which you seek to recover expenses
16   would have occurred even if you weren't
17   taking Digitek.
18   A. That's correct.
19   Q. Did you undergo any testing as a
20   result of your use of Digitek?
21   A. No.
22   Q. Are you seeking to recover for any
23   testing that you underwent?
24   A. No.
25   Q. Have your physicians suggested to

Page 32

1    you that you have any medical monitoring
2    as a result of your use of Digitek?
3    A. No.
4    Q. Have you had any testing or
5    medical monitoring since you
6    discontinued your Digitek?
7    A. No, I haven't.
8    Q. Did you have any medical testing
9    or monitoring while you were taking
10   Digitek?
11        MR. PETTIT: Object to the
12   form.
13        You can answer.
14        THE WITNESS: Pardon me?
15        MR. PETTIT: I'm objecting to
16   the form of the question, but you can
17   answer it.
18        THE WITNESS: I have routine
19   -- I have to go to the Heart Failure
20   Clinic. I have routine EKGs given to me
21   on a periodic basis. It's at the same
22   office as my cardiologist.
23   BY MR. SIMON:
24   Q. Are the testing that you have
25   routine, and you have them periodically

8  (Pages 29 to 32)

Alan W. Chambers

Page 33

1   and continue to have them periodically
2   on an ongoing basis?
3   A.  That's correct.
4   Q.  Why did you want to become
5   involved in this lawsuit?
6   A.  My feelings are that being that
7   the product was recalled, that people,
8   like myself, that were taking the
9   product, the medication, are entitled to
10  reimbursement of expenses that may have
11  been -- that was, you know, directly
12  responsible from the recalled Digitek;
13  testing, doctors' visits, medication,
14  whatever.
15  Q.  What expenses are you claiming
16  were directly caused by your use of the
17  recalled Digitek?
18  A.  It would have been the expense of
19  the medication itself.
20  Q.  How much were you paying for your
21  Digitek?
22  A.  I pay $5 copay each time I take
23  out a prescription.
24  Q.  Do you pay $5 for all your
25  medications?

Page 34

1   A.  Yes.  That's a copay.
2   Q.  When your physician switched your
3   Digitek in June of 2008, how much were
4   you paying for the switched
5   prescription?
6   A.  It's the same amount.
7   Q.  What do you think has been done
8   wrong to you as a result of your use of
9   Digitek?
10  A.  Can you explain that question.
11      When you say "wrong," what do
12  you mean specifically by that?
13  Q.  How have you been harmed by your
14  use of Digitek?
15  A.  I'm not a professional.  I'm not a
16  cardiologist.  I know I experienced
17  severe contractions when I was taking it
18  and I'm not versed in what the -- to
19  know what damage might have been caused
20  or might not have.
21      That's the best answer I can
22  give you.
23  Q.  Do you believe that you have
24  experienced any permanent damage as a
25  result of your use of Digitek?

Page 35

1   A.  I don't believe I have, no.
2   Q.  Do you believe that you
3   experienced any nonpermanent damage as a
4   result of your use of Digitek?
5   A.  The only thing I experienced was
6   the strong contractions.  Whether
7   they're permanent or nonpermanent, I'm
8   not aware of.
9       Now, once again, I allow my
10  cardiologist to guide me through
11  whatever may or may not have happened.
12  Q.  Has your cardiologist indicated
13  that you experienced any damage as a
14  result of your use of -- damage or
15  injury as a result of your use of
16  Digitek?
17  A.  No.
18  Q.  First of all, where do you receive
19  your prescriptions from?
20  A.  Rite-Aid Pharmacy, Maple Avenue,
21  Pennsauken, New Jersey.
22  Q.  How long a period of time have you
23  obtained your prescriptions from that
24  Rite-Aid?
25  A.  They used to be at another

Page 36

1   location.  They closed down.  I would
2   say approximately two to three years.
3   Q.  Where was the prior location that
4   you used to receive your prescription
5   medications?
6   A.  It was located on Cinnaminson
7   Avenue in Cinnaminson, New Jersey.
8   Q.  When you receive prescriptions
9   from Rite-Aid, do they give you
10  information, written information?
11  A.  Yes, they do.
12  Q.  Do you have any of the written
13  information you received with your
14  Digitek prescriptions?
15      MR. PETTIT:  Object to the
16  form.
17      THE WITNESS:  I don't -- I
18  don't have any that I'm aware of.  I
19  usually read it and, you know, I'm aware
20  of it.
21  BY MR. SIMON:
22  Q.  Did you receive written
23  information from Rite-Aid about Digitek
24  when you filled your prescriptions?
25  A.  Yes.  It's a procedure with each

9  (Pages 33 to 36)

Alan W. Chambers

Page 37

1  prescription they give me, you know, the
2  information form on the -- all the
3  medications.
4  Q. Did you read any of the written
5  information that you received with your
6  Digitek prescriptions?
7  A. I don't recall reading it, no.
8  Q. Do you normally read all of the
9  written materials you receive with your
10 prescriptions?
11 A. On the first time I take it,
12 generally I do. But not -- it might not
13 have applied. I usually like to be
14 aware of what I'm taking, at least the
15 first time, before I take anything.
16 Q. Did you review the written
17 information provided by Rite-Aid with
18 your initial prescription of Digitek?
19     MR. PETTIT: Object to the
20 form.
21     THE WITNESS: I don't recall.
22 BY MR. SIMON:
23 Q. Did your doctors give you any
24 written materials about Digitek or
25 digoxin?

Page 38

1  A. No.
2  Q. Did you do any Internet research
3  about Digitek or digoxin?
4  A. No.
5  Q. Did you cut out any articles,
6  whether it be newspapers or magazines --
7  A. No.
8  Q. -- about Digitek?
9  A. No.
10 Q. Do you keep a diary or notes
11 regarding your health?
12 A. No, I don't.
13 Q. Do you keep any sort of record
14 that would record your weight, blood
15 pressure, blood sugars, or other medical
16 conditions?
17 A. Other than I do have a blood
18 pressure monitor that I use to -- if I
19 notice any problem, I contact my doctor.
20 Q. Do you write down any of the blood
21 pressure readings you obtain?
22 A. No. It's mainly I read it, and if
23 there's a problem, I contact...
24 Q. Do you use a computer?
25 A. Yes, I do.

Page 39

1  Q. Do you have any web sites or
2  blogs?
3  A. No.
4  Q. Have you written any Internet
5  postings about Digitek?
6  A. No, I haven't.
7  Q. Have you gone to any web sites to
8  seek information about Digitek or the
9  recall?
10 A. No.
11 Q. Have you ever reviewed the FDA web
12 site?
13 A. No, I haven't.
14 Q. Have you ever reviewed the Actavis
15 web site?
16 A. No, I haven't.
17 Q. Have you ever reviewed the Mylan
18 web site?
19 A. No.
20 Q. What are you aware about the risks
21 of Digitek or digoxin?
22     MR. PETTIT: Object to the
23 form.
24     THE WITNESS: I know with
25 medications you have to be -- I know

Page 40

1  when I take my medication, I should eat
2  something with it and not take it on an
3  empty stomach, because of the strength
4  of the medication may be detrimental as
5  far as how I feel, or whatever.
6     But other than that...
7  BY MR. SIMON:
8  Q. Are you aware of any other risks
9  or side effects of Digitek?
10 A. Not of Digitek, no.
11 Q. Same question with respect to
12 digoxin.
13     Are you aware of any other
14 risks or side effects of digoxin?
15 A. No. Other than what I experienced
16 myself personally.
17 Q. Did you meet with anyone to
18 prepare for today's deposition?
19 A. My attorney here, Jim Pettit.
20 Q. Was there anyone else present?
21 A. No.
22 Q. When did you meet to prepare for
23 today's deposition?
24 A. Thursday, last Thursday.
25 Q. How long did you meet for?

10 (Pages 37 to 40)

Alan W. Chambers

Page 41

1   A.  Approximately two hours.
2   Q.  Did you review any documents in
3   preparation for today's deposition?
4   A.  My medical records.
5   Q.  Anything else?
6   A.  No.  Other than that, it was...
7   Q.  What medical records did you
8   review?
9   A.  My visits to my cardiologist in
10  2008.
11  Q.  Did you review any other medical
12  records, besides your cardiologist,
13  cardiology visits, in 2008?
14  A.  No.
15  Q.  Did you take any notes during your
16  deposition preparation session?
17  A.  No.
18  Q.  Did you review any of the legal
19  documents that were filed in this case?
20  A.  No.
21  Q.  Have you ever reviewed the
22  Complaint that was filed in this case?
23  A.  No, I haven't.
24  Q.  Have you ever reviewed what is
25  called a Plaintiff Fact Sheet with a

Page 42

1   number of questions about your case and
2   condition?
3   A.  The only thing I looked -- I was
4   just -- my attorney read some questions
5   that may be asked to me and what my
6   proper response would be.
7   Q.  This was during your preparation
8   session?
9   A.  Yes.
10      (Exhibit Chambers-1 was
11  marked for identification.)
12  BY MR. SIMON:
13  Q.  Handing you what's been marked as
14  Chambers Exhibit 1.
15  A.  Yes.
16  Q.  Have you seen that document
17  before?
18      Take some time and look
19  through it.
20  A.  (Witness reviews document.)  I
21  haven't reviewed this document.
22  Q.  Did you provide any of the
23  information to respond to the questions?
24  A.  I believe this is what we
25  discussed.

Page 43

1       MR. PETTIT:  I think the
2   attorney is not still talking about our
3   prep session.  I think he's talking
4   about in general.
5       Am I correct?
6       MR. SIMON:  Correct.  I'm
7   asking --
8       MR. PETTIT:  He keeps talking
9   about our prep session.
10  BY MR. SIMON:
11  Q.  I'm asking if you have ever seen
12  this document before marked as Chambers
13  Exhibit 1.
14      THE WITNESS:  This isn't the
15  one that I received from you?
16      MR. PETTIT:  Yeah.
17      THE WITNESS:  It is?
18      Oh, I didn't look at it.  No.
19  I haven't looked at it, no.  I haven't
20  reviewed it.
21  BY MR. SIMON:
22  Q.  Did Mr. Pettit send you this
23  document?
24  A.  If this is the one that I received
25  last Thursday at the preparation --

Page 44

1       THE WITNESS:  If this is the
2   -- this is the document, right?
3       MR. PETTIT:  I'm going to let
4   the attorney try to clear this up.
5       I think you guys are passing
6   in the night with these questions and
7   answers, but I don't want to interfere
8   with the questioning.
9   BY MR. SIMON:
10  Q.  Take your time and look through
11  that document and look at the questions
12  and let me know if you've ever seen that
13  document before.
14  A.  (Witness reviews document.)  I
15  guess I was handed this document.  I
16  didn't read it, though.
17      I was not -- I was just
18  basically going on what we discussed as
19  to the proper way to answer your
20  questions today.  And some of these
21  questions I answered.
22  Q.  Let's get away from your
23  deposition preparation session.  Let's
24  put that out of our minds.
25      Have you seen that document

Alan W. Chambers

Page 45

1  on any other occasion besides your
2  deposition --
3  A.  No.
4  Q.  -- preparation session?
5  A.  No, I haven't.
6  Q.  Did you review that document as
7  part of your deposition preparation
8  session?
9  A.  Not myself personally.  Not
10 reading it myself.
11 Q.  Before I handed you that document,
12 had you ever read it before?
13 A.  No.
14 Q.  So you're reading it today here
15 for the first time.
16 A.  That's correct.
17 Q.  Did anyone from Mr. Pettit's
18 office ever contact you to ask you
19 information to respond to these
20 questions?
21 A.  No.
22 Q.  Referring you to Page 18 of that
23 document, it's the last page, there's a
24 signature there.
25     Is that your signature?

Page 46

1  A.  That's correct.
2  Q.  Do you recall signing this page,
3  18, of Exhibit No. 1?
4  A.  Yes.
5  Q.  And when did you do that?
6  A.  On the date provided there, yes.
7  Q.  Tell me about how it came about
8  that you signed this Page 18 of Exhibit
9  1.
10 A.  Can you explain exactly what you
11 mean.
12 Q.  How did you sign it?  Where were
13 you?
14 A.  I was at the office here.
15 Q.  When you signed it, did you review
16 the materials in front of Page 18?
17 A.  No, I didn't.
18 Q.  If I were to ask you today if you
19 need to make any additions or
20 corrections to this Plaintiff Fact
21 Sheet, which is Exhibit 1, at this time
22 you'd be unable to respond to that
23 question, correct?
24 A.  That's correct.  Yes.
25 Q.  And that's because you haven't

Page 47

1  seen any of the responses to these
2  questions before I handed you the
3  document.
4  A.  That's correct.
5  Q.  How tall are you, Mr. Chambers?
6  A.  I'm 5 foot, 9 and a half.
7  69-and-a-half inches.
8  Q.  What is your current weight?
9  A.  I'm about 290.
10 Q.  What is the most you've weighed in
11 the last three years?
12 A.  I was around 330 pounds -- or 230
13 pounds -- 330.  I'm sorry.
14 Q.  And when would you have been at
15 your maximum weight of 330 pounds?
16 A.  That was in 2005, October.
17 Q.  What is the least you've weighed
18 in the last three years?
19 A.  206.
20 Q.  And when did you last weigh 206?
21 A.  That was in September of 2007.
22 Q.  What was your weight when you were
23 prescribed Digitek in January of 2008?
24 A.  2008, approximately, if I can
25 recall, I would say, approximately 240

Page 48

1  pounds.
2  Q.  Tell me about your weight and its
3  fluctuation in 2008.
4  A.  I retain fluids due to my weakened
5  heart condition.  And that's basically
6  why I take the Lasix, to remove fluids,
7  and it fluctuates because of that, and
8  my salt intake and fat intake.  So it
9  directly relates to my diet and exercise
10 level.
11 Q.  In 2008 what was your weight
12 ranges -- what were your weight ranges?
13 A.  It would have been around 220 to
14 250, in that realm.
15 Q.  Have any of your doctors ever told
16 you that you have health problems
17 related to your weight?
18 A.  Yes.
19 Q.  What doctors have told you that?
20 A.  My cardiologist and also my
21 primary doctor.
22 Q.  What do they tell you about your
23 weight?
24 A.  I should try to keep my weight
25 down as much as possible.

12  (Pages 45 to 48)

Alan W. Chambers

Page 49

1  Q.  And when did they suggest that you
2  keep your weight down?
3  A.  Well, from -- since the time I've
4  seen them.
5  Q.  So that's an ongoing --
6  A.  Yes.  That's correct.
7  Q.  -- suggestion?
8  A.  That's correct.  Yes.
9  Q.  Have you had any treatment for
10 weight problems?
11 A.  No.  Other than advice to be on a
12 good diet and exercise as much as
13 possible, low salt, low fat, low sugar.
14 Q.  Have you ever taken any
15 medications to lose weight?
16 A.  No, I haven't.
17 Q.  Have you ever been placed on a
18 diet by any of your doctors?
19 A.  Not officially placed on a diet.
20 I've been advised to be on a diet, you
21 know, to watch what I eat and...
22 Q.  Have you followed your physician's
23 instructions regarding watching your
24 diet and weight?
25 A.  I've tried to, yes.  I've

Page 50

1  attempted to, yes, as much as I can.
2  Q.  What type of diet do you follow?
3  A.  I try not to eat out that much,
4  because there's -- you can't govern on
5  what you're taking in when you're out,
6  you don't know how much salt, fat
7  content is in food.
8       So I try to stick to food
9  that I purchase at the stores so I can
10 read the labels and see what the levels
11 are.
12      I try to keep a low sodium.
13 I try to keep away from caffeine
14 products, high fat, high sugar products.
15 Q.  Do you limit your calories at all?
16 A.  I attempt to, yes.  I try to.
17 Q.  Is there a targeted per-day
18 calorie intake that you have?
19 A.  Essentially, under 2,500 a day,
20 2,500 calories.
21 Q.  Do you usually eat 2,500 calories
22 or less per day?
23 A.  I try to, yes.
24 Q.  Have you ever smoked?
25 A.  No, I haven't.

Page 51

1  Q.  You indicated you attempt to limit
2  your caffeine intake.
3  A.  Yes.
4  Q.  Do you drink or do you consume any
5  caffeine?
6  A.  I have sodas.  Some have caffeine,
7  some don't.  I try to avoid the ones
8  that have the caffeine.
9  Q.  What types of sodas do you drink
10 that have caffeine?
11 A.  Coca-Cola.
12 Q.  How often do you drink caffeinated
13 beverages?
14 A.  I might have one a day or one
15 every two days.  I try to limit it.
16 Q.  Do you drink any coffee or tea?
17 A.  No.  If I do drink tea, I drink
18 decaffeinated.
19 Q.  Was your caffeine intake similar
20 in 2008 than it is now?
21 A.  Since I put on weight, I'm
22 ingesting more caffeine now than what I
23 should be.  In 2008 I was much more
24 strict than I have been.
25 Q.  In 2009 how much weight have you

Page 52

1  put on?
2  A.  Hard to estimate.  I guess, I
3  would say, roughly 50 pounds.
4  Q.  Do you drink any alcoholic
5  beverages?
6  A.  No.
7  Q.  Do you exercise?
8  A.  I tried to exercise as much as my
9  condition will allow me to, in that I do
10 a lot of walking, which is relating to
11 my work.  I do a lot of walking, anyway,
12 but I try to walk as much as possible.
13 Q.  Other than your activity at work,
14 do you exercise?  Do you perform
15 exercise outside of work?
16 A.  No.
17 Q.  So all of the exercise you get is
18 through your work.
19 A.  Yes.  The only other exercise I
20 get is when I'm walking normally outside
21 of work, and whatever, shopping or
22 whatever.
23 Q.  When you say you're walking
24 outside of work, it's to get places,
25 it's not specifically for exercise

13  (Pages 49 to 52)

Alan W. Chambers

Page 53

1 purposes.
2 A. That's correct.
3 Q. Has your exercise regimen been
4 similar over the past five years?
5 A. Yes. Yes.
6 Q. Have you ever been involved in a
7 supervised exercise program?
8 A. I had cardiac rehabilitation.
9 Q. When did you have cardiac rehab?
10 A. If I remember correctly, it was
11 either 2006 or 2007. It was after I was
12 in the hospital. One period they had me
13 do cardiac rehab for approximately 12
14 weeks.
15 Q. Why did they prescribe cardiac
16 rehab for you?
17 A. To help improve my situation.
18 This was before I had my defibrillator,
19 so it had to be 2006. My defibrillator
20 was implanted in 2007, May.
21 Q. And what sorts of things did they
22 have you doing as a result of the
23 cardiac rehab?
24 A. Rowing machine, treadmill,
25 bicycle, that type of thing.

Page 54

1 Q. How long of a period of time did
2 the cardiac rehab last?
3 A. It was over a 12 -- it was a
4 12-week program, but it was over the --
5 they couldn't get me in right away, so
6 it went over the span of the summer.
7 They couldn't -- I don't
8 remember the -- I don't recall the
9 reasoning for it, but they -- it wasn't
10 12 weeks in a direct consecutive. It
11 was over a period of a summer. But it
12 was a 12-week program; I was in it for
13 12.
14 Q. Did you keep up with the program
15 after it formally ended in any respect?
16 A. Other than my work and my diet,
17 and whatever exercise I get, as we just
18 talked about, I didn't really -- I
19 didn't -- I don't have access to a
20 treadmill or a bicycle, or whatever, so
21 I wasn't able to do that -- that part of
22 it. But...
23 Q. Was there ever a time when you
24 were participating in the cardiac rehab
25 that you'd have to stop because you were

Page 55

1 having difficulty breathing or
2 palpitations?
3 A. Initially -- I didn't have to
4 stop. Initially, I would get some
5 palpitations due to my situation. It's
6 a normal thing to have that, the atrial
7 palpitations, but it didn't interfere
8 with my exercising.
9 Q. Did they want you to continue
10 exercise after the program ended?
11 A. Yes. They recommended it, yes.
12 Q. Since that program, have your
13 physicians suggested to you that you
14 continue to exercise?
15 A. Within my limitations, yes, as
16 part of a cardiology program.
17 Q. Have you done that?
18 A. I've done it in relation to my
19 work and my walking. I do a lot of
20 walking.
21 Q. Now I want to focus on your health
22 history a little bit. The first thing
23 I'm going to ask you about is
24 hospitalizations.
25 A. Yes.

Page 56

1 Q. So let's just focus on
2 hospitalizations.
3 Have you ever been
4 hospitalized for any reason?
5 A. Yes.
6 Q. Let's go back five years.
7 A. Okay.
8 Q. For what conditions have you been
9 hospitalized?
10 A. My first hospitalization was in
11 October of 2005. I was having
12 discomfort in my abdomen and I went into
13 the emergency room and they told me that
14 I have a heart condition. That was when
15 I first went.
16 They told me that I had a
17 heart condition and that's when I was in
18 the hospital. I went in for having
19 abdominal discomfort and they kept me
20 for almost a week.
21 Q. What did they tell you about your
22 heart condition?
23 A. They told me I have atrial
24 fibrillation. They set me up with a
25 doctor that was at the hospital, a

14  (Pages 53 to 56)

Alan W. Chambers

Page 57

1    cardiologist, and they put me on blood
2    thinner.
3          I had had what they call --
4    I later found out to be called TIAs,
5    they're mini-strokes, where your vision
6    is blurry.
7    Q.  When did you start experiencing
8    TIAs?
9    A.  It was right before the
10   hospitalization.  It was October 10th,
11   11th, of 2005.
12   Q.  Were your TIAs evaluated during
13   your October of 2005 admission?
14   A.  No.  Not at that point, no.
15   Q.  What did you come to learn about
16   your TIAs?
17   A.  I learned that I had strokes to
18   the occipital part of my brain, which is
19   the vision center, and they would last
20   approximately about five minutes or so.
21   Your vision becomes blurred and then it
22   gradually clears up.
23   Q.  When were you experiencing these
24   TIAs?
25   A.  It was in October 2005, was the

Page 58

1    first one I had.
2    Q.  Did you experience any others
3    after October of 2005?
4    A.  Yes.
5    Q.  When did you experience other
6    TIAs?
7    A.  If I recall correctly, it was
8    February of 2006.  I was hospitalized at
9    that point for that.  I went in because
10   I was experiencing them again.
11   Q.  We were earlier talking about the
12   October of 2005 hospitalization for
13   abdominal problems which were attributed
14   to a heart condition, correct?
15   A.  They weren't attributed to it.  I
16   later discovered -- if you want me to
17   jump ahead.
18         I later discovered it was
19   probably my gallbladder acting up.  But
20   that was the initial reason why I went
21   in.  And then they informed me about the
22   atrial fibrillation when I was in there.
23   Q.  Okay.
24   A.  I didn't go in for that.  I wasn't
25   aware of the atrial fibrillation until I

Page 59

1    was admitted.  I thought they were going
2    to release me and they kept me.
3    Q.  I understand.  Thanks for that
4    clarification.
5          When were you next
6    hospitalized after October of 2005?
7    A.  I believe it was January 2006 I
8    had some pain in my heart, or I thought
9    it was my heart.
10         Do you want the details of
11   it?
12   Q.  Yes.  Please.
13   A.  So I went to the emergency room
14   and my cardiologist at the time,
15   Dr. Siegal, he was the one that I had
16   from Kennedy Hospital, which is where I
17   was in October of 2005, he informed me
18   that he thought it was acid reflux,
19   rather than -- this is based on -- he
20   knew the information about the atrial
21   fibrillation, but he still felt it was
22   from acid reflux.
23         They're very similar
24   symptoms.
25         When I told him that my

Page 60

1    brother -- well, actually, he found out
2    in the emergency room, he found out my
3    brother was in there with heart
4    problems, too, at the same time.  He
5    came back and changed his story and he
6    admitted me.
7          He was going to release me.
8    So he admitted me, and then I had the
9    catheterization done, I guess -- do you
10   have the reports for that?
11   Q.  What hospital was the January of
12   '06 admission to?
13   A.  Our Lady of Lourdes.  Everything
14   after -- the first October visit was
15   Kennedy, everything since then was Our
16   Lady of Lourdes Medical Center, Camden.
17   Q.  What were the results of your
18   cardiac catheterization?
19   A.  They found out that my arteries
20   were all clear.  Initially, they thought
21   I had severe coronary disease because my
22   brother does have coronary disease.  He
23   smoked for five years.  I've never
24   smoked.
25         He was amazed, because he had

15  (Pages 57 to 60)

Alan W. Chambers

| Page 61 |
| --- |

1 just done an operation, he did some
2 stents on my brother a week before. And
3 then he did mine.
4      And he was amazed that we
5 were brothers, that we were even
6 related, because my situation was
7 completely different. My arteries were
8 all clear. So that's basically what I
9 learned out of that.
10 Q. Does your brother have heart
11 rhythm abnormalities besides --
12 A. Slightly.
13 Q. -- the coronary artery disease?
14 A. Slightly. Not to the extent that
15 I do.
16 Q. We're up to January of 2006.
17      When were you next admitted?
18 I believe you mentioned something about
19 February of 2006.
20 A. I don't recall exactly when the
21 next one was. I don't have the actual
22 records, but I know I was admitted again
23 because I was having the TIAs again.
24      I know there was one point
25 where I was in in the summertime, so it

| Page 62 |
| --- |

1 was probably the summer of 2006.
2 Q. How long were you admitted in the
3 summer of 2006 in connection with your
4 TIAs?
5 A. I was in approximately five days.
6 Q. What sort of treatment did you
7 receive during that admission?
8 A. Well, I was on the Coumadin,
9 Warfarin, since October 2005. They just
10 continued on -- I believe they put me on
11 the one that they -- the name of the one
12 -- I can't recall the name -- the
13 Heparin while you're in the hospital.
14      They decrease your Coumadin,
15 increase the Heparin, and then when
16 they're ready to release you, they
17 decrease the Heparin, increase the
18 Coumadin again.
19      So when they release you,
20 you're back on the Warfarin, which is
21 the generic Coumadin.
22 Q. Do you continue to experience
23 TIAs?
24 A. No. I haven't had any since 2006.
25 Q. What did they attribute your TIAs

| Page 63 |
| --- |

1 to?
2 A. I was never given an explanation.
3 Other than, my understanding of them is
4 they're like mini-strokes due to lack of
5 maybe blood flow or whatever.
6 Q. What problems or symptoms did you
7 experience as a result of your TIAs?
8 A. Blurred vision in both eyes. The
9 last one I had lasted about ten minutes.
10 That was -- that would have been in
11 2006.
12 Q. Was the blurred vision temporary?
13 A. Yes. Approximately five to ten
14 minutes.
15 Q. We're up to the summer of 2006.
16      Any other hospitalizations
17 since then?
18 A. I can't recall. Other than 2007,
19 I had the implant performed in May of
20 2007, I believe it was May 9. And then
21 about in September of 2007, I was
22 hospitalized and had my gallbladder
23 removed.
24 Q. Tell me how it was you came to
25 have a defibrillator implanted.

| Page 64 |
| --- |

1 A. It was recommended to me from my
2 -- I have echocardiograms on a routine
3 basis, about once or twice a year, which
4 tells the heart pumping ability.
5      And I was recommended by my
6 cardiologist to have it implanted to
7 help my heart pump. That was the
8 reason.
9 Q. Who recommended that you have the
10 defibrillator implanted?
11 A. Dr. Akula. He is the
12 electrophysiologist at ACC.
13 Q. Did Dr. Akula do the surgery to
14 implant?
15 A. Yes, he did.
16 Q. What is your understanding as to
17 what the implant does?
18 A. My understanding is that I have
19 apparently two leads that work the
20 ventricles in synchrony, synchronous
21 pumping. It helps -- my left ventricle
22 is damaged severely, so that's the main
23 pump.
24      But my right ventricle is
25 also helping it pump. And it's being

16  (Pages 61 to 64)

Alan W. Chambers

Page 65

1  operated by the device. They call it
2  "the device."
3        I have to go in -- I was
4  supposed to go in a week-and-a-half ago
5  to have my battery replaced. It's
6  supposed to last four or five years,
7  but, in my case, it was doing a lot, so
8  it's run down.
9        So I'm going in on October
10  5th to have it replaced. It's an
11  outpatient thing.
12  Q. Have you had any problems with
13  your defibrillator since it's been
14  implanted?
15  A. I get little jolts. And what it
16  does is, it -- I'm getting a couple
17  right now. What it does is, when I have
18  an irregular heartbeat, because of the
19  atrial fibrillation, or whatever, it
20  jolts it to keep it regular, the
21  heartbeat.
22        It makes it not only pump
23  better, but it keeps it more of a
24  regular beat. And if it drops down into
25  ventricle fibrillation, which can cause

Page 66

1  death in five minutes, I will get a
2  shock.
3        I've never gotten the major
4  shock, but I get the jolts. So it's
5  correcting -- correcting the situation.
6  This is my understanding of what's going
7  on.
8  Q. Has the device you have implanted
9  been the subject of a recall?
10  A. I believe it was. I was told one
11  of the leads had a higher failure rate
12  than is generally normal. But, in my
13  case, they didn't say it was any
14  problem.
15        But, apparently, they've had
16  a problem with it in other patients; the
17  lead itself failing, or whatever, for
18  whatever reason.
19  Q. How did you find out about the
20  problem with --
21  A. From my doctor. A visit at my
22  doctor, they informed me of that.
23  Q. Did he suggest anything be done?
24  A. Well, he checks me out on the
25  computer. I have a Rolls-Royce-type

Page 67

1  defibrillator, for lack of a better
2  description. It's a wireless thing.
3        He puts a probe on me, he
4  sits at his computer, he can speed it
5  up, he can slow it down. Basically,
6  that's what he tells me. He informs me
7  of any problems in that regard.
8        I was informed by them, as
9  soon as they found out about the recall,
10  there was a possible recall or problem
11  with it, they informed me right away.
12        And I was checked for it.
13  And, apparently, I don't have that
14  situation in my particular case.
15  Q. When you say they informed you,
16  who is "they"?
17  A. The doctor, Dr. Akula and his
18  staff.
19  Q. Have we covered all of your
20  hospitalizations?
21        I know you briefly mentioned
22  the gallbladder.
23  A. That was the last time I was in,
24  that was in September of 2007, and that
25  was gallbladder removal. I was in

Page 68

1  intensive care for two days.
2  Q. Why were you in intensive care for
3  two days?
4  A. I was so sick when I went in. I
5  went in on my own volition. I had my
6  wife take me into the emergency. And
7  the emergency physician, she said that
8  it has to come out.
9        I said, well, I'm kind of
10  aware of that.
11        And then 12 days later, I was
12  released. So that's a long time for a
13  gallbladder.
14  Q. That is. So I'm wondering what
15  happened.
16  A. I was in bad shape. It was --
17  from what I understand, it was very
18  infected.
19  Q. It was surgically removed, I
20  assume?
21  A. Yes. Laparoscopic.
22  Q. Who was your surgeon?
23  A. Dr. -- what's his name? I can't
24  recall his name now.
25  Q. That's okay.

17  (Pages 65 to 68)

Alan W. Chambers

Page 69

```
1              Was that also done at Our
2     Lady of Lourdes?
3     A.  Yes.  I'm sorry I can't recall his
4     name.  I should be able to.
5     Q.  You were admitted, you said, for
6     12 days?
7     A.  Yes.  I was released 12 days
8     later, yes.  They had to --
9     Q.  Describe your recovery.  Go ahead.
10    A.  They had to get my blood plasma
11    correct when I was initially admitted.
12    And it takes, from what I understand,
13    three to four days or so to have that,
14    before they could even operate on me.
15            The operation was done about
16    five days or so after I was admitted.
17    And then four or five days later, I was
18    released.  Whenever the 12 days were up.
19    They felt I was okay to go home, so...
20    Q.  How did you recover from that
21    surgery?
22    A.  I thought I was going to bounce
23    back right away; wasn't the case.  The
24    only good thing about the gallbladder
25    surgery was I didn't have a good
```

Page 70

```
1     appetite when I was on it and having
2     problems, and I didn't eat, so I lost a
3     lot of weight.
4             Now that I've recovered from
5     that, my appetite has come back, so on
6     and so on.
7     Q.  Other than the times you were
8     admitted to the hospital, have you been
9     to the emergency room for any reason?
10    A.  I can't recall, other than --
11    other than the emergency visits that
12    I've had within the last four years.
13            I had a situation, back in
14    1992 I believe, it was where I had a
15    perirectal fistula -- I had a perirectal
16    abscess, which is very painful, and I
17    was admitted.  I had that procedure done
18    at Lourdes, too.  But that was 1992.
19    Q.  On the times you've been to the
20    emergency room -- well, let me ask it a
21    different way.
22            If you go to the emergency
23    room, what emergency rooms do you go to?
24    A.  Lady of Lourdes.  Except the one,
25    the initial time with Kennedy.
```

Page 71

```
1     Q.  Why was it that you went to
2     Kennedy on that first admission where
3     your heart condition was diagnosed?
4     A.  I felt that it was nearby.  It was
5     convenient.  I was in discomfort, so I
6     just went -- the nearest hospital to me
7     is essentially Kennedy Hospital.  That
8     was my reason for going there.
9             MR. PETTIT:  Counsel, I want
10    to take a five-minute break when it's
11    convenient for you.
12            MR. SIMON:  Sure.  Let me
13    just finish up the hospital.
14    BY MR. SIMON:
15    Q.  How far is Our Lady of Lourdes
16    from where you live?
17    A.  It's about, approximately, five
18    miles.
19    Q.  And how far is Kennedy?
20    A.  My estimation would be about three
21    miles, a little closer.
22            MR. SIMON:  We can take a
23    break now.
24        (Brief recess.)
25    BY MR. SIMON:
```

Page 72

```
1     Q.  Mr. Chambers, now I think we've
2     talked about your hospitalizations and
3     emergency room visits.  Now I want to
4     focus on your health and conditions
5     you've been diagnosed with.
6     A.  Yes.
7     Q.  Have you ever been diagnosed with
8     heart failure?
9     A.  Yes.
10    Q.  What do you know about your heart
11    failure?
12    A.  I have a very weak left ventricle
13    and my ejection fraction, which was
14    explained to me as the pumping ability,
15    is weak.  Essentially, it's about
16    one-third on its own than what it should
17    be.
18            The atrial fibrillation is
19    caused by an electrical problem, which
20    causes the heart to -- the atrium to
21    flutter rather than to pump correctly to
22    the ventricle.  And the result of that
23    is poor blood flow.
24    Q.  Have you ever been diagnosed with
25    hardening of the arteries?
```

18  (Pages 69 to 72)

Alan W. Chambers

Page 73

1  A.  I was diagnosed with
2  atherosclerosis, whatever that pertains
3  to. I believe that might be the same.
4  Q.  What is your understanding of
5  atherosclerosis?
6  A.  My understanding is that I guess
7  it's a plaque buildup of the arteries
8  over a period of time.
9  Q.  Now, I know that you've discussed
10 the fact that you had a defibrillator
11 implanted, correct?
12 A.  That's correct.  Yes.
13 Q.  Is that also serving the purpose
14 of a pacemaker for your heart?
15       MR. PETTIT:  Object to the
16 form.
17       THE WITNESS:  My
18 understanding is that if my heart goes
19 in an erratic position, it will -- it
20 will stimulate it electrically to
21 correct the situation.
22       I believe in my case, I'm not
23 sure about this, I believe in my case
24 that it's operating both my ventricles
25 constantly, you know, in a sustained --

Page 74

1  my doctor knows.  I just -- my doctor
2  doesn't tell me a whole lot.
3  BY MR. SIMON:
4  Q.  Have you ever been diagnosed with
5  thyroid disease?
6  A.  No.
7  Q.  What about cardiomyopathy or an
8  enlarged heart; have you been diagnosed
9  with that?
10 A.  Yes.  Yes.  That's correct.
11 Q.  What do you know about your
12 enlarged heart or cardiomyopathy?
13 A.  I was told I have a severely
14 enlarged atrium.
15 Q.  And what symptoms or problems
16 occur as a result of your enlarged
17 heart?
18 A.  I don't know offhand what problems
19 it creates, other than the -- possibly
20 the arrythmia, the electrical impulses
21 being, you know, erratic more than --
22 you know, they should not be that case,
23 but...
24 Q.  Have you ever had a myocardial
25 infarction or a heart attack?

Page 75

1  A.  I don't recall being told that.
2  Essentially, there is damage to my
3  heart, whatever that entails.
4  Q.  You indicated earlier that you had
5  your gallbladder removed.
6  A.  That's correct.
7  Q.  Have you had any other
8  gastrointestinal problems?
9  A.  No.
10 Q.  At one point you mentioned acid
11 reflux.
12       Do you continue to have acid
13 reflux?
14 A.  From time to time.
15 Q.  Do you receive any treatment or
16 take any medication for acid reflux?
17 A.  No.
18 Q.  Have you ever had any kidney
19 disease?
20 A.  No.
21 Q.  We talked about your TIAs and
22 mini-strokes.
23 A.  Yes.
24 Q.  What about a clotting disorder;
25 have you ever been diagnosed with any

Page 76

1  sort of clotting disorder?
2  A.  I believe, my understanding is,
3  when I had the TIAs, I imagine that was
4  from a clotting disorder.  I'm on
5  Coumadin to correct that.
6  Q.  Have you ever been diagnosed with
7  depression?
8  A.  No.
9  Q.  Have you ever received any
10 medications for depression?
11 A.  There was a time when I was taking
12 Coreg and I experienced depression as a
13 side effect.
14 Q.  When were you on Coreg?
15 A.  I was on Coreg from -- I'll try to
16 get the dates right here -- when I first
17 saw Dr. Burke, which would have been
18 2006. That's a heart medication.
19 Q.  You anticipated my question.
20       For what condition were you
21 receiving Coreg?
22 A.  Heart.  Heart condition.
23 Q.  Did there come a point in time
24 where you discontinued Coreg?
25 A.  Yes.  I informed my doctor about

19  (Pages 73 to 76)

Alan W. Chambers

Page 77

1  it and he put me on Metoprolol. He
2  changed the medication. This is about a
3  year and a half later.
4  Q. Now I want to talk about the
5  physicians or doctors you see.
6  A. Yes.
7  Q. Who is Dr. McDermet?
8  A. He is my primary care physician.
9  Q. For what types of conditions do
10  you see Dr. McDermet?
11  A. Whatever else I might have going
12  on other than the cardiology situation.
13  Q. How frequently do you see
14  Dr. McDermet?
15  A. Approximately once every three or
16  four months, depending on -- it all
17  depends on whether I have an illness or
18  whatever.
19  Q. Did you report any particular
20  problems you were having to Dr. McDermet
21  regarding your Digitek use?
22  A. Regarding the digoxin, I did, yes.
23  I was on digoxin when I saw him.
24  Q. But earlier when you were on
25  Digitek, did you report any problems you

Page 78

1  were having from using Digitek?
2  A. I don't recall. I don't recall.
3  Q. We talked earlier about the
4  conversation you had with Dr. McDermet
5  after your Digitek was changed to an
6  alternative form of digoxin, correct?
7  A. That's correct. Yes.
8  Q. And that's the conversation or
9  discussion you were referencing just
10  now?
11  A. Yes. Yes.
12  Q. Did you talk to Dr. Burke
13  regarding particular problems you were
14  having with respect to your use of
15  Digitek?
16  A. Yes. I talked to him once. And
17  he -- that's when he told me about he
18  felt it was the device causing the
19  situation and not the medication.
20  Q. And that was when we called her
21  talked about a March of 2008 visit with
22  Dr. Burke?
23  A. I believe that -- I believe that
24  to be true, yes.
25  Q. Did you ever discuss problems you

Page 79

1  were having regarding your use of
2  Digitek with Dr. Akula?
3  A. No. I don't believe so, no.
4  Q. Now, I just mentioned Dr. Burke
5  and Dr. Akula.
6       It's my understanding they
7  are cardiologists; is that correct?
8  A. That's correct. Yes.
9  Q. Do you see any other
10  cardiologists?
11  A. No. They're my two -- my two
12  cardiologists. They're both with the
13  ACC Group.
14  Q. What about in the past; have you
15  seen other cardiologists?
16  A. After I was informed in 2005,
17  Dr. Siegal, I saw him once or twice.
18  He's the cardiologist, South Jersey
19  Heart Group, that works at Kennedy
20  Hospital.
21  Q. Who was the last cardiologist you
22  saw?
23  A. I just saw Dr. Burke last week.
24  Q. And was that part of your routine
25  three-month follow-up?

Page 80

1  A. Yes. That's correct.
2  Q. Were there any problems that were
3  reported to Dr. Burke at the last visit?
4  A. Dr. Akula, who is one of his
5  associates, he's the one that does the
6  implants, he's made him aware that I
7  have to go in and have my battery
8  replaced. They call it a generator.
9       I was scheduled for 9/11 and
10  I had bronchial problems, so I couldn't
11  have it done. So they rescheduled it
12  for October 6.
13  Q. There were a couple other names
14  that appeared in either medical records
15  or the fact sheet responses.
16       A Dr. Bauer?
17  A. Dr. Bauer is the doctor that --
18  he's with the ACC Group also. He
19  performed the catheterization on me.
20  Q. Is the ACC Group your cardiology
21  group?
22  A. Yes. That's correct.
23  Q. Who is a Dr. Santos?
24  A. Dr. Santos is the name I was
25  trying to think. He was the one that

20  (Pages 77 to 80)

Alan W. Chambers

Page 81

1   did the gallbladder operation.
2   Q.  Who is Dr. Ahmad?
3   A.  Dr. Ahmad was my previous primary
4   care physician before Dr. McDermet.
5   Q.  Have you ever received any
6   counseling or consulted a psychiatrist
7   or psychologist?
8   A.  There was one period in, I guess
9   when I was in the hospital, in the
10  summertime, I guess 2006, that Dr. Ahmad
11  kept telling me my -- it was all in my
12  head about these problems I was having
13  with my gallbladder, which it wasn't.
14      So they mentioned -- this is
15  while I was in the hospital.  Not to
16  draw it out, but they mentioned that
17  would I like to see a psychiatrist.
18      And I thought at the time
19  maybe it was in my head, so I, you know,
20  consented to it.  And that's the one I
21  saw in the hospital, and that was it.
22  Q.  Were any medications prescribed by
23  the psychiatrist or psychologist -- is
24  it a psychiatrist?
25  A.  I believe it was a psychiatrist,

Page 82

1   yes.
2   Q.  Did he prescribe any medications
3   for you?
4   A.  I don't recall whether -- it's
5   been awhile now.  There was a period
6   where I had some Lorazepam, I believe it
7   is, to calm me down or whatever.
8       They thought -- my heart
9   condition causes me to be revved up.
10  They call it fight-or-flight syndrome.
11  It's like being in adrenaline all the
12  time.  It's caused by the heart
13  situation.  That's my understanding of
14  it.
15  Q.  Are you aware that Digitek or
16  digoxin is a cardiac glycoside?
17  A.  No.
18  Q.  Prior to taking Digitek or
19  digoxin, do you know if you took any
20  other cardiac glycosides?
21  A.  I'm not aware.
22      MR. PETTIT:  Object to form.
23      THE WITNESS:  I'm not aware
24  of it, no.
25  BY MR. SIMON:

Page 83

1   Q.  Who prescribed the Digitek for
2   you?
3   A.  It was a nurse practitioner at
4   Dr. -- at the heart clinic.
5   Q.  Do you know her name?
6   A.  I don't recall her name.  I saw
7   her once, and that was it.
8   Q.  How was it that you came to see a
9   nurse practitioner in the heart clinic?
10  A.  Well, on one of my routine visits
11  to the heart clinic, she suggested that
12  I take, you know, digoxin, or whatever,
13  in that form.  You know, she just
14  mentioned that she felt it would improve
15  my heart pumping ability, I guess, or...
16  Q.  Is the heart clinic part of your
17  cardiology group?
18  A.  Yes.  Yes.
19  Q.  Do you know when you were first
20  prescribed Digitek or digoxin?
21  A.  The Digitek would have been
22  January of 2008.
23  Q.  Was this the first time you had
24  seen this nurse practitioner --
25  A.  Yes.

Page 84

1   Q.  -- who prescribed Digitek?
2   A.  Yes.
3   Q.  Do you know how it was that you
4   came to see a nurse practitioner as
5   opposed to one of your doctors?
6   A.  They -- they work in
7   conjunction with the doctors.  Since the
8   doctors, they're all in the same group,
9   but they have the Heart Failure Clinic
10  as part of the group there, at the same
11  -- it's the same location.
12      And they just -- on one of my
13  routine visits, I guess, they felt that,
14  you know, it was beneficial for me to
15  take that medication.
16  Q.  Did she discuss any of the side
17  effects of Digitek or digoxin with you?
18  A.  No.
19  Q.  Did she discuss any of the
20  benefits of Digitek or digoxin with you?
21  A.  All I can recall is that she said
22  it would be beneficial for me.
23  Q.  Did you have any questions for her
24  regarding taking Digitek or digoxin
25  since it was a new prescription?

21  (Pages 81 to 84)

Alan W. Chambers

Page 85

1    A.  No.  I was just basing it on her
2    expertise as to what -- you know, what I
3    may need.
4    Q.  Did you also see the physician at
5    that visit?
6    A.  No.
7    Q.  Before you started using Digitek,
8    did you know anyone else who was taking
9    it?
10   A.  No.
11   Q.  After you started taking Digitek,
12   did you talk with anyone else who was
13   also taking it?
14   A.  No.
15   Q.  Have you at any point in time
16   talked with anyone who took --
17   A.  No, I haven't.
18   Q.  -- Digitek?
19          Did the nurse practitioner
20   talk with you about any of the risks of
21   taking Digitek?
22   A.  No.
23   Q.  When you first filled the
24   prescription, I believe you indicated
25   that you did get written information

Page 86

1    from the pharmacy, correct?
2    A.  Yes.  They always give me written
3    information, yes.
4    Q.  Did you receive any information
5    regarding the risks and benefits of
6    Digitek from any other source?
7    A.  No.
8    Q.  Did any of your healthcare
9    providers tell you that if you
10   experienced certain symptoms, you should
11   tell them about them?
12   A.  I'd have to say no.  But it's an
13   understanding, obviously, if I have
14   something that comes up, I notify them
15   right away.
16   Q.  Other than the nurse practitioner,
17   did any other healthcare professionals
18   prescribe Digitek for you?
19   A.  No.
20   Q.  Who prescribed the digoxin for
21   you?
22   A.  It would have to be Dr. Burke.
23   He's my cardiologist, so he would --
24   that would have been the substitute.  So
25   it would have been his prescription.

Page 87

1    Q.  After you were initially
2    prescribed Digitek, were you told to
3    return for additional visits other than
4    what you normally had?
5    A.  Just the routine visits.  That's
6    all I've done all along.
7    Q.  And those have been approximately
8    every three months.
9    A.  Right.  Unless there's a problem
10   and then...
11   Q.  After you were initially
12   prescribed the Digitek, did you come
13   back for a follow-up visit due to any
14   problems you were having?
15   A.  No.  Because it was just -- that's
16   my routine visits.
17   Q.  Do you know if any of your
18   healthcare providers performed blood
19   tests to measure the blood levels of
20   your medications?
21   A.  The only one I get is the
22   Warfarin, the blood thinner.  I get that
23   on a routine basis to make sure the
24   blood thinner is at the correct level.
25   Q.  Now, we've had a chance to look at

Page 88

1    some of your cardiology records and I
2    just want to see if this is what you
3    recall.
4          They seem to indicate that
5    you were first prescribed digoxin or
6    Digitek on January 23rd of 2008.
7          Does that sound about right?
8    A.  That sounds about right, yes.
9    Q.  Now, the pharmacy records indicate
10   that the prescription was written by
11   Dr. Akula.
12   A.  Okay.  Yes.
13   Q.  Do you have any information about
14   his involvement in the prescription?
15   A.  He's my electrophysiologist, which
16   is the cardiologist.  He's an M.D. that
17   does the defibrillator, so that would
18   make sense that he would prescribe it.
19   Either he or Dr. Burke.
20   Q.  Now, there appears to be another
21   office visit on February 26th of 2008
22   with Dr. Burke.
23   A.  Okay.
24   Q.  Do you remember anything about
25   that visit?

22  (Pages 85 to 88)

Alan W. Chambers

Page 89

1    A.  No.  Other than it was probably
2    just a -- the only time I ever see him
3    is a routine scheduled visit.
4    Q.  Now, Dr. Burke's note indicates
5    that you were doing better and the heart
6    rate was controlled.
7        Is that an accurate
8    assessment of how you were feeling at
9    that time?
10   A.  Yes.  I was feeling better because
11   of the -- I had had the defibrillator
12   done the year before, May of 2007, and
13   overall I was feeling better, yes.  I
14   improved rather significantly.
15   Q.  The next office visit occurred,
16   according to the records, on March 13th
17   of 2008.
18   A.  Yes.
19   Q.  And at that visit it was noted
20   that you self-discontinued digoxin.
21       Does that refresh your
22   recollection or remind you of anything?
23   A.  As far as I can recall, I guess if
24   it records it.
25       I was concerned because I was

Page 90

1    getting some strong contractions, and
2    that's when I mentioned to Dr. Burke
3    about the -- I believe that was the
4    visit when he said he felt it was the
5    device causing the problem, rather
6    than...
7    Q.  What did Dr. Burke instruct you to
8    do at that visit regarding your Digitek?
9    A.  As far as I can recall, he said
10   resume, you know, continue using it.
11   That's why I did until I ran out.
12   Q.  Did any of your healthcare
13   providers instruct you that if you were
14   having side effects from any
15   medications, to contact them rather than
16   discontinuing them first?
17   A.  That is generally, yes, a
18   procedure.
19   Q.  Is that advice that you follow or
20   not?
21   A.  Generally I do, yes.
22   Q.  The next office visit appears to
23   have occurred with your cardiology group
24   on April 24th of 2008?
25   A.  Yes.

Page 91

1    Q.  First of all, had you restarted
2    the Digitek as Dr. Burke asked you to do
3    in March?
4    A.  I went to -- I ran out of the
5    Digitek and then I was taking the
6    Digitek through that period.  And when
7    the recall came about, I ran out, I had
8    run out.  So that's why I went in to get
9    it refilled and they informed me about
10   the recall.
11       So it was probably this --
12   within a week or so of that visit.  That
13   would have been, I guess, before the
14   recall, I guess.
15   Q.  Right.
16       But you would have started
17   taking the Digitek again, as Dr. Burke
18   instructed you to do --
19   A.  Yes.  That's correct.
20   Q.  -- in March of 2008.
21   A.  That's correct.  Yes.
22   Q.  Then you came back in April of
23   2008 to get a refill of the Digitek?
24   A.  Either it would have been April or
25   early May, whenever the -- it was within

Page 92

1    a period -- within a week of running
2    out, I mean, I was running out.  That's
3    why I went in to refill it and I was
4    informed of the recall.
5    Q.  How were you feeling when you went
6    to your cardiologist on April 24th of
7    2008?
8    A.  At that time I don't recall having
9    any problems, other than what I
10   discussed about the contractions at a
11   previous visit, I guess.
12   Q.  The April 24th of 2008 note
13   reflects that there were no reported
14   side effects from medications.
15       Would that have been
16   accurate?
17   A.  At that time, yes.
18   Q.  And the note also indicates that
19   you had resumed your Digitek therapy.
20       Is that true also?
21   A.  Yes.  I would have been taking it
22   then because I hadn't run out yet.  The
23   only time I went in to refill it was
24   when I ran out.
25   Q.  And that was near the time of the

23  (Pages 89 to 92)

Alan W. Chambers

Page 93

1  recall.
2  A.  Yes.  Well, it had to be after the
3  recall because they informed me about
4  the recall.  So it had to have been
5  within that week.
6  Q.  And it was the pharmacy who
7  informed you about the recall, correct?
8  A.  That's correct.  Yes.
9  Q.  So the April 24th visit with your
10  cardiologist occurred before the recall,
11  correct?
12  A.  Yes.  It would have been before,
13  yes.
14  Q.  Because the next visit that we
15  have in your cardiology records is June
16  17th of 2008 with Dr. Burke.
17  A.  Right.  Correct.
18  Q.  What do you remember about that
19  visit and Digitek discussions?
20  A.  I don't -- I believe at that time
21  I was -- I don't recall whether I was on
22  the digoxin when I had that visit in
23  June.  I guess I was.
24       I don't recall the time
25  period -- frame.  But I did go back on

Page 94

1  digoxin; I was prescribed that.
2  Q.  The June 17th of 2008 visit note
3  reflects it was at this time that you
4  were given an alternate script for
5  digoxin.
6  A.  Okay.  That would have been
7  accurate.
8  Q.  What were you doing between the
9  time Digitek was recalled up until this
10  June 17th of 2008 visit with respect to
11  ingestion of Digitek or digoxin?
12      MR. PETTIT:  Excuse me.  I'm
13  just going to object because it really
14  has been asked and answered about four
15  times.  And the Court Order says that
16  you cannot continually ask the same
17  question.
18  BY MR. SIMON:
19  Q.  Go ahead.
20  A.  I had run out and I wasn't
21  contacted by anybody about continuing
22  with any alternative until I was
23  prescribed the digoxin, which was a
24  period of time of -- whatever the period
25  of time is listed there.

Page 95

1      And then when I got the
2  digoxin, I continued with the digoxin
3  from that point on.
4  Q.  So once Dr. Burke prescribed
5  digoxin for you in June of 2008, you
6  continued to take that?
7  A.  Digoxin, yes.
8  Q.  Did there come a point in time
9  where you stopped taking --
10  A.  Yes.
11  Q.  -- the digoxin?
12  A.  Because I experienced contractions
13  again.
14  Q.  Did you tell any of your doctors
15  that you had stopped taking digoxin?
16  A.  Dr. McDermet, I told him.  I don't
17  -- I waited, I guess, until my next
18  routine visit with Dr. Burke because I
19  had just seen him.
20      And when I saw Dr. McDermet
21  -- I stopped in August of 2008 and I saw
22  Dr. McDermet, I believe, in September
23  2008 and I informed him that I had
24  stopped.
25  Q.  The cardiology records, as you

Page 96

1  indicate, seem to have a visit about
2  three months later in September 18th of
3  2008.
4      What do you remember about
5  your discussion --
6  A.  This is with Dr. Burke or --
7  Q.  -- with the cardiology group in
8  September of 2008?
9  A.  Routine visit.  Once again, I was
10  back on the -- you know, at the time I
11  had been taking the digoxin and I
12  stopped in August.
13      And I presume that Dr. Burke
14  was aware of it because I told
15  Dr. McDermet about it.  And I believe I
16  told Dr. Burke that I stopped because of
17  the contraction problem.
18  Q.  What advice or instruction did
19  Dr. Burke give you about digoxin at the
20  September visit?
21  A.  I don't really believe anything
22  was discussed.  I don't recall
23  discussing anything about it.
24  Q.  The note reflects that you were
25  advised to restart digoxin.

24  (Pages 93 to 96)

Alan W. Chambers

Page 97

1        Did you do that?
2    A.  I didn't after August, no.  Only
3    because I experienced the contractions
4    while I was taking it up to the August
5    period when I dropped it, when I stopped
6    it.
7    Q.  Do you recall Dr. Burke or any of
8    your other cardiologists or healthcare
9    providers telling you to restart the
10   digoxin in September of 2008?
11   A.  I don't recall, no.
12   Q.  I know I asked you this, but I
13   forgot your response.
14       Did you, in fact, restart the
15   digoxin after the visit of September
16   18th, 2008?
17   A.  No.
18   Q.  Do you still see Dr. Akula from
19   time to time?
20   A.  Yes.
21   Q.  Have you ever talked to anyone at
22   the company Actavis?
23   A.  No, I haven't.
24   Q.  Have you ever talked with anyone
25   at the company Mylan?

Page 98

1    A.  No.
2    Q.  Do you have any of the packaging
3    material or pill vials that your Digitek
4    prescriptions came in?
5    A.  No.
6    Q.  What did you do with those?
7    A.  Tossed them out when I was
8    finished.
9    Q.  Did you have any leftover Digitek
10   tablets?
11   A.  No.
12   Q.  So all the Digitek tablets you had
13   you took.
14   A.  Yes.
15   Q.  What about digoxin tablets; do you
16   have any --
17   A.  Yes.
18   Q.  -- remaining digoxin tablets?
19   A.  Yes.  My attorney has them.
20   Q.  What type of packaging did the
21   digoxin tablets come in?
22   A.  Regular pharmacy, orange,
23   childproof cap type.  Standard pharmacy
24   bottle.
25   Q.  And you gave that to your

Page 99

1    attorney?
2    A.  Yes.
3    Q.  Do you know how many tablets were
4    contained in the vial that you gave to
5    him?
6    A.  There were two vials.  I don't
7    recall the number of tablets.
8        From the one prescription
9    there were some left, and I
10   inadvertently went back and got another
11   refill, but I got a refill on my -- and
12   then they included that second bottle in
13   my refills, but I didn't take anything
14   from it.
15       I didn't...
16   Q.  Do you know what dates those
17   prescriptions were from?
18   A.  In the records, my pharmacy
19   records...
20       MR. SIMON:  Jim, can we take
21   a look at those before the end of the
22   deposition?
23       MR. PETTIT:  Sure.
24       Do you want to take 30
25   seconds now?

Page 100

1        MR. SIMON:  Sure.  Why don't
2    we do that.
3        (Brief recess.)
4    BY MR. SIMON:
5    Q.  Mr. Chambers, when you were taking
6    the Digitek tablets, was there a
7    particular time of day you would take
8    those?
9    A.  Well, I took -- it would be one
10   per day, so it would either be in the
11   morning or the evening.  I don't recall
12   exactly when I took them.
13       I would most likely estimate
14   it would have been in the mornings,
15   because of activity during the day to
16   get the greater benefit.
17   Q.  Do you know what dose you were
18   prescribed of Digitek?
19   A.  No, I don't.
20   Q.  Do you remember what the Digitek
21   tablets looked like?
22   A.  No, I don't.
23   Q.  Did you look at the pills before
24   you took them?
25   A.  I believe I did, yes.

25  (Pages 97 to 100)

Alan W. Chambers

Page 101

1   Q.  Did you notice anything different
2   about the pills?
3   A.  No.
4   Q.  Did you ever take more than one
5   Digitek pill at a time?
6   A.  No.
7   Q.  Would you take your Digitek
8   medication with a meal?
9   A.  Yes.
10  Q.  What meal would you take your
11  Digitek with?
12  A.  Depending on what time I took it,
13  in the day, which would be breakfast.
14  Q.  What do you normally have for
15  breakfast?
16  A.  I have cereal, maybe a glass of
17  orange juice, a piece of toast
18  sometimes.
19  Q.  In 2008 were you taking any
20  non-prescription medications?
21  A.  No.
22  Q.  What about any herbal products or
23  natural remedies?
24  A.  No.
25  Q.  Have any of your physicians or

Page 102

1   healthcare providers told you that you
2   experienced digoxin toxicity?
3   A.  No.
4   Q.  Did any of your physicians or
5   healthcare providers indicate to you
6   that you experienced a Digitek or
7   digoxin overdose?
8   A.  No.
9   Q.  Do you believe that you received a
10  double dose of Digitek?
11  A.  I wouldn't be aware of it as a
12  layman.
13  Q.  Are you claiming that you have or
14  may develop any mental, psychological or
15  emotional conditions as a result of your
16  use of Digitek?
17  A.  No.
18  Q.  Is it accurate to say that you
19  have not had to limit your daily
20  activities in any way because of your
21  use of Digitek?
22  A.  Yes, it's accurate.
23  Q.  Any limitations are due to your
24  underlying heart condition, correct?
25  A.  That's correct.  My heart

Page 103

1   condition limits me to certain things.
2   Q.  Are you aware that the defendants
3   recalled Digitek on April 25th of 2008?
4   A.  Yes.  My counsel made me aware of
5   the actual date when --
6            MR. PETTIT:  That's far
7   enough.
8   BY MR. SIMON:
9   Q.  Did you review any sort of
10  document that indicated there was a
11  recall on April 25th of 2008?
12  A.  No.
13  Q.  Did you return any of your Digitek
14  to your doctor or pharmacist?
15  A.  No.  I didn't have any.
16  Q.  I think I did ask you this, but I
17  just want to make sure that I have an
18  accurate answer.
19            Did you receive a recall
20  letter from Rite-Aid?
21  A.  No.
22  Q.  You did not?
23  A.  I don't recall receiving anything,
24  other than the visit that I went to, you
25  know, refill it.

Page 104

1   Q.  They instructed you verbally that
2   there was a recall.
3   A.  Yes.
4   Q.  You understand that this lawsuit
5   is a class action lawsuit, correct?
6   A.  Yes.
7   Q.  What does that mean to you?
8   A.  It's a representation of, in my
9   case, residents of New Jersey to be
10  compensated for financial outgo
11  pertaining to doctors' visits,
12  medication expenses, and any testing
13  involved with Digitek, with the recalled
14  Digitek.
15  Q.  Do you understand that you could
16  have filed an individual claim relating
17  to your purchase of Digitek?
18  A.  I'm not totally aware of that.
19  But I imagine there's other avenues I
20  could pursue, but I didn't.
21  Q.  Do you understand that you have
22  special duties or responsibilities as a
23  class representative?
24  A.  Yes.
25  Q.  What do you understand those

26  (Pages 101 to 104)

Alan W. Chambers

---

**Page 105**

1  special duties and responsibilities to
2  be as a class representative?
3  A.  Being here today at the deposition
4  representing the class, and whatever
5  other responsibilities may come along
6  regarding this.
7  Q.  Who do you believe you represent?
8  A.  People in New Jersey that took the
9  recalled Digitek over a period of time,
10 whatever the recall time period was,
11 concerning the medication
12 specifications, regarding doctors'
13 visits, any expenses they incurred as a
14 non-injury situation.
15 Q.  Do you represent everyone who
16 bought Digitek in the United States?
17 A.  My understanding is, I represent
18 the residents in my state, as a state
19 representative in the action, and only
20 that.
21 Q.  Do you believe that you represent
22 persons who feel Digitek caused them
23 physical injury or harm?
24 A.  No.
25 Q.  Do you represent people who

---

**Page 106**

1  believe Digitek caused them pain and
2  suffering?
3  A.  No.
4  Q.  Do you represent people who
5  believe they are entitled to expenses
6  for continuing medical monitoring?
7  A.  Can you rephrase that?
8       I don't quite understand what
9  you mean by that.
10 Q.  Do you represent people who need
11 continuing, ongoing medical testing and
12 monitoring as a result of their use of
13 Digitek?
14 A.  This would involve a personal, on
15 a personal injury basis or --
16 Q.  This would involve people who have
17 to have ongoing medical testing and
18 follow-up as a result of use of Digitek.
19      MR. PETTIT:  If you
20 understand that kind of a legal
21 question, you can take a shot at
22 answering it.
23      I object.  It's pretty vague
24 the way you phrased it.
25      THE WITNESS:  Based on the

---

**Page 107**

1  fact that I'm not -- it's not a personal
2  injury case, I don't -- I'm kind of
3  having trouble correlating that with the
4  question you asked me.
5       Like my attorney said, it's
6  kind of a vague -- I don't know.
7  BY MR. SIMON:
8  Q.  Do you need ongoing medical
9  monitoring or testing as a result of
10 your use of Digitek?
11 A.  Not that I'm aware of, no.
12 Q.  Are you representing a class of
13 people who need ongoing medical testing
14 or monitoring?
15 A.  I'm representing simply people, as
16 I stated before, that are to be
17 compensated for expenses that they --
18 when they were under the recalled
19 product, pertaining to doctors' visits
20 or any testing and medication expenses.
21      That's the only understanding
22 I have of what I'm representing.
23 Q.  Do those people who you represent,
24 do their expenses include future medical
25 testing and monitoring as a result of

---

**Page 108**

1  their use of Digitek?
2  A.  I can't answer that.
3  Q.  Why not?
4  A.  I think if it's a result of the
5  problem with the Digitek and it's
6  related to expenses that they had to
7  incur for periodic testing, I would say
8  whatever test they need to have as a
9  result of the recalled product, that
10 would be covered in compensation.
11 Q.  Do you recognize that there may be
12 some people who believe they were
13 physically or mentally injured because
14 of their use of Digitek?
15 A.  I understand there may be people.
16 In my -- In my situation here, I don't
17 believe I represent them, but I do
18 understand what you're saying there.
19 Q.  And those people would have also
20 paid for their Digitek, correct?
21 A.  Yes.
22 Q.  But you're not seeking to recover
23 anything, other than the purchase price
24 in your lawsuit, correct?
25 A.  Well, I didn't have any testing or

---

27  (Pages 105 to 108)

Alan W. Chambers

Page 109

1  anything.  I guess, yeah, that would be
2  the case, yes, in my particular...
3      Q.  Do you understand that it's
4  possible by limiting their claims to a
5  refund claim, that you may prevent them
6  from filing a separate suit about their
7  claimed physical injuries?
8          MR. PETTIT:  Object to the
9  form.
10         THE WITNESS:  I'm not an
11  attorney, obviously.  So I'm not aware
12  of how the legal process proceeds.  I'm
13  here to represent them in this initial
14  case.
15  BY MR. SIMON:
16     Q.  How was it that you were selected
17  as a class representative?
18         MR. PETTIT:  Object to the
19  form.
20         THE WITNESS:  I was asked if
21  I would like to represent the class.
22  BY MR. SIMON:
23     Q.  Why do you want to represent the
24  proposed class?
25         MR. PETTIT:  Objection.

Page 110

1  Asked and answered.
2          I guess we have to keep
3  answering the same question over and
4  over again, sir.  Go ahead.
5          THE WITNESS:  Can you
6  rephrase it.  I'm sorry.
7  BY MR. SIMON:
8     Q.  Why do you want to be the
9  representative for the proposed class?
10         MR. PETTIT:  Same objection.
11         THE WITNESS:  My feelings are
12  that if people had an outgo of income to
13  purchase a product that's defective,
14  that is, recalled as defective, that
15  they're entitled to compensation
16  financially for doctors' visits, testing
17  and medication that they paid for.
18  BY MR. SIMON:
19     Q.  Were you promised anything, other
20  than recovery of your purchase price, as
21  a class representative?
22     A.  No, I wasn't promised anything.
23     Q.  Do you understand that there's a
24  chance the Court could order you to pay
25  some of the defendants' costs in

Page 111

1  defending this case in the event it
2  finds the case to be without merit?
3     A.  I'm not aware of that, no.
4     Q.  Are you willing to incur that
5  expense if the Court deems that
6  appropriate?
7     A.  I don't believe -- I don't believe
8  I can pay for that, if that's the answer
9  that you're looking for.
10     Q.  Do you know any of the other class
11  representatives?
12     A.  No, I don't.
13     Q.  Have you ever met any of the other
14  class representatives?
15     A.  No, I haven't.
16     Q.  As part of this lawsuit, is your
17  wife making a claim for loss of
18  consortium?
19     A.  No.
20         MR. SIMON:  Thank you,
21  Mr. Chambers.
22         I believe that's all the
23  questions I have.
24         My co-counsel over here may
25  have some questions for you.  I'll look

Page 112

1  through my notes in the interim.
2          THE WITNESS:  Okay.
3          MR. SIMON:  Thank you.
4          THE WITNESS:  Thank you.
5          MR. PETTIT:  Maybe we can
6  just take a short break.
7          MR. SIMON:  Sure.
8          (Brief recess.)
9          EXAMINATION
10  BY MR. UNDERHILL:
11     Q.  Mr. Chambers, my name is Kevin
12  Underhill.  We were introduced earlier.
13  I represent the Mylan defendants.
14     A.  Yes.
15     Q.  I just wanted to ask you a few
16  questions.
17          Have you ever suffered from
18  sleep apnea?
19     A.  I do have sleep apnea, yes.
20     Q.  When were you first told that you
21  have that?
22     A.  It would have been -- I was tested
23  in, I believe, 2007, December or
24  January.  It might have been December.
25     Q.  Was this in the course of one of

28  (Pages 109 to 112)

Alan W. Chambers

Page 113

1  your regular visits?
2  A.  There's a sleep apnea center on
3  Route 70 in Cherry Hill, and they
4  referred me to that.
5  Q.  So you were referred there by
6  the --
7  A.  My -- I have a pulmonary
8  physician, Dr. Nugent, that I was
9  referred to.  As a result of my heart
10  condition, they wanted to check to see
11  if I had sleep apnea, so they referred
12  me to the sleep apnea center.
13  Q.  What did they find at the center?
14  A.  They notified me that I do have
15  sleep apnea.  At the time I was still
16  recovering from my gallbladder surgery,
17  if I recall correctly.  So that may have
18  had, you know, a bearing on the results.
19  I don't know.
20  Q.  Did they prescribe anything that
21  you might do to try to control it?
22  A.  I have the CPAP machine, which I
23  used for a little while, which I
24  couldn't -- I couldn't sleep with it, so
25  I discontinued using it.  Because I

Page 114

1  slept better without it than with it.
2  Q.  What kind of machine is that?
3  A.  It's a mask that you wear at night
4  and it produces air flow to help you
5  breath.
6  Q.  Does it -- I'm sorry.
7  A.  Go ahead.
8  Q.  Does it feed you oxygen or is it
9  just --
10  A.  No, it's not oxygen.  It's just
11  air, room air.
12  Q.  And how long did you use that?
13  A.  I used it for a couple weeks.  And
14  I found that after about three hours or
15  so, I couldn't -- I could sleep maybe
16  three hours with it.  I would wake up
17  and couldn't get back to sleep, so I
18  stopped using it.
19  Q.  Did Dr. Burke, or anyone else that
20  you saw in your visits to ACC, did they
21  suggest that you continue with that?
22  A.  I don't recall who suggested it.
23  I don't have my medical records.  I
24  don't recall who suggested it.
25      But somebody must have,

Page 115

1  because I went and, you know, they
2  prescribed that for me as treatment.
3  And that's as much as I know about the
4  whole thing.
5      There might have been -- one
6  of my cardiologists may have -- I don't
7  know who it would have been or what --
8  it would have been one of mine, I
9  presume, that would have prescribed
10  that.
11      It wouldn't have been my
12  primary doctor, my primary care
13  physician.  So it most likely would be
14  one of my cardiologists.
15  Q.  Are you saying that one of them
16  would have prescribed that after the
17  first -- after your first period of
18  using it and when you discontinued it?
19  A.  When you say "period of using it,"
20  I went to the clinic twice and they gave
21  me the testing overnight.  It's an
22  overnight sleep arrangement.
23      And I don't recall the exact
24  time span between testing, but they
25  suggested that I get the sleep apnea

Page 116

1  machine, which is the CPAP machine,
2  which I did.
3      A representative of the
4  company came out and showed me how to
5  use it and whatever.  And I did use it
6  for a short period of time after that.
7      And I found that I was waking
8  up in the middle of night with the
9  mask.  You wear a mask all night long.
10  I found I couldn't sleep properly with
11  it, so I stopped using it.
12  Q.  When was that period that you did
13  use it?
14  A.  As far as I can recall, it would
15  have been late 2007, early 2008.
16  Q.  Okay.  And after the end of that
17  period, when you were visiting at ACC,
18  did any of those doctors ever suggest
19  you go back to it?
20  A.  No.  Maybe they felt that I was
21  still using it.  I didn't notify them I
22  went off of it.  I went off it for my
23  reasons stated, that I found I was
24  sleeping better without it than with it.
25  Q.  So you never did go back?

29  (Pages 113 to 116)

Alan W. Chambers

Page 117

1    A.  Right.  I still have the machine.
2    I don't use it.
3    Q.  What is the total amount that
4    you're claiming in this lawsuit for you
5    personally?
6    A.  I guess my own situation -- my own
7    situation would be for three -- I
8    believe I had three prescriptions.  I
9    might be incorrect with that.
10       My insurance pays -- I pay a
11   copay on my prescriptions.  So my
12   out-of-pocket expense is $5 a
13   prescription.
14   Q.  So a total of $15, obviously.
15   A.  Right.  I didn't have any testing
16   or anything else involved with it, other
17   than my routine visits.
18       I don't believe the -- well,
19   I looked at the digoxin and that wasn't
20   that expensive anyway.  The digoxin one,
21   later on.  I guess it's listed on there.
22   Q.  Did you pay the same amount for
23   those prescriptions?
24   A.  I pay $5 for each.  It's a copay,
25   $5 of my health plan, yes.

Page 118

1    Q.  By "those prescriptions," I mean
2    the digoxin.
3    A.  These here, yes, they would have
4    been $5, too.  I believe if it's a
5    generic -- or if it's brand name, it's
6    15 or 20, something like that.  But, I
7    guess, this is generic digoxin, I
8    believe.
9        Most likely I would have paid
10   $5.  I don't have my receipts or
11   anything with the Digitek, but it would
12   have probably been $5.
13       MR. UNDERHILL:  I don't think
14   I have anything else, unless you want to
15   follow up.
16       MR. SIMON:  I think so.
17            EXAMINATION
18   BY MR. SIMON:
19   Q.  I think one more question,
20   Mr. Chambers.
21   A.  Sure.
22   Q.  Did you receive the same benefit
23   from the Digitek that you received from
24   taking the digoxin?
25       MR. PETTIT:  Object to the

Page 119

1    form.
2        THE WITNESS:  Based on the
3    problems I had with the contractions, I
4    don't feel it was a beneficial -- I
5    don't think it was a benefit.
6        My own personal experience, I
7    haven't had the severe contractions
8    since I stopped taking it, so...
9    BY MR. SIMON:
10   Q.  Is it fair to say that you
11   received the same lack of benefit from
12   the Digitek that you received from the
13   digoxin?
14       MR. PETTIT:  Object to the
15   form.
16       THE WITNESS:  I don't know
17   how to answer that myself.  Other than a
18   lack of benefit, basically.  Yeah.
19       MR. SIMON:  Can you read the
20   question back to him.  That may help.
21       (The court reporter read back
22   the following:
23       "QUESTION:  Is it fair to say
24   that you received the same lack of
25   benefit from the Digitek that you

Page 120

1    received from the digoxin?")
2        THE WITNESS:  I guess it
3    would be fair to say, yes.
4        MR. SIMON:  Thank you.  I
5    have no further questions.
6        MR. PETTIT:  Any further
7    questions?
8        MR. UNDERHILL:  Nothing.
9        MR. PETTIT:  I have a couple
10   of questions.
11            EXAMINATION
12   BY MR. PETTIT:
13   Q.  Mr. Chambers, you told defense
14   counsel that, in June 2008 or so, you
15   discussed an alternative digoxin after
16   Digitek was removed from the market,
17   right?
18   A.  I was essentially stating that I
19   was waiting for somebody to prescribe
20   something to replace the Digitek.
21   Q.  Right.
22       And in about June 2008, you
23   talked to defense counsel about going to
24   see Dr. Burke and discussing a different
25   kind of digoxin, correct?

30  (Pages 117 to 120)

Alan W. Chambers

---

Page 121

1   A.  I believe so, yes.
2   Q.  If at the time of the recall you
3   didn't have a regular routine visit
4   scheduled four or five or six weeks
5   later, would you have called Dr. Burke
6   to set up an appointment to talk about
7   an alternative?
8   A.  Yes, I would have.  Yes.
9   Q.  And I just want to see if I can
10  clarify this fact sheet situation.  Just
11  to refocus you, defense counsel has
12  showed you this and it's been marked as
13  D-1, Exhibit D-1, and he showed you your
14  signature.
15          This is a photocopy,
16  obviously.
17  A.  Yes.
18  Q.  Correct?
19  A.  Yes.
20  Q.  Now, do you remember sitting with
21  an attorney and a paralegal right here
22  in this conference room --
23  A.  Yes, I do.
24  Q.  -- for two or three hours --
25  A.  Exactly.

---

Page 122

1   Q.  -- going through the fact sheet?
2   A.  Yes, I do.
3   Q.  Do you remember them photocopying
4   the fact sheet so you could work with
5   it --
6   A.  Yes.
7   Q.  -- with the paralegal in this
8   issue?
9   A.  Yes, I do.
10  Q.  And did you look at all the fact
11  sheet questions and go over it with my
12  paralegal and one of our associates?
13  A.  I went over with the legal -- I
14  just basically answered the questions
15  from the form.  I didn't go over it
16  physically myself.
17  Q.  Right.
18  A.  It was the same form, so I didn't
19  -- you know, they were asking me
20  questions for the fact sheet from the
21  same form, so...
22  Q.  And do you recall after it got
23  typed up, the paralegal called you to
24  come in to the office?
25  A.  Yes.

---

Page 123

1   Q.  Do you recall sitting here again
2   and going over it for about ten
3   minutes --
4   A.  Yes.
5   Q.  -- and signing it?
6   A.  Yes, I do.  Yes.
7   Q.  Did you look at the fact sheet at
8   that time?
9   A.  No, I didn't.
10  Q.  Did you trust the attorney and the
11  paralegal to properly type down the
12  information you had given them?
13  A.  Yes, I did.
14  Q.  And did the paralegal give you a
15  photocopy of the fact sheet?
16  A.  Yes.
17          MR. PETTIT:  That's all I
18  have.
19          MR. SIMON:  That's it.
20          (Witness excused.)
21          (Deposition concluded at
22  12:58 p.m.)
23
24
25

---

Page 124

1          WITNESS CERTIFICATION
2
3          I hereby certify that I
4   have read the foregoing transcript of my
5   deposition testimony, and that my
6   answers to the questions propounded,
7   with the attached corrections or
8   changes, if any, are true and correct.
9
10
11
12
13  DATE        ALAN W. CHAMBERS
14
15
16
17
18  PRINTED NAME
19
20
21
22
23
24
25

---

31  (Pages 121 to 124)