# Exhibit T

---

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY ) MDL NO. 1968
LITIGATION                )
                          )
THIS DOCUMENT RELATES ONLY TO:   )

Kevin Clark and Willie Mae      )
Wilburn, Individually and on    )
behalf of all others similarly  )
situated,                        )
        Plaintiffs,              )
                                 )
    vs.          ) MDL NO. 2:08-1017
                                 )
ACTAVIS GROUP; hf, et al.,       )
        Defendants.              )

        Deposition of WILLIE MAE WILBURN, taken before
NADINE J. WATTS, CSR, RPR, and Notary Public, pursuant
to the Federal Rules of Civil Procedure for the United
States District Courts pertaining to the taking of
depositions, at Suite 5500, 233 South Wacker Drive, in
the City of Chicago, Cook County, Illinois, at 9:25
o'clock a.m. on the 6th day of August, A.D. 2009.

---

Page 2

1   There were present at the taking of this
2   deposition the following counsel:
3       MALKINSON & HALPERN, PC by
        MR. JOHN R. MALKINSON
4       223 West Jackson Boulevard
        Suite 1010
5       Chicago, Illinois  60606
        (312) 427-9600
6
        on behalf of the Plaintiffs;
7
        TUCKER, ELLIS & WEST, LLP by
8       MR. JOHN A. SIMON
        1150 Huntington Building
9       925 Euclid Avenue
        Cleveland, Ohio  44115
10      (216) 696-2354
11      on behalf of Defendant Actavis Totowa LLC;
12      SHOOK, HARDY & BACON, LLP by
        MS. SARAH E. WEST
13      2555 Grand Boulevard
        Kansas City, Missouri  64108
14      (816) 474-6550
15      on behalf of Defendants Mylan
        Pharmaceuticals, Inc., Mylan Bertek
16      Pharmaceuticals, Inc. and UDL
        Laboratories, Inc.
17
18
19
20
21
22
23
24
25

---

Page 3

1    DEPOSITION OF WILLIE MAE WILBURN
2         TAKEN AUGUST 6, 2009
3
4    EXAMINATION BY              PAGE
5    Mr. John A. Simon          4, 126, 138
6    Ms. Sarah E. West             108
7    Mr. John R. Malkinson      127, 139
8
9            EXHIBITS
10                    PAGE
11   Deposition Exhibit No. 1        8
     Digitek Plaintiff Fact Sheet
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 4

1         WILLIE MAE WILBURN,
2    called as a witness herein, having been first duly
3    sworn, was examined upon oral interrogatories and
4    testified as follows:
5              EXAMINATION
6         by Mr. Simon:
7       MR. SIMON: Q  Mrs. Wilburn, my name is John Simon.
8    I represent the Actavis defendants in the lawsuit you
9    filed. This is Sarah West. She represents the Mylan
10   defendants in the lawsuit that you filed.
11       We're here today, this morning, to take your
12   deposition. It's our understanding that you've agreed
13   to be a class representative?
14    A  Yes.
15    Q  Could you state your full name for the record,
16   please.
17    A  Willie Mae Wilburn.
18    Q  And what is your address, Mrs. Wilburn?
19    A
20
21    Q  And how long have you lived at that address?
22    A  I've lived there 34 years.
23    Q  With whom do you currently live?
24    A  At the same address.
25    Q  With whom?  Who lives with you?

---

1 (Pages 1 to 4)

Willie Mae Wilburn

Page 5

1    A  My husband.
2    Q  And what is your husband's name?
3    A  Homer Wilburn.  Homer Wilburn.
4    Q  It's my understanding that you are not making a
5  lost wage claim in this lawsuit; is that correct?
6    A  No.
7    Q  That is correct, you're not making a lost wage
8  claim?
9    A  A Lost wage claim?
10   MR. MALKINSON:  You're not claiming lost wages?
11   THE WITNESS:  No, no.
12   MR. SIMON:  Q  Are you retired?
13   A  Yes.
14   Q  Where are you retired from?
15   A  I worked for Loretto Hospital for years.  You
16  know, a little while for the Board of Education.
17   Q  And when did you retire?
18   A  In 1997.
19   Q  And what was your last position you held before
20  you retired?
21   A  I was helping kids at school, monitoring.
22   Q  Have you ever given a deposition before?
23   A  No, I haven't.
24   Q  A deposition is basically a question and answer
25  session.  I'm going to be asking you a number of

Page 6

1  questions about this lawsuit and about you in general,
2  and you are going to provide the answers.  Okay?
3    A  Okay.
4    Q  In the event you don't understand one of my
5  questions, it doesn't make sense to you, please let me
6  know.  I'll be happy to rephrase it or repeat it.  Okay?
7    A  Okay.
8    Q  If you need to take a break for any reason, just
9  let me know and we'll be happy to accommodate you.
10  Okay?
11   A  Okay.
12   Q  The only thing I would ask is that you wait
13  until you complete your answer to a question before we
14  take a break.  Okay?
15   A  Okay.
16   Q  Have you ever brought a lawsuit before?
17   A  No, I haven't.
18   Q  Have you ever been sued?
19   A  No.
20   Q  Have you ever been convicted of a crime?
21   A  No.
22   Q  Have you ever filed a workers' compensation
23  claim?
24   A  No.
25   Q  Have you ever filed a Social Security disability

Page 7

1  claim?
2    A  No.
3    Q  What did you do to prepare for today's
4  deposition?
5    A  I went over some of the definitions.
6    Q  You went over some of the definitions of what?
7    A  A while back, when my lawyers sent me something
8  to look at.
9    Q  Did you review actual materials or documents?
10   A  Some of them.  Most I left for my lawyer.
11   Q  What did you specifically review --
12   MR. MALKINSON:  He's asking what you reviewed to get
13  ready for the deposition.
14   THE WITNESS:  I reviewed that I'm representing the
15  class.
16   MR. MALKINSON:  He's asking you what, if any,
17  documents you looked at.  That's his question right now.
18   THE WITNESS:  Oh, I looked at my -- all expenses
19  that I paid out.
20   MR. SIMON:  Q  Okay.  So you looked at some sort of
21  written records that showed the expenses you paid for
22  your Digitek and medical care?
23   A  Yes.
24   Q  What else did you review?
25   A  I reviewed some of the Digitek, you know,

Page 8

1  that -- when I was taking it.
2    Q  What did you review about the Digitek?
3    A  When I get my prescription, I look over some of
4  it.  You know, they send you a paper that tell you about
5  the Digitek.  I just looked over a little bit of it.
6    Q  Okay.  So when you pick up a prescription from
7  the pharmacy, they give you information?
8    A  Yes.
9    Q  And is that what you reviewed also for the
10  deposition?
11   A  Yes.
12   Q  Okay.  Besides the record of the medical bills,
13  the pharmacy bills and the information on Digitek you
14  receive from the pharmacy, what else did you review to
15  prepare for today's deposition?
16   A  What else I reviewed?  I looked at some papers,
17  you know.
18   Q  Okay.  What type of papers?  Describe the papers
19  for me.
20   MR. MALKINSON:  She reviewed the fact sheet.  She
21  has no knowledge of what it's called.
22   MR. SIMON:  Could you please mark that as Exhibit 1.
23       (Document marked as Deposition
24       Exhibit 1 for identification.)
25   MR. MALKINSON:  We have two small corrections.  No

2  (Pages 5 to 8)

Page 9

1  corrections, actually additions.
2     MR. SIMON: Okay.
3     MR. MALKINSON: One is an ER visit that you guys
4  actually have the record of that somehow didn't make it
5  onto page 15. And in her list of expenses we neglected
6  to include the actual pills as one of the expenses.
7  That's page 5.
8        Page 15 asks if you have been an inpatient or
9  outpatient. She answered it, but forgot the one ER
10 visit on May 4th of '08 that she had.
11    MR. SIMON: Okay. Did you by chance bring the
12 prescription vials and tablets with you today?
13    MR. MALKINSON: Yes, I have that.
14    MR. SIMON: Q Mrs. Wilburn, handing you what's
15 been marked as Exhibit I, can you take a look at that.
16    MR. MALKINSON: You can flip through it to see if
17 it's the one you signed. That's your signature.
18    I think she's flipped through it if you have a
19 question you want to ask her.
20    MR. SIMON: Q Mrs. Wilburn, Plaintiff's -- I mean
21 Exhibit 1 is Plaintiff's Fact Sheet in this case. Is
22 that another one of the documents you reviewed for your
23 deposition today?
24    A  Yes.
25    Q  You can hold on to that.

Page 10

1        And does your signature appear on that
2  document?
3     A  On the back sheet?
4     MR. MALKINSON: On here. He's asking you if your
5  signature appears on there.
6     THE WITNESS: On here, yes.
7     MR. SIMON: Q  And you signed that on, it appears,
8  April 22nd, 2009?
9     A  Yes.
10    Q  Now, your attorney has indicated that you have
11 some additions that you'd like to make to the fact sheet
12 responses you made. And the first one he referenced was
13 on page 5. And, Counsel, you can help us with this. It
14 had something to do with the Digitek --
15    MR. MALKINSON: Have you incurred out-of-pocket
16 expenses, and she lists the medical care. What was
17 inadvertently omitted was the expense for the purchase
18 of the recalled Digitek.
19    MR. SIMON: Okay. Is that in response to question
20 No. 6?
21    MR. MALKINSON: Correct. The other is on page 15.
22    MR. SIMON: Q Okay. Your counsel also indicated
23 that you would like to make an addition on page 15 of
24 the Plaintiff Fact Sheet. What addition needs to be
25 made for completeness?

Page 11

1     A  I think I forgot to give him when I went to the
2  emergency room.
3     Q  Okay.
4     A  The expenses I paid then.
5     Q  Okay. What hospital did you go to the emergency
6  room at that you'd like to add?
7     A  West Suburban.
8     MR. MALKINSON: That would be 5-08, the emergency
9  room visit. I think it's 5-4 of '08.
10    MR. SIMON: Q  Having made those additions to the
11 Plaintiff Fact Sheet, are those answers you provided
12 accurate and complete now?
13    A  Yes.
14    MR. MALKINSON: I'll just add the drugstore. She's
15 always used the same one, but it says approximation
16 dates or years. It should have said since 1999, and it
17 just says 1999.
18    MR. SIMON: Q  Did you meet with anyone to prepare
19 for today's deposition?
20    A  No.
21    MR. MALKINSON: Well, you met with me.
22    THE WITNESS: Oh, yes.
23    MR. SIMON: Q  When did you meet with Mr. Malkinson
24 to prepare for today's deposition?
25    A  I met I think yesterday.

Page 12

1     Q  And where did you meet?
2     A  I met in the office.
3     Q  And how long did you meet for?
4     A  I can't recall the hours.
5     MR. MALKINSON: Just your best estimate.
6     THE WITNESS: Maybe two hours.
7     MR. SIMON: Q  Was anybody else present for the
8  meeting?
9     A  No.
10    Q  Did you take any notes during the meeting?
11    A  A few.
12    Q  And what did you do with those notes?
13    A  I think I left them at home. I'm not sure.
14    MR. MALKINSON: I hope you left them at home.
15    THE WITNESS: I did. I left them at home.
16    MR. SIMON: Q  What do you recall the notes -- What
17 do you recall about the notes? Tell me about them.
18    A  Just went over some of the things in a
19 deposition, the definitions.
20    Q  You went over some of the things for the
21 deposition and definitions; is that correct?
22    A  Some of the things, yes.
23    Q  What type of definitions do you remember?
24    A  My medical. My medical.
25    Q  Your Medicare?

3 (Pages 9 to 12)

Willie Mae Wilburn

Page 13

1    A  My medical by my doctor.
2    Q  You reviewed -- Excuse me.  Did you review any
3  medical records?
4    A  Yes.
5    MR. MALKINSON:  Well, you didn't review any medical
6  records, did you?
7    THE WITNESS:  No, I didn't review.
8    MR. MALKINSON:  He's just asking you if you recall
9  what, if anything, you took notes about.
10    THE WITNESS:  Some of the dates.
11    MR. SIMON:  Q  Some of the dates for what?
12    A  You know, when I went to the doctor.
13    Q  Do you recall anything else about that meeting?
14    MR. MALKINSON:  Well, I'm going to object to that
15  and instruct her not to answer since it invades the
16  attorney-client privileges.
17    MR. SIMON:  Q  strike that.  I'll withdraw it.
18    How did you learn that you might have a claim
19  due to your use of Digitek?
20    A  I had to keep going to the doctor, and I was
21  feeling bad and things, and so I -- my friend, she knew
22  a lawyer and I asked him about that lawyer.  So the
23  lawyer referred me to him.
24    Q  Do you know any other people who are bringing a
25  lawsuit for their use of Digitek?

Page 14

1    A  No, I don't, but I know there's quite a few of
2  them that's bringing.
3    Q  Do you know anyone else who used Digitek?
4    A  No, I don't.
5    Q  Do you know the names of any of the members of
6  the class you are representing?
7    A  No, I don't.
8    Q  Do you know anyone else -- Do you know anyone
9  else who believes they have health problems as a result
10  of their use of Digitek?
11    A  No.
12    MR. MALKINSON:  In your questions, you mean does she
13  personally know, does she personally know them?
14    MR. SIMON:  Correct.
15    THE WITNESS:  No, not personally.
16    MR. SIMON:  Q  When did you learn about the recall
17  of Digitek?
18    A  My pharmacy called me and told me to quit taking
19  the Digitek, they had been recalled, and to bring the
20  pills in.
21    Q  When did the pharmacy call you?
22    A  On the 27th of April.
23    Q  Do you remember who you spoke with?
24    A  I don't remember the name, the name, but I spoke
25  with one of the pharmacists.

Page 15

1    Q  And what did he or she tell you about Digitek?
2    A  Just told me they had recalled Digitek and don't
3  take any more and just bring -- bring them in to the
4  pharmacy.
5    Q  So what did you do after you received that phone
6  call from the pharmacy?
7    A  Well, I just didn't take any more, and that was
8  like Sunday evening.  Monday I went to take the pills to
9  them.
10    Q  Did you take all of your pills that you had to
11  the pharmacy that next day?
12    A  No, not all of them.
13    Q  How many did you take to the pharmacy?
14    A  Four or -- four or six of them I think.
15    Q  And why did you decide to bring four or six of
16  them to the pharmacy?
17    A  I didn't want to get rid of all of them because
18  I didn't know in the future when I might need them.
19    Q  What happened when you brought the pills or
20  tablets to the pharmacy?  Tell me what you did.
21    A  She had taken them and she -- I had the bottle
22  that I had, and she gave me some more, or another name I
23  think by another company, and she gave me some to take,
24  not a whole pill, a half a pill, and to take until I saw
25  my doctor.

Page 16

1    Q  When you say she gave you, do you mean the
2  pharmacist gave you --
3    A  Yes, yes.
4    Q  -- new pills?
5    A  Yes.
6    Q  Yes?  How many did she give you?
7    A  I had a doctor --
8    MR. MALKINSON:  Just tell him how many pills she
9  gave you, if you remember.  If you don't remember, you
10  don't remember.
11    THE WITNESS:  I can't remember.
12    MR. MALKINSON:  The pill bottle looks like it says
13  seven.  It's a handwritten note.
14    MR. SIMON:  Q  What did the pharmacist instruct you
15  to do after she gave you some replacement tablets?
16    A  She just told me to take them until I saw my
17  doctor and the doctor give me more, another kind.
18    Q  Were you taking the same amount of pills that
19  you were taking before you returned the Digitek?
20    A  Repeat, please.
21    Q  You said she gave you some replacement tablets,
22  correct?
23    A  Yes.
24    Q  And then you mentioned something about you were
25  taking half a tablet.

Willie Mae Wilburn

Page 17

1    A  Yes.
2    Q  Tell me about that.
3    A  The pharmacy told me to take a half a tablet.
4    MR. MALKINSON:  They gave her .25s.  They didn't
5    have .125s.
6    MR. SIMON:  Q  Were the tablets you received from
7    the pharmacy --
8    MR. MALKINSON:  We've got half of one, just so you
9    know, so you can look at it.
10   MR. SIMON:  Q  Were the tablets you received from
11   the pharmacy broken in half already or did you have to
12   break them in half yourself?
13   A  They broke them already.
14   Q  How long was it -- Strike that.
15   After the pharmacy called you did you contact
16   your doctor?
17   A  No.  I had an appointment coming up very soon
18   and I just waited until my appointment.
19   Q  Do you recall when your appointment was
20   scheduled for, how long after the call from the
21   pharmacy?
22   A  I'd say about six days.
23   Q  When did you first consider the possibility of
24   becoming involved in this lawsuit?
25   MR. MALKINSON:  I'd just object to the form of the

Page 18

1    question because she didn't become involved in
2    something.  She filed a lawsuit.  There wasn't anything
3    to become involved in at the time.
4    MR. SIMON:  Q  When did you first consider filing
5    this lawsuit?
6    A  After I had -- I had taken the pills and I had
7    episodes after.
8    MR. MALKINSON:  Are you done with your answer?
9    THE WITNESS:  Yes.
10   MR. SIMON:  Q  Can you give me a timeframe as to
11   when you considered filing this lawsuit after you heard
12   from the pharmacy about the Digitek recall?
13   MR. MALKINSON:  If you recall.  If you don't recall
14   the dates, I don't want you to guess.
15   THE WITNESS:  I don't recall the date.
16   MR. SIMON:  Q  Who suggested that you file a
17   lawsuit?
18   A  Myself.
19   Q  Did you discuss filing a lawsuit with anyone
20   before --
21   A  No.
22   Q  -- you filed it?
23   A  No.
24   MR. MALKINSON:  You mean other than her lawyers I
25   assume?

Page 19

1    MR. SIMON:  Q  How did you first hear of the
2    Malkinson & Halpern law firm?
3    MR. MALKINSON:  I'll object because it's been asked
4    and answered.  You can answer.
5    THE WITNESS:  I had a friend that knew another
6    lawyer, so she told me about that lawyer, that that
7    lawyer represent me.
8    MR. SIMON:  Q  Who was your friend that suggested
9    the name of a lawyer?
10   A  My daughter-in-law.
11   Q  And what is your daughter-in-law's name?
12   A  ▆▆▆▆▆▆▆
13   Q  And what was the name of the attorney that
14   ▆▆▆▆ recommended to you?
15   A  I don't recall his name.
16   Q  How did ▆▆▆▆▆ know of this other lawyer?
17   A  She knew a friend that knew this lawyer.
18   Q  Did you meet with this other lawyer?
19   A  No.
20   Q  And it was this other lawyer who referred you to
21   Mr. Malkinson, correct?
22   A  Yes.
23   Q  Have you spoken to any other lawyers other than
24   your law firm concerning this lawsuit?
25   A  No.

Page 20

1    Q  What is your understanding of this lawsuit?
2    A  Well, myself, I'm bringing the lawsuit by myself
3    and other people that had taken the Digitek, and we like
4    are -- financial-wise, we were taking the Digitek, why
5    they were recalling the Digitek.
6    Q  What do you think has been done wrong to you?
7    A  In what way?
8    Q  What do you claim was done wrong to you from
9    your use of Digitek?
10   A  When I had -- I was -- I had to take a lot of
11   tests and things and paid out a lot of expenses.
12   Q  Other than having to undergo tests and paying
13   for those tests, how else do you feel you were wronged
14   by your use of Digitek?
15   A  And one thing, I feel that they didn't let us
16   know.  Just they let us know right at the recall, and it
17   looked like it should have been out before then.  They
18   let you take that Digitek up until the recall and then
19   it damaged.
20   Q  What do you hope to receive as a result of this
21   lawsuit?
22   A  I hope to receive the expenses and stuff and --
23   Q  What expenses do you seek to have reimbursed?
24   MR. MALKINSON:  I'm just going to object to the
25   extent that calls for something that her attorneys would

5 (Pages 17 to 20)

Willie Mae Wilburn

Page 21

1  be -- that she hired lawyers for, but I'm going to allow
2  her to give her own answer.
3     THE WITNESS: What --
4     MR. MALKINSON: What expenses?
5     THE WITNESS: Medical expenses. I went through all
6  those tests, and that was kind of painful.
7     MR. SIMON: Q  Other than medical expenses and
8  tests, what other expenses do you seek to recover in
9  this lawsuit?
10    A  The episodes I had.
11    Q  What episodes did you experience?
12    A  One time -- Excuse me. One time I was going to
13 pick up my medicine. That's when they changed the
14 medication. I got to the drugstore, I couldn't get out
15 of my car because I was nervous and weak and couldn't
16 move, and I had to sit there for a little while before I
17 could get out.
18       Then I was weak and a headache. And then I
19 went and got my medicine. I went by another -- I had to
20 sit there before I can drive because I was afraid
21 something may happen.
22       Then when I felt a little better, I got my
23 composure a little bit and went to another store. Then
24 it was the same thing. So that store had some baskets
25 out there and I decided to go get a basket and lean up

Page 22

1  on it and go in the store.
2       I was weak and dizzy, and I saw a policeman way
3  over there, and I start to blow my horn for him to come,
4  but I had some groceries in the car and I didn't want to
5  leave it because I knew he was going to call the
6  paramedic. So I tried to make it home.
7       When I got home, I couldn't take anything out
8  of the car. My husband is kind of sick, and he had come
9  taken everything out of the car. I just went right to
10 bed, and I slept the whole evening.
11    Q  When did this episode occur?
12    A  It occur before -- a little before they recalled
13 the Digitek.
14    Q  When you say a little bit before they recalled
15 the Digitek, do you remember what month this episode
16 occurred?
17    A  Sometime in March. In March.
18    Q  March of 2008?
19    A  Yes.
20    Q  Were there any other episodes that you
21 experienced?
22    A  Well, one other place I went to and I was like
23 forgetting. I was forgetting -- I have to think, you
24 know, what I wanted to say because I was forgetting.
25    Q  And when did you experience this episode of

Page 23

1  forgetting in relation to the other episode you just
2  talked about?
3     A  All of that was coming up to the time they
4  recalled the Digitek.
5     Q  So the time you were forgetting things, was that
6  after you experienced --
7     A  Before and after.
8     Q  -- the dizziness?
9     A  Before and after.
10    Q  How long before did you start forgetting?
11    A  I can't recall.
12    Q  When you experienced this episode we talked
13 about where you said you were weak and dizzy, did you
14 tell anybody about it?
15    A  Yes.
16    Q  Who did you tell?
17    A  My husband, my children. And then when I went
18 to the doctor, I told him about it, too.
19    Q  When did you go to the doctor after experiencing
20 this episode of weakness and dizziness?
21    A  About six days after the recall of the
22 medication.
23    Q  I thought you indicated that you experienced
24 this episode of weakness and dizziness -- Was it March
25 of 2008?

Page 24

1     A  Yes.
2     Q  Do you recall what month you went to go see your
3  doctor about this episode of weakness and dizziness?
4     A  In April.
5     Q  So was it about a month later?
6     MR. MALKINSON: If you recall. Just don't guess.
7     THE WITNESS: Okay. I can't recall the date.
8     MR. SIMON: Q  What is your recollection as to how
9  long after this episode of weakness and dizziness that
10 you saw your doctor?
11    A  I can't recall.
12    MR. MALKINSON: I'd just object. She said she
13 couldn't recall.
14    MR. SIMON: Q  Did you call your doctor immediately
15 after experiencing this episode of weakness and
16 dizziness?
17    A  No. I had an appointment coming up, so I didn't
18 call him. I just waited until the appointment.
19    Q  How frequently do you see your doctor?
20    A  After that, he kept having me coming in taking
21 tests and things a lot of different times, but I can't
22 recall the dates.
23    Q  What about before this? I mean, how frequently
24 would you usually see your doctor?
25    A  Two to three months.

6 (Pages 21 to 24)

Willie Mae Wilburn

## Page 25

1    Q  And why would you see your doctor every two to
2  three months, for what reasons?
3    A  Checking.  He was checking my -- Because that's
4  when I start having a digoxin problem.
5    Q  When did you start having the digoxin problem?
6    MR. MALKINSON:  I'll object because it calls for a
7  medical opinion.  You can answer.
8    THE WITNESS:  Mostly in February, March.  February
9  is when he cut my digoxin down to every other day.
10    MR. SIMON:  Q  And the doctor we're referring to,
11  is that Dr. Patel?
12    A  Yes.
13    Q  And when did he cut your dosage of digoxin to
14  every other day?
15    A  Start like February.
16    Q  And do you recall what dosage you were taking at
17  the time?
18    A  What dose I was --
19    Q  Yes.  What was the dose you were taking of
20  digoxin, or Digitek?
21    A  I don't want to be incorrect, but .125.  It
22  should be in here.
23    Q  Did you always take the same dosage?
24    A  Yes.
25    Q  When you had this episode of weakness and

## Page 26

1  dizziness before you went into the pharmacy, did you
2  tell the pharmacist about it?
3    A  No, I didn't.
4    Q  When you got home, what did you tell your
5  husband?
6    A  I told him I was weak and kind of blurry and
7  just felt bad, and I couldn't do anything but just go
8  and get in bed.
9    Q  Did anyone suggest that you contact a doctor or
10  go to the hospital?
11    A  No.
12    Q  Did you ever consider contacting your doctor or
13  going to the hospital?
14    A  No, I thought I'd feel better after I lie down.
15    Q  And how did you feel after you laid down and
16  rested?
17    A  A little bit better than I did before I lied
18  down.
19    Q  Has anyone ever told you that you have medical
20  problems as a result of using Digitek?
21    A  No, no more than the same medical problem I go
22  to the doctor for.
23    Q  So you continue to see your doctor for the same
24  medical problems you saw him before you used Digitek and
25  after you used Digitek?

## Page 27

1    A  I had to see him more coming up to Digitek --
2  Coming up to when I started feeling the Digitek thing I
3  had to see him more, and right after, until he changed
4  my medicine, and then I started feeling better.
5    Q  When did you start seeing your doctor more
6  because of your Digitek?
7    A  March.  Like March.
8    Q  And how many more times did you have to see him
9  because of your use of Digitek?
10    A  Like every two weeks or something he had me
11  coming in.
12    Q  And why did your doctor want to see you every
13  two weeks?
14    MR. MALKINSON:  I'll object to the extent it calls
15  for speculation.  She can't read his mind.
16    MR. SIMON:  Q  What was your understanding as to
17  why your doctor wanted to see you every two weeks?
18    A  To take the blood tests and things.
19    Q  And what sort of blood tests were you having?
20    A  Digitek blood tests.
21    Q  And how frequently were you having those tests
22  done?
23    A  Probably every two weeks or something.
24    Q  What did Dr. Patel tell you about the tests he
25  was giving you?

## Page 28

1    A  Sometimes he say that I had a palpitation
2  from -- you know, I was having palpitations then and
3  fibrillations.  So he just start running tests, did a
4  lot of different tests.
5    Q  And what tests did he run because you had
6  palpitations and atrial fibrillation?
7    A  I had to take the CAT scan, electrocardiogram,
8  on the treadmill, and EKG.
9    Q  What did those tests show?
10    MR. MALKINSON:  Object to the extent it calls for a
11  medical opinion.  You can answer, if you know, as best
12  you know.
13    THE WITNESS:  He didn't never tell me about most of
14  them.  All he be saying, you know, is that I have
15  fibrillation and palpitation.
16    MR. SIMON:  Q  Did he discuss the test results with
17  you?
18    A  No.
19    Q  Do you have an understanding as to what those
20  tests showed?
21    A  No.
22    Q  Now, you indicated you had palpitations and
23  atrial fibrillation.  When did you first start having
24  palpitations and atrial fibrillation?
25    A  I think February or March.

7 (Pages 25 to 28)

Willie Mae Wilburn

Page 29

1    Q  Did you have palpitations -- Strike that.
2        Had you experienced palpitations before
3    February or March of 2008?
4        A  In 1995, but he gave me medication and like it
5    all went away.  I didn't feel nothing until coming up.
6        MR. MALKINSON:  You mean 2005?
7        THE WITNESS:  2005.  2005, I'm sorry.
8        MR. SIMON:  Q  Tell me what happened in 2005 that
9    caused you to go to the doctor with what I'm going to
10   call complaints of palpitations.
11       A  Well, I just knew when I went and he said I had
12   a gastro problem.
13       Q  I'm sorry, I didn't hear that.
14       A  A gastro problem.  That's what they told me
15   then, and that's when I had palpitations.
16       Q  Were you seeing Dr. Patel in 1995?
17       MR. MALKINSON:  2005.
18       THE WITNESS:  2005, yes.
19       MR. MALKINSON:  That's okay.
20       MR. SIMON:  I'm sorry.
21       THE WITNESS:  2005, yes.
22       MR. SIMON:  Q  How long has Dr. Patel been your
23   doctor?
24       A  1999.
25       Q  In 2005, when you were experiencing

Page 30

1    palpitations, did Dr. Patel think that was caused by a
2    gastrointestinal problem?
3        MR. MALKINSON:  I'm going to object again to what
4    Dr. Patel -- asking her what Dr. Patel thought, as she
5    has no foundation to tell you what he's thinking.
6        MR. SIMON:  John, I've been pretty indulgent so far,
7    but under PTO 16 and 22 there are to be no speaking
8    objections in these depositions.  So I'd appreciate you
9    abiding by that.
10       MR. MALKINSON:  Object to the form and object
11   because it calls for speculation.
12       MR. SIMON:  Q  We were talking about when you first
13   started experiencing palpitations.  And you indicated
14   that was in 2005?
15       A  Yes.
16       Q  Did you ever discuss the cause of your
17   palpitations with your doctor?
18       A  No, because I never had experienced it, so.
19       Q  Tell me what you experienced.  Describe for me
20   what you're calling a palpitation.
21       A  When your heart beat rapid.
22       Q  So when you're describing a palpitation, you
23   mean a rapid heartbeat?
24       A  At that time, yes.
25       Q  How many episodes of heart palpitations did you

Page 31

1    experience in 2005?
2        A  Not that many after because he put me on that
3    medication and it went away, like it went away.  I could
4    do everything I want to do and never feel it until the
5    digoxin come up.
6        Q  What medication did Dr. Patel put you on for
7    your heart palpitations?
8        A  Digoxin.
9        Q  And what is your understanding of the purpose of
10   digoxin?
11       A  It's supposed to help your heart, help with the
12   palpitation.
13       Q  Did you experience any palpitations after going
14   on digoxin in 2005?
15       A  No, it got better after, after I got on
16   medication.  After I come out of the hospital and got on
17   medication I think I was fine.  I could do anything I
18   wanted to.
19       Q  So you were hospitalized in 2005 when you were
20   experiencing these palpitations?
21       A  I went in for gastro, and that's when they found --
22   I had the palpitation then.
23       Q  You said your palpitations got better --
24       A  Yes.
25       Q  -- once you went on digoxin in 2005.

Page 32

1        A  Right.
2        Q  Did they go away completely or did you
3    experience some palpitations periodically after that?
4        A  I never did feel anything after that until 2008.
5        MS. WEST:  Can we take a three-minute break for just
6    a second?
7        MR. SIMON:  Sure.
8        (Recess was taken.)
9        MR. SIMON:  Q  Can you return to page 7 of your
10   Plaintiff Fact Sheet again?  We'll just get some
11   clarification.
12       Do you have page 7 there, Mrs. Wilburn?
13       A  Yes.
14       MR. MALKINSON:  Actually, you know, I'll tell you,
15   it is correct.  It's correct, but it looks incorrect.
16   It was then that she changed to Lanoxin, okay, but the
17   every-other-day change of the Digitek happened at an
18   earlier time.
19       MR. SIMON:  Q  We'll just continue on.  Has anyone
20   ever told you that you have medical problems or
21   conditions because you used Digitek?
22       A  I haven't spoken to anyone, but I talked to my
23   doctor, and that's it.
24       Q  And did your doctor tell you that you had
25   medical problems or conditions as a result of your use

8  (Pages 29 to 32)

Willie Mae Wilburn

Page 33

1  of Digitek?
2      A  No. He knew what was going on, you know. He
3  knew that --
4      MR. MALKINSON: You've answered his question.
5      THE WITNESS: Okay.
6      MR. SIMON: Q  Have you kept information that came
7  with your prescriptions from the pharmacy?
8      A  No.
9      Q  Earlier in the deposition we were talking about
10  papers or pamphlets that came with your prescriptions
11  from the pharmacy. Do you remember that?
12      A  Yes.
13      Q  You didn't keep any of that information?
14      A  No.
15      Q  Do you have any materials that any of your
16  doctors gave you with any information about Digitek or
17  digoxin?
18      A  No.
19      MR. MALKINSON: I'll object to the extent that it
20  assumes facts not in evidence, that she was ever given
21  anything.
22      MR. SIMON: Q  Do you have the actual packaging
23  from any of your Digitek prescriptions?
24      A  Actually packages?
25      Q  Do you have any -- Or did you have any? Strike

Page 34

1  that.
2          Do you have any of the prescription vials, for
3  instance, for Digitek?
4      MR. MALKINSON: We have the one I brought.
5      THE WITNESS: Yes.
6      MR. SIMON: Q  Other than the one that your
7  attorney brought today, do you have any other vials,
8  bottles or any sort of packaging --
9      A  I have the new bottle, the new.
10      Q  For the purposes of the court reporter, if you
11  can just wait until I complete my question --
12      A  Okay. I'm sorry.
13      Q  -- before you give your answer, because she
14  can't take down both of us talking at the same time, or
15  it's very difficult. Okay?
16      A  Okay.
17      MR. SIMON: Can we take a look at the vial now?
18      MR. MALKINSON: Sure. It's an interesting effort by
19  the pharmacist.
20      MR. SIMON: Q  Handing you a prescription bottle
21  with a fill date of 3-3-08, is this the one and only
22  prescription bottle for Digitek that you still have?
23      A  Yes.
24      Q  On the label of that the instructions say take
25  one-half tablet by mouth every day, and the one-half

Page 35

1  appears to be written over a white-out. Is that what
2  you see there also?
3      A  This is the same --
4      MR. MALKINSON: We'll stipulate to that.
5      MR. SIMON: Q  My question is, who put that
6  one-half on the vial or bottle?
7      A  The pharmacy.
8      Q  So when you picked up that prescription, the
9  vial was exactly as it appears in its present form?
10      MR. MALKINSON: No, this was changed when she
11  brought it back.
12      THE WITNESS: This was changed.
13      MR. MALKINSON: This is the bottle she brought back
14  with her after they told her to bring in your pills in
15  April because of the recall, and then they gave her a
16  .250 pill cut in half and they rewrote how to take that
17  by writing over the instructions that existed from March
18  3rd.
19          Originally, it's just all typed. It looks like
20  they wrote a 7. I presume that's the number of pills or
21  whatever they gave her. It looks like they wrote a new
22  manufacturer, which you might recognize what that is. I
23  didn't know.
24      MR. SIMON: Q  Okay. So when you returned some of
25  your Digitek tablets to the pharmacy, it was in this

Page 36

1  actual prescription bottle?
2      A  Yes.
3      Q  You handed the prescription bottle to the
4  pharmacist, correct?
5      A  Yes.
6      Q  And then he replaced the tablets that were in
7  there with new tablets?
8      A  Yes.
9      MR. MALKINSON: I'll just object on foundation
10  because I think before she said it was a she, not a he.
11      THE WITNESS: Yes, a she.
12      MR. SIMON: Q  And were those the tablets that were
13  cut in half for you?
14      A  They put them in the bottle. She had taken the
15  old ones, kept them, and put them new ones in there, the
16  one she cut in half.
17      Q  Were the tablets that she replaced in this
18  bottle cut in half?
19      A  Yes.
20      Q  Did you count how many pills are in that vial?
21      MR. MALKINSON: I counted them. I don't know if she
22  did.
23      MR. SIMON: Q  I'll ask her if she did. Did you?
24      A  No.
25      Q  Did you look at the pills that were in that vial

9  (Pages 33 to 36)

Willie Mae Wilburn

---

**Page 37**

1  before you returned them to the pharmacy?
2      MR. MALKINSON: Oh, I thought you meant --
3      THE WITNESS: I had been taking them coming up to
4  when they told me to don't take any more.
5      MR. SIMON: Q  The tablets that are in here, are
6  these the new ones you received from the pharmacist
7  after you returned whatever you had to her?
8      A  No, them are the ones I kept, and the ones she
9  gave me was cut in half.
10     MR. MALKINSON: There's one sample of that in there.
11     MR. SIMON: Q  So the pills in this vial are all
12 the ones that you have?
13     A  I gave them some and I kept a few for myself.
14 So that's them.
15     Q  What did you do with the ones you kept for
16 yourself?
17     A  They're in the bottle.
18     Q  So after you got home from the pharmacy at some
19 point you put them back in this bottle?
20     A  No, I had them in something else, so I just gave
21 my lawyer the bottle.
22     Q  But now they -- this contains both the old
23 tablets and the new tablets you received?
24     A  Just one in there, one-half in there.
25     Q  So there is --

---

**Page 38**

1      A  Because I had taken all of it up.
2      Q  So there's only one-half of a tablet of the new
3  tablets?
4      A  Yes.
5      Q  And the rest of the tablets in there are all the
6  old tablets you had?
7      A  Right.
8      Q  Remember to wait until I complete my question
9  before you answer. You're doing fine.
10         When you were taking the Digitek tablets, did
11 they all look the same to you?
12     A  I can't recall because I didn't notice where
13 they make them at. I didn't notice them. I just
14 thought they was all good.
15     Q  After you were notified of the recall did you
16 examine the tablets?
17     A  I kind of looked at them, but I didn't take
18 any more.
19     Q  And did they all look the same to you when you
20 looked at them?
21     A  I didn't notice that either.
22     Q  I'm sorry?
23     A  I couldn't tell.
24     Q  You didn't notice any difference?
25     A  I couldn't tell.

---

**Page 39**

1      Q  You couldn't tell if there was any difference
2  among the tablets that were left?
3      A  I just slightly looked at them.
4      Q  And from what you could tell, did they all look
5  the same?
6      A  Normally did.
7      Q  Did you weigh the tablets at any time?
8      A  No.
9      Q  Do you know if anyone else weighed them?
10     A  No.
11     Q  Have you ever kept a note or diary regarding the
12 health problems you believe were caused by your use of
13 Digitek?
14     A  No.
15     Q  Do you ever keep notes or diaries that includes
16 information about doctors' appointments?
17     A  No.
18     Q  Do you use a computer at all?
19     A  No.
20     Q  Have you ever done any research about Digitek?
21     A  No.
22     Q  Do you know what a website is?
23     A  Yes.
24     Q  Have you ever visited any websites about health
25 issues or Digitek?

---

**Page 40**

1      A  No.
2      Q  Has anyone ever done any research for you about
3  Digitek?
4      A  My daughter, she just slightly looked at it.
5      Q  And what did your daughter look at?
6      MR. MALKINSON: Objection, lack of foundation.
7      THE WITNESS: She looked at it when it says recall.
8  She just looked at the site and saw why it was recalled
9  on the site.
10     MR. SIMON: Q  Do you know what site she visited?
11     A  No.
12     Q  What did she tell you about what she found out?
13     A  She said she saw why it was recalled.
14     Q  She said she saw that there was a recall?
15     A  When the recall was. She just looked at it and
16 seen was it really a recall and the Digitek.
17     Q  When did your daughter do this research on the
18 computer about the Digitek recall?
19     MR. MALKINSON: Objection, calls for speculation,
20 lack of foundation. If you know.
21     THE WITNESS: A couple days after.
22     MR. SIMON: Q  Was it a couple days after the
23 pharmacist had already called you --
24     A  Yes.
25     Q  -- and let you know there was a recall?

---

10  (Pages 37 to 40)

## Page 41

1    A  Yes.
2    Q  Is there anything else you remember your
3  daughter telling you about the Digitek recall?
4    A  No.
5    Q  Is there a history of heart disease in your
6  family?
7    A  In one person I know.
8    Q  And who has heart disease in your family?
9    A  That was my grandmother.
10   Q  What was her heart problem?
11   A  I can't recall because it was years and years
12  and years ago.
13   Q  Well, you indicated she had heart disease.
14   A  She did.
15   Q  What were her symptoms?  What did she
16  experience?  What makes you say she had heart disease or
17  a heart problem?
18   A  That's what I heard.  I wasn't living with her
19  at the time.  I wasn't even living in the state with
20  her.
21   Q  Do you know how much you currently weigh?
22   A  Now?  172.
23   Q  And how tall are you?
24   A  Five-five-and-a-half.
25   Q  What's the most you've weighed in the last three

## Page 42

1  years?
2    A  179 or 80.
3    Q  And when did you weigh 179 or 180, what year?
4    A  The beginning of 2008.
5    Q  Has your doctor ever placed you on a diet?
6    A  No.
7    Q  Do you exercise?
8    A  Yes.
9    Q  What do you do for exercise?
10   A  Exercise my legs and things.
11   Q  What do you do --
12   A  Shoulders.
13   Q  What do you do, for instance, to exercise your
14  legs and shoulders?
15   A  Do the exercise with shoulders and legs, just
16  walking with my legs.  And with my arms, do the
17  rotation.
18   Q  Do you walk on a regular basis, for instance,
19  three times a week, once a week?  Is that the kind of
20  exercise you're talking about?
21   A  Yes, not that far.
22   Q  How far do you walk?
23   A  Down the street a little piece and back.
24   Q  And how many days a week do you do that?
25   A  Twice.

## Page 43

1    Q  How long does it take you to walk that distance
2  twice a week?
3    A  How long it take me to walk it?
4    Q  Yes.
5    A  Slowly.
6    MR. MALKINSON:  No, he's saying what time span.
7  Like, are you walking for 20 minutes?  Are you walking
8  for three hours?  What?
9    THE WITNESS:  No, probably about 25 minutes or so.
10   MR. SIMON:  Q  During your adult life has your
11  exercise tolerance or ability to walk changed in any
12  way?
13   A  Yes.
14   Q  How?
15   A  It's changed because I have arthritis and so I
16  can't walk as much as I was before then.
17   Q  Where do you have arthritis?
18   A  In the knee.
19   Q  Do your doctors suggest you walk with your
20  arthritis?
21   A  Yes.
22   Q  Does your doctor suggest that you walk because
23  of your heart problem?
24   A  No.
25   MR. MALKINSON:  I'd just object to the extent,

## Page 44

1  again, that it calls for speculation as to her doctor's
2  reasons why.
3    MR. SIMON:  Q  Was there ever a time when you were
4  exercising that you had to stop because you weren't
5  feeling well?
6    A  No.
7    Q  Has any physician recommended exercise for your
8  health?
9    A  No.
10   Q  Do you work around your house?
11   A  Yes.
12   Q  What things do you do around the house?
13   A  A lot of things.  I do housework and cook.  You
14  know, I work in the yard.
15   Q  What type of housework do you do?
16   A  Cleaning house.
17   Q  Can you be more specific?  Do you vacuum, for
18  instance?
19   A  Yes, I vacuum some.
20   Q  Do you wash the floors?  Tell me what you do
21  when you clean.
22   A  Yes, I run the mop over the floors a little bit
23  and wash dishes, and I cook.
24   Q  Does anybody else come into your house to help
25  clean?

Page 45

1   A  No.
2   Q  Does your husband help with the cleaning?
3   A  No.
4   Q  So all the cleaning that's done in your house,
5   you do it yourself?
6   A  Just he and I do.
7   Q  Since he doesn't do any cleaning, do you do all
8   the cleaning in your house?
9   A  That has to be cleaned, yes.
10  Q  You said you also work out in the yard.  What
11  types of things do you do in the yard?
12  A  During this time I plant plants.
13  Q  Do you do any sweeping outside?
14  A  No.
15  Q  Who does your yard work?
16  A  My son help.
17  Q  What do you like to do as part of your leisure
18  time or recreation?
19  A  I go visit.
20  Q  Anything else?
21  A  I have to go grocery shopping and things like
22  that.
23  Q  Anything else?
24  A  Go to church.
25  Q  When you say to go visit, who do you go visit?

Page 46

1   A  My children.
2   Q  How close do they live to you?
3   A  I don't know the mileage, but they live pretty
4   close.
5   Q  How do you get there?
6   A  I drive.
7   Q  How long does it take you to drive to your
8   children's houses?
9   A  About some of them 20 minutes or 25 minutes.
10  Q  How many children do you have?
11  A  Four.
12  Q  Do they all live in the Chicago area?
13  A  They live in the area, all except one. He's in
14  the service.
15  Q  Have you had any illnesses or injuries that
16  required you to be hospitalized?
17  A  No.
18  MR. MALKINSON: Timeframe? Ever you mean?
19  MR. SIMON:  Let's start with ever, if she had
20  none. Have you ever been hospitalized?
21  A  No more than arthritis.
22  MR. MALKINSON: You listed stuff in here like for
23  your gastro thing.
24  THE WITNESS: For my gastro.
25  MR. MALKINSON: Well, don't assume. He's asking you

Page 47

1   to tell him all of the times you've been hospitalized.
2   You've got a knee replacement and gastro intestine.
3   THE WITNESS: Yes.
4   MR. SIMON: Q  Let's start over again.  Have you
5   ever been in the hospital?
6   A  Yes.
7   Q  How many times?
8   A  Twice.
9   MR. MALKINSON: Don't forget about when your babies
10  were born.
11  THE WITNESS: Oh, yes.
12  MR. MALKINSON: Have you ever been in the hospital?
13  You tell him every time. I don't care what it's for.
14  THE WITNESS: Okay. Six times, and I went to the
15  emergency room.
16  MR. SIMON: Q  Other than the birth of your
17  children, why were you in the hospital on those other
18  occasions?
19  A  I went in, had a knee replacement, and I went --
20  Q  I'm sorry.  When did you have your knee
21  replacement?
22  A  2005 I think.
23  MR. MALKINSON: Here.
24  THE WITNESS: 2001.
25  MR. SIMON: Q  Do you remember how long you were in

Page 48

1   the hospital for your knee replacement?
2   A  Three days.
3   Q  Who was your doctor for your knee replacement?
4   A  I was going to the same clinic where Dr. Patel
5   is. He recommended Dr. Cavalina.
6   Q  Can you spell that doctor's name, or as close as
7   you can get?
8   A  C-A-L-V -- I think it was C-A-L-V-L-E-R or
9   something like that.
10  MR. SIMON: Q  Can you pronounce his name again?
11  A  Cavalina.
12  Q  Cavalina?
13  A  Yes.
14  Q  And what hospital did you have your knee
15  replacement done at?
16  A  West Suburban.
17  Q  So that's one of the hospitalizations.  What was
18  the other hospitalization?
19  A  I had that gastro, same hospital.
20  Q  When you say you had that gastro, what problems
21  were you experiencing that led you to be hospitalized?
22  A  I started vomiting a lot and kind of dizzy.
23  Q  Were you taken to the hospital by ambulance?
24  A  Yes.
25  Q  Who was your doctor during that hospitalization

12 (Pages 45 to 48)

Page 49

1  for your gastro problems?
2      A  Dr. Nohi.
3      Q  Can you spell that one for me?
4      A  I don't know. I think it's N-O-H-I. I think it
5  was like that.
6      Q  Can you pronounce it again?
7      A  Nohi.
8      Q  Nohi?
9      A  Yes.
10     Q  And what hospital were you taken to for the
11 gastro problem?
12     A  West Suburban.
13     Q  Do you recall how long you were in the hospital
14 that time?
15     A  A couple days.
16     Q  What did the doctors tell you your problem was
17 during that hospital stay?
18     A  The doctor never did tell me because he would
19 come in with Dr. Patel, my doctor.
20     Q  Did Dr. Patel ever tell you what your problem
21 was during or after that hospital stay?
22     A  That's when he said I had a gastro problem and
23 that's when I had palpitations.
24     Q  What is your understanding as to what your
25 gastro problem is?

Page 50

1      A  I guess it's -- My understanding is there's
2  certain food or something you eat I guess that make -- I
3  know they told me to not eat, you know.
4      Q  What foods are you told not to eat?
5      A  Like greasy food and anything like that.
6      Q  Did they place you on any medications for your
7  gastro problem?
8      A  For a while. I can't recall that pill.
9      Q  Did they place you on some type of pill?
10     A  Yes, for a while.
11     Q  Did that help?
12     A  Yes.
13     Q  Do you continue to take that pill or a different
14 pill?
15     A  No, no, not anymore.
16     Q  So you take any medications for your gastro
17 problem?
18     A  No.
19     Q  Do you continue to experience gastro problems
20 periodically?
21     A  No.
22     Q  Do you continue to watch your diet and what you
23 eat?
24     A  I watch my diet.
25     Q  What types of things do you avoid eating?

Page 51

1      A  Well, I try not to eat too much greasy food or
2  anything like that.
3      Q  Was it during that hospitalization for your
4  gastro problem that you first learned you had atrial
5  fibrillation?
6      A  He didn't tell me fibrillation. He just said
7  palpitation. I just got the name of the fibrillation
8  after the digoxin started.
9      Q  So was it during this hospitalization for your
10 gastro problem that you found out you had palpitations?
11     A  Yes, then.
12     Q  And what did your doctors tell you about your
13 heart palpitations?
14     A  He just told me I had heart palpitations. He
15 put me on that digoxin medication.
16     Q  You didn't find out that you had atrial
17 fibrillation until the time of the Digitek recall?
18     A  Like in March, February or March. That's when
19 he told me.
20     Q  How did you find out that you had atrial
21 fibrillation in February or March?
22     A  My doctor told me.
23     Q  And what did -- Was it Dr. Patel who told you
24 that?
25     A  Yes.

Page 52

1      Q  What did Dr. Patel tell you about atrial
2  fibrillation?
3      A  He just told me I had some fibrillation and
4  palpitation.
5      Q  Did he tell you anything else?
6      A  No.
7      Q  So we've talked about two hospitalizations, one
8  for the knee replacement and one for the gastro
9  problems. Were there any other times you were
10 hospitalized other than for the birth of your children?
11     A  No, I went into the emergency room.
12     Q  When did you go to the emergency room? First of
13 all, how many times did you go to the emergency room?
14     A  Once.
15     Q  When did you go into the emergency room?
16     A  I can't recall the date now, but it was during
17 the time -- I recall it was after the recall of the
18 pill.
19     Q  Okay. And why did you go to the emergency room
20 after the recall of the Digitek?
21     A  Because that was on a Sunday and I called -- I
22 had to call the clinic, and it was closed, and so you
23 talk to a triage nurse. And they said it seemed like I
24 was getting short of breath when I was talking, and she
25 talked to a doctor and they told me to go into the

13  (Pages 49 to 52)

Willie Mae Wilburn

Page 53

1   emergency room.
2       Q   So you placed a telephone call to the clinic?
3       A   Yes, emergency clinic.
4       Q   Why did you call the emergency clinic?
5       A   Because I was having the palpitation and things,
6   you know, and I wanted to know.
7       Q   So you were experiencing a palpitation and you
8   called the clinic and spoke to a triage nurse?
9       A   Yes.
10      Q   What clinic did you call?
11      A   Advocate.
12      Q   I'm sorry?
13      A   Advocate Clinic.
14      MR. MALKINSON:  It's where Dr. Patel is.
15      MR. SIMON:  Q   So you basically called Dr. Patel's
16  office and you reached this triage nurse?
17      A   Yes.
18      Q   What did you tell her about your condition or
19  your symptoms?
20      MR. MALKINSON:  Objection, asked and answered. You
21  can answer again.
22      THE WITNESS:  I was telling her I felt weak and --
23  felt weak and my heart was beating kind of rapidly. And
24  then she told me it seemed like I was gasping for
25  breath.

Page 54

1       MR. SIMON:  Q   Did you feel that you were short of
2   breath?
3       A   Yes.
4       Q   Do you normally feel short of breath?
5       A   No.
6       Q   Do you sometimes experience shortness of breath?
7       A   I get tired. I get tired. When I'm talking and
8   things, I get tired back then.
9       Q   You get tired or tight?
10      A   Tired.
11      Q   I'm sorry, I don't know which one you're
12  referring to.
13      A   I get tired and weak and nervous.
14      MR. MALKINSON:  She's saying tired.
15      MR. SIMON:  Q   How did you get -- First of all, did
16  you follow the nurse's advice to go to the emergency
17  room?
18      A   Yes. She talked to a doctor there, and the
19  doctor told her to tell me to go to the emergency room.
20      Q   And did you do that?
21      A   Yes.
22      Q   What happened when you got to the emergency
23  room? Strike that.
24      Before we go there, how did you get to the
25  emergency room?

Page 55

1       A   They sent an ambulance. They called an
2   ambulance for me.
3       Q   And what happened in the emergency room?
4       A   They checked me and -- with an EKG, and they
5   checked me and they took blood tests.
6       Q   And what did they tell you about your condition
7   in the emergency room?
8       A   They told me that it didn't seem like having
9   short of breath.
10      Q   Did they tell you anything else?
11      A   And they told me that I did have fibrillation.
12      Q   Did they tell you anything else about your
13  condition?
14      MR. MALKINSON:  If you recall.
15      THE WITNESS:  I can't recall.
16      MR. SIMON:  Q   What treatment did they give you in
17  the emergency room?
18      A   They didn't give me no treatment. They took the
19  EKG and took the blood test.
20      Q   Did they tell you the results of the blood test?
21      A   No, they sent a note to my doctor. They didn't
22  tell me.
23      Q   Did they tell you that your -- First of all, did
24  they check your digoxin level in the emergency room?
25      MR. MALKINSON:  If you know.

Page 56

1       THE WITNESS:  I imagine so because they took the
2   blood test. I guess that was it.
3       MR. SIMON:  Q   Did they tell you the results?
4       A   No.
5       Q   Did you discuss the results with Dr. Patel at
6   any time?
7       A   I can't recall.
8       Q   What instructions did the emergency room give
9   you when you were discharged?
10      A   They just told me that it seemed like I wasn't
11  having short of breath and I probably can go back home.
12      Q   Did they tell you to follow up with your doctor?
13      A   Yes.
14      Q   And when did they suggest you follow up with
15  your doctor?
16      A   As far as I recall, I think I went the next
17  week.
18      Q   Is that what they suggested you do, you follow
19  up within a week?
20      A   They didn't say a week. They just said follow
21  up with your doctor. So you've got to call and make an
22  appointment.
23      Q   What happened after you saw Dr. Patel after the
24  emergency room visit?
25      A   He just checked me over again, like checked my

14  (Pages 53 to 56)

Willie Mae Wilburn

Page 57

1  heart and things.
2     Q  What did Dr. Patel tell you about your
3  condition?
4     A  He told me I still had some palpitation and
5  fibrillation, and I think he gave me -- sent me for
6  another test.
7     Q  What test did Dr. Patel send you for?
8     A  A blood test.
9     Q  Do you know what the results of the blood tests
10 were?
11    A  No, I can't recall.
12    Q  Did you ever discuss the results of your blood
13 test with Dr. Patel?
14    A  Sometime I did ask some of the time.
15    Q  And what would you ask Dr. Patel about?
16    A  I'll be asking how my heart doing.
17    Q  And what does Dr. Patel tell you?
18    A  A couple of times he told me it was like high
19 and one time it was low.
20    Q  So Dr. Patel has told you that sometimes your
21 heart rate is high and sometimes your heart rate is low?
22    A  Yes.
23    Q  You indicated earlier that Dr. Patel sent you
24 for some tests after the Digitek recall.
25    A  Yes.

Page 58

1     Q  What tests did he send you for?
2     A  He sent me over to West Suburban.
3     Q  You had the tests done at West Suburban?
4     A  Yes.
5     Q  What tests did you have done?
6     A  I had to have a CAT scan.
7     Q  You had a CAT scan done?
8     A  Yes, a CAT scan, and I had to have an exercise
9  machine.
10    MR. MALKINSON:  A treadmill?
11    THE WITNESS:  Yes, a treadmill.
12    MR. MALKINSON:  A stress test?
13    THE WITNESS:  A stress test, yes.
14    MR. SIMON:  Q  You had a CAT scan, a treadmill
15 stress test.  Any other tests that Dr. Patel sent you
16 for after the Digitek recall?
17    A  An EKG and an electrocardiogram.
18    MR. MALKINSON:  Did you have a blood test?
19    THE WITNESS:  Yes, all the blood tests.
20    MR. SIMON:  Q  You said you had a CAT scan.  You
21 had a CAT scan of what?
22    A  Of my heart.
23    Q  And what were the results of the CAT scan of
24 your heart?
25    A  They didn't tell me that at the hospital.  They

Page 59

1  sends everything to Dr. Patel.
2     Q  Okay.
3     A  They tell me you'll find out by your doctor,
4  you'll find the results.
5     Q  Did Dr. Patel discuss the results of your CAT
6  scan with you?
7     A  He always says that, you know, I still had the
8  palpitations and fibrillation.
9     Q  So you continue to have the palpitation and
10 fibrillation?
11    A  Yes.
12    Q  Did he tell you anything else about the CAT scan
13 other than you had palpitation and fibrillation?
14    A  No, he didn't tell me anything.
15    Q  You also indicated you had the stress test,
16 correct?
17    A  Yes.
18    Q  What did Dr. Patel tell you about the results of
19 the stress test?
20    A  I can't recall the number of how high I went on
21 the stress test.  I can't recall that number on that.
22    Q  What did Dr. Patel tell you about the stress
23 test?
24    A  I don't think he discussed it.
25    Q  You indicated you also had an electrocardiogram

Page 60

1  done?
2     A  Yes.
3     Q  What did Dr. Patel tell you about the results of
4  the electrocardiogram?
5     A  That I still had the fibrillation when I had
6  that cardiogram.
7     Q  In the past, before you discontinued use of
8  Digitek, did Dr. Patel periodically send you for
9  electrocardiograms?
10    A  The other times?
11    Q  Yes.
12    A  No.
13    Q  This was the first --
14    A  This is the first one.
15    Q  This was the first electrocardiogram that Dr.
16 Patel sent you for?
17    A  Yes.
18    Q  Did you have an electrocardiogram when you were
19 hospitalized back in 2005?
20    A  No.
21    Q  So as far as you know, the first time you had an
22 electrocardiogram done was in 2008?
23    A  Yes.
24    Q  You indicated that Dr. Patel also sent you for
25 blood tests, correct?

15  (Pages 57 to 60)

Willie Mae Wilburn

Page 61

1    A  Yes.
2    Q  Do you know what specifically they tested for in
3    those blood tests?
4    A  They were testing for my heart, digoxin.
5    Q  Did Dr. Patel discuss with you what your digoxin
6    levels were based --
7    A  He was telling me.  Sometime when I take the
8    blood test it was low, sometimes it was high.
9    Q  So you periodically over the years had your
10   blood tests done to check your digoxin levels?
11   A  No, not until 2008.
12   Q  So the first time you ever -- As far as you
13   know, the first time you've had your digoxin levels
14   tested via blood test was in 2008?
15   A  Yes.
16   Q  Have you ever been seen by a cardiologist?
17   A  No.
18   Q  Other than Dr. Patel, do you see any other
19   doctors?
20   A  Just -- No.
21   Q  Is Dr. Patel the only doctor you see?
22   A  Yes.  I saw a knee doctor.
23   Q  Do you continue to see your knee doctor
24   periodically?
25   A  No.

Page 62

1    Q  When was the last time you saw your knee doctor?
2    A  Probably about three years ago.
3    Q  Have you ever been seen by a psychologist or a
4    psychiatrist?
5    A  No.
6    Q  Where do you have all of your prescriptions
7    filled?
8    A  Osco Drug Store.
9    Q  Is there a particular location that you have
10   your prescriptions filled at?
11   A  Yes.
12   Q  Where is that location that you fill your
13   prescriptions?
14   A  Riverside.  North Riverside.
15   Q  Is that a street?
16   A  No, the street is on Cermak Road.  I need my
17   glasses to see the address.
18   Q  And how long have you had your prescriptions
19   filled at Osco?
20   A  1999.
21   MR. MALKINSON:  The pill bottle says 24th Street.
22   THE WITNESS:  24th Street?  Oh, okay.  24th Street.
23   MR. SIMON:  Q  What medications do you currently
24   take?
25   A  I take high blood pressure medication and

Page 63

1    cholesterol and Coumadin.
2    MR. MALKINSON:  Digoxin.
3    THE WITNESS:  Digoxin.
4    MR. SIMON:  Q  What high blood pressure medication
5    do you take?
6    A  Verapamil.
7    Q  How long have you been taking Verapamil?
8    A  Since I came out of the hospital in 2000 --
9    Well, for that gastro problem.
10   MR. MALKINSON:  2005 is the gastro.
11   THE WITNESS:  2005.  I'm mixing up my dates.
12   MR. SIMON:  Q  You indicated you also take a
13   medication for high cholesterol?
14   A  Yes.
15   Q  What medication do you take for cholesterol?
16   A  Liperol.
17   Q  Lisinopril?
18   MR. MALKINSON:  I think it's Lipitor.
19   THE WITNESS:  Lipitor.  Oh, yes, Lisinopril.  That's
20   for high blood pressure.
21   MR. SIMON:  Q  Do you take more than one medication
22   for high blood pressure or just one?
23   A  Two, Verapamil and Lisinopril.
24   Q  So you take Verapamil and Lisinopril for your
25   high blood pressure?

Page 64

1    A  Yes.
2    Q  And you continue to take that?
3    A  Yes.
4    Q  What do you take for your high cholesterol?
5    A  Liperol.
6    Q  I'm sorry?
7    A  L-I-S-P --
8    MR. MALKINSON:  It's Lisinopril.  I don't know if --
9    That's the only thing that sounds like what she's saying
10   that's on her pharmacy record.
11   MR. SIMON:  Q  You also continue to take digoxin?
12   A  I don't take digoxin now.  I take -- I take the
13   new one that he gave me.
14   MR. MALKINSON:  It's digoxin.  It's not Digitek.
15   THE WITNESS:  Oh, yes.
16   MR. SIMON:  Q  So you continue to take digoxin up
17   until today?
18   A  Yes.
19   Q  You also indicated you take Coumadin; is that
20   correct?
21   A  Yes.
22   Q  Why do you take Coumadin?
23   A  I take -- I started taking Coumadin because when
24   I had my knee surgery, they wanted to get no blood clot.
25   Q  Do you continue to take Coumadin?

16  (Pages 61 to 64)

Willie Mae Wilburn

Page 65

| | |
|---|---|
| 1 | A  I take it. |
| 2 | Q  How frequently do you take Coumadin? |
| 3 | A  I take it every day, 5 milligram. |
| 4 | Q  And what is your understanding as to why you |
| 5 | continue to take Coumadin? |
| 6 | A  Well, he said so I keep the blood clot, keep |
| 7 | blood clots. |
| 8 | Q  Who told you that? |
| 9 | A  Dr. Patel.  Blood clot. |
| 10 | Q  Did Dr. Patel tell you to take Coumadin for your |
| 11 | heart condition? |
| 12 | A  For that and for my knee, when I had it done. |
| 13 | Q  So you started taking it when you had your knee |
| 14 | replacement done, correct? |
| 15 | A  Yes. |
| 16 | Q  And Dr. Patel keeps you on it for your heart |
| 17 | problem, correct? |
| 18 | A  Yes. |
| 19 | MR. MALKINSON:  If you know.  I'm objecting to lack |
| 20 | of foundation. |
| 21 | MR. SIMON:  Q  Have you ever taken any medication |
| 22 | for anxiety? |
| 23 | A  No. |
| 24 | Q  Have you ever taken any medication for stress? |
| 25 | A  No. |

Page 66

| | |
|---|---|
| 1 | Q  Have you ever taken any medication for |
| 2 | depression? |
| 3 | A  No. |
| 4 | Q  Every time you receive a prescription from the |
| 5 | doctor, does he tell you how to take the drug? |
| 6 | A  He have it on the prescription, how you take it. |
| 7 | Q  So the times you take it per day, for instance? |
| 8 | A  Yes, it's on the prescription bottle. |
| 9 | Q  So it's on the prescription bottle when you have |
| 10 | it filled? |
| 11 | A  Yes. |
| 12 | Q  Does the doctor tell you the benefits of taking |
| 13 | a prescription when he initially prescribes it for you? |
| 14 | A  He have told me, you know. |
| 15 | Q  Does Dr. Patel discuss with you the risk or side |
| 16 | effects of the medications he prescribes for you? |
| 17 | A  No. |
| 18 | Q  So Dr. Patel doesn't tell you about the side |
| 19 | effects or risks to look out for on your medications? |
| 20 | A  No. |
| 21 | Q  He's never done that? |
| 22 | MR. MALKINSON:  Objection, asked and answered twice |
| 23 | already. |
| 24 | MR. SIMON:  Q  How long have you been seeing Dr. |
| 25 | Patel again?  I think you told me, but I forgot. |

Page 67

| | |
|---|---|
| 1 | A  1999. |
| 2 | Q  Who was your doctor before Dr. Patel? |
| 3 | A  Dr. Thomas. |
| 4 | Q  What kind of doctor was Dr. Thomas? |
| 5 | A  He was just a regular medical, general. |
| 6 | Q  Other than Digitek or digoxin, have you been on |
| 7 | any other medications to control your heart rate or |
| 8 | rhythm? |
| 9 | A  No. |
| 10 | MR. MALKINSON:  Objection.  Objection, lack of |
| 11 | foundation. |
| 12 | MR. SIMON:  Q  Before you started using Digitek, |
| 13 | did you know anybody else who was on it? |
| 14 | A  No. |
| 15 | Q  After you started using Digitek, or digoxin, did |
| 16 | you talk to anyone else who used it? |
| 17 | A  No. |
| 18 | Q  Was it Dr. Patel who originally prescribed |
| 19 | Digitek for you? |
| 20 | A  Yes. |
| 21 | Q  What did he tell you about Digitek when he first |
| 22 | gave it to you? |
| 23 | A  When I first had the heart palpitation, that's |
| 24 | what he gave it to me for. |
| 25 | Q  Did he tell you what the Digitek was supposed to |

Page 68

| | |
|---|---|
| 1 | do? |
| 2 | A  Stop the heart palpitations. |
| 3 | Q  Did Dr. Patel discuss with you the side effects |
| 4 | that Digitek might have? |
| 5 | MR. MALKINSON:  Objection, asked and answered. |
| 6 | THE WITNESS:  No, he -- |
| 7 | MR. MALKINSON:  You've answered the question. |
| 8 | MR. SIMON:  Q  Did Dr. Patel explain to you that |
| 9 | you would have to have your blood levels monitored while |
| 10 | being on Digitek, or digoxin, periodically? |
| 11 | A  No. |
| 12 | Q  Now, since you've been on Coumadin, you have to |
| 13 | have your blood levels monitored periodically for that |
| 14 | medication, correct? |
| 15 | A  Yes. |
| 16 | Q  And how frequently do you have your blood levels |
| 17 | monitored for Coumadin or -- Strike that.  Once a month. |
| 18 | And how long has that been the case where |
| 19 | you've gone once a month to have your blood levels |
| 20 | monitored for Coumadin? |
| 21 | A  Since I've been on it. |
| 22 | Q  Do you know if on occasion they monitored your |
| 23 | digoxin, or Digitek, levels when they did blood tests? |
| 24 | MR. MALKINSON:  If you know. |
| 25 | THE WITNESS:  No. |

17  (Pages 65 to 68)

Willie Mae Wilburn

Page 69

1    MR. SIMON: Q  You don't know one way or another?
2    A  No.
3    Q  It was not your understanding that Digitek, or
4    digoxin, was a medication that required close
5    monitoring?
6    A  No.
7    Q  When you received the Digitek prescriptions, did
8    you read the information that came with the
9    prescriptions?
10   A  Slightly, not much.
11   Q  What do you remember about what you read about
12   Digitek, or digoxin?
13   A  I can't recall. It's been a long time.
14   Q  You did read it though?
15   A  Slightly.
16   Q  Did you understand from your reading or from any
17   other source that when you took digoxin, or Digitek,
18   that you should call your doctor if you experienced a
19   rapid heartbeat, palpitations, confusion or weakness?
20   A  Excuse me. Could you repeat that?
21   Q  Was it your understanding that when you took
22   digoxin, or Digitek, if you experienced a rapid
23   heartbeat, palpitations, confusion or weakness, you
24   should call your doctor?
25   A  The only time is like February or March when I

Page 70

1    begin to feel it.
2    Q  In February or March did you call your doctor?
3    A  I was going to him on an appointment, you know,
4    my regular appointment.
5    Q  So you didn't call him --
6    A  No.
7    Q  -- but you had a regular appointment in February
8    or March?
9    A  Yes.
10   Q  What did you tell him about your condition when
11   you had your appointment in February or March of 2008?
12   MR. MALKINSON: Objection, asked and answered.
13   THE WITNESS: He was checking me himself, checking
14   my heart.
15   MR. SIMON: Q  Did you --
16   A  He was telling me.
17   Q  Did you tell him you had any symptoms or
18   complaints about your heart?
19   A  I told him I couldn't sleep or something like
20   that during that time, kind of nervous.
21   Q  Did you tell him about any symptoms of
22   palpitations during that time period?
23   A  I told him that my heart sometimes was beating
24   kind of rapid.
25   Q  Did you tell him anything else you were

Page 71

1    experiencing in that timeframe?
2    A  Back in February and March is when I started
3    having some experience. Then I started getting dizzy
4    and little headaches and weakness.
5    Q  Did you tell Dr. Patel you were experiencing --
6    A  I told him.
7    Q  -- dizziness in February or March of 2008?
8    A  Yes.
9    Q  Did you tell Dr. Patel that you were
10   experiencing weakness in February or March of 2008?
11   A  Yes.
12   Q  Did you tell Dr. Patel that you were
13   experiencing nausea or vomiting in March -- February or
14   March of 2008?
15   A  I wasn't vomiting in 2008.
16   Q  What about nausea? Did you tell Dr. Patel that
17   you were experiencing nausea during February or March of
18   2008?
19   A  Yes.
20   Q  Did Dr. Patel ever tell you that if you were
21   experiencing certain symptoms, you should contact him or
22   his office?
23   A  No, he just cut my pills down. Told me don't
24   take every other day -- try taking the pills every other
25   day.

Page 72

1    Q  And what happened after you started taking --
2    First of all, when did you start taking the pills every
3    other day?
4    A  February.
5    Q  What happened after you started taking the pills
6    every other day?
7    A  I still had some of those symptoms.
8    Q  What symptoms did you continue to have?
9    A  Weakness and -- dizziness and weakness and
10   slight headaches.
11   Q  And you told Dr. Patel about all those symptoms?
12   A  Yes.
13   Q  How did you pay for your Digitek, or digoxin?
14   A  Copayment.
15   Q  And how much was your copayment?
16   A  $5 I think, but I had bought -- I had to have
17   them refilled. And then when they were recalled, then I
18   had to get some more, and I had to pay -- I had to pay
19   some more because I stopped taking the ones -- the first
20   ones he gave me, the old ones. The original one he was
21   giving me, I had paid a copayment for that one. Then he
22   prescribed some more, and then I had to pay more copay
23   to get the new ones.
24   Q  How many additional copayments did you have to
25   make for your digoxin prescriptions because of the

18  (Pages 69 to 72)

Willie Mae Wilburn

Page 73

1   recall?
2       MR. MALKINSON: I'm just going to interject one
3   objection on the collateral source rule, but you can
4   answer the question.
5       THE WITNESS: Well, I get them every month.
6       MR. SIMON: Q  Okay. Well, you said you had to
7   make additional copayments because you needed to replace
8   the Digitek tablets.
9       A  Yes.
10      MR. MALKINSON: He's asking how many you recall --
11      MR. SIMON: Q  How many copayments you had to make
12      A  Two.
13      Q  Two $5 copayments?
14      A  Yes.
15      Q  How many tablets did you have left of the
16  recalled Digitek when you found out about it?
17      A  When I had -- I had quite a few of them left
18  because I had started taking them every other day, so
19  that made me had extra ones that I didn't take because I
20  had started taking them every other day.
21      Q  Do you know how many you had left? Did you ever
22  count them?
23      A  I didn't count them.
24      Q  Whatever happened to those tablets you returned
25  to the pharmacy?

Page 74

1       MR. MALKINSON: That's what we'd like to know.
2       THE WITNESS: Me, too. They didn't tell me anything
3   was wrong with them or -- They had just taken them.
4       MR. SIMON: Q  Tell me what you did with those
5   tablets. Did you physically hand them to the pharmacist
6   and -- in the vial, in the bottle?
7       A  Yes.
8       Q  And you don't know what happened to them after
9   you gave them to the pharmacist?
10      A  The pharmacist say they need them to check them
11  because some of them supposed to have been -- are larger
12  than the other ones.
13      Q  But you have no knowledge as to what the
14  pharmacist did with them once you gave them to her?
15      A  They didn't tell me anything.
16      Q  What was your experience using Digitek, or
17  digoxin, before 2008, before February or March of 2008?
18      A  It was good. I couldn't tell the difference. I
19  mean, I couldn't tell the difference about my heart.
20      Q  You took the Digitek to treat your heart
21  palpitations; is that correct?
22      A  Yes.
23      MR. MALKINSON: Lack of foundation.
24      MR. SIMON: Q  Did taking the Digitek, or digoxin,
25  reduce your heart palpitations and heart rhythm

Page 75

1   abnormality?
2       MR. MALKINSON: Objection to the lack of timeframe
3   in your question. She's already -- she's already
4   testified that she had palpitations during the time she
5   was taking it. I object to the form of the question,
6   overly vague.
7       MR. SIMON: Q  Did the -- did taking the Digitek
8   reduce the amount of palpitations you experienced?
9       MR. MALKINSON: Same objection.
10      MR. SIMON: Q  You can answer.
11      A  Are you talking about when I first started
12  taking them?
13      Q  Yes.
14      A  When I first started taking them, they reduced
15  it, and I didn't feel anything no more until 2008.
16      Q  And when in 2008 did you start experiencing
17  palpitations again?
18      MR. MALKINSON: Objection, asked and answered
19  probably three times already.
20      MR. SIMON: Q  You can answer.
21      A  Like February, March.
22      Q  Did you seek reimbursement from anyone for your
23  unused Digitek tablets?
24      A  No.
25      Q  Were you aware of some way to recover

Page 76

1   replacement -- Well, strike that.
2       Were you aware of a way to obtain replacement
3   tablets for your Digitek?
4       A  The doctor replaced them for me.
5       Q  Were you aware that there was a way that you
6   could have obtained replacement digoxin tablets for your
7   unused Digitek tablets?
8       A  No.
9       Q  Have any of your doctors ever thought you may
10  have kidney disease?
11      A  No.
12      MR. MALKINSON: Objection, lack of foundation as to
13  what her doctors were thinking.
14      MR. SIMON: I asked her what --
15      MR. MALKINSON: You asked her if any of her
16  doctors --
17      MR. SIMON: Told her.
18      MR. MALKINSON: I don't think you said told her.
19  You said thought.
20      MR. SIMON: Q  Have any of your doctors told you
21  you have kidney problems or disease?
22      A  No.
23      Q  You continue to see Dr. Patel, correct?
24      A  Yes.
25      Q  How frequently do you see him?

19 (Pages 73 to 76)

Willie Mae Wilburn

Page 77

1    A  Now?
2    Q  Yes.
3    A  I think every three months.
4    Q  And for what conditions do you see him every
5    three months?
6    A  Just a checkup. Now, just a checkup.
7    Q  And he wants to check you every three months
8    because of what, because of what or why?
9    MR. MALKINSON: Objection, lack of foundation and
10   calls for speculation as to what the doctor is thinking
11   when he has her return every three months.
12   MR. SIMON: Q  What is your understanding as to why
13   you see him every three months?
14   A  Just checking my heart and things, blood
15   pressure.
16   Q  Anything else?
17   A  That's it.
18   Q  Did you have any discussions with Dr. Patel
19   about Digitek and your contention that it harmed you?
20   A  I was telling him about the symptoms I had, was
21   experiencing. I told him about that.
22   Q  And did Dr. Patel say anything to you about
23   that?
24   A  He just started telling me, you know, take -- He
25   gave me the new medicine and to take it every other day.

Page 78

1    Q  Did you discuss your lawsuit with Dr. Patel?
2    A  No, I didn't.
3    Q  Does Dr. Patel know that you filed a lawsuit?
4    MR. MALKINSON: Objection, lack of foundation as to
5    what he knows, calls for speculation.
6    MR. SIMON: Q  Do you know if Dr. Patel knows that
7    you filed a lawsuit?
8    A  I didn't tell him.
9    Q  Has Dr. Patel ever told you that taking the
10   Digitek harmed you?
11   A  He didn't, no.
12   Q  Have you ever talked to anyone at Actavis or
13   Mylan, the companies who are named in this lawsuit?
14   A  Someone called me one day.
15   Q  Tell me --
16   A  Right after that.
17   Q  Tell me about that.
18   A  They just asked me, you know, how was I feeling,
19   did I take it.
20   Q  What did you tell them?
21   A  Yes, I took it.
22   Q  Did you tell them anything else?
23   A  No.
24   Q  When were you contacted?
25   A  I can't recall. In specific, I can't recall.

Page 79

1    Q  Do you know who called you?
2    A  No.
3    Q  Was it by phone that they contacted you?
4    A  Yes.
5    Q  Do you know what company they indicated they
6    were associated with?
7    A  The one showed.
8    Q  Actavis?
9    A  Yes.
10   Q  Do you remember anything else about that
11   conversation?
12   A  No.
13   Q  Did you tell them --
14   A  The only thing, they just said they'll get back
15   to me. They never did call anymore.
16   MR. MALKINSON: I'd just interject. If the defense
17   has a statement of her, we'd like it produced.
18   MR. SIMON: Q  I'm just trying to find out what you
19   remember was discussed in this telephone conference.
20   MR. MALKINSON: Object to the characterization as
21   mischaracterizing the evidence. It doesn't sound like
22   it was a conference.
23   MR. SIMON: Q  In this telephone call what was
24   discussed?
25   A  If I had been taking it, digoxin.

Page 80

1    Q  Okay. You told them you were taking Digitek?
2    A  I took it, yes.
3    Q  What else did you tell them or what else was
4    discussed?
5    A  She asked me did I have a heart problem and am I
6    having any problem.
7    Q  And what did you say?
8    A  I just said I had talked to my doctor.
9    Q  Did you say anything else?
10   A  I can't recall.
11   Q  Did you communicate in writing with anyone from
12   Actavis or Mylan?
13   A  No.
14   Q  Did they send you any written material at any
15   time?
16   A  No.
17   Q  When you took the Digitek tablets back to the
18   pharmacy, what did the pharmacist tell you about them?
19   A  They didn't tell me anything that was wrong.
20   They just had taken them and said they had to check
21   them.
22   Q  Did the person who called you originally about
23   the recall -- Well, strike that.
24   What did the person who originally called you
25   about the recall from the pharmacy tell you?

20  (Pages 77 to 80)

Willie Mae Wilburn

Page 81

1  MR. MALKINSON: Objection, asked and answered. You
2  can answer.
3  THE WITNESS: They told me don't take them anymore
4  because they had recalled them and to bring the tablets
5  in.
6  MR. SIMON: Q  Did you ever look up Digitek in any
7  type of pill book?
8  A  No.
9  MR. MALKINSON: John, I need a bathroom break.
10  MR. SIMON: Absolutely.
11  (Recess was taken.)
12  MR. SIMON: Q  Mrs. Wilburn, do you have a habit or
13  practice regarding your taking of medications?
14  A  No.
15  MR. MALKINSON: Object to the vagueness.
16  MR. SIMON: Q  When do you take your medications?
17  A  In the morning, every morning.
18  Q  What time?
19  A  Probably 8:00 o'clock.
20  Q  Do you take your medications with meals?
21  A  After.
22  Q  How long after your breakfast do you take your
23  medications?
24  A  Right after.
25  Q  What do you typically eat for breakfast?

Page 82

1  A  Sometimes eggs. Sometimes toast. Mostly toast
2  and a juice in the morning.
3  Q  Anything else that you regularly eat other than
4  eggs or toast?
5  A  I don't eat eggs.
6  MR. MALKINSON: For breakfast?
7  MR. SIMON: Q  For breakfast.
8  A  I eat eggs about twice a week.
9  Q  And on the days you don't eat eggs, what do you
10  eat?
11  A  Toast and juice, like that.
12  Q  Do you eat any cereal?
13  A  Not at all.
14  Q  Do you take any bran?
15  A  When I eat cereal, bran flakes. I eat bran
16  flakes. Are you talking about the brand of --
17  MR. MALKINSON: He's asking about breakfast. Do you
18  eat bran?
19  THE WITNESS: I take -- A certain brand?
20  MR. MALKINSON: No, not a brand. She thinks you're
21  saying brand.
22  MR. SIMON: Q  Do you take any fiber or bran as
23  part of your diet?
24  A  When I eat cereal, I do.
25  Q  Other than occasionally eating cereal, you don't

Page 83

1  take any sort of bran or fiber supplements?
2  A  No.
3  Q  Do you take any vitamins?
4  A  No.
5  Q  You indicated earlier that in February or March
6  you started taking Digitek every other day at Dr.
7  Patel's suggestion.
8  A  Yes.
9  Q  Did your symptoms improve after you started
10  doing that?
11  A  Just a little bit better. Just a little bit.
12  Q  What symptoms did you continue to experience
13  after taking Digitek every other day?
14  A  Mostly the same ones until I got off of the
15  digoxin, and then I started feeling better.
16  Q  When you say mostly the same ones, what
17  symptoms? Specifically what symptoms did you continue
18  to experience?
19  A  The weakness and dizziness, tired.
20  Q  So from February or March when you started
21  taking Digitek every other day up until the time you
22  stopped taking Digitek, which was in late April or May
23  of 2008, you continued to experience those symptoms?
24  A  It got better and better. I got better and
25  better.

Page 84

1  Q  Did there come a point in time where you stopped
2  experiencing those symptoms?
3  A  Yes.
4  Q  When was that?
5  A  Probably about a month after.
6  Q  About a month after you stopped taking Digitek
7  or about a month after you started --
8  A  When I started on the new one.
9  Q  Did you continue to experience symptoms after
10  you changed to a different brand of digoxin?
11  A  No, I got better and better.
12  Q  How long after you stopped taking Digitek did
13  your symptoms resolve completely?
14  A  Like a month after.
15  Q  Did you continue to experience those symptoms
16  for about a month after stopping Digitek?
17  A  Well, I wasn't -- Not the same -- not the same
18  as when I was taking the Digitek. It was getting milder
19  and milder.
20  MR. MALKINSON: Do you need the bottle?
21  MR. SIMON: Yes.
22  When you filled your prescriptions, you got a
23  30-day supply of Digitek; is that true?
24  A  The old one?
25  Q  Correct.

21 (Pages 81 to 84)

Willie Mae Wilburn

Page 85

1    A  Yes, I had gotten a 30-day supply.
2    Q  Do you know how many doses of the Digitek you
3  took before you stopped from this last prescription
4  fill?
5    A  I can't recall.
6    MR. MALKINSON:  I'll just object on foundation
7  because she testified before that she had some extra
8  pills from when she went on it every other day. So some
9  of the pills in there may have been from before March
10  3rd.
11    MR. SIMON:  Q  You just don't know how many pills
12  you had taken out of that prescription before you
13  stopped taking them?
14    A  No, I was taking them every other day, you know.
15  So I had some left over.
16    Q  Was there any association from the time you took
17  your Digitek in the morning and when you would
18  experience your symptoms?
19    A  All day.
20    Q  So you would continue to experience symptoms
21  throughout the day?
22    A  Yes, that's why I couldn't remember too well
23  either.
24    Q  Why do you believe the Digitek tablets contained
25  digoxin in excess of the labeled dose?

Page 86

1    A  Repeat.
2    Q  Why do you think that the Digitek tablets
3  contained digoxin in excess of the labeled doses?
4    MR. MALKINSON:  I'd just object to the extent it's
5  asked and answered. It's what the pharmacy told her.
6    MR. SIMON:  Q  Is the basis for your belief that
7  the Digitek tablets contained excess digoxin the recall?
8    MR. MALKINSON:  Do you understand his question?
9    THE WITNESS:  No, I don't understand.
10    MR. SIMON:  Q  Why do you believe the Digitek
11  tablets contained too much digoxin?
12    A  The way I felt, it must have because I wasn't
13  feeling active.
14    Q  At any point in time during your treatment,
15  doctor visits, did anyone use the term digoxin toxicity?
16    A  No.
17    Q  Did anyone ever use the term digoxin overdose?
18    A  Overdose?
19    MR. MALKINSON:  If you recall.
20    THE WITNESS:  The only thing is, the pharmacy, they
21  might have some larger ones in there.
22    MR. SIMON:  Q  Do you claim that you have or may
23  develop any mental, psychological or emotional condition
24  as a result of using Digitek?
25    A  Since then my remembrance is not as good. I

Page 87

1  forget.
2    Q  So you claim that your use of Digitek has
3  resulted in a loss of memory?
4    A  During that time I was taking it like that,
5  that's when I was like having to think to remember what
6  I was going to say.
7    Q  What about now? Do you contend that your
8  Digitek use continues to cause you a loss of memory?
9    A  Not as bad.
10    Q  When you say not as bad, do you --
11    A  There was when I was taking it.
12    Q  Do you believe taking the Digitek continues to
13  cause you memory loss?
14    A  Well, it seemed like I never fully recovered
15  when I was taking that Digitek, that I was getting
16  nervous and I was getting like I couldn't remember when
17  I was having the nausea.
18    MR. MALKINSON:  He's asking about today. Do you
19  believe you have problems with regard to your memory
20  today because of Digitek?
21    THE WITNESS:  Yes.
22    MR. SIMON:  Q  You indicated that you have not
23  fully recovered from your use of Digitek. I want to
24  know what symptoms you continue to experience that you
25  believe were caused by Digitek.

Page 88

1    A  I'm still like slower. The new medicine helped
2  me a lot better, but I'm still like kind of tired for
3  when I was taking the Digitek.
4    Q  So you believe that you continue to be tired
5  because of your use of Digitek?
6    A  That's when I was really, really tired. I'm
7  better now since I've been taking the new medication,
8  but during that time I was tired.
9    Q  What about now? Are you still tired because you
10  use Digitek?
11    A  Not as much as I was.
12    Q  But some?
13    A  A little bit.
14    Q  Other than tiredness, do you attribute any other
15  conditions or symptoms you currently have to your use of
16  Digitek?
17    MR. MALKINSON:  I'll object to the extent it calls
18  for a medical opinion, but you can answer.
19    THE WITNESS:  I don't do as much as I used to when I
20  was taking that Digitek and I got all nauseated and
21  tired and dizziness.
22    MR. SIMON:  Q  And do you contend you don't do as
23  much now because of your use of Digitek?
24    A  I'm better now when I got off the Digitek.
25    MR. MALKINSON:  He's asking you whether it affects

22  (Pages 85 to 88)

Willie Mae Wilburn

Page 89

1  you today in 2009 that way, whether you're doing less in
2  2009 because of the Digitek you stopped taking in 2008.
3     THE WITNESS: I do less than I was.
4     MR. SIMON: Q  Do you do less because you used
5  Digitek?
6     A  I do less since 2008, since 2008. A little bit
7  less since I was taking Digitek.
8     Q  And you believe you do less now because you used
9  Digitek in 2008?
10    A  Yes, I did a lot -- The Digitek did a lot to me
11  when I was taking it.
12    Q  Have any of your doctors told you that the
13  symptoms you continue to experience were caused by your
14  use of Digitek?
15    A  We didn't discuss it.
16    Q  Are you currently receiving treatment or taking
17  any medication for the conditions you believe were
18  caused by your use of Digitek?
19    A  No.
20    Q  When would have been the last time you had any
21  treatment for or because of your use of Digitek?
22    A  I didn't have any more treatments since the
23  doctor was trying to find out what was causing -- that
24  Digitek was causing my problems.
25    Q  So when would have been the last time that you

Page 90

1  had any treatment or tests because of your use of
2  Digitek?
3     A  Well, he still --
4     MR. MALKINSON: I'll just interject an objection to
5  the extent it calls for a medical opinion.  You can
6  answer.
7     THE WITNESS: He still every once in a while takes
8  the blood test.
9     MR. SIMON: Q  And when you say that he
10  continues -- Strike that.
11       Does Dr. Patel periodically monitor your blood
12  digoxin levels?
13    A  Sometime.
14    Q  And why does he do that?  What is your
15  understanding as to why he does that?
16    MR. MALKINSON: Object to the compound nature of the
17  question, the form of the question.
18    MR. SIMON: Q  You can answer.
19    A  To see if I'm better, getting better.
20    Q  Has Dr. Patel ever told you to limit any of your
21  daily activities?
22    A  No.
23    Q  Have you had to limit your daily activities
24  recently in any way?
25    MR. MALKINSON: I'll just object to the vague nature

Page 91

1  of what recently means.
2     MR. SIMON: Q  You can answer.
3     A  When I was taking digoxin --
4     MR. MALKINSON: You mean Digitek?
5     THE WITNESS: The Digitek, I had to limit because I
6  wasn't feeling like doing anything.
7     MR. SIMON: Q  What about now?  Do you have to
8  limit your activities in any way?
9     A  I can do more.
10    Q  Do you continue to drive?
11    A  Yes.
12    Q  Do you continue to grocery shop?
13    A  Yes.
14    Q  Do you continue to do your housework?
15    A  Yes.
16    Q  Do you go out from time to time?
17    A  Yes, I go out.
18    Q  In this lawsuit you're asking for a refund of
19  your copayment for Digitek; is that correct?
20    MR. MALKINSON: I'm going to object to questions
21  regarding the style and type of damages.  That's what
22  lawsuits are for.  That is one item that she is seeking
23  reimbursement for, but in Illinois, under the collateral
24  source rule, she would not be just limited to just her
25  copayment.

Page 92

1     MR. SIMON: Q  Are you seeking a refund for the
2  purchase price of your Digitek?
3     A  Yes, for all the expenses, the other people's
4  and me, all expenses that we was out of while they was
5  recalling the Digitek.
6     Q  What expenses are you out of because of the
7  Digitek recall?
8     MR. MALKINSON: Again, I'll object under the
9  collateral source rule.  You can answer.
10    THE WITNESS: I had to pay --
11    MR. MALKINSON: I'm also objecting to the extent it
12  calls for something that would be what she's hired
13  lawyers for.  Go ahead.
14    MR. SIMON: You can answer.
15    THE WITNESS: I'll let my lawyer answer that.
16    MR. MALKINSON: No, no, I'm letting you answer what
17  expenses --
18    MR. SIMON: He'll tell you not to answer if he
19  doesn't want you to answer.
20    MR. MALKINSON: Yes, I will.  I'll be very vocal
21  about it.
22    MR. SIMON: Q  I want to find out what expenses you
23  paid out that you're attributing or that -- what
24  expenses you paid out because of your use of Digitek.
25    MR. MALKINSON: He's not asking you for dollars and

23  (Pages 89 to 92)

Willie Mae Wilburn

Page 93

1    cents. He's asking you what things -- what money paid
2    for what.
3        THE WITNESS: For the CAT scan, medicine and
4    electrocardiogram.
5        MR. MALKINSON: Blood tests, your digoxin level
6    test.
7        THE WITNESS: My digoxin level test. When I paid
8    the doctor to go up to see him, every time I went to see
9    him.
10       MR. SIMON: Q  Anything else?
11       A  All the copayments I did, transfers of digoxin,
12   new medicine.
13       Q  Do you know how many additional visits you had
14   with Dr. Patel because of your use of Digitek?
15       A  He was having me come like every two weeks and
16   things like that.
17       Q  How long of a period were you going to see Dr.
18   Patel every two weeks?
19       A  March, April.
20       Q  So it's your recollection that you were seeing
21   Dr. Patel every two weeks through March and April of
22   2008?
23       A  Yes.
24       Q  What about in May?
25       A  I had to go in May. I can't recollect how many

Page 94

1    times I went in May.
2        Q  Why did you want to file this case as a class
3    action as opposed to an individual lawsuit?
4        A  Because of the peoples, while we were taking the
5    Digitek, while they were recalling, and our financial
6    expenses.
7        Q  Well, why did you want to file this case as a
8    class action, you personally?
9        A  Because of what I had to go through, the
10   expenses I put out and all the -- I had to go through
11   the tests and stuff, and that wasn't easy.
12       Q  Why did you want to bring this lawsuit on behalf
13   of all kinds of people as opposed to just yourself?
14       A  I just want to help other people and myself,
15   too, that we had taken that Digitek.
16       Q  You understand that you could have filed your
17   own lawsuit as opposed to a class action, right?
18       A  No.
19       Q  Do you understand that you have special duties
20   and responsibilities as a class representative?
21       A  Nothing but trying to help the peoples and
22   myself during the time we were taking that Digitek, or
23   we lost a lot and we've taken the Digitek and trying to
24   find out.
25       Q  What do you understand your duties and

Page 95

1    responsibilities to be as a class representative?
2        A  To help myself and other people.
3        Q  Anything else?
4        A  And find out why the company didn't notify us
5    about the Digitek. Only the pharmacy notified us. The
6    company didn't notify us to not take that Digitek before
7    then.
8        Q  Who do you believe you represent in this
9    lawsuit?
10       A  All of the peoples all over the world. I don't
11   know how many, but all of the peoples.
12       MR. MALKINSON: Which people?
13       THE WITNESS: The people that has the class action.
14       MR. SIMON: Q  Do you believe that you represent
15   everyone who ever bought Digitek in the world?
16       MR. MALKINSON: Or the United States.
17       THE WITNESS: The United States, yes.
18       MR. SIMON: Q  Or do you believe that you represent
19   just those persons who bought Digitek in Illinois?
20       A  United States.
21       Q  Do you believe you represent people who believe
22   Digitek caused them physical harm or injury?
23       A  Yes.
24       Q  Do you believe that you represent people who
25   believe Digitek caused them pain and suffering?

Page 96

1        A  Yes.
2        Q  Do you recognize that there may be some people
3    who don't believe they were physically or mentally
4    injured?
5        A  I can't say about those. Only the peoples that
6    are in the class action.
7        Q  Are you seeking to recover damages for your
8    personal injury?
9        A  Yes, mine's and other people's too.
10       MR. MALKINSON: You'll recall we amended the
11   complaint. We're not recovering for everyone's personal
12   injury. We're recovering for yours. We're recovering
13   for financial losses for everyone else. You understand
14   that?
15       THE WITNESS: Yes.
16       MR. SIMON: Q  So are you seeking to recover
17   damages for your personal injury?
18       A  Yes.
19       Q  Are you seeking to recover damages for other
20   people's personal injury?
21       A  Yes.
22       MR. MALKINSON: Again, we've already -- I just
23   finished. We just discussed this. Listen to me when
24   I'm talking to you. Do you understand that yesterday we
25   amended our complaint? We are not seeking --

24  (Pages 93 to 96)

Willie Mae Wilburn

Page 97

1   MR. SIMON: Objection, Counsel.
2   MR. MALKINSON: I'm finishing. You can make your
3   objection.
4      Under the new complaint we are no longer
5   seeking to recover personal injury damages for everyone
6   else, just for you, but that for everyone else we're
7   trying to recover their financial losses for buying the
8   pills and having the post-recall tests. You understand
9   that?
10  THE WITNESS: Yes.
11  MR. MALKINSON: Okay. So don't tell him that you're
12  trying to recover for everyone's pain and suffering and
13  injuries if we've changed our contention in our case and
14  we're not doing that anymore.
15  THE WITNESS: I understand. I'm sorry.
16  MR. MALKINSON: Okay. The record speaks for itself.
17  MR. SIMON: I'm going to move to strike that whole
18  diatribe that counsel used to influence his client's
19  response to the questions.
20     Do you understand that it's possible that by
21  limiting others' claims to a refund claim, that they may
22  be precluded from filing a separate suit about their
23  claimed physical injuries?
24  MR. MALKINSON: Objection, calls for a legal
25  conclusion.

Page 98

1   MR. SIMON: You can answer.
2   MR. MALKINSON: Lack of foundation. If you know.
3   Do you understand the question?
4   THE WITNESS: Not really.
5   MR. MALKINSON: If you don't understand a question
6   or if you don't know the answer, just say so.
7   MR. SIMON: Counselor, no more speaking objections.
8   MR. MALKINSON: That's not an objection. That's
9   guidance to my client.
10  MR. SIMON: Can you read back the question, please?
11     (Record read.)
12  MR. MALKINSON: Same objection at this point.
13  MR. SIMON: Q  You can answer.
14  A  For my claim?
15  Q  For others' claims. We're talking about others'
16  claims now.
17     Do you understand that it's possible by
18  limiting others' claims to a refund claim that you may
19  prevent them from filing a separate suit about their
20  claimed physical injuries?
21  MR. MALKINSON: I'm objecting --
22  THE WITNESS: No.
23  MR. MALKINSON: Let me say my objection. I'm
24  objecting because it calls for a legal conclusion. It
25  states facts not in evidence and inaccurately states the

Page 99

1   law. It goes beyond --
2   MR. SIMON: You can answer the question.
3   MR. MALKINSON: If you know, say so. If you don't
4   know, say you don't know.
5   THE WITNESS: I don't know.
6   MR. SIMON: Q  Do you think that would be fair,
7   that they would be prevented from bringing claims for
8   their physical injuries?
9   A  No.
10  Q  That would not be fair?
11  A  No.
12  Q  How did you get selected as a class
13  representative?
14  MR. MALKINSON: I'm objecting. It assumes facts not
15  in evidence. It assumes some selection process which
16  never existed.
17  MR. SIMON: Counselor, that's enough of the speaking
18  objections. Any more and we're going to have to get the
19  Court on the phone.
20  MR. MALKINSON: Are you done?
21  MR. SIMON: Q  You can answer the question. How
22  did you --
23  A  Could you repeat?
24  Q  How did you get selected as a class
25  representative?

Page 100

1   MR. MALKINSON: Objection, assumes facts not in
2   evidence. Object to the form of the question.
3   Objection, lack of foundation. Objection,
4   argumentative.
5   MR. SIMON: You can answer.
6   MR. MALKINSON: Do you understand the question?
7   THE WITNESS: Not really.
8   MR. MALKINSON: When you don't understand a
9   question, please say so. Don't sit there and ruminate
10  about it.
11  MR. SIMON: Q  How did you get selected as a class
12  representative?
13  MR. MALKINSON: Same objections as before.
14  THE WITNESS: I --
15  MR. MALKINSON: Object to the form of the question.
16  THE WITNESS: Yes.
17  MR. SIMON: Q  How did you get selected as a class
18  representative in this lawsuit?
19  MR. MALKINSON: Same objections as to the last few
20  questions.
21  MR. SIMON: So noted, Counselor.
22  MR. MALKINSON: Okay. But you haven't so noted
23  before, so I'm just restating it.
24  MR. SIMON: Q  Are you thinking of an answer?
25  A  No.

Willie Mae Wilburn

Page 101

1    Q  What is your understanding as to how you were
2  selected as a class representative in this case?
3    MR. MALKINSON:  Objection, lack of foundation.
4  Objection, calls for a legal conclusion. Objection,
5  because no representatives have been appointed by the
6  Court, and in a class action in the United States you're
7  not a representative until you've been appointed.
8      So your question is meritless at this stage of
9  the litigation. She has filed in that capacity in hopes
10  of being named as a representative.
11      If you know the answer, answer it. If you
12  don't know an answer, say you don't understand it or you
13  don't know.
14    THE WITNESS:  I don't understand it.
15    MR. SIMON:  Q  How did you get to be a class
16  representative in this case?
17    A  I don't understand.
18    Q  You don't know how you were selected as a class
19  representative in this case?
20    MR. MALKINSON:  Same objections as before.
21    THE WITNESS:  No.
22    MR. SIMON:  Q  You have no idea how you were
23  selected as a class representative in this case?
24    A  No.
25    Q  Do you have any idea why you were selected as a

Page 102

1  class representative in this case?
2    MR. MALKINSON:  Same objections.
3    THE WITNESS:  No.
4    MR. MALKINSON:  Assumes a selection process. Object
5  to the form of the question.
6    MR. SIMON:  Did the reporter get the response?
7    THE REPORTER:  Yes.
8    MR. SIMON:  Thank you.
9      Why do you want to represent the proposed
10  class?
11    MR. MALKINSON:  Objection, asked and answered.
12    THE WITNESS:  Me answer?
13    MR. SIMON:  Q  Yes, you can answer.
14    A  I wanted to help myself and other peoples.
15    Q  What do you hope to achieve for the proposed
16  class in this case?
17    A  That when they was recalling digoxin, that we
18  were suffering and expenses and all that.
19    Q  In your own words, what do you think the
20  defendants did wrong in this case?
21    A  I don't recall.
22    Q  What do you feel the defendants did wrong in
23  this case?
24    A  Like I say, they didn't let us know, you know,
25  about this digoxin.

Page 103

1    Q  Anything else?
2    A  No.
3    Q  Do you understand that there's a chance the
4  Court could order you to pay some of the defendant's
5  cost in defending this case in the event it finds the
6  case to be without merit?
7    MR. MALKINSON:  I object to the extent that that
8  misstates the law.
9    MR. SIMON:  Q  You can answer.
10    A  No, only my --
11    Q  Are you -- I'm sorry.
12    A  Only my lawyer and the jury should know. I
13  don't know.
14    Q  Are you willing to incur the expense?
15    A  No.
16    Q  Did your attorneys refer you to any doctors for
17  evaluations?
18    A  No.
19    Q  Are payments to any of your doctors being made
20  by or through your attorney?
21    A  No.
22    Q  Did you make insurance claims for the expenses
23  you attribute to Digitek in this case?
24    MR. MALKINSON:  I object based on the collateral
25  source rule. You can answer.

Page 104

1    THE WITNESS:  No.
2    MR. SIMON:  Q  Were the costs you incurred
3  reimbursed by insurance?
4    MR. MALKINSON:  Same objection. You can answer.
5    THE WITNESS:  By insurance?
6    MR. SIMON:  Q  Right.
7    A  Well, they had paid a part. I had paid my part.
8    Q  Did you have to pay any amount in excess of your
9  copayments for the medical treatment you contend was
10  necessary due to your use of Digitek?
11    A  No.
12    Q  Is the copayment for your medications $5 per
13  prescription?
14    MR. MALKINSON:  If you know the exact amount.
15    MR. SIMON:  Q  You can answer.
16    A  Yes, for the medication, but not doctors.
17    Q  What is your copayment for your doctor visits?
18    A  At that time it's $10.
19    Q  What is it now?
20    A  This year it got zero.
21    Q  When did your copayments for doctor visits
22  become zero?
23    A  January.
24    MR. MALKINSON:  That's '09?
25    THE WITNESS:  '09. Just for the doctor.

26  (Pages 101 to 104)

Page 105

1    MR. SIMON: Q  What triggered the fact that you no
2  longer have to make a copayment for doctor visits?
3    A  That's what the insurance told me.
4    Q  Who is your insurance through?
5    A  Humana HMO.
6    Q  Is that through somebody's prior employment?
7    A  No.
8    MR. MALKINSON: I'm just going to make a standing
9  objection on anything having to do with insurance.  I
10  don't think it's irrelevant.
11    MR. SIMON: Q  Do you believe you will incur
12  additional medical treatment as a result of your use of
13  Digitek?
14    A  No.
15    Q  In addition to the costs you are seeking to
16  recover for your medical treatment and prescription
17  copayments, what else are you seeking to recover in
18  terms of damages in this case?
19    MR. MALKINSON: I'm just going to object to the
20  extent it mischaracterizes her testimony, it calls for a
21  legal conclusion, and in Illinois you have unlimited
22  copayments.
23    MR. SIMON: Q  You can answer.
24    A  Unlimited copayments?
25    Q  Strike that.  We'll start over.

Page 106

1      What else are you seeking to recover in terms
2  of money damages?
3      Well, let's just do it this way.  What are you
4  seeking to recover in terms of money damages in this
5  case?
6    MR. MALKINSON: I'm going to object.  That's been
7  asked and answered already.  She listed the tests and
8  the bills and her personal injuries.  You can answer.
9    THE WITNESS: For all the tests and the pills and
10  my -- all the stress and stuff I had.
11    MR. SIMON: Q  Did you seek any medical treatment
12  for the stress you had because of your use of Digitek?
13    A  Just changed the medication and that made it
14  better.
15    Q  Did you go and get any treatment for your
16  stress?
17    A  No.
18    Q  Do you plan in the future to go and get
19  treatment for stress or anxiety because of your use of
20  Digitek?
21    A  No, I hope not.
22    Q  Now, you indicated that you had conversations
23  with your husband about your use of Digitek; is that
24  correct?
25    A  No, I was just telling him the symptoms I was

Page 107

1  having when I was having those episodes.
2    Q  And your husband's name is?
3    A  ████████
4    Q  ████████?
5    A  Yes.
6    Q  Now, you also indicated that your daughter
7  provided you with some information about Digitek; is
8  that correct?
9    A  Yes, she was telling me -- you know, she was
10  looking it up and seeing if there was a recall after I
11  told her the pharmacy had called me about the recall and
12  she was checking it out.
13    Q  And her name again was what?
14    A  ████████
15    Q  Did you discuss your use of Digitek or the
16  problems you had with your use of Digitek with anyone
17  else besides your daughter and your husband?
18    A  Just my children knew how I was feeling.
19    Q  And what are the names of your other children?
20    A  ████████
21    Q  I'm sorry?
22    A  ████████
23    Q  Could you spell that?
24    A  ████████████████  Of course, you've
25  got ██

Page 108

1    MS. WEST: I'm sorry, was that ████████?
2    THE WITNESS: ████████
3    MR. MALKINSON: ████████ and ████████
4    THE WITNESS: ████████
5    MR. MALKINSON: Oh, ████
6    MR. MALKINSON: I believe those are all the questions I
7  have for you, Mrs. Wilburn.  I'm going to pass you over
8  to Ms. West in the event she has any questions that she
9  might have while I look through my notes.
10    THE WITNESS: Okay.
11    MR. SIMON: Thank you.
12    THE WITNESS: Thank you.
13    MR. SIMON: Can we take a short break?
14    MS. WEST: Sure.
15      (Recess was taken.)
16            EXAMINATION
17      by Ms. West:
18    MS. WEST: Q  Mrs. Wilburn, you and I met earlier
19  this morning.  My name is Sarah West.  I represent the
20  Mylan entities, Mylan Pharmaceuticals, Mylan Bertek,
21  Mylan, Inc. and UDL Laboratories.
22    I will be asking you a few follow-up questions.
23  It shouldn't take that much longer.  Okay?
24    A  Yes.
25    Q  The same kinds of instructions apply.  You know,

27 (Pages 105 to 108)

Willie Mae Wilburn

## Page 109

1  try not to talk over each other. If you don't
2  understand, you know, as your counsel has instructed
3  you, just say so, or if I'm not clear, just say so. We
4  don't want you to guess or speculate at all. Okay?
5      A  Okay.
6      Q  All right. And I apologize because I'm going to
7  be jumping around a little bit.
8          You had mentioned that in March 2008 you had an
9  episode of dizziness, you felt weak and dizzy. Was
10 anyone with you at that time when you were experiencing
11 that?
12     A  No.
13     Q  You were by yourself?
14     A  Yes.
15     Q  And you were in your car?
16     A  Yes.
17     Q  Had this been going on all day or can you -- Do
18 you remember what happened that day? Sort of give me a
19 breakdown of how -- what were the things that you did
20 that day.
21     A  Well, that day I went to the pharmacy. Then I
22 had to stop by a store. And so that's when I was
23 getting dizzy and nausea, when I was in the car, before
24 I got out.
25     Q  Okay. Was that in the morning or afternoon when

## Page 110

1  you felt dizzy?
2      A  It was closer to noon.
3      Q  It was closer to noon?
4      A  Yes.
5      Q  Had you eaten that day?
6      A  Yes.
7      Q  Okay. Do you recall at all what you had eaten?
8      A  I can't recall, but I did eat. I eat breakfast
9  every morning.
10     Q  Okay. And you had that dizzy spell you think in
11 February or March of 2008; is that correct?
12     A  In March.
13     Q  It was in March?
14     A  Yes.
15     Q  Okay. And then you told Dr. Patel about that
16 dizzy spell approximately six days after the recall?
17     A  Yes.
18     Q  Okay. You had talked a little bit earlier today
19 about some tests that you had done after the recall and
20 discussions, or a lack thereof, with Dr. Patel about
21 those tests.
22         Do you know if -- or did Dr. Patel ever tell
23 you anything at all about those tests? Did he ever say
24 whether the tests were better or worse than tests that
25 you've had in the past?

## Page 111

1      A  Well, he was saying that sometimes -- sometime
2  he was saying my digoxin level was high and then
3  sometimes he would say it's low. Then I still had
4  palpitations and fibrillations.
5      Q  So when you had those tests right after the
6  recall, did he say whether those tests were better or
7  worse than the tests you had had before?
8      A  From February, March and April, all those tests
9  were like the same.
10     Q  So they were -- you believe that they indicated
11 that your health was worse; is that correct?
12     A  During that time until I started taking the new
13 medicine, then I started getting better.
14     Q  Did Dr. Patel tell you that the tests were
15 worse?
16     A  When I go to him, he'll tell me that, you know,
17 you still have fibrillation and still have the heart,
18 you know, palpitation.
19     Q  Did he say whether your condition had worsened?
20     A  Well, he be -- he was checking most of the blood
21 tests. Every time he had me come in to take the blood
22 tests because I still had the same symptoms.
23     Q  So did he say one way or the other whether your
24 condition had worsened or gotten better?
25     A  Gotten better after I started taking the new

## Page 112

1  medicine.
2      Q  But before you had started taking the new
3  medicine, did he tell you anything about whether your
4  condition had worsened than before the recall?
5      A  It was about the same.
6      Q  That's what he told you?
7      A  Uh-huh. You know, the level was going up and
8  down though.
9      Q  That's what Dr. Patel told you --
10     A  Yes.
11     Q  -- that your digoxin level was going up and
12 down?
13     A  Yes.
14     Q  Okay. And he told you it stopped going up and
15 down after you were put on this new medication?
16     A  It started gradually going down.
17     Q  Okay. Do you live with anyone else besides your
18 husband?
19     A  No.
20     Q  No? Okay. And is, ███ retired?
21     A  Yes.
22     Q  Okay. What did he do for a living before he
23 retired?
24     A  He was in a bakery.
25     Q  He was a baker?

Willie Mae Wilburn

---

Page 113

1  A  Yes.
2  Q  He worked in a bakery?
3  A  Pardon?
4  Q  He worked in a bakery?
5  A  Yes.
6  Q  Okay. When did he retire?
7  A  1997.
8  Q  Is he in good health?
9  A  Not really. He doesn't have real good health,
10 no.
11 Q  What kinds of health problems does your husband
12 have?
13 MR. MALKINSON: I'm just going to object on
14 relevance. You can answer.
15 THE WITNESS: He have blood pressure and diabetic.
16 MS. WEST: Q  Is he able to get around on his own
17 or does he require any assistance from you?
18 A  He can get around, but not like it was before he
19 got sick.
20 Q  He got sick at some point?
21 A  When he developed diabetic and things like that.
22 Q  When he was diagnosed with diabetes?
23 A  Yes.
24 Q  When he was diagnosed with diabetes?
25 MR. MALKINSON: Objection, relevance.

---

Page 114

1  MS. WEST: Q  Approximately.
2  A  About seven years ago.
3  Q  Okay. Have you had to give any special, extra
4  assistance to your husband since his diagnosis?
5  A  Take him to the doctor.
6  Q  Other than that, anything else that you've had
7  to do, any additional chores you've had to take on?
8  A  Nothing but the same regular, you know, fixing a
9  meal.
10 Q  He's not bedridden or anything?
11 A  No.
12 Q  Okay. How old is your husband?
13 A  74.
14 Q  Okay. In May of 2008, when you went to the
15 emergency room, do you recall that?
16 A  Yes.
17 Q  Can you tell me what happened that led to you
18 going to the emergency room? I believe you had said
19 earlier that you had called your doctor's office.
20 A  Yes. Well, I was having -- I was dizzy and weak
21 and I could feel my palpitation, and I decided I need to
22 call a doctor to see what I should do.
23 Q  Had you been doing anything different that day
24 than you normally do in your usual routine?
25 A  No, that was in the morning. I hadn't started

---

Page 115

1  doing anything else.
2  Q  Okay. And this weakness or this dizzy feeling
3  you were having, was that something that came on
4  gradually or did that happen all of a sudden?
5  A  I started having episodes with dizziness. It
6  will come on. Like it started in March.
7  Q  Right. But that day in May when you went to the
8  emergency room, the feeling of dizziness that you had,
9  was that a sudden feeling of dizziness or had you been
10 gradually or just feeling that way all day?
11 A  I was asleep during the night. So when I got
12 up, that's when I started -- you know, I started feeling
13 it.
14 Q  So it was kind of going on all morning?
15 A  Yes, until I calmed down.
16 Q  You had mentioned I think that you had arthritis
17 in your knee.
18 A  Yes.
19 Q  Do you still have arthritis?
20 A  Yes, I still have arthritis.
21 Q  And where do you -- what parts of your body do
22 you suffer from arthritis in?
23 A  Knee.
24 Q  Your knee?
25 A  Uh-huh.

---

Page 116

1  Q  Which knee?
2  A  My right knee.
3  Q  Your right knee? Okay. Are you being treated
4  for that condition?
5  A  No.
6  Q  You're not seeing a doctor?
7  A  You know, I went and had surgery and it wasn't
8  bad. I take some arthritis medicine or something.
9  Q  You're taking arthritis medicine?
10 A  Sometime.
11 Q  What kind of arthritis medicine do you take for
12 that?
13 A  Tylenol. You know, Tylenol.
14 Q  Just over-the-counter pain medication?
15 A  Yes.
16 Q  You're not prescribed any medication for that?
17 A  Right after I had my knee surgery I was, but I
18 don't take it anymore. My doctor won't let me take it
19 anymore.
20 Q  Okay. And you're not seeing any doctor for your
21 arthritis?
22 A  No.
23 Q  Do you feel that your arthritis limits your
24 mobility in any way?
25 A  In walking.

---

29  (Pages 113 to 116)

Willie Mae Wilburn

Page 117

1    Q  Do you sometimes not go on your walks because of
2  your arthritis bothering you?
3    A  I don't go all the time, but I do some exercise
4  around the house.
5    Q  But sometimes do you not do exercises around the
6  house or walking because of your arthritis?
7    A  No, I just -- I just made a habit of doing it,
8  exercising. It's a habit, you know, to keep from
9  getting stiff.
10    Q  Okay. So are you saying -- Let me ask you
11  again. Does your arthritis ever keep you from going on
12  walks, exercising, doing things around the house? Do
13  you ever say I can't do that right now because the pain
14  from my arthritis is bothering me?
15    A  No.
16    Q  It doesn't limit you at all?
17    A  No.
18    Q  The doctor that you used to see before Dr.
19  Patel, you said that was Dr. Thomas?
20    A  Yes.
21    Q  Do you recall Dr. Thomas' first name?
22    A  No.
23    Q  Is it a man or a woman?
24    A  A woman.
25    Q  It's a woman? Do you know if she's still

Page 118

1  practicing in the same location?
2    A  I don't know. It's been a lot of years.
3    Q  Do you know her office location?
4    A  They done tore that building down. I don't
5  know.
6    Q  They tore the building down? Okay. If someone
7  wanted to find out where Dr. Thomas was, where would you
8  suggest they look?
9    A  I don't know. I don't know.
10    Q  Okay. What conditions did Dr. Thomas treat you
11  for?
12    A  Just high blood pressure.
13    Q  I'm sorry?
14    A  High blood pressure.
15    Q  High blood pressure? Nothing else besides high
16  blood pressure?
17    A  Nothing else.
18    Q  You mentioned that at some point your digoxin
19  pills were cut down to every other day, you started
20  taking digoxin every other day. Was that after the
21  recall or was that before the recall?
22    A  Before.
23    Q  That was before?
24    A  Yes.
25    Q  And when did you start taking digoxin every

Page 119

1  other day?
2    A  In February of 2008.
3    Q  In February of 2008 you started taking digoxin
4  every other day?
5    A  Yes.
6    Q  And Dr. Patel told you to do that?
7    A  Yes.
8    Q  Did he explain to you or say why he wanted you
9  to take digoxin every other day in February 2008?
10    A  That's when he was testing my heart and saw it
11  kind of acting up. He said maybe you should take the
12  pills every other day.
13    Q  And then were you taking digoxin every other day
14  all the way up until the recall?
15    A  Yes.
16    Q  So from February 2008 until --
17    A  Yes.
18    Q  -- April --
19    A  27th.
20    Q  -- 27th you were taking digoxin every other day?
21    A  Yes.
22    Q  You had said earlier today that Dr. Patel had
23  never told you that Digitek had harmed you. Have you
24  ever told Dr. Patel that you think Digitek has harmed
25  you?

Page 120

1    A  Well, he told me Digitek is supposed to have
2  been the best --
3    MR. MALKINSON: Just answer her question. Have you
4  ever told him or asked -- Her question was whether you
5  ever told him that you thought Digitek harmed you.
6    THE WITNESS: No.
7    MS. WEST: Q  You started to say something about
8  what Dr. Patel had told you about Digitek. What was it
9  that you were going to say?
10    A  Oh, that was when I told him that they recalled
11  the Digitek, and he said that was the best -- supposed
12  to have been the best heart pills.
13    Q  Did he say anything to you other than that about
14  Digitek --
15    A  No.
16    Q  -- after the recall?
17    He didn't say anything further other than --
18    A  He just changed my medication.
19    Q  Okay. Have you ever used a product that was
20  distributed by UDL laboratories to your knowledge that
21  you can recall?
22    A  I can't recall.
23    Q  You can't recall whether you have?
24    A  No.
25    Q  Have you ever -- Are you familiar with what a

30  (Pages 117 to 120)

Willie Mae Wilburn

Page 121

1  blister pack is?
2     A  No.
3     Q  Have you ever had pills -- You've had pills in a
4  bottle before, right?
5     A  Yes.
6     Q  Have you ever had pills where they would be in a
7  flat container with like a foil surface and you pop the
8  pills out of the package?
9     A  No.
10    Q  Have you ever seen that before?
11    A  I never had any.
12    Q  You've never had pills in that type of
13 packaging?
14    A  All have been in bottles.
15    Q  Always in bottles?
16    A  Yes.
17    Q  So you've never taken Digitek other than in a
18 bottle?
19    A  Just in a bottle.
20    Q  Have you been contacted by anyone from UDL
21 Laboratories?
22    A  No.
23    Q  Have you ever talked to any doctor or healthcare
24 professional about your memory loss problems?
25    A  No, no.  No.

Page 122

1     Q  Okay.  Have you ever told any doctor that you
2  are still feeling tired and you think that was caused by
3  Digitek?
4     A  I told Dr. Patel, yes.
5     Q  You told Dr. Patel that you're feeling tired
6  because of Digitek still?
7     A  At the time I was taking it, I told him that --
8  you know, my symptoms, what I was having.
9     Q  Okay.  And you told him that you thought Digitek
10 caused that?
11    A  I didn't tell him that I thought Digitek.  I
12 just told him I was feeling -- how I was feeling.
13    Q  Okay.  So you've told Dr. Patel -- Have you told
14 Dr. Patel that you're still feeling tired even --
15    A  I told him before they recalled the medication
16 and after.
17    Q  Well, when was your last appointment with Dr.
18 Patel?
19    A  Two weeks ago.
20    Q  Two weeks ago?
21    A  Yes.
22    Q  Okay.  Did you tell Dr. Patel that you're still
23 feeling tired at that appointment?
24    A  No.
25    Q  How about that you feel like you do a little bit

Page 123

1  less now than you did before?  Did you tell him that at
2  your last appointment?
3     A  No, I didn't tell him.
4     Q  When was the last time that you told Dr. Patel
5  that you were feeling tired?
6     A  Beginning in March 2008.
7     MR. MALKINSON:  She's asking when the last time was,
8  not the first time.
9     THE WITNESS:  Oh, the last time?  In April.
10    MS. WEST:  Q  In April of this year or last year?
11    A  This year.
12    Q  In April of this year you told Dr. Patel that
13 you were still feeling tired?
14    A  Yes.
15    Q  And what did he say?
16    A  Well, that's when he gave me the new medication
17 to help me.
18    Q  The new medication, which was what?
19    A  For my heart.
20    Q  You mean Lanoxin?
21    A  Yes.
22    Q  You were prescribed Lanoxin for the first time
23 in April of 2008, correct?
24    A  Uh-huh.
25    Q  So are you saying that April of 2008 was the

Page 124

1  last time that you told Dr. Patel that you're still
2  feeling tired?
3     A  No, no.
4     Q  When was the last time that you told Dr. Patel
5  that you are still feeling tired?
6     A  Probably in --
7     MR. MALKINSON:  If you recall.  If you don't recall,
8  don't guess.
9     THE WITNESS:  I don't recall.
10    MS. WEST:  Q  You don't recall?
11    A  No.
12    Q  Okay.  How long has ▓▓▓▓▓▓ been your
13 insurer?
14    A  1999.
15    MR. MALKINSON:  Object to the insurance question.
16 You can answer.
17    THE WITNESS:  1999.
18    MS. WEST:  Q  Since 1999?
19    A  Yes.
20    Q  Okay.  And I believe that you mentioned earlier
21 that you also have a son; is that correct?
22    A  Yes.
23    Q  Okay.  You have four children?
24    A  Two sons.
25    Q  Two sons?

31  (Pages 121 to 124)

Willie Mae Wilburn

Page 125

1   A  Yes.
2   Q  You have -- Okay.  So Corkey, is that --
3   A  A girl.
4   Q  Okay.  Let me make sure I have this right.
5  Okay.  You have a daughter███████?
6   A  Yes, my daughter.
7   Q  You've got a daughter██████  You have a
8  daughter████
9   A  ████ a son.  A son.
10  Q  And your son is█████
11  A  █████
12  Q  Okay.  And all have the last name Wilburn?
13  A  Yes, but████ she's married.
14  Q  █████
15  A  Yes.
16  Q  Okay.  And your son is in the service?
17  A  Yes.
18  Q  And --
19  A  ██████
20  Q  And there's ██████?
21  A  That's him in the service.
22  Q  So there's████████████
23  ██████
24  A  Yes.
25  Q  Okay.  And is your husband aware that you filed

Page 126

1  this lawsuit?
2   A  Yes.
3   Q  Are your children aware that you filed a
4  lawsuit?
5   A  Yes.
6   MS. WEST:  Can we go off the record for just a
7  second.
8       (Discussion had off the record.)
9   MS. WEST:  Okay.  I have no further questions.
10      RE-EXAMINATION
11      by Mr. Simon:
12  MR. SIMON:  Q  Mrs. Wilburn, one or two final
13  questions.
14      Do you continue to have heart palpitations and
15  fibrillation?
16  A  When I went to my doctor the last, he said I
17  still had some fibrillation, but the palpitation had
18  eased up.
19  MR. SIMON:  That's all the questions I have for you,
20  but we reserve the right to keep this deposition open
21  pending receipt of medical and pharmacy records that we
22  have not obtained yet.
23  MR. MALKINSON:  I'm going to -- I'll just interject
24  an objection to that, but we'll worry about it when the
25  time comes, because we could have waited for that.

Page 127

1       EXAMINATION
2       by Mr. Malkinson:
3   MR. MALKINSON:  Q  I have some questions for you.
4       Did you mention your memory loss to Dr. Patel
5  at any time?
6   A  No.
7   Q  You indicated that you received a call from the
8  Osco pharmacy on April 27th of 2008 regarding the
9  recall, correct?
10  A  Yes.
11  Q  And that that was -- Was that a Sunday?
12  A  Sunday evening.
13  Q  And did you have a doctor appointment coming up
14  on that Tuesday?
15  A  Yes.
16  Q  Okay.  And so I know you stated earlier that you
17  thought you saw Dr. Patel about six days after you
18  learned of the Digitek recall from Osco, but if it was
19  that Tuesday, then it would just have been a couple days
20  later, correct, that you saw him?  You saw him the
21  Tuesday after the Sunday you were told about it?
22  A  The Sunday or a Thursday.
23  Q  If his record shows you were there on April
24  29th, you wouldn't have any reason to quarrel with that?
25  A  No.

Page 128

1   Q  Okay.  When you went for that first visit after
2  you became aware of the recall, did it appear to you
3  that Dr. Patel was aware of the Digitek recall prior to
4  your visit?
5   A  No, I told him.
6   Q  And, from your reaction, you felt he had been
7  unaware of it?
8   A  Yes.
9   MR. SIMON:  Objection.
10  MR. MALKINSON:  Q  Why did you believe he was
11  unaware of it?  What did he say or do?
12  A  He had his nurse to call the pharmacy to find
13  out.  She said yes.
14  Q  If your medical records show that you saw Dr.
15  Patel -- Well, strike that.
16      You mentioned several tests that you had taken
17  shortly after the recall was made known to you, a
18  digoxin blood level, EKG, CAT scan, stress level, et
19  cetera, right?
20  A  Yes.
21  Q  Is it your contention that those were -- that
22  you incurred expense from those because of the recall
23  and the need to evaluate you, yourself, to see if you
24  had suffered from any ill-impact from a high dose of
25  Digitek?

Willie Mae Wilburn

Page 129

1    A  Yes.
2    Q  Did your doctor -- Strike that.
3        Did Dr. Patel ever give you any written
4    material, information, about Digitek at any time that
5    you've been under his care?
6    A  No.
7    Q  You mentioned a grandmother that you believed
8    had heart problems.  Is that just based on what you
9    heard from other people?
10   A  Yes.
11   Q  You've never spoken with your grandmother's
12   doctors or had any first-hand knowledge of --
13   A  No.
14   Q  -- whether or not she had heart problems?
15   A  No.
16   Q  After you found out about the Digitek recall you
17   had some initial digoxin blood level tests done,
18   correct?
19   A  Yes.
20   Q  And one of those tests was one of the ones that
21   Dr. Patel told you was high?
22   A  Yes.
23   Q  I guess I'll preface my next question by saying,
24   without waiving my objection on the collateral source
25   rule, but to the extent we got limited by some court

Page 130

1    ruling on what amounts she can recover for, the whole
2    bill or just what she paid, I'm going to ask a couple of
3    questions without waiving our rights on that.
4        When you would go to the hospital for the
5    testing, was your copay just $5?
6    A  No, it was more when I went to the hospital.
7    Q  Have you always taken your medicine as
8    prescribed?
9    A  Yes.
10   Q  I think you -- Am I recalling correctly that you
11   described earlier that the pharmacy -- or part of what
12   the pharmacy told you was that the Digitek was a recall
13   because some of the doses may have been higher than what
14   they were supposed to be?
15   A  Yes.
16   Q  And am I correct in stating that part of your
17   concern and motivation in bringing the case has to do
18   with your sense that the company distributed and sold
19   pills that had or may have had doses higher than the
20   labeled dose of the pill?
21   MR. SIMON:  Objection.
22   MS. WEST:  Objection.
23   MR. MALKINSON:  Q  You can answer.
24   A  Yes.
25   Q  I'm going to ask you some questions about the

Page 131

1    lawsuit itself.  You were asked whether you ever spoke
2    to anyone about Digitek.  You mentioned some family
3    members.  But did you -- You also spoke with lawyers
4    regarding it, the Digitek problem?
5    A  Yes.
6    Q  Have you made it a point to keep in touch with
7    your attorneys regarding the lawsuit?
8    A  Yes.
9    Q  What have you done in that regard?
10   MR. SIMON:  Objection.
11   MR. MALKINSON:  Q  What have you done to keep up
12   with it?
13   A  I have been in contact with a lawyer.
14   Q  That would be me?
15   A  Yes.
16   Q  Okay.  What do you do to contact me?
17   A  To find out, you know, what I need to win.
18   Q  I'm saying, are you writing me letters?  Are you
19   calling me on the phone?  What are you doing?
20   A  Calling.
21   Q  And you've also received contact back from your
22   lawyers?
23   A  Yes.
24   Q  Do you have -- Is it your understanding that
25   your lawsuit was ever transferred from one courthouse to

Page 132

1    another?
2    A  Yes.
3    Q  And where -- And what can you tell me about
4    that?
5    A  I know it was in New Jersey first, and they had
6    to transfer it to -- I can't recall the state.
7    Q  Do you recall if it was West Virginia?
8    A  West Virginia, yes.
9    Q  You've described today that you believe you
10   became responsible for some expenses that were related
11   to the recall of Digitek and the evaluation of you to
12   see if you had any physical problems from the recall of
13   Digitek, correct?
14   A  Yes.
15   Q  Is it your -- Do you have a feeling one way or
16   the other, do you believe other people may have incurred
17   similar expenses?
18   MR. SIMON:  Objection.
19   MS. WEST:  Objection.
20   THE WITNESS:  Yes.
21   MR. MALKINSON:  Q  And is that the class of people
22   that you are seeking to represent in this case?
23   MR. SIMON:  Objection.
24   THE WITNESS:  Yes.
25   MS. WEST:  Objection.

33  (Pages 129 to 132)

Willie Mae Wilburn

---

Page 133

1    MR. MALKINSON: Q  Why do you think you would be a
2  good representative?
3    A  Because I know for myself what I was feeling,
4  and I'm quite sure they had the same symptoms as me.
5    Q  In terms of the expenses that were incurred by
6  you, why do you think you'd be a good representative on
7  any claim to recoup expenses for other people?
8    MR. SIMON: Objection.
9    MS. WEST: Objection.
10    MR. MALKINSON: Q  You can answer.
11    A  Okay. I had expenses and I know they did, too,
12  because we all developed this digoxin problem.
13    Q  Do you believe the types of expenses you had
14  were the same or similar to the types of expenses other
15  people that were -- other people had that had been
16  taking Digitek when it was recalled?
17    MR. SIMON: Objection.
18    MS. WEST: Objection.
19    MR. MALKINSON: Q  you can answer.
20    A  I can't tell --
21    MR. MALKINSON: Can you read the question back,
22  please. Listen to the question.
23    (Record read.)
24    MR. SIMON: Objection.
25    MS. WEST: Objection.

---

Page 134

1    THE WITNESS: Yes.
2    MR. MALKINSON: Q  If you were to be offered your
3  own expenses back in this case, would that be good
4  enough for you to just walk away from the case?
5    A  No.
6    Q  And why is that?
7    A  Well, I leave that up to the lawyers and judge.
8    Q  But why is it that you don't -- Do you just want
9  your own expenses?
10    A  Yes.
11    Q  Or do you want the expenses for everybody?
12    MR. SIMON: Objection.
13    MS. WEST: Objection.
14    THE WITNESS: I want the expense for everybody.
15    MR. MALKINSON: Q  So I'm asking you, if you were
16  offered a reimbursement of your personal expenses
17  incurred from the Digitek today, would that be enough to
18  make you walk away?
19    A  No.
20    Q  You would -- Would you wish to stay on and
21  pursue the case on behalf of everyone else that had the
22  same issue?
23    A  Yes.
24    Q  When your lawsuit was first filed, you had an
25  opportunity to review the complaint, correct?

---

Page 135

1    A  Yes, I reviewed it.
2    Q  And you looked through it?
3    A  I looked through it.
4    Q  And is it your understanding that at that time
5  initially the claim included a class action claim that
6  also at that time sought recovery for injuries as well
7  as expenses?
8    A  Yes.
9    Q  And is it your understanding that the class
10  portion of the claim has been modified since then?
11    MR. SIMON: Objection.
12    MS. WEST: Objection.
13    MR. MALKINSON: Q  Changed.
14    A  Yes.
15    Q  And so that now what is the class, what portion?
16  What group are you trying to represent or what was
17  changed?
18    A  The class action?
19    Q  Right. What is it now? Before it was injuries
20  and expenses. What is it now?
21    MR. SIMON: Objection.
22    MS. WEST: Objection.
23    THE WITNESS: Now it's a class action on the other
24  persons.
25    MR. MALKINSON: Q  I'm asking you, what is your

---

Page 136

1  understanding of what the class action part is for now?
2  Is it to recover personal injuries for everyone or is it
3  to recover for expenses of everyone?
4    MR. SIMON: Objection.
5    MS. WEST: Objection.
6    MR. MALKINSON: Q  Or both?
7    MR. SIMON: Objection.
8    MS. WEST: Objection.
9    MR. MALKINSON: Q  what is it today?
10    MR. SIMON: Objection.
11    THE WITNESS: Class action, because it recovers off
12  of -- to help the people.
13    MR. MALKINSON: Q  Is it just for expense -- Is it
14  just for the expenses now? Is it your understanding --
15  Okay, strike that.
16       Initially you understood that your lawsuit,
17  when you first filed it in New Jersey, was for both a
18  class action for everyone that was injured and a class
19  action for everyone that incurred expenses from the
20  Digitek, correct?
21    MR. SIMON: Objection.
22    MS. WEST: Objection.
23    THE WITNESS: Everyone that was injured.
24    MR. MALKINSON: Q  And everyone that spent money,
25  correct?

---

Rennillo Deposition & Discovery
Cleveland 216.523.1313    www.rennillo.com    888.391.3376 (Depo)

Willie Mae Wilburn

Page 137

1    A  Yes.
2    Q  That's what I mean by expenses.
3    A  Yes.
4    Q  Okay.  Is it your understanding that you've now
5    withdrawn -- that we've withdrawn the class action part
6    that pertains to the injuries and we're only pursuing
7    the class action for expenses?
8    MR. SIMON: Objection.
9    MS. WEST: Objection.
10   THE WITNESS: Yes.
11   MR. MALKINSON: Q  Some people -- Am I correct
12   that, for all you know, some people that incurred
13   expenses may feel that they were injured and some people
14   may feel that they were not personally injured?
15   MR. SIMON: Objection.
16   MS. WEST: Objection.
17   MR. MALKINSON: Q  Correct?  But they all may still
18   have had expenses?
19   A  Yes.
20   Q  If you were selected in the future as a class
21   representative, would you eagerly pursue the case on
22   behalf of everyone that was in a similar situation and
23   had a typical expense claim as you?
24   MR. SIMON: Objection.
25   MS. WEST: Objection.

Page 138

1    THE WITNESS: Yes.
2    MR. MALKINSON: Q  Is it your understanding that
3    your attorneys are advancing the costs of the
4    litigation?
5    A  Yes.
6    MR. MALKINSON: I'm done.
7    FURTHER EXAMINATION
8    by Mr. Simon:
9    MR. SIMON: Q  Mrs. Wilburn, I want to take you
10   back to the April 29th of 2008 visit you had with Dr.
11   Patel.  Do you remember that time period just after the
12   recall?
13   A  Yes.
14   Q  Did you tell Dr. Patel that you were having
15   palpitations at that time?
16   MR. MALKINSON: If you recall.
17   THE WITNESS: He had told me.
18   MR. SIMON: Q  So Dr. Patel told you on the April
19   29th of 2008 visit that you were having palpitations?
20   A  He told me I was having palpitations.  He told
21   me in February or March that I was having them.
22   Q  I'm just talking about April 29th of 2008 when
23   you went to go see Dr. Patel.
24   A  Yes.
25   Q  You went to go see him on that date, correct?

Page 139

1    A  Yes.
2    Q  We talked about that.  It was two days after you
3    received a call from the pharmacy, correct?
4    A  Yes.
5    Q  On April 29th of 2008 did you report to Dr.
6    Patel that you were having palpitations?
7    A  Yes.
8    Q  On April 29th of 2008 did you tell Dr. Patel you
9    were experiencing dizziness?
10   A  Yes.
11   Q  Were you also experiencing nausea when you went
12   to go see Dr. Patel on April 29th?
13   A  March.
14   Q  We're still just talking about April 29th.
15   A  Yes.
16   MR. MALKINSON: He's asking if you complained of
17   nausea on that day.  If you remember, then tell him.  If
18   you don't remember, then tell him you don't remember.
19   THE WITNESS: I can't remember that day.
20   MR. SIMON: That's all the questions I have.  Thank
21   you.
22   RE-EXAMINATION
23   by Mr. Malkinson:
24   MR. MALKINSON: Q  Your symptoms during this period
25   in April and May of 2008 varied a little from

Page 140

1    day-to-day; is that right?
2    A  Yes.
3    Q  And am I correct that if -- Well, strike that.
4    If Dr. Patel's records for a particular visit
5    might show that you didn't make complaints that you may
6    have stated you made, could it be that you simply just
7    have the day confused with another day when you were
8    having those symptoms?  Do you understand what I'm
9    asking you?
10   If you went in and his records said you had no
11   complaint, but you did say you had complaints on the
12   29th, could it be, as you sit here today, you are
13   confused about which day; you just know you had those
14   symptoms somewhere during that period, but it may not
15   have been that day?
16   MR. SIMON: Objection.
17   MS. WEST: Objection.
18   THE WITNESS: It may not have been that day.
19   MR. MALKINSON: Okay.  Done.  We'll reserve.
20   (Whereupon, the deposition was concluded.)
21   MR. MALKINSON: I'm just going to make a short
22   statement regarding the evaluation of the tablets that
23   were contained in Ms. Wilburn's pill bottle that we
24   brought with us today.  I have no objection to the
25   evaluation that counsel wants to do.  It's going to be

35  (Pages 137 to 140)

Willie Mae Wilburn

## Page 141

1  done off the record.
2      The statement I want to make is that I don't
3  know anything about the calibration of the equipment, so
4  I'm not -- by allowing it to happen, I'm not attesting
5  to the accuracy of any of the findings, but we're going
6  to sit here and get it done. We'll do this evaluation,
7  and Ms. Wilburn will sit through that process as well.
8  Thank you.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 142

1  STATE OF ILLINOIS  )
                     ) SS:
2  COUNTY OF C O O K )
3
4      The within and foregoing deposition of the
5  aforementioned witness was taken before NADINE J. WATTS,
6  CSR, RPR and Notary Public, at the place, date and time
7  aforementioned.
8      There were present during the taking of the
9  deposition the previously named counsel.
10     The said witness was first duly sworn and was
11 then examined upon oral interrogatories; the questions
12 and answers were taken down in shorthand by the
13 undersigned, acting as stenographer and Notary Public;
14 and the within and foregoing is a true, accurate and
15 complete record of all of the questions asked of and
16 answers made by the forementioned witness, at the time
17 and place hereinabove referred to.
18     The signature of the witness was not waived,
19 and the deposition was submitted, pursuant to Rules
20 30(e) of the Rules of Civil Procedure for the United
21 States District Courts, to the deponent per copy of the
22 attached letter.
23     The undersigned is not interested in the
24 within case, nor of kin or counsel to any of the
25 parties.

## Page 143

1      Witness my official signature and seal as
2  Notary Public in and for Cook County, Illinois on this
3  _____ day of _____, A.D. 2009.
4
5
       _____
6      NADINE J. WATTS, CSR, RPR
       License No. 084-002736
       Notary Public
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 144

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2               CHARLESTON DIVISION
3  IN RE: DIGITEK PRODUCT LIABILITY ) MDL NO. 1968
       LITIGATION            )
4                            )
   _____ )
5  THIS DOCUMENT RELATES ONLY TO:  )
                            )
6  Kevin Clark and Willie Mae    )
   Wilburn, Individually and on   )
   behalf of all others similarly )
7  situated,                )
       Plaintiffs,           )
8                            )
       vs.          ) MDL NO. 2:08-1017
9                            )
   ACTAVIS GROUP, hf, et al.,    )
10 _____ Defendants.       )
11
12     I hereby certify that I have read the
13 foregoing transcript of my deposition given at the time
14 and place aforesaid, consisting of Pages 1 to 144,
15 inclusive, and I do again subscribe and make oath that
16 the same is a true, correct, and complete transcript of
17 my deposition so given as aforesaid, and includes
18 changes, if any, so made by me.
19
20     _____
       WILLIE MAE WILBURN
21
22 SUBSCRIBED AND SWORN TO before me this
23 _____ day of _____, 2009.
24 _____
25 Notary Public

36  (Pages 141 to 144)

Willie Mae Wilburn

```
                                    Page 145
 1    CASE:  Willie Mae Wilburn vs. Actavis, et al.
 2    DATE TAKEN:  August 6, 2009
 3    DEPONENT:  Willie Mae Wilburn
 4    PAGE   LINE        ERRATA SHEET
 5    ____ _____ CHANGE: _____
 6    ____ _____ REASON: _____
 7    ____ _____ CHANGE: _____
 8    ____ _____ REASON: _____
 9    ____ _____ CHANGE: _____
10    ____ _____ REASON: _____
11    ____ _____ CHANGE: _____
12    ____ _____ REASON: _____
13    ____ _____ CHANGE: _____
14    ____ _____ REASON: _____
15    ____ _____ CHANGE: _____
16    ____ _____ REASON: _____
17    ____ _____ CHANGE: _____
18    ____ _____ REASON: _____
19    ____ _____ CHANGE: _____
20    ____ _____ REASON: _____
21    ____ _____ CHANGE: _____
22    ____ _____ REASON: _____
23
24    (SIGNED)_____
25    Reporter:  Nadine J. Watts, CSR, RPR
```