# Exhibit U

# In Re:

*Digitek*

---

*Terri-Lee Nataline, Esquire*

*December 14, 2009*

*Confidential – Subject to Further Confidentiality Review*

---

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File tn121409.txt

Min-U-Script® with Word Index

Page 13

1  beyond the Bachelor degree?
2  A  No.
3  Q  And when did you get your
4  undergraduate degree?
5  A  '92, 1992.
6  Q  From what institution?
7  A  University of Delaware.
8  Q  So you went to work for Purepac
9  directly out of your undergraduate program?
10 A  Yes.
11 Q  Worked for them for eight years and
12 then -- or actually worked for them about six
13 or seven years and then went to law school;
14 correct?
15 A  Well, I went to law school while I
16 was working at Purepac.
17 Q  When did you start law school?
18 A  1996.
19 Q  Were you going at night?
20 A  Yes.
21 Q  So you went to law school from 1996
22 to 2001?
23 A  I graduated in 2000.  It was four
24 years.

Page 14

1  Q  And then what did you do after you
2  got out of law school?
3  A  I joined a law firm.
4  Q  What's the name of the law firm?
5  A  Frommer Lawrence & Haug.
6  Q  How big a firm was that?
7  A  At the time it was approximately 40
8  attorneys.
9  Q  And what kind of law did you
10 practice there?
11 A  Intellectual property.
12 Q  So that's copyrights, trademarks,
13 patents?
14 A  Primarily patents.
15 Q  And what kind of patent work were
16 you doing?
17 A  I was involved in litigations for
18 pharmaceutical companies.
19 Q  So you actually represented
20 pharmaceutical companies suing other
21 pharmaceutical companies over patent
22 infringements?
23 A  That's correct.
24 Q  And how long did you do that kind of

Page 15

1  work?
2  A  Four years.
3  Q  And then after that, what did you
4  do?
5  A  I joined Alpharma.
6  Q  So that would have been in 2004?
7  A  It was October 2004.
8  Q  And what kind of work did you
9  initially do with Alpharma?
10 A  Intellectual property.
11 Q  Okay.  So there you were
12 representing Alpharma in any cases they had
13 involving patent infringement?
14 A  That's correct.
15 Q  And for how long did you do that
16 kind of work?
17 A  Until August 2008.
18 Q  Now, during the time that you worked
19 in -- after you got out of law school and
20 during the time that you worked in patent
21 litigation either for the law firm or for
22 Alpharma, did you have or receive any medical
23 training?
24 A  No.

Page 16

1  Q  As we sit here today, did you have
2  any medical training outside of working for
3  pharmaceutical companies in intellectual
4  property litigation?
5  A  No.
6  Q  Okay.  Describe for me the
7  organization of the regulatory affairs
8  department as of the time you started working
9  for Actavis in the regulatory affairs
10 department as vice president in 2008.
11     Let me back up a second and ask
12 another question.  You said you worked in
13 intellectual property for Alpharma, and then
14 they were acquired by Actavis; correct?
15 A  That's correct.
16 Q  And you continued to do intellectual
17 property work after the acquisition?
18 A  Yes.
19 Q  And then in August of 2008 is when
20 you took your current position of vice
21 president of regulatory affairs and medical
22 affairs?
23 A  Yes.
24 Q  So you have two different

Digitek          Confidential – Subject to Further Confidentiality Review    Terri-Lee Nataline, Esquire
December 14, 2009

Page 17

1 departments reporting to you?
2 A Yes.
3 Q Okay. I want to talk about each of
4 those. Tell me about the organization of the
5 regulatory affairs department as of the time
6 that you took over.
7 A The group was -- there are several
8 groups representing each of the US entities.
9 So we had a regulatory group that handled
10 regulatory matters for Actavis Elizabeth, a
11 group that represented matters for Actavis
12 Mid-Atlantic, another group responsible for
13 Actavis Totowa, and finally a group
14 responsible for Actavis South Atlantic.
15 Q I'm sorry. I didn't hear the last
16 one.
17 A Actavis South Atlantic. It's an
18 entity down in Florida.
19 Q Okay. How do you spell the first
20 part before you said Atlantic? What was that?
21 A South.
22 Q South?
23 A South, S-O-U-T-H.
24 Q Sure, got it. So each of those

Page 18

1 different Actavis plants had a regulatory
2 group?
3 A Yes. They weren't necessarily
4 plants. In some instances, there were several
5 facilities. For example, the Mid-Atlantic
6 group had three facilities.
7 Q Okay. So there was a regulatory
8 group for those three facilities?
9 A Uh-huh.
10 Q The Elizabeth group, that was in
11 Elizabeth, New Jersey?
12 A Yes.
13 Q And was that for one facility?
14 A They handled filings for Elizabeth
15 as well as some third-party filings.
16 Q Okay. When you say "third-party
17 filings," what are you talking about?
18 A They would be products developed and
19 manufactured for Actavis Elizabeth by a
20 company that's not owned by Actavis.
21 Q Okay. So they had the reporting
22 requirements for a drug manufactured for
23 Actavis but according to the Actavis
24 specifications?

Page 19

1 A That's correct.
2 Q Now, the Totowa group, how many
3 facilities did they cover?
4 A It would be the three facilities.
5 Q Okay. That was Riverview, Taft, and
6 Little Falls?
7 A Yes.
8 Q And the South Atlantic had one
9 facility; is that correct?
10 A Yes.

18 Q -- some manager?
19 A Yes.
20 Q Who was the director for the Totowa
21 group?
22 A There was not a director. There was
23 a manager.
24 Q Okay. Who was the manager?

Page 20

1 A Augustine Frimpong, F-R-I-M-P-O-N-G.
2 Q How about for the Elizabeth group;
3 who was the manager or director there?
4 A Janak Jadeja.
5 Q How do you spell that one?
6 A J-A-N-A-K J-A-D-E-J-A.
7 Q How about for the Mid-Atlantic
8 group?
9 A Betsy Trowbridge.
10 Q T-R-O-W-B-R-I-D-G-E?
11 A Yes.
12 Q How about the South Atlantic
13 facility?
14 A Monique Weitz.
15 Q Is that W-E-I-T-Z?
16 A Yes.
17 Q Now, the medical affairs group when
18 you arrived in August of 2008, how was that
19 organized?
20 A There is a director.
21 Q Is this a director for the entire
22 United States for Actavis?
23 A Yes.
24 Q And who was the director of medical

Digitek          Confidential – Subject to Further Confidentiality Review          Terri-Lee Nataline, Esquire
December 14, 2009

Page 21

1  affairs when you arrived?
2  A  Sarita Thapar.
3  Q  That's T-H-A-P-A-R?
4  A  Yes.
5  Q  And how many employees reported up
6  through Sarita Thapar?
7  A  Eight or nine.
8  Q  Okay.  And where was Sarita located?
9  A  In Elizabeth.
10  Q  Before you became director of
11  regulatory and medical affairs, where was your
12  office at Actavis?
13  A  I wasn't director.
14  Q  I'm sorry.  Before you became vice
15  president of regulatory affairs and medical
16  affairs, where was your office with Actavis?
17  A  Elizabeth.
18  Q  Were all of the management employees
19  located there?
20  A  I'm sorry?
21  Q  Were all the business management
22  people for Actavis located in Elizabeth?
23  A  No.
24  Q  Well, explain to me how the company

Page 22

1  was organized in terms of office locations.
2  Where was the CEO located?
3  MR. ANDERTON: Objection.
4  You may answer.
5  THE WITNESS: It depends on the
6  time frame.
7  BY MR. BLIZZARD:
8  Q  Well, when you arrived, where was
9  the CEO of Actavis Totowa located?
10  MR. ANDERTON: Objection.
11  You may answer.
12  THE WITNESS: I don't believe
13  there was a CEO of Actavis Totowa.
14  BY MR. BLIZZARD:
15  Q  So when you arrived in August of
16  2008, there was no CEO of Actavis Totowa?
17  A  I don't believe so.
18  Q  Was Divya Patel a CEO of Actavis,
19  Actavis Totowa, at some point in time?
20  A  I don't know.
21  Q  Was he still employed by Actavis
22  when you arrived as vice president of
23  regulatory and medical affairs?
24  A  He was employed at Actavis.

Page 23

1  Q  He was?
2  A  Yes.
3  Q  You don't know what his position
4  was?
5  A  No.  It -- the titles changed
6  frequently during that time.
7  Q  Tell me what other titles changed at
8  that time.
9  MR. ANDERTON: Objection.
10  You may answer.
11  THE WITNESS: With respect to
12  whom?
13  BY MR. BLIZZARD:
14  Q  With respect to anybody you knew in
15  management.
16  A  I believe Divya at one point was
17  president of Actavis.  Then he was -- he had
18  some responsibility for R&D.  At one point
19  Doug Boothe was -- I think he was an executive
20  vice president and chief operating officer.
21  It was a fluid time.  There were two
22  to three individuals that were managing the
23  Actavis US business.
24  Q  What was the reason why it was a

Page 24

1  fluid time when you arrived?
2  MR. ANDERTON: Objection.
3  You may answer.
4  THE WITNESS: I think it was
5  just a function of Actavis acquiring
6  several entities in a short period of
7  time.
8  BY MR. BLIZZARD:
9  Q  Okay.  So when you arrived, your
10  understanding of why there was a fluidity of
11  the positions of various people had to do with
12  the Actavis acquisition?
13  A  Yes.
14  Q  And the Actavis acquisition started
15  when?
16  A  The acquisitions in the US?
17  Q  Yes.
18  A  They acquired Amide first.  I don't
19  recall when that occurred, followed by
20  Alpharma.
21  Q  And they acquired Alpharma you said
22  when?
23  A  Say 2005.  It was thereabouts.
24  Q  And didn't they acquire Amide

**Page 25**

1 shortly before that?
2 A  I believe so.
3 Q  Okay.  So is it possible that was
4 also in 2005?
5 A  I don't know.
6 Q  So as of 2008, the positions at the
7 company following those acquisitions were
8 still fluid; correct?
9 A  Yes.
10 Q  Was there a lot of turnover?
11 A  I don't know.
12 Q  Were any of the key positions in the
13 company turning over when you arrived in
14 August of 2008?
15     MR. ANDERTON: Objection.
16     You may answer.
17     THE WITNESS: I don't know.
18 There were a few exits.
19     BY MR. BLIZZARD:
20 Q  Who were the few exits that you're
21 aware of?
22 A  The exits would be individuals who
23 had responsibility -- I'm sorry.  What time
24 frame?  2008?

**Page 26**

1     BY MR. BLIZZARD:
2 Q  When you arrived.
3 A  When you say "arrived," I was, I
4 guess, always with Actavis.
5 Q  I'm sorry.  I'll make it clear.
6 When you arrived in your current position,
7 August 14th of 2008, who were the exits that
8 you were aware of?
9 A  Jasmine Shah, Divya Patel, Steinthor
10 Palsson.
11 Q  Excuse me?
12 A  Steinthor Palsson.
13 Q  How do you spell his last name?
14 A  P-A-U-L-S-S-O-N.
15 Q  Is that it?
16 A  Those were the significant changes
17 that I recall.
18 Q  Okay.  Well, we'll talk about some
19 of the details of that later.  Tell me the
20 function first of the regulatory affairs
21 department when you arrived in August of 2008.
22 A  The function is to oversee ANDA
23 filings with FDA and to submit the requisite
24 supplements, annual reports, amendments to

**Page 27**

1 those filings to support the ongoing business.
2 Q  What is an ANDA?
3 A  An abbreviated new drug application.
4 Q  And then does that require that you
5 file follow-up periodic reports with the FDA?
6 A  It requires that we file annual
7 reports.
8 Q  So you don't have to file quarterly
9 reports?
10 A  The medical affairs group files
11 periodic reports.
12 Q  But the regulatory affairs group
13 files annual reports?
14 A  Yes.
15 Q  Any other reporting requirements
16 other than the annual report for an ANDA?
17 A  Annual reports are required once the
18 ANDA is approved.
19 Q  And there was an ANDA for Digitek,
20 wasn't there?
21 A  Yes.
22 Q  Do you know when the ANDA was
23 approved by FDA?
24 A  No.

**Page 28**

1 Q  Do you know -- are you familiar with
2 any of the annual reports for the Digitek
3 ANDA?
4 A  I'm familiar with one.
5 Q  Which one?
6 A  It would have been the last one,
7 2008's annual report.
8 Q  Okay.  When was that filed with FDA?
9 A  I don't recall exactly.
10 Q  Was it timely filed?
11 A  Yes.
12 Q  What was the function of the medical
13 affairs group when you arrived in August of
14 2008?
15 A  They intake calls from consumers,
16 pharmacists.  We call them reporters.  They
17 intake adverse drug events, product
18 complaints, record them, and submit them to
19 FDA.
20 Q  Are you involved with the
21 submission?
22 A  No.
23 Q  How often do they submit their
24 adverse event reports to FDA?