# Exhibit V

# In Re:
*Digitek*

*Richard Dowling*
*December 16, 2009*
*Confidential – Subject to Further Confidentiality Review*

## GOLKOW TECHNOLOGIES, INC.
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File rd121609.txt
Min-U-Script® with Word Index

Page 21

1  you producing anything else at the Little
2  Falls plant?
3  A  No.
4  Q  How many tablets per month are you
5  making currently at the Little Falls plant?
6     MR. ANDERTON: Objection.
7     I instruct the witness not to
8  answer.
9     MR. THOMPSON: And -- okay.
10    MR. ANDERTON: That's specific
11 production information relating to a
12 product other than Digitek.
13    BY MR. THOMPSON:
14 Q  And I assume that they're using
15 pressing techniques. Are you using tablet
16 presses to make this product?
17    MR. ANDERTON: Objection.
18    I instruct the witness not to
19 answer.
20    BY MR. THOMPSON:
21 Q  Have you altered your tableting
22 process in any way from the time that this
23 plant was shuttered until it's currently been
24 reopened?

Page 22

1     MR. ANDERTON: Objection.
2     You may answer.
3     THE WITNESS: What do you mean
4  by "altered"?
5     BY MR. THOMPSON:
6  Q  Have you changed -- for example,
7  let's go down the list. Have you bought new
8  presses?
9  A  Yes.
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 Q  And that is a function of good
20 manufacturing process, is it not?
21    MR. ANDERTON: Objection.
22    You may answer.
23    THE WITNESS: Yes.
24

Page 23

1     BY MR. THOMPSON:
2  Q  And the absence of a weighing device
3  is evidence of a failure to use good
4  manufacturing procedure; is that right?
5     MR. ANDERTON: Objection.
6     You may answer.
7     THE WITNESS: I don't know.
8     BY MR. THOMPSON:
9  Q  In the absence of an ability to
10 weigh the product as it comes off, do you rely
11 on a visual inspection to notice whether or
12 not a tablet is of proper composition?
13    MR. ANDERTON: Objection.
14    You may answer.
15    THE WITNESS: I would need to
16 know what you mean by "proper
17 composition."
18    BY MR. THOMPSON:
19 Q  Well, tell me this: In what ways
20 can a tablet fail to meet specifications?
21 A  It may fail due to one of the
22 attributes listed in the master formula.
23 Q  Okay. Is it possible that it could
24 be too big or too small?

Page 24

1  A  Yes, that is possible.
2  Q  Is it possible that the active
3  ingredient could be too much or too little?
4  A  I don't know.
5  Q  Is it possible that it could be too
6  crumbly?
7  A  Yes.
8  Q  Is it possible that it could not
9  last as long as it should?
10 A  What do you mean by "last"?
11 Q  I mean, could it over the passage of
12 time, could it fall apart or become less
13 potent?
14    MR. ANDERTON: Objection.
15    You may answer.
16    THE WITNESS: I don't know
17 that. I don't know.
18    BY MR. THOMPSON:
19 Q  Now, let's assume that all of those
20 are possibilities. Whose job would it be to
21 check and make sure that the product that
22 you -- well, you're not producing it now.
23 You're in compliance. But let's go back to
24 when you were the director of manufacturing

Page 25

1  operations. Who would be responsible for
2  making sure that those you call them
3  specifications are met?
4      MR. ANDERTON: Objection.
5      You may answer.
6      THE WITNESS: The operator
7  running the tablet press.
8      BY MR. THOMPSON:
9  Q  Anybody else?
10 A  Quality assurance inspectors.
11 Q  Okay. Now, would they inspect every
12 pill or how would they do it?
13 A  They would do it based on their
14 approved sampling plan.
15 Q  Okay. Now, was there any product
16 that was produced by the Actavis Little Falls
17 plant that was not subject to quality
18 assurance?
19 A  No.
20 Q  Did the quality assurance physically
21 come out into the manufacturing floor and get
22 random samples or did the operator select
23 samples to send to quality assurance?
24 A  Quality assurance came to the floor

Page 26

1  to take random samples.
2  Q  Okay. And if I looked, where would
3  it tell me how often they came?
4  A  You may find that in the batch
5  record for a particular batch.
6  Q  Now, let's go back to the oxycodone
7  production that you have now. Who is the
8  manufacturer of the current presses that are
9  being used to make oxycodone?
10 A  Pharm Tech Korea, PTK.
11 Q  Do you recall the presses that were
12 used at the Little Falls plant prior to it
13 being -- prior to it ceasing production in
14 2008?
15 A  Yes.
16 
17
18
19
20
21     BY MR. THOMPSON:
22 Q  And who manufactured the presses
23 that were used for products other than
24 Digitek?

Page 27

1      MR. ANDERTON: Objection.
2      I instruct the witness not to
3  answer.
4      BY MR. THOMPSON:
5  Q  How old were the machines, were the
6  Stokes machines that were used to press
7  Digitek during the period 2005 to 2008?
8  A  I don't know.
9  Q  Did you have between the period 2005
10 and 2008, did you have occasion to replace any
11 press at the Little Falls plant?
12 A  I don't recall.
13 Q  When you say you don't recall, is
14 there some document that would jog your memory
15 or some document we could refer to that would
16 give us an equipment history of these presses?
17 A  I don't know.
18 Q  Now, there's nothing magic about any
19 of these presses, is there?
20     MR. ANDERTON: Objection.
21     You may answer.
22     BY MR. THOMPSON:
23 Q  I mean, the presses are
24 interchangeable; isn't that right?

Page 28

1      MR. ANDERTON: Objection.
2      BY MR. THOMPSON:
3  Q  So when Mr. Anderton tells us that
4  you're directed to answer only as to Digitek,
5  any of the presses at the Little Falls plant
6  can be set up to press Digitek; isn't that
7  right?
8      MR. ANDERTON: Objection.
9      You may answer.
10     THE WITNESS: Only certain
11 presses could be set up for Digitek.
12     BY MR. THOMPSON:
13 Q  And what would be the reason that
14 some could and some could not?
15 A  We would use for Digitek the
16 45-station press.
17 Q  Now, I've seen that in the
18 documents. I don't know what 45-station -- I
19 know what I think it means, but I'm going to
20 ask you, what does that mean?
21 A  There are actually 45 stations on
22 the press that will compress a tablet.
23 Q  Are you saying there are 45 points
24 at which you can generate a pressing force to

### Page 29

1  make a tablet --
2  A  Yes.
3  Q  -- on that machine?
4  A  Yes.
5  Q  And does that mean that each time
6  you close the press, you make 45 tablets?
7  A  What do you mean by "close the
8  press"?
9  Q  When I say "close," I mean when you
10 engage the press. Each time it exerts force,
11 does it make 45 tablets?
12 A  It makes one tablet at a time in
13 each of the 45 stations.
14 Q  Now, the presses that are not used
15 to make Digitek, you described these as
16 45-station, what are those?
17 A  They were smaller presses.
18 Q  When you say "smaller" --
19 A  Less stations.
20 Q  Less stations. Is it less force?
21 A  No.
22 Q  When you say "less stations," how
23 many?
24    MR. ANDERTON: Objection.

### Page 30

1     You may answer.
2     THE WITNESS: I don't recall.
3     BY MR. THOMPSON:
4  Q  Did you have any bigger than 45
5  stations?
6  A  No.
7  Q  What is the drug that you made the
8  most of at Little Falls between 2005 and 2008?
9     MR. ANDERTON: Objection. I
10 instruct the witness to answer only with
11 respect to Digitek. If you can answer
12 that question limited to Digitek, then
13 you may.
14    MR. THOMPSON: Well, let me ask
15 it another way.
16    BY MR. THOMPSON:
17 Q  Isn't Digitek the largest single
18 tableted pharmaceutical that was made at the
19 Little Falls plant in terms of numbers?
20    MR. ANDERTON: Objection.
21    You may answer.
22    THE WITNESS: Define "largest"
23 for me.
24

### Page 31

1     BY MR. THOMPSON:
2  Q  Just in terms of numbers of pills,
3  numbers of tablets per month.
4     MR. ANDERTON: Objection.
5     You may answer.
6     THE WITNESS: I don't know
7  about tablets per month.
8     BY MR. THOMPSON:
9  
10
11
12
13
14
15 Q  And which -- was any other drug
16 bigger than that?
17    MR. ANDERTON: Objection. I --
18    BY MR. THOMPSON:
19 Q  In terms of batch size.
20    MR. ANDERTON: Objection.
21    I instruct the witness not to
22 answer.
23    MR. THOMPSON: Oh, I realized
24 that that's a very final statement.

### Page 32

1     BY MR. THOMPSON:
2  Q  So when I ask you was Digitek the
3  largest number of tablets produced by the
4  Little Falls plant, your answer is you don't
5  know; is that right?
6  A  Yes.
7  Q  And when I ask you -- well, let's go
8  on from there. I've gotten ahead of myself.
9  I've gotten off track because I'm so
10 interested in so many things. But I'm really
11 early on looking at your resume. And I'm
12 struck once again by the fact that you sum up
13 a very broad and very important job with one
14 line of description. Is there any reason for
15 that?
16    MR. ANDERTON: Objection.
17    You may answer.
18    THE WITNESS: This is not my
19 resume.
20    BY MR. THOMPSON:
21 Q  Well, where did the information for
22 this come from if not from you?
23 A  It came from me.
24 Q  Okay. So when you were asked to