# Exhibit W

# Bell & Bands PLLC
## *Attorneys at Law*

Serving West Virginia for over 25 years
*Free Initial Consultation*
Toll Free · 1-866-912-3007
Local · 304-932-4225

# Attorney Profiles

### Harry F. Bell Jr.
Charleston, West Virginia
*Member*
*phone* (866) 912-3007
(304) 932-4225
*fax* (304) 345-1715
*email* Email Me

The founder of the firm, Harry F. Bell, Jr., received his B.S., cum laude, in Economics from West Virginia University in 1977, and is a 1980 graduate of the West Virginia University College of Law. After having worked as an Assistant Deputy Prosecutor in Kanawha County, West Virginia, Mr. Bell, a native of Charleston, joined the Charleston-based firm of Kay, Casto & Chaney, which later became Kay, Casto, Chaney, Love & Wise, in which he became a partner in 1987. While with Kay, Casto, Mr. Bell learned the civil litigation craft under the tutelage of John S. Haight, Esquire, a legendary West Virginia litigator. Mr. Bell left Kay, Casto in 1992 to form his own civil litigation practice, with the goal of providing personal and high-quality legal services to his clients in the most efficient and cost-effective manner possible, which included the incorporation of the most advanced technology available into his newly-formed law firm. A prominent, well-known West Virginia litigator in his own right, concentrating his practice in the representation of both businesses and individuals, prosecuting and defending civil actions with equal skill and fervor, Mr. Bell is also a trained and experienced mediator whose services are in demand throughout West Virginia. Mr. Bell is a member of the Defense Research Institute, the Association of Trial Lawyers of American and West Virginia, Defense Trial Counsel of West Virginia, and an active supporter of West Virginia University.

**Litigation Percentage:**
95% of Practice Devoted to Litigation

**Bar Admissions:**
West Virginia, 1980
U.S. District Court Southern District of West Virginia, 1980
U.S. District Court Northern District of West Virginia, 1981
U.S. Federal Courts, 1980
U.S. Court of Appeals 4th Circuit, 1982

**Education:**
West Virginia University College of Law, Morgantown, West Virginia, 1980
J.D.

West Virginia University, Morgantown, West Virginia, 1977
B.S.
*Honors:* Cum Laude
Major: Economics

**Representative Clients:**
American Family Insurance Group
AEGIS Insurance
AIG-Aviation
Audi
DaimlerChrysler Corporation
Global Aero/AAU
Lloyd's of London

http://www.belllaw.com/Bio/HarryBell.asp                                                                                                        1/20/2010

Loss Management Service/AVEMCO
Mack Trucks Inc.
Mercedes-Benz USA, Inc.
Mountaineer Gas Company
Southern Aviation Insurance Underwriters
Volkswagon of America
Volvo Trucks

**References:**
Huntington Banks, West Virginia

**Classes/Seminars Taught:**
Instructor, Civil Litigation, Marshall University, 1982 - 1986

Instructor, Mediation Training, West Virginia State Bar, 1992

Instructor, Mediation Seminar, Charleston Chamber of Commerce, 1993

Speaker, Automotive Warranty & Product Liability Law

**Honors and Awards:**
Vice President, Marlyn E. Lugar Moot Trial Association, 1980 - 1982

**Professional Associations and Memberships:**
West Virginia State Bar, Past Chair and Vice Chairman, Lawyers
Professional Liability Insurance Committee

Defense Trial Counsel of West Virginia
Member

Defense Research Institute
Member

West Virginia Alumni Association, Kanawha Valley Chapter, 1985 - 1987
Past President

Charleston Civic Center Board, 1989 - 1992
Past Chairman

West Virginia University Alumni Association, KV Chapter
Past President

Fireman's Civil Service Committee, 1989 - 1992
Past Chairman

Association of Trial Lawyers of America
Member

West Virginia Association of Trial Lawyers
Member

**Past Employment Positions:**
Kay, Casto, Chaney & Associates, Partner, 1986 - 1993

Kay, Casto, Chaney, Love & Wise, Associate, 1981 - 1985

Prosecuting Attorney's Office, Kanawha County, West Virginia, Assistant Deputy Prosecutor, 1980 - 1981

**Ancillary Businesses:**
Lobbying for West Virginia Association of Insurance Companies
Lobbying for Alliance of American Insurers
Mediator for West Virginia State Bar
Mediator for U.S. District Court, Northern District of West Virginia
Mediator for U.S. District Court, Western District West Virginia

**Fraternities/Sororities:**
    Beta Gamma Sigma
    Phi Delta Phi

**The Bell Law Firm, PLLC**
30 Capitol Street
Charleston, WV 25301
Toll-Free: 866-912-3007
Local: 304-932-4225
Fax: 304-345-1715

email the firm | map & directions

Privacy by SafeSubscribe℠   join

© 2010 by The Bell Law Firm PLLC. All rights reserved. Disclaimer | Site Map

FirmSite® by FindLaw, a Thomson Reuters business.