# Exhibit Y

## CARL N. FRANKOVITCH

Born in Steubenville, Ohio, August 26, 1947, admitted to practice law in 1972. Admitted to practice in State Courts of West Virginia, Ohio, and Pennsylvania; U.S. District Court, Northern and Southern Districts of West Virginia; U.S. Court of Appeals, 4th Circuit; U.S. Court of Appeals, 6th Circuit and U.S. District, Northern and Southern Districts of Ohio; U.S. District Court, Western District of Pennsylvania; United States Tax Court; United States Supreme Court.

Education: College of William & Mary (B.S., 1969); West Virginia University (J.D., 1972); Order of the Coif; Phi Alpha Delta; Note Editor, West Virginia Law Review 1971-1972.

Carl N. Frankovitch has been engaged in the practice of law since 1972 and has been actively trying cases during that period. The law firm of Frankovitch, Anetakis, Colantonio & Simon currently consisting of 11 attorneys specializing in all facets of litigation including personal injury, product liability, environmental torts and consumer protection. Mr. Frankovitch has served as one of the lead counsel in <u>National Steel Corporation v. Continental Casualty, et al.</u>, Circuit Court of Hancock County, West Virginia, Civil Action No. 95-C-525; <u>Wheeling Pittsburgh Steel Corporation v. American Home Assurance Company, et al.</u>, Circuit Court of Ohio County, West Virginia, Civil Action No. 93-C-340; <u>In Re: Diet Drug Litigation</u>, Circuit Court of Brooke County, West Virginia, Civil Action No. 98-C-9999 (Class Counsel, Statewide Diet Drug Class Action Litigation); <u>In Re: West Virginia Rezulin Litigation</u>, West Virginia Mass Litigation Panel, Circuit Court of Raleigh County, West Virginia, Civil Action No. 00-C-1180-H; 214 W.Va. 52, 585 S.E. 2nd 52, 2003; <u>Keith Smith, et al. v. Bayer Corporation</u>, Circuit Court of Brooke County, West Virginia, Civil Action No. 01-C-191; <u>Michael McCallister, et al. v. Purdue Pharma, L.P.</u>, Circuit Court of Putnam County, West Virginia, Civil Action No. 01-C-238; <u>In Re: Serzone Products Liability Litigation</u>, U.S. District Court, Southern District of West Virginia, MDL No. 1477.