# Exhibit AA

# MALKINSON & HALPERN, P.C. 208 S. LaSalle Street, Suite 1750, Chicago, IL

**JOHN R. MALKINSON** is a founding member of Malkinson & Halpern, P.C. and has been a licensed attorney since 1983. As a member of the Illinois and federal trial bar, he concentrates his practice in the areas of complex litigation, including numerous regional and national class action lawsuits, commercial litigation, substantial catastrophic injury litigation, interstate trucking accidents, wrongful death, medical malpractice, price-fixing, and whistleblower cases.

Mr. Malkinson has extensive litigation experience in an array of contested disputes in his practice areas. He has participated in the prosecution of price-fixing cases that have returned millions of dollars to United States' businesses victimized by national and international cartels. A list of complex cases he has or continues to prosecute/participate in is attached.

As an appellate lawyer, Mr. Malkinson has successfully argued issues of first impression in Illinois, and has prosecuted cases in the Illinois Appellate Court, and the Illinois Supreme Court, and the United States Seventh Circuit Court of Appeals. He tried a variety of jury cases to verdict, and has lectured on legal issues to several civic groups and professional organizations.

Mr. Malkinson has been selected by his peers as an *Illinois Super Lawyer* for five consecutive years.

Professional Affiliations

Malkinson & Halpern, P.C., Chicago, IL. Principal (1997-present).

Baskin, Server, Berke &Weinstein, Chicago, IL. (1984-1997).

*Admitted to Practice*: State of Illinois; United States Court of Appeals, Seventh Circuit; United States District Court, Northern District of Illinois.

Member: Association of Trial Lawyers of America; Illinois Trial Lawyers Association; Illinois State Bar Association.

Education

Suffolk University Law School, Boston, MA (J.D. 1983).

Grinnell College, Grinnell, IA (B.A. 1979).

Contact Information

*E-mail address:* JMalkinson@MHTriallaw.com

Malkinson & Halpern, P.C.

## Complex Litigation Experience

Mr. Malkinson has substantial experience in all aspects of class action litigation, including written and oral discovery, motion practice, arguing and obtaining class certification; negotiating and consummating settlement. As plaintiffs' counsel, he has actively prosecuted and participated in the prosecution of numerous consumer and antitrust class actions, including:

1. *In Re Potassium Sorbate Direct Purchaser Antitrust Litigation*, (N.D. California) ($96.5 million settlement of price-fixing/antitrust class action against manufacturers of food preservative);

2. *In Re Catfish Antitrust Litigation,* (DC Miss) ($27.5 million settlement of price-fixing/antitrust class action against producers of catfish for the benefit of direct purchasers);

3. *Thompson v. Kraft Foods, et al.* (Cook County, IL) ($9 million settlement in nationwide consumer class action on behalf of purchasers of tainted food);

4. *In Re Maltol Direct Purchaser Antitrust Litigation,* (S.D. New York) ($11 million settlement in nationwide price-fixing/antitrust class action against manufacturers of food additive);

5. *Rivera v. Grossinger Autoplex,* (N.D. Illinois) (regional consumer class action concerning TILA violation);

6. *Sampson v. Eastman Kodak,* (Cook County, IL) (nationwide consumer class action on behalf of purchasers of Kodak instant cameras and film);

7. *In re Salmonella Litigation,* (Cook County, IL) (regional class action arising from sale and consumption of contaminated milk);

8. *In Re Wirebound Box Litigation,* (N. D. Illinois) ($9 million settlement of nationwide price-fixing/antitrust class action);

9. *In Re Kraft Cheese Litigation,* (Cook County, IL) (regional class action on behalf of participants in commercial promotion);

10. *In Re Equitable Life,* (Cook County, IL) (nationwide class action on behalf of mutual insurance company owners/policyholders);

11. *Asch v. Teller, Levit & Silvertrust, P.C.,* (N.D. Illinois) ($1.01 million total settlement, plus permanent injunction, in class action against consumer collection firm for violations of Fair Debt Collection Practices Act and consumer fraud statutes);

12. *Connick v. Suzuki Motor Company,* (Cook County, IL) (consumer class action concerning vehicle rollover propensity);

13. *Cox v. Amoco Oil Co.*, (Cook County, IL) (nationwide consumer class action for reimbursement of price differential on gasoline products);

Malkinson & Halpern, P.C.

14. *Lyons, et al. v. Sears Roebuck, et al.,* (Cook County, IL) (nationwide class action for reimbursement on behalf of credit card holders);

15. *Turek v. Southwestern Bell,* (Cook County, IL) (regional class action on behalf of cellular telephone service subscribers);

16. *Cortez v. Michael Reese Health Care,* (Cook County, IL) (consumer class action concerning reimbursement rights under terms of health benefit contract);

17. *In Re Exxon Veldez Litigation,* (class action to recoup damages attributed to catastrophic oil spill; court-approved settlement);

18. *In Re Tamoxifen Antitrust Litigation* (S.D. New York) (nationwide price-fixing/antitrust class action concerning specialty cancer medication);

19. *In Re Sodium Gluconate Antitrust Litigation,* (N.D. California) ($8 million settlement of price-fixing/antitrust class action against manufacturers of sodium gluconate);

20. *In Re Automotive Refinishing Paint Antitrust Litigation,* (E.D. PA) ($105.75 million partial settlement of price-fixing/antitrust class action against manufacturers of automotive refinishing products);

21. *In Re Microcrystalline Cellulose* (MCC) Antitrust Litigation (E.D. PA) ($25 million partial settlement of price-fixing/antitrust class action against manufacturers of food additive);

22. *In Re Pressure-Sensitive Labelstock Antitrust Litigation,* (N.D. IL) ($46.5 million settlement of price fixing/antitrust class action against producers of self-adhesive labelstock;

23. *In Re Extruded Graphite Antitrust Litigation,* (D.C. NJ) ($8.3 million settlement in price fixing/antitrust class action against producers of bulk extruded graphite);

24. *In Re Sulfuric Acid Antitrust Litigation,* (E.D. PA) ($5 million partial settlement in pending price fixing/antitrust class action against sellers/producers of sulfuric acid);

25. *U.S.A. ex rel. Asch, et al v. Teller, Levit & Silvertrust, P.C.,* (N.D. IL) ($991,000.00 cumulative settlement, including $186,700 award to whistleblower, after summary judgment on liability against consumer collection law firm for violations of the federal False Claims Act and the Illinois Whistleblower Reward and Protection Act);

26. *In Re Foundry Resin Antitrust Litigation,* (W.D. PA) ($14 million settlement in certified price fixing/antirust class action against sellers/producers of foundry resin);

27. *In Re LTL Shipping Antitrust Litigation,* (N.D. GA) (price fixing/antitrust class action against providers of Less-Than-Truckload shipping services);

28. *In Re Packaged Ice Antitrust Litigation,* (W.D. MI) (pending nationwide price fixing/antitrust class action against producers of packaged ice);

Malkinson & Halpern, P.C.

29. *In Re Potash Antitrust Litigation*, (N.D. IL) (pending nationwide price fixing/antitrust class action against producers of potash);

30. *In Re Processed Egg Products Antitrust Litigation*, (E.D. PA) (pending nationwide price fixing/antitrust class action against producers of eggs and processed egg products); and

31. *In Re Refrigerant Compressor Products Antitrust Litigation*, (N.D. MD) (pending nationwide price fixing/antitrust class action against producers of refrigerant compressors).