# Exhibit CC



# BAHE COOK CANTLEY & JONES PLC
### Attorneys at Law

**CONTACT US**
TOLL FREE: 866-587-0002
LOCAL: 502-587-2002

THIS IS AN ADVERTISEMENT

| HOME | ATTORNEYS | PRACTICE AREAS | BLOGS | CONTACT US |

**CONTACT US**

502-587-2002

NAME:

EMAIL:

PHONE:

TELL US ABOUT YOUR CASE:

SUBMIT

Home > Attorneys > Lawrence L. Jones II

## Lawrence L. Jones II
**Attorney at Law**

larry@bccjlaw.com
Download VCard

Tel: 502-587-2002
Fax: 502-587-2006

Kentucky Home Life Bldg., Suite 700
239 South Fifth Street
Louisville, Kentucky 40202



**\*\*Update\*\*** On November 4, 2009, Governor Steve Beshear appointed Larry to serve as a Special Justice on the Kentucky Supreme Court. Larry's temporary appointment to the Kentucky Supreme Court, however, will not impact his ability to accept new clients or cases or represent his current clients.

Larry spent nearly the first seven years of his career representing some of the largest companies in the world. Since joining Bahe Cook Cantley & Jones, Larry has used his skill, experience and training to fight for real people.

Today, Larry's litigation practice focuses primarily on personal injury cases. He handles all types of personal injury cases including medical malpractice, defective products and drugs, wrongful death, auto accidents, tractor trailer accidents, motorcycle accidents, pharmaceutical injuries, nursing home negligence and other injury claims. He also handles many types of employment discrimination and sexual harassment cases.

Larry has been actively involved in several pharmaceutical multi-district litigation (MDL) cases, including most recently In re: Digitek Products Liability Litigation, MDL No. 1968 and In Re: Total Body Formula Products Liability Litigation, MDL No. 1946. Larry currently serves on the Plaintiff's Steering Committee in the Total Body Formula MDL.

Larry has attained the the prestigious Martindale-Hubbell AV® **Peer Review Rating** — An AV® certification mark is a significant rating accomplishment - a testament to the fact that a lawyer's peers rank him or her at the highest level of professional excellence. It is the highest rating a lawyer can receive.

Before law school, Larry served as a political aide to Kentucky Governor Paul E. Patton. Larry earned his law degree from the University of Kentucky College of Law, graduating near the top of his class with *cum laude* honors. While in law school, Larry earned a position as an Associate Editor on the prestigious *Kentucky Law Journal*, was selected for the law school's Moot Court Board and was one of only two chosen to represent the law school on its National Evidence Moot Court Team. Larry's peers also elected him to serve as their class representative on the Student Bar Association. Larry received a CALI Award of Excellence for the Highest Grade in Insurance Law, which serves him well in his daily battles to get insurance companies to honor their commitments to compensate injured victims for their losses.

Larry's experience is broad. During his career, he has worked on matters involving wrongful death, class actions, nursing home negligence, defective products, medical malpractice, auto accidents, employment disputes (breach of contract, wrongful discharge, and non-compete agreements), employment discrimination, insurance practices and coverage (bad faith and contract disputes), consumer protection, business contract disputes, lender liability, letters of credit, financial advisor

Louisville, KY Injury Lawyer :: Lawrence L. Jones II :: Owens...    http://www.kentuckyinjurylaw.com/lawyers-attorney-1326263.html

Case 2:08-md-01968   Document 283-32   Filed 01/21/10   Page 3 of 3 PageID #: 2815

**PRACTICE AREAS**

- Motorcycle, Truck, and Car Accidents
- Boating Accidents
- Brain Injury
- Dangerous Drugs
- Dog Bites & Animal Attacks
- Fire and Burn Injuries
- Injury To Minors
- Medical Malpractice
- Nursing Home Neglect or Abuse
- Personal Injury Litigation
- Products Liability
- Railroad Accidents & FELA
- Slip & Fall Accidents
- Workplace Accidents & Workers' Compensation
- Wrongful Death

negligence, unfair competition, trade secrets, defective software, preferential transfers, creditors' rights, fiduciary disputes, False Claims Act/Qui Tam actions, planning and zoning appeals, fiduciary duty claims, and common law fraud.

Larry's practice has been national in scope. He has represented clients in state and federal court actions in Arizona, California, Florida, Georgia, Indiana, Illinois, Kentucky, Massachusetts, Missouri, New York, Ohio, Oregon, Texas and Virginia.

Larry is a noted leader in both the business and the legal communities. In 2009, Larry was selected by Louisville Magazine as one of "Louisville's Top Lawyers." In 2007, the Louisville Courier Journal's Velocity Magazine featured Larry as one of Louisville's "Generation Next." In 2005, Louisville's *Business First* publication selected Larry as one of the "Top 40 Under Forty" -- an award bestowed upon the top 40 business leaders in the Louisville area under the age of forty.

Larry has served three terms on the Louisville Bar Association's Board of Directors (2002, 2006-07). He is the past Chair of the Louisville Bar Association's Litigation Section and its Young Lawyers Section. He is also actively involved in local, state and national politics.

Additionally, Larry has served in the following leadership positions:

Kentucky Academy of Trial Attorneys
    -Board of Governors (2006-present)

University of Kentucky College of Law
    -Alumni Board of Directors (2001-present)

Louisville Bar Association
    -Board of Directors (2002, 2006-07)
    -Continuing Legal Education Committee (2002-07, Chair, 2006-07)

Kentucky Bar Association
    -Young Lawyers Section (Executive Committee, 2002-2007)
    -Convention Planning and Continuing Legal Education Committee (2003)
    -Kentucky Lawyers Assistance Program (2002-present)

Larry has been a presenter or host at continuing legal education seminars on post-trial motion practice in Kentucky, technological battles in 21st century litigation, ethical litigation practice, law practice technology, e-discovery and demystifying personal injury damages.

Larry is also a member of the Southern Trial Lawyers Association and the American Association for Justice.

Larry has volunteered in a number of civic and community activities, including with the Louisville Legal Aid Society Volunteer Lawyer Program, The Healing Place (an alcohol treatment and residential program), the Louisville Bar Association's Call-A-Lawyer Program, the Kentucky Democratic Party Voting Rights Legal Team, and the Democratic National Committee National Lawyers Council. Larry also served as a member of the Clothe-A-Child, Inc. Board of Directors.

Kentucky Home Life Bldg., Suite 700, 239 South Fifth Street Louisville, Kentucky 40202
Toll Free: 866-587-0002 Local: 502-587-2002 Fax: 502-587-2006 Email: mycase@bccjlaw.com

Home    Disclaimer    Site Map    Contact Us

Louisville, KY Injury Lawyer Bahe Cook Cantley & Jones Home
Contact Owensboro, Kentucky Accident Attorney Bahe Cook Cantley & Jones

Copyright © 2010, Bahe Cook Cantley & Jones PLC