**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1968

## INVOLVED CLERKS LIST (CTO-26)

Nancy J. Rosenstengel, Clerk
U.S. District Court
750 Missouri Avenue
E. St. Louis, IL 62201

Laura A. Briggs, Clerk
207 Federal Building
30 North 7th Street
Terre Haute, IN 47808

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797