IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                          MDL No. 1968

## PANEL SERVICE LIST (CTO-26)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

John J. Carey
CAREY & DANIS LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-1623

Mary A. Findling
CAPLIN PARK PC
135 North Pennsylvania
Suite 1150
Indianapolis, IN 46204

Bryan G. Garrett
HOLLOWAY DOBSON & BACHMAN PC
211 North Robinson Avenue
Suite 900
Oklahoma City, OK 73102

Gary G. Hanner
HANNER HANNER & HANNER
Old Parke State Bank Building
Box 122
Rockville, IN 47872

Kevin C. Schiferl
FROST BROWN TODD LLC
201 North Illinois Street
Suite 1900
Indianapolis, IN 46204

Jeffrey Singer
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697