SAVE A COPY

# In Re Digitek Products Liability Litigation

**MDL 1968**  **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):** _____

## Notice of Attorney Appearance and Counsel Contact Information Form

*Please Print or Type Below*

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel     ☐ Defense Counsel     ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Vales | John | R. | |

Bar Number and State: 030022001 - New Jersey
E-Mail Address: jvales@riker.com

Party Representing: Non-Party Witness Jasmine Shah

Originating Case Number: MDL 1968
Originating District: New Jersey
Originating Short-Case Style: In Re Digitek Products Liability Litigation

Direct Dial Number: 973.451.8522
Cell Phone Number: 862.222.5638
Pager:

Secretary Name: Laverne Holloway
Paralegal Name:

### LAW FIRM INFORMATION

Firm Name: Riker, Danzig, Scherer, Hyland & Perretti LLP

Address: Headquarters Plaza, One Speedwell Avenue

City: Morristown     State: NJ     Zip: 07962

Firm Phone Number: 973.538.0800
Firm Fax Number: 973.538.1984

Other members of firm involved in this litigation:

DATE: February 8, 2010         s/ John R. Vales
                                Electronic Signature