```
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA

                      CHARLESTON
```

**IN RE DIGITEK®**
    **PRODUCT LIABILITY LITIGATION**    **MDL NO. 1968**

---

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER # 51**
**(Protective Order Pending Briefing)**

Pending before the court is non-party witness Jasmine Shah's Motion for Protective Order (docket # 289), filed on February 8, 2010. The motion pertains to a deposition of Mr. Shah to take place on February 15, 2010. It is hereby **ORDERED** that the Motion is granted pending the briefing of the motion, and ruling by the court. It is further **ORDERED** that Plaintiffs' response to the motion shall be filed by **February 25, 2010,** and Mr. Shah's reply shall be filed by **March 8, 2010.**

The Clerk is directed to file this Order in 2:08-md-1968 which shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:10-cv—127. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or

transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

    ENTER: February 9, 2010

                                            Mary E. Stanley
                                            United States Magistrate Judge