

RESET FORM

# Honorable Mary E. Stanley
## U. S. Magistrate Judge
### United States District Court
### Southern District of West Virginia

## STATISTICAL SHEET FOR MJSTAR
## IN CHAMBERS EVENTS ONLY

**Case No.:** 2:08-md-01968

**Case Style:** In re: Digitek

**Ghost Case No.:** *(assigned by clerk)*

**Ghost Case Style:**

**Date of Event:** 2/11/10

**Court Reporter:**

**Law Clerk:** Kate Fife

**Parties Present:** Angie Volk, David Thomas; Harry Bell; Kim Fields and participants by telephone.

**Type of Event:** Status Conference held in the Chambers of Chief U.S. District Judge Joseph R. Goodwin

**Time Spent in Chambers:** 75 mins

**Name of Person Reporting Event:** Lana King