```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA

                      CHARLESTON
```

**IN RE DIGITEK®**
    **PRODUCT LIABILITY LITIGATION**　　　　　　　　**MDL NO. 1968**

_____

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER # 53
### (Protective Order re Mr. Shah)

Pending before the court is non-party witness Jasmine Shah's Motion for Protective Order (docket # 289), filed on February 8, 2010. The motion pertains to a deposition of Mr. Shah which was to take place on February 15, 2010. By Pretrial Order # 51, the Motion was granted pending the briefing of the motion, and ruling by the court. At the status conference on February 11, 2010, the parties advised that Mr. Shah's deposition has been re-scheduled by agreement of the parties. It is hereby **ORDERED** that the Motion is denied as moot.

The Clerk is directed to file this Order in 2:08-md-1968 which shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:10-cv–138. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of

filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at <u>www.wvsd.uscourts.gov.</u>

    ENTER: February 11, 2010

*Mary E. Stanley*
Mary E. Stanley
United States Magistrate Judge