# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/11/2010                                                             Case Number 2:08-md-1968
Case Style: In Re:  Digitek vs.
Type of hearing Status Conference
Before the honorable: 2513-Goodwin
Court Reporter                                                              Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Harry F. Bell


Attorney(s) for the Defendant(s) David Thomas


Law Clerk Angie Volk and Kate Fife                                          Probation Officer

## Trial Time



## Non-Trial Time
Pretrial conference (inclding settlement and telephone conferences).



## Court Time
9:05 am    to 10:20 am
Total Court Time: 1 Hours 15 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled start time 9:00 a.m.
Actual start time 9:05 a.m.

STATUS CONFERENCE
Chief Judge Goodwin and Magistrate Judge Stanley presiding.
Kim Fields from the WV Supreme Court was present.
Lead Counsel appearing via videoconference and teleconference:
Matt Moriarty
Richard Dean
Kristen Mayer
Harvey Kaplan
Fred Thompson
Karl Frankovitch
Parties discuss the status of the litigation.
End time 10:20 a.m.