A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Feb 18, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 01, 2010**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION          MDL No. 1968

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-27)

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 228 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 18, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                MDL No. 1968

## SCHEDULE CTO-27 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  2  09-799          Veronica U. Woods, etc. v. Mylan Pharmaceuticals, Inc., et al.

GEORGIA NORTHERN
  GAN  1  09-3499         Patricia Davis, etc. v. Actavis Totowa, LLC, et al.

ILLINOIS SOUTHERN
  ILS  3  09-1021          Eva "Mae" Nance, etc. v. Actavis Totowa, LLC, et al.

INDIANA NORTHERN
  INN  1  10-3             Suzanne Feeback, etc. v. Actavis Totowa, LLC, et al.

MISSOURI EASTERN
  MOE  4  09-2036          Vicky Chapa v. Actavis Totowa, LLC, et al.

PENNSYLVANIA EASTERN
  PAE  2  09-5862          Sharonda R. Robinson, etc. v. Actavis Group hf, et al.
  PAE  2  09-5946          Richard G. McDonald, et al. v. Actavis Group hf, et al.
  PAE  2  09-6103          Angelina D'Addario v. Actavis Group hf, et al.
  PAE  2  09-6104          Kirk Berbert, et al. v. Actavis Group hf, et al.