IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## INVOLVED CLERKS LIST (CTO-27)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Nancy J. Rosenstengel, Clerk
U.S. District Court
750 Missouri Avenue
E. St. Louis, IL 62201

Stephen R. Ludwig, Clerk
1108 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797