IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                MDL No. 1968

## PANEL SERVICE LIST (CTO-27)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

John J. Carey
CAREY & DANIS LLC
8235 Forsyth Boulevard
Suite 1100
Clayton, MO 63105

Steven Frank Casey
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

Sherrill W. Colvin
HALLER & COLVIN PC
444 East Main Street
Fort Wayne, IN 46802-1910

James L. Hollis
BALCH & BINGHAM LLP
30 Ivan Allen Jr., Boulevard, NW
Suite 700
Atlanta, GA 30308

Kevin C. Schiferl
FROST BROWN TODD LLC
201 North Illinois Street
Suite 1900
Indianapolis, IN 46244-0961

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Tara Lyn Whitaker
ALVIS & WILLINGHAM LLP
1400 Urban Center Drive
Suite 475
Birmingham, AL 35242

Omar Mark Zamora
MARK ZAMORA & ASSOCIATES
5 Concourse Parkway
Suite 2350
Atlanta, GA 30328