IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-27)

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
6613 James A. Byrne U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal Building
    & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. John R. Padova
Senior U.S. District Judge
17613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Gene E.K. Pratter
U.S. District Judge
United States District Court
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Joseph S. Van Bokkelen
U.S. District Judge
4200 U.S. Courthouse
5400 Federal Plaza
Hammond, IN 46320