**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                    MDL No. 1968

**PANEL SERVICE LIST (CTO-25)**

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Fred S. Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697