```
1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                      CHARLESTON DIVISION

3

4   IN RE:  DIGITEK PRODUCT LIABILITY ) MDL NO. 1968
            LITIGATION               )
5   _____)
    THIS DOCUMENT RELATES ONLY TO:  )
6                                    )
    Kevin Clark and Willie Mae       )
7   Wilburn, Individually and on     )
    behalf of all others similarly   )
8   situated,                        )
            Plaintiffs,              )
9                                    )
        vs.                          ) MDL NO. 2:08-1017
10                                   )
    ACTAVIS GROUP; hf, et al.,       )
11          Defendants.              )

12

13

14          Deposition of ███████████████  aken before

15   NADINE J. WATTS, CSR, RPR, and Notary Public, pursuant

16   to the Federal Rules of Civil Procedure for the United

17   States District Courts pertaining to the taking of

18   depositions, at Suite 5500, 233 South Wacker Drive, in

19   the City of Chicago, Cook County, Illinois, at 9:25

20   o'clock a.m. on the 6th day of August, A.D., 2009.

21

22

23

24

25
```

Page 2

```
 1          There were present at the taking of this

 2    deposition the following counsel:

 3          MALKINSON & HALPERN, PC by
            MR. JOHN R. MALKINSON
 4          223 West Jackson Boulevard
            Suite 1010
 5          Chicago, Illinois  60606
            (312) 427-9600
 6
                on behalf of the Plaintiffs;
 7
            TUCKER, ELLIS & WEST, LLP by
 8          MR. JOHN A. SIMON
            1150 Huntington Building
 9          925 Euclid Avenue
            Cleveland, Ohio  44115
10          (216) 696-2354

11              on behalf of Defendant Actavis Totowa LLC;

12          SHOOK, HARDY & BACON, LLP by
            MS. SARAH E. WEST
13          2555 Grand Boulevard
            Kansas City, Missouri  64108
14          (816) 474-6550

15              on behalf of Defendants Mylan
                Pharmaceuticals, Inc., Mylan Bertek
16              Pharmaceuticals, Inc. and UDL
                Laboratories, Inc.

17

18

19

20

21

22

23

24

25
```

Page 3

```
1              DEPOSITION OF  ████████████████

2                  TAKEN AUGUST 6, 2009

3

4    EXAMINATION BY                        PAGE

5    Mr. John A. Simon                    4, 126, 138

6    Ms. Sarah E. West                    108

7    Mr. John R. Malkinson                127, 139

8

9                    EXHIBITS

10                                        PAGE

11   Deposition Exhibit No. 1                 8
        Digitek Plaintiff Fact Sheet
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 15

1    Q    And what did he or she tell you about Digitek?

2    A    Just told me they had recalled Digitek and don't

3    take any more and just bring -- bring them in to the

4    pharmacy.

5    Q    So what did you do after you received that phone

6    call from the pharmacy?

7    A    Well, I just didn't take any more, and that was

8    like Sunday evening.  Monday I went to take the pills to

9    them.

10   Q    Did you take all of your pills that you had to

11   the pharmacy that next day?

12   A    No, not all of them.

13   Q    How many did you take to the pharmacy?

14   A    Four or -- four or six of them I think.

15   Q    And why did you decide to bring four or six of

16   them to the pharmacy?

17   A    I didn't want to get rid of all of them because

18   I didn't know in the future when I might need them.

19   Q    What happened when you brought the pills or

20   tablets to the pharmacy?  Tell me what you did.

21   A    She had taken them and she -- I had the bottle

22   that I had, and she gave me some more, or another name I

23   think by another company, and she gave me some to take,

24   not a whole pill, a half a pill, and to take until I saw

25   my doctor.

```
1      A    Yes.

2      Q    Tell me about that.

3      A    The pharmacy told me to take a half a tablet.

4      MR. MALKINSON:  They gave her .25s.  They didn't

5  have .125s.

6      MR. SIMON:  Q   Were the tablets you received from

7  the pharmacy --

8      MR. MALKINSON:  We've got half of one, just so you

9  know, so you can look at it.

10     MR. SIMON:  Q   Were the tablets you received from

11 the pharmacy broken in half already or did you have to

12 break them in half yourself?

13     A    They broke them already.

14     Q    How long was it -- Strike that.

15          After the pharmacy called you did you contact

16 your doctor?

17     A    No.  I had an appointment coming up very soon

18 and I just waited until my appointment.

19     Q    Do you recall when your appointment was

20 scheduled for, how long after the call from the

21 pharmacy?

22     A    I'd say about six days.

23     Q    When did you first consider the possibility of

24 becoming involved in this lawsuit?

25     MR. MALKINSON:  I'd just object to the form of the
```

1    Q    What is your understanding of this lawsuit?

2    A    Well, myself, I'm bringing the lawsuit by myself

3  and other people that had taken the Digitek, and we like

4  are -- financial-wise, we were taking the Digitek, why

5  they were recalling the Digitek.

6    Q    What do you think has been done wrong to you?

7    A    In what way?

8    Q    What do you claim was done wrong to you from

9  your use of Digitek?

10    A    When I had -- I was -- I had to take a lot of

11  tests and things and paid out a lot of expenses.

12    Q    Other than having to undergo tests and paying

13  for those tests, how else do you feel you were wronged

14  by your use of Digitek?

15    A    And one thing, I feel that they didn't let us

16  know.  Just they let us know right at the recall, and it

17  looked like it should have been out before then.  They

18  let you take that Digitek up until the recall and then

19  it damaged.

20    Q    What do you hope to receive as a result of this

21  lawsuit?

22    A    I hope to receive the expenses and stuff and --

23    Q    What expenses do you seek to have reimbursed?

24    MR. MALKINSON:  I'm just going to object to the

25  extent that calls for something that her attorneys would

1    be -- that she hired lawyers for, but I'm going to allow

2    her to give her own answer.

3         THE WITNESS:  What --

4         MR. MALKINSON:  What expenses?

5         THE WITNESS:  Medical expenses.  I went through all

6    those tests, and that was kind of painful.

7         MR. SIMON:  Q   Other than medical expenses and

8    tests, what other expenses do you seek to recover in

9    this lawsuit?

10        A   The episodes I had.

11        Q   What episodes did you experience?

12        A   One time -- Excuse me.  One time I was going to

13   pick up my medicine.  That's when they changed the

14   medication.  I got to the drugstore, I couldn't get out

15   of my car because I was nervous and weak and couldn't

16   move, and I had to sit there for a little while before I

17   could get out.

18        Then I was weak and a headache.  And then I

19   went and got my medicine.  I went by another -- I had to

20   sit there before I can drive because I was afraid

21   something may happen.

22        Then when I felt a little better, I got my

23   composure a little bit and went to another store.  Then

24   it was the same thing.  So that store had some baskets

25   out there and I decided to go get a basket and lean up

1    on it and go in the store.

2          I was weak and dizzy, and I saw a policeman way

3    over there, and I start to blow my horn for him to come,

4    but I had some groceries in the car and I didn't want to

5    leave it because I knew he was going to call the

6    paramedic.  So I tried to make it home.

7          When I got home, I couldn't take anything out

8    of the car.  My husband is kind of sick, and he had come

9    taken everything out of the car.  I just went right to

10   bed, and I slept the whole evening.

11       Q   When did this episode occur?

12       A   It occur before -- a little before they recalled

13   the Digitek.

14       Q   When you say a little bit before they recalled

15   the Digitek, do you remember what month this episode

16   occurred?

17       A   Sometime in March.  In March.

18       Q   March of 2008?

19       A   Yes.

20       Q   Were there any other episodes that you

21   experienced?

22       A   Well, one other place I went to and I was like

23   forgetting.  I was forgetting -- I have to think, you

24   know, what I wanted to say because I was forgetting.

25       Q   And when did you experience this episode of

Page 26

1   dizziness before you went into the pharmacy, did you

2   tell the pharmacist about it?

3       A   No, I didn't.

4       Q   When you got home, what did you tell your

5   husband?

6       A   I told him I was weak and kind of blurry and

7   just felt bad, and I couldn't do anything but just go

8   and get in bed.

9       Q   Did anyone suggest that you contact a doctor or

10  go to the hospital?

11      A   No.

12      Q   Did you ever consider contacting your doctor or

13  going to the hospital?

14      A   No, I thought I'd feel better after I lie down.

15      Q   And how did you feel after you laid down and

16  rested?

17      A   A little bit better than I did before I lied

18  down.

19      Q   Has anyone ever told you that you have medical

20  problems as a result of using Digitek?

21      A   No, no more than the same medical problem I go

22  to the doctor for.

23      Q   So you continue to see your doctor for the same

24  medical problems you saw him before you used Digitek and

25  after you used Digitek?

1      A    Because I had taken all of it up.

2      Q    So there's only one-half of a tablet of the new

3  tablets?

4      A    Yes.

5      Q    And the rest of the tablets in there are all the

6  old tablets you had?

7      A    Right.

8      Q    Remember to wait until I complete my question

9  before you answer.  You're doing fine.

10          When you were taking the Digitek tablets, did

11  they all look the same to you?

12     A    I can't recall because I didn't notice where

13  they make them at.  I didn't notice them.  I just

14  thought they was all good.

15     Q    After you were notified of the recall did you

16  examine the tablets?

17     A    I kind of looked at them, but I didn't take

18  any more.

19     Q    And did they all look the same to you when you

20  looked at them?

21     A    I didn't notice that either.

22     Q    I'm sorry?

23     A    I couldn't tell.

24     Q    You didn't notice any difference?

25     A    I couldn't tell.

1       A    Well, I try not to eat too much greasy food or

2   anything like that.

3       Q    Was it during that hospitalization for your

4   gastro problem that you first learned you had atrial

5   fibrillation?

6       A    He didn't tell me fibrillation.  He just said

7   palpitation.  I just got the name of the fibrillation

8   after the digoxin started.

9       Q    So was it during this hospitalization for your

10  gastro problem that you found out you had palpitations?

11      A    Yes, then.

12      Q    And what did your doctors tell you about your

13  heart palpitations?

14      A    He just told me I had heart palpitations.  He

15  put me on that digoxin medication.

16      Q    You didn't find out that you had atrial

17  fibrillation until the time of the Digitek recall?

18      A    Like in March, February or March.  That's when

19  he told me.

20      Q    How did you find out that you had atrial

21  fibrillation in February or March?

22      A    My doctor told me.

23      Q    And what did -- Was it Dr. Patel who told you

24  that?

25      A    Yes.

1   recall?

2       MR. MALKINSON:  I'm just going to interject one

3   objection on the collateral source rule, but you can

4   answer the question.

5       THE WITNESS:  Well, I get them every month.

6       MR. SIMON:  Q   Okay.  Well, you said you had to

7   make additional copayments because you needed to replace

8   the Digitek tablets.

9       A   Yes.

10      MR. MALKINSON:  He's asking how many you recall --

11      MR. SIMON:  Q   How many copayments you had to make.

12      A   Two.

13      Q   Two $5 copayments?

14      A   Yes.

15      Q   How many tablets did you have left of the

16   recalled Digitek when you found out about it?

17      A   When I had -- I had quite a few of them left

18   because I had started taking them every other day, so

19   that made me had extra ones that I didn't take because I

20   had started taking them every other day.

21      Q   Do you know how many you had left?  Did you ever

22   count them?

23      A   I didn't count them.

24      Q   Whatever happened to those tablets you returned

25   to the pharmacy?

1      Q    Did you discuss your lawsuit with Dr. Patel?

2      A    No, I didn't.

3      Q    Does Dr. Patel know that you filed a lawsuit?

4      MR. MALKINSON:   Objection, lack of foundation as to

5   what he knows, calls for speculation.

6      MR. SIMON:   Q   Do you know if Dr. Patel knows that

7   you filed a lawsuit?

8      A    I didn't tell him.

9      Q    Has Dr. Patel ever told you that taking the

10   Digitek harmed you?

11     A    He didn't, no.

12     Q    Have you ever talked to anyone at Actavis or

13   Mylan, the companies who are named in this lawsuit?

14     A    Someone called me one day.

15     Q    Tell me --

16     A    Right after that.

17     Q    Tell me about that.

18     A    They just asked me, you know, how was I feeling,

19   did I take it.

20     Q    What did you tell them?

21     A    Yes, I took it.

22     Q    Did you tell them anything else?

23     A    No.

24     Q    When were you contacted?

25     A    I can't recall.  In specific, I can't recall.

1   take any sort of bran or fiber supplements?

2       A   No.

3       Q   Do you take any vitamins?

4       A   No.

5       Q   You indicated earlier that in February or March

6   you started taking Digitek every other day at Dr.

7   Patel's suggestion.

8       A   Yes.

9       Q   Did your symptoms improve after you started

10  doing that?

11      A   Just a little bit better.  Just a little bit.

12      Q   What symptoms did you continue to experience

13  after taking Digitek every other day?

14      A   Mostly the same ones until I got off of the

15  digoxin, and then I started feeling better.

16      Q   When you say mostly the same ones, what

17  symptoms?  Specifically what symptoms did you continue

18  to experience?

19      A   The weakness and dizziness, tired.

20      Q   So from February or March when you started

21  taking Digitek every other day up until the time you

22  stopped taking Digitek, which was in late April or May

23  of 2008, you continued to experience those symptoms?

24      A   It got better and better.  I got better and

25  better.

Page 86

1    A    Repeat.

2    Q    Why do you think that the Digitek tablets

3    contained digoxin in excess of the labeled doses?

4    MR. MALKINSON:  I'd just object to the extent it's

5    asked and answered.  It's what the pharmacy told her.

6    MR. SIMON:  Q   Is the basis for your belief that

7    the Digitek tablets contained excess digoxin the recall?

8    MR. MALKINSON:  Do you understand his question?

9    THE WITNESS:  No, I don't understand.

10   MR. SIMON:  Q   Why do you believe the Digitek

11   tablets contained too much digoxin?

12   A    The way I felt, it must have because I wasn't

13   feeling active.

14   Q    At any point in time during your treatment,

15   doctor visits, did anyone use the term digoxin toxicity?

16   A    No.

17   Q    Did anyone ever use the term digoxin overdose?

18   A    Overdose?

19   MR. MALKINSON:  If you recall.

20   THE WITNESS:  The only thing is, the pharmacy, they

21   might have some larger ones in there.

22   MR. SIMON:  Q   Do you claim that you have or may

23   develop any mental, psychological or emotional condition

24   as a result of using Digitek?

25   A    Since then my remembrance is not as good.  I

1    forget.

2        Q    So you claim that your use of Digitek has

3    resulted in a loss of memory?

4        A    During that time I was taking it like that,

5    that's when I was like having to think to remember what

6    I was going to say.

7        Q    What about now?  Do you contend that your

8    Digitek use continues to cause you a loss of memory?

9        A    Not as bad.

10       Q    When you say not as bad, do you --

11       A    There was when I was taking it.

12       Q    Do you believe taking the Digitek continues to

13   cause you memory loss?

14       A    Well, it seemed like I never fully recovered

15   when I was taking that Digitek, that I was getting

16   nervous and I was getting like I couldn't remember when

17   I was having the nausea.

18       MR. MALKINSON:  He's asking about today.  Do you

19   believe you have problems with regard to your memory

20   today because of Digitek?

21       THE WITNESS:  Yes.

22       MR. SIMON:   Q   You indicated that you have not

23   fully recovered from your use of Digitek.  I want to

24   know what symptoms you continue to experience that you

25   believe were caused by Digitek.

Page 88

1    A   I'm still like slower.  The new medicine helped

2  me a lot better, but I'm still like kind of tired for

3  when I was taking the Digitek.

4    Q   So you believe that you continue to be tired

5  because of your use of Digitek?

6    A   That's when I was really, really tired.  I'm

7  better now since I've been taking the new medication,

8  but during that time I was tired.

9    Q   What about now?  Are you still tired because you

10  use Digitek?

11    A   Not as much as I was.

12    Q   But some?

13    A   A little bit.

14    Q   Other than tiredness, do you attribute any other

15  conditions or symptoms you currently have to your use of

16  Digitek?

17    MR. MALKINSON:  I'll object to the extent it calls

18  for a medical opinion, but you can answer.

19    THE WITNESS:  I don't do as much as I used to when I

20  was taking that Digitek and I got all nauseated and

21  tired and dizziness.

22    MR. SIMON:  Q   And do you contend you don't do as

23  much now because of your use of Digitek?

24    A   I'm better now when I got off the Digitek.

25    MR. MALKINSON:  He's asking you whether it affects

Page 89

1  you today in 2009 that way, whether you're doing less in

2  2009 because of the Digitek you stopped taking in 2008.

3      THE WITNESS:  I do less than I was.

4      MR. SIMON:  Q   Do you do less because you used

5  Digitek?

6      A   I do less since 2008, since 2008.  A little bit

7  less since I was taking Digitek.

8      Q   And you believe you do less now because you used

9  Digitek in 2008?

10     A   Yes, I did a lot -- The Digitek did a lot to me

11 when I was taking it.

12     Q   Have any of your doctors told you that the

13 symptoms you continue to experience were caused by your

14 use of Digitek?

15     A   We didn't discuss it.

16     Q   Are you currently receiving treatment or taking

17 any medication for the conditions you believe were

18 caused by your use of Digitek?

19     A   No.

20     Q   When would have been the last time you had any

21 treatment for or because of your use of Digitek?

22     A   I didn't have any more treatments since the

23 doctor was trying to find out what was causing -- that

24 Digitek was causing my problems.

25     Q   So when would have been the last time that you

1      MR. SIMON:  Q   Are you seeking a refund for the

2   purchase price of your Digitek?

3      A   Yes, for all the expenses, the other people's

4   and me, all expenses that we was out of while they was

5   recalling the Digitek.

6      Q   What expenses are you out of because of the

7   Digitek recall?

8      MR. MALKINSON:  Again, I'll object under the

9   collateral source rule.  You can answer.

10     THE WITNESS:  I had to pay --

11     MR. MALKINSON:  I'm also objecting to the extent it

12  calls for something that would be what she's hired

13  lawyers for.  Go ahead.

14     MR. SIMON:  You can answer.

15     THE WITNESS:  I'll let my lawyer answer that.

16     MR. MALKINSON:  No, no, I'm letting you answer what

17  expenses --

18     MR. SIMON:  He'll tell you not to answer if he

19  doesn't want you to answer.

20     MR. MALKINSON:  Yes, I will.  I'll be very vocal

21  about it.

22     MR. SIMON:  Q   I want to find out what expenses you

23  paid out that you're attributing or that -- what

24  expenses you paid out because of your use of Digitek.

25     MR. MALKINSON:  He's not asking you for dollars and

1   cents.  He's asking you what things -- what money paid

2   for what.

3       THE WITNESS:  For the CAT scan, medicine and

4   electrocardiogram.

5       MR. MALKINSON:  Blood tests, your digoxin level

6   test.

7       THE WITNESS:  My digoxin level test.  When I paid

8   the doctor to go up to see him, every time I went to see

9   him.

10      MR. SIMON:  Q   Anything else?

11      A   All the copayments I did, transfers of digoxin,

12  new medicine.

13      Q   Do you know how many additional visits you had

14  with Dr. Patel because of your use of Digitek?

15      A   He was having me come like every two weeks and

16  things like that.

17      Q   How long of a period were you going to see Dr.

18  Patel every two weeks?

19      A   March, April.

20      Q   So it's your recollection that you were seeing

21  Dr. Patel every two weeks through March and April of

22  2008?

23      A   Yes.

24      Q   What about in May?

25      A   I had to go in May.  I can't recollect how many

1    responsibilities to be as a class representative?

2        A    To help myself and other people.

3        Q    Anything else?

4        A    And find out why the company didn't notify us

5    about the Digitek.  Only the pharmacy notified us.  The

6    company didn't notify us to not take that Digitek before

7    then.

8        Q    Who do you believe you represent in this

9    lawsuit?

10       A    All of the peoples all over the world.  I don't

11   know how many, but all of the peoples.

12       MR. MALKINSON:  Which people?

13       THE WITNESS:  The people that has the class action.

14       MR. SIMON:  Q    Do you believe that you represent

15   everyone who ever bought Digitek in the world?

16       MR. MALKINSON:  Or the United States.

17       THE WITNESS:  The United States, yes.

18       MR. SIMON:  Q    Or do you believe that you represent

19   just those persons who bought Digitek in Illinois?

20       A    United States.

21       Q    Do you believe you represent people who believe

22   Digitek caused them physical harm or injury?

23       A    Yes.

24       Q    Do you believe that you represent people who

25   believe Digitek caused them pain and suffering?

1      A    Yes.

2      Q    Do you recognize that there may be some people

3    who don't believe they were physically or mentally

4    injured?

5      A    I can't say about those.  Only the peoples that

6    are in the class action.

7      Q    Are you seeking to recover damages for your

8    personal injury?

9      A    Yes, mine's and other people's too.

10     MR. MALKINSON:  You'll recall we amended the

11   complaint.  We're not recovering for everyone's personal

12   injury.  We're recovering for yours.  We're recovering

13   for financial losses for everyone else.  You understand

14   that?

15     THE WITNESS:  Yes.

16     MR. SIMON:  Q   So are you seeking to recover

17   damages for your personal injury?

18     A    Yes.

19     Q    Are you seeking to recover damages for other

20   people's personal injury?

21     A    Yes.

22     MR. MALKINSON:  Again, we've already -- I just

23   finished.  We just discussed this.  Listen to me when

24   I'm talking to you.  Do you understand that yesterday we

25   amended our complaint?  We are not seeking --

1      MR. SIMON:  You can answer.

2      MR. MALKINSON:  Lack of foundation.  If you know.

3  Do you understand the question?

4      THE WITNESS:  Not really.

5      MR. MALKINSON:  If you don't understand a question

6  or if you don't know the answer, just say so.

7      MR. SIMON:  Counselor, no more speaking objections.

8      MR. MALKINSON:  That's not an objection.  That's

9  guidance to my client.

10      MR. SIMON:  Can you read back the question, please?

11          (Record read.)

12      MR. MALKINSON:  Same objection at this point.

13      MR. SIMON:  Q   You can answer.

14      A   For my claim?

15      Q   For others' claims.  We're talking about others'

16  claims now.

17          Do you understand that it's possible by

18  limiting others' claims to a refund claim that you may

19  prevent them from filing a separate suit about their

20  claimed physical injuries?

21      MR. MALKINSON:  I'm objecting --

22      THE WITNESS:  No.

23      MR. MALKINSON:  Let me say my objection.  I'm

24  objecting because it calls for a legal conclusion.  It

25  states facts not in evidence and inaccurately states the

1    law.  It goes beyond --

2        MR. SIMON:  You can answer the question.

3        MR. MALKINSON:  If you know, say so.  If you don't

4    know, say you don't know.

5        THE WITNESS:  I don't know.

6        MR. SIMON:  Q  Do you think that would be fair,

7    that they would be prevented from bringing claims for

8    their physical injuries?

9        A    No.

10       Q    That would not be fair?

11       A    No.

12       Q    How did you get selected as a class

13   representative?

14       MR. MALKINSON:  I'm objecting.  It assumes facts not

15   in evidence.  It assumes some selection process which

16   never existed.

17       MR. SIMON:  Counselor, that's enough of the speaking

18   objections.  Any more and we're going to have to get the

19   Court on the phone.

20       MR. MALKINSON:  Are you done?

21       MR. SIMON:  Q  You can answer the question.  How

22   did you --

23       A    Could you repeat?

24       Q    How did you get selected as a class

25   representative?

1  other day?

2      A   In February of 2008.

3      Q   In February of 2008 you started taking digoxin

4  every other day?

5      A   Yes.

6      Q   And Dr. Patel told you to do that?

7      A   Yes.

8      Q   Did he explain to you or say why he wanted you

9  to take digoxin every other day in February 2008?

10     A   That's when he was testing my heart and saw it

11  kind of acting up.  He said maybe you should take the

12  pills every other day.

13     Q   And then were you taking digoxin every other day

14  all the way up until the recall?

15     A   Yes.

16     Q   So from February 2008 until --

17     A   Yes.

18     Q   -- April --

19     A   27th.

20     Q   -- 27th you were taking digoxin every other day?

21     A   Yes.

22     Q   You had said earlier today that Dr. Patel had

23  never told you that Digitek had harmed you.  Have you

24  ever told Dr. Patel that you think Digitek has harmed

25  you?

Page 120

```
 1      A    Well, he told me Digitek is supposed to have
 2   been the best --
 3      MR. MALKINSON:  Just answer her question.  Have you
 4   ever told him or asked -- Her question was whether you
 5   ever told him that you thought Digitek harmed you.
 6      THE WITNESS:  No.
 7      MS. WEST:  Q   You started to say something about
 8   what Dr. Patel had told you about Digitek.  What was it
 9   that you were going to say?
10      A    Oh, that was when I told him that they recalled
11   the Digitek, and he said that was the best -- supposed
12   to have been the best heart pills.
13      Q    Did he say anything to you other than that about
14   Digitek --
15      A    No.
16      Q    -- after the recall?
17           He didn't say anything further other than --
18      A    He just changed my medication.
19      Q    Okay.  Have you ever used a product that was
20   distributed by UDL laboratories to your knowledge that
21   you can recall?
22      A    I can't recall.
23      Q    You can't recall whether you have?
24      A    No.
25      Q    Have you ever -- Are you familiar with what a
```

Page 121

1    blister pack is?

2        A    No.

3        Q    Have you ever had pills -- You've had pills in a

4    bottle before, right?

5        A    Yes.

6        Q    Have you ever had pills where they would be in a

7    flat container with like a foil surface and you pop the

8    pills out of the package?

9        A    No.

10       Q    Have you ever seen that before?

11       A    I never had any.

12       Q    You've never had pills in that type of

13   packaging?

14       A    All have been in bottles.

15       Q    Always in bottles?

16       A    Yes.

17       Q    So you've never taken Digitek other than in a

18   bottle?

19       A    Just in a bottle.

20       Q    Have you been contacted by anyone from UDL

21   Laboratories?

22       A    No.

23       Q    Have you ever talked to any doctor or healthcare

24   professional about your memory loss problems?

25       A    No, no.  No.

Page 128

1      Q    Okay.  When you went for that first visit after

2  you became aware of the recall, did it appear to you

3  that Dr. Patel was aware of the Digitek recall prior to

4  your visit?

5      A    No, I told him.

6      Q    And, from your reaction, you felt he had been

7  unaware of it?

8      A    Yes.

9      MR. SIMON:  Objection.

10     MR. MALKINSON:  Q   Why did you believe he was

11  unaware of it?  What did he say or do?

12     A    He had his nurse to call the pharmacy to find

13  out.  She said yes.

14     Q    If your medical records show that you saw Dr.

15  Patel -- Well, strike that.

16          You mentioned several tests that you had taken

17  shortly after the recall was made known to you, a

18  digoxin blood level, EKG, CAT scan, stress level, et

19  cetera, right?

20     A    Yes.

21     Q    Is it your contention that those were -- that

22  you incurred expense from those because of the recall

23  and the need to evaluate you, yourself, to see if you

24  had suffered from any ill-impact from a high dose of

25  Digitek?

```
 1      A    Yes.

 2      Q    Did your doctor -- Strike that.

 3           Did Dr. Patel ever give you any written

 4   material, information, about Digitek at any time that

 5   you've been under his care?

 6      A    No.

 7      Q    You mentioned a grandmother that you believed

 8   had heart problems.  Is that just based on what you

 9   heard from other people?

10      A    Yes.

11      Q    You've never spoken with your grandmother's

12   doctors or had any first-hand knowledge of --

13      A    No.

14      Q    -- whether or not she had heart problems?

15      A    No.

16      Q    After you found out about the Digitek recall you

17   had some initial digoxin blood level tests done,

18   correct?

19      A    Yes.

20      Q    And one of those tests was one of the ones that

21   Dr. Patel told you was high?

22      A    Yes.

23      Q    I guess I'll preface my next question by saying,

24   without waiving my objection on the collateral source

25   rule, but to the extent we got limited by some court
```

Page 142

```
 1   STATE OF ILLINOIS  )
                        )  SS:
 2   COUNTY OF C O O K  )

 3

 4            The within and foregoing deposition of the

 5   aforementioned witness was taken before NADINE J. WATTS,

 6   CSR, RPR and Notary Public, at the place, date and time

 7   aforementioned.

 8            There were present during the taking of the

 9   deposition the previously named counsel.

10            The said witness was first duly sworn and was

11   then examined upon oral interrogatories; the questions

12   and answers were taken down in shorthand by the

13   undersigned, acting as stenographer and Notary Public;

14   and the within and foregoing is a true, accurate and

15   complete record of all of the questions asked of and

16   answers made by the forementioned witness, at the time

17   and place hereinabove referred to.

18            The signature of the witness was not waived,

19   and the deposition was submitted, pursuant to Rules

20   30(e) of the Rules of Civil Procedure for the United

21   States District Courts, to the deponent per copy of the

22   attached letter.

23            The undersigned is not interested in the

24   within case, nor of kin or counsel to any of the

25   parties.
```

Page 143

```
 1              Witness my official signature and seal as

 2    Notary Public in and for Cook County, Illinois on this

 3    _____ day of _____, A.D. 2009.

 4

 5                         _____

 6                         NADINE J. WATTS, CSR, RPR
                           License No. 084-002736
 7                         Notary Public

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 144

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                      CHARLESTON DIVISION

 3   IN RE:  DIGITEK PRODUCT LIABILITY ) MDL NO. 1968
               LITIGATION                )
 4   _____)
     THIS DOCUMENT RELATES ONLY TO:     )
 5                                       )
     Kevin Clark and Willie Mae         )
 6   Wilburn, Individually and on       )
     behalf of all others similarly     )
 7   situated,                          )
             Plaintiffs,                )
 8                                       )
          vs.                           ) MDL NO. 2:08-1017
 9                                       )
     ACTAVIS GROUP; hf, et al.,         )
10            Defendants.               )

11

12             I hereby certify that I have read the

13   foregoing transcript of my deposition given at the time

14   and place aforesaid, consisting of Pages 1 to 144,

15   inclusive, and I do again subscribe and make oath that

16   the same is a true, correct, and complete transcript of

17   my deposition so given as aforesaid, and includes

18   changes, if any, so made by me.

19

20             _____

21

22   SUBSCRIBED AND SWORN TO before me this

23   _____ day of _____, 2009.

24   _____

25   Notary Public
```

Willie Mae Wilburn

Page 145

```
 1    CASE:  Willie Mae Wilburn vs. Actavis, et al.

 2    DATE TAKEN:  August 6, 2009

 3    DEPONENT:  ███████████████

 4    PAGE    LINE                ERRATA SHEET

 5    _____   _____   CHANGE: _____

 6    _____   _____   REASON: _____

 7    _____   _____   CHANGE: _____

 8    _____   _____   REASON: _____

 9    _____   _____   CHANGE: _____

10    _____   _____   REASON: _____

11    _____   _____   CHANGE: _____

12    _____   _____   REASON: _____

13    _____   _____   CHANGE: _____

14    _____   _____   REASON: _____

15    _____   _____   CHANGE: _____

16    _____   _____   REASON: _____

17    _____   _____   CHANGE: _____

18    _____   _____   REASON: _____

19    _____   _____   CHANGE: _____

20    _____   _____   REASON: _____

21    _____   _____   CHANGE: _____

22    _____   _____   REASON: _____

23

24    (SIGNED)_____

25    Reporter:  Nadine J. Watts, CSR, RPR
```