## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®
PRODUCT LIABILITY LITIGATION

Master Docket No.

MDL No. 1968

PLAINTIFF: **Lorena Ard**
           (name)

### AMENDED DIGITEK® PLAINTIFF FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.  If you are completing the Fact Sheet for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.  A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and as responses to requests for production pursuant to Fed. R. Civ. P. 34 will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. The questions and requests for production contained in the Fact Sheet are non-objectionable and shall be answered without objection.

In filling out this form, please use the following definition: "healthcare provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice, and any pharmacy, x-ray department, radiology department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in the diagnosis, care and/or treatment of you.

In addition, to the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

### I.    CASE INFORMATION

1.    Please state the following for the civil action that you filed:

    a.    Case caption: **Please see attached.**

    b.    Civil Action Number: **3:09-CV-234**

    c.    Court in which action was originally filed: **Jefferson Circuit Court.  Removed to United States District Court Western District of Kentucky**

    d.    Your attorney:

Name: **Please see attached.** _____

Address: _____

_____

2.   Name of person completing this form: ███████████ **with assistance and transcription by counsel**

3.   Please list any other names you have used or by which you have been known and dates you used those names:

███████████ **(1965-1975);** ███████████ **(Approximately 04/1975-06/1975);** ███████████ **(1980--1989)**

4.   Your current address: ███████████ _____

_____

5.   If you are completing this Fact Sheet in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

    a.   Describe the capacity in which you are representing the individual or estate:

    _____

    b.   If you were appointed as a representative by a court, state the:

    Court Which Appointed You: _____

    Date of Appointment: _____

    c.   What is your relationship to the individual you represent: _____

    _____

    d.   If you represent a decedent's estate, state:

    Decedent's Date of Death: _____

    Address of Place Where Decedent Died: _____

    _____

    e.   If you are claiming the wrongful death of a family member, identify any and all family members, beneficiaries, heirs or next of kin of that person, including their relationship to Decedent:

    _____

    _____

    _____

THE REST OF THIS FACT SHEET REQUESTS INFORMATION ABOUT THE PERSON WHO PURCHASED, OR PURCHASED AND USED DIGITEK®. WHETHER YOU ARE COMPLETING THIS FACT SHEET FOR YOURSELF OR FOR SOMEONE ELSE, PLEASE ASSUME THAT "YOU" MEANS THE DIGITEK® PURCHASER OR PURCHASER AND USER.

## II.   CLAIM INFORMATION

1. Name of Digitek® Purchaser/User:
   ███████████

2. Have you used any other names in the last five (5) years?  Yes ____  No **X**

   If yes, please list any such names that you have used:

3. Do you claim that you suffered bodily injuries as a result of taking Digitek®?

   Yes **X**  No ____  If Yes, please answer the following:

   a. What bodily injuries do you claim resulted from your use of Digitek®?

      **Cardiac arrhythmias--called ventricular flutter; tachycardia; lightheadedness;**

      **shortness of breath; chest pain; dizziness; fatigue**

   b. When is the first time you saw a health care provider for any of the symptoms you link to your alleged injury? **January 2008**

   c. Are you currently experiencing symptoms related to your alleged injury?

      Yes ____  No **X**  If Yes, please describe the symptoms:

   d. Did you see a doctor, clinic or healthcare provider for the bodily injuries or illness listed above?

      Yes **X**  No ____  If Yes, who: **Dr. David Johnson; Dr. Roshan Mathew**

   e. Who diagnosed your injury? **Dr. Mathew**

   f. Date of diagnosis: **Approximately 5/18/08**

   g. Were you hospitalized?

      Yes **X**  No ____  If Yes, please answer the following:

1)   Date of hospital admission: **2/25/2008**

2)   Date of discharge: **Transported to another hospital the following day;**
     **Discharged from the second hospital 2/29/08**

3)   Hospital name and address: **Owensboro Medical Health System and**

**Jewish Hospital**

h.   What harm or consequence including physical limitations, do you claim you suffered as a result of the bodily injury above, excluding any mental or emotional damages, lost wages or out of pocket expenses listed below?

**Plaintiff felt awful for about six months.  The irregular heartbeat was frightening**

**to Plaintiff.  Plaintiff was very fatigued.  It limited her social activities.  Plaintiff**

**had difficulty doing her job in the manner in which she was accustomed.**

i.   Do you claim that your injury was caused by ingesting defective Digitek® medication?

Yes **X**   No ____   If Yes, please answer the following:

1)   Describe in detail what you claim the defect to have been in the Digitek® medication that you ingested: **Pills may have been double thickness or**

**otherwise contained a larger dose than stated.**

2)   How much of the defective product did you ingest? **Plaintiff took Digitek**
     **from the end of October 2007 through the recall, daily.**

3)   When did you ingest the product? **October 2007--early May 2008.**

j.   Have you had any discussions with any doctor or other healthcare provider about whether Digitek® caused you to suffer any illness or injury?

Yes **X**  No ____   If Yes, who: **Dr. Mathew and Dr. Johnson**

4.   Are you claiming mental and/or emotional damages as a result of taking Digitek®?

Yes **X**  No ____

If Yes, what mental and/or emotional damages do you claim resulted from your use of Digitek®?

**Plaintiff has suffered a lot of fear and anxiety.**

If **Yes**, for each provider (including but not limited to primary care physicians, psychiatrists, psychologists, and/or counselors) from whom you have sought treatment for psychological, psychiatric or emotional problems, state the following:

| NAME | ADDRESS | CONDITION TREATED | DATES TREATED | MEDICATIONS PRESCRIBED |
|------|---------|-------------------|---------------|------------------------|
|      |         |                   |               |                        |
|      |         |                   |               |                        |
|      |         |                   |               |                        |

5.    Are you making a claim for lost wages or lost earning capacity?

**Yes**___  **No** _X_   If **Yes**, state the annual gross income you derived from your employment for each of the last five (5) years:

_____

_____

_____

6.    Have you incurred any out-of-pocket expenses as a result of using Digitek®?

**Yes** _X_  **No** _____   If **Yes**, please identify and itemize all out-of-pocket expenses you have incurred: **Copays for the hospitalization and the doctors and medications.**

_____

7.    What other damages, if any, do you claim you suffered as a result of the purchase or ingestion of Digitek®?

**Plaintiff has had significant pain and suffering. She lost significant quality of life.**

**Plaintiff was unable to do the things she enjoyed. Plaintiff felt bad for her family. Plaintiff**

**has incurred costs associated with diagnosis and treatment of her injuries and the costs replacing the product, including tests and other procedures related to the new medication.**

### III.    DIGITEK® PRESCRIPTION INFORMATION

1.    Have you ever used Digitek®? **Yes** _X_  **No** _____

2.    If you answered **yes** to No. 1, identify the following for each period of time during which you took Digitek®:

| DOSAGE (.125 MG OR .250 MG) | HOW OFTEN PER DAY OR WEEK? | DATE STARTED | DATE STOPPED | NAME OF PRESCRIBER |
|------------------------------|----------------------------|--------------|--------------|---------------------|
| .250 | daily | October 2007 | February 2008 | Roshan K. Matthew |

3.  Name(s) and address(es) of pharmacies where prescriptions were filled: **CVS Caremark;**

**Buehler's Pharmacy, Rockport**

_____

4.  Identify the condition for which you were prescribed Digitek®: **post-open heart surgery**

**and bypass**

5.  Did you receive any free samples of Digitek®?

Yes __ No **X**  If Yes, please state the following:

a.  Who provided the samples? _____

b.  When were samples provided? _____

c.  What was the dosage of the samples? _____

d.  How many samples were provided? _____

6.  Do you have in your possession or does your attorney have the packaging from the Digitek® you allegedly purchased, or purchased and used, and/or any Digitek® tablets?

Yes **X**   No ____

a.  If yes, who currently has custody of the Digitek® packaging and/or tablets?

**Lawrence L. Jones II**

_____

_____

b.  If you or your attorney is in possession of tablets, how many do you have? **117 by counsel's
count**

c.  Have you or anyone on your behalf tested the Digitek® tablets in your possession?

Yes ____ No **X**   If Yes,

1)  Who tested the tablets? _____

2)  What test(s) was performed? _____

_____

3)  How many tablets were tested? _____

4)  When were the tests performed? _____

5)    What were the test results? _____

_____

**(NOTE: In lieu of answering the following Question Nos. 7a and 7b, please attach a clear copy of the product packaging and/or the label on the vial or blister pack of Digitek® in your or your attorney's possession that provides the information sought below.)**

7a.    Do you know the lot number(s) for any of the Digitek® you received?

Yes **X**   No _____

If Yes, what is/are the lot number(s): _____**See attached records**_____

7b.    Do you know the expiration date for any of the Digitek® you received?

Yes **X**   No _____

If Yes, when is/was/were the expiration date(s): _____**2/15/09**_____

8.    Have you had any communication, oral or written, with any of the defendants or their representatives?

Yes _____   No **X**

If Yes, set forth the date of the communication, the method of communication, the        name of the person with whom you communicated, and the substance of the communication between you and any defendants or their representatives:

_____

9.    Have you ever used any other digoxin or digitalis product (i.e. Lanoxin)?

Yes **X**   No _____

If Yes, please state:   **Please see attached.**

| DOSAGE (.125 MG OR .250 MG) | HOW OFTEN PER DAY OR WEEK? | DATE STARTED | DATE STOPPED | NAME OF PRESCRIBER |
|---|---|---|---|---|
| **Digoxin .250** | **daily** | **after surgery and** | | |
| | | **before Digitek** | | |
| | | **possibly 02/06** | | |

10.    Are you aware that Digitek® was recalled?

Yes **X**   No _____   If Yes, please state the following:

   a.    When you became aware of the recall: **When Plaintiff received the letter in May 2008**
   b.    How you became aware of the recall: **Received the letter from Caremark**

11.   Did you discuss the recall with any healthcare provider or pharmacist?

Yes **X**   No _____   If Yes, please state the following:

   a.      When that discussion occurred: **5/18/2008** _____

   b.      With whom: **Dr. Mathew.  Plaintiff also spoke with Dr. Johnson after that**
           **occasion**

12.   Did you return any Digitek® to Stericycle or any pharmacy?

Yes _____   No **X**   If Yes, please state the following:

   a.      When did you return the product? _____

   b.      Do you have your paperwork regarding the return?  Yes _____  No _____

   c.      To whom did you return the product? _____

13.   Have you ever visited a website, chat-room, message board or other electronic forum containing information or discussion about Digitek®?

Yes **X**   No _____   If Yes, please provide the name of the website: **the FDA website** _____

## IV.   MEDICAL BACKGROUND

1.   Current Height: **5'8"**

2.   Current Weight: **167 lbs.**

3.   Approximate weight at the time of your injury: **approximately 160 lbs.**

4.A.   To the best of your knowledge, have you, or any blood-relative family member (child, parent, brother, sister, or grandparent), ever experienced or been diagnosed with any of the following conditions?  Please select Yes or No for each condition.  For each condition for which you answer Yes, please identify who suffered the condition, you or a relative, and please provide the relative's name and relationship to you.  If you suffered the condition, please provide the additional information requested in the table following 4(B): **Objection.  See attached.**

| CONDITION EXPERIENCED OR DIAGNOSED | YES | NO | WHO SUFFERED CONDITION |
|---|---|---|---|
| Abnormal heart rhythm, atrial fibrillation, atrial flutter, ventricular fibrillation, or heart block | X | | self |
| Allergic reaction to medication (e.g., skin reaction, rash, or anaphylaxis) | | X | |
| Blocked or narrow arteries/plaque buildup/coronary artery disease | X | | self; brothers |
| Cardiomyopathy/enlarged heart | | X | |
| Chest pain/angina | X | | self; brother |
| Congenital heart abnormality | | X | |
| Congestive heart failure | | X | |
| Heart attack/MI/myocardial infarction | X | | father; brother |

| CONDITION EXPERIENCED OR DIAGNOSED | YES | NO | WHO SUFFERED CONDITION |
|---|---|---|---|
| High blood pressure/hypertension | X | | 2 brothers |
| High cholesterol or triglycerides | X | | self; 2 brothers |
| Kidney disease or condition | X | | self |
| Stroke/transient ischemic attack/TIA/aneurysm | | X | |

4.B.   To the best of your knowledge, have you ever experienced or been diagnosed with any of the following conditions?  Please select **Yes** or **No** for each condition.  If you suffered the condition, please provide the additional information requested in the table following this chart: **Objection. See attached.**

| CONDITION EXPERIENCED OR DIAGNOSED | YES | NO |
|---|---|---|
| Alcoholism or other substance abuse | | X |
| Alzheimer's, senility, confusion | | X |
| Arthritis (osteoarthritis or rheumatoid arthritis) | X | |
| Autoimmune diseases (e.g., rheumatoid arthritis, lupus, Sjogren's, etc.) | | X |
| Bleeding or clotting disorders | | X |
| Cancer | | X |
| Chronic obstructive pulmonary disease/COPD/chronic lung disease/asthma | | X |
| Deep vein thrombosis/DVT | X | |
| Depression, anxiety, schizophrenia, bipolar disorder | X | |
| Dermatologic diseases or conditions | | X |
| Diabetes mellitus | X | |
| Electrolyte imbalance | | X |
| Enlarged prostate, bladder dysfunction | | X |
| Gastrointestinal problems (e.g., ulcers, heartburn, acid reflux, GERD, increased or decreased motility) | X | |
| Hardening of the arteries/stenosis/aneurysms | | X |
| Heart valve problems (e.g., murmur, leaky valve, prolapse, regurgitation) | | X |
| Hormonal replacement therapy | X | |
| Hypothyroidism/Thyroid condition | X | |
| Immune system disease or dysfunction (including HIV or AIDS) | | X |
| Liver disorder or disease (cirrhosis, hepatitis, etc.) | | X |
| Multiple sclerosis, myasthenia gravis | | X |
| Osteoporosis, bone fractures, calcium deficiency | | X |
| Peripheral vascular disease or peripheral arterial disease | | X |
| Pulmonary embolism/blood clot to the lungs | | X |
| Pulmonary hypertension | | X |
| Raynaud's syndrome/phenomenon | | X |
| Rheumatic Fever/Scarlet Fever | | X |
| Tobacco use or addiction | | X |
| Vasculitis | | X |

For each condition for which you answered **Yes** in the previous two charts, please provide the information requested below:

**Plaintiff provides the following information to the best of her knowlege and recollection, with some information gathered from the medical records.  Please see attached.  Additionally, Plaintiff has attached an executed medical release.  Defendant is free to obtain and review ▮▮▮ ▮▮▮medical records for further information.**

| CONDITION YOU EXPERIENCED | DATE OF ONSET | MEDICATION/ TREATMENT | TREATING PHYSICIAN AND/OR HOSPITAL |
|---|---|---|---|
| Atrial Fibrillation | 2/18/2006 | Pacerone | Dr. Mathew |
| Ventricular fibrillation | 10/2007-5/2008 | Toporal | Dr. Mathew |
| Coronary artery disease | 2/17/2006 | Open heart surgery | Dr. Khanna |
| Chest pain | while taking Digitek | Nitroglycerin | Dr. Mathew |
| High Cholestoral | February 2006 | Lipitor | Dr. Mathew |
| Triglycerides | February 2006 | Lipitor | Dr. Mathew |
| Kidney Stones | Many years ago | Lithotrypsy | Dr. Anderson |
| Arthritis | when Plaintiff was 30 y.o. | heat and pain medication | Dr. Johnson |
| DVT | most recent was 15 years ago | elevation and rest | |
| Depression | off and on for years | antidepressants | Dr. Chapman |

5.    Please indicate whether you have ever been the subject of any **cardiovascular surgeries** including, but not limited to, open heart/bypass surgery, CABG, pacemaker or defibrillator implantation, stent placement, vascular surgery, angioplasty, IVC filter placement, carotid (neck) surgery, or valve replacement.

        Yes **X** No ___ I don't recall ___ If Yes, please specify the following:

| SURGERY | REASON FOR SURGERY | DATE | TREATING PHYSICIAN | HOSPITAL |
|---|---|---|---|---|
| coronary artery bypass graft (CABG) | blocked coronary arteries | 2/17/06 | Dr. Khanna | OMHS |
| | | | | |

6.    Please indicate whether you have ever been the subject of any of the following **cardiovascular diagnostic tests** or interventions and provide the requested information about each: including, but not limited to, stress test C-reactive protein (CRP); chest X-ray; angiogram/catheterization; CT scan; MRI; EKG; echocardiogram; TEE (trans-esophageal echo); endoscopy; lung bronchoscopy; carotid duplex/ultrasound; MRI/MRA of the head/neck; angiogram of the head/neck; CT scan of the head; bubble/microbubble study; and Holter monitor.
        **Objection. Please see attached.**
        Yes **X** No ___ I don't recall ___ If Yes, please specify the following:

| DIAGNOSTIC TEST/ INTERVENTION | REASON FOR TEST/ INTERVENTION | DATE | TREATING PHYSICIAN/ HOSPITAL | RESULT OF DIAGNOSTIC TEST/ INTERVENTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

7.  Do you now or have you ever smoked tobacco products?  Yes **X**  No ____  If **Yes**, please specify the following:

      a.    How long have/did you smoke? **about ten years--quit twenty-five years ago**

      b.    How much do/did you smoke? **about one pack a day**

8.  Did you drink alcohol (beer, wine, etc.) in the three years before your alleged injury?

    Yes **X**  No ____  If **Yes**, please specify the following:

      a.    How often did you drink? **about once every two or three months**

      b.    How much did you drink? **about one drink at a time**

9.  Have you ever used any illicit drugs of any kind within the five (5) years before, or at any time after, your alleged injury?

    Yes ____  No **X**  If **Yes**, identify the substance(s) and your first and last use: _____

_____

## V.   ADDITIONAL MEDICATIONS
## (INCLUDING OTHER DIGOXIN PRODUCTS, SUCH AS LANOXIN®)

1.  For any medications, herbal products or supplements other than Digitek® that you took on a regular basis in the ten (10) years prior to, and at the time of, the incidents described in your Complaint, please provide the information requested below:
**Objection.  Please see attached.**

| NAME OF MEDICATION USED | DOSAGE | PRESCRIBING PHYSICIAN | DATES OF USE | PURPOSE OF PRESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME OF MEDICATION USED | DOSAGE | PRESCRIBING PHYSICIAN | DATES OF USE | PURPOSE OF PRESCRIPTION |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

2.  Have you ever experienced any side effects while you were taking any of the medications identified in this section in the past ten (10) years?

Yes **X** No ___   If Yes, please specify the following:

    a.    The name of the medication: **Pacerone** _____

    b.    The side effect(s): **Nausea and vomiting** _____

    c.    The date the side effect was experienced: **approximately February 19, 2006** _____

## VI.   PERSONAL INFORMATION

1.   Current Address and Date when you began living at this address: ▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮

2.   Social Security Number: ▮▮▮▮▮▮

3.   Date and Place of Birth: ▮▮▮▮▮▮

4.   Marital Status: **Married**

     If married, spouse's name, occupation and date of marriage: ▮▮▮▮▮▮ **veterinarian**;

     If divorced, dates of the marriage, case name/jurisdiction for the divorce: _____
     ▮▮▮▮▮▮

     Has your spouse filed a loss of consortium in this action?  Yes ___ No **X**

5.   If you have children, please list each child's name and date of birth:
     ▮▮▮▮▮▮

     ▮▮▮▮▮▮

6.   For any school attended after High School, please provide the following information:

     a.   School Name: **Please see attached.**

     b.   Address: _____

     c.   Dates attended: _____

     d.   Diploma/Degree: _____

7.   Employment information for the last ten (10) years.  Please include employer's name, address, dates of employment, job title, job description and duties:

     **Owensboro Medical Health System 1/1/1996--present**

     **811 E. Parrish Ave., Owensboro, KY 42303: Advanced Practice Mental Health RN**

8.   Have you ever served in the military, including the military reserve or National Guard?

     **Yes** ___ **No X**

     If **Yes**, were you ever rejected or discharged from military service for any reason relating to your physical condition?  **Yes** ___ **No** ___

If Yes, state the condition for which you were rejected or discharged:_____

_____

9.   Has any insurance or other company, or Medicare or Medicaid, provided medical coverage to you or paid medical bills on your behalf in the last ten (10) years?

Yes **X**   No ____   If Yes, please specify the following:

a.   The name of the company/agency: **NALC Health Benefit Plan**_____

b.   Address: **20547 Waverly Ct., Ashburn VA 20149**_____

c.   Dates of Service: **Plaintiff has had this insurance for about 12 years.**
      **Medicare--since January 2009**

10.   Have you applied for workers' compensation (WC) and/or social security disability (SSI or SSD) benefits in the last ten (10) years?

Yes ____   No **X**   If Yes, please specify the following:

a.   Type of claim:_____

b.   Year application filed:_____

c.   Agency where application was filed:_____

d.   Nature of disability:_____

e.   Time period of disability:_____

11.   Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit, relating to any bodily injury?

Yes ____   No **X**   If Yes, please specify the following:

a.   Court in which suit/claim filed or made:_____

b.   Case/Claim Number:_____

c.   Nature of Claim/Injury:_____

12.   As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty?

Yes ____   No **X**   If Yes, please set forth where, when and the felony and/or crime:_____

_____

## VII.   HEALTHCARE PROVIDERS AND PHARMACIES

1.  Identify each doctor or other healthcare provider who you have seen for medical care and treatment in the past ten (10) years: **Objection.  Please see attached.**

| NAME AND SPECIALTY | ADDRESS | REASON FOR VISIT | APPROX DATES/YEARS OF VISITS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2.  Identify each hospital, clinic, or healthcare facility where you were hospitalized (in-patient, out-patient, or emergency room visit) in the past ten (10) years: **Objection.  Please see attached.**

| NAME | ADDRESS | ADMISSION DATE(S) | REASON FOR ADMISSION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.  Identify each pharmacy that has dispensed medication to you in the past ten (10) years: **Objection. Please see attached.**

| NAME OF PHARMACY | ADDRESS | APPROX DATES/YEARS YOU USED PHARMACY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## VIII. DECEASED INDIVIDUALS AND AUTOPSY INFORMATION

1. If you are filling this out on behalf of an individual who is deceased, please state the following from the Death Certificate of the individual:

   (NOTE: In lieu of the following, please attach a copy of the death certificate.)

   Date of death: _____

   Place of death (city, state and county): _____

   Facility or location where death occurred: _____

   Name of physician who signed death certificate: _____

   Cause of death: _____

   _____

   If you are filling this out on behalf of an individual who is deceased and on whom an autopsy was performed, please fill in the information below pertaining to the autopsy and the autopsy report:

   (NOTE: In lieu of the following, please attach a copy of the autopsy report.)

   Date: _____

   Performed by: _____

   Facility where autopsy was performed: _____

   Place where autopsy was performed (city, state, county): _____

   Describe any and all tissue preserved: _____

## IX. FACT WITNESSES

1. Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you:

   Name: ██████████ _____

   Address: _____

   _____

   Relationship to you: ██████████ _____

   Name: ██████████ _____

   Address: ██████████████████ _____

   _____

   Relationship to you: ██████████ _____

   Name: ██████████ _____

   Address: ██████████████████ _____

   _____

   Relationship to you: ██████████ _____

   Name: _____

   Address: _____

   _____

   Relationship to you: _____

Am. Digitek® Plaintiff Fact Sheet

Name: _____

Address: _____

_____

Relationship to you: _____

## IX.   DOCUMENT DEMANDS

1.   Authorizations:  please sign authorizations that are attached hereto as Exhibit A, for each of the healthcare providers that you have identified above in your Answers to §II, Question Nos. 1-3, and § IV, Question No. 2.

2.   Documents in your possession, including writings on paper or in electronic form:  If you have any of the following materials in your custody or possession, please attach a copy to this Fact Sheet.

   a.   All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Digitek®.

   b.   Copies of the entire packaging, including the box and label, for Digitek® and any Digitek® tablets (plaintiffs or their counsel must maintain the originals of the items requested in this subpart).

   c.   All documents relating to your purchase of Digitek®, including, but not limited to, receipts, prescriptions or records of purchase.

   d.   All photographs, drawing, journals, slides, videos, DVDs or any other media relating to your alleged injury.

   e.   Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable).

   f.   Decedent's death certificate and autopsy report (if applicable).

   g.   Medical records, bills, correspondence, reports and all other documents from any health care provider who saw, evaluated or treated Plaintiff/Decedent in the last five (5) years.

   h.   All emergency responder, paramedic or EMT reports regarding Plaintiff/Decedent.

   i.   Documents concerning any communication between Plaintiff/Decedent or Plaintiff/Decedent's attorneys or agents and the FDA or any Defendant regarding the events giving rise to the lawsuit or relating to Digitek.

   j.   Non-privileged documents, including any diaries, calendars or notes that record Plaintiff/Decedent's health, use of Digitek or alleged injuries

## X.    VERIFICATION

*I declare under penalty of perjury* that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge. I have supplied all the documents requested in Part ___ of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and supplied the authorizations attached to this declaration.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respects incomplete or incorrect.

Date: __7/1/09__

Signature