████

```
1              IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                      CHARLESTON DIVISION

3

    IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION
4                     MDL NO. 1968

5   CARLA YORK, ET AL.,              )

6          PLAINTIFFS,               )

7   V.                               ) MDL NO.
                                       2:09-CV-00544
8   ACTAVIS TOTOWA, LLC, ET AL.,  )

9          DEFENDANTS.                )

10

11

12

13

14

15        DEPOSITION OF ████████ PRODUCED, SWORN

16  AND EXAMINED ON THE 11TH DAY OF DECEMBER, 2009,

17  BETWEEN THE HOURS OF 12:30 P.M. AND 3:21 P.M., AT

18  THE OFFICES OF DINSMORE & SHOHL, 500 WEST JEFFERSON

19  STREET, SUITE 1400, LOUISVILLE, JEFFERSON COUNTY,

20  KENTUCKY, BEFORE LISA MIGLIORE BLACK, CERTIFIED

21  COURT REPORTER--KENTUCKY AND NOTARY PUBLIC WITHIN

22  AND FOR THE STATE OF KENTUCKY.

23

24

25
```

**Amended Exh. N**

```
1                      ***    ***    ***

2                          APPEARANCES

3

4    FOR THE PLAINTIFFS:
     LAWRENCE L. JONES, II, ESQ.
5    LAWRENCE JONES, II, ESQ.
     BAHE, COOK, CANTLEY & JONES
6    KENTUCKY HOME LIFE BUILDING
     239 SOUTH FIFTH STREET
7    SUITE 700
     LOUISVILLE, KENTUCKY  40202
8
     FOR THE DEFENDANTS:
9    HOLLY SMITH, ESQ.
     SHOOK, HARDY & BACON
10   2555 GRAND BOULEVARD
     KANSAS CITY, MISSOURI  64108
11   APPEARING VIA SPEAKERPHONE ON BEHALF OF MYLAN
     PHARMACEUTICALS INC., MYLAN BERTEK PHARMACEUTICALS
12   INC., AND UDL LABORATORIES

13   LESLIE E. CRISWELL, ESQ.
     TUCKER, ELLIS & WEST
14   515 SOUTH FLOWER STREET
     FORTY-SECOND FLOOR
15   LOS ANGELES, CALIFORNIA  90071
     APPEARING ON BEHALF OF ACTAVIS TOTOWA LLC, ACTAVIS
16   INC., AND ACTAVIS ELIZABETH LLC

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                    INDEX TO EXAMINATION

 2                                               PAGE

 3   EXAMINATION BY MS. CRISWELL                   4

 4   EXAMINATION BY MS. SMITH                     119

 5   EXAMINATION BY MS. CRISWELL                  123

 6   EXAMINATION BY MS. SMITH                     136

 7   EXAMINATION BY MR. JONES                     138

 8   EXAMINATION BY MS. CRISWELL                  141

 9   EXAMINATION BY MR. JONES                     143

10   EXAMINATION BY MS. CRISWELL                  143

11   CERTIFICATE                                  146

12

13

14                    INDEX TO EXHIBITS

15   EXHIBIT 1, COMPLAINT                           4

16   EXHIBIT 2, PLAINTIFF FACT SHEET                4

17

18

19

20

21

22

23

24

25
```

Page 7

1    written record.  So we have to have words.

2          Do you have any questions before we get

3    started?

4          A.    I don't think so.

5          Q.    Okay.  You're feeling okay to go ahead

6    with this?

7          A.    Yes.

8          Q.    Is that yes?

9          A.    Yes.

10         Q.    I got you.

11         A.    You did get me, didn't you?

12         Q.    You are a nurse.

13         A.    That's correct.

14         Q.    Yeah, and you've been a nurse for a

15   number of years.

16         A.    Yes.

17         Q.    For how long?

18         A.    More than 40.

19         Q.    And what type of specialization do you

20   have in that field?

21         A.    Since 1997, I've been a psychiatric

22   nurse practitioner.

23         Q.    Okay.  Prior to that, what was your area

24   of focus?

25         A.    I started out in obstetrics, and then I

```
1        Q.      -- of Indiana?

2        A.      Thank you for the subtraction, yeah.

3        Q.      Okay.  Have you ever been a resident of

4     ██████████

5        A.      Yes, I've lived in ██████████   My family

6     is all from ██████████

7        Q.      Okay.  And when were you a resident of

8     the State of ██████████

9        A.      When I was eight years old.

10       Q.      And that's it?

11       A.      Uh-huh.

12       Q.      Is that yes?

13       A.      Yes.

14       Q.      Okay.  All right.  I want to understand

15    at the outset here what claims you are making in

16    this case.

17            What are your claims in this lawsuit?

18       A.      I received dosages of Digitek that were

19    inappropriate, and they gave me cardiac symptoms for

20    an extended period of time.

21       Q.      Okay.  Now, are you talking specifically

22    about Digitek or some other form of the same kind of

23    medication?

24       A.      I'm talking about specifically Digitek.

25       Q.      Okay.  And what was it about the dosage
```

1    that was not appropriate, to use your words?

2         A.    I got all of the same symptoms that one

3    gets when one is toxic on Digitek.  I was supposed

4    to be getting 0.25.

5         Q.    And you were getting what?

6         A.    Obviously I was getting more.

7         Q.    Why do you say that?

8         A.    Because I had symptoms.

9         Q.    So your conclusion is because you had

10   symptoms, you must have been getting more than 0.25

11   milligrams in the tablet?

12        A.    Correct.

13        Q.    Over what period of time was this

14   happening?

15        A.    I received Digitek from February of 2006

16   until about May 2008.  I didn't start having

17   symptoms until October or November of '07, and those

18   continued to May of '08.

19        Q.    Okay.  So what symptoms did you begin to

20   experience in October or November of '07?

21        A.    Fatigue, shortness of breath without

22   exertion, sleepiness to the point that I had a

23   houseful of company at Thanksgiving, and I went to

24   bed because I had to sleep.

25        Q.    It's that turkey.

1      A.      No, I hadn't even had any,

2  unfortunately.  My husband was cooking it.

3      I also had a regular heart rhythm [sic].

4      Q.      Irregular?

5      A.      Irregular heart rhythm, and that was

6  intermittent.

7      Q.      Any other symptoms?

8      A.      I was very limited as far as activity

9  would be concerned.  I would get short of breath,

10  although I did get short of breath without activity

11  also.

12      Q.      Okay.  Any other symptoms that you

13  noticed in the October/November time frame that you

14  attribute to Digitek?

15      A.      The sleepiness, the fatigue, shortness

16  of breath.  I'm just trying to think.  Those were

17  the primary ones.

18      Q.      Are there any others that you can think

19  of?

20      A.      Not that I can think of at this moment.

21      Q.      So what changed, if anything, in

22  October/November of '07 that coincided with the

23  symptoms now becoming -- I guess not becoming, but

24  beginning?

25      A.      I'm not really sure except that I did

1    get a new prescription of Digitek in October --

2         Q.     Okay.

3         A.     -- a refill.

4         Q.     A refill from who?

5         A.     Caremark.

6         Q.     Caremark.

7         Okay.  And is that -- for how long has Caremark

8    been your pharmacy?

9         A.     Oh, 10, 15 years.

10        Q.     Okay.  So had Caremark been the place

11   that you had been getting prescriptions of Digitek

12   filled from February of '06 to October of '07?

13        A.     Correct.

14        Q.     Okay.  Was it always 0.25 milligrams?

15        A.     Yes.

16        Q.     And was the dosage to be taken once a

17   day?

18        A.     Yes.

19        Q.     And the doctor that prescribed that

20   medication for you, was the same person from

21   February of '06 to May of '08?

22        A.     Correct.

23        Q.     And who was that?

24        A.     Dr. Roshan Mathew.

25        Q.     Okay.  He's a cardiologist?

1    '08 -- of '07 -- I'm sorry, '08.  I'm sorry.

2         Q.    Anything else that you can recall?

3         A.    Not that I can recall.

4         Q.    Okay.  Between February of '08 and May

5    of '08, did the symptoms get worse, get better, stay

6    about the same -- the ones we've talked about?

7         A.    They stayed about the same.  I would

8    still have the episodes.  At that point, the

9    irregular heart was very noticeable, and I would get

10   light-headed to the point I would have to sit down.

11        Q.    And when did that start?

12        A.    That started in like the beginning of

13   February --

14        Q.    Okay.

15        A.    -- beginning to mid-February.  That's

16   when I called my cardiologist.

17        Q.    Okay.  And the cardiologist is who?

18        A.    Dr. Mathew.

19        Q.    That's right.  All right.  So Dr. Mathew

20   is your cardiologist throughout all of this?

21        A.    Right.

22        Q.    So when you first began to notice the

23   significant fatigue and the shortness of breath

24   starts, the sleepiness, and the intermittent heart

25   rhythm in '07, did you talk to him?

Page 35

```
 1      A.    Yes.

 2      Q.    And what was his response to all of

 3  that?

 4      A.    He did lab tests.  I can't remember all

 5  of them.  He did check my thyroid and blood count,

 6  the things that you reasonably would do when someone

 7  has unexplained fatigue.

 8      Q.    Did he do any testing of blood levels

 9  for digitalis?

10      A.    No -- not that I'm aware of.  No, I

11  shouldn't say that.

12      Q.    Not that you're aware of?

13      A.    Not that I'm aware of.

14      Q.    Did you and he during that -- during

15  that visit have any discussion at all about the

16  medications you were taking?

17      A.    We always review medications every

18  visit.

19      Q.    Okay.  So when you review medications,

20  how do you do that?

21      A.    They already have a list, and we compare

22  my current list with what they have, and correct it.

23      Q.    Okay.  Do you remember having to make

24  any corrections during that visit?

25      A.    No, I don't.
```

1        Q.      Okay.  So as far as you recall, your

2    list and his list were the same?

3        A.      Right.

4        Q.      All right.  Did you and he have any

5    discussion during that visit about Digitek?

6        A.      No.

7        Q.      Did he have any explanation for you as

8    to what was causing the significant fatigue,

9    shortness of breath, sleepiness, and the irregular

10   heart rhythm?

11       A.      He did not.  He did contact me -- or his

12   nurse contacted me later on, and he did put me on an

13   iron supplement, concerned maybe that my iron stores

14   were not what they should be.

15       Q.      Okay.  Do you remember him giving you

16   any explanation at all for these conditions?

17       A.      No.

18       Q.      Nothing.

19       Okay.  Okay.  So when you left his office in

20   January '08, you would have scheduled ahead for the

21   next six-month visit, correct?

22       A.      Correct.

23       Q.      And do you remember, when was the next

24   time you actually saw Dr. Johnson after that date?

25       A.      I don't remember that date.  It probably

Page 51

```
 1        A.      Until the -- probably the first week,

 2   week and a half in May.

 3        Q.      And what happened then?

 4        A.      I had gotten a letter from Caremark

 5   telling me not to take them anymore -- not to stop

 6   my medication, but to notify my primary care or my

 7   cardiologist.  They don't -- they didn't recommend

 8   me stopping anything, but they wanted me to be

 9   sure -- and they were going to replace my medication

10   with a different brand.

11        Q.      What else did they say in the letter?

12        A.      That there had been a recall, that

13   possibly the dosage was higher than it should have

14   been.  That's all I can remember.

15        Q.      Okay.  You got the letter.  You read the

16   letter?

17        A.      Correct.

18        Q.      And did you talk to your doctors about

19   it?

20        A.      Yes, I did.  Within a day, day and a

21   half.

22        Q.      Who did you call?

23        A.      Dr. Mathew.

24        Q.      Okay.  Did you call Dr. Johnson as well?

25        A.      No.
```

Page 70

1    hospital and two weeks thereafter.

2        Q.    Okay.  This was the hospital, then

3    transferred to Jewish Hospital?

4        A.    Yes.

5        Q.    Okay.  Are there any other monetary

6    losses that you personally are claiming in this

7    lawsuit?

8        A.    There's doctors' co-pays, our deductible

9    for the hospital admissions, anything that wasn't

10   covered by my insurance.

11       Q.    Okay.  What was the deductible?

12       A.    I can't remember what our deductible is.

13   It changes from year to year, and I can't remember

14   at this point what it was.

15       Q.    Can you give me a rough approximation?

16       A.    $300.

17       Q.    Okay.

18       A.    That's a guess.

19       Q.    Okay.  Total guess, or does it have some

20   basis in reality?

21       A.    Well, I know at least one year, that's

22   what it was, and I don't remember which year that

23   was.

24       Q.    And how about co-pays?  What is your

25   claim for co-pays?

```
 1        A.     Co-pays, until this year, they've all
 2   been $20 every time I went to the doctor.  Then
 3   there were other -- any time you go and you have a
 4   treadmill or something, it doesn't all get paid for.
 5        Q.     Well, what number of doctor visits are
 6   you claiming you would not have had to have had but
 7   for the Digitek?
 8        A.     The one I had in January would have been
 9   our scheduled one.  That would have been a $20 one,
10   but then the one with Dr. Mathew after that.
11        Q.     Okay.  The one with Dr. Johnson, you
12   would have been doing anyway?
13        A.     Correct.
14        Q.     So we're talking about one co-pay for
15   one visit with Dr. Mathew?
16        A.     Yes.
17        Q.     Any other monetary damages that you are
18   claiming in this case?
19        A.     I don't remember exactly how much we had
20   to pay out for hospitalization and testing, but I do
21   not remember that number.  It's here somewhere, but
22   I don't remember the number.
23        Q.     How would you figure out what that
24   number is if you wanted to?
25        A.     We would look at our explanation of
```

Page 72

```
 1    benefits.

 2         Q.     Do you keep those?

 3         A.     Yes.

 4         Q.     Okay.  How far back do you keep those?

 5         A.     Way back.  My husband is meticulous.

 6         Q.     Okay.  All right.  So you would have the

 7    ability to reconstruct that?

 8         A.     Correct.

 9         Q.     Okay.  Any other out-of-pocket -- call

10    them out-of-pocket monetary damages that you're

11    seeking?

12         A.     I can't think of any right this minute.

13         Q.     All right.  Are you seeking any -- we'll

14    circle back around to this in a minute.  Let me talk

15    to you about the 117 tablets.  Okay?

16         If you would, look at page six of Exhibit 2.

17    Do you see question six, which talks about packaging

18    or tablets?  Do you see that?

19         A.     Yes.

20         Q.     So the packaging that your attorney has

21    would be that one plastic bottle -- clear plastic

22    bottle with a screw top --

23         A.     Uh-huh.

24         Q.     -- screw top, white childproof lid,

25    right?
```

1    Q.    Do you know anybody who was taking

2    Digitek and actually sent their unused tablets back

3    for a refund?

4    A.    No.

5    Q.    Okay.  And your recollection is you

6    never received a directive to return anything for a

7    refund; is that right?

8    A.    Not that I recall, right.

9    Q.    When you first started taking Digitek in

10    '06, were there symptoms you discussed with your

11    doctor, where if you started to experience those,

12    you were supposed to call him and tell him?  Do you

13    remember any discussion like that?

14    A.    No.

15    Q.    Does that mean you didn't have that

16    discussion or you may not remember?

17    A.    I don't recall that we had that

18    discussion.  The main discussion was, "If you start

19    having any chest pain, you let me know."

20    Q.    Not shortness of breath, not fatigue?

21    A.    Fatigue, yes, shortness of breath.

22    There's a million things that can cause both of

23    those.

24    Q.    Sure.

25    You went on that Actavis website --

Page 98

```
 1        A.     Uh-huh.
 2        Q.     -- to see what they had to say.
 3        Did you ever try to contact those folks in any
 4   way?
 5        A.     No.
 6        Q.     What about any other drug company?  Did
 7   you try to contact anybody else in that business to
 8   talk to them about the lawsuit --
 9        A.     No.
10        Q.     -- or this drug?
11        A.     No.
12        Q.     Are you making a claim in this case for
13   emotional distress?
14        A.     Yes.  It was probably the most traumatic
15   thing that's happened to me and to my family.
16        Q.     Okay.
17        A.     It changed my whole life actually.  I --
18   the thing that sticks in my mind, is I usually would
19   get -- well, I always got a reserved seat to the
20   Broadway plays in Owensboro, and I did not do that
21   when they could not fix my heart, and I didn't want
22   to waste the money.
23        Q.     Okay.
24        A.     My husband would reach over in the night
25   just to be sure I was breathing.  That was the most
```

1          Q.      And what is the scope of the damages

2     that you're going to seek to recover for the class

3     in this case?

4          A.      Ask me that again.

5          Q.      Yeah.  What kinds of damages are you, as

6     a representative, or one of the representatives,

7     going to seek to recover for the class members?

8          A.      There has to be some economic,

9     emotional, or physical -- even though I'm not

10    involved with that, but that's what I understand,

11    you know, whatever is deemed to be appropriate.

12         Q.      Okay.  But I'm trying to understand what

13    exact type of damages are you going to try to

14    recover for the members of the class?

15         A.      Me personally?

16         Q.      You personally because you're a class

17    rep.

18         A.      Certainly the out-of-pocket expense, and

19    certainly I can speak to the emotional piece of it,

20    although I didn't have a loved one die.

21         Q.      Okay.  So you're intending to recover

22    for the class members what we'll call economic

23    damages and emotional damages?

24         A.      Those are the ones that I can speak to,

25    yes.

1    tablet, or do you think some of those tablets were

2    fine and others of them had too much?

3         A.    I can't speak to that.  I don't know.

4         Q.    You mentioned that you have a patient

5    who you believe is still taking Digitek.

6         Have you talked to her about the fact that

7    you're bringing a lawsuit about Digitek?

8         A.    No.

9         Q.    Do you understand that -- and this is a

10   question.  Do you know whether she would be a

11   proposed class member in the class that you are

12   requesting?

13        A.    No, she's -- she never gave me any

14   indication she was having any problems whatsoever.

15        Q.    Is your lawsuit, then, in your

16   understanding, limited to people who had problems

17   with Digitek or anybody that took Digitek?

18        A.    Only people who had problems with it.

19        Q.    So to the extent a person took Digitek

20   but didn't experience any type of physical symptom,

21   then they would not be a member of your proposed

22   class as you understand it?

23        A.    As I understand it.

24             MS. SMITH:  I think those are all the

25   questions I have for you today.  Again, thank you

Page 145

STATE OF KENTUCKY        )
                         )SS:  ERRATA
COUNTY OF JEFFERSON      )


     I HAVE READ THE FOREGOING PAGES, AND THE

STATEMENTS CONTAINED THEREIN (SUBJECT TO

CORRECTIONS, ADDITIONS, AND DELETIONS CONTAINED IN

THE ADDENDUM ANNEXED HERETO, IF ANY), AND THEY ARE

TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.




     SUBSCRIBED AND SWORN BEFORE ME THIS DAY BY

          , THIS       DAY OF          2009.

MY COMMISSION EXPIRES:



               NOTARY PUBLIC

COMMONWEALTH OF KENTUCKY )
                          )
COUNTY OF JEFFERSON       )

   I, LISA MIGLIORE BLACK, CCR-KY, A NOTARY PUBLIC,
WITHIN AND FOR THE STATE AT LARGE, DO HEREBY CERTIFY
THAT THE FOREGOING DEPOSITION OF

WAS TAKEN BEFORE ME AT THE TIME AND PLACE AND FOR
THE PURPOSE IN THE CAPTION STATED; THAT THE WITNESS
WAS FIRST DULY SWORN TO TELL THE TRUTH, THE WHOLE
TRUTH, AND NOTHING BUT THE TRUTH; THAT THE
DEPOSITION WAS TAKEN BEFORE ME STENOGRAPHICALLY AND
AFTERWARDS TRANSCRIBED UNDER MY DIRECTION; THAT THE
FOREGOING IS A FULL, TRUE, AND CORRECT TRANSCRIPT OF
THE SAID DEPOSITION SO GIVEN; THAT THERE WAS NO
REQUEST THAT THE WITNESS READ AND SIGN THE
TRANSCRIPT; THAT THE APPEARANCES WERE AS STATED IN
THE CAPTION.

   I FURTHER CERTIFY THAT I AM NEITHER OF COUNSEL
NOR OF KIN TO ANY OF THE PARTIES TO THIS ACTION, AND
AM IN NO WAY INTERESTED IN THE OUTCOME OF SAID
ACTION.

   WITNESS MY SIGNATURE THIS 18TH DAY OF DECEMBER,
2009.  MY COMMISSION EXPIRES NOVEMBER 10, 2013.


                        NOTARY PUBLIC
                        STATE AT LARGE, KENTUCKY