Bobby R. Milligan

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5   IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION
 6
 7   BOBBY R. MILLIGAN, et al.,    )
 8        Plaintiffs,              )
 9   vs.                           ) MDL Case No. 2:09-cv-121
10                                 )
11   ACTAVIS GROUP HF, et al.,     )
12        Defendants.              )
13
14
15           DEPOSITION OF BOBBY R. MILLIGAN
16          TAKEN ON BEHALF OF THE DEFENDANTS
17                    JULY 16, 2009
```

**Amended Exh. T**

Bobby R. Milligan

Page 2

```
 1
 2                    I N D E X  PAGE
 3                                              PAGE
 4   QUESTIONS BY:
 5   Ms. Criswell                                  6
 6   Ms. West                                    223
 7   Ms. Criswell                                231
 8   Mr. Kruse                                   234
 9   Ms. Criswell                                240
10
11                    E X H I B I T S
12
13   EXHIBIT                                    PAGE
14   Deposition Exhibit 1                         20
15   Deposition Exhibit 2                         20
16   Deposition Exhibit 3                         20
17   Deposition Exhibit 4                         20
18   Deposition Exhibit 5                         34
19   Deposition Exhibit 6                         34
20   Deposition Exhibit 6A                        34
21   Deposition Exhibit 7                         34
22   Deposition Exhibit 8                         51
23   Deposition Exhibit 9                         58
24
25
```

Page 3

```
 1              UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                   CHARLESTON DIVISION
 4
 5   IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION
 6
 7   BOBBY R. MILLIGAN, et al.,    )
 8        Plaintiffs,              )
 9   vs.                           ) MDL Case No. 2:09-cv-121
10                                 )
11   ACTAVIS GROUP HF, et al.,     )
12        Defendants.              )
13
14
15          Deposition of BOBBY R. MILLIGAN, produced,
16      sworn and examined on the 16th Day of July,
17      2009 between the hours of 9:00 a.m. and 5:30
18      p.m. at the offices of Onder, Shelton, O'Leary
19      & Peterson, in the County of St. Louis, State
20      of Missouri, before Rebecca Brewer, Registered
21      Professional Reporter, Certified Realtime
22      Reporter, Missouri Certified Shorthand
23      Reporter, and Notary Public within and for the
24      State of Missouri.
25
```

Page 4

```
 1              A P P E A R A N C E S
 2         FOR THE PLAINTIFFS:
 3         Mr. Michael S. Kruse
 4         Onder, Shelton, O'Leary & Peterson
 5         110 East Lockwood
 6         St. Louis, Missouri, 63119
 7         314-963-9000
 8
 9         Mr. Fred Thompson, III (via telephone)
10         Motley Rice
11         28 Bridgeside Blvd.
12         Mount Pleasant, South Carolina, 29464
13         843-216-9000
14
15         Ms. Deborah B. McIlhenny (via telephone)
16         Hutton & Hutton
17         8100 East 22nd Street North, Bldg. 1200
18         Wichita, Kansas, 67226
19
20         FOR THE DEFENDANTS:
21         Ms. Leslie E. Criswell
22         Tucker, Ellis & West
23         515 South Flower Street, 42nd Floor
24         Los Angeles, California, 90071
25         213-430-3381
```

Bobby R. Milligan

Page 5

```
 1
 2            Ms. Sarah E. West
 3            Shook, Hardy & Bacon
 4            2555 Grand Blvd.
 5            Kansas City, Missouri, 64108
 6            816-474-6550
 7
 8            Mr. James S. Arnold
 9            Allen Guthrie & Thomas, PLLC
10            500 Lee Street East, Suite 800
11            Charleston, West Virginia, 25301
12            304-720-4225
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              IT IS HEREBY STIPULATED AND AGREED by and
 2              between counsel for Plaintiff and counsel
 3              for the Defendant that this deposition may
 4              be taken in shorthand by Rebecca Brewer,
 5              RPR, CRR, CSR, Certified Court Reporter,
 6              and Notary Public, and afterwards
 7              transcribed into typewriting; and the
 8              signature of the witness is not waived.
 9                      *   *   *   *   *
10                    BOBBY R. MILLIGAN,
11           Of lawful age, produced, sworn and
12      examined on behalf of the DEFENDANTS, deposes
13      and says:
14     (Starting time of the deposition:  9:13 a.m.)
15                       EXAMINATION
16   QUESTIONS BY MS. CRISWELL:
17      Q   Mr. Milligan, good morning.  My name's
18   Leslie Criswell.  I represent the Actavis
19   defendants in this case.  Ms. West, to my left,
20   represents the Mylan defendants.
21          MS. WEST:  Good morning.
22      Q   (By Ms. Criswell) And Mr. Arnold, to her
23   left, represents the defendants in the state class
24   action that has been filed Jarrell, J-A-R-R-E-L-L.
25   So that's who we all three are and we're here to
```

Page 39

 1   this Exhibit 3, which was the plaintiff fact sheet
 2   that you signed in mid May of this year, question
 3   No. 3 asks if you claim that you suffered bodily
 4   injuries as a result of taking Digitek and you've
 5   checked the box no, is that or is that not correct?
 6        A   I guess when I made that statement I guess I
 7   wasn't sure that I had, you know, any bodily --
 8   because I hadn't been to the doctor to question him
 9   about, you know, when I was having trouble with my
10   vision.
11        Q   Okay.  When did you first come to the
12   conclusion that blurred vision was related in some
13   way to taking Digitek?
14        A   I guess after they notified me that I was
15   taking the wrong medicine and asked me to, you
16   know, send it back to them and they sent me a
17   different replacement with okay by my doctor.
18        Q   And when did that happen?
19        A   Well, that was -- you mean, when -- I guess
20   it was in May when they notified me.  I had trouble
21   for a month or two before that, like I said, with
22   blurred vision, just all at once I'd get a headache
23   and I get like a blur.
24        Q   Okay.  So let me understand.  I believe your
25   patient -- or plaintiff fact sheet indicated you

```
 1   returned -- well, strike that.  I believe your fact
 2   sheet indicated you stopped taking Digitek in May
 3   of 2008, is that correct?
 4        A   Yes.
 5        Q   Okay.  At what point in time with respect to
 6   May of 2008 was it that you had first noticed any
 7   blurred vision?
 8        A   Probably early in the year.
 9        Q   Early in the year of 2008?
10        A   Yes.
11        Q   And how early in the year are we talking
12   about?
13        A   January, February.
14        Q   Okay.  Are you recalling something that
15   leads you to that conclusion, that that's when it
16   was?  I mean, do you remember a doctor visit or an
17   event that happened or something?
18        A   No.  An event, yeah, there were two or three
19   events that I was driving and had to pull over and
20   let my wife drive because I was unable to drive.
21        Q   Okay.  And it was blurred vision and also
22   headache?
23        A   Yes.
24        Q   Anything else?  Any other physical symptoms
25   that you experienced?
```

1   blurred vision?

2     A  Not really.  I've had a couple of small, you

3  know, things but not -- nothing compared to what I

4  had then.

5     Q  So describe to me the blurred vision that

6  you had back in January, February or so of 2008

7  when you -- you had to pull over and have your wife

8  start driving the car, tell me what that was like.

9     A  Well, just like we were seeing a bunch of

10  stars in front of you and if I seen car lights, I

11  seen eight or ten lights of the same car.

12     Q  Okay.  Did you only notice it at nighttime

13  or was it daytime, too?

14     A  Both.  I had it both, day and night.

15     Q  Okay.  Any other -- anything else that you

16  noticed with regard to blurred vision other than

17  multiple images of, for example, car lights?

18     A  Other than I was having problems in the

19  regular just seeing, you know, real well.  My eyes

20  were just getting weaker.

21     Q  My eyes are getting worse, too.  I don't

22  like it, but -- so you got new glasses and when did

23  you get new glasses?

24     A  Sometime in the middle of 2008.

25     Q  Okay.  Was it after you returned the Digitek

Bobby R. Milligan

Page 46

```
 1   tablets?
 2        A  Yes.
 3        Q  Was it yes?
 4        A  Yes.
 5        Q  Okay.  And who's your doctor for your eyes?
 6        A  His name is Diggs, D-I-G-G-S, I believe it
 7   is.
 8        Q  D like dog?
 9        A  D-I-G-G-S.
10        Q  D like dog?
11        A  Yes.
12        Q  And Dr. Diggs is a man or woman?  A man or a
13   woman?
14        A  A man.
15        Q  And what's his first name, do you know?
16        A  I'm not sure.
17        Q  Okay.  And do you know where his office is?
18        A  He's in J.C. Penney's Mid River Mall.
19        Q  Which mall?
20        A  Mid River.
21        Q  Mid River.  Okay.  And has he been your eye
22   doctor for a while?
23        A  No.
24        Q  Is he still your eye doctor?
25        A  Yes, I've been back to him since then,
```

```
 1    problem with my glasses.
 2         Q  Okay.  Before you went and had new glasses
 3    made in about the middle of '08, how long had it
 4    been since you'd had your eyes checked and, you
 5    know, for correct prescription and all of that?
 6         A  Probably a year and a half to two years.
 7         Q  Okay.  And during that year and a half to
 8    two years, had you noticed that your vision was
 9    slightly worse?
10         A  Not really.
11         Q  Okay.  So the only reason you went back to
12    see him, then, in the middle of '08 was these
13    episodes of blurred vision?
14         A  Well, at this time, when I went, I was
15    having trouble with my right eye, the vision in my
16    right eye.  I wasn't focusing real good on it and I
17    get glasses regularly, you know, without insurance.
18    I don't have any insurance for them.
19         Q  Okay.  But every couple of years or so you
20    go and get your eyes checked?
21         A  Yes, ma'am.
22         Q  Is it more frequently that you typically --
23    or is two years about --
24         A  Two years is probably --
25         Q  So you had these episodes when you were
```

Page 65

```
 1   previous testimony.  Subject to that objection, you
 2   can answer the question.
 3        A   Not to my knowledge.
 4        Q   (By Ms. Criswell) Okay.  Are you making
 5   any claim in this case that you have lost either
 6   lost earnings or lost the ability to earn some money
 7   in some capacity because of taking Digitek?
 8             MR. KRUSE:  Object to the form of the
 9    question to the extent it calls for a legal
10    conclusion, you can answer.
11        A   Not to my knowledge, I haven't, no.
12        Q   (By Ms. Criswell) Okay.  How about
13   emotional distress or mental injury?  Are you
14   claiming anything like that in connection with
15   taking Digitek?
16             MR. KRUSE:  Same objection.
17        A   I have, I guess, emotional from it.  Again,
18    I'm not sure but I did have problems which I didn't
19    have before, but that's the only way I can answer,
20    I guess.
21        Q   (By Ms. Criswell) Tell me about that.
22   What kind of emotional symptoms are we talking
23   about?
24        A   I guess nerves, just nerves.
25        Q   Okay.
```

1    A  Things that I was unable to do that I had
2  been able.
3    Q  Okay.  All right.  Let's talk about nerves.
4  When you say nerves, can you give me just a little
5  more detail about what you're talking about here?
6    A  Maybe short tempered and just nervous.  I
7  was nervous, my nerves.
8    Q  Okay.  Are you still having those symptoms?
9    A  Some of it.  I guess, really, the biggest
10  problem I have -- and I'm not sure it's connected
11  with it, but when I'm standing and if I close my
12  eyes, I weave all over the place and just my body
13  won't be still.
14    Q  Okay.  And have you seen a doctor for that?
15    A  Not yet.
16    Q  Have you told any medical practitioner at
17  all about that?
18    A  No.
19    Q  When did you first notice that?
20    A  Earlier this year.
21    Q  Okay.  Did you notice it in connection with
22  some particular activity or were you at a
23  particular place when this first happened or what?
24    A  It's hard to say.  I guess, of all things,
25  one of the most noticeable, and still yet, is I go

Page 164

```
 1    than earlier ones?
 2        A   Yes.
 3        Q   Okay.  Did you have an earlier pill/tablet
 4    still on hand when you got that prescription in
 5    January of '08 that you put them next to each other
 6    and said, Boy, yeah, that's thicker?
 7        A   No, I never -- I usually take my last one
 8    before I open up the next bottle.
 9        Q   So you didn't sit them side by side to look
10    at them?
11        A   No.
12        Q   All right.  So you returned the 45 that you
13    hadn't used.  And they gave you 45 at no charge,
14    right?
15        A   Yes.
16        Q   And then now you're taking Digoxin instead
17    of Digitek?
18        A   Yes.
19        Q   And is the Digoxin you're taking now
20    also .25 milligrams?
21        A   Yes.
22        Q   And have you -- have you looked at those to
23    see if they look like they're thick, thin,
24    different shape, different color, anything like
25    that?
```

```
 1    the CVS document other than maybe blurred vision
 2    and maybe headaches?
 3        A   I'm not sure.
 4        Q   But you were concerned afterwards and you
 5    went back and read that document, right?
 6        A   Yes.
 7        Q   Right?  And did you talk with Dr. Byrnes,
 8    then, about what that CVS side effects document
 9    said and whether you had been injured in any way as
10    listed on the side effect sheet?
11        A   I just talked to him about what I had read
12    on that, what the possibilities was and about what
13    he told me is that's what the -- matches what it
14    says on the nausea, diarrhea, the whatever.
15        Q   There's lots of other things listed?
16        A   Yes.
17        Q   So my question to you is:  Did Dr. Byrnes
18    indicate that -- has he ever indicated that he
19    thought you personally suffered any side effects at
20    all from Digitek?
21        A   Not really any direct thing to tell me, no.
22        Q   Okay.  Has he ever indicated to you -- well,
23    all right.  Have you had more than one conversation
24    like that with him, you know, Doctor, was I hurt by
25    this medicine?  You must have talked with him more
```

Page 252

```
 1    STATE OF MISSOURI)
 2                    )SS
      CITY OF ST. LOUIS)
 3
 4           I, Rebecca Brewer, Registered Professional
            Reporter, Certified Real-time Reporter, and
 5          Notary Public in and for the State of Missouri
 6          do hereby certify that the witness whose
 7          testimony appears in the foregoing deposition
            was duly sworn by me; that the testimony of the
 8          said witness was taken by me to the best of my
 9          ability and thereafter reduced to typewriting
10          under my direction; that I am neither counsel
11          for, related to, nor employed by any of the
12          parties to the action in which this deposition
13          was taken, and further that I am not relative
14          or employee of any attorney or counsel employed
15          by the parties thereto, nor financially or
16          otherwise interested in the outcome of the
17          action.
18
19
20
21          _____ RPR, MO-CCR,
22      Notary Public within and for the State of Missouri
23
24
25    My Commission expires April 7, 2013.
```

Page 253

```
 1              Midwest Litigation Services
                  711 North Eleven Street
 2                St. Louis, Missouri, 63101
          Phone (314) 644-2191  Fax (314) 644-1334
 3

 4   July 16, 2009
     Mr. Michael S. Kruse
 5   Onder, Shelton, O'Leary & Peterson
     110 East Lockwood
 6   St. Louis, Missouri, 63119

 7   314-963-9000

 8   In Re: IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION
     vs. ACTAVIS GROUP HF, ET AL.
 9   Dear Mr. Kruse:

10   Please find enclosed your copy of the deposition of
     BOBBY R. MILLIGAN taken on July 16, 2009 in the above
11   referenced case.  Also, enclosed is the original

12   signature page and errata sheets.

13   Please have the witness read your copy of the

14   transcript, indicate any changes and/or corrections

15   desired on the errata sheets, and sign the signature

16   page before a notary public.

17   Please return the errata sheets and notarized signature

18   page to Ms. Leslie Criswell for filing prior to trial

19   date.

20   Thank you for your attention to this matter.

21   Sincerely,

22

23   Rebecca Brewer, RPR, CCR (MO), CRR

24

25   cc:  Ms. Leslie Criswell
```

Page 254

```
 1   State of                )
 2   County of               )
 3   I, BOBBY R. MILLIGAN, do hereby certify:
 4            That I have read the foregoing deposition;
 5            That I have made such changes in form
 6            and/or substance to the within deposition
 7            as might be necessary to render the same
 8            true and correct;
 9            That having made such changes thereon, I
10            hereby subscribe my name to the
11            deposition.
12            I declare under penalty of perjury that
13            the foregoing is true and correct.
14
15                   BOBBY R. MILLIGAN
16            Executed this_____day of_____
17   2009, at_____.
18
19   Notary public:
20   My Commission Expires:
21
22   Signature page to:  BOBBY R. MILLIGAN
23   MILLIGAN, ET AL. VS. ACTAVIS GROUP HF, ET AL.
24
25
```

```
 1                    WITNESS ERRATA SHEET
 2    Witness Name:  BOBBY R. MILLIGAN
 3    Case Name:  MILLIGAN, ET AL. VS. ACTAVIS GROUP HF,
 4    ET AL.
 5
 6    Date Taken:  JULY 16, 2009
 7
 8    Page #____  Line#____
 9    Should Read: _____
10    Reason for Change: _____
11
12    Page #____  Line#____
13    Should Read: _____
14    Reason for Change: _____
15
16    Page #____  Line#____
17    Should Read: _____
18    Reason for Change: _____
19
20    Page #____  Line#____
21    Should Read: _____
22    Reason for Change: _____
23
24    Witness Signature: _____
25
```