UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK®  
PRODUCT LIABILITY LITIGATION

Master Docket No.

MDL No. 1968

**PLAINTIFF:** ▮▮▮▮▮▮▮▮▮▮  
(name)



### DIGITEK® PLAINTIFF FACT SHEET

Please provide the following information for each individual on whose behalf a claim is being made. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. If you are completing the Fact Sheet for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and as responses to requests for production pursuant to Fed. R. Civ. P. 34 will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. The questions and requests for production contained in the Fact Sheet are non-objectionable and shall be answered without objection.

In filling out this form, please use the following definition: "healthcare provider" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice, and any pharmacy, x-ray department, radiology department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in the diagnosis, care and/or treatment of you.

In addition, to the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

### I.   CASE INFORMATION

1. Please state the following for the civil action that you filed:

    a. Case caption: In re Digitek Products Liability Litigation

    b. Civil Action Number: MDL Docket No. 1968

    c. Court in which action was originally filed: United States District Court, District of New Jersey

    d. Your attorney:   Lester L. Levy, et al.

CONFIDENTIAL

### III. DIGITEK® PRESCRIPTION INFORMATION

1. Have you ever used Digitek®? Yes __X__ No ____

2. If you answered **yes** to No. 1, identify the following for each period of time during which you took Digitek®:

| DOSAGE (.125 MG OR .250 MG) | HOW OFTEN PER DAY OR WEEK? | DATE STARTED | DATE STOPPED | NAME OF PRESCRIBER |
|---|---|---|---|---|
| .125 mg | One a day | 01/20/2008 | 5/6/2008 | Dr. Philip Owen |
| | | | | |
| | | | | |

3. Name(s) and address(es) of pharmacies where prescriptions were filled: _____

   prescriptions were filled by Caremark, 7034 Alamo Downs Parkway, San Antonio, Texas 78238

   _____

4. Identify the condition for which you were prescribed Digitek®: congestive heart disease

5. Did you receive any free samples of Digitek®?

   Yes __ No X  If **Yes**, please state the following:

**CONFIDENTIAL**

## X.   VERIFICATION

***I declare under penalty of perjury*** that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge. I have supplied all the documents requested in Part IX of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and supplied the authorizations attached to this declaration.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respects incomplete or incorrect.

Date: ███████████         ████████████████████████
                                    Signature