Michael Pasken                                                                                    Confidential

```
 1                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
 2
                         MDL NO.:  1968
 3

 4

 5     IN RE:  DIGITEK                          )
              PRODUCT LIABILITY LITIGATION      )
 6     _____  )
                                                )
 7     THIS DOCUMENT RELATES ONLY TO:           )
                                                )
 8     _____  )
                                                )
 9     Michael Pasken, et al.,                  )
                                                )
10                     Plaintiffs,              )
                                                )
11     V.                                       )MDL: 2:08-1075
                                                )
12     Actavis Group hf, et al.,                )
                                                )
13                     Defendants.              )
                                                )
14     _____  )

15
16                              Shook, Hardy & Bacon, LLP
                                100 North Tampa Street
17                              Suite 2900
                                Tampa, FL 33602
18                              9:28 a.m. to 12:58 p.m.

19                              July 29, 2009

20          CONFIDENTIAL DEPOSITION OF MICHAEL PASKEN

21              Taken on behalf of the Defendants before

22     Rhonda Hall-Breuwet, RMR, CRR, Notary Public in and

23     for the State of Florida at Large, pursuant to

24     Defendants' Notice of Taking Deposition in the above

25     cause.
```

**Amended Exh. V**

Michael Pasken                                                                    Confidential

Page 2

```
 1    APPEARANCES:

 2

 3    ATTORNEY FOR THE PLAINTIFFS

 4
          PATRICIA I. AVERY, ESQ.
 5        pavery@wolfpopper.com
          Wolf Popper LLP
 6        845 Third Avenue
          New York, NY 10022
 7        (212) 759-4600

 8

 9
      ATTORNEYS FOR THE DEFENDANTS
10
11        JOHN A. SIMON, ESQ.
          john.simon@tuckerellis.com
12        Tucker Ellis & West LLP
          1150 Huntington Building
13        925 Euclid Avenue
          Cleveland, OH 44115
14        (216) 696-2354

15

16        HOLLY PAULING SMITH, ESQ.
          hpsmith@shb.com
17        Shook Hardy & Bacon, LLP
          2555 Grand Boulevard
18        Kansas City, MO 64108
          (816) 474-6550
19

20

21

22

23

24

25
```

Michael Pasken                                                                 Confidential

Page 3

```
 1                        I N D E X

 2     WITNESS                                    PAGE

 3     MICHAEL PASKEN

 4        Direct Examination by Mr. Simon            4

 5        Cross-Examination by Ms. Smith           120

 6        Certificate of Oath                      139

 7        Certificate of Court Reporter            140

 8     Errata Sheet                                141

 9

10                      E X H I B I T S

11

12        NUMBER         DESCRIPTION                PAGE

13        EXHIBIT 1      Digitek Plaintiff Fact      39
                         Sheet
14

15

16

17

18

19

20

21

22

23

24

25
```

Michael Pasken                                                    Confidential

Page 27

20   Q.    Well, let's start with the main problems that
21   prompted you to call the lawyer.
22   A.    The main problems are, I would be sitting on
23   the couch, and my heart would start taking off real
24   fast, and then it would go real slow. And I've never
25   had that happen before. I've had it go fast, the

Michael Pasken                                                                Confidential

Page 28

1   atrial fib, which was kind of common with me if I
2   overdid myself, and so that wasn't unusual.  But it
3   would be just like for 10 or 15 seconds, and then it
4   would slow down.
5              But the major problem I had was constipation.
6   And it really messed me up, and I was uncomfortable
7   all the time.  Maybe a little shortness of breath,
8   which I had from time to time, nausea.  I would get
9   the atrial fib.  I don't know if it was more frequent
10  than I had in the past.
11             But like I told you, the two main things were
12  the irregular heartbeat, which was very, very
13  noticeable, and -- it didn't pain me or anything; it
14  just was very, very noticeable.  And the constipation
15  was the biggest problem.
16       Q.    Had you experienced problems with
17  constipation in the past?
18       A.    I've -- I've had irritable bowel syndrome for
19  months -- I mean for years.  And my doctor 15 years
20  ago probably put me on Citrucel.  And when I got on
21  Citrucel, that alleviated my problems.
22             The only time that I've really had a problem
23  with constipation since then is when they put me in
24  the hospital for heart -- for heart surgery, extensive
25  heart surgery, and they didn't let me take my -- my

1   stuff in with me, my Citrucel.  And I really had a

2   problem in the hospital, and I suffered in there from

3   constipation because I needed my Citrucel.

Michael Pasken                                                                 Confidential

age 30

```
11      Q.      You indicated that you also had fast heart
12   rate and slow heart rate, in addition to the
13   constipation as your main problem?
14      A.      Right.
15      Q.      Correct?
16      A.      Yes, sir.
17      Q.      When did you first start experiencing those
18   symptoms that you relate to your Digitek use?
19      A.      The only reason I would probably know the
20   answer to this is because I -- I'm sort of getting
21   around the question.  You just want an answer to your
22   question, but I can give you a little background.
23      Q.      That would be fine.
24      A.      I -- my wife and I signed up for a trip to --
25   to Alaska, and I started having problems before we
```

Michael Pasken                                                    Confidential

Page 31

```
 1   made the payment to -- and I didn't tell her that I
 2   was having problems because I thought it was a
 3   deterioration in my health.
 4          And I noticed a problem there, and that's why
 5   I did certain things, which will come up later, when I
 6   signed up for that.  But I was having problems, and
 7   that was, like, February the 12th.
 8      Q.   When you say that was February the 12th,
 9   February 12th of 2008, would that be?
10      A.   February 12th -- right.  I -- I retired in
11   2007.  That was February 12th in 2008.
12      Q.   Okay.  And what problems did you notice?
13   Were those the ones that we talked about earlier, the
14   fast and slow heart rate and the constipation?
15      A.   Yeah.  The constipation was the biggest thing
16   and just feeling -- just not feeling good, you know,
17   little dizziness and, you know, just overall heart
18   problems.  You know, very uncomfortable.
```

Michael Pasken                                                         Confidential

Page 36

4        And I had one other problem. I went fishing
5   down at Sanibel, and I was so uncomfortable that I got
6   up at 2:00 in the morning and I drove to Fort Myers to
7   get a Fleet enema. And I drove, you know -- it's -- I
8   know it's not a lot of money, but I had to go through
9   the $6 toll coming back, and it -- it's about 20
10  miles. It's about 20 miles from where I went to
11  where -- and -- but -- and I never had problems like
12  that.
13      Q.   I'm sorry. I don't recall; how much did you
14  pay for insurance for trip cancellation?
15      A.   $462. And I signed up for that on the 12th
16  of February.

Michael Pasken                                                                    Confidential

46

```
14            And -- I'm sorry.  I broke -- I broke them in
15   half until -- and took a half a pill until I got the
16   overnight mail from CVS, and they said they were going
17   to send them right out.  So I probably -- for five
18   days or six days, or something like that, I took a
19   half a pill.  Sometimes I don't -- I do what I want to
20   do instead of what they tell me to do.
```

Michael Pasken                                                            Confidential

> 121
>
> 18   Q.    And is your lawsuit that you've brought now,
> 19   is it, in your view, relating at all to those possible
> 20   prior Digitek purchases or only the ones that you had
> 21   following November 2007?
> 22   A.    It's just the ones that I'm sure that I took.

Michael Pasken                                                                                          Confidential

33

15    Q.    With respect to the financial damages that
16　you're seeking in your case, for, in your instance,
17　loss of insurance money that was paid to secure a
18　vacation and for the cost of the two enemas you
19　purchased, do you agree that the other people in your
20　class probably don't have precisely those exact
21　damages?
22    A.    Right.

Michael Pasken                                                            Confidential

Page 138

1     sign?
2          MS. AVERY:  We are not waiving reading and
3     signing.
4          (THEREUPON, the right to read and sign the
5     deposition and/or the right to waive reading and
6     signing were explained to the deponent; whereupon
7     the deponent did not waive that right, and the
8     taking of this deposition was concluded at 12:58
9     p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Michael Pasken                                                                                         Confidential

Page 139

1            CERTIFICATE OF OATH

2   STATE OF FLORIDA

3   COUNTY OF HILLSBOROUGH

4

5          I, Rhonda Hall-Breuwet, RMR, CRR, the

6   undersigned authority, certify that MICHAEL PASKEN

7   personally appeared before me on July 29, 2009, and

8   was duly sworn.

9          Signed this 4th day of August, 2009.

10

11

12

13
                    _____
                    Rhonda Hall-Breuwet, RMR, CRR
14                  Notary Public, State of Florida
                    Commission No.:  DD 244257
15                  My Commission Expires:  9/28/2011

16

17

18

19

20

21

22

23

24

25

Michael Pasken                                                    Confidential

Page 140

1           CERTIFICATE OF COURT REPORTER

2

   STATE OF FLORIDA
3
   COUNTY OF HILLSBOROUGH
4

5           I, Rhonda Hall-Breuwet, RMR, CRR, do

6   hereby certify that I was authorized to and did

7   stenographically report the deposition of MICHAEL

8   PASKEN; that a review of the transcript was requested;

9   and that the foregoing transcript is a true and

10  correct record of my stenographic notes.

11

12          I FURTHER CERTIFY that I am not a

13  relative, employee, or attorney, or counsel of the

14  parties, nor am I a relative or employee of any of the

15  parties' attorney or counsel connected with the

16  action, nor am I financially interested in the action.

17

18          DATED this 4th day of August, 2009.

19

20

21

22

23          _____
            Rhonda Hall-Breuwet, RMR, CRR
24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK® PRODUCT LIABILITY LITIGATION : | MDL DOCKET NO. 1968 |
| THIS DOCUMENT APPLIES ONLY TO: Michael Pasken, et al., : Plaintiff, : v. : Actavis Group hf, et al., : Defendants. : | NO. 2:08-cv-1075 |

### ERRATA SHEET TO DEPOSITION TRANSCRIPT OF MICHAEL PASKEN

| Page:Line(s) | Correction |
|---|---|
| throughout | My name is incorrectly spelled as "Paskin" at various points. The correct spelling is "Pasken." |
| 42:1 | The reference to switching insurance coverage in November 2008 should be November 2007. The reason for the correction is a typographical error. |
| 118:12 | The words "that's immaterial" should read "that's a very small amount." The reason for the correction is that, as I testified on the same page and earlier in the deposition, I was also out a number of pills. |
| 119:9 | The words "no" should be "no; unless the court allows it." The reason for the change is that when you asked me about seeking to recover the purchase |

Doc. 165227

-1-

|  |  |
|---|---|
|  | price of Digitek I thought you were referring to the Digitek pills that were replaced. I thought you were referring to the cost of the replacement of the pills and since the replacement was free, I was not including that replacement cost. I did not understand your question to mean the purchase price of all Digitek pills if that is what you meant. So, my answer is "no" if you are referring to the recalled Digitek pills that were replaced for free. If you are referring more generally to the cost of Digitek then it is "unless the court allows it." |
| various | There are various medical references and company names throughout the transcript. I have not checked the court reporter's spelling to determine if any of them need to be corrected. |

There may be other spelling, grammatical, or other transcription errors in the transcript. It is possible that I may not have caught and corrected all of those, particularly with respect to comments or statements that were not mine.

I declare under penalty of perjury under the laws of the U.S. that the above corrections are true and correct to the best of my knowledge, information, and belief. Executed this 15th day of September, 2009.



Michael Pasken

Doc. 165227                                                                             -2-