# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02720-DRD-MAS

S.B. ATLASS v. MERCEDES-BENZ USA, LLC

Assigned to: Judge Dickinson R. Debevoise

Referred to: Magistrate Judge Michael A. Shipp

Member case: (View Member Case)

Cause: 28:1331 Fed. Question

Date Filed: 06/11/2007

Jury Demand: Both

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: Federal Question

**In Re**

**MERCEDES-BENZ TELE AID
CONTRACT LITIGATION**

**Plaintiff**

**S.B. ATLASS**

represented by **ERIC H. GIBBS**
GIRARD GIBBS LLP
601 CALIFORNIA STREET, 14TH FLOOR
SAN FRANCISCO, CA 94108
415-981-4800
Email: ehg@girardgibbs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
GIRARD GIBBS
601 CALIFORNIA STREET, 14TH FLOOR
SAN FRANCISCO, CA 94108
415-981-4800
Email: gam@girardgibbs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN, PC
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
TRUJILLO, RODRIGUEZ & RICHARDS,
LLP
258 KINGS HIGHWAY EAST
HADDONFIELD, NJ 08033
(856) 795-9002
Email: lisa@trrlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
COUNSEL NOT ADMITTED TO USDC-NJ
BAR
111 W. WASHINGTON STREET
SUITE 1331
CHICAGO, IL 60602
312-220-0000
Email: paul@freedweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
Mason LLP
1625 Massachusetts Avenue, NW
Suite 605
WASHINGTON, DC 20036
202-429-2290
Email: gmason@masonlawdc.com
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
FREED & WEISS LLC
111 W. WASHINGTON
SUITE 1331
CHICAGO, IL 60602
312-220-0000
Email: george@freedweiss.com
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
COUNSEL NOT ADMITTED TO USDC-NJ
BAR
227 WEST MONROE STREET
SUITE 2000
CHICAGO, IL 60606
312-726-1092
Email: keith@keoghlaw.com
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
SEEGER WEISS, LLP
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102
(973) 639-9100
Email: sgeorge@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CORD SHIFLET**                    represented by **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LINDSEY H. TAYLOR**
CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN, PC
5 BECKER FARM ROAD
ROSELAND, NJ 07068
(973) 994-1700
Email: ltaylor@carellabyrne.com
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEROY BROWNING**　　　　　　represented by　**ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES GIOTIS**                    represented by  **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD HANKINS**                    represented by **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TRACY D REZVANI**
COUNSEL NOT ADMITTED TO USDC-NJ
BAR
1050 30TH ST NW
WASHINGTON, DC 20007
202-337-8000
Email: trezvani@finkelsteinthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LORI ANN FANNING**
COUNSEL NOT ADMITTED TO USDC-NJ
BAR
115 SOUTH LASALLE STREET
SUITE 2910
CHICAGO, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: lfanning@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**MARVIN A. MILLER**
COUNSEL NOT ADMITTED TO USDC-NJ
BAR
101 N. WACKER DRIVE
SUITE 2010
CHICAGO, IL 60606
(312) 525-8316
Email: mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACK D KELLEY**                          represented by **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SANDRA LEVIN**
*TERMINATED: 03/12/2009*

           represented by    **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**

(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KAREN MARCUS**                    represented by    **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CRISTIAN ANDRES PELLEGRINI**         represented by    **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Russell**                              represented by **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASHISH SEN**                 represented by    **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TRACY D REZVANI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LORI ANN FANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARVIN A. MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COLLEEN SEN**     represented by     **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TRACY D REZVANI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**

(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LORI ANN FANNING**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MARVIN A. MILLER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL LESLIE SHIM**                    represented by    **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)

*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOIS A STOWERS**                    represented by  **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT E STOWERS**                 represented by  **ERIC H. GIBBS**
*TERMINATED: 01/06/2010*                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SUSAN TUTEUR**                     represented by   **ERIC H. GIBBS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEOFFREY A. MUNROE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL M. WEISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY EDWARD MASON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GEORGE K. LANG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KEITH JAMES KEOGH**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SCOTT A. GEORGE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES M. LOOTS**                           represented by **GARY S. GRAIFMAN**
                                             KANTROWITZ, GOLDHAMER &
                                             GRAIFMAN, ESQS.
                                             210 SUMMIT AVENUE
                                             MONTVALE, NJ 07645
                                             (201) 391-7000
                                             Email: ggraifman@kgglaw.com
                                             *ATTORNEY TO BE NOTICED*

                                             **SCOTT A. GEORGE**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NICHOLAS LONZISERO**                       represented by **JAMES C. SHAH**
*TERMINATED: 01/06/2010*                     SHEPHERD, FINKELMAN, MILLER &
                                             SHAH, LLP
                                             475 WHITE HORSE PIKE
                                             COLLINGSWOOD, NJ 08107-1909
                                             (856) 858-1770
                                             Fax: (856) 858-7012
                                             Email: jshah@sfmslaw.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **NATALIE FINKELMAN BENNETT**
                                             SHEPHERD, FINKELMAN, MILLER &
                                             SHAH, LLP

475 WHITE HORSE PIKE
COLLINGSWOOD, NJ 08107-1909
(856) 858-7012
Email: nfinkelman@sfmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MERCEDES-BENZ USA, LLC**          represented by   **KATHLEEN M. FENNELLY**
GRAHAM, CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962-1991
(973) 292-1700
Fax: (973) 292-1767
Email: kfennelly@grahamcurtin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER W. HERZOG , III**
BRYAN CAVE LLP
211 N. BROADWAY
SUITE 3600
ST. LOUIS, MO 63102-2750
314-259-2000
Email: pwherzog@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS R. CURTIN**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962-1991
(973) 292-1700
Fax: (973) 292-1767
Email: tcurtin@grahamcurtin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | COMPLAINT against MERCEDES-BENZ USA, LLC ( Filing fee $ 350 receipt number 1516203.) JURY DEMAND, filed by S.B. ATLASS. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(mn, ) (Entered: 06/12/2007) |
| 06/12/2007 | 2 | Summons Issued as to MERCEDES-BENZ USA, LLC.Days Due - 20.(MAILED TO COUNSEL) (mn, ) (Entered: 06/12/2007) |
| 06/20/2007 | 3 | AFFIDAVIT of Service for Summons and Complaint served on Mercedes-Benz USA, LLC on June 15, 2007, filed by S.B. ATLASS. (RODRIGUEZ, LISA) (Entered: 06/20/2007) |
| 06/29/2007 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant |

| | | Mercedes-Benz USA, LLC.. (FENNELLY, KATHLEEN) (Entered: 06/29/2007) |
|---|---|---|
| 07/02/2007 | | Clerk's extension granted (doc #4) Update Answer Due Deadline as to deft Mercedes-Benz USA until 7/20/07 (sr, ) (Entered: 07/02/2007) |
| 07/05/2007 | 5 | MOTION for Leave to Appear Pro Hac Vice *for Attorneys Rebecca Bedwell-Coll, Jonathan Selbin and Eric B. Fastiff* by S.B. ATLASS. (Attachments: # 1 Statement As To Why No Brief Is Necessary# 2 Certification of Lisa J. Rodriguez# 3 Certification of Jonathan Selbin, Esquire, in Support of the Motion for Pro Hac Vice Admission# 4 Certification of Rebecca Bedwell-Coll, Esquire, in Support of the Motion for Pro Hac Vice Admission# 5 Certification of Eric B. Fastiff, Esquire, in Support of the Motion for Pro Hac Vice Admission# 6 Text of Proposed Order # 7 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 07/05/2007) |
| 07/05/2007 | | Set Deadline as to 5 MOTION for Leave to Appear Pro Hac Vice *for Attorneys Rebecca Bedwell-Coll, Jonathan Selbin and Eric B. Fastiff*. Motion Hearing set for 8/13/2007 10:00 AM before Judge Dickinson R. Debevoise. (sr, ) (Entered: 07/05/2007) |
| 07/17/2007 | 6 | NOTICE of Appearance by KATHLEEN M. FENNELLY on behalf of MERCEDES-BENZ USA, LLC (FENNELLY, KATHLEEN) (Entered: 07/17/2007) |
| 07/20/2007 | 7 | MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* by MERCEDES-BENZ USA, LLC.Responses due by 7/30/2007 (Attachments: # 1 Brief # 2 Rule 7.1 Disclosure Statement# 3 Text of Proposed Order # 4 Certificate of Service)(CURTIN, THOMAS) (Entered: 07/20/2007) |
| 07/23/2007 | | Set Deadline as to 7 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)*. Motion Hearing set for 8/13/2007 10:00 AM before Judge Dickinson R. Debevoise. (sr, ) (Entered: 07/23/2007) |
| 07/23/2007 | 8 | Certification of (Supplemental) Lisa J. Rodriguez on behalf of S.B. ATLASS Re 5 Motion for Leave to Appear,,.. (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 07/23/2007) |
| 07/23/2007 | 9 | ORDER granting 5 Motion for Leave to Appear Pro Hac Vice re: Rebecca Bedwell-Coll,Jonathan Selbin & Eric B. Fastiff. Signed by Judge Esther Salas on 7/23/07. (sr, ) (Entered: 07/24/2007) |
| 07/24/2007 | | Reset Deadlines as to 7 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)*. Motion Hearing set for 9/10/2007 10:00 AM before Judge Dickinson R. Debevoise. (ak, ) (Entered: 07/24/2007) |
| 08/09/2007 | 10 | Consent MOTION for Leave to Appear Pro Hac Vice by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Declaration of Kathleen N. Fennelly# 2 Declaration of Peter W. Herzog III, Esq.# 3 Declaration of Bettina J. Strauss, Esq.# 4 Text of Proposed Order # 5 Certificate of Service)(FENNELLY, KATHLEEN) (Entered: 08/09/2007) |
| 08/10/2007 | | Set Deadlines as to 10 Consent MOTION for Leave to Appear Pro Hac Vice. Motion Hearing set for 9/10/2007 before Judge Dickinson R. Debevoise. (jd, ) (Entered: 08/10/2007) |
| 08/10/2007 | 11 | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice re: Peter W. Herzog. Signed by Judge Esther Salas on 8/10/07. (sr, ) (Entered: 08/13/2007) |
| 08/27/2007 | 12 | BRIEF in Opposition re 7 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12 (b)(6)* MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* filed by S.B. ATLASS. (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 08/27/2007) |
| 08/27/2007 | | Pro Hac Vice fee: $ 300, receipt number 346942 re: Peter W. Herzog, III, Esq. & Bettina J. |

| | | Strauss, Esq. (sr, ) (Entered: 08/28/2007) |
|---|---|---|
| 09/05/2007 | | Reset Deadlines as to 7 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b) (6)* MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6).* Motion Hearing set for 9/24/2007 10:00 AM before Judge Dickinson R. Debevoise. (ak, ) (Entered: 09/05/2007) |
| 09/05/2007 | 13 | Notice of Request by Pro Hac Vice Peter W. Herzog III, Esq. to receive Notices of Electronic Filings. (FENNELLY, KATHLEEN) (Entered: 09/05/2007) |
| 09/05/2007 | 14 | Notice of Request by Pro Hac Vice Bettina J. Strauss, Esq. to receive Notices of Electronic Filings. (FENNELLY, KATHLEEN) (Entered: 09/05/2007) |
| 09/05/2007 | 15 | NOTICE of Appearance by THOMAS R. CURTIN on behalf of MERCEDES-BENZ USA, LLC (CURTIN, THOMAS) (Entered: 09/05/2007) |
| 09/11/2007 | 16 | REPLY to Response to Motion re 7 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* filed by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Certification of Kathleen N. Fennelly# 2 Certificate of Service)(CURTIN, THOMAS) (Entered: 09/11/2007) |
| 09/21/2007 | 17 | NOTICE by S.B. ATLASS *of Supplemental Authority Regarding Mercedes-Benz USA, LLC's Motion to Dismiss Complaint* (Attachments: # 1 Exhibit B to Notice of Supplemental Authority# 2 Exhibit C to Notice of Supplemental Authority# 3 Certificate of Service) (RODRIGUEZ, LISA) (Entered: 09/21/2007) |
| 09/24/2007 | | Pro Hac Vice fee as to Rebecca Bedwell-Coll, Jonathan Selbin and Eric Fastiff: $ 450.00, receipt number 347334 (jd, ) (Entered: 09/24/2007) |
| 09/24/2007 | 18 | Minute Entry for proceedings held before Judge Dickinson R. Debevoise : Motion Hearing held on 9/24/2007 re 7 MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b) (6)* MOTION to Dismiss *Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6)* filed by MERCEDES-BENZ USA, LLC. (Court Reporter Mollie Giordano.) (ak, ) (Entered: 09/24/2007) |
| 09/25/2007 | 21 | OPINION. Signed by Judge Dickinson R. Debevoise on 9/25/07. (jd, ) (Entered: 09/28/2007) |
| 09/25/2007 | 22 | ORDER denying 7 Motion to Dismiss. Signed by Judge Dickinson R. Debevoise on 9/25/07. (jd, ) (Entered: 09/28/2007) |
| 09/27/2007 | 19 | AFFIDAVIT of Lisa J. Rodriguez Attesting Compliance with Rule 1:28-2(a) for Attorneys Rebecca Bedwell-Coll, Jonathan Selbin and Eric B. Fastiff by S.B. ATLASS. (RODRIGUEZ, LISA) (Entered: 09/27/2007) |
| 09/27/2007 | 20 | Notice of Request by Pro Hac Vice Rebecca Bedwell-Coll, Jonathan Selbin and Eric B. Fastiff to receive Notices of Electronic Filings. (RODRIGUEZ, LISA) (Entered: 09/27/2007) |
| 10/15/2007 | 23 | ANSWER to Complaint *And Affirmative Defenses* by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Certificate of Service)(CURTIN, THOMAS) (Entered: 10/15/2007) |
| 10/16/2007 | 24 | ORDER Initial Rule 16 Conference has been set for 12/19/2007 at 10:30 AM in Newark - Courtroom 2D before Magistrate Judge Esther Salas. A JOINT DISCOVERY PLAN MUST BE SUBMITTED 7 DAYS PRIOR TO THE CONFERENCE. CM/ECF IS MANDATORY FOR ALL FILINGS. Should you have any questions please call (973) 297-4887. Signed by Judge Esther Salas on 10/16/07. (jq, ) (Entered: 10/16/2007) |
| 10/30/2007 | | Judge Michael A. Shipp added. Judge Esther Salas no longer assigned to case. (jgb) (Entered: 10/30/2007) |

| 11/20/2007 | 25 | MOTION to transfer to the District of New Jersey for Consolidated and/or Coordinated Pretrial Proceedings by MERCEDES-BENZ USA, LLC. (Attachments: # 1 brief# 2 proof of service# 3 cover letter)(sr, ) (Entered: 11/20/2007) |
| --- | --- | --- |
| 12/04/2007 | | Set/Reset Hearings: Please be advised that the Initial Conference set for 12/19/07 before Judge Salas has been rescheduled to 1/15/2008 02:30 PM in Newark - Courtroom 2C before Magistrate Judge Michael A. Shipp. (nm, ) (Entered: 12/04/2007) |
| 12/04/2007 | 26 | MOTION for Leave to Appear Pro Hac Vice by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Declaration of Kathleen N. Fennelly# 2 Declaration of Ketrina G. Bakewell# 3 Text of Proposed Order # 4 Certificate of Service)(FENNELLY, KATHLEEN) (Entered: 12/04/2007) |
| 12/05/2007 | | Set Deadline as to 26 MOTION for Leave to Appear Pro Hac Vice. Motion Hearing set for 1/21/2008 10:00 AM before Judge Dickinson R. Debevoise. (sr, ) (Entered: 12/05/2007) |
| 12/19/2007 | 27 | ORDER granting 26 Motion for Leave to Appear Pro Hac Vice re: Ketrina G. Bakewell, Esq.. Signed by Judge Michael A. Shipp on 12/18/07. (sr, ) (Entered: 12/19/2007) |
| 12/27/2007 | | Pro Hac Vice fee: $ 150, receipt number 349798 re: Ketrina G. Blakewell (sr, ) (Entered: 12/27/2007) |
| 01/03/2008 | 28 | Notice of Request by Pro Hac Vice Ketrina G. Bakewell to receive Notices of Electronic Filings. (FENNELLY, KATHLEEN) (Entered: 01/03/2008) |
| 01/08/2008 | 29 | Letter from Kathleen Fennelly, Esq., requesting Adjournment of Rule 16 Conference. (FENNELLY, KATHLEEN) (Entered: 01/08/2008) |
| 01/11/2008 | | Set/Reset Hearings: Please be advised that due to the motion pending with the Judicial Panel on Multidistrict Litigation, the Scheduling Conference set for 1/15/08 has been adjourned to 3/11/08 10:00 AM in Newark - Courtroom 2C before Magistrate Judge Michael A. Shipp. (nm, ) (Entered: 01/11/2008) |
| 02/21/2008 | | Set/Reset Hearings: Please be advised that the Initial Rule 16 Conference currently scheduled for 3/11/08 has been ADJOURNED. The Court will provide a new scheduling date. (nm, ) (Entered: 02/21/2008) |
| 02/28/2008 | 30 | Order of MDL Panel transferring certain actions to this court. (NR, ) (Entered: 02/28/2008) |
| 03/05/2008 | 31 | NOTICE of Appearance by JAMES E. CECCHI on behalf of CORD SHIFLET (CECCHI, JAMES) (Entered: 03/05/2008) |
| 03/05/2008 | 32 | NOTICE of Appearance by LINDSEY H. TAYLOR on behalf of CORD SHIFLET (TAYLOR, LINDSEY) (Entered: 03/05/2008) |
| 03/05/2008 | 33 | MOTION to Appoint Counsel Interim Lead Counsel and Liaison Counsel Attorney: Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C., Lieff Cabraser, Heimann & Bernstein, LLP and Gerard Gibbs LLP as Co-Lead and Trujillo, Rodriguez & Richards, LLP as Liaison Counsel. by CORD SHIFLET, S.B. ATLASS. (Attachments: # 1 Service List, # 2 Brief, # 3 Declaration of Jonathan D. Selbin, # 4 Exhibit A, part 1 to Selbin Declaration, # 5 Exhibit A, part 2 to Selbin Declaration, # 6 Exhibit A, part 3 to Selbin Declaration, # 7 Declaration of Eric H. Gibbs with Exhibits A-C, # 8 Declaration of James E. Cecchi, # 9 Exhibit A to Cecchi Declaration)(CECCHI, JAMES) (Entered: 03/05/2008) |
| 03/07/2008 | | Set Deadline as to 33 MOTION to Appoint Counsel Interim Lead Counsel and Liaison Counsel Attorney: Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C., Lieff Cabraser, Heimann & Bernstein, LLP and Gerard Gibbs LLP as Co-Lead and Trujillo, Rodriguez & Richards,. Motion Hearing set for 4/7/2008 before Judge Dickinson R. Debevoise. (PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT) (sr, ) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2008) |
| 04/11/2008 | 34 | CASE MANAGEMENT ORDER establishing a Master Docket and Master File as follows: IN RE: MERCEDES-BENZ TELE AID CONTRACT LITIGATION, appointing interim co-lead class counsel and liaison counsel for pltfs as follows: Jonathan Selbin of Lieff,Cabraser,Heimann & Berstein, Eric Gibbs of Girard Gibbs, LLP, & James Cecchi of Carella, Byrne,Bain,Gilfillan,Cecchi, Stewart, & Olstein, P.C. Lisa J. Rodriguez of Trujillo Rodriguez & Richards, LLC, is appointed Interim Pltfs' Liaison Counsel; etc. Signed by Judge Dickinson R. Debevoise on 4/11/08. (sr, ) (Entered: 04/15/2008) |
| 04/25/2008 | 35 | SCHEDULING ORDER that a scheduling conference be conducted on 7/16/08 at 10:00 a.m.. Signed by Magistrate Judge Michael A. Shipp on 4/25/08. (sr, ) (Entered: 04/28/2008) |
| 04/29/2008 | 36 | AFFIDAVIT/Certification in support of discovery confidentiality order of Kathleen N. Fennelly by CORD SHIFLET, S.B. ATLASS. (Attachments: # 1 [Proposed] Stipulated Protective Order)(RODRIGUEZ, LISA) (Entered: 04/29/2008) |
| 05/01/2008 | 37 | STIPULATED PROTECTIVE ORDER fld.. Signed by Judge Dickinson R. Debevoise on 5/1/08. (sr, ) (Entered: 05/02/2008) |
| 05/02/2008 | 38 | AMENDED COMPLAINT *(CONSOLIDATED)* against MERCEDES-BENZ USA, LLC, filed by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Exhibits A & B to Consolidated Complaint, # 2 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 05/02/2008) |
| 05/08/2008 | 39 | NOTICE by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR *Docket No. 33 of Withdrawal of Motion for the Appointment of Lieff Cabraser, Carella Byrne and Girard Gibbs as Co-Lead Interim Class Counsel and Trujillo Rodriguez & Richards, LLC as Liaison Counsel* (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 05/08/2008) |
| 05/28/2008 | 40 | NOTICE of Voluntary Dismissal by S.B. ATLASS (Attachments: # 1 Certificate of Service) (RODRIGUEZ, LISA) (Entered: 05/28/2008) |
| 06/02/2008 | 41 | ANSWER to Amended Complaint by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Certificate of Service)(FENNELLY, KATHLEEN) (Entered: 06/02/2008) |
| 06/05/2008 | 42 | ORDER of voluntary dismissal w/out prejudice. Signed by Judge Dickinson R. Debevoise on 6/2/08. (sr, ) (Entered: 06/05/2008) |
| 06/27/2008 | 43 | Letter from Plaintiffs' Counsel Regarding A Discovery Dispute. (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 06/27/2008) |
| 07/02/2008 | 44 | Letter from Counsel for MBUSA in Response to Plaintiffs' June 27, 2008 Letter Regarding Discovery Dispute re 43 Letter. (CURTIN, THOMAS) (Entered: 07/02/2008) |
| 07/08/2008 | 45 | Letter from Eric H. Gibbs. (Attachments: # 1 Statement [Joint Discovery Plan], # 2 Certificate of Service)(GIBBS, ERIC) (Entered: 07/08/2008) |
| 07/16/2008 | 46 | Minute Entry for proceedings held before Judge Dickinson R. Debevoise and Judge Michael A. Shipp: Scheduling Conference held on 7/16/2008. (Court Reporter Mollie Giordano.) (ak, ) (Entered: 07/16/2008) |
| 07/16/2008 | | Minute Entry for proceedings held before Magistrate Judge Michael A. Shipp: Scheduling Conference held on 7/16/2008 in Judge Debevoise Courtroom, on the record. (nm, ) |

| | | (Entered: 07/16/2008) |
|---|---|---|
| 07/29/2008 | 47 | SCHEDULING ORDER:Telephone Status Conference set for 9/8/2008 10:00 AM before Magistrate Judge Michael A. Shipp; etc.. Signed by Magistrate Judge Michael A. Shipp on 7/29/08. (sr, ) (Entered: 07/29/2008) |
| 08/15/2008 | 48 | Letter from All Counsel Requesting An Extension of Time for Filing the Joint Proposed Order to August 22, 2008. (Attachments: # 1 Stipulation and [Proposed] Order Extending Time to File Joint Proposed Order with an Electronic Discovery Protocol)(RODRIGUEZ, LISA) (Entered: 08/15/2008) |
| 08/22/2008 | 49 | STIPULATION *Proposed Joint Stipulation Concerning Discovery of Mercedes-Bens USA, LLC, ESI* by MERCEDES-BENZ USA, LLC. (FENNELLY, KATHLEEN) (Entered: 08/22/2008) |
| 08/27/2008 | 50 | JOINT STIPULATION/ORDER concerning discovery of Mercedes-Benz USA, LLC ESI. Signed by Magistrate Judge Michael A. Shipp on 8/26/08. (sr, ) (Entered: 08/27/2008) |
| 09/04/2008 | 51 | Letter from Joint Status Letter Pursuant to Paragraph 22 of 7/29/08 Scheduling Order. (CURTIN, THOMAS) (Entered: 09/04/2008) |
| 09/04/2008 | | Set/Reset Hearings: Please be advised that the telephone Status Conference set for 9/8/08 has been adjourned to 9/29/2008 03:30 PM before Magistrate Judge Michael A. Shipp. Counsel for plaintiff is to initiate the call to 973-645-3827. By 9/25/08, counsel are to e-file a joint updated case status letter. (nm, ) (Entered: 09/04/2008) |
| 09/09/2008 | 52 | NOTICE of Appearance by ERIC H. GIBBS on behalf of all plaintiffs (GIBBS, ERIC) (Entered: 09/09/2008) |
| 09/09/2008 | 53 | NOTICE of Appearance by ERIC H. GIBBS on behalf of all plaintiffs (GIBBS, ERIC) (Entered: 09/09/2008) |
| 09/09/2008 | 54 | NOTICE of Appearance by GEOFFREY A. MUNROE on behalf of all plaintiffs (MUNROE, GEOFFREY) (Entered: 09/09/2008) |
| 09/25/2008 | 55 | Letter from Thomas R. Curtin - Joint Status Letter. (CURTIN, THOMAS) (Entered: 09/25/2008) |
| 09/25/2008 | | Set/Reset Hearings: Per the request of counsel, the telephone status conference scheduled for 9/29/08 has been cancelled. The Court will conduct a telephone status conference on 10/29/2008 03:30 PM before Magistrate Judge Michael A. Shipp. Counsel for plaintiffs shall initiate the call to 973-645-3827. By 10/24/08, counsel are to e-file a joint updated case status letter. (nm, ) (Entered: 09/25/2008) |
| 10/01/2008 | 56 | Letter from James E. Cecchi enclosing Stipulation and Order. (Attachments: # 1 Text of Proposed Order)(CECCHI, JAMES) (Entered: 10/01/2008) |
| 10/03/2008 | 57 | STIPULATION/ORDER Re: briefing of pltf's motion for class certification. Signed by Magistrate Judge Michael A. Shipp on 10/02/08. (sr, ) (Entered: 10/03/2008) |
| 10/03/2008 | 58 | BRIEF *Regarding Choice of Law* filed by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR, S.B. ATLASS. (Attachments: # 1 Declaration of Eric Gibbs with Exhibits) (CECCHI, JAMES) (Entered: 10/03/2008) |
| 10/03/2008 | 59 | MOTION to Seal Document 58 Brief, by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, |

| | | |
|---|---|---|
| | | MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR, S.B. ATLASS. (Attachments: # 1 Statement In Lieu of Brief, # 2 Text of Proposed Order)(CECCHI, JAMES) (Entered: 10/03/2008) |
| 10/06/2008 | | Set Deadline as to 59 MOTION to Seal Document 58 Brief, MOTION to Seal Document 58 Brief,. Motion Hearing set for 11/3/2008 10:00 a.m. before Judge Dickinson R. Debevoise. (sr, ) (Entered: 10/06/2008) |
| 10/06/2008 | 60 | MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Notice of Motion to File Under Seal, # 2 Appendix of Unpublished Authorities Cited in Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification, # 3 Appendix of Unpublished Authorities, Part 2, # 4 Declaration of James E. Cecchi, # 5 Declaration of Lisa J. Rodriguez in Support of Motion for Class Certification, # 6 Declaration of Jonathan D. Selbin in Support of Motion for Class Certification, # 7 Declaration of Jonathan D. Selbin, Part 2, # 8 Declaration of James Giotis, # 9 Declaration of Karen Marcus, # 10 Declaration of Leroy Browning, # 11 Declaration of Lois Stowers, # 12 Declaration of Mark Russell, # 13 Declaration of Michael Shim, # 14 Declaration of Robert Stowers, # 15 Declaration of Sandra Levin, # 16 Declaration of Susan Tuteur, # 17 Declaration of Ashish Sen, # 18 Declaration of Christian Pellegrini, # 19 Declaration of Colleen Sen, # 20 Declaration of Richard Hankins, # 21 Text of Proposed Order, # 22 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 10/06/2008) |
| 10/06/2008 | 61 | Exhibit to 60 Motion to Seal Document,,,,, by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Notice of Motion for Class Certification, # 2 Declaration of Geoffrey A. Munroe, # 3 Declaration of Geoffrey A. Munroe, Part 2, # 4 Declaration of Geoffrey A. Munroe, Part 3, # 5 Declaration of Geoffrey A. Munroe, Part 4, # 6 Declaration of Geoffrey A. Munroe, Part 5, # 7 Dr. Russell Lamb's Expert Report, Part 1, # 8 Lamb Expert Report, Part 2, # 9 Lamb Expert Report, Part 3, # 10 Lamb Expert Report, Part 4, # 11 Lamb Expert Report, Part 5a, # 12 Lamb Expert Report, Part 5b, # 13 Lamb Expert Report, Part 6, # 14 Lamb Expert Report, Part 7, # 15 Lamb Expert Report, Part 8, # 16 Lamb Expert Report, Part 9, # 17 Lamb Expert Report, Part 10, # 18 Lamb Expert Report, Part 11, # 19 Lamb Expert Report, Part 12, # 20 Lamb Expert Report, Part 13, # 21 Lamb Expert Report, Part 14, # 22 Lamb Expert Report, Part 15, # 23 Lamb Expert Report, Part 16)(RODRIGUEZ, LISA) (Entered: 10/06/2008) |
| 10/06/2008 | 62 | Exhibit to 61 Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), 60 Motion to Seal Document,,,,, by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Edmond J. Thomas' Expert Report, Part 2, # 2 Edmond J. Thomas' Expert Report, Part 3, # 3 Edmond J. Thomas' Expert Report, Part 4, # 4 Dr. Warren J. Keegan's Expert Report, Part 1, # 5 Keegan Expert Report, Part 2, # 6 Keegan Expert Report, Part 3, # 7 Keegan Expert Report, Part 4, # 8 Keegan Expert Report, Part 5, # 9 Keegan Expert Report, Part 6, # 10 Keegan Expert Report, Part 7, # 11 Keegan Expert Report, Part 8a, # 12 Keegan Expert Report, Part 8b, # 13 Keegan Expert Report, Part 9)(RODRIGUEZ, LISA) (Entered: 10/06/2008) |
| 10/06/2008 | 63 | CERTIFICATE OF SERVICE by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL |

| | | |
|---|---|---|
| | | LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR re 61 Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), 62 Exhibit (to Document), Exhibit (to Document), Exhibit (to Document), Exhibit (to Document) *Pertaining to Pleadings Filed in Support of Class Certification and Supporting Declarations and Expert Reports (FILED UNDER SEAL)* (RODRIGUEZ, LISA) (Entered: 10/06/2008) |
| 10/15/2008 | 64 | Letter from Thomas R. Curtin. (CURTIN, THOMAS) (Entered: 10/15/2008) |
| 10/20/2008 | 65 | Letter from James E. Cecchi re 64 Letter. (CECCHI, JAMES) (Entered: 10/20/2008) |
| 10/23/2008 | 66 | NOTICE of Appearance by PAUL M. WEISS on behalf of all plaintiffs (WEISS, PAUL) (Entered: 10/23/2008) |
| 10/23/2008 | 67 | NOTICE of Appearance by GEORGE KEVIN LANG on behalf of all plaintiffs (LANG, GEORGE) (Entered: 10/23/2008) |
| 10/24/2008 | 68 | Letter from Eric H. Gibbs - Joint Status Letter. (GIBBS, ERIC) (Entered: 10/24/2008) |
| 10/29/2008 | 69 | NOTICE of Appearance by KEITH JAMES KEOGH on behalf of all plaintiffs (KEOGH, KEITH) (Entered: 10/29/2008) |
| 10/29/2008 | | Minute Entry for proceedings held before Magistrate Judge Michael A. Shipp: Telephone Status Conference held on 10/29/2008. (nm, ) (Entered: 10/29/2008) |
| 11/03/2008 | 70 | NOTICE of Appearance by TRACY D REZVANI on behalf of RICHARD HANKINS, ASHISH SEN, COLLEEN SEN (REZVANI, TRACY) (Entered: 11/03/2008) |
| 11/03/2008 | 71 | Letter from Thomas R. Curtin enclosing proposed Consent Order on Class Certification and Choice of Law Briefing. (CURTIN, THOMAS) (Entered: 11/03/2008) |
| 11/04/2008 | 72 | NOTICE of Change of Address by LISA J. RODRIGUEZ (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 11/04/2008) |
| 11/05/2008 | 73 | ORDER granting 60 Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 11/03/08. (sr, ) (Entered: 11/05/2008) |
| 11/06/2008 | 74 | CONSENT ORDER setting revised briefing schedule on Motion for Class Certification & Choice of law. Signed by Magistrate Judge Michael A. Shipp on 11/05/08. (sr, ) (Entered: 11/06/2008) |
| 11/12/2008 | 75 | NOTICE of Change of Address by LISA J. RODRIGUEZ (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 11/12/2008) |
| 11/14/2008 | 76 | BRIEF *(Supplemental) of Points and Authorities in Support of Motion for Class Certification* filed by CORD SHIFLET, LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 11/14/2008) |
| 11/26/2008 | 77 | ORDER sealing 58 Brief w/Decl. of Eric H. Gibbs. Signed by Magistrate Judge Michael A. Shipp on 11/26/08. (sr, ) (Entered: 11/26/2008) |
| 12/26/2008 | 78 | DECLARATION re 76 Brief, by KATHLEEN N FENNELLY. (Attachments: # 1 Exhibit 1 to Fennelly Decl., # 2 Exhibit 2 to Fennelly Decl., # 3 Exhibit 3 to Fennelly Decl., # 4 Exhibit 4 to Fennelly Decl., # 5 Exhibit 5 to Fennelly Decl., # 6 Exhibit 6 to Fennelly Decl., # 7 Exhibit 7 (Part1) to Fennelly Decl., # 8 Exhibit 7 (Part2) to Fennelly Decl., # 9 Exhibit 7 (Part 3) to Fennelly Decl., # 10 Exhibit 8 to Fennelly Decl., # 11 Exhibit 9 to Fennelly Decl., # 12 Exhibit 10 to Fennelly Decl., # 13 Exhibit 11 to Fennelly Decl., # 14 Exhibit 12 to |

|  |  | Fennelly Decl., # 15 Exhibit 13 (Part 1) to Fennelly Decl., # 16 Exhibit 13 (Part 2) to Fennelly Decl., # 17 Exhibit 14 to Fennelly Decl., # 18 Exhibit 15 to Fennelly Decl., # 19 Exhibit 16 to Fennelly Decl., # 20 Exhibit 17 to Fennelly Decl., # 21 Exhibit 18 to Fennelly Decl., # 22 Exhibit 19 to Fennelly Decl., # 23 Exhibit 20 to Fennelly Decl., # 24 Exhibit 21 to Fennelly Decl., # 25 Exhibit 22 to Fennelly Decl., # 26 Exhibit 23 to Fennelly Decl., # 27 Exhibit 24 to Fennelly Decl., # 28 Exhibit 25 to Fennelly Decl., # 29 Exhibit 26 to Fennelly Decl., # 30 Exhibit 27 to Fennelly Decl., # 31 Exhibit 28 to Fennelly Decl., # 32 Exhibit 29 to Fennelly Decl., # 33 Exhibit 30 to Fennelly Decl., # 34 Exhibit 31 to Fennelly Decl., # 35 Exhibit 32 to Fennelly Decl., # 36 Exhibit 33 to Fennelly Decl., # 37 Exhibit 34 to Fennelly Decl., # 38 Exhibit 35 to Fennelly Decl., # 39 Exhibit 36 to Fennelly Decl., # 40 Exhibit 37 to Fennelly Decl., # 41 Exhibit 38 to Fennelly Decl., # 42 Exhibit 39 to Fennelly Decl., # 43 Exhibit 40 to Fennelly Decl., # 44 Exhibit 41 to Fennelly Decl., # 45 Declaration of Thomas C. O'Guinn, # 46 Declaration of Kathleen Q. Abernathy, # 47 Brief of Mercedes-Benz USA LLC in Opposition to Plaintiffs' Motion for Class Certification, # 48 Certificate of Service) (CURTIN, THOMAS) (Entered: 12/26/2008) |
| 12/26/2008 | 79 | BRIEF filed by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Declaration of Kathleen N. Fennelly in Support of Mercedes-Benz USA, LLC's Memorandum Responding to Plaintiffs' Memorandum of Points and Authorities Regarding Choice of Law, # 2 Exhibit 1 to Fennelly Decl., # 3 Exhibit 2 to Fennelly Decl., # 4 Exhibit 3 to Fennelly Decl., # 5 Exhibit 4 to Fennelly Decl., # 6 Exhibit 5 to Fennelly Decl., # 7 Exhibit 6 to Fennelly Decl., # 8 Exhibit 7 to Fennelly Decl., # 9 Exhibit 8 to Fennelly Decl., # 10 Declaration of Gail E. Slaughter, # 11 Brief of Mercedes-Benz USA, LLC in Response to Plaintiffs' Memorandum of Points and Authorities Regarding Choice of Law, # 12 Certificate of Service)(CURTIN, THOMAS) (Entered: 12/26/2008) |
| 12/26/2008 | 80 | MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Brief of Mercedes-Benz USA LLC in Support of MOtion to Exclude Russell L. Lamb, # 2 Declaration of Peter W. Herzog, III, in Support of Motion to Exclude Russell L. Lamb, # 3 Text of Proposed Order, # 4 Certificate of Service)(CURTIN, THOMAS) (Entered: 12/26/2008) |
| 12/26/2008 | 81 | Certification on behalf of KATHLEEN N FENNELLY. (Attachments: # 1 Exhibit A (Part 1) to Fennelly Decl., # 2 Exhibit A (Part 2) to Fennelly Decl., # 3 Exhibit A (Part 3) to Fennelly Decl., # 4 Exhibit A (Part 4) to Fennelly Decl., # 5 Exhibit A (Part 5) to Fennelly Decl., # 6 Exhibit A (Part 6) to Fennelly Decl., # 7 Exhibit A (Part 7) to Fennelly Decl., # 8 Exhibit A (Part 8) to Fennelly Decl., # 9 Exhibit A (Part 9) to Fennelly Decl., # 10 Exhibit B to Fennelly Decl., # 11 Exhibit C to Fennelly Decl., # 12 Exhibit D to Fennelly Decl., # 13 Exhibit E to Fennelly Decl., # 14 Exhibit F to Fennelly Decl., # 15 Exhibit G to Fennelly Decl., # 16 Exhibit H to Fennelly Decl., # 17 Exhibit I to Fennelly Decl., # 18 Exhibit J to Fennelly Decl., # 19 Exhibit K to Fennelly Decl., # 20 Exhibit L to Fennelly Decl., # 21 Exhibit M to Fennelly Decl., # 22 Exhibit N to Fennelly Decl.)(CURTIN, THOMAS) (Entered: 12/26/2008) |
| 12/26/2008 | 82 | MOTION to Seal Document 81 Certification,,, by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Certificate of Service)(CURTIN, THOMAS) (Entered: 12/26/2008) |
| 12/31/2008 |  | Set Deadlines as to 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702, 82 MOTION to Seal Document 81 Certification,,,. Motion set for 1/20/2009 10:00 AM before Judge Dickinson R. Debevoise. (sr, ) (Entered: 12/31/2008) |
| 01/05/2009 |  | RESET Deadlines as to 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702, 82 MOTION to Seal Document 81 Certification,,,. Oral argument on Motions have been reset for 1/21/2009 10:00 AM before Judge Dickinson R. Debevoise. (em, ) (Entered: 01/05/2009) |
| 01/07/2009 | 83 | Rule 7.1 Letter for extension of return date re 82 MOTION to Seal Document 81 |

| | | |
|---|---|---|
| | | Certification,,,, 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 filed by CORD SHIFLET, LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (RODRIGUEZ, LISA) (Entered: 01/07/2009) |
| 01/16/2009 | 84 | CERTIFICATION in Support re 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 *of M. Laurentius Marais, Ph. D.* filed by MERCEDES-BENZ USA, LLC. (FENNELLY, KATHLEEN) (Entered: 01/16/2009) |
| 01/20/2009 | | CLERK'S QUALITY CONTROL MESSAGE: REBECCA BEDWELL-COLL, ESQ., does not have a correct e-mail address listed with the court and is not receiving his/her notices of electronic filing in this case. Pursuant to local rule 10.1 and court procedures, counsel and unrepresented parties are required to notify the court of any mailing or e-mail address changes. The court has deleted the invalid e-mail address. Attorneys should review the ECF link on our web site for information on maintaining your account and unrepresented parties, or those attorneys without access to maintaining their account, should notice the Clerk. (sa, ) (Entered: 01/20/2009) |
| 01/20/2009 | 85 | Letter from James E. Cecchi re 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702. (Attachments: # 1 Proposed Stipulation and Order)(CECCHI, JAMES) (Entered: 01/20/2009) |
| 01/21/2009 | | RESET DEADLINES: as to 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702, 82 MOTION to Seal Document 81 Certification,,,. Oral argument on motions are set for 2/2/09 at 10:00 AM before Judge Dickinson R. Debevoise. (em, ) (Entered: 01/21/2009) |
| 01/22/2009 | 86 | STIPULATION re 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Text of Proposed Order Setting Argument Date)(FENNELLY, KATHLEEN) (Entered: 01/22/2009) |
| 01/22/2009 | 87 | NOTICE by MERCEDES-BENZ USA, LLC *of Supplemental Authority* (Attachments: # 1 Certificate of Service)(FENNELLY, KATHLEEN) (Entered: 01/22/2009) |
| 01/22/2009 | 88 | STIPULATION/ORDER extending time for pltfs to respond to deft's Motion to Strike. Signed by Judge Dickinson R. Debevoise on 1/21/09. (sr, ) (Entered: 01/22/2009) |
| 01/22/2009 | 89 | BRIEF in Opposition re 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 filed by CORD SHIFLET, LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR, S.B. ATLASS. (Attachments: # 1 Affidavit of Dr. Russell L. Lamb, # 2 Declaration of Jennifer Gross) (CECCHI, JAMES) (Entered: 01/22/2009) |
| 01/23/2009 | 90 | STIPULATION/ORDER that argument on the Motion to Strike shall take place on 2/17/09 at 10:00 a.m.. Signed by Judge Dickinson R. Debevoise on 1/22/09. (sr, ) (Entered: 01/23/2009) |
| 01/30/2009 | 91 | BRIEF *Reply in Further Support of Plaintiffs' Motion for Class Certification* filed by CORD SHIFLET, LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Plaintiffs Reply Brief Regarding Choice of Law in Support of Motion for Class Certification, # 2 Declaration of Jonathan D. Selbin, # 3 6.Declaration of Jennifer Gross)(RODRIGUEZ, LISA) (Entered: 01/30/2009) |

| | | |
|---|---|---|
| 01/30/2009 | 92 | MOTION to Seal Document 91 Brief, *Plaintiffs' Reply Memorandum in Support of Class Certification* by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Notice of Motion, # 2 Text of Proposed Order, # 3 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 01/30/2009) |
| 02/02/2009 | 93 | REPLY BRIEF to Opposition to Motion re 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 filed by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Declaration of Kathleen N. Fennelly, # 2 Certificate of Service)(CURTIN, THOMAS) (Entered: 02/02/2009) |
| 02/02/2009 | | RESET Deadlines as to 80 MOTION Exclude Russell L. Lamb pursuant to Fed.Evid. 702, 82 MOTION to Seal Document 81 Certification,,,. Oral argument for Motions 80 and 82 is reset for 2/17/2009 10:00 AM before Judge Dickinson R. Debevoise. (em, ) (Entered: 02/03/2009) |
| 02/05/2009 | | RESET Deadlines as to 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702, 92 MOTION to Seal Document 91 Brief,, *Plaintiffs' Reply Memorandum in Support of Class Certification* MOTION to Seal Document 91 Brief,, *Plaintiffs' Reply Memorandum in Support of Class Certification*, 82 MOTION to Seal Document 81 Certification,and 60 Motion for Class certification,,. Oral argument on the motions have been reset for 3/2/2009 10:00 AM before Judge Dickinson R. Debevoise. NOTATION: All arguments regarding choice of law, class certification and the admissibility of testimoney by Russell L. Lamb(for the purpose of class certification) will be held together (em, ) (Entered: 02/05/2009) |
| 02/10/2009 | 94 | Letter from Thomas R. Curtin, Esq., Requesting Adjournment on Consent of 3/2/09 Oral Argument re Set/Reset Motion and R&R Deadlines/Hearings,,. (CURTIN, THOMAS) (Entered: 02/10/2009) |
| 02/24/2009 | | RESET: Deadlines as to 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702, 92 MOTION to Seal Document 61 Brief,, *Plaintiffs' MOTION to Seal Document. Oral Argument has been RESET for 3/16/2009 10:00 AM before Judge Dickinson R. Debevoise. NOTE: All argument regarding choice of law, class certification & the admissisbility of testimony by Russell Lamb (for the purpose )of class certification will be held together. (em, ) (Entered: 02/24/2009)* |
| 03/10/2009 | 95 | NOTICE by MERCEDES-BENZ USA, LLC *of Supplemental Authority* (Attachments: # 1 Certificate of Service)(CURTIN, THOMAS) (Entered: 03/10/2009) |
| 03/11/2009 | 96 | STIPULATION of Dismissal *OF THE CLAIMS OF PLAINTIFF SANDRA LEVIN AND FOR DISMISSAL OF THE CLAIM OF BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY AS TO ALL PLAINTIFFS* by CORD SHIFLET, LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR, S.B. ATLASS. (GIBBS, ERIC) (Entered: 03/11/2009) |
| 03/12/2009 | 97 | STIPULATION/ORDER of the dismissal of claims of pltf Sandra Levin & for dismissal of the claim of breach of implied warranty of merchant ability as to all pltfs. Signed by Judge Dickinson R. Debevoise on 3/12/09. (sr, ) (Entered: 03/12/2009) |
| 03/12/2009 | 98 | RESPONSE re 95 Notice (Other). (RODRIGUEZ, LISA) (Entered: 03/12/2009) |
| 03/16/2009 | 100 | Minute Entry for proceedings held before Judge Dickinson R. Debevoise: Motion Hearing held on 3/16/2009 re 80 MOTION Exclude Russell L. Lamb pursuant to Fed.R.Evid. 702 filed by MERCEDES-BENZ USA, LLC, 92 MOTION to Seal Document 91 Brief,, *Plaintiffs' Reply Memorandum in Support of Class Certification* MOTION to Seal Document |

| | | |
|---|---|---|
| | | 91 Brief,, *Plaintiffs' Reply Memorandum in Support of Class Certification* filed by Mark Russell, KAREN MARCUS, SANDRA LEVIN, JACK D KELLEY, ROBERT E STOWERS, LOIS A STOWERS, SUSAN TUTEUR, RICHARD HANKINS, MICHAEL LESLIE SHIM, ASHISH SEN, LEROY BROWNING, COLLEEN SEN, JAMES GIOTIS, CRISTIAN ANDRES PELLEGRINI, 60 MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* MOTION to Seal Document *(Plaintiffs' Motion for Class Certification and Supporting Documents)* filed by Mark Russell, KAREN MARCUS, SANDRA LEVIN, JACK D KELLEY, ROBERT E STOWERS, LOIS A STOWERS, SUSAN TUTEUR, RICHARD HANKINS, MICHAEL LESLIE SHIM, ASHISH SEN, LEROY BROWNING, COLLEEN SEN, JAMES GIOTIS, CRISTIAN ANDRES PELLEGRINI. (Court Reporter/Recorder Mollie Giordano.) (em, ) (Entered: 03/19/2009) |
| 03/18/2009 | 99 | Letter from Jonathan D. Selbin Regarding Class Definition. (TAYLOR, LINDSEY) (Entered: 03/18/2009) |
| 03/20/2009 | 101 | Letter from Thomas R. Curtin re 99 Letter. (CURTIN, THOMAS) (Entered: 03/20/2009) |
| 03/23/2009 | 102 | ORDER granting 82 Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 3/20/09. (sr, ) (Entered: 03/23/2009) |
| 03/23/2009 | 103 | ORDER granting 92 Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 3/20/09. (sr, ) (Entered: 03/23/2009) |
| 03/27/2009 | 104 | Letter from James E. Cecchi Regarding Mercedes Records Regarding Pre-Owned Cars re 101 Letter. (Attachments: # 1 Enclosure (Letter from Mercedes to Plaintiff Lois Stowers Regarding Tele-Aid))(CECCHI, JAMES) (Entered: 03/27/2009) |
| 04/27/2009 | 105 | OPINION FLD.. Signed by Judge Dickinson R. Debevoise on 4/24/09. (sr, ) (Entered: 04/27/2009) |
| 04/27/2009 | 106 | ORDER granting Pltfs' Motion for Class Certification, dismissing as moot 80 Motion to exclude testimony. Signed by Judge Dickinson R. Debevoise on 4/24/09. (sr, ) (Entered: 04/27/2009) |
| 04/27/2009 | 107 | NOTICE of Appearance by GARY EDWARD MASON on behalf of all plaintiffs (Attachments: # 1 Certificate of Service)(MASON, GARY) (Entered: 04/27/2009) |
| 04/27/2009 | 108 | NOTICE of Appearance by GARY S. GRAIFMAN on behalf of JAMES M. LOOTS (Attachments: # 1 Certificate of Service)(GRAIFMAN, GARY) (Entered: 04/27/2009) |
| 04/27/2009 | 109 | NOTICE of Appearance by SCOTT A. GEORGE on behalf of all plaintiffs (Attachments: # 1 Certificate of Service)(GEORGE, SCOTT) (Entered: 04/27/2009) |
| 05/20/2009 | 110 | Transcript of Proceedings held on 3/16/09, before Judge Dickinson R. Debevoise. Court Reporter/Transcriber Mollie Ann Giordano, Telephone number (973) 954-0353. **NOTICE REGARDING REDACTION OF TRANSCRIPTS:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript. If no such notice is filed, the transcript will be made remotely available in electronic format to the public without redaction after ninety(90) calendar days. The redaction policy is located on our website at www.njd.uscourts.gov. Transcripts may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for release of transcript restriction. After that date it may be obtained through PACER. Redaction Request due 6/10/2009. Redacted Transcript Deadline set for 6/22/2009. Release of Transcript Restriction set for 8/18/2009. (cs, ) (Entered: 05/20/2009) |

| 06/08/2009 | 111 | ORDER of USCA denying the Petition for Leave to Appeal by MERCEDES BENZ USA LLC and allowing the PRODUCT LIABILITY ADVISORY COUNCIL INC to proceed Amicus Curiae. (ji, ) (Entered: 06/09/2009) |
|---|---|---|
| 06/19/2009 | | Set/Reset Hearings: Please be advised that a Telephone Status Conference is set for 7/8/2009 03:00 PM before Magistrate Judge Michael A. Shipp. A joint case status letter should be e-filed with the Court no later than 7/1/09. Counsel for Plaintiff is to initiate the call to 973-645-3827. (nm, ) (Entered: 06/19/2009) |
| 07/01/2009 | 112 | Letter from Lisa J. Rodriguez Regarding Conference Call. (RODRIGUEZ, LISA) (Entered: 07/01/2009) |
| 07/01/2009 | 113 | Letter from Eric H. Gibbs - Joint Status Letter. (GIBBS, ERIC) (Entered: 07/01/2009) |
| 07/08/2009 | | Minute Entry for proceedings held before Magistrate Judge Michael A. Shipp: Telephone Status Conference held on 7/8/2009. (nm, ) (Entered: 07/08/2009) |
| 07/14/2009 | 114 | AMENDED SCHEDULING ORDER:Telephone Status Conference set for 9/9/2009 03:00 PM before Magistrate Judge Michael A. Shipp; etc. Signed by Magistrate Judge Michael A. Shipp on 7/14/09. (sr, ) (Entered: 07/14/2009) |
| 07/17/2009 | 115 | MOTION to Seal Document by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Local Civil Rule 7.1(d)(4) Statement in Lieu of Brief, # 2 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 07/17/2009) |
| 07/17/2009 | 116 | BRIEF *115 Pursuant to 7/14/09 Amended Scheduling Order* filed by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (Attachments: # 1 Declaration of Geoffrey A. Munroe in Support of Plaintiffs July 17, 2009 Memorandum)(RODRIGUEZ, LISA) (Entered: 07/17/2009) |
| 07/21/2009 | | Set Deadline as to 115 MOTION to Seal Document. Motion set for 8/17/2009 10:00 AM before Judge Dickinson R. Debevoise. (sr, ) (Entered: 07/21/2009) |
| 07/27/2009 | 117 | BRIEF *of Mercedes-Benz USA, LLC Regarding Class Definition and Notice Issues Pursuant to 7/14/09 Amended Scheduling Order* filed by PETER W. HERZOG, III. (Attachments: # 1 Declaration of Peter W. Herzog III, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Certificate of Service)(HERZOG, PETER) (Entered: 07/27/2009) |
| 08/07/2009 | 118 | NOTICE of Appearance by JAMES C. SHAH on behalf of NICHOLAS LONZISERO (Attachments: # 1 Certificate of Service)(SHAH, JAMES) (Entered: 08/07/2009) |
| 08/07/2009 | 119 | NOTICE of Appearance by NATALIE FINKELMAN BENNETT on behalf of NICHOLAS LONZISERO (Attachments: # 1 Certificate of Service)(BENNETT, NATALIE) (Entered: 08/07/2009) |
| 08/25/2009 | 120 | Letter from Lisa J. Rodriguez submitting [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL re 115 MOTION to Seal Document. (Attachments: # 1 Text of Proposed Order)(RODRIGUEZ, LISA) (Entered: 08/25/2009) |
| 08/27/2009 | 121 | NOTICE of Appearance by MARVIN A. MILLER on behalf of RICHARD HANKINS, ASHISH SEN, COLLEEN SEN (MILLER, MARVIN) (Entered: 08/27/2009) |
| 08/27/2009 | 122 | NOTICE of Appearance by LORI ANN FANNING on behalf of RICHARD HANKINS, ASHISH SEN, COLLEEN SEN (FANNING, LORI) (Entered: 08/27/2009) |

| 08/28/2009 | 123 | ORDER granting 115 Motion to Seal Document. Signed by Magistrate Judge Michael A. Shipp on 8/26/09. (jd, ) (Entered: 08/28/2009) |
|---|---|---|
| 08/31/2009 | | RESET Deadlines as to 115 Motion for Clarification of the Class definition. Oral argument is set for 10/5/2009 10:00 AM before Judge Dickinson R. Debevoise. (em, ) (Entered: 08/31/2009) |
| 08/31/2009 | 124 | MOTION Decertification of Class by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Motion to Decertify the Class, # 2 Memorandum in Support of Motion to Decertify the Class, # 3 Declaration of Peter W. Herzog, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Text of Proposed Order, # 7 Certificate of Service)(HERZOG, PETER) (Entered: 08/31/2009) |
| 08/31/2009 | | Set Deadlines as to 124 MOTION Decertification of Class. Motion set for 10/5/2009 before Judge Dickinson R. Debevoise. (dc, ) (Entered: 09/03/2009) |
| 09/01/2009 | 125 | Letter from Thomas R. Curtin submitting proposed Joint Scheduling Order. (Attachments: # 1 Text of Proposed Order)(CURTIN, THOMAS) (Entered: 09/01/2009) |
| 09/02/2009 | | Set/Reset Hearings: The Telephone Status Conference set for 9/9/09 has been adjourned until 10/16/2009 03:00 PM before Magistrate Judge Michael A. Shipp. Counsel for Plaintiff is to initiate the call to 973-645-3827. By 10/19/09, counsel must e-file an updated joint case status letter. Thank you. (nm, ) (Entered: 09/02/2009) |
| 09/03/2009 | 126 | SCHEDULING ORDER: Discovery due by 11/30/2009. Motions due by 3/5/2010, etc.. Signed by Magistrate Judge Michael A. Shipp on 9/2/2009. (mn, ) (Entered: 09/03/2009) |
| 09/18/2009 | 127 | BRIEF in Opposition re 124 MOTION Decertification of Class filed by CORD SHIFLET, LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR, S.B. ATLASS, JAMES M. LOOTS, NICHOLAS LINZISERO. (Attachments: # 1 Declaration Of Geoffrey A. Munroe in Support of Plaintiffs' Opposition to Motion to Decertify the Class, # 2 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 09/18/2009) |
| 09/28/2009 | 128 | REPLY BRIEF to Opposition to Motion re 124 MOTION Decertification of Class filed by MERCEDES-BENZ USA, LLC. (Attachments: # 1 Certificate of Service)(HERZOG, PETER) (Entered: 09/28/2009) |
| 10/05/2009 | 129 | Minute Entry for proceedings held before Judge Dickinson R. Debevoise: Motion Hearing held on 10/5/2009 re 124 MOTION Decertification of Class filed by MERCEDES-BENZ USA, LLC. Court reserves decision. (Court Reporter/Mollie Giordano.) (em, ) (Entered: 10/06/2009) |
| 10/09/2009 | 130 | Letter from Eric H. Gibbs regarding telephone status conference. (GIBBS, ERIC) (Entered: 10/09/2009) |
| 10/13/2009 | | Set/Reset Hearings: Per the request of counsel, the Telephone Status Conference set for 10/16/09 has been adjourned until 11/5/2009 03:00 PM before Magistrate Judge Michael A. Shipp. Counsel for plaintiff is to initiate the call to 973-645-3827. The parties are to e-file an updated joint case status letter by 10/30/09. (nm, ) (Entered: 10/13/2009) |
| 10/27/2009 | 131 | NOTICE by MERCEDES-BENZ USA, LLC re 124 MOTION Decertification of Class (Supplemental Authority in support of Motion) (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(HERZOG, PETER) (Entered: 10/27/2009) |
| 10/29/2009 | 132 | RESPONSE re 131 Notice (Other). (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 10/29/2009) |
| 10/30/2009 | 133 | Letter from Thomas R. Curtin, Esq.. (CURTIN, THOMAS) (Entered: 10/30/2009) |

| 11/03/2009 | 134 | RESPONSE re 132 Response (NOT Motion). (Attachments: # 1 Certificate of Service) (HERZOG, PETER) (Entered: 11/03/2009) |
| 11/04/2009 | | Set/Reset Hearings: Please be advised that the Telephone Status Conference set for 11/5/09 has been adjourned until 12/7/2009 03:00 PM before Magistrate Judge Michael A. Shipp. (nm, ) (Entered: 11/04/2009) |
| 11/04/2009 | 135 | RESPONSE re 134 Response (NOT Motion), 132 Response (NOT Motion). (Attachments: # 1 Certificate of Service)(RODRIGUEZ, LISA) (Entered: 11/04/2009) |
| 11/06/2009 | 136 | NOTICE by S.B. ATLASS *of Subpoena to Lichtenstein + Associates* (Attachments: # 1 Exhibit 1)(GEORGE, SCOTT) (Entered: 11/06/2009) |
| 11/06/2009 | 137 | NOTICE by S.B. ATLASS *of Subpoena to Motorola Inc.* (Attachments: # 1 Exhibit 1) (GEORGE, SCOTT) (Entered: 11/06/2009) |
| 11/06/2009 | 138 | NOTICE by S.B. ATLASS *of Subpoena to Verizon Communications Inc.* (Attachments: # 1 Exhibit 1)(GEORGE, SCOTT) (Entered: 11/06/2009) |
| 11/18/2009 | 139 | NOTICE by S.B. ATLASS *of Subpoena to Cellco Partnership (d/b/a Verizon Wireless)* (Attachments: # 1 Exhibit 1)(GEORGE, SCOTT) (Entered: 11/18/2009) |
| 11/30/2009 | 140 | TEXT ORDER: Counsel must e-file a joint case status letter by December 2, 2009. (nm, ) (Entered: 11/30/2009) |
| 12/01/2009 | 141 | Letter from Eric H. Gibbs. (GIBBS, ERIC) (Entered: 12/01/2009) |
| 12/02/2009 | | TEXT ORDER: The 12/7/09 telephone status conference has been adjourned until 1/14/10 at 11:30 a.m. Counsel must e-file a joint case status letter by 1/7/10. In addition, the Court hereby vacates the 9/2/09 scheduling order. Counsel must submit a joint proposed amended scheduling order within 10 days of the Court's rulings on the pending motions.. ORDERED by Magistrate Judge Michael A. Shipp on 12/2/09. (nm, ) (Entered: 12/02/2009) |
| 12/11/2009 | 142 | NOTICE by S.B. ATLASS *of Subpoena for Documents and Deposition* (Attachments: # 1 Exhibit Exhibit 1)(GEORGE, SCOTT) (Entered: 12/11/2009) |
| 01/04/2010 | 143 | STIPULATION of Dismissal *of the Claims of Plaintiffs Robert Stowers and Nicholas Lonzisero Without Prejudice* by LEROY BROWNING, JAMES GIOTIS, RICHARD HANKINS, JACK D KELLEY, SANDRA LEVIN, KAREN MARCUS, CRISTIAN ANDRES PELLEGRINI, Mark Russell, ASHISH SEN, COLLEEN SEN, MICHAEL LESLIE SHIM, LOIS A STOWERS, ROBERT E STOWERS, SUSAN TUTEUR. (GIBBS, ERIC) (Entered: 01/04/2010) |
| 01/05/2010 | 144 | STIPULATION/ORDER for dismissal of claims of pltfs Robert Stowers & Nicholas Lonzisero w/out prejudice. Signed by Judge Dickinson R. Debevoise on 1/5/10. (sr, ) (Entered: 01/06/2010) |
| 01/07/2010 | 145 | Letter from Thomas R. Curtin. (Attachments: # 1 Exhibit A to Joint Letter, # 2 Exhibit B to Joint Letter, # 3 Exhibit C to Joint Letter, # 4 Exhibit D to Joint Letter, # 5 Exhibit E to Joint Letter, # 6 Exhibit F to Joint Letter, # 7 Exhibit G to Joint Letter, # 8 Exhibit H to Joint Letter)(CURTIN, THOMAS) (Entered: 01/07/2010) |
| 01/08/2010 | 146 | Letter from Thomas R. Curtin re 145 Letter,. (CURTIN, THOMAS) (Entered: 01/08/2010) |
| 01/08/2010 | 147 | Letter from Thomas R. Curtin re 145 Letter,. (Attachments: # 1 Exhibit)(CURTIN, THOMAS) (Entered: 01/08/2010) |
| 01/11/2010 | 148 | Letter from Lisa J. Rodriguez Regarding January Conference Call. (RODRIGUEZ, LISA) (Entered: 01/11/2010) |
| 01/14/2010 | | Minute Entry for proceedings held before Magistrate Judge Michael A. Shipp: Telephone |

|  |  | Status Conference held on 1/14/2010. (placed on the record) (CD #digital recording.) (nm, ) (Entered: 01/14/2010) |
| 01/19/2010 | 149 | ORDER that by 1/21/10, deft must serve amended interrogatories; etc. Signed by Magistrate Judge Michael A. Shipp on 1/19/10. (sr, ) (Entered: 01/20/2010) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/27/2010 10:29:22 | | | |
| PACER Login: | sh0019 | Client Code: | MYLN 146759 hpsmith |
| Description: | Docket Report | Search Criteria: | 2:07-cv-02720-DRD-MAS Start date: 1/1/1970 End date: 1/27/2010 |
| Billable Pages: | 30 | Cost: | 2.40 |