IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  DIGITEK
       PRODUCTS LIABILITY LITIGATION

                                                  MDL NO. 1968

_____
THIS DOCUMENT RELATES TO ALL CASES
_____

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 s/Fred Thompson, III Esq._____
                                                 Fred Thompson, III, Esq.
                                                 Motley Rice, LLC
                                                 28 Bridgeside Blvd.
                                                 Mt. Pleasant, SC 29464
                                                 ***Co- Lead Counsel***