# Exhibit D

## Deposition of Jisheng Zhu
## January 27, 2010

# In Re:
*Digitek*

*Jisheng Zhu*
*January 27, 2010*
*Confidential – Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File jz012710.txt
**Min-U-Script®**

Jisheng Zhu
Confidential – Subject to Further Confidentiality Review

149

```
 1        than with respect to Digitek.  His
 2        question was a little different so
 3        I didn't object up front.  He
 4        asked you merely whether you were
 5        told at all.  I'm going to
 6        instruct you not to testify and
 7        reveal the substance of the
 8        decision other than with respect
 9        to ceasing production of Digitek
10        if you can do that.  Do you
11        understand my instruction?
12               THE WITNESS:  I understand
13        your instruction.  However, I feel
14        that the ceasing production was a
15        decision made in general.  Of
16        course, including the digoxin.
17        That's what I know.
18   BY MR. THOMPSON:
19        Q.    And why did they cease
20   production?
21               MR. ANDERTON:  Objection.  I
22        instruct the witness not to
23        answer.
24               MR. THOMPSON:  And you are
```