# Exhibit G

## Deposition of Scott Talbot
## January 25, 2010

# In Re:
*Digitek*

*Scott Talbot*

*January 25, 2010*

*Confidential – Subject to Further Confidentiality Review*

**GOLKOW TECHNOLOGIES, INC.**

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File st012510.txt
**Min-U-Script®**

1    Q.   All right.  Then I guess my question would
2  be this:  Packaging material, would you, as a site
3  head of quality, be in a position where you could
4  approve or reject packaging material?
5    A.   Yes.
6    Q.   Is it true for all of these, if I go down
7  the line, labeling drug products?
8    A.   Yes.
9    Q.   I guess my thought there is, there's no
10 separate quality for manufacturing; if there's a
11 manufacturing issue, you're still the site head for
12 that quality as well?
13   A.   Yes.
14   Q.   Like even if a machine caught on fire,
15 does that fall under your quality care and control?
16   A.   Only if it impacts product.
17   Q.   Okay.  Fair enough.
18        So there's no quality assurance -- and I'm
19 beating this to death.
20        MS. CALLSEN:  I'm picturing Scott running
21    in with a fire hose.
22 BY MR. MILLER:
23   Q.   For equipment, there's no quality
24 assurance separate and apart to the equipment that