# Exhibit I

## Deposition of Terri-Lee Nataline
## December 14, 2009

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

IN RE: DIGITEK® PRODUCTS : MDL NO.
LIABILITY LITIGATION : 1968

(This document relates to all cases.)

- - -

CONFIDENTIAL - SUBJECT TO FURTHER

CONFIDENTIALITY REVIEW

- - -

New York, New York
Monday, December 14, 2009

- - -

Videotaped Deposition of TERRI-LEE NATALINE, ESQUIRE, held at Harris Beach PLLC, 100 Wall Street, 24th Floor, on the above date, beginning at 9:34 a.m., before Kimberly A. Overwise, a Certified Realtime Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

manufacturing practices regulations that the FDA puts out, are they applicable to all the drugs that Actavis manufactures?

A Yes.

Q Are there any differences between the standards applicable to Digitek and those GMP standards applicable to the other drugs made by the company?

A No.

Q What's the purpose of GMPs?

MR. ANDERTON: Objection.

You may answer.

THE WITNESS: It's to ensure good manufacturing procedures. It's to make sure that, you know, the proper procedures are followed and the product is made in the appropriate manner.

BY MR. BLIZZARD:

Q Okay. Does it relate to safety?

MR. ANDERTON: Objection.

You may answer.

THE WITNESS: It depends -- it depends on -- potentially, yes.