IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
PRODUCTS LIABILITY LITIGATION          MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

---

AMENDED NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

---

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above entitled action will take the oral videotaped deposition of **JASMINE SHAH** on **Friday, March 26, 2010, at 9:00 a.m.** to be conducted at the New York Marriott Eastside, 525 Lexington Avenue at 49th Street, New York, NY, 10017, before a Notary Public authorized to administer oaths for the State of New York. Said deposition will continue from day to day until completed.

This deposition will be recorded by Golkow Technologies, Inc., One Liberty Place, Suite 5150, Philadelphia, Pennsylvania 19103. Notice is also given that this deposition may be recorded by videotape. Plaintiff reserves the right to use the videotaped deposition at the trial in this matter and in any other evidentiary hearing or proceeding where oral testimony may be admitted into evidence.

The deponent is not a party to this action. His attorney, John Vales, Esq., of Riker Danzig Scherer Hyland & Perretti LLP is being served with this Notice by email, per agreement of counsel.

Said deponent has been or will be served with a deposition subpoena. A **COPY OF THE SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL CASE IS ATTACHED HERETO AND SERVED HEREWITH.** A list of all parties or attorneys for parties on whom this Amended Notice of Deposition is being served is shown on the accompanying Certificate of Service.

Dated: February 23, 2010

             Respectfully submitted,

             On Behalf of the Plaintiffs' Steering Committee

             s/Fred Thompson, III Esq.
             Fred Thompson, III, Esq.
             Motley Rice, LLC
             28 Bridgeside Blvd.
             Mt. Pleasant, SC 29464
             *Co- Lead Counsel*

             Carl N. Frankovitch, Esq.
             Frankovitch, Anetakis, Colantonio & Simon
             337 Penco Road
             Weirton, WV 26062
             *Co- Lead Counsel*

             Harry F. Bell, Jr., Esq.
             The Bell Law Firm PLLC
             P. O. Box 1723
             Charleston, WV 25326
             *Co-Lead and Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>February 23, 2010</u>, I served via e-mail a true and correct copy of the foregoing Notice of Deposition of to:

Rebecca A. Betts, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Harvey L. Kaplan, Esq.
Shook Hardy and Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Matthew P. Moriarty
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Richard A. Dean, Esq.
Tucker Ellis and West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

Madeleine McDonough, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

John R. Vales, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

PLAINTIFFS' STEERING COMMITTEE

By: <u>s/FredThompson III</u>

*Plaintiffs' Co-Lead Counsel*

4

# EXHIBIT A

## EXHIBIT "A"

## SUBPOENA DUCES TECUM

Pursuant to the Rule 30(b)(2) of the Federal Rules of Civil Procedure, the witness shall bring the following documents to the deposition:

1. Curriculum vitae; and

2. All documents deponent reviewed in preparation for deposition.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| In Re: Digitek Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. MDL No. 1968 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Jasmine Shah, 8 Woodland Avenue, Caldwell, NJ 07006, served on counsel John R. Vales, Esq., Riker, Danzig Scherer Hyland & Perretti LLP, Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: New York Marriott Eastside, 525 Lexington Avenue at 49th Street, New York, NY, 10017 | Date and Time: 03/26/2010 9:00 am |
|---|---|

The deposition will be recorded by this method: Transcription and videotape

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See Exhibit "A"

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 02/23/2010

CLERK OF COURT

OR

_____          s/Fred Thompson III
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Plaintiffs**, who issues or requests this subpoena, are:
Fred Thompson III, Esq., Motley Rice LLC, PO Box 1792, Mt. Pleasant, SC 29465, fthompson@motleyrice.com (843) 216-9000.

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL No. 1968

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: