IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCTS LIABILITY LITIGATION      MDL NO. 1968
_____

**THIS ACTION RELATES TO:**

Campbell v. Actavis, 2:08-cv-01075;
Chambers v. Actavis Totowa, LLC, 2:08-cv-01175;
Konek v. Actavis, Inc., 2:08-cv-1053;
Lange v. Actavis Totowa, LLC, 2:09-cv-00448;
Wilburn v. Actavis Group hf, 2:08-cv-01017;
York v. Actavis Totowa, LLC, 2:09-cv-00544
_____

**UNOPPOSED MOTION FOR ADDITIONAL TIME FOR PLAINTIFFS TO FILE REPLY BRIEF REGARDING MOTION FOR CLASS CERTIFICATION**

    Now come Plaintiffs Lorena Ard, Dale Campbell, Alan Chambers, Peter Konek, William E. Lange, Judy Whitaker, as Executrix on behalf of the Estate of Anna Fight, and Willie Mae Wilburn, by counsel, and respectfully request a brief extension of time to file their reply brief in support of their Motion for Class Certification in the above matter. Plaintiffs request until March 8, 2010 to respond, and counsel for Defendants have indicated they have no objection.

Dated: February 26, 2010

    Respectfully submitted,

    On Behalf of Proposed Class Counsel:

    s/Fred Thompson, III Esq._____
    Fred Thompson, III, Esq.
    **Motley Rice, LLC**
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464

    *Co- Lead Counsel*

- 2 -

Carl N. Frankovitch, Esq.
**Frankovitch, Anetakis, Colantonio & Simon**
337 Penco Road
Weirton, WV 26062

*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
**The Bell Law Firm PLLC**
P. O. Box 1723
Charleston, WV 25326

*Co-Lead and Liaison Counsel*


**Wolf Popper LLP**
845 Third Avenue
New York, NY  10022
(212) 759-4600

**Morgan and Morgan, P.A.**
One Tampa City Center
7th Floor
Tampa, FL 33602
813.223.5505 (main)

**Malkinson & Halpern, P.C.**
208 S. LaSalle Street, Suite 1750
Chicago, IL 60604
(312) 427-9600 (phone)

**Hutton and Hutton Law Firm LLC**
P.O.B. 638
Wichita, KS  67201-0638
316.688.1166/686.1077 (f)

**Locks Law Firm LLC**
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
(856) 663-8200


**Proposed Class Counsel**