# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCTS LIABILITY LITIGATION        MDL NO. 1968
_____

**THIS ACTION RELATES TO:**

Campbell v. Actavis, 2:08-cv-01075;
Chambers v. Actavis Totowa, LLC, 2:08-cv-01175;
Konek v. Actavis, Inc., 2:08-cv-1053;
Lange v. Actavis Totowa, LLC, 2:09-cv-00448;
Wilburn v. Actavis Group hf, 2:08-cv-01017;
York v. Actavis Totowa, LLC, 2:09-cv-00544

_____

## ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL TIME FOR PLAINTIFFS TO FILE REPLY BRIEF REGARDING MOTION FOR CLASS CERTIFICATION

Plaintiffs Lorena Ard, Dale Campbell, Alan Chambers, Peter Konek, William E. Lange, Judy Whitaker, as Executrix on behalf of the Estate of Anna Fight, and Willie Mae Wilburn's Unopposed Motion to Extend Deadline to File Reply Briefs in Support of their Motion for Class Certification is before the Court for determination. The Court, after reviewing and considering the averments therein, GRANTS the Motion. IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Reply Brief in support of their Motion for Class Certification shall be due on or before March 8, 2010.

This _____ day of February, 2010.

                                                  _____
                                                THE HONORABLE JOSEPH R. GOODWIN
                                                UNITED STATES DISTRICT JUDGE