IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK PRODUCT LIABILITY             LITIGATION | MDL NO. 1968 |

**THIS DOCUMENT RELATES TO ALL CASES**

### UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME FOR ACTAVIS DEFENDANTS TO FILE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY

The Actavis Defendants respectfully move this Court for a one-week extension of time – until March 12, 2010 – within which to file their Brief Opposing Plaintiffs' Motion to Compel Deposition Testimony (Doc. 301).  Plaintiffs' counsel does not oppose this motion.

Respectfully submitted,

TUCKER ELLIS & WEST LLP

By: s/*Kristen L. Mayer*
  Richard A. Dean (Ohio Bar #0013165),
  CO-LEAD COUNSEL
  Matthew P. Moriarty (WV Bar # 4571;
  Ohio Bar 0028389), CO-LEAD COUNSEL
  Kristen L. Mayer (Ohio Bar #0055505)
  925 Euclid Avenue, Suite 1150
  Cleveland, Ohio  44115-1414
  Tel:    (216) 592-5000
  Fax:    (216) 592-5009
  E-mail: richard.dean@tuckerellis.com
          matthew.moriarty@tuckerellis.com
          kristen.mayer@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2010, a copy of the foregoing **Unopposed Motion for One-Week Extension of Time for Actavis Defendants to File Brief in Opposition to Plaintiffs' Motion to Compel Deposition Testimony** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        TUCKER ELLIS & WEST LLP

    By: s/*Kristen L. Mayer*
        Richard A. Dean (Ohio Bar #0013165),
        CO-LEAD COUNSEL
        Matthew P. Moriarty (WV Bar # 4571;
        Ohio Bar 0028389), CO-LEAD COUNSEL
        Kristen L. Mayer (Ohio Bar #0055505)
        925 Euclid Avenue, Suite 1150
        Cleveland, Ohio  44115-1414
        Tel:    (216) 592-5000
        Fax:   (216) 592-5009
        E-mail: richard.dean@tuckerellis.com
                matthew.moriarty@tuckerellis.com
                kristen.mayer@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

073021.000031.1117787.1