IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |

**THIS DOCUMENT RELATES TO ALL CASES**

## [PROPOSED] ORDER

Pending is the Unopposed Motion for One-Week Extension of Time for Actavis Defendants to File Brief in Opposition to Plaintiffs' Motion to Compel Deposition Testimony [Doc. ____]. The Court, after reviewing and considering the averments therein, GRANTS the Motion. IT IS HEREBY ORDERED AND ADJUDGED that the Actavis Defendants' Brief in Opposition to Plaintiffs' Motion to Compel Deposition Testimony shall be due on or before March 12, 2010.

IT IS SO ORDERED:

Date:_____

_____
Joseph R. Goodwin, Chief Judge

073021.000031.1117844.1