IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

_____

**THIS DOCUMENT RELATES TO ALL CASES**

---

## DEFENDANTS' MOTION TO WITHDRAW AND SUBSTITUTE EXHIBITS TO BRIEF OPPOSING CLASS CERTIFICATION

---

    Defendants respectfully move this Court to withdraw Exhs. G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, and V from their Brief Opposing Class Certification (Doc. 300) (filed February 19, 2010) and to substitute the attached amended Exhs. G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, and V.  This withdrawal and substitution of exhibits is unopposed and allows for the filing of

deposition excerpts, as opposed to entire deposition transcripts, and redactions to deposition excerpts and PFSs where Plaintiffs have so requested.

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | Respectfully submitted, |
| Harvey L. Kaplan, CO-LEAD COUNSEL<br>Madeleine M. McDonough, CO-LEAD COUNSEL<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108-2613<br>Tel:       (816) 559-2214<br>Fax:      (816) 421-5547<br>E-mail:  hkaplan@shb.com<br>E-mail:  mmcdonough@shb.com<br><br>*Attorneys for Mylan, Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.* | TUCKER ELLIS & WEST LLP<br><br>By: s/*Kristen L. Mayer*<br>       Richard A. Dean (Ohio Bar #0013165), CO-LEAD COUNSEL<br>       Matthew P. Moriarty (WV Bar # 4571; Ohio Bar 0028389), CO-LEAD COUNSEL<br>       Kristen L. Mayer (Ohio Bar #0055505)<br>       925 Euclid Avenue, Suite 1150<br>       Cleveland, Oh  44115-1414<br>       Tel:       (216) 592-5000<br>       Fax:      (216) 592-5009<br>       E-mail: richard.dean@tuckerellis.com<br>                  matthew.moriarty@tuckerellis.com<br>                  kristen.mayer@tuckerellis.com<br><br>*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |
| ALLEN GUTHRIE & THOMAS, PLLC<br><br>Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia 25301<br>Tel:       (304) 345-7250<br>Fax:      (304) 345-9941<br>E-mail:  rabetts@agmtlaw.com<br><br>*Attorney for Defendants* | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010, a copy of the foregoing **Defendants' Motion to Withdraw and Substitute Exhibits to Brief Opposing Class Certification** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 559-2214
Fax: (816) 421-5547
E-mail: hkaplan@shb.com
E-mail: mmcdonough@shb.com

*Attorneys for Mylan, Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

ALLEN GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel: (304) 345-7250
Fax: (304) 345-9941
E-mail: rabetts@agmtlaw.com

*Attorney for Defendants*

TUCKER ELLIS & WEST LLP

By: s/*Kristen L. Mayer*
Richard A. Dean (Ohio Bar #0013165), CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571; Ohio Bar 0028389), CO-LEAD COUNSEL
Kristen L. Mayer (Ohio Bar #0055505)
925 Euclid Avenue, Suite 1150
Cleveland, Oh 44115-1414
Tel: (216) 592-5000
Fax: (216) 592-5009
E-mail: richard.dean@tuckerellis.com
matthew.moriarty@tuckerellis.com
kristen.mayer@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

073021.000031.1117835.1