IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |

**THIS DOCUMENT RELATES TO ALL CASES**

### [PROPOSED] ORDER

Pending is the Defendants' Motion to Withdraw and Substitute Exhibits to Brief Opposing Class Certification [Doc. ____].  The Court, after reviewing and considering the averments therein, GRANTS the Motion.

IT IS SO ORDERED:

Date:_____    _____
                                       Joseph R. Goodwin, Chief Judge

073021.000031.1117842.1