IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending is the Defendants' Motion to Withdraw and Substitute Exhibits to Brief Opposing Class Certification [Doc. 311]. The Court, after reviewing and considering the averments therein, GRANTS the Motion.

IT IS SO ORDERED:

Date: March 8, 2010

Joseph R. Goodwin, Chief Judge

073021.000031.1117842.1