IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
PRODUCTS LIABILITY LITIGATION          MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

---

### NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

---

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above entitled action will take the oral videotaped deposition of **ASHOK NIGALAYE** on **Wednesday, March 31, 2010, at 9:00 a.m.** to be conducted at the offices of Harris Beach PLLC, 100 Wall Street, New York, NY, 10005, before a Notary Public authorized to administer oaths for the State of New York. Said deposition will continue from day to day until completed.

This deposition will be recorded by Golkow Technologies, Inc., One Liberty Place, Suite 5150, Philadelphia, Pennsylvania 19103. Notice is also given that this deposition may be recorded by videotape. Plaintiff reserves the right to use the videotaped deposition at the trial in this matter and in any other evidentiary hearing or proceeding where oral testimony may be admitted into evidence.

The deponent is not a party to this action. So far as known to the deposing party, the deponent's current address is as follows:

Ashok Nigalaye
77 Pointview Parkway
Wayne, NJ 07470

Said deponent has been or will be served with a deposition subpoena. **A COPY OF THE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION CASE IS ATTACHED HERETO AND SERVED HEREWITH.** A list of all parties or attorneys for parties on whom this Amended Notice of Deposition is being served is shown on the accompanying Certificate of Service.

Dated: March 8, 2010

    Respectfully submitted,

    On Behalf of the Plaintiffs' Steering Committee

    s/Fred Thompson, III Esq.
    Fred Thompson, III, Esq.
    Motley Rice, LLC
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464
    *Co- Lead Counsel*

    Carl N. Frankovitch, Esq.
    Frankovitch, Anetakis, Colantonio & Simon
    337 Penco Road
    Weirton, WV 26062
    *Co- Lead Counsel*

    Harry F. Bell, Jr., Esq.
    The Bell Law Firm PLLC
    P. O. Box 1723
    Charleston, WV 25326
    *Co-Lead and Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, the above notice was filed electronically and emailed to counsel as listed below. Deponent is being served by process server.

Rebecca A. Betts, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Harvey L. Kaplan, Esq.
Shook Hardy and Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Matthew P. Moriarty
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Richard A. Dean, Esq.
Tucker Ellis and West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

Madeleine McDonough, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

                                              s/Fred Thompson, III Esq.
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*
*Plaintiffs' Steering Committee*

# EXHIBIT A

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| In Re: Digitek Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL No. 1968 |
|  | ) | |
|  | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Ashok Nigalaye, 77 Pointview Parkway, Wayne, NJ 07470.

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Harris Beach, PLLC, 100 Wall Street, New York, NY 10005 | Date and Time: 03/31/2010 9:00 am |
|---|---|

The deposition will be recorded by this method:   Transcription and videotape

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
    See Exhibit "A"

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   03/08/2010

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Plaintiffs
_____ , who issues or requests this subpoena, are:
Fred Thompson III, Esq., Meghan Johnson Carter, Esq., Motley Rice LLC, PO Box 1792, Mt. Pleasant, SC 29465, fthompson@motleyrice.com (843) 216-9000.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL No. 1968

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

  ❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

  ❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                _____
                     *Server's signature*

                _____
                     *Printed name and title*

                _____
                     *Server's address*

Additional information regarding attempted service, etc:

## EXHIBIT "A"

## SUBPOENA DUCES TECUM

Pursuant to the Rule 30(b)(2) of the Federal Rules of Civil Procedure, the witness shall bring the following documents to the deposition:

1. Curriculum vitae; and

2. All documents deponent reviewed in preparation for deposition.