# Exhibit A

Product Portfolio Management
Direct Dial: ▓▓▓▓▓
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505

----- Forwarded by Jill ▓▓▓▓▓ MYLAN on 04/30/2008 02:16 PM -----

"Barber, Albert 110 ▓▓▓▓▓
04/30/2008 01:39 PM

To
▓▓▓▓▓@mylan.com
cc

Subject
RE: FW: Dig recall

Thanks Jill - however, this press release does not specify that this is a patient-level recall. However, given that we have found these double-thickness products in one of our facilities tells me that we should be returning and replacing with our pharmacy providers. Evidently, Pharmerica is still today refusing to replace in certain areas. I plan to call each of my pharmacies today to verify their process. Any more info that you can give me would be appreciated. I call the Stericycle 800 number yesterday and the person I spoke to was not very informed.

From ▓▓▓▓▓@mylan.com [mailto:▓▓▓▓▓@mylan.com] Sent: Wednesday, April 30, 2008 12:51 PM To: Barber, Albert 110 [▓▓▓▓▓] Subject: Re: FW: Dig recall
http://www.fda.gov/oc/po/firmrecalls/actavis04_08.html
Al, this press release was issued to all Mylan customers in conjunction with the FDA. Our customers were instructed to notify their customers. Unsure what PharMerica's processes were for notifying their customers. Perhaps the people at PharMerica who monitor email alerts from the FDA on drug recalls could explain their protocols. Hope this helps.
Jill -------------------------------------------------
▓▓▓▓▓, RPh, CGP, FASCP
Senior Project Manager, Market Research
Product Portfolio Management
Direct Dial: ▓▓▓▓▓
Fax: ▓▓▓▓▓
Email: ▓▓▓▓▓@mylanlabs.com
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505
"Barber, Albert 110 [▓▓▓▓▓" <▓▓▓▓▓>
04/30/2008 11:01 AM

Confidential Subject to Protective Order
MYLN 000932682

To
███████@mylanlabs.com
cc

Subject
FW: Dig recall

Jill - see note below from one of our facilities in Massachusetts served by PharMerica in Brocton. Please make sure the pharmacies are aware that this is a patient-level recall. I am not sure that all LTC pharmacies are aware of this. As of late yesterday, PharMerica was telling us that this was pharmacy-level recall only. thanks

From: ███████ [BH04575] Sent: Wednesday, April 30, 2008 10:48 AM To: Ashcom, Jeannine ███████; Balleza, Sharon 9███████; Begley, Lorene ███████; Brackett, Patricia 49 ███████; Derleth, Kathleen ███████; Farrell, Lynne 13 ███████, Fidler, Stephanie ███████ Hall, Laurie 72 [███████]; Huffman, Angela ███████; Kabba, Zainabu 3 ███████; Kenzakoski, Kimberly 30 ███████ Kingsley, Sandra ███████, Kovski, Theresa [███████ Kreider, Cindy ███████; Kupchinsky, Rosemarie 6 ███████, Lowery, Karen; Metrick, Cheryl 89 ███████ Morais, AnnMarie 41 ███████, Nelson, Carolyn ███████; Obert, Dolores 4 ███████; Pierre-Louis, Soledad 11 ███████, Raymer, Myra ███████; Rich, Dena 56 ███████, Sefcik, Sherrye 135 ███████; Sperrazza, Pauline ███████ Sullivan, Melissa 4 ███████ Sumner, Karen [███████]; Talley, Debbie ███████ Torres, Susan 68 ███████; Wade, Katherine ███████, Ward, Debra 65 ███████
Cc: Barber, Albert 110 ███████ Coggins, Mark 43 ███████ Meyer, Alfred 971 ███████, Russell, Amy 12 ███████; Warnock, Robert
Subject:   Dig recall

Please be advised that Lynne Farrell, CSC reports finding a card of digoxin with one double thickness tablet at GL-Gloucester. The card had 4 tablets remaining - one of which she reported was obviously of double thickness. The facility is serviced by the PharMerica in Brockton. The facility is following the steps outlined in the guidance document released yesterday, is monitoring the resident and will notify the pharmacy. Lynne brought this to my attention as it was reported to some facilities yesterday by pharmacy consultants that their supplies were not affected by this recall ... Fortunately, the facility knew otherwise.
FYI ...
Jen
███████ FASCP Director of Pharmacy Services Golden Living Clinical Services cell ███████
fax ███████

CONFIDENTIAL NOTICE:
This e-mail message and any attachment(s) (collectively, this "Email") are intended only for the confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient named above or an agent responsible for delivering it to the intended recipient named above or if you have received this Email in error, please notify the sender immediately and permanently delete this Email and any copies thereof.
Please consider the environment before printing this e-mail.
CONFIDENTIAL NOTICE:
This e-mail message and any attachment(s) (collectively, this 'Email') are intended