**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**
**IN RE DIGITEK®**
      **PRODUCTS LIABILITY LITIGATION**          **MDL NO. 1968**


**THIS DOCUMENT RELATES TO ALL CASES**


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2010, I electronically filed the foregoing "Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Class Certification." and supporting exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


I hereby certify that on March 8, 2010, I served via e-mail a true and correct copy of the foregoing documents to:

Rebecca A. Betts, Esquire, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P. O. Box 3394
Charleston, WV  25333-3394

Matthew P. Moriarty, Esquire
Richard Dean, Esquire
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Madeleine McDonough, Esquire
Harvey L. Kaplan, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108


                                            <u>*S/Fred Thompson*</u>
                                            Fred Thompson