**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: DIGITEK
          PRODUCTS LIABILITY LITIGATION

                                                    MDL NO.  1968

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #56**
(Status Conference)

It is hereby **ORDERED** that the next status conference is scheduled for **Wednesday,**

**April 7, 2010 at 9:00 a.m.** in Judge Goodwin's chambers.

Any attorney representing any party, or any unrepresented party, may attend the status

conference but only Liaison and Lead Counsel, or such other counsel as the court may permit,

may actively participate in the status conference. Necessary information for those wishing to

participate via teleconference will be provided by Lead Counsel.

Lead Counsel for the parties shall confer and submit any proposed agenda items for the

conference directly to the court via fax or to WVSDml_Digitek_Chambers@wvsd.uscourts.gov

no later than April 5, 2010.

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall

apply to each member Digitek-related case previously transferred to, removed to, or filed in the

is district, which includes counsel in all member cases up to and including civil action number 2-

10 -cv-00284.  In cases subsequently filed in this district, a copy of the most recent pretrial order

will be provided by the Clerk to counsel appearing in each new action at the time of filing of the

complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent

pretrial order will be provided by the Clerk to counsel appearing in each new action upon

removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court.  The orders may be accessed through the CM/ECF system

or the court's website at www.wvsd.uscourts.gov.

ENTER: March 10, 2010

Joseph R. Goodwin, Chief Judge