IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## PANEL SERVICE LIST (CTO-28)

Vicki Ridgway Barton
GAGLIARDI LAW LLP
24414 75th Street
Salem, WI 53168-9703

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Gloria Broadie
3330 Carnes
Memphis, TN 38111

Robert J. Carter
ROBERT J CARTER PLC
P.O. Box 27
Greensburg, LA 70441

Sheri A. Fox
BAKER DONELSON BEARMAN CALDWELL
 & BERKOWITZ
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

James B. Irwin, V
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Ahndrea R. Van Den Elzen
PETERSON JOHNSON & MURRAY SC
733 N. Van Buren Street
Milwaukee, WI 53202

Michael M. Weinkowitz
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106