**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION** MDL No. 1968

**INVOLVED JUDGES LIST (CTO-28)**

Hon. Stanley R. Chesler
U.S. District Judge
417 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Jon P. McCalla
Chief Judge, U.S. District Court
907 Clifford Davis Federal Building
167 Federal Building
Memphis, TN 38103

Hon. Rudolph T. Randa
U.S. District Judge
310 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202