IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

CIVIL TRIAL DIVISION

| | | |
|---|---|---|
| In re Digitek | : | MARCH TERM, 2009 |
| | : | No. 5166 |
| | : | |
| | : | control number 09072709 |

ORDER

AND NOW, this 16th day of December 2009, upon consideration of Plaintiffs' Motion to Compel Deposition Testimony of Actavis Employees Regarding Quality Assurance and Quality Compliance Issues of Products Other Than Digitek, and the response of Defendants Actavis Inc., Actavis Totowa LLC, and Actavis Elizabeth LLC, it is hereby ORDERED said Motion is DENIED except as to Little Falls product batches the production of which immediately preceded the production of Digitek batches on any of the same equipment. In so ruling, this Court adopts the reasoning of the Hon. Mary E. Stanley, U.S. Magistrate Judge, as set forth in Pretrial Order #27 of In re Digitek Products Liability Litigation, MDL No. 1968 (July 1, 2009).

BY THE COURT:

Sandra Mazer Moss, J.
Coordinating Judge
Complex Litigation Center

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

DEC 1 6 2009

FIRST JUDICIAL DISTRICT OF PA
USER I.D.:_____

**EXHIBIT A**