Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

- - -

IN RE:  DIGITEK® PRODUCTS :  MDL NO.
LIABILITY LITIGATION      :  1968


(This document relates to all cases.)

- - -

CONFIDENTIAL - SUBJECT TO FURTHER

CONFIDENTIALITY REVIEW

- - -

New York, New York
Tuesday, December 15, 2009

- - -


Videotaped Deposition of SWAPAN

ROYCHOWDHURY, held at Harris Beach PLLC, 100

Wall Street, 24th Floor, on the above date,

beginning at 9:44 a.m., before Kimberly A.

Overwise, a Certified Realtime Reporter and

Notary Public.

- - -


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

**EXHIBIT C-2**

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

2

1     APPEARANCES:

2

3          MOTLEY RICE, LLC
           BY:   FRED THOMPSON III, ESQ.
4                MEGHAN JOHNSON CARTER, ESQ.
           28 Bridgeside Boulevard
5          Mt. Pleasant, SC  29464
           843-216-9118
6          fthompson@motleyrice.com
           mjohnson@motleyrice.com
7          Counsel for MDL Plaintiffs' Steering
           Committee

8

9          THE MILLER FIRM LLC
           BY:   PETER A. MILLER, ESQ.
10         The Sherman Building
           108 Railroad Avenue
11         Orange, VA  22960
           540-672-4224
12         pmiller@doctoratlaw.com
           Counsel for Pennsylvania Plaintiffs
13

14
           BLIZZARD, McCARTHY & NABERS, LLP
15         BY:   SOFIA BRUERA, ESQ.
           Lyric Centre Building
16         440 Louisiana, Suite 1710
           Houston, TX  77002-1689
17         713-844-3750
           sbruera@blizzardlaw.com
18         Counsel for Plaintiffs

19

20         SANFORD BARLOW, LLP
           BY:   SHELLY A. SANFORD, ESQ.
21         1500 McGowen, Suite 250
           Houston, TX  77004
22         877-441-6677
           ssanford@sanfordbarlow.com
23         Counsel for Plaintiffs and Plaintiffs'
           Steering Committee

24

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

3

1     APPEARANCES:   (Continued)

2

3          TUCKER ELLIS & WEST LLP
           BY:   MICHAEL ANDERTON, ESQ.
4                JOHN A. SIMON, ESQ.
           1150 Huntington Building
5          925 Euclid Avenue
           Cleveland, OH  44115-1414
6          216-696-2276
           michael.anderton@tuckerellis.com
7          john.simon@tuckerellis.com
           Counsel for Actavis Defendants

8

9          SHOOK, HARDY & BACON, LLP
           BY:   HUNTER K. AHERN, ESQ.
10         JPMorgan Chase Tower
           600 Travis Street, Suite 1600
11         Houston, TX  77002-2992
           713-227-8008
12         hahern@shb.com
           Counsel for Mylan Defendants

13

14
           ALLEN GUTHRIE & THOMAS, PLLC
15         BY:   ZACKARY B. MAZEY, ESQ.
           500 Lee Street, East, Suite 800
16         Charleston, WV  25301
           304-720-4226
17         zbmazey@agmtlaw.com
           Counsel for West Virginia Actavis
18         Defendants

19

20
     ALSO PRESENT:
21
     Catherine Smalfus, videographer
22   Golkow Technologies, Inc.

23

24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

27

1    all testing of all finished product; is that

2    correct?

3        A    That's correct.

4        Q    You were also responsible for the

5    training of analysts during that time period,

6    sir?

7        A    That's correct.

8        Q    And you were responsible for the

9    evaluation of data and the assurance that all

10   instruments were qualified?

11       A    That's correct.

12       Q    Calibrated?

13       A    That's correct.

14       Q    And maintained?

15       A    That's correct.

16       Q    That's quite a responsibility, is it

17   not, sir?

18       A    That's correct.

19       Q    What did you do to ensure in that

20   time frame that all raw materials and finished

21   product were tested appropriately?

22            MR. ANDERTON:  Objection.

23            You may answer.

24            THE WITNESS:  We have all the

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

28

1    procedures for all these raw materials

2    how to test, all the finished product,

3    all in-process material; and the chemists

4    were trained, and they followed the

5    procedures and tested the product

6    accordingly.

7    BY MS. SANFORD:

8        Q    Sir, how many employees did you have

9    in the time period from April of 2007 when you

10   began at Actavis up to May of 2008?

11       A    I was managing a group of about 50

12   people.

13       Q    Okay.  And in what departments were

14   those people?

15       A    Quality control laboratory.

16       Q    And where were they located, sir?

17       A    In Little Falls --

18       Q    And you were --

19       A    -- till December of 2008.

20       Q    So you had approximately 50 people

21   at the Little Falls facility in the time

22   period between January -- April 2007 and

23   December 2008 that were under your direct

24   control?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

49

```
 1          A    I have --

 2                    MR. ANDERTON:  Objection.

 3                    Wait for me to determine

 4      whether I need to object to the question,

 5      please.

 6   BY MS. SANFORD:

 7          Q    Sir, and production was behind as

 8      well in that time period, was it not?

 9                    MR. ANDERTON:  Objection.

10                    THE WITNESS:  I have no idea.

11   BY MS. SANFORD:

12          Q    You have no idea?

13          A    I don't know.

14          Q    Okay.  You never saw the documents

15      that showed whether something was in a back

16      order or backlog situation at all?

17                    MR. ANDERTON:  Objection.

18                    You may answer.

19                    THE WITNESS:  I don't remember.

20   BY MS. SANFORD:

21          Q    You were never asked to rush through

22      the quality control so they could get products

23      out the door?

24                    MR. ANDERTON:  Objection.
```

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

50

1                        You may answer.
2                        THE WITNESS:  Yeah, we have
3            requests.  And we properly test and
4            review the documents and appropriately
5            release the product.
6      BY MS. SANFORD:
7            Q     So, sir, you understand there's
8      always a tension to try and get the product
9      out the door as quick as possible; isn't that
10     true, sir?
11                       MR. ANDERTON:  Objection.
12                       You may answer.
13                       THE WITNESS:  I never felt any
14           inappropriate pressure to release the
15           product out the door.
16     BY MS. SANFORD:
17           Q     Whether or not it's inappropriate,
18     sir, you felt some pressure to get the product
19     out the door; isn't that true?
20                       MR. ANDERTON:  Objection.
21                       You may answer.
22                       THE WITNESS:  We have a request
23           if we can test the product in time.
24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

51

1    BY MS. SANFORD:

2        Q    And that's pretty common in your

3    industry, is it not, sir?

4        A    That's expected.

5        Q    And, in fact, there was a backlog on

6    requests for production of the drugs that were

7    being manufactured; is that not true, sir?

8                MR. ANDERTON:  Objection; asked

9        and answered.

10                THE WITNESS:  I don't know any

11        backlog about production situation.

12    BY MS. SANFORD:

13        Q    So as part of the senior -- being a

14    senior official at Actavis in that time frame,

15    you were never told about backlogs or

16    backorders on documents --

17                MR. ANDERTON:  Objection.

18    BY MS. SANFORD:

19        Q    -- on drugs?  I'm sorry.

20                MR. ANDERTON:  I'm sorry.

21                Objection; asked and answered.

22                THE WITNESS:  I don't remember.

23    BY MS. SANFORD:

24        Q    You can't remember whether you were

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

52

1    told, or you don't remember if you were ever

2    told?

3         A    I don't remember I was ever told

4    that we have backlog.

5         Q    But you knew there were backlogs,

6    did you not, sir?

7              MR. ANDERTON:  Objection; asked

8         and answered.

9              THE WITNESS:  I don't know.

10   BY MS. SANFORD:

11        Q    If there are documents in your file

12   that show there were backlogs that were

13   maintained in your personal file, would you

14   agree that you at least saw them at some point

15   in time?

16             MR. ANDERTON:  Objection.  Are

17        you asking him about a document or --

18             MS. SANFORD:  No.  I'm asking

19        him the question I asked.

20             MR. ANDERTON:  Okay.

21             THE WITNESS:  I have to see the

22        document.

23   BY MS. SANFORD:

24        Q    So if it's part of your file, then

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

72

1          Q     And he made no comment to you about

2     how or why he left the company?

3                     MR. ANDERTON:  Objection; asked

4          and answered.

5                     THE WITNESS:  I didn't have any

6          other discussion with him.

7     BY MS. SANFORD:

8          Q     As far as Ms. Lambridis is

9     concerned, sir, someone else testified that

10    Ms. Lambridis left so her name would not be on

11    the consent decree.  Do you have any reason to

12    dispute that?

13                    MR. ANDERTON:  Objection.

14                    You may answer.

15                    THE WITNESS:  I don't know.

16    BY MS. SANFORD:

17         Q     You know what the consent decree is,

18    sir?

19         A     Yes.

20         Q     Can you explain to the jury what

21    that is?

22                    MR. ANDERTON:  Objection.

23                    THE WITNESS:  That's a legal

24         document between Actavis, the party, and

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

73

1       USFDA and the procedures and actions they

2       will take to remedy it, the situation.

3   BY MS. SANFORD:

4       Q     And the situation was what, sir, to

5   your understanding?

6                   MR. ANDERTON:  Objection.

7                   You may answer.

8                   THE WITNESS:  Situation that

9       was discussed between both the parties.

10  BY MS. SANFORD:

11      Q     Okay.  Can you describe that more

12  specifically?  What was it about?

13                  MR. ANDERTON:  Objection.

14                  You may answer.

15                  THE WITNESS:  To improve

16      certain procedures, practices, and how to

17      go about others and the time frame.

18  BY MS. SANFORD:

19      Q     And improving, sir, improving

20  certain procedures and practices of the

21  company in the time frame in which that had to

22  be done involved your department, did it not?

23      A     Repeat that again.

24      Q     Improvement in certain procedures

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

74

1    involved your department directly, did it not,

2    sir?

3         A    It involves the entire company.

4         Q    But the need for improvement in

5    certain areas and procedures that you just

6    described specifically involved your

7    department, did it not, sir?

8         A    When we need to improve on -- I

9    mean, there is always an opportunity to

10    improve on the procedure.  And if it falls in

11    our department, we improve those procedures.

12         Q    And I'm asking a little bit of a

13    different question, sir.  I'm saying that, in

14    fact, it did involve your department, the need

15    to have improvements in certain procedures; is

16    that correct?

17              MR. ANDERTON:  Are you talking

18         about the analytical services department

19         when you say "your department"?

20    BY MS. SANFORD:

21         Q    Sir, do you understand my question?

22         A    Could you rephrase that, please?

23    Does it involve analytical service?

24              MS. SANFORD:  If you have an

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

76

1      analytical services; is that what you're

2      trying to do?

3          A      From April of 2008, I was in

4      analytical service.

5          Q      From April of 2008?

6          A      '8.

7          Q      You understand the consent decree,

8      sir, dealt with conduct of the company all

9      through 2007 as well; correct?

10         A      That's -- okay.

11         Q      Do you know that, sir?

12         A      Yes.

13         Q      And the need for improvement in

14     certain procedures dealt with the department

15     that you were director of, sir, in that time

16     frame; is that correct?

17         A      That's right.

18         Q      And specifically in the area of

19     quality control, there were numerous failures

20     that were cited in that department, sir; isn't

21     that correct?

22                    MR. ANDERTON:  Objection.

23                    You may answer.

24                    THE WITNESS:  Could you be more

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

77

1          specific about that failure that you're

2          talking about?

3     BY MS. SANFORD:

4          Q      What time period I'm talking about?

5          A      The failure you're talking about.

6          Q      Well, I'm asking you, sir, if you

7     know that there were failures addressed in the

8     area of quality control that were the subject

9     of the consent decree.

10               MR. ANDERTON:  Objection.

11               You may answer.

12               THE WITNESS:  Well, unless you

13         show me some failures, I really don't

14         remember.

15    BY MS. SANFORD:

16         Q      Well, it's not your testimony, sir,

17    that the quality control department was

18    perfect in that time frame, is it?

19               MR. ANDERTON:  Objection.

20               THE WITNESS:  Well, nobody --

21               MR. ANDERTON:  You may answer.

22               THE WITNESS:  Nobody claimed

23    they are perfect.  We always want to

24    improve because it's a changing

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

78

1      environment.  Pharmaceutical industry is
2      a changing environment.
3   BY MS. SANFORD:
4        Q    And, sir -- I'm sorry.  Are you
5   finished?
6        A    Yeah.
7        Q    I don't mean to step on you with
8   your answers.  But, sir, the consent decree,
9   you will admit, shut your company down?
10            MR. ANDERTON:  Objection.
11   BY MS. SANFORD:
12        Q    Correct?
13            MR. ANDERTON:  You may answer.
14            THE WITNESS:  Consent decree is
15        not to shut you down.  It's a legal
16        binding between both the parties how to
17        rectify the procedures and what time
18        frame, and all the procedures are in
19        detail in that document.
20   BY MS. SANFORD:
21        Q    Well, I'm not talking about a
22   theoretical consent decree.  I'm talking about
23   the actual consent decree that was signed
24   between Actavis and the Department of Justice

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

96

1     management meetings with FDA that occurred?

2           A     No.

3           Q     Were you invited to any of those

4     meetings?

5           A     No.

6           Q     Were you told about the results of

7     any of those meetings?

8           A     To FDA?

9           Q     Yes.  Senior management meeting with

10    the FDA --

11          A     No.

12          Q     -- did anybody tell you about those

13    meetings, about what happened in them --

14          A     No.

15          Q     -- or what was decided?

16          A     No.

17          Q     Your input was not requested at all?

18          A     No.

19          Q     What was -- do you remember any of

20    the questions that were asked by the FDA

21    officials when they came to investigate --

22                    MR. ANDERTON:   Objection.

23    BY MS. SANFORD:

24          Q     -- in 2008?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

97

1                    MR. ANDERTON:  Objection.  I'm

2          going to instruct you to answer only with

3          respect to Digitek.

4                    THE WITNESS:  Can you rephrase

5          your question?

6     BY MS. SANFORD:

7          Q     Do you remember any of the questions

8     that were asked of you when the FDA came to

9     visit in 2008?

10                   MR. ANDERTON:  And I'm going to

11         again instruct you to limit your answer

12         to Digitek, please.

13                   THE WITNESS:  No.  FDA didn't

14         ask me any question regarding Digitek.

15    BY MS. SANFORD:

16         Q     Did they ask you questions regarding

17    other drugs?

18                   MR. ANDERTON:  Objection.

19                   Wait.

20                   You may answer.  But in

21         answering, again, I instruct you not to

22         give any substantive response other

23         than -- so don't identify the drugs.  You

24         may answer her question generally.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

98

1              THE WITNESS:  FDA had some
2        specific clarification they need on
3        certain issues, and I explained those
4        issues.
5                 MS. SANFORD:  Can you read back
6        my question.
7                 (The court reporter read the
8        record as follows:
9                 "QUESTION:  Did they ask you
10       questions regarding other drugs?")
11  BY MS. SANFORD:
12       Q     Can you answer that question, sir?
13       A     Yes.
14       Q     The answer is yes?
15       A     Other drugs, yes.
16       Q     And it's your position that there
17  were no questions asked of you, at least, in
18  that time frame about Digitek at all?
19       A     I didn't respond anything to FDA
20  regarding Digitek.
21       Q     Were you asked any questions by the
22  FDA regarding Digitek?
23       A     No.
24       Q     Did you provide any documents to the

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

99

1    FDA to review regarding Digitek?

2         A    I have provided all my laboratory

3    investigation to our quality group; and they,

4    in turn, provided all this to FDA.  So I don't

5    know what is involved in that.

6         Q    In regard to the other drugs, sir,

7    without naming the drugs, was it related to

8    out-of-specification documents that they asked

9    you questions?

10                    MR. ANDERTON:  Objection.

11                    Give me a second.

12                    You may answer.

13                    THE WITNESS:  Could you

14        rephrase your question?

15    BY MS. SANFORD:

16         Q    In regard to the other drugs, sir,

17    was it regard to out-of-specification

18    documents that you were asked questions by the

19    FDA?

20                    MR. ANDERTON:  Objection.

21                    You may answer.

22                    THE WITNESS:  They have

23        specific question regarding one of my

24        investigation, and I explained the

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

100

1      investigation outcome.

2  BY MS. SANFORD:

3      Q      And did that -- did those specific
4  questions relate to the drug being out of
5  specification?

6                    MR. ANDERTON:  Objection.

7                    You may answer.

8                    THE WITNESS:  "Investigation"
9      not necessarily mean out of
10     specification.  "Investigation" means we
11     do investigation if we observe some
12     aberrant data, out of specs, number of
13     issues.  So without knowing the specific,
14     I cannot answer that.

15  BY MS. SANFORD:

16     Q      You can't remember, as you sit here
17  today, whether it involved the drug being out
18  of specification?  And by "it," I mean the
19  questions of the FDA.

20     A      I don't understand your question.

21     Q      The FDA asked you about a specific
22  investigation.  You just said that; is that
23  correct?

24     A      (Witness shakes head.)

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

101

1   Q Okay. Did that investigation

2 involve the drug being out of specification?

3     MR. ANDERTON: Objection.

4     You may answer.

5     THE WITNESS: I don't recall

6   whether it's a specific

7   out-of-specification issue.

8 BY MS. SANFORD:

9   Q You just can't remember as you sit

10 here today?

11   A I don't remember.

12   Q Was it only one time that you were

13 asked questions by someone from the FDA?

14   A Twice I appeared in front of FDA.

15   Q And when you twice appeared in front

16 of the FDA, you just -- did you go into a

17 meeting? How did that happen? Did you go to

18 a meeting room, or did they come to you? Just

19 tell me the specifics.

20   A They were in one conference room.

21 They have -- they had at that time my

22 investigation, and they had a specific

23 question. And I went there and explained the

24 situation, my findings.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

113

1          A      Yeah.

2          Q      Paragraph 11 begins by saying:

3    "FDA's five inspections of Actavis Totowa's

4    facilities over the last three years have

5    revealed numerous and recurring violations of

6    the current Good Manufacturing Practice (CGMP)

7    requirements for drugs in violation of the

8    FDCA."

9                Sir, the FDCA is the Federal Drug --

10   Food, Drug, and Cosmetic Act; is that correct?

11                    MR. ANDERTON:  Objection.

12                    THE WITNESS:  That's right.

13   BY MS. SANFORD:

14        Q      And you know that sentence to be

15   true, sir?

16                    MR. ANDERTON:  Objection.

17                    You may answer.

18                    THE WITNESS:  I am not aware of

19        our other four inspections, so I really

20        can't say.

21   BY MS. SANFORD:

22        Q      As to the inspection you are aware

23   of, you know that to be true?

24                    MR. ANDERTON:  Objection.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

114

1             You may answer if you know.

2                  THE WITNESS:  I am not aware of

3         other four inspections' outcome of FDA.

4    BY MS. SANFORD:

5        Q    I'm asking you about the one

6    inspection that you are aware of, sir.  As to

7    that one inspection, you know this sentence to

8    be true?

9                  MR. ANDERTON:  Objection.

10                 THE WITNESS:  I would not

11        characterize that.  Without knowing the

12        other four inspections' outcome, I cannot

13        answer that question.

14   BY MS. SANFORD:

15       Q    As to the one inspection, sir, that

16   you are aware of at the Totowa facility, and

17   that was in two thousand -- actually, you're

18   aware of two in 2007 and 2008; correct?

19       A    2007 and 2008.

20       Q    As to those inspections, sir, is it

21   not true that they revealed numerous and

22   recurring violations of the current good

23   manufacturing practice requirements for drugs

24   in violation of the FDCA?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

115

1                    MR. ANDERTON:  Objection; asked

2         and answered.

3                    You may answer.

4                    THE WITNESS:  In 2007, FDA's

5         483, I haven't seen that 483.  Also in

6         2008, I haven't seen the entire 483.

7    BY MS. SANFORD:

8         Q    So you've never investigated whether

9    that sentence is true as to your portion of

10   the facility, sir?

11                   MR. ANDERTON:  Objection.

12                   You may answer.

13                   THE WITNESS:  I haven't seen

14        those 483s, so I really can't make those

15        comments.

16   BY MS. SANFORD:

17        Q    Have you asked for those 483s?

18        A    No.

19        Q    And by "483," can you tell the jury

20   what you mean, sir?

21        A    483 involves observation by FDA

22   inspector.  At the time she feel it should be

23   done differently.

24        Q    You'll at least agree with me, sir,

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

119

1          so I really cannot comment on this.

2     BY MS. SANFORD:

3          Q     Certainly you would not want to be

4     in violation of current good manufacturing

5     practices, would you, sir?

6                    MR. ANDERTON:   Objection.

7                    You may answer.

8                    THE WITNESS:   Could you

9          rephrase your question again?

10    BY MS. SANFORD:

11         Q     You wouldn't want to be in violation

12    of current good manufacturing practices, would

13    you, sir?

14         A     That's true.

15         Q     And if we look at Page 6, sir,

16    continuing with Paragraph 11, I'll ask you to

17    read starting with the word "FDA issued."   Can

18    you just read that sentence, sir?

19                    Out loud.   I'm sorry.

20         A     FDA issues warning letters to

21    Actavis Totowa in 2006 and 2007.   Most

22    recently, from March 18 through May 20, 2008,

23    FDA inspected Actavis Totowa's new Riverview

24    Drive facility, and again found numerous and

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

120

1    significant violations of CGMP requirements.
2         Q    Sir, violations of the current good
3    manufacturing practices requirements are not
4    allowed, are they?
5                   MR. ANDERTON:  Objection.
6                   You may answer.
7                   THE WITNESS:  I don't know what
8    context they are talking about.
9    BY MS. SANFORD:
10        Q    In any context, sir.
11                  MR. ANDERTON:  Objection.
12                  You may answer.
13                  THE WITNESS:  This document
14   doesn't state what violation of GCMP.  I
15   really cannot comment on this.
16   BY MS. SANFORD:
17        Q    My question is just a little outside
18   the document, sir.  Just as a general
19   principle, violations of current good
20   manufacturing practices are not allowed?
21                  MR. ANDERTON:  Objection; asked
22   and answered.
23                  THE WITNESS:  Yeah.  We need to
24   follow -- we are to follow CGMP

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

121

1           requirements.

2    BY MS. SANFORD:

3           Q      Always?

4           A      Always.

5           Q      Okay.  And to fail to do that means

6    that the drug would be unsafe?

7                       MR. ANDERTON:  Objection; asked

8           and answered.

9                       THE WITNESS:  Without knowing

10          the context of that, I cannot comment on

11          that.

12   BY MS. SANFORD:

13          Q      Do you think that if you have a

14   violation of current good manufacturing

15   practices, that means you're producing a safe

16   drug?

17                       MR. ANDERTON:  Objection.

18                       You may answer.

19                       THE WITNESS:  I don't know what

20          you are talking about, violation of CGMP

21          requirement.  Unless we know the specific

22          instances, I cannot comment.

23   BY MS. SANFORD:

24          Q      Do you know the CGMP requirements

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

124

1    there are specific citations observed,

2    failures to meet the current good

3    manufacturing practices?

4                    MR. ANDERTON:  Objection.

5                    THE WITNESS:  This happened

6         from July 10 to August 2006.  I was not

7         there at that time, so I really cannot

8         comment what specific instances they're

9         talking about and what was the company's

10        response.  I really cannot answer to your

11        question.

12   BY MS. SANFORD:

13        Q    My question to you, sir, was that

14   there are cited -- you'll agree that there are

15   cited in this paragraph several instances in

16   which the company is alleged to have failed to

17   meet current good manufacturing practices?

18                    MR. ANDERTON:  Objection.

19                    You may answer.

20                    THE WITNESS:  I know the

21        company cited the 483 observation, listed

22        some observation.  And based on that 483

23        observation, company responded to Agency

24        what they felt accurate.  I have no

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

125

1          knowledge about those instances, so I

2          really cannot comment.

3     BY MS. SANFORD:

4          Q    I'm not asking you to comment, sir.

5     I'm asking you whether or not you agree that

6     in this paragraph the Department of Justice --

7     of the Department of Justice's Complaint they

8     have alleged specific violations of the

9     current good manufacturing practices

10    standards.

11               MR. ANDERTON:  Objection.

12               You may answer.

13               THE WITNESS:  It reads what it

14         says.  But without knowing -- you're

15         asking my opinion, and I cannot answer

16         your question because without knowing all

17         the full context of all the instances, I

18         really cannot comment.

19    BY MS. SANFORD:

20         Q    So the answer to my question is yes,

21    sir?

22               MR. ANDERTON:  Objection.

23               THE WITNESS:  Can you rephrase

24         your question?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

128

1          A       In September 2007, I was in Little

2     Falls facility.

3          Q       Do you agree that there were

4     significant current good manufacturing

5     practices violations during that time?

6                        MR. ANDERTON:   Objection.

7                        You may answer.

8                        THE WITNESS:   We know we have

9          received at that time few 483 citations,

10         and I have no idea about how company

11         responded to those citations.   So without

12         knowing that, I really cannot comment on

13         this.

14    BY MS. SANFORD:

15         Q       You were the director of quality

16    control at that time, sir?

17         A       That's correct.

18         Q       And you cannot answer whether there

19    were significant CGMP violations in that time

20    period?

21                        MR. ANDERTON:   Objection; asked

22         and answered.

23                        THE WITNESS:   Without knowing

24         the specific instances that they are

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

141

1    action to protect the public health.  During

2    this inspection, FDA observed significant CGMP

3    violations, which were the same or similar to

4    the deviations observed by the FDA -- excuse

5    me -- by FDA during its previous inspections

6    of Actavis Totowa facilities in 2006 and 2007.

7              And you see, sir, that it goes on to

8    list one, two, three -- five deviations; is

9    that correct?

10                   MR. ANDERTON:  Objection;

11         mischaracterizes the document.

12                   You may answer.

13   BY MS. SANFORD:

14        Q    Well, sir, I will withdraw my

15   question and just look at the sentence.

16              "These deviations included, but were

17   not limited to, the firm's failure to" -- and

18   you'll see in parentheses, sir, they list five

19   different areas or failures; is that correct?

20                   MR. ANDERTON:  Objection.

21                   THE WITNESS:  Again, without

22        knowing the specific instances they are

23        referring to, I really cannot answer your

24        question.  What context they are talking

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

142

1         about it and what instances they are

2         talking about, referring to, without

3         knowing that, I really cannot answer

4         this.

5    BY MS. SANFORD:

6         Q    And without looking at those

7    documents, sir, you wouldn't be able to tell

8    whether what you were doing as director of

9    quality control was within current CGMP or

10   not?

11                   MR. ANDERTON:  Objection.

12                   THE WITNESS:  It could have

13        been there's some 483 observations.  And

14        I have no idea what we responded, what

15        documents they have, and what they are

16        referring to in here.  Without knowing

17        that, I really cannot comment.

18   BY MS. SANFORD:

19        Q    And similar to the prior sections

20   that we read, sir, in regard to this specific

21   allegation, you took no steps to find out what

22   those CGMP violations were?

23                   MR. ANDERTON:  Objection.

24                   You may answer.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

143

1              THE WITNESS:   Well, we know

2        that we need to change some of our

3        practices, some of our procedures, the

4        way we handle.   Beyond that, without

5        knowing all the specific instances, I

6        really cannot comment to that.

7    BY MS. SANFORD:

8        Q    And by "we," sir, you mean your

9    department?

10       A    My department means analytical

11   service.   That's what you are referring to?

12       Q    Well, at this time, sir, most of the

13   time was spent as director of QA -- QC and

14   analytical services combined.   We've already

15   been over that.   So I'm using that -- that's

16   what I mean.

17       A    Yeah.   Regarding quality control

18   laboratory, without knowing the proper

19   instances, exact instances, I really cannot

20   answer.

21       Q    But you knew you needed to change

22   some of your procedures?

23       A    We always want to improve, improve

24   our operations.   That's an ongoing process.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

144

1    So without knowing the specific instances, I

2    really cannot comment.

3         Q    And if you don't ever go look for

4    the specific instances, you're never going to

5    know them, are you, sir?

6                   MR. ANDERTON:  Objection.

7                   You may answer.

8                   THE WITNESS:  Again, FDA in

9              here, they're referring to some specific

10             instances.  And I really need to know

11             what's those specific instances so I can

12             accurately respond to your question.

13             Without that, I really cannot answer your

14             question.

15   BY MS. SANFORD:

16        Q    And that's not something you've

17   done, is it, sir?

18                  MR. ANDERTON:  Objection.

19                  You may answer.

20   BY MS. SANFORD:

21        Q    You haven't gone back to look at

22   what those specific instances are?

23        A    We are every day improving our

24   operations.  Every day we are upgrading our

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

145

1        practices.  I don't know exactly what they are

2        referring to, what you are referring to.

3              Q    And my point is, sir, in regard to

4        what the FDA or the Department of Justice is

5        referring to, you've never investigated that?

6              A    This is a broader term.  We need

7        to -- I need to know the specific instances

8        they are talking about.  Like the first

9        instance, they are saying:  Have adequate

10       written procedure for quality control unit and

11       to have quality control unit document and

12       investigate the failure of batch of drug to

13       meet specification.

14              Yes, so we looked into our

15       procedures, and every day we want to improve

16       and make additional improvements.  What

17       exactly they are referring to, what instances

18       they are referring to, I really have no idea.

19       But without knowing that, I cannot answer.

20                   MS. SANFORD:  I'll object to

21             the nonresponsive part all except for the

22             last two sentences.

23                   MR. ANDERTON:  The

24             nonresponsive part to what?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

155

1    understand it, I'm going to ask that you ask

2    me to rephrase the question.  Is that fair?

3         A    That's fine.

4         Q    Okay.  And if I ask a question and

5    you answer it, I'm going to assume that you've

6    answered it truthfully.  Is that fair?

7         A    That's fair.

8         Q    Okay.  Great.  Before your role at

9    Actavis as the director of quality control,

10   did I hear correctly that you worked as a lab

11   analyst, not for Actavis, but as a lab

12   analyst?

13        A    In Actavis?

14        Q    No, not at Actavis.

15        A    In my beginning of the career, yes.

16        Q    And as a lab analyst -- is that the

17   right term to use?  You were --

18        A    Chemist.

19        Q    A chemist.  Okay.

20             Is "chemist" the term that you use

21   to refer to your lab analysts at Actavis?

22        A    Yes.

23        Q    When you were in the role of

24   chemist, and I realize for some other

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

185

1        Q    So you agree with me that in that
2    little over one-year time frame that you were
3    there, it went from a hundred products down to
4    roughly one product?  You agree with that?
5        A    That's correct.
6        Q    As the director of analytical
7    services, tell me in your words why roughly 99
8    products were discontinued.
9                    MR. ANDERTON:  Objection.
10                   I instruct the witness to
11    answer only with respect to Digitek.
12                   THE WITNESS:  I have no idea.
13   BY MR. MILLER:
14       Q    You have no idea.  Have you ever
15   asked anybody?
16       A    No.
17       Q    Were you ever curious?
18                   MR. ANDERTON:  Objection.
19                   You may answer.
20                   THE WITNESS:  Company made the
21        decision.
22   BY MR. MILLER:
23       Q    Does it have anything to do with
24   safety?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

191

```
 1            A     Repeat that again, please.
 2            Q     Certainly.  Well, we're inside this
 3    big lab and you're testing anything from pills
 4    to the actual blended powder; right?
 5            A     (Witness shakes head.)
 6            Q     It has to somehow get inside the lab
 7    for your chemists to test it; correct?
 8            A     That's correct.
 9            Q     How did it make its entry?  How did
10    it get to your chemists?
11            A     The QA takes the samples from
12    manufacturing.  They bring the samples in the
13    laboratory, gets logged in in the logbook.
14    Then samples are temporarily stored in a
15    cabinet.  Then depending on the requirement,
16    the supervisor assigns the particular samples
17    to different chemists.  And eventually it gets
18    tested, reviewed, and then released to QA.
19            Q     Well, when a sample is ultimately
20    given to the chemist to test, were there any
21    fences or were there any like this drug comes
22    in and needs to go to a certain group of
23    chemists or were all your chemists qualified
24    to test whatever sample came through the door?
```

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

192

1                MR. ANDERTON:  Are you saying

2      "fences"?

3                MR. MILLER:  Yes.

4                MR. ANDERTON:  Okay.

5                MR. MILLER:  It might be the

6      wrong term.

7                MR. ANDERTON:  I just wanted to

8      make sure I knew what word you were

9      saying.

10     BY MR. MILLER:

11          Q     Okay.  If you don't understand what

12     I'm saying, I'll --

13          A     I don't understand "fences."

14          Q     I've been in places before where

15     when you say somebody can't do something, he's

16     got a fence around him.  So I don't know what

17     term they would use.  Perhaps you didn't use

18     such a term.

19                Could all -- did you have a group of

20     chemists that were qualified to do content

21     uniformity testing, or were all chemists

22     capable of doing all tests?  How did you

23     divide it up?

24                MR. ANDERTON:  Objection.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

193

1           You may answer.

2                    THE WITNESS:  Well, some people

3      are more experienced on handling raw

4      material testing, which are basically

5      weight chemistry analysis.  Some people

6      are more experienced on instrumental

7      analysis, like HPLCs.  So accordingly,

8      the work was assigned.

9   BY MR. MILLER:

10          Q     Okay.  Let's just say something came

11     in for HPLC testing.  That's high performance

12     liquid chromatography?

13          A     Chromatography.

14          Q     If it was a particular type of drug,

15     would you say, "Oh, no.  That product needs to

16     go to this person"?  Or once something came in

17     for HPLC, all HPLC analysts were capable of

18     testing that product?

19                    MR. ANDERTON:  Objection.

20                    You may answer.

21                    THE WITNESS:  Basically any

22     HPLC chemist can handle all the product,

23     but certain products are very

24     technique-dependent.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

194

1    BY MR. MILLER:

2         Q    Very technique?

3         A    Technique.  It may require liquid

4    extraction.  Those are very

5    technique-dependent.

6         Q    If a technique-dependent product

7    came in, did you have a specific tester or

8    group of testers that you liked to use?

9         A    They are more experienced on that

10   product.

11        Q    More experienced on that product?

12             What were some of the products that

13   were more technique-dependent?

14                  MR. ANDERTON:  Objection.  I

15        instruct the witness not to answer or to

16        answer only with respect to Digitek.

17   BY MR. MILLER:

18        Q    Was Digitek a technique-dependent

19   product?

20        A    No.

21        Q    So if Digitek came in, it could go

22   to any of the HPLC testers?

23        A    That's correct.

24        Q    And if there was a content

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

198

1    we respond to FDA, then quality assurance

2    determine what it is that we need to improve

3    and communicate it to every department.

4         Q    Do you have any specific memory of

5    an FDA 483 inspection going through that

6    process and then becoming a project that you

7    worked on?  Did you ever work to specifically

8    improve an observation found by the FDA 483 in

9    either 2006, '7, or '8?

10                   MR. ANDERTON:  Objection.

11                   You may answer.

12                   THE WITNESS:  Yes.  We had a

13        series of quality system improvement

14        plan; and it may happen there, that what

15        it is that we need to look into.

16   BY MR. MILLER:

17        Q    Were you a member of the quality --

18        A    System improvement plan, QSIP.

19        Q    QSIP.  Were you a member of QSIP?

20                   MR. ANDERTON:  Objection.

21                   You may answer.

22                   THE WITNESS:  Yes, I was

23        participating in QSIP plan.

24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

199

1    BY MR. MILLER:

2        Q     And how often did -- who else was a

3    member of the QSIP plan?

4                    MR. ANDERTON:  Objection.

5                    You may answer.

6                    THE WITNESS:  QA,

7        manufacturing, R&D, quality control, IT.

8    BY MR. MILLER:

9        Q     How often -- were there meetings

10   held by the QSIP?

11                   MR. ANDERTON:  Objection.

12                   You may answer.

13                   THE WITNESS:  Yes.

14   BY MR. MILLER:

15       Q     Am I accurate in calling it the

16   QSIP?  Was that a group?  It's a plan but

17   what --

18       A     It's a plan.

19       Q     What did the group call themselves,

20   or did you have a name?

21       A     There is no group name.  That's it.

22       Q     If you were going to meet, how did

23   you identify everybody?

24       A     QSIP.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

200

1          Q     Okay.  QSIP.  All right.  How often
2     did QSIP meet?
3          A     I believe it was almost every week.
4          Q     Was there a report that was done
5     from the weekly get-together of QSIP?
6          A     QA may have produced.  I have no --
7     I don't remember.
8          Q     I would like to hand you what was
9     previously marked as Exhibit 68.  Sir, I'll
10    represent to you that this is the findings of
11    an FDA inspection at Actavis Totowa in
12    July-August of 2006.  And it's your testimony
13    that you've never seen this document before;
14    is that correct?
15         A     That's correct.
16         Q     But before working at Actavis, you
17    have, in fact, seen a document in this form,
18    an FDA 483?
19                     MR. ANDERTON:  Objection.
20                     You may answer.
21                     THE WITNESS:  Yes.
22    BY MR. MILLER:
23         Q     You're familiar with the format of
24    it?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

206

1        A      Yes.

2        Q      And it goes on to give amplifying

3    information.  Actually, before I get into

4    that, you would agree with me that this is the

5    quality control unit, a subset of which is the

6    quality control, the chemists.  They fall

7    under this, what we have discussed as the

8    quality control unit; correct?

9        A      Quality control laboratory is part

10    of the quality control unit.

11        Q      And you agree with me that all

12    products, hundred products are evaluated and

13    tested with that quality control unit; is that

14    correct?

15        A      Quality makes the decision.  Quality

16    control laboratory tests the product.  Quality

17    assurance decides reject or acceptance of that

18    product.

19        Q      Of the hundred products that were

20    being made when you were hired in April of

21    2007, were all of them being tested by the

22    Actavis quality control unit or were some of

23    them being sent somewhere else to be tested?

24        A      Some product needed -- we don't have

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

208

1          Q     And Digitek is tested by that lab

2     that reports to that quality control in the

3     group quality control unit; is that fair?

4                    MR. ANDERTON:  Objection.

5                    You may answer.

6                    THE WITNESS:  Quality unit

7          decides the acceptance or rejections of

8          the product to be in the market.  Quality

9          control tests the product.  Manufacturing

10          manufactures the product.  Packaging

11          package the product.  The overall quality

12          unit decides whether to release or reject

13          the product.

14                    Quality control is one of the

15          unit to test the product.  So quality

16          decides not just only quality control

17          lab; the entire quality of the product.

18     BY MR. MILLER:

19          Q     Fair enough.  And one of those

20     products is Digitek?

21          A     Digitek.

22          Q     Thank you.  Then they go into

23     specifics, and it says:  "Specifically, there

24     is no assurance that the Quality Unit can be

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

209

1      relied upon to fulfill its responsibilities to

2      assure that all drug products released to the

3      marketplace meet the requirements for

4      identity, strength, quality, and purity that

5      they purport to have."

6              Did I read that correctly, sir?

7      A      Yeah, you are reading what it says.

8      Q      Okay.  And then as quality control

9      director in the latter part of April 2007,

10     were you made aware of this finding through

11     any other means besides this 483?

12             MR. ANDERTON:  Objection;

13     mischaracterizes his testimony.

14             You may answer.

15             THE WITNESS:  First of all,

16     this particular 483 was issued prior to

17     my employment in Actavis.  And I was not

18     given this 483, and I was not aware what

19     specific circumstances they are referring

20     to to come to that conclusion, to come to

21     that interpretation.

22     BY MR. MILLER:

23     Q      And you also are not aware of the

24     response that the company made?

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

220

1    BY MR. MILLER:

2        Q    Certainly.  What does "all products"

3    mean, just the two words together, "all

4    products"?  You're director of quality control

5    at Actavis and someone says to you "all

6    products"; what does that mean to you?

7                    MR. ANDERTON:  Objection.

8                    You may answer.

9                    THE WITNESS:  That means all

10        products.

11    BY MR. MILLER:

12        Q    And at Actavis, would that be

13    roughly a hundred products that we discussed?

14        A    That's all hundred products.

15        Q    Is Digitek one of those hundred

16    products?

17        A    Digitek is one of the products.

18        Q    It goes on to say:  "Batches of drug

19    products that initially failed to meet release

20    specifications were released into interstate

21    commerce without being fully investigated, all

22    laboratory data was not included with the

23    batch records and manufacturing deviations

24    were not always documented."

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

221

1          Sir, you agree with me that that is

2     a violation of CGMP?

3                    MR. ANDERTON:  Objection.

4                    You may answer.

5                    THE WITNESS:  This is

6     observation of the investigator.  Without

7     knowing all the facts, without knowing

8     the specific instances, I really cannot

9     answer to this question.

10    BY MR. MILLER:

11         Q    And without knowing --

12         A    This is generalization of their

13    interpretation.

14         Q    Okay.  So without knowing any more

15    facts, you wouldn't be able to act upon that?

16         A    Well, I would ask that what

17    documents that we provided to them, to clarify

18    those, their interpretation, what response we

19    have given to them, what they are referring to

20    for this, to come to this particular

21    conclusion.

22         Q    Okay.  Of the quality control unit

23    subareas, which we identified as quality

24    assurance, quality systems, training, quality

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

223

1    unit, we've established that, one, it pertains

2    to the quality assurance.  Does it pertain to

3    quality systems?

4                    MR. ANDERTON:  Objection.

5                    You may answer.

6                    THE WITNESS:  Well, at that

7         time I don't know -- I don't know that

8         Actavis' organizational structure,

9         whether quality system was a separate

10        entity in the quality unit.  I have no

11        idea, so I really cannot answer that.

12   BY MR. MILLER:

13        Q    Okay.  Quality system isn't your

14   bailiwick.  Fine.  Does it apply to quality

15   control?

16        A    Quality control is a part of quality

17   unit.

18        Q    But does this specific observation,

19   Observation 1, which points out that the

20   quality control unit lacks authority to fully

21   investigate errors that have occurred, does

22   this observation pertain to quality control at

23   Actavis?

24                    MR. ANDERTON:  Objection.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

224

1              You may answer.

2              THE WITNESS:  Yes.   It says

3        laboratory data was not included.

4    BY MR. MILLER:

5        Q     Fair enough.   Now that we have read

6    Observation 1 and you have identified that it

7    pertains to the quality control department at

8    Actavis, which you took over in April of 2007,

9    was this information relayed to you in any way

10   in order to make improvements?

11              MR. ANDERTON:  Objection.

12              You may answer.

13              THE WITNESS:  Yes.  QSIP plan.

14   BY MR. MILLER:

15       Q     So there was a QSIP plan that

16   reflected this finding, and it was an issue

17   that you felt you needed to improve?

18              MR. ANDERTON:  Again,

19        mischaracterizes his testimony.

20              THE WITNESS:  QSIP plan has all

21        the different areas, the training,

22        documentation, updating all the

23        procedures.  All are included in the QSIP

24        plan.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

225

1    BY MR. MILLER:

2         Q    Let's take a look at Observation

3    No. 2.  Observation No. 2 addresses laboratory

4    records.  As a director of quality control, do

5    laboratory records fall under your division?

6         A    Yes.

7         Q    Did you keep laboratory records for

8    all drugs?

9         A    Yeah.

10        Q    Did you keep laboratory records for

11   Digitek?

12        A    Yes.

13        Q    If there's an observation or an

14   issue that affects laboratory records across

15   the board, would you agree with me that it

16   also affects Digitek?

17             MR. ANDERTON:  Objection;

18        mischaracterizes the document.

19             MR. MILLER:  I didn't bring the

20        document up.

21   BY MR. MILLER:

22        Q    But go ahead.  You may answer.

23        A    Repeat that question again.

24        Q    Certainly.  Laboratory records that

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

228

1            MR. MILLER:  Certainly.

2      BY MR. MILLER:

3          Q     Were you familiar with the fact that

4      Observation 2 of the FDA 483 dated July 2006

5      identified that laboratory records are

6      deficient in that they do not include a

7      complete record of all data obtained during

8      testing?

9          A     I don't know.  Maybe the records

10     were misplaced or -- without knowing the

11     facts, I really cannot answer.

12         Q     I'm asking if you were aware this

13     was a problem.  Was this something that needed

14     to be fixed?

15         A     As I said, I never received or

16     reviewed this 483.  All we know is through

17     QSIP program, so we need to improve certain

18     areas.

19         Q     Were you ever told about this

20     information in any other format?

21         A     No.

22         Q     No?

23         A     Except in QSIP.

24         Q     In QSIP?  Did QSIP ever say to you:

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

229

1    Director of quality control, this is

2    Observation 2 from the 2006 FDA 483; we want

3    you to fix it?

4         A    QSIP says what areas need to be

5    improved, and there was a plan to improve

6    those areas and those practices.

7         Q    Were you ever tasked to specifically

8    improve this finding, Observation 2?

9         A    Yes.  We upgraded our documentation

10   system, the chemists to document their

11   findings in the notebook, and that all part of

12   the QSIP program.

13        Q    So you were aware of this, and you

14   did work to make this problem better?

15             MR. ANDERTON:  Objection;

16        mischaracterizes his testimony.

17             You may answer.

18   BY MR. MILLER:

19        Q    Is that true?

20        A    Through QSIP plan.

21        Q    You did that through the QSIP plan?

22        A    Right.  Company had a QSIP plan.

23        Q    In fact, you were told:  This is

24   Observation No. 2 of the FDA 483; we want you

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

234

1          mischaracterizes the document.

2                    You may answer.

3                    THE WITNESS:  Repeat that

4          question again.

5                    MR. MILLER:  Certainly.

6     BY MR. MILLER:

7          Q    Will you agree that the first row

8     after the title August 2006 GMP Inspection

9     Totowa is titled 483 Observation 1?

10         A    Yes.

11         Q    Does the W/L 1 mean anything to you?

12         A    I can interpret as Warning Letter,

13    Item 1.

14         Q    Okay.  And Observation 1, the next

15    line with the column that's identified as

16    Observations, and looking at 483 Observation 1

17    says:  "Failure of the Quality Unit to fulfill

18    its responsibilities."  Specifically:

19    "Failure to fully investigate errors; all lab

20    data not included with batch records;

21    manufacturing deviations not always

22    documented."

23                    Do you have an understanding that

24    that reflects the findings of the Exhibit 68,

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

235

1    which was Observation 1 of the 483?

2                     MR. ANDERTON:  Objection.

3    BY MR. MILLER:

4        Q    You're more than welcome to take the

5    time and compare the two if you like.

6                     MR. ANDERTON:  You may answer.

7                     THE WITNESS:  Yeah.  It's

8    pretty much taken out from this

9    Observation 1.

10   BY MR. MILLER:

11       Q    Okay.  So looking at Observation

12   No. 1 on a document that was provided to us by

13   Actavis, you agree that it identifies Totowa

14   action items and documentation needed.  The

15   responsible person for this Observation 1 is

16   Scott Talbot.  And you identified him earlier

17   as your direct supervisor?

18       A    Right.

19       Q    And what was his title?

20       A    Site head of quality.

21       Q    Site head of quality.  Okay.

22            And then Dan Bitler, what was his

23   title?

24       A    Was the director of quality

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

237

1        A     I never saw this document before.

2            Q     Okay.  Then Observation No. 2 of the

3    483 as it's rewritten on this Actavis company

4    document states:  "Quality Unit failed to

5    assure that lab notebooks include all data

6    generated during testing."

7                Did I read that correctly?

8            A     Yes.

9            Q     And you agree with me that it

10   equates to the observation that we went over

11   in Observation 2 of the actual 483?

12           A     Yeah, it came out from Observation

13   No. 2.

14           Q     And if we look over here to the

15   responsible person and comments, it simply

16   says "Roy."  Do you have any reason to doubt

17   that that is not you?

18                    MR. ANDERTON:  Objection.

19                    THE WITNESS:  That's me, Roy.

20   BY MR. MILLER:

21           Q     That is you?

22           A     Right.

23           Q     Were you aware that you were the

24   responsible person for the Observation No. 2,

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

238

1    specifically, "Quality Unit failed to assure

2    that lab notebooks include all data generated

3    during testing"?

4              MR. ANDERTON:   Objection; asked

5         and answered.

6              THE WITNESS:   I was not in

7         Actavis at that time when that happened

8         from -- this is from 2006.

9    BY MR. MILLER:

10        Q    Did they know that you were coming

11   to work for Actavis during the inspection of

12   2006?

13        A    I don't think so.

14        Q    I wouldn't think so.  Okay.  Then

15   explain to me why a company document would

16   have "Roy" written on it.  You agree that it

17   pertains to you?

18        A    I don't understand your question.

19        Q    Well, I'm trying to understand this

20   document.  You agree with me that it pertains

21   to the FDA 483 Observation 2.  We agree it's

22   similar findings and that the responsible

23   person is identified as you.  Do you recall

24   being identified as the responsible person for

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

240

1        Q     And did you or anyone that reported

2    to you work on that action item?

3        A     Yes.  We had a program based on

4    QSIP.  All the chemists were retraining.  So

5    this document was updated probably based on

6    those training documents.

7        Q     Okay.  And when the analysts were

8    retrained, they were retrained about lab

9    notebooks across the board, not any particular

10   product; correct?

11       A     Across the board.

12       Q     Across the board?

13       A     Documentation practices.

14       Q     The problem you agree was identified

15   across the board, so the training was across

16   the board?

17                   MR. ANDERTON:  Objection.

18   BY MR. MILLER:

19       Q     You can answer.

20                   MR. ANDERTON:  Wait.

21   Mischaracterizes his testimony.

22                   You may answer.

23                   THE WITNESS:  The training was

24   given specifically in here what it

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

241

1           mentioned, the documentation practices.

2           They were specifically instructed to

3           document every observances and all the

4           procedures they are following.

5      BY MR. MILLER:

6           Q      For all products?

7           A      All products, for any products.

8           Q      Any product.

9                  And "Procedures are in place where

10     all data generated during testing are entered

11     into the new lab notebooks."

12                 Did I read that correctly?

13          A      That's correct.

14          Q      Do you understand what the action

15     item meant when it says "new lab notebooks"?

16     Were the lab notebooks changed or altered?

17                      MR. ANDERTON:  Objection.

18                      You may answer.

19                      THE WITNESS:  Yes.  We make it

20          more simpler, the new notebooks.  Before

21          it was like 200 pages of bound book.  And

22          we have different type of notebook, ready

23          lab notebook which is prenumbered.

24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

242

1      BY MR. MILLER:

2           Q     And those lab notebooks, either the

3      old style or the new styles referred to in

4      this action item, either variant had an index

5      in the front of it; isn't that correct?

6           A     That's correct.

7           Q     Fair enough.  I want to go back and

8      take a look at Exhibit 68, which, again, is

9      the 483.  And this time I want to take a quick

10     look at Observation No. 2.  It says

11     specifically -- one second.  I want to zoom in

12     a little bit more.

13               "Specifically, the Quality Unit

14     failed to assure that laboratory notebooks

15     include all data generated during testing and

16     that analysts document in their laboratory

17     notebook all sample preparation and testing at

18     the time it occurs.  Additionally, SOP QC-59,

19     Investigation of out of specification test

20     results (OOS) is not always followed."  And

21     then it says, "For example."

22               As someone who's been in the quality

23     control industry for pharmaceutical labs for

24     quite some time and someone who has read 483s

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

243

1    in the past, is it a fair statement to say
2    that "for example" means to me that these are
3    some examples but yet there are other examples
4    out there; it's not an exclusive list?
5                        MR. ANDERTON:  Objection.
6                        You may answer.
7                        THE WITNESS:  Not necessarily.
8            Maybe this is only example.
9    BY MR. MILLER:
10           Q    Right.  But what does "only example"
11   mean to you?
12           A    Maybe only one incidence.
13           Q    So you think --
14           A    That all depends on FDA
15   investigator's interpretation at that time.
16           Q    But you would interpret "for
17   example" as either being only a couple
18   examples or an exhaustive list?
19           A    Repeat that again.
20           Q    Yeah.  You would interpret it, as a
21   director of quality control, as potentially
22   either being only a couple exhaustive examples
23   or would you consider it to be a few of many
24   examples?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

244

1          MR. ANDERTON:  Objection.

2          You may answer.

3          THE WITNESS:  We look into

4      every observations very carefully and

5      make necessary improvement depending on

6      that observation.

7  BY MR. MILLER:

8      Q    I'd like to take a look at the next

9  page, if you would, sir, Observation No. 3.

10  And Observation No. 3 says:  "The

11  responsibilities and procedures applicable to

12  the quality control unit are not fully

13  followed.

14          "Specifically, there is no assurance

15  that the Quality Unit can detect discrepancies

16  in reports for which they are responsible.

17  Data and reports reviewed and approved by the

18  Quality Unit were not accurate and complete

19  and did not adhere to established procedures.

20  In addition, changes are not always documented

21  in the change control system."

22          Were you made aware of this

23  observation through any means, sir?

24      A    May have been through quality system

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

245

1    improvement plan.

2         Q    And as the director of quality

3    control, did you determine this to be a

4    problem across the board for all products?

5                   MR. ANDERTON:  Objection.

6                   You may answer.

7                   THE WITNESS:  As a director of

8         quality control, we like to improve our

9         operation all the time.  As I said

10        before, it was a -- pharmaceutical

11        industry is a continuously changing

12        environment.  New regulation comes up,

13        new industry practices, and we need to

14        improve.  Based on FDA observation, based

15        on discussion in the trade meeting, we

16        always improve.  This could be result of

17        that.

18   BY MR. MILLER:

19        Q    And by way of example, this

20   observation, Observation No. 3, you want to

21   improve this for the entire lab.  You didn't

22   go to the examples that they gave and just fix

23   the examples; you fixed it throughout the

24   entire lab; is that correct?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

246

1                      MR. ANDERTON:  Objection.

2                      THE WITNESS:  That's correct.

3      BY MR. MILLER:

4            Q    I'm sorry?

5            A    That's correct.

6            Q    That's correct.  And you would agree

7      under the quality unit, that this is a quality

8      control issue; may involve other departments,

9      but it is a quality control issue?

10           A    It says the quality issues, not

11      quality control laboratory issues

12      specifically.

13           Q    Do you recall working on this

14      observation or any form of this observation

15      through the QSIP team?

16                      MR. ANDERTON:  Objection.

17                      You may answer.

18                      THE WITNESS:  I need to go to

19           the specific citation before I can

20           respond to you.

21      BY MR. MILLER:

22           Q    Well, if we take a look at

23      Exhibit 84, specifically the third page,

24      Actavis 00508283, where this document outlines

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

249

1          Q     And that training pertained to all

2    drugs, all products?

3          A     All documentation.

4          Q     All documentation of all products?

5          A     All products.

6          Q     Let's take a look at Exhibit 68

7    again, the FDA 483.   And this time we're going

8    to go to Observation No. 4.   Observation 4:

9    "Written records are not always made of

10   investigations into the failure of a batch or

11   any of its components to meet specifications.

12          "Specifically, investigations were

13   not conducted when out of specification

14   results were generated.   Samples were retested

15   and the original results were not

16   invalidated."

17          Did I read that correctly?

18          A     Yes.

19          Q     Is it important for a chemist

20   working at a pharmaceutical lab to investigate

21   out-of-specification results?

22                MR. ANDERTON:   Objection.

23                You may answer.

24                THE WITNESS:   In laboratory,

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

250

1          anytime we observe any out of

2          specification, yes, we investigate.

3    BY MR. MILLER:

4          Q     And was this one of the items

5    observed by the FDA that you would have

6    rectified through QSIP?

7                    MR. ANDERTON:   Objection.

8                    You may answer.

9                    THE WITNESS:   I clearly need to

10         look into the specific instances where

11         that happened.  So without that, I really

12         cannot answer.

13   BY MR. MILLER:

14         Q     Well, if we take a look at

15   Exhibit 84 that was identifying which

16   observations were assigned to who, you agree

17   with me on Actavis 508 ending in 283 that the

18   483 Observation 4, investigations were not

19   conducted into lab OOSs, or out of

20   specification, that this action item went to

21   Scott Talbot and Roy?

22         A     That's right.

23         Q     And Roy is you; correct?

24         A     That's correct.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

251

1        Q     And seeing this document, does that
2    refresh your recollection on working on this
3    action item?
4        A     Yes.   We improved our OS
5    investigation procedures; that is, DOI QC-59.
6    And we improved to adequately investigate the
7    laboratory investigation.
8        Q     And you would agree with me that if
9    a lab chemist is not properly investigating an
10   OOS, then that is an issue or problem with the
11   lab, not that one incident where it occurred;
12   is that correct?
13                    MR. ANDERTON:   Objection.
14                    You may answer.
15                    THE WITNESS:   This is
16       interpretation of FDA investigator at
17       that time.   Ideally I need to go back and
18       check what it says in QC-059 12 at that
19       time and what was the practice at that
20       time was followed.
21                    If the chemists were following
22       that particular practices and procedures,
23       they are following the procedures.   It
24       may not be liking of FDA investigator, so

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

252

1          that's what their comments were that was

2          not, in their mind, it was not properly

3          conducted.

4    BY MR. MILLER:

5          Q     Do you recall working on the action

6    items to rectify this situation?

7          A     Yes.   We updated our investigation

8    procedure.

9          Q     And you updated investigation

10   procedures for all products?

11         A     That's the lab procedure.   That

12   involves all the products.

13         Q     If we take a look at Observation 5

14   on the 483, it states that:   "Input to and

15   output from the computer are not checked for

16   accuracy.

17              "Specifically, audits were not

18   conducted of the TotalChrom Data Acquisition

19   System used to run the HPLC instruments during

20   analysis of drug products.   Sample injections,

21   processing methods, and sample weights were

22   not reviewed or verified for the accuracy of

23   reported sample results during testing of

24   in-process, finished product and stability

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

253

1      samples."

2              Did I read that correctly?

3         A    Yes.

4         Q    As the director of quality control

5    of Actavis, do you take that to apply to all

6    products?

7                   MR. ANDERTON:  Objection.

8                   You may answer.

9                   THE WITNESS:  Whenever we

10        improve our practices and procedures in

11        the laboratory, that's the practice and

12        procedures encompasses all the products.

13   BY MR. MILLER:

14        Q    Do you recall being assigned this as

15   an action item for you to work on through

16   QSIP?

17        A    May have been.

18        Q    And, in fact, if we look back at

19   Exhibit 84, you will see that Observation 5:

20   Audits were not conducted of the TotalChrom

21   Data Acquisition System used to run the HPLC

22   instruments.  And the action item goes to in

23   the last column Scott Talbot, Roy, and Nilesh?

24              Do you recall now working on this

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

254

1     action item?

2                     MR. ANDERTON:  Objection.

3                     You may answer.

4                     THE WITNESS:  These are action

5        item may have been completed before my

6        time, before I joined Actavis.

7     BY MR. MILLER:

8          Q     Well, that date in the

9     second-to-last column says July 12 of 2007.

10    If we go back to the first page, we'll see

11    that that says "Date verified correction."  Do

12    you see that, sir?  And you would agree with

13    me that you were on the premises July 12 of

14    2007?

15         A     That's correct.

16         Q     Do you recall working on this action

17    item?

18         A     Yeah.  Maybe the last item was

19    pending and -- during that time I was there.

20         Q     As the director of quality control

21    for Actavis labs and the chemists, would you

22    agree that failure to conduct audits of the

23    TotalChrom data acquisition system used to run

24    HPLC is a violation of the CGMPs?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

259

1        483?

2                        MR. ANDERTON:  Objection.

3                        You may answer.

4                        THE WITNESS:  Could you be more

5            specific?

6                        MR. MILLER:  Yes.

7        BY MR. MILLER:

8            Q     Were you involved in rectifying the

9        problem as outlined in Observation 6?

10                       MR. ANDERTON:  Objection.

11                       You may answer.

12                       THE WITNESS:  No.  During that

13           time, I didn't work on any cleaning

14           validation methods.

15       BY MR. MILLER:

16           Q     But if we go back to Exhibit 84, and

17       that was Observation 6, in fact, from this

18       document, it appears that the column which

19       identifies who is responsible for the action

20       items is blank.  You would agree with that?

21           A     Yes.

22           Q     And if I go through Observation 7, I

23       don't see your name, so we'll speed this up a

24       little bit.  Observation 8, not identifying

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

261

1    were not identified with product name and

2    batch number; correct?

3                    MR. ANDERTON:  Objection.

4                    You may answer.

5                    THE WITNESS:  Chemists may have

6            a different way of identifying those

7            solutions, and FDA's interpretation is to

8            be identified by product name and batch

9            number.  They may have a different

10           practices.

11   BY MR. MILLER:

12           Q    In your role as responsible person

13   for the items that we've addressed, do you

14   recall filling out any report or information

15   regarding what actions you took?

16           A    We discussed in our QSIP meeting and

17   produced the procedures that we have updated,

18   produced the document that the chemists were

19   trained with those procedure, and that's what

20   recorded.

21           Q    After all of these observations were

22   identified regarding the lab at Actavis, did

23   you feel that your chemists were competent and

24   capable to perform the functions required of

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

267

1          A     I was not aware of that particular

2     document.

3          Q     You were not what?

4          A     I was not aware of that document.

5          Q     You were not the what of the

6     document?

7          A     I was not knowledgeable about that

8     document.

9          Q     You were not knowledgeable about

10    that document.

11               So if the company sends a letter to

12    the FDA, as the director of quality control,

13    you're not going to give a document any weight

14    unless you are allowed to look at it?

15         A     I was not knowledgeable of that

16    particular document.

17         Q     Okay.  If we go back --

18         A     I was not given that document.

19         Q     If we go back to Exhibit 69, which

20    is the Actavis Totowa monthly update in which

21    we read into the transcript:  We appreciate

22    the FDA's detailed inspection and thorough

23    observations.  We agree that the observations

24    cited on Form 483, Items 1 through 15, are

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

268

1    correct and constructive and have identified

2    the need for improvements in our operational

3    procedures and practices at the Actavis Totowa

4    Little Falls, New Jersey, facility.

5            And is it your testimony here today,

6    sir, that if the company, specifically Nasrat

7    Hakim, sends such a letter to the FDA, that

8    you don't believe it carries any weight in

9    your responsibilities at the company unless

10   you are given a copy of it?

11       A    No.   It says that we need to improve

12   our operational procedures.   That doesn't mean

13   that we are in violation.   And it clearly says

14   need for improvement in our operations.

15       Q    Did the FDA 483 investigations have

16   anything to do with the 100 products we

17   discussed the production line being stopped?

18              MR. ANDERTON:   Objection.   I

19       instruct the witness to answer only with

20       respect to Digitek.

21              THE WITNESS:  Repeat that

22       again.

23              MR. MILLER:  Certainly.  Well,

24       in light of that objection, I'll

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

277

1    BY MR. MILLER:

2         Q    How does eventually recalling a

3    number of products relate to the fact that

4    Actavis explained that this is part of a

5    larger recall of products stemming from an

6    on-site FDA inspection?

7                   MR. ANDERTON:  Objection.

8                   You may answer.

9                   THE WITNESS:  I have no idea.

10   BY MR. MILLER:

11        Q    But you agree that Actavis did, in

12   fact, recall a larger group of products?  You

13   agree with that?

14        A    Yes, Actavis recalled a number of

15   products.

16        Q    Do you agree that the larger recall

17   of products stemmed from an on-site FDA

18   inspection?

19                   MR. ANDERTON:  Objection.  I

20        instruct the witness not to answer except

21        with respect to Digitek.

22                   Do you understand my

23        instruction?

24                   THE WITNESS:  Yes.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

278

1          Could you repeat your question

2      again.

3                    MR. MILLER:  Yes.

4   BY MR. MILLER:

5      Q    Was the recall of Digitek part of a

6   larger recall of products stemming from an

7   on-site FDA inspection?

8                    MR. ANDERTON:  And I, again,

9      object and instruct the witness to answer

10     only with respect to Digitek.

11                   MR. MILLER:  My question was

12     only with respect to Digitek.

13                   MR. ANDERTON:  Not really.

14  BY MR. MILLER:

15     Q    Sir, the question is:  Was Digitek

16  part of a larger recall of products stemming

17  from an on-site FDA inspection?

18                   MR. ANDERTON:  Again, I object

19     and instruct you to answer only with

20     respect to Digitek.

21  BY MR. MILLER:

22     Q    And with that instruction, you're

23  okay to answer.

24                   MR. ANDERTON:  You may answer

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

279

1    with that instruction.
2                    THE WITNESS:  I really cannot
3    answer this question because I don't know
4    what triggered to recall the products.  I
5    was not part of the discussion.  I was
6    not part of that meeting.
7                    MR. MILLER:  Fair enough.
8    BY MS. SANFORD:
9         Q    Sir, I'm going to hand you what was
10    previously marked as Exhibit 25.
11                   MR. ANDERTON:  25?
12                   MR. MILLER:  25.
13    BY MR. MILLER:
14        Q    Sir, have you seen this document
15    before?
16        A    No.
17        Q    Have you ever -- okay.
18             Now, this document, I'll represent
19    to you, provided to us by Actavis,
20    specifically Document 0028242 titled a
21    "Revised Warning Letter" from the FDA dated
22    February 1 of 2007.  Are you familiar with the
23    term the "Revised Warning Letter"?
24        A    No.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

281

1    significant deviations from the current good

2    manufacturing practice regulations set forth

3    in Title 21, Code of Federal Regulations,

4    Parts 210 and 211, in conjunction with your

5    firm's manufacture of prescription drug

6    products.

7              Are you familiar that a letter

8    February of 2007 went to the Little Falls

9    plant regarding an inspection that was

10   conducted in July and August of 2006?

11             MR. ANDERTON:   Objection; asked

12        and answered.

13   BY MR. MILLER:

14        Q    It's okay to answer.

15        A    No, I was not familiar with this

16   letter.

17        Q    Okay.   It goes on to discuss

18   findings.   And this paragraph where I just

19   read where it talks about documented

20   significant deviations from the current good

21   manufacturing practice, now, would that apply

22   to the quality control department that you're

23   in charge of in April of 2007?

24                  MR. ANDERTON:   Objection.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

282

1          You may answer.

2                    THE WITNESS:  Without going

3          through all the details, I cannot respond

4          to your question because it's significant

5          observations or deviations pertaining to

6          where?  We need to go through all these

7          observations.

8     BY MR. MILLER:

9          Q     Let's do it.

10         A     Yeah.

11         Q     It says:  The inspection revealed

12    that drug products manufactured in your

13    facility are adulterated within the meaning of

14    21 USC 351(a)(2)(B), Section 501(a)(2)(B) of

15    the Federal Food, Drug, and Cosmetic Act,

16    referred to as the Act.

17               As a director of quality control at

18    Actavis, what does a term "adulterated" mean

19    when it's used on a pharmaceutical product?

20                    MR. ANDERTON:  Objection.

21                    You may answer.

22                    THE WITNESS:  Quality control

23          laboratory tests the product as per the

24          procedure and forward the results to

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

283

1          quality assurance to act on it.  That's

2          what the function of quality control

3          unit.

4     BY MR. MILLER:

5          Q    Okay.  I didn't ask about the

6     function of the quality control unit.  My

7     question is specifically the term

8     "adulterated."  If the FDA uses the term

9     "adulterated," what does that term mean as

10    it's used in conjunction with a pharmaceutical

11    product?

12                    MR. ANDERTON:  Objection.

13                    You may answer.

14                    THE WITNESS:  It's a broad

15         terminology of adulteration in here.

16    BY MR. MILLER:

17         Q    I'm sorry?

18         A    It's a broad terminology of

19    adulteration in here.  This is a type of word

20    that FDA, they use in their document, either

21    in 483 or in warning letter.  We need to go

22    through each specific observation.  Then we

23    can respond to specific question.

24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

285

1      to see in the letter?

2                      MR. ANDERTON:  Objection.

3                      THE WITNESS:  Could you be more

4          specific?  Additional findings, what are

5          you referring to?

6      BY MR. MILLER:

7          Q    If a warning letter says "the

8      significant observations included but were not

9      limited to the following," does that mean that

10     the significant observations we're going to

11     read about is not a complete list, that there

12     are observations beyond what are on the

13     document?

14         A    That is their standard terminology

15     they use.  Whatever observations they felt

16     they observed, they list all those

17     observation.  They have shown there may be

18     other observations, may not be.  So I really

19     cannot comment on this particular statement.

20         Q    Fair enough.  Well, specifically

21     No. 1 states:  "Significant deficiencies were

22     found in the operation of your firm's quality

23     control unit, and as a result there is no

24     assurance that many drug products manufactured

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

286

1    and released into interstate commerce by your

2    firm have the identity, strength, quality, and

3    purity that they purport to possess."

4                   If that information was provided to

5    the company seven or eight weeks before you

6    took the position of director of quality

7    control, do you feel that it's important that

8    you know that?

9                   MR. ANDERTON:  Objection.

10                  You may answer.

11                  THE WITNESS:  As I said, we are

12       working through our QSIP plan.  Those --

13       any observations are included in QSIP

14       plan and we are improving our practices

15       and procedures.

16   BY MR. MILLER:

17       Q    Did the QC plan ever discuss

18   specific findings from the warning letter?

19                  MR. ANDERTON:  Objection;

20       mischaracterizes his testimony.

21   BY MR. MILLER:

22       Q    It's okay to answer.

23                  MR. ANDERTON:  You may answer

24       if you know.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

287

1                    THE WITNESS:  I don't know.

2        BY MR. MILLER:

3            Q    Let's go to Page 4.

4                        MR. ANDERTON:  Of the warning

5            letter?

6                        MR. MILLER:  Yes.

7        BY MR. MILLER:

8            Q    And it's Observation No. 7.  It

9        says:  "Your firm's cleaning validation

10       studies were found to be inadequate and, as a

11       result, there was no assurance that equipment

12       is adequately cleaned between the manufacture

13       of different drug products."

14                   Were you aware, as the quality

15       control -- as the director of quality control,

16       that there was an issue with cleaning

17       validation studies seven weeks prior to your

18       taking that position?

19                        MR. ANDERTON:  Objection.

20                        You may answer.

21                        THE WITNESS:  Was I aware of

22           this cleaning validation?

23       BY MR. MILLER:

24           Q    Yes.

GOLKOW TECHNOLOGIES, INC.  -  1.877.370.3377

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

288

1        A    No.

2        Q    Did you ever become aware that there

3   were issues with cleaning validation studies?

4                MR. ANDERTON:   Objection.

5                You may answer.

6                THE WITNESS:   We may have a

7   QSIP item to improve.

8   BY MR. MILLER:

9        Q    And it says "For example," and it

10  specifically identifies:   "Cleaning validation

11  was performed for the process trains without

12  evaluating for sample recovery for numerous

13  products, including" -- there's a redaction,

14  and it follows up with "Digoxin Tablets, USP,

15   .25."

16                Were you aware -- actually, do me a

17  favor and explain to me, as the director of

18  quality control, do you have an understanding

19  what cleaning validation performed for the

20  process train indicates?

21        A    Cleaning validations are two part.

22  One is the actual cleaning procedures, how the

23  equipments are going to be cleaned; and the

24  second part is to take the test samples and

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

289

1    test in the laboratory.  And the methods that

2    you're going to use, that method needs to be

3    validated.  So there are three parts in there.

4         Q    Is performing a cleaning validation

5    for a process train without evaluating for

6    sample recovery, is that a violation of CGMP?

7              MR. ANDERTON:  Objection.

8              You may answer.

9              THE WITNESS:  I wouldn't

10   consider as a violation of CGMP.  Maybe

11   document needs to be upgraded, needs to

12   be improved.

13   BY MR. MILLER:

14        Q    If we go back to the first page, we

15   discussed that in that first paragraph it says

16   they identified significant deviations from

17   the current good manufacturing practice.  And

18   would you agree that they're going on to list

19   significant deviations from the current good

20   manufacturing practice?

21             MR. ANDERTON:  Objection;

22        mischaracterizes the document.

23             You may answer.

24             THE WITNESS:  Again, you are

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

290

1          repeating the same thing over and over

2          again.  This is FDA's interpretation,

3          FDA's observation and findings.  I really

4          cannot comment on that.  And these all

5          happened prior to my employment at

6          Actavis.

7     BY MR. MILLER:

8          Q    You agree that if FDA were to

9     identify significant deviations from current

10    good manufacturing practice, that it would be

11    important for the lab to improve on those

12    identified deviations?

13                    MR. ANDERTON:  Objection.

14                    You may answer.

15                    THE WITNESS:  Yes, sometimes,

16         yes.  We're going to improve our

17         operations.  We always want to improve

18         our operations.

19    BY MR. MILLER:

20         Q    If an observation is identified by

21    the FDA and you don't improve, could the

22    outcome be that the production line is going

23    to be shut down?

24                    MR. ANDERTON:  Objection.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

291

```
 1    BY MR. MILLER:
 2         Q    It's okay to answer.
 3                   MR. ANDERTON:   You may answer.
 4                   THE WITNESS:   Not necessarily.
 5    BY MR. MILLER:
 6         Q    You indicated that you didn't read
 7    the 483 from 2008.  Did you ever request a
 8    copy of it?
 9                   MR. ANDERTON:   Objection; asked
10         and answered.
11    BY MR. MILLER:
12         Q    Okay to answer.
13         A    No.
14         Q    No.  Do you recall being given a
15    copy of it?
16         A    No.
17                   MR. MILLER:   I would like to
18         mark Exhibit 86.
19                   (Plaintiff's Exhibit No. 86 was
20         marked for identification.)
21    BY MR. MILLER:
22         Q    Sir, I'll represent to you this is
23    an e-mail that was produced to us from
24    Actavis, specifically Actavis Document 506518.
```

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

309

1          A     Naturally, one observation is better

2     than hundred.

3          Q     Naturally, okay.  You understood

4     that time.  Thank you.

5               How long did you stay in the lab

6     with Phyllis Lambridis, the FDA inspector, and

7     your two managers?

8          A     With FDA inspector?

9          Q     Yes, sir.

10         A     Maybe one whole afternoon.

11         Q     I would like to discuss the findings

12    of that FDA 483.

13              It says:  "The responsibilities" --

14              MR. ANDERTON:  What page are we

15         on?

16              MR. MILLER:  We are on

17         Actavis 028225, which was previously

18         marked as Exhibit 26.

19              MR. ANDERTON:  Okay.  First

20         page of the document?

21              MR. MILLER:  Yes.

22              MR. ANDERTON:  Thank you.

23    BY MR. MILLER:

24         Q     And Observation 1, and above that it

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

310

1    says:  "Quality System":  "The

2    responsibilities and procedures applicable to

3    the quality control unit are not fully

4    followed."

5         As the director of quality control

6    of Actavis in March of 2008, is it important

7    that the responsibilities and procedures

8    applicable to the quality control unit are

9    followed?

10        MR. ANDERTON:  Objection.

11        You may answer.

12        THE WITNESS:  I think you are

13    generalizing all these observation.  I

14    was the head of quality control

15    laboratory.  Here they are referring to

16    quality control unit means total quality

17    system -- quality unit.  Nowhere it says

18    that quality control laboratory has the

19    problem or has the issues.

20    BY MR. MILLER:

21        Q    All right, sir.  Then it goes on to

22    say:  "Specifically, the Quality Unit

23    routinely failed to document, investigate and

24    address product quality issues at the time of

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

311

1      occurrence including in-process, finished

2      product and stability out of specification

3      analytical results."

4              Did I read that correctly, sir?

5          A    Yes.

6          Q    And would you agree with me that

7      finished product, stability out of

8      specification analytical results are part of

9      quality control?

10         A    I think you are taking out of

11     context from here, from this statement.

12         Q    What am I taking out of context?

13         A    Quality control laboratory tests the

14     product --

15         Q    Yes.

16         A    -- produce, give the documents to

17     quality assurance.  There are other quality

18     control organization.  They determine -- and

19     they review those documents and determine the

20     product disposition.  Nowhere it says that

21     quality control laboratory didn't test the

22     in-process, finished product, and stability

23     testing.

24         Q    I totally agree it's not saying it

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

312

1    wasn't tested.  It says:  "The Quality Unit

2    routinely failed to document, investigate and

3    address product quality issues at the time of

4    occurrence including in-process, finished

5    product and stability out of specification

6    analytical results."

7         A    You are asking me to respond to

8    somebody else's function, which I am not aware

9    of.  Quality control unit encompasses quality

10   system, quality assurance, quality control

11   laboratory, QAIG, training document.  You need

12   to be very more specific in that regard.

13        Q    Let's look at Observation 4, sir.

14   And it's going to be on page lower right

15   28230.  Observation 4 specifically says:

16   "Determinations of conformance to appropriate

17   written specifications for acceptance are

18   deficient for in-process materials."

19             Is that a function of the quality

20   control department?

21        A    That is a function of quality

22   department.

23        Q    Is that a function of your

24   department in quality control?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

313

1        A    I am the quality control laboratory
2    head.
3        Q    Is that a function of the quality
4    control laboratory?
5        A    We review -- we test and we submit
6    our results to quality assurance.  They decide
7    whether to accept or reject the batch.
8    Acceptance and rejection is not under my
9    control.
10       Q    Is this --
11       A    Was never under my control.
12       Q    I'm sorry.  Excuse me.
13            It says Specifically, and it goes on
14    to say:  Although three out of specification
15    results were obtained for blend uniformity at
16    the Right-Top sample location for Digoxin
17    Tablets .125 milligram -- and it goes on to
18    give the lot numbers and the dates -- no
19    manufacturing investigations were conducted.
20    Additional samples were used to retest the
21    blend and were reported.  Lot 70207A1 was
22    released on June 7, '07, and Lot 70770A1 was
23    released on November 30, '07, by Quality Unit.
24    Lot 7014A was not released due to atypical

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

315

1    BY MR. MILLER:

2        Q    Who was in charge of quality

3    assurance prior to Dan Bitler?

4        A    I don't know.

5        Q    Let's take a look at Observation 5.

6    And specifically Observation 5 says:

7    "Laboratory controls do not include the

8    establishment of scientifically sound and

9    appropriate specifications and test procedures

10   designed to assure that components, in-process

11   materials, and drug products conform to

12   appropriate standards of identity, strength,

13   quality and purity."

14           Did I read that correctly?

15       A    Yes.

16       Q    And does that fall squarely under

17   quality control?

18               MR. ANDERTON:   Objection.

19               You may answer.

20               THE WITNESS:   The laboratory

21   test procedures were developed at the

22   time of product approval with FDA.   That

23   particular methods, specifications were

24   developed by R&D, analytical R&D and

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

316

1        product development.  And based on those

2        submissions, we obtain our approval.  And

3        laboratory, we follow those test

4        procedures to test the product.

5    BY MR. MILLER:

6        Q    My question is:  Does Observation 5

7    pertain to quality control in the lab?

8                     MR. ANDERTON:  Objection.

9                     You may answer.

10                    THE WITNESS:  I said laboratory

11       tests the product based on the approved

12       procedures from FDA, test procedure.

13   BY MR. MILLER:

14       Q    If procedures were being done as

15   they were approved by the FDA, can you explain

16   why there's an observation suggesting the

17   opposite?

18       A    I have -- that's what I state in the

19   beginning.  This is interpretation of FDA's

20   inspector.  Those procedures and

21   specifications were approved by FDA through

22   our ANDA.

23       Q    As you were in the lab and the

24   inspector was inspecting the lab and you were

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

326

1          A     I don't remember the exact date.

2          Q     Give us a time frame, sir.

3          A     Maybe from May.

4          Q     May of 2008?

5          A     May of 2007.

6          Q     Was QSIP -- is there a QSIP that's

7     specific to Digitek?

8          A     QSIP is specific to the entire

9     quality system to improve.

10          Q     So the QSIP applies to all products?

11          A     QSIP applies to our practices and

12     procedure of entire Actavis Totowa, LLC.

13          Q     Is there a QSIP that is specific to

14     Digitek?

15          A     I cannot respond.  I don't know

16     about that.

17          Q     If there is one, you don't know

18     about it?

19          A     I don't remember.

20          Q     Would you know about it if there was

21     one?  Is there a place --

22          A     It should be in the QSIP plan.

23          Q     And do you keep a copy of the QSIP

24     plan in your files, sir?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

337

1    Those are two different answers, and so I need

2    to figure out which one applies here.

3         A    We are not producing any digoxin, so

4    I don't think there is any digoxin QSIP plan.

5         Q    To your recollection, as you sit

6    here today, there's nothing that specifically

7    addresses digoxin after the recall?

8         A    That's correct.

9         Q    And digoxin is not being produced --

10   has not been produced at your facility since

11   the recall; is that correct?

12        A    That's correct.

13        Q    Sir, there is something also called

14   a corrective action plan or corrective action

15   preventive action plan?

16        A    Right, CAPA.

17        Q    When was that put in place?

18        A    That was started sometime in --

19   that's sometime in 2007.

20        Q    Are you a member of the CAPA team?

21        A    CAPA relates to everybody, all the

22   department.

23        Q    In your position as director of

24   analytical services, are you involved in

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

338

1  writing or --

2       A    Yes.   If that particular assignment,

3  that particular CAPA comes assigned to my

4  department, yes, I will be involved.

5       Q    Is there a CAPA for each department?

6       A    CAPA relates to specific incidents

7  and what corrective actions that we are going

8  to take for that particular incidence.

9       Q    And is that a result of FDA

10  inspections as well, sir?

11                MR. ANDERTON:   Objection.

12                You may answer.

13                THE WITNESS:   No.   That

14        particular CAPA program was always there

15        in 2007.

16  BY MS. SANFORD:

17       Q    Did it have anything specific to

18  Digitek or digoxin in the CAPA plan?

19                MR. ANDERTON:   Objection.

20                You may answer.

21                THE WITNESS:   We are not

22        manufacturing any digoxin right now.

23  BY MS. SANFORD:

24       Q    It was in place in 2007 is your

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

339

1    testimony?

2         A     Right.

3         Q     You were manufacturing digoxin at

4    that time?

5         A     Right.

6         Q     Did the CAPA plan specifically apply

7    to digoxin?

8         A     I was -- there was no CAPA was

9    assigned to my department during that time, so

10   I was not aware of it.  CAPA is called for by

11   QA, quality assurance.

12        Q     So you were responsible for putting

13   CAPA together in 2007?

14                    MR. ANDERTON:  Objection.

15                    THE WITNESS:  Again, you are

16        misrepresenting the facts.

17   BY MS. SANFORD:

18        Q     I don't mean to misrepresent

19   anything.  I'm trying to understand.

20        A     CAPA is controlled and coordinated

21   by quality assurance department.  They

22   maintain the CAPA.  If the particular

23   incidence relates to my action that I have to

24   attend to that, then that could be assigned to

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

340

1    me.

2         Q      Okay.  Were there any assignments to

3    you in 2007 under the CAPA?

4         A      May have been.  I don't recall.

5         Q      If there were, they would be in your

6    file?

7         A      Will be in the CAPA file.

8         Q      In the CAPA file.  Did you keep a

9    copy of the CAPA file in your file, your

10   personal file?

11        A      I don't know.  I don't remember.

12        Q      Where is CAPA, the CAPA file kept?

13        A      With QA.

14        Q      If you wanted to go look, where

15   would it be kept?

16        A      With QA.

17        Q      In the QA department?

18        A      Right.

19        Q      That's Mr. Bitler's department; is

20   that correct?

21        A      In 2007, yes.

22        Q      How about in 2008?

23        A      In QA, I don't know where it was

24   maintained right now.  It may be quality

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

341

1    system, may be quality investigation group.

2         Q    When's the last time you looked at

3    the CAPA file?

4         A    Again, you are asking the general

5    question.  I don't look into entire CAPA.  I

6    look -- I was informed on any particular

7    incidence or assignment was given to my

8    department, and I was responsible only for

9    that particular incidence.

10        Q    And what I'm asking you, sir, is

11   when the last time is that you recollect

12   looking at any part of the CAPA yourself.

13        A    Yeah.  If that particular incidence

14   leads to my department, my action, I will look

15   into that.

16        Q    When is the last time you remember

17   doing that, sir?

18        A    I don't know exact date, but maybe

19   last week could have been.

20        Q    So it's a regular occurrence?

21        A    It's a regular occurrence.  We have

22   due dates and we need to complete our actions,

23   and we need to report to our QA department.

24        Q    And that's usually within 30 days?

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

342

1        A     Right.

2            Q     Or you try to have it within 30

3     days?

4            A     Yes.   If not, we justify for

5     extension and QA has to approve that

6     extension.

7            Q     Sir, in regard to the -- I want to

8     get back to the QSIP plan that we were

9     discussing.   And you told me that the second

10    plan started after May of two thousand -- in

11    around May of 2008 or after May 20th of 2008.

12    Who was in charge of that, or who is in charge

13    of that?

14           A     Quality system.

15           Q     And is there any particular person

16    that's in charge of the QSIP plan?

17           A     I don't know who is particularly

18    handling it, but director of quality system is

19    Paul Galea.

20           Q     And do you attend meetings relating

21    to the QSIP post May 2008?

22           A     I attended at the end of 2008.

23    Wait.   I attended some QSIP meeting from end

24    of 2009, not 2008.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

343

1    Q    So do they still have regular weekly
2    meetings?
3    A    QSIP is a biweekly meeting, every
4    two weeks.
5    Q    And do you typically attend the
6    biweekly meetings?
7    A    Since end of 2009, sometime in
8    August, September.
9    Q    And the other plan that you told me
10   about -- and I'm sorry.  I'm having trouble
11   looking at my notes.  The one that you told me
12   Mr. Talbot was in charge of --
13   A    Quality improvement plan.
14   Q    Quality improvement plan.  Thank
15   you, sir.  The quality improvement plan, did
16   it stop when Mr. Talbot left the company?
17   A    That's right.
18   Q    And when was that, sir?
19   A    Talbot left December of 2007.
20   Q    And did anyone take up continuing
21   the quality improvement plan, to your
22   knowledge?
23   A    I have no idea.
24   Q    You don't have any involvement in

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

344

1    that?

2         A    No, no.

3         Q    Do you keep a copy of that in your

4    files, sir?

5                   MR. ANDERTON:  Objection.

6                   You may answer.

7                   THE WITNESS:  I don't know.

8    BY MS. SANFORD:

9         Q    When's the last time you recall

10   looking at the quality -- any part of the

11   quality improvement plan?

12        A    I don't remember.

13        Q    Before or after Mr. Talbot left the

14   company?  If you know.

15        A    The quality improvement plan is the

16   harmonization of our practice and procedure in

17   different sites.

18        Q    Right.  I understand that, sir.

19        A    Right.

20        Q    I'm just asking when's the last time

21   you remember looking at that, any portion of

22   that plan.

23        A    I think after Scott Talbot left,

24   then I never heard of that particular program.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

345

1          Q     Okay.  So it would have been prior
2     to his leaving?
3          A     Right.
4          Q     Can you tell the jury, sir, in
5     quality control and analytical services, from
6     April 2007 to about April of 2008, what did it
7     mean to release a product from your
8     department, sir?
9          A     From April of 2007 to April of 2008?
10         Q     Yeah.
11         A     The response of analytical services?
12    That's what you're asking?
13         Q     In your department, sir.  The entire
14    time in your department, can you tell the jury
15    in your department in that time frame, April
16    of 2007 through the end of April 2008, what
17    did it mean for a product to be released from
18    your department?
19         A     From quality control laboratory?
20                    MR. ANDERTON:  Objection.
21    BY MS. SANFORD:
22         Q     That's fine.  We'll start there.
23                    MR. ANDERTON:  Objection.
24                    You may answer.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

346

1          THE WITNESS:   In quality

2      control laboratory, we test the product

3      as per procedure and report our results

4      and report all those results to quality

5      assurance.

6   BY MS. SANFORD:

7          Q     So when you see documents that

8   reference a product being released or a lot or

9   batch being released from your department,

10  that's what it means?

11         A     That's what it means.

12         Q     You've released it to quality

13  assurance?

14         A     Quality assurance.

15         Q     And that was true in 2007?

16         A     That's right.

17         Q     Was it true up to the time you left

18  that position in 2008?

19         A     That's right.

20         Q     Who was in charge of quality

21  assurance in November of 2007?

22         A     November 2007?

23         Q     Yes.

24         A     Dan Bitler.

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

347

1        Q      Was that true in December of 2007 as
2    well?
3        A      Yes.
4        Q      And January of 2007?
5        A      Yes.
6        Q      Did Mr. Bitler ever contact you
7    about any of the products or results that you
8    released to his department?
9        A      No.  We turned over the entire
10   document, the laboratory document, to QA.
11       Q      Is there ever any time that you can
12   remember, sir, that his department, that's
13   quality assurance, rejected a product you had
14   released?
15                      MR. ANDERTON:  Objection.
16                      You may answer.
17                      THE WITNESS:  He may have.  I
18       don't have any recall.
19   BY MS. SANFORD:
20       Q      As head of the department, it would
21   probably be something that would be brought to
22   your attention, I assume, sir?
23       A      Not necessarily.
24       Q      What happens if they reject -- if a

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

348

1    product has been released from your lab that's

2    been rejected by quality assurance?  Walk me

3    through the process there.

4                    MR. ANDERTON:  Objection.

5                    THE WITNESS:  He will reject --

6                    MR. ANDERTON:  Wait.

7                    Objection; mischaracterizes his

8        testimony.

9                    You may answer.

10                    THE WITNESS:  He will reject

11        the particular product.

12    BY MS. SANFORD:

13        Q    What would be the reasons he would

14    reject it, sir?

15        A    He may have a number of other

16    reasons.  We just provide that one particular

17    part of the puzzle.  We just give the

18    laboratory test results.  He reviewed the

19    manufacturing document.  He reviews the

20    packaging document.  He reviews everything,

21    all the documents and all the events.  Then he

22    make the decision whether to accept or reject

23    the product.

24        Q    So a drug product that's been

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

349

1    released from your department, sir, goes to

2    quality assurance.  Quality assurance then

3    does the packaging on the product?

4         A    Packaging --

5                   MR. ANDERTON:  Objection.

6         Again, mischaracterizes his testimony.

7                   You may answer.

8                   THE WITNESS:  Packaging,

9    package department.  Packaging department

10   package the product, not quality

11   assurance.

12   BY MS. SANFORD:

13        Q    So what does quality assurance do

14   once it's released from you on a product?

15                   MR. ANDERTON:  Objection.

16                   You may answer.

17                   THE WITNESS:  They wait for

18   other documents to come in.  They review

19   all the documents.  Then they determine

20   whether product can be released or

21   rejected.

22   BY MS. SANFORD:

23        Q    And, sir, in 2007, in November and

24   December of 2007, do you know how many people

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

350

1    were working in the quality assurance

2    department?

3          A    I don't know.

4          Q    And as you sit here today, you can't

5    recall any specific product at any time that

6    was rejected by quality assurance that was

7    brought to your attention?

8          A    That's right.

9          Q    Sir, can you tell the jury the

10   difference between a batch and a lot?  I'm on

11   a new subject, so I don't want to confuse you

12   with that.

13         A    Lot usually refer to raw material

14   situation, and batch is a finished product

15   batch.  It's intermittently -- sometimes

16   people use lot and batch number.

17         Q    But in your mind, in your

18   department, batch would refer to a finished

19   product?

20         A    That's right.

21         Q    And lot would refer to raw

22   materials?

23         A    That's correct.

24         Q    So when a product goes out with a

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

353

1

2                              CERTIFICATE

3

4              I HEREBY CERTIFY that the

5     witness was duly sworn by me and that the

6     deposition is a true record of the testimony

7     given by the witness.

8                    It was requested before

9     completion of the deposition that the witness,

10    SWAPAN ROYCHOWDHURY, have the opportunity to

11    read and sign the deposition transcript.

12

13

14

15         _____
           KIMBERLY A. OVERWISE
16         Certified Realtime Reporter
           Notary Public
17         Dated:  December 31, 2009

18

19                    (The foregoing certification of

20    this transcript does not apply to any

21    reproduction of the same by any means, unless

22    under the direct control and/or supervision of

23    the certifying reporter.)

24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

354

1              INSTRUCTIONS TO WITNESS

2

3              Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the appropriate

6    space on the errata sheet for any corrections

7    that are made.

8                   After doing so, please sign the

9    errata sheet and date it.

10                  You are signing same subject to the

11   changes you have noted on the errata sheet,

12   which will be attached to your deposition.

13                  It is imperative that you return the

14   original errata sheet to the deposing attorney

15   within thirty (30) days of receipt of the

16   deposition transcript by you.  If you fail to

17   do so, the deposition transcript may be deemed

18   to be accurate and may be used in court.

19

20

21

22

23

24

Swapan Roychowdhury
Confidential – Subject to Further Confidentiality Review

356

1

2                ACKNOWLEDGMENT OF DEPONENT

3

4                I, SWAPAN ROYCHOWDHURY, do

5     hereby certify that I have read the foregoing

6     pages, 1-355, and that the same is a correct

7     transcription of the answers given by me to

8     the questions therein propounded, except for

9     the corrections or changes in form or

10    substance, if any, noted in the attached

11    Errata Sheet.

12

13

14    _____        _____

15    SWAPAN ROYCHOWDHURY                 DATE

16

17

18

19    Subscribed and sworn
      to before me this
20    _____ day of _____, 2009.

21    My commission expires:_____

22    _____

23    Notary Public

24