IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                MDL No. 1968

## INVOLVED CLERKS LIST (CTO-29)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Terry Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~David J. Weaver, Clerk~~
~~814 Theodore Levin U.S. Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805