IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                                              MDL No. 1968

## PANEL SERVICE LIST (CTO-29)

Michael H. Artinian
BRIDGFORD & GLEASON
85 Enterprise, Suite 470
Aliso Viejo, CA 92656

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE
  & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Margaret Mary Byrne
4669 North Manor Avenue
Chicago, IL 60625

William Campisi, Jr.
LAW OFFICE OF WILLIAM
  CAMPISI JR
1932 Bonita Avenue
Berkely, CA 94504

Dylan Matthew Carson
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Alicia J. Donahue
SHOOK HARDY & BACON LLP
333 Bush Street, Suite 600
San Francisco, CA 94104-2828

James Victor Doyle, Jr.
WIGGINS CHILDS QUINN
  & PANTAZIS LLC
The Kress Building
301 Nineteenth Street, North
Birmingham, AL 35203

Robert J. Drummond
DRUMMOND LAW FIRM
5722 West 63rd Street
Chicago, IL 60638

Judith E. Fors
RING & ARGEROS
30 North LaSalle Street
2440
Chicago, IL 60602

H. Candace Gorman
LAW OFFICE OF H CANDACE
  GORMAN
220 South Halsted Street
#200
Chicago, IL 60661

Katherine D. Goudie
BUTZEL LONG
150 W. Jefferson Avenue
Suite 900
Detroit, MI 48226-4430

Brian Kelly Herrington
HERRINGTON LAW PA
P.O. Box 769
Jackson, MS 39205

David A. Hoines
HOINES HESS & ROSE
3081 East Commercial
Boulevard, Suite 200A
Fort Lauderdale, FL 33308

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90017-2223

Jeffery T. Meyers
MORGAN & MEYERS
3200 Greenfield, Suite 260
Dearborn, MI 48120-1802

Steven Ray Parker
BALCH & BINGHAM LLP
1901 6th Avenue North
Suite 1500
Birmingham, AL 35203

Rolf L. Patberg
PATBERG CARMODY
  & GING
Deutschtown Center
801 Vinial Street, Third Floor
Pittsburgh, PA 15212

Jeffrey Singer
SEGAL MCCAMBRIDGE
  SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Ralph B. Wegis
LAW OFFICES OF RALPH
  B WEGIS
1930 Truxton Avenue
Bakersfield, CA 93301

Benjamin A. White
HERRINGTON & WHITE PLLC
P.O. Box Drawer 3260
Ridgeland, MS 39158-3260