IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                                              MDL No. 1968

## INVOLVED JUDGES LIST (CTO-29)

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Robert R. Armstrong, Jr.
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon. Samuel Der-Yeghiayan
U.S. District Judge
1988  Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Dolly M. Gee
U.S. District Judge
United States District Court
United States Courthouse
312 North Spring Street, Room 218
Los Angeles, CA 90012-4701

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Jeffrey T. Miller
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
Suite 5190
San Diego, CA 92101

Hon. Rebecca R. Pallmeyer
U.S. District Judge
2178 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Hon. Victoria A. Roberts~~
~~U.S. District Judge~~
~~123 Theodore Levin United States Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~