IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
IN RE DIGITEK®
    PRODUCTS LIABILITY LITIGATION    MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing "Plaintiffs' Reply to Defendants' Brief in Opposition to Plaintiffs' Motion to Compel Deposition Testimony" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I hereby certify that on March 22, 2010, I served via e-mail a true and correct copy of the foregoing documents to:

Rebecca A. Betts, Esquire, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P. O. Box 3394
Charleston, WV  25333-3394

Matthew P. Moriarty, Esquire
Richard Dean, Esquire
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Madeleine McDonough, Esquire
Harvey L. Kaplan, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

    s/Fred Thompson, III Esq._____
    Fred Thompson, III, Esq.
    Motley Rice, LLC
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464
    **Co- Lead Counsel**