**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: DIGITEK
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #57**
(Cancel Status Conference)

Given that this litigation is progressing in an orderly fashion, the parties and the court agree that a status conference is not necessary at this juncture. It is hereby **ORDERED** that the status conference scheduled for Wednesday, April 7, 2010 at 9:00 a.m. in Judge Goodwin's chambers is **CANCELLED**. The status conference will be re-scheduled at an appropriate and agreed upon later date.

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2-10 -cv-00397. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide

by all pretrial orders previously entered by the court.  The orders may be accessed through the

CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: March 26, 2010

        Joseph R. Goodwin, Chief Judge