A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Mar 30, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 30, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION
Christine Evans, etc. v. Walgreen Co.,
    E.D. Michigan, C.A. No. 2:10-10554

MDL No. 1968

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Evans*) on February 26, 2010. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Tabor* filed notice of opposition to the proposed conditional transfer order. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-29" filed on February 26, 2010, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of West Virginia for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Joseph R. Goodwin.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel