**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                               MDL No. 1968

**PANEL SERVICE LIST**

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Katherine D. Goudie
BUTZEL LONG
150 W. Jefferson Avenue
Suite 900
Detroit, MI 48226-4430

Justin J. Hakala
MORGAN & MEYERS PLC
3200 Greenfield Road
Suite 260
Dearborn, MI 48120

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465