# DOCUMENT FILED IN INCORRECT CASE

Image Removed and Filed in CA 2:09-1295