UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

IN RE DIGITEK®
    PRODUCT LIABILITY LITIGATION         MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

PRETRIAL ORDER # 58
(Notice of Hearing on Plaintiffs' Motion to Compel Deposition Testimony)

Pending before the court is Plaintiffs' Motion to Compel Deposition Testimony, filed February 19, 2010. (Docket # 301.) The parties are hereby **NOTIFIED** that the court will conduct a hearing on the Motion on **Tuesday, April 13, 2010, at 11:00 a.m.** in **Charleston** at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Room 5400.

The Clerk is directed to file this Order in 2:08-md-1968 which shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:10-cv–455. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order

will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

    ENTER: April 9, 2010

                                          Mary E. Stanley
                                          United States Magistrate Judge