Court Minutes:

Session: 2010APR13
Session Date: 04/13/2010
Judge: Stanley, Mary E.
Reporter: CourtFlow, Digital

Division: Chas
Session Time: 09:57

Courtroom: R5400

Clerk(s): Lair, Tabitha

US Attorney(s):

Public Defender(s):

Prob. Officer(s):

Court interpreter(s):


Case ID: 0001

Case number: 2:08-md-1968
Plaintiff:
Plaintiff Attorney:
Defendant: Digitek
CJA/Retained Atty:
Co-Defendant(s):
US Attorney:
Public Defender:

04/13/2010

| Time | | Event |
|---|---|---|
| 10:00:53 | | Recording Started: |
| 10:00:53 | | Case called |
| 10:00:56 | | **General:** HEARING TYPE: MOTION TO COMPEL (note: hearing began at 11:00 not 10:00) |
| 10:00:59 | | for def: Matthew Moriarty, Rebecca Betts |
| 10:01:24 | | for pl: Fred Thompson, Meghan Johnson Carter, Carl Frankovitch, Pete Miller |
| 10:03:07 | | via phone: Ericka Downie, Michael Anderton |
| 10:04:20 | | **Judge: Stanley, Mary E.** called case, noted appearances of counsel |
| 10:07:24 | | here on pl motion to compel testimony |
| 10:07:36 | | court has reviewed documents |
| 10:08:37 | | **General:** Mr. Thompson comments |
| 10:16:03 | | **Judge: Stanley, Mary E.** court asks about depos |
| 10:17:24 | | **General:** Ms. Carter and Mr. Thompson respond |
| 10:18:05 | | **Judge: Stanley, Mary E.** attorney fees? |
| 10:18:12 | | **General:** Mr. Thomspon responds |
| 10:18:50 | | **Judge: Stanley, Mary E.** quality control depos? |
| 10:19:06 | | **General:** Mr. Thompson responds |
| 10:20:16 | | **Judge: Stanley, Mary E.** anything else? |
| 10:20:21 | | **General:** Mr. Thompson responds |
| 10:21:17 | | Mr. Moriarty comments |
| 10:31:38 | | **Judge: Stanley, Mary E.** courts responds |
| 10:37:12 | | gr motion to compel testimony |
| 11:40:39 | | asks about liquid |
| 11:40:51 | | **General:** Mr. Thompson responds |
| 11:50:15 | | **Judge: Stanley, Mary E.** FDA letters |
| 11:52:25 | | **General:** Mr. Moriarty comments |
| 11:54:52 | | **Judge: Stanley, Mary E.** responds |
| 11:58:10 | | **General:** |

| | | |
|---|---|---|
| | | Mr. Thompson responds |
| 12:00:59 | **Judge: Stanley, Mary E.** | Mr. Moriarty reply |
| 12:03:01 | | court out 4/16 - 5/3 |
| 12:03:42 | **General:** | Mr. Thompson -next depo is 4/30 |
| 12:05:51 | **Judge: Stanley, Mary E.** | pretrial order 27 and 37 |
| 12:08:07 | **General:** | Mr. Thompson asks about private court reporter |
| 12:08:56 | **Judge: Stanley, Mary E.** | comments |
| 12:11:06 | **Stop recording** | |