**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**  MDL No. 1968

**INVOLVED CLERKS LIST (CTO-30)**

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Michael J. Roemer, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Michael J. Roemer, Clerk
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1368

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546