IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                              MDL No. 1968

## PANEL SERVICE LIST (CTO-30)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Michael W. Clancy
CLANCY LAW OFFICES
7 South Second Avenue
St. Charles, IL 60174

Alissa J. Magenheim
O'CONNOR ACCIANI & LEVY
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202

Mary Moorman Penn
HOGAN WILLIG
2410 North Forest Road
Suite 301
Getzville, NY 14068

Jeffrey Singer
SEGAL MCCAMBRIDGE SINGER
 & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Andy B. Steingold
MANEY & GORDON PA
101 E. Kennedy Blvd.
Suite 3175
Tampa, FL 33602

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465

Monica Celeste Vaughan
HOUSSIERE DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Three Post Oak Central
Houston, TX 77056-3812

David Walz
CARLTON FIELDS PA
4221 W Boy Scout Blvd.
Suite 1000
Tampa, FL 33607