IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-30)

Hon. Michael R. Barrett
U.S. District Judge
815 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Susan C. Bucklew
Senior U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Virginia Maria Hernandez Covington
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Suite 1058
Tampa, FL 33206

Hon. Susan J. Dlott
Chief Judge, U.S. District Court
227 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Charles R. Norgle, Sr.
U.S. District Judge
2346 Everett McKinley Dirksen
  U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Charles J. Siragusa
U.S. District Judge
1360 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Hon. William M. Skretny
Chief Judge, U.S. District Court
507 U.S. Courthouse
68 Court Street
Buffalo, NY 14202