USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**IN RE DIGITEK PRODUCTS
LIABILITY LITIGATION**         AT CHARLESTON

v.                                        Case Number  MDL NO. 1968

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

> **Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list <u>for the above-entitled action only</u>.  DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.**

I, _____**Paul Gagliardi**_____ , hereby provide this *Notice of*
<em>Name of Attorney</em>

*Change of Attorney Information* to the Court and request the Clerk's Office to:

○     **Please add my name as counsel of record *in the above-entitled action only* as follows:**

My firm/government agency, _____ ,
has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

◉     **Please change within-firm representation *in the above-entitled action only* as follows:**

My firm/government agency, _____**Gagliardi Law, LLP**_____ ,

by _____**Vicki Ridgway Barton**_____ ,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

○   **Please remove me from the Court's service list *for the above-entitled action only* as follows:**

I am to remain counsel of record for the following party(s):

_____

_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

○   **Please update my name and/or firm information *for the above-entitled action only* as follows:**

Former name: _____   New name: _____

New firm/government agency name: _____

New address: _____

_____

_____   _____   _____

New telephone number   New facsimile number   New e-mail address *(provide only if a registered CM/ECF e-filer)*

Date: ___4-27-10_____   _____