SAVE A COPY

# In Re Digitek Products Liability Litigation

MDL 1968                                          Chief Judge Joseph R. Goodwin

---

**Notice of Request of Attorney to be Removed from the Court's Service List Form**

Please Print or Type Below

---

**Name of Attorney:** Richard E. Shevitz

**Address:** One Indiana Square, Suite 1400, Indianapolis, IN 46204

**Telephone Number:** 317-636-6481        **Email Address:** rshevitz@cohenandmalad.com

I am to remain counsel of record for the following party(s) in the In Re Digitek Products Liability Litigation:

**Civil Action Number (SDWV):** 2:08-cv-1046 - Case Dismissed without prejudice

**Short-Style of Case:** Jerry J. Losh v. Actavis Totowa, LLC., et al

**Party(s) Representing:** Jerry J. Losh

FILED
MAY - 3 2010
TERESA L. DEPPNER, CLERK
U.S. District Court

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

DATE: May 1, 2010                         s/ Richard E. Shevitz
                                          Electronic Signature