# BUCHANAN & BELLAN, L.L.P.
### ATTORNEYS AT LAW

G. KEVIN BUCHANAN* (TX, OK)
MELISSA J. BELLAN
CYNTHIA G. ROBERTS
 *Board Certified Personal Injury Trial Law
 Texas Board Of Legal Specialization

900 JACKSON STREET
SUITE 350
DALLAS, TEXAS 75202

TELEPHONE: (214) 378-9500
FACSIMILE: (214) 365-7220

www.buchananbellan.com

May 11, 2010



Court Clerk
U.S. District Court
Southern District of West Virginia
300 Virginia Street E, Room 2400
Charleston, WV 25301
P.O. Box 2546
Charleston, WV 25329

Via First Class Mail

Re:   *Digitek Litigation;* MDL No. 1968; In the United States District Court, Southern District of West Virginia, Charleston Division.

Dear Clerk:

Please be advised that I, Kevin Buchanan, will be **out of the office from June 14, 2010 to June 18, 2010 for designated vacation days**.

We respectfully request that no hearings, settings, or other matters be scheduled or acted upon during the above vacation period. I would also appreciate no trials being set for the week before such absence and the week after such absence.

If there are any court dates or other pressing matters which need to be addressed prior to this period of absence, please contact our office immediately so that we may attempt to resolve any conflicts.

Your attention to this matter is greatly appreciated.

Sincerely,

Kevin Buchanan

cc:   Loren Massey
      3601 Lincoln Way
      Sioux City, Iowa 51106
      Via First Class Mail

Clerk of the Court
May 11, 2010
Page 2 of 2

    Christopher Seeger
    Seeger Weiss LLP
    550 Broad Street, Suite 920
    Newark, NJ 07102
    <u>Via Facsimile (973) 639-9393</u>

    John Simon
    <u>Tucker Ellis & West, LLP</u>
    1150 Huntington Building
    925 Euclid Avenue
    Cleveland, OH 44115-1414
    <u>Via Facsimile (216) 592-5009</u>