**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1968

## INVOLVED CLERKS LIST (CTO-31)

Terry Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Victoria Minor, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Robin Tabora, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

David Crews, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

Michael J. Roemer, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal Building
& U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310