**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**          MDL No. 1968

**PANEL SERVICE LIST (CTO-31)**

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326-1723
**hfbell@belllaw.com**

Kevan I. Benkowitz
LAW OFFICES OF KEVAN I BENKOWITZ PC
4949 Hedgcoxe Road
Suite 190
Plano, TX 75024
**kevan@kiblaw.com**

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394
**rab@agmtlaw.com**

Kimberly A. Colaiacovo
HARRIS BEACH PLLC
Larkin at Exchange, Suite 1000
726 Exchange Street
Buffalo, NY 14210
**kcolaiacovo@harrisbeach.com**

Alicia J. Donahue
SHOOK HARDY & BACON LLP
333 Bush Street
Suite 600
San Francisco, CA 94104-2828
**adonahue@shb.com**

Richard M. Eldridge
ELDRIDGE COOPER STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566
**general_delivery@ecslok.com**

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005
**painpumplit@harrisbeach.com**

David W. Hill
NAHON SAHAROVICH & TROTZ PLC
488 South Mendenhall
Memphis, TN 38117
**dhill@nstplc.com**

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112
**bdehkes@charleshjohnsonlaw.com**

Michael S. Kruse
ONDER SHELTON O'LEARY PETERSON LLC
110 East Lockwood
St. Louis, MO 63119
**kruse@onderlaw.com**

Michael Alan Logan
KANE RUSSELL COLEMAN & LOGAN PC
1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX 75201-7207
**mlogan@krcl.com**

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071-2223
**avril.love@tuckerellis.com**

**MDL No. 1968 - Panel Service List (CTO-31) (Continued)**

David Michael Moeck
QUINLAN KERSHAW & FANUCCHI
2125 Merced Street
Fresno, CA 93721
**d.moeck@qkffirm.com**

Matthew P. Moriarty
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
**matthew.moriarty@tuckerellis.com**

Scott D. Perlmuter
NOVAK ROBENALT & PAVLIK LLP
950 Skylight Office Tower
1660 West Second Street
Ste. 270
Cleveland, OH 44113-1498
**sperlmuter@nrplaw.com**

Gregg A. Rossi
ROSSI & ROSSI
802 Sky Bank Bldg.
26 Market Street
Youngstown, OH 44503
**garossi@ameritech.net**

Todd S. Sharinn
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005
**tsharinn@harrisbeach.com**

Robert L. Sweeney, Jr.
LAW OFFICES OF ROBERT L SWEENEY JR
163 South Main Street
Cheshire, CT 06410

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
**fthompson@motleyrice.com**

Theresa M. Walsh
BROWN & CHIARI LLP
5775 Broadway
Lancaster, NY 14086
**twalsh@brownchiari.com**

Mark Weimer
MARK WEIMER PC
P.O. Box 2054
Oklahoma City, OK 73101-2054
**firm@weimerlaw.net**