IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

## INVOLVED JUDGES LIST (CTO-31)

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Vanessa Lynee Bryant
U.S. District Judge
Abraham Ribicoff Federal Building
& United States Courthouse
450 Main Street
Hartford, CT 06103-3022

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Federal Building
Two South Main Street
Akron, OH 44308

Hon. Dolly M. Gee
U.S. District Judge
United States District Court
United States Courthouse
312 North Spring Street, Room 218
Los Angeles, CA 90012-4701

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. James Edgar Kinkeade
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street, Room 1625
Dallas, TX 75242-1003

Hon. Lawrence J. O'Neill
U.S. District Judge
United States Disrtict Court
1501 Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721-1318

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Patrick J. Schiltz
U.S. District Judge
774 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. William M. Skretny
Chief Judge, U.S. District Court
507 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. Donald J. Stohr
Senior U.S. District Judge
Thomas F. Eagleton United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958