## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/25/2010
Case Style: In re: Digitek vs.
Type of hearing Status Conference
Before the honorable: 25BC-Stanley
Court Reporter
Attorney(s) for the Plaintiff or Government

Case Number 2:08-md-1968

Courtroom Deputy Law Clerk

Attorney(s) for the Defendant(s)

Law Clerk

Probation Officer

### Trial Time

### Non-Trial Time

### Court Time

10:00 am   to 10:40 am
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Status conference with discussion of discovery issues held in Chief Judge Goodwin's Chambers

Attending with U.S. Magistrate Judge Mary E. Stanley, Kate Fife, Law Clerk

Parties present: Harry Bell, Rebecca Betts, Kim Fields and participating by phone: Richard Dean, Matt Mortiarty, Ericka Downie and Fred Thompson (not everyone identified by phone)