UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

IN RE DIGITEK®
PRODUCT LIABILITY LITIGATION                                      MDL NO. 1968

_____

THIS DOCUMENT RELATES TO ALL CASES


PRETRIAL ORDER #61
(Location of Joint Hearing to Address Challenges to Scientific and Technical Evidence)

As was discussed in Amended PTO #48, the Honorable Sandra Mazer Moss of Pennsylvania, the Honorable Brian R. Martinotti of New Jersey, the Honorable Alan D. Moats of West Virginia and the Honorable Buddie J. Hahn of Texas have agreed to sit jointly with the undersigned and hear evidence on the scientific and technical issues presented in *Digitek* litigation.

For reasons appearing to the undersigned and these distinguished state judicial officers presiding over certain consolidated *Digitek* actions, it is hereby **ORDERED** that the hearing previously scheduled pursuant to Amended PTO #48 for 9:00 a.m. on October 13-14, 2010, in Charleston, West Virginia has been **rescheduled on the same dates and time in Courtroom 653 of City Hall, Philadelphia, Pennsylvania.**

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 which shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2-

10 -cv-00767.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: June 2, 2010

Joseph R. Goodwin, Chief Judge