# DOCUMENT FILED IN INCORRECT CASE

Document Filed in Member Civil Action 2:10-0085