# DOCUMENT FILED IN INCORRECT CASE

Document Filed in Member Civil Action 2:08-1105