A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jun 04, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 20, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION　　　　　MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-32)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 271 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 04, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                          MDL No. 1968

### SCHEDULE CTO-32 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

ALABAMA MIDDLE
  ~~ALM   2     10-375~~             ~~Felecia Beasley, etc. v. Actavis Group hf, et al.~~

CALIFORNIA CENTRAL
  CAC   2    10-2792                Maria Spargifiore, et al. v. Mylan Pharmaceuticals, Inc., et al.

GEORGIA NORTHERN
  GAN   1    10-1232                Kate M. Henry, et al. v. Actavis Totowa, LLC, et al.

ILLINOIS NORTHERN
  ILN   1    10-2715                MaryAnn Hoxworth v. Actavis Totowa, LLC, et al.

KANSAS
  KS    2    10-2201                William Kerstann, et al. v. Actavis Totowa, LLC, et al.

MISSISSIPPI SOUTHERN
  MSS   2    10-88                  George Dunn v. Actavis Totowa, LLC, et al.

OKLAHOMA WESTERN
  OKW   5    10-432                 Tereasa Marie Vachon, et al. v. Actavis Totowa, LLC, et al.