IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                   MDL No. 1968

**PANEL SERVICE LIST (CTO-32)**

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326
**hfbell@belllaw.com**

Michael T. Bennett, Jr.
MICHAEL T BENNETT JR PC
563 Spring Street, N.W.
Atlanta, GA 30308
**mike.bennett@mtblaw.net**

Rebecca A. Betts
ALLEN GUTHRIE
& THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394
**rab@agmtlaw.com**

Andy D. Birchfield, Jr.
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103
**andy.birchfield@beasleyallen.com**

Isaac Henson Braddock
NEIL C NEWSON &
ASSOCIATES
8447 Wilshire Boulevard
Suite 204
Beverly Hills, CA 90211
**ihb.law@gmail.com**

Steven Frank Casey
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
**scasey@balch.com**

Nathan L. Clark, Jr.
CLARK & CLARK PLLC
912 West Pine Street
Hattiesburg, MS 39401
**lester@clarkatty.com**

Alicia J. Donahue
SHOOK HARDY & BACON LLP
333 Bush Street
Suite 600
San Francisco, CA 94104-2828
**adonahue@shb.com**

Richard M. Eldridge
ELDRIDGE COOPER STEICHEN
& LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566
**general_delivery@ecslok.com**

Charles Edgar Hoffecker
HOFFECKER LAW GROUP PC
945 East Paces Ferry Road
Suite 2250
Atlanta, GA 30326
**chad.hoffecker@hlglaw.net**

James L. Hollis
BALCH & BINGHAM LLP
30 Ivan Allen Jr., Boulevard, NW
Suite 700
Atlanta, GA 30308
**jhollis@balch.com**

James E. Kiley, Jr.
KILEY LAW FIRM LLC
6750 W. 93rd Street
Suite 210
Overland Park, KS 66212
**jamesk@kileylawoffice.com**

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071-2223
**avril.love@tuckerellis.com**

Joe B. Reynolds
JOE BRETT REYNOLDS PC
501 N. Walker
Suite 120
Oklahoma City, OK 73102
**joe@joereynoldslaw.com**

Kent D. Sinson
SINSON & SINSON LTD
205 West Wacker Drive
Suite 1600
Chicago, IL 60606
**kentsinson@aol.com**

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
**fthompson@motleyrice.com**

R. Todd Waddell
GOODWIN MEE
& FREEDE LLP
9400 N. Broadway Avenue
Suite 450
Oklahoma City, OK 73114
**toddwaddell@gmf-ok.com**