IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                MDL No. 1968

## INVOLVED JUDGES LIST (CTO-32)

Hon. Samuel Der-Yeghiayan
U.S. District Judge
1988  Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Hon. Mark E. Fuller~~
~~Chief Judge, U.S. District Court~~
~~A-300 U.S. Courthouse~~
~~One Church Street~~
~~Montgomery, AL 36104~~

Hon. Dolly M. Gee
U.S. District Judge
United States District Court
United States Courthouse
312 North Spring Street, Room 218
Los Angeles, CA 90012-4701

Hon. Tim Leonard
Senior U.S. District Judge
4301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Keith Starrett
U.S. District Judge
U.S. District Court
228 U.S. Courthouse Federal Building
701 N. Main Street
Hattiesburg, MS 39401

Hon. Richard W. Story
U.S. District Judge
121 Spring Street, S.W.
Room 207
Atlanta, GA 30501

Hon. Kathryn H. Vratil
Chief Judge, U.S. District Court
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400