# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:  DIGITEK
        PRODUCTS LIABILITY LITIGATION

                                      MDL NO. 1968

_____

THIS DOCUMENT RELATES TO ALL CASES

_____


### <u>CERTIFICATE OF SERVICE</u>


     I hereby certify that on June 5, 2010, I served via electronic mail a copy of Plaintiff's

Disclosure of General Causation Expert Witnesses and supporting attachments to counsel

for Defendants.


                                    s/Fred Thompson, III Esq._____
                                    Fred Thompson, III, Esq.
                                    Motley Rice, LLC
                                    28 Bridgeside Blvd.
                                    Mt. Pleasant, SC 29464
                                    ***Co- Lead Counsel***