IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE DIGITEK®
PRODUCTS LIABILITY LITIGATION            MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### AMENDED NOTICE OF VIDEO DEPOSITION

Please take notice that the Plaintiffs Steering Committee will take the video deposition of **Scott Talbot** before a court reporter or other official authorized by law to take depositions, on **Monday, June 21, 2010, at 9:00 a.m.** to be conducted at the offices of **Morgan & Morgan, 6824 Griffin Road, Suite 230, Davie, FL 33314,** before a Notary Public authorized to administer oaths for the State of Florida. Said deposition will continue from day to day until completed.

This deposition will be recorded by Golkow Technologies, Inc., One Liberty Place, Suite 5150, Philadelphia, Pennsylvania 19103. Notice is also given that this deposition may be recorded by videotape. Plaintiffs reserve the right to use the videotaped deposition at the trial in this matter and in any other evidentiary hearing or proceeding where oral testimony may be admitted into evidence.

The deponent is not a party to this action. Said deponent has been or will be served with a deposition subpoena, by agreement, through the attorney for Actavis, Michael Anderton, Esquire. **A COPY OF THE SUBPOENA TO APPEAR AND TESTIFY AT A DEPOSITION IN A CIVIL CASE IS ATTACHED HERETO AND SERVED HEREWITH.** A list of all parties or attorneys for parties on whom this

Notice of Deposition is being served is shown on the accompanying Certificate of Service.

Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

s/Fred Thompson, III Esq.___
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
The Bell Law Firm PLLC
P. O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>June 14, 2010</u> I filed this Notice and Subpoena electronically and served via e-mail a true and correct copy of the foregoing Notice of Deposition of to:

Rebecca A. Betts, Defendants' Liaison Counsel
Allen Guthrie & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Harvey L. Kaplan, Esq.
Shook Hardy and Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

Matthew P. Moriarty
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Richard A. Dean, Esq.
Tucker Ellis and West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

Madeleine McDonough, Esquire
Shook, Hardy, & Bacon LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

PLAINTIFFS' STEERING COMMITTEE

By: s/FredThompson III

*Plaintiffs' Co-Lead Counsel*