# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| In Re: Digitek Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL No. 1968 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Southern District of West Virginia    ) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:   Scott Talbot, 1620 East Tara Mar Drive, Pompano Beach, Florida 33062,
on Counsel for Actavis, Michael Anderton, by agreement, by e-mail to Michael.Anderton@TuckerEllis.com

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Morgan & Morgan, 6824 Griffin Road, Suite 230, Davie, FL 33314 | Date and Time: 06/21/2010 9:00 am |
|---|---|

The deposition will be recorded by this method:   Transcription and videotape

❏ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   06/14/2010

CLERK OF COURT                               OR   */s/ Fred Thompson III*

_____                         _____
*Signature of Clerk or Deputy Clerk*                           *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Plaintiffs
, who issues or requests this subpoena, are:
Fred Thompson, Esq., Motley Rice LLC; 28 Bridgeside Blvd., Mt. Pleasant, SC 29464; fthompson@motleyrice.com; (843)216-9118