IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  DIGITEK
PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

_____
THIS DOCUMENT RELATES TO ALL CASES

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2010, I served via electronic mail a copy of Plaintiff's Disclosure of Liability Expert Witness and supporting attachments to counsel for defendants.

s/Fred Thompson, III Esq._____
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
***Co- Lead Counsel***