IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
   LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF VIDEO DEPOSITION

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30 and Pretrial Orders No. 16 and 22, Defendants will take the deposition of David M. Bliesner, Ph.D. on July 13, 2010, at 8:30 a.m. at the offices of Parker Poe, Wachovia Capitol Center, 150 Fayetteville Street, Suite 1400, Raleigh, North Carolina 27601. This deposition is noticed in the above-captioned matter for any and all purposes permitted by the Federal Rules of Civil Procedure, and any other federal, state, or local rules that apply to this action, and the deposition will be taken in accordance with these rules and Court Orders. The oral examination will continue from day to day until completed. This deposition will be recorded stenographically and on videotape and will comply with any relevant orders in this MDL, including Pretrial Order No. 22, attached. Pursuant to F.R.C.P. 30(b)(2) and F.R.C.P. 34, Defendants request that Dr. Bliesner produce for inspection:

  1. His complete office file regarding the Digitek litigation, including billing information, draft reports, hard copies of e-mails and other correspondence;

  2. Any and all medical literature or reference files Dr. Bliesner maintains pertaining to digoxin; and

  3. Dr. Bliesner's curriculum vitae.

073021.000031.1143792.1

Respectfully submitted,

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan
Madeleine M. McDonough
2555 Grand Boulevard
Kansas City, MO 64108
(816) 559-2214

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

TUCKER ELLIS & WEST LLP

By: /s/ Matthew P. Moriarty
    Richard A. Dean
    Matthew P. Moriarty
    1150 Huntington Building
    925 Euclid Avenue
    Cleveland, OH 44115
    (216) 592-5000

*Attorneys for Actavis Inc., Actavis Elizabeth LLC, and Actavis Totowa LLC*

ALLEN GUTHRIE & THOMAS, PLLC

Rebecca A. Betts
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
(304) 345-7250

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010, I served via email and regular United States Mail a true and correct copy of the foregoing **Notice of Deposition** to:

| | |
|---|---|
| Fred Thompson, III<br>Motley Rice, LLC<br>P.O. Box 1792<br>Mt. Pleasant, SC  29464<br>fthompson@motleyrice.com | *Attorneys for Plaintiffs* |
| Harry F. Bell, Jr.<br>The Bell Law Firm PLLC<br>P.O. Box 1723<br>30 Capital Street<br>Charleston, West Virginia 25326<br>hfbell@belllaw.com | *Attorneys for Plaintiffs* |
| Carl N. Frankovitch<br>Frankovitch Anetakis Colantonio & Simon<br>337 Penco Road<br>Weirton, West Virginia 26062<br>carln@facslaw.com | *Attorneys for Plaintiffs* |

/s/ Matthew P. Moriarty
MATTHEW P. MORIARTY
*One of the Attorneys for Defendants Actavis Inc., Actavis Elizabeth LLC, and Actavis Totowa LLC*

073021.000031.1143792.1