A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jul 15, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 30, 2010**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**           MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 277 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Jul 15, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**          MDL No. 1968

**SCHEDULE CTO-33 - TAG-ALONG ACTIONS**

**DIST. DIV. C.A. #**                   **CASE CAPTION**

ARIZONA
  AZ   2    10-994          Sheree Lynch, etc. v. Actavis Totowa, LLC, et al.

CALIFORNIA CENTRAL
  CAC  8    10-624          Jacqueline Travis v. Actavis Group hf, et al.

~~GEORGIA SOUTHERN~~
  ~~GAS  4    10-129~~          ~~Stephen Yarbrough, et al. v. Actavis Totowa, LLC, et al.~~

HAWAII
  HI   1    10-327          Ralph Chedester v. Actavis Group hf, et al.

KANSAS
  KS   6    10-1153          Diane A. Ervin, etc. v. Actavis, Inc., et al.

NEVADA
  NV   2    10-655          Orathai Glasser, et al. v. Actavis Totowa, LLC, et al.

NEW YORK WESTERN
  NYW 1   10-474          Marianne G. Hubert, etc. v. Actavis Totowa, LLC, et al.
  NYW 6   10-6251          Mary Fusilli, etc. v. Actavis Totowa, LLC, et al.

OKLAHOMA WESTERN
  OKW 5   10-460          Forrest O'Brien, etc. v. Actavis Totowa, LLC, et al.