IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                      MDL No. 1968

## PANEL SERVICE LIST (CTO-33)

Teresa Brophy Bair
HARRIS BEACH PLLC
Larkin at Exchange
726 Exchange Street, Suite 1000
Buffalo, NY 14210
**tbair@harrisbeach.com**

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326
**hfbell@belllaw.com**

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394
**rab@agmtlaw.com**

Charles Alan Bowman
BOWMAN & SMITH PC
113 W. Giss Parkway Boulevard
Yuma, AZ 85364
**abowman@bowmansmith.com**

Lawrence W. Cohn
75-109 Lolo Lane
Kailua-Kona, HI 96740

Alicia J. Donahue
SHOOK HARDY & BACON LLP
333 Bush Street
Suite 600
San Francisco, CA 94104-2828
**adonahue@shb.com**

Jennifer Dorsey
KEMP JONES & COULTHARD LLP
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169
**jcd@kempjones.com**

Brian W. Easton
LAW OFFICES OF W DOUGLAS EASTON
650 Town Center Drive
Suite 1850
Costa Mesa, CA 92626
**beaston@eastonlawfirm.com**

Richard M. Eldridge
ELDRIDGE COOPER STEICHEN & LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566
**general_delivery@ecslok.com**

Frederick H. Fern
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005
**painpumplit@harrisbeach.com**

Brian A. Goldstein
CELLINO & BARNES PC
2500 Main Place Tower
350 Main Street, 25th Floor
Buffalo, NY 14202-3725
**brian.goldstein@cellinoandbarnes.com**

Ralph Jonathan Hart
HART & ASSOCIATES LAW FIRM LLC
6349 Abercorn Street
Suite D
Savannah, GA 31405
**jon@hartlawsav.com**

James L. Hollis
BALCH & BINGHAM LLP
30 Ivan Allen Jr., Boulevard, NW
Suite 700
Atlanta, GA 30308
**jhollis@balch.com**

**MDL No. 1968 - Panel Service List (CTO-33) (Continued)**

Andrew W. Hutton
HUTTON & HUTTON LAW FIRM LLC
8100 East 22nd Street
North-Bldg. 1200
P.O. Box 638
Wichita, KS 67201-0638
**andrew.hutton@huttonlaw.com**

Avril Dionne G Love
TUCKER ELLIS & WEST LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071-2223
**avril.love@tuckerellis.com**

Frederick W. Rohlfing, III
CASE LOMBARDI & PETTIT
Pacific Guardian Center Mauka Tower
737 Bishop Street
Suite 2600
Honolulu, HI 96813
**frohlfing@caselombardi.com**

Joelle C. Sharman
FORD & HARRISON LLP
271 17th Street, NW
Suite 1900
Atlanta, GA 30363
**jsharman@lbbslaw.com**

Steven A. Stadtmauer
HARRIS BEACH PLLC
100 Wall Street
23rd Floor
New York, NY 10005
**sstadtmauer@harrisbeach.com**

Thomas N. Sterchi
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2533
**sterchi@bscr-law.com**

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
**fthompson@motleyrice.com**

Stephen B. Vogel
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 South Fourth Street
Fifth Floor
Las Vegas, NV 89101
**bvogel@lbbslaw.com**

Bradley C. West
WEST LAW FIRM
124 West Highland Street
P.O. Box 698
Shawnee, OK 74801
**brad@thewestlawfirm.com**

Mason White
BRENNAN HARRIS & ROMINGER LLP
P.O. Box 2784
Savannah, GA 31402-2784
**gmw@bhrlegal.com**

Dale A. Worrall
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534
**dworrall@harrisbeach.com**

Kurt M. Zitzer
MEAGHER & GEER PLLP
8800 North Gainey Center Drive
Suite 261
Scottsdale, AZ 85258
**kzitzer@meagher.com**