**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                                MDL No. 1968

## INVOLVED JUDGES LIST (CTO-33)

Hon. Robin J. Cauthron
U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. B. Avant Edenfield~~
~~Senior U.S. District Judge~~
~~P.O. Box 9865~~
~~Savannah, GA 31412~~

Hon. Dolly M. Gee
U.S. District Judge
United States District Court
United States Courthouse
312 North Spring Street, Room 218
Los Angeles, CA 90012-4701

Hon. John W. Lungstrum
U.S. District Judge
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Susan Oki Mollway
Chief Judge, U.S. District Court
C-409 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Gloria M. Navarro
U.S. District Judge
United States District Court
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101-7065

Hon. Charles J. Siragusa
U.S. District Judge
1360 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

Hon. William M. Skretny
Chief Judge, U.S. District Court
507 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. G. Murray Snow
U.S. District Judge
622 Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003-2146