IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                                    MDL No. 1968

## PANEL SERVICE LIST (CTO-34)

Harry F. Bell, Jr.
BELL LAW FIRM PLLC
P.O. Box 1723
Charleston, WV 25326
**hfbell@belllaw.com**

Rebecca A. Betts
ALLEN GUTHRIE & THOMAS PLLC
P.O. Box 3394
Charleston, WV 25333-3394
**rab@agmtlaw.com**

James G. Meyer
IALONGO & MEYER
33 North Dearborn Street
Suite 1300
Chicago, IL 60602

Jeffrey Singer
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
**jsinger@smsm.com**

Fred Thompson, III
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
**fthompson@motleyrice.com**