IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  DIGITEK
   PRODUCTS LIABILITY LITIGATION

               MDL NO. 1968

_____

THIS DOCUMENT RELATES TO:

ALL CASES

_____

## JOINT MOTION TO APPOINT SPECIAL MASTER

   Lead Counsel for the parties executed a Settlement Agreement (the "Agreement") on September 1, 2010 establishing a program for the settlement of cases filed in MDL 1968 ("MDL Cases"), claims subject to tolling agreements ("Tolled Claims"), and cases filed in state courts involving Digitek® ("State Cases").  Under its terms, the parties (including the Plaintiffs' Steering Committee, Actavis Totowa LLC, Actavis Elizabeth LLC, Actavis, Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., Mylan Inc., and UDL Laboratories, Inc.) agree to abide by the decisions reached by a Special Master appointed by the Court.  The parties now jointly move the Court to appoint a Special Master.

   The parties intend for the Court to appoint a neutral person, disinterested in the outcome of settlement allocations, who will be responsible for Claims Administration. The Parties have more specifically described the Special Master's duties in the Settlement Agreement and in a Separate Joint Protocol.

To effectuate the parties' intent, they jointly recommend Chuck Smith of Smith, Cochran & Hicks, P.L.L.C.  Mr. Smith is an accountant and is a member of both the American Institute of Certified Public Accountants and the West Virginia Society of Certified Public Accountants.  He has prior experience in Claims Administration, including his appointment as a Special Master by this Court in the *In re Serzone Product Liability Litigation.*  Mr. Smith's contact information is:

> Chuck Smith
> Smith, Cochran & Hicks, P.L.L.C.
> 405 Capital Street, Suite 908
> Charleston, West Virginia 25301
> Telephone: (304) 345-1151

Attached is an affidavit from Mr. Smith pursuant to Fed. R. Civ. P. 53(a)(2). Accordingly, Plaintiff and Defendant Lead Counsel respectfully and jointly request that this Court grant their motion and appoint Chuck Smith as Special Master for the Digitek® Settlement Program.

Dated:  September 1, 2010

                                                            Respectfully submitted,

| FOR DEFENDANTS: | FOR PLAINTIFFS: |
|---|---|
| __s/  Richard A. Dean_____ | s/  Fred Thompson, III_____ |
| RICHARD A. DEAN | FRED THOMPSON, III |
| MATTHEW P. MORIARTY (WVSB 4571) | MOTLEY RICE LLC |
| TUCKER ELLIS & WEST LLP | 28 Bridgeside Blvd. |
| 925 Euclid Avenue, Suite 1150 | P.O. Box 1792 |
| Cleveland, Ohio 44115 | Mt. Pleasant, South Carolina  29465 |
| Tel: (216) 696-2137 | Tel: (843) 216-9000 |
| Fax: (216) 592-5009 | Fax: (843) 216-9450 |
| Richard.Dean@TuckerEllis.com | fthompson@motleyrice.com |
| Matthew.Moriarty@TuckerEllis.com | *Co-Lead and Liaison Counsel for Plaintiffs* |
| *Co-Lead Counsel for Actavis Defendants* | |

__s/ Madeleine M. McDonough_____
HARVEY L. KAPLAN
MADELEINE M. McDONOUGH
SHOOK HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108
Tel: (816) 559-2214
Fax:  (816) 421-5547
hkaplan@shb.com
mmcdonough@shb.com
*Co-Lead Counsel for Mylan Defendants*

__s/ Carl Frankovitch_____
CARL N. FRANKOVITCH (WVSB # 4746)
FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON
337 Penco Road
Weirton, West Virginia  26062
Tel: (304) 723-4400
Fax: (304) 723-5892
carln@facslaw.com
*Co-Lead Counsel for Plaintiffs*

__s/ Rebecca A. Betts_____
REBECCA A. BETTS (WVSB #329)
ALLEN GUTHRIE & THOMAS, PLLC
500 Lee Street, East, Suite 800
P.O. Box 3394
Charleston, West Virginia  25333-3394
Tel: (304) 345-7250
Fax: (304) 345-9941
rabetts@agmtlaw.com
*Liaison Counsel for Defendants*

__s/ Harry F. Bell, Jr._____
HARRY F. BELL, JR. (WVSB #297)
THE BELL LAW FIRM PLLC
300 Capitol Street
P.O. Box 1723
Charleston, West Virginia  25326-1723
Tel: (304) 345-1700
Fax: (304) 345-1715
hfbell@belllaw.com
*Co-Lead and Liaison Counsel for Plaintiffs*

3