IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| KATHY McCORNACK, et al.; | THIS DOCUMENT RELATES TO: |
| Plaintiffs, | Case No.  2:09-cv-0671 and |
| | MDL Case No: 2:08-md-1968 |
| v. | |
| ACTAVIS TOTOWA, LLC, et al.. | |
| Defendants. | |
| _____/ | |

## ORDER AUTHORIZING COUNSEL TO APPEAR TELEPHONICALLY

Plaintiff's attorney Don A. Ernst's Application to Appear Telephonically at November 17, 2010 Docket Conference was presented to this Court on October 28, 2010.

After full consideration of the Application and submission of Mr. Ernst, and good cause appearing **IT IS HEREBY ORDERED:**

Mr. Ernst is authorized to appear telephonically at the November 17, 2010 hearing beginning at 9:00 a.m.  If Mr. Ernst is in trial at the time of the hearing he may have one of his associates who are fully familiar with the case and Mr. Ernst's schedule telephonically appear on his behalf.  Mr. Ernst is directed to contact the Court Clerk to make arrangements to appear telephonically.

ENTERED: _____, 2010

_____
Joseph R. Goodwin, Chief Judge

-1-