IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK LITIGATION                      MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

Edward G. Elias, Individually and as           No. 2:09-CV-01041
Representative of the Estate of Pearl
Louise Elias, and for all Wrongful
Death Beneficiaries,

        Plaintiffs,

v.

Actavis Totowa, LLC, et al.,

        Defendants.

## MOTION TO WITHDRAW

Walter L. Boyaki and Hadley A. Huchton, respectfully motion this Court for an order permitting their withdrawal as attorney of record for Plaintiffs Edward G. Elias, Individually and as Representative of the Estate of Pearl Louise Elias, and for all Wrongful Death Beneficiaries, and in support would show:

1.    Counsel and the Wrongful Death Beneficiaries are in disagreement over this case and there is an additional conflict between the named Plaintiff Edward G. Elias, and the Wrongful Death Beneficiaries of Pearl Louise Elias.

2.    Plaintiffs' mailing address is 4408 Buckingham, El Paso, Texas 79902.

WHEREFORE, Movant prays for an order allowing their withdrawal and for such other relief to which they may be entitled.

DATED: November 12, 2010.  Respectfully submitted,

/s/ Walter L. Boyaki
**WALTER L. BOYAKI**
State Bar No. 02759500
HADLEY A. HUCHTON
State Bar No. 00785980
*Miranda & Boyaki*
4621 Pershing Drive
El Paso, Texas 79903
(915) 566-8688
(915) 566-5906 fax
Email: wboyaki@aol.com

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of November, 2010, the above and foregoing was forwarded to all attorneys of record by use of the Court's CM/ECF system.

/S/ Walter L. Boyaki
**WALTER L. BOYAKI**