IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK LITIGATION                    MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

Edward G. Elias, Individually and as          No. 2:09-CV-01041
Representative of the Estate of Pearl
Louise Elias, and for all Wrongful
Death Beneficiaries,

       Plaintiffs,

v.

Actavis Totowa, LLC, et al.,

       Defendants.

### ORDER GRANTING MOTION TO WITHDRAW

Upon good cause being shown,

IT IS HEREBY ORDERED that WALTER L. BOYAKI and HADLEY A. HUCHTON are allowed to withdraw as attorney of record for Plaintiffs Edward G. Elias, Individually and as Representative of the Estate of Pearl Louise Elias, and for all Wrongful Death Beneficiaries, effective November 15, 2010.

IT IS FURTHER ORDERED that all further notices in this case shall be sent to Plaintiffs, Edward G. Elias, Individually and as Representative of the Estate of Pearl Louise Elias, and for all Wrongful Death Beneficiaries, 4408 Buckingham, El Paso, Texas 79902.

SIGNED this _____ day of _____, 2010.

_____
**J U D G E**