IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK LITIGATION                               MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

Edmond Kazzi                                             No. 2:08-CV-1062

        **Plaintiff,**
v.
**Actavis Totowa, LLC, et al.,**

        **Defendants.**

## MOTION TO WITHDRAW

Daniel E. Becnel, Jr., Matthew Moreland, the Becnel Law Firm, Barry Hill and Hill Williams respectfully submit this motion to the Court for an order permitting their withdrawal as attorney of record for Plaintiffs Edmond Kazzi, and in support would show:

1. Counsel and the Plaintiff are in disagreement over this case and how to proceed in this matter.

2. Counsel has informed Plaintiff of their intention to withdraw via first class mail and certified mail.

3. Plaintiffs' mailing address is 3524 Melanie Ln., Plano, TX 75023.

WHEREFORE, Movants pray for an order allowing their withdrawal and for such other relief to which they may be entitled.

DATED: November 15, 2010.                Respectfully submitted,

        /s/ Daniel E. Becnel Jr.
        Daniel E. Becnel Jr. (Louisiana Bar #2926)
        Matthew Moreland (Louisiana Bar #24567)
        BECNEL LAW FIRM, LLC
        P.O. Drawer H
        106 W. Seventh Street
        Reserve, Louisiana 70084
        985.536.1186
        985.536.6445

dbecnel@becnellaw.com

Barry Hill
Hill Williams
89 12th Street
Wheeling, WV 26003

## CERTIFICATE OF SERVICE

I certify that on the 15$_{th}$ day of November, 2010, the above and foregoing was forwarded to all attorneys of record by use of the Court's CM/ECF system and to Edmond Kazzi via certified mail.

<u>/S/ Daniel E. Becnel, Jr.</u>
Daniel E. Becnel, Jr.