IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK LITIGATION | MDL NO. 1968 |

THIS DOCUMENT APPLIES ONLY TO:

| | |
|---|---|
| **Edmond Kazzi** | No. 2:08-CV-1062 |

       **Plaintiff,**

v.

**Actavis Totowa, LLC, et al.,**

       **Defendants.**

**ORDER GRANTING MOTION TO WITHDRAW**

Upon good cause being shown,

    IT IS HEREBY ORDERED that Daniel E. Becnel, Jr., Matthew Moreland, the Becnel Law Firm, Barry Hill and Hill Williams are allowed to withdraw as attorney of record for Plaintiff Edmond Kazzi effective November 15, 2010.

    IT IS FURTHER ORDERED that all further notices in this case shall be sent to Plaintiff, Edmond Kazzi, 3524 Melanie Ln., Plano, TX 75023.

    SIGNED this _____ day of _____, 2010.

                                   _____
                                          **J U D G E**