IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK LITIGATION　　　　　　　　　MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

Edmond Kazzi　　　　　　　　　　　　　　　　No. 2:08-CV-1062

　　　　　　Plaintiff,
v.
Actavis Totowa, LLC, et al.,

　　　　　　Defendants.

APPLICATION TO APPEAR TELEPHONICALLY
AT NOVEMBER 17, 2010 DOCKET CONFERENCE

　　　　Plaintiff's attorney, Daniel E. Becnel, Jr., seeks permission to appear telephonically at the Docket Conference scheduled in the above referenced matter on November 17, 2010 at 9:00 a.m., and would show as follows:

1.　　On November 15, 2010. Plaintiffs' attorneys filed a Motion to Withdraw as attorney of record.

2.　　Mr. Becnel is scheduled to appear in the Puerto Rican Cabotage Antitrust Litigation (08-md-1960) in San Juan on November 17, 2010 for a fairness hearing.

3.　　Mr. Matthew Moreland is scheduled to appear in front of the Panel for Multi-District Litigation regarding the DePuy Hip Litigation on November 18, 2010 and is traveling to Durham, NC on November 17th.

4.　　If the Court grants Plaintiffs' Attorneys' Motion to Withdraw, then Plaintiffs will need to appear pro se telephonically on November 17, 2010.

5. Plaintiffs' attorney Daniel E. Becnel, Jr. seeks leave to appear telephonically on November 17, 2010 to state the status of this case.

7. Local Rule 78.1 permits an attorney to appear telephonically with Court approval. Mr. Becnel seeks such approval here.

8. If permission to appear telephonically is granted, Mr. Becnel will make arrangements with the Court clerk to work out a procedure, either through Court Call or other court-preferred method.

DATED: November 15, 2010.                    Respectfully submitted,

/s/ Daniel E. Becnel Jr.
Daniel E. Becnel Jr. (Louisiana Bar #2926)
Matthew Moreland (Louisiana Bar #24567)
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, Louisiana 70084
985.536.1186
985.536.6445
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the 15th day of November, 2010, the above and foregoing was forwarded to all attorneys of record by use of the Court's CM/ECF system.

/S/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.