# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

Date: 11/17/2010                                         Case Number 2:08-md-1968

Case Style: In Re:  Digitek vs.

Type of hearing Mandatory Docket Conference

Before the honorable: 2513-Goodwin

Court Reporter Lisa Cook                                 Courtroom Deputy Robin Clark

Attorney(s) for the Plaintiff or Government Fred Thompson; Carl Frankovitch; Harry Bell; Meagan Carter; Mike Kerensky; Barry Hill; Bill Coats; Terry Kilpatrick

Attorney(s) for the Defendant(s) Rebecca Betts; Matt Moriarty;

Law Clerk Angie Volk                                     Probation Officer

## Trial Time

## Non-Trial Time

Pretrial conference (inclding settlement and telephone conferences).

## Court Time

9:20 am   to 9:50 am
10:25 am   to 11:00 am
Total Court Time: 1 Hours 5 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 9:00 a.m.
Actual start time 9:20 a.m.

MANDATORY DOCKET CONFERENCE
Counsel for parties present
Counsel Appearing by phone:
Richard Dean for Deft
Hadley Huchton for Pltf, Edward Elias
re:  Pretrial Order #67 -Case events and deadlines for remaining cases.
35 cases remain in MDL 1968
Matt Moriarty provides an update on the case count for the court.  16 cases may proceed in the SDWV.
Disputed opt-ins; most issues resolved
The stay shall remain until further order of the court
A new case management order will be entered
Organization and duties of the PSC
Court reads the names of the attorneys that failed to appear into the record.  An Order to Show Cause will be entered directing counsel to show why they should not be fined $500 for failing to appear for the Mandatory Docket Conference.
Pltfs discuss the amount of time required to complete discovery; Pltfs believe an additional six months is required.

## District Judge Daybook Entry

Mike Kerensky, Pltfs' counsel in Vega v. Actavis 2:09-cv-00768 volunteers to be the first case tried.
Court in recess to allow parties to discuss deadlines.
End time 9:50 a.m.


Start time 10:35 a.m.
Mr. Moriarty provides an update on the parties' meeting concerning deadlines.
Mike Kerensky addresses the court concerning the Vega case.  The court will entertain a motion to conduct the trial in Houston, Texas.
End time 11:00 a.m.