IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION** ) ) ) | MDL Docket No.: 1968<br>Case No.: 2:08-md-1968 |
| **THIS DOCUMENT RELATES TO:** ) | |
| Boyd, *et al*. v. Actavis Totowa LLC, *et al*. ) | Case No.: 2:10-cv-00613 |
| Calloway, *et al*. v. Actavis Totowa LLC, *et al*. ) | Case No.: 2:10-cv-00029 |
| Galea, *et al*. v. Actavis Totowa LLC, *et al*. ) | Case No.: 2:10-cv-00615 |
| Nix, *et al*. v. Actavis Totowa LLC, *et al*. ) | Case No.: 2:10-cv-00459 |
| Spanswick, *et al*. v. Actavis Totowa LLC, *et al*. ) | Case No.: 2:10-cv-00556 |
| Zuidema, *et al*. v. Actavis Totowa LLC, *et al*. ) | Case No.: 2:10-cv-000458 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Lowell W. Finson, Esq., of PHILLIPS & ASSOCIATES NATIONAL INJURY GROUP, 20 E. Thomas Road, Suite 2600, Phoenix, Arizona 85012 is substituted as counsel for the above-captioned actions in place of Elizabeth L. Dudley, Esq.*

All future notices, pleadings, correspondences, and the like should be served upon Lowell W. Finson, Esq.

Dated: November 17, 2010.

/s/ Lowell W. Finson
Lowell W. Finson, (AZ SBN 010872)
PHILLIPS & ASSOCIATES
NATIONAL INJURY GROUP
20 E. Thomas Road, Suite 2600
Phoenix, Arizona 85012
T: 602.258.8900, ext. 295
F: 602.288.1632
lowellf@PhillipsLaw.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of November 2010, a true and accurate copy of the foregoing *Notice of Substitution of Counsel,* was filed electronically and will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the ECF system of U.S. District Court for the Southern District of West Virginia, Charleston Division.

                                            /s/ Lowell W. Finson
                                            Lowell W. Finson, (AZ SBN: 010872)