# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION** | MDL Docket No.: 1968 <br> Case No.: 2:08-md-1968 |
| **THIS DOCUMENT RELATES TO:** | |
| Boyd, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00613 |
| Calloway, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00029 |
| Galea, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00615 |
| Miller, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00200 |
| Nix, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00459 |
| River, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00185 |
| Spanswick, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00556 |
| Zuidema, *et al.* v. Actavis Totowa LLC, *et al.* | Case No.: 2:10-cv-00458 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel, Elizabeth L. Dudely*, hereby withdraws her appearance as counsel of record for the Plaintiffs in the above-captioned actions.

PLEASE TAKE NOTICE that Lowell W. Finson, Esq., and PHILLIPS & ASSOCIATES NATIONAL INJURY GROUP, shall continue to serve as counsel for the Plaintiffs in the above-captioned actions.

Dated: November 17, 2010.

/s/ Elizabeth "Liz" Dudley, Esq.*
Elizabeth "Liz" Dudley, Esq.* (KS SBN: 21582)
PHILLIPS & ASSOCIATES NATIONAL INJURY GROUP
20 E. Thomas Road, Suite 2600
Phoenix, Arizona 85012
T: 602.258.8900, ext. 344
F: 602.288.1643
Liz.Dudley@Phillipslaw.com
*Admitted in Kansas/License pending in AZ

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2010, a true and accurate copy of the foregoing *Notice of Withdrawal of Appearance of Counsel,* was filed electronically and will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the ECF system of U.S. District Court for the Southern District of West Virginia, Charleston Division.

/s/ Elizabeth "Liz" Dudley, Esq.*
Elizabeth "Liz" Dudley, Esq.* (KS SBN: 21582)
*Admitted in Kansas/License pending in AZ*