IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  DIGITEK
PRODUCT LIABILITY LITIGATION

Defendants.

v.

THIS DOCUMENT RELATES TO ALL
CASES                                                             MDL NO.:  2:08-cv-01968

Plaintiffs.

## MOTION TO WITHDRAW ERICKA L. DOWNIE AS COUNSEL

Pursuant to Local Rule of Procedure 44.4, Defendants Mylan Inc., Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc. and UDL Laboratories, Inc. ("Mylan Defendants") respectfully request an Order of this Court allowing Ericka L. Downie to withdraw as an attorney of record for Mylan Defendants in Digtek MDL No. 1968.  In support of its Motion, Mylan Defendants advise the Court that Ms. Downie has disassociated with the law firm of Shook, Hardy & Bacon, L.L.P. and is now employed at another law firm.  Accordingly, Mylan Defendants request that this Court allow Ericka L. Downie to withdraw as an attorney of record.  Mylan Defendants have been, and will continue to be, represented by Harvey Kaplan, Madeleine McDonough, Hunter Ahern, and Sarah Drewes of Shook, Hardy & Bacon L.L.P. in all remaining matters in this litigation.  In light of the straightforwardness of this motion, Mylan Defendants respectfully request that they be excused of the requirement of a filing an accompanying memorandum as required by Local Rule of Procedure 7.1.

4247706 v1

Respectfully submitted,

SHOOK, HARDY & BACON LLP


/s/ Madeleine M. McDonough
Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 559-2214
Fax: (816) 421-5547
E-mail: hkaplan@shb.com
E-mail: mmcdonough@shb.com

*Attorneys for Mylan, Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

4247706 v1