IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pending before the court is a motion by the Mylan defendants to withdraw Ericka L. Downie as an attorney of record [Dckt. 413]. The motion states that Ms. Downie has disassociated with the law firm of Shook, Hardy & Bacon, L.L.P. and is now employed at another law firm. The motion further states that the Mylan defendants will continue to be represented by Harvey Kaplan, Madeleine McDonough, Hunter Ahern and Sarah Drewes of Shook Hardy & Bacon, L.L.P. in all remaining matters in this litigation.

Given that the Mylan defendants have continued representation by other counsel at Shook, Hardy & Bacon, L.L.P. the motion to withdraw Ms. Downie as an attorney of record for the Mylan Defendants in this action is hereby **GRANTED.**

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.   ENTER:   November 23, 2010

Joseph R. Goodwin, Chief Judge