IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

On November 23, 2010, I granted a motion filed by the Mylan defendants to withdraw Ericka L. Downie as an attorney of record in MDL 1968. [Dckt. 414]. Based on that Order, Ms. Downie was terminated as an attorney of record in 2:08-md-1968. The court further **DIRECTS** the Clerk to terminate Ericka Downie as an attorney of record in the member civil actions.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     December 1, 2010

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge