IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

EDMOND KAZZI

          Plaintiff,

                                  MDL NO.     2:08-md-1968
v.                             CIVIL ACTION NO.  2:08-cv-01062

MYLAN PHARMACEUTICALS, INC., et al.,

          Defendants.

**ORDER**

The court has received a motion from counsel for plaintiff to withdraw [Dckt 15 in 2:08-cv-1062 and Dckt. 406 in 2:08-md-1968]. Counsel advised the court that the plaintiff was informed of their intention to withdraw via first class mail and certified mail. Counsel wishes to withdraw on the basis of disagreement between counsel and the plaintiff concerning how to proceed in this matter. Mr. Kazzi is hereby **ORDERED** to respond to the court in writing as to his status with current counsel, retention of alternate counsel or his wish to proceed *pro se* **on or before December 22, 2010**.

I defer ruling on the motion to withdraw pending resolution of the above order.

The court **DIRECTS** the Clerk to send a copy of this Order to Mr. Edmond Kazzi certified mail return receipt requested at 3524 Melanie Lane, Plano, Texas 75023, counsel of record and any unrepresented party.                ENTER: December 1, 2010

Joseph R. Goodwin, Chief Judge