IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pursuant to PTO #16, the plaintiffs' filed a request to seek class certification for the class action suits remaining in this MDL. The request was docketed as a motion. [Dckt. 207]. A subsequent motion and brief in support of class certification were timely filed, as well as a response and reply. PTO #60 denied the motion for class certification. [Dckt. 355]. Having resolved the substance of the matter raised in the request, the court **DIRECTS** the Clerk to terminate the motion at Docket 207.

An unopposed motion for additional time to file a reply brief regarding class certification was docketed in 2:08-md-1968. [Docket 307]. The unopposed motion was also docketed in each of the eight individual member actions underlying the request for additional time. An order was entered in each of the member actions granting the motion. Having resolved the substance of the motion in the individual member actions, the court **DIRECTS** the Clerk to terminate the motion at Docket 307.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.      ENTER:      December 3, 2010

Joseph R. Goodwin, Chief Judge