IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

UNOPPOSED MOTION FOR ADDITIONAL TIME FOR
PLAINTIFFS TO FILE FEE PETITION

The Plaintiffs' Steering Committee respectfully requests an extension of time to file a motion seeking common fund fees and expenses. Plaintiffs request until February 15, 2011, and counsel for Defendants have indicated they have no objection.

Dated:  December 20, 2010

Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

s/Fred Thompson, III Esq._____
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
Bell Law Firm, PLLC
P. O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

             s/Fred Thompson, III Esq._____
             Fred Thompson, III, Esq.
             Motley Rice, LLC
             28 Bridgeside Blvd.
             Mt. Pleasant, SC 29464
             ***Co- Lead Counsel***