# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: DIGITEK
       PRODUCTS LIABILITY LITIGATION

                                            MDL NO. 2:08-md-1968

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES


**PRETRIAL ORDER #71**
(Extension of Time for Fee Petition)

Pending before the court is the Plaintiffs' Steering Committee's ("PSC") unopposed motion for additional time for plaintiffs to file fee petition [Docket 433].

PTO #64 sets forth a deadline of January 1, 2011 for the PSC to file a motion seeking common fund fees and expenses incurred prior to the Notice Deadline of October 15, 2010. Recognizing the increasing amount of work required by the claim form process and other factors, the PSC has filed the above motion for an extension of time to February 15, 2011. Counsel for the defendants have indicated that they have no objection. Accordingly, I **GRANT** the motion. The PSC's fee petition set forth in PTO #64 will be due no later than February 15, 2011.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2:10-cv-01309. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases

subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at [www.wvsd.uscourts.gov.](http://www.wvsd.uscourts.gov)  ENTER: December 21, 2010

Joseph R. Goodwin, Chief Judge