IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |
| THIS DOCUMENT RELATES TO ALL CASES | STIPULATION TO AMEND PLAINTIFF FACT SHEET DEADLINE UNDER PRE-TRIAL ORDERS 16 and 70 |

Under Federal Rule of Civil Procedure 26(a)(1), the parties in this action hereby stipulate to amend the deadline set forth in Pre-Trial Orders ("PTO") Nos. 16 (Doc. 87) and 70 (Doc. 412) for a Plaintiff to complete and submit a Plaintiff Fact Sheet ("PFS").

In every case currently part of this MDL and in all other cases that become part of this MDL by virtue of being filed in, removed to, or transferred to this Court, each Plaintiff who has not already done so shall complete and submit a PFS to defense counsel within either: 1) the time set forth in PTO No. 70 for cases that were pending in this MDL on or before November 19, 2010; or 2) thirty (30) days after the date on which a case is opened on the MDL Court docket for cases that were not pending in the MDL on November 19, 2010.

Respectfully submitted,

| | |
|---|---|
| FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON | TUCKER ELLIS & WEST LLP |
| s/Carl N. Frankovitch | s/Richard A. Dean |
| Carl N. Frankovitch, CO-LEAD COUNSEL | Richard A. Dean, CO-LEAD COUNSEL |
| 337 Penco Road | Matthew P. Moriarty, CO-LEAD COUNSEL |
| Weirton, West Virginia  260621 | 925 Euclid Avenue, Suite 1150 |
| Tel:    (304) 723-4400 | Cleveland, Ohio  44115-1414 |
| Fax:    (304) 723-5892 | Tel:    (216) 592-5000 |
| Email: carln@facslaw.com | Fax:    (216) 592-5009 |
| | Email: richard.dean@tuckerellis.com |
| | matthew.moriarty@tuckerellis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Actavis Totowa LLC, Actavis Elizabeth LLC, and Actavis Inc.* |

| BELL & BANDS PLLC | SHOOK, HARDY & BACON LLP |
|---|---|
| s/Harry F. Bell, Jr.<br>Harry F. Bell, Jr., CO-LEAD COUNSEL<br>300 Capitol Street<br>P.O. Box 1723<br>Charleston, West Virginia  25326-1723<br>Tel:     (304) 345-1700<br>Fax:    (304) 345-1715<br>Email: hfbell@belllaw.com<br><br>*Attorneys for Plaintiffs* | s/Madeleine M. McDonough<br>Harvey L. Kaplan, CO-LEAD COUNSEL<br>Madeleine M. McDonough, CO-LEAD COUNSEL<br>2555 Grand Boulevard<br>Kansas City, Missouri  64108-2613<br>Tel:        (816) 559-2214<br>Fax:       (816) 421-5547<br>Email:    hkaplan@shb.com<br>              mmcdonough@shb.com<br><br>*Attorneys for Defendants Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.* |
| MOTLEY RICE LLC | ALLEN GUTHRIE & THOMAS, PLLC |
| s/Fred Thompson, III<br>Fred Thompson, III, CO-LEAD COUNSEL<br>Meghan Johnson, Carter<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, South Carolina  29465<br>Tel:     (843) 216-9000<br>Fax:    (843) 216-9450<br>Email: fthompson@motleyrice.com<br>            mjohnson@motleyrice.com<br><br>*Attorneys for Plaintiffs* | s/Rebecca A. Betts<br>Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia  25301<br>Tel:        (304) 345-7250<br>Fax:       (304) 345-9941<br>Email:    rabetts@agmtlaw.com<br><br>*Attorneys for Defendants* |

**STIPULATION TO AMEND PLAINTIFF FACT SHEET DEADLINE**

LaImanage/073021/000031/688880

## CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2011, a copy of the foregoing STIPULATION TO AMEND PLAINTIFF FACT SHEET DEADLINE UNDER PRE-TRIAL ORDER 16 was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>TUCKER ELLIS & WEST LLP
>
>s/Richard A. Dean
>Richard A. Dean, CO-LEAD COUNSEL
>Matthew P. Moriarty, CO-LEAD COUNSEL
>925 Euclid Avenue, Suite 1150
>Cleveland, Ohio  44115-1414
>Tel:     (216) 592-5000
>Fax:    (216) 592-5009
>Email:  richard.dean@tuckerellis.com
>             matthew.moriarty@tuckerellis.com
>
>*Attorneys for Defendants Actavis Totowa LLC, Actavis Elizabeth LLC and Actavis Inc.*