**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: DIGITEK
        PRODUCTS LIABILITY LITIGATION

                                            MDL NO.  2:08-md-1968

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #72**
(Stipulation to Amend Plaintiff Fact Sheet Deadline Under PTOs 16 & 70)

The court has received a stipulation from the parties to amend the Plaintiff Fact Sheet ("PFS") deadline under Pre-Trial Orders 16 and 70 [Docket 436].

Finding good reason, the court adopts the parties' stipulation and hereby **ORDERS**:

In every case currently part of this MDL and in all other cases that become part of this MDL by virtue of being filed in, removed to, or transferred to this court, each plaintiff who has not already done so shall complete and submit a PFS to defense counsel within either: 1) the time set forth in PTO No. 70 for cases that were pending in this MDL on or before November 19, 2010; or 2) thirty (30) days after the date on which a case is opened on the MDL court docket for cases that were not pending in the MDL on November 19, 2010.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2:11-cv-00008. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided

by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.                    ENTER: January 4, 2011

Joseph R. Goodwin, Chief Judge