IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### UNOPPOSED MOTION FOR ADDITIONAL TIME FOR CLAIMANTS TO FILE CLAIM FORMS

The Plaintiffs' Steering Committee respectfully requests an extension of time to file claim forms for the settlement program until March 15, 2011. Currently, PTO #64 requires each claimant to submit a claim form by February 1, 2011. The PSC has filed this extension on behalf of all claimants eligible to participate in the settlement program including those with cases filed in MDL 1968 ("MDL Cases"), claims subject to tolling agreements ("Tolled Claims"), and cases filed in state courts involving Digitek® ("State Cases").

Plaintiffs request this extension because the receipt of medical records beyond those necessary to substantiate a claim has been slower than anticipated. Plaintiffs wish to avoid submitting incomplete claim packages which will only serve to waste the time and resources of the Special Master and the claim center. Plaintiffs will continue to submit claim forms as they are completed.

Plaintiffs respectfully request that the deadline for submitting claim forms be extended until March 15, 2011, and counsel for Defendants have indicated they have no objection.

Dated:  January 13, 2010                    Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

s/Fred Thompson, III Esq.
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
***Co- Lead Counsel***

Harry F. Bell, Jr., Esq.
Bell Law Firm, PLLC
P. O. Box 1723
Charleston, WV 25326
***Co-Lead and Liaison Counsel***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 13, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                               s/Fred Thompson, III Esq.
                                               Fred Thompson, III, Esq.
                                               Motley Rice, LLC
                                               28 Bridgeside Blvd.
                                               Mt. Pleasant, SC 29464
                                               ***Co- Lead Counsel***