IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK® PRODUCTS LIABILITY
    LITIGATION

_____    MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #73**
(Extension of Time for Claim Forms)

    Pending before the court is the Plaintiffs' Steering Committee's ("PSC") unopposed motion for additional time for claimants to file claim forms [Docket 441].

    PTO #64 sets forth a claim deadline of February 1, 2011 for the settlement program participants to file their claim forms. Recognizing the time required to obtain additional medical records, the PSC has filed the above motion for an extension of time to March 15, 2011. The PSC has filed this extension on behalf of all current settlement participants with cases filed in MDL 1968 ("MDL Cases"), claims subject to tolling agreements ("Tolled Claims"), and cases filed in state courts involving Digitek® ("State Cases"). Counsel for the defendants has indicated that they have no objection. Accordingly, I **GRANT** the motion. The claims set forth in PTO # 64, will be due **no later than March 15, 2011**. The claim center is currently accepting claim forms and claimants are urged to submit claim forms as soon as they are completed.

    The court DIRECTS the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:11-cv-00020. In cases subsequently filed in this district, a copy of the most recent pretrial

order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: January 14, 2011

Joseph R. Goodwin, Chief Judge