IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

-----------------------------------------------------------------

THIS DOCUMENT RELATES TO:

Joseph B. Davis v. Actavis Totowa, LLC, et al.    Civil Action No: 2:10-0431

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the firm address of Zimmerman Reed, P.L.L.P., Counsel for Plaintiff has changed. The firm's telephone, facsimile and e-mail addresses for counsel will remain the same.

Please revise your records to reflect the following information:

Charles S. Zimmerman
Ronald S. Goldser
Stacy K. Hauer
Zimmerman Reed, P.L.L.P.
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated:  February 7, 2011        ZIMMERMAN REED, P.L.L.P.

                                           /s/ Stacy K. Hauer
Charles S. Zimmerman, #120054
Stacy K. Hauer, #317093
Ronald S. Goldser, #35932
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Fax: 612.341.0844
Charles.Zimmerman@zimmreed.com
Stacy.Hauer@zimmreed.com
Ronald.Goldser@zimmreed.com