IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISON

| | |
|---|---|
| IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION | MDL NO. 1968 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | APPLICATION FOR COMMON BENEFIT FEES AND EXPENSES; AFFIDAVIT OF K. CAMP BAILEY IN SUPPORT THEREOF |

### AFFIDAVIT OF K. CAMP BAILEY
### IN SUPPORT OF COMMON BENEFIT FUND

THE STATE OF TEXAS  §
　　　　　　　　　　　§
COUNTY OF HARRIS 　§

　　Bailey Perrin Bailey, PLLC hereby makes this initial application for the award of common benefit fees and expense reimbursement for work done and expenses incurred for the common benefit of Digitek Claimants pursuant to this Court's Orders.

　　BEFORE ME, the undersigned authority, on this day personally appeared PSC member K. CAMP BAILEY known to be the person whose signature appears below; and, on his oath, deposed and stated the following:

1. "My name is K. Camp Bailey. I am over the age of 21 years, of sound mind, and have personal knowledge of the facts contained herein, and they are true and correct.

2. I am a Partner in the firm of Bailey Perrin Bailey, PLLC ("BPB") in Houston, Texas. Since our firm was founded, it has focused almost exclusively on pharmaceutical and medical device defect cases. In the last 5 years, BPB has taken active, leadership roles in the Zyprexa, Seroquel, Risperdal, Paxil, Avandia, Trayslol and Digitek litigations pending throughout the United States. I personally have served since 2006 as the co-lead counsel on behalf of all Plaintiffs in the *In re Seroquel Products Liability Litigation*, MDL 1769 pending in the Middle District of Florida, Orlando Division. Our firm is known for taking active roles in the litigations we get involved with on behalf of our clients.

3. BPB began working on Digitek cases very shortly after the recall occurred in August 2008. BPB was responsible for filing the first Digitek case in Federal Court in West Virginia, and helped draft, brief and craft consensus on the need for a Digitek MDL and that it should be coordinated before this Court. BPB was involved in this litigation and this MDL from the beginning.

4. Following my formal appointment to the PSC, I and members of my firm personally attended the numerous formal meetings and other communications of the PSC in helping to steer and coordinate this litigation to a successful conclusion. Members of my firm took and helped take several of the general corporate witness depositions of the Defendants, which necessitated reviewing and organizing numerous documents produced in discovery. BPB also assisted with various legal research issues, as well as helped coordinate with the state court litigations consolidated in Pennsylvania and Texas state courts.

5. I am familiar with the relevant standards for MDL and coordinated litigation for time and expense submissions. Exhibit A attached hereto contains a description of the hours expended by members of this firm, expenses and assessments made in furtherance of common benefit work. It is my belief that this time and expense submission meets the standards of MDL practice and includes only such time and expenses as benefitted the outcome of this matter for all claimants charged under our care. The hourly rates charged are the usual and customary charged for each individual in our firm.

6. I therefore respectfully request this Court to approve this Affidavit and the application for Common Benefit Fees and Expenses that it is incorporated into.

FURTHER AFFIANT SAYETH NOT."

_____
K. Camp Bailey
Bailey Perrin Bailey, PLLC
440 Louisiana St., Suite 2100
Houston, TX 77002-4206
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
cbailey@bpblaw.com

SUBSCRIBED AND SWORN TO BEFORE ON THIS 15th day of February, 2011.

MARIA E. RANGEL
Notary Public, State of Texas
My Commission Expires
December 14, 2012

_____
Notary Public in and for the State of Texas

# Exhibit A

**BAILEY PERRIN BAILEY**
440 Louisiana St., Suite 2100
Houston, Texas 77002
Phone: 713.425.7100
Fax: 713.425.7101
www.baileyperrinbailey.com

Page: 1
February 15, 2011
ACCOUNT NO: 859-034C
STATEMENT NO: 1

Digitek MDL

| DATE | ATTORNEY | DETAIL | HOURS |
|---|---|---|---|
| 8/8/2008 | KCB | Conference call regarding MDL formation and litigation, reviewing AAJ literature, research and phone calls to find a lab for analysis of pills, research litigation and recall and injuries MDL organizing conference call | 5.00 |
| | LGT | MDL organizing conference call | 2.00 |
| 8/23/2008 | JHM | General Research re: Digitek for FT. | 8.50 |
| 8/25/2008 | KCB | Travel to Chicago for Digitek organizational meeting | 3.00 |
| | FVT | Travel to Chicago for Digitek organizational meeting | 3.00 |
| 8/26/2008 | KCB | Attended organizationa meeting | 4.00 |
| | FVT | Organizational meeting in Chicago and follow up with lead counsel group. | 4.00 |
| | KCB | Travel back home from Chicago | 3.00 |
| | FVT | Travel back home from Chicago | 3.00 |
| 9/29/2008 | KCB | Plaintiff's Co-Liaison Counsel introduction - Email with Harry Bell, Fred Thompson, and Debbie Boggs | 0.50 |
| 10/9/2008 | KCB | Travel to West Virginia, plaintiff meeting | 8.50 |
| 10/10/2008 | KCB | Initial Conference (matters relating to pretrial and discovery proceedings) and return travel to Houston. | 9.00 |
| 11/10/2008 | LT | Litigation Strategy and Analysis - PSC conference call. | 2.00 |
| 11/11/2008 | KCB | Litigation Strategy and Analysis - PSC conference call. | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/18/2008 | KCB | PSC meeting - travel to Charleston | 4.00 |
| | KCB | Attend PSC meeting | 2.00 |
| 11/21/2008 | KCB | Litigation Stratey and Analysis - Emails from PSC | 0.50 |
| 11/24/2008 | KCB | Litigation Strategy and Analysis - Email with Fred Thompson regarding committee assignments | 1.00 |
| 12/4/2008 | KCB | PSC committees - Email with Meghan Johnson | 0.75 |
| 12/5/2008 | LT | Discovery conference call | 2.00 |
| 12/19/2008 | KCB | Search term list - Email with Maghan Johnson, Stacy, Fred Thompson, and Harry Bell regarding the search term list preparation and review | 1.50 |
| 12/24/2008 | KCB | Electronic Discovery Procedure/Issues - Email with Fred Thompson, Meghan Johnson | 2.00 |
| 12/30/2008 | KCB | Litigation Strategy and Analysis - conference call with Fred Thompson, Meghan Johnson, Richard Hood, and Harry Bell regarding electornic discovery and search terms. | 2.00 |
| 1/9/2009 | KCB | Litigation Strategy and Analysis - review search term list, email to Meghan Johnson regarding search terms. | 1.00 |
| 1/14/2009 | KCB | Digitek Master Complaint - Emails with Meghan Johnson | 1.00 |
| 1/15/2009 | KCB | Digitek Master Complaint - Emails with Meghan Johnson | 0.75 |
| 1/16/2009 | KCB | Digitek Master Complaint - Emails with Meghan Johnson | 0.75 |
| 1/30/2009 | KCB | Litigation Strategy and Analysis - PSC conference call. | 2.00 |
| 1/30/2009 | KCB | Litigation Strategy and Analysis - PSC conference call. | 2.00 |
| 1/30/2009 | LT | Litigation Strategy and Analysis - PSC conference call. | 2.00 |
| 2/1/2009 | KCB | Master Complaint - Emails with Meghan Johnson | 1.00 |
| 2/26/2009 | KCB | Litigation Strategy and Analysis - PSC conference call | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2/26/2009 | LT | Litigation Strategy and Analysis - PSC conference call | 2.00 |
| 3/9/2009 | KCB | Litigation Strategy and Analysis - review agenda, review pretrial scheduling order. | 1.50 |
| 3/9/2009 | KCB | Attend PSC meeting | 2.00 |
| 3/10/2009 | KCB | Litigation Strategy and Analysis - attend PSC meeting | 4.00 |
| 3/10/2009 | KCB | PSC Assessment - Emails with Molly Nguyen and Tracy Carter | 1.00 |
| 3/10/2009 | KCB | Tolling Agreement - Emails with Meghan Johnson | 0.25 |
| 3/10/2009 | LT | Litigation Strategy and Analysis - attend PSC meeting | 2.00 |
| 3/16/2009 | KCB | New Plaintiff Fact Sheet - Emails with Meghan Johnson | 2.00 |
| 3/30/2009 | LT | Discovery - Discovery conference call regarding interrogatories, FIOA, RPDs, review draft interrogatories | 2.00 |
| 3/31/2009 | KCB | Update and Discovery Call - Emails with Meghan Johnson | 2.00 |
| 3/31/2009 | KCB | FOIA request 20 day deadline - Emails with Ashley Ownby | 0.75 |
| 4/8/2009 | KCB | Update - Emails with Meghan Johnson | 0.75 |
| 4/8/2009 | KCB | Law & Briefing Committee Call & Master Complaint - Emails with Meghan Johnson | 0.75 |
| 4/13/2009 | KCB | Actavis Group hf - Emails with Meghan Johnson | 0.75 |
| 4/14/2009 | KCB | Digitek complaint/petition - Emails with Rebecca King | 1.00 |
| 4/22/2009 | LT | Tolling Agreement - Emails with Camp Bailey and Tracy Carter | 0.75 |
| 4/22/2009 | LT | Cases for Tolling Agreement - Email with Meghan Johnson, Camp Bailey,and Michael Potter | 1.50 |
| 4/23/2009 | LT | Cases for Tolling Agreement/Plaintiff Fact Sheet - Email with Meghan Johnson | 0.75 |
| 4/23/2009 | LT | Tolling Agreement - Emails with Camp Bailey and Meghan Johnson | 1.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 4/24/2009 | LT | Bailey Perrin Bailey Tolling Agreement with Exhibit A - Email with Matthew Moriary, F.E. Downie, Camp Bailey, Michael Potter, Maria Rangel, Andrea McGinnis, and Priscilla Colburn | 2.00 |
| 4/27/2009 | LT | PSC Call - Emails to Camp Bailey regarding conference call | 0.25 |
| 4/27/2009 | KCB | Litigation Strategy and Analysis - PSC conference call. | 2.00 |
| 4/27/2009 | LT | Pretrial Order 16 - Emails with Camp Bailey, Michael Potter, Tracy Carter, Priscilla Colburn, and Maria Rangel | 0.75 |
| 4/27/2009 | KCB | Plaintiff Fact Sheet - Emails with Meghan Johnson | 1.00 |
| 4/27/2009 | KCB | Digitek case screening - Emails with Meghan Johnson | 0.25 |
| 4/27/2009 | LT | Litigation Strategy and Analysis - PSC conference call. | 2.00 |
| 4/28/2009 | KCB | Litigation Strategy and Analysis - E-mail to Meghan regarding motions to dismiss, review motions to dismiss | 1.50 |
| 4/28/2009 | KCB | Digitek NDC Numbers - Emails with Holly Gibson | 1.00 |
| 4/29/2009 | LT | Plaintiff Fact Sheet - Emails with Camp Bailey | 0.75 |
| 4/30/2009 | LT | Litigation Strategy and Analysis - PSC conference call on motions to dismiss. | 2.00 |
| 5/11/2009 | KCB | Digitek 2:00 PSC Call - Emails with Meghan Johnson | 0.50 |
| 5/11/2009 | TC | PSC Conference Call and Emails with Camp Bailey and Laurence Tien | 2.50 |
| 5/15/2009 | LT | Amended Fact Sheet and due dates - Emails with Camp Bailey | 0.75 |
| 5/15/2009 | KCB | Various Plaintiff Fact Sheet issues - Emails with Laurence Tien and Meghan Johnson | 0.75 |
| 5/20/2009 | LT | Texas Digitek cases - Emails with Camp Bailey | 1.50 |
| 5/21/2009 | LT | Texas Digitek cases - Emails with Camp Bailey | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 5/26/2009 | LT | Tolling Agreement - Emails with Meghan Johnson, Camp Bailey, Heather Santiago, Matthew Moriarty | 1.50 |
| 5/29/2009 | FVT | Pretrial Order 23 - Emails with Camp Bailey, Harris Junell, Laurence Tien | 0.75 |
| 6/4/2009 | KCB | Letters from Actavis and the Court regarding Plaintiff Fact Sheet - Emails with Meghan Johson, Laurence Tien | 1.00 |
| 6/9/2009 | LT | Discovery to Defendants - Emails with Camp Bailey | 0.75 |
| 6/10/2009 | KCB | PSC Meeting Agenda and Call in number - Emails with Camp Bailey | 0.75 |
| 6/10/2009 | KCB | Dinner meeting - PSC | 2.00 |
| 6/11/2009 | KCB | Attend PSC meeting | 6.00 |
| 6/11/2009 | KCB | FDA NDC Code link - Emails with Harry Bell and Digitek PSC list | 1.00 |
| 6/11/2009 | KCB | Discovery to defendants - Emails with David Sampson | 0.75 |
| 6/15/2009 | LT | Medical records review - Emails with Michael Potter, Priscilla Colburn, Blake Allison, Veronica Garcia, Camp Bailey | 1.00 |
| 6/15/2009 | LT | Trial Cases and Science and Expert Call - Emails with Camp Bailey | 0.25 |
| 6/17/2009 | LT | Plaintiff Fact Sheet - Emails with Camp Bailey, Angela Britton, Cindy Harrison, Harris Junell, and Teresa Toriseva | 1.00 |
| 6/23/2009 | LT | Status Conference Update - Emails with Camp Bailey and Meghan Johnson | 0.75 |
| 6/24/2009 | LT | Status Conference Update - Emails with Camp Bailey and Michael Potter | 1.25 |
| 6/30/2009 | KCB | Discovery - Training Call | 0.50 |
| 7/9/2009 | LT | Master Objections to Request for Admissions - Emails with Camp Bailey and Meghan Johnson | 1.00 |
| 7/14/2009 | LT | Trial Selection Meeting - Emails with Camp Bailey and Michael Potter | 2.00 |
| 7/14/2009 | LT | Emails with Bob Keown and Camp Bailey regarding medical records | 0.25 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/15/2009 | LT | Emails with Christine Garner and Camp Bailey regarding medical records | 1.00 |
| 7/15/2009 | LT | Digitek filed death case evaulation - Emails with Meghan Johnson, Camp Bailey, and Michael Potter | 2.00 |
| 7/15/2009 | KCB | Digitek filed death case evaluation - Emails with Laurence Tien and Michael Potter | 1.00 |
| 7/16/2009 | LT | Probate - Emails with Russell Martin and Camp Bailey | 1.00 |
| 7/16/2009 | LT | Initial Trial Pool Selections - Emails with Christopher Lavorato, Camp Bailey, and Michael Potter | 1.00 |
| 7/17/2009 | LT | Digitek filed death case evaulation - Emails with Camp Bailey and Michael Potter | 1.00 |
| 7/22/2009 | LT | Plaintiffs Response to Digitek Plaintiff Fact Sheet Deficiency Letters - Emails with Camp Bailey | 1.00 |
| 7/22/2009 | KCB | Digitek Short Form Complaint and Plaintiff Profile Form - Emails with Bryan Harrison | 1.00 |
| 7/27/2009 | LT | Plaintiffs Response to Digitek Plaintiff Fact Sheet Deficiency Letters - Emails with Camp Bailey | 1.00 |
| 7/30/2009 | LT | Master Objections to Request for Admissions - Emails with Camp Bailey and Meghan Johnson | 2.00 |
| 7/31/2009 | LT | Questions regarding request for admissions and dismissal - emails with Camp Bailey | 1.00 |
| 8/10/2009 | LT | Conference call - Email with Camp Bailey | 0.25 |
| 8/11/2009 | LT | Status Conference held 8/11/2009 - Emails with Michael Potter, Priscilla Colburn, and Camp Bailey | 1.25 |
| 8/17/2009 | LT | Report of the hearing conducted by Judge Stanley relating to Requests for Admissions - Emails with Fred Thompson, Camp Bailey, and Michael Potter | 1.25 |
| 8/18/2009 | LT | Digitek Defendants' RFA - Emails with Camp Bailey | 1.25 |
| 8/21/2009 | LT | Digitek Order grantring Motion to Transfer - Emails with Camp Bailey | 1.25 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 9/14/2009 | LT | Lone Pine Motion - Emails with Meghan Johnson, Camp Bailey, and Robert Cowan | 1.25 |
| 9/17/2009 | KCB | Discovery - document review training | 2.50 |
| 9/18/2009 | KCB | Discovery - document review training | 1.00 |
| 9/21/2009 | KCB | Discovery - document review training | 0.50 |
| 9/23/2009 | KCB | Discovery - document review training | 2.00 |
| 9/23/2009 | LT | Pretrial Order 41 - Emails with Camp Bailey | 1.00 |
| 9/28/2009 | KCB | Discovery - document review training | 1.00 |
| 9/29/2009 | KCB | Discovery - document review training | 2.00 |
| 9/30/2009 | KCB | Discovery - document review training | 1.50 |
| 10/1/2009 | KCB | Discovery - document review training | 1.50 |
| 10/2/2009 | KCB | Discovery - document review training | 1.50 |
| 10/8/2009 | KCB | Discovery - document review training | 1.00 |
| 10/9/2009 | KCB | Discovery - document review training | 2.00 |
| 10/12/2009 | KCB | Discovery - document review training | 1.00 |
|  | LT | Discovery - document review training | 0.50 |
| 10/14/2009 | KCB | Discovery - document review training | 0.30 |
| 10/15/2009 | KCB | Discovery - document review training | 0.50 |
| 10/19/2009 | KCB | PSC Call | 1.50 |
| 10/22/2009 | KCB | Login for the Digitek database - Emails with Meghan Johnson | 0.25 |
| 10/22/2009 | KCB | Digitek case dismissal - Emails with Fred Thompson, Meghan Johnson, Laurence Tien | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/26/2009 | KCB | Discovery - document review | 1.00 |
| 10/28/2009 | KCB | Discovery - document review | 0.30 |
| 11/2/2009 | KCB | Discovery - document review | 0.50 |
| 11/4/2009 | KCB | Discovery - document review | 0.50 |
| 11/10/2009 | KCB | Discovery - document review | 0.50 |
| 11/17/2009 | LT | Digitek tolling agreement - Emails with Camp Bailey | 1.00 |
| 11/20/2009 | LT | Conference call - Emails with Camp Bailey | 2.50 |
| 11/25/2009 | KCB | Pretrial Order 47 - Emails with Laurence Tien | 1.00 |
| 1/7/2010 | KCB | PSC conference call | 1.25 |
| | LT | Litigation Strategy and Analysis - PSC conference call | 2.00 |
| | KCB | Litigation Strategy and Analysis - PSC conference call | 1.00 |
| 1/8/2010 | KCB | Texas Service of Process Rule 11 - Emails with Hunter Ahern | 0.75 |
| 1/11/2010 | KCB | Litigation Strategy and Analysis. Emails with Ed Blizzard and Fletch Trammell regarding depositions | 1.00 |
| 1/12/2010 | FVT | Litigation Strategy and Analysis. Conference with Ed Blizzard regarding depositions of corporate representatives and covering some of those depositions. | 1.00 |
| | FVT | Litigation Strategy and Analysis. E-mail with Meghan and Camp Bailey regarding depositions of corporate representatives and covering some of those depositions. | 1.00 |
| 1/14/2010 | MP | Emails to Camp Bailey and Laurence Tien regarding Digitek defendants | 0.75 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | KCB | Texas MDL Cross-Notices - Emails with M Mcgown, B Bennett, W Boyakia, Jeffery Chambers, B Martin, A Anderson, B Patterson, J Neal, M Vaughan, Mikal Watts, Jim Solis, J Doan, J Saenz, Richard Dean, MC Carrington, M Logan | 0.75 |
| 1/15/2010 | FVT | Litigation Strategy and Analysis. Received and reviewed Notice of Video Deposition of Divya Patel. | 1.00 |
| | FVT | Litigation Strategy and Analysis. Received and reviewed Notice of Video Deposition of Chris Young. | 1.00 |
| | FVT | Litigation Strategy and Analysis. Received and revewied Notice of Video Deposition of Doug Boothe. | 0.50 |
| | FVT | Litigation Strategy and Analysis. Received and revewied Notice of Video Deposition of Nasrat Haskim | 0.50 |
| | FVT | Litigation Strategy and Analysis. E-mail with Meghan and Camp Bailey regarding depositions of corporate representatives and covering some of those depositions. | 0.50 |
| | FVT | Received, reviewed, analyzed and signed Pretrial Order #12 Stipulated Protective Order in preparation for corporate representative depositions | 0.50 |
| 1/25/2010 | FVT | Litigation Strategy and Analysis - Email response from Meghan Johnson Carter confirming scheduled depositions of Hakim, Young and Booth. | 0.25 |
| | FVT | Litigation Strategy and Analysis. Email to Meghan Johnson Carter regarding scheduling the depositions of Hakim, Young, Olafsson and Booth on February 8 through February 11, 2010, | 0.25 |
| | KCB | BPB Plaintiffs Response to Digitek PFS Deficiency Letter - Emails with Matthew Moriarty, Laurence Tien, Robert Cowan, Richard Dean, Kristen Mayer, Claudia Hemminger, Priscilla Colburn, Michael Potter | 1.00 |
| 1/26/2010 | FVT | Prepared and filed via the Court's ECF System, Notice of Attorney Appearance and Counsel Contact Information | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | FVT | Reviewed, prepared and submitted application for Court ECF Registration Log in and Password | 1.00 |
| | KCB | BPB Plaintiffs Response to Digitek PFS Deficiency Letter - Emails with Matthew Moriarty, Laurence Tien, Robert Cowan, Richard Dean, Kristen Mayer, Claudia Hemminger, Priscilla Colburn, Michael Potter | 1.50 |
| 2/1/2010 | FVT | Received and reviewed email from Meghan Johnson Carter regarding loading of depositions on Crivella West. | 0.50 |
| 2/2/2010 | FVT | Received and reviewed email from Meghan Johnson Carter regarding webinar in preparation for reviewing of deposition, exhibits and documents in preparation for corporate represenative depositions. Attended webinar via conference call. | 1.75 |
| | FVT | Litigation Strategy and Analysis, reviewed voluminous documents in preparation for corporate representative depositions. | 8.00 |
| 2/3/2010 | FVT | Litigation Strategy and Analysis, reviewed voluminous documents in preparation for corporate represenative depositions and rough draft of deposition. | 5.00 |
| 2/4/2010 | FVT | Litigation Strategy and Analysis, reviewed voluminous documents in preparation for corporate representative depositions documents obtained from Special Collections. | 8.00 |
| 2/5/2010 | FVT | Received and reviewed Amended Notice to Take Videotaped Oral Deposition of Divya Patel. | 0.25 |
| 2/7/2010 | LT | Travel to New York to take the deposition of Christopher Young, corporate represenative. | 2.50 |
| 2/7/2010 | FVT | Discovery - Document review training | 6.00 |
| 2/8/2010 | LT | Document Review | 1.00 |
| 2/9/2010 | FVT | Attended and took the deposition of Christopher Young, corporate representative, returned travel from New York. | 10.00 |
| 2/11/2010 | LT | Litigation Strategy and Analysis - PSC conference call | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | FVT | | 0.75 |
| 2/15/2010 | KCB | Digitek Defendants - Emails with Fletch Trammell and Harris Junell | 1.25 |
| 2/18/2010 | LT | Document Review | 1.50 |
| 2/23/2010 | LT | Document Review | 1.00 |
| 2/26/2010 | LT | Master Digitek Complaint - Emails with Meghan Johnson, Camp Bailey, Harris Junell | 1.25 |
| 3/10/2010 | LT | Litigation Strategy and Analysis - PSC meeting - Attended via conference call. | 2.00 |
| | KCB | Litigation Strategy and Analysis - PSC meeting - Attended via conference call. | 2.00 |
| 3/31/2010 | AM | Digitek Motion to Compel - Emails with Camp Bailey | 0.75 |
| 4/5/2010 | FVT | Litigation Strategy and Analysis - reviewed voluminous documents in preparation for corporate representative depositions; internal emails from Jennifer McBride. | 5.00 |
| | JHM | Email from Timothy Sivack regarding Crivella West system | 2.00 |
| | JHM | Email from Meghan Johnson Carter re: Misbah Sherwani and other March Depositions | 0.50 |
| | JHM | Meeting with Fletch regarding Divya Patel deposition scheduled for 4/30/2010 | 1.00 |
| | JHM | Multiple emails and review of documents received from Sofia Bruera regarding Divya Patel documents and repository collection. | 0.50 |
| 4/6/2010 | LT | Digitek MDL, Orange County, Texas Hearing - Defendants' Motion to Compel | 5.00 |
| | KCB | Digitek MDL, Orange County, Texas Hearing - Defendants' Motion to Compel | 5.00 |
| | JHM | Review of Jasmine Shah deposition transcript and exhibits in preparation for Divya Patel deposition. | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | FVT | Litigation Strategy and Analysis - reviewed voluminous documents in preparation for corporate representative depositions; internal emails from Jennifer McBride. | 8.00 |
| | KCB | Pre-Trial Order 57 - Status Conference cancelled - Emails with Fletch Trammel | 0.75 |
| 4/12/2010 | LT | Tolling Agreement - Emails with Camp Bailey, Harris Junell | 1.00 |
| 4/13/2010 | JHM | Telephone Training conference call with Heidi Armstrong regarding Digitek Collaborative database | 1.00 |
| 4/14/2010 | JHM | Email chain with Meghan Carter Johnson regarding PTO confidentiality order, review of order, signature, and return. | 0.40 |
| | JHM | Research and document review for Divya Patel deposition | 8.00 |
| 4/15/2010 | FVT | Litigation Strategy and Analysis - reviewed voluminous documents in preparation for the deposition Divya Patel. | 5.00 |
| 4/19/2010 | JJ | Document Review | 4.50 |
| 4/20/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | EWD | Document review in advance of Divya Patel Deposition | 8.00 |
| | FVT | Litigation Strategy and Analysis, reviewed voluminous documents in preparation for corporate representative deposition. | 8.00 |
| | JJ | Document Review | 5.50 |
| 4/21/2010 | EWD | Document review in advance of Divya Patel Deposition | 8.00 |
| | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | JJ | Document Review | 6.00 |
| 4/22/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | EWD | Document review in advance of Divya Patel Deposition | 8.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | JJ | Document Review | 5.00 |
| 4/23/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | EWD | Document review in advance of Divya Patel Deposition | 6.00 |
| | JJ | Document Review | 5.00 |
| 4/26/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | EWD | Document review in advance of Divya Patel Deposition | 2.00 |
| | FVT | Litigation Strategy and Analysis, reviewed voluminous documents in preparation for corporate representative deposition. | 8.00 |
| | JJ | Document Review | 6.00 |
| 4/27/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | JJ | Document Review | 6.50 |
| 4/28/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| 4/29/2010 | JM | Review and pull documents in preparation for the deposition of Divya Patel | 7.00 |
| | FVT | Travel to New York to take the deposition of Divya Patel. | 6.00 |
| | JJ | Document Review | 6.00 |
| | JJ | Document Review | 3.00 |
| 4/30/2010 | FVT | Attended and took the deposition of Divya Patel, return travel from New York. | 9.00 |
| | JJ | Attended the deposition of Divya Patel, return travel from New York. | 9.00 |
| 5/11/2010 | LT | Document Review | 1.50 |
| 5/18/2010 | LT | Document Review | 1.00 |
| 5/27/2010 | LT | Document Review | 2.00 |
| 6/10/2010 | LT | Document Review | 2.00 |
| 6/14/2010 | LT | Document Review | 1.50 |
| 6/18/2010 | KCB | Digitek Experts - Emails with Pete Miller and Nia Barton | 0.75 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 7/19/2010 | LT | Plaintiff Fact Sheet program - Emails with Meghan Johnson, Camp Bailey | 0.25 |
| 7/28/2010 | KCB | Defense cost settlement - Emails with Pete Miller, Ed Blizzard, Holly Gibson, Sofia Bruera | 3.00 |
| 8/17/2010 | KCB | PSC Meeting Details - Emails with Meghan Johnson | 0.75 |
| 8/27/2010 | KCB | Resolution proposal - Emails with Matthew Moriarty | 0.25 |
| 8/31/2010 | KCB | Resolution proposal - Emails with Matthew Moriarty | 0.75 |
| 9/2/2010 | KCB | Claim deadline - Emails with Tracy Carter | 0.50 |
| 9/3/2010 | AP | Email with Camp Bailey regarding hearings | 0.50 |
| | KCB | Hearing with Judge Moss - Emails with Adam Peavy | 1.00 |
| 9/15/2010 | AP | Email with Camp Bailey regarding hearings | 0.75 |
| 9/17/2010 | LT | Settlement Agreement - Emails with Camp Bailey, Adam Peavy, Fletch Trammel, Harris Junell | 1.00 |
| 9/21/2010 | KCB | Pretrial Order 65 - Emails with Adam Peavy, Laurence Tien, Harris Junell, Fletch Trammel, Ken Bailey, Heather Santiago, Tracy Carter, Norma Koole | 0.75 |
| 9/23/2010 | AP | Hearing with Judge Moss and travel | 8.00 |
| 11/1/2010 | AP | Hearing with Judge Moss and travel | 8.00 |

RECAPITULATION

| TIMEKEEPER | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| K. Camp Bailey | $550.00 | 145.35 | $79,942.50 |
| Laurence Tien | 350.00 | 90.25 | $31,587.50 |
| Fletch Trammell | 450.00 | 107.8 | $48,510.00 |
| Adam Peavy | 450.00 | 17.25 | $7,762.50 |
| Justin Jenson | 325.00 | 56.5 | $18,362.50 |
| Elizabeth Dwyer | 325.00 | 32 | $10,400.00 |
| Jennifer McBride | 325.00 | 23.9 | $7,767.50 |
| Andrea McGinnis | 325.00 | 0.75 | $243.75 |
| Tracy Carter | 150.00 | 2.5 | $375.00 |
| Michael Potter | 150.00 | 0.75 | $112.50 |
| Jennifer Martin | 150.00 | 56 | $8,400.00 |
| | | 533.05 | $213,463.75 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/20/2008 | Amex BPB-1009 - Amex Travel Exp | $7,701.20 |
| 8/20/2008 | Amex BPB-1009 - Amex Travel Exp | $2,140.05 |
| 10/20/2008 | Amex BPB-1009 - Amex Travel Exp | $1,834.47 |
| 11/20/2008 | Amex BPB-1009 - Amex Travel Exp | $43.79 |
| 2/19/2009 | Amex BPB-1009 - Amex Digitek Pacer Service | $22.56 |
| 3/13/2009 | Digitek PSC - Assessment Fee | $25,000.00 |
| 8/20/2009 | Amex BPB-1009 - Travel Exps 8/20/09 Amex | $616.94 |
| 11/19/2009 | Amex BPB-1009 - FedEx Delivery11/19/09 Amex | $67.81 |
| 12/9/2009 | Pacer Logid#1548/MDL/filing | $0.72 |
| 1/20/2010 | Amex BPB-1009 - FedEx Delivery 1/20/10 Amex | $1,651.78 |
| 1/20/2010 | Amex BPB-1009 - FedEx Delivery 1/20/10 Amex | $19.45 |
| 2/11/2010 | LexisNexis Inv# 0911231238 Research | $9.70 |
| 2/11/2010 | LexixNexis Inv# 1001225052 Research | $2.59 |
| 2/12/2010 | LexisNexis Inv# 0912258274 Research | $13.15 |
| 2/17/2010 | Trammell, F. - Reimb Travel Exps - Cab 2/7/10 Newark, NJ | $80.00 |
| 2/17/2010 | Trammell, F - Reimb Travel 1/17-1/18/10 New York - Digitek | $544.81 |
| 2/18/2010 | Amex BPB-1009 - Exps 2/18/10 Amex | $8.24 |
| 2/18/2010 | Amex BPB-1009 - Travel Exps 2/18/10 Amex | $3,629.32 |
| 2/18/2010 | Amex BPB-1009 - FedEx Delivery2/18/10 Amex | $285.76 |
| 4/9/2010 | Inv# 1003223069/Research | $0.37 |
| 4/20/2010 | Amex BPB-1009 - Travel Expenses - parking | $22.51 |
| 5/7/2010 | LexisNexis On-Line Research | $1.27 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Cab F Trammell 4/29/10 | $15.10 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Cab F Trammell 4/30/10 | $11.04 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Hotel F Trammell 4/30/10 | $96.46 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Hotel J Jenson 4/30/10 | $88.78 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Cab F Trammell 4/30/10 | $95.48 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Bush Parking F Trammell 4/30/10 | $22.66 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Hotel F Trammell 5/2/10 | $346.61 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Meal F Trammell 4/29/10 | $83.85 |
| 5/21/2010 | Amex BPB-1009 - Amex Travel Exp | $86.00 |

| Date | Description | Amount |
|---|---|---|
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Airport Express F Trammell 4/29/10 | $2.71 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 NYC Taxi Med F Trammell 4/29/10 | $13.40 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Meal F Trammell 4/29/10 | $9.56 |
| 5/21/2010 | Amex BPB-1009 - Amex Contin Airlines F Trammell 4/26/10 NJ to TX | $693.70 |
| 5/21/2010 | Amex BPB-1009 - Amex Contin Airlines J Jenson 4/26/10 NJ to TX | $693.70 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Contin Air Justin Jenson 4/26/10 | $283.60 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Contin Air F Trammell 4/28/10 | $554.20 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Contin Air J Jenson NC to NJ 4/28/10 | $554.20 |
| 5/21/2010 | Amex BPB-1009 - Amex 5/10 Contin Air Baggage J Jenson 4/29/10 | $25.00 |
| 6/20/2010 | Amex BPB-1009 - FedEx Delivery 6/14/10 | $14.55 |
| 8/3/2010 | Jenson, Justin - Reimb Travel Exps 4/10/10 MDL | $520.25 |
| 8/20/2010 | Amex BPB-1009 - Amex Hotel Exp 8/19/10 Camp Bailey MDL WV | $315.39 |
| 8/20/2010 | Amex BPB-1009 - Amex Travel Exp 8/19/10 C Bailey MDL WV | $34.00 |
| 8/20/2010 | Amex BPB-1009 - Amex Airfare Exp 8/17/10 C Bailey | $909.90 |
| 8/20/2010 | Amex BPB-1009 - Amex Parking Exp 8/19/10 Camp Bailey | $34.00 |
| 10/21/2010 | Amex BPB-1009 - Amex Airfare Exp Adam P 9/21/10 | $799.90 |
| 10/21/2010 | Amex BPB-1009 - Amex Transportation Exp Adam Peavy 9/23/10 | $190.00 |
| 10/21/2010 | Amex BPB-1009 - Amex Meals Exp Adam Peavy 9/24/10 | $33.00 |
| 10/21/2010 | Amex BPB-1009 - Amex Meal Exp Adam Peavy 9/24/10 | $9.00 |
| 10/21/2010 | Amex BPB-1009 - Amex Transportation Exp Adam Peavy 9/25/10 | $65.00 |
| 10/21/2010 | Amex BPB-1009 - Amex Meal Exp Adam Peavy 9/28/10 | $6.79 |
| 11/15/2010 | Peavy, Adam - Reimb 9/28/10 PA Mtg w Judge Moss | $20.00 |
| 12/29/2010 | LexisNexis Inv# 1011213384 Research | $1.05 |
| | | $50,325.37 |