| PSC Member | MDL (Partner) Hours | Associate MDL Hours | Paralegal Hours | Law Clerk Hours | Class Partner Hours | Class Associate Hours | Class Paralegal Hours | Assessment Paid | Held Expenses | MDL Expenses | Class Expenses | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alonso, Andy | | | | | | | | No | | | | |
| Bailey, Camp | 145.35 | 328.45 | 59.25 | | | | | Yes | $50,325.37 | | | |
| Bell, Harry | 610.00 | 155.75 | 488.29 | | | | | Yes | $32,520.80 | $4,510.93 | | |
| Binstock, Bob | 88.50 | | | | | | | Yes | $28,133.14 | | | |
| Blanchard, Robert | 63.50 | 5.20 | | | | | | Yes | $31,834.36 | | | |
| Blizzard, Ed | 328.50 | 287.50 | | | | | | Yes | $238,661.33 | | | Includes Trial Case expenses |
| Climaco, John | | | | | | | | No | | | | |
| Cutter, Brooks | 56.50 | | 74.50 | | | | | Yes | $27,053.19 | | | |
| Frankovitch, Carl | 1,609.00 | 372.60 | 344.90 | 138.60 | | | | Yes | $56,547.97 | $19,700.00 | | |
| Gallucci, Dan | 290.85 | 16.30 | 64.55 | | | | | Yes | $29,679.65 | | | |
| Giardi & Keese | 29.20 | | | | | | | Yes | $25,000.00 | | | No affidavit submited; time and expenses calculated through submissions to Harry Bell's office. |
| Hauer, Stacy | 207.40 | 8.10 | | | | | | Yes | $32,776.71 | | | |
| Lanier, Mark | | 97.92 | | | | | | Yes | $31,179.00 | | | |
| Levy, Lester ( Pat Avery) | 110.30 | 147.50 | 18.50 | | 141.90 | 331.20 | 17.70 | Yes | $29,460.20 | | $5,046.15 | |
| Miller, Pete | 1,547.00 | 681.00 | 483.00 | | | | | Yes | $40,425.00 | | | |
| Mulderig, Shamus | 158.35 | 272.15 | | | | | | Yes | $83,289.23 | | | |
| O'Quinn, John | | | | | | | | No | | | | Mr. O'Quinn passed away shortly after his appointment to the PSC |
| Ownby, Ashley | 250.00 | | | | | | | Yes | $31,642.10 | | | |
| Peterson, David | | | | | | | | Yes | $25,000.00 | | | |
| Pettit, Jim | 590.00 | 162.50 | 40.35 | | 145.90 | 24.30 | 29.75 | Yes | $34,982.81 | | | |
| Pitre, Frank | | | | | | | | Yes | $25,000.00 | | | No affidavit submitted; expenses calculated through submissions to Harry Bell's office. |
| Sanford, Shelly | 319.10 | 365.85 | | | | | | Yes | $37,663.24 | | | |
| Sizemore, Paul | | | | | | | | No | | | | Assessment was paid by Giardi & Keese |
| Thompson, Fred | 1,821.00 | 3,858.20 | 359.95 | 103.40 | 25.00 | 103.05 | | Yes | $182,696.20 | $190,301.78 | $1,176.39 | Includes Trial Case expenses |
| Toriseva, Teresa | 282.10 | | | | | | | No | $17,617.73 | | | |
| Weinstein, Scott | 195.10 | 13.20 | | | 216.20 | 127.10 | | Yes | $32,260.17 | | | |
| Malkinson, John (non PSC) | | | | | 142.38 | | | No | | | $1,625.85 | Not a member of the PSC - Mr. Malkinson is MDL Counsel on the Class Committee |
| Totals in Hours | 8,701.75 | 6,772.22 | 1,933.29 | 242.00 | 671.38 | 585.65 | 47.45 | | $1,123,748.20 | $214,512.71 | $7,848.39 | |