PLAINTIFFS STEERING COMMITTEE EXPENDITURES

| DATE | CHECK # | VENDOR | REASON | EXPENSE |
|---|---|---|---|---|
| 03-26-09 | 501 | John F. Sevaro, M.D. | Expert | 7,044.33 |
| 03-26-09 | 502 | National Medical Cons. | Expert | 2,500.00 |
| 03-26-09 | 503 | Drug & Poison Info Ctr. | Expert | 10,200.00 |
| 07-02-09 | 504 | Golkow Technologies | Deposition Services | 1,380.25 |
| 07-02-09 | 505 | Golkow Technologies | Deposition Services | 900.00 |
| 07-02-09 | 506 | Golkow Technologies | Deposition Services | 1,325.00 |
| 07-02-09 | 507 | Golkow Technologies | Deposition Services | 1,157.20 |
| 07-02-09 | 508 | Golkow Technologies | Deposition Services | 1,180.00 |
| 07-02-09 | 509 | Golkow Technologies | Deposition Services | 1,069.30 |
| 07-02-09 | 510 | Motley Rice LLC | Reimbursement for Houston Mtg Expense | 2,570.34 |
| 07-02-09 | 511 | Bell & Bands PLLC | Reimbursement for Houston Mtg Expense | 2,997.36 |
| 07-02-09 | 512 | Bell & Bands PLLC | Reimbursement for Houston Mtg Expense | 3,702.04 |
| 12-31-09 | 514 | Crivella West | Repository | 3,000.00 |
| 01-28-10 | 515 | David Blesner Ph.D. | Expert | 1,750.00 |
| 01-28-10 | 516 | Crivella West | Repository | 3,000.00 |
| 01-28-10 | 517 | Golkow Technologies | Deposition Services | 12,331.96 |
| 01-28-10 | 519 | Renillo | Deposition Services | 2,586.00 |
| 01-28-10 | 521 | Motley Rice LLC | Reimbursement for | 67,063.19 |
| 03-03-10 | 522 | Smart Consulting | Expert | 16,750.00 |
| 03-03-10 | 523 | Delphi Analytical | Pharmaceutical Consulting Svcs | 12,050.00 |
| 03-03-10 | 525 | Golkow Technologies | Deposition Services | 18,932.00 |
| 03-03-10 | 526 | Renillo | Deposition Services | 12,718.00 |
| 04-23-10 | 527 | Delphi Analytical | Pharmaceutical Consulting Svcs | 21,175.00 |
| 04-23-10 | 528 | Crivella West | Repository | 6,000.00 |
| 04-23-10 | 530 | Griffith & Associates |  | 394.30 |
| 04-23-10 | 531 | Golkow Technologies | Deposition Services | 3,958.78 |
| 04-23-10 | 532 | Renillo | Deposition Services | 2,592.60 |
| 05-25-10 | 533 | Gerald DeVaughn MD | Expert | 3,500.00 |
| 05-25-10 | 534 | Crivella West | Repository | 3,000.00 |
| 05-25-10 | 535 | Delphi Analytical Svcs. | Pharmaceutical Consulting Svcs | 72,875.00 |
| 05-25-10 | 536 | Renillo Deposition & Discovery | Deposition Services | 1,694.40 |
| 06-24-10 | 537 | Delphi Analytical Svcs. | Pharmaceutical Consulting Svcs | 43,725.00 |
| 06-24-10 | 538 | SpyGlass Group, Inc. | Expert | 45,895.00 |
| 06-24-10 | 539 | Golkow Technologies | Deposition Services | 32,600.25 |
| 06-24-10 | 540 | Smart Consulting Group LLC | Expert | 47,062.50 |
| 07-16-10 | 542 | Crivella West | Repository | 3,000.00 |

| Date | Check # | Payee | Purpose | Amount |
|---|---|---|---|---:|
| 07-16-10 | 543 | Smart Consulting Group LLC | Expert | 12,734.73 |
| 07-16-10 | 544 | SpyGlass Group, Inc. | Expert | 28,595.00 |
| 12-15-10 | 545 | Rennillo | Deposition Services | 11,382.78 |
| 12-15-10 | 546 | Golkow Technologies | Deposition Services | 8,442.44 |
| 12-15-10 | 547 | Crivella West | Repository | 3,000.00 |
| 01-17-11 | 548 | Golkow Technologies | Deposition Services | 4,565.78 |
| 02-15-11 | 549 | Smart Consulting Group, Inc. | Expert | 750.00 |
| Total | | | | 543,150.73 |

Voided Checks:

513

518

520

529

524

541

550