# IN THE UNITED STATES DISTRICT COURT OF THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK LITIGATION | MDL NO. 1968 |

**THIS DOCUMENT APPLIES ONLY TO:**

| | |
|---|---|
| ROBERT E. JOHNSON, et al., | No. 2:10-cv-0705 |
| Plaintiff, | |
| vs. | |
| ACTAVIS TOTOWA, LLC., et al. | |
| Defendants. | |

## MOTION TO WITHDRAW

Dean Brett, Bill Coats and the Brett & Coats Law Firm respectfully submit this motion to the Court for an order permitting their withdrawal as attorney of record for Plaintiff Robert E. Johnson, and in support would show:

1. Counsel and the Plaintiff are in disagreement over this case and how to proceed in this matter.

2. Counsel has informed Plaintiff of their intention to withdraw via first class mail and certified mail.

3. Plaintiff's mailing address is P.O. Box 260, Yakutat, Alaska 99689.

WHEREFORE, Movants pray for an order allowing their withdrawal and for such other relief to which they may be entitled.

DATED: February 22, 2011.

/s/ Dean Brett
Dean Brett
Bill Coats
Brett & Coats, PLLC
P.O. Box 4196
Bellingham, WA  98227
Tel:   (360) 714-0900
Fax:   (866) 437-0623
Email: dbrett@brettlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I or an employee under my control electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Dean Brett
Dean Brett
Attorney for Plaintiff
Brett & Coats, PLLC
P.O. Box 4196
Bellingham, WA  98227
Tel:   (360) 714-0900
Fax:   (866) 437-0623
Email: dbrett@brettlaw.com