IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK LITIGATION          MDL NO. 1968

THIS DOCUMENT APPLIES ONLY TO:

ROBERT E. JOHNSON, et al.,          No. 2:10-cv-0705

        Plaintiff,

vs.

ACTAVIS TOTOWA, LLC., et al.

        Defendants.

### ORDER GRANTING MOTION TO WITHDRAW

Upon good cause being shown,

IT IS HEREBY ORDERED that Dean Brett, Bill Coats and the Brett & Coats Law Firm are allowed to withdraw as attorney of record for Plaintiff Robert E. Johnson effective February 22, 2011.

IT IS FURTHER ORDERED that all further notices in this case shall be sent to Plaintiff Robert E. Johnson at P.O. Box 260, Yakutat, Alaska 99689.

Signed this _____ day of _____, 2011.

_____
**J U D G E**