IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK® PRODUCTS LIABILITY
    LITIGATION

_____     MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #74**
(Defense Response Date to Fee Petition)

PTO #71 extended the time for the Plaintiffs' Steering Committee to file their fee petition until February 15, 2011. A clear defense response date was not directed at that time. Counsel for the parties have advised the court that they agree on a defense response date of March 15, 2011. It is hereby **ORDERED** that the defendants' response to the joint fee petition filed on February 15, 2011, will be due **no later than March 15, 2011**.

The court DIRECTS the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2:11-cv-00100. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial

orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER: February 23, 2011

        _____
        Joseph R. Goodwin, Chief Judge