IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF JOINT PETITION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSE REIMBURSEMENTS RELATING TO COMMON BENEFIT WORK

The Plaintiffs' Steering Committee hereby files the replacement affidavit of Shamus Mulderig, and additional supplemental documentation from Hissey Kientz, LLP and Morgan & Morgan, P.A.

Dated: March 1, 2011

Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

s/Fred Thompson, III Esq.
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**Co- Lead Counsel**

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
**Co- Lead Counsel**

Harry F. Bell, Jr., Esq.
Bell Law Firm, PLLC
P. O. Box 1723
Charleston, WV 25326
**Co-Lead and Liaison Counsel**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              s/Fred Thompson, III Esq._____
                                              Fred Thompson, III, Esq.
                                              Motley Rice, LLC
                                              28 Bridgeside Blvd.
                                              Mt. Pleasant, SC 29464
                                              ***Co- Lead Counsel***