| Date | Description | Hours |
|---|---|---|
| | **Time for Scott Weinstein (Partner)** | |
| 11/18/2009 | Conference with Harry Bell and others regarding PSC issues | 1.6 |
| 11/21/2009 | Emails with Harry Bell regarding PSC and assessment | 0.3 |
| 1/20/2009 | Telephone conference regarding Class Action Subcommittee and receipt and review of materials from Meghan Johnson | 0.5 |
| 1/30/2009 | PSC Telephone Conference | 1.5 |
| 2/26/2009 | Telephone conference regarding PSC issues | 1.0 |
| 3/2/2009 | Review of grid provided by Fred Thompson and emails with Harry Bell regarding PSC issues | 1.5 |
| 3/9/2009 | Travel to Houston Texas for PSC meeting | 3.0 |
| 3/9/2009 | Prepare for PSC meeting in Galleria | 4.0 |
| 3/10/2009 | Attend PSC Meeting in Galleria | 10.0 |
| 3/10/2009 | Return Travel from Houston | 3.0 |
| 3/18/2009 | Conference with Jerry Parker, Harry Bell and others regarding PSC issues | 1.8 |
| 3/26/2009 | Receipt and Review of Notice of Potential Tag-Along Actions | 0.1 |
| 4/10/2009 | Receipt and Review of Notice of Member Case Opened | 0.1 |
| 4/13/2009 | Receipt and Review of PTO 20 re Electronic Discovery | 0.5 |
| 4/28/2009 | Receipt and Review of PSC minutes | 0.5 |
| 4/30/2009 | Conference with Pete Albanis regarding PSC telephone conference | 0.2 |
| 5/14/2009 | Email with Pat Avery and PSC regarding PFS | 0.3 |
| 5/18/2009 | Call with Meyer regarding class action subcommittee | 0.5 |
| 6/2/2009 | Email with Meyer regarding PSC meeting | 0.3 |
| 6/8/2009 | Correspond with Pat Avery and Meyer regarding PTO 16 and class cert discovery issues | 0.2 |
| 6/10/2009 | Receipt and Review of Malkinson email regarding potential economic losses and forward to Meyer | 0.3 |
| 6/11/2009 | Conference with Meyer regarding PSC meeting | 0.6 |
| 6/15/2009 | Emails with Meyer regarding class action subcommittee meeting | 0.3 |
| 6/24/2009 | Receipt and review of chart of class actions and email with Meyer regarding chart | 0.5 |
| 6/26/2009 | Review of correspondence from Defendants regarding medical monitoring and personal injury allegations in class action cases and emails with Meyer regarding same | 0.5 |
| 7/2/2009 | Receipt and Review of Conduct of Discovery Order | 0.4 |
| 7/7/2009 | Receipt and Review of Defendant's Cross Notice of Vidotaped Depos of Plaintiffs and Class Reps in Jarrell case. | 0.1 |
| 7/30/2009 | Receipt and Review of UDI Laboratories, Inc.'s Objections and Responses to Plaintiff's Second Set of Requests for Production | 0.6 |
| 7/30/2009 | Receipt and Review of Mylan Defendant's Objections and Responses to Plaintiff's Second Set of Requests for Production | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 8/6/2009 | Receipt and Review of PTO 36 scheduling oral argument on Defendants' pending motion to determine sufficiency of Plaintiffs' master objections to Defendants' First Requests for Admission | 0.1 |
| 8/7/2009 | Receipt and Review of Defendant's Response in support of motion to determine sufficiency of Plaintiffs' master objections to Defendants' First Requests for Admission | 0.3 |
| 8/10/2009 | Receipt and Review of PTO 37 affirming PTO 27 | 0.2 |
| 8/11/2009 | Receipt and Review of Recorder's Brief Transcript of Status Conference | 0.1 |
| 8/12/2009 | Receipt and Review of CTO-18 w/ attachments | 0.4 |
| 8/23/2009 | Receipt and Review of PTO 38 and calendar deadlines | 0.2 |
| 8/31/2009 | Receipt and Review of Mylan Defendant's Objections and responses to Plaintiff's First Set of Interrogatories Directed to Defendants Regarding Class Actions | 0.5 |
| 8/31/2009 | Receipt and review of UDL Laboratories, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories Directed to Defendants Regarding Class Actions | 0.5 |
| 8/31/2009 | Receipt and review of UDL Laboratories, Inc.'s Response to Plaintiff's First Set of Requests for Production Directed to Defendants Regarding Class Actions | 0.4 |
| 8/31/2009 | Receipt and review of Mylan Pharmaceuticals' Response to Plaintiff's First Set of Requests for Production Directed to Defendants Regarding Class Actions | 0.5 |
| 9/3/2009 | Conference with Albanis regarding PSC telephone conference | 0.6 |
| 9/10/2009 | Email with Meyer regarding document review meeting and class certification issues | 0.3 |
| 9/21/2009 | Receipt and Review of Defendant's Motion for Entry of Lone Pine CMO | 0.3 |
| 9/21/2009 | Receipt and Review of Brief in Support of Motion re CMO | 0.3 |
| 9/21/2009 | Receipt and Review of Plaintiff's Objections to Pretrial Order 39 | 0.2 |
| 9/21/2009 | Receipt and Review of Pretrial Order 40 | 0.3 |
| 9/22/2009 | Receipt and Review of Actavis' Cross-Notice of Depo of Plaintiff Lange | 0.1 |
| 9/22/2009 | Receipt and Review of CTO-19 | 0.1 |
| 9/24/2009 | Receipt and Review of copy of Notice of Potential Tag Along Actions | 0.1 |
| 9/25/2009 | Receipt and Review of Plaintiffs' Motion to Compel | 0.6 |
| 9/25/2009 | Receipt and Review of Motion to Extend Deadlines in PTO 16 | 0.2 |
| 9/25/2009 | Receipt and Review of Plaintiffs' Response and Memorandum in Opposition to Defendants' Motion for Entry of Lone Pine CMO | 0.3 |
| 10/1/2009 | Receipt and Review of Pretrial Order 42 | 0.2 |
| 10/2/2009 | Receipt and Review of Notice of Potential Tag-Along Action; | 0.1 |
| 10/2/2009 | Conference with Meyer regarding class action subcommittee work | 0.2 |
| 10/5/2009 | Receipt and Review of Defendant's Motion for Entry of Lone Pine CMO | 0.5 |
| 10/6/2009 | Receipt and Review of Notice of Taking Deposition of Patel | 0.1 |
| 10/6/2002 | Receipt and Review of PTO 43 | 0.2 |
| 10/8/2009 | Receipt and Review of Notice rescheduling status conference | 0.1 |
| 10/14/2009 | Receipt and Review of Order Granting substitution of Plaintiff in Jarrell case | 0.1 |
| 10/14/2009 | Receipt and Review of Clarification of Plaintiff's Intentions | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 10/14/2009 | Receipt and Review of Order Granting Plaintiff's Motion for Leave to File Amended Complaint Instanter | 0.1 |
| 10/16/2009 | Receipt and Review of Notice of Taking Video Deposition of Lourdes Reyes | 0.1 |
| 10/19/2010 | Review of PSC notes from Albanis | 0.6 |
| 10/19/2009 | Receipt and Review of Notice of Potential Tag Along Actions | 0.2 |
| 10/20/2009 | Receipt and Review of Notice of Production of Documents to Steering Committee | 0.2 |
| 10/21/2009 | Receipt and Review of Notices of Video Deposition of Bakul Shah, Anilkumar Patel, Kwamw Adjel, and Rich Mayo | 0.2 |
| 10/22/2009 | Receipt and Review of Acarino Reply re Motion to Compel | 0.4 |
| 10/22/2009 | Receipt and Review of PTO 45. Calendar revised discovery deadlines. | 0.2 |
| 11/2/2009 | Receipt and Review of Order re Trial Group Selection and proposed Amendment to CMO1 | 0.2 |
| 11/12/2009 | Receipt and Review of PTO 46 | 0.2 |
| 11/18/2009 | Conference with Meyer regarding class action subcommittee call | 0.5 |
| 11/23/2009 | Receipt and Review of entry for 11/20/09 Pretrial conference | 0.1 |
| 11/23/2009 | Receipt and Review of PSC Notice of Taking Deposition of Jisheng Zhu. Calendar same | 0.1 |
| 11/24/2009 | Receipt and Review of PTO 47 and calendar deadlines | 0.1 |
| 11/25/2009 | Receipt and Review of Notices of Video Deposition of Alphesh Kinkhabwala, Swapan Roychowhury, Rick Dowling and update file. | 0.2 |
| 12/22/2009 | Conference with Meyer regarding choice of law issues in class cert brief | 1.5 |
| 12/29/2009 | Review of choice of law draft from Meyer | 3.0 |
| 12/7/2009 | Draft email to PSC regarding coordinating Rule 11 responses | 0.2 |
| 12/30/2009 | Receipt and Review of Motoin to File under Seal | 0.2 |
| 1/5/2010 | Conference with Meyer regarding status of briefing | 1.3 |
| 1/6/2010 | Receipt and Review of draft class cert brief and conference with Meyer regarding comments | 1.5 |
| 1/14/2010 | Receipt and Review of potential Tag-Along case | 0.1 |
| 1/19/2010 | Receipt and Review of class cert brief and conference with Meyer regarding comments | 2.0 |
| 1/25/2010 | Receipt and Review of Notices of Potential Tag-Along cases | 0.1 |
| 2/1/2010 | Conference with Meyer regarding filing of class certification materials after deadline | 0.3 |
| 2/20/2010 | Receipt and Review of Defendant's Opposition to Class Certification Motion | 1.5 |
| 3/3/2010 | Receipt and Review of draft class cert reply brief and conference with Meyer regarding same | 1.8 |
| 3/10/2010 | Conference with Meyer regaring PSC meeting | 0.3 |
| 4/9/2010 | Receipt and Review of Pretrial Order #58 | 0.2 |
| 4/19/2010 | Receipt and Review of Notice of Taking Video Deposition of Chuck Koon | 0.1 |
| 4/21/2010 | Receipt and Review of Notice of Taking Deposition of Jackson Kelly PLLC | 0.1 |
| 4/21/2010 | Receipt and Review of Notice of Video Deposition of Patricia Latzo | 0.1 |
| 4/26/2010 | Receipt and Review of Case Management and Scheduling Order | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/25/2010 | Receipt and Review of Pretrial Order 60 denying Class Certification | 0.6 |
| 6/3/2010 | Conference with Meyer regarding drafting of Motion for Reconsideration or Rule 23(f) Petition | 0.4 |
| 8/18/2010 | Conference with Michael Goetz regarding upcoming PSC meeting | 0.6 |
| 8/20/2010 | Conferences with Michael Goetz regarding PSC meeting and terms of potential settlement | 2.3 |
| | **Total for Scott Weinstein** | **64.8** |

### Time for Michael Goetz (Partner)

| Date | Description | Hours |
|---|---|---|
| 8/18/2010 | Travel to Philadelphia for PSC meeting. | 4.5 |
| 8/19/2010 | Conference with PSC regarding potential settlement; travel from Philadelphia to Tampa | 10.0 |
| | **Total for Michael Goetz** | **14.5** |

### Time for J. Andrew Meyer (Partner)

| Date | Description | Hours |
|---|---|---|
| 5/13/2009 | Review of correspondence between Pat Avery and Scott Weinstein regarding class cert issues raised by Plaintiff Fact Sheets. | 0.1 |
| 5/14/2009 | Review of correspondence from Scott Weinstein and Pat Avery regarding discussion of class certification issues; examine Plaintiff fact sheet sent from Pat Avery to review for possible class certification issues; review of class action complaints; review of correspondence from Harry Bell regarding upcoming class representative depositions. | 1.2 |
| 5/15/2009 | Correspond with Michael Goetz to coordinate class action subcommittee telephone call; work with Vickie Gerlach to schedule call and notify co-counsel of same; participate in telephone conference with Michael Goetz and class action sub-committee co-counsel to discuss class certification issues, including upcoming briefing deadlines, upcoming class representative depositions, and plaintiff fact sheet questions having possible impact on class certification issues; additional telephone conference with Michael Goetz after call; draft correspondence to Scott Weinstein regarding call. | 3.5 |
| 5/16/2009 | Review of Draft responses to Motions to Dismiss Count 18 and Count 5 forwarded by Scott Weinstein from Meghan Carter. | 0.8 |
| 5/18/2009 | Telephone conference with Scott Weinstein regarding class action sub-committee telephone call. | 0.5 |
| 5/26/2009 | Review of email correspondence regarding discovery repository and extension of time for filing of Fact Sheets. | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 5/29/2009 | Review of correspondence from Meghan Johnson regarding upcoming PSC meeting; correspond with Scott Weinstein regarding same. | 0.2 |
| 6/1/2009 | Review of correspondence from Meghan Johnson regarding recent depositions, discovery deadline, document repository and summary of most recent status conference. | 0.2 |
| 6/2/2009 | Correspond with Scott Weinstein regarding upcoming PSC meeting in Houston; arrange to attend PSC meeting; review and respond to correspondence regarding assisting Harry Bell with deposition preparation of class representative. | 2.1 |
| 6/4/2009 | Review of correspondence from various attorneys regarding defendants' unjustifiably sending letters stating fact sheets not received and PSC's response to same; review of letter send to Judge Goodwin. | 0.3 |
| 6/8/2009 | Review of correspondence regarding discovery due to Defendants from various Plaintiffs' counsel; review of correspondence from Pat Avery and Scott Weinstein regarding possible inclusion of additional discovery requests relating to class certification issues; review of discovery requests as drafted; draft proposed additional requests and forward same to Meghan Carter, Pat Avery, and Scott Weinstein; review of additional correspondence from various Plaintiffs' counsel regarding other discovery requests to add. | 4.0 |
| 6/9/2009 | Review of correspondence from Jim Petit regarding possible discovery requests in his NJ case; correspond with Pat Avery and Scott Weinstein regarding same; attempt to coordinate a time to speak with Pat Avery and Scott Weinstein in advance of PSC meeting regarding class certification issues. | 0.6 |
| 6/10/2009 | Prepare for upcoming PSC meeting in Houston including telephone conferences with Scott Weinstein regarding same and travel from Tampa to Houston for meeting. | 8.0 |
| 6/11/2009 | Attend PSC Meeting in Houston TX | 6.0 |
| 6/11/2009 | Conference with Dan Galluci after PSC Meeting and telephone conference with Scott Weinstein after PSC meeting regarding outcome of same. | 1.0 |
| 6/11/2009 | Travel from Houston to Tampa returning from PSC meeting. | 7.5 |
| 6/12/2009 | Telephone conference with Pat Avery regarding class certification committee and class certification issues. | 0.3 |
| 6/15/2009 | Correspond with Scott Weinstein regarding class action committee meeting and issues to raise during same; review and respond to correspondence from committee members to coordinate meeting time. | 1.2 |
| 6/16/2009 | Telephone conference with Class Action Subcommittee; participate with Patricia Avery and Harry Bell in deposition preparation of class representative in W.VA state case; telephone conference with Patricia Avery regarding class certification issues in MDL; contact Michelle Blue and Elwood Bull to discuss possible deposition dates; draft letter to defense counsel regarding possible deposition dates; conference with Michael Goetz regarding same. | 3.0 |

| Date | Description | Hours |
|---|---|---|
| 6/17/2009 | Participate in telephonic status hearing with court; office conference with Michael Goetz after status hearing regarding same and regarding Defendant's request to depose our class representatives and strategies for dealing with same; correspond with Michael Goetz regarding possible dismissal of current class cases in favor of filing new, consumer only class case and regarding holding off on sending letter to defense counsel regarding scheduling of Bull and Blue depositions; review of correspondence from Defense counsel unilaterally setting deposition time; telephone conference with Scott Weinstein regarding same and assist with drafting of responses to Defense counsel to coordinate deposition time. | 4.2 |
| 6/18/2009 | Review of correspondence regarding document repository and participation in document review. | 0.2 |
| 6/22/2009 | Review of Defendants' brief in opposition to our Cross motion to expand and define the scope of discovery | 0.3 |
| 6/23/2009 | Review of correspondence from various Plaintiffs' counsel regarding scheduled class representative depositions; correspond with Michael Goetz regarding plan for dismissing Bull and Blue case and re-filing consumer only class case. | 0.4 |
| 6/24/2009 | Review of class action case chart forwarded by Meghan Carter and review of correspondence from Meghan Carter regarding PTO 12; respond to correspondence from Meghan Carter regarding Blue deposition and regarding plan to dismiss Blue and Bull case in favor of refilling consumer only class case. | 0.6 |
| 6/26/2009 | Review of correspondence from Defense counsel regarding class cases forwarded by Meghan Carter; correspond with Scott Weinstein regarding same | 0.4 |
| 6/29/2009 | Review of correspondence from Meghan Carter regarding class action issues conference call and also regarding upcoming trial selection meeting in Philadelphia. | 0.2 |
| 6/30/2009 | Review and respond to correspondence setting up class action conference call tomorrow 7/1. | 0.3 |
| 6/30/2009 | Review of correspondence from Jim Pettit regarding NJ motion to compel 483 inspection reports and all corresponding log books. | 0.2 |
| 7/1/2009 | Prepare for and participate in conference call with class counsel to discuss inter alia upcoming class representative depositions; review of chart of class cases compiled by Meghan Johnson; review of correspondence regarding class representative depositions. | 1.5 |
| 7/2/2009 | Review of correspondence from Meghan Johnson regarding upcoming class representative depositions. | 0.2 |
| 7/2/2009 | Review of correspondence from Meghan Johnson regarding master objections to Requests for Admission; review of draft master objections; office conference with Micheal Goetz regarding same. | 0.4 |
| 7/6/2009 | Review of correspondence from Jim Pettit regarding upcoming class rep depo and regarding potential additional component of class-wide damages | 0.2 |
| 7/7/2009 | Receipt and review of draft class action discovery from Jim Pettit. | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 7/8/2009 | Review of correspondence from Pat Avery regarding defendants resetting class rep depos where PFS indicates plaintiff has pills and proposing to inspect same; review and respond to correspondence setting conference call to discuss response to same. | 0.3 |
| 7/9/2009 | Review of correspondence from Jim Pettit regarding class rep deposition; review of additional correspondence regarding upcoming class action committee conference call. | 0.2 |
| 7/10/2009 | Prepare for and participate in conference call with class counsel to discuss class rep depositions, defendants' pill inspection request, and class cert discovery; review of correspondence from Jim Pettit regarding class cert discovery; review of draft letter from Meghan Johnson to defendants regarding pill testing protocol; review of comments from co-counsel to same. | 2.7 |
| 7/15/2009 | Review of correspondence from Meghan Johnson regarding upcoming class rep depo and materials used to prepare class representatives for deposition. | 0.4 |
| 7/21/2009 | Review of correspondence from Jim Pettit and co-counsel regarding setting conference call with class action committee to discuss draft discovery requests. | 0.2 |
| 7/22/2009 | Review of correspondence from Jim Pettit outlining agenda for class action committee conference call. | 0.1 |
| 7/23/2009 | Prepare for and participate in telephone conference call with class action committee to discuss discovery requests, notice of removal in Paladino case, and other class certification issues; review of correspondence from co-counsel regarding issues raised during call; review of letter from Defendants regarding pill testing protocol and draft response letter. | 2.3 |
| 7/24/2009 | Review of Milligan class rep depo transcript; review and comment on draft letter to Judge Stanley regarding propriety of defendants inquiring about medical and family history of economic loss only class rep plaintiffs; review of proposed revisions to draft discovery from Jim Malkinson; review of comments from Jim Pettit regarding same. | 3.6 |
| 8/11/2009 | Attend status conference with court telephonically and prepare and circulate notes of same. | 2.0 |
| 8/17/2009 | Review of correspondence from Fred Thompson outlining substance of court's ruling on medical records. | 0.2 |
| 8/24/2009 | Prepare for and participate in class action committee conference call. | 0.8 |
| 8/31/2009 | Review of correspondence from Pat Avery regarding deadlines for filing motions for class certification and PSC's request to extend deadline for economic loss class briefing. | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/1/2009 | Correspond with and telephone conference with Meghan Johnson regarding current deadlines for class briefing on personal injury and economic loss classes; draft correspondence to Pat Avery regarding same; correspond with Scott Weinstein regarding same; review and respond to correspondence from co-counsel regarding time needed to complete economic loss class briefing; review of correspondence from Fred Thompson and from Meghan Johnson regarding status of personal injury class claims, filing of motion with court as a placeholder pending dismissal of all personal injury class claims and regarding time requested to complete economic loss class briefing; conference with Scott Weinstein regarding above. | 4.5 |
| 9/2/2009 | Review of correspondence from Meghan Johnson regarding setting up PSC call and receipt and review of PTO #39. | 0.6 |
| 9/3/2009 | Prepare for and participate in PSC telephone call. | 0.5 |
| 9/8/2009 | Review of correspondence setting document review training meeting for later in month. | 0.1 |
| 9/10/2009 | Correspond with Scott Weinstein regarding attendance at document review meeting; respond to Meghan Carter that I will be attending document review meeting. | 0.2 |
| 9/11/2009 | Coordinate with co-counsel and staff concerning upcoming document review meeting. | 0.5 |
| 9/15/2009 | Review and comment on draft notice of motion from Meghan Johnson to be filed with the court regarding economic loss class certification motion; review of correspondence from co-counsel regarding same. | 0.5 |
| 9/16/2009 | Review of correspondence from Jim Pettit regarding recent rulings in NJ state case; review of correspondence from Elizabeth Robinson regarding assisting with class cert briefing. | 0.1 |
| 9/17/2009 | Review of correspondence from Jim Pettit and Fred Thompson regarding defendants' deficient responses to class discovery and PSC's response thereto. | 0.2 |
| 9/17/2009 | Travel from Tampa to Atlanta; attend document review training session in Atlanta to learn document system and to assist in training document reviewers to spot documents relevant to class certification issues; return travel from Atlanta to Tampa. | 14.0 |
| 9/18/2009 | Review of correspondence from Jim Petit regarding need for experts to support class certification and outlining several damage components; correspond with Elizabeth Robinson and Natalie Mackiel regarding time for conference call; conference call with same regarding assignments for class cert briefing; review of outline forwarded by Elizabeth Robinson of to do items; review of correspondence from Meghan Johnson regarding outstanding issues needing immediate attention, including evaluating need for class cert experts. | 1.3 |
| 9/21/2009 | Review and comment on draft deficiency letters to send to Defendants regarding class their responses to class certification discovery. | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 9/22/2009 | Review of correspondence from Jim Pettit outlining 60-day strategy for class cert discovery and briefing issues; review of Jim Pettit's outline of Chambers deposition and issues raised by testimony. | 0.5 |
| 9/24/2009 | Review of class rep Dale Campbell's responses to requests for admission. | 0.2 |
| 9/24/2009 | Correspond with Meghan Johnson regarding document reviewer listserv; review of listserv correspondence. | 0.2 |
| 9/25/2009 | Review of correspondence from Kristin Mayer regarding Defendants' responses to Plaintiffs' outstanding discovery requests. | 0.3 |
| 9/28/2009 | Review of correspondence from co-counsel regarding status of motion to compel and Defendants' discovery responses to date. | 0.2 |
| 9/28/2009 | Review of email from Pete Miller regarding status of document review. | 0.1 |
| 10/1/2009 | Review and respond to correspondence setting up conference call of class action committee. | 0.2 |
| 10/2/2009 | Participate in class action subcommittee telephone call; review of correspondence from Meghan Carter regarding her compiling a list of states with class claims remaining; review of correspondence with document reviewers regarding class action issues to flag in documents. | 1.8 |
| 10/2/2009 | Review of correspondence regarding setting next PSC meeting; correspond with Scott Weinstein regarding same. | 0.2 |
| 10/8/2009 | Review of correspondence from Meghan Carter to listserve regarding class action cases; correspond with Meghan Carter regarding same. | 0.2 |
| 10/8/2009 | Review of correspondence regarding next PSC meeting. | 0.1 |
| 10/9/2009 | Review of correspondence from Meghan Carter regarding upcoming depositions. | 0.1 |
| 10/12/2009 | Review of correspondence from Pete Miller to document review team regarding issues to spot/coding selections. | 0.2 |
| 10/20/2009 | Correspond with Pete Albanis regarding PSC meeting and review his notes of same; review Digitek Consumer Return Kit materials forwarded by Meghan Carter. | 0.4 |
| 10/29/2009 | Review of correspondence from Meghan Carter regarding Judge Stanley indicating she will rule on motions to compel without argument and impact on deadline for class cert briefing. | 0.1 |
| 11/3/2009 | Review of chart of remaining class action cases circulated by Meghan Johnson; review of correspondence from Fred Thompson regarding setting up class action committee call. | 0.3 |
| 11/4/2009 | Legal research regarding moving for both national and individual state class certification; correspond with Natalie Mackiel and Elizabeth Robinson regarding same; review of class action complaints identified by Meghan Johnson; prepare for and participate in class action committee telephone conference. | 4.8 |
| 11/5/2009 | Review of correspondence from Meghan Johnson regarding positing of complaints and depo transcripts on Crivella West site; legal research regarding outcome of class action cases with facts similar to present case. | 3.1 |
| 11/6/2009 | Review of bullet point list of class cert issues from Jim Pettit. | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 11/9/2009 | Conference with Tamra Givens regarding class cert issues; legal research regarding Rule applicability of Rule 23(b)(1)(A) to present case. | 1.3 |
| 11/11/2009 | Review of proposed class definition from Tamra Givens and outline of issues; office conference with Tamra Givens regarding same. | 1.2 |
| 11/12/2009 | Review of class rep depo transcripts posted on Crivella West; conferences with Tamra Givens regarding her research; correspond with Meghan Johnson regarding problems with transcripts; | 2.0 |
| 11/13/2009 | Continue reviewing transcripts of class rep depos; begin drafting outline of class cert issues and proposed class definition; correspond with Meghan Johnson regarding Stericycle program and review of documents forwarded by her; conference with Tamra Givens regarding legal research; prepare for participate in class action committee call; draft correspondence to class action committee outlining issues discussed. | 6.0 |
| 11/18/2009 | Prepare for and participate in class action committee telephone call. | 1.5 |
| 11/19/2009 | Review and respond to correspondence from Natalie Mackiel regarding proposed class definition in amended complaint. | 0.3 |
| 11/21/2009 | Conference with Pat Avery regarding outcome of Court status conference and class cert briefing deadline. | 0.5 |
| 12/2/2009 | Review of correspondence from Pete Miller regarding document review conference call; review of correspondence regarding PSC's suggestions for responses to Rule 11 motions filed by Defendants. | 0.2 |
| 12/7/2009 | Review of correspondence from Scott Weinstein and others regarding PSC coordinating responses to Rule 11 motions filed by Defendants. | 0.3 |
| 12/11/2009 | Review of correspondence from Fred Thompson and others regarding PSC's assistance with Rule 11 responses. | 0.2 |
| 12/14/2009 | Conferences with Tamra Givens regarding class definition and regarding research issues for class certification motion and brief; correspond with Tamra Givens regarding same and review of research provided by her. | 3.5 |
| 12/17/2009 | Work with Tamra Givens in researching choice of law rules in West Virginia, New Jersey, and other states with class cases | 2.8 |
| 12/18/2009 | Work with Tamra Givens on creating outline for choice of law section of class certification motion; review of case law forwarded by Tamra Givens and discussions with her regarding same; review of Kansas and Louisiana choice of law case law. | 4.5 |
| 12/20/2009 | Research choice of law issues for various states with class action cases. | 2.0 |
| 12/21/2009 | Correspond with Natalie Mackiel regarding class definition; telephone conference with Pat Avery regarding same; office conference with Tamra Givens regarding status of choice of law research; review and revise choice of law outline | 3.3 |
| 12/22/2009 | Begin outline for class certification brief; review of correspondence from Jim Pettit and Pat Avery regarding plan for circulating draft brief; additional research on choice of law issues. | 3.0 |
| 12/23/2009 | Office conference with Tamra Givens regarding choice of law research. | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 12/28/2009 | Office conference with Tamra Givens regarding research on conflict of law issues; continue drafting outline of insert to memorandum of law in support of motion for class certification. | 3.5 |
| 12/29/2009 | Continue drafting outline of choice of law insert. | 4.0 |
| 12/30/2009 | Drafting insert on choice of law issues for memo in support of motion for class certification. | 2.5 |
| 12/31/2009 | Continue drafting insert on choice of law issues for motion for class certification including review of research from Tamra Givens. | 3.5 |
| 1/1/2010 | Continue drafting insert to memorandum of law in support of motion for class certification; review email from P. Avery regarding status of insert. | 6.0 |
| 1/2/2010 | Additional research regarding choice of law issues; continue drafting insert for class certification motion. | 4.0 |
| 1/4/2010 | Work with Tamra Givens on identifying appropriate claims to request court to certify including review of research on elements of breach of warranty claims; continue drafting insert for class certification brief. | 4.5 |
| 1/5/2010 | Continue drafting choice of law insert to class cert brief; receipt and review of draft brief from Pat Avery's office; begin integrating choice of law portion into Pat Avery's version and revise same; correspond with Natalie Mackiel regarding same. | 8.0 |
| 1/6/2010 | Continue integrating choice of law section into Pat Avery's brief; additional legal research; revise overall draft. | 8.5 |
| 1/7/2010 | Continue editing draft class action brief; circulate same to Pat Avery's group for review and comment; participate in PSC telephone conference. | 8.0 |
| 1/8/2010 | Correspond with Pat Avery regarding obtaining summaries of class rep depo testimony; review of York case class rep depo transcript; review and revise draft statement of facts for class certification brief. | 4.2 |
| 1/9/2010 | Additional edits to draft statement of facts and circulate same to Meghan Carter, Pat Avery, and others. | 1.5 |
| 1/11/2010 | Review of NJ plaintiff insert to class cert brief from Jim Pettit. | 0.5 |
| 1/12/2010 | Telephone conference with Pat Avery regarding status of brief; correspond with Harry Bell regarding status of Chapman case; review of Konek class rep testimony summary. | 2.0 |
| 1/13/2010 | Review of Kentucky insert for class cert brief. | 0.3 |
| 1/14/2010 | Telephone conference with Pat Avery regarding status of obtaining supporting factual information from lead counsel; review of correspondence from Pat Avery to lead counsel regarding same; review response from Meghan Carter. | 0.2 |
| 1/15/2010 | Telephone conference with Pat Avery regarding issue of which counsel will serve as class counsel; review of correspondence from co-counsel regarding same; review and revise fact section of class cert brief; correspond with Pat Avery regarding contacting Daniel Bechnel regarding status of Chapman case; | 4.0 |
| 1/16/2010 | Review of correspondence from co-counsel regarding issues in class cert motion; telephone conference with Pat Avery regarding status of briefing. | 0.5 |
| 1/18/2010 | Work with Pat Avery to complete class certification brief. | 8.0 |

| Date | Description | Hours |
|---|---|---|
| 1/19/2010 | Work with Pat Avery's office to complete class certification brief and supporting materials. | 10.0 |
| 1/20/2010 | Work with Pat Avery's office to complete and file class certification motion, supporting memorandum of law, and exhibits. | 12.0 |
| 1/22/2010 | Telephone conference with Pat Avery regarding timing of class cert brief filing and review of correspondence regarding same. | 0.3 |
| 1/25/2010 | Review and respond to correspondence regarding timing of filing class cert brief. | 0.2 |
| 1/26/2010 | Review and respond to correspondence regarding timing of filing class cert brief. | 0.1 |
| 2/1/2010 | Telephone conference with Pat Avery regarding filing of class certification materials after deadline and appropriate response to court; telephone conference with Scott Weinstein regarding same; review of correspondence regarding PSC meeting; review of article concerning class certification filing. | 0.7 |
| 2/2/2010 | Review of correspondence from Meghan Carter regarding documents recently located for use in reply brief. | 0.1 |
| 2/12/2010 | Telephone conference with Pat Avery regarding status conference held on 2/11 and regarding timing of class cert reply brief; review of correspondence from Pat Avery to co-counsel regarding same. | 0.3 |
| 2/19/2010 | Review of Defendants opposition to motion for class certification and accompanying exhibits; correspond with Pat Avery regarding same; review of documents from Meghan Carter to support reply. | 2.5 |
| 2/20/2010 | Additional review of class cert opposition papers filed by Defendants. | 1.5 |
| 2/22/2010 | Telephone conference with Pat Avery regarding Defendants' use of confidential material in opposition; review of correspondence from Pat Avery to co-counsel regarding same; review and comment on draft letter to be sent to Defendants; review of correspondence from Pat Avery regarding response from Defense counsel. | 0.6 |
| 2/23/2010 | Review of correspondence concerning Defendants' use of materials plaintiffs believe are confidential and plan for remediation of same; telephone conference with Pat Avery's office regarding reply brief. | 0.8 |
| 2/26/2010 | With with Pat Avery's office to draft reply brief; correspond with Meghan Carter and Pat Avery regarding extension of time for reply brief; review of correspondence from co-counsel regarding issues to raise in reply brief. | 3.0 |
| 3/1/2010 | Correspond with Pat Avery and Meghan Carter regarding extension of time for reply brief; telephone conference with Pat Avery regarding reply brief; review and revise current version of brief. | 3.5 |
| 3/2/2010 | Continue working with Pat Avery's office to draft reply memorandum. | 3.5 |
| 3/3/2010 | Work with Pat Avery's office to draft reply memorandum. | 4.2 |
| 3/4/2010 | Continue drafting reply memorandum; correspond with co-counsel regarding arguments to include in reply brief. | 3.0 |
| 3/5/2010 | Continue drafting reply memorandum in conjunction with Pat Avery's office. | 6.8 |
| 3/6/2010 | Continue drafting reply memorandum with Pat Avery's office. | 4.0 |
| 3/8/2010 | Work with Pat Avery's office to finalize and file reply memorandum in support of motion for class certification. | 8.2 |

| Date | Description | Hours |
|---|---|---|
| 3/9/2010 | Travel from Tampa to Charleston for PSC meeting. | 4.0 |
| 3/10/2010 | Attend PSC meeting and return travel from Charleston to Tampa. | 9.5 |
| 5/25/2010 | Receipt and review of Pretrial Order No. 60 denying motion for class certification. | 0.5 |
| 5/27/2010 | Review of correspondence from Jim Petit regarding potential grounds for reconsideration motion; review and respond to correspondence from class action subcommittee members regarding scheduling time for conference call. | 0.4 |
| 5/28/2010 | Prepare for and participate in telephone conference with class action subcommittee PSC members to discuss response to order denying motion for class certification; review of draft 23(f) petition from Pat Avery; review of correspondence from J.Malkinson regarding his legal research on time for filing 23(f) petition; addtional legal research regarding time to file motion for reconsideration and/or rule 23(f) petition; review of correspondence from Jim Petit with possible arguments to raise in petition or rehearing. | 3.5 |
| 6/2/2010 | Review and respond to correspondence from class action subcommittee members regarding responsibility for drafting petition/motion for reconsideration; legal research regarding standards for each. | 1.5 |
| 6/3/2010 | Additional legal research regarding standards for Rule 23(f) petition and for motion for reconsideration; begin drafting outline of issues to raise in petition or motion. | 3.8 |
| 6/4/2010 | Draft correspondence to class action subcommittee members regarding filing motion for reconsideration instead of rule 23(f) petition; review and respond to email correspondence regarding same; continue drafting outline of issues to raise in petition/motion for reconsideration. | 2.3 |
| 6/5/2010 | Draft motion for reconsideration | 3.0 |
| 6/6/2010 | Continue drafting motion for reconsideration | 6.0 |
| 6/7/2010 | Revise draft motion for reconsideration; transmit draft to co-counsel for review and comment; telephone conference with Pat Avery regarding draft; review of proposed changes from Pat Avery; conference with Tamra Givens regarding proposed edits; prepare for and participate in telephone conference with co-counsel to discuss draft motion for reconsideration; revise motion for reconsideration; draft actual motion (as opposed to supporting memorandum); transmit drafts to co-counsel for review and final commment. | 7.5 |
| 6/8/2010 | Coordinate with Pat Avery for filing of motion for reconsideration; review of correspondence from co-counsel regarding same. | 0.5 |
| 6/23/2010 | Review of Defendants' opposition to motion for reconsideration; conferences with T.Givens and R.Soffin regaring same. | 1.5 |
| 6/24/2010 | Correspond with co-counsel regarding defendant's response to motion for reconsideration; telephone conference with co-counsel regarding same (Pat Avery, Elizabeth Robinson, Natalie Mackel). | 0.5 |
| 6/25/2010 | Conference with R.Soffin regarding status of Rule 23(f) draft and issues to raise in same. | 0.3 |
| 6/28/2010 | Correspond with Tamra Givens regarding points to raise in reply memorandum. | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 6/29/2010 | Draft reply to opposition to motion for reconsideration; legal research regarding same. | 2.5 |
| 6/30/2010 | Draft Reply in support of Motion for Reconsideration; conferences with T.Givens and R.Soffin regarding same; legal research in connection with drafting reply; correspond with E.Robinson regarding status of reply draft. | 6.0 |
| 7/1/2010 | Finalize draft reply in support of motion for reconsideration and transmit same to Pat Avery; review of correspondence from co-counsel regarding draft. | 4.0 |
| 9/3/2010 | Review of settlement agreement; review of correspondence regarding call to discuss impact of settlement agreement on class cases. | 0.4 |
| 9/8/2010 | Telephone conference to discuss settlement and impact on class cases; review of correspondence from Debs McIhenny regarding CAFA and regarding limits on cy pres or coupon awards. | 0.6 |
| 9/13/2010 | Prepare for and participate in conference call to discuss impact of settlement on class cases and possible separate class settlement. | 0.8 |
| 9/14/2010 | Review of correspondence from class cert committee members regarding possible avenues for settlement of class cases. | 0.2 |
| 9/15/2010 | Review of correspondence regarding lead counsel filing opposition to Defendants' plan to move to lift stay for opt-out cases. | 0.2 |
| 9/17/2010 | Review of correspondence from John Malkinson regarding his and Pat Avery's contact with defense counsel to discuss settlement of class cases. | 0.2 |
| 9/28/2010 | Review of correspondence from Pat Avery regarding settlement agreement and impact on class cases. | 0.1 |
| 10/28/2010 | Review of order denying motion for reconsideration; review and respond to correspondence from Pat Avery regarding desire to take appeal. | 0.2 |
| | **Total for J. Andrew Meyer** | **332.0** |

### Time for Pete Albanis (Associate)

| Date | Description | Hours |
|---|---|---|
| 4/30/2009 | Telephone conference with PSC regarding motion to dismiss and status hearing. | 0.4 |
| 9/3/2009 | Telephone conference with PSC to discuss discovery issues. | 0.8 |
| 10/18/2009 | Travel to New York City for PSC meeting. | 3.0 |
| 10/19/2009 | Prepare for and attend PSC meeting in New York City. | 5.5 |
| 10/19/2009 | Travel from New York City to Ft. Myers. | 3.0 |
| 10/19/2009 | Draft email to Scott Weinstein with notes of PSC meeting. | 0.5 |
| | **Total Pete Albanis** | **13.2** |

| Date | Description | Hours |
|---|---|---|
| | **Time for Tamra Givens (Associate)** | |
| 9/15/2009 | Conference with Andy Meyer re: factual and procedural background, status and class certification issues | 0.4 |
| 10/12/2009 | Conference with Andy Meyer re: Bull and Blue plaintiffs, reviewed court order directing plaintiffs to file clarification of Plaintiffs' intentions and relevant pleadings, drafted clarification of Plaintiffs' intentions. | 1.5 |
| 11/9/2009 | Research class certification issues | 4.2 |
| 11/12/2009 | Research class certification issues, email to Andy Meyer re: same | 1.8 |
| 11/18/2009 | Call with class certification committee re: class certification motion and class definition | 0.5 |
| 12/14/2009 | Call with co-counsel re: class certification issuesl; research choice of law issues | 6.5 |
| 12/17/2009 | Research choice of law issues | 6.8 |
| 12/18/2009 | Research choice of law issues | 7.6 |
| 12/23/2009 | Conference with Andy Meyer and research re: class certification and choice of law issues | 3.0 |
| 12/28/2009 | Research choice of law issues | 5.7 |
| 1/4/2010 | Research class certification and choice of law issues | 6.3 |
| 1/6/2010 | Research choice of law and class certification issues | 6.8 |
| 1/7/2010 | Research class certification and choice of law issues, editing of draft class certification motion | 7.0 |
| 1/13/2010 | Review deposition transcripts for testimony relevant to class certification | 7.1 |
| 1/14/2010 | Review deposition transcripts for testimony relevant to class certification | 7.9 |
| 3/1/2010 | Research and drafting of choice of law arguments for class certification reply brief. | 2.5 |
| 3/4/2010 | Review choice of law issues raised in opposition to motion for class certification and correspondence with A. Meyer re: same. | 1.0 |
| 3/5/2010 | Conference with A. Meyer re: re: conflict of law issues, Research and drafting of conflict of law arguments for class certification reply brief, proofread portion of class certification reply brief and email comments to A. Meyer re: same. | 2.7 |
| 3/6/2010 | Research caselaw re: NJ consumer fraud act does not require proof of reliance. Proofread draft reply brief and email to Andy Meyer re: same. | 1.6 |
| 6/7/2010 | Research related to and editing of motion for reconsideration of order denying motion for class certification; Telephone conference with Andrew Meyer and other co-counsel re: motion for reconsideration. | 1.8 |
| 6/28/2010 | Prepared outline of issues to be addressed in reply to Digitek's response to motion for reconsideration. | 1.3 |
| | **Total for Tamra Givens** | **84.0** |

| Date | Description | Hours |
|---|---|---|
| | **Time for Rachel Soffin (Associate)** | |
| 6/18/2010 | Review and outline file, to include analysis of Plaintiffs' Motion for Class Certification, Defendant's Response to Plaintiffs Motion for Class Certification, and the District Court's Pretrial Order #60, denying class certification, along with analysis of relevant case law cited within, and prepare initial outline of facts and issues for Rule 23(f) petition. | 8.5 |
| 6/19/2010 | Conduct case law research relating to Rule 23(f) standards adopted by the United States Court of Appeals, Fourt Circuit, and compare same to Plaintiffs Motion for Class Certification and the District Court's Pretrial Order #60, denying class certification, with a focus on facts and arguments in support of Plaintiff's Rule 23(f) petition for interlocutory review of the district court's class certification denial, and prepare initial outline of arguments in support of interlocutory review pursuant to Rule 23(f). | 5.2 |
| 6/21/2010 | Conduct legal research relating to specific requirements of the substantial weakness factor of the five factor test adopted by the United States Court of Appeals, Fourth Circuit, in deciding whether to grant interlocutory review, with a focus on arguments in support of Plaintiffs' position that the district court conducted an erroneous legal analysis when it concluded Plaintiffs did not prove the typicality, commonality and adequacy requirements of Rule 23(a). | 3.2 |
| 6/21/2010 | Review and analyze facts and arguments relating the district court's erroneous legal conclusion that Plaintiffs did not prove the typicality, commonality and adequacy requirements of Rule 23(a), including a comparison of relevant legal precedent and the district court's misinterpretation of same, with a focus on Plaintiffs argument that the district court's class certification decision contains a substantial weakness, thereby constituting an abuse of discretion and qualifying for interlocutory review pursuant to Rule 23(f). | 4.3 |
| 6/22/2010 | Conduct legal research relating to binding precedent that individual damages among class members does not defeat class certification, and compare same to the district court's multiple references contradicting same, with a focus on Plaintiffs arguments that the district court's class certification denial contains a substantial weakness, thereby constituting an abuse of discretion and qualifying for interlocutory review pursuant to Rule 23(f). | 2.1 |
| 6/24/2010 | Conduct legal research relating to specific requirements of the substantial weakness factor of the five factor test adopted by the United States Court of Appeals, Fourth Circuit, in deciding whether to grant interlocutory review, with a focus on arguments in support of Plaintiffs' position that the district court conducted an erroneous legal analysis when it concluded Plaintiffs did not prove the Predominance and Superiority requirements of Rule 23(b). | 2.4 |

| Date | Description | Hours |
|---|---|---|
| 6/24/2010 | Review and analyze facts and arguments relating to the district court's erroneous legal conclusion that Plaintiffs did not prove the Predominance and Superiority requirements of Rule 23(b), including a comparison of relevant legal precedent and the district court's misinterpretation of same, with a focus on Plaintiffs argument that the district court's class certification decision contains a substantial weakness, thereby constituting an abuse of discretion and qualifying for interlocutory review pursuant to Rule 23(f). | 4.6 |
| 6/25/2010 | Conduct legal research relating to the first factor of the five factor test adopted by the Fourth Circuit in deciding whether to grant interlocutory review of a district court?s class certification decision, including "whether the certification ruling is likely dispositive of the litigation," and compare same to facts of this case, with a focus on arguments in support of Plaintiffs' position that the district court's denial of class certification constitutes a "death knell" to Plaintiff's claims. | 2.2 |
| 6/25/2010 | Review and analyze facts and arguments relating to the district court's failure to consider that denial of class certification constitutes a "death knell" to Plaintiffs claims, thereby constituting an abuse of discretion and qualifying for interlocutory review pursuant to Rule 23(f). | 3.6 |
| 6/29/2010 | Conduct legal research relating to the substantial weakness factor of the five factor test adopted by the Fourth Circuit in deciding whether to grant interlocutory review of a district court's class certification decision, with a focus on arguments in support of Plaintiffs' position that the district court conducted an erroneous choice of law analysis by ignoring significant facts and relevant legal precedent, resulting in the district court's improper denial of nationwide class certification, thereby constituting an abuse of discretion and qualifying for interlocutory review pursuant to Rule 23(f). | 2.6 |
| 6/29/2010 | Review and analyze facts and arguments relating to Plaintiffs position that the district court conducted an erroneous choice of law analysis by ignoring significant facts and relevant legal precedent, resulting in improper denial of nationwide class certification, with a focus on Plaintiffs argument that the district court's class certification decision contains a substantial weakness, thereby constituting an abuse of discretion and qualifying for interlocutory review pursuant to Rule 23(f). | 4.4 |

**Total time for Rachel Soffin**     43.1

**TOTAL TIME ALL MORGAN AND MORGAN TIMEKEEPERS**     551.6