**LAW OFFICE OF**
**MALKIN & ASSOCIATES**
2700 N. 3ᴿᴰ ST. STE. 3055
PHOENIX, AZ 85004
**TELEPHONE** (602)266-0081
**FACSIMILE** (602)266-0212
malkinlegalpractices@gmail.com
_____

GREGORY A. MALKIN #026051
ERICA SANCHEZ #027107
KEVIN J. VALE #026743

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DITRICT OF WEST VIRGINIA

| | |
|---|---|
| MARJORIE HOOKS, | ) Civil Action No. 2:08-md-01968/ 2:09-cv-00203 |
| Plaintiff | ) In Re: Digitek® Product Liability Litigation |
| vs. | ) |
| | ) **MOTION TO WITHDRAW** |
| ACTAVIS TOTOWA, LLC, MYLAN | ) |
| PHARMACEUTICALS, INC., and | ) |
| UDL LABRATORIES, INC., | ) Honorable Joseph R. Goodwin |
| Defendant | ) |
|_____| ) |

Gregory A. Malkin, counsel for Defendant, MARJORIE HOOKS, after an extensive review of all matter relating to case number 2:08-md-01968/ 2:09-cv-00203 In Re: Digitek® Product Liability Litigation and relating this to our client, hereby respectfully moves this Court to allow him to withdraw as counsel of record.

Marjorie Hooks
8853 W. Watkins
Tolleson, Arizona 85353
623-236-3919

RESPECTFULLY SUBMITTED this 3 day of March, 2011.

_/s/Gregory A. Malkin_____
Gregory A. Malkin

**ORIGINAL** of the foregoing filed
This 6 day of December, 2010 with:

United States District Court
Southern District of West Virginia at Charleston
P. O. Box 2546
Charleston, WV 25329

**COPY** of the foregoing mailed/delivered
this 6 day of December, 2010 to:

Avril G. Love
Trucker Ellis & West LLP
515 S.Flower Street, 42nd Floor
Los Angeles, California 90071-2223

Marjorie Hooks
8853 W. Watkins
Tolleson, Arizona 85353

By: _/s/ Valerie Fuller_____
    Valerie Fuller

Exhibit A