IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pending before the court is a motion to withdraw [Docket 462].

The motion states that Gregory A. Malkin is counsel for the defendant when he is, in fact, counsel for the plaintiff in civil action 2-09-cv-00203, a member case in MDL 1968. Mr. Malkin's entire basis as to why he "respectfully moves the court to allow him to withdraw" is that "after an extensive review of all matter" relating to the case and "relating this to our client" he wishes to withdraw. The motion to withdraw was filed March 3, 2011. Mr. Malkin's motion states that the original motion was filed with the court "this 6 day of December, 2010" and a copy was mailed "this 6 day of December, 2010" to defense counsel. Attached to the motion is a blank page followed by a page titled "Exhibit A" which contains no information.

After careful consideration of this motion, it is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.   ENTER:   March 4, 2011

Joseph R. Goodwin, Chief Judge