**LAW OFFICE OF**
**MALKIN & ASSOCIATES**
2700 N. 3ʳᴰ ST. STE. 3055
PHOENIX, AZ 85004
**TELEPHONE** (602)266-0081
**FACSIMILE** (602)266-0212
malkinlegalpractices@gmail.com

GREGORY A. MALKIN #026051
ERICA SANCHEZ #027107
KEVIN J. VALE #026743

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DITRICT OF WEST VIRGINIA

| | |
|---|---|
| MARJORIE HOOKS, | Civil Action No. 2:08-md-01968/ 2:09-cv-00203 |
| Plaintiff | In Re: Digitek® Product Liability Litigation |
| vs. | **MOTION TO WITHDRAW** |
| ACTAVIS TOTOWA, LLC, MYLAN PHARMACEUTICALS, INC., and UDL LABRATORIES, INC., | |
| | Honorable Joseph R. Goodwin |
| Defendant | |

    Gregory A. Malkin, counsel for Plaintiff, MARJORIE HOOKS, after an extensive review of all matter relating to case number 2:08-md-01968/ 2:09-cv-00203 In Re: Digitek® Product Liability Litigation and relating this to our client, hereby respectfully moves this Court to allow him to withdraw as counsel of record.

Marjorie Hooks
8853 W. Watkins
Tolleson, Arizona 85353
623-236-3919

1

RESPECTFULLY SUBMITTED this 07th day of March, 2011.

       /s/Gregory A. Malkin_____
      Gregory A. Malkin

**ORIGINAL** of the foregoing filed
This 7th day of March, 2011 with:

United States District Court
Southern District of West Virginia at Charleston
P. O. Box 2546
Charleston, WV 25329

**COPY** of the foregoing mailed/delivered
this  to: 7th day of March, 2011

Avril G. Love
Trucker Ellis & West LLP
515 S.Flower Street, 42nd Floor
Los Angeles, California 90071-2223

Marjorie Hooks
8853 W. Watkins
Tolleson, Arizona 85353


By:\_/s/ Valerie Fuller_____
   Valerie Fuller

Gregory A. Malkin #026051
Law Offices of Gregory **LAW OFFICE OF MALKIN & ASSOCIATES**
2700 N. 3ʳᴰ Sᴛ. Sᴛᴇ. 3055
Pʜᴏᴇɴɪx, AZ 85004
**Tᴇʟᴇᴘʜᴏɴᴇ** (602)266-0081
**Fᴀᴄsɪᴍɪʟᴇ** (602)266-0212
**malkinlegalpractices@gmail.com**

Gʀᴇɢᴏʀʏ A. Mᴀʟᴋɪɴ #026051
Eʀɪᴄᴀ Sᴀɴᴄʜᴇᴢ #027107
Kᴇᴠɪɴ J. Vᴀʟᴇ #026743

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DITRICT OF WEST VIRGINIA

| | |
|---|---|
| MARJORIE HOOKS,<br><br>            Plaintiff<br><br>vs.<br><br>ACTAVIS TOTOWA, LLC, MYLAN PHARMACEUTICALS, INC., and UDL LABRATORIES, INC.,<br><br>            Defendant | Civil Action No. 2:08-md-01968/ 2:09-cv-00203<br>In Re: Digitek® Product Liability Litigation<br><br>**ORDER REGARDING MOTION TO WITHDRAW**<br><br>Honorable Joseph R. Goodwin |

      This matter having come before the Court on the "Motion to Withdraw as Counsel of Record" and the Court having considered the contents thereof, and good cause appearing,

      IT IS HEREBY ORDERED that Gregory A. Malkin, is allowed to withdraw as counsel for the Plaintiff . Marjorie Hooks at 8853 W. Watkins ,Tolleson, Arizona 85353

**DONE IN OPEN COURT** this ____ day of _____, 2011.

_____
Honorable Judge  Joseph R. Goodwin