IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pending is plaintiff's counsel's second motion to withdraw as counsel of record [Dckt. 469].

Having failed to provide any basis for the court to allow him to withdraw, the motion is **DENIED**. Any future motions pertaining to member case 2-09-cv-00203 should be filed in the individual case and not in the MDL.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 8, 2011

Joseph R. Goodwin, Chief Judge