FILED

MAR 1 4 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

# In Re Digitek Products Liability Litigation

MDL 1968

Chief Judge Joseph R. Goodwin

---

**Notice of Request of Attorney to be Removed from the Court's Service List Form**

Please Print or Type Below

---

**Name of Attorney:** Brian M. Wendler

**Address:** 900 Hillsboro, Ste. 10, Edwardsville, IL 62025

**Telephone Number:** (618)692-0011   **Email Address:** wendlerlaw@yahoo.com

I am to remain counsel of record for the following party(s) in the In Re Digitek Products Liability Litigation:

Civil Action Number (SDWV): 2:10-CV-01197 (This case has been dismissed)
Short-Style of Case: Gloria Sleeter v. Actavis Totowa, LLC, et al.
Party(s) Representing: Gloria Sleeter, Plaintiff

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

DATE: 3/10/11         s/ Brian M. Wendler
                         Electronic Signature