

# In Re Digitek Products Liability Litigation

MDL 1968                          Chief Judge Joseph R. Goodwin

---

**Notice of Request of Attorney to be Removed from the Court's Service List Form**

Please Print or Type Below

---

Name of Attorney: **Gerald S. Sack**

Address: **836 Farmington Avenue, Suite 109, West Hartford, CT 06119**

Telephone Number: **860-236-7225**     Email Address: **gssack@sacklawoffice.com**

I am to remain counsel of record for the following party(s) in the In Re Digitek Products Liability Litigation:

Civil Action Number (SDWV): **2:08-md-01968**

Short-Style of Case: _____

Party(s) Representing: _Action no longer pending_
_Marvin Goldberg, Exec. of Estate of Edythe Goldberg_
_Marvin Goldberg, Individually_

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

DATE: **3/15/2011**        s/ **Gerald S. Sack**
                                                Electronic Signature