# EXHIBIT A

**(Filed with Defendants' Motion to File Exhibits Under Seal)**