SAVE A COPY

# In Re Digitek Products Liability Litigation

**MDL 1968**                          **Chief Judge Joseph R. Goodwin**

---

**Notice of Request of Attorney to be Removed from the Court's Service List Form**

Please Print or Type Below

---

**Name of Attorney:** Dean Brett

**Address:** P.O. Box 4676, Bellingham, WA 98227

**Telephone Number:** (360) 714-0900     **Email Address:** dbrett@brettlaw.com

I am to remain counsel of record for the following party(s) in the In Re Digitek Products Liability Litigation:

Civil Action Number (SDWV): _____

Short-Style of Case: _____

Party(s) Representing: _____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

DATE: 3/14/11                      s/ Dean Brett

                                                            Electronic Signature