**IN RE: DIGITEK PRODUCT LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO ALL CASES**

**MDL NO. 1968**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, a copy of the foregoing Disclosure of General Liability Expert was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| ALLEN GURTHRIE & THOMAS, PLLC | SHOOK, HARDY & BACON L.L.P. |
| Rebecca A. Betts (WV Bar # 329) | By: /s/ Hunter Ahern_____ |
| DEFENDANTS' LIAISON COUNSEL | Hunter Ahern (Texas Bar # 24050207) |
| 500 Lee Street East, Suite 800 | CO-LEAD COUNSEL |
| Charleston, West Virginia 25301 | 600 Travis Street, Suite 1600 |
| Tel:   304-345-7250 | Houston, Texas 77002-2911 |
| Fax:  304-345-9941 | Tel:   712-227-8008 |
| E-mail: rabetts@agmtlaw.com | Fax:   713-227-9508 |
| *Counsel for Defendants* | E-mail: hahern@shb.com |
| | *Counsel for Defendants Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.* |

3