IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## DEFENDANTS' MOTION TO WITHDRAW AND SUBSTITUTE EXHIBIT F TO BRIEF IN OPPOSITION TO PSC'S APPLICATION FOR FEES AND EXPENSES

Under Local Rule 7.1 and pursuant to the Court's March 21, 2011 Memorandum and Order, Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC ("Defendants") hereby respectfully request that the Court withdraw Attachment 2 to Doc. 477 (Exhibit F, Affidavit of Matthew P. Moriarty, filed with Defendants' Motion to File Under Seal Exhibits to Brief in Opposition to PSC's Application for Fees and Expenses) and substitute it with the attached Exhibit F, Affidavit of Matthew P. Moriarty, which may be placed in unredacted form on the public record in support of Doc. 478, Defendants' Brief in Opposition to PSC's Application for Fees and Expenses.

Defendants also request that the Court order the parties not to rely on the original Affidavit of Matthew P. Moriarty ("Affidavit"). The original Affidavit, though filed under seal, was served on the PSC. Because the Court does not intend to rely in its analysis on documents not open to the public, and because Defendants seek to shield the most sensitive information from public disclosure, the Court should bar the parties from quoting from or referring to information in the original Affidavit in their pleadings or at any hearing.

073021/000031/1232037/1

Respectfully submitted,

ALLEN GUTHRIE & THOMAS, PLLC

TUCKER ELLIS & WEST LLP

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:      (304) 345-7250
Fax:      (304) 345-9941
E-mail:  rabetts@agmtlaw.com

*Attorney for Defendants*

By: s/*Richard A. Dean*
     Richard A. Dean (Ohio Bar #0013165),
     CO-LEAD COUNSEL
     Matthew P. Moriarty (WV Bar # 4571;
     Ohio Bar 0028389), CO-LEAD COUNSEL
     Kristen L. Mayer (Ohio Bar #0055505)
     925 Euclid Avenue, Suite 1150
     Cleveland, Ohio  44115-1414
     Tel:    (216) 592-5000
     Fax:    (216) 592-5009
     E-mail:richard.dean@tuckerellis.com
              matthew.moriarty@tuckerellis.com
              kristen.mayer@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC,*
*Actavis Inc., and Actavis Elizabeth LLC*

2

073021/000031/1232037/1

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, a copy of the foregoing Motion To Withdraw And Substitute Exhibit F To Brief in Opposition to PSC's Application for Fees and Expenses was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

ALLEN GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:      (304) 345-7250
Fax:     (304) 345-9941
E-mail:  rabetts@agmtlaw.com

*Attorney for Defendants*

TUCKER ELLIS & WEST LLP

By: s/*Richard A. Dean*
     Richard A. Dean (Ohio Bar #0013165),
     CO-LEAD COUNSEL
     Matthew P. Moriarty (WV Bar # 4571;
     Ohio Bar 0028389), CO-LEAD
     COUNSEL
     Kristen L. Mayer (Ohio Bar #0055505)
     925 Euclid Avenue, Suite 1150
     Cleveland, Ohio  44115-1414
     Tel:     (216) 592-5000
     Fax:    (216) 592-5009
E-mail:richard.dean@tuckerellis.com
          matthew.moriarty@tuckerellis.com
          kristen.mayer@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC,
Actavis Inc., and Actavis Elizabeth LLC*

3

073021/000031/1232037/1