IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pursuant to the court's March 21, 2011 Memorandum and Order, Defendants' Motion to Withdraw and Substitute Exhibit F to Brief in Opposition to PSC's Application for Fees and Expenses is **GRANTED**. The revised Affidavit of Matthew P. Moriarty will be substituted as Exhibit F to Defendants' Brief in Opposition to PSC's Application for Fees and Expenses.

The court **ORDERS** the parties not to rely on the withdrawn Affidavit of Matthew P. Moriarty, but to limit their arguments to information in the public record.

The court **DIRECTS** the clerk to send a copy of this Order to counsel of record and any unrepresented party.

DATED: March ____, 2011

_____
Joseph R. Goodwin, Chief Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2011, a copy of the foregoing Proposed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| ALLEN GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
| | |
| Rebecca A. Betts, LIAISON COUNSEL | By: s/*Richard A. Dean* |
| 500 Lee Street East, Suite 800 | Richard A. Dean (Ohio Bar #0013165), |
| Charleston, West Virginia 25301 | CO-LEAD COUNSEL |
| Tel:    (304) 345-7250 | Matthew P. Moriarty (WV Bar # 4571; |
| Fax:    (304) 345-9941 | Ohio Bar 0028389), CO-LEAD |
| E-mail:  rabetts@agmtlaw.com | COUNSEL |
| | Kristen L. Mayer (Ohio Bar #0055505) |
| *Attorney for Defendants* | 925 Euclid Avenue, Suite 1150 |
| | Cleveland, Ohio 44115-1414 |
| | Tel:    (216) 592-5000 |
| | Fax:    (216) 592-5009 |
| | E-mail:richard.dean@tuckerellis.com |
| |         matthew.moriarty@tuckerellis.com |
| |         kristen.mayer@tuckerellis.com |
| | |
| | *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |