IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pursuant to the court's March 21, 2011 Memorandum and Order, Defendants' Motion to Withdraw and Substitute Exhibit F to Brief in Opposition to PSC's Application for Fees and Expenses is **GRANTED**. The revised Affidavit of Matthew P. Moriarty will be substituted as Exhibit F to Defendants' Brief in Opposition to PSC's Application for Fees and Expenses.

The court **ORDERS** the parties not to rely on the withdrawn Affidavit of Matthew P. Moriarty, but to limit their arguments to information in the public record.

The court **DIRECTS** the clerk to send a copy of this Order to counsel of record and any unrepresented party.

DATED: March 28, 2011

Joseph R. Goodwin, Chief Judge