# DOCUMENT FILED IN INCORRECT CASE

Image Removed

See Entry #32 in 2:09-0543