IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK® PRODUCTS LIABILITY
    LITIGATION

_____    MDL NO. 2:08-md-1968

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #76**
(Scheduling Order for Cases Requiring Discovery Beyond PTO #70 Deadlines)

    This Scheduling Order applies to MDL 1968 member cases numbered 2:11-cv-00007, 2:11-cv-00008, 2:11-cv-00020, and 2:11-cv-00100. The parties agreed, and the court approves, to proceed under the following schedule:

1.    The parties shall complete basic fact discovery, including depositions, for all cases no later than **May 2, 2011.**

2.    Plaintiffs shall serve their case-specific causation expert reports no later than **May 16, 2011.**

3.    Defendants shall serve their case-specific causation expert reports no later than **May 23, 2011.**

4.    Plaintiffs shall serve their case-specific causation rebuttal expert reports no later than **May 30, 2011.**

5.    The parties shall complete depositions of plaintiffs' case-specific experts no later than **June 5, 2011.**

6. The parties shall complete depositions of defendants' case-specific experts no later than **July 15, 2011.**

The parties shall otherwise adhere to the schedule set forth in Pre-Trial Order #70.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 in member cases numbered 2:11-cv-00007, 2:11-cv-00008, 2:11-cv-00020, and 2:11-cv-00100. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: April 5, 2011

_____
Joseph R. Goodwin, Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on April 5, 2011, a copy of the foregoing PROPOSED PRETRIAL ORDER #76 was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

TUCKER ELLIS & WEST LLP

s/*Matthew P. Moriarty*
Richard A. Dean, CO-LEAD COUNSEL
Matthew P. Moriarty, CO-LEAD COUNSEL
Kristen L. Mayer
925 Euclid Avenue, Suite 1150
Cleveland, Ohio  44115-1414
Tel:         (216) 592-5000
Fax:        (216) 592-5009
Email:    richard.dean@tuckerellis.com
             matthew.moriarty@tuckerellis.com
             kristen.mayer@tuckerellis.com

*Attorneys for Defendant Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*