IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending is defendants' unopposed motion for entry of a scheduling order [Docket 491]. The defendants' seek a scheduling order that would apply to certain member cases opened in the MDL after the entry of the scheduling order in PTO #70. As noted in the motion and brief in support, the proposed scheduling order establishes mandates to aid in the efficient progress of discovery in the necessary cases such that sufficient discovery will be conducted prior to the joint Daubert/Frye hearing and related briefing. The Plaintiffs' Steering Committee has reviewed and approved the proposed scheduling order. Accordingly, the motion is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     April 7, 2011

Joseph R. Goodwin, Chief Judge