IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK
       PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

---

THIS DOCUMENT RELATES TO CASES
2-11-cv-00007; 2-11-cv-00008;
2-11-cv-00020 and 2-11-cv-00100

**PRETRIAL ORDER #76**
(Scheduling Order for Cases Requiring Discovery Beyond PTO #70 Deadlines)

This Scheduling Order applies to MDL 1968 member cases numbered 2:11-cv-00007, 2:11-cv-00008, 2:11-cv-00020, and 2:11-cv-00100. The parties agreed, and the court approves, to proceed under the following schedule:

1. The parties shall complete basic fact discovery, including depositions, for all cases no later than **May 2, 2011.**

2. Plaintiffs shall serve their case-specific causation expert reports no later than **May 16, 2011.**

3. Defendants shall serve their case-specific causation expert reports no later than **May 23, 2011.**

4. Plaintiffs shall serve their case-specific causation rebuttal expert reports no later than **May 30, 2011.**

5.  The parties shall complete depositions of plaintiffs' case-specific experts no later than **June 15, 2011.**

6.  The parties shall complete depositions of defendants' case-specific experts no later than **July 15, 2011.**

The parties shall otherwise adhere to the schedule set forth in Pre-Trial Order #70.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and in member cases numbered 2:11-cv-00007, 2:11-cv-00008, 2:11-cv-00020, and 2:11-cv-00100. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: April 7, 2011

Joseph R. Goodwin, Chief Judge