IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

**SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF JOINT PETITION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSE REIMBURSEMENTS RELATING TO COMMON BENEFIT WORK**

The Plaintiffs' Steering Committee hereby files additional supplemental documentation from Blizzard, McCarthy & Nabers, LLP.

Dated:  April 8, 2011

Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

s/Fred Thompson, III Esq.
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
*Co- Lead Counsel*

Harry F. Bell, Jr., Esq.
Bell Law Firm, PLLC
P. O. Box 1723
Charleston, WV 25326
*Co-Lead and Liaison Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                       s/Fred Thompson, III Esq.  
                                                       Fred Thompson, III, Esq.  
                                                       Motley Rice, LLC  
                                                       28 Bridgeside Blvd.  
                                                       Mt. Pleasant, SC 29464  
                                                       ***Co- Lead Counsel***