

**BLIZZARD, MCCARTHY & NABERS, LLP**

ATTORNEYS AT LAW

Lyric Centre Building
440 Louisiana, Suite 1710
Houston, Texas 77002-1689

Telephone 713-844-3750
Facsimile  713-844-3755

www.blizzardlaw.com

March 30, 2011

**Via Email**
(wvsdml_digitek_chambers@wvsd.uscourts.gov)

Honorable Joseph R. Goodwin, Chief Judge
United States District Court for the
  Southern District of West Virginia
7009 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

      Re:    *In re Digitek Product Liability Litigation*, MDL No. 1968

Dear Judge Goodwin:

      As part of the Plaintiffs' Steering Committee's Application for Award of Attorney's Fees and Expenses filed on February 15, 2011, the law firm of Blizzard, McCarthy & Nabers, LLP submitted an affidavit signed by myself with exhibits (Doc. 448-2, Pages 51-73) summarizing the number of hours expended by members of the firm on common benefit work as well as the expenses incurred in connection with common benefit work. In addition, Exhibit C contained an itemized description of case-specific expenses incurred in the number one bellwether trial case, Cause No. 2:08-1282, *David Kelch v. Actavis Totowa, LLC, et al*. As this case was settled and settlement funds, less attorneys' fees and expenses, distributed to our client several months ago, I suggested that those expenses would be reimbursed to the client should the Court determine those expenses to be common benefit and order them reimbursed out of a common benefit fund. Since that time, it has come to my attention that a handful of these expenses, including certain travel and meal expenses, were charged to our client in error. These errors have since been corrected and our client reimbursed for those expenses. I have enclosed a corrected itemization of the *Kelch* expenses.

      Very truly yours,

*Ed Blizzard* b/p

Ed Blizzard

Enclosure

cc (via e-mail)
    Richard A. Dean (Richard.dean@tuckerellis.com)
    Madeleine M. McDonough (mmcdonough@shb.com)
    Harvey L. Kaplan (hkaplan@shb.com)
    Ericka L. Downie (edownie@shb.com)
    Rebecca A. Betts (rabbets@agmtlaw.com)
    Matthew P. Moriarty (Matthew.moriarty@tuckerellis.com)
    Kristen L. Mayer (Kristen.mayer@tuckerellis.com)

# Case-Specific Expenses (revised)
## *as of 3/31/2011*

**Case Name:** Kelch, Bonnie (D) - 4416-44     **Date of Report:** March 30, 2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 6/30/2008 | Consultant - Medical | Glenda Grainger - June 2008: Conv. w/atty, to/from Indianaopolis to meet with Dr. Zipes, pull and review information about recall and Digitek, review case spreadsheets and medical, conv. w/Connie and JSN, to/from meeting with Dr. Wiener and atty, amend spreadsheets, literature review | | Blizzard, McCarthy & Nabers | $2,475.00 |
| 10/31/2008 | Consultant - Medical | Glenda Grainger- October 2008 Time for Bonnie Kelch: Review file, mtg with expert | | Blizzard, McCarthy & Nabers | $125.00 |
| 8/31/2009 | Consultant - Medical | Glenda Grainger August 2009- Conv. w/ HG and JSN re: depos/treaters | | Blizzard, McCarthy & Nabers | $50.00 |
| 9/25/2009 | Consultant - Medical | Legal Nurse Resources, Inc. Kim Hatten prepare medical chronology of Bonnie Kelch (D) | | Blizzard, McCarthy & Nabers | $560.00 |
| 9/29/2009 | Consultant - Medical | Legal Nurse Resources, Inc. Kim Hatten update medical chronology of Bonnie Kelch (D) | | Blizzard, McCarthy & Nabers | $437.50 |
| 9/30/2009 | Consultant - Medical | Glenda Grainger review of Bonnie Kelch medical records, conv. w/ JSN and SM re: deposition and records, review chronology and expert notes | | Blizzard, McCarthy & Nabers | $225.00 |
| 9/30/2009 | Consultant - Medical | Legal Nurse Resources, Inc. Kim Hatten updated medical chronology of Bonnie Kelch (D) | | Blizzard, McCarthy & Nabers | $105.00 |
| 10/1/2009 | Consultant - Medical | Legal Nurse Resources, Inc. Kim Hatten meeting with attorneys re Bonnie Kelch case and research of same | | Blizzard, McCarthy & Nabers | $280.00 |
| 10/2/2009 | Consultant - Medical | Legal Nurse Resources, Inc. Kim Hatten review of medical records to update medical chronology of Bonnie Kelch (D) | | Blizzard, McCarthy & Nabers | $227.50 |
| 10/31/2009 | Consultant - Medical | Glenda Grainger October 2009- Time Regarding Bonnie Kelch: Review records, conv. with JSN and SM re: depo and records, review chrono and expert notes, pull records for depos of treaters, make folders of exhibits for depos, highlight records for depos of treaters, to/from Indianapolis to meet with Dr. Zipes, meeting with Dr. Zipes and JSN, literature research on case specific issues, review and mark articles for atty for depo, conv. w/ Dr. Bryg, literature to Dr. Bryg for depo | | Blizzard, McCarthy & Nabers | $2,575.00 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 11/30/2009 | Consultant - Medical | Glenda Grainger travel to/from LA/Burbank for deposition Dr. Bryg; pre-deposition meeting with Dr. Bryg and JSN; attend deposition of Dr. Bryg; travel to/from Reno; travel to/from Mammoth Lakes for depositions of Drs. Swisher and Crunk; review Mammoth Hospital and Renown Regional records; conv. w/ attys | | Blizzard, McCarthy & Nabers | $2,975.00 |
| 12/2/2009 | Consultant - Medical | Kim Hatten Digitek research | | Blizzard, McCarthy & Nabers | $280.00 |
| 12/31/2009 | Consultant - Medical | Glenda Grainger December 2009- Time regarding Bonnie Kelch: Conv. w/ attys and experts | | Blizzard, McCarthy & Nabers | $100.00 |
| 1/7/2010 | Consultant - Medical | Legal Nurse Resources Inc. Kim Hatten Invoice # 217; updated medical chronology of Bonnie Kelch (D) | | Blizzard, McCarthy & Nabers | $420.00 |
| 1/8/2010 | Consultant - Medical | Legal Nurse Resources Inc. Kim Hatten Invoice # 217; updated medical chronology of Bonnie Kelch (D) | | Blizzard, McCarthy & Nabers | $122.50 |
| 1/31/2010 | Consultant - Medical | Glenda Grainger- Time regarding Bonnie Kelch: Research materials for experts, conv. w/ experts, review documents, conv. w/ treaters= 12.25hrs; Attend depositions of Dr, Crunk, Dr. Paige, Dr. Prothro, pre depo meetings with Dr. Paige and Dr. Prothro, review records for depo and pull/prepare exhibits for depos= 23.25hrs; Travel to/from depositions of Dr. Crunk, Dr. Paige, & Dr. Prothro= 15.5hrs | | Blizzard, McCarthy & Nabers | $5,100.00 |
| 2/28/2010 | Consultant - Medical | Glenda Grainger February 2010- Time regarding Bonnie Kelch: Research materials for experts, conv. w/ experts, review records/research with experts, meetings with experts re: research of CFR/GMP/pharmacokinetics, review FIOA request materials, materials to experts, conv. w/ experts, literature research/pull articles for experts-14.25 hrs; Review records for depo and pull/prepare exhibits for depos, review CMO/trial deadlines- 1.5 hrs; Travel to/from meetings with experts- 6.25 hrs | | Blizzard, McCarthy & Nabers | $2,200.00 |
| 3/10/2010 | Consultant - Medical | Glenda Grainger consulting fees for attendance at deposition of Dr. William Hooper in Reno, NV on 03/10/2010 for 3.0 hours. | Deposition of William Hooper, MD | Blizzard, McCarthy & Nabers | $300.00 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 3/29/2010 | Consultant - Medical | Glenda Grainger consulting expenses for attendance at deposition of Mark Kelch on 03/29/2010 in Reno, NV for 2.5 hours | | Blizzard, McCarthy & Nabers | $250.00 |
| 3/30/2010 | Consultant - Medical | Glenda Grainger medical consulting fees for 2.5 hours at deposition of Steven Zell, MD on 03/30/2010 | Deposition of Steven Zell, MD | Blizzard, McCarthy & Nabers | $250.00 |
| 3/31/2010 | Consultant - Medical | Glenda Grainger medical consulting fees for 2.5 hours at deposition of Warren Thai, MD on 03/30/2010. | Deposition of Warren Thai, MD | Blizzard, McCarthy & Nabers | $250.00 |
| 3/31/2010 | Consultant - Medical | Glenda Grainger medical consulting fees for 2.5 hours attendance at the deposition of Tatiana Delemus, MD on 03/31/2010. | Deposition of Tatiana Delemus, MD | Blizzard, McCarthy & Nabers | $250.00 |
| 4/30/2010 | Consultant - Medical | Glenda Grainger April 2010- Time Regarding Bonnie Kelch: Conv. w/ Dr. Thompson and Dr. Zipes (experts), materials to expert and conv. w/ Dr. Rosenberger re: lot tracking, conv. w/ attys | | Blizzard, McCarthy & Nabers | $125.00 |
| 5/29/2010 | Consultant - Medical | Glenda Grainger travel time for depositions of Steven Zell, MD, Warren Thai, MD, Tatiana Delemus, MD in California | | Blizzard, McCarthy & Nabers | $1,850.00 |
| 5/31/2010 | Consultant - Medical | Glenda Grainger- Time Regarding Bonnie Kelch: Conv. w. Dr. Thompson and Dr. Zipes (experts), materials to expert, conversations w/ Dr. Rosenberger, conv. w/ attys, literature research for experts, review documents, edit documents | | Blizzard, McCarthy & Nabers | $1,150.00 |
| | | | **Consultant - Medical Total:** | | **$22,682.50** |
| 10/7/2009 | Copies | Corner Stone Documents Invoice# 17573 Job# Oct 0040 Ordered By: Beatrice Color Copies Letter/Legal | | Blizzard, McCarthy & Nabers | $6.50 |
| 11/4/2009 | Copies | Corner Stone Documents Invoice# 17757 Job# Nov 026 Ordered By: Beatrice Color Copies Letter/Legal | | Blizzard, McCarthy & Nabers | $19.49 |
| | | | **Copies Total:** | | **$25.99** |
| 11/20/2009 | Depositions | Golkow Litigation Technologies Invoice #36561 Original and one Copy of Transcript for Deposition of Robert Bryg M.D. | Deposition of Robert Bryg, MD | Blizzard, McCarthy & Nabers | $1,917.20 |
| 1/21/2010 | Depositions | Golkow Technologies deposition transcript of David Prothro, MD taken on 1/21/10 in Sparks, NV | Deposition of David Prothro, MD | Blizzard, McCarthy & Nabers | $549.25 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 1/21/2010 | Depositions | Golkow Technologies deposition transcript of Todd Paige, MD taken on 1/21/10 in Reno, NV. | Deposition of Todd Paige, MD | Blizzard, McCarthy & Nabers | $842.00 |
| | | | **Depositions Total:** | | **$3,308.45** |
| 8/31/2009 | EQ Copies | Equitrac- BMN August 2009 Copy charges | | Blizzard, McCarthy & Nabers | $14.52 |
| 9/30/2009 | EQ Copies | Equitrac- BMN September 2009 Copy | | Blizzard, McCarthy & Nabers | $1.08 |
| 10/30/2009 | EQ Copies | Equitrac- BMN September 2009 Copy | | Blizzard, McCarthy & Nabers | $7.74 |
| 12/31/2009 | EQ Copies | Equitrac-BMN December 2009- Copies | | Blizzard, McCarthy & Nabers | $3.72 |
| 1/29/2010 | EQ Copies | Equitrac- BMN January 2010 Copies | | Blizzard, McCarthy & Nabers | $41.76 |
| 3/31/2010 | EQ Copies | Equitrac- BMN March 2010 Copies | | Blizzard, McCarthy & Nabers | $20.04 |
| | | | **EQ Copies Total:** | | **$88.86** |
| 10/30/2009 | EQ Laser | Equitrac- BMN September 2009 Print | | Blizzard, McCarthy & Nabers | $43.80 |
| | | | **EQ Laser Total:** | | **$43.80** |
| 3/30/2009 | EQ Postage | Equitrac - March 2009 Postage | | Blizzard, McCarthy & Nabers | $0.84 |
| 7/31/2009 | EQ Postage | Equitrac- BMN July 2009 Disbursement charges | | Blizzard, McCarthy & Nabers | $0.88 |
| 9/30/2009 | EQ Postage | Equitrac-BMN September 2009 Postage | | Blizzard, McCarthy & Nabers | $2.71 |
| 10/30/2009 | EQ Postage | Equitrac- BMN September 2009 Postage | | Blizzard, McCarthy & Nabers | $31.21 |
| 11/30/2009 | EQ Postage | Equitrac- BMN November 2009 Postage | | Blizzard, McCarthy & Nabers | $4.54 |
| 1/29/2010 | EQ Postage | Equitrac- BMN January 2010 Postage | | Blizzard, McCarthy & Nabers | $0.44 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 3/31/2010 | EQ Postage | Equitrac- BMN March 2010 Disbursement/Postage | | Blizzard, McCarthy & Nabers | $0.44 |
| | | | **EQ Postage Total:** | | **$41.06** |
| 6/9/2008 | Expert & Witness Fees | Retainer Fee for Dr. Douglas Zipes - Cardiologist (meeting with Scott and Glenda) | | Blizzard, McCarthy & Nabers | $12,000.00 |
| 11/4/2009 | Expert & Witness Fees | Check Requisition Dated 11/4/09 Paid to: Dr. Stephen Swisher Requested By: Steve McCarthy Purpose: Pre Depo Conf. | Deposition of Stephen Swisher, MD | Blizzard, McCarthy & Nabers | $500.00 |
| 11/5/2009 | Expert & Witness Fees | Time spent for Dr. Robert Bryg to date for review of medical records, preparation for deposition, and deposition. | Expert/Witness fees for Robert Bryg, MD | Blizzard, McCarthy & Nabers | $4,725.00 |
| 11/11/2009 | Expert & Witness Fees | Expert fees for Dr. Doug Zipes medical consultation meeting: Preparation- 4 hrs Meeting 10/21/09- 2.5 hrs Total: 6.5 hrs @ $1000/hr | Expert witness fees for Doug Zipes, MD | Blizzard, McCarthy & Nabers | $6,500.00 |
| 12/7/2009 | Expert & Witness Fees | Robert J. Bryg, MD expert fees for review of deposition testimony and Errata sheet signature | Robert J. Bryg, MD review of deposition testimony and signature on Errata sheet with changes | Blizzard, McCarthy & Nabers | $900.00 |
| 1/22/2010 | Expert & Witness Fees | Dr. Todd Paige fees for expert medical review, pre-depo meeting, and deposition of Dr. Todd Paige. | Witness fee for Kelch treater, Todd Paige, MD | Blizzard, McCarthy & Nabers | $1,525.00 |
| 2/1/2010 | Expert & Witness Fees | On Point Advisors, LLC Invoice# 0906 Finder's/Expert fees for Lois Rosenberger, Ph.D.[QA/GMP/Regulatory] and Gary Thompson, Ph.D. [Pharmacokinetics] | Finder/Expert fees for Lois Rosenberger, Ph.D. (Regulatory) and Gary Thompson, Ph.D. (Pharmacokinetics) | Blizzard, McCarthy & Nabers | $6,000.00 |
| 2/8/2010 | Expert & Witness Fees | Dr. Lawrence Rice expert retainer for Bonnie Kelch case as Hematology expert. Invoice delivered via emial to Glenda Grainger. | Hematology expert retainer, Lawrence Rice, MD | Blizzard, McCarthy & Nabers | $1,800.00 |
| 4/1/2010 | Expert & Witness Fees | Portion of GA Thompson Consulting retainer attributable to case-specific (Bonnie Kelch) issues [SEE ITEMIZED STATEMENT FOR MARCH 2010] | | Blizzard, McCarthy & Nabers | $1,137.50 |
| 5/4/2010 | Expert & Witness Fees | GA Thompson Consulting, LLC charges for April 2010- Expert fees re: Bonnie Kelch | | Blizzard, McCarthy & Nabers | $5,337.50 |
| 5/21/2010 | Expert & Witness Fees | January/February 2010 debit against $10,000 GA Thompson Consulting retainer | | Blizzard, McCarthy & Nabers | $4,550.00 |
| 5/29/2010 | Expert & Witness Fees | DOUGLAS P.ZIPES, M.D. - review of records and preparation of report on Bonnie Kelch (time from 1/13/2010 thru 5/29/2010) | | Blizzard, McCarthy & Nabers | $52,440.00 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 6/4/2010 | Expert & Witness Fees | GA Thompson Consulting, LLC - revised similations,draft and revise summary of overall findings, review of papers (MAY 2010 TIME) | | Blizzard, McCarthy & Nabers | $4,812.50 |
| 6/4/2010 | Expert & Witness Fees | GA Thompson Consulting, LLC - teleconference, additional simulations and updated summary {JUNE 2010 TIME) | | Blizzard, McCarthy & Nabers | $1,312.50 |
| | | | **EQ Postage Total:** | | **$103,540.00** |
| 7/23/2009 | Federal Express | Federal Express - Invoice # 9-278-89777 Sender: Stephanie Gebhardt Recipient: Matthew Moriarty- Tucker & Ellis Sent:Medicals  Tracking ID:797787953229 | | Blizzard, McCarthy & Nabers | $16.08 |
| 7/23/2009 | Federal Express | Federal Express - Invoice #9-278-89777 Sender: Stephanie Gebhardt Recipient: Harvey L. Kaplan- Shook Hardy & Bacon, LLP Sent: Medical Records Tracking ID: 796800806876 | | Blizzard, McCarthy & Nabers | $15.97 |
| 8/10/2009 | Federal Express | Federal Express - Invoice #9-294-19673 Sender: Stephanie Gebhardt Recipient: Robert Bryg, M.D. Sent: Records Tracking ID:796847697575 | | Blizzard, McCarthy & Nabers | $21.31 |
| 8/28/2009 | Federal Express | Federal Express - Invoice #9-318-16418 Sender: Stephanie Gebhardt Recipient: Richard Dean/ Matthew Moriarty Sent: Kelch's RFPs & Rogs Tracking ID:796902840925 | | Blizzard, McCarthy & Nabers | $18.75 |
| 8/28/2009 | Federal Express | Federal Express - Invoice #9-318-16418 Sender: Stephanie Gebhardt Recipient: Shook Hardy & Bacon, LLP Sent: Kelch's RFPs & Rogs Tracking ID: 797890317326 | | Blizzard, McCarthy & Nabers | $16.59 |
| 9/24/2009 | Federal Express | Federal Express - Invoice #9-349-16761 Sender: Steve McCarthy Recipient: David Kelch Sent: Complaint for Client's records Tracking ID:797962811015 | | Blizzard, McCarthy & Nabers | $23.64 |
| 9/28/2009 | Federal Express | Federal Express - Invoice #9-349-16761 Sender: Ed Blizzard/ Stephanie Gebhardt Recipient: Shook, Hardy & Bacon, LLP Sent: Medicals of Bonnie Kelch from Dr. Hooper and UNH Tracking ID:796976385826 | | Blizzard, McCarthy & Nabers | $16.44 |
| 9/28/2009 | Federal Express | Federal Express - Invoice #9-349-16761 Sender: Stephanie Gebhardt Recipient: Tucker & Ellis Sent: Dr. Hooper's & UNHS Medicals for Bonnie Kelch Tracking ID:796976338500 | | Blizzard, McCarthy & Nabers | $16.55 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 10/12/2009 | Federal Express | Federal Express - Invoice #9-373-28155 Sender: Stephanie Gebhardt Recipient: David Kelch Sent: Verification Page- To be signed and returned Tracking ID:796022158410 | | Blizzard, McCarthy & Nabers | $18.06 |
| 10/13/2009 | Federal Express | Federal Express - Invoice #9-373-28155 Sender: Stephanie Gebhardt Recipient: David Kelch & Tammara Jennings Sent: Transcripts of Depo to review for accuracy- to be signed, notarized, and returned Tracking ID:796026609422 | | Blizzard, McCarthy & Nabers | $21.81 |
| 10/21/2009 | Federal Express | Federal Express - Invoice #9-381-26644 Sender: Connie Hale Recipient: Dr. Douglas Zipes Sent: Binders Tracking ID: 796052754469 | | Blizzard, McCarthy & Nabers | $114.17 |
| 11/3/2009 | Federal Express | Federal Express - Invoice #9-396-57404 Sender: Stephanie Gebhardt Recipient: Rennillo Court Reporting Sent: errata sheets Tracking ID:796087325466 | | Blizzard, McCarthy & Nabers | $32.47 |
| 11/25/2009 | Federal Express | Federal Express - Invoice #9-420-10411 Sender: Stephanie Gebhardt Recipient: Robert Bryg, M.D. Sent: Kelch Records Tracking ID: 793051115643 | | Blizzard, McCarthy & Nabers | $41.93 |
| 12/8/2009 | Federal Express | Federal Express - Invoice #9-435-52989 Sender: Robert Bryg Recipient: Stephanie Gebhardt Sent: Bryg Eratta Sheets Tracking ID: 793051143746 | | Blizzard, McCarthy & Nabers | $45.48 |
| 12/9/2009 | Federal Express | Federal Express - Invoice #9-435-52989 Sender: Stephanie Gebhardt Recipient: Joanne Kohn Sent: Bryg Eratta Sheets Tracking ID: 793084698818 | | Blizzard, McCarthy & Nabers | $40.32 |
| 2/12/2010 | Federal Express | Federal Express - Invoice #9-504-17286 Sender: Stephanie Gebhardt Recipient: Lawrence Rice, MD Sent:  Tracking ID: 798388367507 | | Blizzard, McCarthy & Nabers | $13.40 |
| 2/12/2010 | Federal Express | Federal Express - Invoice #9-504-17286 Sender: Stephanie Gebhardt Recipient: Lawrence Rice, MD Sent: Check for Expert Fees & Medical Records for Review Tracking ID:798388367507 | | Blizzard, McCarthy & Nabers | $13.40 |
| 3/8/2010 | Federal Express | Federal Express - Invoice #7-017-25861 Sender: Sarah Huynh Recipient: Scott Nabers Sent: Depo Docs Tracking ID: 793334320698 | | Blizzard, McCarthy & Nabers | $39.90 |

## Case-Specific Expenses (revised)
### as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| | | | **Federal Express Total:** | | **$526.27** |
| 11/12/2008 | Filing/Service Fees | COURTS/USDC-WV-SD-1 Charleston - Filing Fees | | Blizzard, McCarthy & Nabers | $350.00 |
| | | | **Filing/Service Fees Total:** | | **$350.00** |
| 8/19/2009 | Investigation | Bob Bartlett services to locate prescribing physician, Warren Thai, M.D.; Inv. # 15264 on 08/19/2009 | Locate prescribing physician, Warren Thai, M.D. | Blizzard, McCarthy & Nabers | $75.08 |
| | | | **Investigation Total:** | | **$75.08** |
| 3/31/2009 | Long Distance Phone | Westel - March 2009 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $1.74 |
| 7/18/2009 | Long Distance Phone | Westel July 2009 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $0.93 |
| 8/18/2009 | Long Distance Phone | Westel August 2009 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $2.41 |
| 9/18/2009 | Long Distance Phone | Westel- September 2009 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $3.19 |
| 10/18/2009 | Long Distance Phone | Westel- October 2009 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $7.14 |
| 11/18/2009 | Long Distance Phone | Westel- November 2009 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $2.41 |
| 12/18/2009 | Long Distance Phone | Westel- December 2009 Long Dostance Phone Charges | | Blizzard, McCarthy & Nabers | $2.84 |
| 1/18/2010 | Long Distance Phone | Westel Long Distance Phone Charges- January 2010 | | Blizzard, McCarthy & Nabers | $1.91 |
| 2/18/2010 | Long Distance Phone | Westel- February 2010 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $0.46 |
| 3/18/2010 | Long Distance Phone | Westel- March 2010 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $0.32 |
| 4/18/2010 | Long Distance Phone | Westel- April 2010 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $0.35 |
| 5/18/2010 | Long Distance Phone | Westel- May 2010 Long Distance Phone Charges | | Blizzard, McCarthy & Nabers | $0.44 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| | | | **Long Distance Phone Total:** | | **$24.14** |
| 11/2/2009 | Meetings | Marriott Burbank Airport Hotel - Los Angeles, CA - banquet meeting room for Dr. Robert Bryg's deposition - taken by Scott Nabers | Dr. Robert Bryg's deposition | Blizzard, McCarthy & Nabers | $444.76 |
| 9/27/2009 | Meetings | Peppermill Reno Banquet Room for SPM for depositions on 9/28/09 | Pre-deposition conference and depositions of David Kelch and Tammara Jennings | Blizzard, McCarthy & Nabers | $313.01 |
| | | | **Meetings Total:** | | **$757.77** |
| 3/26/2009 | Records | Charlotte Smith Reporting - Invoice #675641 VA Sierra Nevada Health Care System (Affidavit of No Records for Bonnie L. Kelch) 1000 Locust St. Reno, NV 89502 | | Blizzard, McCarthy & Nabers | $31.09 |
| 4/23/2009 | Records | Charlotte Smith Reporting - Invoice #676248 Mammoth Hospital (Medical Records for Bonnie L. Kelch) P.O. Box 660 Mammoth Lakes, CA 93546 | | Blizzard, McCarthy & Nabers | $60.32 |
| 6/4/2009 | Records | Charlotee Smith Reporting Invoice # 676809 Renown Regional Medical Center (Medical Records of Bonnie Kelch) 1155 Mill Street Reno, NV 89502 | | Blizzard, McCarthy & Nabers | $418.04 |
| 6/9/2009 | Records | Charlotte Smith Reporting Invoice # 676858 Rite Aid Corp. (Pharmacy Records of Bonnie Kelch) PO Box 3165 Harrisburg, PA 17105 | | Blizzard, McCarthy & Nabers | $91.12 |
| 7/7/2009 | Records | Charlotte Smith Reporting Invoice # 677257 Northern Inyo Hospital (Medical records of Bonnie Kelch) 150 Pioneer Ln. Bishop, CA 93514 | | Blizzard, McCarthy & Nabers | $46.39 |
| 8/18/2009 | Records | Charlotte Smith Reporting Invoice # 677661 Northern Inyo Hospital (Billing records of Bonnie Kelch) 150 Pioneer Ln. Bishop, CA 93514 | | Blizzard, McCarthy & Nabers | $59.54 |
| 8/18/2009 | Records | Charlotte Smith Reporting Invoice # 677662 Mammoth Hospital (Billing records of Bonnie Kelch) PO Box 660 Mammoth Lakes, CA 93546 | | Blizzard, McCarthy & Nabers | $76.04 |
| 8/24/2009 | Records | Charlotte Smith Reporting Invoice# 677695 Renown Regional Medical Center (Billing records of Bonnie Kelch) 1155 Mill St. Reno, NV 89502 | | Blizzard, McCarthy & Nabers | $72.79 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 8/25/2009 | Records | Charlotte Smith Reporting -Invoice #677714 Rancho Sierra Medical Group (Medical records of Bonnie Kelch) 452 Old Mammoth Rd Suite R Mammoth Lakes, CA 93546 | | Blizzard, McCarthy & Nabers | $94.69 |
| 8/27/2009 | Records | Charlotte Smith Reporting Invoice #677743 University Health System (Medical records of Bonnie Kelch) 1500 East 2nd St. Suite 302 Reno, NV 89502 | | Blizzard, McCarthy & Nabers | $111.27 |
| 8/31/2009 | Records | Recordtrak First View Invoice for records on Butson, Kelch, Robertson, Smith, and Temple (PRORATED) | | Blizzard, McCarthy & Nabers | $30.00 |
| 9/9/2009 | Records | Charlotte Smith Reporting Invoice #677799 Rancho Sierra Medical Group (Billing Records of Bonnie Kelch) 452 Old Mammoth Rd Suite R Mammoth Lakes, CA 93546 | | Blizzard, McCarthy & Nabers | $65.84 |
| 10/6/2009 | Records | RecordTrak Invoice# 5033650 Fees for Records of Digitek Cases: Kelch, Robertson, Smith, and Temple (PRORATED) | | Blizzard, McCarthy & Nabers | $60.00 |
| 11/3/2009 | Records | RecordTrak Invoice #5038465 'first look' fees for the review of records for Digitek clients Bonnie Kelch and George Robertson (PRORATED) | | Blizzard, McCarthy & Nabers | $60.00 |
| 11/4/2009 | Records | Charlotte Smith Reporting Invoice# 678079 Mammoth Hospital (Release of Information) PO BOX 660 Mammoth Lakes, CA 93546 | | Blizzard, McCarthy & Nabers | $85.49 |
| 11/20/2009 | Records | Charlotte Smith Reporting Invoice #678204 Dennis Crunk (Medical records of David Kelch) 85 Sierra Springs Dr. Mammoth Lakes, CA 93546 | | Blizzard, McCarthy & Nabers | $60.68 |
| 12/7/2009 | Records | RecordTrak charges for Dr. Robert Bryg and University Health System records | RecordTrak charges for Dr. Robert Bryg and University Health System records. | Blizzard, McCarthy & Nabers | $30.00 |
| 1/14/2010 | Records | Recordtrak Invoice # 5049015 Charges for ordering copies of records for Digitek clients: Burcham, Earle, Kelch, Patel, Robertson, Shavies, Sprague, and Williams (PRORATED) | RecordTrak orders for Digitek clients | Blizzard, McCarthy & Nabers | $45.00 |
| 5/10/2010 | Records | RecordTrak Invoice# 5065579 Ordersof Medical Records for Digitek plaintiffs: Bolin, Doucet, Kelch, Patel, Stanczyk, Teel, Watson, Williams, and Windley (PRORATED) | | Blizzard, McCarthy & Nabers | $15.00 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 6/1/2010 | Records | RecordTrak orders for Violet Bolin, Bonnie Kelch, Eva Watson, Richard Windley (PRORATED) | | Blizzard, McCarthy & Nabers | $15.00 |
| | | | **Records Total:** | | **$1,528.30** |
| 4/7/2010 | Research | Pacer Service Center- Invoice 4/7/2010 Research Charges for Billing Cycle 1/1/10 - 3/31/10 | | Blizzard, McCarthy & Nabers | $34.72 |
| | | | **Research Total:** | | **$34.72** |
| 11/24/2008 | Service of Process | Professional Civil Process - Invoice #H81101308 Personally Served Mylan Bertek with Summons, Plaintiff's Original Complaint | | Blizzard, McCarthy & Nabers | $85.00 |
| 1/26/2009 | Service of Process | Professional Civil Process - Invoice #H81101307 Personally Served UDL Laboratories Inc. with Summons and Complaint on 1/6/09 | | Blizzard, McCarthy & Nabers | $90.00 |
| 1/26/2009 | Service of Process | Professional Civil PRocess - Invoice #H81101309 Personally Served Actavis Totowa LLC with Summons and Complaint on 12/08/08 | | Blizzard, McCarthy & Nabers | $90.00 |
| 1/26/2009 | Service of Process | Professional Civil Process - Invoice #H81101312 Personally Served Actavis Elizabeth LLC with Summons and Complaint on 12/8/08 | | Blizzard, McCarthy & Nabers | $35.00 |
| 3/26/2009 | Service of Process | Professional Civil Process - Invoice #H81101315 Personally Served Actavis Inc. with Summons and Complaint on 3/18/09 | | Blizzard, McCarthy & Nabers | $35.00 |
| 4/17/2009 | Service of Process | Professional Civil Process - Invoice #H81101310 Personally Served Mylan Pharmaceuticals on 4/2/09 with Summons & Complaint | | Blizzard, McCarthy & Nabers | $115.00 |
| 4/17/2009 | Service of Process | Professional Civil Process - Invoice #H81101311 Personally Served Mylan, Inc. on 4/2/09 with Summons & Complaint | | Blizzard, McCarthy & Nabers | $35.00 |
| 12/22/2009 | Service of Process | Nicoletti & Harris service fees for service on Rite Aid Custodian of Records to appear 1/21/09 for deposition. | Service of process for Rite Aid Corporation Custodian of Records. | Blizzard, McCarthy & Nabers | $205.00 |
| | | | **Service of Process Total:** | | **$690.00** |
| 6/10/2008 | Travel - Airfare | Continental Airlines Airfare for Glenda Grainger from HOU-INDIANAPOLIS-HOU Ticket #00575124764664 Date of Departure: 6/10/08 | Case Review and Expert meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $1,124.49 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 6/10/2008 | Travel - Airfare | Continental Airlines Airfare for JSN from HOU-INDIANAPOLIS-HOU Ticket #00575124764631 Date of Departure: 6/10/08 | Case Review and Expert meeting with Dr. Zipes. | Blizzard, McCarthy & Nabers | $1,124.49 |
| 10/10/2008 | Travel - Airfare | Continental Airlines Airfare for Glenda Grainger from HOU-INDIANAPOLIS-HOU Date of Departure: 10/13/08 Ticket #00575222718814 | Meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $969.50 |
| 10/13/2008 | Travel - Airfare | Continental Airlines Airfare for JSN from HOU-INDIANAPOLIS-HOU Date of Departure: 10/13/08 Ticket #00575222718825 | Meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $969.50 |
| 7/15/2009 | Travel - Airfare | Continental Airlines airfare for Ed from Houston, TX to Philadelphia, PA to Newark, NJ to Houston, TX; Ticket No. 0057538324836; Depart 7/15/09; Return 7/16/09 [PRORATED] | Paxil Status Conference and Digitek PSC Trial Selection Meeting | Blizzard, McCarthy & Nabers | $647.85 |
| 9/27/2009 | Travel - Airfare | Southwest Airlines airfare for SPM from HOU-RENO Date of Departure: 9/27/09 Return Date: 9/29/09 (changed from 9/30/09) Ticket #5262154703925 | Pre-deposition conference and depositions of David Kelch and Tammara Jennings | Blizzard, McCarthy & Nabers | $593.90 |
| 1/13/2010 | Travel - Airfare | Airfare for GG [PRORATED] From Houston to Florida to Philadelphia ticket # 0057836036457 Deposition of Dr. Crunk (Kelch) | | Blizzard, McCarthy & Nabers | $912.80 |
| 1/13/2010 | Travel - Airfare | Airfare for JSN [PRORATED] From Houston to Florida to Philadelphia ticket # 0057836036456 Date if Departure: 1/12/10 Deposition of Dr. Crunk (Kelch) | | Blizzard, McCarthy & Nabers | $912.80 |
| 1/18/2010 | Travel - Airfare | Airfare for JGG From Houston to Denver to Reno Ticket #0057836036485 Date of Departure: 1/18/10 Depositions of Dr. Protheo and Dr. Pagie | | Blizzard, McCarthy & Nabers | $2,082.30 |
| 1/18/2010 | Travel - Airfare | Airfare for JSN From Houston to Denver to Reno Ticket # 0057836036483 Date of Departure: 1/18/10 Depositions of Dr. Protheo and Dr. Pagie | | Blizzard, McCarthy & Nabers | $2,082.30 |
| 3/27/2010 | Travel - Airfare | Airfare for GG From Houston to San Diego Ticket # 0057841206857 Date of Departure: 3/26/10 Depositions of Kelch and doctors | | Blizzard, McCarthy & Nabers | $1,639.30 |
| 3/27/2010 | Travel - Airfare | Airfare for JSN From Houston to Denver to Reno to SLC; Ticket # 0057836036845 Date of Departure: 3/26/10 Depositions of Kelch and doctors | | Blizzard, McCarthy & Nabers | $1,649.30 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 3/29/2010 | Travel - Airfare | United Airlines airfare for Mark Kelch deposition; 3/29/2010 depart San Francisco, CA; return 3/30/2010; Ticket # 7841206740; Flight 6840 | Deposition of Mark Kelch | Blizzard, McCarthy & Nabers | $545.80 |
| | | | **Travel - Airfare Total:** | | **$15,254.33** |
| 9/27/2009 | Travel - Airport Parking | SPM- Reimbursement for airport parking fees- Trip to Rno, NV for pre-depo conference and deposition 9/27/09-9/29/09 | | Blizzard, McCarthy & Nabers | $51.00 |
| 1/22/2010 | Travel - Airport Parking | Parking and tips while staying at the Beverly Hills Hotel for depo of Dr. Byrg. | | Blizzard, McCarthy & Nabers | $40.00 |
| 1/28/2010 | Travel - Airport Parking | IAH Airport $25.00 | | Blizzard, McCarthy & Nabers | $25.00 |
| 2/10/2010 | Travel - Airport Parking | Airport parking for Deposition of Dr. Crunk | | Blizzard, McCarthy & Nabers | $20.00 |
| | | | **Travel - Airport Parking Total:** | | **$136.00** |
| 6/11/2008 | Travel - Lodging | Lodging for JSN at The Conrad Hotel in Indianapolis, IN [PRORATED] | Meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $390.52 |
| 10/15/2008 | Travel - Lodging | Lodging for GG Arrival date: 10/13/08 Departure date: 10/14/08 | Expert meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $300.44 |
| 10/15/2008 | Travel - Lodging | Lodging for JSN Arrival date: 10/13/08 Departure date: 10/14/08 | Meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $746.12 |
| 9/27/2009 | Travel - Lodging | Atlantis Casino Resort - Reno for lodging for David Kelch and Tammara Jennings from 9/27/09 to 9/28/09 | Pre-deposition conference and depositions of David Kelch and Tammara Jennings | Blizzard, McCarthy & Nabers | $158.20 |
| 9/27/2009 | Travel - Lodging | Peppermill Reno for lodging for SPM from 9/27/09 to 9/29/09 | Pre-deposition conference and depositions of David Kelch and Tammara Jennings | Blizzard, McCarthy & Nabers | $511.04 |
| 1/14/2010 | Travel - Lodging | Lodging for JSN & G.Grainger, at the Ritz Carlton, Ft. Lauderdale while there for Dr. Crunk deposition. | | Blizzard, McCarthy & Nabers | $1,136.49 |
| 1/21/2010 | Travel - Lodging | Lodging for JSN & G. Grainger at the Peppermill, Reno, NV while ther for depositions of Dr. Paige, Prothno, and Delemus. | | Blizzard, McCarthy & Nabers | $770.24 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 1/23/2010 | Travel - Lodging | Lodging for JSN & G.Grainger, at the Grand Sierra resport, Reno, NV while ther for depositions of Drs. Paige, Prothno, and Delemus. | | Blizzard, McCarthy & Nabers | $1,141.30 |
| 2/12/2010 | Travel - Lodging | Lodging for JSN & G.Grainger at the Cincinnatian while there for meeting with Expert Lois Rosenberger. | | Blizzard, McCarthy & Nabers | $975.95 |
| 3/4/2010 | Travel - Lodging | Lodging for JSN & G.Grainger, at the Hotel Parisis while in LaJolla for depositions. | | Blizzard, McCarthy & Nabers | $418.80 |
| 3/30/2010 | Travel - Lodging | Lodging for JSN & G.Grainger, at the Grand Sierra Resort while in Reno for Kelch Depos. | | Blizzard, McCarthy & Nabers | $319.57 |
| 3/31/2010 | Travel - Lodging | Lodging for JSN & G.Grainger, at the Grand Sierra Resort while in Reno for depositions. | | Blizzard, McCarthy & Nabers | $1,848.82 |
| 9/28/2010 | Travel - Lodging | Peppermill Reno lodging for RBK; Folio # 402473203064 Arrival 3/20/10, departure 3/21/10 | Deposition of Steven Swisher, M.D. | Blizzard, McCarthy & Nabers | $77.97 |
| | | | **Travel - Lodging Total:** | | **$8,795.46** |
| 1/20/2010 | Travel - Meals | Meal for JSN & G.Grainger, at Paradise Bakery & Cafe in Denver while there for depositions | | Blizzard, McCarthy & Nabers | $27.35 |
| 1/21/2010 | Travel - Meals | Meal for JSN & G.Grainger at Olive Garden in Reno while there for depositions. | | Blizzard, McCarthy & Nabers | $35.84 |
| 2/10/2010 | Travel - Meals | Meal for JSN & G.Grainger, at Skyline Chili while there for meeting with Expert Louis Rosenberg. | | Blizzard, McCarthy & Nabers | $35.17 |
| 3/10/2010 | Travel - Meals | Meal for JSN & G.Grainger, at CPK in San Diego, CA while there for depositions of pumlonologist. | | Blizzard, McCarthy & Nabers | $37.90 |
| 3/30/2010 | Travel - Meals | Meal for JSN & G.Grainger, at Paradise Bakery & Cafe in Denver, while there for depositions. | | Blizzard, McCarthy & Nabers | $27.35 |
| | | | **Travel - Meals Total:** | | **$163.61** |
| 6/10/2008 | Travel - Misc. Incidentals | Parking/Valet for JSN and GG in Indianapolis, IN | Meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $15.00 |
| 2/10/2010 | Travel - Misc. Incidentals | Parking & Tips while staying at the Ritz Carlton for deposition of Dr. Crunk. | | Blizzard, McCarthy & Nabers | $25.00 |
| | | | **Travel - Misc. Incidentals Total:** | | **$40.00** |
| 6/10/2008 | Travel - Rental Car | Hertz Rental Car for JSN and Glenda Grainger in Indianapolis, In Rental Date: 6/10/08 Return Date: 6/12/08 | Case review and Expert meeting with Dr. Zipes | Blizzard, McCarthy & Nabers | $594.36 |

# Case-Specific Expenses (revised)
## as of 3/31/2011

| Expense Date Incurred | Expense Type | Expense Description | Description/Purpose | Expense Portions Payee | Expense Portions Amount |
|---|---|---|---|---|---|
| 1/21/2010 | Travel - Rental Car | For JSN and G.Grainger in Reno, NV Rental: 1/20/10 Return: 1/21/10 Agreement # 102373434 Depositions of Drs. Paige, Prothno, and Delemus | | Blizzard, McCarthy & Nabers | $231.21 |
| | | | **Travel - Rental Car Total:** | | **$825.57** |
| 11/20/2009 | Videographer | Golkow Litigation Technologies Invoice #36564 Video Servicesfor Deposition of Robert Bryg M.D. | Deposition of Robert Bryg, M.D. | Blizzard, McCarthy & Nabers | $715.00 |
| 11/23/2009 | Videographer | Rennillo Depositions & Discovery video transcript of Bonnie Kelch treater, Stephen Swisher, MD taken on 11/03/09 | Deposition of Stephen Swisher, MD | Blizzard, McCarthy & Nabers | $195.00 |
| 2/23/2010 | Videographer | Golkow Technologies video services for deposition of Todd Paige, MD on 1/21/10 | Deposition of Todd Paige, MD | Blizzard, McCarthy & Nabers | $605.00 |
| 2/23/2010 | Videographer | Golkow Technologies video services for the deposition of David Prothro, MD on 1/21/10 in Sparks, NV | Deposition of David Prothro, MD | Blizzard, McCarthy & Nabers | $532.50 |
| | | | **Videographer Total:** | | **$2,047.50** |
| | | | **Blizzard, McCarthy & Nabers Total:** | | **$160,979.41** |
| | | | **GRAND TOTAL:** | | **$160,979.41** |