IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

I am in the process of assessing the joint petition for fees and expenses [Docket 448]. In order to complete this process, I require certain supplemental information. I **ORDER** the following firms and relevant attorneys to file no later than April 21, 2011, detailed, itemized time and expense statements in support of their requests for fees and expenses in connection with common benefit services:

- Reich and Binstock, LLP
- Wolf Popper LLP
- Ashley L. Ownby, Attorney at Law
- Peter A. Miller
- RodaNast, P.C.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968.

ENTER:      April 15, 2011

Joseph R. Goodwin, Chief Judge