IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

I am in the process of assessing the joint petition for fees and expenses [Docket 448]. In order to complete this process, I require certain supplemental information. I **ORDER** Mr. Ed Blizzard and other relevant attorneys and staff of Blizzard, McCarthy & Nabers to file no later than April 22, 2011, detailed, itemized time and expense statements in support of their requests for fees and expenses in connection with the suggested 356.5 hours of common benefit time. It appears that the only itemized time statements submitted to the court are for the individual case of Kelch v. Actavis Totowa.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968.

ENTER:   April 18, 2011

Joseph R. Goodwin, Chief Judge