IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF JOINT PETITION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSE REIMBURSEMENTS RELATING TO COMMON BENEFIT WORK

Pursuant to the Court's Order of April 15, 2011, the Plaintiffs' Steering Committee hereby files more detailed time and expense statements for the following firms:

- Reich and Binstock, LLP (Exhibit A)
- Wolf Popper LLP (Exhibit B)
- Ashley L. Ownby, Attorney at Law (Exhibit C)
- Peter A. Miller (Exhibit D)
- RodaNast, P.C. (Exhibit E)

The Plaintiffs' Steering Committee is also hereby filing more detailed time and expense statements pursuant to the Court's Order of April 18, 2011, for Blizzard, McCarthy & Nabers LLP (Exhibit F).

In addition, Motley Rice has incurred additional expenses related to the work performed prior to September 1, 2010, and is submitting a supplemental declaration hereby attached as Exhibit G.

Dated:  April 21, 2011            Respectfully submitted,

On Behalf of the Plaintiffs' Steering Committee

s/Fred Thompson, III Esq.
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*Co- Lead Counsel*

Carl N. Frankovitch, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
**Co- Lead Counsel**

Harry F. Bell, Jr., Esq.
Bell Law Firm, PLLC
P. O. Box 1723
Charleston, WV 25326
**Co-Lead and Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Fred Thompson, III Esq._____
Fred Thompson, III, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**Co- Lead Counsel**