# EXHIBIT A

## IN RE DIGITEK LITIGATION MDL 1968
### TIME REPORT

**FIRM NAME:** REICH & BINSTOCK
**REPORTING PERIOD:** March-June 2009

**Categories:**
(1) Investigation and Research
(2) Discovery
(3) Pleadings, Briefs, and Pretrial Motions
(4) Court Appearances
(5) Litigation Strategy and Analysis
(6) Class Certification
(7) Trial Preparation and Trial
(8) Appeals
(9) Settlement
(10) Adminstrative (as directed by PSC)
(11) Travel

**Titles:**
(P) Partner   (C) Counsel
(A) Associate   (PL) Paralegal
(LC) Law Clerk

| Name (Title) | Description | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | CURRENT HOURS | CURRENT RATE | CURRENT LODESTAR | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bob Binstock - P | | | 2.25 | | | 13.25 | | | | | | | 15.50 | 550 | $8,525.00 | 15.50 | $8,525.00 |
| Debbie Ziegler - A | | | 2.25 | | | 13.25 | | | | | | | 15.50 | 375 | $5,812.50 | 15.50 | $5,812.50 |
| **Attorney Totals:** | | | | | | | | | | | | | | | | $14,337.50 | 31.00 | $14,337.50 |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968

Signature _____   Date 4/21/11

# IN RE DIGITEK LITIGATION MDL 1968

**FIRM NAME:** REICH & BINSTOCK

**REPORTING PERIOD:** March-June 2009

March-June. 2009

| Name (Title) | Description | Date | HOURS |
|---|---|---|---|
| Bob Binstock - P | Investigation and Research - read and reviewed Digitek: Discovery to Defs | 6/8/2009 | 2.25 |
| Bob Binstock - P | Litigation Strategy and Analysis- Houston meeting | 6/10/2009 | 6.00 |
| Bob Binstock - P | Litigation Strategy and Analysis- Houston meeting | 6/11/2009 | 6.00 |
| Bob Binstock - P | Litigation Strategy and Analysis- conf. call | 6/17/2009 | 1.25 |
| | | | **15.50** |
| Debbie Ziegler - A | Investigation and Research - read and reviewed Digitek: Discovery to Defs | 6/8/2009 | 2.25 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- Houston meeting | 6/10/2009 | 6.00 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- Houston meeting | 6/11/2009 | 6.00 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- conf. call | 6/17/2009 | 1.25 |
| | | | **15.50** |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968.

_____   4/21/11
Signature                                  Date

# IN RE DIGITEK LITIGATION MDL 1968
## TIME REPORT

**FIRM NAME:** REICH & BINSTOCK
**REPORTING PERIOD:** Aug-2009

**Categories:**
(1) Investigation and Research
(2) Discovery
(3) Pleadings, Briefs, and Pretrial Motions
(4) Court Appearances
(5) Litigation Strategy and Analysis
(6) Class Certification
(7) Trial Preparation and Trial
(8) Appeals
(9) Settlement
(10) Administrative (as directed by PSC)
(11) Travel

**Titles:**
(P) Partner
(A) Associate
(LC) Law Clerk
(C) Counsel
(PL) Paralegal

| Name (Title) | Description | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | CURRENT HOURS | CURRENT RATE | CURRENT LODESTAR | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bob Binstock - P | | 6.50 | | | | 3.75 | | | | | | | 10.25 | 550 | $5,637.50 | 25.75 | $14,162.50 |
| Debbie Ziegler - A | | 4.25 | | | | 3.75 | | | | | | | 8.00 | 375 | $3,000.00 | 23.50 | $8,812.50 |
| **Attorney Totals:** | | | | | | | | | | | | | | | $8,637.50 | 49.25 | $22,975.00 |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968

Signature (E-Signature) _____  Date 4/21/11

# IN RE DIGITEK LITIGATION MDL 1968

**FIRM NAME: REICH & BINSTOCK**

**REPORTING PERIOD:** Aug. 2009

| Name (Title) | Description | Date | Aug. 2009 HOURS |
|---|---|---|---|
| Bob Binstock - P | Investigation and Research - read and reviewed document production prior to corporate depositions | 8/26/2009 | 6.50 |
| Bob Binstock - P | Litigation Strategy and Analysis- read, reviewed and discussed email in re. to digitek defendants Mylan | 8/28/2009 | 3.75 |
| | | | **10.25** |
| Debbie Ziegler - A | Investigation and Research - read and reviewed document production prior to corporate depositions | 8/26/2009 | 4.25 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read, reviewed and discussed email in re. to digitek defendants Mylan | 8/28/2009 | 3.75 |
| | | | **8.00** |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968.

Signature [signed]  Date 4/21/11

# IN RE DIGITEK LITIGATION MDL 1968
## TIME REPORT

**FIRM NAME:** REICH & BINSTOCK
**REPORTING PERIOD:** Sep. 2009

**Categories:**
- (1) Investigation and Research
- (2) Discovery
- (3) Pleadings, Briefs, and Pretrial Motions
- (4) Court Appearances
- (5) Litigation Strategy and Analysis
- (6) Class Certification
- (7) Trial Preparation and Trial
- (8) Appeals
- (9) Settlement
- (10) Administrative (as directed by PSC)
- (11) Travel

**Titles:**
- (P) Partner
- (A) Associate
- (LC) Law Clerk
- (C) Counsel
- (PL) Paralegal

| Name (Title) | Description | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | CURRENT HOURS | CURRENT RATE | CURRENT LODESTAR | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bob Binstock - P | | 2.25 | | | | 15.25 | | | | | | | 17.50 | 550 | $9,625.00 | 43.25 | $23,787.50 |
| Debbie Ziegler - A | | 2.25 | | | | 15.25 | | | | | | | 17.50 | 375 | $6,562.50 | 25.50 | $9,562.50 |
| | | | | | | | | | | | | | | | | | |
| **Attorney Totals:** | | | | | | | | | | | | | | | **$16,187.50** | **68.75** | **$33,350.00** |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968

Signature _____ Date 4/21/11

# IN RE DIGITEK LITIGATION MDL 1968

**FIRM NAME: REICH & BINSTOCK**

**REPORTING PERIOD: Sept. 2009**

| Name (Title) | Description | Date | Sept. 2009 HOURS |
|---|---|---|---|
| Bob Binstock - P | Litigation Strategy and Analysis- read, reviewed and discussed email in re. to Mylan Defendants' Responses to Plaintiffs' First Set of Requests for Production | 9/1/2009 | 3.25 |
| Bob Binstock - P | Investigation and Research - read and reviewed UDL's Responses to Plaintiffs' First Set of Requests for Production Directed to Defendants | 9/1/2009 | 2.25 |
| Bob Binstock - P | Litigation Strategy and Analysis- read and reviewed email in re. to class designation | 9/1/2009 | 0.75 |
| Bob Binstock - P | Litigation Strategy and Analysis- conf. call | 9/3/2009 | 1.50 |
| Bob Binstock - P | Litigation Strategy and Analysis- conf. call | 9/3/2009 | 1.50 |
| Bob Binstock - P | Litigation Strategy and Analysis- read and reviewed Digitek MDL Plaintiffs Ordered To Respond To Discovery | 9/7/2009 | 1.25 |

| Name | Description | Date | Hours |
|---|---|---|---|
| Bob Binstock - P | Litigation Strategy and Analysis- read and reviewed email in re to Lone Pine Motion | 9/14/2009 | 0.50 |
| Bob Binstock - P | Litigation Strategy and Analysis- read and reviewed email in to Digitek depositions | 9/14/2009 | 1.75 |
| Bob Binstock - P | Litigation Strategy and Analysis- read and reviewed email in to NJ Digitek | 9/16/2009 | 0.75 |
| Bob Binstock - P | Litigation Strategy and Analysis- end of document review | 9/17/2009 | 0.50 |
| Bob Binstock - P | Litigation Strategy and Analysis-Digitek 60-day strategy | 9/23/2009 | 1.75 |
| Bob Binstock - P | Litigation Strategy and Analysis-Digitek 60-day strategy | 9/23/2009 | 1.75 |
| | | | **17.50** |
| | | | |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read, reviewed and discussed email in re. to Mylan Defendants' Responses to Plaintiffs' First Set of Requests for Production | 9/1/2009 | 3.25 |

| | | | |
|---|---|---|---|
| Debbie Ziegler - A | Investigation and Research - read and reviewed UDL's Responses to Plaintiffs' First Set of Requests for Production Directed to Defendants | 9/1/2009 | 2.25 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read and reviewed email in re. to class designation | 9/1/2009 | 0.75 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- conf. call | 9/3/2009 | 1.50 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- conf. call | 9/3/2009 | 1.50 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read and reviewed Digitek MDL Plaintiffs Ordered To Respond To Discovery | 9/7/2009 | 1.25 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read and reviewed email in re to Lone Pine Motion | 9/14/2009 | 0.50 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read and reviewed email in to Digitek depositions | 9/14/2009 | 1.75 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- read and reviewed email in to NJ Digitek | 9/16/2009 | 0.75 |
| Debbie Ziegler - A | Litigation Strategy and Analysis- end of document review | 9/17/2009 | 0.50 |

| | | | |
|---|---|---|---|
| Debbie Ziegler - A | Litigation Strategy and Analysis-Digitek 60-day strategy | 9/23/2009 | 1.75 |
| Debbie Ziegler - A | Litigation Strategy and Analysis-Digitek 60-day strategy | 9/23/2009 | 1.75 |
| | | | 17.50 |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968.

Signature _____  Date 4/20/11

**IN RE DIGITEK LITIGATION MDL 1968**
**TIME REPORT**

| FIRM NAME: | REICH & BINSTOCK | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPORTING PERIOD: | Oct. 2009 | | | | | | | | | | | | | | |

**Categories:**

| (1) Investigation and Research | (7) Trial Preparation and Trial | | | Titles: | | |
|---|---|---|---|---|---|---|
| (2) Discovery | (8) Appeals | | | (P) Partner | (C) Counsel | |
| (3) Pleadings, Briefs, and Pretrial Motions | (9) Settlement | | | (A) Associate | (PL) Paralegal | |
| (4) Court Appearances | (10) Administrative (as directed by PSC) | | | (LC) Law Clerk | | |
| (5) Litigation Strategy and Analysis | (11) Travel | | | | | |
| (6) Class Certification | | | | | | |

| Name (Title) | Description | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | CURRENT HOURS | CURRENT RATE | CURRENT LODESTAR | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bob Binstock - P | | | | | | 6.00 | | | | | | 11.00 | 17.00 | 550 | $9,350.00 | 60.25 | $33,137.50 |
| Debbie Ziegler - A | | 2.75 | | | | | | | | | | | 2.75 | 375 | $1,031.25 | 28.25 | $10,593.75 |
| | | | | | | | | | | | | | | | | | |
| **Attorney Totals:** | | | | | | | | | | | | | | | $10,381.25 | 88.50 | $43,731.25 |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968.

Signature _____ Date 4/21/11

# IN RE DIGITEK LITIGATION MDL 1968

**FIRM NAME:** REICH & BINSTOCK

**REPORTING PERIOD:** Oct. 2009

| Name (Title) | Description | Date | HOURS |
|---|---|---|---|
| Bob Binstock - P | Travel- PSC meeting New York | 10/18/2009 | 5.00 |
| Bob Binstock - P | Litigation Strategy and Analysis- PSC meeting New York | 10/19/2009 | 6.00 |
| Bob Binstock - P | Travel- PSC meeting New York | 10/20/2009 | 6.00 |
| | | | 17.00 |
| Debbie Ziegler - A | Investigation and Research - read and reviewed Digitek hot docs | 10/16/2009 | 2.75 |
| | | | 2.75 |

I believe that the time set out above is accurate and that the time expended was spent on authorized common benefit work in MDL 1968.

Signature _____  Date _____