# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

---

AFFIDAVIT OF ASHLEY L. OWNBY

---

**STATE OF TENNESSEE** )
**COUNTY OF BRADLEY** )

Comes Ashley L. Ownby, Attorney at Law, and would state as follows:

1. I Ashley Ownby, Attorney at law, here make this supplementation to the award of common benefit feeds and expenses reimbursement for work done and expenses incurred for the common benefit of Digitek Claims pursuant to this Court's Orders.

2. I am a sole practitioner and have been practicing law for over 24 years and my office is located in Cleveland, Tennessee at 180 North Ocoee Street.

3. I began working on the Digitek litigation in July of 2008, and filed some of the first cases in the state of Tennessee, which were eventually transferred to the Digitek MDL in Charleston, West Virginia. I attended hearing in San Francisco California, and held other strategy meeting with other counsel prior to the MDL being placed before this Court.

4. Following my initial appointment to the PSC, I conducted work regarding the corporate scheme of the Defendant Corporation along with research about the Defendant's corporate history prior to the recall of Digitek tablets.

5. I participated in every PSC meeting either by telephone or in person with the exception of one meeting, and was involved to some degree with document review for the benefit of the PSC.

6. I further prepared research regarding initial pleadings in response to Defendant's Motions to Dismiss filed by the Defendants in this cause which was submitted to the PSC Lead Counsel and filed upon Digitek Claimants Benefit which was ultimately overruled by the Court.

7. I have discussed with other co-counsel the relevant standards for MDL and coordinated litigation for time and expense submission, and it is my belief that my time and expense submission meets the standards of MDL practice and includes only such time and expenses as benefitted the outcome of this matter for all claimants under the care of the PSC. From speaking with co-counsels the hourly rates charged are usual and customary for MDL pharmaceutical litigation similar to Digitek.

8. I have 255.40 hours and the hourly rate of $325.00 per hour for the work performed by me on behalf of the common benefit of all Digitek MDL claimants and my attorney fees total $83,005.00. (See Exhibit 1)

9. Additionally, my office has incurred a total of $31,496.95, in expenses for the common benefit of all Digitek MDL claimants and their attorneys, for, *inter alia*, travel related to PSC duties, and the PSC assessment. After the initial $25,000.00 of expense for the PSC common benefit fund the remaining expense was minimal in the amount of $6,496.95. (See Exhibit 2)

10. I respectfully request this Court to approve this Application for Common Benefit Fund fees in the amount of $83,005.00 and Common Benefit Expenses in the amount of $31,496.95, for a total of $114,501.95.

FURTHER AFFIANT SAITH NOT.

_____
ASHLEY L. OWNBY

Sworn to and subscribed before me this 20th day of April, 2011.

_____
Notary Public
My Commission Expires: 5/7/14

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of the Court this 20$^h$ day of January, 2011, by using the CM/ECF system which will send notice of electronic filing to all parties or record at the e-mail addresses on file with the Clerk of the Court.

### PLAINTIFFS' CO-LEAD COUNSEL AND LIAISON COUNSEL

Carl N. Frankovitch, Esq. - Co-Lead Counsel
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV 26062
(304) 723-4400 Phone
(304) 723-5892 Fax
carln@facslaw.com

Fred Thompson, III, Esq. - Co-Lead Counsel
Motley Rice, LLC
P. O. Box 1792
Mt. Pleasant, SC 29464
(843) 216-9000 Phone
(843) 216-9450 Fax
fthompson@motleyrice.com

Harry F. Bell, Jr., Esq. - Co- Lead Counsel/ Liaison Counsel
Bell & Bands PLLC
P. O. Box 1723
Charleston, WV 25326-1723
(304) 345-1700 Phone
(304) 345-1715 Fax
hfbell@belllaw.com

By: /S/ Ashley L. Ownby, Esq.
ASHLEY L. OWNBY, BPR#012452
180 North Ocoee Street
P.O. Box 176
Cleveland, TN 37364-0176
(423) 479-1324 Phone
(423) 472-6627 Fax
ashleyownby@ashleyownby.com

4

| DATE | ATTORNEY | DETAIL | HOURS |
|---|---|---|---|
| 5-Nov-08 | Ashley L. Ownby | Receiving and Reviewing Pre-Trial Order #4 - Appointment of Lead Counsel and PSC members, as well as listing duties and responsibilities for all members involved | 0.5 |
| 5-Nov-08 | Ashley L. Ownby | Correspondence from the Court - Appointment of Lead Counsel | 0.5 |
| 6-Nov-08 | Ashley L. Ownby | Correspondence with PSC Lead Counsel | 0.2 |
| 6-Nov-08 | Ashley L. Ownby | Receipt of Email from PSC re: Appointments | 0.5 |
| 7-Nov-08 | Ashley L. Ownby | Setting PSC conference call | 0.2 |
| 7-Nov-08 | Ashley L. Ownby | Review of Court filing #52 | 0.2 |
| 7-Nov-08 | Ashley L. Ownby | Review of (8) emails from PSC | 0.5 |
| 7-Nov-08 | Ashley L. Ownby | Emailing first PSC conference call and discussion of Judge Goodwin's Order | 0.2 |
| 11-Nov-08 | Ashley L. Ownby | Litigation Strategy and Analysis-PSC Conference call | 1 |
| 13-Nov-08 | Ashley L. Ownby | Reviewing Court Order #54 | 0.2 |
| 14-Nov-08 | Ashley L. Ownby | Reviewing Order lifting stay of conditional transfer order | 0.2 |
| 16-Nov-08 | Ashley L. Ownby | Review of email from PSC members | 0.5 |
| 17-Nov-08 | Ashley L. Ownby | Confirmation of PSC conference attendance | 0.2 |
| 17-Nov-08 | Ashley L. Ownby | Receiving FOIA information from FDA | 0.2 |
| 17-Nov-08 | Ashley L. Ownby | Review of proposed tolling agreements and emails from PSC | 1 |
| 18-Nov-08 | Ashley L. Ownby | Attending Conference in West Virginia | 6 |
| 18-Nov-08 | Ashley L. Ownby | Attending PSC | 2 |
| 18-Nov-08 | Ashley L. Ownby | Travel back from WV | 6 |
| 19-Nov-08 | Ashley L. Ownby | Research US v. Actavis permanent injunction | 1 |
| 19-Nov-08 | Ashley L. Ownby | Review of PSC emails | 0.5 |
| 20-Nov-08 | Ashley L. Ownby | Review of Email from Liaison Counsel PSC re: Summary of various issues during status conference | 0.5 |
| 21-Nov-08 | Ashley L. Ownby | Email re: PSC appointments | 0.3 |
| 21-Nov-08 | Ashley L. Ownby | Review of WV State pleadings transferred to Federal Court w/responses from various PSC members | 1.5 |

Exhibit 1

1

| DATE | ATTORNEY | DETAIL | HOURS |
|---|---|---|---|
| 21-Nov-08 | Ashley L. Ownby | Review of email from Harry Bell & Barry Hill | 0.5 |
| 23-Nov-08 | Ashley L. Ownby | Email filing status of #57 | 0.2 |
| 24-Nov-08 | Ashley L. Ownby | Review of Court file #58 & Pre-trial Order #6 | 0.2 |
| 26-Nov-08 | Ashley L. Ownby | Review of Court file #59 | 0.2 |
| 1-Dec-08 | Ashley L. Ownby | Correspondence w/Co-lead for payment of assessment for PSC | 0.2 |
| 4-Dec-08 | Ashley L. Ownby | Review of emails from PSC members and review of PSC assignment listings and information for next conference call | 1 |
| 5-Dec-08 | Ashley L. Ownby | Law and Pleadings telephone conference and review of Master Complaint | 1.2 |
| 8-Dec-08 | Ashley L. Ownby | Review of PSC e-mail | 0.5 |
| 9-Dec-08 | Ashley L. Ownby | Review Ct filing #61 | 0.2 |
| 12-Dec-08 | Ashley L. Ownby | Email PSC lead counsel and review of conditional transfer Order | 0.7 |
| 16-Dec-08 | Ashley L. Ownby | Email-Harry Bell of outstanding cases to be filed against Actavis | 0.2 |
| 17-Dec-08 | Ashley L. Ownby | PSC Conference call | 2.2 |
| 18-Dec-08 | Ashley L. Ownby | TCW Fred Thompson and PSC re: Protective Orders | 0.5 |
| 19-Dec-08 | Ashley L. Ownby | Email to M. Johnson re: Research | 0.2 |
| 30-Dec-08 | Ashley L. Ownby | Reviewing Court file #63 – Pre Trial #9 establishment of Plaintiff's Litigation Expense Fund | 0.2 |
| 31-Dec-08 | Ashley L. Ownby | Emails from F. Thompson & M. Johnson. Review of Court filing #64 | 2.5 |
| 2-Jan-09 | Ashley L. Ownby | Review of associates of Actavis/UDL – preparing of the graph for review of the PSC. Contact Deleware and Texas secretary of state's and preparing possible entities not named in the original complaint. | 1.2 |
| 2-Jan-09 | Ashley L. Ownby | Review of chain of liability and prepare of graph | 0.5 |
| 12-Jan-09 | Ashley L. Ownby | Review of entities of Defendants | 2 |
| 13-Jan-09 | Ashley L. Ownby | Review of data collected regarding Corporations of Defendants/flow sheets | 1.2 |
| 14-Jan-09 | Ashley L. Ownby | Review of supporting evidence of liability of suppliers/manufactures of Defendants | 1 |
| 21-Jan-09 | Ashley L. Ownby | Review the graph and records | 2 |

Exhibit 1

2

| DATE | ATTORNEY | DETAIL | HOURS |
|---|---|---|---|
| 22-Jan-09 | Ashley L. Ownby | Review and amending graph | 0.5 |
| 28-Jan-09 | Ashley L. Ownby | Reviewing Court file #66 – Judge Entry re: Status Conference with lead and liaison counsel | 0.2 |
| 29-Jan-09 | Ashley L. Ownby | Review Court file #67 | 0.2 |
| 4-Feb-09 | Ashley L. Ownby | Preparation of Actavis graph and sub-companies and review of pre-trial order #11 | 3.3 |
| 5-Feb-09 | Ashley L. Ownby | Revision of graph of Actavis related companies | 5 |
| 9-Feb-09 | Ashley L. Ownby | Review of Court filing #72-73 | 1.1 |
| 11-Feb-09 | Ashley L. Ownby | Review of Court filing #75-76 | 0.2 |
| 17-Feb-09 | Ashley L. Ownby | Review of pre-trial order #14 – re: Scheduling order conference | 0.2 |
| 20-Feb-09 | Ashley L. Ownby | Correspondence w/Lead PSC counsel re: telephone status conference | 0.2 |
| 25-Feb-09 | Ashley L. Ownby | Review of conditional transfer order, and PSC email re: next PSC meeting to be held in Houston, TX | 1 |
| 26-Feb-09 | Ashley L. Ownby | Review of email for PSC conference call; correspondence to FDA re: information on Digitek pills. | 0.6 |
| 27-Feb-09 | Ashley L. Ownby | PSC conference call | 1.6 |
| 2-Mar-09 | Ashley L. Ownby | Email re: PSC meeting in Houston, TX | 0.2 |
| 4-Mar-09 | Ashley L. Ownby | Email from PSC | 0.2 |
| 5-Mar-09 | Ashley L. Ownby | Review of Court file #86-87 | 0.4 |
| 6-Mar-09 | Ashley L. Ownby | Final review of grid search for Actavis related companies | 4 |
| 8-Mar-09 | Ashley L. Ownby | Travel time to Houston, TX | 4 |
| 9-Mar-09 | Ashley L. Ownby | Review of Master Complaint, preservation and protective order | 0.2 |
| 10-Mar-09 | Ashley L. Ownby | PSC conference in Houston TX and travel back to Tennessee | 8 |
| 11-Mar-09 | Ashley L. Ownby | Conversation with former Attorney General with the United States Government attempting to get FDA materials and review regarding plaintiffs fact sheet to lead counsel. | 0.7 |
| 12-Mar-09 | Ashley L. Ownby | Contact U.S. Attorney and New Jersey Court re: research against Actavis | 0.5 |
| 13-Mar-09 | Ashley L. Ownby | Review of Record Track email | 0.3 |

Exhibit 1

3

| DATE | ATTORNEY | DETAIL | HOURS |
|---|---|---|---|
| 16-Mar-09 | Ashley L. Ownby | Review of pre-trial proceedings by PSC and request to receive documents from FDA under FOIA. | 0.3 |
| 17-Mar-09 | Ashley L. Ownby | Review Court filing #76 and scheduling order | 0.2 |
| 18-Mar-09 | Ashley L. Ownby | Conversation with Bloomberg reporters re: the sale of Actavis and email to PSC lead counsel re: Federal Government docs on Digitek | 0.5 |
| 19-Mar-09 | Ashley L. Ownby | Review and background information on Actavis | 5.5 |
| 20-Mar-09 | Ashley L. Ownby | Review Court filing #59; conversation with Federal Officer re: FOIA; conversation with lead PSC counsel. | 1.6 |
| 27-Mar-09 | Ashley L. Ownby | Conversation with Bloomberg reporting and email re: sale of Actavis | 0.7 |
| 27-Mar-09 | Ashley L. Ownby | Email from M. Johnson re: next conference call | 0.2 |
| 31-Mar-09 | Ashley L. Ownby | PSC Conference call and spoke with Pete Miller re: discovery | 1.6 |
| 1-Apr-09 | Ashley L. Ownby | Drafting and reviewing supplemental interrogatories/request for production of docs | 2 |
| 1-Apr-09 | Ashley L. Ownby | Research analysis and drafting interrogatories | 2 |
| 2-Apr-09 | Ashley L. Ownby | Prepared letter to FDA in regards to FOIA documents previously requested | 2 |
| 27-Apr-09 | Ashley L. Ownby | PSC conference call | 1 |
| 30-Apr-09 | Ashley L. Ownby | Review of documents to present to PSC | 2 |
| 4-May-09 | Ashley L. Ownby | Preparing initial draft response | 3 |
| 4-May-09 | Ashley L. Ownby | Draft Motion to Dismiss and research case law, specifically Wythe case | 6.1 |
| 5-May-09 | Ashley L. Ownby | Research and review of Wythe Case | 5 |
| 7-May-09 | Ashley L. Ownby | Legal research regarding preemption v. right of action for violation of Federal regulations. Revisions and Drafting Motion to Dismiss Count 5 | 4 |
| 7-May-09 | Ashley L. Ownby | Conference with Law Clerk re: Motion to Dismiss Count 5 | 0.5 |
| 8-May-09 | Ashley L. Ownby | PSC Conference call | 0.5 |
| 15-May-09 | Ashley L. Ownby | PSC Conference call | 0.5 |

Exhibit 1

| DATE | ATTORNEY | DETAIL | HOURS |
|---|---|---|---|
| 2-Jun-09 | Ashley L. Ownby | Travel arrangements | 1 |
| 10-Jun-09 | Ashley L. Ownby | Travel to Texas; dinner meeting with PFS | 10 |
| 11-Jun-09 | Ashley L. Ownby | Attend Meeting in Texas | 8 |
| 12-Jun-09 | Ashley L. Ownby | Return from Texas | 8 |
| 16-Jun-09 | Ashley L. Ownby | Review of Discovery received from M. Johnson | 1 |
| 16-Jun-09 | Ashley L. Ownby | Review of top (15) cases to be sent to PSC | 1 |
| 17-Jun-09 | Ashley L. Ownby | Attended Court hearing via telephone | 1.5 |
| 18-Jun-09 | Ashley L. Ownby | PSC Conference Call | 1 |
| 7-Aug-09 | Ashley L. Ownby | PSC Conference Call | 1.5 |
| 3-Sep-09 | Ashley L. Ownby | PSC Conference Call | 0.6 |
| 10-Sep-09 | Ashley L. Ownby | Research analysis of specific FOIA documents | 4 |
| 17-Sep-09 | Ashley L. Ownby | Strategy analysis of discovery | 10 |
| 18-Sep-09 | Ashley L. Ownby | Research for PSC re: Digitek entities | 4 |
| 20-Sep-09 | Ashley L. Ownby | Research for PSC re: Digitek entities | 5 |
| 27-Sep-09 | Ashley L. Ownby | Research for PSC re: Digitek FOIA & Review of Documents filed | 7 |
| 5-Oct-09 | Ashley L. Ownby | Travel arrangements to New York | 2 |
| 12-Oct-09 | Ashley L. Ownby | PSC Conference Call | 2 |
| 14-Oct-09 | Ashley L. Ownby | Review of documents | 2.5 |
| 15-Oct-09 | Ashley L. Ownby | Investigation and Research of documents re: Motion(s) | 2 |
| 16-Oct-09 | Ashley L. Ownby | Travel time to New York | 10 |
| 19-Oct-09 | Ashley L. Ownby | PSC Conference – Discovery | 6 |
| 20-Oct-09 | Ashley L. Ownby | Travel back from New York | 10 |
| 6-Nov-09 | Ashley L. Ownby | Review of documents and Trial pools | 2 |
| 11-Nov-09 | Ashley L. Ownby | Review of Discovery | 4 |
| 23-Nov-09 | Ashley L. Ownby | Review of Discovery | 4 |
| 2-Dec-09 | Ashley L. Ownby | PSC Conference Call | 3 |
| 7-Dec-09 | Ashley L. Ownby | Discovery & Trial preparation | 3 |
| 7-Jan-10 | Ashley L. Ownby | PSC Conference Call | 1 |
| 11-Feb-10 | Ashley L. Ownby | PSC Conference Call | 1 |
| 11-Mar-10 | Ashley L. Ownby | | 1 |
| 26-Aug-10 | Ashley L. Ownby | | 1 |
| 19-Aug-10 | Ashley L. Ownby | | 23 |
| | | Total Hours: | 255.4 |

Exhibit 1

5

| Date | Description | Amount |
|---|---|---|
| 11/17-18/2008 | Travel Miles to Charleston, WV(875x.$.50) | $ 437.50 |
| 11/18/08 | Marriott Hotel/ Charleston, WV | $ 177.45 |
| 11/17-18/2008 | Travel Expenses (Meals) | $ 156.88 |
| 11/01/08 | Internal Reproduction(copies 350 pg @.25 ea) | $ 87.50 |
| 3/8-10/2009 | SouthWest Airline | $ 436.20 |
| 3/8-10/2009 | St Regis Hotel | $ 661.58 |
| 3/8-10/2009 | Travel Miles to airport (330 x.$.50) | $ 165.00 |
| 03/10/09 | Airport Parking/Nashville TN | $ 30.00 |
| 03/08/09 | Taxi Cab | $ 40.00 |
| 03/10/09 | Taxi Cab | $ 40.00 |
| 3/8-10/2009 | Travel Expenses (Meals) | $ 139.24 |
| 03/01/09 | Internal Reproduction(copies 400 pg @.25 ea) | $ 100.00 |
| 04/01/09 | Internal Reproductions(copies 200 x.25 ea) | $ 50.00 |
| 04/03/09 | U.S. Postmaster | $ 5.49 |
| 04/01/09 | T Mobile (Conference Call) | $ 13.20 |
| 06/11/09 | SouthWest Airline | $ 378.20 |
| 06/12/09 | Westin Houston, TX | $ 248.53 |
| 6/10-11/2009 | Travel Miles to airport (330x.$.58) | $ 191.40 |
| 06/10/09 | Taxi Cab | $ 50.00 |
| 06/11/09 | Taxi Cab | $ 50.00 |
| 6/10-11/2009 | Travel Expense (Meals) | $ 230.00 |
| 06/11/09 | Airport Parking/Nashville TN | $ 20.00 |
| 07/01/09 | Internal Reproduction(copies 384pg x$.25ea) | $ 96.00 |
| 10/16-20/2009 | American Airlines(used Frequent Fliers) | $ 105.00 |
| 10/16-20/2009 | Red Roof Inn/New York, NY | $ 787.00 |
| 10/16-20/2009 | Groomes Shuttle to Nashville Airport | $ 69.00 |
| 10/16-20/2009 | SuperShuttle from airport to Hotel | $ 33.75 |
| 10/16-20/2009 | Travel Expense (Meals) | $ 139.89 |
| 10/16-20/2009 | Travel Miles to Airport Shuttle(80x$.58) | $ 46.40 |
| 08/01/10 | Internal Reproduction(copies 125 x $.25) | $ 31.25 |
| 8/18-21/2010 | Delta Airline to Philadelphia, PA | $ 620.70 |

Exhibit 2

| Date | Description | | Amount | |
|---|---|---|---|---|
| 8/18-21/2010 | | Embassy Suites/Philadelphia, PA | $ | 740.21 |
| | 08/21/10 | Chattanooga Airport Parking | $ | 32.00 |
| | 08/18/10 | VTS Philadelphia Shuttle | $ | 28.50 |
| | 08/21/10 | VTS Philadelphia Shuttle | $ | 28.50 |
| | 08/18/10 | Travel Expense (Meals) | $ | 126.58 |
| Total | | | $ | 6,496.95 |

Exhibit 2