# EXHIBIT D

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 11/14/08 | Case research | 4.5 |
| 11/24/08 | Prepare and participate in Conf Call | 2.5 |
| 11/20/08 | Meet with Paralegals re filing procedures | 2.5 |
| 11/11/08 | prepare for discussion with consultant | 4.0 |
| 11/18/08 | PSC Meeting | 2.5 |
| 11/19/08 | Charleston WV for status Conf | 3.0 |
| | | |
| 12/1/08 | Worked on master complaint | 3.5 |
| 12/2/08 | Worked on discover requests | 2.5 |
| 12/5/08 | Prepared for and attended Science Comm Call | 2.5 |
| 12/5/08 | Prepared for and attended Discovery Comm Call | 2.5 |
| 12/8/08 | General research | 4.5 |
| 12/9/08 | Draft language for complaint | 3.5 |
| 12/10/08 | Discovery requests | 4.0 |
| 12/16/08 | Doc review set up (search terms etc) | 3.5 |
| 12/18/08 | Prepared for and attended Science Comm Call | 2.5 |
| 12/18/08 | Prepared for and attended Discovery Comm Call | 2.5 |
| 12/23/08 | Work on preservation order | 2.5 |
| 12/23/08 | Complaint / Discovery | 2.0 |
| | | |
| 1/5/09 | Case research | 4.0 |
| 1/6/09 | Work on po | 3.5 |
| 1/7/09 | research HPLC | 4.0 |
| 1/7/09 | research cGMP | 4.0 |
| 1/8/09 | HPLC training Chicago | 7.0 |
| 1/9/09 | HPLC training Chicago | 7.0 |
| 1/12/09 | work on protective order | 3.5 |
| 1/12/09 | work on pfs | 3.5 |

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 1/13/09 | Case research | 6.0 |
| 1/14/09 | cGMP research | 3.5 |
| 1//15/09 | Master Complaint / Case research | 4.5 |
| 1/19/09 | Case research | 3.5 |
| 1/20/09 | Prepare to discuss HPLC/cGMP with consultant | 4.0 |
| 1/21/09 | discuss case with consultant | 2.0 |
| 1/23/09 | review fda documents | 4.0 |
| 1/26/09 | Case research | 5.0 |
| 1/27/09 | Review Tolling agreement / po | 2.0 |
| 1/28/09 | Prepare binders for discovery committee meeting | 4.0 |
| 1/29/09 | Case research / prepare for PSC call | 6.0 |
| 1/30/09 | Case research / PSC call | 4.0 |
| | | |
| 2/1/09 | Research potential experts | 4.0 |
| 2/2/09 | Discuss case with potential expert | 1.5 |
| 2/3/09 | work on master complaint | 2.5 |
| 2/3/09 | case research | 5.5 |
| 2/3/09 | Research potential experts | 4.5 |
| 2/4/09 | Research potential experts | 4.0 |
| 2/6/09 | Discuss case with potential expert | 1.0 |
| 2/9/09 | case research | 4.5 |
| 2/10/09 | motion for preservation / case research | 4.5 |
| 2/12/09 | Discuss case with potential expert | 1.0 |
| 2/18/09 | Research potential experts | 3.5 |
| 2/18/09 | meeting with Preston, Peggy re CMO | 2.0 |
| 2/18/09 | case research | 3.0 |
| 2/18/09 | work on fact sheet | 2.0 |
| 2/19/09 | Research potential experts | 3.5 |
| 2/19/09 | Prepare documents for potential expert | 2.0 |

Pete Miller
Digitek PSC Time

| 2/20/09 | Discuss case with potential expert | 1.5 |
|---|---|---|
| 2/20/09 | case research | 5.5 |
| 2/22/09 | CMO | 2.5 |
| 2/23/09 | case research | 3.5 |
| 2/24/09 | Discuss case with potential expert | 1.5 |
| 2/24/09 | travel | 4.0 |
| 2/25/09 | status conf | 2.0 |
| 2/25/09 | travel | 4.0 |
| 2/25/09 | case research | 3.5 |
| 2/26/09 | PSC call | 1.0 |
| 2/26/09 | case research | 2.5 |
| 2/27/09 | call with expert | 1.0 |
| 2/27/09 | Research potential experts | 3.5 |
|  |  |  |
| 3/1/09 | PFS / e-discovery | 3.0 |
| 3/2/09 | case research | 2.5 |
| 3/5/09 | case research | 3.0 |
| 3/5/09 | prepare for / discussion with expert | 3.0 |
| 3/6/09 | case research | 4.0 |
| 3/8/09 | prepare ppt for PSC mtg | 4.5 |
| 3/9/09 | Travel | 5.0 |
| 3/9/09 | Dinner mtg w/ PSC | 2.0 |
| 3/10/09 | PCS Meeting | 5.5 |
| 3/11/09 | Travel | 5.0 |
| 3/13/09 | prepare for / discussion with expert | 4.5 |
| 3/16/09 | case research | 2.5 |
| 3/17/09 | prepare for / discussion with expert | 3.5 |
| 3/17/09 | e-discovery | 2.0 |
| 3/18/09 | Discovery / PTO / gen research | 4.5 |

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 3/19/09 | Discovery / PTO / gen research | 4.0 |
| 3/19/09 | e-discovery | 2.0 |
| 3/20/09 | case research | 2.0 |
| 3/26/09 | case research | 2.5 |
| | | |
| 4/6/09 | Discovery / repository set up | 6.0 |
| 4/7/09 | RFP / Rogs | 4.0 |
| 4/8/09 | RFP / Rogs | 2.5 |
| 4/9/09 | Document Review | 5.5 |
| 4/10/09 | Document Review / work with vendor | 6.0 |
| 4/13/09 | prepare for / discussion with expert | 3.5 |
| 4/15/09 | Document Review | 6.0 |
| 4/16/09 | Document Review / work with vendor | 7.0 |
| 4/17/09 | Document Review | 4.0 |
| 4/21/09 | Document Review | 5.0 |
| 4/23/09 | Document Review | 5.0 |
| 4/24/09 | prepare for / discussion with expert | 2.5 |
| 4/27/09 | Document Review PSC call | 7.0 |
| 4/28/09 | trvl | 4.0 |
| 4/29/09 | Status Conf | 2.0 |
| 4/30/09 | trvl | 4.0 |
| | | |
| 5/1/09 | | |
| 5/2/09 | document review | 4.0 |
| 5/3/09 | | |
| 5/4/09 | | |
| 5/5/09 | | |
| 5/6/09 | | |
| 5/7/09 | document review | 4.0 |

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 5/8/09 | | |
| 5/9/09 | | |
| 5/10/09 | | |
| 5/11/09 | document review | 4.5 |
| 5/12/09 | work w/ vendor re documents / software setup | 5.5 |
| 5/13/09 | Prepare for Dep | 4.0 |
| 5/14/09 | coding parameters / review | 6.0 |
| 5/15/09 | coding parameters / review | 5.5 |
| 5/16/09 | document review | 4.0 |
| 5/17/09 | document coding / review | 3.5 |
| 5/18/09 | document review | 3.5 |
| 5/19/09 | trvl / Prepare for Dep | 5.0 |
| 5/20/09 | Prepare for Dep | 4.0 |
| 5/21/09 | Deposition | 5.0 |
| 5/22/09 | trvl / document review | 4.5 |
| 5/23/09 | | |
| 5/24/09 | | |
| 5/25/09 | | |
| 5/26/09 | | |
| 5/27/09 | trvl / Prepare for Dep | 5.0 |
| 5/28/09 | Deposition | 7.0 |
| 5/29/09 | trvl / document review | 5.0 |
| 5/30/09 | | |
| 5/31/09 | | |
| | | |
| 6/1/09 | | |
| 6/2/09 | | |
| 6/3/09 | | |
| 6/4/09 | Prepare binders for PSC | 3.0 |

Pete Miller
Digitek PSC Time

| Date | Activity | Hours |
|---|---|---|
| 6/5/09 | document review | 4.5 |
| 6/6/09 | | |
| 6/7/09 | | |
| 6/8/09 | | |
| 6/9/09 | trvl | 5.0 |
| 6/10/09 | Dinner mtg w/ PSC | 2.0 |
| 6/11/09 | PSC meeting | 1.0 |
| 6/12/09 | trvl | 5.0 |
| 6/13/09 | | |
| 6/14/09 | | |
| 6/15/09 | document review | 4.0 |
| 6/16/09 | trvl | 4.0 |
| 6/17/09 | Status Conf | 2.0 |
| 6/18/09 | trvl / prepare for / participate on Science call | 6.0 |
| 6/19/09 | lab notebook project | 4.0 |
| 6/20/09 | | |
| 6/21/09 | | |
| 6/22/09 | document review | 4.0 |
| 6/23/09 | | |
| 6/24/09 | | |
| 6/25/09 | lab notebook project | 4.5 |
| 6/26/09 | Crivella West Training / Document review | 4.5 |
| 6/27/09 | | |
| 6/28/09 | | |
| 6/29/09 | prepare for document rvw trng | 3.0 |
| 6/30/09 | lab notebook project | 5.0 |
| | | |
| 7/1/09 | document review | 5.0 |
| 7/2/09 | | |

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 7/3/09 | Trial selection | 4.5 |
| 7/6/09 | lab notebook project | 4.5 |
| 7/7/09 | Trial selection | 5.0 |
| 7/8/09 | Trial selection / Document review | 6.0 |
| 7/9/09 | | |
| 7/10/09 | lab notebook project | 5.5 |
| 7/13/09 | document review | 4.5 |
| 7/14/09 | trvl | 4.0 |
| 7/15/09 | Trial selection meeting | 7.0 |
| 7/16/09 | trvl | 4.0 |
| 7/17/09 | | |
| 7/20/09 | | |
| 7/21/09 | | |
| 7/22/09 | | |
| 7/23/09 | Document review trng / doc rvw | 6.0 |
| 7/24/09 | document review | 4.5 |
| 7/27/09 | | |
| 7/28/09 | Document review trng / doc rvw | 3.5 |
| 7/29/09 | document review | 4.0 |
| 7/30/09 | | |
| 7/31/09 | | |
| | | |
| 8/3/09 | document review | 4.5 |
| 8/4/09 | lab notebook project | 4.0 |
| 8/5/09 | | |
| 8/6/09 | digitek | 3.5 |
| 8/7/09 | | |
| 8/10/09 | trvl | 4.0 |
| 8/11/09 | Status Conf | 2.0 |

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 8/12/09 | trvl /document review | 4.0 |
| 8/13/09 | digitek | 6.0 |
| 8/14/09 | | |
| 8/17/09 | lab notebook project | 5.0 |
| 8/18/09 | lab notebook project | 1.5 |
| 8/19/09 | document review | 4.5 |
| 8/20/09 | digitek | 5.5 |
| 8/21/09 | | |
| 8/24/09 | document review | 6.0 |
| 8/25/09 | lab notebook project | 4.5 |
| 8/26/09 | digitek | 5.5 |
| 8/27/09 | Document review trng / doc rvw | 6.0 |
| 8/28/09 | Document review trng / doc rvw | 6.5 |
| 8/31/09 | | |
| | | |
| 9/1/09 | Document review trng / doc rvw | 4.5 |
| 9/2/09 | digitek | 5.0 |
| 9/3/09 | digitek | 3.5 |
| 9/4/09 | document review | 4.0 |
| 9/7/09 | Document review trng / doc rvw | 4.0 |
| 9/8/09 | lab notebook project | 6.5 |
| 9/9/09 | | |
| 9/10/09 | lab notebook project | 3.5 |
| 9/11/09 | | |
| 9/14/09 | trvl prepare for doc rvw trng | 5.0 |
| 9/15/09 | ATL meeting | 4.0 |
| 9/16/09 | prepare fo doc trng  / trvl | 8.0 |
| 9/17/09 | document review team trng | 4.0 |
| 9/18/09 | document review | 4.5 |

Pete Miller
Digitek PSC Time

| Date | Activity | Hours |
|---|---|---|
| 9/21/09 | digitek | 5.5 |
| 9/22/09 | | |
| 9/23/09 | | |
| 9/24/09 | digitek | 3.5 |
| 9/25/09 | document review | 2.5 |
| 9/28/09 | trvl | 4.0 |
| 9/29/09 | Deposition | 6.0 |
| 9/30/09 | trvl | 4.0 |
| | | |
| 10/1/09 | document review | 6.0 |
| 10/2/09 | digitek | 5.5 |
| 10/5/09 | document review | 5.5 |
| 10/6/09 | | |
| 10/7/09 | | |
| 10/8/09 | document review | 5.0 |
| 10/9/09 | prepare for deposition | 4.5 |
| 10/12/09 | | |
| 10/13/09 | | |
| 10/14/09 | | |
| 10/15/09 | prepare for deposition | 4.5 |
| 10/16/09 | digitek | 5.0 |
| 10/19/09 | prepare for deposition | 3.5 |
| 10/20/09 | prepare for deposition | 4.0 |
| 10/21/09 | trvl | 4.0 |
| 10/22/09 | deposition | 7.0 |
| 10/23/09 | deposition | 5.0 |
| 10/26/09 | deposition | 5.5 |
| 10/27/09 | deposition | 5.0 |
| 10/28/09 | trvl | 4.0 |
| 10/29/09 | | |

Pete Miller
Digitek PSC Time

| Date | Task | Hours |
|---|---|---|
| 10/30/09 | document review | 6.0 |
|  |  |  |
| 11/2/09 |  |  |
| 11/3/09 | document review | 4.5 |
| 11/4/09 | document review | 5.0 |
| 11/5/09 |  |  |
| 11/6/09 | Dep summary / review | 3.5 |
| 11/9/09 |  |  |
| 11/10/09 |  |  |
| 11/11/09 | document review | 6.0 |
| 11/12/09 |  |  |
| 11/13/09 | Dep summary / review |  |
| 11/16/09 |  |  |
| 11/17/09 | lab notebook project | 5.0 |
| 11/18/09 | lab notebook project | 4.5 |
| 11/19/09 |  |  |
| 11/20/09 | Status Conf | 2.0 |
| 11/23/09 |  |  |
| 11/24/09 | document review | 5.5 |
| 11/25/09 |  |  |
| 11/26/09 | Dep summary / review | 6.0 |
| 11/27/09 | digitek | 5.0 |
| 11/30/09 | document review | 5.0 |
|  |  |  |
| 12/1/09 | work on trial case | 6.0 |
| 12/2/09 | document review | 4.5 |
| 12/3/09 | document review | 5.0 |
| 12/4/09 | digitek | 5.0 |
| 12/7/09 |  |  |
| 12/8/09 |  |  |
| 12/9/09 | lab notebook project | 4.5 |

Pete Miller
Digitek PSC Time

| Date | Description | Hours |
|---|---|---|
| 12/10/09 | lab notebook project | 5.5 |
| 12/11/09 | work on trial case | 4.5 |
| 12/14/09 | work on trial case | 4.0 |
| 12/15/09 | | |
| 12/16/09 | | |
| 12/17/09 | document review | 6.0 |
| 12/18/09 | | |
| 12/21/09 | | |
| 12/22/09 | digitek | 6.0 |
| 12/23/09 | document review | 6.0 |
| 12/24/09 | | |
| 12/25/09 | | |
| 12/28/09 | digitek | 4.0 |
| 12/29/09 | | |
| 12/30/09 | digitek | 3.0 |
| 12/31/09 | | |
| | | |
| 1/1/10 | digitek | 4.0 |
| 1/4/10 | | |
| 1/5/10 | | |
| 1/6/10 | Dep review | 5.5 |
| 1/7/10 | | |
| 1/8/10 | | |
| 1/11/10 | | |
| 1/12/10 | Dep review | 6.0 |
| 1/13/10 | | |
| 1/14/10 | | |
| 1/15/10 | trvl / dep prep | 5.5 |
| 1/18/10 | Deposition | 8.0 |
| 1/19/10 | trvl / dep prep | 4.5 |
| 1/20/10 | Document review | 5.0 |

Pete Miller
Digitek PSC Time

| Date | Activity | Hours |
|---|---|---|
| 1/21/10 | Deposition | 6.0 |
| 1/22/10 | Deposition | 5.0 |
| 1/25/10 | trvl / dep prep | 4.0 |
| 1/26/10 | Document review | 5.0 |
| 1/27/10 | trvl / dep prep | 4.5 |
| 1/28/10 | Deposition | 5.0 |
| 1/29/10 | trvl / dep prep | 4.5 |
|  |  |  |
| 2/1/10 |  |  |
| 2/2/10 | Document review | 5.0 |
| 2/3/10 | Document review | 4.5 |
| 2/4/10 | Document review | 4.5 |
| 2/5/10 | trvl / dep prep | 6.0 |
| 2/8/10 | Deposition | 5.0 |
| 2/9/10 | Deposition | 5.0 |
| 2/10/10 | Deposition | 5.0 |
| 2/11/10 | trvl | 4.0 |
| 2/12/10 |  |  |
| 2/15/10 |  |  |
| 2/16/10 |  |  |
| 2/17/10 | Document review | 5.0 |
| 2/18/10 |  |  |
| 2/19/10 |  |  |
| 2/22/10 |  |  |
| 2/23/10 |  |  |
| 2/24/10 | Document review | 4.5 |
| 2/25/10 | Document review | 3.0 |
| 2/26/10 |  |  |
|  |  |  |
| 3/1/10 | Document review | 5.0 |
| 3/2/10 | digitek | 4.5 |

Pete Miller
Digitek PSC Time

| Date | Activity | Hours |
|---|---|---|
| 3/3/10 | | |
| 3/4/10 | | |
| 3/5/10 | Document review | 4.0 |
| 3/8/10 | digitek | 6.0 |
| 3/9/10 | | |
| 3/10/10 | PSC meeting | 6.0 |
| 3/11/10 | lab notebook project | 5.5 |
| 3/12/10 | work on trial case | 7.0 |
| 3/15/10 | Document review | 6.5 |
| 3/16/10 | trvl / dep prep | 6.0 |
| 3/17/10 | Deposition | 9.0 |
| 3/18/10 | Deposition | 8.0 |
| 3/19/10 | trvl | 5.0 |
| 3/22/10 | digitek | 5.5 |
| 3/23/10 | work on trial case | 4.5 |
| 3/24/10 | Document review | 3.5 |
| 3/25/10 | | |
| 3/26/10 | digitek | 2.0 |
| 3/29/10 | | |
| 3/30/10 | digitek | 2.0 |
| 3/31/10 | | |
| | | |
| 4/1/10 | digitek | 4.5 |
| 4/2/10 | digitek | 3.0 |
| 4/5/10 | lab notebook project | 5.5 |
| 4/6/10 | lab notebook project | 6.0 |
| 4/7/10 | Document review | 5.0 |
| 4/8/10 | digitek | 6.0 |
| 4/9/10 | work on trial case | 5.5 |
| 4/12/10 | work on trial case | 3.5 |
| 4/13/10 | Document review | 4.0 |

Pete Miller
Digitek PSC Time

| Date | Activity | Hours |
|---|---|---|
| 4/14/10 | Document review | 6.0 |
| 4/15/10 | | |
| 4/16/10 | | |
| 4/19/10 | work on trial case | 6.0 |
| 4/20/10 | | |
| 4/21/10 | | |
| 4/22/10 | | |
| 4/23/10 | Document review | 5.5 |
| 4/26/10 | trvl / prep for meeting | 6.0 |
| 4/27/10 | meet with expert | 5.5 |
| 4/28/10 | document review | 3.5 |
| 4/29/10 | trvl / prep for dep | 4.5 |
| 4/30/10 | deposition | 9.0 |
| | | |
| 5/3/10 | digitek | 5.0 |
| 5/4/10 | trvl / prep for dep | 6.5 |
| 5/5/10 | Depo prep / meet w/ spyglass | 12.0 |
| 5/6/10 | deposition | 4.0 |
| 5/7/10 | Document review | 4.5 |
| 5/10/10 | trvl / prep for dep | 6.5 |
| 5/11/10 | Deposition | 7.0 |
| 5/12/10 | deposition | 8.0 |
| 5/13/10 | deposition | 9.0 |
| 5/14/10 | deposition | 5.0 |
| 5/17/10 | trvl / prep for dep | 5.5 |
| 5/18/10 | meet with expert | 7.0 |
| 5/19/10 | digitek | 6.0 |
| 5/20/10 | trvl / prep for dep | 4.0 |
| 5/21/10 | deposition | 5.0 |
| 5/24/10 | meet with expert | 3.5 |
| 5/25/10 | work on trial case | 5.0 |
| 5/26/10 | work on trial case | 2.5 |

Pete Miller
Digitek PSC Time

| Date | Task | Hours |
|---|---|---|
| 5/27/10 | | |
| 5/28/10 | Document review | 3.0 |
| 5/31/10 | | |
| | | |
| 6/1/10 | Expert Prep | 4.0 |
| 6/2/10 | Digitek | 6.0 |
| 6/3/10 | Meet w/ expert | 3.0 |
| 6/4/10 | | |
| 6/7/10 | | |
| 6/8/10 | | |
| 6/9/10 | Expert Prep | 5.0 |
| 6/10/10 | | |
| 6/11/10 | work on trial case | 5.5 |
| 6/14/10 | work on trial case | 4.5 |
| 6/15/10 | Expert Prep | 4.0 |
| 6/16/10 | Expert Prep | 4.5 |
| 6/17/10 | Digitek | 6.0 |
| 6/18/10 | | |
| 6/21/10 | | |
| 6/22/10 | Digitek | 6.5 |
| 6/23/10 | Deposition | 6.0 |
| 6/24/10 | Expert Prep | 3.5 |
| 6/25/10 | digitek | 7.0 |
| 6/28/10 | trvl / prep for dep | 6.0 |
| 6/29/10 | Deposition | 8.0 |
| 6/30/10 | trvl | 4.0 |
| | | |
| 7/1/10 | Deposition | 8.0 |
| 7/2/10 | | |
| 7/5/10 | Digitek | 5.5 |
| 7/6/10 | Digitek | 6.0 |
| 7/7/10 | work on trial case | 5.5 |

Pete Miller
Digitek PSC Time

| Date | Task | Hours |
|---|---|---|
| 7/8/10 | | |
| 7/9/10 | | |
| 7/12/10 | work on trial case | 6.0 |
| 7/13/10 | work on trial case | 4.5 |
| 7/14/10 | Expert Prep | 3.5 |
| 7/15/10 | Expert Prep | 5.0 |
| 7/16/10 | work on trial case | 6.0 |
| 7/19/10 | Digitek | 6.0 |
| 7/20/10 | | |
| 7/21/10 | Document Review | 3.5 |
| 7/22/10 | Legal research | 3.0 |
| 7/23/10 | Legal research | 3.5 |
| 7/26/10 | work on trial case | 5.5 |
| 7/27/10 | Expert Prep | 6.0 |
| 7/28/10 | work on trial case | 5.5 |
| 7/29/10 | work on trial case | 5.0 |
| 7/30/10 | | |
| | | |
| 8/1/10 | work on trial case | 3.5 |
| 8/2/10 | work on trial case | 6.5 |
| 8/3/10 | Digitek | 4.5 |
| 8/4/10 | Digitek | 5.0 |
| 8/5/10 | work on trial case | 4.0 |
| 8/6/10 | | |
| 8/9/10 | | |
| 8/10/10 | work on trial case | 4.5 |
| 8/11/10 | | |
| 8/12/10 | | |
| 8/13/10 | | |
| 8/16/10 | | |
| 8/17/10 | | |
| 8/18/10 | trvl | 4.0 |

Pete Miller
Digitek PSC Time

| 8/19/10 | PSC meeting | 6.0 |
|---:|---|---:|
| 8/20/10 | trvl | 4.0 |
| 8/23/10 | | |
| 8/24/10 | | |
| 8/25/10 | | |
| 8/26/10 | work on trial case | 5.5 |
| 8/27/10 | Digitek | 5.0 |
| 8/30/10 | Digitek | 1.5 |
| | **Total** | **1562.0** |