# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL NO.  1968

THIS DOCUMENT RELATES TO ALL CASES

---

**BLIZZARD, McCARTHY & NABERS, LLP'S SUPPLEMENTAL DOCUMENTATION
IN SUPPORT OF JOINT PETITION FOR AN AWARD OF ATTORNEYS' FEES AND
EXPENSE REIMBURSEMENTS RELATING TO COMMON BENEFIT WORK**

Pursuant to the Court's Order of April 18, 2011, Blizzard, McCarthy & Nabers, LLP ("BMN") hereby files this supplemental documentation providing detailed and itemized time and expense statements in support of its request for fees and expenses in connection with its common benefit contributions.

In preparing these statements, BMN discovered that several months of time and expenses were mistakenly omitted from its original submission.  This error has been corrected in the attached exhibits. Exhibit A contains detailed descriptions of BMN's common benefit time. Exhibit B contains an itemized listing of BMN's common benefit expenses. Exhibit C provides the *total* number of hours expended and expenses incurred in connection with common benefit work as reflected in Exhibits A and B.  These exhibits do <u>not</u> include any time or expenses associated with Cause No. 2:08-1282, *Kelch v. Actavis Totowa, LLC, et al.*

Dated:  April 21, 2011                                 Respectfully submitted,

                                                      /s/ Ed Blizzard_____
                                                      Ed Blizzard
                                                      Blizzard, McCarthy & Nabers, LLP
                                                      440 Louisiana, Suite 1710
                                                      Houston, Texas 77002
                                                      (713) 844-3755

# EXHIBIT A

## BLIZZARD, McCARTHY & NABERS, LLP
## IN RE DIGITEK COMMON BENEFIT TIME

| Date | Attorney/Partner | Description | Hours |
|------|------------------|-------------|-------|
| 03/10/09 | Ed Blizzard (P) | Attend PSC meeting in Houston, Texas | 5.5 |
| 03/31/09 | Ed Blizzard (P) | PSC Discovery Committee conference call | 0.5 |
| **TOTAL HOURS FOR MARCH 2009** | | | **6.0** |
| | | | |
| 06/11/09 | Ed Blizzard (P) | Attend PSC meeting in Houston, Texas | 4.0 |
| 06/18/09 | Ed Blizzard (P) | PSC Science and Expert Committee conference call | 0.5 |
| **TOTAL HOURS FOR JUNE 2009** | | | **4.5** |
| | | | |
| 07/14/09 | Ed Blizzard (P) | Travel to Philadelphia for PSC trial selection meeting | 4.0 |
| 07/15/09 | Ed Blizzard (P) | Attend PSC trial selection meeting in Philadelphia (3.0); return travel to Houston (4.0) | 7.0 |
| **TOTAL HOURS FOR JULY 2009** | | | **11.0** |
| | | | |
| 10/12/09 | Ed Blizzard (P) | PSC conference call regarding Group I trial pick cases | 1.0 |
| 10/19/09 | Ed Blizzard (P) | Travel to New York for PSC meeting (5.0); attend PSC meeting (6.5) | 11.5 |
| 10/20/09 | Ed Blizzard (P) | Attend deposition of Actavis chemist, Narendrakumar Patel | 7.5 |
| 10/21/09 | Ed Blizzard (P) | Return travel to Houston following deposition of Narendrakumar Patel and PSC meeting | 5.0 |
| 10/25/09 | Ed Blizzard (P) | Travel to New York for depositions of Actavis chemists, Kwame Adjei and Anil Patel (5.0); prepare for deposition of Kwame Adjei (6.0) | 11.0 |
| 10/26/09 | Ed Blizzard (P) | Took deposition of Kwame Adjei (4.5); prepare for deposition of Anil Patel (5.5) | 10.0 |
| 10/27/09 | Ed Blizzard (P) | Took deposition Anil Patel (3.0); return travel to Houston (5.0) | 8.0 |
| **TOTAL HOURS FOR OCTOBER 2009** | | | **54.0** |
| | | | |
| 11/19/09 | Ed Blizzard (P) | Travel to West Virginia for status conference | 5.0 |
| 11/20/09 | Ed Blizzard (P) | Meet with PSC members prior to and after status conference (4.0); attend status conference (1.0); return travel to Houston (5.0) | 10.0 |
| 11/24/09 | Ed Blizzard (P) | PSC conference call regarding outstanding discovery issues | 0.5 |
| **TOTAL HOURS FOR NOVEMBER 2009** | | | **15.5** |
| | | | |
| 12/02/09 | Ed Blizzard (P) | PSC conference call regarding defendant corporate | 0.5 |

| Date | Attorney/Partner | Description | Hours |
|------|------------------|-------------|-------|
| | | witness depositions | |
| 12/07/09 | Ed Blizzard (P) | Prepare for depositions of Actavis Director of Quality Assurance Operations, Paul Galea, and Actavis Quality Systems Coordinator, Alpesh Kinkhabwala | 8.0 |
| 12/08/09 | Ed Blizzard (P) | Travel to New York for depositions of Paul Galea, and Alpesh Kinkhabwala (5.0); prepare for depositions (7.5) | 12.5 |
| 12/09/09 | Ed Blizzard (P) | Meet with Holly Gibson for last minute deposition preparation (1.0); took deposition of Paul Galea (7.5); continue preparation for deposition of Alpesh Kinkhabwala (4.5) | 13.0 |
| 12/10/09 | Ed Blizzard (P) | Prepare for and took deposition of Alpesh Kinkhabwala (2.0); meet with Holly Gibson and PSC members to discuss future general liability depositions and issues relating to asserted privileges by Actavis and motions to file (1.0); return travel to Houston (5.0) | 8.0 |
| 12/11/09 | Ed Blizzard (P) | Meet with Sofia Bruera to discuss upcoming deposition of Actavis VP of Regulatory and Medical Affairs, Terri Nataline (1.0); prepare for deposition (7.5) | 8.5 |
| 12/13/09 | Ed Blizzard (P) | Travel to New York for deposition of Terri Nataline (5.0); meet with Sofia Bruera to prepare for deposition (3.5); continue preparation for deposition (3.0) | 11.5 |
| 12/14/09 | Ed Blizzard (P) | Meet with Sofia Bruera for last minute deposition preparation (1.0); took deposition of Terri Nataline (6.0); return travel to Houston (5.0) | 12.0 |
| **TOTAL HOURS FOR DECEMBER 2009** | | | **74.0** |
| 01/07/10 | Ed Blizzard (P) | Participate in PSC conference call | 1.0 |
| 01/17/10 | Ed Blizzard (P) | Travel to New Jersey for the deposition of Actavis VP of US Quality and Compliance, Phyllis Lambridis (2.5) (pro-rated); prepare for deposition (6.5) | 9.0 |
| 01/18/10 | Ed Blizzard (P) | Prepared for and took the deposition of Phyllis Lambridis (11.0) | 11.0 |
| 01/19/10 | Ed Blizzard (P) | Participated in conference call with Holly Gibson and Sofia Bruera regarding deposition of Dan Bitler (0.5) | 0.5 |
| 01/21/10 | Ed Blizzard (P) | Prepare for deposition of Dan Bitler (7.5) | 7.5 |
| 01/22/10 | Ed Blizzard (P) | Final preparation for deposition of Dan Bitler (3.0); took deposition of Dan Bitler (8.5); return travel to Houston (2.5) (pro-rated) | 14.0 |
| **TOTAL HOURS FOR JANUARY 2010** | | | **43.0** |
| 02/03/10 | Ed Blizzard (P) | Telephone conference with counsel for former | 2.0 |

| Date | Attorney/Partner | Description | Hours |
|------|------------------|-------------|-------|
| | | Actavis VP of Regulatory and Medical Affairs, Jasmine Shah, and Fred Thompson regarding scheduling of Shah's deposition | |
| 02/04/10 | Ed Blizzard (P) | Attend MDL status conference by telephone | 0.5 |
| 02/11/10 | Ed Blizzard (P) | Email exchange regarding scheduling deposition of Jasmine Shah | 1.0 |
| **TOTAL HOURS FOR FEBRUARY 2010** | | | **3.5** |
| 03/03/10 | Ed Blizzard (P) | Telephone conference with potential expert, Anthony Luttrell | 1.5 |
| 03/10/10 | Ed Blizzard (P) | Participate in PSC meeting regarding general liability and causation experts by telephone | 4.0 |
| 03/14/10 | Ed Blizzard (P) | Email exchanges regarding documents produced for Paul Galea deposition | 0.5 |
| 03/15/10 | Ed Blizzard (P) | Discussed deposition of Paul Galea with Holly Gibson and Sofia Bruera; participated in conference call with PSC members and opposing counsel Mike Anderton | 5.0 |
| 03/17/10 | Ed Blizzard (P) | Meet with Sofia Bruera regarding the deposition of Paul Galea (3.5); review Paul Galea's prior deposition testimony in preparation for continued deposition (1.5) | 5.0 |
| 03/18/10 | Ed Blizzard (P) | Traveled to New York for the deposition of Paul Galea (5.0); meet with Sofia Bruera to prepare for continued deposition of Paul Galea (3.0) | 8.0 |
| 03/19/10 | Ed Blizzard (P) | Meet with Sofia Bruera for last minute deposition preparation (0.5); took deposition of Paul Galea with other members of the PSC (1.5); return travel to Houston (5.0) | 7.0 |
| 03/21/10 | Ed Blizzard (P) | Prepare for deposition of former Actavis VP Regulatory and Medical Affairs, Jasmine Shah | 8.0 |
| 03/22/10 | Ed Blizzard (P) | Telephone conference with Sofia Bruera regarding deposition of Jasmine Shah | 1.0 |
| 03/25/10 | Ed Blizzard (P) | Travel to New York for deposition of Jasmine Shah (5.0); meet with Sofia Bruera, Meghan Johnson Carter and Golkow Technologies to discuss electronic order of exhibits and final deposition preparation for Jasmine Shah (2.0) | 7.0 |
| 03/26/10 | Ed Blizzard (P) | Took deposition of Jasmine Shah (5.0) | 5.0 |
| 03/27/10 | Ed Blizzard (P) | Return travel to Houston following deposition of Jasmine Shah | 5.0 |
| 03/30/10 | Ed Blizzard (P) | Participate in PSC conference call with regulatory expert Dr. Lois Rosenberger | 1.0 |
| **TOTAL HOURS FOR MARCH 2010** | | | **58.0** |

3

| Date | Attorney/Partner | Description | Hours |
|---|---|---|---|
| 05/20/10 | Ed Blizzard (P) | Meet with Sofia Bruera regarding upcoming deposition of former Actavis Managing Director of Little Falls Facility, Apurva Patel | 2.0 |
| 05/24/10 | Ed Blizzard (P) | Travel to California for deposition of Apurva Patel (4.0); meet with Sofia Bruera to prepare for deposition (2.0); meet with Golkow Technologies to prepare potential exhibits (1.0); continue deposition preparation (8.0) | 15.0 |
| 05/25/10 | Ed Blizzard (P) | Prepare for and took deposition of Apurva Patel | 12.0 |
| 05/26/10 | Ed Blizzard (P) | Return travel to Houston following deposition of Apurva Patel | 4.0 |
| **TOTAL HOURS FOR MAY 2010** | | | **33.0** |
| 08/18/10 | Ed Blizzard (P) | Travel to Philadelphia for PSC meeting regarding settlement | 3.5 |
| 08/19/10 | Ed Blizzard (P) | Attend PSC meeting (5.0); telephone conference with Lynn Baker regarding Master Settlement Agreement (1.0); return travel to Houston (3.5) | 9.5 |
| 08/26/10 | Ed Blizzard (P) | Participate in PSC conference call regarding Master Settlement Agreement | 1.0 |
| **TOTAL HOURS FOR AUGUST 2010** | | | **14.0** |
| **TOTAL COMMON BENEFIT HOURS FOR ED BLIZZARD** | | | **316.5** |

| Date | Attorney/Associate | Description | Hours |
|---|---|---|---|
| 06/11/09 | Holly Gibson (A) | Attend PSC meeting in Houston, Texas | 6.0 |
| 06/18/09 | Holly Gibson (A) | Participate in PSC Science and Expert Committee conference call | 0.5 |
| **TOTAL HOURS FOR JUNE 2009** | | | **6.5** |
| 10/12/09 | Holly Gibson (A) | Participate in PSC conference call regarding group 1 trial pick cases | 1.0 |
| 10/18/09 | Holly Gibson (A) | Travel to New York for PSC meeting | 5.0 |
| 10/19/09 | Holly Gibson (A) | Attend PSC meeting | 6.5 |
| 10/20/09 | Holly Gibson (A) | Attend deposition of Actavis chemist, Narendrakumar Patel (7.5); return travel to Houston (5.0) | 12.5 |
| 10/21/09 | Holly Gibson (A) | Prepare for depositions of Actavis chemists, Kwame Adjei and Anil Patel, to be taken by Ed Blizzard by reviewing documents produced by Actavis and preparing potential exhibits | 4.0 |
| 10/22/09 | Holly Gibson (A) | Continue preparation for depositions of Kwame Adjei and Anil Patel by reviewing documents produced by Actavis and preparing potential exhibits | 2.5 |

| Date | Attorney/Associate | Description | Hours |
|------|-------------------|-------------|-------|
| 10/23/09 | Holly Gibson (A) | Continue preparation for depositions of Kwame Adjei and Anil Patel by reviewing documents produced by Actavis and preparing potential exhibits | 3.5 |
| 10/25/09 | Holly Gibson (A) | Travel to New York for depositions of Kwame Adjei and Anil Patel (5.0); assist Ed Blizzard in preparation for deposition of Kwame Adjei (2.0) | 7.0 |
| 10/26/09 | Holly Gibson (A) | Attend deposition of Kwame Adjei (4.5); assist Ed Blizzard in preparation for deposition of Anil Patel (1.0) | 5.5 |
| 10/27/09 | Holly Gibson (A) | Attend deposition of Anil Patel (2.5); return travel to Houston (5.0) | 7.5 |
| **TOTAL HOURS FOR OCTOBER 2009** | | | **55.0** |
| 11/05/09 | Holly Gibson (A) | Compile list of potential general liability witnesses for depositions with information known about each witness | 7.5 |
| 11/06/09 | Holly Gibson (A) | Communicate with Meghan Johnson Carter re identity of corporate witness deponents | 0.5 |
| 11/12/09 | Holly Gibson (A) | Communicate with Meghan Johnson Carter re status of locating former Actavis employees for deposition | 0.5 |
| 11/13/09 | Holly Gibson (A) | Communicate with Meghan Johnson regarding general liability deposition schedule (pro-rated as call also involved discussion of *Kelch* discovery issues) | 0.25 |
| 11/16/09 | Holly Gibson (A) | Identify former Actavis employees for deposition and locate identifying information for private investigator (3.0); communicate with Meghan Johnson Carter regarding former employees to be deposed (.5) | 3.5 |
| 11/24/09 | Holly Gibson (A) | Participate in PSC conference call regarding outstanding discovery issues | 0.5 |
| **TOTAL HOURS FOR NOVEMBER 2009** | | | **12.75** |
| 12/01/09 | Holly Gibson (A) | Revise request for admissions to Actavis regarding pill tracing issues | 4.0 |
| 12/02/09 | Holly Gibson (A) | Participate in PSC conference call regarding various discovery issues including scheduling of defense corporate representative depositions | 0.5 |
| 12/03/09 | Holly Gibson (A) | Continue preparation of request for admissions to Actavis on pill tracing issues | 2.5 |
| 12/04/09 | Holly Gibson (A) | Review documents produced by the defense in preparation for the depositions of Actavis Director of Quality Assurance Operations, Paul Galea, and Actavis Quality Systems Coordinator, Alpesh Kinkhabwala, to be taken by Ed Blizzard | 5.0 |
| 12/07/09 | Holly Gibson (A) | Review documents produced by the defense in preparation for the depositions of Paul Galea and | 6.5 |

| Date | Attorney/Associate | Description | Hours |
|------|--------------------|-------------|-------|
| | | Alpesh Kinkhabwala | |
| 12/08/09 | Holly Gibson (A) | Travel to New York for depositions of Paul Galea and Alpesh Kinkhabwala | 5.0 |
| 12/09/09 | Holly Gibson (A) | Prepare for and attend deposition of Paul Galea | 8.5 |
| 12/10/09 | Holly Gibson (A) | Prepare for and attend deposition of Alpesh Kinkhabwala (2.0); meet with Ed Blizzard and other PSC members to discuss future general liability depositions and issues relating to asserted privileges by Actavis and motions to file (1.0) | 3.0 |
| 12/11/09 | Holly Gibson (A) | Return travel to Houston from depositions of Paul Galea and Alpesh Kinkhabwala | 5.0 |
| 12/22/09 | Holly Gibson (A) | Prepare motion to compel relating to self-critical analysis privilege asserted by Actavis with respect to internal safety audits (5.5); prepare email to defense counsel Matt Moriarty identifying excerpts from the deposition to Paul Galea to be attached as exhibits to motion to determine whether exhibits must be filed under seal due to confidentiality concerns (.5); follow up on subpoenas relating to former Actavis employee depositions (.5) | 6.5 |
| 12/23/09 | Holly Gibson (A) | Continue preparation of motion to compel relating to self-critical analysis privilege asserted by Actavis | 7.0 |
| 12/28/09 | Holly Gibson (A) | Continue preparation of motion to compel relating to self-critical analysis privilege asserted by Actavis | 6.5 |
| 12/29/09 | Holly Gibson (A) | Prepare exhibits to motion to compel relating to self-critical analysis privilege asserted by Actavis (1.0); prepare email to defense counsel Matt Moriarty identifying additional excerpts from the deposition of Paul Galea to be attached as exhibits to motion to compel (.5) | 1.5 |
| **TOTAL HOURS FOR DECEMBER 2009** | | | **61.5** |
| 01/07/10 | Holly Gibson (A) | Participate in PSC conference call | 1.0 |
| 01/14/10 | Holly Gibson (A) | Prepare for deposition of former Actavis Director of Quality Assurance, Dan Bitler, to be taken by Ed Blizzard by reviewing documents produced by Actavis | 8.5 |
| 01/15/10 | Holly Gibson (A) | Continue preparation for deposition of Dan Bitler by reviewing documents produced by Actavis and prepare potential exhibits for same | 8.5 |
| 01/18/10 | Holly Gibson (A) | Travel to New York for deposition of Dan Bitler (pro-rated) | 2.5 |
| 01/19/10 | Holly Gibson (A) | Participated in conference call with Ed Blizzard and Sofia Bruera regarding deposition of Dan Bitler | 0.5 |
| 01/21/10 | Holly Gibson (A) | Travel to New Jersey from New York for deposition | 6.5 |

| Date | Attorney/Associate | Description | Hours |
|---|---|---|---|
| | | of Dan Bitler (1.0); prepared for deposition of Dan Bitler (5.5) | |
| 01/22/10 | Holly Gibson (A) | Assisted Ed Blizzard in final preparation for deposition of Dan Bitler (0.5); attended deposition of Dan Bitler (8.5); return travel to Houston (2.5) (pro-rated) | 14.0 |
| **TOTAL HOURS FOR JANUARY 2010** | | | **41.5** |
| **TOTAL COMMON BENEFIT HOURS FOR HOLLY GIBSON** | | | **177.25** |

| Date | Attorney/Associate | Description | Hours |
|---|---|---|---|
| 11/16/09 | Sofia Bruera (A) | Review documents produced by defendants to determine which corporate witnesses should be deposed | 6.0 |
| 11/17/09 | Sofia Bruera (A) | Revise key Actavis employee chart (4.5); meet with Ed Blizzard and Holly Gibson to discuss which Actavis employees should be deposed (0.5); continued document review and revise employee chart to include details regarding position, dates of employment, job description, and key documents signed by employees (7.0) | 12.0 |
| 11/30/09 | Sofia Bruera (A) | Prepare general track and trace request for admissions and conduct research on Actavis' track and trace program | 5.0 |
| **TOTAL HOURS FOR NOVEMBER 2009** | | | **23.0** |
| 12/10/09 | Sofia Bruera (A) | Review documents and prepare exhibits for the deposition of Actavis VP of Regulatory and Medical Affairs, Terri Nataline, to be taken by Ed Blizzard | 8.5 |
| 12/11/09 | Sofia Bruera (A) | Review documents and prepare exhibits for the deposition of Terri Nataline to be taken by Ed Blizzard | 9.0 |
| 12/13/09 | Sofia Bruera (A) | Travel to New York for deposition of Terri Nataline (5.0); meet with Ed Blizzard to prepare for deposition (3.5) | 8.5 |
| 12/14/09 | Sofia Bruera (A) | Prepare for and attend deposition of Terri Nataline (7.0); travel to New Jersey for depositions of Actavis former Director of Quality Control, Swapan Roychowdhury, and Actavis Director of Manufacturing Compliance, Rick Dowling (1.0) | 8.0 |
| 12/15/09 | Sofia Bruera (A) | Perform document review and assist in preparing PSC members for the deposition of Swapan Roychowdhury and Rick Dowling (2.0); attend deposition of Swapan Roychowdhury (8.0) | 10.0 |

| Date | Attorney/Associate | Description | Hours |
|---|---|---|---|
| 12/16/09 | Sofia Bruera (A) | Prepare for deposition of Rick Dowling with PSC members (1.0); attend the deposition of Rick Dowling (8.0); return travel to Houston (5.0) | 14.0 |
| **TOTAL HOURS FOR DECEMBER 2009** | | | **58.0** |
| 01/07/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for deposition of Actavis VP of US Quality and Compliance, Phyllis Lambridis, to be taken by Ed Blizzard | 4.0 |
| 01/08/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for deposition of Phyllis Lambridis (3.5); participate in Crivella West training call (0.5) | 4.0 |
| 01/11/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for deposition of Phyllis Lambridis | 7.0 |
| 01/13/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for deposition of Phyllis Lambridis (4.5); participate in conference call with Crivella West regarding upcoming depositions (0.5) | 5.0 |
| 01/14/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for deposition of Phyllis Lambridis (5.5); communicate with Golkow Technologies regarding electronic exhibits for deposition (0.5) | 6.0 |
| 01/15/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for deposition of Phyllis Lambridis and prepared exhibits for same | 7.0 |
| 01/17/10 | Sofia Bruera (A) | Travel to New Jersey for the deposition of Phyllis Lambridis (5.0); meet with Ed Blizzard and Meghan Johnson Carter to prepare for deposition (4.0); meet with Golkow Technologies to finalize electronic exhibits (1.0) | 10.0 |
| 01/18/10 | Sofia Bruera (A) | Meet with Ed Blizzard, Jim Pettit, Pete Miller and Meghan Johnson Carter to prepare for deposition of Phyllis Lambridis (2.0); attended the deposition of Phyllis Lambridis (10.0); return travel to Houston (5.0) | 17.0 |
| 01/19/10 | Sofia Bruera (A) | Review documents produced by defendant in preparation for deposition of former Actavis Director of Quality Assurance, Dan Bitler, to be taken by Ed Blizzard (5.5); participated in conference call with Holly Gibson and Ed Blizzard regarding deposition (0.5) | 6.0 |
| 01/20/10 | Sofia Bruera (A) | Review documents produced by defendant in preparation for deposition of Dan Bitler (4.0); prepare and sent exhibits to Golkow Technologies for the deposition of Dan Bitler (2.0) | 6.0 |

| Date | Attorney/Associate | Description | Hours |
|---|---|---|---|
| **TOTAL HOURS FOR JANUARY 2010** | | | **72.0** |
| 03/12/10 | Sofia Bruera (A) | Review additional documents produced by Actavis in preparation for continued deposition of Paul Galea | 6.0 |
| 03/15/10 | Sofia Bruera (A) | Meet with Ed Blizzard and Holly Gibson to discuss the upcoming deposition of Paul Galea; participate in conference call with PSC members and opposing counsel Mike Anderton | 5.0 |
| 03/16/10 | Sofia Bruera (A) | Review documents produced by Actavis in preparation for continued deposition of Paul Galea and prepare potential additional exhibits | 4.0 |
| 03/17/10 | Sofia Bruera (A) | Meet with Ed Blizzard regarding the deposition of Paul Galea (3.5); review Paul Galea's prior deposition testimony in preparation for continued deposition (1.5) | 5.0 |
| 03/18/10 | Sofia Bruera (A) | Travel to New York for the deposition of Paul Galea (5.0); meet with Ed Blizzard to assist in his preparation for the continued deposition of Paul Galea (3.0) | 8.0 |
| 03/19/10 | Sofia Bruera (A) | Meet with Ed Blizzard for last minute deposition preparation (0.5); attend deposition of Paul Galea (1.5); return travel to Houston (5.0) | 7.0 |
| 03/21/10 | Sofia Bruera (A) | Perform document review and research for deposition of Actavis VP Regulatory and Medical Affairs, Jasmine Shah, to be taken by Ed Blizzard | 4.0 |
| 03/22/10 | Sofia Bruera (A) | Perform document review for deposition of Jasmine Shah (6.0); telephone conference with Ed Blizzard regarding upcoming deposition (1.0) | 7.0 |
| 03/23/10 | Sofia Bruera (A) | Continue document review for deposition of Jasmine Shah (3.0); telephone conference with members of the PSC regarding deposition (0.5); transmit potential exhibits to Golkow Technologies (1.5) | 5.0 |
| 03/24/10 | Sofia Bruera (A) | Prepare deposition materials and exhibits for the deposition  of Jasmine Shah (3.5); meet with Ed Blizzard for final review of deposition materials (0.5) | 4.0 |
| 03/25/10 | Sofia Bruera (A) | Travel to New York for deposition of Jasmine Shah (5.0); meet with Ed Blizzard, Meghan Johnson Carter and Golkow Technologies to discuss electronic order of exhibits and final deposition preparation for Jasmine Shah (2.0) | 7.0 |
| 03/26/10 | Sofia Bruera (A) | Attend deposition of Jasmine Shah (5.0); return travel to Houston (5.0) | 10.0 |
| **TOTAL HOURS FOR MARCH 2010** | | | **72.0** |
| 05/20/10 | Sofia Bruera (A) | Meet with Ed Blizzard to prepare for deposition of | 6.0 |

| Date | Attorney/Associate | Description | Hours |
|------|--------------------|-------------|-------|
| | | former Actavis Managing Director, Little Falls Facility, Actavis Totowa, LLC, Apurva Patel, to be taken by Ed Blizzard (2.0); review documents produced by defendants in preparation for deposition (4.0) | |
| 05/21/10 | Sofia Bruera (A) | Continue review of documents produced by defendants in preparation for deposition of Apurva Patel and prepare potential exhibits | 6.0 |
| 05/24/10 | Sofia Bruera (A) | Travel to California for deposition of Apurva Patel (4.0); meet with Ed Blizzard to prepare for deposition (2.0); meet with Golkow Technologies to prepare potential exhibits (1.0) | 7.0 |
| 05/25/10 | Sofia Bruera (A) | Assist Ed Blizzard in preparing for deposition and attend deposition of Apurva Patel | 9.0 |
| 05/26/10 | Sofia Bruera (A) | Return travel to Houston (4.0); review email exchange regarding generic experts and review general causation expert reports (2.0) | 6.0 |
| **TOTAL HOURS FOR MAY 2010** | | | **34.0** |
| 08/18/10 | Sofia Bruera (A) | Travel to Philadelphia for PSC meeting | 3.5 |
| 08/19/10 | Sofia Bruera (A) | Attend PSC meeting (5.0); return travel to Houston (3.5) | 8.5 |
| **TOTAL HOURS FOR AUGUST 2010** | | | **12.0** |
| **TOTAL COMMON BENEFIT HOURS FOR SOFIA BRUERA** | | | **271.0** |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| Date | Expense Type | Expense Description | Event/Trip Purpose Detail | Amount |
|---|---|---|---|---|
| 12/8/2008 | Assessment | Assessment Fee paid to Harry F. Bell, Jr. | Digitek Plaintiffs' Steering Committee Assessment | $25,000.00 |
| 7/15/2009 | Travel - Cabs, Ground Transportation | Philadelphia Coach, Inc. - Ed Blizzard cab fare from Philadelphia airport to hotel | PSC Trial Selection Meeting in Philadelphia | $35.00 |
| 7/15/2009 | Travel - Lodging | Hotel lodging for Ed Blizzard - 07/15/2009 to 07/16/2009 | PSC Trial Selection Meeting in Philadelphia | $728.44 |
| 10/18/2009 | Travel - Airfare | Continental Airlines airfare for Holly Gibson; Depart 10/18/2009, Return 10/20/2009; CA Tkt # 0057543558564 | PSC meeting and deposition of N. Patel in New York | $1,605.70 |
| 10/18/2009 | Travel - Cabs, Ground Transportation | Cab fare for Holly Gibson from airport to hotel | PSC meeting and deposition of N. Patel in New York | $35.00 |
| 10/18/2009 | Travel - Lodging | Hotel lodging for Holly Gibson - 10/18/2009 to 10/20/2009; Folio # 1650845A | PSC meeting and deposition of N. Patel in New York | $1,245.67 |
| 10/18/2009 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Depart 10/18/2009, Return 10/20/2009 | PSC meeting and deposition of N. Patel in New York | $1,608.70 |
| 10/19/2009 | Travel - Lodging | Hotel lodging for Ed Blizzard - 10/19/2009 to 10/20/2009; Folio # 1650844A (including ground transportation charges of $203.50) | PSC meeting and deposition of N. Patel in New York | $1,045.35 |
| 10/20/2009 | Travel - Airport Parking | Airport parking for Holly Gibson- 10/18/2009 to 10/20/2009; Trans. # 2882 | PSC meeting and deposition of N. Patel in New York | $41.00 |
| 10/23/2009 | Federal Express | Federal Express - Invoice #9-381-26644 Sender: Stephanie Gebhardt Recipient: Ed Blizzard Sent: Deposition Materials Tracking ID:797048366833 | Deposition exhibits - K. Adjei and A. Patel | $124.11 |
| 10/25/2009 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard from Houston, TX to New York, NY departing 10/25/2009 returning 10/27/2009; CA Tkt # 0057546003769 | Depositions of K. Adjei and A. Patel in New York | $1,562.70 |
| 10/25/2009 | Travel - Airfare | Continental Airlines airfare for Holly Gibson departing 10/25/2009 returning 10/27/2009; CA Ticket No. 7546003768 | Depositions of K. Adjei and A. Patel in New York | $1,562.70 |
| 10/25/2009 | Travel - Lodging | Hotel lodging for Holly Gibson - 10/25/2009 to 10/27/2009; Folio # 1658931A (including business center charge of $47.00) | Depositions of K. Adjei and A. Patel in New York | $1,211.93 |
| 10/25/2009 | Travel - Lodging | Hotel lodging for Ed Blizzard - 10/25/2009 to 10/27/2009; Folio # 1658934A (including ground transportation charges of $204.40) | Depositions of K. Adjei and A. Patel in New York | $1,981.84 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| 10/25/2009 | Travel - Meals | Meal expenses for Holly Gibson | Depositions of K. Adjei and A. Patel in New York | $35.40 |
|---|---|---|---|---|
| 10/25/2009 | Travel - Meals | Wollensky's Grill lunch expenses for Ed Blizzard and company | Depositions of K. Adjei and A. Patel in New York | $46.11 |
| 10/26/2009 | Travel - Cabs, Ground Transportation | I Love New York cab fare from hotel to deposition | Depositions of K. Adjei in New York | $15.30 |
| 10/27/2009 | Travel - Airport Parking | Airport parking expenses for Holly Gibson | Depositions of K. Adjei and A. Patel in New York | $41.00 |
| 10/27/2009 | Travel - Cabs, Ground Transportation | Airport parking expenses for Ed Blizzard | Depositions of K. Adjei and A. Patel in New York | $41.00 |
| 10/27/2009 | Federal Express | Federal Express - Invoice #9-388-83445 Sender: Ed Blizzard Recipient: Ed Blizzard Sent: Preparation materials for the depositions of Anilkumar Patel and Kwame Adjei Tracking ID:870074629738 | Deposition exhibits - K. Adjei and A. Patel in New York (return) | $47.42 |
| 10/30/2009 | Copies | Equitrac- BMN September 2009 Copy | Deposition exhibit copies/printing | $115.68 |
| 10/30/2009 | Copies | Equitrac- BMN September 2009 Print | Deposition exhibit copies/printing | $50.76 |
| 11/14/2009 | Investigation | R. Elliott Bartlett investigation services re former Actavis employees; Inv. # 15550 | Investigation services - Scott Talbot, Robert Wessman, and Daniel Bitler | $262.76 |
| 11/16/2009 | Investigation | R. Elliott Bartlett investigation services re of former Actavis employee; Inv. 15560 | Investigation services -  Jasmine Shah | $75.08 |
| 11/18/2009 | Investigation | R. Elliott Bartlett investigation services re former Actavis employees; Inv. 15570 | Investigation services -  Phyllis Lambridis, Divya Patel, and Nilesh Patel | $150.15 |
| 11/19/2009 | Travel - Airfare | Continental Airlines Tkt# 0057546003863 for Ed Blizzard (pro-rated) | MDL Status Conference and Trial Group Meeting | $1,399.30 |
| 11/19/2009 | Travel - Lodging | Hotel lodging for Ed Blizzard - 11/19/09 to 11/20/09 | MDL Status Conference and Trial Group Meeting | $194.88 |
| 11/20/2009 | Travel - Airport Parking | Airport parking expenses for Ed Blizzard - 11/19/09 to 11/20/09 | MDL Status Conference and Trial Group Meeting | $85.00 |
| 12/7/2009 | Federal Express | Federal Express - Invoice #9-427-42473 Sender: Stephanie Gebhardt Recipient: Ed Blizzard Sent: Depo Docs Tracking ID: 793079274707 | Deposition exhibits -  P. Galea and A. Kinkhabwala to New York | $105.20 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| 12/7/2009 | Federal Express | Federal Express - Invoice #9-427-42473 Sender: Stephanie Gebhardt Recipient: Ed Blizzard Sent: Deposition Materials Tracking ID:7982000040990 | Deposition exhibits -  P. Galea and A. Kinkhabwala to New York | $121.00 |
|---|---|---|---|---|
| 12/7/2009 | Federal Express | Federal Express - Invoice #9-435-52989 Sender: Stephanie Gebhardt Recipient: Ed Blizzard Sent: Depo Materials Tracking ID: 793095323565 | Deposition exhibits -  P. Galea and A. Kinkhabwala | $116.40 |
| 12/8/2009 | Travel - Airfare | Continental Airlines airfare for Holly Gibson; Ticket # 0057546003917 | Depositions of P. Galea and A. Kinkhabwala in New York | $1,335.70 |
| 12/8/2009 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Ticket # 00577546003916 | Depositions of P. Galea and A. Kinkhabwala in New York | $1,592.70 |
| 12/8/2009 | Travel - Cabs, Ground Transportation | Newark Taxi transportation expense for Ed Blizzard from New Jersey train station to New York | Depositions of P. Galea and A. Kinkhabwala in New York | $20.00 |
| 12/8/2009 | Travel - Lodging | Hotel lodging for Holly Gibson - 12/08/09 to 12/11/09; Folio # 1683152A (including business center charge of $41.25 and ground transportation charge of $152.90; third night charges not included) | Depositions of P. Galea and A. Kinkhabwala in New York | $1,575.85 |
| 12/8/2009 | Travel - Lodging | Hotel lodging for Ed Blizzard - 12/08/09 to 12/10/2009; Folio # 1681636 A (including ground transportation changes of $407.90) | Depositions of P. Galea and A. Kinkhabwala in New York | $2,310.26 |
| 12/9/2009 | Copies | Fedex Office printer rental - copies of exhibits for deposition | Depositions of P. Galea and A. Kinkhabwala in New York | $126.30 |
| 12/10/2009 | Travel - Airport Parking | Airport parking for Holly Gibson - 12/08/09 to 12/11/09; Conf. # 001000161 645005 (4th day not included) | Depositions of P. Galea and A. Kinkhabwala in New York | $53.25 |
| 12/10/2009 | Travel - Cabs, Ground Transportation | Cab fare for Ed Blizzard | Deposition of A. Kinkhabwala in New York | $17.00 |
| 12/10/2009 | Federal Express | Federal Express - Invoice #9-435-52989 Sender: Edward Blizzard Recipient: Stephanie Gebhardt Sent: return of depo materials Tracking ID:870920201740 | Deposition exhibits -  P. Galea and A. Kinkhabwala (return materials) | $43.86 |
| 12/12/2009 | Federal Express | Federal Express - Invoice #9-444-06354 Sender: Stephanie Gebhardt Recipient: Anna or Regenia- Nicoletti & Harris Sent: Actavis Employee Depositions & Subpoenas Tracking ID:793107948014 | Subpoenas for Actavis former employees | $19.11 |
| 12/13/2009 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Ticket # 0057546003938 | Deposition of T. Nataline in New York | $899.65 |
| 12/13/2009 | Travel - Airfare | Continental Airlines airfare for Sofia Bruera; Ticket # 0057546003939 | Depositions of T. Nataline, S. Rothchowdhury, R. Dowling in New York and New Jersey | $1,392.70 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| 12/13/2009 | Travel - Lodging | Hotel lodging for Ed Blizzard - 12/13/09 to 12/14/09; Folio # 0003060771 (including ground transportation charges of $305.70) | Depositions of P. Galea and A. Kinkhabwala in New York | $1,046.90 |
|---|---|---|---|---|
| 12/13/2009 | Travel - Lodging | Hotel lodging for Sofia Bruera - 12/13/09 to 12/16/09; Folio # 1681635 A | Depositions of T. Nataline, S. Rothchowdhury, R. Dowling in New York and New Jersey | $1,521.75 |
| 12/13/2009 | Travel - Meals | Le Petite Bistro breakfast for Sofia Bruera | Depositions of T. Nataline, S. Rothchowdhury, R. Dowling in New York and New Jersey | $12.43 |
| 12/13/2009 | Travel - Meals | Wine Bar Cafe lunch for Sofia Bruera | Depositions of T. Nataline, S. Rothchowdhury, R. Dowling in New York and New Jersey | $48.65 |
| 12/14/2009 | Investigation | R. Elliott Bartlett investigative expense for locating Apurva Patel; Invoice No. 15597 | Investigation services | $112.61 |
| 12/14/2009 | Travel - Meals | Chipotle lunch for Sofia Bruera | Depositions of T. Nataline, S. Rothchowdhury, R. Dowling in New York and New Jersey | $8.00 |
| 12/14/2009 | Copies | Business office services for copies | Depositions of T. Nataline, S. Rothchowdhury, R. Dowling in New York and New Jersey | $15.87 |
| 12/15/2009 | Travel - Cabs, Ground Transportation | CitiTaxi ground transportation for Sofia Bruera | Deposition of S. Roychowdhury in New Jersey | $12.90 |
| 12/15/2009 | Copies | Fedex Office printer rental for Sofia Bruera; Roc # 000337652207 | Deposition of S. Rothchowdhury | $74.52 |
| 12/16/2009 | Witness Fees | Witness fees and reimbursement for mileage made payable to the following witnesses: Divya Patel-$50; Chandubhai Patel-$50; Daniel Bitler-$60; Scott Talbot-$55; Apurva Patel-$50; and Phyllis Lambridis-$50 | Witness fees | $315.00 |
| 12/16/2009 | Copies | Fedex Office copies for Sofia Bruera | Deposition of R. Dowling | $15.93 |
| 12/16/2009 | Service of Process | Nicoletti & Harris process service fees for Actavis former employees | Attempted service on Apurva Patel and Chandubhai Patel | $215.00 |
| 12/17/2009 | Travel - Airport Parking | Airport parking for Sofia Bruera - 12/13/2009 to 12/17/2009 | Depositions of S. Rothchowdhury, T. Nataline, R. Dowling in New York and New Jersey | $68.00 |
| 12/21/2009 | Service of Process | Nicoletti & Harris process of service fees for Actavis former employees | Service of process of Notice of Deposition and subpoena of Actavis witness, Daniel Bitler in Lafayette, NJ. | $145.00 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| | | | | |
|---|---|---|---|---|
| 12/21/2009 | Service of Process | Nicoletti & Harris service of process for Actavis former employees | Service of Notice of Deposition and Subpoena on Actavis witness, Phyllis Lambridis | $145.00 |
| 12/21/2009 | Service of Process | Nicoletti & Harris service of process fees for Actavis former employees | Service of process of Notice of Deposition and subpoena of Actavis witness, Scott Talbot in Pompano Beach, FL 33062 | $145.00 |
| 12/23/2009 | Service of Process | Nicoletti & Harris service of process for Actavis former employees | Process of service of Notice of Deposition and subpoena for Divya Patel | $145.00 |
| 12/31/2009 | Research | Dept. of Health and Human Services- Food & Drug Administration Invoice #: 12200900008 FOIA Request of any and all information regarding Actavis/Digitek | FDA FOIA charges | $17.25 |
| 1/14/2010 | Federal Express | Federal Express - Invoice #9-473-39188 Sender: Stephanie Gebhardt Recipient: Anna- Nicoletti & Harris Sent: Jasmine Shah Subpoena Tracking ID: 798301009971 **CHECK #14731 | Subpoenas for Actavis former employees | $20.12 |
| 1/14/2010 | Federal Express | Federal Express - Invoice #9-473-39188 Sender: Stephanie Gebhardt Recipient: Ed Blizzard/Holly Wheeler Gibson Sent: Lambridis Materials Tracking ID: 793183112469 **CHECK #14731 | Deposition exhibits | $97.28 |
| 1/15/2010 | Federal Express | Federal Express - Invoice #9-473-39188 Sender: Stephanie Gebhardt Recipient: Ed Blizzard/Sofia Bruera Sent: Lambridis Materials Tracking ID: 798304223362 **CHECK #14731 | Deposition exhibits | $120.43 |
| 1/15/2010 | Federal Express | Federal Express - Invoice #9-473-39188 Sender: Stephanie Gebhardt Recipient: Ed Blizzard/Holly Wheeler Gibson Sent: Lambridis Materials Tracking ID: 793183112403 **CHECK #14731 | Deposition exhibits | $130.63 |
| 1/15/2010 | Federal Express | Federal Express - Invoice #9-481-27404 | Deposition exhibits | $128.84 |
| 1/15/2010 | Federal Express | Federal Express - Invoice #9-481-27404 | Deposition exhibits | $154.75 |
| 1/17/2010 | Travel - Airfare | Continental Airlines airfare for Sofia Bruera; Tkt # 0057836036465 | Deposition of P. Lambridis in New Jersey | $1,392.90 |
| 1/17/2010 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Tkt # 0057836036462 (pro-rated) | Depositions of P. Lambridis and D. Bitler in New Jersey | $816.45 |
| 1/17/2010 | Travel - Lodging | Hotel lodging for Ed Blizzard - 01/17/10 to 01/18/10; Folio/ROC # 512333 | Deposition of P. Lambridis in New Jersey | $299.14 |
| 1/17/2010 | Travel - Lodging | Hotel lodging for Sofia Bruera - 01/17/10 to 01/18/10; Folio # 512350 | Deposition of P. Lambridis in New Jersey | $154.10 |
| 1/18/2010 | Depositions | Precision Trial/Golkow Technologies electronic exhibit services **CHECK #14712 | Deposition of P. Lambridis in New Jersey | $3,509.16 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| | | | | |
|---|---|---|---|---|
| 1/18/2010 | Travel - Airfare | Starbucks coffee for Ed Blizzard | Deposition of P. Lambridis in New Jersey | $9.04 |
| 1/18/2010 | Travel - Airport Parking | Airport parking expenses for Sofia Bruera | Deposition of P. Lambridis in New Jersey | $34.00 |
| 1/18/2010 | Travel - Airport Parking | Airport parking expenses for Ed Blizzard (pro-rated) | Depositions of P. Lambridis and D. Bitler in New Jersey | $51.00 |
| 1/18/2010 | Travel - Meals | Cheeseburger in Paradise - Lunch for Ed Blizzard | Deposition of P. Lambridis in New Jersey | $11.09 |
| 1/18/2010 | Travel - Meals | Indochine Restaurant dinner for Ed Blizzard and Sofia Bruera | Deposition of P. Lambridis in New Jersey | $31.00 |
| 1/18/2010 | Travel - Airfare | Continental Airline airfare for Holly Gibson; Ticket # 0057836036479 (pro-rated) | Deposition of D. Bitler in New Jersey | $831.45 |
| 1/19/2010 | Federal Express | Federal Express - Invoice #9-481-27404 S | Deposition exhibits | $96.55 |
| 1/20/2010 | Federal Express | Federal Express - Invoice #9-481-27404 Sender: Stephanie Gebhardt Recipient: Ed Blizzard & Sofia Bruera Sent: Bitler Deposition Preparation Materials Tracking ID: 798319192524 | Deposition exhibits - D. Bitler | $117.43 |
| 1/20/2010 | Federal Express | Federal Express - Invoice #9-481-27404 Sender: Stephanie Gebhardt Recipient: Ed Blizzard & Sofia Bruera Sent: Bitler Deposition Preparation Materials Tracking ID: 798319192465 | Deposition exhibits - D. Bitler | $196.77 |
| 1/20/2010 | Federal Express | Federal Express - Invoice #9-481-27404 Sender: Stephanie Gebhardt Recipient: Ed Blizzard & Sofia Bruera Sent: Bitler Deposition Preparation Materials Tracking ID: 798319192384 | Deposition exhibits - D. Bitler | $200.46 |
| 1/21/2010 | Travel - Cabs, Ground Transportation | Cab fare for Holly Gibson | Deposition of D. Bitler in New Jersey | $70.00 |
| 1/21/2010 | Travel - Lodging | Hotel lodging for Holly Gibson - 1/21/10 to 1/22/10; Folio #512637 | Deposition of D. Bitler in New Jersey | $234.91 |
| 1/21/2010 | Travel - Lodging | Hotel lodging and meeting room expenses for Ed Blizzard - 1/21/10 to 1/22/10; Folio 512334 | Deposition of D. Bitler in New Jersey | $385.50 |
| 1/22/2010 | Federal Express | Federal Express - Invoice #9-481-27404 Sender: Sofia Bruera & Ed Blizzard Recipient: Sofia Bruera & Stephanie Gebhardt Sent: Deposition Documents (Returning) Tracking ID: 798319228025, 798319228106, & 798319228209 | Deposition exhibits - D. Bitler (return materials) | $371.88 |
| 1/25/2010 | Service of Process | Nicoletti & Harris service fees | Notice of Deposition and Subpoena to Appear on former Actavis employee Jasmine Shah | $145.00 |
| 1/25/2010 | Service of Process | Nicoletti & Harris service fees | Attempted service and service on former Actavis employee, Chandubhai Patel | $155.00 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| 1/29/2010 | Copies | Equitrac- BMN January 2010 Copies | Deposition exhibit copies/printing | $412.56 |
|---|---|---|---|---|
| 3/18/2010 | Travel - Airfare | Continental Airlines airfare for Sofia Bruera; Ticket # 0057841206766 | Deposition of P. Galea in New York | $1,517.90 |
| 3/18/2010 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Ticket # 0057841206767 | Deposition of P. Galea in New York | $2,010.00 |
| 3/18/2010 | Travel - Cabs, Ground Transportation | Newark Cab Association ground transportation for Ed Blizzard from airport to hotel | Deposition of P. Galea in New York | $60.00 |
| 3/18/2010 | Travel - Cabs, Ground Transportation | Newark Cab Association ground transportation for Sofia Bruera from airport to hotel | Deposition of P. Galea in New York | $82.00 |
| 3/18/2010 | Travel - Lodging | Hotel lodging for Ed Blizzard - 3/18/10 to 3/19/10; Folio # 1747410 A (including ground transportation charges of $306.59) | Deposition to P. Galea in New York | $1,025.91 |
| 3/18/2010 | Travel - Lodging | Hotel lodging for Sofia Bruera - 3/18/10 to 3/19/10; Folio # 1749038 A | Deposition of P. Galea in New York | $594.10 |
| 3/18/2010 | Travel - Cabs, Ground Transportation | I Love New York Taxi Cab Co ground transportation for Sofia Bruera | Deposition of P. Galea in New York | $22.22 |
| 3/19/2010 | Travel - Cabs, Ground Transportation | I Love New York Taxi Cab Co ground transportation for Sofia Bruera | Deposition of P. Galea in New York | $84.50 |
| 3/19/2010 | Travel - Tolls | HCTRA EZ tag parking expenses for Ed Blizzard | Travel to various depositions | $102.00 |
| 3/19/2010 | Travel - Airport Parking | Airport parking for Sofia Bruera; Transaction # 303 | Deposition of P. Galea in New York | $34.00 |
| 3/19/2010 | Copies | Fedex Kinko's copies of exhibits; Transaction # 3472 | Deposition of P. Galea in New York | $4.30 |
| 3/19/2010 | Travel - Cabs, Ground Transportation | New Jersey Turnpike toll receipt for Ed Blizzard; Transaction # 050052 | Deposition of P. Galea in New York | $1.40 |
| 3/19/2010 | Travel - Cabs, Ground Transportation | NY Port Authority tolls for Ed Blizzard | Deposition of P. Galea in New York | $8.00 |
| 3/24/2010 | Federal Express | Federal Express - Invoice #7-040-64008 Sender: Sarah Huynh Recipient: Ed Blizzard Sent: Depo Docs Tracking ID: 798506444191 | Deposition exhibits - J. Shah | $197.69 |
| 3/25/2010 | Travel - Airfare | Continental Airlines airfare for Sofia Bruera; Ticket # 0057841206797 | Deposition of J. Shah in New York | $1,492.90 |
| 3/25/2010 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Folio # 1754257 A; Confirmation # 3381741472 | Deposition of J. Shah in New York | $1,642.90 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| | | | | |
|---|---|---|---|---|
| 3/25/2010 | Travel - Cabs, Ground Transportation | Aloha Transportation for Sofia Bruera from residence to airport; Ref # 85185640087 | Deposition of J. Shah in New York | $100.00 |
| 3/25/2010 | Travel - Lodging | Hotel lodging for Ed Blizzard - 3/25/2010 to 3/27/2010; Folio # 1754257A (including ground transportation charges of $341.19) | Deposition of J. Shah in New York | $2,198.91 |
| 3/25/2010 | Travel - Lodging | Hotel lodging for Sofia Bruera - 3/25/2010 to 3/27/2010; Folio # 1752860A (including business center charge of $8.75) | Deposition of J. Shah in New York | $690.12 |
| 3/25/2010 | Copies | Hotel business center expenses for Sofia Bruera | Deposition of J. Shah in New York | $24.57 |
| 3/26/2010 | Travel - Airport Parking | HCTRA EZ Tag parking expenses for Ed Blizzard | Deposition of J. Shah in New York | $51.00 |
| 3/26/2010 | Copies | Equitrac- BMN March 2010 Print/ Laser | Deposition exhibit copies/printing | $18.06 |
| 3/26/2010 | Travel - Meals | Angelo's Pizza meal expenses for Sofia Bruera and Ed Blizzard. | Deposition of J. Shah in New York | $50.35 |
| 3/26/2010 | Depositions | Precision Trial/Golkow Technologies electronic exhibit services | Deposition of J. Shah in New York | $3,802.71 |
| 3/26/2010 | Federal Express | Federal Express - Invoice #7-040-64008 Sender: Ed Blizzard Recipient: Sarah Huynh Sent: Depo Docs- Returned Tracking ID: 798506449609 | Deposition exhibits - J. Shah | $68.83 |
| 3/26/2010 | Travel - Cabs, Ground Transportation | Baronas Luxury, Inc. ground transportation for Sofia Bruera from hotel to airport | Deposition of J. Shah in New York | $95.00 |
| 3/26/2010 | Travel - Cabs, Ground Transportation | Caliente Cab meal expenses for Sofia Bruera | Deposition of J. Shah in New York | $8.42 |
| 3/26/2010 | Travel - Cabs, Ground Transportation | Aloha Transportation for Sofia Bruera from airport to residence; Ref. # 85185640085 | Deposition of J. Shah in New York | $100.00 |
| 3/31/2010 | Copies | Equitrac- BMN March 2010 Copies | Deposition exhibit copies/printing | $53.16 |
| 3/31/2010 | Copies | Equitrac- BMN March 2010 Copies | Deposition exhibit copies/printing | $21.96 |
| 5/18/2010 | Copies | Getty Images copies for Sofia Bruera; Ref # VLEC5CD239A | Deposition of A. Patel in Irvine, CA | $53.04 |
| 5/24/2010 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Ticket # 0057844431626; Houston, TX to Santa Ana, CA to Los Angeles, CA to Houston, TX | Deposition of A. Patel in Irvine, CA | $1,213.90 |
| 5/24/2010 | Travel - Airfare | Continental Airlines airfare for Sofia Bruera; Ticket # 0057844431625; Houston, TX to Santa Ana, CA to Los Angeles, CA to Houston, TX | Deposition of A. Patel in Irvine, CA | $1,213.90 |
| 5/24/2010 | Travel - Cabs, Ground Transportation | Hertz Rental Car ground transportation for Ed Blizzard; 2 day rental; Rented 5/24/10 Returned 5/25/10; Lic # 8HRP009 | Deposition of A. Patel in Irvine, CA | $167.71 |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| 5/24/2010 | Travel - Lodging | Island Hotel Newport Beach lodging for Sofia Bruera; Folio # 0007766818; Arrive 05/24/10; Depart 05/26/10 | Deposition of A. Patel in Irvine, CA | $487.42 |
|---|---|---|---|---|
| 5/24/2010 | Travel - Lodging | Island Hotel Newport Beach, CA lodging for Ed Blizzard; Folio # 0007754532; Arrive: 5/24/10; Depart 5/26/10 | Deposition of A. Patel in Irvine, CA | $850.32 |
| 5/25/2010 | Depositions | Precision Trial/Golkow Technologies electronic exhibit services | Deposition of A. Patel in Irvine, CA | $4,555.95 |
| 5/25/2010 | Travel - Parking | Central Parking Systems parking expenses for Ed Blizzard | Deposition of A. Patel in Irvine, CA | $20.00 |
| 5/25/2010 | Travel - Airfare | Continental Airlines airfare ticket adjustment for Ed Blizzard; Ticket # 0057846966348; Santa Ana, CA to Houston, TX | Deposition of A. Patel in Irvine, CA | $587.70 |
| 5/25/2010 | Travel - Meals | Wahoo Irvine food and beverage for Sofia Bruera; Ref #: 10156320100 | Deposition of A. Patel in Irvine, CA | $20.62 |
| 5/25/2010 | Copies | Hotel Business Express copy charges | Deposition of A. Patel in Irvine, CA | $48.97 |
| 5/26/2010 | Travel - Cabs, Ground Transportation | Cab fare for Sofia Bruera from hotel to airport | Deposition of A. Patel in Irvine, CA | $23.00 |
| 5/26/2010 | Travel - Meals | Oasis Grill & Bar food and beverage for Sofia Bruera | Deposition of A. Patel in Irvine, CA | $24.66 |
| 5/26/2010 | Travel - Airport Parking | Airport parking for Sofia Bruera | Deposition of A. Patel in Irvine, CA | $37.00 |
| 5/28/2010 | Copies | Equitrac- BMN May 2010 Copy | Deposition exhibit copies/printing | $126.24 |
| 8/18/2010 | Travel - Airfare | Continental Airlines ticket change expense for Sofia Bruera; Philadelphia, PA to Houston, TX; Tkt # 0057851699564 | Digitek PSC Meeting in Philadelphia | $50.00 |
| 8/18/2010 | Travel - Airfare | Continental Airlines airfare for Sofia Bruera; Tkt # 0057851699545; Airfare: 859.90, service fee: 35.00 | Digitek PSC Meeting in Philadelphia | $894.90 |
| 8/18/2010 | Travel - Airfare | Continental Airlines airfare for Ed Blizzard; Tkt #: 0057851699544; Depart Houston, TX for Philadelphia, PA on 8/18/10 returning 8/19/10 | Digitek PSC  Meeting in Philadelphia | $944.90 |
| 8/18/2010 | Travel - Cabs, Ground Transportation | Crescent Cab Co. ground transportation for Ed Blizzard from airport to hotel | Digitek PSC Meeting in Philadelphia | $35.00 |
| 8/18/2010 | Travel - Lodging | Hotel lodging for Sofia Bruera; Folio # 0010902022; Arrival 8/18/10, departure 8/19/10 | Digitek PSC Meeting in Philadelphia | $411.56 |
| 8/18/2010 | Travel - Lodging | Hotel lodging for Ed Blizzard; Folio # 0010902024; Arrive 8/18/10 depart 8/19/10 | Digitek PSC Meeting in Philadelphia | $565.48 |
| 8/19/2010 | Travel - Airport Parking | Airport parking for Sofia Bruera; Ref # 001000916 5 2812331730 | Digitek PSC Meeting in Philadelphia | $34.00 |
| 8/19/2010 | Travel - Cabs, Ground Transportation | Crescent Cab Co. ground transportation for Ed Blizzard from hotel to airport | Digitek PSC Meeting in Philadelphia | $35.00 |
|  |  |  |  |  |

**Exhibit B**
**Blizzard, McCarthy Nabers, LLP**
**In Re Digitek Revised Comon Benefit Expenses**

| | | | | TOTAL |
|---|---|---|---|---|
| | | | | $92,883.39 |

# EXHIBIT C

### BLIZZARD, McCARTHY & NABERS, LLP IN RE DIGITEK
### REVISED TOTAL COMMON BENEFIT TIME

| Name (Title) Partner (P) Associate (A) | Discovery | Litigation, Strategy & Analysis | Travel | Settlement | Pleadings, Briefs & Pretrial Motions | Hours |
|---|---|---|---|---|---|---|
| Ed Blizzard (P) | 177.0 | 33.5 | 99.0 | 7.0 | | 316.5 |
| Holly Gibson (A) | 104.75 | 15.0 | 36.0 | | 21.5 | 177.25 |
| Sofia Bruera (A) | 208.0 | 2.0 | 56.0 | 5.0 | | 271.0 |
| | | | | | | |
| TOTALS | 489.75 | 50.5 | 191.0 | 12.0 | 21.5 | 764.75 |

### BLIZZARD, McCARTHY & NABERS, LLP IN RE DIGITEK
### REVISED TOTAL COMMON BENEFIT EXPENSES

| Month | Travel | Postage/ Copies | Assessments | Depositions | Research/ Investigation/ Service and Witness Fees | Amount |
|---|---|---|---|---|---|---|
| Dec. 2008 | | | $25,000.00 | | | $25,000.00 |
| July 2009 | $763.44 | | | | | $763.44 |
| Oct. 2009 | $12,079.40 | $337.97 | | | | $12,417.37 |
| Nov. 2009 | $1,679.18 | | | | $487.99 | $2,167.17 |
| Dec. 2009 | $11,915.74 | $638.19 | | | $1,239.86 | $13,793.79 |
| Jan. 2010 | $4,320.58 | $2,047.70 | | $3,509.16 | $300.00 | $10,177.44 |
| March 2010 | $11,996.20 | $364.00 | | $3,802.71 | | $16,162.91 |
| May 2010 | $4,646.23 | $228.25 | | $4,555.95 | | $9,430.43 |
| Aug. 2010 | $2,970.84 | | | | | $2,970.84 |
| | | | | | | |
| TOTALS | $50,371.61 | $3,616.11 | $25,000.00 | $11,867.82 | $2,027.85 | $92,883.39 |