# EXHIBIT D

# TUCKER ELLIS & WEST LLP

### ATTORNEYS AT LAW

1150 Huntington Bldg.   925 Euclid Avenue  Cleveland, Ohio  44115-1414
phone 216.592.5000  facsimile 216.592.5009  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

Direct Dial: 216.696.2276
Email:  matthew.moriarty@tuckerellis.com

March 30, 2010

**PRIVILEGED AND CONFIDENTIAL**

Fred Thompson
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(fthompson@motleyrice.com)

      Re:    *Digitek® Product Liability Litigation, MDL # 1968*

Dear Fred:

On March 24, 2010, you sent a four page document called "Settlement Proposal Outline." As I told you over the phone, assembling all the data we needed and talking to all the people involved in the decision making process is a time consuming one and so it will take us at least 7 to 10 days to get back to you in a detailed fashion. But, in the interim, we wanted to offer a few general observations.

Your proposal appears to follow the structure used in the *Scerzone* litigation. We have not agreed to structure the settlement in that matter and continue to explore other options such as a Propulsid model.

Next, the dollar figures mentioned on page 3 of your proposal are far too high since there is no evidence that any plaintiff actually received defective Digitek®. But we assume these are simply starting numbers and are approaching them in that light.

The proposal does not factor in proof of defective Digitek. It assumes that if a person were taking the drug and had one of the listed injuries they are entitled to compensation. The lack of such proof needs to be factored into the settlement. This is the most glaring deficiency of the proposal

Your proposal does not say much of anything about who decides whether there is a valid claim. You make reference to a medical panel, so at least you contemplate something objectively scientific but this is obviously an area for much discussion.



**TUCKER ELLIS & WEST LLP**

ATTORNEYS AT LAW

Fred Thompson
March 30, 2010
Page 2

We will get back to you with many specifics later.

Sincerely,

Matthew Moriarty

MOR/kl

073021.000031.1122778