# EXHIBIT F

# PRIVILEGED & CONFIDENTIAL
# ATTORNEY WORK PRODUCT

### AGENDA

Meeting of Lead Counsel

PSC-Actavis

May 5, 2010

Non-Settlement Issues – The June/July schedule

1.  General Issues

    - This is an economic settlement;

    - The agreement does not assume that every person with a claim will be compensated;

    - There is no direct proof of defective Digitek® ever having left Actavis, or ever having been ingested by a Plaintiff; and

    - This settlement does not contemplate punitive damages.

2.  Efforts to get full participation.

3.  Medical panel.

4.  Special Master.

5.  Class actions.

6.  Funding

    - Administrative expenses;

    - PSC;

    - Out of pocket expenses;

    - Reasonable value of services;

    - Compensation for claimants;

    - Caps; and

    - Appellate rights.

2

7. Factors to consider in settlement determinations.

8. Cut off dates.

9. Dismissal of Mylan.

10. Liens.

11. Documentation required.

12. Response to your initial settlement proposal outline.

- Proof of use;

- Proof of injury;

- Type of Digitek® related injury;

- Economic injury;

- Risk factors; and

- Dollar figures.

2

073021.000031\1129749