# EXHIBIT H

# TUCKER ELLIS & WEST LLP
## MEMORANDUM

May 5, 2010

**TO:** File

**FROM:** Richard Dean

**RE:** Digitek® Litigation

**SUBJECT:** Meeting with Fred Thompson and Carl Frankovitch

---

Matt and I met with Carl and Fred on May 5, 2010 to discuss settlement issues.

[remainder of page redacted]



There was a good deal of discussion about fee levels and Fred said that he would be flexible here but there needed to be a reasonable relationship to the overall settlement amount and that usually the attorneys fees were within 12-24% of the class settlement.

073021.000031.1130142