# EXHIBIT K

**From:** Dean, Richard
**Sent:** Sunday, July 04, 2010 8:39 PM
**To:** Kaplan, Harvey L. (SHB); McDonough, Madeleine (SHB)
**Cc:** Moriarty, Matthew
**Subject:** brief update on settlement

Matt and I spoke with Fred on Friday. He realizes how devastating the depos of his experts have been. He is talking about a settlement for "defense costs'- whatever that means in his mind. He is to get us a number on Tuesday.



Richard Dean
Tucker Ellis & West
925 Euclid Avenue, Suite 1150
Cleveland, Ohio   44115
216-696-2137
fax  216-592-5009