# EXHIBIT L

**From:** Dean, Richard
**Sent:** Wednesday, July 07, 2010 2:29 PM
**To:** Kaplan, Harvey L. (SHB); mmcdonough@shb.com; Ericka Downie
**Cc:** Moriarty, Matthew
**Subject:** update on settlement discussions

Briefly- but to keep you posted- Matt and I have had several discussions with Carl and Fred in last 24 hours. They are becoming very realistic in light of depos last week. Saving you the details of how we got there they are at $20M  to settle pls claims ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ but they are very anxious to settle.  Matt and I have told them we will let Judge Goodwin decide what they should get in fees.  Not sure of how fast this gap will be closed but I don't have much doubt it will be and that cases will settle.


Richard Dean
Tucker Ellis & West
925 Euclid Avenue, Suite 1150
Cleveland, Ohio   44115
216-696-2137
fax  216-592-5009