# EXHIBIT M

**From:** Dean, Richard
**Sent:** Friday, July 09, 2010 6:53 AM
**To:** John Duff; Pesce, Randy; Peter Hoenig; omccabe@brhr.com
**Cc:** Moriarty, Matthew; Engelhardt, Vickie
**Subject:** RE: Digitek Litigation Status Update Call

A brief update.  After our call yesterday I had several discussions with Fred Thompson. Without reciting all the back and forth- Fred has agreed to the $10M figure for all cases with 85% participation threshold. Carl Frankovitch was not available yesterday and Fred needs to get his agreement but he will. Fred wants out in the worst way.  I will keep you posted but this continues to go very well.  All this of course is very confidential. Once Carl agrees, we will call Judge Goodwin and inform him and get discovery stopped. Then we will approach state judges to do same.

