# EXHIBIT O

Moderator: **Richard A. Dean**
Office Code: **CLE**

Conference ID: **1307**
Employee Code: **RAD**

| HIDE DETAILS | PHONE # | DATE | CALL START | CALL END | MINUTES | PRE-TAX* | TAXES & FEES* | TC |
|---|---|---|---|---|---|---|---|---|
| Moderator | 2166965514 | 07/07/2010 | 10:29 AM | 11:02 AM | 34 | $2.89 | $0.51 | |
| Participant | 3047234400 | 07/07/2010 | 10:30 AM | 11:02 AM | 33 | $2.81 | $0.50 | |
| Participant | 8432169000 | 07/07/2010 | 10:32 AM | 11:02 AM | 31 | $2.64 | $0.46 | |
| Summary | 3 Callers | 07/07/2010 | 10:29 AM | 11:02 AM | 98 | $8.34 | $1.47 | |

Moderator: **Richard A. Dean**
Office Code: **CLE**

Conference ID: **1307**
Employee Code: **RAD**

| HIDE DETAILS | PHONE # | DATE | CALL START | CALL END | MINUTES | PRE-TAX* | TAXES & FEES* | TC |
|---|---|---|---|---|---|---|---|---|
| Participant | 8432169000 | 07/07/2010 | 01:29 PM | 01:56 PM | 28 | $2.38 | $0.42 | |
| Participant | 3047234400 | 07/07/2010 | 01:30 PM | 01:56 PM | 27 | $2.30 | $0.40 | |
| Moderator | 2166965514 | 07/07/2010 | 01:30 PM | 01:56 PM | 27 | $2.30 | $0.40 | |
| Summary | 3 Callers | 07/07/2010 | 01:29 PM | 01:56 PM | 82 | $6.98 | $1.22 | |