# EXHIBIT Q

**From:** Dean, Richard
**Sent:** Friday, July 09, 2010 9:27 AM
**To:** Peter Hoenig; jduff ▓▓▓▓▓ Randy.Pesce ▓▓▓▓▓ Orla McCabe
**Cc:** Moriarty, Matthew; Vickie.Engelhardt ▓▓▓▓▓
**Subject:** RE: Digitek Litigation Status Update Call

just reiterated basic position we had taken in prior discussion- we were making no offer on those, Judge would decide but left open door to negotiated solution during that proceeding as possibility

**From:** Peter Hoenig ▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Friday, July 09, 2010 9:24 AM
**To:** Dean, Richard; jduff ▓▓▓▓▓ Randy.Pesce ▓▓▓▓▓ Orla McCabe
**Cc:** Moriarty, Matthew; Vickie.Engelhardt ▓▓▓▓▓
**Subject:** Re: Digitek Litigation Status Update Call

Thanks Dick for the update. Did you discuss the plaintiffs' fees and costs with Mr Thompson? Best. Peter

----- Original Message -----
From: Dean, Richard ▓▓▓▓▓▓▓▓▓▓▓
To: John Duff ▓▓▓▓▓▓▓▓▓▓▓ Pesce, Randy ▓▓▓▓▓▓▓▓▓▓▓ Peter Hoenig; Orla McCabe
Cc: Moriarty, Matthew ▓▓▓▓▓▓▓▓▓▓▓ Engelhardt, Vickie ▓▓▓▓▓▓▓▓▓▓▓
Sent: Fri Jul 09 06:53:09 2010
Subject: RE: Digitek Litigation Status Update Call

A brief update. After our call yesterday I had several discussions with Fred Thompson. Without reciting all the back and forth- Fred has agreed to the $10M figure for all cases with 85% participation threshold. Carl Frankovitch was not available yesterday and Fred needs to get his agreement but he will. Fred wants out in the worst way. I will keep you posted but this continues to go very well. All this of course is very confidential. Once Carl agrees, we will call Judge Goodwin and inform him and get discovery stopped. Then we will approach state judges to do same.

_____



Re: Digitek Litigation Status Update Call   Page 2 of 2
Case 2:08-md-01968   Document 503-17   Filed 04/22/11   Page 3 of 3 PageID #: 7072