# EXHIBIT W

# TUCKER ELLIS & WEST LLP
## <u>MEMORANDUM</u>

August 6, 2010

**TO:**       File

**FROM:**  Richard Dean

**RE:**       Digitek®

**SUBJECT:** Conference with Judge Goodwin on August 5, 2010

---

    Matt Moriarty and I attended a conference with Judge Goodwin on August 5, 2010. Madeleine M. McDonough was present on behalf of Mylan and Rebecca Betts also accompanied us to the conference. Fred Thompson, Carl Frankovitch, Meghan Johnson and Harry Bell were present on behalf of the Plaintiffs. Angie Volk, the Judge's law clerk, was also in the room.

    Fred started out by confirming to the Judge that the outline of the proposed settlement the Defendants had sent in our letter was accurate. [REDACTED]

Imanage\073021.000031\1151726.1-RAD

...



Case 2:08-md-01968   Document 503-23   Filed 04/22/11   Page 3 of 3 PageID #: 7105