# EXHIBIT Y



TCW Judge Goodwin (CF, MJ, FT, MM, JB, RD, KM, Madeline, BS)
& Harry Bell, Rebecca Betts

→ general overview of settlement (FT)
  → going through agreement & making progress;
    put before Judge a TPO w/ temporal d/l
    + opt-in/out provisions as effect dismissal
    of cases
  → state claimants: (PA) advised by PM that he
    intends to participate in settlement. some nuances,
    but working out. Doesn't encompass all
    PA cases, but confident they will come
    in. Bell spoke w/ Moss, but she is reluctant to
    more d/l's. Moss will want something from Miller.
    Substantial majority of NJ + NV will
    opt-in. Teresa is in. O'Dell likely.
    Texas: unsure

FT: asked court to continue stay until PTO
and let it go through opt-out d/l.
More Daubert hearing and motions until
we know who is in/out of settlement.
Judge sees no problem as long as he
has something in writing (memo) re:
status of negotiations to take to state
judges. Detail akin to term sheet. We
need to let him know changes in
scheduling requested

(2)

→ Give Judge a "settlement outline" to take to state judges. Get it to judge early tomorrow at latest. *<u>BY NOON</u>

→

→ Conservative d/l to get thing finalized for stay.

DATES
Aug. 15-31: <u>Informational</u> sessions for Π's lawyers
Sept. 1: PTO to be entered
↓
45 days from 9-1
↓
90 days to file Claim Forms

✗ need stay through