# EXHIBIT BB

7/29/10   Megan, Carl (white shirt), Fred Thompson (black shirt)
MPM, RD



→ Attorneys Fees
→ lawyers for successful claims get contract
→ fees + expenses for PSC apply to Court