

von Briesen & Roper, s.c. | Attorneys at Law

TAGLaw International Lawyers

Mary Lee Ratzel
Direct Telephone
414-287-1534
mratzel@vonbriesen.com

May 3, 2011



Teresa L. Deppner
Clerk of Court
United States District Court,
 Southern District of West Virginia
PO Box 2546
Charleston, WV  25329-2546

RE:   In Re Digitek Product Liability Litigation – 2:08-MDL-01968
         Nickel v. Actavis Totowa LLC, et al. – 2:10-cv-00309

Dear Ms. Deppner:

My assistant, Penny Hool, was informed by Ms. Susan Howie that because I am not a filer in the above litigation, it would be sufficient for me to notify you by mail of my new contact information. I am no longer with the law firm of Peterson, Johnson & Murray, S.C. My new contact information is:

Mary Lee Ratzel
von Briesen & Roper, S.C.
411 East Wisconsin Ave., Suite 700
Milwaukee, WI  53202
mratzel@vonbriesen.com
414-287-1534

If you could please update my contact information so that I continue to receive e-mails, I would appreciate it. Please do not hesitate to call if you have any questions.

Thank you very much.

Very truly yours,

von BRIESEN & ROPER, s.c.

*Mary Lee Ratzel*

Mary Lee Ratzel
MLR:pch
22316180_1.DOC