## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2011, a copy of the foregoing Response to Actavis Defendants' Brief Regarding Supplemental Documentation Submitted for Attorneys' Fees was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/: *Dianne M. Nast*
Dianne M. Nast