IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK
       PRODUCTS LIABILITY LITIGATION

MDL NO. 2:08-md-1968

--------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #78**
(Extension of Time re Attorneys' Fees and Expenses Petition)

PTO # 77 ordered the matter of the petition for award of attorneys' fees and expense reimbursements to be held in abeyance until June 5, 2011. For reasons appearing to the court, the matter **will now be held in abeyance until June 20, 2011**. If counsel are unable by that time to reach a negotiated resolution of the amount of fees and expenses that Lead Counsel and the PSC should receive, I will do so for them in accord with the Settlement Agreement.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2:11-cv-00274. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the

court. The orders may be accessed through the CM/ECF system or the court's website at

www.wvsd.uscourts.gov.                ENTER: May 31, 2011

Joseph R. Goodwin, Chief Judge