# DOCUMENT FILED IN INCORRECT ACTION

# Image Removed and Filed in CA 2:09-0671