**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: DIGITEK
        PRODUCTS LIABILITY LITIGATION

                                               MDL NO.  2:08-md-1968

-------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER #79**
(Settlement of Petition for Attorneys' Fees and Expenses)

Pending is the joint fee applicants' petition for an award of attorney fees and expense reimbursements relating to common benefit work [Docket 448].  Having been advised that counsel for the parties have reached a negotiated settlement of this matter, the court **ORDERS** that the petition is **DENIED** as moot.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek-related case previously transferred to, removed to, or filed in the is district, which includes counsel in all member cases up to and including civil action number 2:11-cv-00425. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the

court.  The orders may be accessed through the CM/ECF system or the court's website at

www.wvsd.uscourts.gov.

ENTER: July 5, 2011

Joseph R. Goodwin, Chief Judge

2