

**BETH A. BAUER**
LICENSED IN ILLINOIS AND MISSOURI
DIRECT DIAL: 618-307-1200
BAB@HEPLERBROOM.COM

SAINT LOUIS ▪ CHICAGO ▪ SPRINGFIELD, IL
EDWARDSVILLE (Madison County), IL

www.heplerbroom.com

130 N. MAIN ST.
PO BOX 510
EDWARDSVILLE, ILLINOIS 62025
PH: 618-656-0184
FX: 618-656-1364

July 19, 2011



Clerk of the U. S. District Court
Southern District of West Virginia
P. O. Box 2546
Charleston, WV 25329

    Re:    MDL 1968
             Digitek Products Liability Litigation
             Chief Judge Joseph R. Goodwin

Dear Honorable Clerk:

    I respectfully request that you remove my name from the Court's Service List Form regarding the Digitek Products Liability Litigation. My e-mail address is bab@heplerbroom.com.

    I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for the Digitek Products Liability Litigation. I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc. upon me in the Digitek Products Liability Litigation.

    Should you need anything further, please let me know.

    Thank you for your assistance in this regard.

                                Yours very truly,

                                Beth A. Bauer

BAB:lh