CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | FAX (973) 994-1744 | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | ERIC MAGNELLI |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | DONALD A. ECKLUND |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | VINCENZO M. MOGAVERO |
| | G. GLENNON TROUBLEFIELD | | | AUDRA E. PETROLLE |
| | BRIAN H. FENLON | | | °MEMBER N.Y. BAR ONLY |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

July 25, 2011

FILED JUL 28 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

<u>Via Ordinary Mail</u>
Clerk of the United States District Court
Southern District of West Virginia
P.O. Box 2546
Charleston, West Virginia 25329

      Re:    MDL 1968
             Digitek Products Liability Litigation
             Chief Judge Joseph R. Goodwin

Dear Honorable Clerk:

     In reference to the above-captioned matter, it is respectfully requested that my name be removed from the Court's Electronic Service List for this case only. My email address is ltaylor@carellabyrne.com. I will promptly notify the Clerk of the court should this notice requirement change.

     I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc. Further, I hereby absolve other counsel of record, from serving any future correspondence, motions, pleadings, notices, etc., upon me in connection with this matter.

     Please do not hesitate to contact me with any questions or concerns. Thank you for your attention to this matter.

                              Very truly yours,

                              CARELLA, BYRNE, CECCHI,
                              OLSTEIN, BRODY & AGNELLO

                              LINDSEY H. TAYLOR