

# THE COCHRAN FIRM
## MEMPHIS

ONE COMMERCE SQUARE • 26TH FLOOR • MEMPHIS, TENNESSEE 38103
(901) 523-1222 • FAX: (901) 523-1999
WWW.COCHRANFIRM.COM

Direct Line: (901) 333-1843

July 26, 2011

**FILED**
JUL 29 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Clerk of the U.S. Distric Court
Southern District of West Virginia
P.O. Box 2546
Charleston, WV 25329

    Re:    MDL1968
              Digiteck Products Liability Litigation
              Chief Judge Joseph R. Goodwing

Dear Honorable Clerk:

    I respectfully request that you remove my name from the Court's Service List Form regarding the Digitek Products Liability Litigation. My e-mail is dmclaughlin@cochranfirm.com

    I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notice, etc., and am notifying the court to remove my name from it's service list for the Digiteck Products Liability Litigation. I herby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleading, notices, etc. Upon me in the DIgiteck Products Liability Litigation.

    Should you need anythingh further, please let me know

    Thank you for your assistance in this regard.

                                    Sincerely,

                                    David A. McLaughlin, Esq.

DAM/lv