# EXHIBIT 1

Expert Report of Walter N. Kernan, M.D.
July 1, 2010

I have personal knowledge of the following statements and opinions, which are true and accurate to the best of my knowledge and information. I am competent and qualified to express the statements and opinions contained in this document.

1. Background and Qualifications

1.1    I am a board-certified general internist with special training and expertise in clinical epidemiology. After completing three years of residency training in internal medicine, I completed a two year fellowship in clinical epidemiology, which is a field of science that applies epidemiologic and other research methods to the study of health problems that affect individual patients treated by practicing physicians. Problems of prognosis, risk or causation, diagnosis and treatment are all within this field. After fellowship in 1989, I joined the faculty at Yale School of Medicine where I am a professor of internal medicine.

1.2    My career at Yale School of Medicine is focused on the care of adult patients, including the prevention and management of chronic disease. I am a member of the Section of General Internal Medicine within the Department of Internal Medicine. I teach general medicine to residents and students, and direct a required clerkship for third-years students during which they acquire core competencies in office-based internal medicine. I follow a panel of adult patients as their primary care provider and assist in the care of over 5,000 adults who attend the Primary Care Center at Yale New Haven Hospital. Many of our patients receive prescriptions for digitalis preparations.

1.3    Over the past 16 years, my research has been focused on medical education, chronic disease epidemiology, and improving the care of patients with stroke. In 1985, I published a prospective observational cohort study on the incidence and risk factors for digitalis toxicity among elderly persons. Using data from a large population-based cohort in New Haven, Connecticut, my colleagues and I demonstrated that the incidence of hospitalization caused by digitalis toxicity was approximately 4.2% over 6 years[1]. Risk factors for toxicity included co administration of quinidine therapy. I am currently the principal investigator on a clinical trial that is funded by the National Institutes of Health.

1.4    My experience, training, and research expertise qualifies me to offer opinions regarding matters related to use of digitalis in medical practice and, specifically, digitalis toxicity. A copy of my curriculum vitae is attached as exhibit A.



2. <u>Materials Reviewed and Relied Upon</u>

2.1     Listed below are documents I have reviewed to date with respect to the opinions contained in this report.   My opinions, however, are substantially based on a broader body of scientific literature that I have read over many years.  My opinions are also based on my training, experience, and research expertise.

2.2     Various Legal Documents
        Defendant's Position Statement – in re: Digitek®, Products Liability Litigation, MDL No. 1968

2.3     FDA Documents
        "Facts & Myths about Generic Drugs."
        http://fda.gov/Drugs/ResourcesForYou/Consumers/BuyingUsingMedicineSafely/Und. . ..  Accessed 9/9/09.

2.4     Company Records
        FDA-approved Digitek Package Insert (revised November 2000)

2.5     Journal Articles Cited in exhibit B.


3. <u>Prior Testimony</u>

3.1     Attached as exhibit C is a list of all other cases in which I have testified as an expert witness at trial or in deposition in the last four years.


4. <u>Compensation</u>

4.1     I will be compensated $400.00 per hour for review of case material, $450.00 per hour for deposition testimony, and $4500.00 per day or part thereof for court testimony.


5. <u>Brief Summary of Clinical Pharmacology and Toxicity of Digoxin</u>

5.1     Clinical Uses

5.1.1   Digoxin is the most commonly prescribed member of a class of medications called cardiac glycosides.  One of the oldest medications in current use, digoxin is approved by the US Food and Drug Administration for the treatment of heart failure and atrial fibrillation.  Heart failure is a common condition in which the pump action of the heart fails to the point that tissues in the body, including the muscles and kidneys, do not receive enough blood flow.  Advanced heart failure leads to shortness of breath as fluid backs up into the lungs, swelling of the legs, exercise intolerance, fatigue, and a variety of other problems.  There are several causes for heart failure; digoxin is most effective in

controlling symptoms when the cause is systolic dysfunction (essentially a weak heart muscle that does not pump well). In this situation, digoxin improves the pump action of the heart. Digoxin has been shown to improve exercise tolerance and reduce risk for decompensation requiring hospitalization. It probably does not reduce all-cause mortality but in selected persons it may reduce risk for death from heart failure[2-4].

5.1.2   Atrial fibrillation is a condition in which the normal, regular, electrical origin of the heart beat in the atria is replaced by chaotic, irregular electrical activity in the atria that typically results in a rapid heartbeat. Digoxin slows the heart rate by interfering with the conduction of the electrical impulse from the rapidly beating atrial to the ventricles. It is most commonly recommended for use to control the heart rate among patient with atrial fibrillation who also have heart failure, left ventricular dysfunction, or a sedentary lifestyle[5].

5.2     Absorption, Distribution, Metabolism, and Excretion

5.2.1   To understand the potential toxicity of oral digoxin, it is important to understand how it travels through the body after oral ingestion. In general, 60% to 80% of an oral tablet dose is absorbed[6]. The rest is excreted unchanged in the feces or metabolized to inactive compounds by gut flora. The peak serum concentration is reached in 1 to 3 hours. After absorption from the gut, digoxin is distributed widely in tissues of the body so that the apparent volume of distribution is large (4-7 l/Kg). The volume of distribution is the "fluid volume that would be required to contain the total amount of absorbed drug in the body at a uniform concentration equivalent to that in the plasma at steady state."[7]. Therapeutic serum levels range from 0.8 to 2.0 ng/ml, but some data suggests that even lower concentrations may still be associated with benefit in persons with heart failure. Levels less than 2.0 ng/ml are not typically associated with toxicity. In the treatment of atrial fibrillation, physicians commonly adjust the dose of digoxin to bring the heart rate into the normal range (i.e., 60-100 beats/minute); serum level exceeding 2.0 ng/ml may be accepted as long as there are no symptoms of toxicity.

5.2.2   A small portion of absorbed digoxin is metabolized in the liver, but most of the drug is excreted unchanged in the urine. The elimination half life (time until the serum concentration falls by 50%) is 1.5 to 2 days in persons with normal renal function.

5.3     Dosage

5.3.1   Digoxin is available for oral and intravenous administration. The intravenous preparation is now used only rarely for the emergency treatment of atrial fibrillation. It has been replaced by other agents, particularly beta blockers and calcium channel blockers, which have a more rapid onset of action. The intravenous dose is used even less often for heart failure. When administered intravenously, digoxin is typically given at an initial dose of .125 or .25 mg. It may be repeated every two hours up to a maximum dose of 1.5 mg.

5.3.2    For oral use, digoxin is available as an oral elixir (0.05 mg/mL), tablets (0.125 mg or 0.25 mg), and capsules (0.1 mg and 0.2 mg).  Individual response to digoxin is highly variable and daily oral adult doses typically vary from 0.125 mg to 0.5 mg.

5.3.3    The dosage of digoxin is adjusted for conditions which can affect renal clearance, particularly age and known renal impairment.  In renal impairment, the required daily dose may be less than .125 mg.

5.3.4    Digoxin may interact with other drugs.  The most common and potentially important interactions are with drugs that are likely to increase serum drug concentrations of digoxin (e.g., quinidine, verapamil, amiodarone, clarithromycin) and with diuretics that can reduce serum potassium[4, 6, 8].

5.3.5    Physicians and other clinicians who prescribe digoxin for their patients must monitor for therapeutic response and toxicity.  During routine follow-up, physicians should ask about symptoms of heart disease and examine patients for signs of heart failure or rapid heart rate.  They should also ask about symptoms of possible toxicity, such as nausea, loss of appetite, diarrhea, or visual change.  Once a stable digoxin concentration has been obtained, therapeutic drug monitoring is not necessary for most patients with heart failure and normal renal function who are taking 0.125 mg/ day because the serum drug concentration can be reasonably predicted from the dose[4, 9]. Therapeutic drug monitoring is primarily indicated in suspected toxicity, compliance investigation (when indicated), therapeutic failure, and in the presence of events that may alter digoxin serum drug concentration[4].   Events that may cause the digoxin serum concentration to rise include addition or subtraction of medications that affect potassium or digoxin metabolism, altered renal function, dehydration, and improper medication administration.

5.4    Toxicity

5.4.1    Digoxin therapy is associated with important dose-related toxicities primarily in two body systems: gastrointestinal and cardiac[8, 10, 11].

5.4.2    Gastrointestinal toxicities

5.4.2.1 The common gastrointestinal toxicities include loss of appetite, diarrhea, nausea, and vomiting.  These are non-specific symptoms which may have many other causes.

5.4.3    Cardiac Toxicity

5.4.3.1 Digitalis toxicity may result in a variety of rhythm disturbances[8, 12].  Most commonly, these include atrial and ventricular ectopy, junctional tachycardia, AV block, and the combination of AV block and accelerated rhythms.  These disturbances, however, are non-specific and may occur in the absence of digoxin therapy.  In a large recent placebo-controlled trial of digoxin therapy, the risk of suspected digoxin toxicity during an average of three years was 11.9% among patients assigned to digoxin and 7.9% among

those assigned to placebo; the most common reason for suspected toxicity was an arrhythmia[3].

5.4.4   Other manifestations of digoxin toxicity

5.4.4.1 Digoxin therapy has been associated with visual disturbance, particularly blurry vision or distorted color vision.  Other reported reactions include allergy, confusion, apathy, hyperkalemia, headache, fatigue, and dizziness have been described.  With the possible exception of distorted color vision, most of the symptoms of digoxin toxicity are non-specific and may have many other causes.

5.4.5   Risk factors for digoxin toxicity

5.4.5.1 With the exception of hypersensitivity reactions, risk for digoxin toxicity is directly related to serum level.  Factors which tend to increase serum levels may increase risk for toxicity.  Examples include older age (which is associated with reduced renal function and reduced lean body mass), chronic kidney disease, and acute illness that results in reduced renal function.  Recently, increased risk for toxicity has been associated with the transition between the hospital and outpatient care, a time when patients are often ill and hand-off errors may occur [13].  Some drugs, such as quinidine, amiodarone, verapamil, clarithromycin may affect digoxin absorption, distribution, metabolism, or elimination and increase serum levels[14-16].

5.4.5.2 Despite the fact that risk for digoxin toxicity is directly related to serum levels, there is marked inter-individual variability in tolerance of similar serum levels.  Some of this relates to specific factors which can affect the cellular response to digoxin.  Factors that tend to increase risk for toxicity include hypokalemia (low potassium in the blood), hypomagnesemia (low magnesium in the blood), hypoxemia (low oxygen in the blood), and acute coronary ischemia[9].  Drugs that deplete serum potassium, such as thiazide diuretics, may increase risk for cardiac toxicity.

6. Opinions

6.1      I have been asked for my opinions regarding the assessment of risks and benefits for individual patients or group of patients who are prescribed digoxin.

6.2      Evaluating the potential causal association between digoxin and a clinical event can be improved with the use of simple classification schemes.

6.2.1    Clinicians are often challenged to judge if a particular patient's symptom is caused by a drug he or she is taking.  To help in making judgments about potential causal associations, several sets of criteria have been proposed.  Most include some or all components of the criteria proposed by Austin Bradford Hill in 1965: strength, consistency, specificity, temporality, biologic gradient, plausibility, coherence, experimental evidence, and analogy[17].  Of these, temporality is a necessary condition of

causation (i.e., the exposure must occur before the disease). Even these well-known criteria (as acknowledged by Austin Hill himself), however, are regarded as imperfect. Causation cannot usually be established with certainty by application of these or other available criteria. A common error in clinical care is to draw inappropriately definitive conclusions during application of causal criteria.

6.2.2   To improve classification of causation in potential adverse drug reactions, Michael Kramer and colleagues developed a clinical instrument (an algorithm) that considered 6 axes of information[18]:

    I. Previous general experience with the drug.
        ● Has the observed clinical manifestation (potential adverse reaction) been observed previously in association with the drug?
    II. Alternative etiologic candidates
        ● Is there an alternate explanation for the clinical manifestation and can the clinical manifestation be a spontaneous occurrence without a recognizable cause?
    III. Timing of Events
        ● Onset of the clinical manifestation after exposure to the drug in question is an essential condition of causation.
    IV. Drug level and evidence of overdose.
        ● The likelihood of a causal relationship is higher in situations where the dose consumed supports the diagnosis of an overdose.
    V. Dechallenge
        ● Does the clinical manifestation resolve on drug withdrawal?
    VI. Rechallenge
        ● Does the clinical manifestation return after re-exposure to the drug?

6.2.3   Application of this instrument to patients who believe they may have experienced digoxin toxicity is problematic because rechallenge at higher than normal doses would be inappropriate and many of the symptoms of digoxin toxicity are non-specific. Some of these non-specific symptoms, described above, include nausea, fatigue, loss of appetite, blurry vision. Non-specific symptoms, by definition, have plausible alternative etiologies. However, data on timing, drug level, and dechallenge are often available.

6.2.4   In the assessment of symptom causality for patients taking Digitek, the Kramer instrument may be helpful in estimating if the symptoms are plausibly related to digoxin. However, the instrument is not likely to assist substantially in determining if consumption of non-conforming tablets produced the symptoms. Among Digitek® users, findings of an elevated digoxin serum concentration and symptoms of digoxin toxicity may have resulted from over dosage using conforming tablets (e.g., taking extra pills, taking too high a prescribed dose, reduced clearance, etc). The finding of an increased digoxin serum level, therefore, does not establish that a patient consumed a non-conforming tablet. The FDA has indicating that Actavis detected 20 non-conforming Digitek® tablets among 4,800,000 inspected in one batch. Given this low observed proportion of non-conforming tablets, the probability of consuming a non-conforming tablet is very low. The probability of consuming two non-conforming tablets is

extremely low.  As a result, the cause of digoxin toxicity in a patient who consumes Digitek® from a lot that includes both conforming and non-conforming tablets is more likely to be due to accidental overdose of conforming tablets or altered clearance of digoxin than exposure to non-conforming tablets.

6.3     Any estimation of the likelihood that a patient has experienced digitalis toxicity requires careful examination of clinical information.

6.3.1   Most of the manifestations of digitalis toxicity are non-specific and may have any number of other causes.  Symptoms such as nausea and anorexia may be a result of other drugs, concurrent medical illness, stomach ulcer, etc.  Signs such as ventricular ectopy or heart block may be the results of underlying heart disease, acute ischemia, or concurrent drug therapy.  To estimate the likelihood that digoxin has caused a specific symptom or sign requires a careful review of the details of a patient's symptoms, the symptom course, concurrent drug therapy, the physical examination, diagnostic test results, serum drug concentrations, and subsequent clinical course.

6.3.2   To determine the correct oral dose for an individual patient (and, therefore, to determine how much digoxin is too much or too little for an individual patient), physicians must consider many pharmacokinetic factors (e.g., absorption, distribution, metabolism, excretion, dose duration), and factors that may affect dose response (e.g., age, dose interval, renal function, co-therapies, volume status, medication adherence, and social environment).

6.4     The nature and magnitude of digoxin's benefit varies among individuals.

6.4.1   Digoxin is used to treat different disease conditions among different individuals with differing medical histories.  For patients with atrial fibrillation and no heart failure, for example, digoxin is indicated for rate control.  The benefits of rate control may include improved exercise tolerance, reduction in palpitations, prevention of heart failure, prevention of hospitalization, elimination of need for other medications, etc.  For any individual with atrial fibrillation and no heart failure, the profile of benefit may vary.  For patients with systolic heart failure and no atrial fibrillation, the benefits may include improved exercise tolerance, reduced edema, prevention of hospitalization for CHF, etc.  To assess the potential for on-going benefit of digoxin for an individual, clinicians would need to consider the specific circumstances of that individual.

6.5     There is high variability in the severity of digoxin toxicity.

6.5.1   Most instances of digitalis toxicity involve mild symptoms or signs that resolve with dose reduction or drug discontinuation.  These include loss of appetite, nausea, apathy, fatigue, etc.  However, some instances of digitalis toxicity involve disabling symptoms or life threatening events such as hyperkalemia, advanced heart block, or tachyarrhythmias.  Accurate classification of severity for any single patient's experience of suspected digoxin toxicity requires careful examination of his or her clinical details.

6.6     Therapy for suspected digoxin therapy depends on the clinical manifestation, causation and severity.

6.6.1   Most instances of digitalis toxicity involve symptoms or signs that are not immediately life-threatening.  These can be managed with general supportive measures (e.g., hydration, rest, and observation), dose adjustment or drug withdrawal, and evaluation for potential drug interactions.  The pharmacologic half-life of digitalis is 1.5 to 2 days which means that the serum concentration can be expected to fall by 50% in that time.

6.6.2   Some manifestations of digitalis require more urgent or specific therapy.  Use of digoxin-specific FAb antibody (Digibind®) may be indicated for severe hyperkalemia, ventricular arrhythmias, heart block or symptomatic bradycardia unresponsive to atropine, or hemodynamic instability.   Hyperkalemia may also require therapies to help lower serum potassium and promote excretion of potassium.

6.7     One extra dose of digoxin is not likely to produce serious toxicity

6.7.1   In clinical medicine, it is not uncommon for patients to inadvertently take an extra dose of prescribed medication.  An extra dose of a drug with a narrow therapeutic index, like digoxin, is more likely to cause harm than an extra dose of a drug with a broad therapeutic index.  However, even for digoxin the risk for harm is very small.

All these opinions are expressed to a reasonable degree of medical certainty.

_____

WALTER N. KERNAN, M.D.

Exhibit A

Curriculum Vitae
Walter N. Kernan, M.D.

# CURRICULUM VITAE

Walter N. Kernan Jr., M.D.

Work Address:          Department of Internal Medicine
                       Suite 515
                       2 Church Street South
                       New Haven, CT  06519
                       Telephone (203) 764-7000
                       Fax (203) 764-7000
                       Email:  walter.kernan@yale.edu

## EDUCATION

Dartmouth Medical School M.D.     1984
Harvard College B.A.              1978
Buxton School                     1974

## POSTGRADUATE TRAINING

1987-1989     Robert Wood Johnson Clinical Scholars Program,
              Yale University School of Medicine
1985-1987     Resident in Medicine, Johns Hopkins Hospital
1984-1985     Intern in Medicine, Johns Hopkins Hospital

## FACULTY POSITIONS

2005-         Professor of Medicine, Yale University School of Medicine
1995-2005     Associate Professor of Medicine, Yale University School of Medicine
1990-1995     Assistant Professor of Medicine, Yale University School of Medicine
1989-1990     Instructor in Medicine, Yale University School of Medicine

## CURRENT CLINICAL AND TEACHING RESPONSIBILITIES

Attending Physician, Yale-New Haven Hospital
Course Director, Ambulatory Component of the Internal

1

Medicine Clerkship
Director, General Internal Medicine Clinical Conference

## BOARD CERTIFICATION

American Board of Internal Medicine 1987 (September)
National Board of Medical Examiners 1985

## MEDICAL LICENSE

Connecticut 1988-present (license number 028405)

## PROFESSIONAL ORGANIZATIONS

American College of Physicians (Fellow)
Society of General Internal Medicine
Sydenham Society
Clerkship Directors in Internal Medicine
Stroke Council, American Heart Association
Member, Society for Clinical Epidemiology and Health
   Care Research (SCHR)

## HONORS

Master of Arts, privatim, Yale University, 2007
Society of Distinguished Teachers, Yale University School of Medicine 2005
Dean's Medical Education Farr Prize, Yale University School of Medicine 1997
The Medical Educator Award of the Society of General Internal Medicine (New England Region) for Distinction in Medical Education 1996
Julian & Melba Jarrett Memorial Award 1984
Upjohn Achievement Award 1984
Mosby Scholarship Book Award 1983
Alpha Omega Alpha, Dartmouth Medical School 1983
CIBA Award for Outstanding Community Service 1982

## EDITORIAL BOARDS

Stroke (7/1/07 – 6/30/10)
Stroke (7/1/10 – present)

## REVIEWER-ABSTRACTS

International Stroke Conference 2010
International Stroke Conference 2011

2

## REVIEWER-JOURNALS

American Journal of Medicine
Annals of Internal Medicine (last 6/07)
Annals of Neurology (last 11/08)
Archives of Internal Medicine
Archives of Neurology (last 6/07)
BMC Medical Education
Cerebrovascular Diseases (last 10/09)
JAMA (last 2/10)
Journal of Clinical Endocrinology & Metabolism (last 7/10)
Journal of General Internal Medicine
Lancet (last 7/07)
Lancet Neurology (last 12/08)
Mayo Clinic Proceedings (last 1/05)
Nature Clinical Practice Neurology (last 6/3/07)
Neurology (last 5/10)
New England Journal of Medicine
Stroke (last 6/10)
Teaching and Learning in Medicine (last 7/07)

## SERVICE TO ORGANIZATIONS

| Organization | Role | Dates |
|---|---|---|
| American Heart Association/American Stroke Association | Member, Scientific Statements Oversight (SOC) Committee | 2010-2012 |
| American Heart Association | Member, Secondary Prevention Writing Group | 2008-Present |
| Clerkship Directors in Internal Medicine | Member, Nominating Committee | 2006 |
| Clerkship Directors in Internal Medicine | Member, Task Force on Enhancing Student Interest in Internal Medicine Careers | 2005-2006 |
| Stroke Prevention in Small Subcortical Stroke (SPS3) Trial | Member, Events Adjudication Committee | 2005-Present |
| Clerkship Directors in Internal Medicine | Chair, Nominating Committee | 2005 |
| Clerkship Directors in Internal Medicine | Past President | 2005 |
| The Stroke Association (British) | Grant Reviewer | 2004 |
| Clerkship Directors in Internal Medicine | President | 2004 |
| Alliance for Academic Internal Medicine | Member, Board of Directors | 2003-2006 |
| Clerkship Directors in Internal Medicine | President-Elect | 2003 |
| Clerkship Directors in Internal Medicine | Treasurer | 2002 |
| National Board of Medical Examiners | Member, USMLE Step 2 Test Material Development Committee for | 2000-2002 |

3

| | | |
|---|---|---|
| Clerkship Directors in Internal Medicine | Ambulatory Medicine<br>Member, Council | 1999-2002 |
| National Board of Medical Examiners | USMLE Step 2 Test Material<br>Development Committee for Medicine | 1998-2000 |
| Health Resources Service Administration | Member, Advisory Committee to the<br>Bureau of Health Professions on<br>Implementation of the Health<br>Professions Education Partnership Act<br>of 1998 | 1998 |
| National Board of Medical Examiners | Member, USMLE Step 2 "R set" Task | 1996 |

## SERVICE TO THE NATIONAL INSTITUTES OF HEALTH

| Committee | Role | Institute | Dates |
|---|---|---|---|
| Special Emphasis Panel<br>ZNS1 SRB-M (74) | Member | NINDS | 2010 |
| NSD-C Initial Review Group | Member | NINDS | 2010 |
| NST-1 Review Committee | Standing Member | NINDS | 2009-Present |
| Special Emphasis Panel/Scientific Review Group<br>ZNS1 SRB-B (18) | Member | NINDS | 2009-2010 |
| Special Emphasis Panel<br>ZNS1 SRB-R (43) | Member | NINDS | 2009 |
| Review Committee<br>ZNS1 SRB G (41) | Member | NIH | 2009 |
| Special Emphasis Panel/Continuing Clinical Trials<br>ZNS1 SRB-G (39) | Member | NINDS | 2009 |
| Special Emphasis Panel/ARRA Revisions<br>ZNS1 SRB-G (38) | Member | NINDS | 2009 |
| Special Emphasis Panel<br>ZNS1 SRB-G (37) | Chair | NINDS | 2009 |
| NST-1 Review Sub Committee | Ad-Hoc Member | NINDS | 2009 |
| Special Emphasis Panel/Scientific Review Group<br>ZHL1 CSR-G (M1) | Member | NINDS | 2009 |
| Special Emphasis Panel/Scientific Review Group<br>ZNS1 SRB-G (36) | Member | NINDS | 2009 |
| NSD-K Initial Review Group | Standing Member | NINDS | 2008-2009 |
| Special Emphasis Panel, Continuation CT<br>Review#<br>ZNS1 SRB-G (33) | Member | NINDS | 2008 |
| Special Emphasis Panel, CT #<br>ZNS1 SRB-G (31) | Member | NINDS | 2008 |
| Special Emphasis Panel, SPOTRIAS Review #<br>ZNS1 SRB-G (29) | Member | NINDS | 2008 |

| | | | |
|---|---|---|---|
| Special Emphasis Panel, Clinical Trial Review # ZNS1 SRB-B (11) | Member | NINDS | 2008 |
| Special Interest Panel, Clinical Trial Review # ZNS1 SRB-B (08) | Chair | NINDS | 2008 |
| Special Emphasis Panel, TRAINING # ZNS1 SRB-G (28) | Member | NINDS | 2008 |
| Special Emphasis Panel, Clinical Trial Review # ZNS1 SRB-B (09) | Member | NINDS | 2008 |
| Special Emphasis Panel, Continuing Clinical Trials Review # ZNS1 SRB-G (26) | Member | NINDS | 2008 |
| Special Emphasis Panel, SPOTRIAS Review # ZNS1 SRB-G (21) | Member | NINDS | 2007 |
| Special Emphasis Panel, NETT Review # ZNS1 SRB-G (23) | Member | NINDS | 2007 |
| Special Emphasis Panel, Continuing Clinical Trials Review # ZNS1 SRB-G (22) | Member | NINDS | 2007 |
| Special Emphasis Panel, NSDK Review # ZNS1 SRB-W (26) | Member | NINDS | 2007 |
| Special Emphasis Panel, WARCEF Review # ZNS1 SRB-K (46) | Member | NINDS | 2006 |
| Special Emphasis Panel, SPOTRIAS Review # ZNS1 SRB-G (41) | Member | NINDS | 2006 |
| Special Emphasis Panel, SPOTRIAS Review # ZNS1 SRB-M (30) | Member | NINDS | 2006 |
| NSD-K Initial Review Group | Standing Member | NINDS | 2005-2008 |
| Special Emphasis Panel, Acute Stroke Therapies Review # ZNS1 SRB-G (06) | Member | NINDS | 2005-2006 |
| Special Emphasis Panel, SPOTRIAS Review # ZNS1 SRB-M (30) | Member | NINDS | 2005 |
| Stroke Primary Prevention Task Force | Member | NINDS | 2004 |
| Support Systems for Providers Task Force | Member | NINDS | 2002 |
| Clinical Research Collaboration | Member | NINDS | 2002 |
| Primary and Secondary Stroke Prevention, Stroke Progress Review Group | Member | NINDS | 2001 |
| Health Services Implication, Stroke Progress Review Group | Member | NINDS | 2001 |

## COMMITTEE ASSIGNMENTS AT YALE SCHOOL OF MEDICINE

| Committee | Role | Dates |
|---|---|---|
| YCCI/CTSA Career Oversight Committee | Member | 2009 |
| YCCI/CTSA Grant Review Committee | Member | 2009 |
| Search Committee for Chair of Neurology | Member | 2008-2009 |
| Ad Hoc Dean's Advisory Committee on Student Grievances | Chair | 2008 |

5

| | | |
|---|---|---|
| Term Appointments & Promotions Committee | Member | 2006-Present |
| Medical Library Committee | Member | 2006-Present |
| Education Council, Department of Medicine | Member | 2004-Present |
| Part-Time Faculty Appointments and Promotions Committee | Member | 2000-Present |
| Physicians' Associate Program Review Committee | Member | 1995-1996 |

## INVITED TALKS OUTSIDE HOME INSTITUTION

| Topic | Event | Institution/Location |
|---|---|---|
| **2003** | | |
| Prevention of Stroke | Grand Rounds | Middlesex Hospital Middletown, CT |
| **2004** | | |
| Secondary Prevention of Stroke | Grand Rounds | Waterbury Hospital Waterbury, CT |
| **2005** | | |
| Dysglycemia and Stroke | Grand Rounds | Hartford Hospital Hartford, CT |
| Secondary Prevention of Ischemic Stroke | Grand Rounds | Saint Francis Hospital Hartford, CT |
| Teaching Quality of Care in the Medicine Clerkship | Forum | American Board of Internal Medicine Carmel, CA |
| Insulin Resistance Intervention after Stroke (IRIS) Trial | Staff Meeting | Hartford Hospital, Hartford, CT |
| Medical Complications of Stroke | Grand Rounds | St. Mary's Hospital Waterbury, CT |
| **2007** | | |
| How to Manage Diabetes Mellitus for Stroke Prevention | International Stroke Conference | American Heart Association San Francisco, CA |
| The Hemorrhagic Stroke Project | Society Meeting | Boston Stroke Society Boston, MA |
| Advances in Stroke Prevention | Conference | Sunrise Hospital and Medical Center Las Vegas, NV |
| Insulin Resistance and Vascular Disease: From Pathophysiology to Therapy | Grand Rounds | The University of Arizona in Tucson Tucson, AZ |
| Insulin Resistance and Vascular Disease: From Pathophysiology to Therapy | Grand Rounds | New York University New York, NY |
| Confirmation of the Association between PPA and Risk for Hemorrhagic Stroke: The Story of the Hemorrhagic Stroke Project and its Legal Fallout | Seminar for Neurology Residents | University of Texas at San Antonio San Antonio, TX |

6

| | | |
|---|---|---|
| Facilitating Student Learning | Symposium | AAMC Annual Meeting Washington, DC |
| Insulin Resistance and Risk for Stroke: Opportunities for Secondary Prevention | "Lunch & Learn" | NINDS, Clinical Research Collaboration Teleconference |
| Insulin Resistance and Risk for Stroke | Conference | Massachusetts General Hospital Boston, MA |
| IRIS: Treating Insulin Resistance to Prevent Stroke | Symposium | American Academy of Neurology Boston, MA |

**2008**

| | | |
|---|---|---|
| Glycemic Control for Preventing Stroke and Vascular Disease | International Stroke Conference | American Stroke Association, New Orleans, LA |
| Management of Metabolic Disease for Secondary Stroke Prevention | Symposium | Puerto Rican Academy of Neurology San Juan, Puerto Rico |
| Management of Metabolic Disease for Secondary Stroke Prevention | Grand Rounds | University of Western Ontario Ontario, Canada |
| Management of Metabolic Disease for Secondary Stroke Prevention | Grand Rounds | The Hospital of Central Connecticut New Britain, CT |
| Simulation: A Technique in Search of Meaning in the Medicine Clerkship | Lecture/Debate | CDIM Annual Meeting Orlando, FL |

**2009**

| | | |
|---|---|---|
| Metabolic Basis of Stroke Risk | Seminar | Newcastle University United Kingdom |
| Improving Insulin Sensitivity to Prevent Recurrent Stroke: The Insulin Resistance Intervention after Stroke (IRIS) Trial | "Lunch & Learn" | NINDS, Clinical Research Collaboration Teleconference |
| Stroke Risk Reduction in CT: An Opportunity for Primary Care Physicians | Conference | Connecticut Department of Public Health |
| Is There a Role for Tight Diabetes Control after Stroke? | Conference | American Heart Association Scientific Session 2009 Orlando, FL |

**2010**

| | | |
|---|---|---|
| Metabolic Syndrome and Stroke | Teleconference | Alberta Provincial Stroke Strategy Alberta, Canada |
| The Polypill: A Promising Strategy for Primary Prevention of Stroke | Conference | 27th Princeton Conference on Cerebrovascular Disease Boston, MA |

## INVITED TALKS AT HOME INSTITUTION

| Topic | Event | Institution |
|---|---|---|
| **2006** | | |
| Silent Partners, Shattered Mission: The Value of Time, Observation and Communication between Teacher and Learner in Medical Education | Grand Rounds | Yale |
| **2007** | | |
| Diabetes and Stroke | LM Brass Memorial Stroke Symposium | Yale |
| **2008** | | |
| Efficient Assessment of Student Competence in the Office | Faculty Development Symposium | Yale |
| The History and Future of the Primary Care Crisis in the United States | National Primary Care Week | Yale |
| **2009** | | |
| Measuring and Maintaining Drug Adherence in Long-Duration Studies: The IRIS Experience | General Internal Medicine Research in Progress | Yale |
| **2010** | | |
| Hypertension Diagnosis and Management for Psychiatrists | Hypertension Grand Rounds | Yale Psychiatric Hospital |

## CURRENT RESEARCH

A randomized trial of the effectiveness of pioglitazone, compared with placebo, for prevention of ischemic stroke and MI among non-diabetic men and women with a recent transient ischemic attack or ischemic stroke and insulin resistance.

## GRANT FUNDING

| Title | Source | Dates | Support |
|---|---|---|---|
| **CURRENT** | | | |
| Insulin Resistance Intervention after Stroke (IRIS) Trial | NIH/NINDS | 9/15/09-8/31/10 | 70% |

8

| | | | |
|---|---|---|---|
| Insulin Resistance Intervention after Stroke (IRIS) Trial | NIH/NINDS | 7/1/04-7/30/09 | 70% |
| **COMPLETED** | | | |
| Temporal Trend in Insulin Resistance After Acute Stroke | Takeda Pharmaceuticals North America | 12/17/01-3/18/03 | 10% |
| The Study of Insulin Resistance After Stroke-IIa | Takeda Pharmaceuticals North America | 12/19/01-11/28/02 | 10% |
| The Study of Insulin Resistance After Stroke-II | Takeda Pharmaceuticals North America | 1/1/01-11/28/02 | 10% |
| The Hemorrhagic Stroke Project | Non-Prescription Drug Manufacturers' Association | 8/94-8/99 | 40% |
| The Women's Estrogen for Stroke Trial | NIH/NINDS | 7/93-7/31/02 | 40 - 50% |

## PAPERS

1. Smith CR, Petty BG, Hendrix CW, Kernan WN, Garver PL, Fox K, Beamer A, Carbone CR, Threlkeld M, Leitman PS. Ceftriaxone compared with cefotaxime for serious bacterial infections. J Infect Dis 1989;160:442-447.

2. Burnand B, Kernan WN, Feinstein AR. Indexes and boundaries for "quantitative significance" in statistical decisions. J Clin Epidemiol 1990;43:1273-1284.

3. Kernan WN, Horwitz RI, Brass LM, Viscoli CM, Taylor KJW. A prognostic system for transient ischemia or minor stroke. Ann Intern Med 1991;114:552-557.

4. Kernan WN, Feinstein AR, Brass LM. A methodologic appraisal of research on prognosis after transient ischemic attacks. Stroke 1991;22:1108-1116.

5. Kernan WN, Castellsague J, Perlman GD, Ostfeld A. The Incidence of hospitalization for digitalis toxicity among elderly Americans. Am J Med 1994;96:426-431.

6. Kernan WN, Horwitz RI, Brass LM, Viscoli CM. Gender differences in prognosis after transient cerebral ischemia or minor stroke. J Stroke and Cerebrovasc Dis 1994;4:148-154.

7. Kernan WN, Goroll AH. A strategy for precepting medical students in ambulatory settings. Conn Med 1996;60:203-209. (Also in: Goroll AH, Morrison G. Core Medicine Clerkship Curriculum Guide, a project completed jointly and privately published by The Society of General Internal Medicine and The Clerkship Directors of Internal Medicine).

8. Kernan WN, O'Connor PG. Site accommodations and preceptor behaviors valued by third-year students in ambulatory internal medicine clerkships. Teach Learn Med

1997;9:96-102.

9.    Kernan WN, Brass LM, Viscoli CM, Sarrel PM, Makuch R, Horwitz RI. Estrogen after ischemic stroke: clinical basis and design of the Women's Estrogen for Stroke Trial. J Stroke and Cerebrovasc Dis 1998;7:85-95.

10.   Kernan WN, Viscoli CM, Makuch RW, Brass LM, Horwitz RI.  Stratified randomization in clinical trials. J Clin Epidemiol 1999;52:19-26.

11.   Kernan WN, Lee MY, Stone SL, Freudigman KA, O'Connor PG. Effective teaching behaviors for ambulatory preceptors. Am J Med 2000;108:499-502.

12.   Kernan WN, Viscoli CM, Brass LM, Makuch RW, Sarrel PM, Horwitz RI. Blood pressure exceeding national guidelines among women after stroke. Stroke 2000;31:415-9.

13.   Kernan WN, Viscoli CM, Brass LM, Makuch RW, Sarrel PM, Roberts RS, Gent M, Rothwell P, Sacco RL, Liu, RC, Boden-Albala B, Horwitz RI.  The Stroke Prognosis Instrument II (SPI-II): A clinical prediction instrument for patients with transient ischemia and non-disabling ischemic stroke. Stroke 2000;31:456-62.

14.   Ellis P, Green M, Kernan W.  An evidence-based medicine curriculum for medical students: the art of asking focused clinical questions. Acad Med 2000;75:528.

15.   Kernan WN, Viscoli CM, Brass LM, Broderick JP, Brott T, Feldmann E, Morgenstern LB, Wilterdink JL, Horwitz, RI. Phenylpropanolamine and the risk of hemorrhagic stroke. N Engl J Med 2000;343:1826-1832.

16.   Hamedani AG, Wells CK, Brass LM, Kernan WN, Viscoli CM, Maraire JN, Awad IA, Horwitz RI.  A quality-of-life instrument for young hemorrhagic stroke patients. Stroke 2001;32:687-695.

17.   Viscoli CM, Brass LM, Kernan WN, Sarrel PM, Suissa S, Horwitz RI.  A clinical trial of estrogen-replacement therapy after ischemic stroke. N Engl J Med 2001;345:1243-1249.

18.   Owens PL, Bradley EH, Horwitz S, Viscoli C, Kernan WN, Brass LM, Sarrel PM, Horwitz RI.  Clinical assessment of functional status among women with a recent cerebrovascular event: self-reported versus performance-based measure. Ann Intern Med 2002;136:802-811.

19.   Kernan WN, Inzucchi SE, Viscoli CM, Brass LM, Bravata DM, Horwitz RI.  Insulin resistance and risk for stroke. Neurology 2002;59:809-815.

20.   Morgenstern LB, Viscoli CM, Kernan WN, Brass LM, Broderick JP, Feldmann E, Wilterdink JL, Brott T, Horwitz RI.  Use of *ephedra*-containing products and risk for

hemorrhagic stroke. Neurology 2003;60:132-135.

21.     Kernan WN, Inzucchi SE, Viscoli CM, Brass LM, Bravata DM, Shulman GI, McVeety
        JC, Horwitz RI. Impaired insulin sensitivity among nondiabetic patients with a recent
        TIA or ischemic stroke. Neurology 2003;60:1447-1451.

22.     Corbie-Smith G, Viscoli CM, Kernan WN, Brass LM, Sarrel P, Horwitz RI.  Influence of
        race, clinical and other socio-demographic features on trial participation. J Clin
        Epidemiol 2003;56:304-309.

23.     Green ML, Gross C, Kernan WN, Wong JG, Holmboe ES.  Integrating teaching skills
        and clinical content in a faculty development workshop. J Gen Intern Med 2003;18:468-
        474.

24.     Kernan WN, Inzucchi SE, Viscoli CM, Brass LM, Bravata DM, Shulman GI, McVeety
        JC, Horwitz RI.  Pioglitazone improves insulin sensitivity among non-diabetic patients
        with a recent TIA or ischemic stroke. Stroke 2003;34:1431-1436.

25.     Broderick JP, Viscoli CM, Brott T, Kernan WN, Brass LM, Feldmann E, Morgenstern
        LB, Wilterdink JL, Horwitz R.  Major risk for aneurysmal SAH in the young are
        modifiable. Stroke 2003;34:1375-1381.

26.     Kernan WN, O'Connor PG, Holmboe ES.  Assessing educational practices of ambulatory
        care preceptors. Acad Med 2004;79:1088-1094.

27.     Bravata DM, Wells CK, Concato J, Kernan WN, Brass LM, Gulanski BI.  Two measures
        of insulin sensitivity provided similar information in a U.S. population. J Clin Epidemiol
        2004;57:1214-1217.

28.     Kernan WN, Viscoli CM, Inzucchi SE, Brass LM, Bravata DM, Shulman GI, McVeety
        JC.  Prevalence of abnormal glucose tolerance following a TIA or ischemic stroke. Arch
        Intern Med 2005;165:227-233

29.     Viscoli CM, Brass LM, Kernan WN, Sarrel PM, Suissa S, Horwitz RI.  Estrogen therapy
        and risk of cognitive decline: Results from the Women's Estrogen for Stroke Trial
        (WEST). Am J Obstet Gynecol 2005;192:387-393.

30.     Kernan WN, Viscoli CM, Brass LM, Gill TM, Sarrel PM, Horwitz R.  Decline in
        physical performance among women with a recent transient ischemic attack or ischemic
        stroke:  Opportunities for functional preservation.  A report of the Women's Estrogen for
        Stroke Trial (WEST). Stroke 2005;36:630-634.

31.     Kernan WN, Green M, Quagliarello V.  Student faculty rounds: a peer-mediated learning
        activity for internal medicine clerkships. Med Teach 2005;27:140-144.

11

32.     Bravata DM, Wells CK, Kernan WN, Concato J, Brass LM, Gulanski BI.  Association between insulin sensitivity and stroke. Neuroepidemiology 2005;25:69-74.

33.     Bravata DM, Wells CK, Gulanski B, Kernan WN, Brass LM, Long J, Concato J.  Racial disparities in stroke risk factors:  The impact of socioeconomic status. Stroke 2005;36:1507-1511.

34.     Feldmann E, Broderick JP, Kernan WN, Viscoli CM, Brass LM, Brott T, Morgenstern LB, Wilterdink JL, Horwitz RI.  Major risk factors for intracerebral hemorrhage in the young are modifiable. Stroke 2005;36:1881-1885.

35.     Rosenbaum JR, Wells CK, Viscoli CM, Brass LM, Kernan WN, Horwitz RI.  Altruism as reason for participation in clinical trials independently associated with adherence. J Clin Epidemiol 2005;58:1109-1114.

36.     Yaggi HK, Concato J, Kernan WN, Lichtman JH, Brass LM, Mohsenin V.  Obstructive sleep apnea as a risk factor for stroke and death. N Engl J Med 2005;353:2034-2041.

37.     Kernan WN, Hershman W, Alper EJ, Lee MY, Viscoli CM, Perry JR, O'Connor PG.  Disagreement between students and preceptors regarding the value of teaching behaviors for ambulatory care settings. Teach Learn Med 2008;20(2):143-150.

38.     Hauer KE, Fagan MJ, Kernan W, Mintz M, Durning SJ.  Internal medicine clerkship directors' perceptions about student interest in internal medicine careers. J Gen Intern Med 2008;23(7):1101-1104.

39.     Hauer KE, Durning SJ, Kernan WN, Fagan MJ, Mintz M, O'Sullivan PS, Battistone M, De Fer T, Elnicki M, Harrell H, Reddy S, Boscardin CK, Schwartz MD.  Factors associated with medical students' career choices regarding internal medicine. JAMA 2008;300(10):1154-1164.

40.     Kernan WN, Viscoli CM, DeMarco D, Mendes B, Shrauger K, et. al. Boosting enrollment in neurology trials with Local Identification and Outreach Networks (LIONs). Neurology 2009;72:1345-1351.


## INVITED PAPERS, COMMENTARIES, AND EDITORIALS

1.      Kernan WN, Fagan M, Elnicki DM.  CDIM's agenda for advancing medical student education in internal medicine. Am J Med 2004;117:713-717.

2.      Kernan WN.  Abstracts from the proceedings of the 2003 CDIM (Clerkship Directors of

12

Internal Medicine) annual meeting. Teach Learn Med 2004;16:296-300.

3.      Kernan WN, Inzucchi SE.  Type 2 diabetes and insulin resistance – stroke prevention and management.  Curr Treat Options Neurol 2004;6:443-450.

4.      Kernan WN.  Dealing in futures to prevent stroke after TIA. Lancet 2007;369:251-2.

5.      Kernan WN, Schindler JL.  Rapid intervention for TIA: a new standard emerges. Lancet Neurology 2007;6:940-941.

6.      Martinez K, Inzucchi SE, Viscoli C, Kernan WN.  Modifying insulin resistance to prevent stroke. Practical Diabetology, 2007;June:19-23.

7.      Kernan WN, Launer, LJ, Goldstein, LB. Polypill vs. Personalized Risk Factor Modification. Stroke 2010 (In press).


## MANUSCRIPTS SUBMITTED


## MANUSCRIPTS IN PREPARATION

## ABSTRACTS

 *1.    Burnand B, Kernan WN, Feinstein AR. How big a difference makes a difference? Delta boundaries for "quantitative significance". Clin Res 1988;36:332a.

 *2.    Kernan WN, Brass LB, Taylor KJ. Clinical outcomes and clinical predictors for patients with minor cerebrovascular accidents (CVAs). Program for the 1989 Annual Meeting of the Robert Wood Johnson Foundation Clinical Scholars Program.

 *3.    Kernan WN, Horwitz RI, Brass IM, Taylor KJ, Viscoli CM. Predicting adverse outcomes for patients with transient ischemic attacks (TIAs) and minor strokes.  Clin Res 1990;38:416a.

 4.     Kernan WN, Feinstein AR, Brass IM. A structured appraisal of methodology in research on prognosis after transient cerebral ischemia. Clin Res 1991;39:579a.

 5.     Brass LM, Kernan WN. The design and appraisal of randomized clinical trials for stroke and brain trauma. J Neurol Sci 1991;106:120.

 6.     Brass LM, Kernan WN, Viscoli CM, Chyatte D, Sarrel PM. Rates of hospitalization for stroke in women. 17th International Joint Conference on cerebral circulation, Dallas, Texas January, 1992.

7.  Kernan WN, Castellsague J, Perlman G, Ostfeld A. Incidence of hospitalization for digitalis toxicity among elderly persons. Clin Res 1992;40:558a.

 *8.  Kernan WN, Horwitz R, Brass L, Viscoli C. Gender differences in prognosis after transient cerebral ischemia or stroke. Clin Res 1992;40:559a.

9.  Kernan WN, Brass IM. Prediction of stroke or death following a carotid territory TIA o r minor stroke. J Stroke Cerebrovasc Dis 1992;2(suppl 1):S67.

*10.  Kernan WN. Time cost per patient for physicians to precept third-year students in ambulatory general medicine. 1994 Annual Meeting of Clerkship Directors in Internal Medicine.

*11.  Kernan WN, O'Connor PG. Student preferences for preceptor behaviors in ambulatory clerkships. J Gen Intern Med 1996;2:103.

*12.  Yuhan H, Viscoli CM, Brass LM, Kernan WN, Makuch R, Horwitz RI.  Estrogens associated with reduced risk of cognitive impairment in postmenopausal women. Clin Res 1997;45:197A.

*13.  Kernan WN, Viscoli CM, Brass LM, Makuch RM, Sarrel PM, Horwitz RI.  Uncontrolled blood pressure among women after ischemic stroke. J Gen Intern Med 1998;13(suppl 1):50.

*14.  Kernan WN, Viscoli CM, Brass LM, Makuch RM, Sarrel PM, Rothwell P, Sacco RL, Liu RC, Boden-Albala B, Horwitz RI. A new clinical prediction instrument for TIA and ischemic stroke. Stroke 1999;30:232.

*15.  Hamedani AG, Wells CK, Cicchetti DV, Brass LM, Kernan WN, Viscoli CM, Maraire JN, Awad IA, Horwitz RI.  Quale: A quality-of-life measure for hemorrhagic stroke. J Gen Intern Med 1999;14 (suppl 2):36.

*16.  Lee KM, Kernan WN, Viscoli CM, Brass LM, Sarrel PM, Horwitz RI.  Risk factors for major coronary events after ischemic stroke and transient ischemic attack. J Gen Intern Med 1999;14(suppl 2):47.

*17.  Kernan WN, Lee MY, Stone SL, O'Connor PG. Effective teaching behaviors for preceptors supervising medical students in ambulatory settings. J Gen Intern Med 1999;14 (suppl 2):142.

*18.  Corbie-Smith GM, Viscoli CM, Kernan WN, Brass LM, Sarrel PM, Horwitz RI.  Clinical features not race or education. Predictors of trial participation. J Gen Intern Med 2000;15 (suppl 1):60.

14

*19.   Oen-Hsiao J, Kernan WN, Viscoli CM, Brass LM, Morganstern LB, Awad IA, Wilterkink JL, Feldmann E, Brott T, Horwitz RI. Risk factors for misdiagnosis of subarachnoid and intracerebral hemorrhage. Stroke 2001;32:323.

*20.   Kernan WN, Fayad P, Rizzo JA.  Cost effectiveness of new antiplatelet agents in secondary stroke prevention. Stroke 2001;32:332.

*21.   Viscoli CM, Brass LM, Kernan WN, Sarrel PM, Horwitz RI.  Estrogen after ischemic stroke: effect of estrogen replacement on risk of recurrent stroke and death in the Women's Estrogen for Stroke Trial (WEST). Stroke 2001;32:329.

  22.   Loney LM, Sherwin RS, Kernan WN, Brass LM, Viscoli C, Horwitz RI.  Diabetes mellitus as an independent risk factor for stroke and death in postmenopausal women. 2001 American Diabetes Association 61st Scientific Sessions. Diabetes 2001;50 Suppl2:A159-A160.

*23.   Kernan WN, Viscoli CM, Inzucchi SE, Brass LM, Bravata DM, McVetty JC, Horwitz RI.  Insulin resistance among patients with ischemic stroke and TIA. Stroke 2002;33:389.

*24.   Inzucchi SE, Kernan WN, Viscoli CM, Brass LM, Bravata DM, McVetty JC, Horwitz RI.  Pioglitazone improves insulin resistance after stroke. Diabetes 2002;51(supplement 2):A139.

*25.   Kernan WN, Green M, Quagliarello V.  Student faculty rounds: a new peer-mediated learning conference for third-year students during a clerkship in ambulatory internal medicine. Clerkship Directors in Internal Medicine Annual Meeting 2002.

*26.   Kernan WN, O'Connor PG, Holmboe E.  Teaching encounter cards for evaluating ambulatory care preceptors. Clerkship Directors in Internal Medicine Annual Meeting, 2002.

*27.   The Hemorrhagic Stroke Project Investigators.  Major risk factors for aneurysmal SAH in the young are modifiable. Stroke 2003;34:243.

*28.   Bravata DM, Wells CK, Kernan WN, Concato J, Brass LM, Gulanski BI.  The association between insulin sensitivity and stroke. Stroke 2003;34:293.

*29.   Bravata DM, Wells CK, Gulanski B, Kernan WN, Brass LM, Concato J.  Racial disparities in stroke risk factors. Stroke 2003:34:289.

*30.   Kernan WN, Viscoli CM, Hershman W, Alper E, Lee MY, O'Connor PG.  Disagreement between students and faculty regarding teaching behaviors for ambulatory settings. Teach Learn Med 2004;16:297-298.

15

*31.   Kernan WN, Viscoli CM, Inzucchi SE, Brass LM, Bravata DM, Shulman GI, McVeety JC.  Prevalence of abnormal glucose tolerance following a TIA or ischemic stroke. American Stroke Association, February 5-7, 2004.

*32.   Harburger JM, Kernan WN, Viscoli CM, Brass LM.  Impaired insulin sensitivity and risk for recurrent vascular events after stroke or TIA. International Stroke Conference 2005, Feb 2-3, 2005.

*33.   The Hemorrhagic Stroke Project Investigators.  Major risk factors for primary intracerebral hemorrhage in the young are modifiable.  Stroke, January 2004:331.

*34.   Hauer KE, Durning S, Kernan WN, Fagan MJ, Harrell HE, Mintz M, Battistone M, Elnicki M, De Fer T, Reddy S, Schwartz MD. A multi-center survey of factors influencing medical students' career choice regarding internal medicine. SGIM 31st Annual Meeting, April 9-12, 2008.

*35.   Furie KL, Viscoli CM, Gorman MJ, Young LH, Inzucchi SE, Lovejoy AM, Horwitz RI, Kernan WN.  Lower rates of consent in women screened for stroke prevention trials: The IRIS experience. International Stroke Conference 2009, Feb 17-20, 2009. Stroke 2009;40(4):e129.

*36.   Viscoli CM, Inzucchi SE, Young LH, Furie KL, Gorman MJ, Horwitz RI, Lovejoy AM, Kernan WN.  Predictors of insulin resistance in a large cohort of ischemic stroke patients in the IRIS trial. International Stroke Conference 2009, Feb 17-20, 2009. Stroke 2009;40(4):e142.

*37.   Zhang Z, Viscoli C, Kernan W.  Who takes how much:  Predictors of drug adherence in a large trial of stroke prevention. International Stroke Conference 2010, Feb 23-26, 2010. Stroke 2010;41(4): e16.

*Selected for Presentation

## LETTERS TO EDITOR

1.   Kernan WN. Short term results of carotid endarterectomy. Stroke 1989;20:699.

2.   Brass LM, Kernan WN. Clinical scales for patients with stroke. Neurology 1989;29:1556.

3.   Kernan WN, Brass LM, Makuch RM. Reply to O'Rourke. On the alleged protective effect of stratification against "Type I" error. J Clin Epidemiol 1999;52:1289-90.

4.   Kernan WN, Makuch RM. Reply to Bracken. On stratifciation, minimization and protection against types 1 and 2 error. J Clin Epidemiol 2001;54:105.

5.    Kernan WN, Viscoli CM, Brass LM, Horwitz RI. Phenylpropanolamine and Risk of Hemorrhagic Stroke. N Engl J Med 2001;344:1095.

6.    Viscoli CM, Kernan WN, Sarrel PM.  Estrogen-Replacement Therapy after Ischemic Stroke.  N Engl J Med 2002;346:942-43.

7.    Kernan WN, Brass LM, Broderick JP, Brott T, Feldmann E, Morgenstern LM, Viscoli CM. Use of ephedra-containing products and risk for hemorrhagic stroke. Reply Correspondence to Editor. Neurology September 2003;1:724-725.

8.    Kernan WN, Inzucchi SE, Viscoli CM.  Insulin and membrane microviscosity of erythrocytes as risk factors for stroke. Response. Stroke 2003;34:e225-e226.

9.    Kernan WN.  Evaluation of acute candesartan cilexetil therapy in stroke survivors. Stroke 2003:34:1699-1703.

## BOOK REVIEWS

1.    Kernan WN.  The Prevention of Stroke. N Engl J Med 2003;348:370-371.


Revised 7/1/10
Kernan\CV

17

Exhibit B

Bibliography

1.  Kernan WN, Castellsaque J, Perlman GD, Ostfeld A. Incidence of hospitalization for digitalis toxicity among elderly americans. Am J Med 1994;96:426-31.
2.  Smith TW. Digoxin in heart failure. N Engl J Med 1993;329:51-3.
3.  The Digitalis Investigation Group. The effect of digoxin on mortality and morbidity in patients with heart failure. N Engl J Med 1997;336:525-33.
4.  Gheorghiade M, van Veldhuisen DJ, Colucci WS. Contemporary use of digoxin in the management of cardiovascular disorders. Circulation 2006;113:2556-64.
5.  Fuster V, Al. E. ACC/AHA/ESC 2006 Guidelines for the management of patients with atrial fibrillation - executive summary. Journal of the American Academy College of Cardiology 2006;48:854-906.
6.  Annonymous. Digoxin. In: in Micromedex Evaluations. Greenwood Village: Thompson Reuters; 2009.
7.  Golan DE, Tashjian AH, Armstrong EJ, Armstrong AW, eds. Principles of Pharmacology.  The pathophysiologic basis of drug therapy. Second ed. Philadelphia: Wolters Kluwer; 2008.
8.  Faulx MD, Pina IL, Francis GS. Adverse Cardiovascular Drug Interactions and Complications. In: Fuster V, O'Rourke RA, Walsh RA, Poole-Wilson P, eds. Hurst's The Heart. 12 ed; 2008:2162-4.
9.  Gheorghiade M, Adams KF, Colucci WS. Digoxin in the Management of Cardiovascular Disorders. Circulation 2004;109:2959-64.
10. Vivo RP, Krim SR, Perez J, Inklab M, Tenner T, Hodgson J. Digoxin: current use and approach to toxicity. Am J Med Sci 2008;336:423-8.
11. Bauman JL, DiDomenico R, J., Galanter WL. Mechanisms, manifestations, and management of digoxin toxicity in the modern era. American journal of cardiovascular drugs 2006;6:77-86.
12. Fisch C, Knoebel SB. Digitalis cardiotoxicity. Journal of the American Academy College of Cardiology 1985;5:91A-8A.
13. Haynes K, Hennessy S, Localio AR, et al. Increased risk of digoxin toxicity following hospitalization. Pharmacoepidemiology and Drug Safey 2009;18:28-35.
14. Leahey EB, Reiffel JA, Drusin RE, Heissenbuttel RH, Lovejoy WP, Bigger JT. Interaction between quinidine and digoxin. JAMA 1978;240:533-4.
15. Marcus FI. Pharmacokinetic interactions between digoxin and other drugs. Journal of the American Academy College of Cardiology 1985;5:82A-90A.
16. Marik PE, Fromm L. A case series of hospitalized patients with elevated digoxin levels. Am J Med 1998;105:110-5.
17. Rothman KJ, Greenland S. Causation and causal inference. In: Rothman KJ, Greenland S, eds. Modern Epidemiology. Second ed. Philadelphia: Lippincott Williams & Williams; 1998.

18.    Kramer MS, Leventhal JM, Hutchinson TA, Feinstein AR. An algorithm for the opeational assessment of adverse drug reactions. I. Background, description, and instructions for use. JAMA 1979;242:623-32.

Exhibit C

Walter N. Kernan, M.D.
Deposition and Court Testimonies in Past 4 Years

| Date of most recent Testimony | My Client | | | | Testimony | |
|---|---|---|---|---|---|---|
| | Type* | Name | State | Issue | Deposition | Court |
| 2/05 | D | David Glabman | FL | SLE | Yes | Yes |
| 8/05 | D | Nature's Sunshine | PA | Stroke/Ephedra | Yes | No |
| 11/05 | D | Sho Me Natural | FL | Stroke/Ephedra | Yes | No |
| 8/06 | D | Phoenix Health | OK | Stroke/Ephedra | Yes | No |
| 11/06 | P | Andrea Daugherty | NJ | Cervical Cancer | Yes | No |
| 1/07 | D | Steven Urcioli | CT | Renal Cell Cancer | Yes | No |
| 3/08 | D | Gary Ferenchick | MI | Histoplasmosis | Yes | Yes |
| 7/08 | D | Miriam Hospital | RI | MI Prevention | Yes | Yes |
| 8/08 | D | The Pantry | FL | Stroke/Ephedra | Yes | No |
| 10/08 | D | David Salm | CT | MI Prevention | Yes | Yes |
| 8/09 | P | Sheila Matthews | FL | Epidural Abscess | Yes | Yes |
| 8/09 | D | Kelli Naylor | RI | MI diagnosis | Yes | No |
| 9/09 | D | Shahmaz Hussein | CT | GI bleeding | Yes | No |
| D=Defendant P=Plaintiff | | | | | | |