# EXHIBIT 3

Marc J. Semigran, M.D.                                    June 23, 2010

Page 1

Volume: I<br>
Pages: 1-132<br>
Exhibits: See Index

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MDL CASE NO. 2:09-cv-121<br>
MDL 1968

IN RE: DIGITEK PRODUCT LIABILITY LITIGATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
BOBBY R. MILLIGAN, ET AL.,               :
          PLAINTIFFS                      :
                                          :
  v.                                      :
                                          :
ACTAVIS GROUP HF, ET AL.,                 :
          DEFENDANTS                      :
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    DEPOSITION OF MARC J. SEMIGRAN, M.D., a witness

called on behalf of the Defendant, Actavis Group, HF,

pursuant to the provisions of the Federal Rules of

Civil Procedure, before Lisa McDonald Valdario, (CSR

#130093), a Registered Professional Reporter and

Notary Public in and for the Commonwealth of

Massachusetts, held at the Holiday Inn Boston at

Beacon Hill, 5 Blossom Street, Boston, Massachusetts

02114, on Wednesday, June 23, 2010, commencing at

10:04 a.m.

DEFENDANT'S
EXHIBIT
3

Marc J. Semigran, M.D.                                      June 23, 2010

Page 2

```
 1   APPEARANCES:

 2        THE MILLER FIRM, LLC
          The Sherman Building
 3        Orange, Virginia 22960
          BY:  Peter Miller, Esquire
 4             pmiller@dratlaw.com
               800.882.2525
 5             540.672.4224
           and MOTLEY RICE
 6         BY: Meghan Johnson Carter, Esquire
               28 Bridgeside Boulevard
 7             Mt. Pleasant, South Carolina  29464
               mjohnson@motleyrice.com
 8             843.216.9383
               Attorneys for the Plaintiff Steering Committee
 9             and Dr. Semigran

10

11        TUCKER ELLIS & WEST, LLP
          1150 Huntington Building
12        925 Euclid Avenue
          Cleveland, Ohio  44115-1414
13        BY:  Matthew P. Moriarty, Esquire
               216.592.5000
14                  Attorney for the Actavis Defendants

15

16        SHOOK, HARDY & BACON, LLP
          1155 F Street NW
17        Washington, D.C.  20004
          BY:  Ericka L. Downie, Esquire
18             edownie@shb.com
               202.639.5610
19                  Attorney for the Mylan Defendants

20

21

22

23

24

25
```

Marc J. Semigran, M.D.                                June 23, 2010

```
                                                      Page 3
  1                      I N D E X

  2   WITNESS          DIRECT    CROSS   REDIRECT    RECROSS

  3   MARC J. SEMIGRAN, M.D.

  4   BY MR. MORIARTY    4                  125

  5   BY MS. DOWNIE              116

  6   BY MR. MILLER              127

  7

  8

  9                    E X H I B I T S

 10   No.        Description                         Page

 11   43(A)      Notice of Taking Deposition            4

 12   43(B)      Article: Relationship of Serum Digoxin  104
                 Concentration to Mortality and Morbidity
 13              in Women in the Digitalis Investigation
                 Group Trial

 14

 15   38         Document: Facts and Myths about Generic  112
                 Drugs

 16

 17        ***EXHIBITS GIVEN TO REPORTER TO APPEND TO

 18                    TRANSCRIPTS***

 19

 20

 21

 22

 23

 24

 25
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 4

```
 1                  P R O C E E D I N G S
 2              (Notice of Deposition marked Defendant
 3               Exhibit No. 43(A) for identification.)
 4                     MARC J. SEMIGRAN, M.D.
 5             A witness called for examination, having been
 6             duly sworn, testified as follows:
 7                     DIRECT EXAMINATION
 8     BY MR. MORIARTY:
 9     Q   Tell us your full name, please.
10     A   Marc Semigran, Marc J. Semigran.
11     Q   You are a cardiologist, aren't you?
12     A   Correct.
13     Q   First thing I want to hand you is Defendant's
14         Exhibit 43(A).  This is a Notice of your
15         Deposition.  Have you seen that before?
16     A   Yes.
17     Q   All right.  And included in here was our request
18         that you bring certain documents, and I have
19         looked through here and I know some of these you
20         have, but I want to ask about some others.
21             Have you brought all correspondence and
22         communication between yourself and anyone
23         representing the plaintiffs in this litigation?
24     A   Yes.  Yes, I have.
25     Q   That's in that manila folder you let me look
```

Marc J. Semigran, M.D.                                June 23, 2010

Page 5

1      through?

2    A    Yes.

3    Q    Any documents that the plaintiffs' attorneys

4         prepared and gave you, did you bring those?

5    A    Yes.

6    Q    Some billing information, did you bring that?

7    A    Yes.

8    Q    And then, of course this is your entire file, and

9         you've told me that you brought that, right?

10   A    Yes.

11   Q    And the documents that you reviewed, like medical

12        literature, you brought that?

13   A    Yes.  There's two that were very large that I

14        reviewed on line that I can transmit to you

15        electronically.  They were each over 150 pages.

16        I'll be happy to do that.

17   Q    Tell me what those were.

18   A    Those were the Poison Control reports, I think

19        referenced in my statement.

20   Q    Actually, I believe I retrieved those myself.  I

21        created a binder, and I'm opening the binder to

22        Tab 8.  You're talking about a document that looks

23        something like that?

24   A    Yes.

25   Q    That's the 2006?

Marc J. Semigran, M.D.                                    June 23, 2010

Page 6

 1    A    Yes.

 2    Q    And then my binder Tab 9, that's the 2007?

 3    A    Yes, that looks like the front page, yes.

 4    Q    That's the two long documents you looked at on

 5         line that you did not bring.

 6              MR. MILLER:  Matt, just for the record, if

 7         you could read the title of Tab 8 and Tab 9, I'd

 8         appreciate it; keep the record clear.

 9    Q    2006 Annual Report of the American Association of

10         Poison Control Centers' National Poison Data

11         System; is that right?

12    A    Yes.

13    Q    And Tab 9 was the same title but for 2007, and

14         this is designated as the 25th Annual Report; is

15         that correct?

16    A    That's what you're reading, yes.

17    Q    Well, that's what you looked at on line.

18    A    I looked at on line, a portion of it.

19    Q    Did you take any handwritten notes during your

20         review of this material?

21    A    No.

22    Q    All right.  Then this has been marked as Exhibit

23         42.  This is the actual report that you drafted

24         for purposes of this litigation, is it not?

25    A    It does look like it, yes.  I brought my own copy.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 7

```
 1   Q   We'll get your folder back to you.  The last page
 2       of this, page 12, is what you call References,
 3       correct?
 4   A   Right.
 5   Q   And there are 11 items listed on here?
 6   A   Correct.
 7   Q   And the Tabs 8 and 9 of my binder correspond with
 8       items 8 and 9 of your reference list, is that
 9       right?
10   A   Yes.
11           MR. MORIARTY:  Pete, while I'm thinking of
12       it, there is a stack of the Exhibits.
13           MR. MILLER:  Okay.  Thank you.
14           MR. MORIARTY:  And if Meghan wants her own
15       stack, we seem to have hacked a few trees today.
16           MR. MILLER:  That's fine.
17           MS. CARTER:  I can always make copies.
18   Q   How many times have you had your deposition taken
19       before?
20   A   About three or four.
21   Q   And were all of those in medical negligence cases?
22   A   Yes.
23   Q   Have you ever been sued yourself for medical
24       negligence?
25   A   No.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 8

```
 1   Q   Have you reviewed the specific medical records for

 2       any plaintiff in the Digitek litigation?

 3   A   I think there were two.

 4   Q   All right.  Do you anticipate writing specific

 5       reports for those two patients in the Digitek

 6       litigation?

 7   A   I was not asked to, so I would say not.  I don't

 8       know.

 9   Q   Okay.

10   A   Depends whether I'm asked.

11   Q   Have you reviewed the reports of any other experts

12       in this case?

13   A   No.

14   Q   Not even Dr. Nelson, the pharmacologist who we

15       deposed in Cincinnati yesterday?

16   A   I've not been provided with it, so no.

17   Q   That's fine.  Prior to this litigation, when do

18       you think was the last time you looked at the

19       Detailed Patient Labeling for either Lanoxin or

20       any of its generic counterparts?

21   A   When did the litigation start?

22   Q   Summer of 2008.

23   A   So prior to summer of 2008.

24   Q   You know what, let me withdraw that question.

25   A   Okay.
```

Marc J. Semigran, M.D.                                    June 23, 2010

 1  Q   Do you know when you were first retained as an
 2      expert on this?
 3  A   I believe it was in approximately mid 2009 that I
 4      was asked to review a couple of cases.
 5  Q   Who's been your primary contact with the
 6      plaintiffs?
 7  A   Carmen Scott.
 8  Q   Did you have any previous consulting relationship
 9      with Carmen Scott or her law firm, Motley Rice?
10  A   No, I don't believe so.
11  Q   So she called you presumably out of the blue,
12      right?
13  A   Yes.
14  Q   And you agreed to look at some specific cases or
15      the picture overall?
16  A   No, specific cases at the time.
17  Q   In those specific cases, did you find that there
18      was, just so I know what those cases were, was
19      there a clinical diagnosis in the medical records
20      of those patients of digoxin toxicity?
21  A   I don't recall because I didn't write a report, so
22      I didn't really retain anything on it.  It was
23      really, I mean, I think I reported back to her on
24      these in summer/fall of 2009.  I think I have some
25      of the invoices on those in the file there so I

Marc J. Semigran, M.D.                                    June 23, 2010

Page 10

1      could give you the exact dates.

2   Q   Do you remember -- go ahead.

3   A   And I don't really remember the details of the

4       cases.

5   Q   Do you remember even grossly whether you said, I

6       think you have a case or don't have a case in

7       these two particular cases?

8   A   I don't.  I don't.

9   Q   All right.  Well, anyway, before you were

10      consulted by Carmen Scott, when was the last time

11      you think you reviewed the Detailed Patient

12      Labeling for either Lanoxin or any of its generic

13      counterparts?

14  A   Probably 2007, 2008.

15  Q   And what would have been the circumstances to

16      cause you to look at the Detailed Patient Labeling

17      for a digoxin product?

18  A   Probably to review the pharmacokinetics in an

19      unusual situation that I was giving a patient

20      digoxin for.

21  Q   Just so we're clear on what Detailed Patient

22      Labeling is, I'm going to hand you what I've had

23      marked as Defendant's Exhibit 7.  That should be

24      the Lanoxin labeling.

25  A   This looks like it comes from the PDR.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 11

 1  Q   Well, what comes from the PDR is essentially what
 2      is contained in the package insert, is that
 3      correct?
 4  A   I'm not sure.  I mean, we usually, I usually would
 5      go on line to the manufacturer's site where
 6      they'll have the package insert on, you know,
 7      they'll say For Professionals on the site, and
 8      then they'll have the package insert.
 9  Q   All right.  But at least that looks like the PDR
10      version of the Lanoxin Detailed Patient Labeling?
11  A   That's what it looks like, yes.
12  Q   Do you know whether the PDR is a compendium of FDA
13      approved Detailed Patient Labeling?
14  A   I don't know.
15          MR. MILLER:  Let me see that.
16          MR. MORIARTY:  It's in your stack, I
17      believe.
18          MR. MILLER:  Oh, okay.
19          MR. MORIARTY:  If it isn't, I'm happy to
20      show it to you.
21          MR. MILLER:  You are correct.  Thank you.
22  Q   So once you were called upon to consult in this
23      litigation, did you go back and look at either the
24      Lanoxin label or the Digitek label?
25  A   Did not.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 12

```
 1    Q    Before last night or this morning, had you ever
 2         met in person either Mr. Miller or Ms. Carter
 3         Johnson, Johnson Carter, sorry, or Carmen Scott?
 4    A    I had not met either of these two, no.  And I
 5         believe I met Miss Scott when she was passing
 6         through town, perhaps early 2009 or mid 2009 when
 7         she came through, and asked just if I was
 8         interested in discussing digoxin toxicity.  She
 9         told me a little bit about the Digitek situation.
10    Q    Okay.  And other than people we've already talked
11         about, have you talked about this litigation with
12         anybody else?
13    A    No.
14    Q    Any pharmacology or pharmacokinetic personnel at
15         Massachusetts General Hospital?
16    A    No.
17    Q    Any other cardiologists at Mass. General?
18    A    No.
19    Q    Any residents or fellows at Mass. General?
20    A    No.
21    Q    Have you asked any of your residents or fellows to
22         undertake any research for you regarding digoxin
23         or Digitek?
24    A    No.
25    Q    This is Exhibit 43.  That is the CV that I was
```

Marc J. Semigran, M.D.                              June 23, 2010

Page 13

```
 1        provided a week or so ago, two weeks ago, whenever
 2        it was.
 3    A   Okay.
 4    Q   Does that look like your up-to-date CV?
 5    A   It does.
 6    Q   All right.  And it is 49 pages long, right?
 7    A   Okay.  I guess so.
 8    Q   I think you'll find me to be fairly trustworthy,
 9        okay.
10    A   Okay.
11    Q   I want to ask you some questions about your
12        background and your work.
13    A   Okay.
14    Q   Feel free to look at that if you need to, okay?
15    A   Thank you.
16    Q   Obviously, you're board certified as a
17        cardiologist, right?
18    A   Correct.
19    Q   Do you have any other board certifications other
20        than possibly internal medicine?
21    A   Internal medicine, that would be it.
22    Q   Anything else?
23    A   No.
24    Q   Did you do any other subspecialty training besides
25        cardiology?
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 14

```
 1   A   No.  I did sub-subspecialty training in heart
 2       failure, and actually, the board exam for the
 3       first time, it's being offered this fall.
 4   Q   There's going to be a heart failure board exam?
 5   A   Correct.
 6   Q   Did you write the exam?
 7   A   No.
 8   Q   Are you sitting for the exam?
 9   A   Yes.
10   Q   Okay.
11   A   I plan to.
12   Q   Overall, tell me what your current professional
13       interest really is.  I mean, are you primarily a
14       heart failure cardiologist?
15   A   Yes.
16   Q   And I would assume at an institution as large and
17       prestigious at Mass. General, there is a
18       considerable amount of subspecialty that goes on?
19   A   Yes.
20   Q   So there may be electrophysiology cardiologists
21       and some cardiologists who focus more on atrial
22       fibrillation, et cetera, correct?
23   A   Yes.
24   Q   And tell me the extent of your inter-reaction with
25       the transplant program.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 15

```
 1    A    I direct the heart transplant program.

 2    Q    You do, okay.  Is there a colleague on the

 3         surgical side who is a co-director of that?

 4    A    Yes.  And I'm actually the medical director and he

 5         is the surgical director.

 6    Q    Who is the surgical director?

 7    A    Bruce Rosengard.

 8    Q    As the medical director of the transplant program,

 9         what is your function?

10    A    Well, I am responsible for the administration of

11         the cardiac transplant program, including leading

12         the meetings that we have on a regular basis to

13         discuss potential cardiac transplant recipients

14         and transplant patients.

15             I am responsible or share responsibilities

16         with the surgical director for reporting to the

17         government and to the United Network for Organ

18         Sharing, our statistics, and the details about our

19         program.

20             I certainly have clinical responsibilities.

21         I work with the patients and help care for them.

22         I supervise my colleagues in doing so, as well as

23         our nursing staff that does so.

24    Q    Okay.  That gives me a pretty good idea.

25    A    That's most of it.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 16

1   Q   All right.  So I think what you were saying, you

2        didn't use the word list, but there is such a

3        thing called a transplant list, is there not?

4   A   You mean the list of people awaiting transplants?

5   Q   Correct.

6   A   Okay, yes.

7   Q   And in order to be on the transplant list, there

8        is, application's not the right word, but you have

9        to qualify to be on the list, correct?

10  A   Well, we evaluate patients, and if we think that

11       they would benefit from cardiac transplantation,

12       we place them on the list.

13  Q   Are you part of the screening process for that?

14  A   Yes.

15  Q   Is it still true that there are more people who

16       need heart transplants than there are available

17       hearts for transplant?

18  A   Yes.

19  Q   How many heart transplants a year does

20       Massachusetts General Hospital perform?

21  A   It's varied a fair amount by year.  I believe we

22       did 19 in 2009 and 28 in 2008; approximately 18 in

23       2007.  I could get that information for you.

24  Q   No, that's -- I could probably look it up.

25  A   Yes.

Marc J. Semigran, M.D.                                    June 23, 2010

                                                            Page 17

```
 1   Q   And nationally, where do your statistics place you
 2       as far as volume of heart transplants?
 3   A   In the middle, I would say.  We're certainly not
 4       the highest volume.  I doubt we're in the top 10
 5       or so.  There are I think approximately 150
 6       cardiac transplant centers in the U.S.  There are
 7       a fair number of centers that do fewer than 10 a
 8       year.  I'd say we're in the middle.
 9   Q   That's fine.  Is the Brigham in Boston also a
10       heart transplant center?
11   A   Yes.
12   Q   Is that the only other one in Boston?
13   A   No.
14   Q   How many are there in Boston?
15   A   Four.
16   Q   Every once in a while this fan is going to kick on
17       so we may have to ask you to repeat.
18   A   That's okay.
19   Q   Do you have any special training in quality
20       control chemistry in the pharmaceutical industry?
21   A   No.
22   Q   Do you have any special training in the quality
23       assurance process of the pharmaceutical industry?
24   A   No.
25   Q   Do you have any special training or experience in
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 18

1      the regulatory aspects of the pharmaceutical

2      industry?

3   A   No.

4   Q   Have you ever published on any of those subjects?

5   A   No, I don't believe so.

6   Q   From looking at your CV, you do participate in a

7      substantial number of clinical trials, do you not?

8   A   Fair number.

9   Q   Have you ever worked directly for a pharmaceutical

10     company; in other words, been an employee of a

11     pharmaceutical company?

12  A   No.

13  Q   Have you ever been an employee of the FDA?

14  A   No.

15  Q   Which journals do you routinely review and rely on

16     for your clinical practice for cardiology?

17  A   There are a fairly large number.  I think that --

18  Q   Why don't you give me the top five.

19  A   Top five.  New England Journal of Medicine,

20     Circulation, Circulation Heart Failure, Journal of

21     American College of Cardiology, Journal of Heart

22     and Lung Transplantation.

23  Q   Were you or Mass. General involved in the, any of

24     the three following trials I'm going to mention,

25     DIG, D I G?

Marc J. Semigran, M.D.                                    June 23, 2010

Page 19

```
 1   A   No.

 2   Q   PROVED, which is all caps.

 3   A   No.

 4   Q   Or RADIANCE, which is all caps.

 5   A   No.

 6           Can I just correct that?  I can speak for

 7       myself.  I don't believe anyone else at our

 8       hospital was, but I know for myself that I was

 9       not.

10   Q   All right.  From time to time, do you check any

11       references to see if a particular drug that you

12       are prescribing or thinking of prescribing for a

13       patient will interact with other drugs?

14   A   Yes.

15   Q   What references do you typically check to evaluate

16       that situation?

17   A   Well, I'll look at the prescribing information

18       that's on line.

19   Q   Okay, on line.

20   A   I'll look at the literature.  I'll do a PubMed

21       search or an Orbit search to see if there is a

22       potential interaction there.  There is actually a

23       Mass. General Pharmaceutical Information Service

24       that I can look for.

25   Q   Is that proprietary to Mass. General?
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 20

```
 1   A   I think some of it is, and some of it links to
 2       outside reference services.  And then we have
 3       clinical pharmacists that we can consult with.
 4   Q   Okay.  So when you say on line, are you talking
 5       again going to like the manufacturer's data?
 6   A   That's one of the options, yes.  For example, the
 7       prescribing information.
 8   Q   Okay.  All right.  So just for example, if you're
 9       going to look at the prescribing information the
10       GSK has for Lanoxin, what actual, would you go to
11       GSK, would you go to Lanoxin?
12   A   I'd go to GSK.com, and look and see if they have
13       a, they usually have an area for professionals,
14       and go to that, and they'll usually have a list of
15       the drugs that they sell, and you can go to the
16       site for that, and they'll usually have a variety
17       of options there.
18   Q   Right.
19   A   The other thing that I have done is I've gone to,
20       the FDA.gov has its list of approved labeling and
21       approved prescribing information for drugs, and
22       actually, I'd say I've probably done that more
23       recently than gone to the manufacturers' sites.
24   Q   Okay.  Any particular reason why?
25   A   Well, I wanted the latest official information on
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 21

```
 1      some medications.

 2   Q  Other than what you had in medical school or in

 3      your post-graduate training, do you have any

 4      special training in epidemiology?

 5   A  I've gone to occasional courses that are given at

 6      the hospital.  I don't have any certificates of,

 7      you know.

 8   Q  What about pharmacology.

 9   A  Well, I, you know, I started in the Ph.D. program

10      of pharmacology in medical school, so I actually

11      completed the first year course requirements in

12      pharmacology.

13   Q  Was that at Harvard Medical School?

14   A  Correct.

15   Q  Or was that part of the joint program you did at

16      MIT?

17   A  Well, they were all the same really.  So the Ph.D.

18      would have been from Harvard.

19   Q  Got it, okay.

20   A  And the courses I think were all at Harvard, but I

21      am not completely certain of that.  It was a

22      number of years ago.

23   Q  All right.  So you had one year of specialty

24      training, and was that -- I mean, obviously you

25      deal with it daily.
```

Marc J. Semigran, M.D.                                June 23, 2010

Page 22

```
 1   A   Right.

 2   Q   But no more special training than that one year?

 3   A   No more special training than that one year.  I

 4       did research in the laboratory in pharmacology for

 5       a year as well.

 6   Q   Was any of that research devoted to digoxin?

 7   A   No.

 8   Q   Or any other cardiac glycoside?

 9   A   No.

10   Q   Tell me what your current faculty positions are.

11   A   I'm an associate professor of medicine at Harvard

12       Medical School.

13   Q   Is that it?

14   A   That's it.

15   Q   Now, I assume that -- well, first of all, are

16       there any didactic classroom teaching associated

17       with that position?

18   A   Yes.  I give, and it's in the CV, the details, but

19       I give one or two lectures a year to, in the

20       medical school to the cardiovascular pathophys

21       course.  There are more frequent lectures to the

22       house staff in, I guess you say classrooms, and to

23       our cardiology fellows.

24   Q   Okay.  And then obviously, you have clinical

25       teaching responsibilities where you're rounding
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 23

 1      with some number of people, right?

 2   A  Correct.

 3   Q  Did you ever do any study of the Mass. General

 4      statistics to see if there was any spike in

 5      diagnoses of digoxin toxicity in 2005, 6, 7 or 8?

 6   A  Did not.

 7   Q  Are there people at Mass. General who watch for

 8      trends like that?

 9   A  There is a quality assurance program.  I am not

10      sure.  I do not know if that's one of their

11      charges.

12   Q  Well, given your administrative positions and your

13      clinical positions, if there had been some spike

14      in the diagnoses of digoxin toxicity in those

15      years, do you think that's something that would

16      have come to your attention?

17   A  I can only say possibly.  It's a large

18      organization, and often times there are things I

19      think should have come to my attention earlier

20      than they do, that I eventually find out about,

21      so.

22          There are probably things that I might think

23      should come to my attention that do not.

24   Q  Your CV, because of its length, was a bit much to

25      get through all the publications.  Have you ever

Marc J. Semigran, M.D.                                   June 23, 2010

```
 1        published anything that's primarily about digoxin

 2        or cardiac glycosides?

 3   A    No, I don't believe so.

 4   Q    I would assume in some of your articles there are

 5        references to digoxin because it's a commonly

 6        prescribed cardiac drug; is that fair?

 7   A    That's fair.  I can't immediately point to one,

 8        but --

 9   Q    How many times have you been involved in

10        litigation as an expert witness?

11   A    Would be approximately -- by an expert witness,

12        just to clarify, you mean giving a deposition or

13        would even just reviewing a case?

14   Q    Reviewing cases to start, and I assume some fall

15        off and there is a smaller number that go to

16        report, smaller number that go to deposition, et

17        cetera.  So how many cases do you review?

18   A    I think perhaps in terms of cases, probably about

19        40 or so over the course of my career.

20   Q    How many do you think have gone to report?

21   A    Maybe about a dozen.

22   Q    What percentage of those have been medical

23        negligence cases as opposed to pharmaceutical

24        products liability cases?

25   A    None were pharmaceutical liability, so a hundred
```

Marc J. Semigran, M.D.                                    June 23, 2010

 1        percent would be medical negligence.

 2    Q   Is this the only pharmaceutical products liability

 3        consulting arrangement you've had?

 4    A   Yes.

 5    Q   I did not bring extra copies of this.  I didn't

 6        think it was necessary.  In 1995, you co-authored

 7        a paper in the JACC about a drug called

 8        nicardipine.

 9    A   Nicardipine, yes.

10    Q   It's a long time ago.  I don't want to get into

11        the details, nor do I even remember what I wanted

12        to ask you about.

13    A   You probably just wanted to tell me how impressed

14        you were with it.

15    Q   Not with this paper.

16    A   Oh.

17    Q   Others maybe.  I know what it is.  Nicardipine is

18        an inotropic drug, correct?

19    A   Clarify a little more, meaning does it alter the

20        inotropic state of the heart?  Ask me what --

21        rephrase, I'm sorry.

22    Q   Well, is it a, is it an inotropic drug or a

23        negative inotropic drug?

24    A   I think that one of the conclusions that we came

25        to in that paper was that it had a negatively

Marc J. Semigran, M.D.                                    June 23, 2010

 1       inotropic effect, yes.

 2    Q  Okay.  Were you exploring it as a possible avenue

 3       to be an inotropic effect?

 4    A  A negative inotropic effect?

 5    Q  No, a positive one.

 6    A  No.

 7    Q  All right.  So bottom line, the purpose of this

 8       particular research was not to seek an alternative

 9       to digoxin for inotropic effect.

10    A  That is true.

11    Q  All right.

12    A  That is correct.

13    Q  Okay.  Now, in 1996, you co-authored a paper in

14       the New England Journal of Medicine.

15    A  Which one is this?

16    Q  It's called Apoptosis in Myocytes and End-Stage

17       Heart Failure?

18    A  Yes.

19    Q  And then in the next year or so, in Journal of

20       Heart and Lung Transplant, you co-authored a paper

21       called Expression of Proinflammatory Cytokines in

22       the Failing Human Heart, and then shortly after

23       that, in Circulation -- I won't ask you about

24       that.  Let's just ask you about these two.

25    A  Okay.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 27

```
 1   Q    You use the term in these two papers, end-stage
 2        heart failure; that's in the New England Journal.
 3   A    Right.
 4   Q    And in, same in the Journal of Heart and Lung
 5        Transplant paper, you talk about end-stage heart
 6        failure.  How do you define end-stage heart
 7        failure?
 8             MR. MILLER:  Excuse me, Matt, if I could,
 9        why don't you let the doctor take a look at those.
10        You're talking about articles that he wrote some
11        13 years ago.
12   Q    All I'm asking is how you define end-stage heart
13        failure because I didn't see it in there.
14   A    I think for the purposes of these two manuscripts,
15        it was patients who would be anticipated to have a
16        survival without transplantation of less than 12
17        months.
18   Q    And what does that, what prognostic features do
19        you use to assess whether a patient is expected to
20        have survival without transplant of less than 12
21        months?
22   A    A variety of them.  Certainly, their level of
23        symptoms; their frequency of hospitalization;
24        their cardiac function as maybe assessed both
25        invasively and non-invasively; certainly their age
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 28

 1        factors into that.  Their -- we will often

 2        quantitatively assess their exercise capacity, if

 3        possible; certainly, if they require intravenous

 4        agents or mechanical support to keep them alive.

 5        Those would be factors that we would consider.

 6   Q    All right.  When you talk about assessing heart

 7        function, I assume non-invasively, you're talking

 8        about something like an echocardiogram to assess

 9        injection fraction, right?

10   A    Well, there are a number of parameters you can

11        obtain from an echocardiogram to assess cardiac

12        function, and an echo is one of those techniques,

13        and the injection fraction is one of those

14        parameters.

15   Q    And then invasively, are you talking about getting

16        pressures through some sort of catheterization

17        technique?

18   A    Again, one of the measurements, one of the

19        assessments.

20   Q    And for example, if the judgment is made that a

21        patient needs to be on an IV inotrope like

22        milrinone, is that something that would be

23        significant to you in assessing whether a patient

24        was in end-stage heart failure?

25   A    If they required that drug to maintain adequate

Marc J. Semigran, M.D.                                    June 23, 2010

Page 29

```
 1       performance, yes.
 2   Q   Well, how do you define required?
 3   A   If their cardiac performance without that agent
 4       was insufficient to maintain end organ function.
 5   Q   Okay.  May I have that back.
 6   A   Sure.
 7   Q   Do you know whether you have participated in
 8       writing any papers that sort of lay out the
 9       criteria that you just explained to me in this
10       deposition about how you assess what end-stage
11       heart failure is?
12   A   Can I look at my CV?
13   Q   Sure.
14   A   Yes.
15   Q   Are your references numbered in your CV?
16   A   Yes.
17   Q   Give me a page and reference number, please.
18   A   Well, I'm sort of working backwards here, so page
19       46, reference 71, I was a co-author on the paper
20       on looking at physical activity and how it related
21       to life expectancy in patients that were
22       considering VADs.  Back a page to 45, reference
23       66, the paper on ventilatory efficiency.  The
24       ventilatory efficiency is one of the things we
25       look at as a prognostic marker in patients with
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 30

1       heart failure.

2    Q  Are those older papers or some of your more recent

3       ones?

4    A  Well, the ventilatory efficiency one was 2008, and

5       reference 71 was 2009.

6    Q  Okay.  That's all I need then is the more recent

7       stuff.

8    A  Okay.

9    Q  When you said the word VADs, you're talking about

10      ventricular assist devices, correct?

11   A  Right.  Sorry, I shouldn't use the lingo.

12   Q  That's fine.  I'm just trying to help out Lisa.

13         Okay, now, in 2007, you published a paper in

14      Circulation about Sildenafil?

15   A  Yes.

16   Q  Is that how you pronounce that?

17   A  Yes.

18   Q  "Sildenafil improves exercise capacity and quality

19      of life in patients with systolic heart failure

20      and secondary pulmonary hypertension."

21         When you do a study like this, and in this

22      one, for example, you assigned a certain number of

23      patients at a certain heart failure level either

24      to the study drugs, Sildenafil, and then a certain

25      number to what's known as placebo, correct?

Marc J. Semigran, M.D.                                    June 23, 2010

                                                              Page 31

1   A   That is correct.

2   Q   And what you're trying to do is blindly assess

3       whether this Sildenafil is better than placebo in

4       a certain treatment regimen, is that right?

5   A   Correct.

6   Q   When you do a study like this, I assume that you

7       watch for adverse events.

8   A   We do.

9   Q   Track these patients pretty carefully?

10  A   Yes.

11  Q   Now, in this particular study, in Table 1 you have

12      something called the Baseline Characteristics of

13      the Study Subjects; do you see that?

14  A   Correct.

15  Q   And amongst your study subjects in the heart

16      failure pharmacotherapy section, some of them were

17      on digoxin, is that true?

18  A   That is correct.

19  Q   So when you're doing a study like this, you're not

20      only watching for the potential side effects of

21      Sildenafil, but also of the other drugs that the

22      patient is on?

23  A   Yes.

24  Q   Did you keep the patients on digoxin during the

25      course of the study?

Marc J. Semigran, M.D.                                    June 23, 2010

1    A    I'd have to go back and look at the individual

2         patient records and see, you know, who remained on

3         it and who did not.

4    Q    Yeah, I didn't see that in the paper.  I'm not

5         going to make you go back and look at that, but do

6         you have any memory of whether you would have

7         taken some off and left some on?

8    A    We might have.  Depends on their clinical course

9         through the study.  I think it was a 12-week

10        study?

11   Q    Well, forget clinical course for a second, would

12        it have been part of the study design to take some

13        off and leave some on?

14   A    I don't believe it was part of the study design.

15   Q    But if a patient was doing, for example, got signs

16        or symptoms of digoxin toxicity, you may have

17        taken them off that drug for some period of time.

18   A    That is true.

19   Q    Do you have any idea, do you track the brand of

20        digoxin that a patient takes when they're in a

21        study like this?

22   A    We did not.

23   Q    In the testifying that you've done before in med

24        mal cases, has any of that been about digoxin?

25   A    I don't immediately recall that digoxin was

Marc J. Semigran, M.D.                                    June 23, 2010

Page 33

1        involved.

2    Q   Do you ever lecture about digoxin?

3    A   I do speak about it in my lectures on heart

4        failure that I give to the house staff.

5    Q   Do you have a prepared slide deck which includes

6        slides about digoxin in it?

7    A   There may be a slide or two, yes.

8    Q   You ever participated in any pharmacokinetic

9        studies about digoxin?

10   A   No.

11   Q   Have you ever published any epidemiologic studies

12       about drug toxicity outbreaks?

13   A   No.

14   Q   Have you ever been a consultant to pharmaceutical

15       companies on quality control or regulatory issues?

16   A   Not quality control.  In some of the consulting

17       work that I've done for pharmaceutical companies,

18       I suspect that regulatory issues may have come up.

19       I don't think it was the primary focus of the

20       consultancy.

21   Q   Okay.  You don't consider yourself to be an expert

22       in FDA regulatory matters, do you?

23   A   No.

24   Q   I see you've been on the Scientific Advisory Board

25       for a company called iNO Therapeutics; is that

Marc J. Semigran, M.D.                                    June 23, 2010

Page 34

1          true?

2     A    I had in the past.  I am no longer.

3     Q    What did your Scientific Advisory Board work for

4          them involve?

5     A    We would review the potential uses and studies of

6          the use of inhaled nitric oxide in a variety of

7          clinical situations.

8     Q    Okay.  What consulting work have you done for GSK?

9               Before you answer that, there may be ongoing

10         consulting work for which you have a, some sort of

11         secrecy agreement, some confidentiality agreement.

12    A    Right.

13    Q    All you have to do is tell me that you have

14         ongoing work that's subject to a confidentiality

15         agreement.  You don't have to tell me what it is,

16         but if there is stuff in the past you've done that

17         you're allowed to talk about, that's what I want

18         to know about.

19    A    I've certainly, I mean, do you want to know about

20         specifics, how specific -- I mean, I've done

21         consulting work for GSK on the development of

22         several agents that they were studying for the

23         treatment of heart failure.

24    Q    Okay.

25    A    And I've done a small amount of review of events

Marc J. Semigran, M.D.                                    June 23, 2010

Page 35

1         of patients, cardiovascular adverse events of

2         patients that were taking one of the diabetes

3         drugs.

4    Q    All right.  Did any of your consulting work for

5         GSK involve their digoxin product, Lanoxin?

6    A    No.

7    Q    You've been on the Scientific Advisory Board for

8         Bayer?

9    A    Yes.

10   Q    What did you do for them?

11   A    That's ongoing.  And I imagine that much of that

12        does fall under confidentiality agreements.

13   Q    Does any of it involve cardiac glycosides?

14   A    No.

15   Q    And what do you do on the Scientific Advisory

16        board for Zensun Therapeutics?

17   A    They are developing an agent for the treatment of

18        heart failure, and I'm actually not doing that

19        anymore, that anymore, and I consulted on it.

20   Q    Right.  When you are researching other drugs for

21        heart failure, are some of these ultimately

22        designed to pretty much make digoxin use for heart

23        failure unnecessary?

24   A    I don't think they have that specific goal in

25        mind, no.  I -- no.  I would say not.  I think

Marc J. Semigran, M.D.                                    June 23, 2010

                                                              Page 36

 1        that we would study adding these agents onto

 2        current medical therapy, which often can include

 3        digoxin.

 4   Q    Has your own use of digoxin -- I assume you

 5        prescribe digoxin for patients?

 6   A    I do, yes.

 7   Q    And has your own prescription rate for digoxin

 8        declined over the years from when you first

 9        started in this, close to 30 years ago, to now?

10            MR. MILLER:  Objection to form.  You can

11        answer.

12   A    I would say it has.

13   Q    Is that because the onset of additional drug

14        therapies that have wider therapeutic windows?

15   A    I would say it's been the use and the

16        recommendation by, you know, guidelines such as

17        published by AJACC of agents that have more

18        evidence supporting their beneficial effects in

19        heart failure patients, and has relegated digoxin

20        to a tertiary role, shall I say, for treatment of

21        heart failure.

22   Q    And even at normal doses, some of these formal --

23        sorry, even at normal doses, some of these newer

24        drugs are safer than digoxin, right?

25   A    Even --

Marc J. Semigran, M.D.                                    June 23, 2010

Page 37

1    Q    That didn't make much sense.  I'll withdraw it.

2    A    Okay.

3    Q    I asked you a minute ago about therapeutic window.

4         Do you know what I'm talking about?

5    A    Maybe you better elaborate.

6    Q    Okay.  Toxic therapeutic window, is digoxin

7         considered to have a narrow therapeutic window?

8    A    Digoxin is considered to have a narrow window

9         because some patients can have toxicity even at

10        plasma levels that are considered therapeutic, and

11        the difference between plasma levels that can

12        cause toxicity and that a patient may usually have

13        as their therapeutic level is small.

14   Q    And furthermore, we'll get into this more later,

15        but patients who are taking appropriately dosed

16        products can get toxicity on digoxin, can't they?

17   A    What do you mean by appropriately dosed?

18   Q    Well, if they're prescribed a 125 microgram

19        product, and that's what they're taking, they can

20        still get toxicity on normal doses, correct?

21   A    I mean, you'd want to look at the individual

22        situation, but there are, you know, situations

23        where toxicity can develop.

24   Q    Okay.  Would you agree that to some degree there

25        is a catch 22 with digoxin, and that is, that the

Marc J. Semigran, M.D.                                    June 23, 2010

Page 38

```
 1       people who would be most helped by it are

 2       sometimes the people who are most vulnerable to

 3       complications because of it?

 4            MR. MILLER:  Objection to form.  You can

 5       answer.

 6   A   Certainly there are clinical factors that can make

 7       patients have severe heart failure that can render

 8       them more susceptible to digoxin toxicity.  I

 9       don't know that we know exactly who can be most

10       helped by digoxin.  We would have some -- we could

11       discuss that if you want, factors that the, you

12       know, are people that are helped as opposed to

13       people that are not helped, but it's hard to know

14       exactly what the determinants of benefit from the

15       digoxin therapy are.

16   Q   Let me just ask you about a couple more articles

17       that you wrote.  And by the way, if you need to

18       take a break at any point, we can do that.

19   A   Okay.

20   Q   We tend to take one every hour to hour and a half

21       anyway, but if you need one sooner for any reason,

22       let me know.

23   A   Okay.

24   Q   In 1994, you co-authored a paper in the Journal of

25       the American College of Cardiology about Exercise
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 39

1    Capacity and Systolic and Diastolic Ventricular

2    Function, okay.  I'm more than happy to show it to

3    you.

4  A   Yes.  Yes, I remember that paper.  It was actually

5    patients that we studied exercise capacity and

6    systolic and diastolic cardiac function in

7    patients that have recovered from cardiomyopathy.

8  Q   It says here, "Dilated cardiomyopathy is a

9    significant cause of cardiovascular morbidity and

10   mortality, particularly among men and women less

11   than 50 years of age."

12        Do you still agree with that?

13        MR. MILLER:  Matt, again, I would ask that

14   you give him the document if you're going to ask

15   him about a specific --

16        MR. MORIARTY:  If he needs the document, he

17   can ask for it, Pete.

18        MR. MILLER:  Well, I'm asking for it for

19   him.  Would you please let him review the

20   document.

21 Q   Do you want the document?

22 A   Let me take a look at the document.

23 Q   Sure.  You're more than welcome to.  You don't

24   have to do things just because Pete wants it.  We

25   do it because you and I want it.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 40

```
 1   A   Thank you.

 2           I would say yes, I still agree with that.

 3   Q   Okay.

 4   A   It's not the most precise statement that I've ever

 5       written.

 6   Q   Later in the same page of this, it says, "Although

 7       most patients with this disorder die of

 8       progressive heart failure or arrhythmia within

 9       five years of diagnosis, several recent studies

10       have reported a subgroup of patients who

11       demonstrate spontaneous improvement in ventricular

12       function."  Do you still agree with that?

13   A   No, I'd have to sort of, the developments in the

14       field, that the first phrase there may not be

15       true.  I mean, that was particularly when you deal

16       with the arrhythmia issue, that the development of

17       plantable defibrillators and other therapies have

18       decreased death from both arrhythmia and from

19       progressive heart failure.

20   Q   Let me ask you if this statement from later in the

21       article is still true.  "Although patients with

22       dilated cardiomyopathy usually have a poor

23       prognosis and an annual mortality rate of 7 to 10

24       percent due to either progressive heart failure or

25       arrhythmia, individual patients may differ with
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 41

```
 1        respect to both clinical course and degree of

 2        residual ventricular dysfunction."

 3    A   I would say the first phrase is no longer true.

 4        Again, improvements in the field have decreased

 5        that mortality rate.

 6    Q   But do they still usually have a poor prognosis?

 7    A   It's a very vague statement, and I would say that

 8        their prognosis has improved.  That was 15 years

 9        ago.  Pleased to say their prognosis has improved.

10    Q   Okay.  That's all I wanted to ask you about your

11        own stuff.

12            What has been your involvement in

13        pharmaceutical recalls?

14    A   In pharmaceutical recalls.

15    Q   Recalls.  If any.

16    A   None that I can recall.

17    Q   All right.  Do you know anything at all about the

18        FDA's statutory definition of adulteration of

19        pharmaceutical products?

20    A   I do not.

21    Q   In the course of -- how did you find out about the

22        Digitek recall?

23    A   I believe I may have received a letter from the

24        manufacturer about it a number of years ago, I

25        can't even say precisely when, and then when
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 42

```
 1        Carmen Scott discussed it with me.

 2   Q    Okay.  The recall of Digitek was in the end of

 3        April 2008 and Actavis did not send out notice to

 4        individual cardiologists around the country.

 5        Because it's a generic manufacturer, typically it

 6        doesn't do that.

 7             Having told you that, does that refresh your

 8        memory about how you found out about this recall?

 9   A    I'm just wondering if any of the pharmacies had.

10   Q    The pharmacies did send out letters.

11   A    Yeah, I think that might be where I got the letter

12        from.

13   Q    Once you found out about it, did you do any

14        research about the Digitek recall or Digitek in

15        general?

16   A    Not specifically, no.

17   Q    What did you do about communicating with patients

18        about their own, if they were on digoxin, whether

19        they were taking that particular brand?

20   A    I think that there were -- it was a letter that

21        was sort of, I think might have said specific

22        patients of mine that might have been on it, and I

23        think that there were fairly few, and I looked at

24        their records to see if there was any evidence

25        that they had digoxin toxicity, or as I remember,
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 43

```
 1       it could go either way, or inadequate digoxin
 2       effect, shall I say.  And they didn't.
 3   Q   Okay.
 4   A   And then I left it as it was.
 5   Q   All right.  How many -- do you remember how many
 6       patients you had on Digitek at the time?
 7   A   Again, would only be based I think on the letter,
 8       a letter or letters I may have gotten from, you
 9       know, pharmacies, or you know --
10   Q   But that's fine.  Do you remember the number?
11   A   It was a small number.  It was certainly less than
12       ten.  It may have been less than five.
13   Q   How many patients do you have on digoxin products
14       in general?
15   A   I don't know.  I do not know.  Probably, can I say
16       a few dozen?  I'd say probably less than a
17       hundred.
18   Q   You can say whatever you want.
19   A   I don't know precise number.
20   Q   You're under oath.  I don't want you to guess --
21   A   Right, okay.
22   Q   -- is what I'm trying to say.
23   A   I do not remember.
24   Q   Okay.
25   A   I do not know.
```

Marc J. Semigran, M.D.                                    June 23, 2010

```
 1   Q    You see patients in Massachusetts General
 2        Hospital, correct?
 3   A    Correct.
 4   Q    And then do you have an office where you see
 5        patients?
 6   A    In the hospital, yes.
 7   Q    Do you have an office outside the hospital?
 8   A    No.
 9   Q    So you're not part of a group that may have an
10        office in Newton or Springfield or anything else?
11   A    No.
12   Q    So after the digoxin, the Digitek recall, did you
13        ever do any research into what the FDA later said
14        about the product?
15   A    No.
16            MR. MORIARTY:  Why don't we take a
17        five-minute break.  We're making pretty good
18        progress and I'm at a natural breaking spot.
19            MR. MILLER:  We shall break.
20                    (Recess taken.)
21   Q    Do you have a copy of your report there?
22   A    I do not.  I think it was in my file.
23            MS. DOWNIE:  Oh, I apologize.
24   Q    Have it there?
25   A    Yes.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 45

1   Q   And that is again Exhibit 42.

2         Obviously, whether a doctor decides to use a

3       digoxin product in a heart failure or a-fib

4       setting is the choice of the physician, correct?

5   A   Yes.

6   Q   And then the physician is the one who chooses the

7       dose, correct?

8   A   Yes.

9   Q   Are there patients for whom you have what I would

10      call odd doses where they either take half of a

11      standardized dose, or you know, like a .375 dose

12      per day or something like that?

13  A   The dose varies a great deal from patient to

14      patient, yes.

15  Q   What is the maximum dose that you currently

16      prescribe any of your patients for digoxin?

17  A   I think the maximum dose that I currently

18      prescribe is approximately 250 micrograms a day.

19  Q   In the past, have you had patients who were on 375

20      mic's a day?

21  A   I don't think I've ever prescribed quite that

22      high, no.

23  Q   So I assume you haven't prescribed 500 mic's a

24      day.

25  A   Not on a chronic basis, no.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 46

 1   Q   Do you know whether any of your atrial

 2       fibrillation colleagues here at Mass. General

 3       prescribe doses as high as 500 mic's a day?

 4   A   I don't know.

 5   Q   So on the first page of your digoxin toxicity

 6       statement, at the end of the second paragraph,

 7       talks about the frequency of digoxin toxicity

 8       which is related to the occurrence of toxic

 9       effects at plasma levels that are in the upper

10       range of what is considered therapeutic; do you

11       see that?

12   A   Yes.

13   Q   I assume what you're referring to is that some

14       patients who may have a serum digoxin

15       concentration of 1.8, for example, might

16       demonstrate signs or symptoms of toxicity, is that

17       correct?

18   A   I think that that is, that statement is correct;

19       they do do that, yes.

20   Q   And those patients could be taking appropriately

21       dosed pharmaceutical products, correct?

22   A   I don't know if I would say it's appropriately

23       dosed if -- it's hard to, I don't know what you

24       mean by the word appropriate.

25   Q   Well, again, have you ever had a circumstance

Marc J. Semigran, M.D.                                    June 23, 2010

Page 47

```
 1        where you suspected that patients of yours were

 2        taking digoxin products that were, had active

 3        pharmaceutical ingredient levels higher than their

 4        labeled amounts?

 5   A    There certainly have been situations where I

 6        considered that possibility, yes, because I could

 7        not understand why they had clinical toxicity as

 8        well as, yes, sometimes substantiated by levels

 9        higher than I would have anticipated and had no

10        other explanation.

11   Q    Did you investigate it?

12   A    I didn't because I think one of the things that we

13        were taught was that in olden times, shall we say,

14        perhaps, you know, maybe when, you know, prior to

15        when I completed my training in 1989, that there

16        could be a lot of variability in digoxin

17        preparations in terms of their, how much of the

18        active ingredient they had.

19   Q    Do you know whether that situation has pretty much

20        been eradicated by the FDA's requirements that

21        companies file bioequivalency studies?

22   A    My understanding was that it has been

23        significantly reduced, yes.

24   Q    But certainly in your own practice, there are

25        times when you've had patients in whom you're
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 48

1       prescribing a particular dose, and their response

2       is not what you would expect, correct?

3    A  There have been occasions.

4    Q  To digoxin specifically.

5    A  There have been occasions when the response to

6       digoxin, shall I say either way, has been greater

7       or less than anticipated.

8    Q  At Mass. General, I assume you have serum digoxin

9       concentration studies available?

10   A  We can send patients for laboratory tests, yes.

11   Q  When the lab slip comes back, what is the range of

12      therapeutic on your Mass. General lab slips?

13   A  I don't think they designate it as therapeutic.  I

14      think they will designate toxic.  I'm actually, I

15      don't know if I know for sure what they are

16      currently saying.

17   Q  Well, most of the lab slips, emphasize most, that

18      I have seen as I've gone through medical records

19      in this litigation, is .8 nanograms per milliliter

20      to 2.0 nanograms per milliliter.  Do you know if

21      that's what the range is for normal so-to-speak on

22      the Mass. General lab slips?

23   A  Again, I think they just designate a toxic greater

24      than as a level.  I don't think they designate a

25      range, as you say, of normal.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 49

1   Q   And what about, what would the toxic greater than
2       level be?
3   A   I'm not sure whether it's 1.7 or 2.0.  I don't
4       recall.  I'd have to look.  It may be another
5       number.  I would just have to look.
6   Q   Let's go to page 3, please.  In the section
7       called:  Clinical Use of Digoxin, Heart Failure.
8   A   Yes.
9   Q   In the second paragraph, you refer to a landmark
10      1982 study at Mass. General.
11  A   Yes.
12  Q   Were you involved in that study?
13  A   No.
14  Q   This would have been just after your completion of
15      medical school, correct?
16  A   No.  I graduated in '83.
17  Q   Oh, okay.  So you would have still been in medical
18      school.
19  A   Correct.
20  Q   Go to page 4, please.  The, in the center of the
21      page of Current Guideline Recommendations for the
22      Use of Digoxin to Treat Heart Failure Patients, do
23      you see that?
24  A   Yes.
25  Q   And you refer to item reference 5; correct?

Marc J. Semigran, M.D.                                    June 23, 2010

Page 50

```
 1   A   Yes.

 2   Q   Is that meant to refer to the fifth reference on

 3       page 12 of your report?

 4   A   Yes.

 5   Q   So you're talking here about the 2009 guidelines,

 6       is that right?

 7   A   Yes.  I believe so.  I have a copy of them, the

 8       update of the 2005 guidelines.

 9   Q   So let's skip quickly to page 8, and then we'll

10       come back to this.

11   A   Okay.

12   Q   Under, Plasma digoxin levels?

13   A   Um hmm.

14   Q   Third paragraph.  Says, "A plasma digoxin level of

15       greater than 2.0 ng/ml is considered toxic, though

16       as noted above, the presence of the ischemic heart

17       disease, hypokalemia, or other metabolic

18       abnormalities cited above can lead to toxic

19       effects at lower levels."

20           First of all, did I read that correctly?

21   A   Yes.

22   Q   And when you say digoxin level of greater than 2

23       is considered toxic, is that your experience, or

24       is there a particular piece of medical literature?

25   A   I think it's in my experience in and of itself
```

Marc J. Semigran, M.D.                                    June 23, 2010

                                                              Page 51

 1        that that's toxic, yes.

 2   Q    So let's go down to the bottom, go back to page 4,

 3        please, go to the bottom, talking about Digoxin

 4        Toxicity and some Epidemiology, is that right?

 5   A    Yes.

 6   Q    "Digoxin toxicity remains one of the most

 7        prevalent adverse drug reactions seen in clinical

 8        practice."

 9             Did I read that clause correctly?

10   A    Correct.

11   Q    And why is that?

12   A    I think that that is because its toxic effects can

13        be -- there are a number of reasons.  Among them

14        are the fact that its toxic effects can be seen at

15        levels that are relatively close to those

16        considered therapeutic.  I think I discuss some of

17        this in the Factors leading to or contributing to

18        digoxin toxicity.

19   Q    We'll get there.

20   A    So that's sort of what I'm referring to.

21   Q    Okay.

22   A    That there can be, you know.  So one of them is

23        the narrow difference.  Another is changes in

24        absorption and excretion.  Another is that, you

25        know, changes in its bioavailability or amount of

Marc J. Semigran, M.D.                                    June 23, 2010

Page 52

```
 1        drug in the formulation.  Pretty much what I go

 2        into in that paragraph.

 3    Q   Okay.  And this statement that you make at the

 4        bottom of page 4 isn't product specific in your

 5        report, is it?

 6    A   No, it's not.

 7    Q   I mean, this is true for all digoxin products, is

 8        that right?

 9    A   Correct.

10    Q   So let's go to page 5.  First full paragraph, you

11        start out by talking about the DIG trial, correct?

12    A   Right.

13    Q   And you say, "12 percent of the patients in the

14        treatment arm were suspected of having digoxin

15        toxicity," is that correct?

16    A   Yes.  That's what I said.

17    Q   And nobody certainly in the DIG trial ever made a

18        conclusion that the digoxin products being given

19        to those patients were defective in their dosage,

20        correct?

21    A   I'd have to review.  I don't remember all the

22        wording there.

23    Q   Review away.

24    A   Okay.

25    Q   I can assure you there's nothing about that in the
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 53

 1      paper that is in your folder, but you can check.

 2           Are you looking at the New England Journal

 3      of Medicine article from February of 1997?

 4   A  Yes.

 5   Q  By the way, this is reference 7 in your report.

 6   A  Okay.  So ask your question again.  I'm sorry.

 7   Q  There was nothing in the DIG trial report,

 8      Exhibit, or Tab 7 to your reference section about

 9      defective digoxin products causing toxicity,

10      correct?

11   A  Correct.  They only used one product as their

12      study.

13   Q  While we're on this DIG trial, let me just ask you

14      what I need to ask you about it.  Go to page 527.

15      In the Results section, see Mortality?

16   A  Um hmm.

17   Q  There were 1181 deaths in the digoxin group, 34.8

18      percent of the study; correct?

19   A  Um hmm.

20   Q  That's a yes?

21   A  Yes.

22   Q  That's just a reflection of the fact that these

23      are sick people and they die of their disease

24      despite appropriate therapy, correct?

25   A  I think in the next paragraph they're actually

Marc J. Semigran, M.D.                                June 23, 2010

Page 54

```
 1       even more specific and they tell you what the
 2       number of deaths were from cardiovascular causes,
 3       so 1181 total deaths, and then the next paragraph,
 4       1016 deaths from cardiovascular causes.
 5   Q   In other words, their underlying disease.
 6   A   Yes.  Usually, yes.
 7   Q   Now --
 8   A   I mean, there could have been other cardiovascular
 9       deaths in there as well that had developed during
10       the course of the study.
11   Q   Now, in your report at page 5, you refer to this
12       12 percent of the patients in the treatment arm.
13       That's the patients who were taking digoxin in the
14       DIG trial; correct?
15   A   Correct.
16   Q   The other arm is the control arm or the placebo
17       arm, right?
18   A   Yes, so I think that what I said -- where are we
19       now?
20   Q   Page 5, first full paragraph.
21   A   Were suspected of having digoxin toxicity, right.
22       That's the number of patients that were suspected
23       of having digoxin toxicity.
24   Q   In the treatment arm.
25   A   In the treatment arm, correct.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 55

1    Q    And then there's another arm, the placebo arm.

2    A    Right.

3    Q    Actually, in the DIG trial, there was a

4         substantial percent of the placebo patients not

5         taking digoxin at all who were suspected of having

6         digoxin toxicity, is that right?

7    A    As I recall, yes.  Let me look that up.  7.9

8         percent.

9    Q    And that's because some of the signs and symptoms

10        of digoxin toxicity are vague and can look like

11        all kinds of other diseases, is that right?

12             MR. MILLER:  Object to form.

13   A    Yeah, I wouldn't use the word vague.  I would say

14        that some of the manifestations of digoxin

15        toxicity may not be -- some of the manifestations,

16        or that we consider to be potentially related to

17        digoxin toxicity, can occur in the absence of

18        digoxin.

19   Q    In other words, they're nonspecific.

20   A    Some of them are.  Many of them are.

21   Q    And at page 530, look at the serum digoxin level

22        section; do you see that?

23   A    Yes.

24   Q    Certainly, they, in the DIG study, obtained all

25        the samples, the SDC samples more than 6 hours

Marc J. Semigran, M.D.                                    June 23, 2010

                                                              Page 56

```
 1        after the last dose, is that correct?
 2   A    Correct.
 3   Q    Is that the right way to do it?
 4   A    Well, they were looking for steady state levels,
 5        and that's the right way to look for what
 6        somebody's steady state level is.
 7   Q    Down further it actually talks about what some of
 8        the doses were in the DIG study.  I believe these
 9        were customized, but do you see that some of the
10        patients were getting 375 micrograms per day and
11        some were getting 500 mic's per day?
12   A    That is what it says, yes.
13   Q    Does it say anywhere in the DIG trial that all the
14        patients who got 375 or 500 micrograms per day
15        became digoxin toxic or were suspicious of being
16        digoxin toxic?
17   A    Does not say anything about all of those patients.
18        Can I reflect back on an earlier answer to a
19        question?
20   Q    Sure.
21   A    Well, it does say, and I would actually, should
22        have mentioned this earlier, you had asked about
23        the appearance or suspicion of digoxin toxicity in
24        the placebo arm, but a significant number of
25        patients in the placebo arm were taking digoxin.
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 57

```
 1      It does say that.

 2   Q  Where does it say that?

 3   A  530, second column, it says, "Open-label digoxin

 4      was used sometime during the trial by 14.2 percent

 5      of patients in the digoxin arm as compared with 22

 6      percent of those in the placebo group."  So 22

 7      percent of the patients in the placebo group were

 8      at some time taking digoxin.

 9   Q  Okay.  Obviously, you know a lot more about

10      control trials than I do, but why would you have

11      patients in the placebo arm at some point taking

12      digoxin?

13   A  From the investigator's point of view, it's a big

14      problem because you obviously want your groups to

15      be as pure as possible.  From the point of view of

16      the physician taking care of these patients, if

17      they thought they needed digoxin, they were going

18      to prescribe it for them.

19   Q  Okay.

20   A  It's a big problem in clinical research.

21   Q  It probably wasn't part of the study design to

22      have placebo patients taking digoxin.  It's one of

23      those things that you mentioned earlier that could

24      just come up in clinical course, is that right?

25   A  It happens in clinical research.  You know, if
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 58

 1        physicians feel a patient needs medication,

 2        they're going to give it to them.  They're going

 3        to feel ethically bound to do it.

 4             I guess in the terms of study design, one

 5        could mandate that patients, should the

 6        investigator feel they need to go on digoxin, one

 7        could mandate that the patient drop out of the

 8        study at that time, and in terms of study design,

 9        sounds like they did not do that.

10   Q    And finally on page 532.

11   A    Yes.

12   Q    Second full paragraph, last sentence.  It says,

13        "The vast majority of the study patients had serum

14        digoxin levels in the therapeutic range at the one

15        month visit and only 2 percent had levels

16        exceeding 2.0 nanograms per milliliter."  Did I

17        read that correctly?

18   A    You did.

19   Q    Let's get back to your report at page 5, last

20        sentence in that paragraph that we were just

21        talking about.  It says, "Older patients, and

22        those with the most severe heart failure, are at

23        greatest risk for an adverse outcome during an

24        episode of digoxin toxicity."

25             First of all, older patients are at the, are

Marc J. Semigran, M.D.                                              June 23, 2010

Page 59

 1      among a group of patients at higher risk for
 2      digoxin toxicity; isn't that true?
 3  A   I don't know.  I mean, I think they, I'd have to
 4      think about that.  You know, that's not what I
 5      meant to say here.  I don't think I did say that.
 6  Q   No.  That's not what you said.  I asked you a
 7      different question.
 8           All right, we'll get into that later.
 9  A   Yeah, I'd have to --
10  Q   We'll get into that later.  Go to the next
11      section, Factors leading to or contributing to
12      digoxin toxicity.
13  A   Yes.
14  Q   I think in the first sentence there is a typo.
15      Should that say, A number of factors that have
16      even a modest effect on digoxin levels?
17  A   Yes, you're right.  Thank you.
18  Q   Can lead to digoxin toxicity.
19  A   Yes.
20  Q   All right.  I want to hand you a paper written by
21      Bigger in a Journal of Clinical Pharmacology back
22      in 1985.  And the only thing I want to ask you
23      about is whether Table 1 on the second page of
24      that article is a reasonably reliable summary of
25      what you're talking about in the first sentence of

Marc J. Semigran, M.D.                                    June 23, 2010

Page 60

```
 1        this section of page 5 of your report.
 2    A   The first sentence.
 3    Q   Yes.  You're saying, "A number of factors that
 4        have even a modest effect on digoxin levels can
 5        lead to toxicity," and I'm asking whether Table 1
 6        is a reasonable summary of what some of those
 7        factors are.
 8    A   I guess it does state some of the factors that I
 9        was referring to.  I am confused by one thing that
10        they say, or he says, I guess, there's only one
11        author, right, where it says, "reduce volume and
12        distribution," and then he says, "ventricular
13        failure shock."  I'm not sure how that affects the
14        volume of distribution of the drug.  I just don't
15        understand that.
16    Q   Okay.
17    A   And then I would need to know a little more, maybe
18        I could read through this, about how excess
19        sympathetic activity can cause digoxin toxicity.
20    Q   Other than those two, it's a fair summary?
21    A   Other than those two, it says some of the factors.
22    Q   All right.  Now, are there factors beyond what's
23        in Bigger's Table 1 that bear on your statement on
24        page 5 of your report?
25    A   Can I see the Table 1 again.
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 61

```
 1            Well, I talked about the possibility of
 2       increased absorption of the medication.  I'm not
 3       sure if that's really included here.  And I would
 4       also relate, and factors that might cause
 5       conduction system disease, and he doesn't really
 6       directly address that.
 7   Q   Such as?
 8   A   Either intrinsic or other agents that alter
 9       cardiac electrical conduction, I would say.
10   Q   Okay.
11   A   There could be agents.  There could be intrinsic
12       disease of the conduction system.
13   Q   Can increase the risk of toxicity?
14   A   I would think so, yes.
15   Q   Later in that same paragraph in your report, you
16       say, "Small changes in the amount of drug in the
17       formulation, or its bioavailability, can lead to
18       clinically significant changes in plasma levels;"
19       do you see that?
20   A   Yes.
21   Q   So in other words, that's a possibility?
22   A   Yes.
23   Q   And you know the difference between possibility
24       and probability?  You've dealt with that in
25       medical negligence cases?
```

Marc J. Semigran, M.D.                                June 23, 2010

Page 62

```
 1   A   Yes, sure.

 2   Q   All right.  And the next full paragraph, you start

 3       talking about drug interactions; do you see that?

 4   A   Just to elaborate on that, a possibility can

 5       become a probability when other possibilities are

 6       less likely.  At least that's my thought.

 7   Q   Okay.  So the next paragraph starts talking about

 8       drug interactions; do you see that?

 9   A   Yes.

10   Q   Do you keep Braunwald's cardiology text in your

11       home or office medical library?

12   A   I do.

13   Q   Is it a good, reliable text in cardiology?

14   A   Much of it is.  Some of it, less so.

15   Q   Well, then let's talk about one particular part

16       and see if it is or not.

17   A   Okay.

18   Q   This is a table, Table 23.4 from Braunwald's text.

19   A   Um hmm.

20   Q   I'm just wondering whether you consider that to be

21       a reasonable, reliable, partial list of drugs that

22       have the potential to somehow interfere with

23       digoxin.

24   A   I don't know.  Meaning I'd have to look at the

25       specific drug and the literature that supported or
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 63

 1      not, you know, the basis for this statement.  I

 2      mean, so it's hard to judge.

 3   Q  Is there anything on the list that jumps out at

 4      you that you disagree with?

 5   A  I'd need to -- I have not heard, for example, I

 6      don't recall tetracycline altering digoxin or

 7      interacting with digoxin as they say.  So that's

 8      one that jumps out, and I'd need to review the

 9      others, some of the others.

10   Q  All right.  If you were going to check on your own

11      for whether there was going to be an interaction

12      between digoxin and some other drug, what sources

13      would you typically look to?

14   A  As we said earlier, look at the prescribing

15      information for digoxin, prescribing information

16      for the other drug.

17   Q  Okay.  You're right.  We talked about that.

18          But I don't remember if I asked, would you

19      ever use the PDR?

20   A  Probably not.  You know, actually, I don't use it

21      very much anymore.  There are these on line

22      compendias of drugs.  There's the FDA site, and

23      there's the availability so readily to go to the

24      direct literature.

25   Q  Okay.  Go to page 6 of your report, please.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 64

```
 1        Symptoms and signs of digoxin toxicity.
 2            You're talking about these as being
 3        nonspecific, and then you say they include
 4        fatigue, blurred vision, and you go on with a list
 5        of things I don't need to read; do you see that?
 6    A   Yes.
 7    Q   Now, in most cases when patients become digoxin
 8        toxic, do they start with these nonspecific
 9        symptoms?
10    A   We'd have to look at individual cases.  I mean, in
11        many cases they do.  And in many cases, they start
12        with the, with an abnormal rhythmn.
13    Q   All right.  Well, let me jump to an end point.
14        How many times in your career have you had a
15        patient die of a sudden cardiac death to which you
16        attributed the cause to be digoxin toxicity?
17    A   Probably -- I don't know exactly.  It certainly
18        has happened.
19    Q   Right, I don't mean to cut you off, but if you
20        look at your entire career, the number of times
21        you've diagnosed digoxin toxicity, the number of
22        times a patient has died a sudden cardiac death
23        without having experienced some of these
24        nonspecific symptoms first would be a substantial
25        minority, wouldn't it?
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 65

1   A   Relative to minority -- what's the comparison?

2   Q   Okay.  Let's say your diagnosis of digoxin

3       toxicity is a universe of a hundred percent.

4   A   Okay.

5   Q   The number of patients who have died a sudden

6       cardiac death without these nonspecific symptoms

7       in some way having occurred first, would be a

8       substantially small percent of your patient

9       population?

10  A   I'd say it's been a minority.

11  Q   Okay.  Well, when you say minority, it's well less

12      than 50 percent, isn't it?

13  A   Right, but it's not, it's I think more than one or

14      two percent.

15  Q   Okay.  So put another way, typically, patients

16      will have some of these nonspecific symptoms

17      before they progress to serious arrhythmias or

18      death.

19  A   Well, certainly death.  I mean, you asked about

20      death.  You asked about sudden death actually, to

21      be specific.

22  Q   Right.

23  A   I would certainly say that there have been a

24      number of times when patients have presented with

25      arrhythmias without preceding symptoms.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 66

```
 1   Q   Okay.  Patients who are taking digoxin, even when
 2       they're not toxic, can have arrhythmias, can't
 3       they?
 4   A   That is true.
 5   Q   And that's essentially one of the things you're
 6       saying in the first sentence of your next section,
 7       about electrocardiographic manifestations of
 8       digoxin toxicity.
 9           The electrocardiogram is altered by even
10       therapeutic levels of digoxin, correct?
11   A   I'm sorry, I don't -- I'm saying that the
12       electrocardiogram is altered by therapeutic levels
13       of digoxin.
14   Q   Okay.
15   A   That's just what I'm saying.
16   Q   All right.
17   A   I'm not saying anything more about -- that's not
18       meant to refer to arrhythmias.
19   Q   Okay.  Well, certainly one of the purposes of the
20       drug is in some ways to alter the
21       electrocardiogram in an a-fib patient, right?
22   A   We don't know -- no, I don't agree with that.  We
23       don't give digoxin to alter electrocardiograms.
24   Q   Well, obviously not to alter the
25       electrocardiogram, but to reduce the atrial
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 67

 1      fibrillation.

 2   A  I mean, we, in atrial fibrillation we give digoxin

 3      to slow the ventricular rate.

 4   Q  Does that, when measured, change the

 5      electrocardiogram pattern?

 6   A  It changes the heart rate which is indicated by

 7      electrocardiogram.

 8   Q  All right.  Let's go to page 7.  Lab Findings.

 9   A  Yes.

10   Q  Can patients who have elevated potassium levels

11      who are not on digoxin have arrhythmias on sudden

12      cardiac deaths?

13   A  Yes.

14   Q  Is that true of patients who have subnormal levels

15      of potassium?

16   A  They can also have arrhythmias, yes.

17   Q  Page 8.  Second paragraph of your Plasma digoxin

18      level section.

19   A  Yes.

20   Q  You see it has, you're talking about endogenous

21      digoxin-like substances, correct?

22   A  Yes.

23   Q  Sometimes abbreviated in the literature as DLIS,

24      is that right?

25   A  I can vaguely remember that.

Marc J. Semigran, M.D.                                        June 23, 2010

                                                                  Page 68

 1   Q   Are there patients who are not taking digoxin but
 2       in whom if you drew a serum digoxin concentration
 3       level, would have levels indicated by the test?
 4   A   I think that that's been reported to occur.  I
 5       think it is less common with some of the more
 6       modern assays that are used, and you need to
 7       really look at the specific assay and look into
 8       the details of it to see if, you know, whether the
 9       manufacturer has excluded that.  They often test
10       for it.
11   Q   My understanding of the way these assays work is
12       that they actually, serum digoxin concentration
13       does not actually directly measure the level of
14       digoxin in the sample.  It does it by some derived
15       method.  Do you know anything about that?
16   A   No.  I thought that they were as specific as they
17       could be for directly measuring.  Maybe -- I don't
18       see where you're going.
19   Q   I may be mistaken too.
20   A   Yeah.  And I know the assays differ.
21   Q   Let's go to page 9, your Summary.
22   A   Yes.
23   Q   You're talking about, "Among its causes are the
24       acute ingestion of a supratherapeutic amount of
25       the drug."

Marc J. Semigran, M.D.                                    June 23, 2010

Page 69

```
 1              Now, patients, you're well-aware
 2       historically, there are patients who have
 3       accidentally taken too much digoxin; is that
 4       right?
 5   A   Yes.  I am aware of that.
 6   Q   And then there are patients who accidentally take
 7       too much digoxin for whatever reason; correct?
 8              Sorry, let me start over.  I may have
 9       misspoke.  There are patients who intentionally
10       take too much digoxin, typically in suicide
11       attempts, correct?
12   A   Yes, that's my understanding.
13   Q   Then there are patients who accidentally take too
14       much digoxin, correct?
15   A   Yes.  I've heard that as well.
16   Q   And therefore, essentially two ways you can
17       accidentally take too much digoxin.  You can just
18       take too many tablets at a time, is that right?
19   A   That would be one way.
20   Q   Or you could unknowingly take a tablet of digoxin
21       and have an inappropriate level of the active
22       pharmaceutical, correct?
23   A   That would be correct, yes.
24   Q   And if you go to these Poison Center statistics
25       that are the references 8 and 9 in your report,
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 70

```
 1        they talk a lot about these sort of things, don't
 2        they?
 3   A    I remember they do.
 4   Q    They report the instances of intentional overdose
 5        of various substances, is that right?
 6   A    Right.
 7   Q    And they report the accidental ingestion of
 8        various substances, is that correct?
 9   A    Right.  They report based on what is reported to
10        them, which you know, is probably a minority of
11        what happens out there.
12   Q    Are you familiar with the FDA's adverse event
13        recording data base?
14   A    I know of it, yes.
15   Q    And that's a voluntary reporting system, is it
16        not?
17   A    Correct.
18   Q    Is this Poison Center compendium of statistics
19        also a voluntary reporting system?
20   A    I believe it is, yes.
21   Q    And the -- your references 8 and 9 in these Poison
22        Center statistics have warnings and disclaimers
23        about the usability of this data to draw
24        conclusions, right?
25   A    That is correct, yes.
```

Marc J. Semigran, M.D.                                              June 23, 2010

Page 71

```
 1   Q   Now, when you dig into these, they do report and
 2       break down the substances that people supposedly
 3       are poisoned by into various categories, right?
 4   A   I'd have to look at it again.
 5   Q   Well, you've got illegal drugs, and you've got
 6       pharmaceutical products, broadly speaking, in
 7       these compendium, correct?
 8   A   I don't know.  I haven't looked at it in a little
 9       while.  I actually didn't bring a copy, so --
10   Q   I believe they're in your manila folder.
11   A   The, no, I think I said at the beginning I didn't
12       bring these.
13           MR. MORIARTY:  I thought I saw them in the
14       manila folder.
15           MR. MILLER:  I don't think they are, Matt.
16   Q   Just check because I thought I saw them.
17   A   Sure.
18   Q   If you don't have them, that's fine.  I'm happy to
19       hand them over to you.
20   A   They're pretty thick, so this is the guidelines.
21   Q   That's fine.  Do you mind if I come over there?
22   A   No.
23   Q   I'm looking at reference 8 which is the 2006, and
24       so in Table 18 at page 832, you've got these
25       broken down categories associated with the largest
```

Marc J. Semigran, M.D.                                      June 23, 2010

Page 72

```
 1        number of fatalities, and they've got sedatives,

 2        opioids, cardiovascular drugs, et cetera, correct?

 3   A    Yes.

 4   Q    And then in Table 19, they've got comparative

 5        fatality numbers for all the years they've been

 6        doing this, and '05 and '06 aren't substantially

 7        different, correct?

 8   A    They are similar, yes.

 9   Q    Actually, there was a decrease in fatalities

10        reported to this data bank; right?

11   A    Yes.  A slight decrease, yes.

12   Q    And then back here at page 851, we're in the

13        cardiovascular drug section, correct?

14   A    Yes.

15   Q    And then these are just essentially what you as a

16        physician call case reports.

17   A    Yes, looks like they were prepared by line

18        summaries of individual cases.

19   Q    A number of these are cardiac glycosides, is that,

20        are they not?

21   A    Yes.

22   Q    And it doesn't say anywhere on here what product

23        is involved, correct?

24   A    That is correct.

25   Q    Brand name, I mean.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 73

 1    A    They say it's digoxin but they don't give a brand
 2         name, correct.
 3    Q    All right.  And then Tab, reference 9, same thing,
 4         you've got your warnings about the use of the
 5         data.  You've got disclaimers about the use of the
 6         data.  You see where I'm pointing to those?
 7    A    I do.  Let's see what they say there.  Only
 8         provide when they're actually reported.  They
 9         don't verify the reports or the accuracy, and they
10         should not be construed to represent the complete
11         incidence of national exposures to any substance.
12    Q    Okay.  And again, Limitations and plans, page 931,
13         their spontaneous self-reported reflect the
14         limitation of this type of reporting system,
15         right?
16    A    Yes.
17    Q    But they still have statistics at page 938, for
18         example, about inadvertently taking medications,
19         right?
20    A    They do give them, yes.  Yes, they do.
21    Q    Up top in the narrative section, they talk about
22         255,732 therapeutic error instances, the most
23         common being inadvertent double dosing, right?
24    A    Yes.
25    Q    And in your experience, this is a substantial

Marc J. Semigran, M.D.                                    June 23, 2010

Page 74

```
 1      problem among patients, particularly the elderly,
 2      isn't it?
 3   A  It occurs.  I don't know, I wouldn't call it a
 4      substantial problem in my experience.
 5   Q  Are you familiar with statistics nationally on
 6      this?
 7   A  No, I am not.
 8   Q  And then again, here at page 945 when they're
 9      reporting the mortality statistics, they haven't
10      changed at all or --
11   A  Slight increase.
12   Q  They certainly haven't changed substantially from
13      2006, right?
14   A  To 2007.
15   Q  Okay.
16          THE WITNESS:  Can I take a quick break?
17          MR. MORIARTY:  Absolutely.
18              (Recess taken.)
19   Q  Dr. Semigran, is it fair to say that almost all
20      prescription medications have risks?
21   A  I think many do, yes.
22   Q  And some of them have the risk up to and including
23      death, is that correct?
24   A  I think that that's accurate, yes.
25   Q  And when you as a physician prescribe medications,
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 75

1        it's your job to take into account the risks and
2        make a risk benefit analysis for your individual
3        patient, correct?
4    A   Correct.
5    Q   Is the same, do you go through the same process
6        when you prescribe digoxin for patients?
7    A   Yes.
8    Q   I think --
9    A   Just to elaborate a little bit, I mean, I think
10       when we even decide on the dose of the digoxin, we
11       make a similar kind of analysis because of the
12       risks of toxicity.
13   Q   Right.  I think I asked you this before, but you
14       haven't seen any plaintiffs' expert's reports in
15       this case?
16   A   Yes, you asked me that and I said no.
17   Q   And so you don't really know whether they're using
18       evidence based medicine and reliable methods to
19       come to any of the conclusions that they make in
20       those individual cases?
21   A   I don't know anything about the reports.
22   Q   And you know what evidence based medicine is,
23       don't you?
24   A   It's a term that's, you know, used a lot.  I mean,
25       I generally consider it meaning making decisions

Marc J. Semigran, M.D.                                    June 23, 2010

Page 76

```
 1        based on the results of data obtained on certain

 2        situations.

 3   Q    And I believe the American College of Cardiology

 4        talks in its publications about sort of believing

 5        that evidence based medicine is the appropriate

 6        path to follow, correct?

 7   A    I can't specifically cite an ACC publication,

 8        but --

 9   Q    Do you know if they do, or don't you know?

10   A    Many academic and regulatory agencies talk about

11        it, yes.

12   Q    Do you know that the ACC has a code of ethics with

13        a, How you should be an expert witness section?

14   A    Yes, they do.

15   Q    And you would hope that your cardiology colleagues

16        would follow that?

17   A    I would hope so, yes.

18   Q    You know what Glomerular Filtration Rate is?

19   A    Yes.

20   Q    GFR, to make my life easier?

21   A    Sure.

22   Q    Does it slow down with advancing age?

23   A    It does decrease with age, yes.

24   Q    Does renal function diminish with advancing age?

25   A    If the measurement of renal function you're using
```

Marc J. Semigran, M.D.                                    June 23, 2010

```
 1       is GFR, yes, it does.

 2    Q  Does muscle mass typically decrease with advancing

 3       age?

 4    A  It can, though that's, that can vary from person

 5       to person.

 6    Q  Do you generally agree that the serum creatinine

 7       underestimates the decrease in GFR with age?

 8    A  I think I need to know about the specific

 9       situation there.

10    Q  Let me put it another way, do you agree that a

11       serum creatinine in the upper normal range may

12       already reflect impaired renal function in an

13       elderly patient?

14    A  It's possible, yes.

15    Q  Well, I'm looking at Reference 1 of yours, which

16       is co-authored by Kirkwood Adams is the easiest

17       name to pronounce.

18    A  Mihai Gheorghiade, yes, and Kirkwood Adams.

19    Q  And at page 2962, it says under the category of

20       Elderly, "Because the elderly have a lower lean

21       body mass and decreased renal function, digoxin

22       should be used with caution;" do you agree with

23       that?

24    A  I think that's a reasonable statement.

25    Q  I want to show you what has been marked as
```

Marc J. Semigran, M.D.                                      June 23, 2010

Page 78

```
 1        Plaintiff's, or I'm sorry, Defendant's Exhibit 8.
 2        I apologize in advance for the size of the
 3        reproduction because it puts a real strain on your
 4        eyes.
 5   A    Um hmm.
 6   Q    But that's the Detailed Patient Labeling for
 7        Digitek.  Do you recall ever reading the Detailed
 8        Patient Labeling for Digitek?
 9   A    I don't recall, no.
10   Q    Just want to go over a couple of things that are
11        in there to see whether you agree or disagree with
12        them.  First of all, do you know whether or not
13        this is an FDA approved labeling document?
14   A    I do not know.  If it was found through the FDA
15        website, for example, it would be.
16   Q    Okay.  Second column, last paragraph, says, "The
17        clearance of digoxin can be primarily correlated
18        with renal function as indicated by creatinine
19        clearance.  The Cockcroft and Gault formula for
20        estimation of creatinine clearance includes age,
21        body weight and gender."  Do you agree with that?
22   A    With both sentences?
23   Q    Yes.
24   A    I think I do, yes.
25   Q    Right.  Let's go to the fourth column.  Almost to
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 79

```
 1        the bottom, it says:  Precautions.
 2   A    Yes.
 3   Q    "Use in patients with impaired renal function:
 4        Digoxin is primarily excreted by the kidneys;
 5        therefore, patients with impaired renal function
 6        require smaller than usual maintenance doses of
 7        digoxin."  Do you agree with that?
 8   A    I think it's a very general statement, and I think
 9        you have to be patient specific when you determine
10        the dose of digoxin and consider the renal
11        function in that, when you prescribe a given dose
12        of digoxin.
13   Q    Well, let's go to the last column on that first
14        page.
15   A    Yes.
16   Q    The last paragraph in the Drugs Interactions
17        section.  So it's three-quarters of the way down.
18        "Due to the considerable variability of these
19        interactions, the dosage of digoxin should be
20        individualized when patients receive these
21        medications concurrently."  They're referring to
22        medications that are discussed above.  Do you
23        agree with that statement?
24   A    I agree with that, yes.
25   Q    And then it goes on to say, "Furthermore, caution
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 80

```
 1        should be exercised when combining digoxin with

 2        any drug that may cause a significant

 3        deterioration in renal function since a decline in

 4        glomerular filtration or tubal secretion may

 5        impair the excretion of digoxin;" do you agree

 6        with that?

 7   A    I would agree, yes, caution should be exercised.

 8   Q    Then on the next page.

 9   A    I just add that that involves, you know,

10        consideration of the individual circumstances of a

11        given patient.

12   Q    Sure.  Third column, Dosage and Administration.

13        "In selecting a dose of digoxin, the following

14        factors must be considered," and then there are

15        items one through four; do you see that?

16   A    I would agree with that.

17   Q    All right.

18   A    I think there are other factors as well, but I

19        think that those are among the factors.

20   Q    What other factors would you include?

21   A    I think the indication for digoxin would be

22        another factor:  Is this for heart failure; is

23        this for weight control and atrial fibrillation.

24        Factors that may alter the absorption of the

25        digoxin is another issue.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 81

 1  Q   Okay.

 2  A   There may be a couple of others.  Those are the

 3      two that come to mind.

 4  Q   Then there is a, the next paragraph says, Serum

 5      Digoxin Concentration; do you see that?

 6  A   Yes.

 7  Q   Says, "In general, the dose of digoxin should" --

 8      I'm sorry, "The dose of digoxin used should be

 9      determined on a clinical grounds."  Do you agree

10      with that?

11  A   Yes.

12  Q   Then they talk about the use of serum digoxin

13      measurements.

14  A   Yes.

15  Q   I'm looking for the statement I need.  It says,

16      "Since one-third of patients with clinical

17      toxicity have concentrations less than 2 nanograms

18      per milliliter, values below 2 nanograms per

19      milliliter do not rule out the possibility that a

20      certain sign or symptom is related to digoxin

21      therapy;" do you agree with that?

22  A   I'm reading through the -- because the sentence

23      starts out, "However," so it's somehow referring

24      to the previous sentence as well.  So I'm trying

25      to look at that.

Marc J. Semigran, M.D.                                June 23, 2010

Page 82

```
 1              Says, "About two-thirds of adult patients
 2        with clinical toxicity have serum DIG
 3        concentrations greater than 2 nanograms.  However,
 4        since one-third with clinical toxicity have
 5        concentrations less than 2 nanograms per ml,
 6        values below 2 nanograms per ml do not rule out
 7        the possibility that a certain sign or symptom is
 8        related to DIG therapy."  I would probably add, or
 9        toxicity to that in order to agree with it.
10   Q    Do you have any idea how many people in the United
11        States were prescribed digoxin between 2006 and
12        2008?
13   A    No.
14   Q    Do you know how many prescriptions were written
15        for digoxin between 2006 and 2008?
16   A    No.
17   Q    Do you know what the number is per annum?
18   A    No.
19   Q    Do you know anything about the breakdown of how
20        many might have been taking Digitek as opposed to
21        Lanoxin?
22   A    No.
23   Q    Let's go back to Reference 1, this article by
24        Adams and that gentleman whose name you're good at
25        pronouncing.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 83

```
 1   A   Gheorghiade, yes.

 2   Q   Do you know him, by the way?

 3   A   Yes.

 4   Q   No wonder you could do it.  Page 2961, please,

 5       third column, second full sentence.  Says, The

 6       intoxication is not only dose dependent, but is

 7       also related to concurrent medications or

 8       conditions."  Do you agree with that?

 9   A   No, I would alter that sentence that it "can" be

10       related, but to say that is, is, it means that --

11       no, I don't agree with that sentence.

12   Q   Well, in any case where you suspect digoxin

13       toxicity, you do look into concurrent medications

14       and conditions; don't you?

15   A   Yes.

16   Q   That's part of your differential diagnosis in

17       ruling out other causes of digoxin toxicity than

18       dose?

19   A   I think in trying to determine, yes, the etiology

20       of the digoxin toxicity.

21   Q   And would you agree that digoxin toxicity is a

22       known and accepted risk of the drug?

23   A   Yes.

24   Q   So in, for example, your Tab 3, reference number

25       3, which is an article from the Journal of the
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 84

```
 1        American Medical Association in 1988, this was

 2        comparing a drug called captopril with digoxin,

 3        correct?

 4   A    Yes.

 5   Q    And on the page 541 is the Drug Safety and

 6        Mortality section, correct?

 7   A    My, I only, I errored here.  I only copied the

 8        first two pages, I'm sorry.  Can I look at yours

 9        then?

10   Q    Sure.  That's the drug safety section of this

11        particular study, is it not?

12   A    So this is in the Results where they're referring

13        to Drug Safety and Mortality; yes.

14   Q    And there was some percentage of digoxin toxicity

15        in that study, correct?

16   A    They talk about the rate of discontinuation due to

17        adverse drug reactions.

18   Q    Would you --

19   A    And they say it was 4.2 percent with digoxin.

20   Q    Would you assume that the adverse drug reaction in

21        the digoxin group was some form of digoxin

22        toxicity?

23   A    I guess it differs on what you mean by toxicity,

24        which I would usually consider to mean a dangerous

25        side effect versus an adverse drug reaction, you
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 85

```
 1        know.  Even to be more specific, I consider

 2        toxicity to be a serious side effect, and an

 3        adverse reaction that would cause one to

 4        discontinue a drug could be, you know, shall we

 5        say, a less than serious effect, meaning one that

 6        is not, you know, life threatening or threatening

 7        a major change in somebody's health status.

 8             For example, you might, you know, stop a

 9        drug because it makes you cough, or it gives you a

10        headache, or a patient might report that they

11        think the study drug is giving them a cough or a

12        headache, and then they would say, okay, well,

13        then stop the study drug.  I wouldn't consider

14        that a toxicity however, but it might be an

15        adverse reaction causing cessation of the drug.

16   Q    So in this particular reference, the

17        discontinuance rate in digoxin of 4.2 percent

18        could be either toxicity, or what you say as an

19        adverse event like nausea or vomiting.

20   A    They're, I mean, you would have to review the

21        whole paper again, but they are just saying it is

22        an adverse drug effect, and sometimes they'll

23        actually be more specific and tell you what they

24        are.  I don't know if they do in that paper.  I

25        don't recall.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 86

```
 1   Q   Well, I'm just trying to understand your
 2       definition.  If a patient was taking digoxin and
 3       called you and said, I'm nauseous and I'm
 4       vomiting, and you in your mind were convinced that
 5       this was from digoxin as opposed to the flu or
 6       something else, would you call that an adverse
 7       event or toxicity?
 8   A   So, adverse events is a phrase used specifically
 9       for clinical studies, I think.  So I would be
10       concerned that the patient was exhibiting a
11       symptom of digoxin toxicity and then look into it
12       further.
13   Q   Okay.
14   A   That's what I would do.
15   Q   And if it was in the midst of a clinical trial,
16       you might just call it an adverse event.
17   A   You mean that, clinical trial including digoxin?
18   Q   Yes.
19   A   If it was in the midst of a clinical trial and the
20       patient called that, I would be concerned for
21       toxicity.  We would probably bring the patient in
22       and look into it further with, you know, an
23       evaluation, physical exam, laboratory studies, et
24       cetera, and then decide whether it was -- and then
25       probably would report it as an adverse event to
```

Marc J. Semigran, M.D.                                      June 23, 2010

Page 87

1        the head of the investigation.

2    Q   Okay.  All right.  Let's go to your Reference 4,

3        which is this milrinone article in 1989 in the New

4        England Journal of Medicine.  The first sentence

5        of the actual body of the article says, "Chronic

6        heart failure is a common progressively

7        debilitating condition with poor prognosis."

8              We talked about this a little bit before,

9        but do you still agree with that statement?

10             MR. MILLER:  Objection.  Asked and answered.

11   A   I think the prognosis has improved since 1989 and

12       it's a pretty vague statement.

13   Q   Okay.

14   A   You know, in terms of poor.

15   Q   How would you characterize the prognosis now, if

16       it's not poor?

17   A   It would depend on the setting.  I mean, if I was

18       with a patient, I would try to be as optimistic as

19       possible.  If I was writing a grant, I would try

20       to be as specific as possible and say that the

21       two-year mortality for Class 2, Class 3 heart

22       failure's approximately 15 percent, and is that --

23       I'd leave it to the reader to decide whether that

24       was good, poor or whatever.

25   Q   Page 679 is the Adverse Drug Effects section of

Marc J. Semigran, M.D.                                    June 23, 2010

```
                                                         Page 88
 1      this article?

 2   A  Okay.

 3   Q  And at the next page, they talk about the

 4      discontinuance rates.  There were discontinuances

 5      for digoxin, were there not?

 6   A  Let's see.

 7   Q  It's in the last sentence of the section.

 8   A  I'm still in the middle of the section.  So I'm

 9      sorry, ask your question again.  I just needed to

10      review the study in my mind.

11   Q  Were there discontinuances of digoxin in the

12      study?

13   A  It's hard to say because there was, in this

14      sentence, they say there were a group of patients

15      that were receiving either dig or diuretic, and

16      they say here that, "Adverse effects prompted

17      discontinuation of milrinone in 10 of 119 patients

18      as compared with 2 of 111 who were receiving

19      either dig or diuretic."  So they're talking about

20      discontinuation of milrinone.  They're talking

21      here about discontinuation of milrinone.

22   Q  Is what you're telling me, you can't tell whether

23      the 2 discontinuances were digoxin or whether it

24      was a diuretic?

25   A  I think that the 2 is referring to discontinuation
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 89

 1        of milrinone because remember, there was a

 2        treatment, an arm of this study was this

 3        combination arm where patients could receive

 4        milrinone in addition to dig or diuretic, or on

 5        its own, and I think what they're telling us here

 6        is about how often milrinone was discontinued.

 7    Q   Got you.  All right.  Let's go to the last page of

 8        the article.  The very last sentence says, "Our

 9        results in patients already receiving digoxin

10        suggest however that no clinical benefit would be

11        derived from either the substitution of milrinone

12        for digoxin or the addition of milrinone to

13        digoxin treatment."

14             First of all, did I read that correctly?

15    A   I believe you did.

16    Q   Was that still true in 2009, 10 years after this

17        was published?

18    A   In this patient population of outpatient use of

19        treatment with chronic heart failure, that adding

20        or substituting milrinone for dig, oral milrinone

21        for dig, may be true.  I mean oral milrinone is

22        not available.

23    Q   Okay.

24    A   So for this group of patients, in a situation for

25        which milrinone is not currently available, it's

Marc J. Semigran, M.D.                                    June 23, 2010

Page 90

```
 1      hard to say.

 2   Q  Okay.

 3   A  I'm not sure I understand your question.

 4   Q  In 2009, was IV milrinone beneficial either

 5      substituted for or in place of digoxin treatment?

 6   A  I think there are situations where it would be,

 7      yes.

 8   Q  All right.

 9   A  Its use would be very different than the goals of

10      this study.

11   Q  Do the elderly tend to take more drugs than

12      younger patients?

13          MR. MILLER:  Object to form.

14          MR. MORIARTY:  What's the objection?  What's

15      the matter with the form of that?

16          MR. MILLER:  I think it's vague, Matt.

17          MR. MORIARTY:  Vague isn't a form.

18   Q  Go ahead.  You can answer.

19   A  My understanding is that in general, the elderly

20      receive more medications than younger patients.

21   Q  And that's called poly pharmacy?

22   A  Well, I think poly pharmacy is anybody taking more

23      than one drug.

24   Q  All right.  And is the population of elderly

25      patients on, taking multiple drugs, at increased
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 91

 1    risk for adverse drug events?

 2  A  I don't know.  I don't know enough about that type

 3     of statistics or research.

 4  Q  Are you familiar with any statistics on what drugs

 5     in that population lead to the highest rates of

 6     adverse drug events?

 7  A  I'm not.

 8  Q  Do patients with heart failure frequently have

 9     impaired renal function?

10  A  They often do, yes.

11  Q  Do you know whether or not cardiac glycoside

12     toxicity is one of the most frequent adverse drug

13     reactions encountered in the elderly?

14  A  I don't know.

15  Q  So along those lines, in a paper published by

16     Kristin Williamson in the Archives of Internal

17     Medicine in 1998, she says that, "Digoxin is one

18     of the most frequently prescribed medications and

19     has historically been implicated as one of the

20     most common causes of adverse drug reactions."  Do

21     you have any basis to disagree with her on that?

22  A  I can't really agree or disagree.  It's -- I'd

23     need to see the evidence behind the statement.

24  Q  She also says, "Therapeutic drug monitoring

25     improves patient care and likely contributes to

Marc J. Semigran, M.D.                                    June 23, 2010

Page 92

1          the suspected decrease in digoxin toxicity.

2          However, elevated concentrations alone do not

3          constitute toxicity."

4               Do you agree that elevated concentrations

5          alone do not constitute toxicity?

6     A    No, I disagree with that.  I think that there are

7          certain levels, and I think I put it in my report

8          which, that is toxic, and even certain levels that

9          I would treat absent symptoms.

10    Q    All right.  Let's assume that a patient has a

11         level of 2.2.  Let's keep it fairly simple and

12         close to 2 nanograms per milliliter.  You wouldn't

13         say that just because a patient has a serum

14         digoxin concentration of 2.2, that they have

15         digoxin toxicity, would you?

16    A    I would say that they have a plasma level that,

17         you know, if it represents the steady state,

18         plasma concentration is associated with toxicity,

19         and I would be concerned that some action be taken

20         to prevent some of the manifestations of digoxin

21         toxicity that can occur in the absence of

22         preceding signs and symptoms.

23              We sort of talked earlier that yes, I do

24         think that toxic arrhythmias can occur, and I've

25         seen them occur in the absence of preceding signs

Marc J. Semigran, M.D.                                              June 23, 2010

Page 93

 1        and symptoms, and if that was a -- with that
 2        level, I would be concerned that digoxin toxicity
 3        either can occur or is occurring.
 4   Q    I understand what you're saying, that you would be
 5        concerned, but that wouldn't necessarily spur you
 6        to write in the diagnosis section of the chart,
 7        "digoxin toxicity," without more information than
 8        just a serum digoxin concentration.
 9   A    I might say, toxic level of digoxin; that's what I
10        would say is occurring.
11   Q    Well, is digoxin toxicity really a diagnosis where
12        you're blending the clinical, the
13        electrocardiographic and the laboratory together?
14   A    I think it can be, yes.  I think almost all of our
15        diagnoses are.  But it can be a diagnosis based on
16        level alone.
17   Q    When you have patients on digoxin, do you target a
18        particular range of serum digoxin concentration?
19   A    If it's for the heart failure indication, yes, I
20        do.
21   Q    And what is your target range?
22   A    I follow the recent guidelines of aiming between
23        approximately .5 and .8 nanograms per ml.
24   Q    Do you routinely order serum digoxin
25        concentrations in your patients?

Marc J. Semigran, M.D.                                         June 23, 2010

Page 94

```
 1   A   Yes.

 2   Q   Do you order them just for monitoring, or do you

 3       only order them when they are symptomatic?

 4   A   Just for monitoring or when they are symptomatic.

 5   Q   All right.  Is there some frequency with which you

 6       try to do it for monitoring purposes?

 7   A   I try to monitor them approximately twice a year,

 8       more so if I think there is anything that could

 9       possibly be affecting their level.

10   Q   Did you ever practice with a doctor, Thomas W.

11       Smith, who at least back in the '80s was at the

12       Brigham and Women's Hospital here in Boston?

13   A   No.

14   Q   All right.  He published an article in the Journal

15       of the American Academy of Cardiology.  I don't

16       think I said that right, the JACC.

17   A   American College of Cardiology.

18   Q   American College.  It said, at page 47, "In terms

19       of the management of the individual patients, I

20       would emphasize that no specific serum

21       concentration exists that can be used to define a

22       clear boundary between the presence and absence of

23       toxicity."

24           Do you agree with him on that?

25           MR. MILLER:  Matt, I'm going to object to
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 95

```
 1        the reading from a document we don't give the
 2        doctor a chance to read it first here.
 3               MR. MORIARTY:  Okay.  I just asked if he
 4        agreed with the statement.  He is an adult and he
 5        is very smart.  He can ask for the article if he
 6        wants it, Pete.
 7               MR. MILLER:  I'm objecting then, and I can
 8        do that if I want to.
 9               MR. MORIARTY:  Yes, you can.
10   Q    Do you want to see it, doctor?
11   A    Yes, I do want to see the article.  I think it
12        would be appropriate.  And thanks for saying that
13        I'm very smart.  I'll tell my daughters.
14   Q    I understand the problem.
15               This is the article and the, what I'm
16        referring to is back here, not on the purple flag
17        page, but it is a highlighted statement, okay.
18   A    I think I would disagree with that, and I would,
19        and Dr. Smith is or was much smarter than I am,
20        but this was written 25 years ago, before a lot of
21        the studies of digoxin and digoxin toxicity came
22        out, and actually, before many of the current more
23        precise assays came out.
24               So I mean, I knew Dr. Smith.  He was an
25        incredible clinician and an incredibly smart
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 96

1      person, but I would disagree with that statement

2      as it applies in the more recent era.

3   Q  Okay.  Have you ever made a report to the FDA of

4      an adverse drug reaction?

5   A  Yes.

6   Q  Outside the confines of a clinical trial, have you

7      ever made a report to the FDA of an adverse drug

8      reaction?

9   A  Yes.  And it was, it was recent.

10  Q  What was the drug?

11  A  It was Sildenafil.

12  Q  Have you ever made an adverse event report to the

13     FDA regarding a cardiac glycoside?

14  A  No.

15  Q  Are you aware of any medical literature which says

16     that digoxin causes or contributes to renal

17     failure?

18  A  I am not aware of that, no.

19  Q  Can we go back to your reference number 1, please.

20     At page 2962, and this is that Kirkwood Adams

21     article, isn't it?

22  A  Yes.  Gheorghiade and Adams.

23  Q  Tell me one more time how to pronounce his name?

24  A  When I speak, I usually call him Mihai.

25  Q  Mihai?

Marc J. Semigran, M.D.                                    June 23, 2010

Page 97

```
 1    A    Gheorghiade.

 2    Q    Gheorghiade.

 3    A    He's Romanian.

 4    Q    Mihai Gheorghiade and Kirkwood Adams, your

 5         Reference 1.

 6    A    Yes, and Bill Colucci.

 7    Q    Page 2962, first column is, starts out by talking

 8         about women, correct?

 9    A    Yes.

10    Q    And the last sentence says, "For now, it is

11         prudent to administer low doses of digoxin only in

12         women with heart failures with very low left

13         ventricular injection fractions and symptoms that

14         occur with minimal exertion or at rest despite

15         standard therapy;" correct?

16    A    That's the opinion of the authors, yes.

17    Q    And what they're talking about is basically women

18         with, it can be given in women with advanced heart

19         failure who have very low ejection fractions and

20         symptoms, right?

21    A    They're saying that that's when it's prudent to

22         administer the agent.

23    Q    Can you go to your Tab 5, or your Reference 5,

24         please.  It's the 2009 guidelines.

25    A    Yes.
```

Marc J. Semigran, M.D.                                        June 23, 2010

Page 98

```
 1   Q   And I'd like you to go to, these are kind of oddly
 2       numbered, but there is a page called e7 relatively
 3       early in this paper, do you see that?
 4   A   Got it.
 5   Q   The first paragraph under Definition of Heart
 6       Failure, says, "The cardinal manifestations of
 7       heart failure are dyspnea and fatigue, which may
 8       limit exercise tolerance," and then it goes on to
 9       mention fluid retention and some other things; do
10       you see that?
11   A   Yes.
12   Q   Can patients who are in, who have heart failure
13       still have shortness of breath and fatigue when
14       treated appropriately?
15   A   Yes.
16   Q   If you go now to page e27, bottom right-hand
17       corner, they're talking about a class of drugs
18       called angiotensin suppressors, right?
19   A   Angiotensin converting enzyme inhibiters.
20   Q   ACE inhibiters for short, right?
21   A   Yes.
22   Q   And they're talking about adverse effects of these
23       kind of drugs; right?
24   A   Yes.
25   Q   And they say, "The most common adverse effects of
```

Marc J. Semigran, M.D.                                          June 23, 2010

Page 99

```
 1        ACE inhibition in patients with heart failure are

 2        hypotension and dizziness," is that right?

 3   A    That is what they say, yes.

 4   Q    Are ACE inhibiters commonly given in conjunction

 5        with digoxin in heart failure patients?

 6   A    Yes.

 7   Q    And hypotension and dizziness are potential signs

 8        or symptoms of both problems with digoxin or ACE

 9        inhibiters, correct?

10   A    Yes.  I think that the mechanism by which the

11        agents cause those symptoms differ, and they are

12        usually discernible by, you know, reviewing the

13        specific situation.

14   Q    Okay.  All right.  Let's go to e33, please.

15        Bottom of the left column is talking about beta

16        blockers, is it not?

17   A    Yeah, this is the beta blocker section.

18   Q    And it says the beta blockers can produce

19        hypotension, but, which is usually asymptomatic,

20        but may produce dizziness, light-headedness or

21        blurred vision; do you see that?

22   A    Yes.

23   Q    Are those also potential signs or symptoms of

24        digoxin problems?

25   A    They are.  But again, the mechanisms can differ
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 100

 1      and can usually be differentiated in an individual
 2      situation.
 3   Q  E34, please.
 4   A  Yes.
 5   Q  Very bottom left column, it says, "There has been
 6      no prospective randomized evaluation of the
 7      relative efficacy or safety of different plasma
 8      concentrations of digoxin;" do you see that?
 9   A  Yes.
10   Q  Is that, do you agree with that?
11   A  I agree, yes.
12   Q  The studies that, a lot of the studies we've been
13      talking about today, including Mihai Gheorghiade,
14      Kirkwood Adams and others are retrospective
15      studies, are they not?
16   A  Well, they're a review article.  They're not even
17      a study.  They're just reviewing other studies.  I
18      mean, we talked about the DIG study, for example,
19      the DIG captopril study and the DIG milrinone
20      studies.  They're studies.
21   Q  Right-hand column, about two-thirds of the way
22      down, sentence says, "In addition, a low lean body
23      mass and impaired renal function can also elevate
24      serum digoxin levels which may explain the
25      increased risk of digitalis toxicity in elderly

Marc J. Semigran, M.D.                                    June 23, 2010

Page 101

```
 1       patients;" do you agree with that?
 2   A   Yes, those are certainly considerations when
 3       assessing the risk of digoxin toxicity.
 4   Q   Next sentence says, "Of note, one analysis
 5       suggested that women may not benefit from digoxin
 6       therapy and may be at increased risk for death
 7       with such therapy."
 8            Do you agree with that?
 9   A   I don't.  I mean, I'd want to again review the
10       study they're referencing, reference 379.  It was
11       a retrospective study, as I recall, and I'd want
12       to review that study before saying I'd agree or
13       disagree.
14   Q   Rathore's article, which is cite 379, is a
15       retrospective of analysis in the DIG study, isn't
16       it?
17   A   Again, I'd want to review it.
18   Q   I have the wrong Rathore article.  Sorry, I can't
19       help you there.
20            All right, let's go to page e58, will be the
21       last thing I'm going to ask you about this
22       document.  E58, first column, under section 6.2,
23       Noncardiovascular Disorders, it says, "Patients
24       with heart failure frequently have impaired renal
25       function as a result of poor renal perfusion,
```

Marc J. Semigran, M.D.                                      June 23, 2010

Page 102

```
 1        intrinsic renal disease or drugs used to treat
 2        heart failure.  Patients with renal hypoperfusion
 3        or intrinsic renal disease showed an impaired
 4        response to diuretics and ACE inhibiters, and are
 5        at increased risk of adverse effects during
 6        treatment with digitalis."
 7             Do you agree with all of that?
 8   A    Yes.
 9   Q    There is a quote attributed to a Greek named
10        Paracelsus that says, "The dose makes the poison;"
11        do you agree with that.
12   A    I don't know what he is referring to, I'm sorry.
13   Q    Okay.  In your own --
14   A    Can we just take a moment here to stop?
15   Q    Can I just finish asking you about Paracelsus?
16   A    Sure.  Yes.  Go ahead.  Of course.
17   Q    When you do your own clinical trials, or when
18        you're seeing patients clinically, sometimes they
19        will have adverse effects from medications they
20        are taking, is that correct?
21   A    Yes.
22   Q    And if you can, what you want to know is the dose
23        of the medication they are taking; is that one
24        thing you want to know?
25   A    Sorry, what's the goal?  Rephrase.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 103

```
 1   Q   To figure out if the medication may be causing the
 2       illness or the adverse effect.
 3   A   Okay.  All right.
 4   Q   You'd want to know the dose of the drug; correct?
 5   A   You'd want to know the dose, yes; I think that
 6       would be helpful.
 7   Q   You want to know how frequently they're taking
 8       that dose, correct?
 9   A   Right.
10   Q   Because almost anything, including water, can be
11       toxic if you take enough of it, right?
12   A   I would agree with that.
13   Q   All right.  So what Paracelsus I assume is saying
14       is the dose is an important thing to know when
15       figuring out whether something is poisonous.
16   A   I think it's among many factors, yes.
17   Q   So you'd want to know dose and duration, among
18       other factors?
19   A   Among other factors, yes.
20   Q   Now we can take a break.
21   A   I just wanted to sort of evaluate where we were.
22       It's one o'clock.  I wanted to look at my own
23       schedule and see.
24   Q   Why don't you do that.
25                   (Off the record.)
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 104

```
 1              MR. MORIARTY:  Can you mark that one,

 2       please.

 3              Mark it as 43(B).

 4              (Article:  Relationships of Serum Digoxin

 5               Concentration to Mortality and Morbidity

 6               in Women in the Digitalis Investigation

 7               Group Trial marked Defendant Exhibit

 8               No. 43(B) for identification.)

 9   Q   Okay.  I'm going to give you the Exhibit version.

10       This is 43(B).  You can give that version to

11       Mr. Miller.  This article from the Journal of the

12       American College of Cardiology was published in

13       2005; is that correct?

14   A   Yes.

15   Q   And the lead author is Kirkwood Adams, is that

16       right?

17   A   Yes.

18   Q   Have you seen this article before?

19   A   I may have.  I don't immediately remember it.

20   Q   I've got some very specific questions about it for

21       you.  In the Results section of the little

22       abstract at the outset of the article, it says,

23       "In contrast, SDC's from 1.2 to 2.0 nanograms per

24       milliliter were associated with an HR," which I

25       assume means hazard ratio, "for death for women of
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 105

```
 1        1.33."  And then it gives the confidential
 2        interval in the parentheses, is that right?
 3   A    That is correct.
 4   Q    First, tell me your understanding of how you would
 5        translate a hazard ratio into either a percentage
 6        or some way to commonly say increased level of
 7        risk.
 8   A    Well, I think that the risk here, what they're
 9        trying to say is the risk on the average -- well,
10        in general, it tells you the risk relative to
11        unity of a certain event happening.
12   Q    I didn't understand that.  If for example, if I
13        want to talk as a common layman about increased
14        level of risk, I would say, we've doubled the
15        risk, or we've increased the risk 25 percent or
16        something along those lines.
17   A    So if you double the risk, that would be a hazard
18        ratio of 2.
19   Q    Okay.  So what they're saying is that the hazard
20        ratio for women in this serum digoxin
21        concentration range is only 30 percent higher, is
22        that right?
23   A    In this retrospective analysis of a study done for
24        a different reason, that, and again, I don't know
25        what -- I don't know how often they were checking,
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 106

```
 1      I don't remember, I can go back and look, how

 2      often they were checking levels in the DIG trial,

 3      and when the levels they're referring to are

 4      relative to when the death occurred, but they're

 5      saying that the hazard ratio for death for this

 6      retrospective analysis for women was 1.33 if they

 7      had a serum digoxin concentration in that range.

 8   Q  Okay.  So, and it is a range.  It's 1.2 to 2.0,

 9      correct?

10   A  Um hmm.

11   Q  If, from your understanding of the way these are

12      done, and your knowledge of how they work, if you

13      were to actually break it down by serum level,

14      1.2, 1.3, versus 1.9 or 2.0, would you reasonably

15      expect the hazard ratio to be lower at 1.2 or 1.3

16      than it would be at 1.9 or 2.0?

17   A  We have no information to answer that question.

18   Q  Well, we don't have any information to answer it

19      about this particular study, but is that a

20      reasonable expectation?

21   A  Depends on the situation.  I mean, we could be

22      very flat in that range or not.  I don't know.

23   Q  That's fine.

24   A  Just to, in terms, we usually view these types of

25      retrospective analyses as what we call hypothesis
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 107

```
 1        generating, and it would be terrific to now do a
 2        prospective trial saying you're going to take
 3        women, and you're going to target serum digoxin
 4        concentrations for less than 1.2, 1.2 to 2, or you
 5        might choose different ranges, and let's do a
 6        prospective study where we randomly assign
 7        patients to different treatment arms with that
 8        goal.
 9             We don't know, perhaps there were other
10        factors in this women that had this DIG level
11        compared to other DIG levels that also affected
12        their risk of mortality.  This is hypothesis
13        generating.  I don't think that we can use it to
14        draw any clinical conclusions from it.
15   Q    Are you saying, what you're saying is hypothesis
16        generating, or are you saying this passage I've
17        been asking you about is hypothesis generating?
18   A    I'm saying that the passage that you're, you read
19        would lead one not to draw any conclusions from
20        it, but to generate a hypothesis --
21   Q    I got you.
22   A    -- about digoxin levels in women.
23   Q    So you do not draw clinical conclusions from this
24        statement.
25   A    I do not.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 108

 1   Q   All right.  Let's go to the second page of this,
 2       which is page 498.  And again, this is more of a
 3       question about how doctors reporting these things
 4       frame their terminology.  In the upper right-hand
 5       corner in the section called:  Study Population.
 6   A   Yes?
 7   Q   You see that?  "A total of 6,738 of the 6,800
 8       patients enrolled in the main trial survived for
 9       at least four weeks of follow-up." So when you do
10       a study like this, do you define what survivorship
11       is going to be?
12   A   I don't understand your question.
13   Q   Sure.  Well, if you're going to talk about -- I
14       realize this is a retrospective study, but when
15       you do a study and you're going to study end
16       points like mortality, do you generally have to
17       come up with a time frame for the mortality?
18           In other words, if they die within a month,
19       were they included; if they die in three months,
20       they're not?
21   A   Generally, you -- I mean, it depends.  In the
22       studies that I've designed or participated in, we
23       usually begin assessing survival at the beginning
24       of a patient's entry into the trial.
25   Q   Okay.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 109

 1   A   So, and then we say, we're going to follow the
 2       patients for as long as we say the study is going
 3       to be, and depends a lot on what we're looking at.
 4       I mean, we might say we're going to design the
 5       trial to follow patients until a certain number of
 6       events have occurred.  We might say we're going to
 7       follow patients for three years, or three months,
 8       or even as we did in the trial that I wrote
 9       earlier that you discussed, we followed them for
10       12 weeks.
11   Q   But do you ascribe any significance to -- if you
12       were reading this article, what significance would
13       you attach to the statement where they say that
14       these people survived for at least four weeks;
15       assuming they thought it was significant or they
16       wouldn't have written it.
17   A   True.
18           We'd really have to go back to the study
19       design trial and see why they, why they make this
20       statement.  I don't know why.  I'd have to review,
21       you know, this paper.  They reference the, I think
22       it's, Reference 7 is their study design paper?
23       Let's see.  Well, that's the study itself.  That
24       was the DIG study from 1997, and see, you know,
25       exactly why they do this.

Marc J. Semigran, M.D.                                    June 23, 2010

                                                         Page 110

     1              They are only assessing patients that

     2        survived for that four-week period.  They go on to

     3        the next sentence to limit themselves; so that's

     4        6738.

     5   Q    Got you.  Let's go to page 501.  Says, I'm sorry,

     6        right-hand column, about four sentences down, "In

     7        contrast, the risk for mortality was greater than

     8        placebo when serum concentrations were greater

     9        than or equal to 1.2 nanograms per milliliter, and

    10        there was no reduction in the risk of the combined

    11        end point at higher serum concentrations."

    12              What do you understand that to mean?

    13   A    There again, you know, as we discussed a few

    14        moments ago, that the hazard ratio for mortality

    15        in the patients taking, in the patients taking

    16        digoxin who -- actually, I wouldn't even step back

    17        because we talked about the crossover problem in

    18        the study, but in the patients at least that were

    19        randomized to digoxin, who had serum digoxin

    20        concentrations greater than 1.2, mortality was

    21        greater than in those that were on placebo, and

    22        their combined end point was, as I recall -- let

    23        me go back and look.  I've got to read the thing.

    24   Q    You know what, let me withdraw the question.

    25   A    Okay, because I don't know what the end point

Marc J. Semigran, M.D.                                    June 23, 2010

Page 111

```
 1        they're referring to there.
 2   Q    That's too detailed a point for my time.  But it
 3        says here, "Our study cannot define the mechanisms
 4        responsible for the adverse effect of higher serum
 5        digoxin concentrations;" do you see that
 6        statement?
 7   A    I do see that.
 8   Q    Is that consistent with your knowledge of the
 9        subject?
10   A    That this study does not define the mechanisms
11        responsible, right.  I mean, and I think it's also
12        consistent with what I said a few moments ago
13        about this conclusion being hypothesis generating.
14        We need to learn more about, you know, that group,
15        and what their characteristics would have been
16        that might have contributed to higher mortality.
17   Q    Okay.  So let's go to page 503.
18   A    And that the problem, even when we've done that,
19        is that we may not have well-defined all those
20        characteristics, which is why we should do a
21        prospective trial.
22   Q    Page 503.
23   A    Oh, oh.  Can we take a break?
24   Q    Do you need to take a break to answer a page?
25   A    Yes.
```

Marc J. Semigran, M.D.                                    June 23, 2010

                                                          Page 112

 1   Q   Go ahead.

 2                   (Off the record.)

 3               (Document: Facts and Myths about Generic

 4                Drugs marked Defendant Exhibit No. 38 for

 5                identification.)

 6   Q   So we were in the middle of some final questions

 7       about the Kirkwood Adams article from 2005 which

 8       is an Exhibit here.

 9   A   Right.

10   Q   Go to page 503.

11   A   503, yes.

12   Q   Left side.

13   A   Yes.

14   Q   I'm sorry, it starts at 502, the last sentence on

15       502.

16   A   Yes.

17   Q   "As with any retrospective, nonrandomized study,

18       well-known factors could have confounded our

19       results;" do you see that?

20   A   Yes.

21   Q   Do you agree that that's a possibility?

22   A   Yes.

23   Q   And then later, it says, in the same column,

24       "Worse outcomes in patients with high serum

25       digoxin concentrations could be related to

Marc J. Semigran, M.D.                                    June 23, 2010

Page 113

 1        underlying renal disease or more severe clinical

 2        heart failure;" do you see that?

 3   A    Yes.

 4   Q    Do you agree with them?

 5   A    I think that's speculation.  I think those are

 6        among the possibilities.

 7   Q    All right.  We've talked --

 8   A    I guess, just to elaborate for a second, I think,

 9        I don't know -- this is in the discussion section,

10        it's not in the results, so this is where the

11        authors are discussing their results.

12             I think that what I would interpret that to

13        mean is that underlying renal disease or more

14        severe heart failure could be leading to higher

15        mortality in these patients, and that it's not

16        clear what the relevance of the digoxin levels

17        are.

18   Q    Well, if a doctor was putting a lot of faith in

19        this kind of article and was concerned about a

20        serum digoxin level of 1.2 in a woman with heart

21        failure, the appropriate thing to do would be to

22        discontinue the drug, isn't that true?

23   A    No.  They might -- I mean, you said they're

24        concerned about it.  They might reduce the dose.

25        They might evaluate the risk benefit, as we said

Marc J. Semigran, M.D.                                    June 23, 2010

Page 114

```
 1        earlier, or they might discontinue it.  I think
 2        there are a number of options.
 3   Q    Well, if somebody was so impressed by this
 4        article, they thought that 1.2 was toxic in a
 5        patient of theirs, the appropriate thing to do
 6        would be to discontinue the drug.
 7   A    If somebody thought their patient was toxic, they
 8        should certainly hold the administration of the
 9        drug.
10   Q    You've talked a little bit today or a lot today,
11        about individualizing patients, correct, how each
12        patient is a little bit different?
13   A    Each patient is different, yes.
14   Q    If a patient was prescribed 125 micrograms of
15        digoxin a day, but took accidentally 250
16        micrograms a day, once, is it possible that they
17        would have no adverse effects at all?
18   A    It is possible.
19   Q    And if a patient who was prescribed 125 micrograms
20        a day accidentally took 250 micrograms a day, and
21        wound up a week later being toxic, digoxin toxic,
22        would you want to know how many times they took
23        that 250 micrograms a day?
24   A    Well, the fact of the matter is they're digoxin
25        toxic.  So it might be interesting to know how
```

Marc J. Semigran, M.D.                                  June 23, 2010

```
 1        many times they took it, but there are other

 2        factors I would want to know about too, and in

 3        terms of treating the patient, they're digoxin

 4        toxic.

 5   Q    Sure.  Probably wouldn't make a difference if your

 6        only thought was to treat the patient; right?

 7   A    For the acute treatment, yes.  I mean --

 8   Q    Okay.  But if you really wanted to dig into how

 9        did the drug cause this toxicity, getting back to

10        what we talked about before, you'd want to know

11        dose and how many times they took that dose to get

12        toxic, wouldn't you.

13   A    I think that would be helpful, but it's, you know,

14        it's one factor, and it's, there are so many

15        factors relating to dig absorption and excretion

16        that it's not the most, it's not the only

17        definitive factor there.

18   Q    Okay.

19             All right.  I'm going to pass you over to

20        Ericka, and while she's questioning I'm going to

21        make sure that we've got everything cleaned up

22        that I need to ask with my notes and these

23        Exhibits, okay?

24   A    Okay.

25   Q    And if you have any Exhibits, I need to have them
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 116

1       back so that you don't accidentally take them to
2       your office.
3    A  Here is this.  These are considered mine, but I
4       think this is yours.  It's not labeled as an
5       Exhibit per se.
6    Q  Actually it is, 8.  Can't read it.
7                     CROSS-EXAMINATION
8    BY MS. DOWNIE:
9    Q  I'm going to be skipping around a little bit, so
10      bear with me.  I have just some follow-up
11      questions to clarify some points you made in your
12      testimony earlier today.
13             You were talking earlier about the two cases
14      that were sent to you by the Motley Rice firm, and
15      I believe you indicated that Carmen Scott had sent
16      them to you.
17   A  Yes.
18   Q  And I believe you testified you couldn't recall
19      the specifics of them, but you called them, you
20      did at one point use the phrase, unusual case, an
21      unusual digoxin case.
22   A  I don't recall.
23   Q  I wrote it down when you said it, so that's why I
24      wanted to ask you if you recall what you may have
25      meant by an unusual case.

Marc J. Semigran, M.D.                                          June 23, 2010

Page 117

1   A   I don't recall saying that, or maybe I misspoke if

2       I did.  I don't know if it's possible to go back

3       to the record.

4   Q   If it doesn't ring a bell with you, that's fine.

5       I just wanted to see if as time went on, if you

6       recalled any more regarding the specifics of those

7       cases.

8   A   I don't.

9   Q   Okay.  Fair enough.

10          Mr. Moriarty asked you earlier whether or

11      not you were aware of, if Mass. General kept any

12      statistics to determine whether or not there were

13      any spikes in complaints related to digoxin

14      toxicity, and I believe your testimony was you

15      were not aware, but I wanted to ask --

16  A   Not whether they kept the statistics.

17  Q   That is correct.  But I wanted to ask you whether

18      or not in your clinical practice, whether or not

19      at any time you've personally noticed any spike in

20      digoxin toxicity being reported to you by your

21      patients.

22  A   No, I'm not aware of that.

23  Q   Mr. Moriarty asked you earlier whether or not you

24      had ever prescribed the .50 dose or 500 dose of

25      digoxin; I believe your testimony was that you had

Marc J. Semigran, M.D.                                    June 23, 2010

Page 118

```
 1        not on a chronic basis.
 2   A    Correct.
 3   Q    Have you prescribed that amount on any other
 4        basis?
 5   A    When we're loading a patient with digoxin, we
 6        might begin, I have given that dose to somebody
 7        who had not previously been taking digoxin for a
 8        single dose.
 9   Q    Okay.  So would they receive that dosage only one
10        time?
11   A    Correct.
12   Q    Maybe you could explain to me how it would work.
13        That might be easier.
14   A    They would receive that dosage only one time.
15   Q    Okay.  And then it would go to either 250 or 125?
16   A    They might receive another dosage of 250, say,
17        four hours later.  And then they would go to a
18        chronic dose, usually 125.
19   Q    Okay.  You testified earlier that you would be
20        concerned at a level, for serum, an SCC of 2.2,
21        that the patient was toxic, and you made a point
22        to say that if that 2.2 was at a steady state,
23        that would lead you to become concerned that the
24        patient was potentially suffering from digoxin
25        toxicity.  Is it important for you to know whether
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 119

 1        or not that level is steady state level, and if
 2        so, why?
 3   A    A level of 2.2, yes, because I think if a blood
 4        was drawn early after the administration of the
 5        dose or the patient took the dose, that that level
 6        might indeed not be concerning.  But if that level
 7        represented a steady state level, then yes, I
 8        would be concerned.
 9   Q    And you may have already testified to this, I
10        apologize if you have, but how long after a dose
11        of Digitek would you want to see that test done to
12        ensure that the level that you were getting as a
13        result would be the steady state level?
14   A    Optimally, you know, four to six hours.
15   Q    Now, again, I think your testimony was the 2.2
16        would give rise to concern for you that the
17        patient was toxic.
18   A    Yes.
19   Q    And you would investigate further to determine
20        whether or not that was in fact the case.  What
21        type of investigation would you do to make that
22        determination?
23   A    Take a history for signs and symptoms of dig
24        toxicity, physical exam, electrocardiogram;
25        perhaps check their electrolytes as well to see if

Marc J. Semigran, M.D.                                    June 23, 2010

Page 120

1        there are any of the things we talked about, or at

2        least I talked about in my statement, any of the

3        factors that might exacerbate digoxin toxic

4        effects at a given level.

5    Q   And if the patient had no further symptoms or

6        signs that you've just listed for us, if in fact

7        the only thing that they had was the elevated

8        level, would your conclusion then be that the

9        patient was digoxin toxic?

10   A   I think I would conclude that they had a toxic

11       level, and I would decrease the dose.

12   Q   And by how much would you decrease the dose?

13       Would you discontinue it or --

14   A   I wouldn't dis -- it would be unlikely to

15       discontinue it.  I would probably decrease the

16       dose by, depends on the individual situation.

17       It's hard to say.

18   Q   Would you do a follow-up SCC?

19   A   Yes.

20   Q   How soon after the initial draw of the example

21       we've been using, 2.2?

22   A   And this is in somebody who had no other signs,

23       symptoms, electrocardiographic rhythmn

24       abnormalities?

25   Q   That's correct.

Marc J. Semigran, M.D.                                    June 23, 2010

Page 121

1    A    Probably do a follow-up level in approximately a
2         week.
3    Q    Okay.
4    A    One week.  Four half lives.
5    Q    You wouldn't hospitalize a patient based on a
6         level of 2.2 and no symptoms.
7    A    And no signs, and no rhythmn abnormalities, and no
8         significant electrolyte abnormalities, I would not
9         as a rule.  And no other reason for
10        hospitalization.
11   Q    Sure.
12             Have you ever seen a Digitek tablet that you
13        believed to appear to be out of specification in
14        any respect, whether in size, color, weight or
15        anything of that nature?
16   A    No.
17   Q    Have you ever seen any tests that were performed
18        on Digitek tablets that indicated that their
19        content was out of specification in any respect?
20   A    No.
21   Q    You testified earlier that there were certain
22        situations where you had personally considered
23        whether or not a tablet might have contained more
24        active ingredient because you had no other working
25        alternative explanation; do you recall that

Marc J. Semigran, M.D.                                                          June 23, 2010

                                                                                    Page 122

 1        testimony?

 2   A    Yes.

 3   Q    How many times has that happened?

 4   A    It's difficult to say in part because earlier in

 5        my career, I think that we, you know, believed

 6        that the variability of the amount of active

 7        ingredient in the tablets varied to a greater

 8        extent than it usually does now.  And you know, I

 9        would say probably happen maybe 10, I'm guessing

10        now, 10 to 15 times.

11   Q    To the best of your ability.

12   A    To the best of my ability.

13   Q    Can you recall, to the best of your ability, when

14        the last time was that you had that type of

15        situation arise in your practice?

16   A    Again, I'm giving a very approximate answer of 7

17        or 8 years ago.

18   Q    And do you have any knowledge in, let's start with

19        these situations specifically, but do you have any

20        knowledge regarding what brands of digoxin the

21        patients in those situations were taking?

22   A    I don't recall.

23   Q    Do you generally have any knowledge regarding the

24        brand of digoxin that your patients are ingesting?

25   A    There are times, rarely, when patients will ask

Marc J. Semigran, M.D.                                    June 23, 2010

Page 123

```
 1        that a specific brand be given to them, and then I

 2        do.  I think it was certainly, if I go back maybe

 3        10 or perhaps even a few more years, that we

 4        would, because of concerns about variability in

 5        the preparations, that would we would specify

 6        brand names as a rule.

 7   Q    What brand names would you specify?

 8   A    We usually, I don't know whose side you represent,

 9        we would usually specify Lanoxin.

10   Q    Okay.

11            MR. MORIARTY:  We're not insulted.

12   Q    Again, I apologize if you've already been asked

13        this, but when is the last patient that you've

14        treated that you believed was digoxin toxic?

15   A    Probably about two months ago.

16   Q    Can you tell us sort of the circumstances of that

17        patient coming to see you, and what your diagnosis

18        was, and what it was based upon?

19   A    It was a patient who was receiving digoxin for

20        rate control of atrial fibrillation that I was

21        helping to take care of, who had a junctional

22        rhythmn, and had a, I think had been receiving too

23        much digoxin, and thought they had digoxin

24        toxicity.

25   Q    When you say they were receiving too much digoxin,
```

Marc J. Semigran, M.D.                                    June 23, 2010

                                                              Page 124

1         do you mean they were taking too much digoxin, or

2         perhaps you can clarify your statement so I

3         understand?

4    A    I think they were taking too much digoxin.

5    Q    Was this an elderly patient?

6    A    Well, they were in their sixties.  I'll let you

7         decide.

8    Q    I will say nothing more about that.

9    A    I know how old you are by definition, so probably.

10             MR. MORIARTY:  Very politic.

11   Q    Well, then let me ask a better question.  When you

12        say they were taking too much digoxin, were they

13        taking more than they were prescribed or did you

14        believe --

15   A    No, they were prescribed the dose that I thought

16        was what it should be.

17   Q    I see.  So what did you do for treatment of the

18        patient?

19   A    We held the digoxin for several doses and then

20        resumed at a lower dose.

21   Q    As I understand it, you are rendering no opinions

22        in this case as to whether or not a defective

23        digoxin tablet caused an injury in a specific

24        plaintiff.

25   A    I haven't been --

Marc J. Semigran, M.D.                                    June 23, 2010

Page 125

 1   Q   Is that fair?
 2   A   I think I was asked to review the two cases thus
 3       far.  I don't remember what my opinion was.  They
 4       didn't ask me to write a report.  And I've not
 5       been asked to do anything since on that.
 6   Q   Have you been asked to render any opinion
 7       regarding whether or not Digitek was manufactured
 8       and distributed with any type of defect?
 9   A   No, I've not been asked to render any kind of
10       opinion related to that.
11           MS. DOWNIE:  I think that's -- hold on.
12           In the interest of time, why don't you go
13       ahead if you have some follow-up.  I think I'm
14       done but I may have one more pass.
15                   REDIRECT EXAMINATION
16   BY MR. MORIARTY:
17   Q   Ericka was asking you some questions about the
18       timing of taking a serum digoxin concentration.  I
19       want to follow-up on that.
20   A   Okay.
21   Q   I'm not much of an artist, but if you can
22       conceptualize a dose and response curve, and on
23       the vertical axis it would be the nanograms per
24       milliliter, and on the horizontal axis, time,
25       okay.

Marc J. Semigran, M.D.                                    June 23, 2010

                                                          Page 126

 1   A    Um hmm.

 2   Q    If a patient is on a dose of, say, 250 micrograms

 3        a day at steady state, can there be a time

 4        everyday, within the first few hours after they

 5        take their dose, when their serum level would show

 6        above 2 nanograms per milliliter?

 7   A    I believe so, yes.

 8   Q    Okay.  So if for some reason we wanted to do a

 9        study on a group of people who were taking

10        digoxin, and we drew all the serum digoxin

11        concentrations at 2 or 4 hours, whatever, I leave

12        it to others to figure out when the drug is

13        absorbed and starts to metabolize, but there would

14        be peaks or C max's among that group of people

15        above 2 nanograms per milliliter, correct?

16   A    In the serum concentration.

17   Q    Yes.

18   A    There might be.

19   Q    Okay.  And that's a temporary number, and then it

20        falls off as you get out to the 6, 8 hours when

21        you really want to measure it, right?

22   A    Right.

23   Q    So the level does not necessarily cause toxicity

24        in that early time period, and the level has to be

25        taken into context of when it is drawn; correct?

Marc J. Semigran, M.D.                                    June 23, 2010

Page 127

```
 1   A    Well, what causes toxicity is the tissue

 2        concentration of digoxin, and my understanding is

 3        that early after it's taken, that the plasma level

 4        does not necessarily represent the tissue levels.

 5   Q    I see.  Okay.  Do you know anything about

 6        postmortem redistribution of digoxin?

 7   A    No.

 8   Q    Just made that topic about five minutes shorter.

 9             MR. MORIARTY:  I don't have anything else.

10             MS. DOWNIE:  No, no more questions.  Thank

11        you.

12             MS. CARTER:  Just give us a couple minutes.

13                  (Recess taken.)

14             MR. MILLER:  Just a couple quick questions

15        and we'll finish this up.

16             MR. MORIARTY:  Objection.  No, I object.  I

17        don't think you should be allowed to ask your own

18        expert questions in my discovery depo.

19             MR. MILLER:  Okay.  Objection is noted.

20                  CROSS-EXAMINATION

21   BY MR. MILLER:

22   Q    Doctor, it was pointed out to me, and I'm going to

23        see if you recall, have you had an opportunity to

24        meet an attorney from Motley Rice named Fred

25        Thompson?  Do you recall meeting Fred Thompson?
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 128

```
 1   A   I don't.  I think we spoke on the phone.  I don't
 2       recall meeting him.
 3   Q   You've been asked several questions today about
 4       your report.  Has anything been asked of you that
 5       changes any of the opinions in your report?
 6   A   We found a typo.
 7   Q   Okay.
 8   A   That I think was appropriate to correct.
 9   Q   All right.  But other than the typo, nothing has
10       been shown to you or asked of you today that would
11       change any of the opinions in your report.
12   A   No.
13            MR. MILLER:  That's all the questions I
14       have.
15            MS. CARTER:  Could you tell us what the typo
16       was, I missed that?
17            MR. MORIARTY:  He has the word most --
18            MS. CARTER:  Rather than modest.
19            MR. MORIARTY:  And it should be modest.
20            THE WITNESS:  I have too much reliance on
21       spell check.
22            MS. CARTER:  That's fine.  If it's already
23       in the record, then --
24            MR. MORIARTY:  It's in the record.  We've
25       corrected it.
```

Marc J. Semigran, M.D.                                    June 23, 2010

Page 129

1              THE WITNESS:  It's on page 5.

2    BY MR. MILLER:

3    Q    And on page one, if you take a look at the

4         Mechanisms of Action, and I believe that first

5         sentence where it says, "canine hearts during the

6         1920, that's supposed to be 1920's, right?

7    A    Yes, that's 1920's, correct.

8    Q    All right.  And then the only other one that I saw

9         was, towards the bottom of that paragraph, it

10        should be 1850's instead of 1805?

11   A    No, 1950's.

12   Q    Oh, 1950's, okay.

13   A    You're right.  Sorry.  Do you want me to submit

14        some sort of revised?

15   Q    No, that's quite all right.  Those are all the

16        questions I have.

17             MR. MORIARTY:  We're done.  Do you know

18        about reading and signing?

19             MR. MILLER:  He will read and sign.  We're

20        not going to waive that.

21             MR. MORIARTY:  Okay.  We're off the record.

22             (Off the record at 1:55 p.m.)

23

24

25

Marc J. Semigran, M.D.                                    June 23, 2010

Page 130

```
 1                  C E R T I F I C A T E

 2    COMMONWEALTH OF MASSACHUSETTS

 3    MIDDLESEX, SS.

 4

 5         I, Lisa McDonald Valdario, Registered
      Professional Reporter and Notary Public, in
 6    and for the Commonwealth of Massachusetts, do
      hereby certify that:
 7
           MARC J. SEMIGRAN, M.D., the witness whose
 8    deposition is hereinbefore set forth, was duly sworn
      by me, that I saw a picture identification for him
 9    in the form of his MGH ID, and that the foregoing
      transcript is a true and accurate
10    transcription of my stenotype notes to the
      best of my knowledge, skill and ability.
11
           I further certify that I am not related to
12    any of the parties in this matter by blood or
      marriage and that I am in no way interested in
13    the outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set my
      hand and notarial seal this 26th day of June,
15    2010.

16

17    _____

18    Lisa McDonald Valdario, RPR, RMR
           Notary Public
19    My commission expires: June 9, 2011

20
           THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
21         DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME
           BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
22         AND/OR DIRECTION OF THE CERTIFYING REPORTER.

23

24

25
```

Marc J. Semigran, M.D.                                              June 23, 2010

Page 131

1                    DEPONENT'S ERRATA SHEET AND
                        SIGNATURE INSTRUCTIONS
2

3              The original of the Errata Sheet has
          been delivered to Attorney Miller.
4
               When the Errata Sheet has been
5         completed by the deponent and signed, a copy
          thereof should be delivered to each party of
6         record and the ORIGINAL delivered to Attorney
          Moriarty to whom the original deposition
7         transcript was delivered.

8

9                    INSTRUCTIONS TO DEPONENT

10             After reading this volume of your
          deposition, indicate any corrections or
11        changes to your testimony and the reasons
          therefor on the Errata Sheet supplied to you
12        and sign it.

13             DO NOT make marks or notations on the
          transcript volume itself.
14

15        REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE
          COMPLETED AND SIGNED ERRATA SHEET WHEN
16        RECEIVED.

17

18

19

20

21

22

23

24

25

Marc J. Semigran, M.D.                                    June 23, 2010

Page 132

```
 1   ATTACH TO THE DEPOSITION OF MARC J. SEMIGRAN, M.D.
     CASE NAME: DIGITEK PRODUCT LIABILITY LITIGATION
 2   JUNE 23, 2010
                        ERRATA SHEET
 3
         INSTRUCTIONS: After reading the transcript of
 4   your deposition, note any change or correction
     your testimony and the reason therefor on this
 5   sheet.  DO NOT make any marks or notations on
     the transcript volume itself.  Sign and date
 6   this Errata Sheet (before a Notary Public, if
     required).  Refer to Page 131 of the
 7   transcript for Errata Sheet distribution
     instructions.
 8
     PAGE      LINE
 9
     ----      ---- CHANGE: ----------------------
10        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
11        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
12        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
13        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
14        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
15        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
16        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
17        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
18        REASON: ------------------------------
     ----      ---- CHANGE: ----------------------
19        REASON: ------------------------------
20       I have read the foregoing transcript of my
     deposition, and except for any corrections or
21   changes noted above, I hereby subscribe to the
     transcript as an accurate record of the
22   statements made by me.
23            -------------------------
              MARC J. SEMIGRAN, M.D.
24
25
```