# EXHIBIT 4

Ejorn D. Nelson, PHARM.D                            June 22, 2010

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

\* \* \*

IN RE: DIGITEK PRODUCT LIABILITY

LITIGATION                    MDL NO. 1968

\* \* \*

        Deposition of EJORN D. NELSON, PHARM.D.,
Witness herein, called by the Defendants for
cross-examination pursuant to the Rules of Civil
Procedure, taken before me, Mary Jo Stevens, a
Notary Public in and for the State of Ohio, at the
Doubletree Cincinnati Airport, 2826 Terminal
Drive, Hebron, Kentucky, on Tuesday, the 22nd day
of June, 2010, at 8:22 a.m.

\* \* \*


DEFENDANT'S EXHIBIT 4

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 2

```
 1              EXAMINATIONS CONDUCTED    PAGE

 2     BY MR. MORIARTY:......................    5

 3     BY MS. DOWNIE:........................  133

 4     BY MR. MORIARTY:......................  155

 5

 6                 EXHIBITS MARKED

 7     (Thereupon, Defendants' Exhibit 41,      5

 8     a curriculum vitae of Ejorn Don

 9     Nelson, Pharm.D., was identified for

10     purposes of identification.)..........

11     (Thereupon, Defendants' Exhibit          6

12     41-A, a two-page document entitled

13     Dr. Don Nelson's Case List, was

14     marked for purposes of

15     identification.)......................

16     (Thereupon, Defendants' Exhibit 40,     31

17     a report authored by E. Don Nelson,

18     Pharm.D., was identified for

19     purposes of identification.)..........

20     (Thereupon, Defendants' Exhibit         56

21     40-A, an article entitled Digitalis

22     Toxicity authored by J. Thomas

23     Bigger, Jr., M.D., was marked for

24     purposes of identification.)..........

25     (Thereupon, Defendants' Exhibit ......  62
```

Ejorn D. Nelson, PHARM.D                                June 22, 2010

```
                                                          Page 3

   1     40-B, a one-page sheet, page 581,

   2     from Drugs in the Treatment of Heart

   3     Failure, was marked for purposes of

   4     identification.).......................

   5     (Thereupon, Defendants' Exhibit        89

   6     40-C, a group of documents from

   7     MICROMEDEX Healthcare Series labeled

   8     Cardiac Glycosides, was marked for

   9     purposes of identification.)..........

  10     (Thereupon, Defendants' Exhibit        91

  11     40-D, a group of documents from

  12     MICROMEDEX Healthcare Series labeled

  13     Digoxin, was marked for purposes of

  14     identification.).......................

  15     (Thereupon, Defendants' Exhibit       106

  16     40-E, a one-page document entitled

  17     Response to Defense Pharmacologist

  18     Expert Report, was marked for

  19     purposes of identification.)..........

  20

  21

  22

  23

  24

  25
```

Ejorn D. Nelson, PHARM.D                                June 22, 2010

```
                                                        Page 4
  1    APPEARANCES:

  2        On behalf of the Plaintiffs:

  3            Motley Rice, LLC

  4     By:  Fred Thompson, III
                 Attorney at Law
  5              28 Bridgeside Boulevard
                 Mt. Pleasant, South Carolina  29464
  6
           On behalf of Defendants Actavis Totowa LLC,
  7     Actavis, Inc. and Actavis Elizabeth, LLC:

  8            Tucker Ellis & West LLP

  9     By:  Matthew P. Moriarty
                 Attorney at Law
 10              1150 Huntington Building
                 925 Euclid Avenue
 11              Cleveland, Ohio  44115

 12     On behalf of the Defendants Mylan
        Pharmaceuticals, Inc., Mylan, Inc., Mylan
 13     Bertek Pharmaceuticals, Inc. and UDL
        Laboratories, Inc.:
 14
               Shook, Hardy & Bacon, L.L.P.
 15
        By:  Ericka L. Downie
 16              Attorney at Law
                 1155 F Street, NW
 17              Suite 200
                 Washington, D.C.  20004-1305
 18
 19                    *   *   *

 20

 21

 22

 23

 24

 25
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 5

     1                  EJORN D. NELSON, PHARM.D.

     2     of lawful age, Witness herein, having been first

     3     duly cautioned and sworn, as hereinafter

     4     certified, was examined and said as follows:

     5                  CROSS-EXAMINATION

     6     BY MR. MORIARTY:

     7              Q.   Tell us your full name.

     8              A.   Dr. Eljorn Don Nelson.

     9              Q.   As I understand it, you're not a

    10     medical doctor, correct?

    11              A.   I am a P H A R M D, Pharm.D.  I

    12     have a doctor of pharmacy and fellowship from

    13     the National Institutes of Health.

    14              Q.   You don't have an M.D., as I

    15     understand it?

    16              A.   That's a fact.

    17              Q.   So do you typically go by doctor

    18     or professor?

    19              A.   I typically go by doctor.  I have

    20     a diploma that was signed by Ronald Reagan in

    21     1970 that says doctor on it.

    22                  (Thereupon, Defendants' Exhibit 41, a

    23     curriculum vitae of Ejorn Don Nelson, Pharm.D.,

    24     was identified for purposes of identification.)

    25              Q.   Handing you what's been marked as

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 6

1    Defendants' Exhibit 41, that's a CV of yours

2    that we were provided.

3              A.    Yes, sir.

4              Q.    Is it up to date?

5              A.    Yeah.  It's got cases appended to

6    the back of it.  The CV is pages one through

7    eight.  This is my federal case list

8    (indicating).

9              Q.    Well, on the version that's going

10   to into the record, it's got the case list

11   attached.

12             A.    Well, that's not part of my CV so

13   that's inappropriate.  It ought to be a

14   separate document.

15             MR. MORIARTY:  Okay.  So we will take

16   those two pages off the CV and if you can mark

17   that as 41-A, I would appreciate it.

18                  (Pause in proceedings.)

19                  (Thereupon, Defendants' Exhibit 41-A,

20   a two-page document entitled Dr. Don Nelson's Case

21   List, was marked for purposes of identification.)

22             Q.    So 41-A is called Dr. Don Nelson's

23   case list, correct?  That's this (indicating).

24             A.    Yes, that's my case list.

25             Q.    And --

Ejorn D. Nelson, PHARM.D                                June 22, 2010

```
 1          A.   I guess it's 41-A.

 2          Q.   Yes.  Two pages long?

 3          A.   It is.

 4          Q.   Of the cases on 41-A, did any of

 5   them involve digoxin?

 6          A.   I don't know.  Some of these

 7   patients were probably taking digoxin.  I don't

 8   know the answer to that question.

 9          Q.   Do you know whether any of the

10   cases on 41-A were primarily about digoxin as

11   opposed to any of these people taking it

12   incidentally to other issues in the case?

13          A.   I think that where there was

14   involvement of digoxin, it would be incidental

15   rather than primary from my recollection.

16          Q.   Okay.  Now, as I understand it,

17   you are a professor emeritus with the

18   University of Cincinnati; is that correct?

19          A.   Yes, that's correct.  That's not

20   my only academic appointment.  I'm also

21   associate director of the Drug & Poison

22   Information Center and professor of clinical

23   pharmacology, cell biophysics in the department

24   of pharmacology.

25          Q.   Are you still working full-time?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 8

```
 1          A.   Yes.
 2          Q.   And how much of your time is
 3    devoted to the academic work -- the academic
 4    work that you just mentioned as opposed to
 5    private consulting work in litigation?
 6          A.   Well, I have a full-time job and I
 7    do consulting when it arises.  What percentage
 8    of my total work time, I don't know.  Ten
 9    percent, something like that.
10          Q.   Ten percent is litigation
11    consulting?
12          A.   Approximately.
13          Q.   Under your consultantships, item
14    number two says United States Pharmacopeia
15    representative for the University of Cincinnati
16    College of Medicine.
17          A.   What page is that on?
18          Q.   Four?
19          A.   Yes, sir.
20          Q.   Are you still in that position?
21          A.   I don't know the answer to that
22    question.  The dean nominated me to do that a
23    few years ago.  I haven't had any recent
24    correspondence with respect to that.
25          Q.   When you were doing that activity,
```

Ejorn D. Nelson, PHARM.D                                June 22, 2010

                                                              Page 9

1    what was your role?

2            A.    Well, to offer about -- academic

3    input to the USP.  There were -- they were

4    reviewing procedures and updating their -- the

5    way they operate, going from paper to

6    electronics and things like that.  It was --

7            Q.    Was that the specific role on

8    which you were consulting?

9            A.    Among others, yes.  Um-hum.

10           Q.    How would you describe the USP

11   overall?

12           A.    Well, USP --

13           Q.    Briefly?

14           A.    Yes, Counselor.  USP is one of the

15   old books that pharmacies have.  The role of

16   the -- the original role of the USP was to set

17   standards for drugs.  When pharmacy began, it

18   began as an apothecary trade type of group,

19   guild, and there were problems with drug

20   standards.  That is, when you picked up a

21   particular medicament, you didn't know what was

22   in it.  Much of pharmacy came from

23   pharmacognosy which is drugs of plant and

24   mineral origin, which is a place that medicinal

25   agents are derived from, and the problem with

Ejorn D. Nelson, PHARM.D                            June 22, 2010

Page 10

1    those sources is that they vary.  And so the

2    USP was one of the early efforts to try to

3    standardize the medicinal content of drugs and

4    medicinal agents.  So the purpose -- the

5    original purpose of the USP was to define

6    standards for drug content so when a health

7    professional reached for a tablet or a dosage

8    of something that there was a predictable

9    amount of medication in that unit of dosage.

10           Q.    And the USP has continued to be

11   updated and continues to this day; is that

12   correct?

13           A.    It does.

14           Q.    And the USP contains test methods

15   also, does it not?

16           A.    It contains some, yes.

17           Q.    And what is, if you know, what is

18   the FDA's view of the sort of authoritative

19   nature of the USP?

20           A.    Well, if I have -- if I'm a

21   pharmaceutical manufacturer and I have a

22   medication and I say there's X hundred

23   milligrams of active ingredients in a product

24   per dosage form, the USP defines what that

25   specific content is and you have either got

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

 1   that content in the dosage form or you don't.

 2   So the FDA's view is that a dosage form is a

 3   dosage form to USP standards.  If it conforms

 4   to those standards and it is not -- if it does

 5   not conform to those standards.  So if I put

 6   peanut butter in an aspirin tablet and sell it,

 7   it's not aspirin USP.  It's mislabeled and

 8   misbranded because it contains something that

 9   is not supposed to be there.

10        Q.   But not necessarily something

11   harmful unless you have a peanut allergy,

12   right?

13             MR. THOMPSON:  Objection to form.

14             THE WITNESS:  It doesn't matter

15   whether it's harmful or not.  It's something in

16   the product that's not supposed to be there, that

17   is not specified on the label.

18        Q.   But the USP test methods are also

19   the USP's standardized -- approved standardized

20   ways to determine if the tablet has the

21   appropriate amount of the active pharmaceutical

22   ingredients in it, correct?

23        A.   Yes.

24        Q.   Am I correct that you have given

25   hundreds of depositions?

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 12

```
 1          A.    Probably over a hundred.  I don't
 2    have a count so I don't know the answer to that
 3    question.
 4          Q.    Do you know if it's over two
 5    hundred?
 6          A.    I don't know.
 7          Q.    Have you actually been a defendant
 8    in any lawsuits?
 9          A.    Yes.
10          Q.    Have you been a plaintiff in any
11    lawsuits?
12          A.    Oh, God.  I get these mailings
13    about various class action suits that --
14          Q.    Okay.  Other than those.  I don't
15    care whether your securities dropped or your
16    toaster burned.  I mean an individual plaintiff
17    in a case.
18          A.    No.
19          Q.    Now, what kind of cases -- I don't
20    want to know about divorce or traffic ticket or
21    things of that nature.  What kind of cases have
22    you been a defendant in?
23          A.    I cleaned up some garbage on a
24    property line and my neighbor sued me for
25    cleaning up the garbage and won two thousand
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

 1   dollars.

 2          Q.    Anything else?

 3          A.    No.

 4          Q.    We asked you to bring a number of

 5   materials with you to the deposition.  Most of

 6   it included what you reviewed to prepare for --

 7   to draft your report and prepare opinions in

 8   this case?

 9          A.    Yes.

10          Q.    Is that the stack of material that

11   you handed me when you got here?

12          A.    It is.

13          Q.    Is there anything else that you

14   reviewed that you left at home or at your

15   office?

16          A.    No.

17          MR. THOMPSON:  Let me interrupt just

18   one second.  Dr. Nelson has provided me with

19   several e-mails from a person in my office, Meghan

20   Johnson Carter.  I'm happy to identify them to the

21   degree that you need to pursue whatever relief you

22   wish, but I'm going to assert a work product

23   privilege on these e-mails so --

24          MR. MORIARTY:  Well, first tell me

25   the basis of the work product privilege when

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 14

1    you're communicating with an expert, briefly.

2              MR. THOMPSON:  Well, it's simply that

3    to the extent that she is -- well, I'm not

4    asserting a work product privilege as it's defined

5    by the rules.

6              MR. MORIARTY:  So you're taking the

7    position that e-mail correspondence --

8              MR. THOMPSON:  To and from.

9              MR. MORIARTY:  To and from is work

10   product, right.

11             MR. THOMPSON:  Right.

12             MR. MORIARTY:  Are you taking the

13   same position with regard to the letters sent by

14   United States Post or FedEx?

15             MR. THOMPSON:  I don't think I have

16   any of those so I have no position on that today.

17             MR. MORIARTY:  Okay.  So identify the

18   e-mails by date or who is on the to/from line.

19             MR. THOMPSON:  Okay.

20             MR. MORIARTY:  I don't want to know

21   if there's fifty of them.  Just give me an idea,

22   will you, please?

23             MR. THOMPSON:  Okay.  There's a May

24   5, 2010, Meghan Johnson, Don Nelson -- to Don

25   Nelson.  And May -- another one on May 5, Meghan

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 15

```
 1   Johnson to Don Nelson and another one on May 6.

 2   This is all -- looks like it's actually all one

 3   e-mail chain, May 6, 2010, Dr. -- from Nelson to

 4   Carter.

 5              MR. MORIARTY:  Is that it?

 6              MR. THOMPSON:  Yes.

 7         Q.   And your initial communication in

 8   this litigation, was it with Teresa Toriseva.

 9         A.   It was, yes.

10         Q.   How do you know Teresa?

11         A.   She asked me to consult in a case

12   several years back.

13         Q.   Okay.  I didn't know Teresa was

14   the chair of the PFC, but that's okay.  Let me

15   take care of two of the things in your stack

16   that if we loaded by volume not weight they

17   would take up the largest amount of space.  One

18   is Goodman & Gilman's Pharmacological Basis of

19   Therapeutics, correct?

20         A.   Yes, sir.

21         Q.   It's got your name written on the

22   book itself; is that right?

23         A.   It does.

24         Q.   Do you keep this in your home or

25   office library?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 16

1          A.   I do.

2          Q.   Pretty good text?

3          A.   We recommend it to all second year

4     medical students.  Few read it, we do recommend

5     it.  It's a good book.

6          Q.   And the other one is Baselt's

7     Disposition of Toxic Drugs and Chemicals in

8     Man, 8th Edition, correct?

9          A.   It is.

10         Q.   This also has your name written on

11    the side of the book?

12         A.   Yes, sir.

13         Q.   I assume then you keep it in your

14    home or office library?

15         A.   I do.

16         Q.   Do you refer your students to this

17    book?

18         A.   No.

19         Q.   Why not?

20         A.   They are not ready.

21         Q.   You consider it as an excellent

22    text but they may not be ready for it?

23         A.   I consider it is a generally

24    reliable reference text, yes.

25         Q.   Okay.  Thank you.  Did you ever

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 17

1    look at the actual Digitek product label?

2            A.    Could you expand on what you mean

3    by label?

4            Q.    Sure.  When you talk about in FDA

5    terms detailed patient labeling, that's what

6    I'm talking about, some of the package inserts.

7            A.    Sure.  I just wanted to clarify

8    that and without wasting your time, the short

9    answer to that is no.

10           Q.    Did you look at the Lanoxin

11   detailed patient labeling?

12           A.    I don't believe so.

13           Q.    Those would be the FDA approved

14   patient labeling that goes inside the tablet

15   container, correct?

16           A.    Yes, sir.

17           Q.    Have you looked at any deposition

18   testimony?

19           A.    No.

20           Q.    Other than representatives from

21   either Ms. Toriseva's office or Mr. Thompson's

22   office, have you discussed this litigation with

23   anybody else?

24           A.    No.

25           Q.    Do you have any special training

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 18

 1    in either regulatory quality assurance or
 2    quality control as it pertains to the
 3    pharmaceutical industry?
 4           A.    Yes.
 5           Q.    Tell me what training you have in
 6    that.
 7           A.    Well, I have a doctorate in
 8    clinical pharmacology from the University of
 9    California San Francisco and the curricula
10    involved basic organic chemistry,
11    pharmaceutical chemistry, qualitative analysis,
12    quantitative analysis, study of FDA rules and
13    regulations and quality control procedures and
14    laboratory exercises in qualitative and
15    quantitative pharmaceutical analysis and I
16    spent a good deal of time in the pharmaceutical
17    chemistry laboratory during the time period of
18    '64 to '70 because at that point I was
19    exploring the possibility of pharmaceutical
20    chemistry as a future.  So I do have background
21    training and laboratory experience in
22    pharmaceutical quality control from an
23    experimental point of view, from a
24    pharmaceutical chemical point of view and from
25    a legal and regulatory point of view.  The

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 19

1   licensing examinations in pharmacy require

2   demonstration of a familiarity with FDA rules

3   and regulations.

4        Q.   Have you worked in quality control

5   chemistry labs since the mid '70s?

6        A.   Yes.  I was involved in a clinical

7   trial with a preparation for the removal of

8   condyloma acuminata which are venereal warts,

9   and we prepared and did manufacturing and

10  quality control on the experimental product

11  which was a preparation containing oxalic acid

12  and some nitrates that were heated and had to

13  be prepared in a very specific manner.  And

14  then we did quality control on the product

15  prior to using these preparations in phase two

16  human clinical trials, and this would be in the

17  1980s.

18       Q.   Have you ever personally been

19  involved in testing digoxin tablets for either

20  assay content, uniformity, stability or

21  dissolution?

22       A.   I honestly don't know the answer

23  to that question.  I may have done that in a

24  laboratory setting.  I just don't remember

25  specifically yes or no.

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 20

```
 1          Q.   Tell me in general what you now do
 2   day-to-day professionally as -- in your various
 3   capacities including emeritus professor?
 4          A.   Well, I have multiple
 5   responsibilities.  My first responsibility is
 6   as associate director of the Drug & Poison
 7   Information Center, and we are the poison
 8   control center for southwest Ohio and we have
 9   about two hundred people in the organization.
10   We handle all the overdoses, adverse reactions
11   and poisonings for southwest Ohio.  And I have
12   been with that organization since 1972.  And so
13   it involves the day-to-day management of
14   accidental drugs and poisonings, sometimes
15   intentional drug poisonings.  There's a
16   certification examination for handling toxic
17   overdoses and I spent two thousand hours at
18   some point handling toxic overdoses and sat for
19   an examination as a certified prevention
20   information specialist and I've been handling
21   responsibilities at the poison center since
22   1972 and continue to do that.
23          Q.   Let me just interrupt for one
24   second.  The Cincinnati Poison Control
25   Center --
```

Ejorn D. Nelson, PHARM.D                                        June 22, 2010

                                                                    Page 21

     1          A.   Drug & Poison Information Center,

     2     DPIC.

     3          Q.   Is it part of this AAPCC annual

     4     report of the MPDS, do you know?

     5          A.   Yes, I do.  The Drug & Poison

     6     Information Center is a part -- you're going to

     7     have to ask the question more specifically.  I

     8     don't know what you mean.  Yeah, we contribute

     9     data to this.  Organizationally they don't run

    10     us.

    11          Q.   Okay.

    12          A.   I don't know what your question

    13     is.

    14          Q.   Well, there's another plaintiffs'

    15     expert in this case named Dr. Marc Semigran.

    16     Have you seen his report?

    17          A.   Dr. Marc --

    18          Q.   Semigran.

    19          A.   No, don't know him.  Haven't seen

    20     his report.

    21          Q.   Among the things he listed in an

    22     appendix was the 2006 annual report of the

    23     American Association of Poison Control Centers

    24     National Poison Data System.

    25          A.   Okay.

Ejorn D. Nelson, PHARM.D                          June 22, 2010

                                                       Page 22

1            Q.    And if you go to the list of the

2    poison centers that are participants the

3    Cincinnati Drug & Poison Information Center is

4    listed.

5            A.    Okay.

6            Q.    So does your -- the center of

7    which you're the associate director contribute

8    to this database?

9            A.    We send some data to them, yes.

10           Q.    I interrupted you.  I wanted to

11   know what else you do in your weekly duties.

12           A.    Well, my duties vary over the

13   period of a year, okay?  From -- certainly

14   twenty-four/seven, we provide drug and poison

15   information center services to southwest Ohio.

16           Q.    Actually I want to know what you

17   do, not what they do.  What your job is.

18           A.    I do supervise that function.

19   That is my job.  My job is to handle difficult

20   problems.  On Tuesdays we sit and go over all

21   the overdose cases that have happened in the

22   past week with the people who handled the cases

23   to review their performance and to be sure that

24   what they are doing is accurate and

25   appropriate.

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 23

 1        Q.    Do you get a paycheck from the
 2   Cincinnati Poison & Drug Center?
 3        A.    I get a paycheck from Cincinnati
 4   Children's Hospital because the DPIC is
 5   administratively under the department of
 6   resource development and public relations of
 7   the Children's Hospital.
 8        Q.    And then you get a separate
 9   paycheck from the University of Cincinnati for
10   your faculty position on that side?
11        A.    I do.
12        Q.    Tell me what your faculty role is
13   currently at the University of Cincinnati?
14        A.    Well, my faculty role is
15   supervising medical students, clinical fellows,
16   nursing students, pharmacy students at the
17   poison center.
18              And in terms of the college of
19   medicine, the medical students are a part of
20   the college of medicine as are medical
21   residents as are emergency room residents as
22   are pediatric residents, all of whom come to
23   the drug and poison center for externships and
24   teaching and supervision that I perform.
25        Q.    Do you do any didactic classroom

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 24

1    teaching?

2            A.   Yes.

3            Q.   What courses do you teach?

4            A.   I'm responsible for a course in

5    basic pharmacology which is given on the main

6    campus at the University of Cincinnati.  It's a

7    thirty-hour survey course.  I also do

8    continuing education.  I do probably sixty

9    hours a year various kinds of continuing

10   education, lectures.  I have been in the past

11   the co-director of the medical school

12   pharmacology course.  I handle small groups,

13   sessions in the second year medical school

14   pharmacology course.  I give lectures in the

15   second year medical school pharmacology course

16   in the areas of analgesiology, toxicology,

17   adverse drug reactions, drug interactions and

18   clinical pharmacology.

19           Q.   Have you actually ever been an

20   employee of a pharmaceutical company?  Not a

21   consultant, an employee.

22           A.   I have been employed at various

23   times by companies involved in the area of the

24   performance of clinical trials and in that

25   capacity have contracted with pharmaceutical

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 25

1    companies for the clinical trials that we have

2    performed.

3            Q.   At the time you did that you were

4    still presumably on faculty at University of

5    Cincinnati?

6            A.   Yes, I was.

7            Q.   Okay.  So you didn't go to a

8    pharmaceutical company every day to work?

9            A.   I went to a separate facility in a

10   separate building and performed clinical trials

11   for a contract from multiple pharmaceutical

12   companies.

13           Q.   Have you ever been an employee of

14   the FDA?

15           A.   No.

16           Q.   Do any of the classes that you

17   teach involve the analytical chemistry of

18   either immuno assays of blood or assays of

19   solid oral dose form pharmaceuticals?

20           A.   I teach about the use of the

21   results of such tests.  I do not currently have

22   any classes where I teach quantitative,

23   analytical, pharmaceutical chemistry.

24   Obviously drug assays involving immuno assays,

25   I teach about how to interpret those and we use

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 26

1  those every day in toxicology.

2          Q.   Do you own or refer to the book

3  Fundamentals of Analytical Toxicology by

4  Flanagan, Taylor, Watson and Whelpton?

5          A.   I don't own it.  What was the

6  other part of the question?

7          Q.   Refer to it from time-to-time.

8          A.   I have no idea whether I refer to

9  it or not.

10         Q.   Do you receive and regularly

11 review journals in your field?

12         A.   I do.

13         Q.   Tell me a few of the more

14 prominent journals that you review on a regular

15 basis.

16         A.   New England Journal of Medicine,

17 ASCPT Journal, AACP Journal and Science.  Oh,

18 and I get Clinical Toxicology.  That's the

19 publication of AAPCC.

20         Q.   I assume that over time you have

21 had some education and experience in topics

22 related to cardiology?

23         A.   Yes.

24         Q.   Epidemiology?

25         A.   Yes.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 27

1          Q.    Nephrology?

2          A.    Yes.

3          Q.    How would you explain to me the

4     difference between what you do and what a

5     medical doctor does so far as the analysis of

6     drug overdoses might be concerned?

7          A.    I don't know what the question

8     means.

9          Q.    Sure.  Well, since you're not a

10    licensed physician in any state, you can't work

11    in an emergency room and actually diagnose and

12    treat patients who might have a drug overdose,

13    correct?

14         A.    Yes and no.

15         Q.    Okay.  That's what I'm trying to

16    find out.  What's the difference between the

17    doctor, the medical doctor who does that and

18    your role regarding that specific subject?

19         A.    It's not as clear as you might

20    think in the real world.  There are -- there's

21    overlap between what clinical pharmacists do in

22    emergency room settings across the country

23    and -- some of them work in emergency rooms and

24    are very active in the process of diagnosis and

25    differential diagnosis of the drug and chemical

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                                    Page 28

1    intoxications, particularly people with

2    advanced education in toxicology and clinical

3    pharmacology.

4           Q.   Do you have consulting privileges

5    at any hospitals?

6           A.   I consult on patients at

7    Children's Hospital and University of

8    Cincinnati Hospital to look at patients.

9           Q.   Do you have to apply to the

10   hospital for consulting privileges?

11          A.   Typically the consultation is

12   requested with respect to a very specific issue

13   relating to toxicology and the information is

14   given to the physician, documents are provided,

15   sometimes an entry is made in the chart.

16          Q.   If I go to the University of

17   Cincinnati Hospital and subpoena their records

18   and ask whether you have privileges officially

19   at that hospital, is it yes or no?

20          A.   I'm not a physician.  I don't have

21   admitting privileges at that hospital, no.

22          Q.   I understand that.  Do you have

23   consulting privileges officially at the

24   hospital?

25          A.   I'm not aware that there is such a

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 29

 1   thing as official consulting privileges.  What

 2   I know is that since 1972 physicians from that

 3   hospital and other hospitals routinely ask for

 4   and receive a consultation and advice from me

 5   and other specialists in toxicology at the

 6   poison center.

 7           Q.   Do you officially take call at any

 8   hospitals?

 9           A.   No.

10           Q.   Have you ever studied any of the

11   University of Cincinnati Medical Center

12   statistics to see if there was a spike in

13   complaints about digoxin any time between 2005

14   and the first half of 2008?

15           A.   No.

16           Q.   In looking at Exhibit 41, your CV,

17   I did not see that any of the articles that you

18   published were directly about digoxin.  Were

19   there any?

20           A.   Yes.

21           Q.   Tell me which ones are directly

22   about digoxin.

23           A.   Okay.  Page nine, number three.

24           Q.   Let's stop there for a second.

25   Does that just have a section about digoxin --

Ejorn D. Nelson, PHARM.D                              June 22, 2010

1    is there just a section about digoxin in there

2    among many other drugs?

3           A.    There is.

4           Q.    Are you the editor of this book or

5    the author?

6           A.    We reviewed it.  The poison center

7    reviewed it.

8           Q.    Do you know who wrote the section

9    about digoxin for that book?

10          A.    Well, each year we go through and

11   revise what needs to be revised, so I guess I

12   did.

13          Q.    Was the --

14          A.    If anything needed changing, we

15   changed it.

16          Q.    Do you know who the original

17   author on the section on digoxin was?

18          A.    No.

19          Q.    Is the fifth edition the last

20   edition of that book?

21          A.    No.

22          Q.    When was the last edition of that

23   book?

24          A.    Probably last year.

25          Q.    What other books or what other

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 31

1    publications are directly about digoxin?

2            A.    Page twelve, number three.

3            Q.    Okay.  What else?

4            A.    I'm looking.

5                  (Pause in proceedings.)

6                  THE WITNESS:  I think that's it.

7                  (Thereupon, Defendants' Exhibit 40, a

8    report authored by E. Don Nelson, Pharm.D., was

9    identified for purposes of identification.)

10           Q.    Handing you what's been marked as

11   Exhibit 40, that's a copy of your report?

12           A.    Yes, sir.

13           Q.    And at page two in the third

14   paragraph -- I'm sorry, part two, not page two.

15   Part Roman numeral II?

16           A.    That's on the first page.  Okay.

17           Q.    In the third paragraph, you say I

18   have consulted on numerous cases of digoxin

19   toxicity since 1972.

20           A.    Um-hum.

21           Q.    Do you see that?

22           A.    I do.

23           Q.    Do you know how many cases?

24           A.    I don't know a number.  It's lots

25   and lots.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 32

1           Q.   When was the last time?

2           A.   I don't recall.

3           Q.   Are you talking about

4     consulting --

5           A.   Wait a minute, I do too recall.

6     It was about a week ago.

7           Q.   Are you talking about consulting

8     in the setting of the poison center or in your

9     work as a faculty member at the University of

10    Cincinnati or are you talking about litigation

11    consulting?

12          A.   Well, all three are true.  I

13    handle -- I've handled thousands of cases at

14    the poison center, and of those thousands of

15    cases over the last thirty-eight years, a

16    number of them have involved digitalis.  I have

17    dealt with digitalis in forensic cases over the

18    years and I have dealt with cases clinically

19    that made it to the hospital and I have been

20    teaching on overdose cases.

21          Q.   What kind --

22          A.   So all of those are true.

23          Q.   When you say forensic cases, are

24    you using that as a different term for

25    litigation?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 33

1          A.    Forensic cases to me means

2    anything that involves the law.  They may be

3    criminal, they may be civil.

4          Q.    So do you have any idea how many

5    forensic cases in which you have been involved

6    have involved digoxin?

7          A.    I don't have a number.

8    Coincidentally many of the patients in med mal

9    cases are taking digitalis.  You asked the

10   question previously whether I could recall or

11   whether these federal cases specifically

12   involved digoxin as the primary issue and I

13   said I don't think so.  I don't know whether

14   any of the cases in the last thirty years have

15   involved digitalis as the primary agent.

16         Q.    Have you ever been involved in a

17   pharmaceutical products liability case in which

18   digoxin was the primary agent involved?

19         A.    No.

20         Q.    In the consulting work that you

21   have done regarding digoxin, in other words,

22   forensic or not, have some of those cases had

23   to do with intentional overdose?

24         A.    I don't know the answer to that

25   question.  It's possible.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 34

```
 1          Q.   Have any of those cases involved
 2   accidental overdose?
 3          A.   I don't know the answer to that
 4   question.  It's possible.
 5          Q.   Have you ever rendered an opinion
 6   before today in a forensic case that a digoxin
 7   product was outside its specifications or
 8   defective?
 9          A.   I don't think so.
10          Q.   Have you ever done any
11   pharmacokinetic studies regarding digoxin?
12          A.   Could you refine that question?
13          Q.   Sure.  Either in animals or
14   humans, dosed them with digoxin and measured
15   serum levels over time to establish
16   pharmacokinetic parameters for the drug?
17          A.   I may have done that clinically.
18   I haven't done it in an organized clinical
19   trial if that's what you're asking.
20          Q.   When you say you may have done
21   that clinically, what do you mean?
22          A.   I mean, I may have done it
23   clinically, dosed a patient and measured
24   levels.  I don't remember.
25          Q.   In what kind of setting?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 35

 1          A.    A hospital.

 2          Q.    Under the supervision of a

 3    physician?

 4          A.    Yes.

 5          Q.    Now, do you remember specifically

 6    doing that or is this something you possibly

 7    have done?

 8          A.    It's something I possibly have

 9    done.

10          Q.    Have you ever published any

11    epidemiologic studies about outbreaks of drug

12    reactions or toxicity?

13          A.    Yes.

14          Q.    Can you identify those in your CV?

15          A.    Sure.

16          Q.    And do you know what the drugs

17    involved were?

18          A.    Lots and lots of drugs.

19          Q.    Well, are you about to refer to

20    lots and lots of papers?

21          A.    Yes.

22          Q.    Then let's move on to something

23    else.  Did any of the --

24                MR. THOMPSON:  Let me interrupt and

25    say Dr. Nelson had a hip replaced about six weeks

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                                Page 36

1    ago and he occasionally may need to move around.

2              THE WITNESS:  That's okay.

3              MR. THOMPSON:  I want to encourage

4    him to speak up if he wants a break or needs to

5    walk around.

6              THE WITNESS:  I had a knee replaced.

7    But that's fine.

8         Q.   As long as you can walk around and

9    talk at the same time.  Have you ever published

10   any epidemiologic studies about outbreaks of

11   digoxin toxicity?

12        A.   No.

13        Q.   Now, in an article that you wrote

14   back at the end of the '70s, you reported that

15   there were probably fifty to sixty thousand

16   prescription drug products that have the

17   potential to cause harm to patients.  Do you

18   know whether those numbers have gone up or

19   down?

20        A.   Well, let me see the publications

21   and we can discuss it.

22        Q.   I just want to know if you think

23   the numbers have gone up and down.  I really

24   don't want to discuss it.

25              (Pause in proceedings.)

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 37

```
 1                THE WITNESS:  I think that the number
 2    of drug products has increased since the 1970s.
 3           Q.    No, my question is are there more
 4    than fifty to sixty thousand prescription drug
 5    products that have the potential to cause harm
 6    to patients?
 7           A.    I would think so, yes.
 8           Q.    And then I believe there's a
 9    separate article called Evaluation of a New
10    Approach to Geriatric Drug Education -- I'm
11    sorry, let me rephrase that.  Same article I
12    just showed you from 1978, you reported a
13    hundred thousand to five hundred thousand
14    nonprescription drug products available over
15    the counter that had the potential to cause
16    harm.  Has that number changed?
17           A.    Number of over-the-counter drug
18    products?
19           Q.    Yes.
20           A.    I don't know the answer to that
21    question.  Some of them have been recalled and
22    there's certainly been some new ones.  I don't
23    know if the total number has gone up.  I don't
24    remember the answer to that question.
25           Q.    Now, in 1982 you wrote this -- or
```

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 38

```
 1   co-authored this paper called the Evaluation of
 2   a New Approach to Geriatric Drug Education, and
 3   in it you reported that twenty-three percent of
 4   the elderly nursing home patients are
 5   prescribed drugs which are known to interact.
 6   Okay?  Do you know whether those numbers are
 7   probably the same today as they were back in
 8   1982?
 9           A.    The number of medications being
10   prescribed for the elderly in general has
11   increased since 1982, the average number of
12   prescriptions per elderly person.
13           Q.    So would you agree that a
14   substantial number of elderly patients --
15   elderly nursing home patients are prescribed
16   drugs which are known to interact?
17           A.    Yes.
18           Q.    And I believe in this paper you
19   also reported that seventeen percent of elderly
20   nursing home patients and twenty-five percent
21   of other elderly patients would be hospitalized
22   at least once because of an adverse drug
23   reaction.  Do you know whether those numbers
24   are substantially different in 2006 than they
25   were when you wrote this paper in 1982?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 39

1          A.    No.

2          Q.    No, you don't know?

3          A.    I don't know.

4          Q.    And I would assume that even back

5     in 1982, not all these hospitalizations for

6     adverse drug events were because of defective

7     medicine; is that true?

8          A.    That the hospitalizations were not

9     sequitur to defective medicine?

10         Q.    I didn't use the word sequitur,

11    but not due to.

12         A.    I think that the assumption is

13    that the medications involved in those

14    incidents were within manufacturer's

15    specifications.

16         Q.    Broadly speaking, there are a

17    number of reasons that elderly patients have

18    adverse drug effects, correct?

19         A.    There are, yes.

20         Q.    Now, at page one sixty-six of your

21    1982 article, there was a questionnaire that

22    was duplicated within the text of the article.

23         A.    Why don't you let me see that.

24         Q.    Sure.  Let me read it first.  And

25    question number five says generally the more

Ejorn D. Nelson, PHARM.D                           June 22, 2010

Page 40

1  medicines a person takes, the greater the risk

2  of developing an adverse reaction.  And this is

3  supposed to be a yes or a no question.

4          A.   Okay, I understand now.  I don't

5  need to see it.

6          Q.   Is the answer yes?  Generally the

7  more medicines a person takes the greater the

8  risk of developing an adverse reaction?

9          A.   Yes, that's generally true.  Not

10  absolutely, but generally.

11          Q.   And taking a number of different

12  medicines at a time is generally called

13  polypharmacy, is it not?

14          A.   Yes.

15          Q.   Do you know how many digoxin

16  prescriptions are written in the United States

17  on an annual basis?

18          A.   I don't know the exact number.

19  It's millions.

20          Q.   Do you know anything at all about

21  the relative market share of any of the

22  manufacturers of digoxin that are sold in the

23  United States?

24          A.   I don't have statistical data.  My

25  assumption is that Lanoxin has a significant

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 41

 1   part of the market and obviously Digitek has a

 2   significant part of the market.  I don't know

 3   the rest.

 4            Q.    Now, I've asked you how many

 5   prescriptions are written and you said

 6   millions, but do you know how many people in

 7   the United States are on digoxin in a year?

 8            A.    Well, millions.

 9            Q.    Among the materials that were sent

10   to you of various deposition exhibits from

11   company witness depositions in this litigation,

12   some of them are warning letters, form 483s,

13   things of that nature?

14            A.    Yes, they are.

15            Q.    And did you look at those?

16            A.    I did.

17            Q.    In the course of your weekly

18   duties, how often do you look at an FDA form

19   483?

20            A.    Not regularly.

21            Q.    Would the same be true of FDA

22   warning letters?

23            A.    No, we get those fairly regularly

24   at the poison center and through electronic

25   media because they involve medications that we

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 42

1    have to deal with on a daily basis so we stay

2    fairly up to date on warning letters.

3           Q.    I'm not talking about warning

4    letters from pharmaceutical manufacturers.  I'm

5    talking about FDA warning letters.

6           A.    Well, I'm not a manufacturer so I

7    don't receive manufacturers' warning letters.

8           Q.    Well, that's my question.  I

9    assume in the course of your regular duties you

10   get all kinds of correspondence like dear

11   doctor letters, changing of label information

12   from FDA or manufacturers; is that true?

13          A.    Yeah.  It's not that cut and

14   dried, Counselor.  On a daily basis I get

15   information on results of FDA warnings to

16   manufacturers which have resulted in recalls or

17   warnings to health professionals.

18          Q.    Well, before you were consulted in

19   this litigation, did you receive any

20   correspondence between FDA and Actavis such as

21   form 483 or warning letters?

22          A.    No.

23          Q.    Do you know whether the University

24   of Cincinnati -- well, I'm sorry, does the

25   University of Cincinnati have a pharmacy

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 43

1    school?

2              A.   It does.

3              Q.   Do they have an analytical

4    laboratory?

5              A.   Yes.  There are some laboratories

6    that are analytical in the college of pharmacy,

7    yes.

8              Q.   Do you know whether the University

9    of Cincinnati analytical labs ever test solid

10   oral dose pharmaceutical products?

11             A.   I don't know.  I assume they do.

12             Q.   Do you know anything about the

13   methods that they use to do it?

14             A.   Yes.

15             Q.   Well, do they use the USP method

16   of high performance liquid chromatography to do

17   that?

18             A.   I would assume they use the USP

19   method, whatever it is.  There are a number of

20   standard procedures that are used in

21   pharmaceutical chemistry, qualitative analysis

22   laboratories, and they involve several

23   different techniques.

24             Q.   Do you consider yourself to be an

25   expert in the difference between the accuracy

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 44

1   of the techniques of single beam UV methods

2   versus HPLC methods?

3         A.   I've done both.  I have some

4   familiarity with those analytical procedures,

5   how they are done, physical chemical principles

6   on which they are based and their relative

7   usefulness.

8         Q.   Do you know anything about the

9   actual quantitative difference between those

10  two methods and API content assessment in solid

11  oral dose forms?

12        A.   I know that they are different

13  techniques and in general the HPLC method is --

14  for digoxin analysis is generally regarded as

15  more accurate than the UV method which is more

16  of a -- is a less precise method for measuring

17  digoxin content of tablets.

18             MR. THOMPSON:  Doctor, Mr. Moriarty

19  is not going to be through within the next hour so

20  I would suggest if you want to that you take

21  periodic breaks at logical stopping points.

22             THE WITNESS:  Sounds like a good

23  idea.

24             MR. MORIARTY:  Let me ask a couple

25  more and maybe that will be a logical stopping

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 45

1   point.  My goal is to be done today -- early

2   today.

3           Q.   Do you whether or not the

4   University of Cincinnati pharmacy school has in

5   place a standardized digoxin testing procedure

6   for tablets?

7           A.   I don't know if they have one in

8   place today.  I know that over the last

9   thirty-eight years they have.

10              MR. MORIARTY:  Okay, you want to take

11  a break, we can take one now.

12              THE WITNESS:  Thank you.

13              (Recess held.)

14          Q.   Tell me about your direct personal

15  experience with pharmaceutical recalls.

16          A.   Pharmaceutical recalls, okay.  I

17  functioned as a pharmacist early on in my

18  career and we would receive correspondence from

19  pharmaceutical manufacturers indicating that

20  for some reason the product that had been

21  shipped and many times dispensed was defective,

22  misbranded or adulterated for some reason and

23  we proceeded to identify the inventories we had

24  in the various pharmacies and then try to

25  proceed as best we could to make a judgment

Ejorn D. Nelson, PHARM.D                               June 22, 2010

Page 46

1    about whether -- what could be done regarding

2    the patients who had received the recall.  So

3    my experience was early on in my career and

4    functioning as a pharmacist.

5              Q.   And when was that?

6              A.   When was that?  1970 to '72, '73,

7    something like that.

8              Q.   Have you had any personal

9    involvement in the pharmaceutical recalls since

10   that time?

11             A.   Well, we deal with them all the

12   time at the Drug & Poison Information Center.

13   We get information and we get calls from people

14   who have taken various medications which have

15   been recalled for various reasons.  Over the

16   years there have been a number of medications

17   that have been recalled for various reasons,

18   contamination or the emergence of adverse drug

19   reactions from medications which were not

20   outside the label.

21             Q.   And when you say various reasons,

22   you would agree with me product can be recalled

23   even if they do turn out to be within their

24   labeled specifications, true?

25             A.   Certainly.  Medications can

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 47

1    develop an adverse reaction that was not

2    anticipated by any of the previous work and be

3    recalled, yes, Vioxx being an example of that

4    kind of medication.  Baxter had an episode with

5    contaminated heparin.  These things happen.

6            Q.    Okay.

7            A.    Unfortunately, sometimes people

8    die.

9            Q.    Has anybody ever shown you -- I'm

10   sorry, let me rephrase that question.  Have you

11   ever weighed or measured any Digitek tablets?

12           A.    No.

13           Q.    Have you personally commissioned

14   the testing of any Digitek tablets for whether

15   they were within the labeled specifications?

16           A.    No.

17           Q.    Now, you have used the word

18   adulteration a couple times, and at the first

19   page of Exhibit 40 in the last paragraph you

20   even mentioned that you're familiar with the

21   FDA rules and regs regarding misbranding and

22   adulteration.  Do you see that?  Last paragraph

23   on the first page.

24           A.    Yes, um-hum.

25           Q.    To your knowledge has FDA ever

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 48

1    said that adulteration means that all the

2    tablets in the case of a solid oral dose were

3    outside the specification?

4                    MR. THOMPSON:  Object to the form.

5                    THE WITNESS:  What it means is that

6    nobody knows the answer to that question.

7              Q.   Are you done with your answer?

8              A.   Yes.

9              Q.   Okay.  And adulteration as far as

10   you understand it, is defined by part of the

11   Food & Drug & Cosmetic Act; is that right?

12             A.   It is.

13             Q.   Just for an extreme example, there

14   could be a problem with the way the label

15   itself is affixed to a container and that could

16   fit the definition of adulteration; is that

17   true?

18             A.   I don't know the answer to that

19   question.

20             Q.   All right.

21             A.   I think that would be mislabeled,

22   but I'm not sure.

23             Q.   But it doesn't necessarily mean

24   that the tablets in that container are outside

25   their specifications, right?

Ejorn D. Nelson, PHARM.D                          June 22, 2010

```
 1            A.    Can't prove they are, can't prove
 2    they aren't.  That's what it means.
 3            Q.    That's what adulteration means?
 4            A.    Yes.
 5            Q.    Well, what do you mean can't prove
 6    they are or can't prove they aren't?
 7            A.    Well, you got a million tablets
 8    and your quality control procedures can't
 9    assure you of the content of the tablets.
10    That's the situation in front of us.
11            Q.    Well, they can be tested, can't
12    they?
13            A.    Each tablet can be tested, yes.
14    Could be.  Maybe.
15            Q.    But your understanding of
16    adulteration, there can be reasons that lead to
17    calling something adulterated that has nothing
18    to do with whether they are within the labeled
19    specifications for active pharmaceutical
20    ingredients; is that true?
21            A.    I don't know.  What we have here
22    is a lapse in quality control that cannot
23    assure us of the content.
24            Q.    That's not what I'm asking you.
25    I'm asking about your understanding of the term
```

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 50

1   adulteration.  Okay?

2          A.    My understanding of the term

3   adulteration with respect to this case is that

4   the quality control was not there to give that

5   assurance.

6          Q.    That's not what I'm asking you.

7   I'm asking you about your general understanding

8   of the term adulteration.

9          A.    My general understanding is that

10  the manufacturer of the product in question

11  cannot assure the content of the product.

12         Q.    All right.  So you will not answer

13  my questions generally.  You just want to refer

14  back to this case?

15         A.    I have.  You asked what

16  adulteration is.  Adulteration is the problem

17  where the manufacturer cannot guarantee the

18  contents of the product and that's -- that

19  happens to be the situation in this case as

20  determined by the FDA, not Dr. Nelson.

21         Q.    So what you're saying is -- no

22  I'll withdraw.  Have you ever read the July

23  2009 statement made by the FDA on its website

24  about the Digitek recall?

25         A.    I don't know the answer to that

Ejorn D. Nelson, PHARM.D                            June 22, 2010

Page 51

1   question.  I don't think so but I'm not sure.

2            Q.   Would it be of any interest to you

3   to know what the FDA said a year and a quarter

4   after the Digitek recall about that situation?

5            A.   I don't know.  Depends on what it

6   says.  Can't answer a question about something

7   I haven't read.

8            Q.   Well, did it interest you to what

9   FDA said about it in these warning letters and

10  483s that you looked at in your review of this

11  case?

12           A.   Somewhat, yes.

13           Q.   Do all prescription medications

14  have risks?

15           A.   They do.

16           Q.   Even in labeled appropriate doses?

17           A.   They do.

18           Q.   Those risks can be serious up to

19  and including death in some cases?

20           A.   They can.

21           Q.   Does that include digoxin?

22           A.   It does.

23           Q.   The analysis of cause and effect

24  or causation, do you consider that to be a

25  scientific process?

Ejorn D. Nelson, PHARM.D                                June 22, 2010

1           A.   Not in the strict sense, no.

2           Q.   Why not in the strict sense?

3           A.   Because you don't have controls.

4    What you have is hundreds of thousands of

5    individual -- millions of individual patients

6    taking prescription medications, including

7    digitalis in various ways, essentially no two

8    of which are the same, and so it's not what one

9    would design if somebody was designing a

10   scientific experiment.  What we have is what I

11   consider an uncontrolled experiment which is

12   the practice of medicine, the practice of

13   clinical pharmacology.  Each patient is an

14   experiment.

15          Q.   Each patient is an individual

16   analysis?

17          A.   It is.

18          Q.   And the patients come in various

19   weights and ages, correct?

20          A.   They do.

21          Q.   A variety of conditions with their

22   heart and their kidneys?

23          A.   They do.

24          Q.   And they can have widely varying

25   responses to various doses of digoxin, correct?

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 53

1          A.    Well, there's some predictability.

2     Otherwise there wouldn't be a science of

3     pharmacology.

4          Q.    Sure.

5          A.    There's some variation, but the

6     digitalis always goes to the same receptor and

7     does the same thing.

8          Q.    Sure, but they may have widely

9     different clinical responses?

10         A.    Well, when they respond they do

11    the same thing, heart beats stronger and they

12    have better circulation, so it's not true that

13    some of them have responses all over the board.

14         Q.    Well --

15         A.    They have predictable responses.

16    If they respond to the drug, they respond in a

17    classic characteristic way of increasing the

18    strength of their heartbeat.  That's the whole

19    point of giving the drug and if you give the

20    right dose, it happens.

21         Q.    Is assessing causation a

22    scientific inquiry at all?

23         A.    Well, there -- there's some

24    principles of timing and intensity and

25    expectation of effects versus adverse

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 54

1    reactions.  If you give a drug and something

2    peculiar happens at the same time, you have a

3    high index of suspicion that giving the

4    medication might have had something to do with

5    it.  It is a complex judgment-heavy area of

6    undertaking and it requires some experience and

7    knowledge of the patient's pathophysiologic

8    condition and the effects of the medication --

9    of medications that the patient is taking.

10         Q.    And you certainly want to rule out

11   other potential factors of the adverse event,

12   correct?

13         A.    If possible, yes.

14         Q.    I asked you before whether you had

15   studied the University of Cincinnati's

16   statistics and whether they had had a spike of

17   digoxin.  Did you do any study like that at the

18   poison center?

19         A.    No.

20         Q.    Do you know how many calls the

21   poison center received after the April 25th

22   recall regarding Digitek?

23         A.    I do not.

24         Q.    Do you know how many calls the

25   poison center received prior to April 25th,

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 55

1    2008, regarding Digitek?

2              A.    I do not.

3              Q.    Are you licensed to prescribe in

4    the state of Ohio?

5              A.    No, not under usual conditions.

6    There are some facilities that have clinics for

7    hypertension, diabetes, cardiovascular disease

8    and so forth that have people with my training

9    and background managing drug therapy.   I

10   personally don't happen to do it, but people

11   with my training do.

12             Q.    Are there a number of different

13   reasons why someone can have an elevated serum

14   digoxin level?

15             A.    Yes.

16             Q.    Are there a number of different

17   reasons why someone can have clinical signs and

18   symptoms of digoxin toxicity?

19             A.    Yes.

20             MR. MORIARTY:   I didn't have these

21   marked.  Can we mark -- I don't know how high my

22   office has gone in this numbering.  I wasn't told

23   that so I'll mark a couple of articles.  How do

24   you want me to mark them?  Want to mark them Dr.

25   Nelson Exhibit 1 or 2 or do you want me to just

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 56

1   pick a number out of thin air realizing there may

2   be a gap?

3                   MR. THOMPSON:  I'll tell you what

4   would make me happy.  The last one you used was

5   Defendants' Exhibit 40.

6                   MR. MORIARTY:  41.

7                   MR. THOMPSON:  No, the last one you

8   questioned him about was 40, right.

9                   MR. MORIARTY:  Correct.

10                  MR. THOMPSON:  To me, I would

11  actually like it if you put them as Defendants'

12  40-A, B, C, D, like that.  That way they are

13  closer together in the chronology.  I assume that

14  you premarked like Semigran and other people.

15  That's what we're listening to.

16                  MR. MORIARTY:  Right.

17                  MR. THOMPSON:  To me I would like it

18  temporally close to this.  Is that something --

19                  MR. MORIARTY:  Sure.

20                  (Thereupon, Defendants' Exhibit 40-A,

21  an article entitled digitalis Toxicity authored by

22  J. Thomas Bigger, Jr., M.D., was marked for

23  purposes of identification.)

24                  MR. THOMPSON:  Doctor, you have been

25  handed a document that you've not reviewed before

Ejorn D. Nelson, PHARM.D                         June 22, 2010

Page 57

```
 1   this deposition so you are entitled to take the
 2   time you need to familiarize yourself.  While it
 3   may be Mr. Moriarty is only going to want to ask a
 4   question or two, but you have the opportunity to
 5   review it until you're satisfied that you recall
 6   it or understand it.
 7              THE WITNESS:  Very good.
 8        Q.    Have you ever seen this article by
 9   Dr. Bigger before?
10        A.    I don't know the answer to that
11   question.
12        Q.    It's from the Journal of Clinical
13   Pharmacology in 1985.  Is this a journal that
14   you would have been reviewing back then?
15        A.    Probably not.
16        Q.    The only thing I want to ask you
17   about is on the second page of this article
18   which is page five hundred and fifteen.  Do you
19   see table one there?
20        A.    I do.
21        Q.    Would you agree with me that that
22   is a good concise summary of the causes of
23   digoxin toxicity?
24        A.    Some of them.
25        Q.    Are there any that you disagree
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 58

1   with?

2           A.   Well, there are -- some apparently

3   glaring omissions, but other than that, the

4   things that are listed here are -- are

5   sometimes associated with digitalis toxicity.

6           Q.   What are the glaring omissions?

7           A.   Oh, here's drug interactions, he's

8   got it under reduced volume of distribution

9   which is not true, but, okay.  There are a

10  number of other sources of digitalis toxicity

11  out in the real world.  There are a number of

12  plant sources of cardiac glycosides which are

13  problematic that we see at the poison center.

14  He's got drug interactions under reduced volume

15  of distribution and that's -- certainly it's

16  not true that all drug interactions are

17  attributable to reduced volume of distribution.

18  To bioavailable, an individual patient's

19  bioavailability is fairly constant over time so

20  it's a table in a paper, got some -- yeah,

21  there's some yes things here, and no, there's

22  some no things here.

23          Q.   Well, perhaps he was referring to

24  the tablets being too bioavailable.

25          A.   I have no idea what he's referring

Ejorn D. Nelson, PHARM.D                           June 22, 2010

Page 59

```
 1    to.

 2            Q.    So can patients develop elevated

 3    serum digoxin levels or clinical signs and

 4    symptoms of digoxin toxicity when taking doses

 5    that are within the tablet specifications?

 6            A.    They can.

 7            Q.    Why is that, in general?

 8            A.    There isn't any general.  They are

 9    all specifics.  The specifics are that the --

10    there is a science called pharmacokinetics

11    which is the other part of pharmacology which

12    is pharmacodynamics is what the drug does to

13    the body, pharmacokinetics is what the body

14    does to the drug.  And the pharmacokinetics of

15    digoxin are compound, complex and are

16    influenced by the pathophysiologic state of the

17    patient and what the patient is doing, what the

18    patient is eating, the patient's environment,

19    medications the patient is taking, diseases the

20    patient gets intermittently, concomitant

21    medications including other things a patient

22    takes in.  So given a constant dose, there are

23    a number of things that can cause the

24    pharmacokinetics which means the half life of

25    plasma level, the volume of distribution,
```

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 60

1    elimination rates constant for digoxin can

2    change.  When these things change, if the

3    eliminations decreased over a long period of

4    time you can have accumulation of the drug.  So

5    yes, it can happen and there are multiple

6    reasons that it can happen, including there's

7    too much drug in the body or too little drug in

8    the body, that the heart doing its thing in the

9    other places it needs to be to be therapeutic.

10          Q.    So digoxin toxicity is a known

11   potential risk of the drug?

12               MR. THOMPSON:  Objection to the form.

13               THE WITNESS:  Digoxin toxicity

14   sometimes occurs.  When it happens, obviously it's

15   caused by the drug.  Kind of a circular question.

16          Q.    Do the elderly tend to take more

17   drugs than younger people?

18          A.    They tend to take numerically

19   larger numbers of drugs than younger people

20   because in general the elderly have more --

21   have accumulated more diseases over their

22   lifetime.

23          Q.    Is the population of elderly

24   patients on polypharmacy at increased risk for

25   adverse drug events?

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 61

```
 1          A.   They are, but again, that's a

 2   general answer and the specifics depend on what

 3   specific drugs the elderly are taking.  Each

 4   medication has its own spectrum of possible

 5   adverse reactions and interactions with the

 6   other medications that they are taking.

 7          Q.   Well, the elderly, because they

 8   are at increased risk for heart problems, do

 9   tend to take more cardiovascular drugs, do they

10   not?

11          A.   They do.

12          Q.   Have you studied anything about

13   the incidence of accidental overdose or

14   noncompliance with drug prescriptions in the

15   elderly?

16          A.   Yes.

17          Q.   What is your understanding of

18   whether the elderly have higher rates of

19   accidental overdose or noncompliance than their

20   younger counterparts?

21          A.   Well, we call it adherence these

22   days.  It's the new speak.  And in general,

23   with a larger number of tablets per day and a

24   number of different dosing regimens and times

25   and in some patients with attendant mental
```

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 62

1    deterioration, their adherence rates tend to be

2    lower than people who are taking fewer

3    medications and who have their complete mental

4    faculties about them.

5          Q.    In other words, there is

6    literature out there which talks about the

7    elderly, especially in polypharmacy and higher

8    rates of nonadherence, correct?

9          A.    Generally, yes.

10          Q.    And higher rate of adverse drug

11    events?

12          A.    They do.

13                MR. MORIARTY:   Could you mark this as

14    40-B.

15                (Thereupon, Defendants' Exhibit 40-B,

16    a one-page sheet, page 581, from Drugs in the

17    Treatment of Heart Failure, was marked for

18    purposes of identification.)

19          Q.    I'm handing you Exhibit 40-B which

20    I'll represent to you is a table in a

21    chapter --

22          A.    I don't have it.

23          Q.    I'm sorry.  It's a table from a

24    chapter in Braunwald's cardiology text.  First

25    of all, do you have Braunwald's cardiology text

Ejorn D. Nelson, PHARM.D                            June 22, 2010

Page 63

1     in your home or office reference library?

2             A.    No.

3             Q.    Have you ever seen this table

4     before?

5             A.    I don't know.

6             Q.    From your knowledge of digoxin and

7     drugs with which it may interact, do you know

8     whether this is a reasonable and reliable table

9     about that subject?

10            A.    It's a table in a textbook about

11    interactions with digoxin.  I'm not going to

12    validate it as being gospel.

13            Q.    I didn't ask you whether it was

14    gospel.  I asked you whether to you in your

15    experience it seems reasonable?

16            A.    Don't know the answer to that

17    question.  This is not the way I deal with drug

18    interactions.  The way I deal with drug

19    interactions is to go to the original

20    publications.  For example, St. John's wort

21    down here at the bottom is not a predictably

22    dosed medication.  It's a dietary supplement

23    and to opine that it always increases digoxin

24    levels is probably not valid.  Drug

25    interactions are sometimes things rather than

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 64

1    always things and part of the education of

2    medical practitioners is that when you have a

3    patient taking digoxin along with other

4    medications, it's important to go to the

5    original literature regarding the interaction

6    or alleged interaction because many times these

7    are a result of a case report or two of such

8    interactions or that the drug is a member of a

9    family of drugs that always seem to interact

10   with digoxin, but there's really no specific

11   case report.  Using this kind of a table is

12   maybe sometimes useful.  There are difficulties

13   in going from concluding that carvedilol always

14   increases the blood level of digoxin.  So what

15   is the table, it's a table of reported drug

16   interactions which sometimes occur, sometimes

17   don't, and when they occur they may or may not

18   be clinically significant.  That's what this

19   is.

20          Q.   Okay.  So when you say go back to

21   the source, is this Goodman & Gilman's book one

22   of the sources to which you would refer about

23   drug interactions?

24          A.   Not usually, no.

25          Q.   Would you go to the detailed

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

1    patient labels reproduced in the PDR?

2            A.    No.

3            Q.    What source would you use?

4            A.    I go to DRUGDEX.

5            Q.    DRUGDEX?

6            A.    DRUGDEX.

7            Q.    Is it an on-line compendium or

8    textbook?

9            A.    It's a toxicologic and

10   pharmacologic database which is use by the drug

11   and poison information centers in the United

12   States and it's A, generally reliable and B,

13   tends to quote the source documents for

14   interactions.

15           Q.    Are you familiar with Lexi-Comp

16   ONLINE interaction lookup?

17           A.    I've heard of it.

18           Q.    Do you know anything about how

19   reliable it is as a source for drug

20   interactions?

21           A.    Yes.

22           Q.    And is it reliable?

23           A.    Sometimes.  Sometimes yes,

24   sometimes no.  Garbage in, garbage out.

25           Q.    Are you saying it's all garbage or

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 66

1    some of it is?

2           A.    I'm saying that drug interactions

3    are an extremely complex area of endeavor and

4    that one needs to go to the source document

5    that constitute the reports and look at them

6    and see what the reality is about the report

7    and make some judgment about whether that

8    report has any relevance to a clinical

9    situation that you're dealing with.  You can't

10   just put a rubber stamp on some database and

11   say this is always reliable.  That's a big

12   mistake.

13          Q.    Is Drugs.com generally reliable?

14          A.    I don't use Drugs.com for any kind

15   of complex questions.

16          Q.    Well, does that mean it's not

17   generally reliable or it's just not your

18   preferred source?

19          A.    Both.  I wouldn't say it's not

20   generally reliable or generally unreliable.

21   It's a popular online database put together

22   with not the kind of quality control procedures

23   that a competent licensed professional with

24   thirty-five years of experience wants to use in

25   the process of treating a patient.  You want to

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 67

1   go back to the source documents because you

2   want to minimize the possibility that you make

3   an error.

4        Q.   When you say the source documents,

5   are you talking about published medical

6   literature?

7        A.   Yes.  For each of those drug

8   interactions, there's a stack of papers that

9   has to do with the basis for the table in

10  Braunwald, the Lexi-Comp, the Drug.com, and

11  reality is incredibly more complex than

12  anything you can put in a chart.  You have to

13  go back to the source documents to make a

14  clinical judgment.  You can't just pick the

15  stuff out of a chart and say this is the way to

16  practice medicine.  You're going to make

17  mistakes if you do that.

18       Q.   I had asked you a little bit

19  earlier about this increased incidence of

20  adverse drug events among the elderly?

21       A.   Yes.

22       Q.   We had already talked about that.

23  And that occurs even when the elderly are

24  taking medications at normal prescribed doses;

25  is that correct?

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 68

```
 1          A.   Well, I don't know what a normal
 2   prescribed dose is, but they are taking -- it
 3   can happen if they are taking the drugs as
 4   prescribed, yes.
 5          Q.   And it can happen when the drugs
 6   prescribed are within their label
 7   specifications, correct?
 8          A.   It can, yes.
 9          Q.   If a patient has underlying renal
10   insufficiency, does that increase the risk of
11   adverse reactions to drugs cleared primarily by
12   the kidneys?
13          A.   Usually, yes, unless, again,
14   dialyzed or something else.
15          Q.   Does renal insufficiency increase
16   the risk of digoxin toxicity?
17          A.   It can.
18          Q.   Are doctors supposed to customize
19   doses based on their patients' renal status?
20          A.   They are.
21          Q.   What's glomerular filtration rate?
22          A.   It's how much plasma is filtered
23   through the kidneys per minute.
24          Q.   Does it slow down with advancing
25   age?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 69

1           A.    Generally it does, yes.

2           Q.    Does renal function in general

3    diminish with advancing age?

4           A.    In general, yes.

5           Q.    Why, briefly?

6           A.    It decreases because there is

7    deterioration of cardiac output, renal blood

8    flow and the vascular feed to the kidney.

9    Essentially, elderly pump less blood per minute

10   to the kidney than younger people do per pound

11   of body weight.

12          Q.    Does muscle mass typically

13   decrease with advancing age?

14          A.    It does.

15          Q.    And do you agree that serum

16   creatinine underestimates the decrease in GFR

17   with age?

18          A.    To go from creatinine to GFR you

19   need to use a different formula in the elderly

20   so at a given serum creatinine level, somebody

21   who's ninety years old generally has a lower

22   GFR than somebody who's thirty years old with

23   that same creatinine level.

24          Q.    So, in other words, a serum

25   creatinine in the upper or normal range may

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 70

```
 1   already reflect impaired renal function in an
 2   elderly patient?
 3            A.   Right.  Because what's happening
 4   is they are not making as much creatinine.
 5            Q.   Is digoxin toxicity fairly common?
 6            A.   Is it common?  I don't know how to
 7   answer that question.  It happens and we all --
 8   all of medicine needs to know about it.  We
 9   study it and we certainly see it occurring, so,
10   yes, I would say it's relatively common, the
11   toxicity that is -- for example, if you look at
12   the toxicology section of medical school
13   pharmacology courses, they all teach about
14   digoxin toxicity and it's part of medical
15   board, part of clinical practice.  It's part of
16   poison control so it's on the radar in terms of
17   yeah, it can happen.
18            Q.   Have you compiled any statistics
19   just for digoxin toxicity from the Cincinnati
20   Drug & Poison Information Center?
21            A.   No, I have not.
22            Q.   Have you compiled any separate
23   statistics just for cardiac drug toxicity from
24   the Cincinnati Drug & Poison Information
25   Center?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 71

1            A.    I think we probably have that in

2     the last annual report and certainly we've done

3     that in the past to look at cardiovascular

4     agents and which drugs are involved in

5     overdoses.

6            Q.    Let's talk about serum digoxin

7     concentrations.  Do you ever look at the

8     results of those kind of tests?

9            A.    Yes.

10           Q.    Would you agree that there is no

11    one SDC level that defines toxicity?

12           A.    I don't know what you mean by SDC.

13           Q.    Serum digoxin concentration.

14           A.    Oh, okay.  Well, what we know is

15    that each lab has their own range for serum

16    digoxin concentration, SDC, and if it's zero we

17    don't have a drug being administered.  If it's

18    up to about five nanograms per mil, we think

19    that some drug is being administered.  At about

20    one nanogram per mil is beginning therapeutic

21    range.  As the serum concentration increases

22    progressively, we see an increased incidence of

23    toxicity and adverse drug reactions in general,

24    and in overdoses we tend to see very high

25    levels of digoxin in the serum.  We use it for

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 72

 1    monitoring toxicity and making decisions

 2    whether we're going to give the antidote for

 3    digoxin which is Digibind which is an antibody

 4    that combines with the digoxin that has become

 5    available for treatment of digoxin overdose.

 6             Q.    Are you done with your answer?

 7             A.    I think so, yes.

 8             Q.    That wasn't really my question.

 9    My question is would you agree that there's no

10    one serum digoxin concentration level that

11    defines toxicity?

12             A.    No, I don't agree with that.  In

13    general anything above one and a half to two is

14    associated with toxicity and there's good data

15    to support that.

16             Q.    I want to read you a quote.

17             A.    Toxicity is not independent of

18    serum level, if that's what you're getting at.

19    It varies in association.

20             Q.    I want to read you a quote from

21    the American College of Cardiology article by

22    Tom Smith back in the 1980s. It says in terms

23    of the management of individual patients, I

24    would emphasize that no specific serum

25    concentration exists that can be used to define

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 73

1    a clear boundary between the presence and

2    absence of toxicity.  Do you agree or disagree

3    with that?

4                  MR. THOMPSON:  Object to the form.

5                  THE WITNESS:  Well, I answered the

6    question before.  The reality is, and it's

7    published, that once you get above about two you

8    have an increased incidence of toxicity as you go

9    higher in serum level so if the good doctor is

10   telling us that if you have got a serum level of

11   ten nanograms per mil, you can't figure anything

12   out from that, I would disagree with him and the

13   point he's making, I think, is that you can't take

14   an isolated serum level and deduce toxicity, but

15   you can certainly increase your probability from

16   one percent to ninety percent by looking at an

17   appropriately drawn serum level which is

18   appropriately drawn about six hours after the

19   ingestion.  So this is an isolated statement from

20   an article that is making a different point

21   than -- he's not saying that there's no

22   correlation between toxicity and serum level and

23   if he is, he's wrong.

24           Q.   I just asked if you agreed with

25   the quote.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 74

```
 1          A.   Well, I assume you read it the way
 2   it's stated.
 3               MR. THOMPSON:  Objection.  Asked and
 4   answered.
 5               MR. MORIARTY:  He didn't answer it.
 6   With all due respect he gave me a very long
 7   answer.  He didn't say yes I agree with it or no I
 8   don't.
 9               THE WITNESS:  I don't agree with that
10   statement.
11          Q.   In the midst of your answer,
12   though, you said you can't take a serum
13   concentration and deduce toxicity from it.  Do
14   you agree with that?
15          A.   I think that's what his statement
16   is trying to say, I guess.  I don't know.
17          Q.   Well, do you agree with it if
18   that's what it's trying to say?
19          A.   No.  I think that anything above
20   two, you have an increased rate of toxicity.
21   And the reason I think that is it's published
22   data.  So whatever he says, he says, and the
23   data says otherwise.
24          Q.   So anything above two, you have an
25   increased rate of toxicity?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 75

1           A.    You do.

2           Q.    My question is can you say that

3    everybody with a 2.5, for example, has digoxin

4    toxicity?

5           A.    They have an increased probability

6    and if you go high enough you get the

7    ninety-nine percent, so, yes.

8           Q.    In order to define that increased

9    probability of whether they had digoxin

10   toxicity, you would have to put it in a bigger

11   context of an individual patient, correct?

12          A.    No.   There's published data that

13   shows that anything above two increases the

14   rate of toxicity.

15          Q.    Not my question.   My question

16   is --

17          A.    Your question is there some

18   patient out there who has a twelve who doesn't

19   have any toxicity, and the answer is probably

20   not.

21          Q.    All right.   Well, my question is

22   2.5, not twelve.   So there are patients out

23   there who could have a serum digoxin

24   concentration of 2.5 and not have digoxin

25   toxicity, correct?

Ejorn D. Nelson, PHARM.D                                        June 22, 2010

                                                                    Page 76

 1            A.    Maybe.

 2            Q.    So in order to figure out whether

 3    it's maybe or probably, you would want a

 4    greater context like an EKG and clinical signs

 5    or symptoms, correct?

 6            A.    That would be a next step, yes.

 7    Maybe a repeat level.  Maybe you would stop the

 8    medication.  You might do a lot of things.  But

 9    the notion that there's no correlation between

10    blood level and toxicity is untenable.

11            Q.    Did I ask you if that was a true

12    statement?

13            A.    I think that's where you were

14    going, yes.

15            Q.    Really?  I would like you to

16    answer my questions, not read my mind.  Okay?

17            A.    I've done that.

18            Q.    Dr. Smith says in this same

19    article, under no circumstances can serum

20    digitalis levels replace sound clinical

21    judgment.  Do you agree with that?

22            A.    I don't agree or disagree with

23    that statement.  It's so -- it's out there.

24            Q.    Do you agree with his next

25    statement, an individual laboratory value

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 77

1    should never be used as the sole basis for

2    determining the presence of drug toxicity or

3    efficacy?

4              A.    No, I don't agree with that

5    statement.

6              Q.    Okay.

7              A.    That statement is so broad it

8    can't possibly be true.

9              Q.    Dr. Kristin Williamson and

10   colleagues wrote a patient -- or an article

11   about digoxin toxicity in the Archives of

12   Internal Medicine in 1998, and in that article

13   she says therapeutic drug monitoring improves

14   patient care and likely contributes to the

15   suspected decrease in digoxin toxicity,

16   however, elevated concentrations alone do not

17   constitute toxicity.  Do you agree with that?

18              MR. THOMPSON:  Object to the form of

19   the question.

20              THE WITNESS:  I think, again, you

21   have clinicians pontificating about the

22   significance of serum levels, and I think I have

23   made it clear that as the serum level rises, you

24   have an increase in probability of toxicity and

25   ignoring that is not a good idea.

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 78

```
 1          Q.    What specific medical literature
 2     would you rely on to assess at what levels this
 3     probability increases and what harm increases
 4     along this -- increases along with it?
 5          A.    I would be happy to provide you
 6     literature.
 7          Q.    Is there any in the stack that you
 8     brought today that addresses that subject?
 9          A.    I think so.
10          Q.    Which literature addresses that
11     subject?
12          A.    Hand me Goodman & Gilman.
13          Q.    (Indicating.)
14          A.    Read the digoxin.
15          Q.    You have given me back Goodman &
16     Gilman's 10th edition?
17          A.    I have.
18          Q.    Open to --
19          A.    Digoxin.
20          Q.    Page one thousand nine
21     forty-eight, one thousand nine hundred
22     forty-nine.
23          A.    Right.
24          Q.    And there are some references
25     listed here.
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 79

```
1          A.    Um-hum.
2          Q.    Correct?  Is that what you're
3   pointing me to?  Is that what you want me to
4   look at?
5          A.    That's the reference.  You asked
6   for the reference.
7          Q.    So Mooridian,
8   M double O R A D I A N, digitalis, An Update of
9   Clinical Pharmacokinetics, Therapeutic
10  Monitoring Techniques and Treatment
11  Recommendations, and Clinic -- I'm sorry,
12  Clinical Pharmacokinetics, 1988, Volume 15,
13  Pages 165 to 179, and Smith and Haber, digoxin
14  Intoxication, The Relationship of Clinical
15  Presentation to Serum digoxin Concentrations --
16         A.    There you go.
17         Q.    -- in the Journal of Clinical --
18  is it Investigations -- 1970, Volume 49, Pages
19  2377 to 2386.  So those are the references --
20         A.    They are.
21         Q.    -- that I should look to?
22         A.    And they say what I said.
23         Q.    Can patients have signs or
24  symptoms of digoxin intoxication at levels that
25  would be considered by the lab within
```

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 80

 1   therapeutic limits?

 2          A.   Sometimes.

 3          Q.   Do you know at the University of

 4   Cincinnati Hospital what the lab range of

 5   therapeutic is on their serum digoxin

 6   concentration lab studies?

 7          A.   I'm not certain.  I think it's in

 8   the range of one to two nanograms per mil.

 9   They probably send it out to an outside lab.

10          Q.   Do you know of any published

11   medical literature that says that renal failure

12   or renal insufficiency is a complication or a

13   risk of digoxin therapy?

14          A.   There may be something out there

15   someplace but kidney is not traditionally

16   thought of as a target organ for digitalis

17   toxicity.

18          Q.   Can electrolyte imbalances,

19   especially in serum potassium play an important

20   role in diagnosing digoxin toxicity?

21          A.   Sometimes.

22          Q.   Can it be a cause of digoxin

23   toxicity in certain arrhythmias?

24          A.   Sometimes.

25          Q.   Can it be caused by digoxin

Ejorn D. Nelson, PHARM.D                          June 22, 2010

                                                         Page 81

 1   toxicity in certain arrhythmias?

 2          A.   Sometimes.

 3          Q.   Is the same true for calcium?

 4          A.   Yes.

 5          Q.   So it can be the cause of toxicity

 6   or certain arrhythmias?

 7          A.   Yes.

 8          Q.   And caused by toxicity and certain

 9   arrhythmias, true?

10          A.   Yes.

11          Q.   How many times have you made

12   reports to the FDA of adverse drug reactions?

13          A.   I don't know the answer to that

14   question.  Probably made a few because we did

15   clinical trials and there were adverse effects

16   and those went -- those trial results, phase

17   two trials all went to the FDA eventually, so

18   several times.

19          Q.   Have you ever made report to the

20   FDA of adverse drug reactions outside your work

21   in clinical trials?

22          A.   I'm not sure.  I may have.  I

23   don't know.

24          Q.   Do you know whether you have ever

25   made an adverse drug reaction report to the FDA

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 82

1   about a digoxin product?

2          A.   I'm not sure.

3          Q.   Have you made one in the last four

4   years regarding digoxin?

5          A.   Not a Med Watch report, no.

6          Q.   Any kind of report to FDA about a

7   digoxin product in the last four years?

8          A.   Not personally, no.  No.

9          Q.   Did you instruct anybody who works

10  for you or works with you to make such a

11  report?

12         A.   No.

13         Q.   Have you been asked to draw any

14  dose response curves as part of your work in

15  this litigation process?

16         A.   No.

17         Q.   Do you ever draw dose response

18  curves in your work as a pharmacologist?

19         A.   I do.

20         Q.   Have you ever drawn any for

21  digoxin?

22         A.   I don't know.  Probably.

23         Q.   If you were ever going to draw a

24  dose response curve for digoxin, where would

25  you get the data to do that?

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 83

```
 1          A.    From a clinical study, from the
 2   literature.
 3          Q.    From the published medical
 4   literature?
 5          A.    Yes.
 6          Q.    If you were trying to study dose
 7   and response, would you need to know the dose
 8   in the tablet?
 9          A.    Well, if you were getting tablets
10   you would need to know that, yes.
11          Q.    Let me rephrase my question.  I
12   don't want to talk about IV's or --
13          A.    Yeah, you need to know the dose of
14   the drug you're administering regardless of the
15   dosing form, correct.
16          Q.    And you would also want to know
17   the frequency of the dose, correct?
18          A.    Certainly.
19          Q.    Have you ever -- I'm sorry, let me
20   rephrase that.  Are you familiar with any
21   mathematical formulas that have been proven
22   reliable to back calculate dose or duration
23   based on serum digoxin concentrations?
24          A.    Well, pharmacokinetics has
25   equations for determining the plasma level at a
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 84

1    previous point in time given certain

2    assumptions and information.  If somebody took

3    a big dose of Dig three days ago and you have a

4    plasma level, a serum level today, you can

5    figure out a range of what it was two days ago,

6    yes.

7            Q.   Do you know anything about the

8    reliability of those formulas?

9            A.   Yes.

10           Q.   Can you tell me in what medical

11   literature there is a reliable formula for

12   that?

13           A.   There are a number of textbooks of

14   pharmacokinetics.  They pretty much have the

15   same kind of equations in them.  It depends on

16   what it is you're asked to do and the

17   particulars of a situation.  If somebody took

18   thirty tablets of Dig ten minutes ago and you

19   draw a level, it's not going to mean anything.

20   If you wait two, three days, it could

21   probably -- or twelve hours, you could probably

22   figure out, you know, what the level was, say a

23   few hours before that point.  And the next day

24   you can figure out what the level is and you

25   can draw a curve of the level and get the half

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 85

1   life, but you have got an absorption component

2   so it's complex.  You can't answer the question

3   in general.  Is there a scientific formula for

4   going backwards in time, the answer is

5   sometimes.

6          Q.   Do you ever use those formulas?

7          A.   Yes.

8          Q.   And what textbooks do you use to

9   find the formulas?

10         A.   Well, Goodman & Gilman's has got

11  pharmacokinetic equations in it and they are

12  published.  They are public domain stuff.

13         Q.   And I think you said earlier that

14  the appropriate time to draw a serum digoxin

15  concentration is six hours after the last dose;

16  is that correct?

17         A.   Generally a minimum of six hours

18  because you have got absorption and then you

19  have got distribution and so forth.  And that's

20  the same kind of things with all drugs.

21  There's a period right after you take it that

22  if you draw a level, you don't know what you

23  have got.  You have to wait for it to be

24  absorbed or get a bunch of points and you can

25  draw a line through on a piece of log paper and

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 86

1    that will tell you what the half life is.  And
2    you can go back -- you can only go back in time
3    to a point in time where your absorption is
4    finished.
5           Q.   If you were setting up an
6    experiment to see response to various doses of
7    digoxin in a person and all other things
8    remained equal, weight, renal status, things of
9    that nature, would you expect that person to
10   respond differently at doses of point eight
11   milligrams, point one zero milligrams, point
12   one two five milligrams, point two five zero
13   milligrams and then point five zero milligrams?
14          A.   Did you mean point oh eight for
15   the first dose?  You said point eight.
16          Q.   It would be eighty micrograms, a
17   hundred mics, a hundred and twenty-five mics.
18   Sometimes I mess it up.
19          A.   The answer is yes.  The short
20   answer is yes and at some point you expect a
21   therapeutic response and as you continue with
22   the dose you would get other responses.  In the
23   real world what you do is you start a patient
24   on a particular dose of Dig and you keep giving
25   that dose until you get the plasma level to

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 87

1    stabilize.  That's called digitalizing and that

2    takes a few days and the reason is Dig has a

3    long half life for up to a few days and it

4    takes six to ten days to get up to the plasma

5    level of digitalizing patients so after the

6    first dose you typically don't see a complete

7    therapeutic response.  It takes some time to

8    develop.

9              Q.    You want to get them up to what's

10   known as steady state, correct?

11             A.    That's where they are going, yes,

12   plateau.

13             Q.    And do you know what the

14   typical -- is it Cmax, what the peak is when

15   you take it on a daily basis, that peak that

16   comes when you have absorbed a drug.  Is that

17   what that's called, Cmax?

18             A.    Yes.

19             Q.    Do you know what the typical Cmax

20   is for a hundred and twenty-five micrograms of

21   digoxin?

22             A.    The number?

23             Q.    Yes.

24             A.    No.  I can look it up.

25             Q.    I just want to know if you know.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 88

1          A.    Eight or ten.  I don't know.
2    Twenty.
3          Q.    Are you talking about nanograms
4    per milliliter?
5          A.    Yes, I am.
6          Q.    So it's your understanding that a
7    typical hundred and twenty-five microgram dose
8    would take somebody well beyond two nanograms
9    per milliliter every day?
10          A.    I said I don't know.  I would have
11    to look it up.  You pressed and you wanted a
12    number so I gave you a number.  I don't know
13    what the number is.  It's higher than the
14    therapeutic range and that's why you don't take
15    the level for six hours.
16          Q.    That's fine.  If you don't know,
17    you can just tell me you don't know.  I don't
18    want you to guess.
19          A.    Thank you.
20          Q.    Well, do you know whether in
21    patients with normal renal function and not
22    taking other meds that might interact with
23    digoxin, whether their Cmax ever goes above two
24    nanograms per milliliter?
25          A.    Probably does, yes.  That's why

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 89

 1    you don't take it for six hours, it goes up and
 2    goes back down.
 3            Q.    What textbook or pharmacokinetic
 4    articles would you look to to determine the PK
 5    data on digoxin?
 6            A.    DRUGDEX, Goodman & Gilman.   We
 7    just did that.
 8            Q.    So, for example, if Goodman &
 9    Gilman, if I looked back at those references
10    that I read into the record, that might have
11    some of that PK data.
12            A.    It will, yes.   That's what that
13    chart is in the back.
14            Q.    And so far as literature is
15    concerned, you printed out and brought with you
16    some research.
17                  MR. MORIARTY:   Can you mark this for
18    me?
19                  (Thereupon, Defendants' Exhibit 40-C,
20    a group of documents from MICROMEDEX Healthcare
21    Series labeled Cardiac Glycosides, was marked for
22    purposes of identification.)
23            Q.    Showing you what I've had marked
24    as 40-C, is that material from your research
25    file?

Ejorn D. Nelson, PHARM.D                                  June 22, 2010

Page 90

```
 1              A.    That's a printout from DRUGDEX, a
 2      database on Dig.
 3              Q.    And if it's okay with you I'm
 4      going to have the court reporter take that and
 5      make it part of the record.  Do you need this
 6      original back or is a copy of it later going to
 7      suffice for you?
 8              A.    You can have it.
 9              Q.    And then is this one just about
10      the antidote --
11              A.    Yes.
12              Q.    -- for extreme digoxin toxicity,
13      Digibind?
14              A.    Yes.
15              Q.    And then what is this one from?
16              A.    That's the section on digoxin from
17      Goodman & Gilman, from the book in front of you
18      there.
19              Q.    Same edition?
20              A.    Yes.
21              Q.    And then inside this manila folder
22      which was also part of your materials?
23              A.    That's the DRUGDEX printout on
24      digitalis, digoxin, cardiac glycoside.
25              Q.    So the one I marked as 40-C just
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 91

1   says cardiac glycoside and is the one that's in

2   this manila folder a subset of 40-C?

3           A.   I think it's the other way.  I

4   think this is the summary and that's the

5   unabridged (indicating).

6           Q.   And is this -- are the contents of

7   this manila folder just one continuous

8   document?

9           A.   It is.

10          Q.   And it looks like it is

11  eighty-nine pages long; is that correct?

12          A.   Yes.

13          Q.   And is it okay if I mark this one

14  and then we can get you a copy back?

15          A.   I don't need a copy back.

16               MR. MORIARTY:  Let's make this 40-D.

17               (Thereupon, Defendants' Exhibit 40-D,

18  a group of documents from MICROMEDEX Healthcare

19  Series labeled digoxin, was marked for purposes of

20  identification.)

21          Q.   I've got all the original stuff

22  down here on the floor so if you need to look

23  at any of them, you let me know.  Okay?

24          A.   Yes, sir.

25          Q.   The traditional doses now are a

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 92

 1    hundred and twenty-five and two hundred and

 2    fifty micrograms; is that correct?

 3              A.    They are.

 4              Q.    Are you aware that there used to

 5    be a five hundred microgram dose routinely

 6    marketed by pharmaceutical companies and

 7    permitted by the FDA?

 8              A.    I don't know the answer to that

 9    question.

10              Q.    Have you read any literature about

11    the pharmacokinetics of digoxin five hundred

12    micrograms?

13              A.    I have no idea.  Probably have.  I

14    don't know.

15              Q.    Would you agree that the effect

16    of -- I'm sorry, let me rephrase that.  I want

17    you to assume that there is a patient who was

18    prescribed a hundred and twenty-five micrograms

19    once a day of digoxin.

20              A.    Yes.

21              Q.    And they either intentionally or

22    accidentally took two hundred and fifty

23    micrograms a day?

24              A.    Um-hum.

25              Q.    Once, for one day, in other words.

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 93

1    Would the effect of that doubling of the dose

2    for one day vary considerably from patient to

3    patient?

4                MR. THOMPSON:  Object to the form.

5                THE WITNESS:  Well, yes and no.  The

6    yes part is the dose is doubled so an increased

7    amount of drug would go to the receptors and cause

8    the various kind of effects in the patient.  Would

9    different patients respond differently to too much

10   drug, probably.  Different weight, different

11   medications, different, different, different,

12   yeah.

13          Q.    Would you agree there would likely

14   be some patient who's got a double dose on whom

15   it would have no adverse effects at all?

16          A.    Probably not.

17          Q.    What's the basis for that

18   statement?

19          A.    Well, the basis is the

20   pharmacology of the drug, you're giving twice

21   the dose that the patient should have in the

22   first place and the only way you would know

23   there were absolutely no adverse effects is if

24   you were monitoring the patient and that's not

25   likely to be the case so I think to assume that

Ejorn D. Nelson, PHARM.D                           June 22, 2010

Page 94

 1   it wouldn't have any adverse effect is not

 2   something that's supported by anything but

 3   somebody's armchair opinion.

 4          Q.   Maybe I didn't ask my question

 5   clearly.  Are you saying that if a patient took

 6   a double dose once -- had been on steady state

 7   of point one two five and then suddenly took

 8   point two five zero once, are you saying every

 9   patient who did that would have adverse effects

10   like digoxin toxicity?

11          A.   What I'm saying they would have an

12   increased amount of digoxin at the receptor and

13   that their response to that drug would be

14   different than it was with the point one two

15   five.  There's molecular thermodynamics

16   involved here and when you give an increased

17   dose you get an increased amount of drug at the

18   receptor and the idea that that increased

19   amount of drug binding the receptor doesn't

20   cause any effect is really not a very tenable

21   point of view.

22          Q.   Okay.  Well, I'm not suggesting

23   that.  I'm asking whether universally patients

24   would have digoxin toxicity, the signs and

25   symptoms of digoxin toxicity, adverse reaction?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 95

```
1          A.   Some would, some wouldn't.

2          Q.   Again, that would be an

3   individualized inquiry, correct?

4          A.   No, every one of them is going to

5   have more Dig binding to their receptors than

6   they did at the lower dose.  Every one of them,

7   every single one of them.

8          Q.   But it would be an individualized

9   inquiry to find out if they had the clinical

10  signs and symptoms of digoxin toxicity?

11         A.   They could be monitored, yes.  In

12  the real world that doesn't happen.

13              MR. THOMPSON:  Just a second.

14              (Pause in proceedings.)

15         Q.   Let me ask you about post-mortem

16  toxicology.  Is that a subject you know much

17  about?

18         A.   Unfortunately.

19         Q.   Do you agree that it has been

20  known for many years that digoxin measurements

21  in heart blood collected post-mortem may be

22  misleading when attempting to assess

23  peri-mortem plasma digoxin concentrations

24  because of leakage of digoxin from heart muscle

25  after death?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 96

```
 1          A.   I'm aware people made statements
 2     like that.   The whole business of necrokinetics
 3     is complex.
 4          Q.   Do you agree that the use of
 5     peripheral blood is no more reliable?
 6          A.   Blood from anywhere can have
 7     usefulness in figuring out a particular toxic
 8     case.   Sometimes you get to know where it's
 9     from and sometimes it's of traumatic origin and
10     sometimes it from the heart and sometimes it
11     from the femoral vein and sometimes it's from
12     places you don't know.
13          Q.   All right.   Well, in Baselt's text
14     which you brought with you, in the digoxin
15     section it says in part it has been determined
16     that serum digoxin levels nearly always
17     increase after death due to leaching from
18     muscle.   Do you agree with that?
19          A.   Sometimes true, yes.
20          Q.   I don't know if I asked you this
21     before, but there was a big study about digoxin
22     in the '90s called the DIG Trial.   Have you
23     ever read the papers that came out of the DIG,
24     capital D, capital I, capital G, Trial?
25          A.   Probably.
```

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 97

1         Q.   In the DIG Trial, there were

2    patients on placebos who were suspected and

3    hospitalized of having digoxin toxicity.  Do

4    you have any idea why?

5         A.   Well, they probably got worse.

6    They probably got an arrhythmia or had

7    confusion or other symptoms that can -- are

8    common to Dig toxicity and have other causes.

9    Each symptom gives us an index of suspicion and

10   if you have somebody who has visual changes and

11   confusion and arrhythmias, then that makes them

12   a candidate for we need to evaluate for Dig

13   toxicity.

14        Q.   And, of course, coming into the

15   hospital, no one knew whether they were on Dig

16   or not, correct?

17        A.   Yes.

18        Q.   So they had to evaluate them,

19   right?

20        A.   Yes.  And it sounds like an easy

21   proposition to ask them are you on Dig but

22   sometimes they get so confused they can't

23   answer the question.

24        Q.   Well, at least in the

25   circumstances of the trial, they may not know,

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 98

 1   right?

 2           A.   Or they may have been unconscious.

 3           Q.   Okay.  Let's go to Exhibit 41.  Do

 4   you have a copy of your report there?  I've got

 5   extras here if you need it?

 6           A.   Let's see, this is 40 -- 41 is my

 7   CV.

 8           Q.   I'm sorry, 40 is your report.

 9           A.   Okay.

10           Q.   Do you have a copy of it in front

11   of you?

12           A.   I do.

13           Q.   And it's dated June 4th, 2010; is

14   it not?

15           A.   It is.

16           Q.   And it is not paginated?

17           A.   But the sections are numbered.

18           Q.   I count eight pages.

19           A.   Okay.

20           Q.   Is that right?

21           A.   I'll take your word for it,

22   Counselor.

23           Q.   And that's your signature on the

24   last page, I assume?

25           A.   It is, yeah.  The reason the font

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 99

```
 1   is different is that I signed it and scanned it
 2   in so I could send it electronically so they
 3   would have a copy of my signature on the
 4   document.
 5           Q.   All right.  Now, I think I asked
 6   you this before, but you did not read Dr.
 7   Semigran's report?
 8           A.   No, I did not.
 9           Q.   Have you read any case specific
10   reports in any of the Digitek lawsuits?
11           A.   I don't think so, no.
12           Q.   What I mean by that is there have
13   been cardiologists hired in various specific
14   cases to talk about specific patients.
15           A.   No.
16           Q.   You haven't seen those?
17           A.   No.
18           Q.   Now, Exhibit -- in this stack of
19   materials that you reviewed, you can have this
20   if you want -- there are yellow Post-it notes
21   on here, are there not?
22           A.   There are.
23           Q.   And these correspond to exhibit
24   numbers?
25           A.   They do.
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 100

 1          Q.   So, for example, one of the things

 2    you had available to you was Exhibit 26; is

 3    that right?  Well, I should start with 25.

 4    Somewhere in here I think you had 25?

 5          A.   Yeah, I did.  I remember having

 6    Exhibit 25, the number on it.

 7          Q.   Well, here's the stack.  We can

 8    get to it if we actually need it.  I don't see

 9    any reference or discussion of Exhibit 25 in

10    your report, Exhibit 40.  Am I right about

11    that?

12          A.   Well, let me see what it is.  Can

13    you show it to me so I can figure out where it

14    is here?

15          Q.   Exhibit 25?

16          A.   Yes.  Here it is.  I've got it.

17    It's a warning letter from -- let's see --

18    looks like FDA to --

19          Q.   To my client.

20          A.   Divya Patel, president of Actavis

21    Totowa dated February 1, 2007.  Yes, I have it.

22          Q.   The question I'm asking is I don't

23    see any discussion of Exhibit 25 in your report

24    itself.  Am I correct about that?

25          A.   I don't know the answer to that

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                                Page 101

 1   question.  I read it and this material is --
 2   the letters from the FDA to the company are
 3   kind of a unit of information.
 4           Q.   They are background material,
 5   right?
 6           A.   They are.
 7           Q.   But my question is in your report,
 8   Exhibit 40, I don't actually see any discussion
 9   of Exhibit 25, any explicit reference to or
10   discussion.  Am I correct about that?
11           A.   I don't know the answer to that
12   question.
13           Q.   Did you need to look at your
14   Exhibit 40 to see if you refer to or discuss
15   Exhibit 25 because when I read it I didn't see
16   it.
17           A.   It talks about quality control
18   problems which eventuate in the letters
19   relating to quality control.  I didn't
20   reference any of these documents specifically.
21           Q.   Okay.  So that would include --
22   the documents you didn't refer to or analyze in
23   your report?
24           A.   No, no, no, that's not what I'm
25   saying, Counselor.  I read these documents, I

Ejorn D. Nelson, PHARM.D                                June 22, 2010

                                                        Page 102

1    looked at them and I wrote this report.  It

2    doesn't mean I didn't read them or that I

3    disregarded them.

4            Q.   You need to listen to my question.

5            A.   I did.

6            Q.   I don't see anywhere in your

7    report where you specifically refer to or

8    analyze the content of Exhibit 25 in your

9    report.

10           A.   Okay.  You don't see that.  Okay.

11           Q.   Do you see it someplace that I

12   don't?

13           A.   I neither see it or don't see it.

14   I don't have an opinion about that.

15           Q.   All right.  Do you specifically

16   refer to or analyze the content of in your

17   report Exhibit 26?

18           A.   I don't know the answer to that

19   question.

20           Q.   What about Exhibit 50?

21           A.   The answer is the same.  I read

22   these documents and I wrote the report.

23           Q.   Would the answer be the same for

24   Exhibit 68?

25           A.   The answer is that I read these

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 103

1    documents and wrote this report.

2            Q.   I understand that, but I need to

3    go through them to make sure that your answer

4    is the same for all of them.

5            A.   It is.

6            Q.   So 71, 79, 82, 106, 220, 221 and

7    229 and 234, you did not specifically refer to

8    or analyze in your report itself, correct?

9            A.   No.  I have answered this question

10   three times.  I read these and I analyzed the

11   content.  You keep insisting on inserting the

12   word that I didn't analyze these reports.  I

13   analyzed these reports.

14           Q.   This is pretty simple.  I don't

15   know why we're miscommunicating here.

16           A.   It's pretty simple because what

17   you want me to say is I didn't analyze anything

18   in these reports and I'm not going to say that

19   because I did.

20           Q.   That's not what I'm saying.  You

21   read them, didn't you?

22           A.   I did.

23           Q.   You reviewed them?

24           A.   Yes.

25           Q.   And you probably analyzed them?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

 1          A.   Yes.

 2          Q.   But you don't refer to them or

 3   specifically write anything about them in

 4   Exhibit 40, do you?

 5          A.   Yes, I do.  I talk about

 6   misbranding and I talk about adulteration and

 7   those topics are covered in these reports.

 8          Q.   Show me exactly where you're

 9   referring to in your report, Exhibit 40.

10          A.   Well, those two statements are in

11   these documents.

12          Q.   Those words are in those

13   documents, right?

14          A.   They are.

15          Q.   And --

16          A.   That's how they got into this

17   report.  They got into this report from these

18   documents as a result of my reading it and

19   analyzing it.

20          Q.   So --

21          A.   So, no, I'm not going to say I

22   didn't analyze the reports.

23          Q.   So in your report, Exhibit 40, in

24   Roman numeral II on the first page, you say I

25   am familiar with the FDA rules and regulations

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 105

1    with respect to misbranding and adulteration by

2    education and experience as well as licensure

3    as a registered pharmacist in Ohio and

4    Minnesota?

5             A.   Yes.

6             Q.   Do you talk about adulteration and

7    misbranding anywhere else in Exhibit 40?

8             A.   I talk about being unable to rely

9    on the contents of Digitek tablets which is the

10   same issue.

11            Q.   And where is that?

12            A.   On section 9, too much Dig, too

13   little Dig.

14            Q.   Are you talking about Roman

15   numeral IX?

16            A.   I am.  And in clinical

17   applications and in dosing.

18            Q.   Okay.  Is that it?

19            A.   And in summary.

20            Q.   On the last page, correct, page

21   eight?

22            A.   It's the next to the last page.

23            Q.   Anywhere else in your report that

24   you didn't mention?

25            A.   There may be.  I don't know.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 106

1           Q.   Now, also shown to you and sent to

2     you was the report of a Dr. Tallarida; is that

3     correct?

4           A.   Yes.

5           Q.   And I didn't see anywhere in your

6     report where you discuss Dr. Tallarida's

7     report; is that correct?

8           A.   That is correct.

9                MR. MORIARTY:  Can you mark this as

10    40 -- I think we're up to E.

11               (Thereupon, Defendants' Exhibit 40-E,

12    a one-page document entitled Response to Defense

13    Pharmacologist Expert Report, was marked for

14    purposes of identification.)

15          Q.   Showing you what I've had marked

16    as Exhibit 40-E, it's a document from your

17    files.  Do you recognize it?

18          A.   I do.

19          Q.   Did you type it?

20          A.   I did.

21          Q.   Does it contain your comments

22    regarding the Tallarida report?

23          A.   It does.

24          Q.   Did you send this document or

25    convey the contents of it to anybody at

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 107

1    Mr. Thompson's office?

2              A.   No.  Those are my notes about that

3    expert's report.

4              Q.   Do you have this in your computer

5    at the office?

6              A.   I don't know where that is.

7              Q.   I'm going to keep it with the

8    exhibits and if you need a hard copy back, we

9    can arrange to do that and it will be with the

10   transcript.  Is that acceptable to you?

11             A.   Yeah.  I need a copy of it back.

12             Q.   Do you need a copy of it today?

13             A.   Well, if you're going to ask

14   questions about it, I do.

15             Q.   I'm not going to ask questions.

16             MR. THOMPSON:  Let me interrupt just

17   very briefly.  Dr. Nelson, in fact, showed that

18   document to me last night and that was the first I

19   had seen it, but I think he was excluding the

20   meeting that we had last night from his answer.

21             Q.   In any of these exhibits that were

22   sent to you, the ones we were just talking

23   about and that I enumerated, did you see any

24   actual USP or comparable testing of Digitek

25   tablets indicating that those tested tablets

Ejorn D. Nelson, PHARM.D                          June 22, 2010

                                                        Page 108

 1    were out of specification?

 2            A.   No.

 3            Q.   Do you know doctor -- or do you

 4    know professor or Dr. Tallarida, by any chance?

 5            A.   I do not.  Sounds like an

 6    interesting fellow.

 7            Q.   All right.  Let's get back to

 8    Exhibit 40.  The very first paragraph under

 9    Roman numeral I after it lists what you

10    reviewed by exhibit number, it says I have also

11    relied upon standard texts called references.

12    Did you look at any other textbooks beside the

13    Baselt and Goodman & Gilman texts that you

14    brought with you today?

15            A.   I probably did.  This case started

16    in 2008.  I have undoubtedly read a number of

17    textbooks between 2008 and 2010.

18            Q.   And do you know what additional

19    textbooks you looked at?

20            A.   I can't cite chapter and verse,

21    no.

22            Q.   Which ones would you typically

23    look at for this kind of reference?

24            A.   I don't have any textbooks to

25    cite.

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 109

1             Q.   Let's go to Roman numeral IV which

2   has the caption ancient use.

3             A.   Yes.

4             Q.   You use the word poisoning?

5             A.   Um-hum.

6             Q.   You see that?

7             A.   Yes.

8             Q.   And I would assume that in general

9   poisoning occurs when somebody takes too much

10  of a particular substance?

11            A.   Yes, it does.

12            Q.   Is that true?

13            A.   In pharmacology it occurs when

14  they take the right dose.

15            Q.   Do you agree with -- since we're

16  into ancient use category here, do you agree

17  with the quote attributed to Paracelsus that

18  the dose makes the poison?

19            A.   I do.

20            Q.   What does that actually mean to

21  you?

22            A.   Well, all of pharmacology is a

23  partial poisoning.  If we discover a new toxin

24  or poison in nature, pharmacologists take it

25  back to the laboratory and study it to see how

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 110

1    it works, and if that mechanism of, quote,

2    toxicity has a therapeutic application and

3    sometimes that pans out and we end up with a

4    new medicine so all pharmacology is a partial

5    poisoning of something.

6             Q.   But what I mean is what is the

7    dose makes the poison?  What's the dose issue?

8    I mean, is everything toxic if you take too

9    much of it?

10            A.   Yes.

11            Q.   People can die from drinking too

12   much water, I assume, right?

13            A.   Yes, in fact they do.  It's

14   amazing.

15            Q.   Let's go to VIII, Roman numeral

16   VIII D.

17            A.   Okay.

18            Q.   Is says elimination.  Under normal

19   conditions the renal excretion of digoxin is

20   slow with about half of a given dose excreted

21   in two days.  Do you see that?

22            A.   Yes, sir.

23            Q.   Is that in normal renal function?

24            A.   Yes.

25            Q.   And then you refer to Digibind in

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 111

1    the second paragraph of D, do you not?

2            A.    I do, yes.

3            Q.    And do you know in what percentage

4    of digoxin toxicity cases Digibind is

5    prescribed?

6            A.    It's only in severe cases.  If a

7    judgment is made that the patient is likely to

8    survive their overdose, the patient may be

9    hospitalized and monitored.  Digibind is of use

10   primarily in large overdoses where there is

11   life-threatening toxicity that's the setting

12   that it's typically used in as opposed to

13   somebody gradually becomes chronically toxic.

14   In that kind of a situation if they are

15   clinically stable they are usually hospitalized

16   and monitored and the drug is stopped and time

17   is allowed to pass for the excretion of the

18   drug.

19           Q.    Okay.  Now, under Roman numeral

20   IX --

21           A.    Yes.

22           Q.    -- the ADME balance, what does

23   ADME actually stand for.

24           A.    It's in the previous page we start

25   with absorption, distribution, metabolism and

Ejorn D. Nelson, PHARM.D                              June 22, 2010

                                                        Page 112

1    elimination.  Those are the four cornerstones

2    of pharmacokinetics.  In other words, what the

3    body does to the drug.

4             Q.   And in the last sentence of Roman

5    numeral IX, section A, it says the toxic

6    effects of digoxin include nausea, vomiting,

7    cardiac arrhythmia, slow heart rate, confusion,

8    dizziness, heart block and death.

9             A.   Yes.

10            Q.   Would you agree that typically a

11   patient who becomes digoxin toxic goes through

12   a progression of these symptoms from the

13   mildest ones first?

14            A.   No.

15            Q.   You wouldn't agree that that's

16   what typically occurs?

17            A.   No.

18            Q.   All right.  In what percentage of

19   cases is sudden death the outcome of digoxin

20   toxicity?

21            A.   I don't know the percentage, but

22   it happens and the problem with toxicity is

23   that sometimes it goes in the progression as

24   you've alluded, and other times you get sudden

25   death.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 113

```
 1              Q.   Well, do you know the percentage
 2    of which it occurs?
 3              A.   I don't know a number, but I know
 4    it happens often enough that if you have got an
 5    overdose you need to be ready to respond
 6    quickly if there's heart block and arrhythmias
 7    which can be fatal in a matter of minutes.
 8              Q.   Well, is it --
 9              A.   You can't wait for this, A is
10    going to happen, B is going to happen and we've
11    got plenty of time and C is going to happen.
12    Sometimes the patient crashes and dies quickly
13    without developing any of these other milder
14    symptoms so the idea that the milder symptoms
15    always precede death is not true.
16              Q.   I'm not asking you if they always
17    precede death.
18              A.   Usually they do, yes, not always.
19              Q.   Usually.  In the majority of cases
20    they do, correct?
21              A.   Yes.
22              Q.   Do you know what the source -- I'm
23    sorry, I've moved up to Roman numeral section
24    X, the top of the next page.  You say digoxin
25    is a drug with a very low therapeutic index in
```

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 114

1    the range of two to five.  Do you know what the

2    source is for your statement that it's in the

3    range of two to five?

4              A.   There is not one specific

5    reference to that.  Various numbers are given.

6    Some sources say two, some people say five.

7    The idea -- the therapeutic index is not an

8    absolute number.  You don't go to a reference

9    and look up the therapeutic index.  It's a

10   range and the range is two to five.  The idea

11   is that if you give twice the dose that a

12   person responds to, you're likely to get into

13   serious toxicity.  If you give five times the

14   dose, you're going to have a higher probability

15   of getting into serious toxicity.

16             Q.   Let's go to Roman numeral XII, and

17   you're talking about each dose of digoxin is

18   patient specific.  You still agree with that,

19   correct?

20             A.   Which line is that in?

21             Q.   It's right in the middle of the

22   paragraph.

23             A.   Each dose of digoxin is patient

24   specific, yes.  Um-hum.

25             Q.   And then you're talking in the

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 115

1   last sentence about adjusting the dose based on

2   clinical response.

3           A.   Um-hum.

4           Q.   Do you see that?

5           A.   Yes.

6           Q.   And some of the things that the

7   clinicians, prescribers and other doctors

8   taking care of the patient would assess include

9   EKG, blood pressure, heart rate, urine output,

10  edema, exercise tolerance, lab tests,

11  side-effects.  Those are some of the ones you

12  mentioned, correct?

13          A.   Yes.

14          Q.   And that would include renal

15  status, if necessary?

16          A.   Yes.

17          Q.   And would that include also the

18  serum digoxin concentration if appropriate?

19          A.   It's done sometimes.  It's not

20  done always.  It's probably not done as often

21  as it should but it might be useful in that

22  setting, yes.

23          Q.   Now, in Roman numeral XIII, you're

24  talking about tablets that are outside the USP

25  specs are adulterated and misbranded, correct?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 116

1          A.    Yes.

2          Q.    And the type of tablets you're

3    talking about that would be worse than nothing

4    is if they in fact are outside the USP specs,

5    correct?

6          A.    Yes.

7          Q.    You're not talking about tablets

8    that, for example, have the wrong color, but

9    did not affect the dose; is that right?

10         A.    I don't know.  Wrong color might

11   be a problem.  The patient sees the tablet is

12   not the right color, doesn't take it, goes into

13   failure and dies.  That could be trouble, yeah.

14         Q.    That's not what I'm talking about.

15   I'm just talking about if the tablet was for

16   some reason yellow but was supposed to be

17   white, but the active ingredients were all

18   within the USP specs, then they wouldn't

19   necessarily be dangerous, correct?

20         A.    I don't know.

21         Q.    Well, do you know --

22         A.    That seems like a very theoretical

23   question that I don't have any data about, I'm

24   not an expert about and don't have any answer

25   to.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 117

```
 1            Q.    Well, do you know whether tablets

 2    that were the wrong color but nothing else was

 3    wrong with them would be considered adulterated

 4    and misbranded by the FDA?

 5            A.    Yeah, they would.  They are

 6    supposed to be the color they are supposed to

 7    be.

 8            Q.    Let's go to Roman numeral XIV.

 9            A.    Okay.

10            Q.    It's entitled digoxin toxicity,

11    correct?

12            A.    That's correct.

13            Q.    And in the first sentence you say

14    the symptoms of digoxin toxicity are not

15    pathognomonic of toxicity, then you go on?

16            A.    Um-hum.

17            Q.    How are you using pathognomonic in

18    this context?

19            A.    Well, pathognomonic means if you

20    have that symptom, you have got the diagnosis.

21    What it means in this sentence is delirium and

22    confusion are not unique to digitalis.

23            Q.    Are you done with your answer?  I

24    don't want to cut you off.

25            A.    That's an explanation of the
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 118

 1   question, I think.

 2          Q.   Sure.  Have you ever heard the

 3   phrase signature disease?

 4          A.   Signature disease?

 5          Q.   For example, sometimes somebody

 6   would say mesothelioma is a signature disease

 7   for asbestos.  Have you ever heard that?

 8          A.   I haven't, and there are other

 9   causes of mesothelioma, so I don't even think

10   it's true.

11          Q.   If I understand what you are

12   saying in the first sentence here is that the

13   signs and symptoms of digoxin toxicity can be

14   vague in the sense that they look like other

15   problems, right?

16          A.   Each one is nonspecific.

17   Obviously if you have nausea, it might be the

18   flu, it might be Dig toxicity.  If you have

19   blurred vision, it might be glaucoma, it might

20   be Dig toxicity.

21          Q.   It could be from another drug?

22          A.   Sure.  And what I go on to say is

23   that the more of these you have, if you have

24   this and this and this and this and you have

25   five of these, the probability increases that's

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 119

 1    what it is.  In other words, if you have visual

 2    disturbances and cardiac arrhythmias and so

 3    forth, the probability that it's digitalis

 4    toxicity increases and in the real world of

 5    clinical medicine and clinical toxicology,

 6    these signs and symptoms are used to make a

 7    presumptive diagnosis of digitalis -- Dig

 8    intoxication.

 9         Q.   All right.  So if we go to the

10    next page to the second full paragraph on that

11    page, while a high serum digoxin finding by lab

12    test is useful -- do you see that?

13         A.   Yes.

14         Q.   Are you saying there that somebody

15    could make a diagnosis of digoxin toxicity even

16    if the lab result was within the therapeutic

17    range?

18         A.   Yes.

19         Q.   So let go to the last paragraph in

20    that section and you're talking about how the

21    diagnosis will depend on a myriad of factors,

22    right?

23         A.   Yes.  And there's a typo right

24    after factors.  Look at that.  I'll tell you

25    what.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 120

1          Q.    What's it supposed to say?

2          A.    There's not supposed to be a minus

3    sign there.

4          Q.    I just thought it was a good

5    old-fashioned dash.

6          A.    Okay, we'll take it as that,

7    Counselor.

8          Q.    And then you say thus, whether an

9    overdose of digoxin has produced symptoms in a

10   specific patient must be ascertained by the

11   patient's physician with reference to the

12   specific facts, signs, symptoms, lab findings

13   and monitoring data from the specific patient;

14   is that correct?

15         A.    Yes, sir.

16         Q.    And that treating physician is in

17   the best position to do that, aren't they?

18         A.    Well, they can be.  A clinical

19   toxicologist, cardiologist might do a better

20   job on referral, but, yes, usually it's the

21   attending physician.

22         Q.    Well, I'm not excluding

23   consultant -- contemporaneous consultants, but

24   the medical providers on the scene dealing with

25   this in what they call real time are in the

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 121

 1   best position to assess this, aren't they?

 2            A.   Yes.

 3                 MR. MORIARTY:  All right.  Why don't

 4   we take a five minute break.  I need to talk to

 5   Ericka.

 6                 (Recess held.)

 7            Q.   You brought with you a manila

 8   folder with a report dated June 3rd, two -- it

 9   actually says 1010 but it was 2010, correct?

10            A.   I don't know.  I would have to

11   look at it and see.

12            Q.   (Indicating.)  You're not

13   suggesting you were alive a thousand years ago

14   to write this for me?

15            A.   I don't think so.

16            Q.   You are pharmacologically well

17   preserved.

18            A.   Yeah.

19            Q.   So there were drafts before you

20   signed and finalized Exhibit 40, correct?

21            A.   Yes.  That's a draft.

22            Q.   And did you write these yourself

23   even?

24            A.   Did I write them, yes, I wrote

25   them myself.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 122

1          Q.    Did you have some discussions with
2    counsel before they were finalized?
3          A.    I had a telephone conversation in
4    the process of finalizing the report and some
5    typographical errors were called to my
6    attention, which I fixed.
7          Q.    Okay.  Now, let's go back to --
8          A.    I fixed them all but the one.
9    That's a dash that's there, but nonetheless --
10         Q.    Let's go back to Exhibit 40, the
11   final version, and let's go to the last page.
12   Let me read this and ask you some questions
13   about it.  It says Digitek tablets can be very
14   dangerous if they do not have a consistent
15   dosage within the USP specification for the
16   prescribed dosage.  Did I read that correctly?
17         A.    Yes.
18         Q.    Now, I think what you're referring
19   to is that if they are less than the labeled
20   specifications, the patient could be
21   subtherapeutic, correct?
22         A.    Yep -- yes.
23         Q.    And if the patient is sufficiently
24   subtherapeutic could have problems related to
25   the underlying disease for which they are

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 123

 1    taking the medication like atrial fibrillation

 2    or congestive heart failure, correct?

 3            A.   Yes, sir.

 4            Q.   Because if it's subtherapeutic it

 5    may not actually be treating that disease,

 6    right?

 7            A.   Yes.

 8            Q.   And if the tablets have a

 9    consistently high dosage, the patient could

10    develop digoxin toxicity, correct?

11            A.   Yes.

12            Q.   Have you read any medical studies

13    of the tablets themselves, of a group of

14    tablets themselves which indicated that the

15    tablets were in fact outside the

16    specifications, high or low?

17            A.   There are two answers to that

18    question.  One is that there are documents

19    indicating that there were double tablets which

20    would indicate that there was twice the dose.

21    The other answer is that there were faulty

22    assurance problems with manufacture which

23    resulted in the manufacturers being unable to

24    document that the contents were within USP

25    specifications.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                                Page 124

 1              Q.    What I'm asking you about is not
 2     FDA documents, I'm asking you about scientific
 3     testing of the tablets themselves, okay?  Not
 4     weight, not size.  Whether there was -- whether
 5     you have seen any documents, scientific testing
 6     of tablets themselves that were outside of the
 7     specifications, either high or low?
 8              A.    I answered with what I know.
 9              Q.    So I assume the answer is no, you
10     have not seen scientific studies of tablets
11     themselves, correct?
12              A.    I'm not sure if the documents
13     regarding the double tablets rise to your level
14     of scientific documentation.  My understanding
15     is that there is some evidence that they
16     existed at one point and I've seen reports to
17     that effect.
18              Q.    Are you referring to the batch
19     70924A in which twenty double thick tablets out
20     of a batch of 4.8 million were detected at the
21     plant prior to shipment to market?
22              A.    I believe so, yes.
23              Q.    In your own practice as a
24     pharmacologist, do you ever commission tests of
25     pharmaceutical products to check whether they

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 125

 1   are within or not within the specification?

 2          A.   I do.

 3          Q.   How often do you do that?

 4          A.   I don't know.  A few times a year.

 5          Q.   What mechanism do you go through

 6   to do that?

 7          A.   I typically send them to an

 8   analytical laboratory.

 9          Q.   You secure some samples from a

10   patient first, correct?

11          A.   Yes.

12          Q.   And then you send them to -- what

13   analytical laboratory would you typically use?

14          A.   Trying to think of the name.  I'm

15   sorry, my brain is a little --

16          Q.   Only one I can think of off the

17   top of my head --

18          A.   National Medical Services, NMS

19   Laboratories.

20          Q.   Near Philadelphia?

21          A.   They are in Pennsylvania

22   somewhere, yes.  I always have to go on-line

23   and get the address.  They are one of the few

24   analytical laboratories still doing that kind

25   of work.  Sometimes there are other

Ejorn D. Nelson, PHARM.D                            June 22, 2010

Page 126

1   laboratories available depending on the case.

2   DEA Laboratories are criminal laboratories, but

3   they have to have some interest in the case.

4          Q.   And in your dealings with at least

5   NMS, they have been responsible and in your

6   view reliable?

7          A.   They have, yes.

8          Q.   So that is what you would do if

9   you personally wanted to assess this subject

10  yourself, correct?

11         A.   Yes, that's one of the things that

12  I would do given the number of tablets

13  involved, one would need to have a statistical

14  way of sampling and visualizing.  Obviously,

15  it's not practical to run a hundred dollar a

16  pop test on how many million tablets are

17  involved in this case, so -- but analyzing the

18  content of an adequate sample and I would defer

19  to a statistician about what an adequate sample

20  would consist of, given the number of tablets

21  involved here.

22         Q.   And as time today marches on, and

23  I can't remember what I asked you two or three

24  hours ago, it's my memory that you have not

25  done that with digoxin or Digitek specifically

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 127

 1   recently, correct?

 2            A.   That is a true statement, yes.

 3            Q.   So I would assume that the

 4   question of whether there were in fact Digitek

 5   tablets outside the USP specifications is a

 6   subject you will leave to other experts in the

 7   case?

 8            A.   My opinion is that when a

 9   pharmaceutical manufacturer manufactures

10   tablets, that the manufacturer has an

11   obligation to assure the consumers of the

12   product that the product is within USP

13   specifications.  If they can't do that, due to

14   the health implications of tablets being out of

15   specification, that the assumption is that

16   tablets are not in specification rather than

17   the usual scientific assumption which is the

18   null hypothesis which says if you can't prove

19   it, it ain't so.

20            Q.   That was a lot to absorb so I may

21   have to have her read part of that back.  Where

22   in any FDA reg does it indicate that the

23   assurance has to be that the tablets are in

24   fact within the specifications?

25            A.   I think that's the whole point of

Ejorn D. Nelson, PHARM.D                                        June 22, 2010

Page 128

```
 1   the FDA regulations, that it is so important

 2   that that be the case, that if you can't prove

 3   it, then it is not true.

 4           Q.   Are you saying that the company is

 5   supposed to prove that all the tablets are

 6   within the specifications?

 7           A.   They are supposed to do an

 8   adequate sample of their output and analyze

 9   them in an accepted manner to assure that it's

10   reasonable that the output of the company is

11   within USP specifications.  Obviously you

12   cannot analyze every tablet and this company

13   didn't do that, certainly, no company does, and

14   they didn't do adequate quality control to

15   prove to anyone that the tablets are in

16   specification.  That's the problem.

17           Q.   Have you read any batch records

18   from the making of Digitek?

19           A.   No, nothing recent.

20           Q.   Have you seen any quality control

21   testing of Digitek products?

22           A.   No.

23           Q.   Have you seen any quality

24   assurance measurements of weight or thickness

25   that were done during the manufacturing
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 129

1    process?

2            A.   No.

3            Q.   Have you ever seen any testing

4    documents that were done by laboratories

5    outside Actavis --

6            A.   No.

7            Q.   -- regarding Digitek?

8            A.   No.

9            Q.   Do you have any knowledge of

10   whether FDA, any outside lab or even Actavis

11   found out of specification Digitek in the years

12   2005 to 2008?

13           A.   Other than the double tablets, no.

14           Q.   So if I understand what you're

15   really talking about, it's the adulteration

16   standards that you referred to on page one of

17   your report, correct?

18           A.   The issue is of the tablets in the

19   recall, can the manufacturer assure patients,

20   physicians and pharmacists that those tablets

21   are within USP specifications, and the short

22   answer to that question is no and the

23   implication that the public is protected

24   because there are not enough analyses is in my

25   opinion not a useful approach to the problem.

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 130

1    This is not the typical scientific evidentiary

2    issue.  It has to do with public health.

3              Q.    What I want to know is where in

4    the FDA regs it says anywhere that the burden

5    is on the company to assure that the tablets

6    are in fact within the specifications?

7              A.    That's the whole purpose of

8    quality control.

9              Q.    No, I'm asking where in the regs

10   that is.

11             A.    There are quality control

12   procedures which are to be observed which were

13   not observed in this case.

14             Q.    Can you cite to me a single FDA

15   reg that puts the burden on the company to

16   assure that the tablets are in fact within the

17   specifications?

18             A.    Yes.  They have a -- there's a

19   label on the bottle and the bottle says it

20   contains point two five.  If the company cannot

21   assure to a reasonable extent that that's the

22   case, then that's not the case.  And that is

23   the situation in this case.

24             Q.    So you'd agree that the company

25   certainly cannot test them all, correct?

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 131

1         A.    There is no expectation that they

2    do.  The expectation is that they do reasonable

3    quality control, which they did not do.

4         Q.    Well, with all due respect you

5    have not seen any of the actual quality control

6    documents?

7         A.    I accept the opinion of the FDA.

8         Q.    Okay.  Did the FDA -- have you

9    seen a single document in which the FDA said

10   that Digitek tablets were outside the

11   specifications of the label according to the

12   USP?

13        A.    Yeah, they can't be sold as such

14   because they are adulterated and mislabeled.

15        Q.    I want to see whatever document

16   you're seeing in your materials that says from

17   the FDA that the tablets were actually outside

18   the specifications?

19        A.    That's what that means.

20        Q.    You're equating adulteration with

21   outside the USP specs?

22        A.    Yes.

23        Q.    Where in the definition of

24   adulteration does it say that?

25        A.    If there is not quality control to

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 132

1    prove that it is within the spec, then it is

2    assumed to be out of spec.

3           Q.    I'm just asking you where in the

4    statute or the regs can you find me in your

5    materials --

6           A.    I'm not going to quote chapter and

7    verse.  It's the intent of the rules and

8    regulations to assure the public has reliable

9    pharmaceutical products.

10          Q.    Well, the FDA doesn't expect a

11   manufacturer to test a hundred percent of the

12   tablets, do they?

13          A.    I didn't say they did.

14          Q.    And the FDA certainly because it

15   approves the manufacturing and testing methods

16   knows how many of the tablets get tested

17   because they approve that system, correct?

18          A.    They inspect it and supervise it,

19   yes.  And it is part of good manufacturing

20   processes that would be quality control.

21          Q.    Just so we can close this loop,

22   it's your understanding that the adulteration

23   statute itself refers specifically to the

24   company assuring that tablets are within the

25   USP specs; is that right?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 133

1          A.   Yes.

2          Q.   And if you are mistaken and either

3    the statute or the reg don't say that, would it

4    change your opinion?

5          A.   No.

6          Q.   Do you believe that any product

7    that is considered adulterated by the FDA is

8    per se outside its USP specifications?

9          A.   Yes.

10              MR. MORIARTY:  I'm going to pass the

11   witness to Ms. Downie.

12              THE WITNESS:  Very good.

13              CROSS-EXAMINATION

14   BY MS. DOWNIE:

15         Q.   How are you?

16         A.   Good afternoon.

17         Q.   I have a few questions for you in

18   follow-up.  Mainly clarification as well.

19         A.   Very good.

20         Q.   We will be skipping around a bit,

21   but hopefully won't be too confusing.  I

22   believe you mentioned earlier when we were

23   discussing some of your experience with

24   diagnosing or evaluating digoxin toxicity that

25   you had actually seen a case of it about a week

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 134

1    ago?

2            A.    I evaluated a case about a week

3    ago, yes.

4            Q.    Can you tell me more about the

5    circumstances of that evaluation?

6            A.    It was a forensic evaluation in

7    which the issue was the interpretation of a

8    blood level of digoxin.

9            Q.    And when you say it was a forensic

10   evaluation --

11           A.    Yes.

12           Q.    -- does that mean it was done at

13   the request of an attorney?

14           A.    It was.

15           Q.    Would that have been for the

16   plaintiff's attorney?

17           A.    Yes.

18           Q.    And was that in the context of

19   what we are typically referring to as the

20   Digitek litigation or was it a different type

21   of case?

22           A.    It was a different type of case.

23   It was involving the intravenous use of

24   digitalis.

25           Q.    Was it a medical malpractice case?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 135

 1          A.   Yes.

 2          Q.   And who was the attorney that

 3    requested you make that review and evaluation?

 4          A.   It was Peter Miller.

 5          Q.   Okay.  And have you -- you

 6    obviously have not prepared a report in that

 7    case or --

 8          A.   I didn't.  Actually, one of the

 9    other faculty at the drug and poison center was

10    handling the case and I was asked some

11    questions about it.

12          Q.   When was the last time you recall

13    seeing a digoxin toxicity case clinically in

14    your practice?

15          A.   I don't know the answer to that

16    question.  We meet every week and discuss lots

17    of cases.  I don't know when it was a digitalis

18    case was discussed.  I don't know.

19          Q.   And when you say we, you're

20    talking about the poison center?

21          A.   Yes.  Every Tuesday we sit down

22    and go over every serious overdose case for the

23    past week.

24          Q.   Does the poison center keep

25    records of digoxin overdose cases or toxicity?

Ejorn D. Nelson, PHARM.D                                        June 22, 2010

Page 136

1            A.   We keep records of calls that come

2    into the Drug & Poison Information Center, yes.

3            Q.   Do you also keep record of what --

4    and maybe I'm making an assumption.  I'm sort

5    of envisioning you get a phone call saying we

6    think we have got a problem with toxicity or

7    poisoning and you determine whether or not

8    there is any poisoning or toxicity?

9            A.   Yes.  Most of the time we know

10   what the drug is or we think we know what the

11   drug is and we're trying to match up the

12   symptoms with the history.  And the symptoms

13   are what we get and the history is what we

14   get -- sometimes we get a good history,

15   sometimes we get somebody's guess about what

16   happened.

17           Q.   And I think Mr. Moriarty asked you

18   previously whether or not you had looked back

19   at the center's records to determine whether or

20   not there were spikes or peaks or anything of

21   that nature.

22           A.   Yes.

23           Q.   And your response was you had not.

24   But if you wanted to, could you provide that

25   data or could you do that type of

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 137

```
 1   investigation?
 2           A.   The data is going to be varied, I
 3   think.  We have a massive computer and IT
 4   department and the data is in there someplace.
 5           Q.   And I apologize, I may be going
 6   over stuff you have already testified about.  I
 7   understand you have -- your position, your
 8   academic position as well as your position at
 9   the center, and I believe at one point you
10   testified that you also consulted with
11   hospitals in certain cases when you're
12   requested?
13           A.   Yes.
14           Q.   When was the last time you were
15   requested to consult for a hospital on clinical
16   treatment of a patient?
17           A.   I don't know.  A couple months
18   ago, I guess, something like that, methadone
19   overdose.  That's the last one I can recall.
20           Q.   And actually going through your CV
21   it struck me that appears like that your main
22   research interests over time has been some
23   substance abuse and maybe some pain management
24   as well.  Would that be a fair
25   characterization?
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 138

1              A.    I spend a lot of time in that

2       area.  It's not the only thing that I do nor is

3       it the only thing I'm certified to do nor is it

4       the only thing I'm asked questions about and

5       respond to in the normal course of my duties.

6              Q.    Nor did I suggest any of that but

7       I appreciate that.  Have you ever done any

8       specific research regarding digoxin?

9              A.    Could you be more specific?  You

10      mean clinical research on patients?

11             Q.    Any research, any published

12      research other than what you already talked

13      about?

14             A.    No, my publications are in my CV.

15      We've gone over that.

16             Q.    So there's nothing else.  There

17      would be no other research you have done

18      regarding digoxin that was not published or not

19      in your CV?

20             A.    Well, I'm not sure of the answer

21      to that question.

22             Q.    And why is that?

23             A.    Well, my life has been complex.

24      There may be -- there may have been situations

25      where we looked into a case and gathered data

Ejorn D. Nelson, PHARM.D                    June 22, 2010

Page 139

1    and so forth about it and I don't know how to

2    answer that question.

3            Q.   But in preparing for your

4    testimony today and in preparing your report in

5    this litigation, there's no research of your

6    own that you went back to reference regarding

7    digoxin; is that correct?

8            A.   Yes, I think that's correct.

9            Q.   Have you ever focused in any

10   respect with respect to regarding cardiac

11   medications in general?

12           A.   I'm thinking.  Probably, yes.

13   When I was doing contract pharmaceutical work

14   we had clinical trials that involved

15   cardiovascular diseases, hypertension, use of

16   diuretics and so forth.

17           Q.   When was that?

18           A.   Those were phase two clinical

19   trials.

20           Q.   And when was that?

21           A.   Those would be in the '80s.

22           Q.   Since then?

23           A.   Not that I can think of off the

24   top of my head.

25           Q.   And, again, I apologize,

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 140

 1    Mr. Moriarty may have already asked you this,

 2    but have you consulted with the FDA at any time

 3    directly?

 4              A.    I don't think so.

 5              Q.    The digoxin overdose case that you

 6    consulted on about a week ago, that was

 7    intravenous digoxin?

 8              A.    Yes.

 9              Q.    Do you consider there's a

10    difference between overdose and toxicity

11    definitionally?

12                    MR. MORIARTY:  Overdose and what?

13                    MS. DOWNIE:  Toxicity.

14                    THE WITNESS:  Well, they are

15    different words.  Overdose is kind of a street

16    term, I guess and toxicity is more specific to

17    receiving too much of a drug or chemical.

18              Q.    When you have been using the terms

19    in this deposition today, when you have used

20    the terms overdose and toxicity, have you meant

21    them to mean the same thing or something

22    different, just so I'm clear?

23              A.    When I say overdose, I mean for

24    some reason the patient got too much.  Toxicity

25    is what happens to the patient after you give

Ejorn D. Nelson, PHARM.D                          June 22, 2010

                                                       Page 141

 1   them too much.  So the overdose is grandma

 2   accidently ate ten tablets, the toxicity is she

 3   has cardiac arrhythmias.

 4          Q.   But can you also have toxicity

 5   without overdose?

 6          A.   It's possible.

 7          Q.   As I understand it, the poison

 8   center you're affiliated with, you receive

 9   phone calls from the public regarding drugs and

10   questions that they have.  Do you also receive

11   phone calls from physicians and healthcare

12   providers?

13          A.   Yes.

14          Q.   Do you have a call center that

15   takes those calls?

16          A.   We do.

17          Q.   Are you involved at all with

18   working with the call center to monitor the

19   type of calls that they are getting?

20          A.   Yes.

21          Q.   And you mentioned that you have

22   weekly meetings?

23          A.   Yes.

24          Q.   And in those weekly meetings, do

25   you talk about some of the calls that you're

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 142

1    getting to determine whether or not there's any

2    trend or information that you need to be

3    particularly aware of?

4            A.   Yes.

5            Q.   And I know you said you have not

6    done a study of the poison control or poison

7    center's data regarding calls that they have

8    gotten, but do you specifically recall at any

9    time discussing with any individuals from the

10   call center or during the weekly meetings there

11   was a rise in calls regarding digoxin toxicity?

12           A.   I don't recall a rise in calls.

13   There may or may not have been and to be

14   forthright, many times when there is

15   publications in the media of a recall or an

16   issue with a medication, the number of calls

17   will go up as a result of that as opposed to

18   what we might first think of as, you know, the

19   number of overdoses from it.  And the short

20   answer is I'm not aware of either of those

21   things going on.

22           Q.   And when is the first time you

23   recall learning about the recall for Digitek?

24           A.   I think it was 2008.

25           Q.   Do you recall how you came to

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 143

1    learn that information?

2              A.    I think I became aware of it from

3    Teresa Toriseva because at that time I wasn't

4    receiving electronic notifications of recalls.

5              Q.    Why is that?  Had you been

6    receiving electronic notifications of recalls

7    for a period of time?

8              A.    More recently I have, yes.

9              Q.    Since when?

10             A.    For about a year or so, something

11   like that.

12             Q.    Is there a particular reason you

13   began receiving electronic notification of

14   recalls?

15             A.    I subscribed to an electronic

16   database that notifies people who are

17   interested in pharmaceuticals about recalls.  I

18   particularly became interested with Baxter's

19   problem with the heparin recall.  It was a very

20   upsetting event to me so I wanted to follow

21   other recalls and so I subscribed to a database

22   that informed me about those things.

23             Q.    So would it be fair to say that

24   prior to a year -- prior to a year ago, you

25   weren't regularly following FDA recalls?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 144

1          A.   No.  We get information from all
2    kind of sources at the center about recalls and
3    I was aware of lots of recalls before last
4    year.
5          Q.   Right, but you weren't aware of
6    the Digitek recall until you spoke to Ms.
7    Toriseva?
8          A.   Yes, I think that's a true
9    statement.
10         Q.   You worked as a pharmacist from
11   approximately 1972 to 1973; is that right?
12         A.   No.
13         Q.   No?
14         A.   I've been a pharmacist all my
15   life.
16         Q.   Practicing pharmacist?
17         A.   I started practicing in 1970 and
18   it's 2010 and I'm still practicing.
19         Q.   I understand what you're saying,
20   but you were talking I guess at some point
21   about experience you had in 1972, 1973.  Why
22   don't you just tell me what you were doing in
23   those years and maybe it will refresh my
24   memory.
25         A.   Well, when I first got out of

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 145

```
 1   school, it was June of 1970 and I worked in a
 2   retail pharmacy in Merced, California until
 3   November of 1970, at which time I went to the
 4   University of Minnesota College of Pharmacy and
 5   College of Medicine and ran the outpatient
 6   pharmacy from November of 1972 to -- no,
 7   November of 1970 to June of 1972 at which time
 8   I came to the University of Cincinnati College
 9   of Medicine and The Drug & Poison Information
10   Center, and at some times during my early years
11   in Cincinnati, I spent some time in a
12   dispensing pharmacy moonlighting and the -- my
13   responsibilities at The Drug & Poison
14   Information Center require that I continue to
15   maintain my pharmacy licenses which I've done.
16   And the boards of pharmacy think of providing
17   poison control services as practicing pharmacy.
18          Q.   Okay.  If a medication is found to
19   be by the FDA adulterated, is that medication
20   recalled from the market?
21          A.   Should be, yes.
22          Q.   Is it?  What are the FDA
23   regulations with that?
24          A.   My assumption is that --
25          Q.   Let me just stop you.  I don't
```

Ejorn D. Nelson, PHARM.D                              June 22, 2010

Page 146

 1   mean to cut you off, but I just want to know if

 2   you know what they are or not.

 3            A.   I do not know the chapter and

 4   verse of the FDA regulations regarding that

 5   issue.

 6            Q.   I certainly don't expect you to

 7   recite them word for word.  Why don't you just

 8   give me a synopsis.

 9            A.   My understanding if the FDA

10   determines that a drug is misbranded or

11   adulterated, it needs to be removed from

12   commerce.

13            Q.   In all cases?

14            A.   In all cases, yes.

15            Q.   You were talking to Mr. Moriarty

16   about drug interactions with digoxin at one

17   point.

18            A.   Yes.

19            Q.   And it appeared that the only

20   source that you found to be reliable other than

21   going directly to specific literature sources

22   would be DRUGDEX, I think is what you

23   referenced.

24            A.   Yes.

25            Q.   Can you -- DRUGDEX.  Spell dex for

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 147

1    me so I know --

2              A.   D R U G D E X.

3              Q.   Is there any other source other

4    than that source that you find reliable with

5    respect to drug interactions or is that the

6    only one?

7              A.   My experience tells me that it is

8    the most reliable among the resources that are

9    out there so I use it.  There's a lot of

10   garbage in the drug information literature and

11   it's abundantly available online and other

12   places.  It's a tough literature to evaluate

13   and that's why I use DRUGDEX.

14             Q.   Well, you're a professor, you're

15   teaching students who are going to ultimately

16   go out --

17             A.   I'm treating patients whose lives

18   depend on my advice and I don't want to go to

19   some reference that's got some misinformation

20   in it that's been copied and copied and copied

21   and copied and is incorrect.  And if you use

22   other systems, I run into that problem.

23             Q.   So is that the system that you're

24   teaching your students they should use in their

25   practice?

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 148

```
 1              A.    That's correct.  In fact --

 2              Q.    Is that the system that you would

 3   instruct physicians to utilize --

 4              A.    Absolutely.  All my medical

 5   students must memorize the number of the

 6   National Poison Control Center, and if they do

 7   so they get three points on their final

 8   examination in pharmacology.  That's how

 9   important it is to get it right.

10              Q.    Three points out of how many?

11              A.    A hundred.  Puts some over the

12   top.

13              Q.    You were testifying earlier that

14   anything above two increases the probability of

15   toxicity?

16              A.    Yes, digoxin above two nanograms

17   per mil, yes.

18              Q.    At what rate does it increase

19   that probability?

20              A.    It's in the reference that I

21   supplied from Gilman & Goodman that we went

22   over earlier.

23              Q.    I specifically want to know if you

24   can tell me as a layperson how much it's going

25   to increase that probability once I get above
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 149

1    two, for example, how much will it increase the

2    probability when I go from two to 2.5.

3              A.   It's in the reference.  When you

4    get at a high number it's ninety percent.

5              Q.   Can you tell me if you look at it?

6              A.   Yeah.

7                   MR. MORIARTY:  I put your books back

8    down over there (indicating).

9                   THE WITNESS:  Okay.

10             Q.   And I'm sorry.

11             A.   This is Goodman & Gilman's 10th

12   edition, page 1949.  Mean data following oral

13   dose.  Patients with congestive heart failure

14   who exhibited no signs of digitalis toxicity.

15   No signs of toxicity respectively.  Quote,

16   concentrations above point eight nanogram per

17   mil were associated with high neutropic effect.

18   Concentrations of 1.7, 2.5 and 3.3 nanograms

19   per mil were associated with ten percent, fifty

20   percent and ninety percent probability of

21   digoxin-induced arrhythmias.  So the more you

22   have, the worse it is, like I said.

23             Q.   Is there any other sources that

24   you relied on other than that one?

25             A.   No, that's it.  That's the Bible.

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 150

1          Q.    So when you're talking about

2    toxicity and it's talking about digoxin-related

3    arrhythmias, you're using those terms

4    interchangeably?

5          A.    Yes.  Digoxin-caused arrhythmias

6    is a digoxin toxicity.

7          Q.    Can you have digoxin toxicities

8    without digoxin-caused arrhythmias?

9          A.    It's possible.  Not likely.

10          Q.    So in most cases you would expect

11    to see digoxin-caused arrhythmias in the cases

12    of digoxin toxicity?

13          A.    Digoxin acts on the heart.  The

14    more digoxin you have -- if you have too much

15    of it, the more likely you are to have

16    arrhythmia, yes.

17          Q.    Just so I'm clear, I'm not trying

18    to be difficult.  I just want to understand

19    your answer.

20          A.    My answer is the higher the serum

21    level is after two, the more likely you are to

22    have digitalis toxicity.

23          Q.    But my question is are you saying

24    more likely than not in most cases you will see

25    digoxin-caused arrhythmias in cases of digoxin

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 151

1   toxicity?

2           A.    No.   What I'm saying is

3   digoxin-induced arrhythmias are one symptom of

4   digoxin toxicity.  I'm not saying that they are

5   the first symptom in fifty percent of the cases

6   which is more likely than not.  What I'm saying

7   is the higher the level, the more likely you

8   are to have arrhythmias.  Arrhythmias is one of

9   the symptoms of toxicity.  It happens to be one

10  of the more serious symptoms of toxicity and

11  it's a symptom of toxicity that kills people so

12  it's a symptom of toxicity that we're

13  interested in as toxicologists, and it

14  correlates with the serum level of digoxin.

15          Q.    So you are saying you're only

16  going to have digoxin-caused arrhythmias in

17  cases where the serum levels are higher?

18          A.    No, you can have it in normal

19  levels.  It just doesn't happen as often.

20          Q.    What do you mean normal level?

21          A.    Within a therapeutic range of one

22  to two.  You can have a normal digoxin level

23  and arrhythmias.  You're more likely to have

24  arrhythmias as the blood level goes up and

25  that's what the data says and that's what I've

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 152

 1    been saying.

 2              Q.   Was it your testimony earlier if

 3    you recall that anything above two is toxic?

 4              A.   It's more likely to be, yes.

 5              Q.   And was it also your testimony

 6    that every day an individual reaches a peak

 7    level that would be above two?

 8              A.   Typically they do, yes.

 9              Q.   So every day people are generally

10    in the toxic range?

11              A.   No.

12              Q.   No?  Why not?  Then I

13    misunderstood what you said.

14              A.   Well, pharmacokinetics is not

15    simple.  Okay?  What happens is in time zero

16    you take the drug and the drug level in the

17    blood goes up.  The drug is just there, it's in

18    the blood.  And then in about six hours it

19    comes down to its plateau.  So if you measure

20    the amount in the blood when it's being

21    absorbed, it's really high and if you don't

22    know the difference between a trough level and

23    a peak level, you can say yeah, it's over the

24    moon, the patient is toxic.

25                   If you understand complex science,

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 153

1    pharmacokinetics, pharmacodynamics and

2    toxicology, you will say well, the level

3    doesn't count until it's down to its plateau

4    level.  Why doesn't it count?  The answer to

5    why doesn't it count is that the drug is going

6    through its distribution phase and it's

7    distributing to the rest of the body and it is

8    distributing to muscles, including the heart

9    muscle, and so a useful digoxin level is one

10   obtained at least six hours after you give the

11   tablet, and what's happening in the middle is

12   the absorption and distribution phase.

13           Q.   Okay.  But that highlights why

14   it's important to take that serum digoxin level

15   at the appropriate time in order to get an

16   accurate picture of what that level is?

17           A.   And it happens to be true in every

18   other pharmaceutical.  It's a general principle

19   of pharmacokinetics that can't just take the

20   level thirty minutes after you give the drug

21   and we don't ever do that.  People that know

22   what they are doing don't do that.  Let's put

23   it that way.

24           Q.   Bear with me.

25           A.   Okay.

Ejorn D. Nelson, PHARM.D                                June 22, 2010

Page 154

1          Q.   How many cases, if you can tell,

2    have you investigated or been involved with in

3    which digoxin was the cause of sudden death?

4          A.   I don't know.  Several, I'm sure,

5    over the years.

6          Q.   Sounds fairly dramatic to me.  I

7    would think you might recall the circumstances

8    of those.  Do you?

9          A.   Not necessarily.  There are

10   digoxin deaths every year from overdoses.

11         Q.   Were they digoxin overdose cases

12   where somebody ingested too much of the drug?

13         A.   Yes, typically they are.  Some are

14   suicidal, some are homicidal, some are

15   accidental in pediatrics.  Those are the kinds

16   of overdose cases we see.

17         Q.   Are you talking in general or

18   about digoxin?

19         A.   I'm talking about digoxin and I'm

20   talking about overdoses in general, those are

21   the settings we see, pediatrics, accidental,

22   suicidal and homicidal.

23              MS. DOWNIE:  Give me just a few more

24   minutes to review.

25              (Pause in proceedings.)

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 155

```
 1              Q.   Did you review any documents from

 2    the FDA regarding Digitek other than the

 3    documents that were in your file?

 4              A.   No.

 5              Q.   Is it your testimony that you

 6    believe that the FDA found that Digitek had

 7    been adulterated?

 8              A.   Yes.

 9              Q.   And when did they make that

10    determination?

11              A.   I think it was in 2008.

12              Q.   April of 2008?

13              A.   I think that's the date.

14              MS. DOWNIE:  I don't have any further

15    questions.  Thank you.  Thank you very much.

16              THE WITNESS:  Pleasure.

17              FURTHER CROSS-EXAMINATION

18    BY MR. MORIARTY:

19              Q.   I have four subjects I want to

20    talk to you about.  One is have you ever

21    published anything about FDA regulations,

22    pharmaceutical quality assurance or

23    pharmaceutical quality control testing?

24              A.   I think we encourage people to

25    report those in the FDA Med Watches in a
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 156

1    publication that we had at The Drug & Poison

2    Center sometime ago.

3              Q.    Is that it?

4              A.    Yeah, I think so.

5              Q.    Let me make sure I understand this

6    increasing incidence of toxicity above two

7    nanograms per milliliter.  If I understand what

8    you're saying, above two there's an increasing

9    chance of toxicity, correct?

10             A.    Yes.  It does increase as the

11   serum level goes up.

12             Q.    Is there a level or do you know at

13   what level it is more likely than not that

14   someone will have clinical toxicity?

15             A.    Well, it's fifty percent.  You can

16   look at the level that gives you fifty percent

17   arrhythmias and that will answer your question.

18             Q.    Well, I'm looking at the chart you

19   have pulled out for Goodman & Gilman and it

20   says concentrations -- and I'm distilling these

21   out and you can look at it if you think I'm

22   reading it wrong -- concentrations of 1.7 are

23   associated with a ten percent probability of

24   digoxin-induced arrhythmias.  Concentrations of

25   2.5 would be associated with fifty percent

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 157

1    probability of digoxin-induced arrhythmias.

2    And then concentrations of 3.3 associated with

3    ninety percent probability of digoxin-induced

4    arrhythmias.  Is that what this is saying?

5           A.   Yes.

6           Q.   And that's according to these two

7    references in 1970 and 1988, correct?

8           A.   Yes.

9           Q.   Obviously there's other PK data

10   regarding digoxin other than those two things,

11   right?

12          A.   Oh, yes, there's hundreds of

13   papers.

14          Q.   So the -- but just based on those

15   studies and Goodman & Gilman, it's a fifty

16   percent probability at 2.5, correct?

17          A.   Yes.  Half the people are going to

18   have it.

19          Q.   Now, help me make sure that I'm

20   reading this correctly.  Do you mind if I come

21   over there?

22          A.   No, not at all.

23          Q.   It's very small print.

24          A.   It is.

25          Q.   You see here in the final column

Ejorn D. Nelson, PHARM.D                          June 22, 2010

Page 158

```
 1   under the peak concentration banner, it says
 2   NT, does it not?
 3           A.   It does.
 4           Q.   And NT according to the thing down
 5   here is not -- no signs of digitalis toxicity
 6   right here by my finger.  You see that?
 7           A.   Yes.
 8           Q.   And then T would be --
 9           A.   Toxicity.
10           Q.   -- toxicity?
11           A.   Right.
12           Q.   So what they are saying is NT 1.4
13   nanograms per milliliter plus or minus point
14   seven?
15           A.   Yes.
16           Q.   Is that correct?
17           A.   Yes.
18           Q.   And toxic --
19           A.   Goes all the way up to 2.1.
20           Q.   And toxic is 3.7 --
21           A.   Um-hum.
22           Q.   -- plus or minus one --
23           A.   Um-hum.
24           Q.   -- correct --
25           A.   Yeah.
```

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                            Page 159

 1            Q.    -- according to Gilman & Goodman?

 2            A.    Yes.

 3            Q.    Okay.  The last thing I want to

 4      ask you about is the null hypothesis.

 5            A.    Yeah.

 6            Q.    I was asking you before about FDA

 7      regs and who needs to prove and give assurances

 8      about the safety of tablets, et cetera, and you

 9      mentioned the null hypothesis.  Tell me why you

10      mentioned the null hypothesis in that context.

11            A.    Well, the null hypothesis is the

12      basic assumption of science that something is

13      not true unless and until you prove it.  When

14      you're dealing with pharmaceuticals and you

15      cannot prove the concentration in a tablet, we

16      don't use the null hypothesis to decide whether

17      that ought to be given to patients.  What we

18      use is that reasonable quality control has been

19      applied.  It's a different set of assumptions

20      than the null hypothesis, and the reason is

21      that the consequences of being wrong are

22      tremendous.

23            Q.    You're talking about the

24      regulatory public health side, correct?

25            A.    I'm talking about the

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 160

 1    responsibilities that we have as manufacturers

 2    to physicians, pharmacists and patients.  The

 3    responsibility is that we can prove to a

 4    reasonable extent, point oh five, whatever you

 5    want to use, the usual assumptions that that

 6    product contains what we say it contains, and

 7    if we can't, we assume that it isn't rather

 8    than we assume, oh, it's okay, let's give it to

 9    patients.

10         Q.   When was the last time you

11    personally were involved in the manufacturing

12    of pharmaceutical solid oral dose forms?

13         A.   Let's see, solid oral dose forms.

14    Boy oh boy oh boy.  I made some while I was in

15    school and that would be in the '60s, the '70s.

16    And I made some liquid preparations in the

17    1980s.

18         Q.   When you were making the tablets

19    in the '60s or '70s, they weren't for mass

20    produced sale to the public, were they?

21         A.   No, they were not.

22              MR. MORIARTY:  All right.  I don't

23    have anything else.  You have anything else?

24              MS. DOWNIE:  No, thank you.

25              MR. MORIARTY:  You can explain

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 161

 1   waiver.  You're not going to ask questions, are

 2   you?

 3              MR. THOMPSON:  I'll reserve my

 4   questions for another time.  Dr. Nelson, you have

 5   given many depositions so you know you have the

 6   right to sign the deposition.  You also have the

 7   right to waive it.  So as much as I hate to say

 8   this, I think that you ought to have an

 9   opportunity to read it and sign it.  So, Madam

10   Court Reporter, I'm happy to coordinate that with

11   you to save you the trouble and if I screw it up,

12   then it becomes final anyway without a signature

13   so I would like to do that.

14              (Thereupon, the deposition was

15   concluded at 12:41 p.m.)

16

17

18

19

20

21

22

23

24

25

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

                                                              Page 162

1           I, EJORN D. NELSON, PHARM.D., do hereby

2    certify that the foregoing is a true and accurate

3    transcription of my testimony.

4

5

6                    _ _ _ _ _ _ _ _ _ _ _ _ _ _

7

8           Dated _ _ _ _ _ _ _ _ _ _ _ _ _ _

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ejorn D. Nelson, PHARM.D                                    June 22, 2010

Page 163

1    STATE OF OHIO          )

2    COUNTY OF MONTGOMERY )  SS: CERTIFICATE

3                I, Mary Jo Stevens, a Notary

4    Public within and for the State of Ohio, duly

5    commissioned and qualified,

6                DO HEREBY CERTIFY that the

7    above-named EJORN D. NELSON, PHARM.D., was by me

8    first duly sworn to testify the truth, the whole

9    truth and nothing but the truth.

10               Said testimony was reduced to

11   writing by me stenographically in the presence

12   of the witness and thereafter reduced to

13   typewriting.

14               I FURTHER CERTIFY that I am not a

15   relative or Attorney of either party, in any

16   manner interested in the event of this action,

17   nor am I, or the court reporting firm with which

18   I am affiliated, under a contract as defined in

19   Civil Rule 28(D).

20

21

22

23

24

25

Ejorn D. Nelson, PHARM.D                                June 22, 2010

                                                          Page 164

 1              IN WITNESS WHEREOF, I have hereunto set

 2      my hand and seal of office at Dayton, Ohio, on

 3      this _ _ _ _ day of _ _ _ _ _ _ _ _, 2010.

 4

 5                      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                        MARY JO STEVENS
 6                      NOTARY PUBLIC, STATE OF OHIO
                        My commission expires 9-10-2011
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25