# EXHIBIT 5

Reynolds M. Delgado III, M.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY      °   MDL NO. 1968
LITIGATION                            °
                                      °
————————————————————                  °
                                      °
SCOTTIE VEGA, Individually and as     °   MDL NO.
next friend of Christopher Vega,      °   2:09-CV-0768
a minor and surviving natural         °
child of Mimi Rivera-Vega,            °
                                      °
        Plaintiff,                    °
                                      °
v.                                    °
                                      °
ACTAVIS TOTOWA, LLC, et al.,          °
                                      °
        Defendants.                   °


ORAL DEPOSITION OF

REYNOLDS M. DELGADO III, M.D., F.A.C.C.

Monday, October 19, 2009


DEFENDANT'S
EXHIBIT
5


ORAL DEPOSITION OF REYNOLDS M.

DELGADO III, M.D., F.A.C.C., produced as a witness

at the instance of the Actavis Defendants and duly

sworn, was taken in the above-styled and numbered

cause on the above-referenced date, from 10:32 a.m.

to 4:08 p.m., before Michael E. Miller, RDR, CRR,

CLR, Notary Public in and for the State of Texas,

reported by realtime stenographic means at

Williamson & Rusnak, 4310 Yoakum Boulevard, Houston,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                   Page 2
 1   Texas, pursuant to the Federal Rules of Civil
 2   Procedure.
 3                    APPEARANCES
 4   FOR PLAINTIFFS:
 5           WILLIAMSON & RUSNAK
             4310 Yoakum Boulevard
 6           Houston, Texas 77006
             Phone: (713) 223-3330
 7           Fax:   (713) 223-0001
 8           Jimmy Williamson, Esquire
             jwilliamson@jimmywilliamson.com
 9
             Cyndi Moss Rusnak, Esquire
10           crusnak@jimmywilliamson.com
11
12   FOR ACTAVIS DEFENDANTS:
13           TUCKER, ELLIS & WEST, LLP
             925 Euclid Avenue
14           Suite 1500
             Cleveland, Ohio 44115-1414
15           Phone: (216) 592-5000
             Fax:   (216) 592-5009
16
             Matthew P. Moriarty, Esquire
17           matthew.moriarty@tuckerellis.com
18
19   FOR MYLAN DEFENDANTS:
20           SHOOK, HARDY & BACON, LLP
             JPMorgan Chase Tower
21           600 Travis Street, Suite 1600
             Houston, Texas 77002-2911
22           Phone: (713) 227-8008
             Fax:   (713) 227-9508
23
             Hunter K. Ahern, Esquire
24           hahern@shb.com
25
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 3

1                          INDEX
           REYNOLDS M. DELGADO III, M.D., F.A.C.C.
2                      October 19, 2009

3

4    APPEARANCES                                    2

5    PROCEEDINGS                                    6

6

7   EXAMINATION OF
    REYNOLDS M. DELGADO III, M.D., F.A.C.C.:
8

9         BY MR. MORIARTY                           6

10        BY MS. AHERN                            170

11        BY MR. MORIARTY                         187

12

13   CHANGES AND SIGNATURE                        193

14   REPORTER'S CERTIFICATION                     195

15

16

17

18

19

20

21

22

23

24

25

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                   Page 4
  1                        DEPOSITION EXHIBITS
                REYNOLDS M. DELGADO III, M.D., F.A.C.C.
  2                        October 19, 2009

  3     NUMBER              DESCRIPTION              MARKED

  4     Exhibit 1    Medical Record (MVSLE[4]:1936)      69

  5     Exhibit 2    Medical Record (MVSLE[4]:1232)      71

  6     Exhibit 3    Medical Record (MVSLE[4]:1391)      71

  7     Exhibit 4    Medical Record (MVSLE[4]:3353)      72

  8     Exhibit 5    Medical Record (MVSLE[4]:3169)      72

  9     Exhibit 6    Medical Record (MVSLE:1307)         73

 10     Exhibit 7    Medical Record (MVSLE[4]:3515)     143

 11     Exhibit 8    Medical Record (MVSLE[4]:3523)     143

 12     Exhibit 9    Death Certificate                  159

 13     Exhibit 10   Curriculum Vitae of Reynolds M.      7
                     Delgado, III, M.D., F.A.C.C.
 14                  (MIMI_VEGA01551 - MIMI_VEGA01576)

 15     Exhibit 11   10/14/09 Williamson Letter to       11
                     Delgado, re: Mimi Rivera-Vega
 16                  (MIMI_VEGA01545)

 17     Exhibit 12   8/15/06 FDA Warning Letter to       13
                     Actavis Totowa, LLC
 18
        Exhibit 13   2/1/07 FDA Revised Warning          14
 19                  Letter to Actavis Totowa, LLC

 20     Exhibit 14   4/25/08 Press Release, re:          14
                     Digitek recall
 21
        Exhibit 15   1/9/09 FDA News Release, re:        15
 22                  Permanent Injunction Against
                     Actavis Totowa, LLC
 23

 24

 25
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 5

```
 1                    DEPOSITION EXHIBITS

 2

 3      NUMBER              DESCRIPTION           MARKED

 4    Exhibit 16   Urgent Drug Recall Notice          15

 5    Exhibit 17   "Relationship of Serum Digoxin     16
                   Concentration to Mortality and
 6                 Morbidity in Women in the
                   Digitalis Investigation Group
 7                 Trial," by Adams, et al.

 8    Exhibit 18   7/8/09 Article, "Facts and         81
                   Myths about Generic Drugs"
 9
      Exhibit 19   PDR Entry for Lanoxin            162
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 6

1                          PROCEEDINGS

2                  (October 19, 2009 at 10:32 a.m.)

3              REYNOLDS M. DELGADO III, M.D., F.A.C.C.,

10:32:12    4       having been duly sworn, testified as follows:

10:32:12    5                          EXAMINATION

10:32:12    6    BY MR. MORIARTY:

10:32:13    7       Q.    Dr. Delgado, my name is Matthew

10:32:15    8    Moriarty.  I represent the Actavis Defendants.  They

10:32:19    9    manufacture Digitek.

10:32:20   10                Have you had your deposition taken

10:32:21   11    before in your career?

10:32:23   12       A.    Yes.

10:32:23   13       Q.    How many times?

10:32:24   14       A.    Approximately seven.

10:32:27   15       Q.    How many of those were medical

10:32:29   16    malpractice cases?

10:32:31   17       A.    Approximately six.

10:32:34   18       Q.    And what was the nonmedical malpractice

10:32:36   19    case?

10:32:37   20       A.    During divorce proceedings.

10:32:41   21       Q.    Okay.  For a patient or for yourself?

10:32:44   22       A.    Myself.

10:32:45   23       Q.    All right.  Of the medical malpractice

10:32:48   24    depositions, in how many of those were you the

10:32:52   25    treating physician as opposed to an independent,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 7

| | | |
|---|---|---|
| 10:32:56 | 1 | hired, expert witness? |
| 10:32:57 | 2 | A.    Approximately 50/50; half. |
| 10:33:04 | 3 | Q.    From those experiences, you know that |
| 10:33:06 | 4 | I'm going to ask you a number of questions out loud |
| 10:33:09 | 5 | and in plain English, and that you're required to |
| 10:33:11 | 6 | answer me out loud and in plain English, so that the |
| 10:33:15 | 7 | court reporter can take it down, correct? |
| 10:33:17 | 8 | A.    Correct. |
| 10:33:17 | 9 | Q.    If you don't understand my question, |
| 10:33:19 | 10 | please tell me, and I'll try to make it clear to |
| 10:33:22 | 11 | you, okay? |
| 10:33:22 | 12 | A.    Yes. |
| 10:33:23 | 13 | Q.    And I see you've brought a folder of |
| 10:33:28 | 14 | materials.  If you need to refer to that folder of |
| 10:33:32 | 15 | materials for any details about Mimi Rivera-Vega, |
| 10:33:38 | 16 | you're welcome to do that, okay? |
| 10:33:39 | 17 | A.    Yes. |
| 10:33:46 | 18 | (Delgado Deposition Exhibit 10 |
| 10:33:48 | 19 | marked.) |
| 10:33:48 | 20 | BY MR. MORIARTY: |
| 10:33:48 | 21 | Q.    Before you came in the room, I was |
| 10:33:49 | 22 | handed this CV, which I've had marked as Dr. Delgado |
| 10:33:57 | 23 | Exhibit 10.  Do you see that? |
| 10:33:58 | 24 | A.    Yes. |
| 10:33:58 | 25 | Q.    Is that your CV? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 8

| | | |
|---|---|---|
| 10:34:00 | 1 | A.    Yes. |
| 10:34:00 | 2 | Q.    Is it up to date? |
| 10:34:02 | 3 | A.    Yes. |
| 10:34:02 | 4 | Q.    You can keep that there, if you want, by |
| 10:34:07 | 5 | your right side. |
| 10:34:09 | 6 |           Now, let's get back to these |
| 10:34:23 | 7 | previous deposition experiences.  Of the times that |
| 10:34:26 | 8 | you were the independently hired expert, how many of |
| 10:34:33 | 9 | those were for the plaintiff and how many for the |
| 10:34:36 | 10 | medical providers? |
| 10:34:38 | 11 | A.    Approximately two for the plaintiff, one |
| 10:34:42 | 12 | for the defendant, I guess. |
| 10:34:46 | 13 | Q.    Okay.  The medical provider, hospital or |
| 10:34:49 | 14 | a doctor? |
| 10:34:52 | 15 | A.    It was a company, in this case. |
| 10:34:54 | 16 | Q.    All right. |
| 10:34:55 | 17 | A.    A corporation. |
| 10:34:55 | 18 | Q.    And then did -- in the ones in which you |
| 10:34:58 | 19 | were treating physician, were you -- did you end up |
| 10:35:02 | 20 | being an expert for either the plaintiffs or the |
| 10:35:05 | 21 | defendant medical providers? |
| 10:35:07 | 22 | A.    Treating physician -- when I was a |
| 10:35:18 | 23 | treating physician, there was one in which I was |
| 10:35:25 | 24 | defendant [sic] for the plaintiff, and the others |
| 10:35:27 | 25 | were for the -- as an expert witness on the defense, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 9

10:35:34    1    for the defense team.

10:35:36    2        Q.    Have you ever been sued yourself for

10:35:38    3    malpractice?

10:35:38    4        A.    Yes.

10:35:38    5        Q.    Were you deposed in that case?

10:35:40    6        A.    Yes.

10:35:40    7        Q.    Did it involve cardiac glycosides in any

10:35:47    8    way?

10:35:47    9        A.    No.

10:35:47   10        Q.    Did it involve left ventricular assist

10:35:53   11    device, or devices?

10:35:54   12        A.    Yes.

10:35:54   13        Q.    All right.  When you're at your hospital

10:35:58   14    talking to your colleagues, do you call them LVADs?

10:36:02   15        A.    Yes.

10:36:02   16        Q.    Can I do that today, because it's

10:36:04   17    shorter?

10:36:04   18        A.    Yes.

10:36:05   19        Q.    All right.  On how many cases have you

10:36:13   20    been retained as an expert by Jimmy Williamson or

10:36:17   21    any member of his law firm?

10:36:19   22        A.    Twice.

10:36:19   23        Q.    And were they both medical negligence

10:36:23   24    cases?

10:36:28   25        A.    Yes, as I understand the word.

Reynolds M. Delgado III, M.D.

Page 10

| | | |
|---|---|---|
| 10:36:31 | 1 | Q.    Like a malpractice case, as opposed to a |
| 10:36:36 | 2 | pharmaceutical products liability case. |
| 10:36:38 | 3 | A.    Oh.  One was one; one was the other. |
| 10:36:41 | 4 | Q.    Okay.  What was the pharmaceutical |
| 10:36:43 | 5 | products liability case?  What was the product |
| 10:36:46 | 6 | involved? |
| 10:36:46 | 7 | A.    It was a contrast agent used to image |
| 10:36:56 | 8 | patients with magnetic resonance imaging. |
| 10:37:01 | 9 | Q.    Is it a gadolinium case? |
| 10:37:04 | 10 | A.    Yes. |
| 10:37:05 | 11 | Q.    Did that patient have the -- I forget |
| 10:37:08 | 12 | what that disease is they claim is the signature |
| 10:37:11 | 13 | disease, because I've been away from gadolinium for |
| 10:37:14 | 14 | a few months; but did the patient have that disease? |
| 10:37:18 | 15 | A.    I believe so, yes. |
| 10:37:19 | 16 | Q.    All right.  And then what was the other |
| 10:37:22 | 17 | type of case in which he retained you as an expert? |
| 10:37:25 | 18 | A.    A patient who had been treated at an |
| 10:37:29 | 19 | institution and given a fatal diagnosis, which |
| 10:37:36 | 20 | she -- which was a misdiagnosis, which she did not |
| 10:37:41 | 21 | have.  And she received treatment for that, and that |
| 10:37:43 | 22 | ended up harming her. |
| 10:37:44 | 23 | Q.    Was that an amyloidosis case? |
| 10:37:46 | 24 | A.    Yes. |
| 10:37:47 | 25 | Q.    And for how many years have you known |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 11

10:37:50   1    Mr. Williamson?

10:37:52   2         A.    Perhaps, three.

10:37:53   3         Q.    Okay.  Other than the two cases on which

10:37:56   4    he hired you as an expert, do you have any other

10:37:59   5    professional relationship with him?

10:38:00   6         A.    No.

10:38:00   7         Q.    Do you have any social relationship with

10:38:02   8    him?

10:38:02   9         A.    No.

10:38:02  10         Q.    Never been to his house, things of that

10:38:06  11    nature?

10:38:06  12         A.    Correct.

10:38:06  13               (Delgado Deposition Exhibit 11

10:38:06  14    marked.)

10:38:06  15    BY MR. MORIARTY:

10:38:06  16         Q.    Okay.  Let's talk about what you've

10:38:21  17    reviewed.  You've known for a little bit that we

10:38:24  18    were going to take your deposition today.

10:38:32  19    Mr. Williamson handed me this letter that I've had

10:38:35  20    marked as Dr. Delgado Exhibit 11.  Do you see that?

10:38:40  21         A.    Yes.

10:38:41  22         Q.    And this was from his office to you,

10:38:43  23    correct?

10:38:43  24         A.    Yes.

10:38:43  25         Q.    So have you reviewed these six items on

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 12

| | | |
|---|---|---|
| 10:38:46 | 1 | this list? |
| 10:38:47 | 2 | A.     Yes. |
| 10:38:47 | 3 | Q.     Do you have the warning letter that is |
| 10:38:51 | 4 | item 2 and the revised warning letter that is item 3 |
| 10:38:56 | 5 | and the recall documents that are 4, 5 and 6 with |
| 10:39:02 | 6 | you today? |
| 10:39:03 | 7 | A.     I should, yes. |
| 10:39:04 | 8 | Q.     Okay.  Could you pull those out for me? |
| 10:39:11 | 9 | I don't need the Walmart records.  I just need the |
| 10:39:15 | 10 | other things. |
| 10:39:15 | 11 | A.     So that would be this, this and this, |
| 10:39:25 | 12 | this and this. |
| 10:39:32 | 13 | MR. MORIARTY:  Can I just mark |
| 10:39:33 | 14 | these, or do I need to have copies made? |
| 10:39:35 | 15 | MR. WILLIAMSON:  I'll do whatever |
| 10:39:36 | 16 | you want.  You can -- on those documents, you can |
| 10:39:41 | 17 | just mark them. |
| 10:39:42 | 18 | MR. MORIARTY:  Okay. |
| 10:39:43 | 19 | MR. WILLIAMSON:  But his original |
| 10:39:44 | 20 | chart, he wants to keep today.  To the extent you |
| 10:39:47 | 21 | mark it, I'll figure out a mutually agreeable way to |
| 10:39:50 | 22 | do the copying. |
| 10:39:51 | 23 | MR. MORIARTY:  Yeah.  That's fine. |
| 10:39:54 | 24 | MR. WILLIAMSON:  Subject to |
| 10:39:55 | 25 | Dr. Delgado's -- I mean, he wants to keep his chart, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

                                                            Page 13

10:39:57   1   and so we'll figure out a way that is acceptable to

10:40:03   2   him and us.

10:40:04   3                    MR. MORIARTY:  Okay.

10:40:05   4                    Mark that, please.

10:40:06   5                    (Delgado Deposition Exhibit 12

10:40:14   6   marked.)

10:40:14   7   BY MR. MORIARTY:

10:40:14   8        Q.    I've marked Dr. Delgado Exhibit 12.

10:40:16   9   This is an August 15th, 2006, FDA warning letter.

10:40:21  10   Do you see that?

10:40:21  11        A.    Yes.

10:40:22  12        Q.    And it corresponds with item 2 on this

10:40:26  13   Exhibit 11 list, correct?

10:40:27  14        A.    Correct.

10:40:30  15        Q.    Do you know if this has anything to do

10:40:32  16   with Digitek?

10:40:39  17        A.    In general, yes.

10:40:40  18        Q.    In general, you know?

10:40:41  19        A.    Yes.

10:40:42  20        Q.    Does it have anything to do with

10:40:44  21   Digitek?

10:40:44  22        A.    Yes.

10:40:45  23        Q.    All right.  This is the --

10:40:50  24                    MR. WILLIAMSON:  Is that a trick

10:40:51  25   question?  Can I see that document you just marked?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 14

10:40:54    1                      MR. MORIARTY:  Right there.

10:40:58    2                      MR. WILLIAMSON:  The one you were

10:40:59    3    referring to.

10:41:02    4                      (Delgado Deposition Exhibit 13

10:41:08    5    marked.)

10:41:08    6    BY MR. MORIARTY:

10:41:08    7         Q.    And Delgado Exhibit 13 is the

10:41:12    8    February 1st, 2000, revised warning letter, correct?

10:41:15    9         A.    Yes.

10:41:15   10         Q.    Corresponds with item 3 on the

10:41:18   11    Delgado 11 list; is that correct?

10:41:19   12         A.    Yes.  Yes.

10:41:36   13         Q.    All right.  Now, I'm holding in my hands

10:41:38   14    here these two recall documents.  Do you know which

10:41:44   15    corresponds to item 4 and which corresponds to

10:41:47   16    item 5?  I think the one to the right is number 5.

10:41:53   17         A.    This would be 4, yes.

10:41:53   18                      (Delgado Deposition Exhibit 14

10:41:53   19    marked.)

10:41:56   20    BY MR. MORIARTY:

10:41:56   21         Q.    Okay.  So Dr. Delgado Exhibit 14

10:42:05   22    corresponds to number 4 on the list in Delgado

10:42:13   23    Exhibit 11, correct?

10:42:14   24         A.    Yes.

10:42:14   25         Q.    And then Exhibit 15 corresponds with

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 15

| | | |
|---|---|---|
| 10:42:18 | 1 | Exhibit 5? |
| 10:42:24 | 2 | (Delgado Deposition Exhibit 15 |
| 10:42:25 | 3 | marked.) |
| 10:42:25 | 4 | BY MR. MORIARTY: |
| 10:42:26 | 5 | Q.    Correct? |
| 10:42:26 | 6 | A.    Yes. |
| 10:42:37 | 7 | Q.    And then -- I think I made a mistake |
| 10:42:45 | 8 | here.  Okay.  I made a mistake.  Exhibit 15 is |
| 10:43:01 | 9 | actually this FDA news release dated 1/9/2009, |
| 10:43:06 | 10 | correct? |
| 10:43:07 | 11 | A.    January, yes. |
| 10:43:07 | 12 | (Delgado Deposition Exhibit 16 |
| 10:43:07 | 13 | marked.) |
| 10:43:08 | 14 | BY MR. MORIARTY: |
| 10:43:08 | 15 | Q.    Okay.  So I made a mistake. |
| 10:43:10 | 16 | And then Exhibit 16 is going to be |
| 10:43:15 | 17 | the urgent drug recall, which is number 5 on the |
| 10:43:30 | 18 | Dr. Delgado Exhibit 11 list, correct? |
| 10:43:32 | 19 | A.    Yes. |
| 10:43:32 | 20 | Q.    All right.  I'll leave these here. |
| 10:43:42 | 21 | Now, in the notice of deposition I |
| 10:43:44 | 22 | had asked you to bring a research file, if you had |
| 10:43:46 | 23 | one, regarding digoxin.  Did you bring any medical |
| 10:43:51 | 24 | research that you maintain regarding digoxin? |
| 10:43:54 | 25 | A.    Yes. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                      Page 16

10:43:54    1        Q.      And how many articles are there?

10:43:56    2        A.      A single article.

10:43:59    3        Q.      Some doctors have large files full of

10:44:03    4    paper.  Do you keep research files like that?

10:44:08    5        A.      No.

10:44:08    6        Q.      All right.  May I mark this?

10:44:14    7        A.      Yes.

10:44:14    8                  (Delgado Deposition Exhibit 17

10:44:14    9    marked.)

10:44:16   10    BY MR. MORIARTY:

10:44:16   11        Q.      So Exhibit 17 is the one article you

10:44:19   12    have, and this is a -- is this a follow-up to the

10:44:26   13    DIG trial?

10:44:27   14        A.      Yes.

10:44:28   15        Q.      All right.  And it's an article by

10:44:30   16    Kirkwood Adams, et cetera, right?

10:44:33   17        A.      Yes.

10:44:34   18        Q.      Has Mr. Williamson or anyone in his

10:44:47   19    office sent you any other material besides what we

10:44:50   20    may have already marked as an exhibit?

10:44:54   21        A.      Yes.

10:44:57   22        Q.      What else did he send you?

10:44:59   23        A.      Boxes of the bulk hospital medical

10:45:05   24    records, St. Luke's Hospital.

10:45:08   25        Q.      Okay.  Anything else?
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 17

| | | |
|---|---|---|
| 10:45:09 | 1 | A.     No. |
| 10:45:09 | 2 | Q.     The article which I believe I marked |
| 10:45:11 | 3 | Exhibit 17, is that something you found and had, or |
| 10:45:14 | 4 | is it something that Mr. Williamson sent you? |
| 10:45:17 | 5 | A.     I found this one. |
| 10:45:18 | 6 | Q.     Did you meet with Mr. Williamson this |
| 10:45:24 | 7 | morning to prepare for today's deposition? |
| 10:45:27 | 8 | A.     Just prior to coming into the room. |
| 10:45:32 | 9 | Q.     For how long did you meet? |
| 10:45:33 | 10 | A.     15 minutes. |
| 10:45:35 | 11 | Q.     And on how many occasions before today |
| 10:45:38 | 12 | have you met with him in person to discuss this |
| 10:45:41 | 13 | case? |
| 10:45:41 | 14 | A.     One. |
| 10:45:42 | 15 | Q.     On how many occasions before today have |
| 10:45:45 | 16 | you spoken with him or a member of his staff over |
| 10:45:48 | 17 | the telephone? |
| 10:45:49 | 18 | A.     Regarding this case? |
| 10:45:56 | 19 | Q.     Yes.  I'm sorry. |
| 10:45:58 | 20 | A.     Perhaps, one. |
| 10:46:02 | 21 | Q.     Other than your own staff, to arrange |
| 10:46:06 | 22 | for the logistics of being here today and |
| 10:46:09 | 23 | accommodating this on a business day, have you |
| 10:46:14 | 24 | talked to anybody else about Mimi Rivera's Digitek |
| 10:46:21 | 25 | litigation lawsuit? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 18

| | | |
|---|---|---|
| 10:46:21 | 1 | A.    No. |
| 10:46:21 | 2 | Q.    I'm sure this is in your CV, but are you |
| 10:46:31 | 3 | licensed to practice medicine in Texas? |
| 10:46:33 | 4 | A.    Yes. |
| 10:46:33 | 5 | Q.    Any other states? |
| 10:46:35 | 6 | A.    No. |
| 10:46:35 | 7 | Q.    Are you required to take continuing |
| 10:46:44 | 8 | medical education? |
| 10:46:45 | 9 | A.    Yes. |
| 10:46:46 | 10 | Q.    Are you up to date, consistently, with |
| 10:46:48 | 11 | your requirements in that regard? |
| 10:46:50 | 12 | A.    Yes. |
| 10:46:51 | 13 | Q.    Do you ever attend conferences, or have |
| 10:46:54 | 14 | you attended conferences in the last few years which |
| 10:46:57 | 15 | included topics regarding cardiac glycosides? |
| 10:47:02 | 16 | A.    Yes. |
| 10:47:02 | 17 | Q.    Tell me generally what those conferences |
| 10:47:06 | 18 | would have been. |
| 10:47:08 | 19 | A.    I frequently go to conferences that |
| 10:47:11 | 20 | involve heart failure in general, and that's the |
| 10:47:14 | 21 | primary disease entity that the cardiac glycosides |
| 10:47:19 | 22 | are used to treat.  Heart Society of America would |
| 10:47:23 | 23 | be a good example.  International Society of |
| 10:47:28 | 24 | Heart/Lung Transplant would be another good example. |
| 10:47:32 | 25 | Q.    And they're talking about the use of |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 19

10:47:35    1    cardiac glycosides, different strategies and

10:47:38    2    therapies in the modern era or its use in various

10:47:42    3    forms of heart failure; is that correct?

10:47:44    4        A.    These are actually meetings, large

10:47:48    5    meetings, with literally hundreds of talks; and at

10:47:53    6    some of those talks, the use of cardiac glycosides

10:47:57    7    is discussed.

10:47:57    8        Q.    All right.  Have you ever published any

10:48:01    9    articles specifically about the use of digoxin?

10:48:08   10        A.    No.

10:48:09   11        Q.    And I know that some cardiologists are

10:48:17   12    subspecialists.  Are you generally a heart-failure

10:48:20   13    cardiologist?

10:48:21   14        A.    Yes.

10:48:21   15        Q.    Do you have any special training in

10:48:30   16    epidemiology?

10:48:31   17        A.    No.

10:48:31   18        Q.    Do you have any special training in

10:48:33   19    pharmacology?

10:48:33   20        A.    No.

10:48:33   21        Q.    Do you consider yourself to be an expert

10:48:36   22    in pharmacology?

10:48:38   23        A.    No, I wouldn't say so.

10:48:48   24        Q.    Do you have any special training in

10:48:50   25    pharmacokinetics or toxicology?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 20

| | | |
|---|---|---|
| 10:48:52 | 1 | A.       Nothing special, no. |
| 10:48:54 | 2 | Q.       You know, obviously as you marched |
| 10:48:57 | 3 | through medical school and your residency and your |
| 10:49:00 | 4 | practice, these are issues that you have to deal |
| 10:49:02 | 5 | with, correct? |
| 10:49:03 | 6 | A.       Yes. |
| 10:49:03 | 7 | Q.       And so when I ask, have you had any |
| 10:49:06 | 8 | special training, I mean outside the routine medical |
| 10:49:10 | 9 | school setting. |
| 10:49:11 | 10 | A.       Correct. |
| 10:49:11 | 11 | Q.       So do you consider yourself to be an |
| 10:49:14 | 12 | expert in either pharmacokinetics or toxicology? |
| 10:49:20 | 13 | A.       Depends on how you define that. |
| 10:49:25 | 14 | Q.       Define which? |
| 10:49:26 | 15 | A.       "Expert." |
| 10:49:28 | 16 | Q.       Well, how do you define it? |
| 10:49:30 | 17 |          MR. WILLIAMSON:  He doesn't define |
| 10:49:31 | 18 | it; the Court does. |
| 10:49:32 | 19 | BY MR. MORIARTY: |
| 10:49:34 | 20 | Q.       How do you define it as a doctor? |
| 10:49:37 | 21 | A.       Depends on the premise of the question |
| 10:49:48 | 22 | that's being asked. |
| 10:49:49 | 23 | Q.       Sure.  Let me ask it a different way, |
| 10:49:52 | 24 | then. |
| 10:49:52 | 25 |          Have you ever published any articles |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 21

10:49:54  1   regarding pharmacokinetics or toxicology?

10:49:58  2        A.     I've published articles in which those

10:50:02  3   topics are part of the article, but not specifically

10:50:06  4   about those topics.

10:50:08  5        Q.     Have you ever done an evidentiary search

10:50:10  6   regarding toxicology or pharmacokinetics?

10:50:16  7        A.     Only as part of my routine medical

10:50:19  8   school training, residency training.

10:50:21  9        Q.     Do you have any military service?

10:50:26  10       A.     Excuse me?

10:50:27  11       Q.     Any military service?

10:50:30  12       A.     No.

10:50:30  13       Q.     Do you have -- currently have teaching

10:50:34  14   appointments?

10:50:35  15       A.     Yes.

10:50:35  16       Q.     Where?

10:50:35  17       A.     University of Texas Health Science

10:50:38  18   Center in Houston and Baylor College of Medicine.

10:50:41  19       Q.     Are you teaching in a classroom or only

10:50:46  20   in the hospital setting with residents and fellows?

10:50:50  21       A.     It's a little of both.  Mostly hospital

10:50:54  22   rounding.

10:50:56  23       Q.     To the best of your memory, were either

10:51:01  24   you or any of your colleagues at Texas Heart

10:51:07  25   Institute involved in the PROVED, RADIANCE or DIG

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 22

| | | |
|---|---|---|
| 10:51:14 | 1 | trials? |
| 10:51:14 | 2 | A.     No. |
| 10:51:25 | 3 | Q.     Are you aware that in 2009, the ACCF and |
| 10:51:31 | 4 | the AHA came out with new guidelines regarding the |
| 10:51:33 | 5 | management of heart failure? |
| 10:51:34 | 6 | A.     Yes. |
| 10:51:35 | 7 | Q.     Were you or any of your colleagues at |
| 10:51:38 | 8 | Texas Heart involved in the rewrite or update of |
| 10:51:41 | 9 | those guidelines? |
| 10:51:43 | 10 | A.     No. |
| 10:51:43 | 11 | Q.     Have you read those guidelines? |
| 10:51:47 | 12 | A.     Not in total. |
| 10:51:49 | 13 | Q.     Do you routinely subscribe to or review |
| 10:51:56 | 14 | medical journals? |
| 10:51:57 | 15 | A.     Yes. |
| 10:51:57 | 16 | Q.     Which ones? |
| 10:51:58 | 17 | A.     The Journal of the American College of |
| 10:52:02 | 18 | Cardiology, the New England Journal of Medicine, |
| 10:52:07 | 19 | Journal of the American Medical Association, journal |
| 10:52:11 | 20 | of the International Society of Heart/Lung |
| 10:52:14 | 21 | Transplant. |
| 10:52:14 | 22 | Q.     Are there any other journals or freebies |
| 10:52:18 | 23 | that you get specifically relating to heart-failure |
| 10:52:22 | 24 | topics? |
| 10:52:24 | 25 | A.     Occasionally.  Congestive heart failure, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 23

| | | |
|---|---|---|
| 10:52:28 | 1 | for example. |
| 10:52:28 | 2 | Q. Is that a hard journal or an online |
| 10:52:32 | 3 | journal? |
| 10:52:33 | 4 | A. It's a hard copy. |
| 10:52:38 | 5 | Q. And are there any particular online |
| 10:52:40 | 6 | databases that you consult with on a regular basis? |
| 10:52:42 | 7 | A. MEDLINE, National Library of Medicine. |
| 10:52:52 | 8 | Q. As far as textbooks, do you keep any |
| 10:52:55 | 9 | cardiology textbooks in your home or office medical |
| 10:52:59 | 10 | library? |
| 10:52:59 | 11 | A. Office, yes. |
| 10:53:01 | 12 | Q. Do you have Braunwald's text? |
| 10:53:04 | 13 | A. Yes. |
| 10:53:05 | 14 | Q. Do you have Hurst's text? |
| 10:53:06 | 15 | A. No. |
| 10:53:07 | 16 | Q. Do you have Don Mann's heart-failure |
| 10:53:11 | 17 | text? |
| 10:53:13 | 18 | A. That's Doug Mann. |
| 10:53:14 | 19 | Q. I'm sorry. What did I say? |
| 10:53:15 | 20 | A. Don. You said Don. |
| 10:53:17 | 21 | Q. I'm sorry. |
| 10:53:18 | 22 | A. It's Doug. |
| 10:53:19 | 23 | Q. Doug. I'm sorry. |
| 10:53:20 | 24 | A. I'm a contributing author to that text. |
| 10:53:22 | 25 | Q. Which chapter did you write in his text? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 24

| | | |
|---|---|---|
| 10:53:25 | 1 | A.      The one related to left ventricular |
| 10:53:29 | 2 | assist devices. |
| 10:53:30 | 3 | Q.      Did he -- did Doug Mann, sorry, used to |
| 10:53:33 | 4 | be at Texas Heart? |
| 10:53:33 | 5 | A.      Yes. |
| 10:53:34 | 6 | Q.      And as far as these textbooks, either |
| 10:53:44 | 7 | Dr. Mann's or Braunwald's, do you refer to them from |
| 10:53:48 | 8 | time to time? |
| 10:53:50 | 9 | A.      Occasionally. |
| 10:53:51 | 10 | Q.      Do you keep the PDR in your home or |
| 10:54:02 | 11 | office medical library? |
| 10:54:03 | 12 | A.      In the office, yes. |
| 10:54:05 | 13 | Q.      Do you consult with it from time to |
| 10:54:07 | 14 | time? |
| 10:54:07 | 15 | A.      Occasionally. |
| 10:54:08 | 16 | Q.      What other sources do you use, either |
| 10:54:12 | 17 | hard-copy or online, to learn about pharmaceutical |
| 10:54:14 | 18 | products that are on the market? |
| 10:54:16 | 19 | A.      There is a program that is used in the |
| 10:54:21 | 20 | hospital frequently, ePrescribe; and then as part of |
| 10:54:25 | 21 | our electronic medical records in the office, there |
| 10:54:28 | 22 | is a pharmacology database. |
| 10:54:33 | 23 | Q.      And is ePrescribe a Texas Heart program, |
| 10:54:43 | 24 | or is it a commercially available program? |
| 10:54:45 | 25 | A.      I'm not sure where it's available.  I |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 25

| 10:54:48 | 1 | just know that it's something that's accessible on |
| 10:54:52 | 2 | the St. Luke's portal, hospital portal. |
| 10:54:56 | 3 | Q.     All right.  And then what about the one |
| 10:54:58 | 4 | you said you have in your office? |
| 10:54:59 | 5 | A.     That is an EMR, or electronic medical |
| 10:55:03 | 6 | record, and it is a web-based program that is used |
| 10:55:09 | 7 | to generate our medical records; and it has a |
| 10:55:18 | 8 | pharmacology prescribing database incorporated into |
| 10:55:22 | 9 | it. |
| 10:55:25 | 10 | Q.     And I assume that's a commercially |
| 10:55:27 | 11 | available product that your office bought? |
| 10:55:30 | 12 | A.     Yes. |
| 10:55:30 | 13 | Q.     When I refer to "your office," how many |
| 10:55:33 | 14 | offices do you actually have? |
| 10:55:35 | 15 | A.     Two. |
| 10:55:35 | 16 | Q.     And, for example, do you have an office |
| 10:55:39 | 17 | at St. Luke's Hospital? |
| 10:55:41 | 18 | A.     Yes. |
| 10:55:41 | 19 | Q.     And then what's your other office? |
| 10:55:45 | 20 | A.     It's at the O'Quinn Medical Towers, |
| 10:55:49 | 21 | which is across the street from St. Luke's Hospital. |
| 10:55:52 | 22 | Q.     What is the facility called that's in |
| 10:55:55 | 23 | the Oak Twin Towers? |
| 10:55:57 | 24 | A.     It is a private practice. |
| 10:55:58 | 25 | Q.     What's it called? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 26

| | | |
|---|---|---|
| 10:55:59 | 1 | A.     Delgado Cardiovascular Associates. |
| 10:56:04 | 2 | Q.     All right.  And what is Texas Heart? |
| 10:56:05 | 3 | A.     Texas Heart is a not-for-profit teaching |
| 10:56:11 | 4 | and research organization that is responsible for |
| 10:56:17 | 5 | the teaching/research liaison to the hospital and |
| 10:56:20 | 6 | the medical schools. |
| 10:56:22 | 7 | Q.     And what is your affiliation with Texas |
| 10:56:26 | 8 | Heart?  What do you call it? |
| 10:56:27 | 9 | A.     Medical staff member.  There's no real |
| 10:56:34 | 10 | rank other than president, I guess; but all the rest |
| 10:56:37 | 11 | of us who are members of Texas Heart are members. |
| 10:56:41 | 12 | Q.     All right.  So you have a private office |
| 10:56:43 | 13 | where you see patients, and then you have privileges |
| 10:56:46 | 14 | at St. Luke's? |
| 10:56:46 | 15 | A.     Correct. |
| 10:56:47 | 16 | Q.     And then you have this appointment at |
| 10:56:49 | 17 | Texas Heart, correct? |
| 10:56:50 | 18 | A.     Correct. |
| 10:56:50 | 19 | Q.     And is St. Luke's your primary hospital? |
| 10:56:54 | 20 | A.     Yes. |
| 10:56:54 | 21 | Q.     When was the last time you read a |
| 10:57:03 | 22 | digoxin product package insert? |
| 10:57:09 | 23 | A.     I can't remember if I ever did such a |
| 10:57:13 | 24 | thing. |
| 10:57:13 | 25 | Q.     All right.  Have you ever been a |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 27

| | | |
|---|---|---|
| 10:57:19 | 1 | consultant to a pharmaceutical company? |
| 10:57:21 | 2 | A.    No.  No. |
| 10:57:28 | 3 | Q.    And have you ever worked for one as an |
| 10:57:31 | 4 | employee? |
| 10:57:32 | 5 | A.    No. |
| 10:57:32 | 6 | Q.    Have you ever written to a |
| 10:57:37 | 7 | pharmaceutical company about -- to get more |
| 10:57:41 | 8 | information about any of the drugs that you |
| 10:57:43 | 9 | prescribe? |
| 10:57:43 | 10 | A.    Not that I can remember. |
| 10:57:50 | 11 | Q.    All right.  Now, let me go off in |
| 10:57:59 | 12 | another direction for a minute.  I want to talk |
| 10:58:02 | 13 | about medical records in general, okay? |
| 10:58:05 | 14 | The file that you brought, is that |
| 10:58:09 | 15 | your office record regarding Mimi Rivera-Vega? |
| 10:58:16 | 16 | A.    Yes. |
| 10:58:17 | 17 | Q.    And in medical school and through your |
| 10:58:19 | 18 | residency, I assume you were taught in general how |
| 10:58:22 | 19 | to keep medical records, correct? |
| 10:58:24 | 20 | A.    Yes. |
| 10:58:24 | 21 | Q.    And whether it's the joint commission on |
| 10:58:32 | 22 | the accreditation of hospitals or the hospital like |
| 10:58:35 | 23 | St. Luke's itself, I assume that there are protocols |
| 10:58:39 | 24 | and processes that you follow to keep hospital |
| 10:58:41 | 25 | charts, right? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 28

| | | |
|---|---|---|
| 10:58:42 | 1 | A.      Correct. |
| 10:58:42 | 2 | Q.      And in general, when you are charting on |
| 10:58:47 | 3 | a patient, whether it's in your office or in a |
| 10:58:49 | 4 | hospital, for the most part, to the extent you can, |
| 10:58:53 | 5 | those are supposed to be contemporaneous entries, |
| 10:58:57 | 6 | along with the care that is being provided? |
| 10:59:00 | 7 | A.      Yes. |
| 10:59:01 | 8 | Q.      All right.  Would it be fair for me to |
| 10:59:06 | 9 | say that some of the purposes for medical records |
| 10:59:10 | 10 | are charting a baseline for a patient against which |
| 10:59:17 | 11 | you can compare development or deterioration? |
| 10:59:21 | 12 | A.      Yes. |
| 10:59:21 | 13 | Q.      And sort of a guide to tell you what is |
| 10:59:28 | 14 | either working for or not working for a particular |
| 10:59:31 | 15 | patient? |
| 10:59:31 | 16 | A.      Yes. |
| 10:59:32 | 17 | Q.      And are they also -- medical records |
| 10:59:35 | 18 | also a communication tool? |
| 10:59:40 | 19 | A.      Yes. |
| 10:59:41 | 20 | Q.      So that you can communicate with your |
| 10:59:44 | 21 | nurses or your physicians assistants, whatever you |
| 10:59:47 | 22 | use in the office; is that right? |
| 10:59:48 | 23 | A.      Yes. |
| 10:59:48 | 24 | Q.      And then in a hospital setting, you're |
| 10:59:51 | 25 | communicating with -- you're either communicating |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 29

| | | |
|---|---|---|
| 10:59:53 | 1 | with or being communicated to consultants, nurses, |
| 10:59:58 | 2 | laboratories, radiology departments, things of that |
| 11:00:01 | 3 | nature, right? |
| 11:00:02 | 4 | A.    Yes. |
| 11:00:03 | 5 | Q.    All right.  And I assume that when |
| 11:00:06 | 6 | you're teaching, you teach your students all of |
| 11:00:09 | 7 | these principles regarding medical records; is that |
| 11:00:13 | 8 | right? |
| 11:00:14 | 9 | A.    Yes. |
| 11:00:14 | 10 | Q.    And if you're going to change a medical |
| 11:00:16 | 11 | record for whatever reason, is there a specific |
| 11:00:18 | 12 | process that you go through to do that? |
| 11:00:20 | 13 | A.    Yes. |
| 11:00:21 | 14 | Q.    Do most prescription medicines have |
| 11:00:34 | 15 | risks associated with them? |
| 11:00:35 | 16 | A.    Yes. |
| 11:00:39 | 17 | Q.    And sometimes with certain drugs, those |
| 11:00:45 | 18 | risks can include death; is that right? |
| 11:00:49 | 19 | A.    Yes. |
| 11:00:49 | 20 | Q.    And when you make a decision to |
| 11:00:53 | 21 | prescribe a drug for a particular patient, do you |
| 11:00:57 | 22 | make a risk-benefit analysis? |
| 11:01:00 | 23 | A.    Yes. |
| 11:01:00 | 24 | Q.    In other words, you ultimately conclude, |
| 11:01:03 | 25 | if you prescribe it, that the benefit is going to |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 30

| | | |
|---|---|---|
| 11:01:06 | 1 | outweigh the risk, right? |
| 11:01:08 | 2 | A.    Correct. |
| 11:01:08 | 3 | Q.    Let me ask you some questions about your |
| 11:01:24 | 4 | practice in these years from, say, 2000 to 2008; and |
| 11:01:31 | 5 | I know that spans a long time. |
| 11:01:32 | 6 | Did you have Delgado Cardiovascular |
| 11:01:41 | 7 | private practice back in 2002? |
| 11:01:47 | 8 | A.    Yes. |
| 11:01:47 | 9 | Q.    How many other cardiologists were in |
| 11:01:49 | 10 | that practice in the years 2002 to 2008? |
| 11:01:56 | 11 | A.    It's changed.  It's fluctuated.  So at |
| 11:02:01 | 12 | the greatest, there were three of them, myself; and |
| 11:02:12 | 13 | currently, there's only myself and I office-share |
| 11:02:18 | 14 | with another doctor and have affiliation with five |
| 11:02:20 | 15 | others. |
| 11:02:21 | 16 | Q.    Five others who are not technically part |
| 11:02:23 | 17 | of your practice, right? |
| 11:02:25 | 18 | A.    Correct. |
| 11:02:25 | 19 | Q.    And when you say "affiliate with," |
| 11:02:28 | 20 | you're talking about cross-coverage, things of that |
| 11:02:31 | 21 | nature, right? |
| 11:02:31 | 22 | A.    Yes. |
| 11:02:32 | 23 | Q.    All right.  And then how many |
| 11:02:35 | 24 | cardiologists are part of Texas Heart? |
| 11:02:37 | 25 | A.    There's around 40, roughly. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                              Page 31

11:02:42    1          Q.     How many of them are heart-failure
11:02:46    2    cardiologists?
11:02:47    3          A.     Five.
11:02:49    4          Q.     In your private office practice, do you
11:02:54    5    employ Registered Nurses, physicians assistants,
11:02:59    6    anything like that?
11:03:01    7          A.     No.
11:03:02    8          Q.     At your private office, do you give any
11:03:19    9    handouts regarding cardiac glycosides?
11:03:22   10          A.     No.
11:03:22   11          Q.     Do you know whether they give any
11:03:23   12    handouts out at St. Luke's Hospital about cardiac
11:03:28   13    glycosides?
11:03:28   14          A.     No.
11:03:28   15          Q.     No, you don't know, or no, they don't
11:03:30   16    give them?
11:03:31   17          A.     They don't give them.
11:03:32   18          Q.     All right.  In general, if you are
11:03:45   19    looking at a patient, what lab results do you focus
11:03:48   20    on when assessing their renal function?
11:03:51   21          A.     BUN, creatinine, sodium.
11:04:01   22          Q.     What about GFR or EGFR?
11:04:06   23          A.     No, I don't use EGFR.
11:04:10   24          Q.     Why not?
11:04:11   25          A.     It's an estimate.  It's often
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 32

| | | |
|---|---|---|
| 11:04:13 | 1 | inaccurate. |
| 11:04:14 | 2 | Q. Okay. In February 2008, I believe one |
| 11:04:31 | 3 | of your consultants characterized Mimi Rivera-Vega |
| 11:04:38 | 4 | as being an end-stage heart-failure patient. Do you |
| 11:04:42 | 5 | remember seeing that in any of your consultants' |
| 11:04:51 | 6 | notes? |
| 11:04:51 | 7 | A. No. |
| 11:04:51 | 8 | Q. How would you have characterized Mimi |
| 11:04:54 | 9 | Rivera-Vega as a heart-failure patient in, say, |
| 11:04:57 | 10 | February of 2008, prior to the placement of her |
| 11:04:59 | 11 | first LVAD? |
| 11:05:00 | 12 | A. She had severe heart failure and |
| 11:05:07 | 13 | evolving shock. |
| 11:05:10 | 14 | Q. In patients who have heart failure in |
| 11:05:13 | 15 | general, do some of them require multiple |
| 11:05:18 | 16 | medications? |
| 11:05:20 | 17 | A. Yes. |
| 11:05:20 | 18 | Q. What I sometimes call poly-pharmacy. |
| 11:05:27 | 19 | Have you ever heard that term? |
| 11:05:28 | 20 | A. Yes. |
| 11:05:30 | 21 | Q. And in patients who are taking a number |
| 11:05:32 | 22 | of different medications, are they at increased risk |
| 11:05:36 | 23 | for adverse drug events? |
| 11:05:38 | 24 | A. Yes. |
| 11:05:44 | 25 | Q. And can adverse drug events occur even |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 33

| | | |
|---|---|---|
| 11:05:56 | 1 | if patients are taking appropriately labeled |
| 11:06:00 | 2 | pharmaceutical products in appropriate doses? |
| 11:06:05 | 3 | A.    Yes. |
| 11:06:08 | 4 | Q.    If a patient has underlying renal |
| 11:06:14 | 5 | insufficiency, does it increase the risk of adverse |
| 11:06:17 | 6 | reaction to a drug that is primarily cleared by the |
| 11:06:21 | 7 | kidney? |
| 11:06:22 | 8 | A.    Yes. |
| 11:06:23 | 9 | Q.    Is digoxin primarily cleared by the |
| 11:06:26 | 10 | kidney? |
| 11:06:27 | 11 | A.    Yes. |
| 11:06:28 | 12 | Q.    Now, you're a relatively young man, so I |
| 11:06:37 | 13 | assume that throughout the course of your medical |
| 11:06:40 | 14 | training, cardiac glycosides were part of what you |
| 11:06:44 | 15 | learned about; is that true? |
| 11:06:45 | 16 | A.    Yes. |
| 11:06:46 | 17 | Q.    And you've probably been prescribing |
| 11:06:49 | 18 | them, in one form or another, since you were a |
| 11:06:52 | 19 | resident; is that right? |
| 11:06:52 | 20 | A.    Yes. |
| 11:06:53 | 21 | Q.    Maybe even before, if you were allowed |
| 11:06:56 | 22 | to, true? |
| 11:06:57 | 23 | A.    Internship, residency. |
| 11:07:01 | 24 | Q.    Okay.  And are you familiar in general |
| 11:07:14 | 25 | with the potential risks and side-effects of digoxin |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 34

| | | |
|---|---|---|
| 11:07:19 | 1 | products? |
| 11:07:20 | 2 | A.    Yes. |
| 11:07:25 | 3 | Q.    Now, let's take a patient like Mimi |
| 11:07:30 | 4 | Rivera-Vega, who had heart failure for at least back |
| 11:07:36 | 5 | to 2002, maybe before, okay? |
| 11:07:39 | 6 | A.    Yes. |
| 11:07:39 | 7 | Q.    And let's first define:  In this medical |
| 11:07:45 | 8 | record that I have from your office, I think the |
| 11:07:48 | 9 | first visits are in 2002.  Did you see her before |
| 11:07:52 | 10 | 2002? |
| 11:07:53 | 11 | A.    Not that I know of. |
| 11:07:54 | 12 | Q.    Did she have heart failure in 2002? |
| 11:07:58 | 13 | A.    Yes. |
| 11:07:58 | 14 | Q.    And there are various strategies, if you |
| 11:08:08 | 15 | will, that cardiologists employ in treating |
| 11:08:13 | 16 | heart-failure patients, are there not? |
| 11:08:15 | 17 | A.    Yes. |
| 11:08:15 | 18 | Q.    Is there any way that you can |
| 11:08:18 | 19 | characterize for me what the strategy was for Mimi |
| 11:08:23 | 20 | Rivera-Vega from, say, 2002 to 2005? |
| 11:08:28 | 21 | A.    Medical management. |
| 11:08:35 | 22 | Q.    Okay.  Well, I mean, in the old days, it |
| 11:08:40 | 23 | used to be digoxin and maybe a diuretic, were the |
| 11:08:45 | 24 | treatments; but in the more modern era, that have |
| 11:08:50 | 25 | evolved other medications that are employed, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 35

| | | |
|---|---|---|
| 11:08:53 | 1 | correct? |
| 11:08:53 | 2 | A.    Yes. |
| 11:08:53 | 3 | Q.    So if you can characterize it, what |
| 11:08:56 | 4 | philosophy do you bring to bear on management of |
| 11:09:00 | 5 | heart failure back in 2002 to 2004? |
| 11:09:05 | 6 | A.    "Medical management" meaning standard of |
| 11:09:10 | 7 | care, standard medical therapy -- |
| 11:09:12 | 8 | Q.    All right. |
| 11:09:13 | 9 | A.    -- at the time. |
| 11:09:14 | 10 | Q.    Well, let me jump to 2009, because it's |
| 11:09:17 | 11 | fresh on my mind, but the new AHA/ACCF guidelines |
| 11:09:22 | 12 | talk about the primary therapy being something |
| 11:09:29 | 13 | like amiodarone, an ACE inhibitor, a diuretic and |
| 11:09:34 | 14 | one other -- I can't remember if it's a beta |
| 11:09:37 | 15 | blocker; and then in some patients, they'll use |
| 11:09:41 | 16 | digoxin for various purposes. |
| 11:09:44 | 17 |         I mean, is that the kind of therapy |
| 11:09:45 | 18 | that you subscribe to? |
| 11:09:47 | 19 | A.    That's a reasonable way of putting it, I |
| 11:09:55 | 20 | guess. |
| 11:09:55 | 21 | Q.    Okay.  A gross and reasonable way? |
| 11:09:57 | 22 | A.    A gross way to put it, yes. |
| 11:09:59 | 23 | Q.    All right.  Well, let me ask it this |
| 11:10:02 | 24 | way:  What do you perceive the role of digoxin |
| 11:10:05 | 25 | products to be in a patient like Mimi Rivera-Vega |

Reynolds M. Delgado III, M.D.

Page 36

11:10:09   1    back in 2002 to 2004, for example?

11:10:15   2         A.    Primarily at that time, it was known

11:10:20   3    that the drug could improve symptoms, but more

11:10:24   4    importantly, that if the drug were to be withdrawn,

11:10:27   5    the symptoms could worsen.

11:10:31   6         Q.    Okay.  And historically, it was to

11:10:34   7    improve symptoms and try to keep people out of the

11:10:37   8    hospital with acute exacerbations of heart failure,

11:10:44   9    correct?

11:10:44   10        A.    Yes.

11:10:44   11        Q.    And I think even the original DIG trial

11:10:54   12   papers that led to that Exhibit 17 you've got there

11:10:59   13   showed that that was one of the benefits of digoxin,

11:11:05   14   correct?

11:11:05   15        A.    Yes.

11:11:05   16        Q.    And in your heart-failure patients,

11:11:17   17   what -- do you use loading doses?

11:11:19   18        A.    It depends.

11:11:20   19        Q.    All right.  Well, let me skip, then.

11:11:22   20              What is your typical maintenance

11:11:25   21   dose of digoxin in heart-failure patients?

11:11:29   22        A.    That depends on weight and renal

11:11:34   23   function.

11:11:34   24        Q.    I'm sorry, it depends on what?

11:11:35   25        A.    It depends on weight and renal function.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 37

11:11:38    1        Q.      When you say "weight," are you talking
11:11:39    2    about muscle mass or gross weight?
11:11:47    3        A.      Overall weight.
11:11:48    4        Q.      If the patient is obese, do you tend to
11:11:50    5    use a higher dose or a lower dose?
11:11:56    6        A.      Tend to use higher.
11:11:57    7        Q.      And then, of course, you're tempering
11:12:05    8    that by whatever the renal function is, correct?
11:12:08    9        A.      Yes.
11:12:08   10        Q.      Are you aware of any medical literature
11:12:11   11    that says that digoxin causes renal failure?
11:12:22   12        A.      Not that I know of.
11:12:28   13        Q.      In fact, what the product labels and the
11:12:31   14    literature say is that the dose should be managed
11:12:37   15    based on the patient's renal function, correct?
11:12:42   16        A.      Yes.
11:12:42   17        Q.      Because impaired renal function
11:12:46   18    increases the risk of digoxin toxicity, correct?
11:12:50   19        A.      Yes.
11:12:50   20        Q.      When you were in internship and
11:13:02   21    residency, was the .50 digoxin dose still
11:13:08   22    commercially available?
11:13:09   23        A.      Not that I remember.
11:13:10   24        Q.      Are there patients that you manage --
11:13:21   25    I'm sorry, let me withdraw that.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 38

| | | |
|---|---|---|
| 11:13:22 | 1 | Do you manage any patients who have |
| 11:13:26 | 2 | atrial fibrillation without heart failure? |
| 11:13:29 | 3 | A.     Yes. |
| 11:13:29 | 4 | Q.     In your a-fib patients who don't have |
| 11:13:35 | 5 | heart failure, what is the maximum dose that you |
| 11:13:42 | 6 | prescribe on a daily basis for any of those |
| 11:13:45 | 7 | patients? |
| 11:13:46 | 8 | A.     That depends.  In that population of |
| 11:13:52 | 9 | patients, you often use IV Regonol, and the dose is |
| 11:13:58 | 10 | tailored to what we call rate control or control of |
| 11:14:02 | 11 | their heart rate. |
| 11:14:03 | 12 | Q.     Sure. |
| 11:14:04 | 13 | But are there patients in your own |
| 11:14:06 | 14 | population -- and I'm not going to ask for names or |
| 11:14:09 | 15 | anything.  But in your own patient population, are |
| 11:14:12 | 16 | there patients who get as much as .50 milligrams a |
| 11:14:16 | 17 | day? |
| 11:14:17 | 18 | A.     To rate-control, yes. |
| 11:14:21 | 19 | Q.     Okay.  Are there any of your patients |
| 11:14:22 | 20 | who get more than .50 per day? |
| 11:14:27 | 21 | A.     Occasionally. |
| 11:14:28 | 22 | Q.     In your patients who get .50 per day, do |
| 11:14:34 | 23 | you typically split them into two .250-milligram |
| 11:14:42 | 24 | doses? |
| 11:14:46 | 25 | A.     No. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 39

| | | |
|---|---|---|
| 11:14:46 | 1 | Q.    Now, let's go back to your heart-failure |
| 11:14:49 | 2 | population.  What -- of your patient population, |
| 11:14:54 | 3 | what's the largest dose that you prescribe your |
| 11:14:59 | 4 | heart-failure patients per day? |
| 11:15:02 | 5 | A.    Again, it depends on those factors; but |
| 11:15:11 | 6 | the largest, in general, that I use is .25 a day. |
| 11:15:17 | 7 | Q.    Okay.  And would I be correct in |
| 11:15:25 | 8 | assuming that your patients who are on .50 per day |
| 11:15:31 | 9 | in your atrial fibrillation population don't |
| 11:15:36 | 10 | necessarily all become digoxin-toxic? |
| 11:15:42 | 11 | A.    No.  As a point of clarification, |
| 11:15:44 | 12 | they're not on .50 every day.  .50 -- or .5 may be |
| 11:15:52 | 13 | used one day as an acute method to rate-control a |
| 11:15:57 | 14 | patient -- |
| 11:15:58 | 15 | Q.    Okay. |
| 11:15:58 | 16 | A.    -- to get their rate within range. |
| 11:16:00 | 17 | Q.    Okay.  But even on those days they |
| 11:16:02 | 18 | get .50, or if they need it on consecutive days for |
| 11:16:07 | 19 | rate control, they don't all become digoxin-toxic, |
| 11:16:09 | 20 | do they? |
| 11:16:10 | 21 | A.    No. |
| 11:16:10 | 22 | Q.    And do you have -- I've asked you about |
| 11:16:15 | 23 | the a-fibs and the heart failures.  Do you have |
| 11:16:17 | 24 | patients who have both? |
| 11:16:18 | 25 | A.    Yes. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 40

| | | |
|---|---|---|
| 11:16:18 | 1 | Q.      And I assume that they could have doses |
| 11:16:26 | 2 | that are -- that vary considerably, based on their |
| 11:16:29 | 3 | rate control and their heart-failure symptoms, |
| 11:16:32 | 4 | right? |
| 11:16:33 | 5 | A.      Correct. |
| 11:16:33 | 6 | Q.      Does chronic hypertension ultimately |
| 11:16:44 | 7 | have an adverse impact on kidney function? |
| 11:16:47 | 8 | A.      In some patients. |
| 11:16:49 | 9 | Q.      Does obesity have an adverse impact on |
| 11:16:54 | 10 | kidney function? |
| 11:16:56 | 11 | A.      Not specifically. |
| 11:16:57 | 12 | Q.      Does heart failure, chronic heart |
| 11:17:01 | 13 | failure, have an adverse impact on kidney function? |
| 11:17:05 | 14 | A.      In some patients. |
| 11:17:06 | 15 | Q.      All right.  You've told me about |
| 11:17:16 | 16 | managing atrial fibrillation rates, or the rates in |
| 11:17:20 | 17 | atrial fibrillation patients, and symptom management |
| 11:17:23 | 18 | in heart failure. |
| 11:17:24 | 19 |         When you give digoxin products, do |
| 11:17:26 | 20 | you manage to a certain serum digoxin concentration |
| 11:17:33 | 21 | number? |
| 11:17:33 | 22 | A.      No.  No. |
| 11:17:39 | 23 | Q.      So, hypothetically, if a heart-failure |
| 11:17:42 | 24 | patient comes in and they're consistently at .1 |
| 11:17:48 | 25 | or .2 on their SDC, do you classify them as |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 41

| | | |
|---|---|---|
| 11:17:53 | 1 | subtherapeutic and try to up their dose? |
| 11:17:58 | 2 | A.    No. |
| 11:17:58 | 3 | Q.    And I assume, when you say "no," it's |
| 11:18:01 | 4 | because you are managing to symptom-control, not a |
| 11:18:06 | 5 | lab number, right? |
| 11:18:07 | 6 | A.    Correct. |
| 11:18:07 | 7 | Q.    Do you know what the St. Luke's lab's |
| 11:18:28 | 8 | typical range is for digoxin concentrations? |
| 11:18:36 | 9 | A.    I believe it is 1 to 2, I believe. |
| 11:18:46 | 10 | Q.    Or .8 to 2, something in there? |
| 11:18:50 | 11 | A.    Yes. |
| 11:18:50 | 12 | Q.    Yes? |
| 11:18:51 | 13 | A.    Yes. |
| 11:18:51 | 14 | Q.    All right.  If a patient comes in and |
| 11:18:53 | 15 | they're at 2.5 but are not appearing to be |
| 11:18:59 | 16 | digoxin-toxic, by whatever measures you use, do you |
| 11:19:03 | 17 | necessarily drop down their dose? |
| 11:19:07 | 18 | A.    I can't answer that, because it's |
| 11:19:09 | 19 | hypothetical.  The problem is that you wouldn't |
| 11:19:11 | 20 | order the dig level in a patient unless you |
| 11:19:17 | 21 | suspected digoxin toxicity. |
| 11:19:27 | 22 | Q.    Okay.  How do you define or diagnose |
| 11:19:31 | 23 | digoxin toxicity in your own practice? |
| 11:19:41 | 24 | A.    It is a constellation of symptoms and |
| 11:19:45 | 25 | often a diagnosis of exclusion, so it's a |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 42

| | | |
|---|---|---|
| 11:19:48 | 1 | complicated thought process that we necessarily go |
| 11:19:53 | 2 | through to bring that into your differential. |
| 11:19:58 | 3 | Q.    Are you done with your answer? |
| 11:20:00 | 4 | A.    Yes. |
| 11:20:01 | 5 | Q.    Okay.  I don't want to cut you off. |
| 11:20:04 | 6 |        What role does the serum digoxin |
| 11:20:06 | 7 | concentration play in your analysis of whether a |
| 11:20:10 | 8 | patient is digoxin-toxic or not? |
| 11:20:18 | 9 | A.    Again, it's a hypothetical question |
| 11:20:25 | 10 | because the level would not be checked unless you |
| 11:20:28 | 11 | thought the patient was digoxin-toxic; so you're |
| 11:20:34 | 12 | asking me to answer a question in retrospect, which |
| 11:20:37 | 13 | is tough to do. |
| 11:20:38 | 14 | Q.    Well, do you ever draw levels just for |
| 11:20:40 | 15 | baseline purposes? |
| 11:20:41 | 16 | A.    No. |
| 11:20:41 | 17 | Q.    Do they do that in hospital, sometimes? |
| 11:20:46 | 18 | A.    No. |
| 11:20:47 | 19 | Q.    Well, if you believe -- if you, as a |
| 11:20:57 | 20 | clinician, are entertaining in your mind digoxin |
| 11:21:02 | 21 | toxicity in a differential diagnosis and you order a |
| 11:21:06 | 22 | digoxin level and it comes back at .5, what weight |
| 11:21:14 | 23 | do you give that level when you're assessing whether |
| 11:21:17 | 24 | you think it's digoxin toxicity? |
| 11:21:20 | 25 | A.    I would say a moderate amount of weight. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 43

11:21:24   1        Q.     All right.   And then what role in your
11:21:27   2   practice does the electrocardiogram play in
11:21:31   3   diagnosing digoxin toxicity?
11:21:39   4        A.     A less amount of weight than that.
11:21:41   5        Q.     Does digoxin toxicity have an ICD
11:21:45   6   diagnosis code?
11:21:47   7        A.     I don't know.
11:21:48   8        Q.     Is digoxin toxicity one of the most
11:22:00   9   common adverse drug reactions?
11:22:07  10        A.     No.   Not until recently.
11:22:11  11        Q.     Does digoxin toxicity occur with tablets
11:22:16  12   that are in the proper dose range?
11:22:20  13        A.     In my experience, very rarely.
11:22:21  14        Q.     How many times have you diagnosed
11:22:27  15   digoxin toxicity in your career?
11:22:32  16        A.     That's a hard question to answer because
11:22:44  17   digoxin toxicity is less a diagnosis than it is a
11:22:51  18   symptom or sign.
11:22:53  19              It's not necessarily something that
11:22:55  20   you would use as a diagnosis unless you are planning
11:22:58  21   on a specific treatment, for example, using an FAB
11:23:03  22   fragment to -- monoclonal antibody drug to treat the
11:23:10  23   digoxin toxicity syndrome; for example, polymorphic
11:23:13  24   v-tach or something.
11:23:17  25        Q.     Well, in those instances when you have

Reynolds M. Delgado III, M.D.

Page 44

| | | |
|---|---|---|
| 11:23:19 | 1 | diagnosed digoxin toxicity, did you assume that |
| 11:23:24 | 2 | whatever tablets your patient was taking were |
| 11:23:30 | 3 | somehow different from their labeled dose? |
| 11:23:34 | 4 | A.    I never made that assumption until it |
| 11:23:37 | 5 | was disclosed. |
| 11:23:39 | 6 | Q.    What do you mean, "disclosed"? |
| 11:23:41 | 7 | A.    When the warnings came out. |
| 11:23:43 | 8 | Q.    What warnings? |
| 11:23:44 | 9 | A.    The warnings came from our hospital, |
| 11:23:48 | 10 | St. Luke's Hospital, and from local pharmacies, |
| 11:23:52 | 11 | that -- |
| 11:23:52 | 12 | Q.    Are you talking about the Digitek |
| 11:23:54 | 13 | recall? |
| 11:23:55 | 14 | A.    -- that we should stop patients from |
| 11:23:58 | 15 | taking Digitek, yes. |
| 11:23:59 | 16 | Q.    Okay.  So you're talking about the |
| 11:24:01 | 17 | April 25th, 2008, recall? |
| 11:24:02 | 18 | A.    Correct. |
| 11:24:03 | 19 | Q.    All right.  But if in 2002, 2003, 2004, |
| 11:24:09 | 20 | et cetera, your patients demonstrated what you |
| 11:24:12 | 21 | thought was signs or symptoms of digoxin toxicity, |
| 11:24:17 | 22 | you didn't order some investigation into the potency |
| 11:24:21 | 23 | of their tablets, did you? |
| 11:24:22 | 24 | A.    No. |
| 11:24:23 | 25 | Q.    People can get digoxin-toxic for many |

Rennillo Deposition & Discovery
Cleveland 216.523.1313 www.rennillo.com    888.391.3376 (Depo)

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 45

11:24:28    1    reasons, correct?

11:24:28    2        A.    Yes.

11:24:35    3        Q.    All right.  So, for example, there are

11:24:38    4    certain other pharmaceutical products that patients

11:24:42    5    might be taking for their heart that could increase

11:24:47    6    the risk of digoxin toxicity because they decrease

11:24:51    7    renal clearance, correct?

11:24:53    8        A.    Yes.

11:24:54    9        Q.    So, for example, amiodarone is known to

11:24:59   10    decrease renal clearance, Coreg is known to decrease

11:25:04   11    renal clearance; and concomitantly taking either of

11:25:07   12    those drugs with digoxin could increase the risk of

11:25:10   13    toxicity, correct?

11:25:11   14        A.    I have to say no because the way you're

11:25:19   15    premising that question is wrong.

11:25:21   16        Q.    Okay.  What's wrong with my premise?

11:25:23   17        A.    The amiodarone does not have that effect

11:25:28   18    in increasing the risk of digitalis toxicity.

11:25:33   19        Q.    Isn't there a chart in Braunwald's

11:25:36   20    textbook that says it does?

11:25:38   21        A.    The way you stated it is wrong.  You

11:25:41   22    said that it decreases renal -- I forgot what you

11:25:45   23    said.

11:25:45   24        Q.    Clearance, I think.

11:25:46   25        A.    Clearance.  That's not correct.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 46

| | | |
|---|---|---|
| 11:25:49 | 1 | Q.    Well, okay.  Then let me go back to |
| 11:25:51 | 2 | square one. |
| 11:25:52 | 3 | Is amiodarone, through whatever |
| 11:25:56 | 4 | mechanism, known to increase the risk of digoxin |
| 11:25:59 | 5 | toxicity? |
| 11:25:59 | 6 | A.    Yes. |
| 11:26:00 | 7 | Q.    All right.  And if a patient, for |
| 11:26:04 | 8 | whatever reason, has acute renal failure or chronic |
| 11:26:08 | 9 | renal failure, they can get digoxin-toxic because of |
| 11:26:11 | 10 | that, correct? |
| 11:26:12 | 11 | A.    Yes. |
| 11:26:13 | 12 | Q.    Even if their pharmaceutical product is |
| 11:26:16 | 13 | appropriately labeled and appropriately dosed, |
| 11:26:19 | 14 | correct? |
| 11:26:20 | 15 | A.    Yes. |
| 11:26:21 | 16 | Q.    All right.  So just because somebody |
| 11:26:30 | 17 | manifests the signs or symptoms of digoxin toxicity |
| 11:26:33 | 18 | does not automatically mean that they have |
| 11:26:35 | 19 | inappropriately dosed digoxin product, correct? |
| 11:26:40 | 20 | A.    I'm sorry.  Repeat that. |
| 11:26:48 | 21 | Q.    That's fine. |
| 11:26:50 | 22 | If a patient comes into your |
| 11:26:53 | 23 | hospitals or your office and you believe, for |
| 11:26:56 | 24 | whatever reason, that they are demonstrating signs |
| 11:26:59 | 25 | or symptoms of digoxin toxicity, there's a number of |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                       Page  47

11:27:05     1    things you're going to do for them, correct?

11:27:08     2         A.     Yes.

11:27:08     3         Q.     One is going to be you're going to order

11:27:11     4    a serum digoxin concentration, correct?

11:27:13     5         A.     Perhaps.

11:27:15     6         Q.     All right.  You might order an

11:27:21     7    electrocardiogram?

11:27:22     8         A.     Yes.

11:27:22     9         Q.     You're likely to order a chemistry panel

11:27:25    10    to look at their electrolytes and their renal

11:27:30    11    function, correct?

11:27:30    12         A.     Yes.

11:27:31    13         Q.     So you're going to do an investigation

11:27:36    14    to see if you can understand why they're having

11:27:40    15    whatever these signs and symptoms are, correct?

11:27:42    16         A.     Yes.

11:27:42    17         Q.     In order to make an appropriate

11:27:44    18    diagnosis of what the problem might be?

11:27:47    19         A.     Yes.

11:27:47    20         Q.     And if it turns out to be some

11:27:54    21    electrolyte abnormality, you're going to try to

11:27:58    22    correct that, correct?

11:28:01    23         A.     Yes.

11:28:01    24         Q.     All right.  So, in other words, if a

11:28:03    25    patient has these signs and symptoms, you want to
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 48

| | | |
|---|---|---|
| 11:28:07 | 1 | get to the bottom of what the problem really is, |
| 11:28:09 | 2 | correct? |
| 11:28:10 | 3 | A.    Yes. |
| 11:28:10 | 4 | Q.    You don't just assume that it's a |
| 11:28:12 | 5 | defective pharmaceutical product, right? |
| 11:28:13 | 6 | A.    Correct. |
| 11:28:14 | 7 | Q.    Okay.  Is there any one serum digoxin |
| 11:28:25 | 8 | concentration level that is, per se, toxic? |
| 11:28:30 | 9 | A.    Depends on the patient. |
| 11:28:40 | 10 | Q.    Have you ever in your career encountered |
| 11:28:45 | 11 | a circumstance in which a digoxin level of less than |
| 11:28:48 | 12 | 4 was fatal? |
| 11:28:52 | 13 | A.    The digoxin level at a snapshot in time |
| 11:29:02 | 14 | is not a cause of fatality. |
| 11:29:05 | 15 | Q.    All right.  I understand that.  But if |
| 11:29:07 | 16 | you're concerned about digoxin toxicity and in the |
| 11:29:11 | 17 | workup you order an SDC and that patient happens to |
| 11:29:16 | 18 | die in a short time in relation to this incident, |
| 11:29:22 | 19 | have you ever encountered a circumstance in your own |
| 11:29:25 | 20 | practice where they had a serum digoxin |
| 11:29:30 | 21 | concentration less than 4, but you believe that they |
| 11:29:35 | 22 | died as a result of digoxin toxicity? |
| 11:29:39 | 23 | A.    Not that I can remember. |
| 11:29:41 | 24 | Q.    If you're going to draw a serum digoxin |
| 11:30:10 | 25 | concentration, is it true that in order to |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 49

| | | |
|---|---|---|
| 11:30:15 | 1 | accurately get the level, it should be drawn six to |
| 11:30:20 | 2 | eight hours after the last dose? |
| 11:30:22 | 3 | A.    Yes. |
| 11:30:22 | 4 | Q.    Have you ever made a report to the FDA |
| 11:30:51 | 5 | of an adverse drug reaction for any drug? |
| 11:30:54 | 6 | A.    Yes. |
| 11:30:56 | 7 | Q.    What drugs? |
| 11:30:58 | 8 | A.    I have been a principal investigator on |
| 11:31:06 | 9 | pharmaceutical trials, drug trials, and one of my |
| 11:31:11 | 10 | responsibilities in doing that was to submit SAEs |
| 11:31:18 | 11 | and AEs to the FDA. |
| 11:31:21 | 12 | Q.    How many times have you been an |
| 11:31:23 | 13 | investigator on pharmaceutical trials? |
| 11:31:24 | 14 | A.    Between five and ten, perhaps. |
| 11:31:30 | 15 | Q.    Are you at liberty to tell me what those |
| 11:31:33 | 16 | products were? |
| 11:31:35 | 17 | A.    I honestly don't know, to be honest. |
| 11:31:38 | 18 | Q.    Okay. |
| 11:31:38 | 19 | A.    It's so complicated, what the FDA rules |
| 11:31:42 | 20 | are regarding those trials. |
| 11:31:44 | 21 | Q.    Okay.  Have you ever made an adverse |
| 11:31:51 | 22 | reaction report regarding a digoxin product? |
| 11:32:00 | 23 | A.    No. |
| 11:32:00 | 24 | Q.    So I assume you never made any adverse |
| 11:32:03 | 25 | event reports regarding Mimi Rivera-Vega? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 50

| | | |
|---|---|---|
| 11:32:06 | 1 | A.      Correct. |
| 11:32:06 | 2 | Q.      Do you remember when you learned about |
| 11:32:15 | 3 | the Digitek recall? |
| 11:32:17 | 4 | A.      Roughly, April time frame of 2008. |
| 11:32:23 | 5 | Q.      All right.  After the Digitek recall, |
| 11:32:28 | 6 | did you or your colleagues -- let me withdraw that |
| 11:32:34 | 7 | question.  That was bad. |
| 11:32:36 | 8 | Around the time of the Digitek |
| 11:32:38 | 9 | recall, did you participate in any meetings with |
| 11:32:41 | 10 | your cardiology colleagues or the St. Luke's |
| 11:32:45 | 11 | Hospital pharmacy to discuss the recall and any |
| 11:32:50 | 12 | ramifications of the recall, whether those |
| 11:32:54 | 13 | ramifications had to do with your supply of digoxin |
| 11:32:58 | 14 | or patient care or anything else? |
| 11:33:00 | 15 | A.      No. |
| 11:33:01 | 16 | Q.      Did you have -- you or your office have |
| 11:33:14 | 17 | separate communication with patients regarding the |
| 11:33:20 | 18 | Digitek recall? |
| 11:33:21 | 19 | A.      Yes. |
| 11:33:21 | 20 | Q.      What communication -- I'm sorry. |
| 11:33:28 | 21 | Was it in writing? |
| 11:33:29 | 22 | A.      In some cases. |
| 11:33:31 | 23 | Q.      What communication did you have? |
| 11:33:33 | 24 | A.      Most commonly, patients would call us, |
| 11:33:42 | 25 | asking about it, and we would tell them to stop the |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

                                                    Page 51

11:33:46   1   Digitek and write them a new prescription for

11:33:49   2   another brand of digoxin.

11:33:53   3              Often, it would be done during a

11:33:56   4   clinic visit, face to face.  And then in other

11:33:59   5   circumstances, in the normal course of going through

11:34:02   6   charts, we'd find someone who was on the drug and

11:34:05   7   we'd either send them a letter or call them --

11:34:09   8       Q.    Okay.

11:34:09   9       A.    -- or notify them.

11:34:11   10      Q.    Okay.  Now, I don't know how many

11:34:12   11  patients you had, but how would you and your office

11:34:15   12  staff know who was taking Digitek, who was taking

11:34:21   13  Lanoxin, who was taking Jerome Stevens

11:34:25   14  Pharmaceuticals' product, who was caking Caraco's

11:34:27   15  product, et cetera?

11:34:29   16      A.    It's difficult, and it was obvious in

11:34:35   17  some cases.  It was written in the chart as

11:34:41   18  "Digitek," and in cases where patients would bring

11:34:44   19  in their pill bottles and you would see the specific

11:34:48   20  name.  But it's difficult.

11:34:50   21      Q.    Okay.  Did you ever -- have you ever

11:34:59   22  taken a Digitek tablet and measured it with a

11:35:02   23  micrometer?

11:35:03   24      A.    No.

11:35:03   25      Q.    Have you ever weighed one on a scale?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 52

11:35:05    1        A.      No.

11:35:05    2        Q.      Have you ever sent any Digitek tablets

11:35:09    3    to a laboratory for potency or content uniformity

11:35:14    4    analysis?

11:35:15    5        A.      No.

11:35:15    6        Q.      Have you ever talked with anyone at

11:35:21    7    Actavis or Mylan about the recall?

11:35:24    8        A.      No.

11:35:24    9        Q.      Okay.  Let's change gears again here.

11:35:43   10                MR. WILLIAMSON:  A good time for a

11:35:45   11    break?

11:35:46   12                MR. MORIARTY:  I'm sorry?

11:35:47   13                MR. WILLIAMSON:  Good time for a

11:35:48   14    break, if you're changing gears?

11:35:50   15                MR. MORIARTY:  Sure.  We can break

11:35:52   16    whenever you want.

11:35:53   17                (Recess taken, 11:35 a.m. to

11:49:00   18    11:49 a.m.)

11:49:00   19    BY MR. MORIARTY:

11:49:02   20        Q.      All right, Doctor.  You know, give me a

11:49:09   21    break and I find something else to ask you before I

11:49:11   22    do change gears.

11:49:13   23                First of all, I was asking you

11:49:15   24    earlier on about medical records in general.  When

11:49:18   25    you see a patient and you're just taking a history

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                    Page 53
11:49:23    1    and doing a physical examination and it's some sort
11:49:30    2    of an acute illness visit, I assume that, in your
11:49:36    3    mind, you're at least going through that
11:49:38    4    differential diagnosis process?
11:49:43    5         A.    Yes.
11:49:44    6         Q.    And then either as reflected in your
11:49:46    7    plan or possibly reflected right in the chart would
11:49:50    8    be the differential diagnosis or the possible
11:49:56    9    diagnosis?
11:49:57   10         A.    Yes.
11:49:57   11         Q.    And then ultimately when you come to a
11:49:59   12    diagnosis, you chart that in your records?
11:50:03   13         A.    Yes.
11:50:04   14         Q.    So that the plan for treating the
11:50:08   15    diagnosis takes off from that point, right?
11:50:11   16         A.    Yes.
11:50:12   17         Q.    Okay.  Now, I was asking you some
11:50:16   18    questions earlier about how many of your patients
11:50:19   19    had had digoxin toxicity, things of that nature.  In
11:50:27   20    your career as a cardiologist, have you ever
11:50:31   21    diagnosed digoxin toxicity as a cause of a patient's
11:50:35   22    death?
11:50:36   23         A.    Not that I can remember.
11:50:44   24         Q.    Have you ever diagnosed digoxin failure,
11:50:50   25    if you will, subtherapeutic digoxin, as a cause of
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 54

| | | |
|---|---|---|
| 11:50:57 | 1 | somebody's death? |
| 11:50:58 | 2 | A.    No. |
| 11:50:58 | 3 | Q.    Have you ever diagnosed that somebody |
| 11:51:01 | 4 | needed a heart transplant because of either digoxin |
| 11:51:06 | 5 | toxicity or digoxin failure? |
| 11:51:09 | 6 | A.    No. |
| 11:51:14 | 7 | Q.    All right.  Let's talk about Mimi for a |
| 11:51:22 | 8 | little bit. |
| 11:51:24 | 9 | Do you call her diagnosis postpartum |
| 11:51:28 | 10 | cardiomyopathy or peripartum cardiomyopathy? |
| 11:51:37 | 11 | A.    You can use either term. |
| 11:51:39 | 12 | Q.    Do you, when you're talking with your |
| 11:51:42 | 13 | colleagues, call it PPCM? |
| 11:51:44 | 14 | A.    No.  In general, I would say nonischemic |
| 11:51:50 | 15 | cardiomyopathy. |
| 11:51:51 | 16 | Q.    NICM? |
| 11:51:54 | 17 | A.    Correct. |
| 11:51:55 | 18 | Q.    It may even be easier for me to use the |
| 11:51:58 | 19 | words than those abbreviations, because I'm bound to |
| 11:52:03 | 20 | mess that up. |
| 11:52:03 | 21 | When you were treating Mimi |
| 11:52:07 | 22 | Rivera-Vega, was she ever enrolled in any clinical |
| 11:52:10 | 23 | trials? |
| 11:52:23 | 24 | A.    I can't remember. |
| 11:52:23 | 25 | Q.    Would your -- let's assume she was |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 55

11:52:26  1   enrolled in a clinical trial.  Would there be a
11:52:28  2   separate file for her in the clinical trial folders?
11:52:34  3        A.    If she was, yes.  I just can't remember
11:52:41  4   if she was.
11:52:42  5        Q.    So, for example, you may have a nurse
11:52:43  6   who's your research coordinator, and they may have a
11:52:46  7   file drawer of the 50 patients enrolled in the
11:52:49  8   whatever trial; there would be a folder for Mimi in
11:52:52  9   there?
11:52:52  10       A.    Correct.
11:52:53  11       Q.    Okay.  What would you have to do at your
11:52:56  12   office to determine whether she was ever enrolled in
11:53:07  13   any clinical trials?
11:53:09  14       A.    I would have to communicate with the
11:53:12  15   cardiology research department in Texas Heart
11:53:15  16   Institute.
11:53:15  17       Q.    Okay.  I'm sorry to put that burden on
11:53:17  18   you, but I'd like you to do that, if you could,
11:53:19  19   because we may have to seek those records, if
11:53:26  20   appropriate --
11:53:26  21       A.    Yes.
11:53:27  22       Q.    -- okay?
11:53:27  23       A.    Yes.
11:53:27  24       Q.    And then all you have to do is let
11:53:29  25   Mr. Williamson know, and he'll let me know, okay?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 56

| | | |
|---|---|---|
| 11:53:33 | 1 | A.    Yes. |
| 11:53:33 | 2 | Q.    And if you encounter anything in your |
| 11:53:35 | 3 | medical records that you brought today that leads |
| 11:53:37 | 4 | you to think that she was involved in a trial, let |
| 11:53:40 | 5 | me know, okay? |
| 11:53:41 | 6 | A.    Yes. |
| 11:53:45 | 7 | THE WITNESS:  Can I get a notepad, |
| 11:53:47 | 8 | just to make a note for myself? |
| 11:53:49 | 9 | MR. MORIARTY:  Sure. |
| 11:53:52 | 10 | THE WITNESS:  Sorry. |
| 11:53:53 | 11 | MR. WILLIAMSON:  Got a pen? |
| 11:54:03 | 12 | BY MR. MORIARTY: |
| 11:54:03 | 13 | Q.    How many cases of postpartum |
| 11:54:06 | 14 | cardiomyopathy do you think you have diagnosed and |
| 11:54:10 | 15 | treated in your career? |
| 11:54:11 | 16 | A.    Over a hundred. |
| 11:54:12 | 17 | Q.    Have you ever published about postpartum |
| 11:54:20 | 18 | cardiomyopathy? |
| 11:54:20 | 19 | A.    Not specifically about the syndrome. |
| 11:54:23 | 20 | Q.    All right.  Once the patient has it, is |
| 11:54:25 | 21 | it addressed substantially differently than any |
| 11:54:31 | 22 | other form of nonischemic cardiomyopathy? |
| 11:54:36 | 23 | A.    No, not substantially differently. |
| 11:54:38 | 24 | Q.    Okay.  So for purposes of Mimi's case, |
| 11:54:43 | 25 | the etiology or the timing of her heart failure is |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 57

11:54:49    1    of some historical interest, but the treatment of it

11:54:52    2    isn't substantially different from what you would do

11:54:55    3    with other heart-failure patients, correct?

11:54:57    4         A.    Correct.

11:54:57    5         Q.    Do you know, though, who first diagnosed

11:55:05    6    her with postpartum cardiomyopathy?

11:55:09    7         A.    I don't remember.

11:55:09    8         Q.    Do you know who treated her for that

11:55:11    9    between 1996, when it reputedly began, and when you

11:55:18   10    started seeing her in 2002?

11:55:19   11         A.    I don't remember.

11:55:20   12         Q.    Is there anything in your record that

11:55:22   13    indicates how she came to you as a patient, whether

11:55:27   14    by referral or directly?

11:55:32   15         A.    I do know that I was taking care of her

11:55:36   16    father as a patient, so I believe she was a direct

11:55:41   17    referral, meaning --

11:55:42   18         Q.    Sure.

11:55:43   19         A.    -- she came to see me.

11:55:46   20         Q.    Okay.  If she was seeing another

11:55:52   21    cardiologist, would you have -- would your office

11:55:54   22    practice have routinely tried to obtain prior

11:55:58   23    records?

11:55:59   24         A.    Yes.

11:56:00   25         Q.    All right.  Now, in my copy of your

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 58

| | | |
|---|---|---|
| 11:56:02 | 1 | office chart, there are no such records, but I know |
| 11:56:07 | 2 | that sometimes doctors' offices do not duplicate the |
| 11:56:12 | 3 | records of others, for whatever reason.  Can you |
| 11:56:16 | 4 | look in your purple binder there and see if there |
| 11:56:19 | 5 | are prior records for treatment of postpartum |
| 11:56:24 | 6 | cardiomyopathy before 2002? |
| 11:56:41 | 7 | (Witness reviews document.) |
| 11:59:24 | 8 | BY MR. MORIARTY: |
| 11:59:24 | 9 | Q.    Finding anything there? |
| 11:59:25 | 10 | A.    No, nothing. |
| 11:59:26 | 11 | Q.    All right.  Then let's move on. |
| 11:59:42 | 12 | Do you know anything about the level |
| 11:59:47 | 13 | of her left ventricular function when she was first |
| 11:59:53 | 14 | diagnosed, prior to coming to you? |
| 11:59:56 | 15 | A.    No. |
| 11:59:58 | 16 | Q.    Does postpartum cardiomyopathy have a |
| 12:00:08 | 17 | high mortality rate? |
| 12:00:09 | 18 | A.    Yes. |
| 12:00:09 | 19 | Q.    Why? |
| 12:00:10 | 20 | A.    It can lead to shock and multi-system |
| 12:00:21 | 21 | organ failure early in its course. |
| 12:00:23 | 22 | Q.    Okay.  Did you say "multi-system organ |
| 12:00:25 | 23 | failure"? |
| 12:00:25 | 24 | A.    Yes. |
| 12:00:26 | 25 | Q.    All right.  Did you ever form any |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 59

12:00:31    1    opinion to a medical probability about the cause of

12:00:33    2    her postpartum cardiomyopathy?

12:00:35    3        A.    You mean that she had a baby?

12:00:44    4        Q.    Well, other than that.

12:00:47    5        A.    No.

12:00:48    6        Q.    Okay.  I mean, do they even -- do your

12:00:52    7    cardiology colleagues even know what the exact

12:00:56    8    mechanisms are that relate the pregnancy to the

12:01:00    9    postpartum cardiomyopathy?

12:01:03    10       A.    Yes.  It is mechanistically understood,

12:01:10    11   to some degree, as a form of molecular mimicry in

12:01:15    12   which modules which are antigens on the surface of

12:01:19    13   cells of the baby are mixed with the mother, and the

12:01:25    14   mother forms an auto antibody based on those auto

12:01:30    15   antigens, which are similar in characteristic to

12:01:32    16   antigens on our own heart muscle cells, and there's

12:01:37    17   some mimicry and cross-reaction that occurs that

12:01:39    18   leads to acute heart failure.

12:01:48    19       Q.    Sounds remotely similar to what they

12:01:51    20   figured out years and years ago about hemolytic

12:01:54    21   disease of the newborn, correct, some sort of auto

12:01:58    22   antibodies between mother and child?

12:02:02    23       A.    I would say remotely.  That's -- it's --

12:02:06    24   that's a very different syndrome.

12:02:08    25       Q.    Okay.  So in your office records -- and

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 60

12:02:23  1   I have a set that is --

12:02:31  2                    MR. MORIARTY:  Is that this other

12:02:32  3   set?

12:02:33  4                    MS. AHERN:  Yeah.

12:02:33  5   BY MR. MORIARTY:

12:02:34  6        Q.    I have a set of the office records from

12:02:36  7   you that were produced in this case, and they have

12:02:39  8   been Bates-stamped, okay?  These numbers down here.

12:02:46  9   So it might be easier for us to work off the same

12:02:49  10  set, if possible.

12:02:50  11       A.    Yes.

12:02:50  12       Q.    And I put those in front of you.  I'd

12:02:54  13  like you to go to June 2002 and look at either your

12:03:01  14  office note or the echocardiogram that you ordered,

12:03:08  15  and tell me what the significance of her ejection

12:03:15  16  fraction was.

12:03:16  17                   MR. WILLIAMSON:  Could you give me a

12:03:18  18  Bates-stamp number?

12:03:19  19                   MR. MORIARTY:  Yes, I will, as soon

12:03:21  20  as I can figure that out.  I believe that it is --

12:03:47  21  well, actually, I can't tell you.

12:03:55  22       A.    I see an echocardiogram, 9/02, 9/11/02.

12:04:03  23  BY MR. MORIARTY:

12:04:03  24       Q.    Okay.  That's fine.  What is it, then,

12:04:05  25  zero, or is it less than 20%?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 61

| | | |
|---|---|---|
| 12:04:06 | 1 | A.      Less than 20% ejection fraction. |
| 12:04:10 | 2 | Q.      Oh.  9/11/02. |
| 12:04:12 | 3 | MR. MORIARTY:  Jimmy, that would be |
| 12:04:14 | 4 | MVDCA:0096. |
| 12:04:18 | 5 | MR. WILLIAMSON:  Thank you. |
| 12:04:19 | 6 | MR. MORIARTY:  Okay. |
| 12:04:19 | 7 | BY MR. MORIARTY: |
| 12:04:19 | 8 | Q.      What's the significance of that ejection |
| 12:04:21 | 9 | fraction? |
| 12:04:22 | 10 | A.      Significance to? |
| 12:04:32 | 11 | Q.      Her condition, her function, her heart |
| 12:04:35 | 12 | function, her prognosis.  What is its significance |
| 12:04:41 | 13 | to you, as a cardiologist? |
| 12:04:43 | 14 | A.      It indicates to me that she has |
| 12:04:49 | 15 | postpartum -- or nonischemic cardiomyopathy. |
| 12:04:56 | 16 | Q.      Is it severe? |
| 12:04:57 | 17 | A.      Is heart failure severe, you mean? |
| 12:05:02 | 18 | Q.      Does the function of her heart, as |
| 12:05:06 | 19 | measured by the echocardiogram, indicate severe |
| 12:05:12 | 20 | postpartum cardiomyopathy or severe heart failure? |
| 12:05:15 | 21 | A.      No. |
| 12:05:16 | 22 | Q.      How would you characterize her heart |
| 12:05:19 | 23 | failure as of September of 2002? |
| 12:05:23 | 24 | A.      Nonischemic cardiomyopathy. |
| 12:05:32 | 25 | Q.      You don't characterize it as mild, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 62

| 12:05:34 | 1 | moderate or severe? |
| 12:05:35 | 2 | A.      The ejection fraction is severely |
| 12:05:42 | 3 | impaired. |
| 12:05:43 | 4 | Q.      Okay. |
| 12:05:47 | 5 | A.      That has nothing to do with anything |
| 12:05:49 | 6 | else. |
| 12:05:50 | 7 | Q.      All right.  And then back at |
| 12:06:03 | 8 | page MVDCA:98, which is a few pages back from that |
| 12:06:06 | 9 | echocardiogram -- no, I'm sorry, forward, towards |
| 12:06:09 | 10 | the front of this.  It's kind of an odd photocopied |
| 12:06:16 | 11 | page, but it's an MVO2 exercise stress test report. |
| 12:06:21 | 12 | A.      What was the number, again?  I'm sorry. |
| 12:06:22 | 13 | Q.      Well, my binder may be out of numeric |
| 12:06:26 | 14 | order. |
| 12:06:26 | 15 | A.      Yeah. |
| 12:06:26 | 16 | Q.      So if you go back to the beginning of |
| 12:06:28 | 17 | the binder, it's maybe six pages back. |
| 12:06:36 | 18 | A.      Yes. |
| 12:06:36 | 19 | Q.      All right.  I assume you ordered this as |
| 12:06:38 | 20 | some sort of baseline evaluation of her function, |
| 12:06:41 | 21 | correct? |
| 12:06:42 | 22 | A.      No. |
| 12:06:43 | 23 | Q.      Why was this ordered? |
| 12:06:44 | 24 | A.      This is a prognostic test. |
| 12:06:49 | 25 | Q.      All right.  And based on the results of |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 63

12:06:53  1    this exercise stress test report, what prognostic

12:06:57  2    information did it give you about her condition?

12:07:01  3        A.    Good.   Her prognosis is good, based on

12:07:05  4    this, as of that date.

12:07:06  5        Q.    And what do you mean by "good"?

12:07:09  6        A.    The --

12:07:14  7        Q.    And I assume everything is relative

12:07:18  8    here, so what do you mean by "good"?

12:07:21  9        A.    Yes.   Excuse me for one second.

12:07:25  10                  (Witness reviews document.)

12:07:29  11       A.    It's not in the output of this report

12:07:54  12   because at that time we weren't doing it, but now we

12:07:58  13   do.   We actually state the prognosis numbers

12:08:02  14   specifically.

12:08:03  15                  But to make a long story short, an

12:08:07  16   MVO2 of 16.5 at that time with an RQ of .96

12:08:13  17   indicates that her medium- and long-term prognosis

12:08:16  18   is good.   Her chances of dying are low.

12:08:20  19   BY MR. MORIARTY:

12:08:21  20       Q.    Okay.   But obviously it says her

12:08:23  21   exercise tolerance is poor, correct, the report

12:08:28  22   itself?

12:08:29  23       A.    Do you see a --

12:08:32  24       Q.    Page 98, MVDCA:98.   It should be the

12:08:39  25   other direction, Doctor.   The other direction.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 64

| | | |
|---|---|---|
| 12:08:44 | 1 | A.     This way? |
| 12:08:44 | 2 | Q.     Yes.  My copy is, I think, one back. |
| 12:08:50 | 3 | It's a very unusual copy.  Looks like this.  Can you |
| 12:08:56 | 4 | see that? |
| 12:08:57 | 5 | A.     Oh, yeah.  Okay. |
| 12:08:59 | 6 | Q.     Yeah.  Right in the middle, it says, |
| 12:09:03 | 7 | "Exercise tolerance, poor."  You see that, under |
| 12:09:09 | 8 | "Interpretation"? |
| 12:09:10 | 9 | A.     Yes. |
| 12:09:10 | 10 | Q.     Okay. |
| 12:09:11 | 11 | A.     Yes. |
| 12:09:11 | 12 | Q.     So what this is telling you is that her |
| 12:09:17 | 13 | short-term mortality is not an overwhelming concern |
| 12:09:22 | 14 | from a cardiology standpoint, correct? |
| 12:09:24 | 15 | A.     Medium- and long-term. |
| 12:09:27 | 16 | Q.     Okay.  And "medium- and long-term" |
| 12:09:30 | 17 | meaning what, in your world? |
| 12:09:31 | 18 | A.     Six months to five years. |
| 12:09:34 | 19 | Q.     In order for her to have this good |
| 12:09:39 | 20 | prognosis, is she supposed to participate in any |
| 12:09:42 | 21 | particular therapies? |
| 12:09:47 | 22 | A.     That is not specifically required.  The |
| 12:09:55 | 23 | results and the ability of this test to |
| 12:09:58 | 24 | prognosticate are based on prior studies done. |
| 12:10:04 | 25 | Q.     Prior what? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 65

| | | |
|---|---|---|
| 12:10:05 | 1 | A.      Is based on prior studies done. |
| 12:10:07 | 2 | Q.      Okay.  But certainly, given the degree |
| 12:10:12 | 3 | of her disease at that point, she's going to need |
| 12:10:14 | 4 | medical management? |
| 12:10:15 | 5 | A.      Yes. |
| 12:10:16 | 6 | Q.      Okay.  Did her ejection fraction or her |
| 12:10:21 | 7 | left ventricular function ever improve? |
| 12:10:28 | 8 | A.      No. |
| 12:10:29 | 9 | Q.      In fact, they deteriorated, did they |
| 12:10:31 | 10 | not? |
| 12:10:32 | 11 | A.      No. |
| 12:10:32 | 12 | Q.      Didn't she ultimately deteriorate to the |
| 12:10:36 | 13 | point where she had no native heart function? |
| 12:10:40 | 14 | A.      You said "ejection fraction," as I |
| 12:10:44 | 15 | remember.  I may have -- |
| 12:10:45 | 16 | Q.      I said "ejection fraction" and "left |
| 12:10:47 | 17 | ventricular function." |
| 12:10:48 | 18 | A.      Those are two different things. |
| 12:10:50 | 19 | Q.      I understand that, but... |
| 12:10:52 | 20 | A.      Yeah. |
| 12:10:52 | 21 | Q.      Okay. |
| 12:10:52 | 22 | MR. WILLIAMSON:  He -- I'm sure he |
| 12:10:54 | 23 | can rephrase it. |
| 12:10:56 | 24 | MR. MORIARTY:  That's fine. |
| 12:10:57 | 25 | THE WITNESS:  Would you please just |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 66

| | | |
|---|---|---|
| 12:10:58 | 1 | restate the question?  I don't understand it. |
| 12:11:01 | 2 | BY MR. MORIARTY: |
| 12:11:01 | 3 | Q.    Well, did her heart function overall |
| 12:11:03 | 4 | deteriorate? |
| 12:11:09 | 5 | A.    I'm not sure how to answer that, either. |
| 12:11:11 | 6 | In February -- January-February '08, she went into |
| 12:11:17 | 7 | cardiogenic shock and required placement of a |
| 12:11:22 | 8 | defibrillator. |
| 12:11:22 | 9 | Q.    Okay.  Well, let me ask it this way |
| 12:11:24 | 10 | because I'm looking at this, obviously, not as a |
| 12:11:26 | 11 | cardiologist.  I see Ms. Rivera-Vega going to an |
| 12:11:31 | 12 | implantable cardiac defibrillator, and then an LVAD; |
| 12:11:40 | 13 | she had home IV inotropic therapy.  Are those |
| 12:11:46 | 14 | indicators of deteriorating heart function? |
| 12:11:49 | 15 | A.    The LVAD is. |
| 12:11:52 | 16 | Q.    Why isn't the need for home IV inotropic |
| 12:11:57 | 17 | therapy an indicator of deteriorating heart |
| 12:12:00 | 18 | function? |
| 12:12:00 | 19 | A.    Depends how you use it.  In most cases, |
| 12:12:06 | 20 | inotropic therapy, home IV inotropic therapy, is |
| 12:12:10 | 21 | used as either palliative care or |
| 12:12:15 | 22 | bridge-to-transplant.  So it's not an indicator of |
| 12:12:19 | 23 | worsening function; it's used to achieve a specific |
| 12:12:25 | 24 | goal. |
| 12:12:25 | 25 | Q.    Okay.  In the population of patients who |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 67

12:12:29  1   have the degree of heart disease that she had when

12:12:34  2   you first saw her in 2002, what percentage of those

12:12:39  3   patients are likely going to ultimately need

12:12:44  4   bridge-to-transplant therapy or a transplant?

12:12:48  5        A.      It widely depends on a number of

12:12:52  6   factors.

12:12:54  7        Q.      Give me a couple of the factors it

12:12:56  8   depends on.

12:12:56  9        A.      The key one is nonischemic

12:13:01  10  cardiomyopathy.  That is the key one, it being of a

12:13:04  11  nonischemic etiology.  The other key thing in her

12:13:06  12  point -- to her favor was that she had postpartum

12:13:09  13  cardiomyopathy.

12:13:09  14       Q.      Okay.

12:13:12  15       A.      Her age is another good factor.

12:13:14  16       Q.      All right.  So does that mean that there

12:13:17  17  is a -- so in a patient population who had

12:13:23  18  postpartum cardiomyopathy, nonischemic, who have her

12:13:27  19  degree of function in 2002, what percentage of those

12:13:30  20  are going to go on to need bridge-to-transplant

12:13:34  21  therapy or a transplant?

12:13:35  22       A.      That's the key, because it depends on

12:13:38  23  when they develop the postpartum cardiomyopathy.

12:13:42  24  The point being that postpartum cardiomyopathy has a

12:13:45  25  high mortality because of an early death hazard, and

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 68

12:13:48    1    if you pass that early death hazard, then your risk

12:13:51    2    after that is very low.

12:13:52    3         Q.    And what's the early phase?

12:13:55    4         A.    First few weeks, postpartum.

12:14:00    5         Q.    Okay.  So once she gets out into 1997

12:14:02    6    and beyond, she's not at a high mortality risk,

12:14:08    7    correct?

12:14:08    8         A.    Better stated, 1992 -- or, I'm sorry,

12:14:12    9    2002, when I started seeing her.

12:14:14   10         Q.    Sure.  Okay.

12:14:15   11              But if she was diagnosed in '96 or

12:14:19   12    had the onset of this disease in 1996, by the time

12:14:23   13    she sees you, she's no longer in this high mortality

12:14:27   14    risk category?

12:14:28   15         A.    Yes.

12:14:29   16         Q.    All right.  Was she getting digoxin in

12:14:37   17    19- -- I'm sorry, 2002?

12:14:39   18         A.    I would have to look at the notes.

12:14:44   19         Q.    All right.  I'd like you to go to

12:14:46   20    page 139, which is actually the first page of actual

12:14:53   21    medical records in that binder.  There's a couple of

12:14:59   22    administrative pages you have to go by.  Two back.

12:15:03   23    No, right by your first -- you see that?

12:15:07   24         A.    Yes.

12:15:07   25         Q.    Okay.  July 15th, 2002?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                      Page 69
12:15:12   1        A.      Yes.

12:15:12   2        Q.      It goes down on the left under

12:15:15   3    "Medications."

12:15:15   4        A.      Yes.

12:15:16   5        Q.      It says, "Digoxin, question mark,"

12:15:18   6    correct?  You see that?

12:15:19   7        A.      Yes.

12:15:20   8        Q.      And that's actually part of the form, is

12:15:22   9    it not?

12:15:22  10        A.      Yes.

12:15:22  11        Q.      And it indicates .125 milligrams every

12:15:28  12    day?

12:15:28  13        A.      Yes.

12:15:28  14        Q.      Do you have any way to know what brand

12:15:37  15    of digoxin product she was getting at that point?

12:15:41  16        A.      No.

12:15:41  17        Q.      Okay.  All right.  I'm going to step

12:15:44  18    over there and ask you some questions about some

12:15:51  19    sheets, and I'll...

12:16:06  20                    MR. MORIARTY:  Here, Jimmy.

12:16:08  21                    MR. WILLIAMSON:  Is that my copy?

12:16:09  22                    MR. MORIARTY:  Yeah.

12:16:10  23                    MR. WILLIAMSON:  Thank you.

12:16:10  24                    (Delgado Deposition Exhibit 1

12:16:11  25    marked.)
```

Reynolds M. Delgado III, M.D.

Page 70

12:16:11   1    BY MR. MORIARTY:

12:16:11   2        Q.    I've had these marked as -- this one is

12:16:14   3    called Delgado No. 1.  All right.

12:16:18   4              Do you recognize this as a

12:16:20   5    medication administration record form?

12:16:24   6        A.    Yes.

12:16:24   7        Q.    And I believe this is from St. Luke's

12:16:27   8    Hospital in January of 2008, okay?  There's no year

12:16:35   9    on it --

12:16:36  10        A.    Actually, it's '07.

12:16:38  11        Q.    Oh, this is January of '07?

12:16:40  12        A.    No, wait a minute.  You may be right.  I

12:16:43  13    was looking at the 7 there.  Yeah, you're right.

12:16:44  14        Q.    I'm pretty sure this is 2008.

12:16:46  15        A.    Correct.

12:16:47  16        Q.    So down here, you see it says "Digoxin

12:16:52  17    (Digitek)."  Do you see that?

12:16:54  18        A.    Yes.

12:17:00  19        Q.    Now, at St. Luke's Hospital, do they

12:17:03  20    code these MAR sheets to actually coincide with the

12:17:11  21    brand that is being dispensed from the pharmacy?

12:17:17  22        A.    I don't know.

12:17:21  23        Q.    All right.  Well, you know that there

12:17:25  24    are a number of digoxin tablet brands available,

12:17:29  25    correct?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                    Page 71
```

| | | |
|---|---|---|
| 12:17:29 | 1 | A.      Correct. |
| 12:17:29 | 2 | (Delgado Deposition Exhibit 2 |
| 12:17:29 | 3 | marked.) |
| 12:17:30 | 4 | BY MR. MORIARTY: |
| 12:17:30 | 5 | Q.      Okay.  So on Exhibit 2, which is from |
| 12:17:39 | 6 | February of 2008 at St. Luke's Hospital -- |
| 12:17:44 | 7 | A.      Right. |
| 12:17:44 | 8 | Q.      -- here it says "Digoxin tablet |
| 12:17:50 | 9 | (Lanoxin)."  Do you see that? |
| 12:17:52 | 10 | A.      Yes. |
| 12:17:52 | 11 | Q.      All right.  Do you know whether, in |
| 12:17:54 | 12 | fact, at that point, she was getting the brand name |
| 12:17:58 | 13 | Lanoxin? |
| 12:18:00 | 14 | A.      I would believe so, based on this.  I |
| 12:18:03 | 15 | know that the hospital went back and forth between |
| 12:18:07 | 16 | different brands around this time.  And when they |
| 12:18:09 | 17 | communicated to us that they had been using the |
| 12:18:14 | 18 | Digitek brand, that's what made me know that they |
| 12:18:17 | 19 | had been using that. |
| 12:18:17 | 20 | (Delgado Deposition Exhibit 3 |
| 12:18:17 | 21 | marked.) |
| 12:18:17 | 22 | BY MR. MORIARTY: |
| 12:18:17 | 23 | Q.      Okay.  So we can ultimately confirm this |
| 12:18:19 | 24 | with the pharmacy, but I've got you here today.  So |
| 12:18:23 | 25 | if I go to Exhibit 3, which is from February of |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 72

| | | |
|---|---|---|
| 12:18:30 | 1 | 2008, when she was back in St. Luke's, here it |
| 12:18:34 | 2 | says -- on this medication record, it says "Digitek |
| 12:18:38 | 3 | (Digoxin)," correct? |
| 12:18:42 | 4 | A.    Yes. |
| 12:18:42 | 5 | Q.    All right.  And do you know whether or |
| 12:18:46 | 6 | not, in fact, that's the Digitek brand that she was |
| 12:18:49 | 7 | being administered while an inpatient at that point? |
| 12:18:52 | 8 | A.    Yes. |
| 12:18:52 | 9 | Q.    You think she was? |
| 12:18:55 | 10 | A.    Yes. |
| 12:18:55 | 11 | (Delgado Deposition Exhibit 4 |
| 12:18:55 | 12 | marked.) |
| 12:18:55 | 13 | BY MR. MORIARTY: |
| 12:18:55 | 14 | Q.    All right.  So if I went through to |
| 12:18:57 | 15 | Exhibit 4, this one, again, says "Digitek |
| 12:19:02 | 16 | (Digoxin)."  Do you see that? |
| 12:19:05 | 17 | A.    Yes. |
| 12:19:05 | 18 | (Delgado Deposition Exhibit 5 |
| 12:19:05 | 19 | marked.) |
| 12:19:05 | 20 | BY MR. MORIARTY: |
| 12:19:05 | 21 | Q.    And then on this one, which is April -- |
| 12:19:17 | 22 | I don't know why I even marked this one.  Oh.  At |
| 12:19:19 | 23 | the top, it says "Digoxin (Digitek)."  Do you see |
| 12:19:26 | 24 | that? |
| 12:19:26 | 25 | A.    Yes. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 73

| | | |
|---|---|---|
| 12:19:26 | 1 | (Delgado Deposition Exhibit 6 |
| 12:19:26 | 2 | marked.) |
| 12:19:26 | 3 | BY MR. MORIARTY: |
| 12:19:26 | 4 | Q.    And on Delgado Exhibit 6, which is from |
| 12:19:29 | 5 | the summer of 2008, here it just says "Digoxin," |
| 12:19:35 | 6 | correct? |
| 12:19:36 | 7 | A.    Yes. |
| 12:19:36 | 8 | Q.    There's no brand indicated anywhere, |
| 12:19:39 | 9 | right? |
| 12:19:39 | 10 | A.    Yes. |
| 12:19:39 | 11 | Q.    And, of course, we know by then, the |
| 12:19:42 | 12 | Digitek had been recalled and shouldn't have been |
| 12:19:46 | 13 | dispensed from the pharmacy at St. Luke's, right? |
| 12:19:49 | 14 | A.    Correct. |
| 12:19:49 | 15 | Q.    Do you know anything about when |
| 12:19:56 | 16 | St. Luke's in-house pharmacy pulled Digitek from the |
| 12:20:02 | 17 | availability to give to the floors? |
| 12:20:04 | 18 | A.    No, I'm not that in tune with how they |
| 12:20:10 | 19 | run the pharmacy and the hospital.  I just know that |
| 12:20:13 | 20 | they communicated to us in approximately April the |
| 12:20:18 | 21 | recall -- |
| 12:20:18 | 22 | Q.    Okay. |
| 12:20:18 | 23 | A.    -- and that they had drug in the |
| 12:20:21 | 24 | hospital that they were stopping. |
| 12:20:22 | 25 | Q.    Sure. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 74

| | | |
|---|---|---|
| 12:20:25 | 1 | Do you know whether St. Luke's |
| 12:20:26 | 2 | pharmacy dispensed its Lanoxin products -- I'm |
| 12:20:31 | 3 | sorry.  Withdraw that question. |
| 12:20:32 | 4 | Do you know whether the St. Luke's |
| 12:20:35 | 5 | pharmacy dispensed its digoxin products in bottles |
| 12:20:40 | 6 | or in blister packs? |
| 12:20:42 | 7 | A.    No.  And it would depend.  Some were IV, |
| 12:20:47 | 8 | in fact, and some were a liquid form. |
| 12:20:49 | 9 | Q.    Sure. |
| 12:20:50 | 10 | But when it was tablets, you don't |
| 12:20:52 | 11 | know how -- in what format it was dispensed? |
| 12:20:55 | 12 | A.    Correct. |
| 12:20:55 | 13 | Q.    All right.  So let's go back to this |
| 12:21:05 | 14 | note I was asking you about, MVDCA:139.  She was |
| 12:21:11 | 15 | also on Prinivil, correct? |
| 12:21:14 | 16 | A.    Yes. |
| 12:21:14 | 17 | Q.    What is that? |
| 12:21:15 | 18 | A.    It's an ACE inhibitor.  A-C-E, capital. |
| 12:21:18 | 19 | Q.    Is amiodarone an ACE inhibitor? |
| 12:21:24 | 20 | A.    No. |
| 12:21:24 | 21 | Q.    And then she was on furosemide.  That's |
| 12:21:27 | 22 | a diuretic, correct? |
| 12:21:29 | 23 | A.    Yes. |
| 12:21:29 | 24 | Q.    Is it potassium-sparing or |
| 12:21:33 | 25 | nonpotassium-sparing? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 75

| | | | |
|---|---|---|---|
| 12:21:33 | 1 | A. | Nonpotassium-sparing. |
| 12:21:36 | 2 | Q. | And what is spironolactone? |
| 12:21:41 | 3 | A. | That is a diuretic as well. |
| 12:21:43 | 4 | Q. | And the KCl, I assume, is potassium |
| 12:21:48 | 5 | chloride? | |
| 12:21:48 | 6 | A. | Yes. |
| 12:21:48 | 7 | Q. | Why was she on potassium chloride? |
| 12:21:51 | 8 | A. | To balance the loss of potassium from |
| 12:21:55 | 9 | the furosemide. | |
| 12:22:00 | 10 | Q. | I see up at the top under the "Problem" |
| 12:22:04 | 11 | list, it says, "Wants to have another pregnancy." | |
| 12:22:07 | 12 | Do you see that? | |
| 12:22:07 | 13 | A. | Yes. |
| 12:22:07 | 14 | Q. | And then way at the bottom under "Plan," |
| 12:22:11 | 15 | "Advised against further pregnancy and for" -- | |
| 12:22:16 | 16 | A. | "Permanent sterilization." |
| 12:22:19 | 17 | Q. | Is that your handwriting, by the way? |
| 12:22:20 | 18 | A. | Yes. |
| 12:22:21 | 19 | Q. | Is that the advice you gave her back in |
| 12:22:26 | 20 | July of 2002? | |
| 12:22:27 | 21 | A. | Yes. |
| 12:22:27 | 22 | Q. | And are you aware that that topic came |
| 12:22:30 | 23 | up again later in your office notes? | |
| 12:22:41 | 24 | A. | I don't remember -- |
| 12:22:44 | 25 | Q. | Well, if I told you -- |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 76

| | | |
|---|---|---|
| 12:22:46 | 1 | A.     -- the number of times it came up.  I |
| 12:22:49 | 2 | just remember that it did come up, and that's what I |
| 12:22:52 | 3 | always advise patients with this problem. |
| 12:22:53 | 4 | Q.     So if I told you I saw a note about it |
| 12:22:55 | 5 | on January 15th of '04, would you have any reason to |
| 12:22:59 | 6 | disagree with me about that? |
| 12:23:00 | 7 | A.     No. |
| 12:23:00 | 8 | Q.     Do you know anything about what attempts |
| 12:23:06 | 9 | Mimi and Scott were making in 2000 or 2001 to get |
| 12:23:11 | 10 | pregnant again? |
| 12:23:12 | 11 | A.     No. |
| 12:23:13 | 12 | Q.     If they were going to a fertility clinic |
| 12:23:20 | 13 | for things like Clomid, would you have advised |
| 12:23:27 | 14 | against that? |
| 12:23:28 | 15 | A.     Well, just as I say here, any patient |
| 12:23:36 | 16 | with postpartum cardiomyopathy, I advise against |
| 12:23:40 | 17 | subsequent pregnancies. |
| 12:23:41 | 18 | Q.     All right.  To what did you attribute |
| 12:23:45 | 19 | her symptoms on July 15th, 2002? |
| 12:23:47 | 20 | A.     Nonischemic cardiomyopathy. |
| 12:24:16 | 21 | Q.     Okay.  If you go forward in your chart |
| 12:24:39 | 22 | to page MVDCA:101, it's about four pages ahead of |
| 12:24:48 | 23 | where we just were.  Maybe five pages. |
| 12:24:59 | 24 | A.     Yes. |
| 12:24:59 | 25 | Q.     What is this sheet? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 77

| | | |
|---|---|---|
| 12:25:05 | 1 | A.       This is a report from a bioimpedance |
| 12:25:12 | 2 | test. |
| 12:25:13 | 3 | Q.       What's the significance of the test and |
| 12:25:14 | 4 | the results for her? |
| 12:25:21 | 5 | A.       This is a test that is generally used to |
| 12:25:36 | 6 | determine volume status and is useful for |
| 12:25:40 | 7 | determining systemic vascular resistance and |
| 12:25:43 | 8 | managing hypertension and fluid volume. |
| 12:25:47 | 9 | Q.       Okay.  So what did this report tell you |
| 12:25:50 | 10 | about her? |
| 12:25:50 | 11 | A.       It told me that her volume status was |
| 12:25:53 | 12 | okay, but that her systemic resistance was high. |
| 12:25:56 | 13 | Her blood pressure is high. |
| 12:25:58 | 14 | Q.       In other words, she was hypertensed? |
| 12:26:01 | 15 | A.       Yes. |
| 12:26:01 | 16 | Q.       And go back one page, please.  This |
| 12:26:16 | 17 | looks like an office visit, August 18th, 2002.  Do |
| 12:26:19 | 18 | you see that? |
| 12:26:20 | 19 | A.       Yes. |
| 12:26:20 | 20 | Q.       And under "Problem List," it says, "See |
| 12:26:24 | 21 | rehab study for CHF."  Does that mean you were going |
| 12:26:30 | 22 | to perform a study or that she was going to be |
| 12:26:34 | 23 | enrolled in a clinical study? |
| 12:26:36 | 24 | A.       I'm sorry, which page are we? |
| 12:26:38 | 25 | Q.       MVDCA:100. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 78

| | | |
|---|---|---|
| 12:26:41 | 1 | A. 100. Okay. |
| 12:26:43 | 2 | Q. Up in the "Problem List." |
| 12:26:56 | 3 | A. That was a study that was being done at |
| 12:27:00 | 4 | the time, a clinical research trial. |
| 12:27:05 | 5 | Q. All right. So that's a possibility to |
| 12:27:06 | 6 | look for something she may have been enrolled in? |
| 12:27:08 | 7 | A. Yes. |
| 12:27:09 | 8 | Q. So when we get up to page 128, which is |
| 12:27:23 | 9 | a hemodynamic status report in January of 2003, it's |
| 12:27:34 | 10 | MVDCA:128, this is a follow-up study to the one we |
| 12:27:43 | 11 | were just talking about, correct? |
| 12:27:44 | 12 | A. Yes. |
| 12:27:45 | 13 | Q. And do you do this to see how she's |
| 12:27:48 | 14 | responding to the treatment? |
| 12:27:51 | 15 | A. Yes. |
| 12:27:51 | 16 | Q. And in general, how was she responding |
| 12:27:54 | 17 | to treatment at that time? |
| 12:27:55 | 18 | A. Blood pressure was a little lower. |
| 12:28:00 | 19 | Volume status was a little lower. |
| 12:28:03 | 20 | Q. And then on the next page, |
| 12:28:11 | 21 | page MVDCA:120, do you see at the bottom right under |
| 12:28:16 | 22 | "Assessment: Hypertension, poor control"? |
| 12:28:18 | 23 | A. Yes. |
| 12:28:18 | 24 | Q. Was it frequently difficult to control |
| 12:28:22 | 25 | her hypertension? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 79

12:28:24    1        A.      Yes.

12:28:24    2        Q.      Do you know why?

12:28:26    3        A.      It is a good prognostic sign.  It's an

12:28:36    4    indicator of contractile reserve, a high contractile

12:28:41    5    reserve.  And a high SVR and a high blood pressure

12:28:47    6    is actually a good -- good prognostic sign for heart

12:28:50    7    failure, but...

12:28:54    8        Q.      But it needs to be controlled?

12:28:55    9        A.      Yes.

12:28:56   10        Q.      And the fact that hers was poorly

12:28:59   11    controlled means what?  That it was either difficult

12:29:02   12    to control or she wasn't compliant with her

12:29:05   13    medications or she wasn't compliant with her diet?

12:29:08   14    What does it tell you?

12:29:09   15        A.      Really, I mean, all those are

12:29:14   16    possibilities that play into it, but what it really

12:29:17   17    tells me is that she's got a good prognosis.

12:29:24   18        Q.      All right.

12:29:24   19        A.      And it tells me to be more aggressive in

12:29:28   20    my diagnosis.

12:29:29   21        Q.      Okay.  And on that date, she was still

12:29:31   22    on .125 digoxin, correct?

12:29:36   23        A.      Yes.

12:29:36   24        Q.      And why .125?

12:29:39   25        A.      I don't remember what the thinking was

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                    Page 80
12:29:47    1    for picking that specific dose at that time.
12:29:49    2         Q.    Well, was .125 adequate for whatever you
12:29:55    3    were using it for?
12:29:56    4         A.    Yes.
12:29:57    5         Q.    Okay.  If she was consistently
12:30:08    6    taking .250 digoxin per day, do you believe it is
12:30:13    7    likely that she would have reacted in ways that you
12:30:16    8    could observe?
12:30:20    9         A.    I don't understand.
12:30:24   10         Q.    Sure.
12:30:27   11               The prescription you were writing
12:30:31   12    and what she was taking was .125 milligrams a day,
12:30:35   13    correct?
12:30:35   14         A.    Yes.
12:30:35   15         Q.    Regardless of which digoxin product she
12:30:39   16    may have been using at the time, right?
12:30:41   17         A.    Yes.
12:30:41   18         Q.    But if, for some reason, she was taking
12:30:46   19    double that every day, isn't it likely that she
12:30:49   20    would have exhibited signs or symptoms that you
12:30:54   21    would have been able to detect?
12:30:56   22         A.    No.
12:30:57   23         Q.    Why not?
12:30:58   24         A.    .25 would still be an appropriate dose.
12:31:06   25         Q.    Okay.  So, in other words, if she was
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 81

| | | |
|---|---|---|
| 12:31:12 | 1 | consistently taking double doses in this period of |
| 12:31:15 | 2 | time, it wouldn't necessarily mean she was going to |
| 12:31:20 | 3 | be digoxin-toxic, correct? |
| 12:31:21 | 4 | A.    Yes. |
| 12:31:21 | 5 | Q.    And it wouldn't necessarily mean that |
| 12:31:23 | 6 | she would be medically harmed by the excess dose, |
| 12:31:28 | 7 | correct? |
| 12:31:28 | 8 | A.    Yes. |
| 12:31:29 | 9 | Q.    All right.  I want to jump ahead to |
| 12:31:43 | 10 | December of 2004, and I will find that note and page |
| 12:31:50 | 11 | number. |
| 12:31:52 | 12 | MR. WILLIAMSON:  Can we go off the |
| 12:31:53 | 13 | record for a second, since you're at a breaking |
| 12:31:56 | 14 | point? |
| 12:32:02 | 15 | THE REPORTER:  I'm sorry, off? |
| 12:32:04 | 16 | MR. MORIARTY:  Sure. |
| 12:32:18 | 17 | (Recess taken, 12:32 p.m. to |
| 12:46:04 | 18 | 12:46 p.m.) |
| 12:46:05 | 19 | BY MR. MORIARTY: |
| 12:46:06 | 20 | Q.    Have you ever sent Mr. Williamson or |
| 12:46:08 | 21 | anyone in his office anything in writing regarding |
| 12:46:11 | 22 | Mimi Rivera-Vega:  letters, memos things of that |
| 12:46:17 | 23 | nature? |
| 12:46:18 | 24 | A.    Not that I remember. |
| 12:46:18 | 25 | (Delgado Deposition Exhibit 18 |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 82

| | | |
|---|---|---|
| 12:46:18 | 1 | marked.) |
| 12:46:18 | 2 | BY MR. MORIARTY: |
| 12:46:18 | 3 | Q.     Okay.  All right.  This is Exhibit 18, |
| 12:46:25 | 4 | I've had marked.  This is a statement from the FDA, |
| 12:46:33 | 5 | July 8th, 2009.  Have you ever seen this before, |
| 12:46:36 | 6 | regarding recalls? |
| 12:46:39 | 7 | A.     No. |
| 12:46:40 | 8 | Q.     Specifically, here is a section from the |
| 12:46:45 | 9 | FDA about the Digitek recall, and it says, "Actavis |
| 12:46:54 | 10 | detected a very small number of oversized tablets in |
| 12:46:57 | 11 | this lot (specifically, 20 double-size tablets in a |
| 12:47:01 | 12 | sample of approximately 4.8 million tablets). |
| 12:47:05 | 13 | "Although Actavis attempted to |
| 12:47:07 | 14 | remove the affected Digitek tablets through visual |
| 12:47:10 | 15 | inspection, FDA determined that this method of |
| 12:47:14 | 16 | removal was inadequate to assure the product's |
| 12:47:16 | 17 | quality and consistency in accordance with the |
| 12:47:19 | 18 | current good manufacturing practice regulations." |
| 12:47:21 | 19 | Do you see that? |
| 12:47:21 | 20 | A.     Yes. |
| 12:47:21 | 21 | Q.     "Since the detection of the |
| 12:47:24 | 22 | manufacturing problem, FDA has been actively engaged |
| 12:47:27 | 23 | with the company to assure that all potentially |
| 12:47:30 | 24 | affected lots of Digitek tablets have been |
| 12:47:34 | 25 | recalled." |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 83

| | | |
|---|---|---|
| 12:47:35 | 1 | Do you see that? |
| 12:47:35 | 2 | A.    Yes. |
| 12:47:35 | 3 | Q.    Does any of this ring a bell as if |
| 12:47:38 | 4 | you've seen this statement before? |
| 12:47:40 | 5 | A.    Excuse me.  Can I see the whole |
| 12:47:42 | 6 | document? |
| 12:47:42 | 7 | Q.    Sure. |
| 12:47:50 | 8 | A.    This, you say, is from the FDA? |
| 12:47:52 | 9 | Q.    It is.  It's posted on their website. |
| 12:47:57 | 10 | A.    At HealthNewsDigest.com?  This, I |
| 12:48:07 | 11 | don't -- I haven't seen this before, but I don't |
| 12:48:10 | 12 | believe it's from the FDA. |
| 12:48:12 | 13 | Q.    Okay.  Let me just finish with this. |
| 12:48:15 | 14 | A.    They don't talk about innuendo. |
| 12:48:18 | 15 | Certainly, they don't talk about their own TCPs. |
| 12:48:22 | 16 | Q.    And it says here, "In our best judgment, |
| 12:48:25 | 17 | given the very small number of defective tablets |
| 12:48:27 | 18 | that may have reached the market and the lack of |
| 12:48:30 | 19 | reported adverse events before the recall, harm to |
| 12:48:34 | 20 | patients was very unlikely." |
| 12:48:36 | 21 | Have you ever seen this statement |
| 12:48:39 | 22 | from the FDA? |
| 12:48:40 | 23 | A.    No. |
| 12:48:43 | 24 | MS. RUSNAK:  Do you have an extra |
| 12:48:45 | 25 | copy of that? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 84

| | | |
|---|---|---|
| 12:48:46 | 1 | MR. MORIARTY:  I don't.  They're all |
| 12:48:48 | 2 | here, and you can copy them at any break. |
| 12:48:50 | 3 | MS. RUSNAK:  Not a problem. |
| 12:48:54 | 4 | BY MR. MORIARTY: |
| 12:48:54 | 5 | Q.    Now, I have, at the break, opened your |
| 12:48:59 | 6 | copy of that bound office record to some more of |
| 12:49:04 | 7 | those medication administration records.  Do you see |
| 12:49:08 | 8 | that? |
| 12:49:08 | 9 | A.    Yes. |
| 12:49:09 | 10 | Q.    Okay.  So at page MVDCA:36, from July of |
| 12:49:17 | 11 | 2007, the digoxin on that particular page is listed |
| 12:49:23 | 12 | as Lanoxin.  Do you see that? |
| 12:49:29 | 13 | A.    Yes. |
| 12:49:29 | 14 | Q.    And would you assume, as you did |
| 12:49:33 | 15 | earlier, when I was asking you about those other |
| 12:49:35 | 16 | exhibits, that the hospital has some way of tracking |
| 12:49:40 | 17 | what, in fact, is being dispensed from the pharmacy |
| 12:49:44 | 18 | at that time? |
| 12:49:46 | 19 | A.    Yes. |
| 12:49:48 | 20 | Q.    And on the next page, MVDCA:10, there's |
| 12:49:59 | 21 | another one that says "digoxin (Lanoxin)."  Do you |
| 12:50:06 | 22 | see that? |
| 12:50:06 | 23 | A.    Yes. |
| 12:50:06 | 24 | Q.    From August of 2007.  You see that? |
| 12:50:10 | 25 | A.    Yes. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 85

12:50:15  1        Q.     And then it goes on; and the next page

12:50:20  2    of your chart, same sort of format, MVDCA:16,

12:50:24  3    another one where it says "digoxin (Lanoxin)," with

12:50:31  4    a date in September of 2007, correct?

12:50:38  5        A.     Yes.

12:50:46  6        Q.     All right.  And there are more of these

12:50:48  7    in your chart.  I don't need to go over them.

12:50:52  8    Again, you'd assume that they are trying to properly

12:50:56  9    track the actual product they dispense from the

12:50:59  10   pharmacy, correct?

12:51:00  11       A.     Yes.

12:51:00  12       Q.     Are you on any sort of committee that

12:51:05  13   has input into what pharmaceutical products are

12:51:09  14   ordered or not ordered by the St. Luke's Hospital

12:51:13  15   pharmacy?

12:51:13  16       A.     No.

12:51:14  17       Q.     Okay.  Let's go back.  I put a paperclip

12:51:19  18   on the top of a page earlier in the chart.  It's an

12:51:25  19   office visit to your office of December 9th, 2004.

12:51:31  20   Do you see that?

12:51:31  21       A.     Yes.

12:51:31  22       Q.     Page MVDCA:108.

12:51:39  23              Was she still on digoxin, .125?

12:51:57  24   It's on the left under "Current Medications," top

12:52:02  25   third of the page.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 86

| | | |
|---|---|---|
| 12:52:02 | 1 | A.      Yes. |
| 12:52:03 | 2 | Q.      All right.  And can you read to me the |
| 12:52:07 | 3 | problem list at the far right under "History/Problem |
| 12:52:12 | 4 | List"? |
| 12:52:14 | 5 | A.      "CHF," number 1, with some words after |
| 12:52:23 | 6 | that I can't read.  Number 2, "Obesity."  Number 3, |
| 12:52:30 | 7 | "Insomnia."  Number 4, "Concern for metabolic |
| 12:52:34 | 8 | syndrome."  Number 5, "Asymmetric swelling of lower |
| 12:52:42 | 9 | extremity."  Number 6, "Noncompliance." |
| 12:52:45 | 10 | Q.      All right.  What was the noncompliance? |
| 12:52:48 | 11 | A.      I don't know. |
| 12:52:53 | 12 | Q.      What was the metabolic syndrome or |
| 12:52:56 | 13 | concern for metabolic syndrome? |
| 12:53:00 | 14 | A.      Metabolic syndrome is a very complex -- |
| 12:53:07 | 15 | would be an understatement -- syndrome that |
| 12:53:13 | 16 | basically, in lay terms, relates to prediabetes and |
| 12:53:19 | 17 | increased risk for cardiovascular events. |
| 12:53:24 | 18 | Q.      Okay.  Is that because of her |
| 12:53:25 | 19 | longstanding obesity? |
| 12:53:26 | 20 | A.      That's a part of it. |
| 12:53:28 | 21 | Q.      What are the other components of it? |
| 12:53:30 | 22 | A.      Don't ask me to recite it all.  It's all |
| 12:53:34 | 23 | very complicated. |
| 12:53:35 | 24 | Q.      Give me a general thumbnail, the |
| 12:53:37 | 25 | Reader's Digest version of that. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 87

| | | |
|---|---|---|
| 12:53:39 | 1 | A.      Glucose intolerance; certain BMI, body |
| 12:53:44 | 2 | mass index; lipid abnormalities; hypertension; |
| 12:53:51 | 3 | things like that. |
| 12:53:51 | 4 | Q.      Okay.  Now, on the booklet version of |
| 12:53:55 | 5 | this that you have in front of you, look at the |
| 12:53:57 | 6 | bottom where it says "Plan."  Do you see that? |
| 12:54:02 | 7 | A.      Yes. |
| 12:54:04 | 8 | Q.      Much of it is unreadable; would you |
| 12:54:06 | 9 | agree with me? |
| 12:54:07 | 10 | A.      I can read it.  In the plan? |
| 12:54:14 | 11 | Q.      You can? |
| 12:54:15 | 12 | A.      Yes. |
| 12:54:15 | 13 | Q.      Whew.  Okay.  Using either that page or |
| 12:54:19 | 14 | the one from your actual office record, in front of |
| 12:54:23 | 15 | you on the table, tell me what items 2 through 6 |
| 12:54:29 | 16 | are. |
| 12:54:29 | 17 | A.      Oh, I'm sorry.  The plan I was looking |
| 12:54:32 | 18 | at is up here, not down there. |
| 12:54:33 | 19 | Q.      Way at the bottom. |
| 12:54:35 | 20 | A.      You're talking about the one way at the |
| 12:54:36 | 21 | bottom.  That one must have copied wrong, because |
| 12:54:40 | 22 | it's not readable. |
| 12:54:41 | 23 | Q.      Can you find that page in the actual |
| 12:54:43 | 24 | chart you have with you?  December 9, 2004. |
| 12:54:55 | 25 | A.      12/9/4. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 88

| | | |
|---|---|---|
| 12:55:04 | 1 | (Witness reviews document.) |
| 12:56:37 | 2 | A.    Yes, I have it. |
| 12:56:38 | 3 | BY MR. MORIARTY: |
| 12:56:39 | 4 | Q.    Okay.  Could you just read all the |
| 12:56:40 | 5 | numbers in the plan at the bottom of the page? |
| 12:56:42 | 6 | A.    No.  They're -- |
| 12:56:44 | 7 | Q.    They're unreadable too? |
| 12:56:45 | 8 | A.    -- unreadable as well. |
| 12:56:47 | 9 | Q.    Is that the original that you have with |
| 12:56:49 | 10 | you? |
| 12:56:49 | 11 | A.    No. |
| 12:56:49 | 12 | Q.    Where is the original? |
| 12:56:50 | 13 | A.    At CHF clinic. |
| 12:56:53 | 14 | Q.    All right.  Is the CHF clinic different |
| 12:56:58 | 15 | from Delgado Cardiovascular? |
| 12:57:01 | 16 | A.    Yes. |
| 12:57:01 | 17 | Q.    Where is the CHF clinic? |
| 12:57:05 | 18 | A.    It's located within the hospital, |
| 12:57:07 | 19 | St. Luke's Hospital. |
| 12:57:07 | 20 | Q.    All right.  So you see patients there? |
| 12:57:08 | 21 | A.    Yes. |
| 12:57:09 | 22 | Q.    All right.  Up through December of 2004, |
| 12:57:14 | 23 | had you ever recorded a diagnosis of digoxin |
| 12:57:22 | 24 | toxicity for Mimi Rivera-Vega? |
| 12:57:23 | 25 | A.    Not that I remember. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 89

| | | |
|---|---|---|
| 12:57:27 | 1 | Q.      Up until December of 2004, had she ever |
| 12:57:30 | 2 | had any instances of elevated serum digoxin levels? |
| 12:57:33 | 3 | A.      Not that I remember. |
| 12:57:35 | 4 | Q.      So if you flip a couple pages further in |
| 12:57:47 | 5 | your chart to January 6th, 2005 -- and I don't care |
| 12:57:56 | 6 | which version of the chart you use over there. |
| 12:58:14 | 7 | January 6th, '05, should have been the next note |
| 12:58:18 | 8 | after the one we just talked about, and I think it's |
| 12:58:20 | 9 | at the CHF clinic. |
| 12:58:22 | 10 | A.      I have 1/15/04. |
| 12:58:27 | 11 | Q.      No, the other direction.  We were just |
| 12:58:29 | 12 | in December of '04.  I want to go to January of '05. |
| 12:58:38 | 13 | A.      1/6/05.  Yes. |
| 12:58:40 | 14 | Q.      Okay.  At the bottom, do you see that |
| 12:58:42 | 15 | much of the plan is unreadable? |
| 12:58:44 | 16 | A.      Yes. |
| 12:58:45 | 17 | Q.      And it is on your copy there as well? |
| 12:58:46 | 18 | A.      Yes. |
| 12:58:46 | 19 | Q.      This is another page, the original of |
| 12:58:48 | 20 | which is at the heart-failure clinic? |
| 12:58:51 | 21 | A.      Yes. |
| 12:58:51 | 22 | Q.      Okay.  Up under the "Subjective" |
| 12:59:00 | 23 | section, do you see where it says, "Snores.  Shallow |
| 12:59:04 | 24 | breathing.  Husband reports periods of no," double |
| 12:59:08 | 25 | underlined, "breathing"? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 90

| | | |
|---|---|---|
| 12:59:10 | 1 | A.    Yes. |
| 12:59:10 | 2 | Q.    At some point, did you initiate a workup |
| 12:59:14 | 3 | for obstructive sleep apnea? |
| 12:59:17 | 4 | A.    Yes. |
| 12:59:17 | 5 | Q.    And she was diagnosed with that |
| 12:59:20 | 6 | condition? |
| 12:59:20 | 7 | A.    Yes. |
| 12:59:21 | 8 | Q.    And prescribed a CPAP machine? |
| 12:59:25 | 9 | A.    Right. |
| 12:59:25 | 10 | Q.    Was she compliant with her CPAP machine? |
| 12:59:29 | 11 | A.    As far as I know. |
| 12:59:33 | 12 | Q.    Do you know if there are notes in your |
| 12:59:34 | 13 | chart that say otherwise? |
| 12:59:36 | 14 | A.    I don't. |
| 12:59:41 | 15 | Q.    And in the next section down under |
| 12:59:45 | 16 | "Objective," it looks to me like it says, "Reports |
| 12:59:49 | 17 | being unable to do anything she wants." |
| 12:59:52 | 18 | Do you see that? |
| 12:59:53 | 19 | A.    I'm sorry, I lost the page. |
| 12:59:54 | 20 | Q.    That's okay.  January 6th, 2005.  It's |
| 13:00:00 | 21 | MVDCA:103.  No, you're going the wrong way. |
| 13:00:06 | 22 | A.    Ah. |
| 13:00:07 | 23 | Q.    I keep my black booklet in chronological |
| 13:00:11 | 24 | order, not reverse. |
| 13:00:14 | 25 | A.    Okay. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 91

| | | |
|---|---|---|
| 13:00:15 | 1 | Q.     You got it? |
| 13:00:16 | 2 | A.     Yes. |
| 13:00:16 | 3 | Q.     Okay.  So under the "Objective" section, |
| 13:00:18 | 4 | do you see where it says, "Reports being unable to |
| 13:00:21 | 5 | do anything she wants"? |
| 13:00:22 | 6 | A.     Yes. |
| 13:00:23 | 7 | Q.     And, I mean, is this because of her poor |
| 13:00:27 | 8 | cardiac function? |
| 13:00:40 | 9 | A.     I'm sorry.  I think that says, "Reports |
| 13:00:42 | 10 | being able to do anything she wants." |
| 13:00:44 | 11 | Q.     Oh.  Okay.  All right.  That's fine. |
| 13:00:57 | 12 | Go forward in the black book to |
| 13:01:01 | 13 | August of 2006, so it's going to be 10 or 15 pages |
| 13:01:10 | 14 | down the road.  8/10/06.  It's MVDCA:59. |
| 13:01:24 | 15 | A.     Yes. |
| 13:01:24 | 16 | Q.     Way at the bottom under "Plan," item 2, |
| 13:01:29 | 17 | "Heart-failure education, August 16th, 11:30 to |
| 13:01:33 | 18 | 1:00 o'clock."  Do you see that? |
| 13:01:35 | 19 | A.     Yes. |
| 13:01:35 | 20 | Q.     What is that a reference to? |
| 13:01:37 | 21 | A.     That's an appointment for her to come to |
| 13:01:42 | 22 | a heart-failure education class. |
| 13:01:44 | 23 | Q.     Who teaches it? |
| 13:01:45 | 24 | A.     The nurse practitioners at the |
| 13:01:50 | 25 | heart-failure clinic. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 92

| | | |
|---|---|---|
| 13:01:51 | 1 | Q.      What do they teach? |
| 13:01:53 | 2 | A.      They primarily teach the patients about |
| 13:01:56 | 3 | the illness and the proper diet; proper lifestyle |
| 13:02:08 | 4 | modification; about their medicines, about how they |
| 13:02:15 | 5 | work, et cetera. |
| 13:02:18 | 6 | Q.      Possible adverse consequences of the |
| 13:02:23 | 7 | medicines? |
| 13:02:24 | 8 | A.      Yes. |
| 13:02:25 | 9 | Q.      And I assume one of those medicines |
| 13:02:28 | 10 | would be digoxin? |
| 13:02:30 | 11 | A.      Yes. |
| 13:02:31 | 12 | Q.      Does the heart-failure education program |
| 13:02:41 | 13 | have written handouts? |
| 13:02:42 | 14 | A.      I don't know if we do now, or even then, |
| 13:02:53 | 15 | actually.  No, I don't know. |
| 13:02:54 | 16 | Q.      What about videos? |
| 13:02:56 | 17 | A.      Yes. |
| 13:02:57 | 18 | Q.      Okay.  At some point, did Mimi get a |
| 13:03:08 | 19 | Medtronics implantable defibrillator? |
| 13:03:12 | 20 | A.      I don't know if -- I don't know which |
| 13:03:23 | 21 | type.  I know she had a defibrillator.  It says here |
| 13:03:27 | 22 | "ASD shock," so -- and I remember she had a |
| 13:03:31 | 23 | defibrillator, yes. |
| 13:03:32 | 24 | Q.      Do you know anything about whether her |
| 13:03:35 | 25 | defibrillator was recalled? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 93

13:03:36   1       A.      Not that I know of.

13:03:38   2       Q.      Do you know anything about whether her

13:03:39   3    defibrillator was ever explanted because of a

13:03:43   4    recall?

13:03:43   5       A.      No.

13:03:43   6       Q.      I want you to assume that Scottie, her

13:03:52   7    husband, testified that she had a Medtronics device

13:03:55   8    that was recalled; and I asked him if it was

13:04:00   9    explanted, and he said he didn't think so.

13:04:03  10              If a recalled line of defibrillators

13:04:08  11    was in place but not causing any problems, would it

13:04:12  12    typically be left in place?

13:04:17  13       A.      That's not an answerable question,

13:04:22  14    because each situation has to be individualized.

13:04:25  15       Q.      Okay.

13:04:25  16       A.      There are FDA advisories as to the

13:04:29  17    specific circumstances.

13:04:31  18       Q.      All right.

13:04:32  19       A.      With the specific leads and device,

13:04:35  20    blah, blah, blah.

13:04:36  21       Q.      Would there be some separate file for

13:04:38  22    Mimi regarding any FDA correspondence about her type

13:04:45  23    of device?

13:04:45  24       A.      Not that I know of.

13:04:47  25       Q.      All right.  Let's go to October 30,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 94

13:05:05  1   2007, probably three or four pages ahead of where

13:05:07  2   you are in the black binder.  It's MVDCA:53.  It's a

13:05:26  3   home healthcare order.

13:05:41  4       A.    Yes.

13:05:41  5       Q.    So what was she being prescribed for

13:05:47  6   home healthcare?  Looks like "IV milrinone" to me.

13:06:00  7       A.    Yes.

13:06:00  8       Q.    Is there anything else?

13:06:01  9       A.    Dextrose solution.

13:06:02  10      Q.    Okay.  That's just what they add the

13:06:04  11  milrinone to for infusion purposes?

13:06:08  12      A.    Yes.

13:06:08  13      Q.    So what was the purpose of you

13:06:10  14  prescribing home IV milrinone for her in the fall of

13:06:15  15  2007?

13:06:15  16      A.    I don't remember the specific

13:06:25  17  circumstances, where I started that.  But the

13:06:33  18  general reason why I would do that would be, again,

13:06:37  19  bridge-to-transplant or palliative care.

13:06:38  20      Q.    When you say "palliative care," what do

13:06:40  21  you mean?

13:06:41  22      A.    To make people have less symptoms of an

13:06:48  23  illness at end-of-life.

13:06:52  24      Q.    Okay.  So, in other words, if I hear

13:06:57  25  what you're saying, you were getting to some pretty

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 95

13:07:02  1   critical decision times for Mimi Rivera-Vega; is

13:07:07  2   that true?

13:07:09  3                MS. RUSNAK:   Objection, form.

13:07:10  4        A.     No, she wasn't a palliative-care case.

13:07:13  5   She was a bridge-to-transplant case.

13:07:13  6   BY MR. MORIARTY:

13:07:13  7        Q.     Okay.

13:07:16  8        A.     That much, I remember.

13:07:17  9        Q.     Well, I mean, that's a decision that has

13:07:18  10  to be made, whether she's a palliative case or a

13:07:22  11  bridge-to-transplant case, right?

13:07:25  12       A.     Yes.

13:07:25  13       Q.     I mean, that's a pretty important

13:07:28  14  decision, correct?

13:07:28  15       A.     Yes.

13:07:29  16       Q.     All right.  In heart-failure patients,

13:07:37  17  the effect of digoxin or the use of digoxin is for

13:07:42  18  its inotropic activity; isn't that correct?

13:07:44  19       A.     Yes.

13:07:45  20       Q.     So when you are prescribing home

13:07:49  21  intravenous milrinone, would it be fair for me to

13:07:56  22  say that that is an extremely potent type of

13:08:01  23  inotropic therapy?

13:08:08  24       A.     No.

13:08:09  25       Q.     Is it substantially more potent than

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 96

13:08:11    1   digoxin tablets, regardless of whether it's .125

13:08:16    2   or .250?

13:08:18    3        A.    It would depend on the dose of both meds

13:08:22    4   and the way it's administered.  This is milrinone by

13:08:25    5   continuous infusion.

13:08:26    6        Q.    I'm sorry?

13:08:26    7        A.    She was given milrinone by continuous

13:08:28    8   infusion.  You can't compare it to the dosing of

13:08:31    9   oral.

13:08:31   10        Q.    Okay.  So why are you giving her home IV

13:08:35   11   milrinone as opposed to a lot more digoxin?

13:08:40   12        A.    The digoxin in higher doses increases

13:08:48   13   mortality.

13:08:49   14        Q.    Okay.  Without increasing efficacy,

13:08:50   15   right?

13:08:51   16        A.    Correct.

13:08:51   17        Q.    So in the use of medical therapy for a

13:09:00   18   patient like this, is it a good idea to have a lot

13:09:03   19   of options available to you:  oral tablets, IV

13:09:09   20   infusions, things of that nature?

13:09:11   21        A.    Yes.

13:09:15   22        Q.    All right.  And the IV milrinone is a

13:09:18   23   way to give her more inotropic support without the

13:09:26   24   risks of high digoxin doses, correct?

13:09:32   25        A.    Yes.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 97

13:09:32  1      Q.     And did she need higher levels of

13:09:37  2  inotropic support for her heart failure than she was

13:09:41  3  getting with oral digoxin?

13:09:47  4      A.     I can't answer that one, either.  The

13:09:54  5  milrinone is given to achieve a specific purpose;

13:09:56  6  and this purpose is, as we discussed, BTT.

13:10:04  7      Q.     But why -- if they have the same

13:10:12  8  essential mechanism of action, why is IV milrinone

13:10:19  9  the better bridge-to-transplant therapy?

13:10:24  10      A.     It's not necessarily better.  They were

13:10:27  11  used in combination, as I remember.

13:10:29  12      Q.     All right.  Well, is the only reason

13:10:32  13  because you can get higher levels of inotropic

13:10:36  14  support without the risk of digoxin?

13:10:44  15      A.     Is that the only reason I'm giving it,

13:10:47  16  the milrinone?

13:10:48  17      Q.     Let me withdraw the question.

13:10:49  18             Did she need more inotropic support

13:10:55  19  than the level of digoxin that she was getting at

13:10:58  20  that point, which was .250 milligrams a day?

13:11:03  21      A.     Again, you don't understand the concept

13:11:09  22  of BTT.  You're trying to achieve a goal, so whether

13:11:14  23  or not she needed it, you have to say what she

13:11:16  24  needed it for.  If you need it to achieve a BTT

13:11:20  25  goal, then yes.  But do you need it to feel better,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

                                                    Page 98

13:11:24    1    walk farther?  No.

13:11:26    2         Q.    Okay.  Why is the IV milrinone a better

13:11:29    3    strategy for bridge-to-transplant than just oral

13:11:38    4    digoxin?

13:11:38    5         A.    I don't think I can answer that one,

13:11:46    6    either.  The bridge-to-transplant -- repeat the

13:11:52    7    question.  How did you ask it?

13:11:53    8         Q.    Okay.  Let's go back here.

13:11:55    9         A.    Because this is a very complex thing.

13:11:57   10    It's something that is very difficult to explain to

13:12:01   11    lay people.  I'm sorry.

13:12:02   12         Q.    Okay.  That's fine.  You can explain it

13:12:05   13    to me as if I was a cardiologist for all I care.

13:12:10   14         A.    Well, that too.

13:12:12   15         Q.    Difficult to explain to your colleagues?

13:12:14   16         A.    Absolutely.

13:12:15   17         Q.    All right.  Let's go back over some

13:12:19   18    history here.

13:12:20   19         A.    Uh-huh.

13:12:20   20         Q.    Mimi, you decided and your colleagues

13:12:25   21    decided, ultimately was going to need a heart

13:12:30   22    transplant, correct?

13:12:31   23         A.    Yes.

13:12:31   24         Q.    Okay.  And do you have any idea when you

13:12:35   25    started to think that that was a likely course for

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 99

13:12:37    1    her?

13:12:38    2         A.      No.

13:12:38    3         Q.      And why was it that she was going to

13:12:42    4    need a transplant?

13:12:44    5         A.      At some point as she got older, because

13:12:51    6    her ejection fraction did not improve, we knew we

13:12:57    7    would be facing that.

13:12:58    8         Q.      And what is it about age and a change in

13:13:04    9    the ejection fraction that tells you that?

13:13:05   10         A.      Unfortunately, everyone's heart function

13:13:09   11    diminishes with age.

13:13:11   12         Q.      Okay.  So even though she's 34 or

13:13:14   13    whatever age it was at the time, 30, 34, she's

13:13:18   14    getting to that point where you're thinking about

13:13:20   15    these things, right?

13:13:21   16         A.      Yes.

13:13:22   17         Q.      Okay.  And we all know there's a

13:13:24   18    shortage of donor hearts, correct?

13:13:28   19         A.      Correct.

13:13:28   20         Q.      And one of the things that you have done

13:13:29   21    in your career, and one of your prime academic

13:13:34   22    interests, is getting people, in the face of a donor

13:13:39   23    shortage, from heart failure through

13:13:44   24    bridge-to-transplant, correct?

13:13:45   25         A.      Yes.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 100

13:13:46    1        Q.      You are actively involved in LVADs and

13:13:51    2    other bridge-to-transplant therapies, correct?

13:13:54    3        A.      Yes.

13:13:55    4        Q.      Okay.  So Mimi had been on digoxin for

13:14:00    5    some period of time, oral, correct?

13:14:03    6        A.      Yes.

13:14:03    7        Q.      And at varying times, it was .125 and

13:14:11    8    occasionally .250, correct?

13:14:14    9        A.      Correct.

13:14:15   10        Q.      Do you know why you went, at some point,

13:14:17   11    from .125 up to .250?

13:14:23   12        A.      I don't remember.

13:14:23   13        Q.      Was it, most likely, symptom control?

13:14:25   14        A.      I really don't remember.  It may have

13:14:29   15    not even been me.  It may have been the nurse

13:14:32   16    practitioner in the heart care clinic or one of my

13:14:35   17    partner docs.

13:14:37   18        Q.      Well, certainly if you noticed that it

13:14:39   19    was .250 in the records, you didn't necessarily

13:14:41   20    disagree with it, correct?

13:14:42   21        A.      Correct.

13:14:42   22        Q.      That's a judgment call, right?

13:14:45   23        A.      Yes.

13:14:45   24        Q.      And if .250 digoxin of whatever brand

13:14:52   25    was causing her problems, it could have been scaled

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 101

13:14:59    1    back to the preceding .125, correct?

13:15:05    2                    MS. RUSNAK:   Objection, form.

13:15:06    3        A.      I don't understand that question,

13:15:07    4    either.

13:15:08    5    BY MR. MORIARTY:

13:15:08    6        Q.      Well, if you increase a patient

13:15:10    7    from .125 digoxin to .250 digoxin and they begin to

13:15:14    8    exhibit signs or symptoms of toxicity, you could

13:15:17    9    scale back the dose, correct?

13:15:19   10        A.      Yes.

13:15:19   11        Q.      All right.  And up until the fall of

13:15:25   12    2007, when you're writing these home healthcare

13:15:29   13    orders, to the best of your knowledge, had you ever

13:15:33   14    made a notation in her medical record that she had

13:15:37   15    digoxin toxicity?

13:15:37   16        A.      Not that I know of.

13:15:38   17        Q.      And up until October of 2007, other than

13:15:49   18    one elevated level as an inpatient at St. Luke's,

13:15:53   19    had you ever seen an elevated serum digoxin

13:15:56   20    concentration?

13:15:57   21        A.      I'm sorry, repeat that date again.

13:16:00   22        Q.      There was an elevated serum digoxin --

13:16:03   23    I'm sorry --

13:16:04   24        A.      Not the question, the date.  I mean, up

13:16:06   25    to?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 102

| | | |
|---|---|---|
| 13:16:06 | 1 | Q.      Up to this time, in October of 2007, |
| 13:16:09 | 2 | when you're writing this home healthcare order -- |
| 13:16:11 | 3 | A.      Right. |
| 13:16:12 | 4 | Q.      -- had you ever seen more than one |
| 13:16:14 | 5 | elevated serum digoxin concentration in all of her |
| 13:16:17 | 6 | medical records? |
| 13:16:24 | 7 | A.      No. |
| 13:16:24 | 8 | Q.      Do you remember the one elevated level |
| 13:16:28 | 9 | from a hospitalization in August of 2007? |
| 13:16:32 | 10 | A.      Yes. |
| 13:16:32 | 11 | Q.      Do you know what brand of digoxin she |
| 13:16:34 | 12 | was being administered at the time? |
| 13:16:35 | 13 | A.      No. |
| 13:16:36 | 14 | Q.      Do you know -- did you ever come to an |
| 13:16:39 | 15 | opinion as to what the cause of that elevated level |
| 13:16:41 | 16 | was? |
| 13:16:41 | 17 | A.      I have a suspicion that it was caused by |
| 13:16:51 | 18 | her having just recently had a cholecystectomy. |
| 13:16:58 | 19 | Q.      And what would the connection be between |
| 13:17:00 | 20 | the recent string of admissions to the hospital for |
| 13:17:05 | 21 | abdominal problems to the elevated level? |
| 13:17:10 | 22 | A.      That's not what I said.  I said the |
| 13:17:17 | 23 | cholecystectomy. |
| 13:17:18 | 24 | Q.      Okay.  What would the relationship |
| 13:17:19 | 25 | between the cholecystectomy and the elevated level |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 103

| | | |
|---|---|---|
| 13:17:22 | 1 | be? |
| 13:17:22 | 2 | A.     Cholecystectomy is abdominal surgery, |
| 13:17:26 | 3 | and so it requires an opening of the abdomen and |
| 13:17:31 | 4 | removing the gallbladder.  And so, commonly, you |
| 13:17:35 | 5 | know, almost universally for a period of time after |
| 13:17:37 | 6 | that, there's a period of anorexia and ileus. |
| 13:17:42 | 7 | During those times, patients will |
| 13:17:43 | 8 | always have perturbations of blood levels or |
| 13:17:48 | 9 | whatever and often will have volume depletion most |
| 13:17:52 | 10 | commonly, and so that's typical. |
| 13:17:57 | 11 | Q.     Okay.  I was talking about this overall |
| 13:18:04 | 12 | history regarding Mimi.  And at some point, did you |
| 13:18:10 | 13 | and Mimi, in consultation with other specialists, |
| 13:18:16 | 14 | decide that it was in her best interest to have a |
| 13:18:20 | 15 | bariatric surgical procedure to help in getting her |
| 13:18:26 | 16 | eligible for the transplant list? |
| 13:18:28 | 17 | A.     Yes. |
| 13:18:29 | 18 | Q.     All right.  So where we got off the main |
| 13:18:36 | 19 | track and went on the side road was you giving me |
| 13:18:42 | 20 | the best explanation you can for why IV milrinone at |
| 13:18:49 | 21 | home is the bridge-to-transplant treatment of |
| 13:18:57 | 22 | choice, as opposed to just oral digoxin. |
| 13:19:03 | 23 | MS. RUSNAK:  Objection, form. |
| 13:19:09 | 24 | A.     I didn't get that. |
| 13:19:11 | 25 | BY MR. MORIARTY: |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 104

13:19:11    1        Q.      Okay.

13:19:11    2        A.      I'm not sure that -- I don't understand.

13:19:15    3    Sorry.

13:19:15    4        Q.      All right.  Well, we've established that

13:19:18    5    there's this decision that's going on for,

13:19:21    6    potentially, a couple of years, that she's going to

13:19:25    7    ultimately need a heart transplant, right?

13:19:28    8        A.      It would be better called a prediction,

13:19:39    9    not a decision.

13:19:40   10        Q.      Okay.  A prediction, right?

13:19:44   11        A.      Yes.

13:19:44   12        Q.      And you've got various strategies

13:19:51   13    available to you for the management of her

13:19:54   14    heart-failure symptoms, correct?

13:19:55   15        A.      Yes.

13:19:55   16        Q.      And in October of 2007, you have several

13:20:03   17    therapeutic choices available to you, correct?

13:20:06   18        A.      Yes.

13:20:06   19        Q.      One is to just continue her on her

13:20:10   20    existing therapies, which appear to be things like

13:20:33   21    the ACE inhibitor and the digoxin and the diuretic,

13:20:39   22    correct?  That's one option?

13:20:42   23        A.      Yes.

13:20:42   24        Q.      And another option is to add IV

13:20:48   25    milrinone into the mix here, right?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 105

13:20:50    1         A.      Yes.

13:20:51    2         Q.      Okay.  Tell me, as succinctly as you

13:20:54    3    can, why the IV milrinone is added, other than that

13:21:02    4    it's a better bridge-to-transplant strategy.

13:21:05    5         A.      Well, that is the reason.

13:21:10    6         Q.      Okay.

13:21:10    7         A.      It's a bridge-to-transplant strategy.

13:21:14    8         Q.      All right.  Is there a publication,

13:21:17    9    anything you've written or anything you're aware of,

13:21:19   10    that would give me a more in-depth analysis of why

13:21:25   11    the IV milrinone is the better strategy?

13:21:29   12         A.      Hmm.  Not that I can think of, but you

13:21:41   13    may want to reference the UNOS criteria for organ

13:21:52   14    status procurement.

13:21:53   15         Q.      Okay.  Do those require that there have

13:21:57   16    been other therapeutic measures taken in order to

13:22:02   17    ultimately qualify?

13:22:07   18         A.      No.

13:22:07   19         Q.      Some electrocardiograph machines, when

13:22:18   20    they detect a pattern consistent with digoxin

13:22:24   21    toxicity, will print out something to that effect in

13:22:28   22    the printout.  Have you ever seen that?

13:22:30   23         A.      Yes.

13:22:30   24         Q.      Do you know whether the EKG machines at

13:22:35   25    your offices or at St. Luke's have that capability?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 106

| | | |
|---|---|---|
| 13:22:37 | 1 | A.    Definitely not in my office.  I don't |
| 13:22:46 | 2 | allow it in my office.  At the hospital, the |
| 13:22:49 | 3 | machines do have that capability.  They're overread, |
| 13:22:52 | 4 | though, by cardiologists. |
| 13:22:53 | 5 | Q.    Why don't you allow that at your office? |
| 13:22:55 | 6 | A.    There's an old saying that says bad data |
| 13:23:01 | 7 | is worse than no data. |
| 13:23:05 | 8 | Q.    And how does that maxim apply to the |
| 13:23:10 | 9 | question I asked you? |
| 13:23:11 | 10 | A.    I believe it's bad data. |
| 13:23:13 | 11 | Q.    Okay.  Why is it bad data? |
| 13:23:15 | 12 | A.    It's computer-generated. |
| 13:23:17 | 13 | Q.    All right.  Okay.  Look in your record, |
| 13:23:40 | 14 | please, the black-binder version, under the brown |
| 13:23:45 | 15 | tab for "Consults," and go back to the fourth page. |
| 13:23:54 | 16 | It's a letter to you from Houston Infectious Disease |
| 13:23:58 | 17 | Associated.  Do you see that? |
| 13:23:59 | 18 | A.    Yes. |
| 13:24:00 | 19 | Q.    I don't know how the Bates-labeling on |
| 13:24:05 | 20 | this changed, but it says "Mimi Vega 00074."  Do you |
| 13:24:14 | 21 | see that? |
| 13:24:14 | 22 | A.    Yes. |
| 13:24:15 | 23 | Q.    And Dr. Zeluff -- is that how you |
| 13:24:18 | 24 | pronounce his name? |
| 13:24:18 | 25 | A.    Yes. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 107

| | | |
|---|---|---|
| 13:24:19 | 1 | Q.    -- in the second sentence, refers to her |
| 13:24:20 | 2 | having end-stage postpartum cardiomyopathy.  Do you |
| 13:24:24 | 3 | see that? |
| 13:24:24 | 4 | A.    Yes. |
| 13:24:25 | 5 | Q.    Do you agree with his statement? |
| 13:24:27 | 6 | A.    No. |
| 13:24:30 | 7 | Q.    Did you agree with it at the time? |
| 13:24:34 | 8 | A.    I don't know.  I don't remember. |
| 13:24:37 | 9 | Q.    All right.  Is that a phrase you use in |
| 13:24:41 | 10 | your own practice? |
| 13:24:42 | 11 | A.    No. |
| 13:24:42 | 12 | Q.    Now, if Mimi Rivera-Vega went to the |
| 13:25:23 | 13 | hospital with shortness of breath, diminished |
| 13:25:31 | 14 | ability to function, things of that nature, are |
| 13:25:35 | 15 | those, in general, the kind of problems that you |
| 13:25:38 | 16 | expect with acute exacerbations of heart failure? |
| 13:25:45 | 17 | A.    Yes. |
| 13:25:45 | 18 | Q.    In general, did she experience a string |
| 13:25:51 | 19 | of such admissions from the late summer through the |
| 13:25:58 | 20 | end of calendar year 2007? |
| 13:26:02 | 21 | A.    Are you trying to make the leap to say |
| 13:26:11 | 22 | that they were all because of heart failure?  The |
| 13:26:14 | 23 | answer is no. |
| 13:26:15 | 24 | Q.    Okay.  Why did she have these admissions |
| 13:26:19 | 25 | in the late summer and throughout the fall of 2007, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 108

13:26:23    1    in general, if you remember?

13:26:24    2        A.    There were multiple precipitators for

13:26:28    3    her coming in the hospital.  Some were related to

13:26:30    4    that cholecystectomy; some were related to

13:26:36    5    upper-respiratory infections; some were related to,

13:26:41    6    I think, the hysterectomy, or came around that time

13:26:45    7    period.

13:26:48    8        Q.    In a patient like Mimi Rivera-Vega, are

13:26:56    9    these sort of abdominal procedures the kind of

13:26:59    10   things that could precipitate electrolyte

13:27:05    11   imbalances?

13:27:06    12       A.    Yes.

13:27:06    13       Q.    Can they precipitate exacerbations of

13:27:11    14   heart-failure symptoms?

13:27:13    15       A.    Yes.

13:27:14    16       Q.    In any of the hospital charts for the

13:27:20    17   admissions in the late summer and the fall of 2007,

13:27:25    18   do you ever recall recording a diagnosis of digoxin

13:27:30    19   toxicity?

13:27:32    20       A.    No.

13:27:32    21       Q.    Can you go back to the end of the purple

13:27:53    22   section of that black binder, the chart that I have

13:27:56    23   in front of you.  There are these charts in your

13:27:59    24   office; they look like this (indicating).

13:28:03    25       A.    Yes.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 109

| | | |
|---|---|---|
| 13:28:03 | 1 | Q.    You see that? |
| 13:28:06 | 2 | And the first one that I found is |
| 13:28:08 | 3 | dated -- I'm sorry, Bates-stamped MVDCA:24.  Can you |
| 13:28:16 | 4 | just find that one? |
| 13:28:24 | 5 | A.    Yes. |
| 13:28:24 | 6 | Q.    Is this a form that you and your staff |
| 13:28:29 | 7 | developed? |
| 13:28:30 | 8 | A.    Yes. |
| 13:28:30 | 9 | Q.    Explain it to me, if you can. |
| 13:28:35 | 10 | A.    The St. Luke's Hospital EMR has the |
| 13:28:40 | 11 | ability to create graphic reports. |
| 13:28:47 | 12 | Q.    That's "electronic medical record"? |
| 13:28:49 | 13 | A.    Yes. |
| 13:28:49 | 14 | Q.    Okay.  Go ahead. |
| 13:28:50 | 15 | A.    And these are graphic reports of digoxin |
| 13:28:56 | 16 | levels over a time period. |
| 13:28:58 | 17 | Q.    Okay.  So the top one of the graphs, |
| 13:29:03 | 18 | where it says "Component Value," what is that |
| 13:29:06 | 19 | reflecting or recording? |
| 13:29:08 | 20 | A.    I really don't know.  I looked at that |
| 13:29:12 | 21 | the other night.  I couldn't figure it out. |
| 13:29:15 | 22 | Q.    I mean, it doesn't appear to correlate |
| 13:29:17 | 23 | with dates in the boxes at the top, does it? |
| 13:29:20 | 24 | A.    I really don't know because -- well, I |
| 13:29:31 | 25 | don't know what "component value" means there, |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 110

13:29:32   1    because it's in the millions.

13:29:34   2        Q.    Okay.  So to what use do you put these

13:29:44   3    charts in your clinical practice?

13:29:47   4        A.    The -- for this purpose, looking at

13:30:02   5    digoxin levels over a period of the, the best way, I

13:30:04   6    think, to do it is just to have the levels and the

13:30:07   7    dates.

13:30:07   8        Q.    Okay.  Which are at the top, right?

13:30:09   9        A.    Correct.

13:30:10   10       Q.    And it has collection dates, and it

13:30:11   11   actually has the time of last dose, also, right?

13:30:14   12       A.    Yes.

13:30:14   13       Q.    So you can compare whether it's drawn

13:30:17   14   within that appropriate window?

13:30:18   15       A.    Yes.

13:30:19   16       Q.    And the only one of these levels that is

13:30:23   17   outside the lab's therapeutic range on the high side

13:30:29   18   is the one August 3rd, 2007, correct?

13:30:32   19       A.    Yes.

13:30:32   20       Q.    And that's the post-cholecystectomy

13:30:36   21   level that we talked about before?

13:30:37   22       A.    Yes.

13:30:37   23       Q.    Would any of the levels that are

13:30:43   24   recorded on these pages, MVDCA:24, 25, 26 and 27 or

13:30:53   25   28, lead you to conclude, by themselves, that she

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 111

13:31:00  1  had digoxin toxicity?

13:31:07  2      A.    I don't think I can answer that one.

13:31:17  3  You're making a mistake in equating digoxin toxicity

13:31:23  4  to increased mortality due to digoxin.

13:31:27  5      Q.    I didn't say anything about mortality.

13:31:29  6  I'm just asking if these levels, in and of

13:31:35  7  themselves, would indicate that she had digoxin

13:31:38  8  toxicity, as is in these recordings?

13:31:44  9      A.    That's exactly the point.  You don't

13:31:46  10  care about the digoxin level.  All you care about is

13:31:48  11  mortality.  All you care about is what the effect is

13:31:53  12  on the patient.  So --

13:31:54  13      Q.    What do you mean by that?

13:31:55  14      A.    -- I can't answer your question.  That's

13:31:57  15  what I'm getting to.

13:31:59  16      Q.    In what sense do you only care about

13:32:02  17  mortality, in this context?

13:32:05  18      A.    Well, if -- since she was my patient,

13:32:07  19  I'll use her as a good example.  This young woman, I

13:32:11  20  had a responsibility to her life and to her

13:32:18  21  well-being.  That, to me, would be more important

13:32:21  22  than a blood level of something; you know, a lab

13:32:27  23  report.

13:32:27  24      Q.    Sure.

13:32:28  25          And we talked about this hours ago,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 112

13:32:30   1   when you told me you don't just treat a level,

13:32:33   2   because it's just a lab report, right?

13:32:35   3         A.     Yes.

13:32:36   4         Q.     Okay.  Well, let's put it another way.

13:32:48   5   In following her and ordering these levels, what was

13:32:54   6   their significance to you?  There's July of '07,

13:33:01   7   August of '07, on through sometime in early 2008;

13:33:07   8   were these levels of significance to you in any

13:33:11   9   aspect of your therapeutic management of her?

13:33:13  10         A.     Which of those questions should I

13:33:15  11   answer?  Because it's -- that's relevant.

13:33:20  12              MR. WILLIAMSON:  I'm sure he'll

13:33:22  13   rephrase to ask you one specific question.

13:33:29  14   BY MR. MORIARTY:

13:33:30  15         Q.     Did any of these levels cause you to

13:33:32  16   change a management approach?

13:33:41  17         A.     Hmm.  I don't remember.

13:33:52  18         Q.     Well, of what significance were these

13:33:55  19   levels to you?

13:33:58  20         A.     In retrospect, they were.

13:34:01  21         Q.     Well, at the time?

13:34:03  22         A.     I don't remember.

13:34:05  23         Q.     In retrospect, what's their

13:34:08  24   significance?

13:34:08  25         A.     The two levels that were elevated

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 113

13:34:11  1   above .9 are of significance, in retrospect.

13:34:22  2        Q.     Okay.  So let's deal with --

13:34:25  3        A.     I don't remember what I did about them

13:34:26  4   at the time.

13:34:26  5        Q.     Let's deal with the August 3rd, 2007.

13:34:33  6   3.2, what is the significance of that to you in

13:34:37  7   retrospect?

13:34:37  8        A.     Nothing.

13:34:38  9        Q.     Okay.  And the only other level that I

13:34:43  10  see above .9 -- oh, I'm sorry.

13:34:50  11           Then I see a January 23rd, 2008,

13:34:53  12  level of 1.2.  What was the significance of that to

13:34:58  13  you at the time?

13:34:59  14       A.     I don't remember.

13:35:00  15       Q.     What's the significance of it to you in

13:35:03  16  retrospect?

13:35:04  17       A.     That's the signal.  Right there's the

13:35:07  18  signal.

13:35:08  19       Q.     The signal of what?

13:35:09  20       A.     And then it's backed up by the follow-up

13:35:12  21  level in February.

13:35:14  22       Q.     Signal of what?

13:35:15  23       A.     That digoxin killed her.

13:35:21  24       Q.     So the level on January 23rd, 2008, was

13:35:36  25  1.2, and the level on February 28th was 1.2,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                    Page 114

13:35:41    1    correct?

13:35:41    2         A.      Yes.

13:35:41    3         Q.      Neither of which is abnormal, according

13:35:44    4    to the therapeutic levels of the St. Luke's Hospital

13:35:48    5    lab, correct?

13:35:49    6         A.      Yes.

13:35:49    7         Q.      And this is a woman who, before that

13:35:53    8    time, was on bridge-to-transplant therapy, correct?

13:35:57    9         A.      Hmm.  No.

13:36:05   10         Q.      You already told me you gave her IV home

13:36:08   11    milrinone as bridge-to-transplant therapy.

13:36:10   12         A.      No, I didn't.

13:36:11   13         Q.      Okay.

13:36:12   14         A.      That's a strategy.

13:36:13   15              MR. WILLIAMSON:  Wait, wait, wait.

13:36:15   16         A.      I'm sorry, I'm confusing you.  I'm

13:36:18   17    clearly confusing you.  I'm sorry.

13:36:20   18              MR. WILLIAMSON:  No, no.  He asked a

13:36:21   19    question, which you already told him was not a

13:36:23   20    proper question.  You don't want to be arguing.  The

13:36:23   21    court reporter wrote down whatever he asked you.

13:36:25   22              THE WITNESS:  Okay.

13:36:25   23              MR. WILLIAMSON:  He'll ask you

13:36:28   24    another question about that, I'm sure.

13:36:34   25    BY MR. MORIARTY:
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 115

13:36:34    1       Q.     So let's just take your statement:
13:36:36    2    What, in retrospect, do these two elevated serum
13:36:41    3    digoxin concentrations of 1.2 signal to you that
13:36:46    4    digoxin was some factor in causing her death?
13:36:50    5       A.     I'm not sure that's a question.
13:36:59    6       Q.     You just told me that these two levels
13:37:02    7    were a signal that digoxin, retrospectively, caused
13:37:07    8    her death.  What is the scientific basis for that
13:37:11    9    conclusion?
13:37:17   10       A.     It's hard to explain, I guess, but I'll
13:37:21   11    explain it by just saying that that was the initial
13:37:25   12    clue, in my mind, that made me understand what led
13:37:31   13    to her death.
13:37:32   14       Q.     Well, you have to explain it to me, to a
13:37:34   15    reasonable degree of medical probability, what the
13:37:38   16    connection is here.
13:37:40   17       A.     The best way I can do that is for you to
13:37:44   18    have some understanding of the Kirkwood Adams
13:37:47   19    article, and whoever, the jury, to have some
13:37:53   20    understanding of that article.
13:37:55   21       Q.     Okay.
13:37:55   22       A.     Otherwise, I'm wasting my time, really.
13:37:58   23       Q.     I need your explanation.
13:38:00   24       A.     My explanation is contained in the Adams
13:38:03   25    article.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 116

| | | |
|---|---|---|
| 13:38:03 | 1 | Q.      Okay.  Which is that elevated serum |
| 13:38:07 | 2 | digoxin concentrations can increase mortality, |
| 13:38:11 | 3 | correct? |
| 13:38:12 | 4 | A.      No. |
| 13:38:13 | 5 | Q.      What? |
| 13:38:14 | 6 | A.      This is why -- I'm sorry I'm confusing |
| 13:38:18 | 7 | you so much.  A report on a lab that comes over a |
| 13:38:24 | 8 | computer does not do something to someone. |
| 13:38:26 | 9 | Q.      Okay. |
| 13:38:26 | 10 | A.      The problem that does something to |
| 13:38:31 | 11 | someone is having an excessive amount of medication |
| 13:38:36 | 12 | in their system that leads to an outcome, and that's |
| 13:38:42 | 13 | explained very nicely in the Adams article. |
| 13:38:47 | 14 | Q.      Do you have any evidence to indicate |
| 13:38:51 | 15 | that Mimi Rivera-Vega ever got digoxin that was in |
| 13:38:57 | 16 | excess of the prescribed dose? |
| 13:39:03 | 17 | A.      I believe that's the case, yes. |
| 13:39:14 | 18 | Q.      What evidence do you have that Mimi |
| 13:39:18 | 19 | Rivera, in fact, got digoxin that was in excess of |
| 13:39:22 | 20 | the prescribed dose? |
| 13:39:22 | 21 | A.      The ones I just discussed.  The signals |
| 13:39:24 | 22 | I discussed. |
| 13:39:25 | 23 | Q.      Okay.  The elevated level of 1.2? |
| 13:39:30 | 24 | A.      In conjunction with the fact that she |
| 13:39:33 | 25 | developed cardiogenic shock and heart failure and |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 117

13:39:37   1   died.

13:39:38   2         Q.    Well, she had heart failure well before

13:39:41   3   this, correct?

13:39:41   4         A.    Not cardiogenic shock and heart failure.

13:39:46   5   Difference.

13:39:46   6         Q.    But she had heart failure before these

13:39:48   7   dates?

13:39:48   8         A.    You don't understand heart failure.  You

13:39:51   9   don't get it.  I'm sorry.

13:39:54   10                  MR. WILLIAMSON:  Tell me when's a

13:39:55   11   convenient time for a break for lunch.  The lunch

13:40:00   12   has been here for ten minutes.  You may need some

13:40:02   13   follow-up questions right now, or you may want to

13:40:05   14   take a break right now.

13:40:06   15                  MR. MORIARTY:  We can break now.

13:40:07   16   That's fine.

13:40:07   17                  MR. WILLIAMSON:  Okay.

13:40:08   18                  (Recess taken, 1:40 p.m. to

14:16:50   19   2:16 p.m.)

14:16:52   20   BY MR. MORIARTY:

14:16:56   21         Q.    At one time, there was a suspicion that

14:17:02   22   Mimi Rivera-Vega had uterine cancer, correct?

14:17:04   23         A.    Yes.

14:17:05   24         Q.    She had a hysterectomy for that reason,

14:17:09   25   correct?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 118

14:17:09    1        A.      Yes.

14:17:09    2        Q.      Do you know whether she had any

14:17:12    3   postoperative radiation therapy?

14:17:16    4        A.      No.   "No," meaning I don't know if she

14:17:24    5   did.

14:17:24    6        Q.      Okay.  Do you know if, ultimately, the

14:17:26    7   surgeons determined that she had cancer?

14:17:29    8        A.      No.   The pathology report indicated she

14:17:32    9   did not.

14:17:33   10        Q.      What was your goal for the milrinone

14:17:43   11   therapy?

14:17:45   12        A.      It is a preparatory, I guess you could

14:17:53   13   say, intervention to get her to a transplant at some

14:18:02   14   point in the future.

14:18:16   15        Q.      Exhibit 17, that follow-up on the DIG

14:18:22   16   trial, was published in February of 2005, correct?

14:18:24   17        A.      Yes.

14:18:24   18        Q.      Do you think you read it somewhere

14:18:27   19   within the year following its publication?

14:18:29   20        A.      Yes.

14:18:30   21        Q.      In the DIG trial, did all people with

14:18:38   22   heart failure who had serum digoxin concentrations

14:18:41   23   over 1.2 go into cardiogenic shock?

14:18:46   24        A.      No.

14:18:49   25        Q.      Did all the people in the DIG trial who

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 119

14:18:52   1   had serum digoxin concentrations over 1.2 die as a

14:18:57   2   result of digoxin toxicity?

14:18:59   3        A.    No.

14:18:59   4        Q.    After the DIG trial was published or

14:19:03   5   after Exhibit 17 was published, did St. Luke's

14:19:08   6   Hospital change its laboratory reference range to

14:19:12   7   anything other than .8 to 2?

14:19:15   8        A.    No.

14:19:16   9        Q.    Okay.  Let's go to this admission from

14:19:29  10   January of 2008.  Why was she admitted to the

14:19:37  11   hospital on January 22nd, 2008?

14:19:45  12        A.    I may be wrong, but I believe her main

14:19:50  13   symptoms were shortness of breath, nausea; her chief

14:20:01  14   complaint.

14:20:04  15        Q.    Were you the admitting physician?

14:20:10  16        A.    I can't remember.  It would be in the --

14:20:16  17        Q.    Well, let me withdraw it.

14:20:18  18              Was she admitted to your service?

14:20:20  19        A.    Yes.

14:20:21  20        Q.    And obviously at that time, you knew

14:20:23  21   what her medication regimen was, correct?

14:20:27  22        A.    I can't remember if I was the one who

14:20:32  23   actually admitted her or not.

14:20:33  24        Q.    All right.  Well, let's go back to this

14:20:39  25   January 23rd, 2008, digoxin.  According to your

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 120

| | | |
|---|---|---|
| 14:20:44 | 1 | chart, what was the time of the last dose? |
| 14:20:48 | 2 | A.      0013. |
| 14:21:01 | 3 | Q.      What time was this lab of 1.2 drawn? |
| 14:21:04 | 4 | A.      0021. |
| 14:21:05 | 5 | Q.      That's eight minutes later; is that |
| 14:21:11 | 6 | correct? |
| 14:21:11 | 7 | A.      Yes. |
| 14:21:11 | 8 | Q.      And I think you told me earlier that the |
| 14:21:19 | 9 | optimal time to draw for reliable serum digoxin |
| 14:21:23 | 10 | concentrations is six to eight hours later, correct? |
| 14:21:27 | 11 | A.      Yes. |
| 14:21:27 | 12 | Q.      Now, when she was admitted on |
| 14:21:44 | 13 | January 22nd, 2008, was she on any medications that |
| 14:21:51 | 14 | could potentially increase serum digoxin |
| 14:21:57 | 15 | concentrations? |
| 14:21:58 | 16 | A.      Not that I remember.  I could look at |
| 14:22:07 | 17 | her list, if you have it, from admit. |
| 14:22:41 | 18 | Q.      She was on digoxin, spironolactone, |
| 14:22:45 | 19 | Vicodin, hydrochlorothiazide, metoprolol, potassium, |
| 14:22:54 | 20 | lisinopril, Primacor, Lasix and Coreg. |
| 14:22:59 | 21 | A.      Okay.  I wouldn't expect any of those to |
| 14:23:05 | 22 | increase the blood levels. |
| 14:23:06 | 23 | Q.      Does the medical literature indicate |
| 14:23:07 | 24 | that several of those medications have the potential |
| 14:23:11 | 25 | to increase serum digoxin levels? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 121

14:23:15     1        A.      The medical literature, no.   That's --
14:23:30     2     it is not my belief that those medicines in this
14:23:35     3     patient in this circumstance could increase the drug
14:23:38     4     levels.
14:23:39     5        Q.      Okay.  All right.  I understand what
14:23:40     6     you're saying about this patient, this circumstance.
14:23:42     7     I'm asking whether the medical literature, including
14:23:46     8     the product labels for several of those, indicate
14:23:49     9     that they have the potential to increase serum
14:23:52    10     digoxin levels.
14:23:54    11        A.      That's my point:  You can't make that
14:23:57    12     conclusion based on the medical literature.  The
14:24:01    13     medical literature applies to the population, not a
14:24:05    14     particular patient at a particular point in time.
14:24:07    15        Q.      Okay.  I'm just asking whether the
14:24:08    16     medical literature says that those have the
14:24:10    17     potential to increase serum digoxin concentrations.
14:24:13    18        A.      I don't know.
14:24:14    19        Q.      And why is it your opinion that none of
14:24:17    20     those medications increased her serum digoxin
14:24:21    21     concentration, if it was, in fact, elevated?
14:24:24    22        A.      Because the medicines that increase
14:24:29    23     digoxin levels are medicines that interfere with its
14:24:33    24     metabolism.
14:24:34    25        Q.      Okay.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 122

| | | |
|---|---|---|
| 14:24:37 | 1 | A.      Amiodarone is the best example, and |
| 14:24:42 | 2 | amiodarone roughly doubles digoxin levels.  She |
| 14:24:47 | 3 | wasn't on amiodarone. |
| 14:24:48 | 4 | Q.      But have you read the Coreg product |
| 14:24:51 | 5 | label? |
| 14:24:53 | 6 | A.      Any medicine given in excess or, you |
| 14:24:58 | 7 | know, in a toxic level or high level could |
| 14:25:01 | 8 | theoretically do anything, but... |
| 14:25:03 | 9 | Q.      Have you read the -- |
| 14:25:05 | 10 | A.      I haven't -- |
| 14:25:06 | 11 | Q.      Have you read the Coreg label to see |
| 14:25:09 | 12 | whether it, given in normal doses, has the potential |
| 14:25:11 | 13 | to increase digoxin levels? |
| 14:25:13 | 14 | A.      I haven't read that, no. |
| 14:25:15 | 15 | Q.      All right.  So you knew when she was |
| 14:25:21 | 16 | admitted, obviously, that she was on digoxin.  Do |
| 14:25:24 | 17 | you know what brand she was given during that |
| 14:25:27 | 18 | admission and that dose on the 23rd? |
| 14:25:34 | 19 | A.      Do I know it now, in retrospect, or did |
| 14:25:37 | 20 | I know it at the time? |
| 14:25:38 | 21 | Q.      Did you know then? |
| 14:25:39 | 22 | A.      No. |
| 14:25:39 | 23 | Q.      Do you know now? |
| 14:25:40 | 24 | A.      Yes. |
| 14:25:41 | 25 | Q.      And what was she given at 13 minutes |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 123

14:25:45  1  past midnight on the 23rd?

14:25:50  2      A.    I thought you asked what she had been

14:25:51  3  on, or do you mean at that particular point in time?

14:25:53  4      Q.    Do you know what she was given that

14:25:55  5  night in the hospital?

14:25:56  6      A.    No.

14:25:57  7      Q.    All right.  And you discharged Mrs. Vega

14:26:04  8  on January 25th, 2008, correct?

14:26:07  9      A.    I don't remember if it was me,

14:26:12  10  specifically.  Again, we have this rounding team

14:26:17  11  that deals with inpatients in the hospital.  It may

14:26:20  12  or may not have been me.

14:26:21  13      Q.    Who does Patricia Aldridge, R.N., work

14:26:27  14  for?

14:26:27  15      A.    She is a nurse at the hospital.

14:26:29  16      Q.    Well, this discharge summary lists you

14:26:32  17  as the attending physician?

14:26:34  18      A.    Yes.

14:26:34  19      Q.    Okay.  Now, did you diagnose Mrs. Vega

14:26:36  20  with cardiogenic shock in the admission between

14:26:39  21  January 22nd and 25th, 2008?

14:26:44  22      A.    I don't remember.

14:26:46  23      Q.    Well, I have the discharge summary in

14:26:48  24  front of me, and it's not any of the six listed

14:26:52  25  diagnoses.  Do you have any other reason to think

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 124

| | | |
|---|---|---|
| 14:26:57 | 1 | that you diagnosed her with cardiogenic shock during |
| 14:27:01 | 2 | that admission? |
| 14:27:02 | 3 | A.    No. |
| 14:27:02 | 4 | Q.    And despite knowing she was on digoxin |
| 14:27:13 | 5 | and that she had a level of 1.2, nowhere in the |
| 14:27:17 | 6 | medical records between January 22nd and 25th, 2008, |
| 14:27:21 | 7 | did you attribute any of her problems to excessive |
| 14:27:27 | 8 | digoxin, correct? |
| 14:27:32 | 9 | A.    I'm sorry, please repeat.  I didn't |
| 14:27:41 | 10 | catch that. |
| 14:27:41 | 11 | Q.    Sure. |
| 14:27:42 | 12 | Do you know of any entries in the |
| 14:27:46 | 13 | medical record between January 22nd and |
| 14:27:50 | 14 | January 25th, 2008, to indicate that her problems at |
| 14:27:57 | 15 | the time were attributable to digoxin? |
| 14:28:08 | 16 | A.    At the time, no. |
| 14:28:09 | 17 | Q.    Okay.  Now, Mrs. Vega was then |
| 14:28:25 | 18 | readmitted on January 31st, correct? |
| 14:28:29 | 19 | A.    Yes. |
| 14:28:30 | 20 | Q.    What was the purpose of that admission? |
| 14:28:33 | 21 | A.    If I could refer to the admission note |
| 14:28:39 | 22 | or the ER note, I could better answer that. |
| 14:28:41 | 23 | Q.    Well, the chief complaint is shortness |
| 14:28:43 | 24 | of breath, nausea, vomiting and weakness.  Did you |
| 14:28:47 | 25 | attribute that, at the time, to digoxin problems? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 125

| | | |
|---|---|---|
| 14:28:53 | 1 | A.     No. |
| 14:28:55 | 2 | Q.     Did anybody even draw a serum digoxin |
| 14:29:00 | 3 | concentration between admission and when she went to |
| 14:29:05 | 4 | the cath lab for her catheterization and intraaortic |
| 14:29:12 | 5 | balloon pump procedure? |
| 14:29:14 | 6 | A.     I don't know.  I know I didn't. |
| 14:29:22 | 7 | Q.     What was the purpose of the February 5th |
| 14:29:26 | 8 | catheterization and intraaortic balloon pump |
| 14:29:31 | 9 | procedure? |
| 14:29:39 | 10 | A.     At that point, I believe I had |
| 14:29:41 | 11 | determined she was in cardiogenic shock; and the |
| 14:29:43 | 12 | purpose was to reverse that, improve that. |
| 14:29:47 | 13 | Q.     Okay.  At the time, what was your |
| 14:29:49 | 14 | diagnosis of the cause of her cardiogenic shock? |
| 14:29:53 | 15 | A.     At the time, my diagnosis was |
| 14:30:03 | 16 | cardiogenic shock. |
| 14:30:05 | 17 | Q.     Yeah.  But did you have a diagnosis as |
| 14:30:08 | 18 | to the cause of the cardiogenic shock? |
| 14:30:09 | 19 | A.     I don't know.  I may -- maybe I'll |
| 14:30:18 | 20 | explain it a little different.  Cardiogenic shock is |
| 14:30:20 | 21 | the problem; it's not the cause of the problem. |
| 14:30:25 | 22 | Q.     But something usually causes the |
| 14:30:28 | 23 | problem, so what caused the problem known as |
| 14:30:31 | 24 | cardiogenic shock? |
| 14:30:33 | 25 | A.     In her case, her heart failure changed |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 126

14:30:41  1  to become cardiogenic shock.

14:30:44  2      Q.      Okay.  And at the time, did you have a

14:30:47  3  diagnosis, to a reasonable degree of medical

14:30:51  4  probability, or a theory, to a reasonable degree of

14:30:53  5  medical probability, as to why her heart failure

14:30:57  6  changed to tip her into cardiogenic shock?

14:31:00  7      A.      At the time, no.

14:31:01  8      Q.      You were the admitting physician for

14:31:07  9  this admission, correct?

14:31:09  10      A.      Yes.

14:31:09  11      Q.      You had all this data available to you?

14:31:11  12      A.      Yes.

14:31:13  13      Q.      And if I understand what you told me

14:31:30  14  before, if you were suspicious that digoxin was

14:31:35  15  causing a patient clinical problems, you had the

14:31:37  16  ability to order serum digoxin levels, correct?

14:31:42  17      A.      Yes.

14:31:42  18      Q.      And if there are no such levels in this

14:31:45  19  chart prior to the cath and the IABP, would it be

14:31:51  20  safe for me to assume that you weren't suspicious

14:31:54  21  that digoxin was causing her clinical problems?

14:31:56  22      A.      No.

14:31:57  23      Q.      Well, then, why didn't you order SDCs?

14:32:01  24      A.      I never do.  It's irrelevant.

14:32:03  25      Q.      Did you write anywhere in the -- it's

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 127

14:32:06   1    irrelevant?

14:32:06   2         A.    Absolutely.

14:32:07   3         Q.    Okay.  Did you --

14:32:09   4         A.    At the time, it was absolutely

14:32:10   5    irrelevant to order it.

14:32:11   6         Q.    Did you write anywhere in the chart that

14:32:15   7    prior --

14:32:15   8         A.    I know it's confusing, but I can

14:32:18   9    explain.

14:32:18  10         Q.    Okay.  Explain.

14:32:19  11         A.    You don't order a test that you do not

14:32:22  12    plan on acting upon.  That's a simple way to explain

14:32:26  13    it.

14:32:27  14         Q.    Well, wouldn't you want to know whether

14:32:29  15    she had an elevated level or not?

14:32:31  16         A.    Again, you don't order a test in which

14:32:34  17    you don't plan to act on.

14:32:36  18         Q.    Well, what if --

14:32:38  19         A.    There can actually be downsides to doing

14:32:40  20    so.

14:32:40  21         Q.    What if --

14:32:41  22         A.    Again, it goes back to that same maxim

14:32:45  23    of bad data is worse than no data.

14:32:48  24         Q.    Well, what if the level was high enough

14:32:50  25    that you should order Digibind, how would you know?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 128

14:32:54  1      A.      You do not ever order Digibind based on

14:32:58  2   a level.

14:32:58  3      Q.      What do you order Digibind based on?

14:32:59  4      A.      That's stupid.

14:32:59  5      Q.      Okay.  What do you order Digibind --

14:33:02  6      A.      You don't ever order anything based on a

14:33:05  7   number that comes across a computer screen.

14:33:07  8      Q.      Have you ever ordered Digibind?

14:33:10  9      A.      Never.

14:33:10  10     Q.      Okay.  Well, if the level was .2 or .3

14:33:14  11  or even .5, wouldn't you want to know that?

14:33:18  12     A.      At the time, it's not necessary, as I

14:33:19  13  just explained.

14:33:20  14     Q.      Okay.

14:33:20  15     A.      It's irrelevant and it could, in fact,

14:33:22  16  be harmful.

14:33:23  17     Q.      All right.  Were there any serum digoxin

14:33:26  18  levels drawn between when you took her to the cath

14:33:29  19  lab on the 5th and February 28th, when this next

14:33:35  20  level was drawn?

14:33:36  21     A.      Meaning other than on these graphs?

14:33:45  22     Q.      Well, there is no result for

14:33:47  23  February 8th, so --

14:33:49  24     A.      I -- not to my knowledge.

14:33:51  25     Q.      Okay.  So why was there a level drawn on

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 129

14:33:54    1    February 28th?

14:33:55    2         A.    I don't know.  Unfortunately, the house

14:34:02    3    staff have a tendency to do such things.

14:34:09    4         Q.    So if you didn't order that level, I

14:34:19    5    would assume that your thought process at the time

14:34:22    6    would have been that it wasn't relevant to your

14:34:24    7    management, correct?

14:34:25    8         A.    As I explained earlier, it's gathering

14:34:29    9    data that could be of only harm to the patient.

14:34:32   10         Q.    Okay.  Do you know whether, on and after

14:34:38   11    February 28th, the patient continued to get digoxin?

14:34:43   12         A.    Yes.  At some point in the future after

14:34:46   13    that, she received it.  I don't know what the exact

14:34:49   14    time is.

14:34:49   15         Q.    So you don't know whether she got it on

14:34:52   16    the 28th?  I mean, it appears she was getting it on

14:34:55   17    the 28th, correct?

14:34:59   18         A.    I'm not sure what you're looking at,

14:35:01   19    but --

14:35:01   20         Q.    In your chart at this graph, I'm looking

14:35:03   21    at this lab that indicates --

14:35:06   22              MR. WILLIAMSON:  Well, just for the

14:35:07   23    record, you're at one end of the table, he's at the

14:35:09   24    other end of the table.  So when you say "your

14:35:12   25    chart," you're talking about multiple, multiple

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 130

| 14:35:15 | 1 | pages. |
| 14:35:16 | 2 | MR. MORIARTY:  The black binder that |
| 14:35:18 | 3 | we've been looking at -- |
| 14:35:19 | 4 | THE WITNESS:  Which number? |
| 14:35:19 | 5 | MR. WILLIAMSON:  Do you have a Bates |
| 14:35:20 | 6 | number? |
| 14:35:20 | 7 | MR. MORIARTY:  Sure.  It's MVDCA:27. |
| 14:35:27 | 8 | MR. WILLIAMSON:  MVDCA? |
| 14:35:27 | 9 | MR. MORIARTY:  27. |
| 14:35:28 | 10 | MR. WILLIAMSON:  27.  Thank you. |
| 14:35:28 | 11 | THE WITNESS:  And the question, |
| 14:35:29 | 12 | again, is? |
| 14:35:29 | 13 | MR. MORIARTY:  Okay. |
| 14:35:29 | 14 | BY MR. MORIARTY: |
| 14:35:29 | 15 | Q.    You see the level for February 28th, |
| 14:35:32 | 16 | 2008 -- |
| 14:35:32 | 17 | A.    Yes. |
| 14:35:32 | 18 | Q.    -- of 1.2, correct? |
| 14:35:34 | 19 | A.    Correct. |
| 14:35:35 | 20 | Q.    And it has a draw time and a last dose |
| 14:35:40 | 21 | time, correct? |
| 14:35:40 | 22 | A.    Yes. |
| 14:35:40 | 23 | Q.    Do you know whether anyone discontinued |
| 14:35:42 | 24 | her digoxin in the face of this 1.2? |
| 14:35:44 | 25 | A.    I don't know. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 131

14:35:45    1        Q.    Well, if some -- if a physician believed
14:35:50    2    that a level of 1.2 was reflective of some clinical
14:35:57    3    problems that she was having as a result of digoxin,
14:36:01    4    would the appropriate step to have been to
14:36:04    5    discontinue the digoxin?
14:36:06    6        A.    Can you remind me of the date she had
14:36:11    7    the LVAD, the initial Jarvik 2000?
14:36:22    8        Q.    February 11th.  No, I'm sorry.  Yes,
14:36:22    9    February 11th, 2008.
14:36:24   10        A.    All right.  So the answer is:  It's
14:36:25   11    irrelevant.
14:36:25   12        Q.    What's irrelevant?
14:36:27   13        A.    What -- whether she's on digoxin or not
14:36:30   14    and what her levels are.
14:36:34   15        Q.    Well, so what her -- if what her levels
14:36:40   16    are is irrelevant --
14:36:42   17        A.    At the time.  Currently -- obviously in
14:36:44   18    retrospect, it's not.  It tells us what the problem
14:36:47   19    is, why she died.
14:36:50   20        Q.    Well, let me make sure I understand
14:36:52   21    this.  There's a team of cardiologists and residents
14:36:58   22    and pulmonologists and heart surgeons attending to
14:37:02   23    this woman who's now had the placement of a left
14:37:08   24    ventricular assist device, correct?
14:37:09   25        A.    Correct.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 132

14:37:09    1         Q.      All right.  At the Texas Heart Institute

14:37:11    2    and St. Luke's Hospital, correct?

14:37:13    3         A.      Yes.

14:37:13    4         Q.      A very, very reputable heart-care team,

14:37:22    5    correct?

14:37:22    6         A.      Yes.

14:37:22    7         Q.      And this heart-care team presumably

14:37:28    8    knows what the potential signs, symptoms and lab

14:37:38    9    abnormalities are to problems with digoxin, correct?

14:37:43   10         A.      Yes.

14:37:44   11         Q.      All right.  And presumably, the team was

14:37:50   12    aware of the February 28th, 2008, level of 1.2,

14:37:54   13    correct?

14:37:55   14         A.      Yes.  They were also aware that she had

14:37:59   15    an LVAD on the 11th.

14:38:01   16         Q.      Right.

14:38:02   17                 But if somebody -- hypothetically,

14:38:06   18    if somebody was concerned about a level of 1.2 on

14:38:11   19    February 28th, they could have discontinued the

14:38:15   20    digoxin, correct?

14:38:16   21         A.      I wouldn't expect that somebody to be

14:38:21   22    somebody on my team.

14:38:23   23         Q.      Well, if digoxin was theoretically

14:38:26   24    causing a problem on February 28th, why would the

14:38:31   25    drug be continued?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 133

14:38:34    1        A.      If it was causing a problem, then why

14:38:36    2    wouldn't it be continued?

14:38:39    3        Q.      No.   Why would it be continued?

14:38:43    4                If somebody suspects that digoxin is

14:38:46    5    causing a problem on February 28th, why would they

14:38:48    6    continue the medication?

14:38:52    7        A.      I can't speak for somebody.  I know, in

14:38:54    8    retrospect, that it caused the problem.  At the

14:38:59    9    time, I don't think anybody did, nor was it relevant

14:39:03   10    after she got the LVAD.

14:39:07   11        Q.      So you're saying, in retrospect, a lot

14:39:09   12    of people overlooked some important data that was in

14:39:13   13    the medical records?

14:39:14   14        A.      Absolutely not.

14:39:17   15        Q.      Okay.

14:39:17   16        A.      In retrospect, they came to the

14:39:23   17    understanding or knowledge that she was being

14:39:26   18    overdosed on the drug; and, of course, what we see

14:39:28   19    here are steady-state trough levels, in

14:39:32   20    pharmacologic terms.

14:39:33   21        Q.      Okay.

14:39:33   22        A.      Does that confuse you?

14:39:35   23        Q.      But I think what you told me before --

14:39:36   24        A.      Okay.

14:39:37   25        Q.      -- just because there's an elevated

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 134

| | | |
|---|---|---|
| 14:39:39 | 1 | level doesn't mean that the dose is too high, |
| 14:39:41 | 2 | correct? |
| 14:39:41 | 3 | A.     You don't understand that at all.  Basic |
| 14:39:44 | 4 | Pharmacology 101.  We can talk after you understand |
| 14:39:48 | 5 | something, because, I'm sorry, but I can't explain |
| 14:39:56 | 6 | basic pharmacology to you.  It would take all week. |
| 14:40:00 | 7 | You would have to have a -- you'd have to have some |
| 14:40:03 | 8 | preparatory understanding first. |
| 14:40:06 | 9 | Q.     All right.  Didn't we establish earlier |
| 14:40:08 | 10 | that just because there's an elevated level, you |
| 14:40:11 | 11 | would want to look for the causes of the elevated |
| 14:40:14 | 12 | level, correct? |
| 14:40:16 | 13 | A.     We established the opposite. |
| 14:40:19 | 14 | Q.     That if there's an elevated level, you |
| 14:40:23 | 15 | don't look for a cause? |
| 14:40:23 | 16 | A.     No. |
| 14:40:24 | 17 | Q.     No, you don't look for a cause, or no, |
| 14:40:27 | 18 | we didn't discuss it? |
| 14:40:27 | 19 | A.     We don't treat numbers.  You treat the |
| 14:40:29 | 20 | patient. |
| 14:40:29 | 21 | MR. WILLIAMSON:  Wait, wait, wait. |
| 14:40:30 | 22 | Stop.  He has asked you another question. |
| 14:40:36 | 23 | THE WITNESS:  He -- |
| 14:40:37 | 24 | MR. WILLIAMSON:  Wait.  He asked you |
| 14:40:38 | 25 | another question before you finished your answer. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 135

14:40:41   1   You answered kind of in like kind.  Let's go back to
14:40:44   2   a system where you finish your question, and make
14:40:47   3   sure he finishes his answer.
14:40:49   4                    MR. MORIARTY:  Sure.
14:40:50   5   BY MR. MORIARTY:
14:40:50   6        Q.     If you don't treat numbers
14:40:52   7   prospectively, what is the methodology that you are
14:40:58   8   using to now retrospectively say that this was a
14:41:04   9   cause of a problem?
14:41:06   10       A.     Because we see an elevated steady-state
14:41:12   11   trough level of digoxin.
14:41:16   12       Q.     Which means what?
14:41:17   13       A.     Basic pharmacology.  I'm sorry, I can't
14:41:21   14   explain that.
14:41:21   15       Q.     No.  What does it mean?
14:41:22   16       A.     I can tell you this.  Let me help you
14:41:25   17   with this piece of it.  If you give someone a dose
14:41:28   18   of digoxin now, their level will go way up and it
14:41:32   19   will come down.  If you give them a dose every
14:41:35   20   single day, you will have a steady level a month
14:41:43   21   later.  A month later, not that day.  A month later.
14:41:52   22   That's the model of distribution of digoxin and how
14:41:57   23   it works.  That's basic pharmacology.
14:41:59   24                    We're seeing a steady-state trough
14:42:02   25   level.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 136

14:42:02    1        Q.      So what conclusion do you now draw, in

14:42:06    2    retrospect, from the level on the 28th of February,

14:42:13    3    2008?

14:42:16    4        A.      That over a prolonged period of time,

14:42:18    5    she had been getting too much digoxin, and that led

14:42:26    6    to cardiogenic shock.

14:42:28    7        Q.      And why did no one diagnose that link in

14:42:43    8    February of 2008?

14:42:45    9        A.      Because no one had a reason to believe

14:42:47    10   in February 2008 that the pills were tainted.

14:42:52    11       Q.      Okay.  So at the time, somebody must

14:43:05    12   have attributed the 1.2 to something other than a

14:43:11    13   tainted tablet?

14:43:15    14       A.      At the time, I didn't attribute the 1.2

14:43:20    15   to anything.  Again, it's irrelevant, particularly

14:43:24    16   the second one, when she had the LVAD.

14:43:26    17       Q.      I just don't understand why it's

14:43:28    18   irrelevant then but relevant now.  Can you explain

14:43:31    19   that to me?

14:43:32    20       A.      I already have.  I'm sorry, but I can't

14:43:35    21   keep restating myself.

14:43:36    22       Q.      Okay.  So have you ever seen any tests

14:43:54    23   of Mimi Rivera-Vega's Digitek tablets to indicate

14:44:00    24   they were outside the label specifications?

14:44:02    25       A.      No.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 137

| | | |
|---|---|---|
| 14:44:02 | 1 | Q.      Have you -- did St. Luke's Hospital |
| 14:44:05 | 2 | gather samples of Digitek and submit them for lab |
| 14:44:10 | 3 | analysis to see if they were outside specifications? |
| 14:44:12 | 4 | A.      I don't know. |
| 14:44:12 | 5 | Q.      And you didn't personally do that or |
| 14:44:17 | 6 | weigh or measure any of them, correct? |
| 14:44:19 | 7 | A.      Correct. |
| 14:44:19 | 8 | Q.      So do you have any actual evidence to |
| 14:44:23 | 9 | indicate that a single tablet, much less more than |
| 14:44:27 | 10 | one, that she ever got anywhere was outside the |
| 14:44:31 | 11 | label specifications? |
| 14:44:36 | 12 | A.      As far as I know, the Courts and the |
| 14:44:37 | 13 | police have the evidence.  I'm not an evidence -- I |
| 14:44:45 | 14 | don't carry evidence or create evidence. |
| 14:44:46 | 15 | Q.      Oh, I understand that.  I'm just -- so |
| 14:44:51 | 16 | assuming -- well, are you only basing -- |
| 14:44:55 | 17 |          MR. WILLIAMSON:  How could he |
| 14:44:56 | 18 | possibly know what's in a pill that she took?  How |
| 14:44:58 | 19 | could you possibly test a pill that she took from |
| 14:45:02 | 20 | November 1st of '07 to January 23rd, '08?  Now, how |
| 14:45:06 | 21 | could we possibly test that pill?  She ingested the |
| 14:45:10 | 22 | pill. |
| 14:45:10 | 23 |          MR. MORIARTY:  Okay. |
| 14:45:12 | 24 | BY MR. MORIARTY: |
| 14:45:12 | 25 | Q.      At any point after the recall in April |

Rennillo Deposition & Discovery
Cleveland 216.523.1313 www.rennillo.com     888.391.3376 (Depo)

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 138

14:45:14    1    of 2008, did St. Luke's Hospital gather up samples
14:45:18    2    of Digitek and have them tested?
14:45:20    3         A.    I'm sorry, I can't answer that.  You're
14:45:25    4    asking the wrong person.
14:45:26    5         Q.    Okay.  So is it -- am I to understand
14:45:30    6    that the only evidence that you have today to
14:45:35    7    suspect in retrospect that she got, as you called
14:45:39    8    them, tainted pills, is the fact that there was a
14:45:41    9    recall?
14:45:43   10                   MR. WILLIAMSON:  No, don't answer
14:45:44   11    that question.  He can rephrase that.
14:45:47   12                   He doesn't have evidence.  It's not
14:45:49   13    his job.  Courts have evidence.
14:45:51   14                   MR. MORIARTY:  I'm sorry, but
14:45:52   15    he's --
14:45:53   16                   MR. WILLIAMSON:  You can ask him
14:45:54   17    about any medical opinion he holds.  You can ask him
14:45:56   18    the basis for that medical opinion.  You can him
14:45:58   19    about any facts he's aware of.  He is not the
14:46:00   20    repository of what is called evidence, because that
14:46:02   21    is a court term.
14:46:03   22                   MR. MORIARTY:  Okay.
14:46:04   23                   MR. WILLIAMSON:  I think even you
14:46:06   24    will agree with me that medical doctors don't deal
14:46:07   25    in terms of evidence the way you and I do.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                    Page 139
14:46:10    1               MR. MORIARTY:  I disagree.  They
14:46:12    2    deal with scientific evidence.
14:46:14    3               THE WITNESS:  And, also, you can't
14:46:16    4    asked me to restate myself over and over again.
14:46:18    5    I've answered the question.
14:46:19    6               MR. WILLIAMSON:  He'll ask you
14:46:20    7    another question.
14:46:21    8               MR. MORIARTY:  I don't think you
14:46:22    9    have.
14:46:22   10    BY MR. MORIARTY:
14:46:22   11        Q.    But do you have an opinion today, to a
14:46:24   12    reasonable degree of medical probability, as to what
14:46:29   13    caused Mimi Rivera-Vega to go into cardiogenic shock
14:46:35   14    in February 2008?
14:46:39   15        A.    That's the right question.
14:46:41   16               Yes, I do.
14:46:42   17        Q.    What's your opinion, to a reasonable
14:46:44   18    degree of medical probability?
14:46:46   19        A.    I've already answered it.
14:46:48   20        Q.    What is your opinion, to a reasonable
14:46:49   21    degree of medical probability?
14:46:51   22               MR. WILLIAMSON:  Answer again.
14:46:52   23               THE WITNESS:  Okay.
14:46:54   24        A.    She got, and subsequently ingested, a
14:47:05   25    tablet of digoxin which was an inappropriate dose,
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 140

14:47:13  1   and it led to her cardiogenic shock and ultimate

14:47:15  2   death.

14:47:16  3   BY MR. MORIARTY:

14:47:17  4        Q.      Are you done with your answer?

14:47:17  5        A.      Over a period of time, actually.  It was

14:47:20  6   not the single pill.  Again, it takes a long time to

14:47:26  7   reach steady-state.

14:47:28  8        Q.      What's the basis for that opinion?

14:47:30  9        A.      Which part?

14:47:36  10       Q.      Your opinion that she got digoxin

14:47:41  11  tablets that were out of specification.

14:47:47  12       A.      My opinion was generated in retrospect

14:47:51  13  by reviewing the chart and seeing -- I think I used

14:47:59  14  the word earlier -- help me -- "sign," maybe,

14:48:08  15  "clue"?  Maybe I used the word "clue" -- in these

14:48:12  16  two digoxin levels, 1/23/08 to 2/28/08, and putting

14:48:19  17  the entire clinical picture together, the fact that

14:48:21  18  she had been stone-cold stable with stable

14:48:26  19  compensated congestive heart failure over a period

14:48:30  20  of -- you know, since '02, and then fell off the

14:48:34  21  cliff at this point in time.

14:48:37  22       Q.      Fell off the cliff when?

14:48:42  23       A.      Late January, early February.

14:48:45  24       Q.      How many out-of-spec digoxin tablets did

14:48:51  25  Mimi get?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 141

14:48:51   1        A.       I don't know.

14:48:52   2        Q.       How many -- how far out of specification

14:48:55   3   were they?

14:48:55   4        A.       I don't know.

14:48:59   5        Q.       Between the catheterization and the

14:49:30   6   IABP, did you ever draw any serum digoxin levels?

14:49:34   7        A.       No.

14:49:34   8        Q.       What was the purpose of the left

14:49:39   9   ventricular assist device?

14:49:42   10       A.       To treat her cardiogenic shock.

14:49:45   11       Q.       And bridge-to-transplant?

14:49:52   12       A.       At the time, it was to treat her

14:49:54   13   cardiogenic shock.

14:49:55   14       Q.       Okay.  In the February 11th records

14:49:59   15   surrounding this LVAD placement, there's a comment

14:50:02   16   about enrollment in some LVAD study.  Were you doing

14:50:06   17   an LVAD study in February of 2008?

14:50:09   18       A.       Yes.

14:50:09   19       Q.       I'd like you to check your records and

14:50:11   20   see if she was enrolled, please.

14:50:14   21       A.       I don't need to.  I can tell you what it

14:50:16   22   is.

14:50:17   23       Q.       Well, can you tell me whether she was

14:50:20   24   actually enrolled?

14:50:21   25       A.       Yes.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 142

14:50:21  1        Q.      All right.  Was she?

14:50:22  2        A.      Yes.

14:50:22  3        Q.      And what was the study?

14:50:24  4        A.      Jarvik 2000.

14:50:27  5        Q.      Is there a file on her for her

14:50:31  6    Jarvik 2000 trial?

14:50:33  7        A.      I don't know.  The Jarvik 2000 remains

14:50:38  8    in trial.  It was then; it is now.  It's a trial,

14:50:42  9    study device.

14:50:43  10       Q.      In your opinion, to a probability, would

14:50:45  11   she have needed a Jarvik 2000 or comparable at some

14:50:50  12   point?

14:50:51  13       A.      I had hoped to primarily transplant her.

14:50:57  14       Q.      Okay.  Well, if there wasn't a heart

14:51:02  15   available and she needed further bridging, so to

14:51:06  16   speak, that Jarvik or comparable would be the mode

14:51:11  17   of therapy, correct?

14:51:12  18       A.      Yes.

14:51:12  19       Q.      Who is Dr. Frazier?

14:51:47  20       A.      The chief of cardiopulmonary

14:51:52  21   transplantation, the Texas Heart Institute.

14:51:56  22                MR. WILLIAMSON:  The gentleman who's

14:51:58  23   performed more heart transplants than any other

14:52:01  24   individual on earth.

14:52:01  25   BY MR. MORIARTY:

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 143

| | |
|---|---|
| 14:52:02 | 1    Q.    Do you know whether Dr. Frazier, at any |
| 14:52:03 | 2  point, made a diagnosis that her cardiogenic shock |
| 14:52:05 | 3  and the need for this LVAD was based on some digoxin |
| 14:52:08 | 4  problem? |
| 14:52:10 | 5    A.    I don't know. |
| 14:52:13 | 6    Q.    Did he ever write that in the record? |
| 14:52:16 | 7    A.    Not that I know of. |
| 14:52:18 | 8    Q.    Would you assume that he had all the |
| 14:52:20 | 9  same data available that you did at the time? |
| 14:52:22 | 10    A.    Yes. |
| 14:52:22 | 11              (Delgado Deposition Exhibit 7 |
| 14:52:22 | 12  marked.) |
| 14:52:22 | 13              (Delgado Deposition Exhibit 8 |
| 14:52:22 | 14  marked.) |
| 14:52:22 | 15  BY MR. MORIARTY: |
| 14:52:22 | 16    Q.    On February 23rd -- let me just show you |
| 14:52:43 | 17  these two exhibits.  These are Exhibits 7 and 8.  On |
| 14:52:47 | 18  7, I'll tell you that this was February 4th, 2008. |
| 14:52:51 | 19  Is this your handwriting? |
| 14:52:52 | 20    A.    Yes. |
| 14:52:52 | 21    Q.    Does that say, "Poor prognostic |
| 14:52:58 | 22  features, prep for VAD"? |
| 14:52:59 | 23    A.    Yes. |
| 14:53:03 | 24              MR. MORIARTY:  All right.  Hunter, |
| 14:53:04 | 25  could you make sure you separate out the exhibits? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 144

14:53:06    1    They're starting to get mixed up.

14:53:15    2    BY MR. MORIARTY:

14:53:16    3         Q.      This is Exhibit 8.  It is a note.  Is

14:53:22    4    this your handwriting?

14:53:25    5         A.      Parts of it.

14:53:26    6         Q.      Okay.  At the bottom, it says, "Patient

14:53:29    7    listed for transplant as status of 1-A by

14:53:34    8    St. Luke's" --

14:53:34    9         A.      "Medical review board."

14:53:36   10         Q.      All right.

14:53:37   11                 MR. WILLIAMSON:  You got a

14:53:38   12    Bates-stamp number you can give me, because I

14:53:40   13    don't --

14:53:41   14                 MR. MORIARTY:  MVSLE:3523.  It's

14:53:48   15    from the St. Luke's chart.

14:53:49   16                 MR. WILLIAMSON:  Thanks.

14:53:51   17    BY MR. MORIARTY:

14:53:52   18         Q.      First of all, is there probably a

14:53:54   19    separate file regarding her transplant approval

14:53:57   20    process?

14:53:57   21         A.      It would contain the same information.

14:54:06   22    There may be a separate file with bits and pieces of

14:54:12   23    all this somewhere.

14:54:13   24         Q.      Okay.  Where would that file be?

14:54:15   25         A.      At the transplant office.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 145

14:54:16   1        Q.      All right.  And what are the criteria

14:54:18   2    for status 1-A?

14:54:20   3        A.      The UNOS criteria are -- can be read on

14:54:28   4    the United Network for Organ Sharing website.  It's

14:54:33   5    very complicated.

14:54:36   6        Q.      But I can look on there and figure it

14:54:38   7    out, right?

14:54:38   8        A.      Yeah.

14:54:38   9        Q.      Okay.  On February 23rd, did you start

14:54:43   10   Mimi on digoxin also for atrial fibrillation?

14:54:50   11       A.      I don't remember.

14:54:50   12       Q.      Assuming that's noted in the chart, what

14:54:53   13   was the cause of her a-fib?

14:54:56   14       A.      I don't remember specifically, but she

14:55:06   15   develops right heart failure, unfortunately, after

14:55:10   16   receiving the LVAD, and that caused a number of

14:55:12   17   problems, which the a-fib may have been one.

14:55:17   18       Q.      Do you know, when she was started on

14:55:21   19   February 23rd, whether she was started on IV

14:55:26   20   digoxin?

14:55:30   21       A.      I don't know.  I'd have to look it up.

14:55:31   22       Q.      Assuming she was, is that of any

14:55:33   23   significance to you in the lead-up to February 28th?

14:55:38   24       A.      In general, that's used for rate control

14:55:45   25   extrapolation.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 146

14:55:45    1        Q.      Well, I understand that.  But if you

14:55:46    2    draw a digoxin level on the 28th, is it going to

14:55:49    3    reflect not only IV digoxin given, but also oral

14:55:54    4    digoxin taken?

14:55:57    5        A.      It depends on timing.

14:56:02    6        Q.      What's the half-life of IV digoxin?

14:56:05    7        A.      That's the problem.  This is a very

14:56:06    8    difficult volume-of-distribution drug, and it's got

14:56:10    9    multiple volumes of distribution.

14:56:13   10        Q.      Is the toxicology or pharmacokinetic

14:56:18   11    aspect of these doses leading up to February 28th

14:56:24   12    better answered by pharmacokineticists --

14:56:28   13        A.      Probably.

14:56:29   14        Q.      -- and toxicologists?

14:56:30   15        A.      No, pharmacokineticists.  In other

14:56:33   16    words, you get one PK curve for a clean drug.  You

14:56:37   17    don't have that with this.  This has got multiple PK

14:56:42   18    curves, multiple volumes of distribution.  The

14:56:45   19    steady-state takes a month.

14:56:47   20        Q.      All right.  And maybe I am not clear on

14:56:49   21    this, but other than the recall, do you have any

14:56:57   22    other scientific information available to you to

14:57:01   23    indicate that any digoxin she was given was out of

14:57:06   24    specification?

14:57:18   25        A.      I guess theoretically, you could say all

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 147

```
14:57:20    1   this is.
14:57:21    2                    MR. WILLIAMSON:   Correct.
14:57:22    3   BY MR. MORIARTY:
14:57:22    4        Q.     All what?
14:57:25    5        A.     Everything; her entire record.  In other
14:57:29    6   words, you come to a conclusion based on the
14:57:39    7   confluence of the evidence, not on a piece of it.
14:57:42    8        Q.     Okay.  But you did not suspect that it
14:57:48    9   might be out-of-specification digoxin until on or
14:57:56   10   after you heard about the recall, correct?
14:57:59   11        A.     I never suspected it.  I just found out
14:58:03   12   about the recall.  I don't suspect such things
14:58:06   13   happen in a civilized country.
14:58:07   14        Q.     No, I understand that.
14:58:08   15        A.     I know they happen in India.
14:58:09   16        Q.     But what started -- what started your
14:58:12   17   thought process to lead you to this conclusion was
14:58:14   18   on or after the recall, correct?
14:58:16   19        A.     Correct.
14:58:17   20        Q.     Okay.  Between April 28th and when
14:58:45   21   Mrs. Vega went to the hospital -- I'm sorry, let me
14:58:49   22   withdraw that because I think I gave the wrong date.
14:58:51   23                    Between February 28th and when
14:58:55   24   Mrs. Vega went to the hospital in the middle of
14:58:59   25   May 2008, did she ever have any other serum digoxin
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 148

14:59:04    1    concentrations drawn?

14:59:06    2           A.      Not that I know of.

14:59:24    3           Q.      Does this chart, this graphic material

14:59:26    4    that's in your office chart, MVDCA:27, 28, 29 and

14:59:34    5    30, pick up office and hospital serum digoxin

14:59:39    6    concentrations?

14:59:40    7           A.      No, just hospital.

14:59:45    8           Q.      Is there any evidence in your office

14:59:47    9    chart that you drew serum digoxin concentrations

14:59:51   10    between discharge on March 10th and when she was

14:59:55   11    rehospitalized on March 17th?

15:00:01   12           A.      No.

15:00:01   13           Q.      Does it reflect any serum digoxin

15:00:06   14    concentrations during the admission of March 17th to

15:00:09   15    April 4th, 2008?

15:00:12   16           A.      I'm sorry, ask the last question again.

15:00:14   17           Q.      Sure.

15:00:14   18                   Does your chart reflect any serum

15:00:17   19    digoxin concentrations drawn between March 17th and

15:00:21   20    April 4th, 2008?

15:00:22   21           A.      No.

15:00:28   22           Q.      And then does your office chart reflect

15:00:36   23    any serum digoxin concentrations drawn between

15:00:38   24    April 4th and April 22nd, when she was readmitted?

15:00:46   25           A.      Not that I know of.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 149

| | | |
|---|---|---|
| 15:00:48 | 1 | Q.    And were there any serum digoxin |
| 15:00:52 | 2 | concentrations drawn between April 22 and April 25, |
| 15:00:56 | 3 | when she was readmitted to St. Luke's? |
| 15:00:59 | 4 | A.    Not that I know of. |
| 15:01:01 | 5 | Q.    And if, hypothetically, Mrs. Vega was |
| 15:01:11 | 6 | taking out-of-specification digoxin on a regular |
| 15:01:18 | 7 | basis between March 10th and April 24th, would you |
| 15:01:27 | 8 | expect her to have some adverse clinical signs and |
| 15:01:39 | 9 | symptoms? |
| 15:01:41 | 10 | A.    No.  She had the LVAD at that period of |
| 15:01:47 | 11 | time, as I remember. |
| 15:01:48 | 12 | Q.    And how -- why does that make a |
| 15:01:50 | 13 | difference? |
| 15:01:51 | 14 | A.    Well, the LVAD gets rid of the heart |
| 15:01:54 | 15 | failure. |
| 15:01:56 | 16 | Q.    Well, digoxin doesn't cause heart |
| 15:01:59 | 17 | failure.  It would cause other problems, correct? |
| 15:02:03 | 18 | A.    That's the real trick.  You've got to |
| 15:02:06 | 19 | read that Kirkwood Adams article to get your answer |
| 15:02:09 | 20 | there. |
| 15:02:09 | 21 | Q.    Well, in any digoxin product label, does |
| 15:02:13 | 22 | it say that one of the adverse consequences of |
| 15:02:16 | 23 | digoxin is heart failure? |
| 15:02:19 | 24 | A.    It's not possible to say that because |
| 15:02:21 | 25 | it's used to treat heart failure. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 150

15:02:25  1        Q.      Well, if she consistently took

15:02:31  2    out-of-specification-high Digitek or other digoxin

15:02:34  3    products between March 10th and April 24th, would

15:02:38  4    you have expected there to be elevated serum digoxin

15:02:41  5    concentrations?

15:02:42  6        A.      Probably not, because, again, because

15:02:50  7    she has the LVAD.

15:02:51  8        Q.      Well, does the LVAD somehow affect serum

15:02:56  9    blood levels?

15:02:56 10        A.      Absolutely.

15:02:57 11        Q.      How?

15:02:58 12        A.      Increases renal perfusion markedly,

15:03:05 13    particularly in the Jarvik.

15:03:07 14        Q.      Increases it beyond baseline?

15:03:10 15        A.      Absolutely.

15:03:10 16        Q.      So if she was taking elevated -- or

15:03:23 17    digoxin with elevated levels of the active

15:03:28 18    pharmaceutical ingredient post LVAD, the increased

15:03:30 19    renal perfusion would essentially prevent her from

15:03:34 20    having elevated levels and clinical signs and

15:03:39 21    symptoms?

15:03:39 22        A.      Likely, yes.

15:03:40 23        Q.      All right.  Why did her LVAD fail?

15:03:43 24        A.      I don't remember the details.  She

15:03:49 25    actually had three different LVADs.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 151

15:03:52   1       Q.       Well, let's just talk about the first
15:03:54   2   one --
15:03:56   3       A.       Yeah.
15:03:56   4       Q.       -- the Jarvik 2000 that was implanted in
15:03:59   5   February of 2008.
15:04:03   6       A.       Basically, the problem is that she had
15:04:07   7   already fallen off the cliff, so to speak, when the
15:04:10   8   first Jarvik was put in; so, as a result, she
15:04:13   9   developed right heart failure.  15% of LVAD patients
15:04:17   10  will develop right heart failure.
15:04:20   11             That led to, at some point -- I
15:04:24   12  can't remember if it was the first or the second
15:04:25   13  Jarvik -- aortic root thrombosis.  Aortic root
15:04:34   14  thrombosis led to the emergency need for replacement
15:04:36   15  of the LVAD.
15:04:37   16             And so, you know, the chain of
15:04:38   17  events started before the first Jarvik was put in.
15:04:45   18      Q.       Are you done with your answer?
15:04:47   19      A.       Yes.
15:04:47   20      Q.       Did you ever make any adverse event
15:04:49   21  report to the manufacturer of the Jarvik device?
15:04:54   22      A.       Not me personally.  The study team does.
15:04:58   23      Q.       Is there a file for that adverse event
15:05:03   24  report somewhere?
15:05:05   25      A.       Likely.  Likely with the FDA.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 152

15:05:08    1        Q.      Who at your office would have it?

15:05:10    2        A.      No one at my office.  I'm not the PI on

15:05:12    3    that trial.

15:05:13    4        Q.      Whose office would have that adverse

15:05:17    5    event report?

15:05:18    6        A.      Probably the FDA.

15:05:19    7        Q.      Well, the FDA's unlikely to give it to

15:05:21    8    me.

15:05:22    9        A.      Yes.

15:05:22   10        Q.      Who in Houston, Texas would have it?

15:05:24   11        A.      It's -- it would be, maybe, in

15:05:29   12    cardiovascular surgery research at Texas Heart

15:05:34   13    Institute, and they'd probably be prevented from

15:05:36   14    giving it to you by the FDA.

15:05:40   15        Q.      Were there any other AERs for any of the

15:05:42   16    other LVADs that she received in the summer of 2008?

15:05:51   17        A.      The adverse events that occurred post

15:05:54   18    all the LVADs she received would have been

15:05:57   19    documented and reported to the FDA very religiously.

15:06:00   20    That's how it's done.

15:06:08   21        Q.      Why did she have her first internal

15:06:12   22    cardiac defibrillator, which I believe was in 2005?

15:06:18   23        A.      It was the publishing of a critical

15:06:24   24    clinical trial in the use of defibrillators in

15:06:28   25    patients with low ejection fraction that led to

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 153

15:06:34  1   patients being implanted around that time frame.

15:06:38  2   Probably -- there were two trials.  The one that

15:06:40  3   probably was in effect at that time was the one

15:06:46  4   called MADIT II.

15:06:51  5       Q.     But why was she given one?

15:06:53  6       A.     That.

15:06:56  7       Q.     Well, what was her clinical condition

15:06:58  8   that warranted that device?

15:06:59  9       A.     Ejection fraction less than 30.

15:07:02  10      Q.     Was she part of a -- was she enrolled in

15:07:07  11  one of those trials?

15:07:08  12      A.     No.  Not that I know of.  She may have

15:07:11  13  been before I took care of her.

15:07:12  14      Q.     Is the risk of sudden cardiac death high

15:07:42  15  in patients who have left ventricular dysfunction

15:07:45  16  with an ejection fraction less than 40%?

15:07:47  17      A.     It depends on whether or not they have

15:07:50  18  an LVAD -- I mean, an ICD, defibrillator.

15:07:55  19      Q.     Okay.  Do you know whether she needed to

15:08:00  20  have her ICD changed in 2005?

15:08:10  21      A.     I don't remember.

15:08:10  22      Q.     Did you do -- did you take her to the

15:08:19  23  cath lab for catheterization and IABP in October of

15:08:25  24  2007?

15:08:26  25      A.     Yes.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 154

| | | |
|---|---|---|
| 15:08:27 | 1 | Q.      Why? |
| 15:08:28 | 2 | A.      At the time, her -- I don't remember |
| 15:08:40 | 3 | what my thinking was at the time.  I would have to |
| 15:08:43 | 4 | go back and review the records.  I just remember |
| 15:08:49 | 5 | that that happened. |
| 15:08:51 | 6 | Q.      Well, I don't have all the records, but |
| 15:09:01 | 7 | I do have the op report, which is MVDCA:124, and -- |
| 15:09:08 | 8 | MR. WILLIAMSON:  MVDCA?  I'm sorry. |
| 15:09:11 | 9 | MR. MORIARTY:  MVDCA:124.  And it's |
| 15:09:16 | 10 | in this section of the chart, somewhere. |
| 15:09:19 | 11 | MR. WILLIAMSON:  What's the date? |
| 15:09:20 | 12 | What is it, op report? |
| 15:09:22 | 13 | MR. MORIARTY:  It's an op report, |
| 15:09:24 | 14 | 10/18/07 -- |
| 15:09:26 | 15 | MR. WILLIAMSON:  Thanks. |
| 15:09:26 | 16 | MR. MORIARTY:  -- from a right heart |
| 15:09:28 | 17 | cath and placement of an IABP. |
| 15:09:37 | 18 | THE WITNESS:  That looks like one. |
| 15:09:39 | 19 | BY MR. MORIARTY: |
| 15:09:39 | 20 | Q.      Is that it? |
| 15:09:40 | 21 | A.      Yes. |
| 15:09:40 | 22 | Q.      Okay. |
| 15:09:41 | 23 | A.      Yeah.  Is that a different one from |
| 15:09:46 | 24 | yours? |
| 15:09:47 | 25 | Q.      Mine says -- yeah, must be.  Let me look |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 155

| | | |
|---|---|---|
| 15:09:50 | 1 | at this.  Yeah.  This is the one, February 5th |
| 15:09:54 | 2 | of '08. |
| 15:09:55 | 3 | A.      That's a different one. |
| 15:09:58 | 4 | Q.      I tell you what, just look at mine. |
| 15:10:01 | 5 | A.      Yeah. |
| 15:10:01 | 6 | Q.      And, at least, what does the record |
| 15:10:06 | 7 | indicate were the indications for that procedure? |
| 15:10:08 | 8 | A.      Congestive heart failure, decompensated |
| 15:10:20 | 9 | cardiomyopathy, cardiogenic shock. |
| 15:10:23 | 10 | Q.      Okay.  And, in your opinion, to a |
| 15:10:24 | 11 | reasonable degree of medical probability, is that |
| 15:10:27 | 12 | still the cause of the need for the right heart cath |
| 15:10:31 | 13 | and placement of the IABP in October of '07? |
| 15:10:34 | 14 | A.      No. |
| 15:10:34 | 15 | Q.      What's your current opinion about the -- |
| 15:10:37 | 16 | A.      The last sentence there explains it. |
| 15:10:42 | 17 | Q.      "Severely deranged hemodynamics.  The |
| 15:10:46 | 18 | patient will be admitted for management of CHF"? |
| 15:10:49 | 19 | A.      Yes. |
| 15:10:50 | 20 | Q.      I'm sorry, I don't understand your |
| 15:10:52 | 21 | answer, then. |
| 15:10:53 | 22 | A.      So I went into the procedure thinking |
| 15:10:55 | 23 | she may have shock.  After the procedure was done, |
| 15:10:59 | 24 | it was determined she didn't. |
| 15:11:02 | 25 | Q.      Okay. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 156

15:11:02   1        A.      And it was CHF.

15:11:03   2        Q.      Okay.  And is it still your opinion that

15:11:09   3   this procedure was necessitated because of CHF?

15:11:13   4        A.      No, the procedure was done mainly to

15:11:18   5   diagnose CHF.

15:11:24   6        Q.      I guess what I'm trying to find out is

15:11:27   7   whether you have changed your opinion in any way,

15:11:29   8   even retrospectively, about the need for or the

15:11:32   9   diagnosis surrounding this October 18th, 2007,

15:11:39   10  procedure.

15:11:40   11       A.      No.  The last sentence, because that --

15:11:45   12  the procedure was done to gather the hemodynamic

15:11:48   13  data, which determined the last sentence, that she

15:11:53   14  had heart failure --

15:11:54   15       Q.      Okay.  That she was --

15:11:55   16       A.      -- as a consequence of deranged

15:12:02   17  hemodynamics.

15:12:05   18       Q.      All right.  And what was the cause of

15:12:06   19  her heart failure and deranged hemodynamics in

15:12:12   20  October of 2007?

15:12:12   21       A.      She had elevated pulmonary artery

15:12:25   22  pressures.  That's generally what that refers to.

15:12:31   23       Q.      Is this any indication that her heart

15:12:33   24  function was worsening in the fall of 2007?

15:12:37   25       A.      No.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 157

15:12:37  1        Q.     Let's just take the end of calendar year
15:13:21  2   2007 as a convenient time point, okay?
15:13:26  3        A.     Uh-huh.
15:13:26  4        Q.     At that point, did you have an opinion
15:13:28  5   to a probability as to how long she could go before
15:13:31  6   she was going to need -- on her medical management,
15:13:36  7   before she was going to need a heart transplant?
15:13:38  8        A.     My belief is, at that point, say, you
15:13:45  9   know, December '07, was that she would remain the
15:13:53  10  same way she had been up until that point, so '02
15:13:58  11  to '07.
15:14:03  12       Q.     Either it's been too long a day or I
15:14:05  13  didn't understand your answer.
15:14:06  14              Looking at the end of 2007, how long
15:14:10  15  into the future would she likely have gone on
15:14:13  16  medical management before the need for the
15:14:16  17  transplant?
15:14:18  18       A.     There's no way to predict that,
15:14:19  19  obviously; but my belief at the end of '07 would not
15:14:26  20  have been substantially different than my belief
15:14:31  21  in '02, for example.
15:14:35  22              MR. WILLIAMSON:  I'm kind of falling
15:14:36  23  down on the job.  I'm ready to take a break when you
15:14:39  24  get ready.
15:14:40  25              MR. MORIARTY:  I'll be there in a

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 158

| | | |
|---|---|---|
| 15:14:41 | 1 | minute. |
| 15:14:41 | 2 | MR. WILLIAMSON:  Okay. |
| 15:14:42 | 3 | BY MR. MORIARTY: |
| 15:14:42 | 4 | Q.    But at least as of the end of '07, there |
| 15:14:44 | 5 | were actual things moving along in the direction of |
| 15:14:50 | 6 | transplant, such as getting her BMI down, the |
| 15:14:55 | 7 | bridge-to-transplant goal therapy of milrinone, |
| 15:14:58 | 8 | things of that nature, things you weren't doing back |
| 15:15:00 | 9 | in '02, right? |
| 15:15:04 | 10 | A.    I think I was doing -- I mean, I was |
| 15:15:06 | 11 | doing that in '02.  I was trying to get her to lose |
| 15:15:09 | 12 | weight, particularly.  That was the primary problem. |
| 15:15:12 | 13 | Q.    Well, I understand. |
| 15:15:12 | 14 | A.    In '02, she weighed a lot more than she |
| 15:15:15 | 15 | did in '07.  That was the big issue.  And so as her |
| 15:15:18 | 16 | weight came down, as she got closer to '07, she |
| 15:15:23 | 17 | became a more and more better candidate; and so that |
| 15:15:27 | 18 | changed, to some degree. |
| 15:15:40 | 19 | MR. MORIARTY:  Just give me a couple |
| 15:15:41 | 20 | more minutes, and then we'll be fine to take a |
| 15:15:48 | 21 | break.  And I don't think I'm going to be that much |
| 15:15:50 | 22 | longer after the break, anyway. |
| 15:15:53 | 23 | MR. WILLIAMSON:  How about you? |
| 15:15:54 | 24 | MS. AHERN:  I only have a few |
| 15:15:56 | 25 | follow-up questions. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                        Page 159
15:15:56     1                    (Delgado Deposition Exhibit 9
15:15:59     2     marked.)
15:15:59     3     BY MR. MORIARTY:
15:16:01     4          Q.     I've had this marked as Exhibit 9.   It's
15:16:03     5     a death certificate, correct?
15:16:04     6          A.     Uh-huh.
15:16:05     7          Q.     All right.  May I see that?
15:16:07     8          A.     Yes.
15:16:07     9                    MR. WILLIAMSON:  May I see it for
15:16:08    10     two seconds?
15:16:10    11                    MR. MORIARTY:  Could you give him my
15:16:11    12     copy down there?
15:16:12    13                    MS. AHERN:  Yeah.  Here you go.
15:16:14    14                    MR. WILLIAMSON:  I can't see the one
15:16:15    15     you're showing the witness.
15:16:17    16                    MR. MORIARTY:  You think it's
15:16:18    17     different?
15:16:18    18                    MR. WILLIAMSON:  No, if you tell me
15:16:19    19     it's the same.
15:16:20    20     BY MR. MORIARTY:
15:16:21    21          Q.     Okay.  Date of death is what?
15:16:23    22          A.     September 28th, '08.
15:16:25    23          Q.     And is your signature on here?
15:16:26    24          A.     Yes.
15:16:27    25          Q.     Here, on line 27?
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 160

| | | | |
|---|---|---|---|
| 15:16:28 | 1 | A. | Yes. |

15:16:28    1      A.     Yes.

15:16:29    2      Q.     What is the date that you signed it?

15:16:31    3      A.     9/30/08.

15:16:33    4      Q.     And what were the two immediate cause

15:16:38    5    and the sequentially listed conditions?

15:16:43    6      A.     Congestive heart failure,

15:16:47    7    cardiomyopathy.

15:16:47    8      Q.     All right.  And the congestive heart

15:16:51    9    failure is months, and the cardiomyopathy is years;

15:16:55   10    is that correct?

15:16:55   11      A.     Yes.

15:16:55   12      Q.     Have you undertaken any procedures to

15:16:58   13    change this death certificate?

15:17:02   14      A.     No.

15:17:02   15      Q.     And that death certificate was executed

15:17:17   16    five months after the recall of Digitek, correct?

15:17:23   17      A.     Roughly, yes.

15:17:30   18             MR. MORIARTY:  All right.  Let's

15:17:31   19    take a break.  I'm going to collate all this mess

15:17:34   20    and hopefully wrap this up, okay?

15:17:37   21             THE WITNESS:  Thanks.

15:17:38   22             (Recess taken, 3:17 p.m. to

15:31:21   23    3:31 p.m.)

15:31:22   24    BY MR. MORIARTY:

15:31:22   25      Q.     Okay, Doctor.  I'm going to try to wrap

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 161

15:31:24   1   this up.

15:31:29   2                   Why did Mrs. Vega still qualify for

15:31:33   3   a heart transplant by the end of August 2008?  And

15:31:47   4   to put it another way, if you're confused by my

15:31:51   5   question, is:  Weren't there certain things that had

15:31:56   6   happened to her by August of 2008 that would have

15:31:59   7   made her not a candidate for heart transplant?

15:32:03   8        A.    Candidacy for a heart-transplant thing

15:32:07   9   is a very complicated, multi-disciplinary

15:32:21   10  decision-making process that takes into account an

15:32:24   11  entire board of people, some of which are

15:32:27   12  physicians, some are not; and so there's no easy

15:32:30   13  answer to that.

15:32:31   14       Q.    Well, that's fine.

15:32:32   15       A.    Obviously, we're dealing with limited

15:32:34   16  resourcing, so with a limited resource, you can't

15:32:37   17  have a single decision-maker.  You have to make sure

15:32:39   18  that there's no improprieties or biases and so on.

15:32:43   19  So we have a board, and the board decides these

15:32:45   20  things, not me personally.

15:32:47   21       Q.    Okay.  That's fine.  And would the

15:32:48   22  board, or a substantial part of the board, have

15:32:50   23  reassessed the situation when a heart became

15:32:54   24  available?

15:32:55   25       A.    Absolutely.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 162

| 15:32:55 | 1 | Q. Okay. All right. Of the -- you're |
| 15:33:04 | 2 | probably aware there are dozens, if not hundreds, of |
| 15:33:07 | 3 | articles about digoxin and digoxin toxicity, |
| 15:33:10 | 4 | correct? |
| 15:33:10 | 5 | A. Yes. |
| 15:33:10 | 6 | Q. Well-documented topic in the medical |
| 15:33:13 | 7 | literature? |
| 15:33:14 | 8 | A. Yes. |
| 15:33:16 | 9 | Q. And the only one you brought is this |
| 15:33:19 | 10 | Exhibit 17, correct? |
| 15:33:19 | 11 | A. Right. |
| 15:33:20 | 12 | Q. Are there articles indicating that |
| 15:33:23 | 13 | digoxin is not toxic at levels less than 2? |
| 15:33:32 | 14 | A. Not that I know of. |
| 15:33:33 | 15 | Q. All right. |
| 15:33:34 | 16 | A. The reason I only brought that is |
| 15:33:36 | 17 | because that's the only one relevant. It doesn't |
| 15:33:39 | 18 | have to do with what you're thinking of as digoxin |
| 15:33:41 | 19 | toxicity. |
| 15:33:44 | 20 | Q. Okay. |
| 15:33:44 | 21 | A. You're thinking of a different syndrome. |
| 15:33:44 | 22 | (Delgado Deposition Exhibit 19 |
| 15:33:44 | 23 | marked.) |
| 15:33:46 | 24 | BY MR. MORIARTY: |
| 15:33:46 | 25 | Q. Okay. I have marked Exhibit 19. You |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                                        Page 163
15:33:51    1    see this?
15:33:52    2         A.      Yes.
15:33:52    3         Q.      This is a Lanoxin product label, okay?
15:33:57    4         A.      Yes.
15:33:57    5         Q.      And I'd like you to go to the
15:34:00    6    second-to-last page.
15:34:06    7                 MR. WILLIAMSON:  Do you have a copy
15:34:06    8    for me?
15:34:07    9                 MR. MORIARTY:  Actually, I don't.
15:34:08   10    I'm sorry.
15:34:09   11                 MR. WILLIAMSON:  That's okay.
15:34:10   12                 MR. MORIARTY:  You want to use my
15:34:11   13    highlighted one?
15:34:12   14                 MR. WILLIAMSON:  Well, yeah, let me
15:34:14   15    just get a copy made of it.  Let's take a 30-second
15:34:18   16    break.  It will only take me a second to make a
15:34:22   17    copy.
15:34:27   18                 (Discussion off the record.)
15:34:51   19                 MR. MORIARTY:  Why don't I ask my
15:34:52   20    other two questions until he comes back with the
15:34:55   21    copy, and then I can ask you about that, to save
15:34:57   22    time, okay?
15:34:58   23                 MR. WILLIAMSON:  Yeah, because this
15:34:59   24    isn't one of the medical charts, so I can't just
15:35:03   25    follow along on my own copy of the medical chart.
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 164

| | | |
|---|---|---|
| 15:35:05 | 1 | MR. MORIARTY:  That's fine. |
| 15:35:06 | 2 | BY MR. MORIARTY: |
| 15:35:08 | 3 | Q.    Doctor, let me go to something else, and |
| 15:35:10 | 4 | I'll come back to that, okay? |
| 15:35:11 | 5 | A.    Yes, sir. |
| 15:35:11 | 6 | Q.    I assume I'm being charged for the time |
| 15:35:14 | 7 | spent chatting with you today? |
| 15:35:16 | 8 | A.    I don't -- I don't know, honestly.  I |
| 15:35:19 | 9 | don't know how it works. |
| 15:35:19 | 10 | Q.    Who handles that in your office? |
| 15:35:22 | 11 | A.    I know I'm getting paid, if that's what |
| 15:35:25 | 12 | you're asking.  Is that what you're asking? |
| 15:35:28 | 13 | Q.    That was my question, if I'm unclear. |
| 15:35:32 | 14 | If you want to get paid, you've got to charge me, |
| 15:35:35 | 15 | right? |
| 15:35:35 | 16 | A.    I don't know who I'm charging.  I don't |
| 15:35:36 | 17 | know who's paying me. |
| 15:35:39 | 18 | Q.    What do you expect to be paid for your |
| 15:35:41 | 19 | time here today, regardless of who pays it? |
| 15:35:43 | 20 | A.    There's roughly a -- guidelines put |
| 15:35:52 | 21 | forth by the TMA that determines how we're paid for |
| 15:35:55 | 22 | doing work like this, and my office manager deals |
| 15:35:58 | 23 | with it. |
| 15:35:58 | 24 | Q.    Okay.  Do you know whether your office |
| 15:36:01 | 25 | manager has billed Mr. Williamson for any time |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 165

15:36:06    1    you've spent talking to him before today?

15:36:08    2        A.      No.

15:36:09    3        Q.      No, you don't know --

15:36:10    4        A.      No, he's not.  No, he's not.

15:36:12    5        Q.      Has Mr. Williamson indicated that he

15:36:17    6    intends to retain you as an expert in this case?

15:36:19    7        A.      No.

15:36:19    8        Q.      All right.  Now you can turn to

15:36:23    9    Exhibit -- is it 19?

15:36:27   10        A.      19.

15:36:28   11        Q.      All right.  And, as I told you, I want

15:36:30   12    you to go to the second-last page of the document.

15:36:36   13                    MR. WILLIAMSON:  The next-to-last

15:36:37   14    page or two from the back?

15:36:39   15                    MR. MORIARTY:  Yes, sir.

15:36:40   16                    MR. WILLIAMSON:  Two from the back.

15:36:41   17                    MR. MORIARTY:  The penultimate page,

15:36:44   18    yes, sir.

15:36:44   19                    MR. WILLIAMSON:  I don't know what

15:36:45   20    "penultimate" means.

15:36:47   21    BY MR. MORIARTY:

15:36:48   22        Q.      In the middle column, under the bigger

15:36:51   23    heading of "Dosage and Administration," the second

15:36:55   24    bold category is "Serum Digoxin Concentrations"; is

15:36:58   25    that correct?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 166

| | | |
|---|---|---|
| 15:36:58 | 1 | A.      Yes. |
| 15:36:58 | 2 | Q.      All right.  And you know what these are. |
| 15:37:01 | 3 | This is the package insert or the detailed patient |
| 15:37:05 | 4 | labeling from the PDR regarding this particular |
| 15:37:08 | 5 | drug, right? |
| 15:37:08 | 6 | A.      Yes. |
| 15:37:08 | 7 | Q.      Okay.  The sixth line down, it says, |
| 15:37:18 | 8 | "About two-thirds of adults considered adequately |
| 15:37:24 | 9 | digitalized (without evidence of toxicity) have |
| 15:37:27 | 10 | serum digoxin concentrations ranging from .8 to |
| 15:37:32 | 11 | 2.0 nanograms per milliliter." |
| 15:37:38 | 12 | Did I read that correctly? |
| 15:37:40 | 13 | A.      Yes. |
| 15:37:40 | 14 | Q.      Do you agree with that? |
| 15:37:42 | 15 | A.      Yes. |
| 15:37:42 | 16 | Q.      Next sentence, "However, digoxin may |
| 15:37:45 | 17 | produce clinical benefits even at serum |
| 15:37:47 | 18 | concentrations below this range." |
| 15:37:52 | 19 | Do you agree with that? |
| 15:37:53 | 20 | A.      You would have to specify.  This is all |
| 15:37:56 | 21 | talking about a-fib, not heart failure. |
| 15:38:01 | 22 | Q.      Why do you say that? |
| 15:38:02 | 23 | A.      This is the basic premise of |
| 15:38:14 | 24 | digitoxicity that's been around for, you know, many, |
| 15:38:17 | 25 | many years, many decades, for a-fib management; and |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 167

15:38:25    1    digitalization refers to digi loading.

15:38:30    2         Q.     Is there some indication in this product

15:38:32    3    label itself that this only has to do with a-fib

15:38:35    4    patients?

15:38:37    5         A.     The problem is that this data, the DIG

15:38:44    6    trial and the Kirkwood Adams paper is not reflected

15:38:48    7    in any of this.  And that's a failing of this

15:38:54    8    product insert to keep up with the current state of

15:38:59    9    literature, which is actually a breach of FDA

15:39:03    10   protocol; but, you know, there it is.

15:39:05    11              MS. AHERN:  Objection,

15:39:06    12   nonresponsive.

15:39:07    13   BY MR. MORIARTY:

15:39:08    14        Q.     These are FDA-approved labels, are they

15:39:10    15   not?

15:39:10    16        A.     They're FDA-approved.  They were

15:39:12    17   FDA-approved.  Part of the FDA approval process

15:39:15    18   requires the corporations to keep abreast of changes

15:39:20    19   in the literature and then advise the FDA of changes

15:39:25    20   and update their labeling.

15:39:27    21        Q.     Is it your opinion that GSK is in

15:39:30    22   violation of some FDA provisions because this label

15:39:33    23   is out of date?

15:39:35    24        A.     Probably.

15:39:40    25        Q.     It next says, "About two-thirds of adult

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 168

15:39:48   1   patients with clinical toxicity have serum digoxin

15:39:52   2   concentrations greater than 2.0 nanograms per

15:39:57   3   milliliter."

15:40:05   4                 Do you see that?  It's the next

15:40:05   5   sentence from what I just read.

15:40:12   6        A.      Yes, I see that sentence.

15:40:13   7        Q.      Okay.  Do you agree with it?

15:40:14   8        A.      Again, in reference to a-fib,

15:40:22   9   digitalization, which is a term that goes back to

15:40:25   10   the 18th Century.

15:40:30   11        Q.      Okay.  Down below, it says, "Rarely,

15:40:35   12   there are patients who are unable to tolerate

15:40:38   13   digoxin at serum concentrations below .8 nanograms

15:40:41   14   per milliliter."

15:40:44   15                 Do you see that?

15:40:45   16        A.      Yes.

15:40:55   17        Q.      Okay.  "Consequently, the serum

15:40:58   18   concentration of digoxin should always be

15:41:02   19   interpreted in the overall clinical context, and an

15:41:06   20   isolated measurement should not be used alone as the

15:41:09   21   basis for increasing or decreasing the dose of the

15:41:11   22   drug."

15:41:12   23                 Do you see that?

15:41:12   24        A.      Yes.

15:41:12   25        Q.      Do you agree with that?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 169

15:41:14   1     A.    I think that's a poor statement of the

15:41:20   2  fact.  Actually, the first sentence in that

15:41:21   3  paragraph, "In general, the dose of digoxin should

15:41:25   4  be determined by clinical grounds," that covers

15:41:28   5  them, GSK; and is probably the best way to sum up

15:41:32   6  the entire paragraph.

15:41:33   7     Q.    And you agree with it?

15:41:34   8     A.    Yes.

15:41:37   9         MR. MORIARTY:  Okay.  That's all I

15:41:39  10  have.  Thanks for your patience.

15:41:41  11         THE WITNESS:  Thank you.

15:41:42  12         MR. MORIARTY:  Ms. Ahern may have a

15:41:43  13  few.

15:41:44  14         MR. WILLIAMSON:  What number is

15:41:45  15  that?

15:41:47  16         THE REPORTER:  19.

15:41:49  17         MR. WILLIAMSON:  This is 19?

15:41:51  18         THE REPORTER:  Yes, sir.

15:41:52  19         MR. WILLIAMSON:  Thank you.  That's

15:42:04  20  the way you're marking exhibits, Delgado Exhibit 19?

15:42:04  21         MR. MORIARTY:  That's what it says

15:42:07  22  on the exhibit sticker, yeah.  We decided not to go

15:42:09  23  consecutive with Scottie because what we marked with

15:42:11  24  him wasn't medical records.

15:42:13  25         MR. WILLIAMSON:  I get it.  It's all

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 170

15:42:14     1    good.  I just wanted to make sure I understood the

15:42:16     2    system.

15:42:18     3                         EXAMINATION

15:42:18     4    BY MS. AHERN:

15:42:19     5         Q.     I will try and do this very quickly

15:42:21     6    because I know you're tired and you probably have

15:42:24     7    better things to do today.  But there were a few

15:42:26     8    things I wanted to follow up on just for my own

15:42:29     9    understanding and a few more things I wanted to talk

15:42:31    10    about.

15:42:31    11                    First of all, you mentioned earlier

15:42:32    12    that you don't like to order tests that you don't

15:42:34    13    plan to act on, correct?

15:42:35    14         A.     Yes.

15:42:36    15         Q.     You said that it could be harmful to

15:42:38    16    patients; is that correct?

15:42:39    17         A.     Yes.

15:42:39    18         Q.     Can you tell me why?

15:42:41    19         A.     This is a medical student mistake, and

15:42:45    20    it's something we train out of them, usually by

15:42:52    21    residency or fellowship.

15:42:55    22                    Basically, you don't do anything in

15:42:57    23    medicine in which the outcome of that would not

15:43:04    24    change your management of the patient in any way,

15:43:07    25    because by making any move in medicine in which the

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 171

| | | |
|---|---|---|
| 15:43:13 | 1 | outcome will not be changed, you have introduced the |
| 15:43:18 | 2 | potential for harming the patient but have not |
| 15:43:22 | 3 | introduced the potential for benefiting the patient. |
| 15:43:25 | 4 | So you can only do harm by doing that. |
| 15:43:28 | 5 | Q.     And when you say "you can only do harm," |
| 15:43:29 | 6 | is that because you might act on that result? |
| 15:43:32 | 7 | A.     Yes, in an adverse way. |
| 15:43:35 | 8 | Q.     Okay. |
| 15:43:36 | 9 | A.     It goes back to Hippocrates, actually, |
| 15:43:40 | 10 | the very first rule -- |
| 15:43:41 | 11 | Q.     Do no harm? |
| 15:43:41 | 12 | A.     -- of the Hippocratic Oath.  Yeah. |
| 15:43:45 | 13 | Q.     Okay.  And this is random, also, as I'm |
| 15:43:47 | 14 | going back through my notes. |
| 15:43:49 | 15 | We were talking about in 2003, when |
| 15:43:54 | 16 | Ms. Rivera-Vega was on .125 digoxin? |
| 15:43:58 | 17 | A.     Yes. |
| 15:43:58 | 18 | Q.     And she was switched at some point |
| 15:44:01 | 19 | to .25, and you mentioned that you didn't really |
| 15:44:02 | 20 | remember why she was switched to .25, but that .25 |
| 15:44:05 | 21 | would have been an appropriate dose; is that |
| 15:44:07 | 22 | correct? |
| 15:44:07 | 23 | A.     Yes. |
| 15:44:07 | 24 | Q.     And why do you think the .25 would still |
| 15:44:10 | 25 | have been an appropriate dose for her? |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 172

15:44:11  1      A.      It mainly had to do with her weight, her

15:44:14  2  size.  Around that time, she was roughly in the

15:44:20  3  130-kilo range.

15:44:22  4      Q.      Pounds?  I'm sorry, I'm not very --

15:44:25  5      A.      270, 280.

15:44:27  6      Q.      Okay.  So is the reason keeping her at

15:44:29  7  the lower dose, even though she would not

15:44:31  8  necessarily have been adversely affected by the

15:44:33  9  higher dose?

15:44:34  10      A.      I don't know.  In retrospect -- I don't

15:44:41  11  know.  I mean, at the higher -- either dose is

15:44:43  12  appropriate in that patient population at that time,

15:44:46  13  with the understanding of medicine at that time --

15:44:50  14      Q.      All right.

15:44:50  15      A.      -- which was pre this.

15:44:53  16      Q.      Okay.  And then later in the records,

15:44:54  17  she also seems to have gone back and forth

15:44:57  18  between .125 and .25 in 2007 and 2008?

15:44:59  19      A.      Uh-huh.

15:45:00  20      Q.      Is it still your opinion that either one

15:45:01  21  of those doses was probably appropriate for her?

15:45:04  22      A.      Yes.

15:45:04  23      Q.      Okay.  And I have a couple of questions

15:45:07  24  about the article.  I've only had a chance to skim

15:45:10  25  it, but I thought it would be helpful.  If you need

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 173

15:45:13   1   a couple minutes just to quickly review it, I just

15:45:15   2   wanted to ask you a few questions about it.

15:45:18   3         A.     Sure.  Go ahead.

15:45:19   4         Q.     Okay.  Can you tell me a little bit --

15:45:23   5   you said that the article is what you rely on, to

15:45:27   6   some extent, to say that digoxin might be able to

15:45:30   7   cause heart failure?  Am I quoting you correctly?

15:45:34   8         A.     Probably -- if that's why I said, it

15:45:36   9   wasn't my intent.  The article explains how this

15:45:42  10   whole case evolved or came about, and I think in a

15:45:47  11   general way, that's the best way to put it.

15:45:49  12         Q.     Okay.  Is there anything that you can

15:45:51  13   point to in the article of significance, that you

15:45:55  14   feel is significant to your opinion?

15:45:57  15         A.     Well, the whole article.  I mean, it has

15:46:01  16   to be taken in its totality, and that's what's done

15:46:04  17   when it's peer-reviewed and published in the Journal

15:46:07  18   of the American College of Cardiology.

15:46:11  19         Q.     Can you tell me what the author's

15:46:13  20   conclusions are?

15:46:14  21         A.     Beneficial effect of digoxin on

15:46:22  22   morbidity and no excess mortality in women at serum

15:46:26  23   concentrations from .5 to .9, whereas serum

15:46:30  24   concentrations greater than or equal to 1.2 seem

15:46:33  25   harmful.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 174

15:46:34  1        Q.     And did they mention harmful how?  I

15:46:37  2   mean, did they correlate that with a particular

15:46:39  3   outcome?

15:46:39  4        A.     Mortality.

15:46:40  5        Q.     Mortality?

15:46:41  6               Did they talk about any particular

15:46:45  7   etiologies of mortality?

15:46:48  8        A.     The etiology in mortality in all these

15:46:53  9   patients is initiated by heart failure.

15:47:01  10       Q.     And do you remember --

15:47:04  11              (Interruption off the record.)

15:47:04  12              MR. WILLIAMSON:  We need to take a

15:47:05  13  break, because this is Dr. Delgado's.

15:47:08  14              MS. AHERN:  All right.

15:47:11  15              (Discussion off the record.)

15:47:14  16  BY MS. AHERN:

15:47:15  17       Q.     And this is a retrospective analysis of

15:47:17  18  results from an earlier study; is that correct?

15:47:18  19       A.     From the DIG trial, yes.

15:47:20  20       Q.     Do you remember what the populations

15:47:22  21  were, what the criteria for selecting patients for

15:47:23  22  the DIG trial was?

15:47:30  23       A.     The entry criteria for the DIG trial are

15:47:35  24  obviously published in the New England Journal

15:47:41  25  paper, to -- but for this trial, which is a

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 175

| | | |
|---|---|---|
| 15:47:42 | 1 | different -- it's a subset of that population, the |
| 15:47:42 | 2 | study population is described on page 2 in the entry |
| 15:47:47 | 3 | criteria there as well. |
| 15:47:49 | 4 | Q.     But those patients would have been |
| 15:47:51 | 5 | selected from the earlier study, which had its own |
| 15:47:53 | 6 | selection criteria; is that correct? |
| 15:47:54 | 7 | A.     Yes. |
| 15:47:55 | 8 | Q.     Do you remember how many cohorts existed |
| 15:47:57 | 9 | in the first study? |
| 15:47:59 | 10 | A.     No. |
| 15:47:59 | 11 | Q.     Do you remember what the cohorts were? |
| 15:48:01 | 12 | A.     No. |
| 15:48:02 | 13 | Q.     Do you remember if there was a |
| 15:48:05 | 14 | particular ejection fraction requirement? |
| 15:48:08 | 15 | A.     The specifics of the early DIG trial are |
| 15:48:13 | 16 | published.  You can get those.  You don't need to |
| 15:48:14 | 17 | ask me. |
| 15:48:15 | 18 | Q.     Are you saying that that would not be |
| 15:48:17 | 19 | important for the interpretation of this study, |
| 15:48:18 | 20 | which was based on the earlier study? |
| 15:48:20 | 21 | A.     The interpretation of this study, which |
| 15:48:21 | 22 | is based on the earlier study, is explained in this |
| 15:48:23 | 23 | study. |
| 15:48:24 | 24 | Q.     Okay.  Can you explain to me your |
| 15:48:26 | 25 | interpretation of the conclusion that you read a few |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 176

15:48:27   1   minutes ago?

15:48:28   2          A.     My interpretation of that?

15:48:36   3          Q.     Yes, sir, as a clinician.

15:48:37   4          A.     Let's see.  "Digoxin is an effective

15:48:45   5   treatment for heart failure in women with reduced

15:48:48   6   ejection fractions when the drug is used at a low

15:48:49   7   serum concentrations -- at low serum concentrations.

15:48:54   8   A beneficial effect on morbidity, and no excess

15:48:57   9   mortality was observed, serum concentrations of .5

15:49:00   10  to .9."

15:49:05   11             The best place to look in trial, to

15:49:10   12  sum it all up for you, is the hazard ratio plot on

15:49:15   13  page 501.  The left, lower left, plots it all out.

15:49:21   14         Q.     Can you tell me what the hazard ratio --

15:49:25   15         A.     Differentiates it.

15:49:27   16         Q.     What is the hazard ratio?  Can you just

15:49:28   17  explain the term to me?

15:49:29   18         A.     Oh, my God.  1.0 is the line of unity.

15:49:35   19  Anything above that, increased mortality; anything

15:49:37   20  below it, decreased.

15:49:39   21         Q.     Okay.  Is there a hazard ratio, then,

15:49:42   22  for patients in this study who had dig levels above,

15:49:46   23  what was it, 1.2, as compared to those that had dig

15:49:51   24  levels below 1.2?

15:50:08   25         A.     Okay.  0.5 to 0.9 in women predicted an

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 177

15:50:20  1   HR for death of .8, 95% confidence interval with a
15:50:23  2   p value of .0245.  For death or hospital stay, for
15:50:31  3   worsening heart failure, .073.  In contrast, .12 --
15:50:39  4   levels from .12 to .2 were associated with an HR for
15:50:43  5   death for women of 1.33, 95% confidence interval is
15:50:49  6   1.01, with a p value of .049 significant.
15:50:53  7        Q.    Okay.  So, in layman's terms, what is a
15:50:55  8   hazard value of 1.33 mean?
15:50:58  9        A.    The best way to look at this, in
15:51:02  10  layman's terms, would actually be to look at the p
15:51:04  11  value; and a significant p value is anything less
15:51:07  12  than .05.  That's a good, general term.
15:51:12  13       Q.    Okay.  And you're talking about the
15:51:14  14  statistical probability here, the strength of the
15:51:16  15  statistics behind this number?
15:51:17  16       A.    Yes.
15:51:18  17       Q.    Okay.  But what does a hazard ratio of
15:51:23  18  1.33 mean?
15:51:24  19       A.    It's a statistical term that has a
15:51:28  20  statistical definition that you would have to look
15:51:32  21  up.
15:51:32  22       Q.    Well, how does it apply to the patient
15:51:34  23  populations?  I mean, it's part of their conclusion
15:51:37  24  here.
15:51:38  25       A.    The best way for lay people to

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 178

15:51:43    1    understand this is a general term which I can make,

15:51:45    2    which is that if the p value is less than .05, then

15:51:50    3    the result is statistically significant.

15:51:54    4        Q.    Okay.  So these results are

15:51:56    5    statistically significant?

15:51:58    6        A.    Yes.

15:51:58    7        Q.    But what does 1.33 -- what does the

15:52:01    8    hazard value mean, if you were to explain how that

15:52:04    9    relates to the different patient populations, they

15:52:07    10   find a hazard ratio of 1.33?

15:52:10    11       A.    The hazard ratio is a complex

15:52:16    12   statistical definition you'll have to go look up.

15:52:19    13       Q.    My understanding is that hazard ratio --

15:52:21    14   I mean, while statistics does play a role, the

15:52:25    15   confidence interval is just telling you how much

15:52:27    16   weight to give to the actual hazard ratio.  But I'm

15:52:31    17   just wondering what the hazard ratio -- the

15:52:34    18   significance of the hazard ratio 1.33 means in this

15:52:38    19   particular study.  What does it -- how does that

15:52:40    20   support their findings?

15:52:40    21       A.    It's very simple.  It's either

15:52:43    22   statistically significant or it is not.

15:52:45    23       Q.    And it is statistically significant, we

15:52:48    24   agree?

15:52:49    25       A.    So there's no other relevance beyond

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 179

| | | |
|---|---|---|
| 15:52:51 | 1 | that. |
| 15:52:52 | 2 | Q.    Okay.  So you can't tell me anything |
| 15:52:54 | 3 | beyond that.  You can't tell me what this -- the |
| 15:52:57 | 4 | hazard ratio means for this study? |
| 15:53:00 | 5 | A.    If somebody had a textbook, or if you |
| 15:53:03 | 6 | can look on Google, I can get you a definition.  I |
| 15:53:06 | 7 | can do that, if you'd like. |
| 15:53:07 | 8 | Q.    Well, the hazard ratio, doesn't that |
| 15:53:09 | 9 | tell you how much risk is associated with a |
| 15:53:12 | 10 | particular event? |
| 15:53:15 | 11 | A.    Is that your definition of it? |
| 15:53:16 | 12 | Q.    I'm asking you. |
| 15:53:17 | 13 | A.    Or should that be mine? |
| 15:53:18 | 14 | Q.    I'm asking you. |
| 15:53:19 | 15 | A.    If you want a definition of it, I will |
| 15:53:20 | 16 | go to Google and get you a definition.  Otherwise, |
| 15:53:23 | 17 | do not ask me again. |
| 15:53:24 | 18 |            MR. WILLIAMSON:  That is |
| 15:53:26 | 19 | repetitious. |
| 15:53:28 | 20 |            THE WITNESS:  Let's be simple about |
| 15:53:29 | 21 | it. |
| 15:53:29 | 22 | BY MS. AHERN: |
| 15:53:30 | 23 | Q.    Okay.  So you're refusing to give me |
| 15:53:31 | 24 | your definition of "hazard ratio"? |
| 15:53:33 | 25 |            MR. WILLIAMSON:  No, no, no, no. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 180

15:53:34    1        A.      Absolutely not.  I just --

15:53:35    2                    MR. WILLIAMSON:  Stop.  Stop.  Stop.

15:53:36    3    Stop.  Stop.

15:53:36    4    BY MS. AHERN:

15:53:37    5        Q.    I don't mean to make you angry.  I'm

15:53:39    6    just trying to understand.

15:53:39    7                    MR. WILLIAMSON:  Stop.  Stop.  Stop.

15:53:40    8    Don't answer.

15:53:41    9                    THE WITNESS:  I'm not answering.

15:53:43   10                    MR. WILLIAMSON:  Okay.  You've asked

15:53:43   11    him several times.

15:53:44   12    BY MS. AHERN:

15:53:44   13        Q.    Okay.  My point is that I understand --

15:53:45   14        A.      You don't understand anything.

15:53:47   15        Q.      -- that the hazard ratio is different

15:53:47   16    from the 95% confidence level.

15:53:51   17        A.      You're so arrogant.  You don't

15:53:51   18    understand anything.

15:53:55   19        Q.      All right.  We'll move on, then.  Can

15:53:57   20    you show me -- strike that.

15:54:03   21                    You mentioned that your belief that

15:54:09   22    Mimi Rivera-Vega's condition and death was

15:54:12   23    ultimately caused by digoxin was based in large part

15:54:16   24    on this Kirkwood Adams article.  Am I quoting you

15:54:21   25    correctly?

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 181

| | | |
|---|---|---|
| 15:54:21 | 1 | A.    No. |
| 15:54:21 | 2 | Q.    Okay.  Can you explain to me, then, what |
| 15:54:22 | 3 | your position is? |
| 15:54:23 | 4 | A.    Her death was caused by a company that |
| 15:54:25 | 5 | you represent, creating and marketing interstate |
| 15:54:29 | 6 | pills that had the wrong dosage of medicine in them. |
| 15:54:35 | 7 | Even we like to reduce things to simplicity at |
| 15:54:39 | 8 | times. |
| 15:54:39 | 9 | Q.    Okay.  And your belief that Mimi |
| 15:54:44 | 10 | Rivera-Vega -- we've already talked about this, but |
| 15:54:46 | 11 | your belief that she got bad pills is based on your |
| 15:54:49 | 12 | knowledge that there was a recall; is that correct? |
| 15:54:50 | 13 | A.    It's based on the totality of evidence. |
| 15:54:54 | 14 | Q.    There's no other -- |
| 15:54:57 | 15 | A.    The entire chart. |
| 15:54:57 | 16 | Q.    -- differential diagnosis? |
| 15:54:59 | 17 | A.    The entire chart. |
| 15:54:59 | 18 | Q.    I understand that. |
| 15:54:59 | 19 | A.    I've already answered that question. |
| 15:55:00 | 20 | Q.    My next question is:  In terms of |
| 15:55:06 | 21 | differential diagnosis, when you look at this entire |
| 15:55:08 | 22 | chart, are there any other possible explanations for |
| 15:55:10 | 23 | Mimi Rivera-Vega's death, other than bad pills? |
| 15:55:14 | 24 | A.    There are many possible explanations, |
| 15:55:18 | 25 | but the correct one, in my mind, has already been |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 182

15:55:22     1    stated.

15:55:22     2         Q.      Okay.

15:55:23     3         A.      No other reasons.

15:55:25     4         Q.      Based on this article, it was published

15:55:27     5    in 2005, which apparently says that women who have

15:55:33     6    digoxin levels of 1.2 or higher are at an increased

15:55:36     7    risk of mortality, have you changed your treatment,

15:55:41     8    your practice -- your treatment practices at all,

15:55:44     9    based on the results of this study?

15:55:51    10         A.      Based on the results of this study, in

15:55:57    11    general, lower doses are used in older patients,

15:56:02    12    particularly in women.  And, again, as the package

15:56:07    13    insert there says, using your clinical judgment.

15:56:10    14         Q.      Okay.

15:56:10    15         A.      Not levels.

15:56:12    16         Q.      And, I'm sorry if this is in there

15:56:14    17    already.  I just wondered if you know.  Do you know

15:56:16    18    whether or not the women who were taking the drug in

15:56:18    19    this study -- did they all receive the same dose;

15:56:21    20    and if so, what dose did they receive?

15:56:23    21         A.      You have to look at the details in each

15:56:28    22    criteria of the study.  I just don't know the

15:56:30    23    specifics.

15:56:32    24         Q.      Okay.

15:56:35    25         A.      There's some discussion there about

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 183

15:56:36    1    steady-state and how that's achieved.

15:56:40    2         Q.     Do you have any idea, hypothetically,

15:56:42    3    about how many double doses an individual would have

15:56:45    4    to take at steady-state to induce medically relevant

15:56:50    5    results?

15:56:50    6         A.     That question doesn't make -- doesn't

15:56:54    7    make sense.

15:56:56    8         Q.     Let's say you have a patient who's

15:56:58    9    taking .125 milligrams of Digitek daily at

15:57:03   10    steady-state and then takes a double dose of the

15:57:05   11    medication, takes .25 --

15:57:07   12         A.     Who's at steady-state?

15:57:08   13         Q.     I'm sorry?

15:57:09   14         A.     Who's at steady state?

15:57:11   15         Q.     This hypothetical patient.

15:57:12   16         A.     They're at steady-state?

15:57:13   17         Q.     We have a patient who's been taking

15:57:15   18    Digitek for a month and --

15:57:16   19         A.     That's better way to put it.

15:57:17   20         Q.     -- has reached steady-state.

15:57:20   21         A.     Uh-huh.

15:57:20   22         Q.     Has been taking .125.  Hypothetically,

15:57:24   23    with the patient who has normal renal function, how

15:57:27   24    many double doses do you think that patient would

15:57:30   25    have to have on consecutive days in order to see

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 184

15:57:33    1    some sort of perturbation in the steady-state level

15:57:38    2    that results in medically significant consequences?

15:57:42    3        A.    I already answered that question.  We've

15:57:44    4    talked about this before.  We're rehashing old

15:57:50    5    things.

15:57:51    6        Q.    I don't remember asking you a

15:57:52    7    hypothetical on that, but...

15:57:54    8        A.    Yeah.  I discussed it with him.  He

15:57:57    9    asked.

15:58:00   10        Q.    He asked you how many -- how many double

15:58:02   11    doses a person would have to take?

15:58:04   12                MR. MORIARTY:  I didn't ask that as

15:58:05   13    a hypothetical.

15:58:06   14                THE WITNESS:  We've been through all

15:58:07   15    that.  We've been through all that.  We've been

15:58:08   16    through it multiple times.  We don't need to rehash

15:58:11   17    it.

15:58:11   18                MR. MORIARTY:  I only asked if he

15:58:12   19    had an opinion how many she took, not this

15:58:14   20    hypothetical question.

15:58:16   21                THE WITNESS:  Well, I don't answer

15:58:18   22    hypothetical questions.  I don't believe in them.

15:58:19   23                MS. AHERN:  Okay.

15:58:22   24    BY MS. AHERN:

15:58:22   25        Q.    Based on your reading of this article,

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 185

15:58:24   1   this Kirkwood Adams article, would you now say that

15:58:30   2   serum digoxin concentrations are relevant for

15:58:32   3   treatment purposes?

15:58:35   4        A.    I've always said they're irrelevant for

15:58:39   5   treatment purposes.

15:58:40   6        Q.    Irrelevant or relevant?

15:58:41   7        A.    Irrelevant.

15:58:41   8        Q.    Irrelevant?

15:58:42   9        A.    I've explained that in great detail.

15:58:44   10        Q.    Okay.  Well, in this particular article,

15:58:45   11   they indicate that serum digoxin concentrations of

15:58:48   12   1.2 or higher in women might increase the risk of

15:58:52   13   mortality.  Would that change, then, how you treat

15:58:54   14   patients?  Would you then decide to monitor levels

15:58:58   15   more closely?

15:58:58   16        A.    That is why people like you shouldn't be

15:59:01   17   trying to interpret articles like this.  Because

15:59:04   18   that's exactly what it doesn't say.

15:59:08   19        Q.    Okay.  I apologize that I don't

15:59:09   20   understand.  Could you explain to me the --

15:59:11   21        A.    Well, I cannot teach you.  I'm sorry.

15:59:14   22   This is something that's very difficult for me to

15:59:17   23   try to teach you.  Cause and effect, try

15:59:24   24   understanding that.  Causality, just try

15:59:31   25   understanding that little piece of it, and maybe

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 186

15:59:33    1   you'll get the whole picture.
15:59:38    2                   And the other thing I've answered
15:59:40    3   already before is, this trial doesn't apply to one
15:59:43    4   patient.  It applies to a population.  This is a
15:59:47    5   tool that you use to make decisions, clinical
15:59:50    6   decision-making, and that you use -- in this case,
15:59:55    7   you use to discover the truth of this case.
16:00:01    8                   It has nothing to do with getting
16:00:03    9   levels.  You know, it takes -- it takes medical
16:00:06   10   students usually a couple years to get through that,
16:00:11   11   and I don't expect to get through to you today.
16:00:15   12        Q.    Okay.  And one more thing I wasn't sure
16:00:24   13   that I understood.  You mentioned that this
16:00:29   14   particular article, the Kirkwood Adams article,
16:00:33   15   addressed a different syndrome than digoxin
16:00:38   16   toxicity?
16:00:39   17        A.    Uh-huh.
16:00:40   18        Q.    Can you explain what you mean by
16:00:41   19   "different syndrome"?  Is there something other than
16:00:45   20   digoxin toxicity that can be caused by digoxin?
16:00:48   21        A.    Yes.  Digoxin causes progressive
16:00:52   22   worsening of heart failure, culminating in
16:00:55   23   cardiogenic shock.  It takes whatever reserve you
16:00:57   24   have left, causes you to go over the -- I don't know
16:01:03   25   how I put it before, over the --

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 187

16:01:06    1                      MR. MORIARTY:  Cliff.

16:01:06    2           A.     Cliff, yeah.

16:01:08    3    BY MS. AHERN:

16:01:08    4           Q.     Cliff.

16:01:08    5                  And is that talking about just this

16:01:10    6    one patient or a population?

16:01:11    7           A.     That's a population.

16:01:12    8           Q.     Okay.  So you would apply it both to a

16:01:14    9    population and to --

16:01:15   10           A.     And to this patient, yes.

16:01:16   11           Q.     -- and to this patient?

16:01:18   12                      MS. AHERN:  Okay.  I have no further

16:01:19   13    questions.

16:01:20   14                      MR. MORIARTY:  Just a couple.

16:01:21   15                         EXAMINATION

16:01:21   16    BY MR. MORIARTY:

16:01:21   17           Q.     In these articles, what they're

16:01:23   18    really -- particularly, article 17, that's the only

16:01:26   19    one we have here, what they're trying to do is

16:01:28   20    compare two populations, correct?

16:01:30   21           A.     No.

16:01:30   22           Q.     Well, they're taking a population of

16:01:32   23    people whose serum digoxin concentration was .9 and

16:01:37   24    below and statistically comparing it with outcomes

16:01:41   25    of patients whose serum digoxin concentration was

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 188

16:01:46    1    higher than 1.9, correct?

16:01:47    2         A.    No.  That is the other very difficult

16:01:50    3    thing for lay people to understand, is the

16:01:51    4    difference between a retrospective and a prospective

16:01:53    5    study.  What you're describing is a prospective

16:01:57    6    study.

16:01:57    7         Q.    Well, whether you call it a hazard ratio

16:02:01    8    or whatever you want to call it, what is the

16:02:03    9    increased level of risk to a female on digoxin with

16:02:10   10    heart failure, if serum digoxin concentration is

16:02:14   11    1.2, according to that article --

16:02:17   12         A.    Increased?

16:02:17   13         Q.    -- on a percentage basis?

16:02:19   14         A.    There's no percentage.  It's an

16:02:20   15    increase.

16:02:21   16         Q.    Okay.  So we don't know -- we can't say

16:02:23   17    how much the increase is?

16:02:26   18         A.    No.  You can say it's increased.

16:02:29   19         Q.    All right.  So you can't say that it is

16:02:30   20    greater than 50%, for example?

16:02:33   21         A.    You can say that it's statistically

16:02:35   22    significantly increased.

16:02:39   23         Q.    But not quantify the degree of increase?

16:02:42   24         A.    Correct.

16:02:43   25         Q.    Okay.  Have you or anybody else done any

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 189

16:02:48  1    study on patients in Texas Heart or at St. Luke's

16:02:53  2    who may have been affected by Digitek?  Any sort of

16:02:59  3    gathering of numbers, retrospectively?

16:03:03  4         A.    No.  Like we talked about earlier, when

16:03:08  5    patients came to clinic, we identified whether they

16:03:12  6    were on it.  We did some outreach when we found

16:03:15  7    charts coming across our desks that showed the

16:03:17  8    patients were on it.  It was often very difficult to

16:03:19  9    know unless it was written specifically in the

16:03:21  10   chart.  That's how our communication went back and

16:03:25  11   forth.

16:03:25  12        Q.    Okay.  And Ms. Ahern asked you about

16:03:28  13   this differential diagnosis; you said the most

16:03:31  14   likely cause was this.  What are these other

16:03:33  15   possible causes of her going over the cliff in

16:03:37  16   February of 2008?

16:03:43  17        A.    There are not many other likely causes.

16:03:46  18        Q.    What are the other possible causes in

16:03:48  19   the differential?

16:03:51  20        A.    I can't, offhand, think of any.  Again,

16:04:00  21   she was stable from '02 up to that point and

16:04:03  22   actually losing weight, which is really the problem,

16:04:09  23   which would have made her heart rate better,

16:04:12  24   actually.

16:04:16  25        Q.    I don't want to cut you off.  Are you

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 190

| | | |
|---|---|---|
| 16:04:18 | 1 | done with your answer? |
| 16:04:20 | 2 | A.      Yeah. |
| 16:04:20 | 3 | Q.      So as of today, you can't think of other |
| 16:04:22 | 4 | possibilities that would have caused that event in |
| 16:04:26 | 5 | February of 2008, other than defective digoxin |
| 16:04:37 | 6 | tablets, correct? |
| 16:04:37 | 7 | A.      Correct. |
| 16:04:38 | 8 | Q.      But would the possibilities include |
| 16:04:42 | 9 | whatever it was you diagnosed at the time? |
| 16:04:45 | 10 | A.      I'm sorry, repeat that. |
| 16:04:51 | 11 | Q.      Well, at the time, you and the team |
| 16:04:53 | 12 | would have had to have diagnosed some cause of her |
| 16:05:00 | 13 | falling off the cliff, if you will -- |
| 16:05:02 | 14 | A.      Uh-huh. |
| 16:05:02 | 15 | Q.      -- correct? |
| 16:05:03 | 16 | A.      No.  No.  The important thing was to |
| 16:05:06 | 17 | diagnose that she was falling off the cliff. |
| 16:05:08 | 18 | Q.      And treat that? |
| 16:05:09 | 19 | A.      And treat that, yes. |
| 16:05:10 | 20 | Q.      All right.  But you never came to a |
| 16:05:11 | 21 | diagnosis back then of why she fell off the cliff? |
| 16:05:14 | 22 | A.      That's -- that wasn't relevant at the |
| 16:05:18 | 23 | time.  It was relevant to diagnose the problem, |
| 16:05:21 | 24 | treat it.  It then became, you know, eliminated |
| 16:05:27 | 25 | later, retrospectively, what the cause was. |

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 191

16:05:30    1                        MR. MORIARTY:  Okay.  That's all.

16:05:31    2        Thanks.

16:05:32    3                        MS. AHERN:  Done.  Thank you.

16:05:33    4                        MR. WILLIAMSON:  We'll reserve.

16:05:34    5                        (Recess taken, 4:05 p.m. to

16:07:21    6        4:07 p.m.)

16:07:21    7                        MR. MORIARTY:  Let's go back on the

16:07:21    8        record.

16:07:22    9                        11 was a copy that Mr. Williamson

16:07:25   10        gave me before the deposition.  I used my copy;

16:07:28   11        hence, it didn't come out of his chart.

16:07:30   12                        MR. WILLIAMSON:  Right.

16:07:32   13                        MR. MORIARTY:  12, 13 --

16:07:42   14                        THE WITNESS:  The key is --

16:07:45   15                        MR. MORIARTY:  -- 15, 16 and 17 were

16:07:48   16        in his chart, and I asked you if these were extra

16:07:51   17        copies we could mark.  And since they are not actual

16:07:56   18        medical records but litigation-related, you said

16:07:59   19        yes.

16:08:00   20                        THE WITNESS:  No, that's not true.

16:08:01   21        Everything that came in this chart with me is part

16:08:03   22        of the parent's medical record.

16:08:05   23                        MR. MORIARTY:  Right.

16:08:05   24                        THE WITNESS:  I have to say that.  I

16:08:06   25        work with the FDA.  I know all about their rules.

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

```
                                              Page 192
16:08:09    1    I've done clinical trials.  I know about all medical
16:08:12    2    records.
16:08:12    3                    MR. MORIARTY:  Okay.  It's part of
16:08:13    4    the chart now, but these were things that were sent
16:08:15    5    to you by Mr. Williamson on October 14th --
16:08:19    6                    THE WITNESS:  And it went straight
16:08:20    7    into the chart in my office.  That makes them part
16:08:21    8    of the chart.
16:08:23    9                    MR. MORIARTY:  You deal with it the
16:08:23   10    way you want.  I asked if I could just pull them and
16:08:26   11    mark them, and you all said yes.
16:08:28   12                    MR. WILLIAMSON:  I did.
16:08:28   13                    THE WITNESS:  No, I didn't say yes.
16:08:29   14                    MR. WILLIAMSON:  Dr. Delgado --
16:08:32   15                    THE WITNESS:  Jesus Christ.  I'm
16:08:34   16    responsible for this stuff.  This is patient
16:08:37   17    records.
16:08:37   18                    MR. WILLIAMSON:  I know.  I'm going
16:08:37   19    to bring the rest of this to you.
16:08:37   20                    THE REPORTER:  Off the record?
16:08:42   21                    MR. WILLIAMSON:  Yeah.
16:08:42   22                    (Deposition concluded at 4:08 p.m.)
           23                          *  *  *  *  *
           24
           25
```

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 193

1                    CHANGES AND SIGNATURE

2          REYNOLDS M. DELGADO III, M.D., F.A.C.C.

3                   Monday, October 19, 2009

4

5     PAGE/LINE   |  CHANGE          REASON

6     _____   |  _____

7     _____   |  _____

8     _____   |  _____

9     _____   |  _____

10    _____   |  _____

11    _____   |  _____

12    _____   |  _____

13    _____   |  _____

14    _____   |  _____

15    _____   |  _____

16    _____   |  _____

17    _____   |  _____

18    _____   |  _____

19    _____   |  _____

20    _____   |  _____

21    _____   |  _____

22    _____   |  _____

23    _____   |  _____

24    _____   |  _____

25    _____   |  _____

Reynolds M. Delgado III, M.D.

Page 194

1            I, REYNOLDS M. DELGADO III, M.D.,

2   F.A.C.C., have read the foregoing deposition and

3   hereby affix my signature that same is true and

4   correct, except for the changes noted above.

5

6            _____

                 REYNOLDS M. DELGADO III, M.D.,

7                F.A.C.C.

8

9

10

11

COUNTY OF: _____  °

12                               °

STATE OF:  _____  °

13

14       Before me, _____,
    on this day personally appeared REYNOLDS M.

15   DELGADO III, M.D., F.A.C.C., known to me (or proved
    to me under oath or through _____) to be the

16   person whose name is subscribed to the foregoing
    instrument and acknowledged to me that they executed

17   the same for the purposes and consideration therein
    expressed.

18

19       Given under my hand and seal of office this

20   _____ day of _____, _____.

21

22

23            _____
              NOTARY PUBLIC IN AND FOR
              THE STATE OF _____

24

25            My Commission Expires: _____

Reynolds M. Delgado III, M.D.

Page 195

1                 UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
2                     CHARLESTON DIVISION

3    IN RE: DIGITEK PRODUCT LIABILITY      °  MDL NO. 1968
     LITIGATION                            °
4    _____             °
                                           °
5    SCOTTIE VEGA, Individually and as     °  MDL NO.
     next friend of Christopher Vega,      °  2:09-CV-0768
6    a minor and surviving natural         °
     child of Mimi Rivera-Vega,            °
7                                          °
           Plaintiff,                      °
8                                          °
     v.                                    °
9                                          °
     ACTAVIS TOTOWA, LLC, et al.,          °
10                                         °
           Defendants.                     °
11

12

13                 REPORTER'S CERTIFICATION

14                   ORAL DEPOSITION OF

15         REYNOLDS M. DELGADO III, M.D., F.A.C.C.

16                 MONDAY, OCTOBER 19, 2009

17

18                 I, Michael E. Miller, RDR, CRR, CLR and

19   Notary Public in and for the State of Texas, do

20   hereby certify that the facts as stated by me in the

21   caption hereto are true;

22                 That there came before me the

23   aforementioned named person, who was by me duly

24   sworn to testify the truth concerning the matters in

25   controversy in this cause;

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds M. Delgado III, M.D.

Page 196

1              And that the examination was reduced to

2    writing by computer transcription under my

3    supervision; that the deposition is a true record of

4    the testimony given by the witness.

5              I further certify that I am neither

6    attorney or counsel for, nor related to or employed

7    by, any of the parties to the action in which this

8    deposition is taken, and further that I am not a

9    relative or employee of any attorney or counsel

10   employed by the parties hereto, or financially

11   interested in the action.

12              Given under my hand and seal of office

13   on October 27, 2009.

14

15

16              _____
                MICHAEL E. MILLER,
17              NCRA Registered Diplomate Reporter
                NCRA Certified Realtime Reporter
18              Certified LiveNote Reporter

19              Notary Public in and for
                The State of Texas
20              My Commission Expires: 7/9/2012

21

22

23

24

25

25d4bc61-a58e-4560-a281-cdd9cfdecb88

Reynolds Delgado, M.D.                                          May 25, 2011

Page 197

                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       CHARLESTON DIVISION
    IN RE:  DIGITEK PRODUCT    ) MDL NO. 1968
    LIABILITY LITIGATION       )
    THIS DOCUMENT RELATES       )
    ONLY TO:                   )
    SCOTTIE VEGA,              ) MDL NO. 2:09-CV-0768
    INDIVIDUALLY AND AS NEXT   )
    FRIEND OF CHRISTOPHER      )
    VEGA, A MINOR AND          )
    SURVIVING NATURAL CHILD    )
    OF MIMI RIVERA-VEGA,       )
                  PLAINTIFF    )
    V.                         )
    ACTAVIS TOTOWA, L.L.C.,    )
    ET AL.,                    )
                  DEFENDANTS   )
    * * * * * * * * * * * * * * * * * * * * * * * * * * *

                      ORAL DEPOSITION OF
             REYNOLDS M. DELGADO III, M.D., F.A.C.C.
                       MAY 25, 2011

    * * * * * * * * * * * * * * * * * * * * * * * * * * *

        ORAL DEPOSITION OF REYNOLDS M. DELGADO III, M.D.,

    F.A.C.C., produced as a witness at the instance of the

    DEFENDANTS ACTAVIS, INC., ACTAVIS ELIZABETH, L.L.C., AND

    ACTAVIS TOTOWA, L.L.C., and duly sworn, was taken in the

    above-styled and numbered cause on MAY 25, 2011, from

    1:38 p.m. to 8:10 p.m. before Teri Daigle, RPR, TCRR,

    CSR No. 4441, in and for the State of Texas, Louisiana

    CCR No. 23043, reported by machine shorthand, at the

    offices of Williamson & Rusnak, 4310 Yoakum Boulevard,

    Houston, Texas 77006, pursuant to the Federal Rules of

    Civil Procedure and the provisions stated on the record

    or attached hereto.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 198

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:

4         Cyndi Moss Rusnak

5         SBOT NO. 24007964

6         WILLIAMSON & RUSNAK

7         4310 Yoakum Boulevard

8         Houston, Texas 77006-5818

9

10   FOR THE DEFENDANTS ACTAVIS, INC.; ACTAVIS TOTOWA,

11   L.L.C.; AND ACTAVIS ELIZABETH, L.L.C.:

12        Matthew P. Moriarty

13        TUCKER, ELLIS & WEST, L.L.P.

14        925 Euclid Avenue, Suite 1150

15        Cleveland, Ohio 44115-1414

16

17   FOR THE DEFENDANTS MYLAN PHARMACEUTICALS, INC.; MYLAN

18   BERTEK PHARMACEUTICALS, INC.; AND UDL LABORATORIES,

19   INC.:

20        Hunter K. Ahern

21        SBOT NO. 24050207

22        SHOOK, HARDY & BACON, L.L.P.

23        600 Travis Street, Suite 1600

24        Houston, Texas 77002-2911

25

Reynolds Delgado, M.D.                                    May 25, 2011

Page 199

1                    I N D E X

2                                                        PAGE

3    Appearances.......................................198

4    Stipulations......................................205

5

6    REYNOLDS M. DELGADO III, M.D., F.A.C.C.

7         Examination by Mr. Moriarty...................205

8         Examination by Ms. Ahern.....................375

9         Reexamination by Mr. Moriarty................388

10   Signature and Changes.............................393

11   Reporter's Certificate............................395

12

13                   E X H I B I T S

14   NUMBER        DESCRIPTION                         PAGE

15   EXHIBIT 10-A  Curriculum Vitae of Reynolds M. Delgado

16                 III, M.D., F.A.C.C. (26 pages)...............207

17   EXHIBIT 20    History and Physical Examination, Mimi

18                 R. Vega dated 1-7-03 (3 pages)...............205

19   EXHIBIT 21    Discharge Summary, Mimi R. Vega dated

20                 1-8-04 (2 pages)............................205

21   EXHIBIT 22    Discharge Summary, Mimi R. Vega dated 7-6-06

22                 (2 pages)...................................205

23   EXHIBIT 23    Discharge Summary, Mimi R. Vega dated 1-25-08

24                 (1 page)....................................205

25

Reynolds Delgado, M.D.                                          May 25, 2011

Page 200

1                        E X H I B I T S

2    NUMBER           DESCRIPTION                              PAGE

3    EXHIBIT 26       Report of Procedure, Mimi R. Vega dated

4                     10-18-07 (1 page)...........................205

5    EXHIBIT 27       Operative/Procedure Note, Mimi R. Vega

6                     dated 10-19-07 (1 page).....................205

7    EXHIBIT 28       Psychosocial Evaluation, Transplant Service,

8                     Mimi R. Vega dated 10-23,24-07 (3 pages).....205

9    EXHIBIT 29       GHC Patient Assessment, Mimi Vega dated

10                    10-17-07 (5 pages)..........................205

11   EXHIBIT 30       Progress Note, Mimi R. Vega dated 11-17-07

12                    (1 page)....................................205

13   EXHIBIT 31       Progress Note, Mimi R. Vega (2 pages)........205

14   EXHIBIT 32       Heart Transplantation, Texas Heart Institute

15                    Heart Information Center (4 pages)...........205

16   EXHIBIT 33       Ventricular Assist Devices, Texas Heart

17                    Institute Heart Information Center (5 pages).205

18   EXHIBIT 34       Use of a Continuous-Flow Device in Patients

19                    Awaiting Heart Transplantation, The New England

20                    Journal of Medicine (12 pages)...............205

21   EXHIBIT 35       Initial Clinical Experience With the Jarvik

22                    2000 Implantable Axial-Flow Left Ventricular

23                    Assist System (6 pages).....................205

24   EXHIBIT 36       Excerpt from 2003 PDR (2 pages).............205

25

Reynolds Delgado, M.D.                                    May 25, 2011

```
                                                        Page 201
 1                    E X H I B I T S

 2   NUMBER          DESCRIPTION                        PAGE

 3   EXHIBIT 37      ACC/AHA 2005 Guideline Update for the

 4                   Diagnosis and Management of Chronic Heart

 5                   Failure in the Adult-Summary Article:   A

 6                   Report of the American College of

 7                   Cardiology/American Heart Association Task

 8                   Force on Practice Guidelines, Circulation,

 9                   Journal of the American Heart Association

10                   (32 pages)...................................205

11   EXHIBIT 38      EKG, Mimi R. Vega dated 1-22-08 (1 page).....205

12   EXHIBIT 39      Informed Consent, Mimi Vega dated 2-11-08

13                   (9 pages)....................................205

14   EXHIBIT 40      Jarvik 2000 Heart as a Bridge to Cardiac

15                   Transplantation-Pivotal Trial,

16                   ClinicalTrials.gov (3 pages).................205

17   EXHIBIT 41      Wal-Mart Pharmacy 10-4298 Medical Expenses

18                   Summary, Mimi Vega dated 9-9-09 (1 page).....205

19   EXHIBIT 42      Report of Procedure, Mimi Vega dated 2-5-08

20                   (1 page).....................................205

21   EXHIBIT 43      Letter from Whitson Ethridge, M.D., to

22                   Reynolds Delgado, M.D. dated 2-5-08 (1 page).205

23   EXHIBIT 44      Report of Procedure, Mimi Vega dated 2-11-08

24                   (1 page).....................................205

25
```

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 202

1                    E X H I B I T S

2    NUMBER          DESCRIPTION                          PAGE

3    EXHIBIT 45      Letter from Barry J. Zeluff, M.D. to

4                    Reynolds Delgado, M.D. dated 2-19-08

5                    (1 page)....................................205

6    EXHIBIT 46      Report of Procedure, Mimi Vega dated 5-23-08

7                    (2 pages)...................................205

8    EXHIBIT 47      Report of Procedure, Mimi Vega dated 5-17-08

9                    (2 pages)...................................205

10   EXHIBIT 48      Report of Procedure, Mimi Vega dated 5-28-08

11                   (1 page)....................................205

12   EXHIBIT 49      The Effect of Digoxin on Mortality and

13                   Morbidity in Patients with Heart Failure,

14                   The New England Journal of Medicine (9 pages)205

15   EXHIBIT 49-A    Rationale, Design, Implementation, and

16                   Baseline Characteristics of Patients in the

17                   DIG Trial:  A Large, Simple, Long-Term Trial

18                   to Evaluate the Effect of Digitalis on

19                   Mortality in Heart Failure (21 pages)........205

20   EXHIBIT 50      Report of Reynolds Delgado, M.D., dated

21                   6-10-10 (22 pages)..........................208

22   EXHIBIT 51      Notice of Deposition (3 pages)..............205

23   EXHIBIT 52      Heart Failure Pathogenesis and Treatment

24                   (13 pages)..................................205

25

Reynolds Delgado, M.D.                                May 25, 2011

                                                           Page 203

 1                    E X H I B I T S

 2    NUMBER        DESCRIPTION                              PAGE

 3    EXHIBIT 53    Letter from Whitson Etheridge, M.D., to

 4                  Reynolds Delgado, M.D. dated 11-5-07

 5                  (1 page)....................................205

 6    EXHIBIT 54    Report of Procedure, Mimi R. Vega dated

 7                  6-19-02 (1 page)............................205

 8    EXHIBIT 55    Mechanical Circulatory Support for Advanced

 9                  Heart Failure (5 pages).....................205

10    EXHIBIT 56    Long-Term Destination Therapy With the

11                  HeartMate XVE Left Ventricular Assist Device:

12                  Improved Outcomes Since the REMATCH Study

13                  (7 pages)...................................205

14    EXHIBIT 57    Symptomatic Relief:  Left Ventricular Assist

15                  Devices Versus Resynchronization Therapy

16                  (7 pages)...................................205

17    EXHIBIT 58    Intravenous Milrinone in Treatment of

18                  Advanced Congestive Heart Failure (6 pages)..205

19    EXHIBIT 59    The Use of Continuous Milrinone Therapy as

20                  Bridge to Transplant Is safe in patients With

21                  Short Waiting Times (5 pages)...............205

22    EXHIBIT 60    Progress Note, Mimi Vega dated 2-7-08

23                  (1 page)....................................205

24    EXHIBIT 61    Medical Administration Records, Mimi Vega

25                  (82 pages)..................................205

Reynolds Delgado, M.D.                                    May 25, 2011

Page 204

```
 1                    E X H I B I T S

 2    NUMBER        DESCRIPTION                          PAGE

 3    EXHIBIT 62    Digoxin in the Management of Cardiovascular

 4                  Disorders, Circulation, Journal of the

 5                  American Heart Association (7 pages).........205

 6    EXHIBIT 63    EKGs, Mimi Vega (8 pages)....................232

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 205

```
 1                    (EXHIBIT NOS. 20-23, 26-49A, AND 51-62
 2                    PREVIOUSLY MARKED)
 3                    THE REPORTER:  Would you state your
 4      agreements for the record, please.
 5                    MR. MORIARTY:  We don't have any, do we?
 6                    MS. RUSNAK:  We don't have any agreements
 7      other than taking it under the Federal Rules of Civil
 8      Procedure.
 9                    REYNOLDS M. DELGADO III, M.D., F.A.C.C.,
10      having been first duly sworn, testified as follows:
11                          EXAMINATION
12      BY MR. MORIARTY:
13         Q.   Doctor, I know you've had your deposition taken
14      before but just so you remember, if you don't understand
15      my question, let me know and I'll make it clear to you.
16      Okay?
17         A.   Okay.
18         Q.   I try to be as clear and scientifically
19      accurate as I can, but I'm obviously not a cardiologist.
20      So, if I mess up the terminology, just let me know; and
21      I'll try to get at my question another way.  Okay?
22         A.   Okay.
23         Q.   Anytime you need to take a break, let us know.
24      We'll do that, okay --
25         A.   Okay.
```

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 206

    1        Q.    -- as long as we're not right in the middle of
    2    a question and answer.
    3              And if you need to look at a document, no
    4    matter what that document is, either dig for it or ask
    5    me and we will find it.  Okay?
    6        A.    Okay.
    7        Q.    Now, this is Exhibit 51.  This was a notice for
    8    this deposition.  And in this I asked you to bring your
    9    office file regarding Mimi Rivera-Vega.  Did you do
   10    that?
   11        A.    Yes.
   12        Q.    And did you bring a current C.V.?
   13        A.    Yes.
   14        Q.    Okay.  May I have the C.V., please?
   15              MS. RUSNAK:  I may have that.  Let me see.
   16        A.    (Tendering).
   17              MR. MORIARTY:  Now, Cyndi, I can either
   18    mark this 10-A, because 10 was his C.V. in the first
   19    depo; or I can mark it as No. 63.  Do you care?
   20              MS. RUSNAK:  I do not.
   21              MR. MORIARTY:  Okay.
   22              MS. RUSNAK:  Whatever your preference is
   23    on that.
   24              MR. MORIARTY:  I'm going to mark it 10-A.
   25              MS. RUSNAK:  Okay.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                           Page 207

     1              (EXHIBIT NO. 10-A MARKED)

     2        Q.   (BY MR. MORIARTY)  And, Dr. Delgado, I'm handing

     3   you Exhibit 10-A.  Is that your current C.V.?

     4        A.   Yes.

     5        Q.   All right.  Thank you.

     6             And then Item 3 in the new notice, Exhibit 51,

     7   I asked you to bring all the material that you reviewed

     8   or relied upon to form your opinions in the case.  Now,

     9   the first time we were here, we went through what you

    10   had reviewed to that point.  So, I'm mostly interested

    11   in what additional information you may have reviewed.

    12        A.   That would be here, the letter from

    13   Dr. Frishman.

    14        Q.   Okay.  And -- and just so we're clear, that's

    15   the defense expert report of Dr. Bill Frishman; correct?

    16        A.   Yes.

    17        Q.   Okay.

    18        A.   A letter from John Conti.

    19        Q.   Do you know Dr. Frishman?

    20        A.   No.

    21        Q.   You do know Dr. Conti, don't you?

    22        A.   No.

    23        Q.   Have you ever co-authored an article with

    24   Dr. Conti?

    25        A.   Not that I know of.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 208

 1              And then an expert report of Douglas Mann.

 2        Q.    You know Dr. Mann, don't you?

 3        A.    Yes.

 4        Q.    That goes on there.

 5        A.    The timeline, yeah.

 6        Q.    The timeline you're referring to was part of

 7    Dr. Mann's report; correct?

 8        A.    Correct.  Yes.

 9        Q.    When Dr. Mann was here in Houston, did he have

10    any supervisory role over your work at all?

11        A.    No.

12        Q.    You were just both members of the staff of

13    St. Luke's and both members of Texas Heart?

14        A.    Yes.

15        Q.    Okay.  All right.  What else have you reviewed

16    that's in addition to your earlier material?

17        A.    My own deposition from October, '09.

18        Q.    Okay.

19        A.    And my letter --

20        Q.    Okay.

21        A.    -- from June, 2010.

22              (EXHIBIT NO. 50 MARKED)

23        Q.    (BY MR. MORIARTY) All right.  Your letter, when

24    it came to me, had this "Plaintiff's A" on it.  I've

25    re-marked it as Exhibit 50.  This is what you're talking

Reynolds Delgado, M.D.                                    May 25, 2011

                                                        Page 209

 1    about --

 2         A.    Yes.

 3         Q.    -- your report of June 10, 2010?

 4         A.    Yes.

 5         Q.    Okay.

 6               MR. MORIARTY:  I don't know if anybody

 7    needs that, but I have extra copies.

 8         Q.    (BY MR. MORIARTY) Okay.  What else?

 9         A.    That's it.

10         Q.    All right.  Did you review any additional

11    material from FDA?

12         A.    No.

13         Q.    Did you review Craig Frost's deposition which,

14    I believe, was taken after yours?

15         A.    No.

16         Q.    Did you review any purchasing records that were

17    appended as exhibits to Craig Frost's deposition?

18         A.    No.

19         Q.    Have you undertaken any investigations of how

20    many patients, for example, at St. Luke's or under the

21    umbrella of Texas Heart were taking Digitek in 2008?

22         A.    No.

23         Q.    Have you -- there's typically a protocol for

24    how you amend or change medical records.  Have you

25    initiated any protocol to change medical records of

Reynolds Delgado, M.D.                                    May 25, 2011

Page 210

1    yours related to Mimi Rivera-Vega?

2        A.    No.

3        Q.    Do you know -- do you recognize the distinction

4    between possibility and probability?

5        A.    I guess it would depend on the context.

6        Q.    Okay.  Well, at Page 1 of Exhibit 50, which is

7    your letter report, you say that (Reading):  The

8    opinions here are based on my review of the materials,

9    et cetera.

10           And up further, it says (Reading):  All my

11   opinions are expressed to a reasonable degree of medical

12   probability.

13           Do you see that?

14       A.    Yes.

15       Q.    What do you mean by medical -- "reasonable

16   degree of medical probability"?

17       A.    The opinions are expressed in a way that is

18   probable in a medical sense.

19       Q.    Okay.  Are you done with your answer?

20       A.    Yes.

21       Q.    From my past experience in this field and

22   knowing what the law is in certain states, typically

23   some courts and people say that probability is more

24   likely than not; in other words, greater than 50 percent

25   chance of something occurring.  Do you agree with that?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 211

     1        A.    It depends on the context.

     2        Q.    How would it be different in a different

     3   context?

     4        A.    If, for example, there was a qualifier just

     5   before the word "probability"; for example, high

     6   probability or low probability.  And in medical

     7   terminology, such qualifiers are used.

     8        Q.    Okay.  Well, would low probability, under those

     9   circumstances, be like 50 to 60 percent; or have you

    10   seen it -- low probability used in terms of something

    11   that's less than 50/50?

    12        A.    Actually, the way we use it, it is based on

    13   clinical identifiers.  For example, low probability of

    14   active coronary disease being based on patients having

    15   certain clinical aspects to their case, that would put

    16   them at a low probability of having coronary disease;

    17   and such people then would not undergo heart

    18   catheterization.

    19        Q.    Okay.  Well, that's a very good example of a

    20   discrete medical situation.  But getting back to your

    21   report, Exhibit 50, we're talking about a medical/legal

    22   context.  So, can we agree that probability is more

    23   likely than not, in general?  And we'll parse it out

    24   later more specifically if we have to.

    25        A.    In a medical/legal sense.

Reynolds Delgado, M.D.                                    May 25, 2011

1        Q.   Okay.  So, possibility, would you agree, would
2     be sort of that 50/50 or less?  It's more speculative;
3     is that true?
4        A.   Again, it depends on the context.
5        Q.   So, if somebody said, for example -- let me
6     withdraw that.
7             At some point today -- I might as well ask you
8     this question now to give you an example:  Do you
9     remember when the first time was that you talked with
10    Mimi Rivera-Vega about heart transplantation?
11       A.   No.
12       Q.   All right.  There is a transplant nurse's note
13    in October of 2007 which makes reference to Mimi telling
14    that nurse that she had discussed transplant with
15    somebody as early as the year 2000.  Okay?  I want you
16    to assume that's true.
17       A.   Okay.
18       Q.   Would you then say it's possible that you or a
19    member of your staff talked to her as early as 2002, to
20    be fair to you because you didn't see her in 2000, that
21    you or your staff spoke with her as early as 2002 about
22    a heart transplant?
23       A.   It's possible.
24       Q.   Okay.  So, this context, we're using
25    possibility as you don't remember and, so, there is some

Reynolds Delgado, M.D.                                    May 25, 2011

Page 213

1    chance, but you don't know what that chance may be;
2    correct?
3         A.   Correct.
4         Q.   If I were to then go on and say to you, "Is it
5    probable that you were discussing heart transplant with
6    Mimi from the time you first started seeing her in
7    2002," is that probable or not?
8         A.   I don't know.
9         Q.   All right.  Okay.  Do you have any training in
10   pharmaceutical quality assurance?
11        A.   No.
12        Q.   Pharmaceutical manufacturing?
13        A.   No.
14        Q.   Pharmaceutical distribution?
15        A.   No.
16        Q.   What about pharmacovigilance?
17        A.   No.
18        Q.   If I remember correctly, you have not actually
19   worked as an employee of a pharmaceutical company; is
20   that correct?
21        A.   Correct.
22        Q.   Before -- well, I'm sorry.  Let me take a step
23   back.
24             Have you ever reviewed an FDA Form 483?
25        A.   I don't remember.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 214

1      Q.   Before this litigation, had you ever reviewed
2   an FDA warning letter?
3      A.   Yes.
4      Q.   Okay.  How many times before this litigation
5   had you ever read an FDA warning letter?
6      A.   Three or four.
7      Q.   And what were those warning letters about?  I'm
8   sorry.  I withdraw that question.
9           I know you've been an expert in other
10   pharmaceutical or device pieces of litigation,
11   specifically Gadolinium.  Other than for purposes of the
12   Gadolinium litigation or the Digitek litigation, have
13   you ever reviewed an FDA warning letter?
14      A.   Yes.
15      Q.   Okay.  In what context did you review a warning
16   letter?
17      A.   As part of training, we -- we are given those
18   as examples as part of the training.
19      Q.   Do you remember -- training for what, first of
20   all?
21      A.   To get certified to do clinical research.
22      Q.   All right.  So, this would have been during
23   your fellowship?
24      A.   No.  It's got to be repeated every three years,
25   I believe.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 215

```
 1        Q.   All right.

 2        A.   I just finished relative -- last year I did

 3   one.

 4        Q.   Okay.  Do you know anything about the legal

 5   ramifications of a warning letter?

 6        A.   No.

 7        Q.   Do you know in the pharmaceutical business what

 8   remediation of a warning letter is or remediation of a

 9   483?

10        A.   No.

11        Q.   Now, in this case there were -- the plaintiffs

12   hired some pharmaceutical experts, quality people,

13   manufacturing people, pharmacovigilance people, things

14   of that nature.  I'm going to ask you if you recognize

15   these names and if you've read any of their material.

16   One is named David Bliesner, B L I E S N E R.

17        A.   Don't know.

18        Q.   Haven't read his report or his deposition?

19        A.   No.

20        Q.   I apologize to Mr. Kenny, but I can't remember

21   his first name.  Mr. Kenny, he's from New Jersey.

22             MS. RUSNAK:  Mark.

23        Q.   (BY MR. MORIARTY) Mark.  Have you read his

24   deposition or seen his report?

25        A.   No.
```

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 216

    1        Q.    What about Dr. Frank, pharmacovigilance expert

    2    from, I believe, Philadelphia, have you seen her report

    3    or read her deposition?

    4        A.    No.

    5        Q.    There was a Russell Somma, manufacturing

    6    expert, I believe, also from New Jersey.  Have you seen

    7    his report or his deposition?

    8        A.    No.

    9        Q.    Have you read any batch records from the

   10    manufacturer Digitek?

   11        A.    I don't know what that is.

   12        Q.    Okay.  When a pharmaceutical company blends and

   13    compresses a batch of tablets, for example, they have a

   14    record of that.  They call it a batch record.  Have you

   15    read any of those --

   16        A.    No.

   17        Q.    -- regarding Digitek?

   18             And FDA and some other -- and some private

   19    companies have tested Digitek over the years at various

   20    times.  Have you read any of the independent third-party

   21    testing of Digitek?

   22        A.    No.

   23        Q.    We marked in your first deposition an Exhibit

   24    No. 14.  It was a -- and I'm sorry.  I only brought my

   25    set of these.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                           Page 217

    1                    MS. RUSNAK:  I've got mine.

    2        Q.   (BY MR. MORIARTY) That is the FDA-approved

    3   press release for the Digitek recall.  You've seen that

    4   before, have you not?

    5        A.   Yes.

    6        Q.   And in here --

    7                    MR. MORIARTY:  I'm sorry.  Cyndi, if you

    8   want to share yours with him...

    9        Q.   (BY MR. MORIARTY) Let me find where I have

   10   to -- okay.  Right here in this paragraph where I'm

   11   pointing -- see where I'm pointing?

   12        A.   Yes.

   13        Q.   It says (Reading):  The voluntary all-lot

   14   recall is due to the possibility that tablets with

   15   double the appropriate thickness may have been

   16   commercially released.  These tablets may contain twice

   17   the approved level of active ingredient than -- should

   18   be "is" appropriate, but it says "than" appropriate.

   19             Do you see that?

   20        A.   Yes.

   21        Q.   Okay.  Do you have any information from any

   22   source that indicates to you that the Digitek recall was

   23   about some subject other than what was in the

   24   FDA-approved press release?

   25        A.   I don't understand the question.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 218

 1      Q.   Sure.

 2           Actavis drafted the press release.  FDA

 3   generally has to approve those before they go out.

 4   Okay?

 5      A.   Okay.

 6      Q.   It states in there in what I've read what the

 7   purpose of the recall was or what initiated the recall.

 8   My question to you is:  Do you have information from any

 9   other source to indicate that the recall was about

10   something other than is contained in that press release?

11           MS. RUSNAK:  Objection, form.

12      A.   The answer is no.

13      Q.   (BY MR. MORIARTY) Okay.  Have you ever

14   personally seen a Digitek tablet that was thicker than

15   its FDA-approved specifications?

16      A.   No.

17      Q.   Have you ever seen a scientific -- I'm sorry.

18   Let me withdraw that.

19           Have you ever seen a report of one?

20      A.   No.

21      Q.   Okay.  You looked puzzled.  So, let me follow

22   up and make sure we're on the same page.

23           For example, a pharmacist might issue a report

24   that you have seen saying, "Hey, I've got this Digitek

25   tablet here, and it appears outside its specifications"

Reynolds Delgado, M.D.                                    May 25, 2011

Page 219

```
 1    or "I measured it with a micrometer, and it's outside
 2    its specifications for thickness."  Have you ever seen
 3    such a report?
 4         A.   No.
 5         Q.   Have you ever seen a report of a Digitek tablet
 6    that was tested by a laboratory to have been outside of
 7    its FDA-approved specifications for digoxin content?
 8         A.   No.
 9         Q.   Do you have any opinion to a reasonable degree
10    of probability how many out-of-specification tablets
11    Actavis actually manufactured?
12         A.   No.
13         Q.   Do you have any opinion to a probability of how
14    many -- if they made any -- how many of them were
15    shipped out of the plant to distributors and
16    pharmacists?
17         A.   No.
18         Q.   Do you have any opinion to a reasonable degree
19    of probability as to how many out-of-specification
20    Digitek tablets Mimi Rivera ever received in any of her
21    outpatient prescriptions?
22         A.   I don't know.
23         Q.   Before you -- we know that this lawsuit, Mimi
24    Rivera-Vega's specific lawsuit -- I believe it was filed
25    in 2009.  I could look it up for specific dates if I
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 220

1    need to.  Do you know whether the Vega family's

2    lawyers -- Cyndi, Jimmy, Shelly, any of them -- spoke

3    with you before the lawsuit was filed?

4         A.   No.

5         Q.   You don't know?

6         A.   No, they did not.

7         Q.   Okay.  Do you remember the first time

8    approximately when you spoke with any of the lawyers for

9    Mimi's family?

10        A.   Regarding her case?

11        Q.   Yes.

12        A.   I don't remember.

13        Q.   Do you know whether before you -- before you

14   ever spoke with Mimi's family's lawyers about this

15   lawsuit whether you had expressed in writing to anyone

16   the type of opinions about her cause of death that you

17   have expressed in Exhibit 50?

18        A.   No.

19        Q.   Did you express opinions like those in Exhibit

20   50 to anyone orally before you spoke with her lawyers --

21   her family's lawyers, I should say?

22        A.   Not that I know of.

23        Q.   Before you were contacted -- or before you

24   discussed this case with Mimi's family's lawyers, did

25   you ever make any inquiry to the pharmacists at

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 221

 1    St. Luke's, any pharmacists affiliated with Texas Heart,

 2    anyone like that regarding Digitek tablets or her

 3    prescriptions?

 4         A.   No.

 5         Q.   Now, in your first deposition, there was an

 6    exhibit marked No. 12.  It was a warning letter from FDA

 7    to my client in August of 2006.  Okay?  You see that?

 8         A.   Yes.

 9         Q.   I'm not going to ask you any details about it;

10    but you're welcome to refer to it, if need be.  The

11    thrust of that warning letter has to do with adverse

12    event reporting which are pharmacovigilance issues.  Do

13    you remember that?

14         A.   I don't remember offhand, but it appears that

15    that's accurate.

16         Q.   Okay.  Do you know anything about whether

17    Actavis remediated the points raised by the FDA in that

18    warning letter?

19         A.   I don't understand the question, specifically

20    "remediated."

21         Q.   Yeah.  Well, I asked you about this before.

22    It's -- remediation is, in essence, the pharmaceutical

23    company's response, both in writing and in action, to

24    take care of the problems that the FDA is addressing.

25    That's my understanding of "remediation."

Reynolds Delgado, M.D.                                    May 25, 2011

Page 222

1       A.    Okay.

2       Q.    So, assuming I'm correct, do you have any

3   knowledge of the degree to which Actavis remediated the

4   FDA's concerns in that warning letter, Exhibit 12?

5       A.    No.

6       Q.    Regarding the impact of that and the degree to

7   which those problems were taken care of by Actavis,

8   would you defer to the plaintiffs' pharmacovigilance

9   expert, Dr. Frank?

10      A.    Yes.

11      Q.    Okay.  This one, Exhibit 13, is a revised

12  warning letter dated February 1st, 2007.  Okay?  The

13  only mention of Digitek is at Page 5 regarding something

14  known as a cleaning validation study.  Do you know what

15  cleaning validation studies are in the pharmaceutical

16  manufacturing or quality process?

17      A.    No.

18      Q.    The plaintiffs have a manufacturing expert,

19  Russell Somma.  And I think Mr. Bliesner and Mr. Kenny

20  probably commented on this, also.  Would you defer to

21  them regarding the discussion of the significance of

22  Exhibit 13?

23      A.    Yes.

24      Q.    Okay.  Do you know whether either Exhibit 13 or

25  12 specifically say that Actavis manufactured and

Reynolds Delgado, M.D.                                    May 25, 2011

Page 223

1    distributed Digitek that was outside of its FDA-approved

2    specifications?

3         A.   No, I don't know.  I'm sorry.

4         Q.   Do you want to review them now to see?

5         A.   Sure.

6         Q.   I can assure you it's not in there, but...

7         A.   (Witness reviewing document).

8         Q.   So, you've finished looking through No. 13.

9    Does it say anything in there about Actavis having

10   actually manufactured and distributed

11   out-of-specification tablets?

12        A.   It doesn't specifically mention Digitek.

13        Q.   Okay.

14        A.   (Witness reviewing document).

15        Q.   Okay.  You've had a chance to look at No. 12.

16   Does it say anything in Exhibit 12 about Actavis having

17   manufactured and distributed out-of-specification

18   Digitek?

19        A.   It mentions digoxin, not -- not the other name,

20   Digitek.

21        Q.   But the only reference to digoxin has to do

22   with that cleaning validation study at Page 5; correct?

23        A.   No, I don't believe so.  If I could see it

24   again, I'll point it out.

25        Q.   Did I give you the right one?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 224

1        A.    No.

2        Q.    Sorry.

3              And, so, you are now looking at 12 again?

4        A.    Correct.

5        Q.    Okay.

6        A.    Page 2, No. 1 (Reading):  Failure to submit to

7    the FDA ADE reports as required by 21 CRF (sic), blah,

8    blah, blah.

9        Q.    Okay.

10       A.    (Reading):  Specifically, there were six

11   potentially serious and unexpected adverse drug events

12   dating back to 1999 for products, such as digoxin.

13       Q.    All right.  So, No. 12 is the one about

14   pharmacovigilance.  And it refers to digoxin; correct?

15       A.    Yes.

16       Q.    Okay.  But it doesn't -- it just refers to

17   adverse event reports.  It doesn't say anything about

18   having manufactured or distributed out-of-specification

19   product?

20       A.    Not specifically.

21       Q.    Okay.  Now, at your first deposition, I marked

22   an exhibit -- I believe it was 14 -- and there was some

23   question at the time because we had printed it -- I'm

24   sorry.  It was 18.  We had printed it oddly.  This time

25   I printed it off the actual FDA's website.  It's the --

Reynolds Delgado, M.D.                                        May 25, 2011

                                                                    Page 225

 1    been marked as Exhibit 38 in the MDL, and it's called
 2    "Facts and Myths about Generic Drugs."  I would like you
 3    to turn to Page 2, please.
 4            The first myth -- full myth on that page in
 5    bold says (Reading):  There are quality problems with
 6    generic drug manufacturing.
 7            Do you see that?
 8    A.    Yes.
 9    Q.    Okay.  And then it says (Reading):  A recent
10    recall of generic digoxin (called Digitek) shows that
11    generic drugs put patients at risk.
12            Do you see that?
13    A.    Yes.
14    Q.    And then it goes on to "Fact," and then it has
15    five bullet points.  Do you see where I'm talking about?
16    A.    Yes.
17    Q.    Let's go to the fourth bullet point.  The
18    second sentence says (Reading):  In our best judgment,
19    given the very small number of defective tablets that
20    may have reached the market and the lack of reported
21    adverse events before the recall, harm to patients was
22    very unlikely.
23            First of all, did I read that correctly?
24    A.    Yes.
25    Q.    Do you have any reason to disagree with the FDA

Reynolds Delgado, M.D.                                    May 25, 2011

Page 226

1    on this statement from its website?

2         A.   No.

3         Q.   Can I have that back, please?

4              MS. AHERN:  What are you looking for?

5              MR. MORIARTY:  I just need to keep these

6    straight.  He can have it if he wants it.

7         Q.   (BY MR. MORIARTY) There is a man named Craig

8    Frost who, I believe, is the pharmacy manager at

9    St. Luke's Hospital.  At least that was his title when

10   he was deposed in 2009 or '10.  Do you know him?

11        A.   No.

12        Q.   Are you on any committees that have oversight

13   for the pharmacy, such as a PNT committee or anything

14   like that?

15        A.   No.

16        Q.   Would Mr. Frost probably be in a better

17   position to interpret the records of the pharmacy

18   department regarding the purchase and distribution

19   within the hospital?  Would he be in a better position

20   than you to interpret those records?

21        A.   Yes.

22        Q.   Now, if you suspect a patient of yours of

23   having taken an excess of a medication, whether

24   intentionally or accidentally, do you have a method for

25   investigating that?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 227

 1        A.    Not a one-size-fits-all, no.

 2        Q.    Okay.  Well, let's see if we can get some of

 3    the parameters, depending on what the circumstance may

 4    be.  First of all, if the patient is alive, you could

 5    take a history -- you know, did you take your

 6    medications today, did you take the right amount, things

 7    of that nature?

 8        A.    Yes.

 9        Q.    That would be one step in the process; correct?

10        A.    Yes.

11        Q.    You could look for clinical signs and symptoms

12    of an excess dose, could you not?

13        A.    Yes.

14        Q.    Some drugs are amenable to detection in blood

15    or serum or urine through laboratory testing, aren't

16    they?

17        A.    Yes.

18        Q.    So, you could, if appropriate, check whatever

19    labs were there and available regarding looking for that

20    drug; correct?

21        A.    Yes.

22        Q.    Some drug overdoses or excesses also have

23    ancillary signs or symptoms that might be detected on

24    other tests.  For example, an EKG may show typical

25    patterns of digoxin excess or diltiazem excess or

Reynolds Delgado, M.D.                                    May 25, 2011

Page 228

1    something like that; is that true?

2        A.   Yes.

3        Q.   And then certainly if there was some of the

4    drug available, whether it was IV, IM, or oral, it could

5    be tested -- is that correct -- to see if it was what it

6    was purported to be?

7        A.   Yes.

8        Q.   So, for example, in -- some of your patients

9    presumably take heparin from time to time?

10       A.   Yes.

11       Q.   There was in the last few years a big heparin

12   recall because there was some contamination in some

13   Chinese heparin plants or something like that.  Those

14   bags could be tested; is that right?

15       A.   Yes.

16       Q.   Okay.  So, in Mimi Rivera-Vega's case, in your

17   opinion, to a probability, did she have, in January of

18   2008 -- January 22nd, 23rd to be precise -- did she have

19   clinical signs or symptoms of having taken an excess of

20   digoxin?

21       A.   I don't remember.

22       Q.   Are you -- are you done, or are you --

23       A.   Yes.

24       Q.   -- trying to remember?

25            Okay.  Doctor, I'm not sure -- I have a binder

Reynolds Delgado, M.D.                                    May 25, 2011

Page 229

1    here with some medical records in it.  I'm not sure that

2    this is the complete handwritten history and physical,

3    but I'd like you to take a look at these two pages here.

4    And while I look for something else, tell me if that

5    helps you answer my question about whether she had

6    clinical signs or symptoms of digoxin toxicity or

7    digoxin excess when she was admitted January -- she was

8    admitted late on the 22nd, very close to midnight --

9    22nd, 23rd.

10        A.    (Witness reviewing document).

11        Q.    And for fairness, Doctor, before you even

12   answer my question, here is a typed discharge summary.

13   Some of the information may have been carried over from

14   an admission H&P.  So, if you want to look at Exhibit 23

15   and see if that helps you answer my question.

16        A.    Okay.

17        Q.    So, as a reminder, my question is:  Do you have

18   an opinion, to a reasonable degree of probability, as to

19   whether or not she had clinical signs or symptoms of

20   digoxin excess when she was admitted to the hospital

21   January 22-23, 2008?

22        A.    Yes.

23        Q.    All right.  And what were they?

24        A.    A worsening of the heart failure with volume

25   overload and nonsustained ventricular tachycardia, which

Reynolds Delgado, M.D.                                    May 25, 2011

Page 230

1    could have been a sign of toxicity.

2         Q.   Okay.  Are you done with your answer?

3         A.   Yes.

4         Q.   Now, let me just address the v-tach for a

5    moment.  Exhibit 38 is the EKG that was given to her on

6    admission about eight minutes to midnight, January 22,

7    2008.  First of all, there is a computer interpretation

8    on here, is there not?

9         A.   Yes.

10        Q.   Does it say anything about the digitalis effect

11   in the computerized read of this?

12        A.   No.

13        Q.   Okay.  Now, I know you don't use the computer

14   reads in your clinical practice very much.  Am I correct

15   about that?

16        A.   Correct.

17        Q.   When you look at this EKG, if you were to

18   interpret it, would you say that it has the classic

19   digitalis effect?

20        A.   It's not possible to do that.

21        Q.   Why?

22        A.   The underlying left bundle branch block.

23        Q.   Obscures any ability to say that?

24        A.   Correct.

25        Q.   And left bundle branch block is a conduction

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 231

 1    abnormality; is that correct?

 2         A.   Yes.

 3         Q.   So, so far as, I think you said, sustained

 4    (sic) v-tach, had she ever had that before this

 5    admission?

 6         A.   I'm sorry.  I think it's nonsustained.

 7         Q.   I'm sorry.  Well --

 8         A.   Nonsustained.

 9         Q.   All right.  Had she ever had ventricular

10    tachycardia before -- before this admission?

11         A.   I don't remember.

12         Q.   Would it make any difference to you if, in

13    fact, on prior EKGs, she did, in fact, have ventricular

14    tachycardia?  That's a bad question.

15         A.   I'm sorry.  Yeah.  The question --

16         Q.   I'm going to withdraw it.

17              You -- I asked you what the signs and symptoms

18    of digoxin excess were as of the time of this admission;

19    and among them, you mentioned ventricular tachycardia.

20    Okay.  If she had had ventricular tachycardia in

21    previous admissions where there was no question of

22    digoxin excess, would you still agree that the

23    ventricular tachycardia here is a sign or symptom of

24    digoxin excess?

25         A.   I can't accurately answer that question.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                           Page 232

1        Q.    Why not?

2        A.    Because the original premise you put forth was

3   false.

4        Q.    Which original premise?

5              THE WITNESS:  Could you play it back?

6        Q.    (BY MR. MORIARTY) She probably can't.

7              But what are you telling me was false about my

8   assumption or my question?

9        A.    No, your statement.  It wasn't part of the

10  question.

11       Q.    Which --

12       A.    Your original statement was incorrect.

13       Q.    Which statement?

14       A.    The statement that preceded the question.

15       Q.    Okay.  I don't have this marked as an exhibit

16  yet.  I'm going to mark this whole batch of EKGs as

17  Exhibit 63.  Okay?  I'm sorry.  I don't have copies.  We

18  can get copies at the break.

19              (EXHIBIT NO. 63 MARKED)

20              MS. RUSNAK:  Is there a Bates stamp number

21  or anything we can identify it by?

22              MR. MORIARTY:  No, not that I can see.

23  Oh.  You know what?  It's not going to help you very

24  much, Cyndi.

25              MS. RUSNAK:  All right.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 233

 1                 MR. MORIARTY:  The one I'm about to ask

 2      him says MVSLE 2831.

 3                 MS. RUSNAK:  Believe it or not, I can find

 4      it with that.

 5         Q.   (BY MR. MORIARTY) It's a July 30, 2007, EKG.

 6      Does she have tachycardia at that point?

 7         A.   Yes.

 8         Q.   September 4th, 2007, does she have tachycardia

 9      at that point?

10         A.   Yes.

11         Q.   October 14th, 2007, does she have tachycardia

12      at that point?

13         A.   Yes.

14         Q.   All right.  So, when we get back to Exhibit

15      20 -- when we get back to Exhibit 38, the EKG from

16      January 22nd, 2008, tell me what the other possible

17      causes of her tachycardia are besides digoxin excess.

18         A.   There are a myriad of causes of tachycardia.

19         Q.   Can you name two or three?

20         A.   Anemia, blood loss, heart failure, shock from

21      any source.

22         Q.   Okay.  Other than digoxin excess, can you name

23      any possible other causes of volume overload?  And I'm

24      specifically referring to January of 2008.

25         A.   Other causes that this particular patient had

Reynolds Delgado, M.D.                                    May 25, 2011

Page 234

1    or other causes in general?

2         Q.   Well, let's try to stick with this patient.

3         A.   Decompensated congestive heart failure.

4         Q.   Okay.  Anything else?

5         A.   Not that I can remember.

6         Q.   Could volume overload be -- happen secondary to

7    dietary or medical noncompliance?

8         A.   In the setting of heart failure?

9         Q.   Yes.

10        A.   Yes.

11        Q.   Okay.  Back when I was here asking you

12   questions in 2009, I asked whether you were aware of any

13   tests on Mimi Vega's Digitek; and you said you weren't

14   aware of any.  Have you become aware of any tests on

15   Mimi Vega's Digitek tablets since the fall of 2009?

16        A.   No.

17        Q.   Do you know between 2006 and 2008 how many

18   patients at Texas Heart were taking Digitek?

19        A.   No.

20        Q.   Do you know how many were taking -- do you know

21   how many -- I'm sorry.  Of your own specific patients,

22   between 2006 and 2008, do you know how many of them were

23   taking Digitek?

24        A.   No.

25        Q.   Have you sent any digoxin manufacturer a -- or

Reynolds Delgado, M.D.                                    May 25, 2011

Page 235

1    the FDA an adverse event report regarding digoxin since

2    the fall of 2009?

3         A.   No.

4         Q.   Do you know whether anybody at Texas Heart or

5    St. Luke's Hospital looked into whether there was any

6    sort of spike in digoxin toxicity between 2006 and 2008

7    amongst its patient population?

8         A.   I don't.

9         Q.   And you didn't do such an inquiry?

10        A.   Correct.

11        Q.   If there had been some sort of spike in digoxin

12   toxicity, is that the sort of medical trend that would

13   come to your attention for whatever reason as a staff

14   member or a member of Texas Heart?

15        A.   Possibly, yes.

16        Q.   Let's talk about the DIG trial and Dr. Adams'

17   paper.  Okay?

18        A.   Yes.

19        Q.   When was the last time you read the DIG --

20             MR. MORIARTY:  And that's capital D,

21   capital I, capital G.

22        Q.   (BY MR. MORIARTY) -- trial?

23        A.   It's been awhile.

24        Q.   I have it with me.  I have just a few questions

25   for you about it.  Okay?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 236

1        A.    Yes.

2        Q.    There's a copy of the DIG trial.  It is Exhibit

3    49.

4        A.    (Witness reviewing document).

5        Q.    So, on the left, we have something that's

6    typically called in a scientific paper the abstract;

7    correct?

8        A.    Yes.

9        Q.    And in the "Results" section, sixth line down,

10   it says (Reading):  In the digoxin group, there was a

11   trend toward a decrease in the risk of death attributed

12   to worsening heart failure.

13            Correct?

14       A.    Yes.

15       Q.    All right.  And then at the bottom, there's a

16   section called Conclusions; and that's just the overall

17   conclusion of this paper in a summary form; is that

18   right?

19       A.    Yes.

20       Q.    Now, in the second column, they identify the

21   brand of digoxin that they used in the study as Lanoxin

22   from GlaxoWellcome, do they not?

23       A.    Yes.

24       Q.    And do you have any idea how many papers have

25   been written subsequent to this DIG trial that have used

Reynolds Delgado, M.D.                                    May 25, 2011

Page 237

1    the data generated by this DIG trial to analyze digoxin

2    from various angles?

3         A.    No.

4         Q.    All right.   The Kirkwood Adams and Mihai

5    Gheorghiade paper that we talked about at your first

6    deposition is an article that takes data from this DIG

7    trial and analyzes it for a different purpose; correct?

8         A.    Correct.

9         Q.    So, let's go to the second page of this

10   article.   First, let's talk about outcomes.   It's in

11   small print.   And it says (Reading):   The primary

12   outcome studied in the main trial was mortality.   The

13   secondary outcomes were mortality from cardiovascular

14   causes, death from worsening heart failure,

15   hospitalization for worsening heart failure, and

16   hospitalization for other causes, in particular,

17   suspected digoxin toxicity.

18             Do you see that?

19        A.    Yes.

20        Q.    Did I read it correctly?

21        A.    Yes.

22        Q.    So, they apparently distinguish between

23   mortality from cardiovascular causes and death from

24   worsening heart failure; is that correct?

25        A.    Yes.

Reynolds Delgado, M.D.                                May 25, 2011

Page 238

1        Q.   A cardiovascular cause that may not be related

2    to worsening heart failure could, for example, be an

3    arrhythmia; is that right?   That's one example?

4        A.   Yes.

5        Q.   So, a myocardial infarction could be another

6    example; is that right?

7        A.   Yes.

8        Q.   And when patients have what is referred to as

9    digoxin toxicity or digoxin excess, is arrhythmia the

10   most common adverse cardiovascular reaction?

11       A.   Yes.

12       Q.   Okay.   So, let's go back up the column to the

13   very last sentence in the section above "Randomization."

14   It says (Reading):  The criteria for exclusion from the

15   study have been published previously.

16            Do you see that?

17       A.   I'm sorry.   Which page?

18       Q.   We're still on the second page.   If you go up,

19   last sentence near where your finger is.

20       A.   Okay.

21       Q.   (Reading):  The criteria for exclusion from the

22   study have been published previously.

23            Do you see that?

24       A.   Yes.

25       Q.   Okay.   Now, let's go back to Page 530.   Page

Reynolds Delgado, M.D.                                          May 25, 2011

Page 239

1    numbers are in the lower left.  There's a column -- a

2    title called "Serum Digoxin Levels."  Do you see that?

3         A.   Yes.

4         Q.   And the last sentence says (Reading):  At one

5    month, 88.3 percent of the patients in the digoxin group

6    had serum digoxin levels within the therapeutic range of

7    .5 to 2.0 nanograms per milliliter.

8              Did I read that correctly?

9         A.   Yes.

10        Q.   So, the range that they used as therapeutic was

11   .5 to 2; right?

12        A.   Yes.

13        Q.   All right.  Let's go to 531 in the "Discussion"

14   section.  The second sentence says (Reading):  There

15   were fewer deaths due to worsening heart failure in the

16   digoxin group.

17             Did I read that correctly?

18        A.   Correct.

19        Q.   Okay.  And then skip one sentence and go down.

20   It says (Reading):  The risk of hospitalization,

21   especially for worsening heart failure, was reduced with

22   digoxin treatment.

23             Do you see that?

24        A.   Correct.

25        Q.   All right.  And in general, that was sort of

Reynolds Delgado, M.D.                                    May 25, 2011

Page 240

1    the conclusion of the digoxin trial, that while digoxin

2    did not reduce mortality overall, it reduced

3    hospitalizations from heart failure; correct?

4         A.   Yes.

5         Q.   All right.  So, let's go to Exhibit 49-A, which

6    is the previous publication referred to in the DIG trial

7    that has the exclusion criteria.  Okay?

8         A.   Okay.

9         Q.   And let's go to Page 81, Item 7.  It's called

10   "Monitoring of Serum Digoxin Levels for Both Therapeutic

11   Reasons and Patient Safety in a Blinded Trial."  Are you

12   there?

13        A.   Yes.

14        Q.   The second sentence after that italicized

15   material says (Reading):  Because high serum digoxin

16   levels without clinical signs of toxicity do not prove

17   toxicity, The Core Group felt that the value of the test

18   was primarily to confirm toxicity in patients with a

19   clinical suspicion.

20             Did I read that correctly?

21        A.   Yes.

22        Q.   Do you agree with it?

23        A.   Yes.

24        Q.   Okay.  So, on the next page, there is a table

25   which has the exclusion criteria.  And in a big trial

Reynolds Delgado, M.D.                                          May 25, 2011

                                                                  Page 241

1    like this, there are some people who are included and
2    some who are not included for various reasons; correct?
3         A.   Correct.
4         Q.   And this is controlled fairly vigorously so
5    that you can have consistency and hopefully prove with
6    randomized prospective data a particular point; correct?
7         A.   Yes.
8         Q.   Okay.  So, in the exclusion criteria, go down
9    to Item 14, please.  What does that say?
10        A.   (Reading):  Current treatment with intravenous
11   inotropic agents.
12        Q.   As of January, 2008, was Mimi Vega being
13   treated with intravenous inotropic agents?
14        A.   I don't remember.
15        Q.   Okay.  Wasn't she on home milrinone intravenous
16   therapy from the October hospitalization through and
17   into her admission in which she got her LVAD in
18   February?
19        A.   I don't remember.
20        Q.   If she was on intravenous inotropic agents at
21   that point, she would not have qualified for the DIG
22   trial; correct?
23        A.   Correct.
24        Q.   And then Item 16 says (Reading):  Need for
25   cardiac surgery.

Reynolds Delgado, M.D.                                May 25, 2011

```
                                                      Page 242

    1              Does it not?

    2       A.    Correct.

    3       Q.    In January and February of 2008, wasn't your

    4    team working Mimi Rivera-Vega up for possible heart

    5    transplant, if she could get on the list?

    6       A.    Yes, that's my recollection.

    7       Q.    And, so, that would be a need for cardiac

    8    surgery; correct?

    9       A.    Yes.

   10       Q.    And then No. 17, if you're actually on the

   11    transplant list, you would not have been eligible for

   12    the DIG trial; correct?

   13       A.    Yes.

   14       Q.    So, after February 5th, 2008, she wouldn't have

   15    been eligible for entry into this trial; right?

   16       A.    Correct.

   17       Q.    Patients have varying degrees of clinical

   18    impairment from heart failure, do they not?

   19       A.    Yes.

   20       Q.    And, so, doctors like yourselves in large

   21    group -- doctors like yourselves in large groups have

   22    come up with some ratings systems for patients, have

   23    they not?

   24       A.    Yes.

   25       Q.    Such as the New York Heart Association
```

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 243

1    guidelines?

2        A.   Yes.

3        Q.   And Mimi Vega, for almost all of 2007 and into

4    2008, was NYHA Class IV, was she not?

5        A.   I don't remember; but I don't believe she was

6    continuously Class IV throughout that entire period, no.

7        Q.   Okay.  And if you go back to Exhibit 49, the

8    DIG trial, it says on the last page (Reading):  Only 2

9    percent of the patients were in NYHA functional Class

10   IV, and 30.6 percent were in Class III.

11           Do you have any reason to disagree with that?

12       A.   No.

13       Q.   So, the people who were in NYHA IV would have

14   been -- not to put too fine a point on it -- sicker than

15   the far greater number of people in the trial; correct?

16       A.   Yes.

17       Q.   And do NYHA IV patients, in general, have a

18   higher risk for rehospitalization for exacerbations of

19   or worsening heart failure?

20       A.   Yes.

21       Q.   Now let's talk about the Adams paper.

22           By the way, let me stick with the DIG trial for

23   a minute.  The -- does the DIG trial paper say anywhere

24   within it that they initiated an investigation into the

25   dose strength of the Lanoxin tablets for patients who

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 244

 1    had serum digoxin levels of 1.2 or greater?

 2         A.   No.

 3         Q.   Is there anything in the DIG trial paper itself

 4    that says -- breaks out the number of people who

 5    developed cardiogenic shock at any DIG level?

 6         A.   No.

 7         Q.   Okay.

 8              MS. RUSNAK:  Can we take a quick break?

 9              MR. MORIARTY:  Sure.  Absolutely.

10              (RECESS FROM 2:52 P.M. TO 2:59 P.M.)

11         Q.   (BY MR. MORIARTY) That's Exhibit 17 from your

12    first deposition.  Kirkwood Adams is the lead author;

13    correct?

14         A.   Yes.

15         Q.   Now, down towards the end, there's another

16    author named Mihai Gheorghiade; is that correct?

17         A.   Yes.

18         Q.   Do you know Dr. Gheorghiade?

19         A.   Yes.

20         Q.   Is he a reputable cardiologist?

21         A.   Yes.

22         Q.   Have you ever practiced with him?

23         A.   No.

24         Q.   Have you ever co-authored any articles with

25    him?

Reynolds Delgado, M.D.                                    May 25, 2011

     1        A.    No.

     2        Q.    Have you ever co-authored any articles with

     3   Kirkwood Adams?

     4        A.    No.

     5        Q.    All right.  Let's go to -- I have a lot of

     6   questions about this.  Let's go first to the abstract,

     7   and it says (Reading):  Background:  Controversy

     8   continues concerning the clinical utility of digoxin in

     9   women with heart failure.

    10              Do you see that?

    11        A.    Yes.

    12        Q.    Did you agree with that when this was published

    13   in 2005?

    14        A.    Yes.

    15        Q.    Was it still true in 2007 and '08?

    16        A.    Yes.

    17        Q.    Now, in the "Results" section of the abstract,

    18   the second sentence says (Reading):  Averaging hazard

    19   ratios across serum concentrations -- and it goes on to

    20   talk about the numbers.

    21              Do you see that?

    22        A.    Yes.

    23        Q.    So, if I understand their method, what they did

    24   is for people whose serum concentrations were .5 to .9,

    25   they averaged the serum -- or the hazard ratios; is that

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 246

1    right?

2         A.   Yes.

3         Q.   So, for example, if people at serum levels of

4    .5 had a hazard ratio of whatever and people had a --

5    who had serum levels of .9 had a presumably higher

6    hazard ratio, for purposes of this, they averaged them;

7    correct?

8         A.   Yes.

9         Q.   So, when we get down to the group we're most

10   concerned about in this case, the serum digoxin group

11   from 1.2 to 2.0, those were also averaged; is that

12   right?

13        A.   I don't know.

14        Q.   Would you assume that if they averaged the

15   .5-.9s, that they would average the 1.2 to 2s?

16        A.   No.

17        Q.   How would you be able to compare if you did not

18   perform the same mathematical calculations on both

19   groups?

20        A.   I don't know.

21        Q.   All right.  I'm sure that when you went to

22   college, you probably took statistics.  Tell me the

23   extent of your statistical training after college.

24        A.   There is some statistical training in medical

25   school, not a specific course on it but more so training

Reynolds Delgado, M.D.                              May 25, 2011

Page 247

 1    during the course of other courses.

 2         Q.   So that you know how to read these kind of

 3    things and make sense of them?

 4         A.   Yes.

 5         Q.   You don't have any other training other than

 6    what you received in medical school and regular

 7    training; correct?

 8         A.   Yes.

 9         Q.   When you publish papers and you have a lot of

10    data to analyze, who does the actual data analysis for

11    you?

12         A.   The staff statistician at Texas Heart

13    Institute.

14         Q.   All right.  Who is that?

15         A.   Previously, William Vaughn; currently, Mac

16    Elayda.

17         Q.   All right.  Is there anywhere in the

18    Adams-Gheorghiade paper interpreting the DIG trial that

19    indicates that they questioned the dose levels of the

20    Lanoxin tablets that had been used on these patients?

21         A.   No.

22         Q.   Is there anywhere in the Adams and Gheorghiade

23    paper, Exhibit 17, that concludes that serum levels at

24    1.2 or above was some evidence that their tablets were

25    out of specification?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 248

1       A.    No.

2       Q.    On the first page in the lower right-hand

3   corner, the beginning of the last paragraph, it says

4   (Reading):  We retrospectively analyzed data from the

5   DIG trial with continuous multivariable analysis,

6   et cetera.

7             Do you see that?

8       A.    Yes.

9       Q.    Is a retrospective analysis different from a

10  prospective randomized study?

11      A.    Yes.

12      Q.    Does it have different levels of scientific

13  gravitas, so to speak?

14      A.    It depends.

15      Q.    Are retrospective studies generally considered

16  to be hypothesis generating?

17      A.    It depends in this case because it's a

18  retrospective study of a prospective study.

19      Q.    Okay.  In general, are retrospective studies

20  only hypothesis generating?

21      A.    If they are retrospective studies only.

22      Q.    All right.  Let's go to the second page.

23  Right-hand column, last sentence in the "Study

24  Population" section, it says (Reading):  There were 306

25  women who had serum digoxin concentrations between .5

Reynolds Delgado, M.D.                                    May 25, 2011

Page 249

 1   and 2.0.

 2          Do you see that?  It's referring to 1,110 men

 3   and 306 women who had serum -- SDCs greater than or

 4   equal to .5 to 2.0 nanograms per milliliter.  Do you see

 5   that?

 6       A.   Yes.

 7       Q.   Do you know what percentage of those patients

 8   were NYHA Class IV?

 9       A.   No.

10       Q.   Let's go to Page 501, please, right-hand

11   column.  Ninth line from the top of the second column,

12   it says (Reading):  Our study cannot define the

13   mechanisms responsible for the adverse effect of higher

14   serum digoxin concentrations.

15          Do you see that?

16       A.   Yes.

17       Q.   What does that mean to you?

18       A.   Using this data, they are unable to determine

19   the actual mechanism by which the higher concentrations

20   lead to adverse events.

21       Q.   Okay.  Let's go to Page 502, please.  The last

22   sentence above Table 4 says (Reading):  As with any

23   retrospective nonrandomized study, well-known factors

24   could have confounded our results.

25          Do you see that?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 250

1        A.    Yes.

2        Q.    So, they're calling this a retrospective

3    nonrandomized study, are they not?

4        A.    Yes.

5        Q.    So, at least in theory, this could be

6    hypothesis generating only; right?

7        A.    Not necessarily.

8        Q.    Okay.  Going down in that same section, it says

9    (Reading):  Our modeling analysis did investigate serum

10   concentration as a continuous variable with arbitrary

11   cut points used only to illustrate the clinical

12   importance of the observed relationship.

13            Do you see that?

14       A.    Yes.

15       Q.    Do you know what they're referring to in this

16   by "arbitrary cut points"?

17       A.    No.

18       Q.    Is it reasonable to conclude that they are

19   using 1.2 as a serum level as an arbitrary cut point?

20       A.    I don't know.

21       Q.    It says here (Reading):  Worse outcomes in

22   patients with high SDCs could be related to underlying

23   renal disease or more severe clinical HF.

24            Do you see that?

25       A.    Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 251

1      Q.   Do you agree with it?

2      A.   Yes.

3      Q.   And if only 2 percent of the patients in the

4   DIG trial were NYHA IV and we don't know how many of the

5   women that they analyzed were NYHA IVs, would you agree

6   that Mimi Vega, as an NYHA IV, would fall in the

7   category of more severe clinical heart failure as

8   they're referring to here at Page 503?

9      A.   I think the question's mistaken.  If you could

10  ask the question again or reword the question.

11     Q.   Sure.

12          There -- in these pages what they're doing is

13  searching for some rationale for why patients at higher

14  serum levels seemed to have a higher mortality level;

15  correct?

16     A.   Yes.

17     Q.   Okay.  And one of the explanations might be

18  that that group of people had more severe clinical heart

19  failure to begin with; correct?

20     A.   Possibly.

21     Q.   Okay.  And patients in New York Heart

22  Association Class IV would have generally more severe

23  clinical heart failure, would they not?

24     A.   Than III, II, or I, yes.

25     Q.   Correct.

Reynolds Delgado, M.D.                                    May 25, 2011

 1              Okay.  So, here where they are -- as in almost
 2      every paper -- cautioning about the limits of their
 3      study, they don't know and we don't know whether the
 4      increased mortality was attributable to more severe
 5      heart failure in those patients; correct?
 6                   MS. RUSNAK:  Objection, form.
 7         A.    That would depend.
 8         Q.    (BY MR. MORIARTY) On what?
 9         A.    On whether you mean due to, as I think you
10      said, to relate to causation.
11         Q.    Do patients in NYHA IV, in general, have higher
12      mortality rates than patients who are NYHA III?
13         A.    Yes.
14         Q.    Does that include from worsening heart failure?
15         A.    Yes.
16         Q.    Let's go to Page 504.  It says here (Reading):
17      Beta blockers were not part of the usual management of
18      heart failure at the time of the DIG study.
19              Mimi was on beta blockers in 2007 and early
20      2008, was she not?
21         A.    Yes.
22         Q.    And if you go to the next paragraph from where
23      I just was, it starts (Reading):  Some might wonder why
24      we would bother with digoxin.
25              If you go down ten lines, sentence starts

Reynolds Delgado, M.D.                                    May 25, 2011

Page 253

1    (Reading):  Because the morbidity...

2         A.   Yes.

3         Q.   (Reading):  Because the morbidity benefit seems

4    greater and safety more likely at lower serum

5    concentrations, administering low doses of .125

6    milligrams a day or less to achieve serum concentrations

7    from .5 to .9 nanograms per milliliter is indicated.

8              Do you see that?

9         A.   Yes.

10        Q.   Do you agree with it?

11        A.   Yes.

12        Q.   Is there literature out there that basically

13   says that .125 milligrams a day once you reach steady

14   state should lead to a serum digoxin concentration of

15   approximately .8 in patients who do not have a renal

16   compromise?

17        A.   I don't know.

18        Q.   Do you know what dose you had prescribed to

19   Mimi Rivera-Vega starting on January 13th, 2008?

20        A.   I don't remember.

21        Q.   I want you to assume -- and I'll show you the

22   prescription slip later -- that it was .25 milligrams a

23   day.  Do you know why you prescribed that higher dose at

24   that point?

25        A.   One of the biggest factors is size, body size

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 254

 1    and age.  That would likely be the reason.

 2         Q.    Okay.

 3         A.    Young age, large body size.

 4         Q.    Now, the text of this article doesn't address

 5    the serum levels of 1.0 and 1.1, does it?  The cut

 6    points are .5 to .9 and 1.2 to 2; right?

 7         A.    Correct.

 8         Q.    Do you know why that is?

 9         A.    No.

10         Q.    Does either the DIG trial or this Adams and

11    Gheorghiade paper say that the people who died at the

12    higher serum levels died of worsening heart failure as

13    opposed to arrhythmias or other cardiovascular causes?

14         A.    This paper makes reference to that possibly.

15         Q.    Where?

16         A.    Page 503, starting with the sentence (Reading):

17    Worse outcomes...

18         Q.    Okay.  The sentence we were talking about

19    before?

20         A.    Yes.

21         Q.    Okay.  Do you know Dr. Semigran, Marc Semigran

22    from Mass General?

23         A.    No.

24         Q.    Have you read any report or testimony from him

25    in this case?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 255

1          A.    No.

2          Q.    Now, when we talk -- the last thing I want to

3     really talk about in detail about this article is the

4     hazard ratios.  If the hazard ratio is 1.0, is that the

5     line of no effect?

6          A.    Yes.

7          Q.    All right.  So, an HR of below 1 is either

8     beneficial or no effect, and above 1 is detrimental;

9     correct?

10         A.    It depends.

11         Q.    Depends on what?

12         A.    The statistical significance.

13         Q.    Okay.  If a hazard -- you know what a

14    confidence interval is?

15         A.    Yes.

16         Q.    If a confidence interval encompasses the HR of

17    1.0, does it make the findings statistically significant

18    or not?

19         A.    It would depend.

20         Q.    Okay.  Would you defer to a statistician on

21    this point?

22         A.    Yes.

23         Q.    So, assuming that they -- the authors, for

24    purposes of this work, averaged the hazard ratios in

25    both groups, the hazard ratio of 1.33 for the group from

Reynolds Delgado, M.D.                                    May 25, 2011

Page 256

 1    serum levels 1.2 and 2 is not the hazard ratio for the
 2    serum level of 1.2 alone; correct?
 3        A.   I don't know.
 4        Q.   Okay.  Let's look at Figure 2 on Page 501 of
 5    Exhibit 17.  Okay?  This plots the point estimates and
 6    confidence intervals in men and women for the hazard
 7    ratio for death on digoxin versus placebo at various
 8    serum digoxin concentrations; correct?
 9        A.   Yes.
10        Q.   All right.  Now, if you go to the serum level,
11    which is the bottom of these axes, the horizontal axis,
12    and you go up, the confidence interval for both men and
13    women straddles between -- somewhere between a hazard
14    ratio of .8 and 1., say, 4, doesn't it?
15        A.   Straddles the line of unity, yes.
16        Q.   Okay.  Between approximately .8 and 1.4;
17    correct?
18        A.   Yes.
19        Q.   So, do you have an opinion today, to a
20    reasonable degree of medical probability and statistical
21    probability, whether a serum digoxin concentration of
22    1.2 is statistically significant proof of a higher
23    mortality at that serum level?
24             MS. RUSNAK:  Objection, form.
25        A.   I don't understand the question.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 257

 1        Q.   (BY MR. MORIARTY) Okay.  Well, your options are

 2    to have an opinion, in which case I'll ask you to

 3    explain it; to have no opinion; or to defer to a

 4    statistician.  As --

 5                  MS. RUSNAK:  Objection --

 6        Q.   (BY MR. MORIARTY) As I read this, at the serum

 7    level of 1.2 -- let me take a step back.  My

 8    understanding of this type of graph is that because of

 9    all the variables involved in a trial like this, when

10    you can't be 100 percent certain of the results, there's

11    a confidence interval -- in other words, a range of "is

12    this accurate and statistically significant"; and it has

13    an upper range and a lower range.  Is that your

14    understanding?

15        A.   It's a statistical tool --

16        Q.   Okay.

17        A.   -- and common sense.

18        Q.   Okay.  And does the statistical tool

19    essentially say what I'm saying here?

20        A.   Sometimes.

21        Q.   Okay.  Well, in this case, for both men and

22    women, the confidence interval at a serum digoxin level

23    of 1.2 is below the 1.0 line.  I keep forgetting what

24    you're calling it.

25        A.   Unity.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 258

1        Q.    Unity.

2              In other words, there's no effect on mortality

3    at a serum level of 1.2 if it's below unity; correct?

4    And then above the line for men, the hazard ratio is

5    somewhere in the nature of 1.2; and for women, it's

6    somewhere in the nature of 1.4; correct?

7        A.    Yes.

8        Q.    But when you take the entire range, because the

9    confidence interval encompasses unity means that it is

10   not statistically significant; is that correct?

11       A.    No.

12       Q.    So, what's your understanding?

13       A.    Of?

14       Q.    The statistical significance of a serum level

15   of 1.2 as to increased mortality in men or women as it

16   pertains to this paper.

17       A.    (Reading):  Retrospective analysis of data from

18   the DIG trial indicates a beneficial effect of digoxin

19   on morbidity and no excess mortality in women at serum

20   concentrations from .5 to .9 nanograms per milliliter;

21   whereas, serum concentrations greater than or equal to

22   1.2 nanograms per milliliter seem harmful.

23       Q.    Okay.  You're reading from the abstract?

24       A.    Yes.

25       Q.    That's the text, correct, based on average

Reynolds Delgado, M.D.                                    May 25, 2011

Page 259

1    hazard ratios; correct?

2         A.   No.

3         Q.   You don't think that's based on average hazard

4    ratios?

5         A.   It's not the text.

6         Q.   You're reading from the abstract; correct?

7         A.   Yes.

8         Q.   Where they're talking about average hazard

9    ratios; correct?

10        A.   No.

11        Q.   It says right here (Reading):  Averaging hazard

12   ratios.

13             Do you have some indication from this paper or

14   from the authors or from the DIG trial or any other

15   scientific information that these hazard ratios weren't

16   averaged?

17        A.   I don't know.

18        Q.   All right.  So, what I'm trying to ask you,

19   Dr. Delgado, is not the range of serum levels from 1.2

20   to 2; I'm asking you about a specific serum level, 1.2,

21   which happens to be what Mimi Rivera-Vega had in January

22   and February of 2008, and on which you based your

23   opinions in this case.  Okay?  So, let's look at serum

24   levels of 2 in Figure 2 on Page 501.  Okay?  You see

25   that?

Reynolds Delgado, M.D.                                        May 25, 2011

Page 260

1        A.   Yes.

2        Q.   Okay.  And the dark dots are women.  So, at a

3   serum level of 2.0 nanograms per milliliter, the hazard

4   ratio is somewhere between 1.5 and 1.6 for women;

5   correct?

6        A.   Yes.

7        Q.   And the confidence intervals for both men and

8   women at serum levels of 2.0 are above unity; correct?

9        A.   Yes.

10        Q.   But as you go back down the slope, when you get

11   to a serum level of 1.4, the confidence intervals are

12   clearly at the lower range below unity, are they not?

13        A.   Yes.

14        Q.   And then at a serum level of 1.2, they're below

15   unity -- we've already discussed this -- from about --

16   for women .8 to 1.4; correct?

17        A.   Yes.

18        Q.   Now, just for the serum level of 1.2 nanograms

19   per milliliter, is this statistically significant?

20        A.   I don't know.

21        Q.   If they had not studied anything other than

22   1.2, if they had a whole group of 1.2 serum levels and

23   there was no averaging question involved, would you

24   agree that this is not statistically significant?

25        A.   I don't know.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                                Page 261

    1        Q.    Okay.

    2        A.    I want to change that.  Yes, the statistical

    3    significance is as it's stated in the conclusion.

    4        Q.    For a serum level only of 1.2?

    5        A.    Yeah, equal to or greater than 1.2.

    6        Q.    When you say the "conclusion," you're talking

    7    about in the abstract?

    8        A.    Either.

    9        Q.    Okay.  But when they reach that conclusion,

   10    they're talking about -- okay.  Never mind.  Withdraw

   11    that.

   12              If a patient fails to take medications as

   13    prescribed, can it lead to exacerbation of heart

   14    failure?

   15        A.    Yes.

   16        Q.    Could it lead to cardiogenic shock?

   17        A.    Yes.

   18        Q.    Can I have that back, please?

   19        A.    Yes.

   20        Q.    I have Exhibit 23 here if you need to refer to

   21    it.  It's the discharge summary of the hospitalization

   22    January 22 through 25, 2008.  When she went to the

   23    hospital that time, did she have complaints consistent

   24    with congestive heart failure?

   25        A.    Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 262

1        Q.   Was that the diagnosis?

2        A.   Yes.

3        Q.   Was that what you treated her for?

4        A.   Yes.

5        Q.   How many potential causes are there for an

6    exacerbation of heart failure?

7        A.   They would fall under three general

8    categories -- medication related, diet related, or their

9    comorbid illnesses.

10       Q.   I assume there's a -- also an "etiology

11   unknown" category?

12       A.   Sure, yes.

13       Q.   All right.  Now, you have in front of you

14   Exhibit 23, the discharge summary.  And it says here

15   that she had not had her Lasix for the last four to five

16   days and has had a weight increase of 4 to 5 pounds.  Do

17   you see that?

18       A.   Yes.

19       Q.   And she was being admitted with CHF and volume

20   overload; correct?

21       A.   Yes.

22       Q.   Patients can get volume overload when they

23   don't take their diuretics; is that right?

24       A.   Yes.

25       Q.   Lasix is a diuretic?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 263

1         A.   Yes.

2         Q.   I'm showing you Exhibit 20.  This is a history

3    and physical from an admission to St. Luke's Jan 5th of

4    2003 with you as the admitting physician.  Do you see

5    that?

6         A.   Yes.

7         Q.   And several lines from the top of the "History

8    of Present Illness," it says (Reading):  She had gone

9    out of town for about two days, only planned to stay for

10   an afternoon and ended up staying, during which she

11   didn't have her daily medications, including her

12   diuretics.

13            Correct?

14        A.   Yes.

15        Q.   And that -- at that time that medication

16   indiscretion, if you will, was one of the precipitating

17   factors of this heart failure exacerbation; is that

18   right?

19        A.   Yes.

20        Q.   So, does this fall under the medication related

21   or diet potential cause of a heart failure exacerbation?

22        A.   Yes.

23        Q.   Showing you Exhibit 21.  This is a discharge

24   summary from an admission to St. Luke's January of 2004

25   with Dr. Naik, N A I K, as the attending.  Do you see

Reynolds Delgado, M.D.                                    May 25, 2011

Page 264

1    that?

2         A.    Yes.

3         Q.    Do you know Dr. Naik?

4         A.    Yes.

5         Q.    All right.  And under the "Hospital Course," it

6    says that (Reading):  She had become acutely worse a

7    week prior to admission, added that she had been off her

8    medications for the last month, and gives the reason for

9    that.

10             Do you see that?

11        A.    Yes.

12        Q.    And, so, this medication issue was one of the

13   precipitating factors for this congestive heart failure

14   exacerbation; is that correct?

15        A.    Yes.

16        Q.    And then Exhibit 22 is a discharge summary from

17   St. Luke's July of 2006 with you as the admitting

18   physician; correct?

19        A.    Yes.

20        Q.    And under the "Clinical Summary," it gives her

21   age, her disease, and that she ran out of her

22   medications five days ago and now has developed

23   shortness of breath and chest congestion.  Do you see

24   that?

25        A.    Yes.

Reynolds Delgado, M.D.                          May 25, 2011

Page 265

1        Q.   So, was a medication issue a precipitating
2    cause of this admission for heart failure exacerbation?
3        A.   Yes.
4        Q.   What are some of the risks of obstructive sleep
5    apnea?
6        A.   It can cause pulmonary hypertension and right
7    heart failure, arrhythmias.
8        Q.   I'm sorry.  Is that three things?
9        A.   Yes.
10       Q.   Pulmonary hypertension, right heart failure,
11   and arrhythmias?
12       A.   Yes.
13       Q.   Okay.  Do you, as a cardiologist, understand
14   why that is the case?
15       A.   Yes.
16       Q.   Why is that?  Not why is it that you know, but
17   why is it that OSA increases those risks?
18       A.   OSA causes periods of a hypoxia or low oxygen
19   level during sleep, and that leads to pulmonary
20   arteriolar vasodilation -- I'm sorry --
21   vasoconstriction, which causes the pulmonary
22   hypertension.  That then can cause right ventricular
23   overload and dysfunction, which leads to the right heart
24   failure.  That then can cause tricuspid regurgitation
25   and right atrial hypertension, which can lead to the

Reynolds Delgado, M.D.                                    May 25, 2011

Page 266

1    arrhythmias.

2        Q.   Okay.  All right.  I'm about to shift topics to

3    talk about milrinone.  Do you want to take a break

4    before we do that, or are you good?

5        A.   I'm good.

6        Q.   All right.  We know that when Mrs. Vega was

7    admitted to St. Luke's in October of 2007, she was

8    prescribed intravenous milrinone; and then when she was

9    discharged, she was sent home on it; correct?

10       A.   Yes.

11       Q.   All right.  When you go through the thought

12   process that leads you to make that recommendation and

13   prescription, do you try to do a projection of how long

14   it's going to take someone like Mimi to get on the

15   transplant list and then to get a heart?

16       A.   No.

17       Q.   Do you just say to yourself essentially, "I

18   think she needs this therapy.  We're going to prescribe

19   it and do the best we can to move the process along"; or

20   what's the thought process?

21       A.   The milrinone is generally used as bridge to

22   transplant.  It's impossible to determine how long until

23   someone gets a transplant.

24       Q.   Okay.  But since she was not even on the

25   transplant list at that point, was it reasonable for you

Reynolds Delgado, M.D.                                May 25, 2011

                                                           Page 267

 1    to predict that she'd be on the IV milrinone, if you

 2    left her on it, for 100 days or more?

 3         A.   If she required it, yes.

 4         Q.   Okay.  Showing you Exhibit 30.  Okay.  This

 5    is -- I know it's a little hard to read, but this is a

 6    progress note from November of -- well, it's a note from

 7    November of 2007.  Is some of this your writing?

 8         A.   Yes.

 9         Q.   Okay.  So, on the right in that sort of open

10    area, tell me what your writing says.  I think it's

11    "alert" at the top.  Tell me what it says the rest of

12    the way down.

13         A.   (Reading):  Feels better; less shortness of

14    breath; mild pleuritic chest pain; vital signs stable;

15    no jugular venous distension; chest rhonchi;

16    cardiovascular rate rhythm; extremities, no cyanosis, no

17    clubbing or edema; assessment plan:  CHF, CMP.

18         Q.   What's the CMP?

19         A.   Cardiomyopathy.

20         Q.   Okay.

21         A.   Volume overload improved; to floor; milrinone,

22    BTT.

23         Q.   That's bridge to transplant?

24         A.   Yes.

25         Q.   Okay.  And it says something about weight loss,

Reynolds Delgado, M.D.                                    May 25, 2011

Page 268

1    and then what does it say after that?

2        A.   (Reading):  Decreased nesiritide; secondary to

3    low blood pressure.

4        Q.   All right.  And then on the left, it says, I

5    think (Reading):  Echo; severe mitral regurgitation

6    and --

7        A.   (Reading):  Pulmonic regurgitation.

8        Q.   Okay.  (Reading):  Will likely need LVAD --

9        A.   Correct.

10       Q.   (Reading):  -- but will try again with?

11       A.   (Reading):  Metolazone and Lasix.

12       Q.   All right.  So, at this point, November of

13   2007, you thought it was likely she was going to need an

14   LVAD; is that correct?

15       A.   Yes.

16       Q.   Is that because she was not yet on the

17   transplant list?

18       A.   No.

19       Q.   Why was it likely she was going to need an LVAD

20   as of November -- I'm sorry.  Let me rephrase that.

21            Why were you saying in your notes in November

22   of 2007, it was likely she would need an LVAD?

23       A.   When it becomes difficult or impossible to

24   manage without it.  And the LVADs can be used as a

25   bridge to transplant or as a permanent therapy.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 269

1        Q.   All right.  Did you assume she was dependent on

2   milrinone?

3        A.   No.

4        Q.   How do you determine -- well, first of all, is

5   it relevant at all whether the patient going home on a

6   milrinone IV is dependent on milrinone?

7        A.   I don't think it's relevant because that is not

8   the determinant, whether they go home on it or not.

9   It's not the determinant to whether they can be weaned.

10       Q.   Why do -- why does the literature from time to

11  time talk about weaning or attempts at weaning patients

12  from IV milrinone?

13       A.   You should always be weaned, if possible.

14       Q.   Why?

15       A.   It's a continuous intravenous medicine that

16  requires an indwelling central venous line which is

17  prone to infection and, secondly, because there are no

18  data to support that it increases survival, only that it

19  improves symptoms.

20       Q.   Do you know whether anybody attempted to wean

21  her from milrinone at St. Luke's Hospital in the fall of

22  2007?

23       A.   I don't remember.

24       Q.   Whose responsibility would it have been with

25  this patient to attempt that?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                           Page 270

    1        A.    It would have likely been mine.

    2        Q.    Okay.  I don't know if I've asked you this

    3    before, but St. Luke's is a teaching hospital; correct?

    4        A.    Yes.

    5        Q.    Does it have -- also have a fellowship program

    6    for cardiologists?

    7        A.    Yes.

    8        Q.    So, it has -- is there a medical school

    9    affiliated with St. Luke's, also?

   10        A.    Yes.

   11        Q.    So, they might have, you know, nurses, nurse

   12    practitioners, medical students, interns, residents,

   13    fellows, and attendings; correct?

   14        A.    Yes.

   15        Q.    In several disciplines, but certainly

   16    cardiology?

   17        A.    Yes.

   18        Q.    And -- okay.  I'm going to show you Exhibit 36.

   19    This is the 2003 PDR on milrinone.  Okay?  I couldn't

   20    find it in any of the later books.  Do you still

   21    prescribe milrinone to patients in whom you deem it

   22    appropriate?

   23        A.    Yes.

   24        Q.    Now, in -- it talks in the second column about

   25    plasma concentrations, steady state plasma milrinone

Reynolds Delgado, M.D.                                    May 25, 2011

                                                         Page 271

 1   concentrations; and then it gives some numbers.  Do

 2   doctors routinely draw and monitor plasma milrinone

 3   concentrations?

 4       A.   No.

 5       Q.   At the top under -- top right under "Warnings,"

 6   it says (Reading):  Primacor -- which is milrinone --

 7   has not been shown to be safe or effective in the longer

 8   (greater than 48 hours) treatment of patients with heart

 9   failure.

10          And it goes on to talk about a multicenter

11   trial.  (Reading):  There's no evidence that Primacor

12   given by long-term continuous or intermittent infusion

13   does not carry a similar risk.

14          In essence, in 2007, the way you're using

15   milrinone with Mimi Vega, would it have been considered

16   off-label use?

17       A.   Probably, yes.

18       Q.   Okay.  And on the second page, if you go to

19   "Adverse Reactions," left-hand column about two-thirds

20   of the way down, "Cardiovascular Effects" (Reading):

21   Patients receiving Primacor in Phase II and III trials,

22   ventricular arrhythmias were reported in 12.1 percent;

23   nonsustained v-tach, 2.8 percent, et cetera.

24          Do you see that?

25       A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 272

```
 1       Q.   So, nonsustained ventricular tachycardia is a
 2  potential reaction to milrinone, is it not?
 3       A.   Yes.
 4       Q.   Do you know what percentage of patients who are
 5  started on IV milrinone as bridge to transplant will
 6  eventually require an LVAD?
 7       A.   No.
 8       Q.   Does the use of milrinone for three months or
 9  more increase the risk of decompensation and need for
10  LVAD placement?
11       A.   Not that I know of.
12       Q.   This is -- Exhibit 59 is a paper published in
13  the "Journal of Cardiac Failure."  Have you ever
14  published anything in the "Journal of Cardiac Failure"?
15       A.   I can't remember if I have or not.
16       Q.   These articles are from Houston -- I mean these
17  authors are from Houston at the Methodist DeBakey Heart
18  Center.  Is that -- and the Baylor College of Medicine.
19  Is that a reputable heart treatment center?
20       A.   Yes.
21       Q.   The conclusion from the abstract says
22  (Reading):  This study suggests that chronic IV
23  milrinone provides an adequate strategy as bridge to
24  transplant if the waiting time is short, less than 100
25  days; whereas, an elective ventricular assist device may
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 273

1    be a safer strategy for patients expected to wait

2    longer.

3           Do you have any reason to disagree with their

4    conclusion?

5       A.   I don't -- I don't think their conclusion is

6    definitive in any way.

7       Q.   Okay.  Under the "Discussion" section on Page

8    841, it says (Reading):  As shown by the time spent on

9    milrinone in each subgroup, the success rates were best

10   with one duration of three months or less.  According to

11   our results, long-term use of milrinone, greater than

12   three months, increased the risk of further

13   decompensation and necessitated VAD placement.

14          Do you agree or disagree with that statement?

15      A.   I think that -- that result is what I would

16   expect from their institution.

17      Q.   Why?

18      A.   The way they manage patients.  It's very

19   different than the way we do.

20      Q.   And how is it different in this specific

21   context with milrinone use?

22      A.   One thing in particular is they use higher

23   doses than we do; and they have a different weaning

24   protocol than we do, which I think ours is better.  And

25   we use concomitant beta blockers, also.  And there are

Reynolds Delgado, M.D.                                        May 25, 2011

                                                              Page 274

 1    many other differences.

 2         Q.    What -- what difference does it make whether

 3    they use a different weaning protocol?

 4         A.    No one knows.

 5         Q.    Okay.  Have you ever done a study of optimal

 6    length of time -- I'm sorry.  Let me rephrase that

 7    question.

 8              Have you ever done a study at Texas Heart of

 9    the appropriate length of time to continue patients on

10    IV milrinone?

11         A.    It would be an irrelevant study.

12         Q.    Why?

13         A.    It's not possible to make a definitive

14    statement on that.

15         Q.    Even if you did it retrospectively?

16         A.    Either prospective or retrospective.

17         Q.    All right.  Well, Mrs. Vega was just at about

18    three months of milrinone IV therapy at the end of

19    January, 2008, was she not?

20         A.    Yes.

21         Q.    With no intervening attempts to wean to our

22    knowledge?

23         A.    Yes.

24         Q.    Is the survival of patients on IV milrinone

25    long term less than 10 percent at 12 months without

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 275

1    heart transplant?

2         A.   It depends.

3         Q.   What does it -- I don't have an extra copy of

4    this, but I'll show you this.  This is an article that

5    you and Dr. Frazier wrote -- and Dr. Conti was another

6    author -- in December of 2009 in "The New England

7    Journal of Medicine."  And it was comparing continuous

8    flow versus pulsatile devices.  Okay?  But early in the

9    article, you say (Reading):  However, heart failure

10   commonly progresses and becomes refractory to current

11   treatments.

12             Do you agree with that?

13        A.   I'd have to see it in context.

14        Q.   Okay.  Well, the sentence before it says

15   (Reading):  Medical and electronic -- medical and

16   electrical therapies for systolic heart failure have

17   improved outcomes and altered the natural history of the

18   disease.  However, heart failure commonly progresses and

19   becomes refractory to current treatments.

20        A.   Yes.

21        Q.   (Reading):  Continuous intravenous inotropic

22   support may improve clinical status in the short term

23   but results in a survival rate at one year of only 10 to

24   30 percent.

25        A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 276

1     Q.   Okay.  And what is it that happens to the
2  patients on IV milrinone as they get out to four, five,
3  six, 12 months that leads to this lower survival rate?
4     A.   The milrinone is thought to, while increasing
5  the inotropic state of the heart, at the same time, it
6  increases the work that the heart has to do and in doing
7  so, decreases the lifespan of the heart.
8     Q.   Okay.  So, unless they get a ventricular assist
9  device or a transplant, eventually they're going to have
10  unremitting heart failure refractory to all treatments;
11  correct?
12     A.   It depends.  There are some patients that don't
13  follow that rule at all.
14     Q.   Yeah.  But it's a small percent.  They are
15  unlikely to survive 12 months?
16     A.   Yes.
17     Q.   Okay.  Now, Mrs. Vega had her ventricular
18  assist device placed February 11th, 2008.  Nine days
19  later, she was given IV milrinone.  Can you tell me why?
20     A.   Yes.  It's used to treat right heart failure,
21  also.
22     Q.   All right.  So, postplacement of her left
23  ventricular assist device by Dr. Frazier in February,
24  she developed right heart failure; correct?
25     A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 277

1        Q.   Do you have an opinion as to why she

2   developed -- an opinion to a probability as to why she

3   developed right heart failure in February of 2008?

4        A.   Only that it's common post-LVAD placement.

5        Q.   Okay.

6        A.   Over 15 percent of patients.

7        Q.   All right.  And then this -- this was repeated

8   again from March 17th to April 4th.  I believe at that

9   point she was in her -- still had her first LVAD in.

10  Would the reason have been the same, to treat right

11  heart failure?

12       A.   Yes.

13       Q.   And then from May 18th to June 2nd, I believe,

14  is when she had her second LVAD.  Would the reason have

15  been the same?

16       A.   Yes.

17       Q.   I've handed you Exhibit 56.  This has to do

18  with the REMATCH --

19            MR. MORIARTY:  R E M A T C H, all caps.

20       Q.   (BY MR. MORIARTY) -- study; correct?

21       A.   Yes.

22       Q.   On which you were a coauthor in 2005?

23       A.   Yes.

24       Q.   With Dr. Frazier?

25       A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 278

1         Q.   Is there any particular reason why you seem to
2    have so many papers coauthored with Dr. Frazier?
3         A.   He and I are the -- the two that run the
4    artificial heart service.  I'm the Medical Director of
5    mechanical support devices.  He's the Surgical Director.
6         Q.   Got it.
7              So, in the first column of the first page, it
8    says (Reading):  An estimated 100,000 individuals per
9    year with end-stage HF who have a dismal prognosis with
10   conventional medical treatment may be candidates for
11   advanced therapeutic interventions.
12             Do you agree with that?
13        A.   Yes.
14        Q.   Did you still agree with that in 2007 and '08?
15        A.   Yes.
16        Q.   And then you go on to talk about the American
17   College of Cardiology and American Heart Association
18   consensus guidelines; correct?
19        A.   Yes.
20        Q.   Referring to stage D heart failure patients --
21        A.   Yes.
22        Q.   -- who had advanced structural heart disease
23   and marked symptoms at rest despite maximal medical
24   therapy; is that right?
25        A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 279

1        Q.    And those were the patients who required

2    specialized intervention, such as continuous IV

3    inotropic therapy; is that correct?

4        A.    Yes.

5        Q.    Transplant or mechanical assist devices; is

6    that right?

7        A.    Yes.

8        Q.    All right.  I'll come back to that if I need

9    it.

10            What is the actual purpose of the intraaortic

11   balloon pump?

12       A.    It depends on the clinical scenario.

13       Q.    Well, let's get specific about Mimi

14   Rivera-Vega.  October of 2007, she comes into the

15   hospital with an exacerbation of heart failure; and you

16   did a cath and an IABP.  What was the reason for that

17   for her at that time?

18       A.    I don't remember specifically.

19       Q.    Let me see if I can find it because I probably

20   have it.

21            Doctor, this is Exhibit 26.

22                MR. MORIARTY:  Did I give you one?

23                MS. RUSNAK:  Yeah, you did.

24       Q.    (BY MR. MORIARTY) This is the procedure note

25   for the right heart cath and the placement of the IABP

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 280

 1    October, 2007.  Do you see that?

 2        A.   Yes.

 3        Q.   So, at the time the indication going in was CHF

 4    decompensated, cardiomyopathy, and cardiogenic shock; is

 5    that right?

 6        A.   Yes.

 7        Q.   And the findings at the end were severely

 8    deranged hemodynamics; is that right?

 9        A.   Yes.

10        Q.   And she was going to be admitted for management

11    of her CHF; correct?

12        A.   Yes.

13        Q.   So, based on this, can you -- does this trigger

14    any memory of what the purpose of the IABP was at that

15    point?

16        A.   There's two possibilities.  One is it may have

17    been done to determine candidacy and listing status for

18    transplant, and second would have been to preserve organ

19    function.

20        Q.   Are you done with your answer?

21        A.   Yes.

22        Q.   When a patient has decompensated heart failure,

23    it puts end-organ function at risk, does it not?

24        A.   Yes.

25        Q.   So, basically --

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 281

 1        A.   I'm sorry.  I should redact that and say not

 2   necessarily.

 3        Q.   Okay.  Frequently?

 4        A.   Occasionally.

 5        Q.   All right.  But it's a -- it's a way to measure

 6   hemodynamics and give the heart temporary rest -- is

 7   that right -- the balloon pump?

 8        A.   No.  It -- it doesn't measure hemodynamics.

 9   It's a heart support device so that it will unload the

10   heart --

11        Q.   Okay.

12        A.   -- to some degree, a lesser degree than an

13   LVAD, for example.

14        Q.   All right.

15        A.   And you can, thus, determine what the future

16   effects of an LVAD may be.

17        Q.   All right.  And can you tell from this

18   procedure note what this added to your thinking about

19   whether she was a candidate for transplant at the time?

20        A.   Not from this note.

21        Q.   Do you have memory that the only reason she was

22   not on the transplant list as of the fall of 2007 was

23   because she didn't meet the weight or BMI requirements?

24        A.   I don't remember if that was the only reason.

25   That was certainly one of them.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 282

```
 1       Q.   All right.  We'll talk about that in a minute.

 2            So, Exhibit 28 is that nurse's note that I

 3       referred to before.

 4            You can just pile those here if you want.

 5       A.   (Witness complies).

 6       Q.   It says it's October 23rd and 24th, 2007.  And

 7       do you know Paula Waller?

 8       A.   Yes.

 9       Q.   Is she a transplant nurse?

10       A.   No.

11       Q.   Transplant coordinator?

12       A.   No.

13       Q.   Transplant social worker?

14       A.   Yes.

15       Q.   All right.  If you go into the background

16       information on Page 1, it says (Reading):  Mrs. Vega

17       stated the transplant was mentioned to her as long ago

18       as 2000 and several times since then, but her symptoms

19       had responded to medical management heretofore.

20       A.   Yes.

21       Q.   We know that you had started taking care of her

22       in 2002, I believe.  Do you -- does this trigger any

23       memory of when you would have first broached the subject

24       of transplant with her?

25       A.   No.  I just don't remember.
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 283

1        Q.   In your own practice, if a patient has

2   nonischemic cardiomyopathy, which she did, with her

3   degree of left ventricular dysfunction as far back as

4   '96 to 2002, would you, as a matter of routine practice,

5   at least plant the seed that this was a possibility down

6   the line if her symptoms could not be controlled with

7   medical management?

8        A.   I would likely do the opposite, actually.  I

9   would probably tell them that they would not need a

10  transplant.

11       Q.   Okay.

12       A.   Beyond likely that they would need a

13  transplant.

14       Q.   Okay.  Well, obviously, there's other doctors

15  she's seen.  I'm just asking you whether -- what your

16  practice would have been.

17       A.   Yeah.

18       Q.   Okay.  I think you told me that the referral to

19  the bariatric surgeons was, in part, to better prepare

20  her for the transplant list.  Am I correct?

21       A.   Better -- better said, to make her a more

22  suitable candidate.

23       Q.   Okay.  That procedure happened in 2007; right?

24       A.   Yes.

25       Q.   Do you know when you first referred her to a

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 284

 1    bariatric surgeon?

 2         A.   I don't remember specifically.

 3         Q.   If I told you it was August 23rd of 2002,

 4    within a month or two of when you first started seeing

 5    her, would that surprise you?

 6         A.   No.

 7         Q.   This is Exhibit 53.  It's a letter from the

 8    St. Luke's Hospital Clinical Director of Transplant

 9    Services to you; right?

10         A.   Yes.

11         Q.   About Mimi Rivera-Vega; is that correct?

12         A.   Yes.

13         Q.   And she was considered an indeterminate

14    candidate for transplant at that time because her BMI

15    was greater than 35 -- greater than 35; right?

16         A.   Correct.

17         Q.   Do they outline any other reasons why she was

18    either not a candidate or an indeterminate candidate?

19         A.   No.

20         Q.   Showing you Exhibit 27.  Is this your writing?

21         A.   Yes.

22         Q.   It's on an Operative/Procedure Note sheet from

23    St. Luke's Hospital; correct?

24         A.   Yes.

25         Q.   And it's signed the 19th; is that right?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 285

 1        A.   Right.

 2        Q.   So, this is probably describing the same

 3   catheterization that we discussed in Exhibit 26; is that

 4   right?

 5        A.   Yes.

 6        Q.   Okay.  Different days by one, but you wouldn't

 7   have placed an IABP on back-to-back days; right?

 8        A.   Right.

 9        Q.   Okay.  So, does this say (Reading):  HD very

10   poor?

11        A.   Yes.

12        Q.   In other words, hemodynamics very poor?

13        A.   Right.

14        Q.   Under the "IABP," does it say (Reading):

15   Workup for transplant and VAD?

16        A.   Yes.

17        Q.   Signed by you?

18        A.   Yes.

19        Q.   What was it about this intraaortic balloon

20   placement in October of 2007 that was now having you do

21   the actual workup for a transplant and a VAD?

22        A.   It may be that the hemodynamics justified it at

23   that time.  I just don't remember.

24        Q.   Okay.  Well, is this sort of long-term planning

25   because you know that she's got to get listed and then

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 286

1     wait for a heart?

2          A.   Yes.

3          Q.   What is the average waiting time for a heart

4     once you are listed and in status 1A?

5          A.   It is -- those kind of statistics aren't kept

6     because they're -- they're not very meaningful on an

7     individual patient basis.  So, I don't know.

8          Q.   Are they kept for 1-Bs?

9          A.   No, not for any.

10         Q.   This is Exhibit 32.  It's a printout of the

11    Texas Heart Institute website.  I think it was just

12    printed last week.  I believe I may have asked my staff

13    to use the way-back machine to go back to the 2008

14    website, but I'll leave that discussion for another day.

15    Do you ever look at this Texas Heart website?

16         A.   Not very often.

17         Q.   All right.  Into the first paragraph, it says

18    (Reading):  Today heart transplantation provides hope

19    for a select group of patients who would otherwise die

20    of heart failure.

21              Do you see that?

22         A.   Yes.

23         Q.   Do you agree with it?

24         A.   Yes.

25         Q.   Who writes this for the website?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 287

1        A.    I'm not quite sure actually.

2        Q.    Do they consult with the cardiologists and the

3    cardiothoracic surgeons to make sure it's scientifically

4    accurate?

5        A.    Yeah.  Probably somebody vetted it.

6        Q.    Okay.  And the last paragraph before "The First

7    Step Toward Transplantation" section describes in lay

8    terms the process which leads to the need for mechanical

9    devices for transplant.  Do you see that paragraph?  It

10   starts (Reading):  As the heart problem gets worse, the

11   heart grows weaker.

12       A.    Yes.

13       Q.    Do you agree with that?

14       A.    I think it's an oversimplification written

15   in -- in a lay terminology.

16       Q.    But simple as it is, it's accurate?

17       A.    Yes.

18       Q.    Okay.  Next page, there's three indented bullet

19   points under the section called "The Law of Supply and

20   Demand."

21       A.    Yes.

22       Q.    And this defines the status of 1A and 1B?

23       A.    Yes.

24       Q.    Do you agree with these descriptions of those

25   status categories?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 288

1        A.    Also oversimplified, but generally accurate.

2        Q.    Okay.  And I assume, Dr. Delgado, that Mimi

3   Vega was either in these conditions that are described

4   in this website or approaching these conditions or you

5   would not have been doing an active transplant and VAD

6   workup; correct?

7        A.    Right.

8        Q.    So, let's talk about LVADs.

9              Why don't we take a break.  It's going to be a

10  long topic.  So --

11       A.    Sure.

12             (RECESS FROM 4:21 P.M. TO 4:29 P.M.)

13       Q.    (BY MR. MORIARTY) So, I want to talk about

14  LVADs.  And I showed you this before, this Exhibit 30.

15  This is a note in your writing here (Reading):  Likely

16  need -- will likely need LVAD but will try again with

17  metolazone and Lasix.

18             Correct?

19       A.    Yes.

20       Q.    In other words, in November of '07, she's back

21  in the hospital; and you're thinking more likely than

22  not, she's going to need an LVAD; correct?

23       A.    Yes.

24       Q.    All right.  So, Exhibit 33 is a different

25  section of your Texas Heart website.  This one is about

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 289

1    ventricular assist devices.  The last one, I think, was

2    about transplant.

3        A.   Yes.

4        Q.   Third paragraph, last sentence says (Reading):

5    When medicines and pacemakers no longer help the heart,

6    patients need a heart transplant or a mechanical pump.

7             Correct?

8        A.   Yes.

9        Q.   And then if you go back to Page 3 out of 5

10   (Reading):  V A D S, VADs, are used for three main

11   reasons:  To keep patients alive until a donor heart can

12   be found for transplantation.

13            That's called bridge to transplant.  That's

14   one; correct?

15       A.   Yes.

16       Q.   Second one they mention here is (Reading):  To

17   let the heart rest so it can recover and regain some of

18   its normal function, heart failure remission.

19            While Mimi Vega was on -- I'm sorry.  Let me

20   rephrase that.

21            Was the purpose of Mimi Rivera-Vega's LVAD

22   bridge to transplant, or was it bridge to recovery?

23       A.   I don't know.

24       Q.   Okay.  Well, I don't want to cut you off.  But

25   in November -- October and November of 2007, you were

Reynolds Delgado, M.D.                                    May 25, 2011

1    working her up for VAD and transplant; correct?

2         A.   Yes.

3         Q.   All right.  Did you think in October or

4    November of 2007, it was likely she was going to need

5    transplant?

6         A.   Yes.

7         Q.   All right.  In other words, the long-term

8    ability for her to remain alive on long-term milrinone

9    was unlikely.  So, it was more likely than not she was

10   going to need a transplant, even looking forward in time

11   from October, November, 2007; correct?

12        A.   Those weren't the only two options.

13        Q.   Okay.  What were her other options?

14        A.   The LVAD as a DT or as a --

15        Q.   Destination therapy?

16        A.   Destination therapy or as a bridge to recovery.

17        Q.   Okay.  So -- but you thought -- you thought

18   transplant was more likely than not; but if she had

19   recovered well on the LVAD, it could be destination

20   therapy; is that correct?

21        A.   Those two are separate.

22        Q.   All right.  Well --

23        A.   Yes.  One of those two is possible.

24        Q.   Okay.  Well, I thought I asked you -- was it --

25   looking forward from October, November of 2007, was it

Reynolds Delgado, M.D.                                    May 25, 2011

Page 291

1    more likely she was going to need a transplant?   I

2    thought you said yes.

3          A.   I may have misunderstood.

4          Q.   Okay.

5          A.   All of those were possibilities.

6          Q.   All right.  Well, let me make sure I

7    understand.  Let's just take milrinone as an option.

8    Long term -- you knew, based on experience and

9    literature, that it was unlikely she could survive even

10   up to a year on milrinone IV; correct?

11         A.   Yes.

12         Q.   All right.  So, at some point, she was going to

13   need a VAD and/or a transplant; correct?

14         A.   Correct.

15         Q.   And was it more likely that ultimately she was

16   going to need a transplant?

17         A.   Impossible to know.

18         Q.   All right.  So, basically by working her up for

19   a transplant and a VAD, you're keeping your options

20   open?

21         A.   Yes.

22         Q.   All right.  Handing you Exhibit 55.  This is an

23   article that you and Dr. Frazier wrote in 2003; correct?

24         A.   Yes.

25         Q.   And early in this, you say that (Reading):

Reynolds Delgado, M.D.                          May 25, 2011

                                                    Page 292

1    Posttransplantation mortality and morbidity have

2    improved little over the past decade.

3              Is that right?

4    A.    Yes.

5    Q.    Let's go to the Page 3,065 of this article.

6    Who are the best candidates for MCS, which is

7    mechanical --

8    A.    Circulatory support.

9    Q.    Mechanical circulatory support.

10             (Reading):  At present, the most appropriate

11   candidates for MCS are patients who are facing imminent

12   death from heart failure but who still have adequate end

13   organ function.

14             Did I read that correctly?

15   A.    Yes.

16   Q.    Did you still agree with that in 2007?

17   A.    Generally, yes.

18   Q.    Okay.  Down further in the next paragraph,

19   first sentence (Reading):  Currently, long-term MCS is

20   indicated for patients with chronic heart failure whose

21   hemodynamic status deteriorates despite maximal drug

22   therapy and/or intraaortic balloon pump assistance.

23             Did you still agree with that in 2007?

24   A.    Generally, yes.

25   Q.    Okay.  Then further in this paragraph

Reynolds Delgado, M.D.                                    May 25, 2011

Page 293

1    (Reading):  MCS should be instituted before further end

2    organ deterioration occurs.

3              Do you agree with that?

4    A.   Yes.

5    Q.   The next sentence says (Reading):  The current

6    practice of outpatient intravenous therapy with

7    milrinone or dopamine does not improve survival, and the

8    precipitous deterioration that frequently occurs in

9    these patients limits the timely application of MCS and

10   frequently will adversely affect its successful use.

11             Did I read that right?

12   A.   Yes.

13   Q.   Was that still true in 2007?

14   A.   Yes.

15   Q.   Okay.  Let's look at Exhibit 58.  Did you

16   coauthor this article?

17   A.   Yes.

18   Q.   It's about IV milrinone and treatment of

19   advanced CHF; correct?

20   A.   Yes.

21   Q.   And you were looking at 65 patients with severe

22   CHF who were in the New York Heart Association Class IV

23   function with ejection fractions less than 25 percent;

24   correct?

25   A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                         Page 294

    1        Q.   And does that describe Mimi Vega at the end of

    2   2007, beginning of 2008, Class IV with a low ejection

    3   fraction --

    4        A.   Yes.

    5        Q.   -- refractory to oral medical therapy?

    6        A.   Yes.

    7        Q.   16 of these patients died, didn't they?

    8        A.   Yes.

    9        Q.   31 percent.

   10             And in the text, the third sentence says

   11   (Reading):  The annual mortality rate of patients who

   12   have NYHA functional Class IV CHF remains high.

   13             MS. RUSNAK:  One second.  I'm sorry.

   14   She --

   15             MR. MORIARTY:  I just wanted to finish the

   16   question.

   17             MS. RUSNAK:  Well, she's got his pager.

   18             MR. MORIARTY:  That's okay.

   19             MS. RUSNAK:  It could be urgent.  So, do

   20   you mind letting him look?

   21             MR. MORIARTY:  No.  Go ahead.  I can

   22   repeat the question.

   23             (RECESS FROM 4:40 P.M. TO 4:43 P.M.)

   24        Q.   (BY MR. MORIARTY) I'm going to repeat my

   25   question.  We were talking about Exhibit 58.  And I'm in

Reynolds Delgado, M.D.                                    May 25, 2011

Page 295

1    the text, the third sentence (Reading):  The annual

2    mortality rate of patients who have NYHA functional

3    Class IV CHF remains high regardless of therapy with

4    digitalis, ACE inhibitors, diuretics, or beta blockers.

5    In a growing number of patients, symptoms of NYHA Class

6    IV CHF persist despite maximal oral medical management.

7            Do you still agree with that?

8    A.   Yes.

9    Q.   Now, if you go back to the second page of this,

10   which is Page 110 of the journal, second column, top,

11   first full sentence says (Reading):  All patients had

12   been unresponsive to the maximum oral dosages of

13   digitalis, diuretics, and ACE inhibitors and could not

14   be weaned from milrinone while in the hospital.

15           Correct?

16   A.   Yes.

17   Q.   So, in this study all of the 65 patients had

18   weaning attempts; right?

19   A.   Yes.

20   Q.   Okay.  And then if you go to the last page of

21   your article, Page 112, towards the bottom above the

22   "Conclusion" section, it says (Reading):  The 23 percent

23   mortality rate observed in our series after nearly a

24   year, et cetera.

25           That is the -- 80 percent of these patients

Reynolds Delgado, M.D.                                    May 25, 2011

Page 296

1    died; correct?  I'm sorry.  23 percent died; right?

2         A.   Yes.

3         Q.   And then up above, first sentence of that same

4    paragraph, it says (Reading):  Intravenous milrinone

5    therapy has been associated with QT -- those are

6    capitalized -- small c -- interval prolongation.

7              Do you see that?

8         A.   Yes.

9         Q.   (Reading):  This effect may explain increased

10   mortality rates seen with the use of inotropic agents.

11             Do you see that?

12        A.   Yes.

13        Q.   Do you still agree with that?

14        A.   Yes.

15        Q.   And, in fact, in -- sorry I didn't mark this.

16   We can, if need be -- in 2002, you published an article

17   about prolonged QTc intervals and high BNP levels,

18   didn't you?

19        A.   Yes.

20        Q.   Predicting mortality in patients with advanced

21   heart failure; is that right?

22        A.   Yes.

23        Q.   Did you ever look at the QTc intervals and BNP

24   levels for Maria -- Mimi Rivera-Vega in February of

25   2008?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 297

1        A.    I don't remember.

2        Q.    Well, let's assume that three of those

3   measurements, QTc interval and an EKG taken close in

4   time to a BNP level all met the criteria for your 2002

5   article.  Okay?

6        A.    Yes.

7        Q.    Did you find that it was a strong independent

8   predictor of adverse outcome in patients with heart

9   failure?

10       A.    Yes.

11       Q.    And have you updated this study?

12       A.    No.

13       Q.    Is it still a strong independent predictor of

14   adverse outcomes in patients with advanced heart

15   failure?

16       A.    Yes.

17       Q.    Why?

18       A.    Those two are markers of severity of heart

19   failure, and using them together just strengthens the

20   argument.

21       Q.    Does digoxin lengthen QTc intervals?

22       A.    Not that I know of.

23       Q.    Does digoxin increase BNP levels?

24       A.    No.

25       Q.    There's an informed consent document for left

Reynolds Delgado, M.D.                                    May 25, 2011

Page 298

1    ventricular assist devices; is that correct?

2         A.   Yes.

3         Q.   Do you know whether the cardiology section had

4    any input to the drafting of the LVAD informed consent

5    document?

6         A.   I don't know.

7         Q.   How many different potential causes of LVAD

8    failure are there?

9         A.   Many.

10        Q.   Some are related to the human body in which the

11   LVAD is implanted; correct?

12        A.   Yes.

13        Q.   And some are related to the mechanical device

14   itself; correct?

15        A.   Correct.

16        Q.   Following the placement of Mimi Vega's LVAD in

17   February of 2008, she was still getting digoxin beta

18   blockers and ACE inhibitors.  Why?

19        A.   We routinely do that for those patients that

20   have the recovery, the remission.  We believe it helps

21   promote that.

22        Q.   It's not that they have it.  They don't have

23   the recovery and remission.  You believe that the drugs

24   promote recovery and remission?

25        A.   Correct.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 299

1        Q.   All right.  Is there any published trials that
2    prove that?
3        A.   No.
4        Q.   So, Texas Heart has been part of the
5    development of the Jarvik heart -- Jarvik 2000 since
6    1988; is that right?
7        A.   Yes.
8        Q.   And in 2002, you were part of a team of
9    authors, along with Robert Jarvik himself, and
10   Dr. Frazier, on a study, Exhibit 35 I've made this, the
11   "Initial Clinical Experience With the Jarvik 2000";
12   correct?
13       A.   Yes.
14       Q.   And there were -- you used the device in ten
15   transplant candidates; is that right?
16       A.   Yes.
17       Q.   And three died during the support phase; is
18   that right?
19       A.   Yes.
20       Q.   And according to the article, at 2857, it says
21   (Reading):  Two of the deaths were from ventricular
22   ectopia.  One was due to ARDS secondary to coagulopathy
23   and significant blood transfusion.
24            Is that right?
25       A.   Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 300

 1        Q.    You have published other articles about these,

 2    have you not?

 3        A.    Yes.

 4        Q.    Jarvik 2000s?

 5        A.    Yes.

 6        Q.    So, for example, Exhibit 34 -- I don't know if

 7    this is the same one I marked or showed you earlier.

 8    You co-authored this with Dr. Frazier and Dr. Conti;

 9    correct?

10        A.    Yes.

11        Q.    All right.  And this was a study of 133

12    patients with end stage heart failure who were on a

13    waiting list for heart transplantation; correct?

14        A.    Yes.

15        Q.    And the survival rate during support was 75

16    percent at six months; correct?

17        A.    Yes.

18        Q.    And 68 percent at 12 months; right?

19        A.    Right.

20        Q.    So, over time, patients had diminishing

21    survival the longer they were on the device; is that

22    right?

23        A.    Yes.

24              Just to clarify, this is a different device

25    than the Jarvik.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 301

1        Q.    Okay.  Which device was this?

2        A.    HeartMate II.

3        Q.    Okay.  Got it.

4              Was the HeartMate II at this time approved

5        by -- fully approved by FDA for all uses?

6        A.    Not at that time, no.

7        Q.    All right.  But this is a continuous flow pump,

8        is it not?

9        A.    Yes.

10       Q.    Like the Jarvik 2000?

11       A.    Yes.

12       Q.    So, in the "Results" section on Page 888, first

13       paragraph, it says (Reading):  The primary cause of

14       heart failure for the majority of patients was

15       nonischemic cardiomyopathy.

16             Is that right?

17       A.    Yes.

18       Q.    And that's what Mimi Vega had, was nonischemic

19       cardiomyopathy?

20       A.    Yes.

21       Q.    (Reading):  Optimal oral medical therapy had

22       failed in all patients; and all patients were receiving

23       IV inotropic therapy, with 25 percent requiring more

24       than one inotrope.

25             Did I read that correctly?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 302

1      A.   Yes.

2      Q.   Does that also describe Mimi Vega, optimal oral

3   medical therapy had failed; and she was receiving IV

4   inotropes, as well as still getting digoxin; correct?

5      A.   Yes.  But the intent to that statement was a

6   second IV inotrope.

7      Q.   I got you.

8           Okay.  So, when Mimi Vega had her Jarvik 2000

9   placed, was she -- she was enrolled in a clinical trial,

10  was she not?

11     A.   Yes.

12     Q.   Was it called The Pivotal Trial?  I saw that

13  phrase somewhere, "the pivotal trial"; and I didn't know

14  whether that was the title of it or whether somebody was

15  saying this was a pivotal trial and --

16     A.   No.

17     Q.   Okay.  No, it wasn't called The Pivotal Trial?

18     A.   Correct.

19     Q.   Was that trial started in 2005?  If you don't

20  remember, just tell me you don't remember.

21     A.   I don't think so, no.

22     Q.   Is the trial closed?

23     A.   I don't know that either.

24     Q.   Do you know whether any results have been

25  published?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 303

1        A.    No.

2        Q.    Who would have been primarily responsible for

3   delivering to Mimi the content of the informed consent?

4        A.    The study coordinator.

5        Q.    Is that a doctor?

6        A.    No.

7        Q.    What is the qualification of the study

8   coordinator?

9        A.    They are usually nurses and are trained in

10  execution of clinical trials.

11       Q.    Okay.  And just so you understand, I don't mean

12  getting -- the logistics of getting the document signed.

13  I mean explaining the risks and complications.  Is your

14  answer still the same?

15       A.    We have a PI responsible for that.

16       Q.    Principal investigator?

17       A.    Correct.

18       Q.    Who would that have been for this trial?

19       A.    Frazier.

20       Q.    So, whether it was Dr. Frazier himself or

21  another attending in that department or a fellow, it

22  would have been surgeons giving the informed consent; is

23  that correct?

24       A.    Likely, yes.

25       Q.    Not cardiology?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 304

    1        A.    Correct.

    2        Q.    Not you?

    3        A.    Correct.

    4        Q.    Would you have had any discussions about the

    5    risks and complications of this with her?

    6        A.    Yes.

    7        Q.    All right.  Do you know who contributed to

    8    write the content of this?

    9        A.    No.

   10        Q.    This is Exhibit 39, Mimi Rivera-Vega's executed

   11    informed consent for the clinical trial for the Jarvik

   12    2000; is that right?

   13        A.    Yes.  It was likely Jarvik, his company.

   14        Q.    You mean it was likely Jarvik who wrote this?

   15        A.    Jarvik's company, Jarvik Heart, Inc.

   16        Q.    And why do you say that?

   17        A.    The study sponsor is generally responsible for

   18    writing the informed consents.

   19        Q.    What, if anything, is your affiliation with

   20    Jarvik Heart, Inc.?

   21        A.    None.

   22        Q.    You're not on the board?

   23        A.    No.

   24        Q.    Don't own any stock in it?

   25        A.    No.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 305

1        Q.    Okay.  Do they give -- does Jarvik Heart, Inc.,
2    give grants to institutions?
3        A.    No.
4        Q.    When was the last time you've read this?
5        A.    Long time.  We haven't done any Jarvik implants
6    in years.
7        Q.    At Texas Heart or you?
8        A.    At Texas Heart.
9        Q.    Why not?
10       A.    They had a failure of one of the bearings in
11   the device that led to a redesign; and, so, it's just
12   been a long hiatus.
13       Q.    What was the failure rate?
14       A.    Well --
15       Q.    You know what?  That's a bad question because
16   maybe they didn't wait around to see what the rate was.
17   But, obviously, there was some signal in the clinical
18   patterns that these were failing more frequently than
19   they should.  When did that happen?
20       A.    Roughly in the 2008 time frame, somewhere in
21   there.
22       Q.    Do you know today whether Mimi Rivera-Vega's
23   first Jarvik 2000 failed because of this bearing issue?
24       A.    We don't know.
25       Q.    Who did the post-explant device evaluations?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 306

1        A.   We did to some extent.  The gross, we did; in

2   other words, what you can see with the naked eye.

3        Q.   Sure.

4             Could you see the bearings?

5        A.   Yes.

6        Q.   Do you know where the post-explant device

7   evaluation would be documented?

8        A.   I don't.

9        Q.   Were they then sent back to Jarvik Heart or to

10  an independent group for disassembly and further

11  evaluation?

12       A.   Yes, to Jarvik.

13       Q.   Do you know when they were sent back to Jarvik

14  whether they were tagged with any identifying

15  information, whether it was patient name or implant date

16  or serial number, data that could be matched to a

17  patient's chart?

18       A.   I don't know actually.

19       Q.   Okay.

20       A.   The study pages had numbers, but I don't -- I

21  don't know if the study allowed for the numbers to be

22  correlated to patient identifier information.

23       Q.   All right.  At Page 6 of 9 in Exhibit 39, it

24  says (Reading):  This device is not intended to be

25  permanent.  It could fail suddenly and, therefore, must

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 307

 1    be removed as soon as possible when a donor heart

 2    becomes available.

 3              Do you agree with that?

 4    A.    Yes.

 5    Q.    Okay.  So, by this point is it unlikely that

 6    her Jarvik 2000 was for destination therapy?

 7    A.    Not necessarily.

 8    Q.    Okay.  Why was she enrolled in the trial of an

 9    experimental device as opposed to being given an

10    approved device?

11    A.    At the time the only approved device was a

12    HeartMate XVE, and that was -- is generally considered

13    inferior to the new generation of devices -- is inferior

14    to the new generation of devices.

15    Q.    Was it pulsatile flow?

16    A.    Yes.

17    Q.    I want to show you Exhibit 40.  If those are

18    cluttering up your space, you can just put them here,

19    Doctor.

20              This is from the National Institutes of Health

21    website, ClinicalTrials.gov.  Have you ever seen this

22    before?

23    A.    No.

24    Q.    It talks about the Jarvik 2000 Heart as a

25    Bridge to Cardiac Transplantation - Pivotal Trial, and

Reynolds Delgado, M.D.                                    May 25, 2011

Page 308

1    it describes the purpose.  Is this the trial in which

2    she was enrolled?

3         A.   I believe so, yes.

4         Q.   All right.  So, the purpose was to determine

5    the safety and effectiveness of this Jarvik 2000 as

6    bridge to transplant in end-stage heart failure;

7    correct?

8         A.   Yes.

9         Q.   And the condition was end-stage heart failure;

10   is that right?

11        A.   Yes.

12        Q.   So, on the second page of this where it says

13   "Intervention Details," after where it says "Device," it

14   says (Reading):  The Jarvik 2000 heart implantation is

15   intended for patients with end-stage heart failure who

16   are approved heart transplant candidates.

17             Did I read that correctly?

18        A.   Yes.

19        Q.   Do you agree with that?

20        A.   Yes.

21        Q.   So, we know that this, by May 17th, was going

22   to be removed.  So, let me show you Exhibit 47.  This is

23   the operative note done by Igor Gregoric.  I don't know

24   if I pronounced that right.

25        A.   Yes.

Reynolds Delgado, M.D.                                        May 25, 2011

Page 309

```
 1        Q.   It says (Reading):  Left ventricular assist
 2    device failure.
 3              That was the preoperative diagnosis; correct?
 4        A.   Yes.
 5        Q.   And do you know whether there was ever a
 6    determination by the surgeons or anyone else what the
 7    cause of this device failure was?
 8        A.   I don't remember.
 9        Q.   Is there anything in your own files to indicate
10    that there was follow-up about what the cause of the
11    device failure was?
12        A.   I don't know.  I could look.
13        Q.   Where would I find information about when
14    your -- you and your colleagues at St. Luke's and Texas
15    Heart stopped implanting Jarvik 2000s?
16        A.   The -- well, it would be the research.  The
17    research coordinator would have that info.
18        Q.   Do you know who that is now?
19        A.   I don't know who's assigned to this study right
20    now.
21        Q.   Would it be somebody -- I mean, is there a
22    distinct research coordinator division --
23        A.   Yes.
24        Q.   -- or is this somebody working under the
25    umbrella of Dr. Frazier?
```

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 310

     1        A.   Yes.   There's a department, circulatory support

     2     department; and I suspect there's not anybody -- any

     3     person assigned to this right now since it's in an

     4     inactive state.

     5        Q.   Okay.   Do you know whether it's active

     6     elsewhere?

     7        A.   Yes.

     8        Q.   Is it?

     9        A.   Yes.

    10        Q.   Someone used -- is recycling paper.   Sorry.

    11     But the back of this is something that I'm not

    12     privileged --

    13        A.   What?

    14        Q.   That's not supposed to be on the back of

    15     Exhibit 46.

    16        A.   Okay.

    17        Q.   It's just a service page.

    18             Is Exhibit 46 a procedure note by you for

    19     another left heart catheterization and other procedures

    20     on May 23rd, 2008?

    21        A.   Yes.

    22        Q.   And this is while she has her second device; is

    23     that correct?

    24        A.   Yes.

    25        Q.   So, Exhibit 47 was the removal May 17th of her

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 311

1    first device; and they put in another one, didn't they?

2       A.   Yes.

3       Q.   They put in another Jarvik 2000?

4       A.   Correct.

5       Q.   So, this evaluation in Exhibit 46 on May 23rd

6    is you evaluating LVAD failure and CHF with her second

7    device; is that right?

8       A.   Yes.

9       Q.   (Reading):  Findings:  She had deranged

10   hemodynamics of heart failure.

11           Correct?

12      A.   Yes.

13      Q.   And it didn't improve as much as you would

14   expect when you cranked up the pump speed; right?

15      A.   Yes.

16      Q.   (Reading):  The reasons for continued heart

17   failure are unclear but could involve a stenosis at the

18   inflow to the LVAD or a problem with the controller.

19           Is that right?

20      A.   Yes.

21      Q.   Now, ultimately, this pump was explanted, as

22   well; is that correct?

23      A.   Yes.

24      Q.   Do you know what the cause of this -- do you

25   have an opinion, to a probability, as to what was the

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 312

1    most likely cause of this second pump's failure?

2         A.   I just don't know.

3         Q.   Do you know -- who would be the best person to

4    ask?

5         A.   Jarvik.

6         Q.   Or a surgeon?  I mean, would Dr. Frazier have

7    any better opinion on this than you?

8         A.   He might.

9         Q.   Okay.  Do you know anything more about the

10   device -- post-explant device evaluation for this second

11   device?

12        A.   No.

13        Q.   Exhibit 48 is the actual operative report by

14   Dr. Frazier for the removal of the second device and the

15   placement of a new one, is it not?

16        A.   Yes.

17        Q.   And in this case he took out the second Jarvik

18   2000, put in a HeartMate II, and a secondary device

19   called a Centrimag; right?

20        A.   Yes.

21        Q.   Does his operative note give you any more

22   indication of what the cause of the device failure was?

23        A.   No.

24        Q.   I asked you a little bit about the concept of

25   this exhibit in your first deposition, but we didn't

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 313

 1    have this as an exhibit at the time.  So, this is

 2    Exhibit 45.  It's a letter dated February 19th, 2008,

 3    isn't it?

 4        A.   Yes.

 5        Q.   Is it to you?

 6        A.   Yes.

 7        Q.   Is it from an infectious disease consult?

 8        A.   Yes.

 9        Q.   And in the second sentence, does he refer to

10    Mimi Vega as having end-stage postpartum cardiomyopathy?

11        A.   Yes.

12        Q.   Is that a conclusion that he would have

13    received from you or from the surgeons or gleaned it

14    from the chart?

15        A.   Any or all.

16        Q.   Did you ever chart any disagreement of his

17    assessment that that was her condition?

18        A.   No.

19        Q.   Do you agree that that's a way to characterize

20    her condition as of February, or even January, 2008?

21        A.   No.

22        Q.   Wasn't end-stage heart failure the entry

23    criteria for the implantation of a Jarvik 2000?

24        A.   Yes.

25        Q.   So, why do you disagree with that statement?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 314

1        A.    I don't use the terminology.

2        Q.    Okay.  Any other reason?

3        A.    No.

4        Q.    If it is the entry criteria for the study on

5    the NIH website, what's wrong with the terminology that

6    you won't use it?

7        A.    It's old terminology and does not provide

8    anything of value, and it can be confusing.

9        Q.    I'm showing you Exhibit 29.  This is a note

10   from GHC, which, I believe, is the home health care

11   agency that was going to be taking care of Mrs. Vega's

12   IV milrinone.  Okay?  On the first page, "Homebound

13   Status" on the right side above the checkmarks.  Excuse

14   me for pointing, but it's in there.

15       A.    Yes.

16       Q.    Does that say (Reading):  Fatigue, shortness of

17   breath, and decreased endurance?

18       A.    Yes.

19       Q.    But she was homebound at this point; right?

20       A.    I don't remember specifically.

21       Q.    All right.  Go to the second page, please.

22   Left column, very bottom, there's a comment.  It says

23   that (Reading):  Her condition is related to end-stage

24   CHF.

25             Do you see that?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 315

1       A.    Yes.

2       Q.    Where would somebody like the GHC staff, who, I

3    believe, are nurses, get that?

4       A.    I don't know.

5       Q.    Is it generally thought that in order to

6    qualify for IV home milrinone, you have to have at least

7    the label of "end-stage" given to you by someone?

8       A.    I don't know.  I don't think so.

9       Q.    I'm showing you Exhibit 43.

10            Do you have something you want to add about the

11   last exhibit?

12      A.    No.

13      Q.    Okay.  I'm showing you Exhibit 43.  Is this a

14   letter, February 5th, 2008, from the Clinical Director

15   of Transplant Services?

16      A.    Yes.

17      Q.    And in the section after her diagnosis, it says

18   (Reading):  Mrs. Vega is a medically acceptable

19   candidate for heart transplant due to end-stage cardiac

20   disease secondary to postpartum cardiomyopathy.

21            Do you see that?

22      A.    Yes.

23      Q.    In order to be listed on the transplant, does

24   somebody have to diagnose you with end-stage cardiac

25   disease?

Reynolds Delgado, M.D.                              May 25, 2011

Page 316

```
 1        A.    No, not necessarily.

 2        Q.    What is Whitson Ethridge's specialty?

 3        A.    He's a renal specialist.

 4        Q.    Do you know where he got the label of

 5   "end-stage" as it applies to Mimi Vega?

 6        A.    No.

 7        Q.    Did you ever tell them she was not end-stage?

 8        A.    No.

 9        Q.    Exhibit 44 is an operative note from

10   Dr. Frazier for the implantation of Mrs. Vega's first

11   Jarvik 2000.  Am I correct about that?

12        A.    Yes.

13        Q.    What were the pre and postoperative diagnoses

14   that Dr. Frazier and his team charted?

15        A.    End-stage heart failure.

16        Q.    Can end-stage nonischemic cardiomyopathy be a

17   cause of cardiogenic shock?

18        A.    It's better said that it can lead to

19   cardiogenic shock.

20        Q.    Why -- why is it better said that it can lead

21   to as opposed to cause?

22        A.    Because someone may have cardiomyopathy and

23   develop cardiogenic shock, but the cardiomyopathy isn't

24   the cause of developing cardiogenic shock.

25        Q.    Okay.  Is cardiogenic shock associated with a
```

Reynolds Delgado, M.D.                                    May 25, 2011

 1    poor prognosis?

 2         A.   Yes.

 3         Q.   Mortality rates, 50 to 80 percent in some

 4    series?

 5         A.   Yes.

 6         Q.   Do you agree that to improve outcomes,

 7    cardiogenic shock needs to be recognized early in its

 8    course and its cause needs to be diagnosed rapidly?

 9         A.   Yes.

10         Q.   Interesting.  I'm holding an article by

11    Dr. Topalian, Ginsberg, and Joe Parrillo.  Do you know

12    any of them?

13         A.   No.

14         Q.   They're at the Cooper Heart Institute in

15    New Jersey.  They're talking about etiology.  And it

16    says (Reading):  Many conditions may lead to cardiogenic

17    shock.

18              And then the table says "Causes of Cardiogenic

19    Shock."  So, one uses your term; and one uses mine.  Do

20    you agree that left ventricular failure due to extensive

21    acute MI is the most common cause?

22         A.   Yes.

23         Q.   But end-stage cardiomyopathy can either lead to

24    or, put another way, cause cardiogenic shock; is that

25    right?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 318

```
 1                MS. RUSNAK:  Objection, form.
 2        A.   Well, like I said, I think "lead to" is the
 3   better --
 4        Q.   (BY MR. MORIARTY) Okay.  That's fine.
 5             Why is it important to understand the cause of
 6   the cardiogenic shock?
 7        A.   Because it may be something simple that can be
 8   easily reversed.
 9        Q.   So, for example, if somebody thought that
10   digoxin excess was leading to cardiogenic shock, one
11   thing you could do would be discontinue the digoxin;
12   correct?
13        A.   Yes.
14        Q.   And if it was volume overload from dietary or
15   medical indiscretion, you could provide inotropic
16   support and diurese the patient; and that might prevent
17   the cause of cardiogenic shock; is that true?
18        A.   It's not common for volume overload to cause
19   cardiogenic shock.
20        Q.   Lead to?
21        A.   Or even lead to.
22        Q.   Okay.
23        A.   But that's -- yeah, it's different.
24        Q.   All right.  Now, earlier in one of the exhibits
25   of your articles, you referred to these ACC/AHA
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 319

1    guidelines.  I want to talk about these just a little

2    bit.  That's Exhibit 37.  Is that what -- this is the --

3    I think the summary article of the guidelines; correct?

4        A.   Yes.

5        Q.   The actual guidelines are a lot thicker.

6        A.   Yes.

7        Q.   Have these been updated since 2005?

8        A.   I don't know, to be honest.

9        Q.   Are you still a member of the ACC?

10       A.   Yes.

11       Q.   Okay.  So, I want to make sure I understand the

12   way the writing groups do this.  Let's go to Page 1827.

13   The numbers are in the upper right-hand corner of the

14   page.

15                  MS. RUSNAK:  What was that?

16                  MR. MORIARTY:  1827.  It's about the

17   fourth page of this thing.

18       Q.   (BY MR. MORIARTY) Left column, last full

19   paragraph, they're talking about in formulating the

20   documents that came up with this new approach to

21   classifying heart failure.  Do you see where I am?

22       A.   Yes.

23       Q.   And at the bottom of the page, they say what

24   Stage C is, which is (Reading):  Patients with current

25   or past symptoms of heart failure associated with

Reynolds Delgado, M.D.                                    May 25, 2011

Page 320

1    underlying structural heart disease.

2            Do you see that?

3    A.   Yes.

4    Q.   Do you agree with that, that that is a

5    nomenclature that's used?

6    A.   Yes.

7    Q.   You've used it in some of your own articles?

8    A.   Yes.

9    Q.   Then they describe Stage D (Reading):  Patients

10   with truly refractory HF who might be eligible for

11   specialized, advanced treatment strategies such as

12   mechanical circulatory support, continuous inotropic

13   infusions, cardiac transplant, or other innovative and

14   experimental procedures.

15           Correct?

16   A.   Yes.

17   Q.   As of October, November, 2007, was Mimi

18   Rivera-Vega more likely than not a Stage D categorized

19   patient?

20   A.   Yes.

21   Q.   All right.  Now, on the bottom of the

22   right-hand column, they have these things called

23   "Classification of Recommendations."  And I don't want

24   to go through these, but is the bottom line that they

25   are -- what they're doing is breaking out sort of the --

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 321

1    a way to classify the scientific strength of a

2    recommendation?

3         A.   Yes.

4         Q.   All right.  So, where there's agreement and

5    scientific proof, it gets the highest classification;

6    right?

7         A.   Correct.

8         Q.   And if there's some evidence or it's

9    controversial, it's more likely going to slide down the

10   scale; is that right?

11        A.   Yes.

12        Q.   Okay.  So, let's go to Page 1837.  The topic --

13   I'm sorry.  If you go back one more page, they're

14   talking about patients with -- in Stage C and what the

15   recommendations are.  Do you see that?

16        A.   Yes.

17        Q.   That's the section that leads into the next

18   page, 1837.

19        A.   Yes.

20        Q.   (Reading):  Class III, Item 3 is the long-term

21   use of an infusion of a positive inotropic drug may be

22   harmful and is not recommended for patients with current

23   or prior symptoms of HF and reduced LVEF, except as

24   palliation for patients with end-stage disease who

25   cannot be stabilized with medical treatment.

Reynolds Delgado, M.D.                          May 25, 2011

Page 322

1           Right?

2      A.   I'm sorry.  Are you on 37?

3      Q.   I'm on 1837.

4      A.   Okay.

5      Q.   And it's a lot of gibberish, to some extent;

6  but basically what they're saying is that you shouldn't

7  put heart failure C patients on long-term milrinone;

8  correct?

9      A.   Yes.

10     Q.   Okay.  That's reserved for stage D patients;

11 right?

12     A.   Yes.

13     Q.   So, if we go to the section about Stage D

14 patients on Page 1844 -- and this page number will be in

15 your upper left.  Are you there?

16     A.   Yes.

17     Q.   (Reading):  Class I, which is the highest

18 recommendation, includes referral for transplant in

19 potentially eligible patients.

20          Is that right?

21     A.   Yes.

22     Q.   (Reading):  Class IIA, a slightly lesser

23 scientific recommendation, consideration of an LV assist

24 device as permanent or destination therapy is

25 reasonable.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 323

1           Correct?

2      A.    Yes.

3      Q.    And then Class III -- I'm sorry.  I'll withdraw
4  that question.

5           Stage -- or Class IIB, Item 3, is where they
6  have the recommendation about continuous IV infusions of
7  inotropes; correct?

8      A.    Yes.

9      Q.    All right.  Under the paragraph numbered 2,
10  which says "Intravenous Peripheral Vasodilators and
11  Positive Inotropic Agents," does that describe
12  milrinone, by the way?

13     A.    Yes.

14     Q.    It says about halfway through that paragraph
15  (Reading):  The decision to continue intravenous
16  infusions at home should not be made until all
17  alternative attempts to achieve stability have failed
18  repeatedly because such an approach can present a major
19  burden to the family and health services and may
20  ultimately increase the risk of death.

21           Do you see that?

22     A.    Yes.

23     Q.    Did I read it correctly?

24     A.    Yes.

25     Q.    Do you agree with it?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 324

1      A.   Depends on which population of patients you're

2   talking about.

3      Q.   Well, this is Stage D refractory end-stage

4   heart failure patients like Mimi Rivera-Vega.

5      A.   The distinction has to be made whether they're

6   transplant eligible or not.

7      Q.   Well --

8      A.   Whether it's used as a BTT or palliative care.

9      Q.   Okay.  But regardless of whether it's used as

10   BTT or palliative care, should all alternative attempts

11   to achieve stability have failed before you try the IV

12   milrinone?

13      A.   No.

14      Q.   Did these guidelines, Exhibit 37, form the

15   basis for the treatment and recommendations that you

16   made in your book chapter, Exhibit 52?  And just to give

17   you the shortcut, first page of this chapter, right

18   column, halfway through the second full paragraph.

19      A.   I'm sorry.  What's that question?

20      Q.   It says (Reading):  These guidelines form the

21   basis for treatment and recommendations made in this

22   chapter referring to the AHA/ACC guidelines.

23           Correct?

24      A.   Yes.

25      Q.   Okay.  Now, at the time you wrote the chapter,

Reynolds Delgado, M.D.                                    May 25, 2011

Page 325

1    the 2005 ones hadn't been published yet; correct?

2        A.   Yes.

3        Q.   So, what you're referring to as guiding -- the

4    guidelines that form the basis for your chapter were the

5    predecessors to Exhibit 37?

6        A.   Correct.

7        Q.   Okay.  Let's go to Page 560 of your chapter,

8    right-hand column, last sentence in the paragraph before

9    the beta blocker section.

10       A.   Yes.

11       Q.   It says (Reading):  If amiodarone is used for

12   this purpose, it is important to reduce the dose of

13   digoxin or monitor its levels closely since amiodarone

14   reduces renal and nonrenal clearance of digoxin, thereby

15   increasing serum concentrations.

16            Did I read that correctly?

17       A.   Yes.

18       Q.   You still agree with that?

19       A.   Yes.

20       Q.   When Mimi Vega was in the hospital in January

21   of 2008, she was on -- was she on the .250-milligram

22   dose?

23       A.   I don't remember.

24       Q.   Well, let's assume she was.  When you started

25   her on -- or prescribed amiodarone on discharge on the

Reynolds Delgado, M.D.                                May 25, 2011

Page 326

 1    25th, why didn't you reduce the dose to .125?

 2         A.   I don't remember.

 3         Q.   Have you published articles in the journal

 4    "Circulation"?

 5         A.   Yes.

 6         Q.   Had you ever diagnosed Mimi Vega with renal

 7    insufficiency prior to February, 2008?

 8         A.   I don't know.

 9         Q.   Did you diagnose her with renal insufficiency

10    in February of 2008?

11         A.   I don't remember.

12         Q.   If she was diagnosed with renal insufficiency,

13    should it be charted in the medical records?

14         A.   Yes.

15         Q.   And her BUNs, creatinines, or glomerular

16    filtration rate estimates should reflect that; correct?

17         A.   Yes.

18         Q.   If her baseline renal function was intact and

19    normal, would the ventricular assist device improve her

20    renal clearance of digoxin to any appreciable degree?

21         A.   No one knows.

22         Q.   If you are conducting a clinical trial and you

23    suspect that a patient has digoxin toxicity, do you keep

24    them on the drug?

25         A.   No.

Reynolds Delgado, M.D.                                    May 25, 2011

1      Q.   If you suspect that digoxin is causing harm, do
2   you keep the patient on the drug?
3      A.   No.
4      Q.   I asked you before whether you were aware of
5   any data about serum levels -- serum digoxin levels
6   expected at certain doses.  What I've handed you is
7   Exhibit 62, which was written by Mihai Gheorghiade and
8   Kirkwood Adams.  Do you see that?
9      A.   Yes.
10     Q.   Two of the same authors that wrote Exhibit
11  12 -- or Exhibit 17; correct?
12     A.   Yes.
13     Q.   If you go to Page 2961, the very end of the
14  first column and the top of the second column says
15  (Reading):  Additional data from the DIG trial suggests
16  that in patients with normal renal function who are not
17  receiving medications that tend to increase SDC, a dose
18  of .125 milligrams daily will result in SDC of
19  approximately .8 nanograms per milliliter.
20          Did I read that correctly?
21     A.   Yes.
22     Q.   Now, what would you expect the patient's serum
23  digoxin concentration to be if they were receiving .25
24  milligrams daily and had normal renal function and no
25  medications that tend to increase digoxin?

Reynolds Delgado, M.D.                                      May 25, 2011

Page 328

```
 1        A.   It's very variable, depending on their age,
 2   their weight.  I can't really predict.
 3        Q.   Do you have an opinion, to a reasonable degree
 4   of probability, about a 35-year-old woman who weighs
 5   about 220 pounds?
 6        A.   Yes.
 7        Q.   In your opinion, to a probability, what would a
 8   daily dose of .25 milligrams yield in that patient as an
 9   SDC?
10        A.   It should yield a -- a normal level roughly.
11        Q.   Under 2?
12        A.   Yes.
13        Q.   But it could be as high as 1.2?
14        A.   It's possible, yes.
15        Q.   Okay.  And, of course, if a patient was on a
16   medication that could increase serum levels, then it
17   could be higher?
18        A.   Correct.
19        Q.   I want to hand you Exhibit 41, which is
20   Wal-Mart pharmacy prescription records from Mimi Vega
21   from January of 2008.  And it shows that on January
22   13th -- this is the second to last entry on the page --
23   January 13th, 2008, you were the prescribing physician
24   for Mimi Vega to get .25 milligrams of digoxin, 30
25   tablets.  Do you see that?
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 329

1      A.   Yes.

2      Q.   Now, having seen that, does this jar your

3    memory as to why you increased her dosage level at this

4    point?

5              MS. RUSNAK:  Objection, form.

6              MR. MORIARTY:  I'm not sure what's the

7    matter with the form of that.

8      Q.   (BY MR. MORIARTY) But earlier you told me you

9    didn't remember why you've bumped it up.  I've now shown

10   you the actual document that indicates that you did.

11   I'm just wondering if this refreshes your memory as to

12   why.

13             MS. RUSNAK:  Objection, form.

14     A.   No.  I'm not sure when I wrote that

15   prescription based on this.  It could have been 9/07.

16     Q.   (BY MR. MORIARTY) Well, does this indicate that

17   she refilled it on January 13th?

18     A.   I don't know how to read that.

19     Q.   So, if Mimi Vega was taking her digoxin as

20   prescribed with this dose from January 13th through the

21   22nd when she was admitted to St. Luke's Hospital with

22   an exacerbation of heart failure, it wouldn't be

23   surprising if her serum level was up at 1.2, would it?

24     A.   Yes, that would be surprising, given her age

25   and her size.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 330

1      Q.   What -- why would her age and her size make a

2  level of 1.2 surprising?

3      A.   Well, it would.  It just would.  Usually a

4  person of her age and size would have a lower level with

5  that dose.

6      Q.   Why?  What is it about her age and her size,

7  assuming she has normal renal function?

8      A.   Those are two big determinates of -- of the

9  effect of the digoxin in -- in -- on the blood levels

10  basically.

11      Q.   Did anybody -- you or any of your staff, during

12  the January 22nd to 25th hospitalization, chart that

13  they were surprised by the serum level of 1.2?

14      A.   Not that I remember.

15      Q.   Wasn't she kept on .25 digoxin during that

16  hospitalization?

17      A.   I don't specifically remember.

18      Q.   Wasn't she kept on it and discharged on it?

19      A.   Yes.

20      Q.   Along with amiodarone?

21      A.   Yes.

22      Q.   She wasn't diagnosed with cardiogenic shock

23  during the hospitalization of January 22 through 25,

24  2008, was she?

25      A.   I don't remember.

Reynolds Delgado, M.D.                                      May 25, 2011

                                                           Page 331

 1        Q.   Okay.  This is your discharge summary from that
 2    admission.  Did anybody diagnose or chart cardiogenic
 3    shock?
 4        A.   No.
 5        Q.   Does it say what her admitting medications
 6    were?
 7        A.   No.
 8        Q.   Was she on any medications -- well, I'll
 9    withdraw that.
10             Don't the dosing guidelines for digoxin say to
11    dose to lean body mass, not fat?
12        A.   I'm not sure.
13        Q.   Digoxin isn't preferentially distributed to
14    adipose tissue, is it?
15        A.   I don't know.
16        Q.   I'll come back to that.
17             Now, just so I understand your opinion today,
18    in your opinion today, were you correct about her
19    diagnosis in January of 2008?
20        A.   Yes.
21        Q.   And in your opinion, was she treated
22    appropriately for your diagnosis?
23        A.   Yes.
24        Q.   But if, in fact, digoxin excess was the cause
25    of that heart failure exacerbation, are you saying that

Reynolds Delgado, M.D.                                    May 25, 2011

Page 332

1    in retrospect, your diagnosis and treatment was wrong?

2        A.   I'm not sure.

3        Q.   You're not sure of the answer, or you're not --

4        A.   Right.

5        Q.   -- sure you understand my question?

6        A.   Either.

7        Q.   Okay.  Exhibit 23 is your discharge summary

8    from the admission of January 22nd through 25th, 2008.

9    Okay?  You and your team were taking care of her during

10   this heart failure exacerbation issue; correct?

11       A.   Yes.

12       Q.   Okay.  And nowhere in here do you chart -- or

13   anyplace else in the chart, for that matter -- digoxin

14   excess as the cause of her serum level of 1.2 or heart

15   failure exacerbation or anything else.  Okay?  What you

16   did was you diagnosed her with volume overload, treated

17   her with inotropic agents, and diureses -- diuretics, I

18   should say, and relieved her of her exacerbation of

19   congestive heart failure; correct?

20       A.   Correct.

21       Q.   All right.  So, at the time what you've now

22   told me is that these diagnoses and treatments were

23   correct; right?

24       A.   Yes.

25       Q.   But you have opinions that you've developed

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 333

1    retrospectively, long after these events occurred, that

2    digoxin, in fact, was the cause of this admission and

3    her falling off the cliff.  Okay?

4         A.   Yes.

5         Q.   You've testified to that.  You've written that

6    in your report; correct?

7         A.   Yes.

8         Q.   Now, perhaps this admission isn't part of her

9    falling off the cliff.  I thought it was, based on the

10   serum level of 1.2.  Am I correct about that?

11        A.   It was part of it, yes.

12        Q.   Okay.  So, are you telling us now, in

13   hindsight, that your diagnosis and treatment was wrong?

14        A.   No.

15        Q.   Why wasn't it wrong even in hindsight?

16        A.   The exacerbation and volume overload was the

17   problem that prompted that admission and was diagnosed

18   and treated properly at that admission.

19        Q.   Are you done with your answer?

20        A.   Yes.

21        Q.   But you didn't discontinue digoxin; and then

22   amiodarone was prescribed, which can drive levels up,

23   which would be inappropriate treatment for somebody with

24   digoxin excess; correct?

25        A.   Depends on the dose.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 334

1      Q.   Well, if a patient comes in and you believe

2   that they have digoxin excess or digoxin toxicity and

3   you give them .25 milligrams -- and it's a woman -- and

4   amiodarone, that's not appropriate treatment, is it?

5      A.   Depends on the dose, particularly the

6   amiodarone.

7      Q.   So, you're saying there could be circumstances

8   where giving -- continuing to give digoxin to a patient

9   who is being harmed by it is appropriate treatment?

10     A.   No.

11     Q.   Does alprazolam increase DIG levels?

12     A.   I don't know.  I'll have to look it up.

13     Q.   Amiodarone does, though, doesn't it?

14     A.   Depends on the level.

15     Q.   Depends on the level --

16     A.   The dose.

17     Q.   -- of the amiodarone?

18     A.   Yes.

19     Q.   Well, in the article or in your book, I think,

20   what I read you from before, do you say that it depends

21   on the level of amiodarone as to whether you reduce the

22   digoxin dose?

23     A.   I don't think it specifically says that in the

24   book.

25     Q.   If digoxin was the problem for Mimi Vega

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 335

    1    January 22nd through 25th, 2008, would you have expected

    2    her to improve quickly on Lasix and milrinone while

    3    being kept on .25 digoxin?

    4         A.   Yes.

    5         Q.   Why?

    6         A.   They're separate issues.

    7         Q.   Well, doesn't digoxin continue to have its, in

    8    your opinion, deleterious effect on the heart?

    9         A.   Yes.

   10         Q.   But the deleterious effect is being masked by

   11    their clinical improvement because of the Lasix?

   12         A.   No.

   13         Q.   How could the patient who's being harmed by

   14    digoxin improve quickly with Lasix and milrinone if you

   15    keep them on digoxin?

   16         A.   Just a clarification, was it nesiritide we used

   17    then or milrinone?  I don't remember.

   18         Q.   It's nesiritide.

   19         A.   Yes.  Those drugs improved the volume

   20    overloaded state, which has nothing to do with the

   21    deleterious effects of the amiodarone -- I mean the --

   22    sorry -- the excessive digoxin.

   23         Q.   But wouldn't she continue to have -- if digoxin

   24    was, in fact, either causing clinical signs or symptoms

   25    or EKG changes or heart failure, worsening heart

Reynolds Delgado, M.D.                                    May 25, 2011

Page 336

1    failure, it would continue to do that, wouldn't it?

2         A.    Digoxin continued to cause worsening heart

3    failure culminating in the need for the LVAD shortly

4    thereafter.

5         Q.    But when you discharged her, she wasn't in

6    worsening heart failure on January 25th, was she?

7         A.    I don't -- I don't think I knew at that time.

8         Q.    Well, would you have discharged somebody from

9    the hospital or allowed your fellows or residents to

10   discharge somebody from the hospital who was in --

11   continued to be in worsening heart failure?

12        A.    Not if we knew.

13        Q.    And at that point, based on all the staff who

14   was looking at her and the tests that were available to

15   you, no one thought she was in worsening heart

16   failure -- correct -- at the time of discharge?

17        A.    We had no way of knowing at that time, correct.

18   No one had no way of knowing.

19        Q.    Well, you had clinical acumen, lab studies

20   available, EKGs available, echocardiograms available.

21   You had all of this available at this hospital to know

22   whether she was in worsening heart failure; correct?

23        A.    Those are necessary but not sufficient

24   basically.

25        Q.    Well, what would you have needed?

Reynolds Delgado, M.D.                                    May 25, 2011

1        A.    Hemodynamics.

2        Q.    Well, that was available, because you did it at

3    the next admission at the same hospital; correct?

4        A.    It wasn't available at the time.

5        Q.    An intraaortic balloon pump was not available

6    on January 22nd?

7        A.    No, no.  The decision-making based on that data

8    wasn't available at the time.

9        Q.    The bottom line is that nobody was clinically

10   suspicious that she was in worsening heart failure at

11   the time of discharge; correct?

12       A.    That's right.  That's the basic trick here.

13       Q.    Do you need to get a phone call?

14       A.    No.

15       Q.    I'm looking for Exhibit 50.  I can't seem to

16   find any of it.

17       A.    Here it is.  I got it.

18       Q.    Okay.  In your report at Page 19, you render an

19   opinion that (Reading):  Ms. Vega's death was caused by

20   digoxin toxicity brought on by her ingestion of Digitek

21   which has been shown to have increased pill dosages.

22             Okay.  What is the basis for your opinion that

23   Digitek has been shown to have increased pill dosages?

24       A.    I don't remember the specific piece of data I

25   was drawing from there.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 338

 1        Q.   Well, what kind of data was it?  Was it from
 2    the FDA?
 3        A.   It may have been.
 4        Q.   Well, where else may it have been from?
 5        A.   I don't remember specifically.
 6        Q.   Is it based just on the fact of -- that there
 7    was a recall?
 8        A.   Like I said, I don't remember specifically.
 9        Q.   Well, I don't mean to be a pain in the neck;
10    but I am entitled to know the basis of your opinions.
11    And that is a pretty important one.  Is there something
12    in your stack of materials here that you reviewed to
13    form these opinions that would tell you the basis of
14    your statement that Digitek has been shown to have
15    increased pill dosages?
16        A.   I don't know.
17        Q.   On the next page, Page 20, it says (Reading):
18    FDA found improperly manufactured Digitek products at
19    the Actavis facility that had twice the appropriate
20    level of the active ingredient that were released to the
21    marketplace.
22             What's the basis for that opinion?
23        A.   I don't remember specifically.
24        Q.   Dr. Delgado, I can tell you that I have spent
25    countless hours looking at FDA documents and questioning

Reynolds Delgado, M.D.                                    May 25, 2011

Page 339

1    the pharmaceutical witnesses who were hired by the
2    plaintiffs in this litigation to talk about whether
3    there was evidence of improperly manufactured Digitek at
4    twice the appropriate level of active ingredient.  Would
5    you defer to the people who have read all the FDA
6    documents and who have worked in the pharmaceutical
7    business on these two opinions?
8                 MS. RUSNAK:  Objection, form.
9        A.   Not necessarily.
10       Q.   (BY MR. MORIARTY) Well, then please find in
11   your materials -- we can take a break, and I can kind of
12   reshuffle my notes here -- and find for me where in your
13   material is the basis for these opinions that Digitek is
14   shown to have increased pill dosages or that the FDA
15   found Digitek with twice the appropriate level of the
16   active ingredient that were released to the marketplace.
17   Okay?
18       A.   Yes.
19                (RECESS FROM 6:09 P.M. TO 6:24 P.M.)
20       Q.   (BY MR. MORIARTY) Okay.  My question was the
21   basis of your statement in your report about basically
22   Digitek with excessive doses being distributed to
23   market.
24       A.   The Exhibit 14 and 16 are press releases from
25   Actavis that speak to this.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 340

1        Q.   Okay.  Before I start asking you about Exhibits

2   14 and 16, are these documents the sole basis for your

3   opinion on this subject?

4        A.   At the time I don't know if those were the sole

5   basis.

6        Q.   Okay.  Well, let's look at 14, which is a press

7   release; correct?

8        A.   Yes.

9        Q.   And it says -- again, I think we talked about

10  this before -- (Reading):  The recall is due to the

11  possibility -- not the probability -- that tablets with

12  double the appropriate thickness may have been

13  commercially released.

14            Correct?  So, they're saying it's possible that

15  double-thick tablets were released; is that right?

16       A.   Yes.

17       Q.   It doesn't say probable or likely; correct?

18       A.   Yes.

19       Q.   And you've never seen a report of a

20  double-thick tablet.  I recall you telling me that;

21  correct?

22       A.   Yes.

23       Q.   Do you know if any plaintiff in this entire

24  litigation, of the thousands of claimants who sued, ever

25  produced evidence of a double-thick tablet?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 341

1      A.   I don't know.

2      Q.   Do you know whether a -- does it make a

3    difference to you whether anybody ever found one?

4            MS. RUSNAK:   Objection, form.

5      A.   Not necessarily.

6      Q.   (BY MR. MORIARTY) Do you know whether double

7    thickness is a different pharmaceutical problem from

8    normal sized with too much digoxin?

9      A.   I don't know.

10     Q.   Well, this doesn't -- this press release

11   doesn't say that normal-sized digoxin with too much

12   active pharmaceutical ingredient was implicated, does

13   it?

14     A.   No.

15     Q.   Do you have any -- did you read Scottie Vega's

16   deposition?

17     A.   No.

18     Q.   Do you know whether Scottie Vega ever noticed

19   any difference in the size of his wife's Digitek

20   tablets?

21     A.   No.

22     Q.   Do you know whether pharmacists who are

23   counting out tablets and dispensing them into

24   prescriptions would be able to detect double-thick

25   tablets in prescriptions?

Reynolds Delgado, M.D.                              May 25, 2011

Page 342

1        A.    Unknown.

2                  MR. MORIARTY:  I don't have Exhibit 16.

3     May I see Exhibit 16, somebody?

4                  MS. AHERN:  (Tendering).

5                  MR. MORIARTY:  Okay.  Thank you.

6        Q.    (BY MR. MORIARTY) And I asked you earlier about

7     that FDA website that first went online in July of 2009,

8     a year and a quarter after the recall.  Does that --

9     does the FDA say anything in this website, Exhibit 38,

10    about normal-sized tablets with too much digoxin?  The

11    Facts and Myths, it's on the second page of 38.  It's

12    probably on the second page of that one, too, the one

13    you have there.

14                 MR. MORIARTY:  Do you have 38 handy?

15                 MS. AHERN:  Yeah (tendering).

16       Q.    (BY MR. MORIARTY) Doctor, the other one is

17    easier to read.  So, I'm going to pull it out.

18                 We're getting back to Exhibit 38 now.

19                 MS. AHERN:  Hold on.

20                 MR. MORIARTY:  No.  I'm sorry.  MDL

21    Exhibit 38.

22       Q.    (BY MR. MORIARTY) Let me find it for you, okay,

23    Doctor?

24       A.    Yes.

25       Q.    Here you go, Dr. Delgado.  Go on the second

Reynolds Delgado, M.D.                                      May 25, 2011

                                                              Page 343

1    page of that.  Facts and Myths, again, the first one on
2    the top of the second page.  Let's go to the second
3    bullet point.  (Reading):  Actavis detected a very small
4    number of oversized tablets in one lot -- okay -- 20
5    double-sized tablets in a sample of 4.8 million.
6    Although Actavis attempted to remove the affected
7    Digitek through a visual inspection, the FDA determined
8    that this method of removal was inadequate to assure the
9    product's quality and consistency in accordance with
10   good manufacturing practices.
11            Do you see that?
12       A.   Yes.
13       Q.   Okay.  And then in the next bullet, the one we
14   read earlier, it says (Reading):  In our best judgment,
15   given the very small number of defective tablets that
16   may have reached the market and the lack of reported
17   adverse events before the recall, harm to patients was
18   unlikely.
19            So, they're talking about 20 double-thick
20   tablets out of 4.8 million -- okay -- that Actavis
21   removed before it shipped.  Do you see that?
22       A.   Yes.
23       Q.   FDA is not talking about normal-sized tablets
24   with too much digoxin, is it?
25       A.   Not that I know of.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                         Page 344

1       Q.   And does it say anything here about the FDA
2    detecting double-thick tablets that had actually been
3    released to pharmacists or consumers?
4              MS. RUSNAK:   Objection, form.
5       A.   Yes.  They say a small number of defective
6    tablets may have reached the market.
7       Q.   (BY MR. MORIARTY) So, a small number that was
8    possibly making it to the market; correct?
9       A.   Yes.
10      Q.   Out of one batch, there were 20 with 4 -- out
11   of 4.8 million; correct?
12      A.   Yes.
13      Q.   All right.  You don't have any knowledge or
14   opinion, to a probability, of how many Mimi Vega got, if
15   any at all; correct?
16             MS. RUSNAK:   Objection, form.
17      A.   There's nothing discussed about any other
18   batches.  So, it's unknown.
19      Q.   (BY MR. MORIARTY) And you don't know whether
20   she got any from that batch; correct?
21             MS. RUSNAK:   Objection, form.
22      Q.   (BY MR. MORIARTY) From the one batch that the
23   FDA talks about on that website?
24      A.   I don't know whether she received from this
25   batch or other batches.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 345

1      Q.    Do you know what the dose strength was of the

2    one batch in which there were 20 double-thick tablets?

3      A.    No.

4      Q.    Do you know whether it was the dose strength

5    that she was prescribed on January 13th or September

6    14th -- September of 2007 or January of 2008 of .25?

7      A.    Don't know.

8      Q.    Okay.  Exhibit 16 is recall information;

9    correct?

10     A.    Yes.

11     Q.    And essentially it says the same thing

12   (Reading):  This product is being recalled due to the

13   possibility that tablets with double the appropriate

14   thickness may have been commercially released.  These

15   tablets may contain twice the approved level of active

16   ingredient than is appropriate.

17          Correct?

18     A.    Yes.

19     Q.    There's nothing in Exhibit 16 that says any

20   more than Exhibit 14 did; right?

21     A.    Yes.

22     Q.    Exhibit 50 is your report.  Did you draft that

23   in its entirety?

24     A.    I don't remember.

25     Q.    Did you do the initial draft?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 346

1      A.   I would think so, yes.

2      Q.   On what computer?

3      A.   I don't know.

4      Q.   How many computers do you have?

5      A.   Four currently, different ones I use.

6      Q.   Is there a particular reason why your report is

7   not on professional letterhead, either Delgado

8   Cardiovascular or Texas Heart or anything else?

9      A.   No particular reason.

10     Q.   All right.  Some doctors put it on professional

11  letterhead, and some don't?

12     A.   Uh-huh.

13     Q.   There's no particular reason why yours is not?

14     A.   No.

15     Q.   Okay.  I asked you earlier if you knew

16  Dr. Semigran.  Did you read Dr. Semigran's report or

17  testimony in this case?

18     A.   No.

19     Q.   What about a Ph.D. named Nelson, Eljorn Nelson,

20  did you read his testimony or read his report?

21     A.   No.

22     Q.   Was there any other documentation that was the

23  basis for your opinion in your report about the Digitek

24  tablets?

25     A.   Not that I can remember.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 347

1        Q.   Back in -- can v-fib be a sign of overall

2   deterioration in heart failure patients?

3        A.   I don't think it specifically carries

4   prognostic data as to the progression of heart failure.

5        Q.   Okay.  I'm showing you Exhibit 31.  I believe

6   this is a note originally from your fellow and that you

7   have some handwriting on here.  If you go to the second

8   page at the very bottom, it says (Reading):  VF --

9   which, I assume, is ventricular fibrillation -- may be a

10  sign of overall deterioration.  Will plan on R and L

11  cath tomorrow to stage need for advanced treatment.

12           Do you see that?

13  A.   Yes.

14       Q.   Is it in your handwriting?

15  A.   Yes.

16       Q.   So, what you were -- why were you trying to

17  figure out whether this ventricular fib was a sign of

18  overall deterioration?

19       A.   Earlier you asked whether it was a sign of

20  heart failure deterioration.

21       Q.   Okay.  Is it a sign of overall deterioration?

22       A.   It could be, yes.

23       Q.   Of her heart?

24       A.   No.

25       Q.   Of what?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 348

    1        A.    Whole body.

    2        Q.    Why would whole body deterioration cause or

    3    lead to ventricular fibrillation?

    4        A.    Mainly electrolyte abnormalities, hormonal

    5    abnormalities, a lot of different things.

    6        Q.    Okay.  When Dr. Seger did device evaluations of

    7    her ICD, in January of '07, he was indicating that there

    8    were more frequent daily arrhythmias.  What's the

    9    significance of that?

   10        A.    It doesn't necessarily have any prognostic

   11    significance.

   12        Q.    Well, is it significant at all?

   13        A.    Not necessarily.

   14        Q.    Do you know whether you ever diagnosed

   15    Mrs. Vega with pulmonary hypertension?

   16        A.    I don't remember offhand.

   17        Q.    Exhibit 54 is a catheterization that you

   18    performed in 2002 shortly after becoming her

   19    cardiologist; correct?

   20        A.    Yes.

   21        Q.    Based just on this cath report, can you tell me

   22    whether she likely had pulmonary hypertension in 2002?

   23        A.    Yes.

   24        Q.    Did she?

   25        A.    She has pulmonary hypertension.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 349

1      Q.   All right.  And did she continue to have

2   pulmonary hypertension through early 2008?

3      A.   Unknown.

4      Q.   So, can it come and go?

5      A.   Yes.

6      Q.   You'd have to see more catheterizations to

7   know?

8      A.   Yes.

9      Q.   And which numbers would you look at

10  specifically to determine whether she was still in

11  pulmonary hypertension?

12     A.   Pulmonary artery pressure.

13     Q.   In August of 2002, there was some reference in

14  her chart to her being in a cardiac rehab study.  Has

15  that finally been published, that study?

16     A.   I don't know what happened to that study,

17  honestly.

18     Q.   Would -- if it was published, would you have

19  been one of the authors?

20     A.   Not necessarily.

21     Q.   Why would a -- did Mrs. Vega ever get a

22  bi-valve upgrade on her ICD?

23     A.   It's biventricular.

24     Q.   I'm sorry.  Biventricular.

25     A.   I don't remember that either.

Reynolds Delgado, M.D.                              May 25, 2011

Page 350

1      Q.   What would be the criteria -- I know it was
2    considered.  What would be the criteria for doing that?
3      A.   Mainly it has to do with the configuration of
4    the -- of one of the waveforms on her EKG and -- that,
5    plus, her having heart failure.
6      Q.   When you say one of the "waveforms," is it
7    something that becomes more worrisome so you want more
8    coverage from the device?
9      A.   No.  Assertive configuration of the QRS
10   waveform indicates that the patient will respond to that
11   therapy.  If you have that on the EKG, the patient is
12   likely to improve from that therapy.
13     Q.   Okay.
14     A.   If you don't, they aren't.
15     Q.   Do you have an opinion, to a probability, as to
16   what Mimi Vega's serum level would have been had it been
17   drawn January 1st, 2008?
18     A.   I can't -- I can't say.
19     Q.   Do you have an opinion, to a probability, what
20   her SDC would have been had it been drawn January 14th,
21   2008?
22     A.   No.
23     Q.   What about the 21st?
24     A.   I can't say.
25     Q.   Do you know whether her serum level of 1.2

Reynolds Delgado, M.D.                              May 25, 2011

Page 351

1    drawn on January 23rd was higher than her level on any

2    other day of the month of January, 2008?

3         A.   I don't know.

4         Q.   Do you have an opinion, to a probability, as to

5    whether or not the 1.2 was higher than on any other day

6    in January of 2008?

7         A.   No.

8         Q.   Could you look at Exhibit 50 again for me,

9    please.  It's your report.  Go to Page 8, please.

10        A.   (Witness complies).

11        Q.   In Paragraph 13 you're talking about the

12   cardiac manifestations of digoxin toxicity and then

13   symptoms of digoxin toxicity.  Where did you get all

14   these?

15        A.   I don't remember specifically.

16        Q.   Well, did they come out of this "Heart Disease,

17   a Textbook of Cardiovascular Medicine" book?

18        A.   I don't remember.

19        Q.   Do you remember looking at a reference and

20   writing them all down, or did you come up with this list

21   from your own experience without checking a reference?

22        A.   Oh, I likely would have gotten this from a

23   reference.

24        Q.   But you don't know which one?

25        A.   The "Heart Disease" textbook.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 352

1        Q.   Okay.  Well, the last time I questioned you, I
2    asked you what textbook you typically kept; and I think
3    the only one you mentioned was maybe that one and
4    "Braunwald."  Could you have gotten it out of
5    "Braunwald"?
6        A.   It's possible.
7        Q.   In "Braunwald," 8th Edition, Page 634, it says
8    (Reading):  The principal adverse effects of digoxin are
9    cardiac arrhythmias, including heart block, ectopic, and
10   reentrant cardiac rhythms.
11            Did Mimi Vega have any of those on January 22nd
12   in that EKG, heart block or ectopic and reentrant
13   cardiac rhythms?
14       A.   I'd have to look at the EKG again.
15       Q.   41.  Okay.  Apparently not 41.  Sorry.  38.
16   Here's my copy, Doctor.
17       A.   Thank you.
18            It's hard to assess this for digoxin toxicity
19   because of the bundle branch block.
20       Q.   Okay.  Then it this book, it says (Reading):
21   Neurological complaints such as visual disturbances,
22   disorientation, and confusion.
23            She didn't complain of any of those on January
24   22nd and 23rd, did she?
25       A.   Not that's documented.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 353

1        Q.   All right.  And you wouldn't rely on this EKG,

2    Exhibit 38, to diagnose, to a probability, heart block

3    or ectopic and reentrant cardiac rhythms, would you?

4        A.   Correct.

5        Q.   (Reading):  3, GI symptoms such as anorexia,

6    nausea, and vomiting.

7             Did she even complain of those on January 22nd

8    and 23rd when she was admitted?

9        A.   Not that's documented.

10       Q.   All right.  And it doesn't even list here in

11   Braunwald's 8th Edition that worsening heart failure is

12   a complication of digoxin toxicity, does it?

13       A.   Right.

14       Q.   Okay.  Exhibit 42, Doctor, is catheterization

15   and intraaortic balloon pump February 5th, 2008;

16   correct?

17       A.   Yes.

18       Q.   And the indication was cardiogenic shock and

19   cardiomyopathy; right?

20       A.   Yes.

21       Q.   And do the "Findings" section mention

22   cardiogenic shock?

23       A.   Not specifically.

24       Q.   All right.  Severely deranged hemodynamics is

25   something that had been on her catheterization and

Reynolds Delgado, M.D.                                    May 25, 2011

Page 354

1    balloon pump findings in October of 2007; correct?

2        A.    Yes.

3        Q.    So, it says here (Reading):  Low cardiac

4    output.

5              How many potential causes of low cardiac output

6    are there?

7        A.    Many.

8        Q.    And then there's high wedge pressure; right?

9        A.    Yes.

10       Q.    How many potential causes of that are there?

11       A.    Many.

12       Q.    Did you at that time conclude, to a reasonable

13   probability, what was causing her severely deranged

14   hemodynamics, low cardiac output, and high wedge

15   pressure?

16       A.    I don't understand.  Say that question again.

17       Q.    Okay.  You've got these findings here; right?

18       A.    Yes.

19       Q.    Did you chart a probable cause of these

20   findings?

21       A.    No.

22       Q.    Do you have an opinion, to a probability, today

23   what the cause of those findings was to a reasonable

24   degree of medical probability?

25       A.    Progressive heart failure.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 355

1      Q.   Do you have an opinion, to a probability, as to
2  how many potential causes there are of progressive heart
3  failure?
4      A.   Again, there would be general categories, drugs
5  being one of the big ones, concomitant illnesses, but --
6  and then one other that's different would be progression
7  of the underlying cardiomyopathy.
8      Q.   And etiology unknown; correct?
9      A.   No, I don't think that would apply.
10     Q.   Do you always know the cause of progressive
11  heart failure?
12     A.   No.
13     Q.   All right.  I want to ask you about some of --
14  let me ask you about 60.  Do you want to put those up
15  here if they're -- actually, the bottom ones may not
16  be -- I think some of those came from your stack.
17     A.   Yeah.
18     Q.   Right.  There we go.
19          This is Exhibit 60.  Is this in your
20  handwriting?
21     A.   The bottom part.
22     Q.   All right.  I believe this is February 7th,
23  2008, where it says "date."  Is that how you write
24  February 7th, 2008?
25     A.   Yes.

Reynolds Delgado, M.D.                              May 25, 2011

Page 356

1       Q.   Okay.  And it says above that in handwriting

2    (Reading):  Patient listed for transplant as status 1A

3    by St. Luke's Medical Review Board.

4         Correct?

5    A.   Yes.

6       Q.   (Reading):  Workup, possible LVAD?

7    A.   Yes.

8       Q.   Did you agree with the listing of her as a 1A?

9    A.   I don't remember, but almost certainly I would

10   have.

11      Q.   Okay.  And there are no serum digoxin

12   concentrations ordered from the time of admission on

13   January 31st through February 28th, 2008.  Am I correct

14   about that?

15   A.   Yes.

16      Q.   All right.  So, is it still your opinion that

17   the serum digoxin level of 1.2 on February 28th, 2008,

18   is meaningful to your opinions in this case?

19   A.   It depends on which opinion we're talking

20   about.

21      Q.   Okay.  After a long time, it does get a little

22   difficult to keep doing this.  But in 2009 when I took

23   your deposition, before you had written your report,

24   what you said back then was that the two SDC levels of

25   1.2 were a signal to you, in hindsight, that digoxin was

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 357

1    essentially the cause of her to fall off the cliff.  Do

2    you remember that?

3         A.   Yes.

4         Q.   And those two SDC levels of 1.2 occurred on

5    January 23rd and February 28th.  Okay?

6         A.   Okay.

7         Q.   I've already talked to you today about January

8    23rd.  Now, if February 28th is no longer part of your

9    opinion in this case, for whatever reason, then I'm not

10   going to ask you about it; but if you still believe

11   that's a basis for your opinion that digoxin contributed

12   to harm Ms. Vega, then I'm going to ask you about it.

13   Does that make sense to you?

14        A.   Yes.

15        Q.   So, in your opinion, to a probability, is the

16   SDC level of 1.2 drawn on February 28th, 2008, some

17   scientific evidence to you that digoxin excess was a

18   problem for Mrs. Vega?

19        A.   Yes.

20        Q.   Okay.  Let me explain what I've done with

21   Exhibit 61.  Okay?  I had to somehow make it thinner

22   than it otherwise was.  What this is is a collection of

23   the medication administration records from St. Luke's

24   Hospital for the February visit with only the digoxin

25   pages included.  Okay?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 358

1          A.    Okay.

2          Q.    So, if there was a page that only had, you

3     know, IV dextrose and whatever else she was on but did

4     not talk about digoxin, I removed it from Exhibit 61.

5     Okay?

6          A.    Yes.

7          Q.    And, further, this exhibit is broken down into

8     three sections.   Okay?

9          A.    Yes.

10         Q.    And the three sections represent pre-LVAD,

11    post-LVAD intravenous, and post-LVAD oral digoxin.

12    Okay?  Got me?

13         A.    Yes.

14         Q.    Now, my series of questions that I'm about to

15    ask you assumes that these medication administration

16    records accurately reflect the brand of digoxin that

17    Mrs. Vega was given.   Okay?

18         A.    Yes.

19         Q.    So, if you look at the first page, which is

20    February 2nd, it says (Reading):  Digoxin tablet,

21    Lanoxin.

22               Correct?

23         A.    Yes.

24         Q.    The next page, which represents February 3rd,

25    says the same brand; correct?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 359

     1        A.   Yes.

     2        Q.   And, of course, to the right is when the nurses

     3   gave her the medication; correct?

     4        A.   Yes.

     5        Q.   The next page, February 4th, is Lanoxin;

     6   correct?

     7        A.   Correct.

     8        Q.   The 5th, Lanoxin; correct?

     9        A.   Yes.

    10        Q.   The 6th, Lanoxin; right?

    11        A.   Yes.

    12        Q.   The 7th -- yeah.  The 6th, Lanoxin; right?

    13        A.   Yes.

    14        Q.   The 7th, Lanoxin?

    15        A.   Okay.

    16        Q.   The 8th, Lanoxin; is that right?

    17        A.   Yes.

    18        Q.   The 9th, Lanoxin?

    19        A.   Yes.

    20        Q.   The 10th, Lanoxin?

    21        A.   Yes.

    22        Q.   And the 11th, it says Lanoxin, also, does it

    23   not?

    24        A.   Yes.

    25        Q.   On the 12th, it says Lanoxin; correct?

Reynolds Delgado, M.D.                                    May 25, 2011

 1        A.   Yes.

 2        Q.   All right.  So, that should be the first

 3   section of Exhibit 61.  That's the pre-LVAD oral

 4   medications.

 5        A.   Yes.

 6        Q.   Lanoxin is not Digitek; correct?

 7        A.   Yes.

 8        Q.   And in this period of time, she was given

 9   another manufacturer's product all at the .125 dose

10   except for the day she was admitted; correct?

11                  MS. RUSNAK:  Objection, form.

12                  MR. MORIARTY:  Okay.  I'll change the

13   form.

14        Q.   (BY MR. MORIARTY) According to these MARs, if

15   you believe what they say, she was given the .125.  Was

16   she given the .125 dose level of GSK's Lanoxin product?

17        A.   Yes.

18        Q.   Okay.  Now, after the VAD was placed, doctor --

19   one of the doctors wrote an order discontinuing digoxin.

20   Are you aware of that?

21        A.   No.

22        Q.   I want you to assume that such an order was

23   written probably on the 13th.  Okay?

24        A.   Okay.

25        Q.   Now, as you flip through the second section of

Reynolds Delgado, M.D.                                        May 25, 2011

Page 361

1    Exhibit 61, there are no digoxin administrations which

2    reflect that order being entered.  Okay?  Do you have

3    any reason to disagree with me on that?

4        A.   Okay.

5        Q.   So, if you go and take these all the way

6    through Bates No. 1386, which is quite a ways back and

7    is this separate section that you're holding right

8    now --

9        A.   Right.

10       Q.   -- there's no digoxin in there.

11       A.   Okay.

12       Q.   Okay.  So, she was off the medication until the

13   22nd.  Do you agree with that?

14       A.   Okay.

15       Q.   Now, let's look at the last section of Exhibit

16   61.  Do you see that when she was restarted on digoxin,

17   it was an intravenous dose?

18       A.   Yes.

19       Q.   And two pages later -- and that was on the

20   22nd, wasn't it?

21       A.   Yes.

22       Q.   How many doses did she get that day based on

23   this MAR?

24       A.   One.

25       Q.   So, two pages hence, is there another digoxin

Reynolds Delgado, M.D.                                    May 25, 2011

Page 362

1      IV prescription?

2         A.    Yes.

3         Q.    How many doses did she get that day?

4         A.    One.  It's hard to say, but at least one.

5         Q.    Okay.  And then if you go two pages after that

6      on the 25th, did she get more IV digoxin?

7         A.    That says "oral" --

8         Q.    I'm sorry?

9         A.    -- on the 25th.

10        Q.    You're right.  So, she got the IV doses between

11     the 22nd and 24th; correct?

12        A.    Yes.

13        Q.    And by my cardiology nurse's reckoning, she got

14     five IV doses.  Do you agree or disagree?

15        A.    I can't tell for sure.

16        Q.    Okay.  Do you have an opinion, to a reasonable

17     degree of medical probability, what her serum digoxin

18     level would have been if drawn late in the day on 2-24,

19     after not having been on digoxin for a number of days

20     and then several days' worth of IV?

21        A.    I don't know.

22        Q.    No opinion, to a probability?

23        A.    No.

24        Q.    Okay.  Now let's go to the 25th.

25              Well, do you know whether Actavis makes IV

Reynolds Delgado, M.D.                                    May 25, 2011

Page 363

1    digoxin?

2         A.    I don't.

3         Q.    Well, I want you to assume they don't --

4         A.    Okay.

5         Q.    -- because that's a fact.

6               So, let's go to the 25th.  Now the MAR says

7    Digitek; correct?

8         A.    Yes.

9         Q.    How many doses did she get on the 25th?

10        A.    One.

11        Q.    Okay.  Of what dose level?

12        A.    0.125.

13        Q.    All right.  And I believe you told me in your

14   first deposition that a dose of .250 would have been

15   appropriate for her because you had prescribed it at

16   that level from time to time; correct?

17        A.    Yes.

18        Q.    All right.  And then on the 26th, if you go a

19   couple days later, did she get another Digitek,

20   according to the MAR?

21        A.    Yes.

22        Q.    And then did she get one on the 27th?

23        A.    Yes.

24        Q.    So, she got 25th, 26th and 27th, three doses of

25   .125 Digitek; correct?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 364

```
 1        A.   Yes.
 2        Q.   Do you have any opinion to a reasonable degree
 3   of medical probability whether those three tablets that
 4   she was given on those days were out of specification?
 5        A.   No.
 6        Q.   All right.  So, we know that the serum digoxin
 7   level on the 28th was drawn at 5:00 in the morning --
 8   okay -- from the lab slips.  What time did she get her
 9   dose on the 28th?
10        A.   0906.
11        Q.   All right.  So, it was after the draw; correct?
12        A.   Yes.
13        Q.   Now, she had a serum level of 1.2 on February
14   28th, did she not?
15        A.   Yes.
16        Q.   Assuming these medication administration
17   records accurately reflect the products given to her,
18   what is your opinion, to a probability, as to the cause
19   of her SDC elevation -- I'm sorry.  Let me rephrase
20   that.
21             Assuming these medication administration
22   records are correct, do you have an opinion, to a
23   reasonable degree of probability, as to why her serum
24   level was 1.2 on the 28th?
25        A.   It was due to the digoxin she got.
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 365

1      Q.   Which product, the IV, the oral?  And if you
2   say oral, was it the Lanoxin that she got for the first
3   12 days or the .125 Digitek that she got for the last
4   three days?
5             MS. RUSNAK:  Objection, form.
6      A.   It would be the more -- the doses she received
7   just -- in the days just prior to her blood level being
8   drawn.
9      Q.   (BY MR. MORIARTY) But you have no opinion, to a
10  probability, as to what the dose level in those tablets
11  was?
12     A.   I don't know for a fact.
13     Q.   You don't have an opinion to a probability?
14     A.   No.
15     Q.   You just told me that.
16          Wouldn't you agree with me that it is certainly
17  possible that her digoxin level on February 28th of 1.2
18  could have been caused by the administration of
19  appropriately manufactured and dosed digoxin?
20     A.   It's possible.
21     Q.   Okay.  And in your opinion -- do you have an
22  opinion that it is more likely that it came from
23  improperly-dosed digoxin -- in other words, defective
24  tablets or IV solutions?
25     A.   That is a possibility.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 366

1        Q.    During this hospitalization is it likely that

2    she was seen by pulmonologists, cardiologists, and heart

3    failure -- I mean heart surgeons?

4        A.    Yes.

5        Q.    And their fellows and residents?

6        A.    Yes.

7        Q.    Is it likely she was also seen by residents in

8    internal medicine or general surgery who were rotating

9    during -- through these disciplines?

10       A.    Yes.

11       Q.    Did anybody ever chart in this entire admission

12   record that the serum level of 1.2 was concerning or

13   reflected harm?

14       A.    Not that I know of.

15       Q.    Did anybody write that she had digoxin toxicity

16   or that it was harming her?

17       A.    Not that I know of.

18       Q.    Did you start digoxin for atrial fibrillation

19   on February 23rd?

20       A.    I don't remember.

21       Q.    The DIG trial and the Adams-Gheorghiade paper,

22   those patients only had CHF, not atrial fibrillation;

23   correct?

24       A.    Yes.

25       Q.    If the literature, particularly the Gheorghiade

Reynolds Delgado, M.D.                              May 25, 2011

                                                    Page 367

1    and Adams paper, advocates target range of .5 to .9 for

2    women in heart failure, how do you achieve that with

3    your own patients if you don't routinely draw serum

4    levels?

5         A.   Dose, by dosing, just keeping the dosing

6    proper.

7         Q.   When digoxin toxicity occurs, is it usually

8    transient, with the patient recovering with only

9    withdrawal of the drug?

10        A.   Yes.

11        Q.   And then, if appropriate, and they need the

12   inotropic activity, for heart failure patients, you can

13   start them on the drug again; correct?

14        A.   Yes.

15        Q.   Typically toxicity does not cause permanent

16   harm or death; is that right?

17        A.   Yes.

18        Q.   And thrombosis of peripheral vessels is not a

19   described complication of digoxin therapy, is it?

20        A.   No.

21        Q.   Is that a potential risk and complication of

22   ventricular assist devices?

23        A.   Yes.

24        Q.   Have you ever published any articles

25   specifically about cardiogenic shock?

Reynolds Delgado, M.D.                                May 25, 2011

Page 368

 1        A.    Not that I can remember.

 2        Q.    When you came out of your residency, were there

 3   heart failure fellowships in existence in this country?

 4        A.    Not really.

 5        Q.    Did you ever do a specific heart failure

 6   fellowship?

 7        A.    Yes.

 8        Q.    Where?

 9        A.    Texas Heart Institute.

10        Q.    Are you still a fellow of the American College

11   of Cardiology?

12        A.    Yes.

13        Q.    Do you still receive the journal of the

14   American -- the journal of the ACC?

15        A.    Yes.

16        Q.    Are you a member of the AHA?

17        A.    No.

18        Q.    Do you follow their clinical guidelines, if

19   they have any?

20        A.    Yes.

21        Q.    All right.  Do they have separate guidelines

22   than the ACC, or is it usually those ACC/AHA guidelines?

23        A.    Correct.  They usually collaborate.

24        Q.    Do either the ACC or the AHA have ethical

25   guidelines pertaining to testimony in medical-legal

Reynolds Delgado, M.D.                                    May 25, 2011

Page 369

1    matters?

2         A.    I don't know.

3         Q.    Have you ever checked?

4         A.    No.

5         Q.    Do you know whether adhering to the Code of

6    Ethics for testifying is a condition of membership?

7         A.    I don't know.

8         Q.    Was there anything specific in the reports of

9    Mann, Frishman, or Conti that leapt out at you as being

10   scientifically inaccurate?  Okay.  I'm not asking

11   whether you disagree with their conclusions.  I'm asking

12   whether there was anything about their assumptions or

13   their method of analysis that leapt out at you as being

14   scientifically inaccurate.

15        A.    No.

16        Q.    What percentage of patients who have

17   nonischemic cardiomyopathy go on to IV milrinone or VAD

18   or transplant, any of the three?

19        A.    A small percentage.  It's not the majority.

20        Q.    Have you ever published a statement to the

21   effect that LVADs have a difficult history, with

22   patients being plagued by thrombosis, infection, and

23   complications related to the difficult surgery required

24   for their implantation?

25        A.    Yes.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 370

1      Q.   So, a long time ago I asked you when you first
2   expressed opinions in this case about Mrs. Vega's cause
3   of death being related to digoxin; and I take it from
4   your earlier testimony that the first time you ever
5   expressed such an opinion was to one of the lawyers for
6   Mrs. Vega's family?
7      A.   I don't remember.
8      Q.   Do you remember expressing such opinions to
9   anyone other than the lawyers for her family and then me
10  when I questioned you in 2009?
11     A.   I just don't remember.
12     Q.   To the best of your knowledge, has Mimi Vega's
13  situation, from a milrinone perspective, a VAD
14  perspective, a nonischemic cardiomyopathy perspective,
15  or a transplant perspective, been included in any
16  published articles?
17     A.   No.
18     Q.   Page 19 of Exhibit 50 says (Reading):  Review
19  of her clinical history and review of the history of the
20  product recall and the scientific literature indicates
21  that the levels obtained by Ms. Vega were in the range
22  of the fatalities caused by this improperly-manufactured
23  product.
24          It's at the end of your Paragraph 28.  Do you
25  see it?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                           Page 371

  1        A.   Yes.

  2        Q.   What are you talking about, the fatalities

  3   caused by this improperly-manufactured product?

  4        A.   Probably it's better-worded "fatalities which

  5   may be caused."

  6        Q.   Okay.  I mean, you're not aware of any

  7   prerecall instances where a defective tablet was known

  8   to have caused a fatality, are you?

  9        A.   No.

 10        Q.   I just have a couple more, and then I'll turn

 11   this over to Hunter.

 12             Let's -- let's try to put yourself in October

 13   of 2007 -- okay --

 14        A.   Okay.

 15        Q.   -- and everything you knew about Mimi Vega at

 16   that point based on her echocardiograms, her caths, her

 17   clinical course, et cetera.  Okay?

 18        A.   Yes.

 19        Q.   For a woman with her findings, test results,

 20   and clinical condition, what were her chances of

 21   survival on oral medical management alone for one year?

 22        A.   I don't think that can be determined.

 23        Q.   Would it be less than 50 percent?

 24        A.   I don't think I can say.

 25        Q.   Okay.  Well, when you made the decision to put

Reynolds Delgado, M.D.                                      May 25, 2011

Page 372

```
 1   her on IV milrinone at home, were there statistics and
 2   experience at play in your mind that were telling you
 3   that unless I bridged her to transplant with this
 4   milrinone therapy, her chances of survival on this oral
 5   therapy alone were not good?
 6        A.   I don't think that was necessarily my thinking.
 7   In fact, she had been stable for a prolonged period of
 8   time; and, perhaps, my thinking may have been that I
 9   could use the milrinone as a quick means of
10   restabilizing her -- in other words, she'd be able to be
11   weanable.
12        Q.   When was somebody going to try to wean her?
13   Wean her?  Better pronounce those right.
14        A.   Yes.
15        Q.   Transcript will be funny.
16        A.   I don't know specifically.
17        Q.   Okay.  But if you have a patient on IV
18   milrinone who meets the criteria for IV milrinone, the
19   chances of survival for one to two years is 30 percent
20   or less; correct?
21        A.   It depends on the study you believe.
22        Q.   Well, I think the studies in your papers have
23   30 percent or less; correct?
24        A.   My own paper showed a -- I believe it was 23
25   percent mortality at a year.
```

Reynolds Delgado, M.D.                                May 25, 2011

                                                        Page 373

1        Q.    Okay.  What was it at two years?

2        A.    I don't believe we studied that.

3        Q.    All right.  What's the survival of patients

4   overall on LVADs as bridge to transplant for one to two

5   years?

6        A.    Currently, it's one year, approximately 85

7   percent.  That's current technology.

8        Q.    Is there literature out there co-authored by

9   Dr. Frazier that indicates that LVAD patients have 52

10  percent survival at one year, 29 percent at two years?

11       A.    There likely is, yes.

12       Q.    Okay.  Is there also likely literature out

13  there co-authored by Dr. Frazier that medical management

14  alone has survival of 28 percent at one year and 13

15  percent at two?

16       A.    Yes.

17       Q.    Okay.  I may have asked you something about

18  this before; but this REMATCH trial, were you an

19  investigator for REMATCH?

20       A.    No.

21       Q.    All right.  Here's Exhibit 57.  Was anybody at

22  Texas Heart or St. Luke's an investigator on the REMATCH

23  trial?

24       A.    Yes, Frazier and Mason.

25       Q.    Okay.  And this article, Exhibit 57, which you

Reynolds Delgado, M.D.                                    May 25, 2011

Page 374

```
 1    co-authored in 2007, it talks about REMATCH results and
 2    things about heart failure and its prognosis; correct?
 3         A.   Yes.
 4         Q.   And presumably this would have been -- you
 5    know, you were writing this and making the final
 6    publication in the year when decisions were being made
 7    about Mimi Vega's milrinone and workup for a VAD and
 8    transplant; correct?
 9         A.   Yes.
10         Q.   All right.  Doctor, I think I'm done.
11         A.   Okay.
12         Q.   You want to take a five-minute break before
13    Hunter organizes her stuff and questions you?
14         A.   Sure.
15              MS. RUSNAK:  I need a bathroom break, if
16    we can.
17              (RECESS FROM 7:33 P.M. TO 7:39 P.M.)
18              MR. MORIARTY:  We have -- I'm doing an
19    exhibit reconciliation during the break.  So, we have
20    10-A.  And then starting with 20 -- because we had 19
21    exhibits at his first session in 2009.  So, we have 20,
22    21, 22, 26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38,
23    39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 49-A, 51,
24    52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62 and 63.  Now,
25    the vast majority of these, I premarked for the
```

Reynolds Delgado, M.D.                                    May 25, 2011

Page 375

1    convenience of everybody in the room so we did not have
2    to slow down with marking exhibits.  And there are
3    several missing from this stack.  There's at least one
4    that I know I did not actually mark and bring and use
5    because -- well, just because.
6                    The record should also note there are
7    going to be two Exhibit 38s.  One is from the Vega case
8    specifically for this deposition.  The other 38 is an
9    MDL defense exhibit which is the FDA's website on "Facts
10   and Myths For Generic Drugs."  So, I will try to dig
11   around and see what we're missing.
12                   MS. RUSNAK:  Do you know what you're
13   missing, or you don't know?
14                   MR. MORIARTY:  I read them all off.  I
15   know one of them is 50, which is Dr. Delgado's report.
16   So, I'm going to dig through my stack over here.  And
17   then any that Teri winds up not having --
18                   MS. RUSNAK:  We'll be happy to copy for
19   you.
20                   MR. MORIARTY:  -- I'll be happy to copy or
21   supply them to her.  Okay?  But I'm going to look
22   through my own stack down here and see.
23                        EXAMINATION
24   BY MS. AHERN:
25       Q.   Dr. Delgado, I know it's been a very, very long

Reynolds Delgado, M.D.                                    May 25, 2011

Page 376

1   day; but you realize this is our only opportunity to ask

2   you about your report and your opinions and support for

3   your opinions?

4       A.   Okay.

5       Q.   I just want to go back and make sure that I

6   understand as much as I can some of the things we

7   discussed earlier; and, so, I'll ask some follow-up

8   questions.  And one of the things I wanted to ask you

9   about is earlier on, Mr. Moriarty talked to you about

10  probability versus possibility and discussed the term

11  "reasonable degree of medical probability."  Do you

12  remember that discussion?

13      A.   Yes.

14      Q.   Okay.  In your report you've expressed opinions

15  to a reasonable degree of medical probability?

16      A.   Yes.

17      Q.   I just want to make sure that we understand

18  your definition of reasonable degree of medical

19  probability because we kind of went back and forth on

20  that, and I just want to know what you define that as in

21  your report.

22      A.   Medical probability is how I said it earlier,

23  just how we determine that in medical -- in the medical

24  field is perhaps different than the legal field.  But

25  it's how I termed it earlier.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 377

 1       Q.   Okay.  And I'm sorry.  I don't exactly
 2   remember, or maybe I didn't understand how you termed it
 3   or how you explained it.  And I'm only interested in
 4   your definition for the sake of your report.  So, if
 5   there is a legal definition that attaches and you have a
 6   different one, I just want to know what yours is.
 7       A.   I just don't remember exactly what I said in
 8   the beginning of the deposition, but it would be that.
 9       Q.   Would it be -- I'm trying to recall that.
10   Would it be greater than 50 percent probability?
11       A.   It's whatever I initially said at the beginning
12   of the deposition.
13       Q.   Okay.  Well --
14       A.   I just don't recall the exact words.
15       Q.   So, whatever you said earlier, you're sticking
16   with?
17       A.   Is the answer, yes.
18       Q.   Okay.  And I want to talk a little bit about
19   your methodology.  In your report you say the
20   methodology that you used to arrive at your opinions in
21   this case was a differential diagnosis?
22       A.   If that's what you're reading, yes.
23       Q.   Okay.  So that you reviewed the patient's
24   clinical history and chart, available medical records,
25   recall records and data, along with any pertinent

Reynolds Delgado, M.D.                              May 25, 2011

                                                        Page 378

 1    medical or scientific literature, and the patient's
 2    clinical presentation; and you formulated an opinion as
 3    to the most probable cause of Mimi Rivera-Vega's death;
 4    is that correct?
 5         A.   If you're reading directly from my statement,
 6    then yes.
 7         Q.   Do you normally review recall records and data
 8    as part of the differential diagnosis for a patient?
 9         A.   No.
10         Q.   How often in the past have you reviewed recall
11    records or FDA data as part of your differential
12    diagnosis?
13         A.   I'd say it's rare but not unheard of.
14         Q.   But it's certainly not routine?
15         A.   Correct.
16         Q.   Okay.  And could you walk us through your
17    differential diagnosis in this particular case?
18         A.   Of what specifically?
19         Q.   Cause of death.
20         A.   Her death was caused by heart failure.
21         Q.   Dr. Delgado, differential diagnosis is a
22    process by which a physician like yourself will generate
23    a list of likely causes for a patient's symptoms and
24    then systematically rule out those causes until they end
25    up with the most likely cause.  Is that an accurate

Reynolds Delgado, M.D.                                   May 25, 2011

Page 379

1    description of a differential diagnosis?

2         A.    (Moving head side to side).

3         Q.    Okay.  Would you --

4         A.    No.

5         Q.    -- explain what a differential diagnosis is,

6    what the process is?

7         A.    It's a list of the possible causes of

8    something.

9         Q.    Okay.  In this case it would be a list of

10   possible causes for Ms. Rivera-Vega's death?

11        A.    Yes.

12        Q.    And in addition to heart failure, what other

13   causes did you consider?

14        A.    Well, it depends on what do you mean by causes

15   of death and -- I think it depends on what you mean by

16   "cause."

17        Q.    And what do you mean by "cause"?

18        A.    Well, when I say "heart failure," that's --

19   that's the overall cause; and it may not be the mode of

20   death, how she actually died.  It may not be the

21   proximate cause.  It may not be the underlying illness,

22   but it's the overall cause.

23        Q.    Okay.  And what is proximate cause?

24        A.    The thing that mostly is related to the death

25   in time, temporally related.

Reynolds Delgado, M.D.                                May 25, 2011

Page 380

1       Q.   So, what other modes -- that's not a correct

2   term, I guess.  Did you say "mode," might not be the

3   "mode" by which she died, heart failure?  What was the

4   term that you used?  I'm sorry.

5       A.   That the mode of death may be thought of as the

6   terminal event, meaning ventricular fibrillation arrest

7   or respiratory failure, what actually happened seconds

8   before she was declared dead.

9       Q.   Okay.  And can you tell me where digoxin fits

10  in in terms of your thinking here, cause of death for

11  Mimi Rivera-Vega?

12      A.   The digoxin caused the worsening of heart

13  failure that led to the progression of need for advanced

14  therapies and subsequent death.

15      Q.   Okay.  And I want to ask you a little bit about

16  that, about digoxin and worsening heart failure.  What

17  is the physiological mechanism by which digoxin can

18  cause worsening heart failure, in your opinion?

19      A.   The true answer to that is not known.

20      Q.   Are there any publications that you can direct

21  us to that support your opinion that digoxin can cause

22  worsening heart failure?

23      A.   The -- the best studies in that are related

24  to -- or are written about other inotropes rather than

25  digoxin.  Milrinone is -- there's a lot written about

Reynolds Delgado, M.D.                                      May 25, 2011

                                                            Page 381

 1    milrinone.

 2        Q.    But you're not aware of any studies that

 3    support digoxin specifically causing worsening heart

 4    failure?

 5              MS. RUSNAK:   Objection, form.

 6        A.    There are studies that have elucidated the

 7    mechanism -- the actual mechanism of action, how that

 8    happens.

 9        Q.    (BY MS. AHERN) Okay.  Are there studies that

10    generally support that proposition?

11        A.    Likely.

12        Q.    Are you aware of any specific studies?

13        A.    No.

14        Q.    And we talked a little bit about the DIG trial

15    earlier, and one of the DIG trial's findings was that

16    digoxin actually prevented or decreased the number of

17    hospitalizations due to worsening heart failure; is that

18    correct?

19        A.    Yes.

20        Q.    How do you reconcile your opinion that digoxin

21    causes worsening heart failure with the DIG trial's

22    results?

23        A.    It's -- it's the amount -- it's in the amount.

24    Like most cardiovascular drugs, it's a bell-shaped curve

25    as to the effect of the drug and too little is worse and

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 382

1    too much is worse and balancing to stay at the top of

2    the bell-shaped curve is the key.

3         Q.   And the bell-shaped curve would be -- in this

4    case, what would the bell-shaped curve represent?

5         A.   It's a curve that looks like a bell.

6         Q.   True.  But what would it represent?

7              MS. RUSNAK:  Objection, form.

8         A.   It would represent the patient's exposure to a

9    particular drug and the clinical benefit versus

10   detriment.

11        Q.   (BY MS. AHERN) And I'm going to skip real quick

12   to amiodarone.  Doctor, we already talked a little bit

13   about amiodarone's effects on digoxin levels and that it

14   can increase the digoxin levels?

15        A.   Yes.

16        Q.   Are you aware of any publication that supports

17   your statement earlier that amiodarone's effects on

18   serum digoxin concentrations is dependent on the dose of

19   amiodarone?

20        A.   Not aware of any publications.

21        Q.   Is that based on your -- is your statement

22   based on your experience with amiodarone?

23        A.   Yes.

24        Q.   And how do you normally monitor patients that

25   you prescribe amiodarone to who are also taking digoxin?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 383

1        A.    You don't.

2        Q.    So, you don't routinely take serum digoxin

3    concentrations in patients who are on amiodarone?

4        A.    No.

5        Q.    So, how do you determine whether or not there

6    is a potentially dangerous increase in digoxin levels on

7    a patient taking amiodarone?

8        A.    If you give a high dose of amiodarone, then

9    you, at the same time, cut the dose of the digoxin.

10        Q.    And what is a high dose of amiodarone, in your

11    opinion?

12        A.    800 a day -- milligrams.

13        Q.    How often do you prescribe an 800-milligram

14    dose of amiodarone to patients?

15        A.    At least once a week.

16        Q.    Would you consider that to be a relatively

17    standard dose?

18        A.    Depends on what you're treating.

19        Q.    Okay.  If you're treating -- well, what would

20    you prescribe amiodarone and digoxin for?

21        A.    Usually atrial fibrillation.

22        Q.    Would you use amiodarone with digoxin in any

23    other context?

24        A.    Occasionally.

25        Q.    What sorts of things?

Reynolds Delgado, M.D.                                    May 25, 2011

                                                          Page 384

1          A.    Possibly treating other arrhythmias, other

2     types of arrhythmias.

3          Q.    Okay.   What types of arrhythmias?

4          A.    Well, amiodarone can treat a variety of

5     supraventricular and ventricular tachycardias.

6          Q.    Patients who were taking -- who you prescribed

7     amiodarone to for those types of arrhythmias, would they

8     also be taking digoxin?

9          A.    Not necessarily.

10         Q.    Can you think of a context in which they would

11    be taking both, if you were treating for a ventricular

12    arrhythmia?

13         A.    Yes.

14         Q.    In what sort of context?

15         A.    Someone who has two different problems,

16    ventricular arrhythmia and heart failure or ventricular

17    arrhythmia and a-fib, for example.

18         Q.    Has it ever been your practice when prescribing

19    amiodarone to cut the dig dose in half?

20         A.    Uh-huh.   Sorry.   Yes.

21         Q.    Is there a particular reason that you didn't do

22    so in the case of Ms. Vega?

23         A.    From what I can see, I only used a low dose of

24    amiodarone on her.

25         Q.    Do you recall what that dose was?

Reynolds Delgado, M.D.                                    May 25, 2011

Page 385

 1        A.    100 milligrams.

 2        Q.    Do you know what the half-life of amiodarone

 3   is?

 4        A.    It depends.

 5        Q.    And what does it depend on?

 6        A.    On the volume of distribution you're talking

 7   about.  It's a very complicated drug in its

 8   pharmacokinetics.

 9        Q.    Can it take several weeks for the effects of

10   amiodarone to reach their potential maximum?

11        A.    Depends on the effects.

12        Q.    Antiarrhythmic effects.

13        A.    Depends on the arrhythmia.

14        Q.    When is the last time you reviewed the

15   Cordarone or the Pacerone labels?

16        A.    Not recently.

17        Q.    And to what extent do you rely on your pharmacy

18   at the hospital to point out any drug interactions to

19   you when you prescribe?

20        A.    I think they're very good at it.

21        Q.    Do you normally research that yourself with the

22   labels of various drug products in the PDR, or do you

23   generally rely on the staff -- pharmacy staff?

24        A.    It depends on if it's a drug that I have

25   experience with or not.  And certainly the computer

Reynolds Delgado, M.D.                                    May 25, 2011

Page 386

 1    programs help us, too.

 2         Q.   And what kind of computer programs do you use

 3    at St. Luke's?

 4         A.   eClinical is the one I use in my office.

 5    St. Luke's has other programs.  I don't know the actual

 6    names.  EMRs.

 7         Q.   All right.  Really quickly, jumping back to

 8    methodology, the differential diagnosis, other than, you

 9    know, excessive digoxin, what other potential causes for

10    Mimi Rivera's death did you rule in when you were

11    considering factors that could have caused her death?

12    That's a bad question.  I apologize.  Strike that.

13              When you were doing your differential diagnosis

14    in this case, other than excessive digoxin, what other

15    factors or things did you rule in as potential causes

16    for Mimi Rivera's death?

17         A.   I don't think you can express it in that way.

18    It's a chain of events that led to her death.

19         Q.   So, you didn't --

20         A.   The underlying cause was heart failure.

21         Q.   Okay.  But you didn't generate a list of

22    potential causes and then go through each one and knock

23    them out and end up with digoxin?

24         A.   No.  Like I said, it's a chain of events.

25         Q.   Okay.  And do you normally perform a

Reynolds Delgado, M.D.                                    May 25, 2011

                                                            Page 387

1    differential diagnosis retrospectively to determine
2    cause of death?
3        A.   No, no.
4        Q.   It's kind of an odd use for a differential
5    diagnosis?
6        A.   Well, it depends on what you're using it for.
7    Occasionally we will create a differential diagnosis on
8    an ME document, medical examiner document, for a medical
9    examiner.
10       Q.   But usually you use it to diagnose a living
11   patient's particular condition --
12       A.   Yes.
13       Q.   -- so you can treat it?
14       A.   Yes.
15       Q.   Okay.  I think that that's all I have.
16            MS. AHERN:  I'll check my notes one more
17   time, if that's okay with you.
18            MS. RUSNAK:  (Moving head up and down).
19            MR. MORIARTY:  She's probably triggered
20   five questions for me.
21            MS. RUSNAK:  I knew that was going to
22   happen.
23            MR. MORIARTY:  At least the number's
24   getting smaller.
25            MS. RUSNAK:  You promise?

Reynolds Delgado, M.D.                                   May 25, 2011

                                                        Page 388

     1              MR. MORIARTY:  You want me to wait for

     2      you?

     3              MS. AHERN:  No.  You can go ahead.

     4                        REEXAMINATION

     5      BY MR. MORIARTY:

     6          Q.   In answer to one of Hunter's questions, you

     7      said something about in your opinion, digoxin caused the

     8      worsening of heart failure which led to the progression

     9      of need for advanced therapies.  Okay?

    10          A.   Yes.

    11          Q.   That's what I want to ask you about.  What

    12      advanced therapies are you talking about?

    13          A.   LVAD transplant.

    14          Q.   You are not including milrinone in the advanced

    15      therapies category?

    16          A.   No.

    17          Q.   All right.  And to make sure that I understand

    18      the sequence correctly, in October of 2007 and then into

    19      November of 2007, the workup for a VAD and transplant

    20      had already started; correct?

    21          A.   I don't remember specifically.

    22          Q.   We went through those notes where -- "likely

    23      need VAD," et cetera, in October and November; right?

    24          A.   That doesn't mean it was started, though.  We

    25      often get curtailed by -- even if our intent is to start

Reynolds Delgado, M.D.                                    May 25, 2011

Page 389

1    at that time, we're often curtailed by third-party

2    payers, other reasons.

3        Q.   But medically, in your mind, her condition

4    warranted the workup for a VAD and a transplant starting

5    in October of 2007?

6                (REPORTER CLARIFICATION)

7        Q.   (BY MR. MORIARTY) In your mind, medically --

8    forget third-party payers or anything else.  Medically,

9    in October of 2007 and in November, you had said "likely

10   need VAD and workup for VAD and transplant"; correct?

11       A.   I said those things on my --

12       Q.   Okay.

13       A.   -- on my notes at that time.

14       Q.   And once she was started on the IV milrinone,

15   you knew that the long-term survival with that was well

16   less than 50 percent and, more likely than not, she

17   would need to be converted to a VAD at some point;

18   correct?

19       A.   Well, depends on what you call long-term.  Just

20   as an example, I have one patient in the hospital right

21   now who's been on IV milrinone three different times

22   over ten years and a total of probably four years on

23   milrinone; and he's still alive.  So --

24       Q.   Well, statistics are what they are; and we've

25   talked enough about those.

Reynolds Delgado, M.D.                                    May 25, 2011

Page 390

```
 1              So, I think what Hunter was trying to get at
 2     and I'm not clear on is you believe that worsening heart
 3     failure caused her death.  Your original domino in the
 4     chain, in your opinion, is digoxin.  So, as part of the
 5     differential diagnosis, what other potential causes of
 6     worsening heart failure did you consider in the
 7     differential and then rule out?
 8          A.   Well, I can't comment now on what my thinking
 9     was then; but in general, I would say a concomitant
10     illness, for example; progression of the underlying
11     cardiomyopathy, for example.  An example of postpartum
12     cardiomyopathy progressing, the underlying
13     cardiomyopathy, would be if a woman gets pregnant again.
14     That obviously wasn't the case with her, but that's just
15     an example.  Another underlying concomitant illness
16     would be, say, urinary tract infection or pneumonia, you
17     know, something else or a totally separate insult to the
18     heart like, for example, myocardial infarction just
19     happened to happen just due to coronary disease.
20          Q.   Okay.  And then I think you said drugs were in
21     the potential list?
22          A.   Right.
23          Q.   And --
24          A.   A good example is Adriamycin.
25          Q.   Okay.  And she's on a lot of other medications
```

Reynolds Delgado, M.D.                                      May 25, 2011

Page 391

1     besides digoxin; correct?

2          A.   Yes.

3          Q.   Anything else that could have been in the

4     possible list?

5          A.   Not that I can think of offhand.

6          Q.   Okay.  And is it your opinion, to a

7     probability -- I don't want to go through each one of

8     these in detail.  Is it your opinion, to a probability,

9     that you've ruled out all but digoxin as the initial

10    precipitating cause of her decline?

11         A.   Yes.

12         Q.   Okay.  And when did this decline actually

13    start?

14         A.   It's not entirely clear.

15         Q.   Well, she was admitted on January 22nd very

16    late in the day, discharged on the 25th.  So, she's

17    under medical care and can be watched and tested.  And

18    she's readmitted on the 31st.  Okay?  In -- and if you

19    want to go back into earlier January, that's fine.  Do

20    you have an opinion, to a reasonable degree of

21    probability, when this worsening heart failure began or

22    when she, in your terms, fell off the cliff?

23         A.   Yeah.  That's very difficult to pinpoint

24    because it doesn't necessarily apply or have anything to

25    do with the volume overload episode.

Reynolds Delgado, M.D.                                    May 25, 2011

                                                              Page 392

     1        Q.   So, are you telling me you don't have an

     2    opinion as to when this worsening of the heart failure

     3    began in January or February, 2008?

     4        A.   Roughly in that time frame, I can say; but

     5    specific -- I can't be specific.

     6        Q.   Okay.  That's all I have.

     7               MS. RUSNAK:  Okay.  We will reserve for

     8    trial.

     9               (DEPOSITION CONCLUDED AT 8:10 P.M.)

    10

    11

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

Reynolds Delgado, M.D.                                    May 25, 2011

Page 393

1    THE STATE OF TEXAS:

2    COUNTY OF JEFFERSON:

3        I, TERI DAIGLE, a Certified Shorthand Reporter,

4    hereby certify that the foregoing testimony was given

5    before me after the Witness had been first duly sworn.

6        I further certify that this transcript was typed

7    under my direction and that it is a complete and correct

8    copy of the transcript of the proceedings; and that it

9    is being returned to the attorney taking same to be

10   filed by if necessary.

11       I further certify that I am neither attorney for,

12   related to, nor employed by any of the parties to the

13   lawsuit in which this deposition was taken.  Further, I

14   am neither related to nor employed by any attorney of

15   record in this cause; nor do I have a financial interest

16   in the matter.

17       GIVEN UNDER MY HAND AND SEAL OF OFFICE in Beaumont,

18   Texas, on this the _____ day of _____,

19   2011.

20                    _____

21                    TERI DAIGLE, RPR, TCRR
                      Texas CSR No. 4441/Louisiana CCR No. 23043
22                    Expiration Date:  December 31, 2011
                      Nell McCallum & Associates, Inc.
23                    Firm Registration No. 143
                      2615 Calder Avenue, Suite 111
24                    Beaumont, Texas 77702

25

Reynolds Delgado, M.D.                                    May 25, 2011

1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2
              ASSIGNMENT NO.35349
3              CASE NAME:Digitek Products Liability Litigation
              DATE OF DEPOSITION:May 25, 2011
4              WITNESS' NAME: Reynolds Delgado, M.D.
5   In accordance with the Rules of Civil Procedure,
       I have read the entire transcript of my testimony or it
6       has been read to me.

7          I have made no changes to the testimony as
       transcribed by the court reporter.
8

9
      _____  _____
10     Date Witness

11
          Sworn to and subscribed before me, a Notary Public in
12     and for the State and County, the referenced witness did
       personally appear and acknowledge that:
13
    They have read the transcript;
14  They signed the foregoing sworn Statement; and
    Their execution of this Statement is of their free
15       act and deed.

16
          I have affixed my name and official seal this _____
17
     day of _____, 20_____.
18

19
    _____
20  Notary Public

21
    _____
22  Commission Expiration Date

23

24

25

Reynolds Delgado, M.D.                                    May 25, 2011

```
 1   DEPOSITION REVIEW
                    CERTIFICATION OF WITNESS
 2
             ASSIGNMENT NO. 35349
 3            CASE NAME: Digitek Products Liability Litigation
             DATE OF DEPOSITION: May 25, 2011
 4            WITNESS' NAME: Reynolds Delgado, M.D.
 5   In accordance with the Rules of Civil Procedure,
      I have read the entire transcript of my testimony or it
 6     has been read to me.
 7   I have listed my changes on the attached Errata
      Sheet, listing page and line numbers as well as the reason(s)
 8     for the change(s).
 9   I request that these changes be entered as part of the
      record of my testimony.
10
     I have executed the Errata Sheet, as well as this
11    Certificate, and request and authorize that both be appended
      to the transcript of my testimony and be incorporated therein.
12
13   _____ _____
     Date Witness
14
          Sworn to and subscribed before me, a Notary Public in
15   and for the State and County, the referenced witness did
     personally appear and acknowledge that:
16
          They have read the transcript;
17     They have listed all of their corrections in the
     appended Errata Sheet
18   They signed the foregoing sworn Statement; and
          Their execution of this Statement is of their free
19     act and deed.
20     I have affixed my name and official seal this _____
21     day of _____, 20_____.
22   _____
     Notary Public
23
24   _____
     Commission Expiration Date
25
```

Reynolds Delgado, M.D.                                    May 25, 2011

```
 1    ERRATA SHEET
          RENNILLO DEPOSITION & DISCOVERY - A VERITEXT COMPANY
 2
                  ASSIGNMENT NO. 35349
 3                CASE NAME: Digitek Products Liability Litigation v.
              DATE OF DEPOSITION: May 25, 2011
 4             WITNESS' NAME: Reynolds Delgado, M.D.
 5
              PAGE/LINE(S)/    CHANGE              REASON
 6             ____/_____/_____/_____
               ____/_____/_____/_____
 7             ____/_____/_____/_____
               ____/_____/_____/_____
 8             ____/_____/_____/_____
               ____/_____/_____/_____
 9             ____/_____/_____/_____
               ____/_____/_____/_____
10             ____/_____/_____/_____
               ____/_____/_____/_____
11             ____/_____/_____/_____
               ____/_____/_____/_____
12             ____/_____/_____/_____
               ____/_____/_____/_____
13             ____/_____/_____/_____
               ____/_____/_____/_____
14             ____/_____/_____/_____
               ____/_____/_____/_____
15             ____/_____/_____/_____
               ____/_____/_____/_____
16             ____/_____/_____/_____
               ____/_____/_____/_____
17             ____/_____/_____/_____
               ____/_____/_____/_____
18             ____/_____/_____/_____
19                          _____
                               Reynolds Delgado, M.D.
20
                 SUBSCRIBED AND SWORN TO BEFORE ME THIS_____
21
                 DAY OF_____, 20_____.
22
23             _____
                   NOTARY PUBLIC
24
25        MY COMMISSION EXPIRES_____
```

Rennillo Deposition & Discovery
A Veritext Company
216-523-1313                                           888-391-3376