# EXHIBIT 10



Chuck Koon/MGW/MYLAN
04/23/2008 03:59 PM

To patricia.latzo@mylanlabs.com
cc
bcc
Subject Digitek Recall

History: This message has been replied to.

In follow-up to my voicemail, Actavis (formerly Amide) just called to inform us that the FDA has verbally requested a Class 1 recall of Lot: 70924A2 of Digoxin 0.125mg which was sold

to MPI and distributed by us.

There was a very clear investigation regarding double-thick tablets found in packaging of this lot.

The lot was 100% inspected by hand using trays and spatulas and 15 double thick tablets were found out of a batch of 4.8million tablets. The lot was then visually AQL'd and

passed.

We received the investigation which was closed and clear and the lot was distributed by mid-March.

FDA has been in-house at their site for 6 weeks and is asking for recalls of "other" products though none affect us and is also denying approval to their new manufacturing facility.

It appears that Actavis is in deep trouble and is being hit for "systems" issues.

At any rate, though the information is still coming in to the Quality Director, we just held a conference call with their Quality Directory who is compiling this info. and will call us back

tomorrow for another conf. call to discuss. Actavis is also preparing a press release which we requested to review.

Mike contacted Vince and Hal and is sending an email out to notify key people about this at Hal's request. This includes Bob Potter, Tony Mauro, Heather Bresch, and yourself.

Mike will complete a QIR today.

Let me know if you have any questions at all.

Sorry to bug you on your day off,
CK

C. E. Koon,
Sr. Director, Global Quality

Confidential Subject to Protective Order

