# EXHIBIT 11

| | |
|---|---|
| From: | Chuck Koon |
| Sent: | Thursday, April 24, 2008 6:51 PM |
| To: | Rajiv Malik; Heather Bresch; Hal Korman; Carolyn J Myers; John Montgomery; Didier Barret |
| Cc: | patricia.latzo@mylanlabs.com |
| Subject: | UPDATE:Quality Incident Report (Digitek 0.125mg and 0.250mg Tablets) |

UPDATE: The U.S. Head of Quality for Actavis contacted Mylan Pharmaceuticals Inc. (MPI) late this afternoon to inform them that FDA has now demanded that all lots of both strengths (0.125mg and 0.250mg) of Digitek Tablets manufactured at the Actavis Totowa site be recalled from the market and that a press release be issued immediately to notify U.S. consumers of this Class I recall. MPI is gathering the distribution data at the request of FDA and will provide it directly to them. Preliminary data indicates that approximately 198 lots are impacted that were delivered to MPI since March 2006 and distributed in the U.S. under the Bertek and UDL labels. These products have a 24-month expiration date. Stericycle, a recall contract company, is being retained to facilitate the recall and an internal MPI toll-free hotline has been established for reference in the Actavis press release.

Updates will be provided as soon as additional information becomes available.

----- Forwarded by Chuck Koon/MGW/MYLAN on 04/24/2008 05:59 PM -----

Chuck Koon/MGW/MYLAN
04/24/2008 01:40 PM

To
Rajiv Malik/MATRIX/MYLAN, Heather Bresch/PITT/MYLAN, Hal Korman/MGW/MYLAN, Carolyn J Myers/PITT/MYLAN, John Montgomery/MGAA/Merck-Gen/Merck, Didier Barret/MEFR/Merck
cc
patricia.latzo@mylanlabs.com
Subject
Quality Incident Report (Digitek 0.125mg Tablets)


Mylan Company Name: Mylan Pharmaceuticals, Inc.
Product Name: Digitek 0.125mg Tablets (Lot#: 70924A2)
Manufactured by: Actavis Totowa Little Falls, New Jersey USA
Packaged by: Actavis Totowa Little Falls, New Jersey USA
Tested by: Actavis Totowa Little Falls, New Jersey USA
Marketed by: Mylan Pharmaceuticals, Inc.
Where Marketed: USA

Incident Description: Verbal Notification received from Quality Director at Actavis Totowa that FDA has requested a Class I recall of this lot of product. The lot had been investigated for double-thick tablets by Actavis. The entire batch was visually inspected and 15 suspect tablets were found out of approximately 4.8 million tablets. The lot was then AQL'd and passed, released to MPI, and subsequently distributed

Confidential Subject to Protective Order



MYLN 000284647

by MPI.

**Actions Taken:** A conference call with the Quality Director of Actavis was immediately held by MPI Quality, Procurement, and Operations representatives. Actavis explained that this is part of a larger recall of products stemming from an on-site FDA inspection. Actavis committed to gather all relevant data and to hold a conference call on April 24 to provide specific details so that we may take action to recall this lot. Recall standard operating procedure at MPI has been initiated including Customer Relations preparation of communication script for customers, contact with recall contractor made, and FDA Baltimore District Recall Coordinator being contacted by MPI to make him aware of pending recall.

Updates will be provided pending additional information from Actavis Totowa, Little Falls, New Jersey USA.

Confidential Subject to Protective Order

MYLN 00028464S