# EXHIBIT 13



*creating value in pharmaceuticals*

## Recall Package 2008
## Digitek® (Digoxin Tablets, USP)
## 0.125mg and 0.25mg

Prepared by

Connie T. Truemper, Senior Compliance Officer

5/23/2008
Date

Reviewed/Approved by

Misbah Sherwani, Senior Manager, Quality Assurance Investigations

05·23·08
Date



DEFENDANT'S EXHIBIT
13



## I.    Product Information

| Type of Recall: |
| --- |
| Class I |

| Product names: |
| --- |
| Digitek® (Digoxin tablets, USP) 0.125 mg and 0.25 mg |

| NDC Number: |
| --- |
| 0.125 mg    Bertek    62794-145-01 |
| 0.25 mg    Bertek    62794-146-01 |

| Description of the product (Include if product is powder, liquid, tablet, capsule, etc.) |
| --- |
| Refer to enclosed Product Insert (Attachment I) |

| Intended use or indications |
| --- |
| Refer to enclosed Product Insert (Attachment I) |

| Expiration date: 24 – months (0.125 mg and 0.25 mg) |
| --- |

| **TWO COMPLETE SETS OF ALL LABELING INCLUDING:** |
| --- |

| Product labeling / Individual package label: Attachment II |
| --- |
| The subject products are manufactured and labeled for Bertek (Mylan) Pharmaceuticals, Inc. |

| Case label: |
| --- |
| Attachment III (Examples 0.125 mg Lots 80189A1, 80046A1, 80045A1 and 0.25 mg Lots 80108A1, 80112A1, 80111A1) |

| Product/Package Inserts: Attachment I |
| --- |

| Directions for Use: Refer to enclosed Product Insert (Attachment I) |
| --- |

| Promotion Material (if applicable): None |
| --- |

| NDA/ANDA/NADA Number: ANDA # 40-282 |
| --- |

| Strength: 0.125 mg and 0.25 mg |
| --- |

| Route of Administration: Oral |
| --- |

| Expected shelf life of product: 24 -months |
| --- |

## II.    Recalling Firm Information

| Firm name, address, city, state, zip |
| --- |
| Actavis Totowa LLC 101 East Main Street, Little Falls, NJ 07424 |

| Firm type: |
| --- |
| Contract Manufacturer: The products are manufactured and labeled for Bertek (Mylan) Pharmaceuticals, Inc. |



actavis
creating value in pharmaceuticals

Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 3 of 21

## II.   Recalling Firm Information (Continued)

**CONTACTS for Recalling Firm:**

Anthony J. Delicato, Director, Quality Assurance  - 908/659/2736

Misbah Sherwani, Senior Manager Quality Investigations  - 908/906/4469

Name/title/address/phone number of the most responsible individual for the recalling firm.

Sigurdur Oli Olafsson, CEO, Actavis Inc.
60 Columbia Road, BLDG. B
Morristown, NJ 07960
Work 973-993-4355

Public contact (Name/title/phone/fax number/e-mail address)

None

**MANUFACTURER**

Firm name, address, city, state, zip

Actavis Totowa LLC 101 East Main Street, Little Falls, NJ 07424

FDA registration number:  FEI # 2244683

**FIRM RESPONSIBLE FOR THE VIOLATION/PROBLEM**

Firm name, address, city, state, zip:

Actavis Totowa LLC 101 East Main Street, Little Falls, NJ 07424

## III.   REASON FOR THE RECALL

How product is defective and/or violative:

Digoxin tablets exceeded tablet thickness specifications.

How the defect affects the performance and safety of the product:

Use of this product poses an adverse health consequence to the consumer. Refer to enclosed Health Hazard Assessment: Attachment V

How the problem was discovered:

During the packaging operation of lot 70924A1 (0.125 mg Digoxin Tablets), the packaging operator observed tablets with approximately double the thickness on the counter channel.

**Date Discovered:**

11/30/2007

**Date(s) of Occurrence:**

11/19/2007

Scope of the Product/Problem:

Investigation results indicate that the problem is associated with all in-date marketed lots.

ACTAV 000028180



Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 4 of 21

## III.    REASON FOR THE RECALL (Continued)

Field Alert submitted:
    None

## IV.    HEALTH HAZARD ASSESSMENT

Attachment V

## V.  VOLUME OF RECALLED PRODUCT

Refer to Attachment VII for Lot Specific Details

Total quantity released:

| Strength | Quantity |
|---|---|
| 0.125mg | 1,724,851   bottles |
| 0.25mg | 1,499,935   bottles |

Quantities released are direct shipments to Mylan Pharmaceuticals, Inc.

Date(s) manufactured:

| Strength | Manufacturing Dates |
|---|---|
| 0.125mg | From   4/20/2006 to 3/17/2008 |
| 0.25mg | From   4/08/2006 to 2/09/2008 |

Quantity distributed:

| Strength | Quantity |
|---|---|
| 0.125mg | 1,724,851   bottles |
| 0.25mg | 1,499,935   bottles |

Date(s) distributed:

| Strength | Distribution Dates |
|---|---|
| 0.125mg | From 06/06/2006 to 03/31/2008 |
| 0.25mg | From 5/10/2006 to 03/21/2008 |

Quantity on HOLD by Recalling firm and its distribution centers:

No recalled lots are hold with Actavis and its distribution centers. Prior to initiation of the recall, the subject lots were shipped to Mylan Pharmaceuticals warehouse/distribution center in Greensboro, NC.



## VI. VOLUME OF RECALLED PRODUCT (Continued)

Refer to Attachment VII for Lot Specific Details

Product Quarantined:

Recalled lots are to be returned to:

> Stericycle
> 2670 Executive Drive, Suite A
> Indianapolis, IN 46241

The recalled material will be stored as segregated material until FDA approval for its destruction is received.

Estimate amount remaining in marketplace at:

| Strength | Quantity |
|----------|----------|
| 0.125mg | 1,724,851   bottles |
| 0.25mg | 1,499,935   bottles |

Status/disposition of marketed product, if known, (e.g., used, transfused, implanted, used in further manufacturing or destroyed):

> Used

## VI.   DISTRIBUTION PATTERN

Number of DIRECT accounts by type:

> Refer to Attachment IV

> Example: Wholesalers/distributors, Re-packers, Manufacturers, Retail/pharmacy/veterinarian, Users (medical devices – hospitals, clinics, laboratories), Consumers (internet or catalog sales), Federal government consignees, Foreign consignees (specify whether they are wholesale distributors, retailers or users)

Geographic areas of distribution, including foreign countries

> Domestic US; see Attachment IV

## VII.   RECALL STRATEGY

Recall level in Distribution Chain: Consumer Level

> Recall letters were sent to the direct consignees that were shipped the subject lots via UPS overnight on <u>4/28/08.</u>

ACTAV 000028182



## VII.   RECALL STRATEGY (Continued)

**Rationale for Consumer level:**

Due to the severity of the health risk, we recommend a Level I recall.

**Method of notification:**

Written notification via UPS Overnight delivery

Sample Letter enclosed (Attachment VI)

**Instructions for customers:**

Consignees are requested to examine their respective inventory for the subject lots and return any remaining stock of the recalled lots only.

Refer to enclosed Sample Letter (Attachment VI)

**Product Return:**

An approved 3rd party provider of pharmaceutical returns is providing recall services that includes preparation of and distribution of letter(s) to consignees, effectiveness checks, and recall status reports. The provider is:

Capital Returns
6101 North 64th Street
Milwaukee, WI 53218

**Market Shortage:**

The recall has created a market shortage that will impact on the consumer.

**Effectiveness Check Strategy:**

Level A: 100% of the total number of consignees to be contacted.

Actions for non-responders:
A second mailing to all of the non-responders will follow about 6-8 weeks after the initial mailing. Non-responders to the 2nd mailing will then be contacted three (3) times by phone by Capital Returns

All non-responder will be noted in the recall summarization provided by Capital Returns

**Actions for Out-of Business Distributors:**

Out-of-business distributors will be handled on a case-by-case basis.

**Proposed method of destruction:**

Prior to Product Destruction the FDA NJ District Recall Coordinator will be contacted to verify whether witness by FDA is required. The product destruction by incineration will be contracted to:

Stericycle
2670 Executive Drive, Suite A
Indianapolis, IN 46241

**Product Reconditioning:**

There will be no product reconditioning. As such, it will not be necessary: (1) to make distinction between reconditioned and pre-reconditioned product to prevent confusion and (2) to contacting the FDA NJ District Recall Coordinator prior to release of reconditioned goods.

ACTAV 000028183



Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 7 of 21

## VII.   RECALL STRATEGY (Continued)

Field corrections (i.e. product re-labeling):

   There are no Field Corrections associated with the subject recall.

Estimated Time of Completion:

   12-months

Press Release:

   Attachment VIII

ACTAV 000028184



**Attachment I**

**Product Insert**

ACTAV 000028185



| | Recall Package 2008 |
|---|---|
| | Digitek® (Digoxin Tablets, USP) |
| | 0.125mg, 0.25mg |
| | Page 9 of 21 |

**Attachment II**

**Product Label**

ACTAV 000028186



| | Recall Package 2008 |
| --- | --- |
| | Digitek® (Digoxin Tablets, USP) |
| | 0.125mg, 0.25mg |
| | Page 10 of 21 |

**Attachment III**

**Case Label**

ACTAV 000028187

Case 2:08-md-01968   Document 522-13   Filed 08/01/11   Page 12 of 46 PageID #: 8339



**Attachment IV**

**Consignee List**

ACTAV 000028188

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60236A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47163 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60371A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47268 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60372A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4713 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60373A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4729 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60399A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 943 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60400A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 943 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60401A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 940 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60402A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4721 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60416A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4704 | 6/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60605A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47358 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60606A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4716 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60607A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4703 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |

file: Product 145 (Digoxin 0.125 mg).xls

worksheet: Product 145

ACTAV 000028189

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60608A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4714 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60643A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4730 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60644A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47376 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60645A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47274 | 8/15/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60756A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4739 | 10/5/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60757A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47329 | 10/5/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60758A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47378 | 10/5/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60759A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47364 | 10/5/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60776A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4710 | 10/5/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60777A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4728 | 10/5/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60929A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 938 | 12/6/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60930A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4727 | 12/6/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |

worksheet: Product 145

Page 2 of 8

file: Product 145 (Digoxin 0.125 mg).xls

ACTAV 000028190

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60931A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47460 | 12/6/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60932A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4745 | 12/6/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60991A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47390 | 12/6/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60992A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47256 | 6/4/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60992A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47340 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60993A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47448 | 12/6/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60994A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4722 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 61092A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4704 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70023A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47232 | 6/4/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70023A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47316 | 1/31/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70024A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47148 | 6/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70024A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47232 | 1/31/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

worksheet: Product 145

file: Product 145 (Digoxin 0.125 mg).xls

ACTAV 000028191

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70025A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 940 | 2/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70026A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4681 | 2/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70027A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 940 | 2/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70078A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 46908 | 5/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70079A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4719 | 2/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70080A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4722 | 3/13/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70080A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4716 | 6/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70081A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 1692 | 5/14/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70081A2 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 45354 | 5/14/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70082A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4676 | 3/13/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70082A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4671 | 6/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70134A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4708 | 3/13/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

worksheet: Product 145

file: Product 145 (Digoxin 0.125 mg).xls

ACTAV 000028192

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70134A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4707 | 6/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70135A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 938 | 3/13/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70136A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 942 | 3/26/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70147A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 941 | 3/26/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70149A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 943 | 3/26/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70160A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47305 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70161A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47255 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70207A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4710 | 6/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70208A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 943 | 5/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70209A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4692 | 5/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70296A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 46700 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70297A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4717 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

worksheet: Product 145

Page 5 of 8

file: Product 145 (Digoxin 0.125 mg).xls

ACTAV 000028193

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70298A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47230 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70299A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 942 | 5/14/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70300A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 941 | 6/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70557A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4731 | 8/17/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70558A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4724 | 8/17/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70559A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 943 | 8/17/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70560A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47292 | 8/17/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70600A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4715 | 8/17/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70601A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4731 | 9/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70736A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4714 | 10/31/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70737A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4718 | 10/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70738A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 941 | 10/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

worksheet: Product 145

file: Product 145 (Digoxin 0.125 mg).xls

ACTAV 000028194

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number 2 | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70753A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 936 | 10/30/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70766A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47356 | 10/16/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70767A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47244 | 10/30/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70768A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4721 | 10/30/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70769A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4726 | 10/30/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70770A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 941 | 12/12/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70924A2 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4723 | 1/30/2008 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70925A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4673 | 12/12/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70926A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 945 | 12/12/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70949A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47280 | 12/12/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70950A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 46656 | 12/26/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70951A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4686 | 12/26/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70952A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4681 | 12/26/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 70953A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 938 | 12/26/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 71004A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 939 | 12/28/2007 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

ACTAV 000028195

Print Date: 5/21/2008

Product 145 - Digoxin 0.125 mg
Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71005A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47076 | 1/16/2008 | MYLAN LABS | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80044A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47400 | 3/12/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80045A1 | DIGITEK .125MG TABLETS | 5000 | 62794-0145-56 | 941 | 2/20/2008 | MYLAN PHARMACEUTICALS INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80046A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4697 | 2/20/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80047A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4689 | 2/20/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80189A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47360 | 3/21/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80190A1 | DIGITEK .125MG TABLETS | 100 | 62794-0145-01 | 47471 | 3/21/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 80227A1 | DIGITEK .125MG TABLETS | 1000 | 62794-0145-10 | 4729 | 3/31/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

worksheet: Product 145

file: Product 145 (Digoxin 0.125 mg).xls

ACTAV 000028196

print date: 5/21/2008

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

| Lot/Serial Number | Item Desc | Description 2 | Item Number | Quantity | Date | Name | Type of Account | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60319A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41305 | 5/10/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60320A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4135 | 5/10/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60321A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41432 | 5/10/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60322A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4130 | 5/10/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60323A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41479 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60497A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 827 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60498A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 827 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60499A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 825 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60511A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41512 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60512A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4143 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60513A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4131 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60514A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41512 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

file: Product 146 (Digoxin 0.25 mg).xls

workbook: product 146

ACTAV 000028197

print date: 5/21/2008

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

| ID | Description | Qty | NDC | Number | Date | Manufacturer | Label | Address | Distribution | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60515A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4141 | 7/7/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60677A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 44498 | 8/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60678A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41520 | 8/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60679A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4146 | 8/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60680A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4146 | 8/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60681A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4142 | 8/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 60863A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41482 | 11/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60864A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41562 | 11/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 60865A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4146 | 11/6/2006 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 61053A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4128 | 12/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 61054A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4147 | 12/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 61055A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4152 | 12/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 61056A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41539 | 12/29/2006 | MYLAN BERTEK PHARMACEUTICALS | Private Label | 2898 Manufacturers Road | Greensboro Distribution Ctr | GREENSBORO | NC | 27406 |
| 61057A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 828 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 61097A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41496 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |
| 61098A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 829 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | | GREENSBORO | NC | 27406 |

workbook: product 146

file: Product 146 (Digoxin 0.25 mg).xls

ACTAV 000028198

print date: 5/21/2008

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61099A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4141 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61100A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41460 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61101A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41484 | 7/20/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61101A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41520 | 1/31/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61102A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41390 | 1/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61103A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41283 | 1/31/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61103A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41172 | 7/20/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61104A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41399 | 1/31/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 61104A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41364 | 7/20/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70120A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4079 | 3/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70121A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 823 | 3/26/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 7012ZA1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4128 | 5/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70174A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41148 | 5/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |

workbook: product 146

file: Product 146 (Digoxin 0.25 mg).xls

ACTAV 000028199

print date: 5/21/2008

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70175A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 829 | 5/8/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70176A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41524 | 5/14/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70370A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4144 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70371A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4151 | 5/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70372A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 828 | 6/4/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70386A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 824 | 6/4/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70454A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 825 | 6/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70455A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4148 | 6/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70456A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4142 | 7/12/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70457A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4124 | 7/12/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70458A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 823 | 9/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70551A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41476 | 8/7/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70664A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41491 | 9/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |

workbook: product 146

file: Product 146 (Digoxin 0.25 mg).xls

ACTAV 000028200

print date: 5/21/2008

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

| ID | Description | Qty | NDC | Number | Date | Customer | | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70665A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4132 | 9/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70666A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4148 | 9/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70670A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41319 | 9/24/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70671A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4143 | 9/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70672A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 827 | 9/27/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70673A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41464 | 10/3/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70811A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41530 | 11/7/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70812A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41578 | 11/7/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70813A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4146 | 11/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70832A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 824 | 11/19/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70833A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 825 | 11/20/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70834A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 825 | 11/20/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 70835A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41289 | 1/8/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |

ACTAV 000028201

print date: 5/21/2008

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

| 70836A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4139 | 12/28/2007 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71032A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 822 | 1/8/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 71033A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4142 | 1/8/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 71034A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 827 | 1/8/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 71035A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 825 | 1/16/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 71036A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41541 | 1/16/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 71054A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41473 | 1/30/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 80002A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41475 | 1/30/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 80003A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41444 | 2/20/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 80108A1 | DIGITEK .25MG TABLETS | 100 | 62794-0146-01 | 41436 | 2/28/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 80109A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4110 | 2/28/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 80110A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 825 | 2/28/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |
| 80111A1 | DIGITEK .25MG TABLETS | 5000 | 62794-0146-56 | 824 | 3/12/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |

Page 6 of 7

workbook: product 146

file: Product 146 (Digoxin 0.25 mg).xls

ACTAV 000028202

Product 146 Digoxin 0.25 mg Distribution
Attachment IV

print date: 5/21/2008

| 80112A1 | DIGITEK .25MG TABLETS | 1000 | 62794-0146-10 | 4122 | 3/21/2008 | MYLAN PHARMACEUTICALS, INC. | Private Label | 2898 MANUFACTURERS ROAD | GREENSBORO | NC | 27406 |

workbook: product 146

Page 7 of 7

file: Product 146 (Digoxin 0.25 mg).xls

ACTAV 000028203



Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 12 of 21

**Attachment V**

**Health Hazard Evaluation**

ACTAV 000028204




Attachment V
Q4 5/15/08

*Memo*

| To | File | | Date | 18-Apr-08 |
|---|---|---|---|---|
| From | Jerrold B. Leikin MD –Director of Medical Toxicology ENH OMEGA | | | |
| Subject | Health Hazard Evaluation – Digoxin Tabs 0.125 mg | Reference | | Investigation log # 07-093 |

Actavis Medical Affairs contracted Jerrold B. Leikin MD. to perform a Health Hazard Evaluation (HHE) for the subject drug product. Specifically, to evaluate the impact of Digoxin Tabs 0.125 mg that were had a thickness approximately double to that required ; this issue was found during packaging/filling operations on packaging line # 405 in November, 2007 (batch # 70924A1).

Therapeutic use: Cardiac inotropic and anti-arrhythmic agent indicated for the treatment of mild to moderate heart failure.

Root cause evaluation noted that the tablets found with double thickness might have been produced during the re-adjustment at start up. It was believed possible that the tablets might have been stuck in the tablet de-duster or metal detector and was not noticed by the press operator.

Clinical conclusion: Potential risks to the patient depend upon the constituency of the tablets. If the tablets contain double the dose (0.250 mg), then it can be expected that digitalis toxicity can occur in individuals taking daily doses or in patients with renal insufficiency. Toxicity can include nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia. Death can result from excessive digitalis intake.

If the increased thickness is due to clinically inert substances, then a decreased amount of digitalis may be absorbed, leading to exacerbation of the underlying cardiac disease (congestive heart failure and arrhythmia) due to lack of therapeutic efficacy.

Based upon US Actavis Medical Affairs' internal review of domestic spontaneously reported adverse events for the time period of January 1, 2005 until March 31, 2008, a pattern of events were not identified for this product related or unrelated to known adverse events. Serious adverse events implies that such events are associated with death, a life-threatening event, caused permanent disability or damage, led to hospitalization, involved a congenital abnormality, or may have caused an important medical event. In this review, eleven adverse events were noted. Reported adverse event cases do not imply a direct cause-effect relationship of the product and the event since these are spontaneously reported cases that may have multiple confounding factors reported by known and unknown qualified sources.

| Dates | ID Number | Expedited/Periodic | Adverse Event | Domestic Spontaneous (lot number and Exp date) |
|---|---|---|---|---|
| 26-MAY-2006 | 2006AL001331 | PERIODIC | Vision blurred | unknown |
| 05-JUL-2006 | 2006AL001672 | PERIODIC | Rash, Pruritus | unknown |
| 03-AUG-2006 | 2006AL002107 | PERIODIC | Diarrhoea, Fluid retention | unknown |
| 11-SEP-2006 | 2006AL002747 | PERIODIC | Blood pressure increased | unknown |
| 29-SEP-2006 | 2006AL002987 | EXPEDITED | Cardiac failure acute, Cardiac failure congestive | unknown |
| 16-OCT-2006 | 2006AL003173 | EXPEDITED | Tremor, Gait abnormal, | unknown |

ACTAV 000028205



creating value in pharmaceuticals

|  |  |  | Paraesthesia |  |
|---|---|---|---|---|
| 05-MAR-2007 | 2007AL000909 | PERIODIC | Drug ineffective, Dysgeusia, Atrial fibrillation | 60400A1 |
| 10-MAY-2007 | 2007AL001896 | PERIODIC | Hyperaesthesia, Burning sensation, Erythema, Cough, Hoarseness | unknown |
| 01-JUN-2007 | 2007AL002191 | PERIODIC | Asthenia, Fatigue, Visual disturbance | unknown |
| 10-JAN-2008 | 2008AL000238 | PERIODIC | Medication error | unknown |
| 20-MAR-2008 | 2008AL001820 | PERIODIC | Heart rate increased, Drug ineffective | unknown |

Jerrold B. Leikin MD, Director of Medical Toxicology ENH OMEGA

Copy To:

Jasmine Shah, Vice President, US Regulatory Affairs
Phyllis Lambridis, Vice President, US Quality & Compliance
Tony Delicato, Site Director, Quality Assurance
Sarita Thapar, Director of Medical Affairs

ACTAV 000028206



| | Recall Package 2008 |
| --- | --- |
| | Digitek® (Digoxin Tablets, USP) |
| | 0.125mg, 0.25mg |
| | Page 13 of 21 |

**Attachment VI**

**Sample Letter**

ACTAV 000028207

Attachment VI
CK 5/19/08



creating value in pharmaceuticals

# URGENT: DRUG RECALL

## Digitek® (digoxin tablets, USP)

April 28, 2008

Dear Valued Customer:

This is to inform you of a product recall involving:

**Digitek® (digoxin tablets, USP)**
**NDC # 62794-145-01; 62794-145-10; 62794-145-56;**
**62794-146-01; 62794-146-10; 62794-146-56**

See enclosed product labels (See Attachment 1).

This recall has been initiated due to overweight tablets. Potential risks to the patient depend upon the constituency of the tablets. Depending on the constituency of the tablets, double the dose is taken, it can be expected that digitalis toxicity can occur in individuals taking daily doses or in patients with renal insufficiency. Toxicity can cause nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia. Death can result from excessive digitalis intake. If the increased thickness is due to clinically inert substances, then a decreased amount of digitalis may be absorbed, leading to exacerbation of the underlying cardiac disease (congestive heart failure and arrhythmia) due to lack of therapeutic efficacy.

ACTAVIS has distributed the subject lots from 03/01/06 through 04/24/08. This recall should be carried out to the **consumer level**.

Upon receipt of this letter, please take the following action:

1. **Immediately** examine your inventory and quarantine and discontinue distribution of the affected lots.

2. In addition, if you may have further distributed the recalled product, please identify your retail-level customers and notify them at once of this product recall.

3. Additionally, if the retail-level customers have further distributed the recalled product, please identify the consumer and notify them immediately of this product recall.

4. Complete the enclosed form and mail it in the self-addressed, stamped envelope enclosed. To assure accountability, it is imperative that this form be returned even if you do not have product in stock or you have already returned the product.

Page 1 of 3

ACTAV 000028208



# URGENT:  DRUG RECALL

## Digitek® (digoxin tablets, USP)

All product inventory is to be returned to:

Stericycle
2670 Executive Drive, Suite A
Indianapolis, IN 46241
RE: Digitek (Digoxin Tablets, USP)

A packing slip must be enclosed in the return, designating product, quantity and return shipping costs.   Please use the enclosed labels on the material you are returning.

As soon as your return shipment of the referenced product is processed, a credit will be promptly issued for the value of the merchandise, plus shipping costs.

Sincerely,

Phyllis Lambridis

VP, US Quality and Compliance

Actavis, Inc.

Page 2 of 3

ACTAV 000028209



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

Business Reply Form

Please complete this form and mail it in the enclosed, self-addressed, stamped envelope to:

Stericycle
2670 Executive Drive, Suite A
Indianapolis, IN 46241
Attention:  RECALL COORDINATOR
RE: Digitek (Digoxin Tablets, USP)

Consignee Name and Address:

We have inspected our stock and:

☐ NO PRODUCT IS IN INVENTORY

☐ WE ARE RETURNING THE FOLLOWING:

| Lot Number | Number of Bottles |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Page 3 of 3

ACTAV 000028210

Attachment 1

**NDC 62794-145-10**

**DIGITEK**
(digoxin tablets, USP)
125 mcg (0.125 mg)

1000 TABLETS    Ṟ only

Each tablet contains:
Digoxin, USP    125 mcg (0.125 mg)
For indications, dosage, precautions, etc.,
see accompanying package insert.
Dispense in a tight, light-resistant
container as defined in the USP.
Store at 15°-25°C (59°-77°F) in a dry
place and protect from light.
This is a bulk container and not intended
for dispensing for household use.



N 62794-145-10 8
3
Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.:
Exp. Date:
8065-01                    RRK145C1

---

**NDC 62794-145-01**

**DIGITEK**
(digoxin tablets, USP)
125 mcg (0.125 mg)

100 TABLETS    Ṟ only

Each tablet contains:
Digoxin, USP    125 mcg (0.125 mg)
For indications, dosage, precautions,
etc., see accompanying package insert.
Dispense in a tight, light-resistant
container as defined in the USP.
Store at 15°-25°C (59°-77°F) in a dry
place and protect from light.
This is a bulk container and not
intended for dispensing for household
use.



N 62794-145-01 6
3
Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.:
Exp. Date:
8064-01                    RRK145A1

---

**NDC 62794-145-56**

**DIGITEK**
(digoxin tablets, USP)
125 mcg (0.125 mg)

5000 TABLETS    Ṟ only

Each tablet contains:
Digoxin, USP . . . . 125 mcg (0.125 mg)
For indications, dosage, precautions,
etc., see accompanying package
insert.
Dispense in a tight, light-resistant
container as defined in the USP.
Store at 15°-25°C (59°-77°F) in a dry
place and protect from light.
This is a bulk container and not
intended for dispensing for household
use.



N 62794-145-56 6
3
Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.
Exp. Date:
8066-01                    RRK145Z1

SAMPLE

Attachment 1 (cont'd.)



NDC 62794-146-01

**DIGITEK**
(digoxin tablets, USP)
250 mcg (0.25 mg)

100 TABLETS    R only

Each tablet contains:
Digoxin, USP .    250 mcg (0.25 mg)

For indications, dosage, precautions, etc. see accompanying package insert.

Dispense in a tight, light-resistant container as defined in the USP.

Store at 15°-25°C (59°-77°F) in a dry place and protect from light.

This is a bulk container and not intended for dispensing for household use.



N 3  62794-146-01  3

Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.:
Exp. Date:

8067-01                    RBK146A1

---

NDC 62794-146-10

**DIGITEK**
(digoxin tablets, USP)
250 mcg (0.25 mg)

1000 TABLETS    R only

Each tablet contains:
Digoxin, USP          250 mcg (0.25 mg)

For indications, dosage, precautions, etc., see accompanying package insert.

Dispense in a light, light-resistant container as defined in the USP.

Store at 15°-25°C (59°-77°F) in a dry place and protect from light.

This is a bulk container and not intended for dispensing for household use.



N 3  62794-146-10  5

Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.:    SAMPLE
Exp. Date:
8068-01                    RBK146C1

---

NDC 62794-146-56

**DIGITEK**
(digoxin tablets, USP)
250 mcg (0.25 mg)

5000 TABLETS    R only

Each tablet contains:
Digoxin, USP . . . . 250 mcg (0.25 mg)

For indications, dosage, precautions, etc., see accompanying package insert.

Dispense in a light, light-resistant container as defined in the USP.

Store at 15°-25°C (59°-77°F) in a dry place and protect from light.

This is a bulk container and not intended for dispensing for household use.

N 3  62794-146-56  3

Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.     SAMPLE
Exp. Date:
8069-01                    RBK14d21

ACTAV 000028212

Attachment VIII
Old 5/02/2008



News release

## Actavis Totowa (formerly known as Amide Pharmaceutical, Inc.) recalls all lots of Bertek and UDL Laboratories Digitek® (digoxin tablets, USP) as precaution

*Morristown, NJ, 25 April 2008* □ Actavis Totowa LLC, a United States manufacturing division of the international generic pharmaceutical company Actavis Group, is initiating a Class I nationwide recall of Digitek® (digoxin tablets, USP, all strengths) for oral use.  The products are distributed by Mylan Pharmaceuticals Inc., under a "Bertek" label and by UDL Laboratories, Inc. under a "UDL" label.

The voluntary all lot recall is due to the possibility that tablets with double the appropriate thickness may have been commercially released.  These tablets may contain twice the approved level of active ingredient than it appropriate.

Digitek® is used to treat heart failure and abnormal heart rhythms.  The existence of double strength tablets poses a risk of digitalis toxicity in patients with renal failure. Digitalis toxicity can cause nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia.  Death can also result from excessive Digitalis intake. Several reports of illnesses and injuries have been received.

Actavis manufactures the products for Mylan and the products are distributed by Mylan and UDL under the Bertek and UDL labels.  Bertek and UDL are affiliates of Mylan.

Any customer inquiries related to this action should be addressed to Stericycle customer service at 1-888-276-6166 with representatives available Monday through Friday, 8 am to 5 pm EST.  Additional information about the voluntary recall can also be found at www.actavis.us.

Retailers who have this product are urged to return the product to their place of purchase.  If consumers have medical questions, they should contact their health care providers.

This recall is being conducted with the knowledge of the Food and Drug Administration.

Any adverse reactions experienced with the use of this product, and/or quality problems should also be reported to the FDA's MedWatch Program by phone at 1-800-FDA-1088, by Fax at 1-800-FDA-0178, by mail at MedWatch, FDA, 5600 Fishers Lane, Rockville, MD 20852-9787, or on the MedWatch website at www.fda.gov/medwatch.

ACTAV 000028213



| | Recall Package 2008 |
|---|---|
| | Digitek® (Digoxin Tablets, USP) |
| | 0.125mg, 0.25mg |
| | Page 14 of 21 |

**Attachment VII**

**Lot Specific Production Data**

ACTAV 000028214



### Attachment VII- Loot Specific Production Data
### Digoxin 0.125 mg Tablets

| Packaged Batch # (fill count) | Expiration Date | Manufacturing Date | Packaging Date |
|---|---|---|---|
| 60236A1 (100 count) | Apr-08 | 4/20/2006 | 5/11/2006 |
| 60371A1 (100 count) | Apr-08 | 4/21/2006 | 5/15/2006 |
| 60372A1 (1000 count) | Apr-08 | 4/22/2006 | 5/12/2006 |
| 60373A1 (1000 count) | Apr-08 | 4/24/2006 | 5/13/2006 |
| 60399A1 (5000 count) | May-08 | 5/4/2006 | 5/20/2006 |
| 60400A1 (5000 count) | May-08 | 5/4/2006 | 5/23/2006 |
| 60401A1 (5000 count) | May-08 | 5/5/2006 | 5/24/2006 |
| 60402A1 (1000 count) | May-08 | 5/6/2006 | 5/31/2006 |
| 60416A1 (1000 count) | May-08 | 5/16/2006 | 6/1/2006 |
| 60605A1 (100 count) | Jun-08 | 6/28/2006 | 7/13/2006 |
| 60606A1 (1000 count) | Jun-08 | 6/29/2006 | 7/19/2006 |
| 60607A1 (1000 count) | Jun-08 | 6/29/2006 | 7/20/2006 |
| 60608A1 (1000 count) | Jul-08 | 7/12/2006 | 7/21/2006 |
| 60643A1 (1000 count) | Jul-08 | 7/12/2006 | 7/28/2006 |
| 60644A1 (100 count) | Jul-08 | 7/13/2006 | 8/7/2006 |
| 60645A1 (100 count) | Jul-08 | 7/14/2006 | 8/10/2006 |
| 60756A1 (1000 count) | Sep-08 | 9/1/2006 | 9/14/2006 |
| 60757A1 (100 count) | Sep-08 | 9/5/2006 | 9/17/2006 |
| 60758A1 (100 count) | Sep-08 | 9/6/2006 | 9/21/2006 |
| 60759A1 (1000 count) | Sep-08 | 9/7/2006 | 9/23/2006 |
| 60776A1 (1000 count) | Sep-08 | 9/12/2006 | 9/27/2006 |
| 60777A1 (1000 count) | Sep-08 | 9/12/2006 | 9/28/2006 |
| 60929A1 (5000 count) | Oct-08 | 10/26/2006 | 11/7/2006 |
| 60930A1 (1000 count) | Oct-08 | 10/27/2006 | 11/8/2006 |
| 60931A1 (100 count) | Oct-08 | 10/28/2006 | 11/14/2006 |
| 60932A1 (1000 count) | Oct-08 | 10/30/2006 | 11/21/2006 |
| 60991A1 (100 count) | Nov-08 | 11/10/2006 | 11/22/2006 |
| 60992A1 (100 count) | Nov-08 | 11/11/2006 | 1/4/2007 |
| 60993A1 (100 count) | Nov-08 | 11/13/2006 | 12/3/2006 |
| 60994A1 (1000 count) | Nov-08 | 11/14/2006 | 11/29/2006 |
| 61092A1 (1000 count) | Dec-08 | 12/8/2006 | 12/23/2006 |
| 70023A1 (100 count) | Jan-08 | 1/8/2007 | 1/22/2007 |
| 70024A1 (100 count) | Jan-08 | 1/9/2007 | 1/25/2007 |

ACTAV 000028215



creating value in pharmaceuticals

Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 16 of 21

Attachment VII- Loot Specific Production Data
Digoxin 0.125 mg Tablets

| Packaged Batch # (fill count) | Expiration Date | Manufacturing Date | Packaging Date |
|---|---|---|---|
| 70025A1 (5000 count) | Jan-08 | 1/10/2007 | 1/26/2007 |
| 70026A1 (1000 count) | Jan-08 | 1/19/2007 | 1/27/2007 |
| 70027A1 (5000 count) | Jan-08 | 1/22/2007 | 1/31/2007 |
| 70078A1 (100 count) | Jan-08 | 1/23/2007 | 2/6/2007 |
| 70079A1 (1000 count) | Jan-08 | 1/29/2007 | 2/7/2007 |
| 70080A1 (1000 count) | Jan-08 | 1/30/2007 | 2/8/2007 |
| 70081A1 (100 count) | Jan-08 | 1/31/2007 | 4/3/2007 |
| 70081A2 (100 count) | Jan-08 | 1/31/2007 | 5/7/2007 |
| 70082A1 (1000 count) | Jan-08 | 2/1/2007 | 2/20/2007 |
| 70134A1 (1000 count) | Feb-08 | 2/9/2007 | 2/21/2007 |
| 70135A1 (5000 count) | Feb-08 | 2/10/2007 | 02/22/20007 |
| 70136A1 (5000 count) | Feb-08 | 2/11/2007 | 2/27/2007 |
| 70147A1 (5000 count) | Feb-08 | 2/18/2007 | 3/6/2007 |
| 70149A1 (5000 count) | Feb-08 | 2/20/2007 | 3/7/2007 |
| 70160A1 (100 count) | Feb-08 | 2/21/2007 | 5/15/2007 |
| 70161A1 (100 count) | Feb-08 | 2/22/2007 | 5/17/2007 |
| 70207A1 (1000 count) | Mar-08 | 3/12/2007 | 5/2/2007 |
| 70208A1 (5000 count) | Mar-08 | 3/13/2007 | 3/29/2007 |
| 70209A1 (1000 count) | Mar-08 | 3/14/2007 | 4/2/2007 |
| 70296A1 (100 count) | Apr-08 | 4/3/2007 | 5/21/2007 |
| 70297A1 (1000 count) | Apr-08 | 4/4/2007 | 5/3/2007 |
| 70298A1 (100 count) | Apr-08 | 4/12/2007 | 5/23/2007 |
| 70299A1 (5000 count) | Apr-08 | 4/13/2007 | 5/11/2007 |
| 70300A1 (5000 count) | Apr-08 | 4/14/2007 | 6/8/2007 |
| 70557A1 (1000 count) | Jul-08 | 7/6/2007 | 7/28/2007 |
| 70558A1 (1000 count) | Jul-08 | 7/7/2007 | 7/31/2007 |
| 70559A1 (5000 count) | Jul-08 | 7/9/2007 | 8/1/2007 |
| 70560A1 (100 count) | Jul-08 | 7/10/2007 | 8/2/2007 |
| 70600A1 (1000 count) | Jul-08 | 7/19/2007 | 8/7/2007 |
| 70601A1 (1000 count) | Jul-08 | 7/25/2007 | 8/8/2007 |
| 70736A1 (1000 count) | Sep-08 | 9/9/2007 | 9/26/2007 |
| 70737A1 (1000 count) | Sep-08 | 9/10/2007 | 9/27/2007 |
| 70738A1 (5000 count) | Sep-08 | 9/11/2007 | 9/28/2007 |
| 70753A1 (5000 count) | Sep-08 | 9/16/2007 | 10/1/2007 |

ACTAV 000028216



Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 17 of 21

### Attachment VII- Loot Specific Production Data
#### Digoxin 0.125 mg Tablets

| Packaged Batch # (fill count) | Expiration Date | Manufacturing Date | Packaging Date |
|---|---|---|---|
| 70766A1 (100 count) | Sep-08 | 9/18/2007 | 10/5/2007 |
| 70767A1 (100 count) | Sep-08 | 9/19/2007 | 10/13/2007 |
| 70768A1 (1000 count) | Sep-08 | 9/25/2007 | 10/17/2007 |
| 70769A1 (1000 count) | Sep-08 | 9/26/2007 | 10/13/2007 |
| 70770A1 (5000 count) | Sep-08 | 9/27/2007 | 11/29/2007 |
| 70924A2 (1000 count) | Nov-08 | 11/14/2007 | 1/24/2008 |
| 70925A1 (1000 count) | Nov-08 | 11/15/2007 | 12/5/2007 |
| 70926A1 (5000 count) | Nov-08 | 11/19/2007 | 12/6/2007 |
| 70949A1 (100 count) | Nov-08 | 11/19/2007 | 12/10/2007 |
| 70950A1 (100 count) | Nov-08 | 11/20/2007 | 12/12/2007 |
| 70951A1 (1000 count) | Nov-08 | 11/21/2007 | 12/12/2007 |
| 70952A1 (1000 count) | Nov-08 | 11/24/2007 | 12/14/2007 |
| 70953A1 (5000 count) | Nov-08 | 11/25/2007 | 12/18/2007 |
| 71004A1 (5000 count) | Dec-08 | 12/10/2007 | 12/20/2007 |
| 71005A1 (100 count) | Dec-08 | 12/10/2007 | 12/27/2007 |
| 80044A1 (100 count) | Jan-08 | 1/16/2008 | 1/29/2008 |
| 80045A1 (5000 count) | Jan-08 | 1/17/2008 | 1/30/2008 |
| 80046A1 (1000 count) | Jan-08 | 1/18/2008 | 1/31/2008 |
| 80047A1 (1000 count) | Jan-08 | 1/19/2008 | 2/4/2008 |
| 80189A1 (100 count) | Feb-08 | 2/29/2008 | 3/14/2008 |
| 80190A1 (100 count) | Mar-08 | 3/1/2008 | 3/18/2008 |
| 80191AI (5000 count) | Mar-08 | 3/3/2008 | 3/21/2008 |
| 80192AI (5000 count) | Mar-08 | 3/4/2008 | 3/22/2008 |
| 80202AI (1000 count) | Mar-08 | 3/6/2008 | 3/27/2008 |
| 80224AI (100 count) | Mar-08 | 3/14/2008 | 3/27/2008 |
| 80227A1 (1000 count) | Mar-08 | 3/17/2008 | 3/28/2008 |

ACTAV 000028217


creating value in pharmaceuticals

Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 18 of 21

| Attachment VII- Lot Specific Production Data Digoxin 0.25 mg Tablets | | | |
|---|---|---|---|
| Packaged Batch # (fill count) | Expiration Date | Manufacturing Date | Packaging Date |
| 60319A1 (100 count) | Apr-08 | 4/8/2006 | 5/1/2006 |
| 60320A1 (1000 count) | Apr-08 | 4/10/2006 | 5/1/2006 |
| 60321A1 (100 count) | Apr-08 | 4/11/2006 | 5/8/2006 |
| 60322A1 (1000 count) | Apr-08 | 4/11/2006 | 5/2/2006 |
| 60323A1 (100 count) | May-08 | 5/30/2006 | 6/13/2006 |
| 60497A1 (5000 count) | May-08 | 5/30/2006 | 6/16/2006 |
| 60498A1 (5000 count) | May-08 | 5/31/2006 | 6/17/2006 |
| 60499A1 (5000 count) | Jun-08 | 6/1/2006 | 6/19/2006 |
| 60511A1 (100 count) | Jun-08 | 6/5/2006 | 6/25/2006 |
| 60512A1 (1000 count) | Jun-08 | 6/5/2006 | 6/26/2006 |
| 60513A1 (1000 count) | Jun-08 | 6/6/2006 | 6/27/2007 |
| 60514A1 (100 count) | Jun-08 | 6/9/2006 | 6/27/2006 |
| 60515A1 (1000 count) | Jun-08 | 6/10/2006 | 6/28/2006 |
| 60677A1 (100 count) | Aug-08 | 8/1/2006 | 8/16/2006 |
| 60678A1 (100 count) | Aug-08 | 8/2/2006 | 8/19/2006 |
| 60679A1 (1000 count) | Aug-08 | 8/2/2006 | 8/22/2006 |
| 60680A1 (1000 count) | Aug-08 | 8/3/2006 | 8/24/2006 |
| 60681A1 (1000 count) | Aug-08 | 8/4/2006 | 8/26/2006 |
| 60863A1 (100 count) | Oct-08 | 10/4/2006 | 10/17/2006 |
| 60864A1 (100 count) | Oct-08 | 10/4/2006 | 10/25/2006 |
| 60865A1 (1000 count) | Oct-08 | 10/5/2006 | 11/1/2006 |
| 61053A1 (1000 count) | Nov-08 | 11/30/2006 | 12/9/2006 |
| 61054A1 (1000 count) | Nov-08 | 12/1/2006 | 12/12/2006 |
| 61055A1 (1000 count) | Dec-08 | 12/3/2006 | 12/13/2006 |
| 61056A1 (100 count) | Dec-08 | 12/10/2006 | 12/21/2006 |
| 61057A1 (5000 count) | Dec-08 | 12/11/2006 | 12/23/2006 |
| 61097A1 (100 count) | Dec-08 | 12/12/2006 | 12/28/2006 |
| 61098A1 (5000 count) | Dec-08 | 12/14/2006 | 12/29/2006 |
| 61099A1 (1000 count) | Dec-08 | 12/20/2006 | 1/2/2007 |
| 61100A1 (100 count) | Dec-08 | 12/21/2006 | 1/7/2007 |
| 61101A1 (100 count) | Dec-08 | 12/22/2006 | 1/12/2007 |
| 61102A1 (100 count) | Dec-08 | 12/27/2006 | 1/18/2007 |

ACTAV 000028218



creating value in pharmaceuticals

Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 19 of 21

| Attachment VII- Lot Specific Production Data Digoxin 0.25 mg Tablets | | | |
|---|---|---|---|
| Packaged Batch # (fill count) | Expiration Date | Manufacturing Date | Packaging Date |
| 61103A1 (100 count) | Dec-08 | 12/28/2006 | 1/22/2007 |
| 61104A1 (100 count) | Dec-08 | 12/29/2006 | 1/24/2007 |
| 70120A1 (1000 count) | Feb-08 | 2/5/2007 | 3/1/2007 |
| 70121A1 (5000 count) | Feb-08 | 2/6/2007 | 3/3/2007 |
| 70122A1 (1000 count) | Feb-08 | 2/7/2007 | 3/12/2007 |
| 70174A1 (100 count) | Feb-08 | 2/26/2007 | 3/11/2007 |
| 70175A1 (5000 count) | Mar-08 | 3/2/2007 | 3/19/2007 |
| 70176A1 (100 count) | Mar-08 | 3/3/2007 | 5/3/2007 |
| 70370A1 (1000 count) | May-08 | 5/1/2007 | 5/17/2007 |
| 70371A1 (1000 count) | May-08 | 5/2/2007 | 5/19/2007 |
| 70372A1 (5000 count) | May-08 | 5/3/2007 | 5/20/2007 |
| 70386A1 (5000 count) | May-08 | 5/4/2007 | 5/25/2007 |
| 70454A1 (5000 count) | Jun-08 | 6/1/2007 | 6/13/2007 |
| 70455A1 (1000 count) | Jun-08 | 6/2/2007 | 6/20/2007 |
| 70456A1 (1000 count) | Jun-08 | 6/4/2007 | 6/21/2007 |
| 70457A1 (1000 count) | Jun-08 | 6/10/2007 | 6/28/2007 |
| 70458A1 (5000 count) | Jun-08 | 6/11/2007 | 7/2/2007 |
| 70551A1 (100 count) | Jul-08 | 7/5/2007 | 7/26/2007 |
| 70664A1 (1000 count) | Aug-08 | 8/7/2007 | 8/27/2007 |
| 70665A1 (1000 count) | Aug-08 | 8/8/2007 | 8/28/2007 |
| 70666A1 (1000 count) | Aug-08 | 8/9/2007 | 8/30/2007 |
| 70670A1 (100 count) | Aug-08 | 8/10/2007 | 9/8/2007 |
| 70671A1 (1000 count) | Aug-08 | 8/16/2007 | 9/13/2007 |
| 70672A1 (5000 count) | Aug-08 | 8/20/2007 | 9/14/2007 |
| 70673A1 (100 count) | Aug-08 | 8/21/2007 | 9/27/2007 |
| 70811A1 (100 count) | Oct-08 | 10/5/2007 | 10/26/2007 |
| 70812A1 (100 count) | Oct-08 | 10/6/2007 | 10/30/2007 |
| 70813A1 (1000 count) | Oct-08 | 10/15/2007 | 11/5/2007 |
| 70832A1 (5000 count) | Oct-08 | 10/16/2007 | 11/6/2007 |
| 70833A1 (5000 count) | Oct-08 | 10/17/2007 | 11/8/2007 |
| 70834A1 (5000 count) | Oct-08 | 10/18/2007 | 11/14/2007 |
| 70835A1 (100 count) | Oct-08 | 10/20/2007 | 1/3/2008 |
| 70836A1 (1000 count) | Oct-08 | 10/22/2007 | 12/19/2007 |

ACTAV 000028219



Recall Package 2008
Digitek® (Digoxin Tablets, USP)
0.125mg, 0.25mg
Page 20 of 21

| Attachment VII- Lot Specific Production Data Digoxin 0.25 mg Tablets | | | |
|---|---|---|---|
| Packaged Batch # (fill count) | Expiration Date | Manufacturing Date | Packaging Date |
| 71032A1 (5000 count) | Dec-08 | 12/16/2007 | 12/31/2007 |
| 71033A1 (1000 count) | Dec-08 | 12/19/2007 | 1/4/2008 |
| 71034A1 (5000 count) | Dec-08 | 12/20/2007 | 1/5/2008 |
| 71035A1 (5000 count) | Dec-08 | 12/29/2007 | 1/7/2008 |
| 71036A1 (100 count) | Jan-08 | 1/2/2008 | 1/15/2008 |
| 71054A1 (100 count) | Jan-08 | 1/9/2008 | 1/17/2008 |
| 80002A1 (100 count) | Jan-08 | 1/10/2008 | 1/23/2008 |
| 80003A1 (100 count) | Jan-08 | 1/11/2008 | 2/7/2008 |
| 80108A1 (100 count) | Feb-08 | 2/4/2008 | 2/19/2008 |
| 80109A1 (1000 count) | Feb-08 | 2/5/2008 | 2/21/2008 |
| 80110A1 (5000 count) | Feb-08 | 2/6/2008 | 2/22/2008 |
| 80111A1 (5000 count) | Feb-08 | 2/8/2008 | 2/26/2008 |
| 80112A1 (1000 count) | Feb-08 | 2/9/2008 | 2/28/2008 |

ACTAV 000028220



<table>
<tr><td></td><td>Recall Package 2008<br>Digitek® (Digoxin Tablets, USP)<br>0.125mg, 0.25mg<br>Page 21 of 21</td></tr>
</table>

**Attachment VIII**

**Press Release**

ACTAV 000028221



**About Actavis Group**

Actavis is one of the world's leading generic pharmaceutical companies specializing in the development, manufacture and sale of generic pharmaceuticals.  Based in Iceland, the company has operations in 40 countries, with 11,000 employees.

*Any statements contained in this press release that refer to Actavis' estimated or anticipated future results or future activities are forward-looking statements which reflect the Company's current analysis of existing trends, information and plans. These forward-looking statements are subject to a number of risks and uncertainties that could cause actual results to differ materially depending on factors such as the availability of resources, the timing and effect of regulatory actions, the success of new products, the strength of competition, the success of research and development issues, unexpected contract breaches or terminations, exposure to product liability and other lawsuits, the effect of currency fluctuations and other factors.*

ACTAV 000028222