# EXHIBIT 30



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville MD 20857

JUN 8 1995

Jasmine Shah
Director, Regulatory Affairs
Amide Pharmaceuticals
101 East Main Street
Little Falls, New Jersey 07424

Dear Mr. Shah:

The Food and Drug Administration has completed the analysis of the following products submitted for Certification pursuant to Title 21 Code of Federal Regulations (CFR) Part 310.500.

Digoxin Tablets, 0.5mg, lot 4296A
Digoxin Tablets, 0.5mg, lot 4300A
Digoxin Tablets, 0.5mg, lot 4301A

Digoxin Tablets, 0.25mg, lot 4330A
Digoxin Tablets, 0.25mg, lot 4336A
Digoxin Tablets, 0.25mg, lot 4337A

Digoxin Tablets, 0.125mg, lot 4318A
Digoxin Tablets, 0.125mg, lot 4320A
Digoxin Tablets, 0.125mg, lot 4322A

We are pleased to inform you that, the above referenced lots are certified for distribution.

Please continue to submit samples of Digoxin Tablets pursuant to 21 CFR 310.500.

Sincerely yours,

John P. Loh
Branch Chief
Product Surveillance Branch, HFD-333
Division of Drug Quality Evaluation
Office of Compliance
Center for Drug Evaluation
  and Research

0008



DEFENDANT'S EXHIBIT

ACTAV 001944294