# EXHIBIT 32



Food and Drug Administration Office of Regulatory Affairs
Collection Report
For Sample Number 377410

This is an accurate reproduction of the original electronic record as of 02/12/2009

NR 2/13/07

**Flag**
Survey Sample

**Flag Remarks**
Finished Product CDER Survey 2007-057

| | | | | | |
|---|---|---|---|---|---|
| **Episode Number** | **Origin** Domestic | **Basis** Surveillance | **Sample Type** Official | **FIS Smpl Num** 0768704 | **Status** Completed |
| **FEI** 2244683 | **Date Collected** 02/09/2007 | **Product Code** 63FCA06 | **Responsible Firm** Manufacturer | **PAC** 56008A | **Hours** 8 |
| **Compliance Num** | **Country of Origin** United States | | | | |
| **Related Smpl Num** | **Position Class** INV | **Sampling District** NWJ-DO | **NDC Number** 52152-145 | **Permit Number** | **Storage Rqrmnt.** Ambient |
| **Dealer is Consumer** No | **Crx/DEA Schedule** | **Recall Num** | **Consumer Compl. Num** | **Brand Name** Digitek | |

**Product Description**
digoxin tablets, .0125 mg

**Product Label**
Each bottle labeled in part: "**NDC 62794-145-01 DIGITEK, (digoxin tablets, USP) 125 mcg (.0125 mg), 100 TABLETS, Rx Only**"

| **Reason for Collection** | **MFG Codes** | **Expiration Date** |
|---|---|---|
| Sample was collected as per FACTS Assignment # 794297, OperationID # 3101179, FY 2007 Finished Product CDER Survey 2007-057. | 70078A1 | JAN 09 |

| **Firm Legal Name** | **Address** | **Type of Firm** | **Firm FEI** | **FCE** |
|---|---|---|---|---|
| Actavis Totowa LLC | 101 E Main St  Little Falls, NJ  07424-5608 US | Manufacturer | 2244683 | |
| Actavis Totowa LLC | 4 Taft Rd  Totowa, NJ  07512-1006 US | Dealer | 3003450194 | |

| **Size of Lot** | **Est. Value** | **Rcpt Type** | **Carrier Name** | **Date Shipped** |
|---|---|---|---|---|
| (b)(4) bottles of 100 count each | $ (b)(4) | FDA484 | | |

**Description of Sample**
Two 100-count bottles of digoxin tablets (.0125 mg).

**Method of Collection**
See continuation.

**How Prepared**
See continuation.

**Collector's Identification on Package and/or Label**
"377410 KAZ 2/9/07"

**Collector's Identification on Seal**
"377410 Kristy A. Zielny 2/9/07"

**Sample Delivered To**
FEDEX pick-up at NBRP

| | |
|---|---|
| **Date Delivered** 02/12/2007 | **Orig C/R & Records To** NWJ-DO |
| **Lab w/Split Sample** 0 | **Lab** DEN-LAB |

| **Document Number** | **Document Date** | **Document Type** | **Document Remarks** |
|---|---|---|---|
| Att. 1 | 02/09/2007 | Other | FDA 482, Notice of Inspection, 1 page |
| Att. 2 | 02/09/2007 | Other | FDA 484, Receipt for Samples, 1 page |
| Att. 3 | 02/09/2007 | Other | Certificate of Analysis for Lot # 70078A |
| Att. 4 | 04/02/2002 | Other | Methods of Analysis, 16 pages |

Date: 02/12/2007                    Page: 1 of 3



DEFENDANT'S EXHIBIT 32



**Food and Drug Administration Office of Regulatory Affairs**
Collection Report
For Sample Number: 577910
This is an accurate reproduction of the original electronic record as of 02/12/2007

**Remarks**
See continuation.

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
| $0.00 | No Charge | No | No | Kristy A Zielny |

| Name of Signer | Date & Time of Signature | | Meaning |
|---|---|---|---|
| Kristy A Zielny | 02/12/2007   07:53 AM   ET | | Collector |

**Date:** 02/12/2007

**Page:** 2  of  3



**Continuation:**

**Method of Collection**
Two 100-count bottles of digoxin tablets, USP (.125 mg) were selected from the firm's inventory of Lot # 70078A1.  The sample was identified and officially sealed on 2/9/07.

**How Prepared**
Sample # 377410 consists of two identical subsamples.  The subs were identified as stated above and the sample was officially sealed at the firm on 2/9/07.  The sample was then transported to NBRP, where it was stored in the locked sample room until shipment.

**Remarks**
All methods are compendial and follow USP 29-NF24, page 704, Digoxin Tablets Monograph, with the exception of Impurity testing, which involves two in-house methods.  The first in-house method is the "Limit test for related glycoside as Digoxigenin & Digoxigenin bisdigitoxoside" which utilizes relative retention times.  The second in-house method is the "Limit test for related glycoside as Gitoxin", for which the reference standard is a USP standard for Gitoxin.

The NDC number for this product is 52152-145.  This is Amide's NDC number for the product (the NDC #s are currently listed under Amide and are in the process of being changed over to Actavis).  The NDC number that appears on the labeling of this product, 62794-145-01 is the distributor's NDC number, namely Bertek Pharmaceuticals, Inc.

**Date:** 02/12/2007

**Page:** 3  of  3

FLAG:

| ANALYST WORKSHEET | 1. PRODUCT Digoxin tablets, USP 125µg | 2. SAMPLE NUMBER 377410 |
|---|---|---|

| 3. SEALS ☒ INTACT ☐ NONE ☐ BROKEN | 4. DATE RECEIVED 4-9-07 | 5. RECEIVED FROM Gianna R Costo | 6. DISTRICT OR LAB DEN-DO |
|---|---|---|---|

**7. DESCRIPTION OF SAMPLE**

One large whirl-pak bag officially sealed "377410 2/8/07 Kristy A. Zielny" containing two intact bottles of product identified "SAMPLE # 377410 2/9/07 KAZ" and "Sub # 1" or "Sub # 2" respectively.
Note: C/R states Collector's ID on Seal "377410 Kristy A. Zielny 2/9/07"
Note: C/R states Product Description & Product Label "….0125mg…". (125µg = 0.125mg)
FDA525, sample package identification, contains a product certificate of analysis         continued next page

| 8. NET CON- TENTS | ☐ NOT APPLICABLE ☒ NOT DETERMINED ___ UNITS EXAMINED | DECLARE/UNIT 100 tablets AMOUNT FOUND _____ % OF DECLARED _____ | 9. LABEL- ING | 1 ORIGINAL(S) SUBMITTED 1 COPIES SUBMITTED ☐ NONE |
|---|---|---|---|---|

**10. SUMMARY OF ANALYSIS**

**CONTAINER:** Opaque white plastic cylindrically shaped bottle with knurled safety cap and addition safety seal underneath.  ~ dimensions: 7½cm high x 4cm diameter.

**LABELING:** Multicolored paper stick-on label and product insert.

**CODE:** "Control No.: 70078A1  Exp. Date: JAN 09"

**PRODUCT:** Tablet: round top view, flat side view, solid light yellow, plain on one side, scored on the other side with embossed writing "B" on the top and "145" on the bottom.  ~ dimensions: 6mm in diameter x 2mm high.

**ANALYSIS:** Assay, Content Uniformity, Dissolution, Organic Volatile Impurities

**METHOD:** All analyses by "Digoxin Tablets" USP on-line official → 11/30/07.
Note: C/R calls for impurity testing for related glycosides utilizing two in-house methods.
Following USP compendial method for residual solvents as per supervisor.

**RESULTS:** Assay: 96.7% of declared        USP specification: 90.0 – 105.0% of declared

Content Uniformity: At level 1 (n=10) Acceptance Value (AV) = 6.3
USP specification: AV ≤ L1     L1 = 15.0

Results continued on next page.

**11. RESERVE SAMPLE**

One whirl-pak bag officially sealed "377410 6-29-07 Susan L Young" and identified "377410 6-29-07 SLY" containing one intact bottle of product (sub 2) returned as received; one opened bottle of product (sub 1) further identified "SLY 4-10-07" containing 38 tablets; one glass bottle identified "Digoxin composite x̄ 105.235mg 377410 4-11-07 SLY" containing ~ 2g of composite.

| 12. a. ANALYST SIGNATURE (Broke Seal ☒) _Susan L Young_ b. _Virginia Stull_ ← Dissolution c. _Sara L Murphy_ | 13. WORK- SHEET CHECK | a. BY _____ b. DATE 7/5/07 |
|---|---|---|

| Denver District Laboratory Electronic Form 431 2006 Version 1.0 | 14. DATE REPORTED 7/5/07 |
|---|---|

JBL ADD  2/13/07        Route to: NWJ FDO        PAGE 1 OF 15 PAGES

ATTACHMENT(S): A, B, C, D

Don-Class 1

| GENERAL CONTINUATION SHEET | PRODUCT  Digoxin Tablets USP 125µg | SAMPLE NUMBER  377410 |

7. Description of Sample continued

for lot # 70078A identified as "Sample # 377410  2/9/07  KAZ  Attachment 3  page 1 of 1" and Amide Pharmaceutical, Inc methods of analysis identified "Sample # 37710  2/9/07  KAZ  Attachment 4" and "page 1 of 16" through "page 16 of 16"

Results continued:

Dissolution:  At Stage 1 (n=6)          USP specification:  Each unit not less than (Q+5)%.  Q=80

| Tablet | % Dissolution |
|--------|---------------|
| 1 | 106 |
| 2 | 98 |
| 3 | 104 |
| 4 | 99 |
| 5 | 106 |
| 6 | 103 |

Organic Volatile Impurities:

USP specification:  "The amount of each organic volatile impurity present in the material does not exceed the limit given in the table shown below."

| Organic Volatile Impurity | Limit (µg per g) |
|---------------------------|------------------|
| Chloroform | 60 |
| 1,4-Dioxane | 380 |
| Methylene Chloride | 600 |
| Trichloroethylene | 80 |

No organic volatile impurities detected.  Sample meets specification.

| ANALYST(S)  Susan P Goring | PAGE 2 OF 15 PAGES |

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets, USP 125µg | SAMPLE NUMBER 377410 |
|---|---|---|

Assay, Content Uniformity, Dissolution, Residual Solvents by USP (on-line official version 8/1/06 – 4/30/07) "Digoxin Tablets"

**ASSAY**
(USP specs:  90.0 – 105.0% of label)

Mobile Phase: 74 + 26  water + acetonitrile.

Diluent: 1 + 1  95% ethanol + water
   (As per USP "Diluted Alcohol may be prepared as follows:  Alcohol 500mL   Purified Water 500mL")

Calibration Standard (CS): *Dried in vacuum oven NC9167 4-11-07 1hr @ 105°C*    *Balance: Mettler AE163 #NC90250 4-12-07*

   10.7   mg digoxin  →  10.0mL with diluted alcohol
   USP current lot 0ØBØ96 *(0.961mg/mg on the dried basis)*

1.00mL above  →  25.00mL with diluted alcohol   (~ 40µg/mL)

Initial Calibration Verification (ICV): *4-12-07 SY*

   11.0 mL   mg digoxin  →  10.0mL with diluted alcohol

1.00mL above  →  25.00mL with diluted alcohol

System Suitability: *Balance: Mettler AE163 #NC90250 4-3-07*

   10.4   mg digoxigenin  →  10.0mL with diluted alcohol

1.00mL above  +  1.00mL stock ICV  →  25.00mL with diluted alcohol

Continuing Calibration Verification (CCV):  CS also used as CCV

Blank:  diluted alcohol

ANALYST(S) *Susan L Gung*

PAGE  3  OF  15  PAGES

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

**ASSAY continued**

Balance: Mettler AE163 # NC90250
4-11-07

Sample Composite Preparation:

Weight of 40 tablets to be finely ground ___4.2094___ g

Average tablet weight ___105.235___ mg

Sample prep:
(8 tablets x 125µg/tablet = 1mg)

___842.7___ mg composite to a 50mL conical tube.
Add 25.0mL diluted alcohol, swirl, sonicate 30min, cool.
Filter an aliquot of the supernatant discarding the first 10mL.

Duplicate: ___852.7___ mg composite to a 50mL conical tube.
Proceed as above.

High:
1.00mL stock CS → 20.00mL with diluted alcohol   (~ 50µg/mL)

Lows:

① 1.00mL stock CS → 50.0mL with diluted alcohol   (~ 20µg/mL)

② 1.00mL stock CS → 50.0mL with diluted alcohol   (~ 20µg/mL)

③ 1.00mL stock CS → 50.0mL with diluted alcohol   (~ 20µg/mL)

Matrix Spike:

0.5mL stock ICV   +   ___409.5___ mg composite → 25.0mL with diluted alcohol
(0.5mL x 1mg/mL = 0.5mg)       (4 tablets x 125µg/tablet = 0.5mg)

ANALYST(S)

Susan L Young

FORM FDA 431a (2006) Version 1.0

PAGE ___4___ OF ___15___ PAGES

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

Assay, Content Uniformity, Dissolution, Residual Solvents
by USP "Digoxin Tabelts" on-line official version

HPLC System #5, FDA #1701616(computer) #1701614(DAD)
Column: Phenomenex Luna 5um  250x4.60mm  SN 93923-29
System Suit: R (digoxigenin & digoxin) >= 4.0
$\qquad$ RSD(5) <= 2.0%
$\qquad$ TF (digoxin) <= 2.0
$\qquad$ n (digoxin) <= 1200

System Suitability repetitive injections
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxigenin<br>RT(min) | digoxigenin<br>area | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|---|---|
| 002-0202 | 5.192 | 1653.6 | 16.424 | 955.8 |
| 002-0203 | 5.189 | 1655.1 | 16.419 | 954.1 |
| 002-0204 | 5.189 | 1655.8 | 16.420 | 956.0 |
| 002-0205 | 5.186 | 1656.1 | 16.414 | 956.0 |
| 002-0206 | 5.187 | 1656.8 | 16.415 | 956.5 |

from data file 002-0206:
Resolution = 24.161
TF digoxin = 1.079
n digoxin = 8519

| | |
|---|---|
| average | 955.7 |
| std dev | 0.9 |
| RSD | 0.1 |

Calculations w/ Excel 2003 (11.8117.8122) SP2

Calibration Standard
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|
| 003-0401 | 16.370 | 909.88556 |

Sample Injections
Data file C:\HPCHEM\1\DATA\041207SY\

*USP Specs: 90.0-105.0%*

| file ext | digoxin<br>RT(min) | digoxin<br>area | ug digoxin<br>per tablet | % of<br>declared |
|---|---|---|---|---|
| 005-0701 | 16.388 | 856.10645 | 120.8 | 96.7 |
| 006-0801 | 16.388 | 860.05627 | 120.0 | 96.0 |

**Assay** calc: std conc x spl dilution x avg tab wt x Au/As x 1000ug/mg = ug digoxin / tablet

005-0701: 10.7mg (0.961)/10.0mL x 1.00mL/25.0mL  x 25.0mL/842.7mg x 105.235mg avg tab wt
$\qquad$ x 856.10645/909.88556 x 1000ug/mg = 120.8ug / tablet

006-0801: 10.7mg (0.961)/10.0mL x 1.00mL/25.0mL  x 25.0mL/852.7mg x 105.235mg avg tab wt
$\qquad$ x 860.05627/909.88556 x 1000ug/mg = 120.0ug / tablet

Declared: 125ug/tablet $\qquad$ USP specification: 90.0 - 105.0%

% difference sample & sample dup:  (120.8 - 120.0) / [(120.8 + 120.0)] / 2  x  100  = 0.7% difference

ANALYST(S)

*Susan L Young*

FORM FDA 431a (2006) Version 1.0

PAGE ___5___ OF __15__ PAGES

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

Quality Control
Calibration Standard (CS):  10.7mg (0.961)/10.0mL x 1.00mL/25mL  =  41.1ug/mL
Response:  909.88556
Response/Conc:  909.88556/41.1 = 22.1

Initial Calibration Verification (ICV)
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|
| 004-0601 | 16.365 | 951.14551 |

ICV conc:  11.1mg (0.961)/10.0mL x 1.00mL/25.0mL  =  42.7ug/mL
Response:  951.14551
Response/Conc:  951.14551/42.7 = 22.3
ICV Recovery:  22.3/22.1 x 100 = 100.9%

Continuing Calibration Verification (CCV)
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|
| 003-1501 | 16.356 | 924.38165 |
| 003-2101 | 16.389 | 916.10974 |

CCV conc:  41.1ug/mL
CCV1:       response = 924.38165
                Response/Conc:  924.38165/41.1 = 22.5
                recovery = 22.5/22.1 x 100 = 101.8%
CCV2:       Response:  916.10974
                Response/Conc:  916.10974/41.1 = 22.3
                recovery = 22.3/22.1  x 100 = 100.9%

Matrix Spike
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|
| 007-0901 | 16.381 | 903.54938 |

Total digoxin:  41.1ug/mL  x  25.0mL x 903.54938/909.88556  =  1.020mg
Sample mg:  409.5mg/105.235mg/tab x 120.8mg digoxin/tab = 0.470mg
Difference:  1.020 - 0.470 = 0.550mg
Added:  11.1mg (0.961)/10.0mL x 0.5mL  =  0.533mg
Matrix Spike Recovery:  0.550/0.533 x 100  =  103.2%

ANALYST(S)

PAGE ___6___ OF ___15___ PAGES

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

Quality Control continued
_____

High
_____
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|
| 021-2601 | 16.399 | 1172.62061 |

High conc: 10.7mg (0.961)/10.0mL x 1.00mL/20.0mL = 51.4ug/mL
Response: 1172.62061
Response/Conc: 1172.62061/51.4 = 22.8
High Recovery: 22.8/22.1 x 100 = 103.2%


Lows
_____
Data file C:\HPCHEM\1\DATA\041207SY\

| file ext | digoxin<br>RT(min) | digoxin<br>area |
|---|---|---|
| 018-2301 | 16.399 | 468.14490 |
| 019-2401 | 16.405 | 462.41983 |
| 020-2501 | 16.410 | 461.31964 |

Low 1 (018-2301) conc: 10.7mg (0.961)/10.0mL x 1.00mL/50.0mL = 20.6ug/mL
Response: 468.14490
Response/Conc: 468.14490/20.6 = 22.7
Low 1 Recovery: 22.7/22.1 x 100 = 102.7%

Low 2 (019-2401) conc: 20.6ug/mL
Response: 462.41983
Response/Conc: 462.41983/20.6 = 22.4
Low 2 Recovery: 22.4/22.1 x 100 = 101.4%

| average | 101.8 |
|---|---|
| std dev | 0.75 |
| RSD | 0.7 |

Low 3 (020-2501) conc: 20.6ug/mL
Response: 461.31964
Response/Conc: 461.31964/20.6 = 22.4
Low 3 Recovery: 22.4/22.1 x 100 = 101.4%

ANALYST(S)

_Susan P Young_ (signature)

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

**UNIFORMITY OF DOSAGE UNITS**
(USP specs:

Level 1 (n=10):  Acceptance Value (AV) = │ 98.5 - x̄ │ + 2.4 (s)

AV ≤ 15.0)

<u>By Content Uniformity:</u>

Individual Tablet Weights (mg)          Balance: Mettler AE163  # NC90250  4-12-07

| 1) | 109.0 | 6) | 104.1 |
|---|---|---|---|
| 2) | 104.4 | 7) | 106.1 |
| 3) | 102.7 | 8) | 106.9 |
| 4) | 103.8 | 9) | 106.1 |
| 5) | 106.4 | 10) | 106.5 |

Each individual tablet in a 15mL conical tube.
Add 3.00mL diluted alcohol, swirl, sonicate 30min, cool.
Centrifuge and draw aliquot from the supernatant.

Sorvall RT 6000D
# 1701413
4-12-07

ANALYST(S)

Susan C Young

FORM FDA 431a (2005) Version 1.0

PAGE 8 OF 15 PAGES

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
| --- | --- | --- |

## UNIFORMITY OF DOSAGE UNITS

Content Uniformity level 1
Data file C:\HPCHEM\1\DATA\041207SY\

|  | file ext | digoxin<br>RT(min) | digoxin<br>area | ug digoxin<br>per tablet | % of<br>declared |  |
| --- | --- | --- | --- | --- | --- | --- |
| tablet 1 | 008-1001 | 16.389 | 890.91492 | 120.8 | 96.7 | |
| tablet 2 | 009-1101 | 16.394 | 862.61694 | 117.0 | 93.6 | |
| tablet 3 | 010-1201 | 16.386 | 880.40179 | 119.4 | 95.5 | |
| tablet 4 | 011-1301 | 16.384 | 881.50073 | 119.5 | 95.6 | |
| tablet 5 | 012-1401 | 16.380 | 892.34027 | 121.0 | 96.8 | |
| tablet 6 | 013-1601 | 16.381 | 887.99988 | 120.4 | 96.3 | avg % of |
| tablet 7 | 014-1701 | 16.389 | 890.26398 | 120.7 | 96.6 | declared |
| tablet 8 | 015-1801 | 16.392 | 928.09546 | 125.9 | 100.7 | 96.8 |
| tablet 9 | 016-1901 | 16.402 | 907.32068 | 123.0 | 98.4 | std dev |
| tablet 10 | 017-2001 | 16.410 | 897.28046 | 121.7 | 97.3 | 1.9 |

mg digoxin/tablet = std conc x smpl dilution x Au/As x 1000ug/mg

representative calc using tablet #1:

$$10.7mg\ (0.961)/10.0mL \times 1.00mL/25.0mL \times 3mL$$
$$\times\ 890.91492/909.88556 \times 1000ug/mg = 120.82ug$$

% of declared = 120.82/125 x 100 = 96.7%

USP Acceptance Value (AV) = | 98.5 - $\bar{x}$ | + 2.4s

AV = (98.5 - 96.8) + (2.4)(1.9) = 6.3

At n = 10, requirements are met if AV <= L1.   L1 = 15.0

ANALYST(S)

*Susan L Young*

PAGE  9  OF  15  PAGES

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets, USP 125µg | SAMPLE NUMBER 377410 |
|---|---|---|

"<467> Organic Volatile Impurities  (Current title – not to change until July 1, 2007)"

**Method I**

Balance: Mettler AE 163 #NC90250
6-12-07 SLY

Stock Standard:
(Each mL to contain ~ 4800µg methylene chloride
3040µg 1,4-dioxane
640µg trichloroethylene
480µg chloroform)

___113.9___ mg methylene chloride  +  ___75.9___ mg 1,4-dioxane +

___15.4___ mg trichloroethylene  +  ___11.6___ mg chloroform → 25.0mL with water

Working Standard ①:
(Each mL to contain ~ 600µg methylene chloride
380µg 1,4-dioxane
80µg trichloroethylene
60µg chloroform)

1.00mL stock standard  + 7.00mL water

Working Standard ②:
(Each mL to contain ~ 480µg methylene chloride
304µg 1,4-dioxane
64µg trichloroethylene
48µg chloroform)

1.00mL stock standard  + 9.00mL water

Sample Prep:
(~ 20mg/mL)
___213.8___ mg sample → 10.0mL with water

Matrix Spikes:   383810

① 0.50mL sample  + 0.5mL stock standard

② 1.00mL sample  + 0.5mL stock standard
383891

Blank:  water

Sample meets the specifications below.

USP Specs. The amt of ea OVI present does not exceed the
limits of WS① above.

ANALYST(S)
Susan E Young

PAGE __10__ OF __15__ PAGES

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets, USP 125µg | SAMPLE NUMBER 377410 |
|---|---|---|

**Organic Volatile Impurities**

| Compound | WS 1 | WS 2 | Blank | 377410 | 408376 | 414717 | 420529 | 412621 | 420501 |
|---|---|---|---|---|---|---|---|---|---|
| Methylene Chloride | + | + | − | − | − | − | − | − | − |
| Chloroform | + | + | − | − | − | − | − | | |
| Trichloroethylene | + | − | − | − | − | − | − | | |
| 1,4-dioxane | + | + | − | − | − | − | − | − | − |
| | | | | | | | | | |
| | | | | | | | | | |

| Compound | 383890 | 383890 spike | 383891 | 383891 spike | 408372 | 409673 | 409674 | 423339 |
|---|---|---|---|---|---|---|---|---|
| Methylene Chloride | − | + | − | + | − | − | − | − |
| Chloroform | − | + | − | + | − | − | − | − |
| Trichloroethylene | − | + | − | + | − | − | − | − |
| 1,4-dioxane | − | + | − | + | − | − | − | − |
| | | | | | | | | |
| | | | | | | | | |

| Compound | 423340 | 396200 | 420503 | | | | | |
|---|---|---|---|---|---|---|---|---|
| Methylene Chloride | − | − | − | | | | | |
| Chloroform | − | − | − | | | | | |
| Trichloroethylene | − | − | − | | | | | |
| 1,4-dioxane | − | − | − | | | | | |
| | | | | | | | | |
| | | | | | | | | |

"+" indicates that the spectrum matched the Wiley Library search for that compound.
"-" indicates that there was no match.

ANALYST(S)
*Susan E Young*

FORM FDA 431a (2006) Version 1.0

PAGE __11__ OF __15__ PAGES

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

**DISSOLUTION**
(USP specs:)
S1: Each unit not less than Q + 5%.  (Q = 80%)  (Number tested = 6)
S2: Average of 12 units (S1 + S2) ≥ Q  &  no unit < Q – 5  (Number tested = 6))


<u>Glassware Rinse:</u>
① Dilute HCl
② Water
③ Alcohol
④ Dry



*Balance: Mettler AT163 #A690250 6-27-07 SCY*

<u>Ascorbic acid – methanol solution:</u>  2mg ascorbic acid/mL methanol
*40.6mg → 20.0mL*

<u>Standard Solutions:</u>

① _____*25.1*_____ mg digoxin  +  minimum alcohol to dissolve  →  500.0mL with dilute alcohol
       (~ 0.050mg/mL)                                    (As per USP:  "dilute alcohol (4 in 5)")

② 10.0mL above  →  100.0mL with dilute alcohol    (~ 5000ng/mL)

JUST PRIOR TO USE
<u>20% – 100% 5-point curve</u> of labeled amount of digoxin in 500mL  (125µg/500mL = 250ng/mL)

| % solution | mL soln of ② above | Q.S. w 0.1N HCl | Concentration |
|---|---|---|---|
| 20 | 0.500 | 50.0 | 50 ng/mL |
| 40 | 1.00 | 50.0 | 100 ng/mL |
| 60 | 3.00 | 100.0 | 150 ng/mL |
| 80 | 2.00 | 50.0 | 200 ng/mL |
| 100 | 5.00 | 100.0 | 250 ng/mL |

ON DAY OF USE – <u>Hydrogen peroxide – methanol solution:</u>
2.0mL 30% $H_2O_2$  →  100mL with methanol
STORE IN REFRIGERATOR
JUST PRIOR TO USE – 2.0mL above  →  100mL with methanol

ANALYST(S)
*Susan L Young*

PAGE __12__ OF __15__ PAGES

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets, USP 125µg | SAMPLE NUMBER 377410 |
|---|---|---|

**DISSOLUTION continued**

Instrument:  Vankel Dissolution Apparatus  #1       FDA # 1700667
Apparatus 1 – baskets:  100rpm
Medium:  500mL 0.1N HCl
Time:  60 minutes
Temperature:  37 ± 0.5$^0$
Thermometer:  Fluke 52 K/J, FDA #NC91257

Sample solutions:
Filter aliquot through a 0.8µm or finer filter, discarding the first ten mL.

Procedure:
Transfer to individual 25mL glass stoppered erlenmeyers duplicate 1.0mL portions of:
Blank (0.1N HCl dissolution medium)
Standard solutions (50 → 250 ng/mL)
Sample solutions

Treating one flask at a time, quickly add in the named order:
1.0mL ascorbic acid – methanol solution
5.0mL HCl
1.0mL hydrogen peroxide – methanol solution

Insert stopper, wait 2 hours.
Measure the fluorescence at ~ 485nm with excitation λ ~ 372nm.
Use one or more standard solutions as CCVs (continuous calibration verification).
Correct each reading for the blank.

Note: 4 tablets used for various preliminary tests + observations.

| ANALYST(S) Susan L Young / Virginia L Shields | PAGE 13 OF 15 PAGES |
|---|---|

FORM FDA 431a (2006) Version 1.0

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets, USP 125µg | SAMPLE NUMBER<br>377410 |
|---|---|---|

Dissolution measured by fluorescence with excitation at 372nm & emission at 485nm

As per USP:

P-E LS50  Luminescence Spectrometer
Serial#3057  FDA#1701410

Duplicate portions of each solution are read.

To check the stability of the fluorometer, the measurement of fluorescence is repeated on
    one or more treated standards.

IM 6/27/07

Each reading is corrected for the blank.

| dissolution | fluorescence | avg | | (%)<br>dissolution | avg minus<br>blank |
|---|---|---|---|---|---|
| blank a | 0.945 | | | | |
| blank b | 0.881 | 0.913 | | | |
| 20a | 7.123 | | | | |
| 20b | 5.199 | 6.161 | | 20 | 5.248 |
| 40a | 8.788 | | | | |
| 40b | 9.253 | 9.0205 | | 40 | 8.108 |
| 60a | 12.966 | | | | |
| 60b | 12.934 | 12.950 | | 60 | 12.037 |
| 80a | 16.935 | | | | |
| 80b | 16.418 | 16.6765 | | 80 | 15.764 |
| 100a | 20.851 | | | | |
| 100b | 21.165 | 21.008 | | 100 | 20.095 |



Fluorescence vs Dissolution (%)

$y = 0.1868x + 1.0452$
$R^2 = 0.9956$

Excel 2003 (11.8134.8132) SP2

ANALYST(S)
Susan L Young

FORM FDA 431a (2006) Version 1.0

PAGE  14  OF  15  PAGES

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets, USP 125µg | SAMPLE NUMBER 377410 |
|---|---|---|

$x = (y - 1.0452) / 0.1868$

| dissolution | fluorescence | avg | avg-blank | dissolution(%) |
|---|---|---|---|---|
| tablet 1a | 21.685 | | | |
| tablet 1b | 21.694 | 21.6895 | 20.7765 | 106 |
| tablet 2a | 20.029 | | | |
| tablet 2b | 20.460 | 20.2445 | 19.3315 | 98 |
| tablet 3a | 21.755 | | | |
| tablet 3b | 21.056 | 21.4055 | 20.4925 | 104 |
| tablet 4a | 20.627 | | | |
| tablet 4b | 20.344 | 20.486 | 19.5725 | 99 |
| tablet 5a | 22.756 | | | |
| tablet 5b | 20.723 | 21.7395 | 20.8265 | 106 |
| tablet 6a | 20.873 | | | |
| tablet 6b | 21.442 | 21.158 | 20.2445 | 103 |

| | | - blank | (%) dissolution | recovery(%) |
|---|---|---|---|---|
| CCV 60a | 12.828 | 11.915 | 58 | 97 |
| CCV 60b | 12.770 | 11.857 | 58 | 97 |

*USP Specs S1:*
*Each unit not less than*
*(Q+5)% (Q=80)  # tested = 6.*

ANALYST(S)
Susan L Young

FORM FDA 431a (2006) Version 1.0

PAGE  15  OF  15  PAGES

377410
5-3-07
SLY

# Attachment A

## Assay & Content Uniformity Chromatography

Sequence: C:\HPCHEM\1\SEQUENCE\DIGOXIN.S

Sample # 377410
Attachment A pg 1 of 44
SLY
5-3-07

Sequence Table:

Method and Injection Info Part:

| Line | Vial | SampleName | Method | Inj | SampleType | InjVolume | DataFile |
|------|------|------------|--------|-----|------------|-----------|----------|
| 1 | 1 | blank | DIGOXIN | 1 | Sample | | |
| 2 | 2 | system suit | DIGOXIN | 6 | Sample | | |
| 3 | 1 | blank | DIGOXIN | 1 | Sample | | |
| 4 | 3 | CS | DIGOXIN | 1 | Sample | | |
| 5 | 1 | blank | DIGOXIN | 1 | Sample | | |
| 6 | 4 | ICV | DIGOXIN | 1 | Sample | | |
| 7 | 5 | 377410assay1 | DIGOXIN | 1 | Sample | | |
| 8 | 6 | 377410assay2 | DIGOXIN | 1 | Sample | | |
| 9 | 7 | matrix spike | DIGOXIN | 1 | Sample | | |
| 10 | 8 | CU1 | DIGOXIN | 1 | Sample | | |
| 11 | 9 | CU2 | DIGOXIN | 1 | Sample | | |
| 12 | 10 | CU3 | DIGOXIN | 1 | Sample | | |
| 13 | 11 | CU4 | DIGOXIN | 1 | Sample | | |
| 14 | 12 | CU5 | DIGOXIN | 1 | Sample | | |
| 15 | 3 | CCV | DIGOXIN | 1 | Sample | | |
| 16 | 13 | CU6 | DIGOXIN | 1 | Sample | | |
| 17 | 14 | CU7 | DIGOXIN | 1 | Sample | | |
| 18 | 15 | CU8 | DIGOXIN | 1 | Sample | | |
| 19 | 16 | CU9 | DIGOXIN | 1 | Sample | | |
| 20 | 17 | CU10 | DIGOXIN | 1 | Sample | | |
| 21 | 3 | CCV | DIGOXIN | 1 | Sample | | |
| 22 | 1 | blank | DIGOXIN | 1 | Sample | | |
| 23 | 18 | MDL1 | DIGOXIN | 1 | Sample | | |
| 24 | 19 | MDL2 | DIGOXIN | 1 | Sample | | |
| 25 | 20 | MDL3 | DIGOXIN | 1 | Sample | | |
| 26 | 21 | high | DIGOXIN | 1 | Sample | | |
| 27 | none | flush | FLUSH | 1 | Sample | | |

Computer
HPLC #5  FDA# 1701616
Dad 1701614

4-12-07

Instrument 5 4/12/07 2:44:16 PM sly                                    Page 1 of 1

Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM

Sample # 377410
Attachment A   pg 2   of 44
SLY
5-3-07

Method Information

digoxin

Run Time Checklist

Pre-Run Cmd/Macro:  off

Data Acquisition:  on

Standard Data Analysis:  on

Customized Data Analysis:  off

Save GLP Data:  off

Post-Run Cmd/Macro:  off

Save Method with Data:  skipped - no ACQ running

Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM

```
=================================================================
                   HP 1100 Quaternary Pump 1
=================================================================
```

Control
    Flow                    :        1.250 ml/min

Sample # 377410
Attachment A pg 3 of 44
SLY 5-3-07

    Stoptime             :      20.00 min
    Posttime             :      Off

Solvents
    Solvent A           :      50.0 %  (mobile phase)
    Solvent B           :      50.0 %  (mobile phase)
    Solvent C           :      0.0 %  (65% ACN)
    Solvent D           :      0.0 %  (50% ACN)

PressureLimits
    Minimum Pressure    :      0 bar
    Maximum Pressure    :    220 bar

Auxiliary
    Maximal Flow Ramp   :    100.00 ml/min^2
    Primary Channel     :    Auto
    Compressibility     :    100*10^-6/bar
    Minimal Stroke      :    Auto

Store Parameters
    Store Ratio A       :    Yes
    Store Ratio B       :    Yes
    Store Ratio C       :    Yes
    Store Ratio D       :    Yes
    Store Flow           :    Yes
    Store Pressure      :    Yes


HP 1100 Contacts Option
========================

    Contact 1           :    Open
    Contact 2           :    Open
    Contact 3           :    Open
    Contact 4           :    Open


```
=================================================================
                 HP 1100 Diode Array Detector 1
=================================================================
```



Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM

Signals

| Signal | Store | Signal,Bw | Reference,Bw | [nm] |
|--------|-------|-----------|--------------|------|
| A: | Yes | 218   4 | 350   40 | |
| B: | No | 254   4 | 360   25 | |
| C: | No | 220   4 | 360   50 | |
| D: | No | 230   16 | 360   100 | |
| E: | No | 280   4 | 350   20 | |

Sample # 377910
Attachment A pg 4 of 44
SLY
5-3-07

Spectrum
    Store Spectra          :     None

Time
    Stoptime               :     As pump
    Posttime               :     Off

Required Lamps
    UV lamp required       :     Yes
    Vis lamp required      :     Yes

Autobalance
    Prerun balancing       :     Yes
    Postrun balancing      :     No
    Margin for negative Absorbance: 100 mAU

Peakwidth                  :     >  0.1 min
Slit                       :         4 nm

Analog Outputs
    Zero offset ana. out. 1:          5 %
    Zero offset ana. out. 2:          5 %
    Attenuation ana. out. 1:       1000 mAU
    Attenuation ana. out. 2:       1000 mAU


HP 1100 Contacts Option
=======================

    Contact 1              :     Open
    Contact 2              :     Open
    Contact 3              :     Open
    Contact 4              :     Open


===================================================================
                     HP 1100 Autosampler 1
===================================================================

Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM

```
Injection
     Injection Mode           :     Standard
     Injector volume          :        25.0 µl

Auxiliary
     Drawspeed                :       200 µl/min
     Ejectspeed               :       200 µl/min
     Draw position            :       0.0 mm

Time
     Stoptime                 :     As Pump
     Posttime                 :     Off
```

Sample # 377419
Attachment A pg 5 of 44
SLY 5-3-07

```
=====================================================================
                      HP 1100 Column Thermostat 1
=====================================================================

Temperature settings
     Left temperature         :     20.0°C
     Right temperature        :     Same as left
     Enable analysis          :     When Temp. is within setpoint +/-  0.5°C
     Store left temperature :       Yes
     Store right temperature:       No

Time
     Stoptime                 :     As pump
     Posttime                 :     Off

Column Switching Valve       :     Column 1

=====================================================================
                         Integration Events
=====================================================================

Results will be produced with the enhanced integrator.

---------------------------------------------------------------------
            Default Integration Event Table "Event"
---------------------------------------------------------------------
```

|                 Event                 |     Value     |   Time   |
|---------------------------------------|---------------|----------|
| Initial Slope Sensitivity             |     1.000     | Initial  |
| Initial Peak Width                    |     0.040     | Initial  |
| Initial Area Reject                   |     1.000     | Initial  |
| Initial Height Reject                 |     1.700     | Initial  |
| Initial Shoulders                     |     OFF       | Initial  |

Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM

```
---------------------------------------------------------------------
        Detector Default Integration Event Table "Event_ADC"
---------------------------------------------------------------------
```

Sample # 377410
Attachment A pg 6 of 44
SLY
5-3-07

| Event | Value | Time |
|--------------------------------|---------------|--------|
| Initial Slope Sensitivity | 1.000 | Initial |
| Initial Peak Width | 0.040 | Initial |
| Initial Area Reject | 1.000 | Initial |
| Initial Height Reject | 1.700 | Initial |
| Initial Shoulders | OFF | Initial |

```
---------------------------------------------------------------------
        Detector Default Integration Event Table "Event_FLD"
---------------------------------------------------------------------
```

| Event | Value | Time |
|--------------------------------|---------------|--------|
| Initial Slope Sensitivity | 1.000 | Initial |
| Initial Peak Width | 0.040 | Initial |
| Initial Area Reject | 1.000 | Initial |
| Initial Height Reject | 1.700 | Initial |
| Initial Shoulders | OFF | Initial |

```
---------------------------------------------------------------------
        Detector Default Integration Event Table "Event_VWD"
---------------------------------------------------------------------
```

| Event | Value | Time |
|--------------------------------|---------------|--------|
| Initial Slope Sensitivity | 1.000 | Initial |
| Initial Peak Width | 0.040 | Initial |
| Initial Area Reject | 1.000 | Initial |
| Initial Height Reject | 1.700 | Initial |
| Initial Shoulders | OFF | Initial |

```
---------------------------------------------------------------------
        Detector Default Integration Event Table "Event_ECD"
---------------------------------------------------------------------
```

| Event | Value | Time |
|--------------------------------|---------------|--------|
| Initial Slope Sensitivity | 1.000 | Initial |
| Initial Peak Width | 0.040 | Initial |
| Initial Area Reject | 1.000 | Initial |
| Initial Height Reject | 1.700 | Initial |
| Initial Shoulders | OFF | Initial |

Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM

------------------------------------------------------------------
       Detector Default Integration Event Table "Event_MWD"
------------------------------------------------------------------

Sample # 3 72410
Attachment A  Pg 7  of 44
SLY   5-3-07

| Event | Value | Time |
|-------------------------------|--------------|---------|
| Initial Slope Sensitivity | 1.000 | Initial |
| Initial Peak Width | 0.100 | Initial |
| Initial Area Reject | 1.000 | Initial |
| Initial Height Reject | 0.500 | Initial |
| Initial Shoulders | OFF | Initial |
| Integration OFF | | 0.000 |
| Integration ON | | 2.000 |

------------------------------------------------------------------
       Detector Default Integration Event Table "Event_DAD"
------------------------------------------------------------------

| Event | Value | Time |
|-------------------------------|--------------|---------|
| Initial Slope Sensitivity | 1.000 | Initial |
| Initial Peak Width | 0.300 | Initial |
| Initial Area Reject | 10.000 | Initial |
| Initial Height Reject | 3.000 | Initial |
| Initial Shoulders | OFF | Initial |
| Integration OFF | | 0.000 |
| Integration ON | | 4.000 |

Apply Manual Integration Events: No

==================================================================
                        Calibration Table
==================================================================


Calib. Data Modified  :     4/12/07 2:07:40 PM

Calculate             :     Area Percent

Rel. Reference Window :     5.000 %
Abs. Reference Window :     0.000 min
Rel. Non-ref. Window  :     5.000 %
Abs. Non-ref. Window  :     0.000 min
Uncalibrated Peaks    :     not reported
Partial Calibration   :     Yes, identified peaks are recalibrated
Correct All Ret. Times:     No, only for identified peaks

```
Method: C:\HPCHEM\1\METHODS\DIGOXIN.M of 4/13/07 12:33:20 PM
```

```
    Curve Type           :      Linear
    Origin               :      Included
    Weight               :      Equal
```

Sample # 377410
Attachment A   pg 8   of 44
SLY
5-3-07

```
    Recalibration Settings:
    Average Response       :      Average all calibrations
    Average Retention Time:       Floating Average New 75%

    Calibration Report Options :
        Printout of recalibrations within a sequence:
            Calibration Table after Recalibration
            Normal Report after Recalibration
        If the sequence is done with bracketing:
            Results of first cycle (ending previous bracket)

    Signal 1: DAD1 A, Sig=218,4 Ref=350,40

    RetTime   Lvl    Amount       Area      Amt/Area  Ref Grp Name
     [min] Sig      [ng/ul]
    -------|--|--|----------|----------|----------|---|--|---------------
      5.187  1   1    1.00000 1321.81433 7.56536e-4           digoxigenin
     16.352  1   1    1.00000  760.22760 1.31540e-3           digoxin
    ===================================================================
                            Peak Sum Table
    ===================================================================

    ***No Entries in table***
    ===================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\002-0206.D          Sample Name: system suit

E x t e n d e d   P e r f o r m a n c e   R e p o r t

Instrument: Instrument 5

Sample # 377410
Attachment A  pg 9  of 44
SLY
5-3-07

| Module | Firmware revision | Serial number |
|--------|-------------------|---------------|
| HP 1100 Autosampler | A.01.05 | US54000690 |
| HP 1100 Diode Array Detector | A.01.04 | US61800254 |
| HP 1100 Quaternary Pump | A.01.06 | US53601017 |
| HP 1100 Column Thermostat | A.01.06 | US54001050 |

Software Revision: Rev. A.06.03 [509] Copyright © Hewlett Packard Company


Analysis method:      C:\HPCHEM\1\METHODS\DIGOXIN.M

Sample information for vial#:    2

   Sample Name:    system suit          Multiplier:        1.00
   Injection#:       6                  Dilution:          1.00
   Injection volume: 25 $\mu$l

Acquisition information:

   Operator:         sly
   Date/Time:        12-Apr-07, 16:55:18
   Data file name:   C:\HPCHEM\1\DATA\041207SY\002-0206.D
   Method file name:

   Flow:             1.250   ml/min
   Pressure at start:   168   bar        Pressure at end:       169 bar
   Temperature at start:  - °C           Temperature at end:     - °C

   Solvents:              PMP1, Solvent Amobile phase
                          PMP1, Solvent Bmobile phase
                          PMP1, Solvent C65% ACN
                          PMP1, Solvent D50% ACN


 Signal description: DAD1 A, Sig=218,4 Ref=350,40


Instrument 5 4/13/07 12:38:54 PM sly                              Page 1 of 5

Data File C:\HPCHEM\1\DATA\041207SY\002-0206.D          Sample Name: system suit



Sample # 377410
Attachment A  pg 10  of 44
SLY     5-3-07

Data File C:\HPCHEM\1\DATA\041207SY\002-0206.D          Sample Name: system suit

Compound# 1  : digoxigenin
Amount [ ng/ul]: 1.2534

Sample # 377410
Attachment A pg 11 of 44
SLY
5-3-07

Peak description [min]:
   Signal: DAD1 A, Sig=218,4 Ref=350,40
   RetTime: 5.187      k':        -
   Height:  202.45   Area:     1656.8
   Start:     4.985    End:      5.612
   Skew:    0.374   Excess:    0.738
   Width at half height:        0.125
                 5 sigma:        0.277
                 tangent:        0.218
                 tailing:        0.270
   Symmetry:                     0.891
   USP Tailing:                  1.099
   Integration type:            BB
   Time increment [msec]:       400.0
   Data points:                  105



Statistical moments (BB peak detection):       Efficiency: Plates per ..
   M0:  1655.5                                      column          meter
   M1:  5.189                 Tangent method         9048            -
   M2:  0.003181          Halfwidth method          9538            -
   M3:  0.000067            5 sigma method           8786            -
   M4:  0.000038               Statistical           8464            -

Relationship to preceeding peak:                   Selectivity:         -
   Resolution Tangent method:        -              5 sigma method        -
               Halfwidth method      -           Statistical method       -

Instrument 5 4/13/07 12:38:54 PM sly                              Page 3 of 5

Data File C:\HPCHEM\1\DATA\041207SY\002-0206.D          Sample Name: system suit

Compound# 2  : digoxin
Amount [ ng/ul]: 1.2581

Sample # 377410
Attachment  A  pg 12 of 44
SLY  5-3-07

Peak description [min]:
    Signal: DAD1 A, Sig=218,4 Ref=350,40
    RetTime: 16.415      k':           -
    Height:  35.91   Area:          956.5
    Start:      15.865  End:      17.319
    Skew:   0.224   Excess:       0.118
    Width at half height:          0.413
                5 sigma:           0.890
                tangent:           0.711
                tailing:           0.870
    Symmetry:                      0.899
    USP Tailing:                   1.079
    Integration type:              BB
    Time increment [msec]:         400.0
    Data points:                   313



Statistical moments (BB peak detection):     Efficiency: Plates per ..
    M0:   949.4                              column              meter
    M1:  16.428          Tangent method      8519               -
    M2:  0.031595      Halfwidth method      8738               -
    M3:  0.001258       5 sigma method       8505               -
    M4:  0.003112          Statistical       8542               -

Relationship to preceeding peak:              Selectivity:    3.165
    Resolution Tangent method:  24.161       5 sigma method   24.061
            Halfwidth method   24.508     Statistical method  24.001

Data File C:\HPCHEM\1\DATA\041207SY\002-0206.D          Sample Name: system suit

| # | Ret.Time [min] | Amount [ng/ul] | Name | Page # |
|---|---|---|---|---|
| 1 | 5.187 | 1.2534 | digoxigenin | 3 |
| 2 | 16.415 | 1.2581 | digoxin | 4 |
| | | ======== | | |
| | Total: | 2.5116 | | |

*** End of Report ***

Sample # 37741 0
Attachment A pg 13 of 44
SLY 5-3-07

```
Data File C:\HPCHEM\1\DATA\041207SY\001-0101.D          Sample Name: blank
```



```
================================================================
Injection Date  : 4/12/07 2:46:46 PM          Seq. Line :    1
Sample Name     : blank                       Vial :         1
Acq. Operator   : sly                         Inj :          1
                                         Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly        Sample # 377410
                  (modified after loading)          Attachment A pg 14 of 44
                                                    SLY  5-3-07
digoxin
```

```
================================================================
                    Area Percent Report
================================================================

Sorted By             :     Signal
Calib. Data Modified  :     4/12/07 2:07:40 PM
Multiplier            :     1.0000
Dilution              :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40
```

| Peak # | RetTime [min] | Type | Width [min] | Area [mAU*s] | Area % | Name |
|-------|---------|------|--------|----------|--------|-----------|
| 1 | 5.187 | | 0.0000 | 0.00000 | 0.0000 | digoxigenin |
| 2 | 16.352 | | 0.0000 | 0.00000 | 0.0000 | digoxin |

```
Totals :                        0.00000


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

================================================================
```

```
Data File C:\HPCHEM\1\DATA\041207SY\002-0201.D
                                                    Sample Name: system suit
```



```
=================================================================
Injection Date   : 4/12/07 3:08:12 PM          Seq. Line :    2
Sample Name      : system suit                 Vial :         2
Acq. Operator    : sly                          Inj :         1
                                               Inj Volume : 25 µl

Acq. Method      : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/12/07 2:44:06 PM by sly
Analysis Method  : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
```

Sample # 577410
Attachment A pg 15 of 44
SLY 5-3-07

digoxin

```
=================================================================
                    Area Percent Report
=================================================================

Sorted By             :      Signal
Calib. Data Modified  :      4/12/07 2:07:40 PM
Multiplier            :      1.0000
Dilution              :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area          Area     Name
 #   [min]          [min]    [mAU*s]          %
----|-------|------|-------|----------|--------|--------------------
  1   5.192  BB    0.1281  1655.05432  63.4191 digoxigenin
  2  16.425  BB    0.4207   954.65436  36.5809 digoxin

Totals :                    2609.70868

 Results obtained with enhanced integrator!
=================================================================
                    *** End of Report ***
```

Data File C:\HPCHEM\1\DATA\041207SY\002-0202.D          Sample Name: system suit

```
================================================================
Injection Date : 4/12/07 3:29:36 PM          Seq. Line :   2
Sample Name    : system suit                     Vial :   2
Acq. Operator  : sly                              Inj :   2
                                             Inj Volume : 25 µl

Acq. Method    : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed   : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed   : 4/13/07 12:48:59 PM by sly
                 (modified after loading)
```

Sample # 377410
Attachment A pg 16 of 44
SLY 5-3-07

digoxin



```
================================================================
                    Area Percent Report
================================================================

Sorted By           :     Signal
Calib. Data Modified :    4/12/07 2:07:40 PM
Multiplier          :     1.0000
Dilution            :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area     Name
  #  [min]          [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
  1   5.192  BB    0.1277  1653.57605  63.3702  digoxigenin
  2  16.424  BB    0.4206   955.81311  36.6298  digoxin

Totals :                   2609.38916


 Results obtained with enhanced integrator!
================================================================
                    *** End of Report ***
```

Data File C:\HPCHEM\1\DATA\041207SY\002-0203.D          Sample Name: system suit

```
===============================================================================
Injection Date  : 4/12/07 3:51:01 PM              Seq. Line :    2
Sample Name     : system suit                     Vial :         2
Acq. Operator   : sly                             Inj :          3
                                                  Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly          Sample # 377410
                    (modified after loading)          Attachment A Pg 17 of 44
digoxin                                               SLY  5-3-07
```



```
===============================================================================
                       Area Percent Report
===============================================================================

Sorted By             :       Signal
Calib. Data Modified  :       4/12/07 2:07:40 PM
Multiplier            :       1.0000
Dilution              :       1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width      Area        Area      Name
 #   [min]           [min]    [mAU*s]        %
----|-------|------|-------|----------|--------|--------------------
   1   5.189 BB     0.1316 1655.14294  63.4337 digoxigenin
   2  16.419 BB     0.4153  954.10608  36.5663 digoxin

Totals :                    2609.24902

 Results obtained with enhanced integrator!
===============================================================================
                      *** End of Report ***
```

Data File C:\HPCHEM\1\DATA\041207SY\002-0204.D                    Sample Name: system suit

```
================================================================
Injection Date   : 4/12/07 4:12:27 PM         Seq. Line :     2
Sample Name      : system suit                Vial :          2
Acq. Operator    : sly                          Inj :         4
                                             Inj Volume : 25 µl
Acq. Method      : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/12/07 2:44:06 PM by sly
Analysis Method  : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
```

Sample # 3 7741 0
Attachment A pg 18 of 44
SLY 5-3-07

digoxin



```
================================================================
                    Area Percent Report
================================================================

Sorted By            :      Signal
Calib. Data Modified :      4/12/07 2:07:40 PM
Multiplier           :      1.0000
Dilution             :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area     Name
  #   [min]          [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
  1   5.189  BB     0.1315  1655.77051  63.3959 digoxigenin
  2  16.420  BB     0.4152   956.02515  36.6041 digoxin

Totals :                    2611.79565

Results obtained with enhanced integrator!
================================================================
                    *** End of Report ***
```

```
Data File C:\HPCHEM\1\DATA\041207SY\002-0205.D          Sample Name: system suit
```

```
========================================================================
Injection Date  : 4/12/07 4:33:52 PM          Seq. Line :    2
Sample Name     : system suit                     Vial :    2
Acq. Operator   : sly                              Inj :    5
                                             Inj Volume :  25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly          Sample # 37740
                  (modified after loading)            Attachment A pg 19 of 44
digoxin                                               SLY  5-3-07
```



```
========================================================================
                    Area Percent Report
========================================================================

Sorted By             :      Signal
Calib. Data Modified  :      4/12/07 2:07:40 PM
Multiplier            :      1.0000
Dilution              :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak  RetTime  Type   Width     Area       Area    Name
 #     [min]         [min]    [mAU*s]      %
----|-------|------|-------|----------|--------|--------------------
  1   5.186  BB    0.1315  1656.08374  63.4009 digoxigenin
  2  16.414  BB    0.4189   955.99823  36.5991 digoxin

Totals :                    2612.08197

 Results obtained with enhanced integrator!
========================================================================
                    *** End of Report ***
```

```
Data File C:\HPCHEM\1\DATA\041207SY\002-0206.D          Sample Name: system suit
```

```
===============================================================
Injection Date  : 4/12/07 4:55:18 PM          Seq. Line :    2
Sample Name     : system suit                     Vial :    2
Acq. Operator   : sly                              Inj :    6
                                           Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
digoxin
```

Sample # 377410
Attachment A pg 20 of 44
SLY
5-3-07



```
===============================================================
                    Area Percent Report
===============================================================

Sorted By            :       Signal
Calib. Data Modified :       4/12/07 2:07:40 PM
Multiplier           :       1.0000
Dilution             :       1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40
```

| Peak # | RetTime [min] | Type | Width [min] | Area [mAU*s] | Area % | Name |
|------|--------|------|--------|-----------|--------|------------------|
| 1 | 5.187 | BB | 0.1315 | 1656.81995 | 63.4001 | digoxigenin |
| 2 | 16.415 | BB | 0.4147 | 956.45477 | 36.5999 | digoxin |

```
Totals :                          2613.27472

 Results obtained with enhanced integrator!
===============================================================
                   *** End of Report ***
```

Data File C:\HPCHEM\1\DATA\041207SY\001-0301.D                    Sample Name: blank

========================================================================
Injection Date  : 4/12/07 5:16:45 PM          Seq. Line :    3
Sample Name     : blank                             Vial :    1
Acq. Operator   : sly                                Inj :    1
                                              Inj Volume : 25 μl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly          Sample # 377410
                  (modified after loading)            Attachment A  pg 21 of 44
                                                      SLY  5-3-07
digoxin



========================================================================
                        Area Percent Report
========================================================================

Sorted By              :        Signal
Calib. Data Modified   :        4/12/07 2:07:40 PM
Multiplier             :        1.0000
Dilution               :        1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width      Area       Area     Name
 #   [min]           [min]    [mAU*s]        %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000    0.00000   0.0000 digoxigenin
  2  16.352          0.0000    0.00000   0.0000 digoxin

Totals :                        0.00000


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

========================================================================

Instrument 5 4/13/07 12:49:53 PM sly                        Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\003-0401.D                    Sample Name: CS

```
================================================================
Injection Date  : 4/12/07 5:38:11 PM           Seq. Line :    4
Sample Name     : CS                               Vial :    3
Acq. Operator   : sly                               Inj :    1
                                             Inj Volume :  25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
digoxin
```

Sample # 37740
Attachment A pg 22 of 44
SLY 5-3-07



```
================================================================
                    Area Percent Report
================================================================


Sorted By             :      Signal
Calib. Data Modified  :      4/12/07 2:07:40 PM
Multiplier            :      1.0000
Dilution              :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area     Name
 #   [min]           [min]   [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000   0.00000   0.0000 digoxigenin
  2  16.370 BB       0.5025 909.88556 100.0000 digoxin

Totals :                     909.88556

 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

================================================================
```

Instrument 5 4/13/07 12:56:21 PM sly                        Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\001-0501.D           Sample Name: blank

```
================================================================
Injection Date  : 4/12/07 5:59:37 PM          Seq. Line :    5
Sample Name     : blank                        Vial :    1
Acq. Operator   : sly                           Inj :    1
                                          Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```



digoxin

```
================================================================
                   Area Percent Report
================================================================

Sorted By            :     Signal
Calib. Data Modified :     4/12/07 2:07:40 PM
Multiplier           :     1.0000
Dilution             :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area      Area      Name
  #   [min]          [min]   [mAU*s]      %
----|-------|------|-------|----------|--------|--------------------
   1   5.187         0.0000   0.00000   0.0000 digoxigenin
   2  16.352         0.0000   0.00000   0.0000 digoxin

Totals :                      0.00000

 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

================================================================
```

Instrument 5 4/13/07 12:50:16 PM sly                    Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\004-0601.D                    Sample Name: ICV

```
=================================================================
Injection Date  : 4/12/07 6:21:05 PM          Seq. Line :    6
Sample Name     : ICV                         Vial :     4
Acq. Operator   : sly                         Inj :      1
                                         Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

digoxin



```
=================================================================
                    Area Percent Report
=================================================================

Sorted By           :      Signal
Calib. Data Modified :     4/12/07 2:07:40 PM
Multiplier          :      1.0000
Dilution            :      1.0000
```

Signal 1: DAD1 A, Sig=218,4 Ref=350,40

```
Peak RetTime  Type   Width    Area       Area      Name
 #   [min]           [min]    [mAU*s]     %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000   0.00000    0.0000 digoxigenin
  2  16.365 BB       0.4987  951.14551 100.0000 digoxin

Totals :                     951.14551
```

 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

```
=================================================================
```

Instrument 5 4/13/07 12:58:09 PM sly                          Page 1 of 1

```
Data File C:\HPCHEM\1\DATA\041207SY\005-0701.D          Sample Name: 377410assay1
```

```
==============================================================================
Injection Date  : 4/12/07 6:42:32 PM                   Seq. Line :    7
Sample Name     : 377410assay1                           Vial :     5
Acq. Operator   : sly                                     Inj :      1
                                                       Inj Volume : 25 μl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample #  377410
Attachment  A  pg 25 of 44
SLY  5-3-07

digoxin



```
==============================================================================
                          Area Percent Report
==============================================================================

Sorted By           :       Signal
Calib. Data Modified :      4/12/07 2:07:40 PM
Multiplier          :       1.0000
Dilution            :       1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width      Area       Area      Name
  #   [min]          [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|----------------------
  1   5.187          0.0000   0.00000   0.0000 digoxigenin
  2  16.388 BB       0.4792 856.10645 100.0000 digoxin

Totals :                     856.10645


 Results obtained with enhanced integrator!
1 Warnings or Errors :

 Warning : Calibrated compound(s) not found

==============================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\006-0801.D          Sample Name: 377410assay2

```
================================================================
Injection Date  : 4/12/07 7:03:58 PM        Seq. Line :    8
Sample Name     : 377410assay2               Vial :    6
Acq. Operator   : sly                        Inj :    1
                                        Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample # 377410
Attachment A pg 26 of 44
SLY 5-3-07

digoxin



```
================================================================
                   Area Percent Report
================================================================

Sorted By          :      Signal
Calib. Data Modified :    4/12/07 2:07:40 PM
Multiplier         :      1.0000
Dilution           :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area      Area    Name
  #   [min]          [min]    [mAU*s]      %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000   0.00000   0.0000 digoxigenin
  2  16.388 BB       0.4787 860.05627 100.0000 digoxin

Totals :                    860.05627
```

 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

```
================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\007-0901.D          Sample Name: matrix spike

```
================================================================
Injection Date  : 4/12/07 7:25:25 PM          Seq. Line :    9
Sample Name     : matrix spike                Vial :         7
Acq. Operator   : sly                         Inj :          1
                                      Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample # 37740
Attachment A pg 27 of 44
SLY 5-3-07

digoxin



```
================================================================
                    Area Percent Report
================================================================

Sorted By             :     Signal
Calib. Data Modified  :     4/12/07 2:07:40 PM
Multiplier            :     1.0000
Dilution              :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area      Area      Name
 #   [min]          [min]    [mAU*s]      %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000   0.00000   0.0000 digoxigenin
  2  16.381 BB       0.4789 903.54938 100.0000 digoxin

Totals :                     903.54938


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

================================================================
```

Instrument 5 4/13/07 12:59:14 PM sly                    Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\008-1001.D          Sample Name: CU1

```
============================================================
Injection Date  : 4/12/07 7:46:51 PM          Seq. Line :   10
Sample Name     : CU1                           Vial :    8
Acq. Operator   : sly                            Inj :    1
                                            Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample # 37747?
Attachment  A  pg 28 of 44
SLY   5-3-07

digoxin



```
============================================================
                 Area Percent Report
============================================================
```

```
Sorted By            :     Signal
Calib. Data Modified :     4/12/07 2:07:40 PM
Multiplier           :     1.0000
Dilution             :     1.0000
```

Signal 1: DAD1 A, Sig=218,4 Ref=350,40

| Peak # | RetTime [min] | Type | Width [min] | Area [mAU*s] | Area % | Name |
|------|---------|------|--------|-----------|----------|----------------------|
| 1 | 5.187 | | 0.0000 | 0.00000 | 0.0000 | digoxigenin |
| 2 | 16.389 | BB | 0.4792 | 890.91492 | 100.0000 | digoxin |

Totals :                        890.91492

 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

```
============================================================
```

Instrument 5 4/13/07 12:59:33 PM sly                    Page 1 of 1

```
Data File C:\HPCHEM\1\DATA\041207SY\009-1101.D
                                                    Sample Name: CU2
```

```
===================================================================
Injection Date  : 4/12/07 8:08:20 PM        Seq. Line :   11
Sample Name     : CU2                          Vial :    9
Acq. Operator   : sly                          Inj :     1
                                            Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample # 377410
Attachment
SLY   04   pg 29   of 44
5 - 3 - 07

digoxin



```
===================================================================
                      Area Percent Report
===================================================================

Sorted By             :      Signal
Calib. Data Modified  :      4/12/07 2:07:40 PM
Multiplier            :      1.0000
Dilution              :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40
```

| Peak # | RetTime [min] | Type | Width [min] | Area [mAU*s] | Area % | Name |
|------|------|------|------|------|------|------|
| 1 | 5.187 | | 0.0000 | 0.00000 | 0.0000 | digoxigenin |
| 2 | 16.394 | BB | 0.4777 | 862.61694 | 100.0000 | digoxin |

```
Totals :                    862.61694


 Results obtained with enhanced integrator!
1 Warnings or Errors :

 Warning : Calibrated compound(s) not found

===================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\010-1201.D                    Sample Name: CU3

```
================================================================
 Injection Date  : 4/12/07 8:29:49 PM          Seq. Line :   12
 Sample Name     : CU3                              Vial :   10
 Acq. Operator   : sly                               Inj :    1
                                             Inj Volume : 25 µl

 Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/12/07 2:44:06 PM by sly
 Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
```

Sample # 3-7741ᴑ
Attachment A  pg 30 of 44
SLY  5-3-07

digoxin



```
================================================================
                    Area Percent Report
================================================================

 Sorted By            :      Signal
 Calib. Data Modified :      4/12/07 2:07:40 PM
 Multiplier           :      1.0000
 Dilution             :      1.0000


 Signal 1: DAD1 A, Sig=218,4 Ref=350,40

 Peak RetTime  Type   Width      Area        Area     Name
   #   [min]          [min]    [mAU*s]         %
 ----|-------|------|-------|----------|--------|--------------------
    1   5.187          0.0000   0.00000    0.0000 digoxigenin
    2  16.386 BB       0.4711 880.40179 100.0000 digoxin

 Totals :                      880.40179


  Results obtained with enhanced integrator!
 1 Warnings or Errors :

  Warning : Calibrated compound(s) not found

================================================================
```

Instrument 5 4/13/07 1:03:21 PM sly                        Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\011-1301.D          Sample Name: CU4

```
================================================================
 Injection Date  : 4/12/07 8:51:18 PM          Seq. Line :  13
 Sample Name     : CU4                             Vial :  11
 Acq. Operator   : sly                              Inj :   1
                                              Inj Volume : 25 µl

 Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/12/07 2:44:06 PM by sly
 Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
```

Sample # 37741Ọ
Attachment A pg 31 of 44
SLY
S-3-07

digoxin



```
================================================================
                    Area Percent Report
================================================================

 Sorted By            :       Signal
 Calib. Data Modified :       4/12/07 2:07:40 PM
 Multiplier           :       1.0000
 Dilution             :       1.0000


 Signal 1: DAD1 A, Sig=218,4 Ref=350,40

 Peak  RetTime  Type    Width    Area       Area    Name
   #    [min]          [min]   [mAU*s]       %
 ----|-------|------|-------|----------|-------|---------------------
   1   5.187           0.0000   0.00000   0.0000 digoxigenin
   2  16.384 BB        0.4747 881.50073 100.0000 digoxin

 Totals :                     881.50073


 Results obtained with enhanced integrator!
1 Warnings or Errors :

 Warning : Calibrated compound(s) not found
================================================================
```

Instrument 5 4/13/07 1:04:14 PM sly                        Page 1 of 1

```
Data File C:\HPCHEM\1\DATA\041207SY\012-1401.D                    Sample Name: CU5
```

```
==================================================================================
 Injection Date  : 4/12/07 9:12:44 PM           Seq. Line :   14
 Sample Name     : CU5                                Vial :   12
 Acq. Operator   : sly                                 Inj :    1
                                                Inj Volume : 25 µl

 Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/12/07 2:44:06 PM by sly
 Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
 digoxin
```

Sample # 377410
Attachment A P932 of 44
SLY 5-3-07



```
==================================================================================
                         Area Percent Report
==================================================================================

 Sorted By            :      Signal
 Calib. Data Modified :      4/12/07 2:07:40 PM
 Multiplier           :      1.0000
 Dilution             :      1.0000


 Signal 1: DAD1 A, Sig=218,4 Ref=350,40

 Peak RetTime  Type   Width     Area        Area    Name
  #   [min]           [min]    [mAU*s]        %
 ----|-------|------|-------|----------|--------|---------------------
   1   5.187          0.0000    0.00000   0.0000 digoxigenin
   2  16.380 BB       0.4738  892.34027 100.0000 digoxin

 Totals :                     892.34027


  Results obtained with enhanced integrator!
 1 Warnings or Errors :

 Warning : Calibrated compound(s) not found

==================================================================================
```

```
Instrument 5 4/13/07 1:04:37 PM sly                              Page 1 of 1
```

Data File C:\HPCHEM\1\DATA\041207SY\003-1501.D

Sample Name: CCV

```
=============================================================
 Injection Date  : 4/12/07 9:34:10 PM          Seq. Line :  15
 Sample Name     : CCV                             Vial :   3
 Acq. Operator   : sly                              Inj :   1
                                          Inj Volume : 25 µl
 Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/12/07 2:44:06 PM by sly
 Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/13/07 12:48:59 PM by sly          Sample # 377419
                   (modified after loading)            Attachment A  pg 33 of 44
 digoxin                                                SLY  5-3-07
```



```
=============================================================
                    Area Percent Report
=============================================================

 Sorted By           :       Signal
 Calib. Data Modified :       4/12/07 2:07:40 PM
 Multiplier          :       1.0000
 Dilution            :       1.0000


 Signal 1: DAD1 A, Sig=218,4 Ref=350,40
```

| Peak | RetTime [min] | Type | Width [min] | Area [mAU*s] | Area % | Name |
|------|---------------|------|-------------|--------------|--------|------|
| 1 | 5.187 | | 0.0000 | 0.00000 | 0.0000 | digoxigenin |
| 2 | 16.356 | BB | 0.4865 | 924.38165 | 100.0000 | digoxin |

```
 Totals :                      924.38165


 Results obtained with enhanced integrator!
1 Warnings or Errors :

 Warning : Calibrated compound(s) not found

=============================================================
```

Instrument 5 4/13/07 12:57:02 PM sly

Page 1 of 1

```
Data File C:\HPCHEM\1\DATA\041207SY\013-1601.D                    Sample Name: CU6
```

```
=================================================================
Injection Date  : 4/12/07 9:55:36 PM            Seq. Line :   16
Sample Name     : CU6                               Vial :   13
Acq. Operator   : sly                                Inj :    1
                                                Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly          Sample # 377410
                  (modified after loading)            Attachment A pg 34 of 44
digoxin                                               SLY 5-3-07
```



```
=================================================================
                    Area Percent Report
=================================================================

Sorted By            :      Signal
Calib. Data Modified :      4/12/07 2:07:40 PM
Multiplier           :      1.0000
Dilution             :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area    Name
 #    [min]          [min]   [mAU*s]        %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000   0.00000   0.0000 digoxigenin
  2  16.381 BB       0.4709 887.99988 100.0000 digoxin

Totals :                    887.99988


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

=================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\014-1701.D                    Sample Name: CU7

```
==================================================================
Injection Date  : 4/12/07 10:17:02 PM          Seq. Line :   17
Sample Name     : CU7                           Vial :   14
Acq. Operator   : sly                           Inj :    1
                                          Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

digoxin



Sample # 377410
Attachment A pg 35 of 44
SLY 5-3-07

```
==================================================================
                    Area Percent Report
==================================================================

Sorted By              :     Signal
Calib. Data Modified   :     4/12/07 2:07:40 PM
Multiplier             :     1.0000
Dilution               :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area     Name
 #   [min]          [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
   1   5.187         0.0000   0.00000    0.0000 digoxigenin
   2  16.389 BB      0.4746 890.26398  100.0000 digoxin

Totals :                     890.26398

 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

==================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\015-1801.D          Sample Name: CU8

```
=================================================================
Injection Date  : 4/12/07 10:38:28 PM        Seq. Line :   18
Sample Name     : CU8                         Vial :   15
Acq. Operator   : sly                         Inj :    1
                                              Inj Volume : 25 µl
Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample # 377410
Attachment A pg 36 of 44
SLY 5-3-07

digoxin



```
=================================================================
                     Area Percent Report
=================================================================

Sorted By           :      Signal
Calib. Data Modified :      4/12/07 2:07:40 PM
Multiplier          :      1.0000
Dilution            :      1.0000
```

Signal 1: DAD1 A, Sig=218,4 Ref=350,40

| Peak # | RetTime [min] | Type | Width [min] | Area [mAU*s] | Area % | Name |
|--------|-----------|------|---------|------------|----------|------------|
| 1 | 5.187 | | 0.0000 | 0.00000 | 0.0000 | digoxigenin |
| 2 | 16.392 | BB | 0.4739 | 928.09546 | 100.0000 | digoxin |

Totals :                        928.09546

Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

```
=================================================================
```

Instrument 5 4/13/07 1:06:27 PM sly                        Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\016-1901.D          Sample Name: CU9

```
===========================================================================
Injection Date  : 4/12/07 10:59:55 PM           Seq. Line :   19
Sample Name     : CU9                               Vial :   16
Acq. Operator   : sly                                Inj :    1
                                              Inj Volume :  25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
```

Sample # 377410
Attachment A pg 37 of 44
SLY 5-3-07

digoxin



```
===========================================================================
                        Area Percent Report
===========================================================================

Sorted By             :       Signal
Calib. Data Modified  :       4/12/07 2:07:40 PM
Multiplier            :       1.0000
Dilution              :       1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40
```

| Peak<br>#  | RetTime<br>[min] | Type | Width<br>[min] | Area<br>[mAU*s] | Area<br>% | Name |
|------|---------|------|--------|-----------|----------|---------------------|
| 1 | 5.187 | | 0.0000 | 0.00000 | 0.0000 | digoxigenin |
| 2 | 16.402 | BB | 0.4733 | 907.32068 | 100.0000 | digoxin |

```
Totals :                       907.32068


 Results obtained with enhanced integrator!
1 Warnings or Errors :

 Warning : Calibrated compound(s) not found

===========================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\017-2001.D          Sample Name: CU10

```
===============================================================================
 Injection Date  : 4/12/07 11:21:22 PM          Seq. Line :   20
 Sample Name     : CU10                              Vial :   17
 Acq. Operator   : sly                                Inj :    1
                                              Inj Volume : 25 µl
 Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/12/07 2:44:06 PM by sly
 Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
 digoxin
```

Sample # 377410
Attachment A pg 38 of 44
SLY
5-3-07



```
===============================================================================
                         Area Percent Report
===============================================================================

 Sorted By             :      Signal
 Calib. Data Modified  :      4/12/07 2:07:40 PM
 Multiplier            :      1.0000
 Dilution              :      1.0000


 Signal 1: DAD1 A, Sig=218,4 Ref=350,40

 Peak RetTime  Type   Width     Area      Area      Name
  #   [min]           [min]   [mAU*s]      %
 ----|-------|------|-------|----------|--------|--------------------
   1   5.187          0.0000   0.00000   0.0000 digoxigenin
   2  16.410 BB       0.4688 897.28046 100.0000 digoxin

 Totals :                     897.28046

  Results obtained with enhanced integrator!
 1 Warnings or Errors :

  Warning : Calibrated compound(s) not found

===============================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\003-2101.D

Sample Name : CCV

```
=================================================================
  Injection Date   : 4/12/07 11:42:49 PM        Seq. Line :   21
  Sample Name      : CCV                            Vial :    3
  Acq. Operator    : sly                             Inj :    1
                                                Inj Volume : 25 µl
  Acq. Method      : C:\HPCHEM\1\METHODS\DIGOXIN.M
  Last changed     : 4/12/07 2:44:06 PM by sly
  Analysis Method  : C:\HPCHEM\1\METHODS\DIGOXIN.M
  Last changed     : 4/13/07 12:48:59 PM by sly
                     (modified after loading)
digoxin
```

Sample # 377410
Attachment A pg 39 of 44
SLY  5-3-07



```
=================================================================
                     Area Percent Report
=================================================================

Sorted By           :     Signal
Calib. Data Modified :     4/12/07 2:07:40 PM
Multiplier          :     1.0000
Dilution            :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime Type   Width     Area        Area     Name
  #  [min]         [min]    [mAU*s]        %
----|-------|------|-------|----------|--------|--------------------
   1   5.187         0.0000   0.00000   0.0000 digoxigenin
   2  16.389 BB      0.4894 916.10974 100.0000 digoxin

Totals :                    916.10974


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

=================================================================
```

Instrument 5 4/13/07 12:57:47 PM sly                    Page 1 of 1

Data File C:\HPCHEM\1\DATA\041207SY\001-2201.D        Sample Name: blank

================================================================
Injection Date  : 4/13/07 12:04:16 AM          Seq. Line :  22
Sample Name     : blank                             Vial :   1
Acq. Operator   : sly                               Inj :   1
                                             Inj Volume :  25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly        Sample # 377410
                  (modified after loading)          Attachment A pg 40 of 44
                                                    SLY 5-3-07
digoxin



DAD1 A, Sig=218,4 Ref=350,40 (041207SY\001-2201.D)

================================================================
                   Area Percent Report
================================================================

Sorted By             :     Signal
Calib. Data Modified  :     4/12/07 2:07:40 PM
Multiplier            :     1.0000
Dilution              :     1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area    Name
  #   [min]          [min]   [mAU*s]        %
----|-------|------|-------|----------|--------|--------------------
   1   5.187         0.0000   0.00000   0.0000 digoxigenin
   2  16.352         0.0000   0.00000   0.0000 digoxin

Totals :                               0.00000


 Results obtained with enhanced integrator!
1 Warnings or Errors :

 Warning : Calibrated compound(s) not found

================================================================

Instrument 5 4/13/07 12:50:42 PM sly                    Page 1 of 1

```
Data File C:\HPCHEM\1\DATA\041207SY\018-2301.D                    Sample Name: MDL1
```



```
 ================================================================
 Injection Date  : 4/13/07 12:25:45 AM          Seq. Line :   23
 Sample Name     : MDL1                          Vial :   18
 Acq. Operator   : sly                           Inj :    1
                                                 Inj Volume : 25 µl

 Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/12/07 2:44:06 PM by sly
 Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
 Last changed    : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
 digoxin
```

Sample # 377410
Attachment A  pg 41 of 44
SLY  5-3-07

```
 ================================================================
                      Area Percent Report
 ================================================================

 Sorted By             :      Signal
 Calib. Data Modified  :      4/12/07 2:07:40 PM
 Multiplier            :      1.0000
 Dilution              :      1.0000


 Signal 1: DAD1 A, Sig=218,4 Ref=350,40

 Peak RetTime  Type   Width     Area        Area     Name
  #   [min]           [min]    [mAU*s]       %
 ----|-------|------|-------|----------|--------|--------------------
   1   5.187          0.0000   0.00000    0.0000 digoxigenin
   2  16.399 BB       0.4819 468.14490  100.0000 digoxin

 Totals :                     468.14490

  Results obtained with enhanced integrator!
 1 Warnings or Errors :


 Warning : Calibrated compound(s) not found

 ================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\019-2401.D                    Sample Name: MDL2

```
===============================================================================
Injection Date  : 4/13/07 12:47:14 AM              Seq. Line :  24
Sample Name     : MDL2                             Vial      :  19
Acq. Operator   : sly                              Inj       :   1
                                          Inj Volume : 25 µl

Acq. Method     : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/12/07 2:44:06 PM by sly
Analysis Method : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed    : 4/13/07 12:48:59 PM by sly
                  (modified after loading)
digoxin
```

Sample # 377410
Attachment A pg 42 of 44
SLY 5-3-07



```
===============================================================================
                    Area Percent Report
===============================================================================

Sorted By             :      Signal
Calib. Data Modified  :      4/12/07 2:07:40 PM
Multiplier            :      1.0000
Dilution              :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area       Area     Name
  #   [min]         [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
  1   5.187          0.0000   0.00000    0.0000 digoxigenin
  2  16.405 BB       0.4801 462.41983 100.0000 digoxin

Totals :                     462.41983


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found

===============================================================================
```

Data File C:\HPCHEM\1\DATA\041207SY\020-2501.D

Sample Name: MDL3

```
=================================================================
Injection Date   : 4/13/07 1:08:42 AM        Seq. Line :   25
Sample Name      : MDL3                          Vial :   20
Acq. Operator    : sly                            Inj :    1
                                          Inj Volume : 25 µl
Acq. Method      : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/12/07 2:44:06 PM by sly
Analysis Method  : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
digoxin
```

Sample # 377410
Attachment A pg 43 of 44
SLY 5-3-07



```
=================================================================
                    Area Percent Report
=================================================================

Sorted By             :      Signal
Calib. Data Modified  :      4/12/07 2:07:40 PM
Multiplier            :      1.0000
Dilution              :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime Type  Width     Area       Area    Name
 #   [min]        [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
 1    5.187        0.0000   0.00000    0.0000 digoxigenin
 2   16.410 BB     0.4806 461.31964  100.0000 digoxin

Totals :                   461.31964


 Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found
=================================================================
```

Instrument 5 4/13/07 1:10:07 PM sly

Data File C:\HPCHEM\1\DATA\041207SY\021-2601.D

Sample Name: high

```
==================================================================
Injection Date   : 4/13/07 1:30:12 AM          Seq. Line :  26
Sample Name      : high                            Vial :  21
Acq. Operator    : sly                              Inj :   1
                                              Inj Volume : 25 µl
Acq. Method      : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/12/07 2:44:06 PM by sly
Analysis Method  : C:\HPCHEM\1\METHODS\DIGOXIN.M
Last changed     : 4/13/07 12:48:59 PM by sly
                   (modified after loading)
digoxin
```

Sample # 377410
Attachment
SLY                A pg 44 of 44
5-3-07



```
==================================================================
                    Area Percent Report
==================================================================

Sorted By           :      Signal
Calib. Data Modified :      4/12/07 2:07:40 PM
Multiplier          :      1.0000
Dilution            :      1.0000


Signal 1: DAD1 A, Sig=218,4 Ref=350,40

Peak RetTime  Type   Width     Area        Area     Name
 #   [min]          [min]    [mAU*s]       %
----|-------|------|-------|----------|--------|--------------------
  1   5.187         0.0000   0.00000    0.0000  digoxigenin
  2  16.399 BB      0.4896  1172.62061 100.0000 digoxin

Totals :                    1172.62061


Results obtained with enhanced integrator!
1 Warnings or Errors :

Warning : Calibrated compound(s) not found
==================================================================
```

Instrument 5 4/13/07 1:10:50 PM sly

377410
6-15-07
SCY

# Attachment B

## Organic Volatile Impurities

## Chromatograms & Spectra

```
Simulate Run Sequence  Tue Jun 12 12:53:15 2007

Instrument Name: Instrument #1
  Sequence File: C:\MSDCHEM\1\SEQUENCE\OVI.S
        Comment: ovi
       Operator: sly
      Data Path: C:\MSDCHEM\1\DATA\ovi\
    Method Path: C:\MSDCHEM\1\METHODS\
```

Sample # 377410
Attachment B pg 1 of 33
SLY
6-15-07

```
Line Type      Vial DataFile Method  Sample Name
-----------------------------------------------------------------
  1) Sample      3   0612A01  OVI      WS1
  2) Sample      2   0612A02  ETOHCLN  etoh clean-up
  3) Sample      4   0612A03  OVI      WS2
  4) Sample      2   0612A04  ETOHCLN  etoh clean-up
  5) Sample      1   0612A05  OVI      blank
  6) Sample      2   0612A06  ETOHCLN  etoh clean-up
  7) Sample      5   0612A07  OVI      377410 digoxin
  8) Sample      2   0612A08  ETOHCLN  etoh clean-up
  9) Sample      6   0612A09  OVI      408376 alprostadil powder
 10) Sample      2   0612A10  ETOHCLN  etoh clean-up
 11) Sample      7   0612A11  OVI      414717 alprostadil liquid
 12) Sample      2   0612A12  ETOHCLN  etoh clean-up
 13) Sample      8   0612A13  OVI      420529 alprostadil liquid
 14) Sample      2   0612A14  ETOHCLN  etoh clean-up
 15) Sample      9   0612A15  OVI      412621 codeine
 16) Sample      2   0612A16  ETOHCLN  etoh clean-up
 17) Sample      3   0612A17  OVI      WS1
 18) Sample      2   0612A18  ETOHCLN  etoh clean-up
 19) Sample     10   0612A19  OVI      420501 nefazod
 20) Sample      2   0612A20  ETOHCLN  etoh clean-up
 21) Sample     11   0612A21  OVI      383890 naproxen
 22) Sample      2   0612A22  ETOHCLN  etoh clean-up
 23) Sample     12   0612A23  OVI      383890 spike 1
 24) Sample      2   0612A24  ETOHCLN  etoh clean-up
 25) Sample     13   0612A25  OVI      383891 naproxen
 26) Sample      2   0612A26  ETOHCLN  etoh clean-up
 27) Sample     14   0612A27  OVI      383891 spike 2
 28) Sample      2   0612A28  ETOHCLN  etoh clean-up
 29) Sample      3   0612A29  OVI      WS1
 30) Sample      2   0612A30  ETOHCLN  etoh clean-up
 31) Sample     15   0612A31  OVI      408372 naproxen
 32) Sample      2   0612A32  ETOHCLN  etoh clean-up
 33) Sample     16   0612A33  OVI      409673 naproxen
 34) Sample      2   0612A34  ETOHCLN  etoh clean-up
 35) Sample     17   0612A35  OVI      409674 naproxen
 36) Sample      2   0612A36  ETOHCLN  etoh clean-up
 37) Sample     18   0612A37  OVI      423339 naproxen
 38) Sample      2   0612A38  ETOHCLN  etoh clean-up
 39) Sample     19   0612A39  OVI      423340 naproxen
 40) Sample      2   0612A40  ETOHCLN  etoh clean-up
 41) Sample      3   0612A41  OVI      WS1
 42) Sample      2   0612A42  ETOHCLN  etoh clean-up
 43) Sample     20   0612A43  OVI      396200 desmopressin
 44) Sample      2   0612A44  ETOHCLN  etoh clean-up
 45) Sample     21   0612A45  OVI      420503 desmopressin
 46) Sample      2   0612A46  ETOHCLN  etoh clean-up
 47) Sample      3   0612A47  OVI      WS1
 48) Sample      2   0612A48  ETOHCLN  etoh clean-up
Bytes Needed: 2400000  Space on drive C: 1527685123
Sequence Verification Done!
```

Agilent GC-MS
GC 6890 FDA#1700647
MS 5973 FDA#1700646

TOPLEVEL PARAMETERS
-------------------

Method Information For: C:\MSDCHEM\1\METHODS\OVI.M

~od Sections To Run:

(X) Save Copy of Method With Data
( ) Pre-Run Cmd/Macro  =
(X) Data Acquisition
(X) Data Analysis
( ) Post-Run Cmd/Macro =

Sample # 377419
Attachment 13 pg 3 of 33
SLY 6-15-07

Method Comments:
  OVI


                    END OF TOPLEVEL PARAMETERS
                    --------------------------



                    INSTRUMENT CONTROL PARAMETERS
                    -----------------------------


Sample Inlet:     GC
Injection Source:  GC ALS
Mass Spectrometer:  Enabled


=====================================================================
                    6890 GC METHOD
=   =================================================================

OVEN
  Initial temp:  40 'C (On)          Maximum temp:  340 'C
  Initial time:  5.00 min            Equilibration time:  0.10 min
  Ramps:
    # Rate  Final temp  Final time
    1 2.00     80         0.00
    2 10.00    150        0.00
    3 50.00    260        0.00
    4  0.0(Off)
  Post temp:  40 'C
  Post time:  0.00 min
  Run time:  34.20 min


____ NT INLET (UNKNOWN)          BACK INLET ()
___ode: Splitless
  Initial temp:  70 'C (On)

Method: OVI.M       Thu Jun 14 10:53:19 2007       Page: 1

Pressure:  1.32 psi (On)
Purge flow:  50.0 mL/min
Purge time:  1.00 min
Total flow:  53.4 mL/min
Gas saver:  On
     ver flow:  20.0 mL/min
     aver time:  3.00 min
Gas type:  Helium

COLUMN 1                    COLUMN 2
Capillary Column               (not installed)
Model Number:  Restek RTx-5MS
5% diphenyl-95%dimethylpolysiloxane
Max temperature:  350 'C
Nominal length:  30.0 m
Nominal diameter:  250.00 um
Nominal film thickness:  0.25 um
Mode:  constant flow
Initial flow:  0.5 mL/min
Nominal init pressure:  1.33 psi
Average velocity:  27 cm/sec
     et:  Front Inlet
Outlet:  MSD
Outlet pressure:  vacuum

Sample # 37741□
Attachment  B  pg 3  of 33
SLY  6-15-07

FRONT DETECTOR (NO DET)          BACK DETECTOR (NO DET)

SIGNAL 1                    SIGNAL 2
     a rate:  20 Hz            Data rate:  20 Hz
     ype:  test plot            Type:  test plot
Save Data:  Off               Save Data:  Off
Zero:  0.0 (Off)              Zero:  0.0 (Off)
Range:  0                   Range:  0
Fast Peaks:  Off             Fast Peaks:  Off
Attenuation:  0              Attenuation:  0

C     JMN COMP 1             COLUMN COMP 2
  (No Detectors Installed)        (No Detectors Installed)

THERMAL AUX 2
  Use:  MSD Transfer Line Heater
  Description:  Transfer Line
  Initial temp:  280 'C (On)
  Initial time:  0.00 min
  # Rate  Final temp  Final time
  1  0.0(Off)

POST RUN
Post Time: 0.00 min

TIME TABLE
     ie    Specifier          Parameter & Setpoint

Method: OVI.M        Thu Jun 14 10:53:19 2007        Page: 2

7673 Injector

Front Injector:
    Sample Washes        2
    Sample Pumps        3
    Injection Volume      1.0 microliters
    Syringe Size        10.0 microliters
    PostInj Solvent A Washes    4
    PostInj Solvent B Washes    4
    Viscosity Delay      0 seconds
    Plunger Speed      Fast
    PreInjection Dwell     0.00 minutes
    PostInjection Dwell    0.00 minutes
    Sampling Depth     0.4 mm

  Back Injector:
No parameters specified

Sample # 377410
Attachment
SLY  B Pg 4 of 33
6-15-07

## MS ACQUISITION PARAMETERS

General Information
------- -----------

Tune File        : atune.u
Acquistion Mode    : Scan

Information
---------

Solvent Delay     : 3.00 min

EM Absolute      : False
EM Offset        : 0
Resulting EM Voltage  : 1482.4

[Scan Parameters]

Low Mass       : 30.0
High Mass      : 175.0
Threshold      : 100
Sample #       : 2   A/D Samples  4
Plot 2 low mass   : 35.0
Plot 2 high mass  : 545.0

[MSZones]

MS Quad      : 150 C  maximum 200 C
MS Source    : 230 C  maximum 250 C

END OF MS ACQUISITION PARAMETERS

Method: OVI.M    Thu Jun 14 10:53:19 2007    Page: 3

File      : C:\MSDCHEM\1\DATA\OVI\0612A01.D
Operator  : sly
Acquired  : 12 Jun 2007  14:31    using AcqMethod OVI
Instrument : Instrumen
Sample Name: WS1
Misc Info :
Vial Number: 3

Sample # 37740
Attachment B pg 5 of 33
SLY
6-15-07



TIC: 0612A01.D

Note: Split peaks due to injecting water on an unsuitable column. (Method I specifies G27 stationary phase (RTx-5 or similar).)

File      : C:\MSDCHEM\1\DATA\OVI\0612A01.D
Operator  : sly
Acquired  : 12 Jun 2007  14:31    using AcqMethod OVI
Instrument :   Instrumen
Sample Name: WS1
Misc Info :
Vial Number: 3







File       : C:\MSDCHEM\1\DATA\OVI\0612A01.D
Operator   : sly
Acquired   : 12 Jun 2007  14:31     using AcqMethod OVI
Instrument : Instrumen
Sample Name: WS1
Misc Info  :
Vial Number: 3

Sample # 377410
Attachment
SLY     B  pg 7  of 33
6-15-07





Chloroform

File     : C:\MSDCHEM\1\DATA\OVI\0612A01.D
Operator : sly
Acquired : 12 Jun 2007  14:31     using AcqMethod OVI
Instrument :   Instrumen
Sample Name: WS1
Misc Info :
Vial Number: 3

Sample # 377410
Attachment B pg 8 of 33
SLY 6-15-07



TIC: 0612A01.D



Scan 2441 (7.792 min): 0612A01.D

Trichloroethylene



File      : C:\MSDCHEM\1\DATA\OVI\0612A01.D
Operator  : sly
Acquired  : 12 Jun 2007  14:31     using AcqMethod OVI
Instrument :    Instrumen
    ample Name: WS1
Misc Info :
Vial Number: 3



Sample # 37740
Attachment  B pg 9 of 33
SLY  6-15-07





File     : C:\MSDCHEM\1\DATA\OVI\0612A03.D
Operator : sly
Acquired : 12 Jun 2007  15:32    using AcqMethod OVI
Instrument : Instrumen
Sample Name: WS2
Misc Info :
Vial Number: 4

Sample # 37741°
Attachment B  pg 10  of 33
SLY  6-15-07



File     : C:\MSDCHEM\1\DATA\OVI\0612A07.D
Operator : sly
Acquired : 13 Jun 2007  11:21     using AcqMethod OVI
Instrument :   Instrumen
Sample Name: 377410 digoxin
Misc Info :
Vial Number: 5







File      : C:\MSDCHEM\1\DATA\OVI\0612A09.D
Operator  : sly
Acquired  : 13 Jun 2007  12:21    using AcqMethod OVI
Instrument :    Instrumen
Sample Name: 408376 alprostadil powder
Misc Info :
Vial Number: 6





File      : C:\MSDCHEM\1\DATA\OVI\0612A09.D
Operator  : sly
Acquired  : 13 Jun 2007  12:21    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 408376 alprostadil powder
Misc Info :
Vial Number: 6

Sample # 377410
Attachment  8 pg 13 of 33
SLY  6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A11.D
Operator  : sly
Acquired  : 13 Jun 2007  13:22    using AcqMethod OVI
Instrument : Instrumen
Sample Name: 414717 alprostadil liquid
Misc Info :
Vial Number: 7

Sample # 377410
Attachment B  pg 14 of 33
SLY   6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A13.D
Operator  : sly
Acquired  : 13 Jun 2007  14:23    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 420529 alprostadil liquid
Misc Info :
Vial Number: 8

Sample # 37740
Attachment B pg 15 of 33
SLY  6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A15.D
Operator  : sly
Acquired  : 13 Jun 2007  15:24      using AcqMethod OVI
Instrument :   Instrumen
Sample Name: 412621 codeine
Misc Info  :
Vial Number: 9

Sample # 377410
Attachment
SLY   B pg 16 of 33
      6-13-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A17.D
Operator  : sly
Acquired  : 13 Jun 2007  16:24     using AcqMethod OVI
Instrument : Instrumen
Sample Name: WS1
Misc Info  :
Vial Number: 3

Sample # 377410
Attachment
SLY          B pg 17 of 33
        6-13-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A19.D
Operator  : sly
Acquired  : 13 Jun 2007  17:25     using AcqMethod OVI
Instrument : Instrumen
Sample Name: 420501 nefazod
Misc Info  :
Vial Number: 10

Sample # 377410
Attachment B pg 18 of 33
SLY  6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A21.D
Operator  : sly
Acquired  : 13 Jun 2007  18:25      using AcqMethod OVI
Instrument : Instrumen
Sample Name: 383890 naproxen
Misc Info  :
Vial Number: 11

Sample # 377410
Attachment B pg 19 of 33
SLY    6-15-07





File      : C:\MSDCHEM\1\DATA\OVI\0612A23.D
Operator  : sly
Acquired  : 13 Jun 2007  19:27     using AcqMethod OVI
Instrument :   Instrumen
Sample Name: 383890 spike 1
Misc Info  :
Vial Number: 12

Sample # 377410
Attachment 13   pg 20 of 33
SLY   6-15-07

File    : C:\MSDCHEM\1\DATA\OVI\0612A25.D
Operator  : sly
Acquired  : 13 Jun 2007  20:27    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 383891 naproxen
Misc Info :
Vial Number: 13





File      : C:\MSDCHEM\1\DATA\OVI\0612A27.D
Operator  : sly
Acquired  : 13 Jun 2007  21:28      using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 383891 spike 2
Misc Info  :
Vial Number: 14





File      : C:\MSDCHEM\1\DATA\OVI\0612A29.D
Operator  : sly
Acquired  : 13 Jun 2007  22:30      using AcqMethod OVI
Instrument :  Instrumen
Sample Name: WS1
Misc Info :
Vial Number: 3

Sample # 377410
Attachment B pg 23 of 33
SLY 6-15-07





File       : C:\MSDCHEM\1\DATA\OVI\0612A29.D
Operator   : sly
Acquired   : 13 Jun 2007  22:30     using AcqMethod OVI
Instrument : Instrumen
Sample Name: WS1
Misc Info  :
Vial Number: 3

Sample # 37740
Attachment 13 pg 24 of 33
SLY 6-15-07

*Trichloroethylene*

Scan 2473 (7.853 min): 0612A29.D (-2513) (-)

#25811: Ethene, trichloro- (CAS) SS Tri SS Trichloroethyle...

File      : C:\MSDCHEM\1\DATA\OVI\0612A31.D
Operator  : sly
Acquired  : 13 Jun 2007  23:31     using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 408372 naproxen
Misc Info  :
Vial Number: 15

Sample # 377410
Attachment 13 pg 25 of 33
SLY  6-95-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A33.D
Operator  : sly
Acquired  : 14 Jun 2007  00:32     using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 409673 naproxen
Misc Info :
Vial Number: 16





File      : C:\MSDCHEM\1\DATA\OVI\0612A35.D
Operator  : sly
Acquired  : 14 Jun 2007  1:33     using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 409674  naproxen
Misc Info :
Vial Number: 17



Sample # 377410
Attachment 13 pg 27 of 33
SLY  6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A37.D
Operator  : sly
Acquired  : 14 Jun 2007  2:34    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 423339  naproxen
Misc Info :
Vial Number: 18

Sample # 377410
Attachment  B  pg 28  of 33
SLY    6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A39.D
Operator  : sly
Acquired  : 14 Jun 2007  3:36      using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 423340 naproxen
Misc Info  :
Vial Number: 19

Sample # 377410
Attachment B pg 29 of 33
SLY  6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A41.D
Operator  : sly
Acquired  : 14 Jun 2007  4:37    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: WS1
Misc Info  :
Vial Number: 3

Sample # 377410
Attachment B pg 30 of 33
SLY  6-15-07



File      : C:\MSDCHEM\1\DATA\OVI\0612A43.D
Operator  : sly
Acquired  : 14 Jun 2007  5:39    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: 396200 desmopressin
Misc Info  :
Vial Number: 20

Sample # 377410
Attachment 6 pg 31 of 33
SLY
645-07



File     : C:\MSDCHEM\1\DATA\OVI\0612A45.D
Operator : sly
Acquired : 14 Jun 2007  6:40    using AcqMethod OVI
Instrument : Instrumen
Sample Name: 420503 desmopressin
Misc Info :
Vial Number: 21





File      : C:\MSDCHEM\1\DATA\OVI\0612A47.D
Operator  : sly
Acquired  : 14 Jun 2007  7:41    using AcqMethod OVI
Instrument :  Instrumen
Sample Name: WS1
Misc Info  :
Vial Number: 3

Sample # 377410
Attachment
SL7    8-33  of 33
695-07



377410
6-29-07
SLY

Attachment C

Fluorescence Intensities
+ QC

Sample # 3774/0
Attachment  C  pg  1  of 3
SLY
6-29-07

Date: 6/27/107                 Time: 12:52:20 PM



OVALENE STANDARD BLOCK SPECTRUM

Emission Spectrum

343.28

Excitation Spectrum

481.15

INT

nm

- - - - - -   OVAL338.SP - 6/27/107 - ,Spectrum 1,
............   OVAL339.SP - 6/27/107 - ,Spectrum 1,

Sample # 377410
Attachment
SLY   S  pg 2 of 3
6-29-07

Perkin-Elmer LS50
Luminescence Spectrometer
Serial # 3057
FDA #1701410

Computer FDA#1700050

Software: PLWinLab
Version # 2.01
Copyright A94-1997
PE Corp.

```
l Concentration results
enerated on :06-27-2007, at time:15:21:55
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
easurement conditions
ethod:C:\FLWINLAB\METHODS\DIGOXIN.MTH
ser name: LLM
omments: Default concentration method
--------------------------------------------------------
x.  wavelength (nm):      372
m.  wavelength (nm):      460
x.  slit (nm):            10
m.  slit (nm):            10
ntegration time (s):      1
m  filter:                390 cut_off
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
eference sample results
--------------------------------------------------------
td#    (Conc * Factor)    Intensity
          (ng/mL)
--------------------------------------------------------
lank     0.000            0.945
a        50.000           7.123
r        100.000          8.788
         150.000          12.966
e        200.000          16.935
a        250.000          20.851
lank     0.000            0.881
b        50.000           5.199
b        100.000          9.253
b        150.000          12.934
b        200.000          16.418
b        250.000          21.165
--------------------------------------------------------
i  equation         Y=MX+C
lope                0.078
ntercept            1.411
orrelation          0.9958
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
nknown sample results
urrent samples filename: C:\FLWINLAB\DATA\DIGLLM.UNK
--------------------------------------------------------
ample  (Conc * Factor)    Intensity
          (ng/mL)
--------------------------------------------------------
ab 1a    268.361          21.685
ab 2a    244.811          20.029
ab 3a    269.357          21.755
ab 4a    253.315          20.627
ab 5a    283.592          22.756
ab 6a    256.813          20.873
CV150a   142.402          12.828
ab 1b    261.092          21.694
ab 2b    245.208          20.460
   3b    252.880          21.056
   4b    243.715          20.344
   5b    248.593          20.723
   6b    257.848          21.442
CV150b   146.220          12.770
```

Linear Regression
+ samples concentration results
not used —
Program did not
minus the blank
or avg the sample
intensities.

Sample results
calculated with new
line generated in Excel.





377410.
7-2-07
SLY

## Attachment D

QC spreadsheet for

Assay/UDU

Attachment D p1of1

Printed on 7/2/2007 at 11:51 AM hrs

377410
7-2-07
ScY

| Run # | 041207SY | Date performed | 12-Apr-07 |
|---|---|---|---|
| Analyte/Parameter | digoxin | Matrix | tablet |
| Method(s) | USP digoxin tablets | Instrument | HPLC#1701616 |
| Analyst | | | |

| Cal Lot # | USP O0B096 | | ICV Lot # | | | Matrices (ex) | Sample Number(s) |
|---|---|---|---|---|---|---|---|
| Cal Exp. Date | | | ICV Exp. Date | | | ss=semisol | |
| Cal1 Conc. | 0.0411 | mg/mL | ICV Conc | 0.0427 | mg/mL | s=solid | 377410 |
| | | | Sample Weight: | 842.7 | mg | l=liquid | |
| CCV Lot # | | | Sample Volume: | | ml | oil | |
| CCV Exp. Date | | | QC Lot # | | | | |
| CCV Conc. | 0.0411 | mg/mL | QC Exp. Date | | | | |
| Spike Conc. | 0.533 | mg | QC Conc. | 0.0514 | mg/ml | | |
| Spike Wt. | | | MDL | 0.0206 | | | |

| Avg Tablet Wt: | 105.235 | mg | Sample Wt. 2: | 852.7 | mg | Version #1.5 |
|---|---|---|---|---|---|---|

| # | Sample ID | DF | Instrument Response | Initial Conc. | QC Result | Matrix | Sample Number | Result mg/mL | Result | Other | Other | Sig Figs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | 3 |
| 2 | (ICal 1) | | 909.88556 | | | | | | | | | 3 |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | a377410 | 25 | 856.10645 | - | - | | - | 0.9668 | 0 | 966.8ug/8.0 tabs=120.8 | | 4 |
| 6 | z377410 | 25 | 860.05627 | - | - | | - | 0.9712 | 0 | 971.2ug/8.1 tabs=120.0 | | 4 |
| 7 | ICV | 1 | 951.14551 | - | 100.6% | | - | 0.042964 | - | | | 6 |
| 8 | CCV | 1 | 924.38165 | - | 101.7% | | - | 0.0418 | - | | | 4 |
| 9 | CCV | 1 | 916.10974 | - | 100.7% | | - | 0.0414 | - | | | 4 |
| 10 | qhigh | 1 | 1172.6206 | - | 103.1% | | - | 0.053 | - | | | 4 |
| 11 | 1MDL | 1 | 468.1449 | - | - | | 1MDL | 0.0211 | - | | | 4 |
| 12 | 2MDL | 1 | 462.41983 | - | - | | 2MDL | 0.0209 | - | | | 4 |
| 13 | 3MDL | 1 | 461.31964 | - | - | | 3MDL | 0.0208 | - | | | 4 |
| 14 | spike | 25 | 903.54938 | 0.47 | 103.2% | | - | 1.0203 | - | | | 4 |
| 15 | udu1 | 3 | 890.91492 | - | - | | - | 0.1207 | - | | 96.7 | 4 |
| 16 | udu2 | 3 | 862.61694 | - | - | | - | 0.1169 | - | | 93.6 | 4 |
| 17 | udu3 | 3 | 880.40179 | - | - | | - | 0.1193 | - — | | 95.5 | 4 |
| 18 | udu4 | 3 | 881.50073 | - | - | | - | 0.1195 | - | | 95.6 | 4 |
| 19 | udu5 | 3 | 892.34027 | - | - | | - | 0.1209 | - | | 96.8 | 4 |
| 20 | udu6 | 3 | 887.99988 | - | - | | - | 0.1203 | - | | 96.3 | 4 |
| 21 | udu7 | 3 | 890.26398 | - | - | | - | 0.1206 | - | | 96.6 | 4 |
| 22 | udu8 | 3 | 928.09546 | - | - | | - | 0.1258 | - | | 100.7 | 4 |
| 23 | udu9 | 3 | 907.32068 | - | - | | - | 0.123 | - | | 98.4 | 4 |
| 24 | udu10 | 3 | 897.28046 | - | - | | - | 0.1216 | - | | 97.3 | 4 |
| 25 | | 1 | | - | - | | - | #VALUE! | - | | | 4 |

Calculations performed by Excel 2002/ Validated 3/18/03 CB

Entered by:

Reviewed by:

Page 1 of 1

Labeling

Photocopy of label on bottle

377410
4-10-07
SLY



NDC 62794-145-01

**DIGITEK**

(digoxin tablets, USP)

125 mcg (0.125 mg)

100 TABLETS

Rx only

Each tablet contains:
Digoxin, USP . . . . 125 mcg (0.125 mg)

For indications, dosage, precautions,
etc., see accompanying package insert.

Dispense in a tight, light-resistant
container as defined in the USP.

Store at 15-25°C (59-77°F) in a dry
place and protect from light.

This is a bulk container and not
intended for dispensing for household
use.

Distributed by
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

N 3 62794-145-01 6

Control No.   70078A1
Exp. Date    JAN 09

8064-01                    RBK145A1

SAMPLE #   377410
SLY
4-10-07         2/9/07
Sub #  2        KAZ

Original insert

enrollment.

**Table 4 Adverse Experiences in Two Parallel, Double-Blind, Placebo-Controlled Withdrawal Trials: Number of Patients Reporting**

| Adverse Experience | Digoxin Patients (n=123) | Placebo Patients (n=125) |
|---|---|---|
| Cardiovascular | | |
| Ventricular extrasystole | 7 | 3 |
| Tachycardia | 2 | 0 |
| Heart block | 2 | 1 |
| Gastrointestinal | | |
| Anorexia | 3 | 2 |
| Nausea | 4 | 2 |
| Vomiting | 2 | 2 |
| Diarrhea | 2 | 3 |
| Abdominal pain | 2 | 2 |
| CNS | | |
| Headache | 4 | 3 |
| Dizziness | 5 | 3 |
| Mental disturbances | 5 | 1 |
| Other | | |
| Death | 4 | 5 |

**Infants and Children.** The side effects of digoxin in infants and children differ from those seen in adults in several respects. Although digoxin may produce anorexia, nausea, vomiting, diarrhea, and CNS disturbances in these patients, these are seldom the initial symptoms of overdosage. Rather, the early manifestations of digoxin overdosage in infants and children are most commonly cardiac arrhythmias, including sinus bradycardia. In children, the use of digoxin may produce any arrhythmia. The most common are conduction disturbances or supraventricular tachyarrhythmias, such as atrial tachycardia (with or without block) and junctional (nodal) tachycardia. Ventricular arrhythmias are less common. Sinus bradycardia may be a sign of impending digoxin toxicity, especially in infants, even in the absence of first-degree heart block. Any arrhythmia or alteration in cardiac conduction that develops in a child taking digoxin should be assumed to be caused by digoxin, until further evaluation proves otherwise.

**OVERDOSAGE:**

**Treatment of Adverse Reactions Produced by Overdosage:** Digoxin is discontinued until the appearance of toxicity has disappeared. Every effort should also be made to correct factors that may contribute to the adverse reaction (such as electrolyte disturbances, thyroid dysfunction, and concomitant medications). Once the adverse reaction has resolved, therapy with digoxin may be reinstituted following a careful reassessment of the dose of the drug.

Withdrawal of digoxin may be all that is required to treat the adverse reaction when the immediate disturbance is a simple arrhythmia. When the adverse reaction is a more serious arrhythmia, additional therapy may be needed.

If the rhythm disturbance is a symptomatic bradyarrhythmia or heart block, cautious administration between 1 and 5.5 mmol/L. If the serum potassium concentration is less than 3.5 mmol/L, potassium is administered cautiously by the intravenous route if more than 10 mg of digoxin has been ingested (see PRECAUTIONS). For the treatment of a potassium should be administered with atropine. Atropine or use of a temporary cardiac pacemaker. However, asymptomatic bradycardia or heart block related to digoxin may respond to withdrawal of the drug and cardiac monitoring.

**Administration of Potassium:** Even effort should be made to maintain the serum potassium concentration between 4 and 5.5 mmol/L. Potassium is usually administered, even when the serum potassium concentration is normal, before administration of the cardioactive by the intravenous route. The excessive administration of potassium to a patient with the arrhythmia. Potassium salts may be dangerous in patients who manifest bradycardia or heart block due to digoxin and who have AV conduction disturbances. In severe intoxication, hyperkalemia is frequently present as a result of release of potassium from skeletal muscle.

**Massive Digitalis Overdosage:** Manifestations of life-threatening toxicity include ventricular tachycardia or ventricular fibrillation, or progressive bradyarrhythmias, or heart block. DIGITEK® (Digoxin Immune Fab (Ovine)) should be used to treat life-threatening toxicity because of digoxin overdose (see ANTIDOTE below). The administration of digoxin or a previously healthy adult that should be ingested of more than 10 mg of digoxin in a previously healthy adult or more than 4 mg in a previously healthy child, or a steady-state serum concentration greater than 10 ng/mL, often results in cardiac arrest.

DIGITEK® (Digoxin Immune Fab (Ovine)) should be used to reverse the toxic effects of ingestion of a massive overdose. The decision to administer DIGITEK® (Digoxin Immune Fab (Ovine)) to a patient with life-threatening toxicity should depend on the likelihood that life-threatening toxicity will occur (see above).

Patients with massive digitalis ingestion should receive large doses of activated charcoal to prevent absorption and bind digoxin in the gut during enterohepatic recirculation. Emesis or gastric lavage may be induced initially if ingestion is recent, although this may be associated with vagal stimulation and should be reduced in patients who are obtunded. If a patient swallows more than 2 hours after ingestion or already has toxic manifestations, it may be unsafe to reduce vomiting or attempt passage of a gastric tube because these maneuvers may produce vagal stimulation that can worsen digitalis-induced arrhythmias.

Severe digitalis intoxication can cause a massive shift of potassium from inside to outside the cell resulting in hyperkalemia. Hemodialysis does not effectively remove digoxin because of its large volume of distribution. The management of massive intoxication can be hazardous and should be undertaken with expert guidance.

**DOSAGE AND ADMINISTRATION:**

**General Considerations:** The dose of digoxin may be given by serum/plasma concentration modification because of individual sensitivity of the patient to the drug, the presence of associated conditions, or the use of concurrent medications. In selecting a dose of digoxin, the following factors must be considered:

1. The body weight of the patient. Doses should be calculated based upon lean (i.e., ideal) body weight.
2. The patient's renal function. Digoxin is eliminated from the body primarily by renal excretion.
3. The patient's age. Infants and children require different doses of digoxin than adults. In premature infants dosing must be particularly individualized because of diminished renal function and total body clearance, as well as reduced creatinine concentration (i.e., below 1.5 mg/dL).
4. Concomitant disease states, concurrent medications, or other factors likely to alter the pharmacokinetic or pharmacodynamic profile of digoxin (see PRECAUTIONS).

**Serum Digoxin Concentrations:** In general, the dose of digoxin used should be guided by clinical response and assessment of serum digoxin concentrations. Doses can be adjusted based on the limited sampling of the plasma concentration achieved with the dose administered and the targeted concentration. In selecting a digoxin dose, it may be helpful to consider that the usually adequately digitalized patients have serum digoxin concentrations of 0.8 to 2 ng/mL. However, clinical trials have shown that a low serum digoxin concentration range of 0.5 to 1 ng/mL may be optimal. Since a certain risk of toxicity may be present with serum concentrations in these ranges, it is possible that a certain sign in symptom is related to digoxin therapy. Rarely, there are patients who are unable to tolerate digoxin at a serum concentration below 0.8 ng/mL. Consequently, the serum concentration of digoxin should be interpreted in the clinical context, and an isolated measurement should not be used alone as the basis for increasing or decreasing the dose of the drug.

To allow adequate time for equilibration of digoxin between serum and tissue, sampling of serum concentration should be done just before the next scheduled dose of the drug. If this is not possible, sampling should be done at least 6 to 8 hours after the last dose, regardless of the route of administration or the formulation used. On a once-daily dosing schedule, the concentration of digoxin will be 10% to 25% lower when sampled 24 hours after the dose as compared to a sampling done at 6 or 8 hours after the dose, depending on the patient's renal function. With multiple daily doses, the range of fluctuation in the serum digoxin concentrations around the mean will be roughly half of that seen with a single daily dose (see above).

**Heart Failure, Adults:** Digitalization may be accomplished by either of two general approaches that may be separated depending on the urgency of the clinical situation. One approach involves administration of a loading dose based on the projected peak digoxin body stores followed by maintenance doses calculated as a percentage of the loading dose.

**Rapid Digitalization with a Loading Dose:** Peak digoxin body stores of 8 to 12 mcg/kg should provide therapeutic effect with minimum risk of toxicity in most patients with heart failure and normal sinus rhythm. Because of altered digoxin distribution and elimination, projected peak body stores for patients with renal insufficiency should be conservative (i.e., 6 to 10 mcg/kg) (see below under PRECAUTIONS).

The loading dose should be administered in several portions, with roughly half the total given as the first dose. Additional fractions of this planned total dose may be given at 6- to 8-hour intervals, with careful assessment of clinical response before each additional dose.

If the patient's clinical response necessitates a change from the calculated loading dose of digoxin, then calculation of the maintenance dose should be based upon the amount actually given.

A single initial dose of 500 to 750 mcg (0.5 to 0.75 mg) of digoxin in tablets usually produces a detectable effect in 0.5 to 2 hours that becomes maximal in 2 to 6 hours. Additional doses of 125 to 375 mcg (0.125 to 0.375 mg) may be given cautiously at 6- to 8-hour intervals until clinical evidence of an adequate effect is noted. The usual amount of digoxin tablets that a 70-kg patient requires to achieve 8 to 12 mcg/kg peak body stores is 750 to 1,250 mcg (0.75 to 1.25 mg).

Digoxin Injection is frequently used to achieve rapid digitalization, with conversion to digoxin tablets or Digoxin Solution in Capsules for maintenance therapy. If patients are switched from intravenous to oral digoxin formulations, allowance must be made for differences in bioavailability when calculating maintenance dosages (see table in CLINICAL PHARMACOLOGY).

**Maintenance Dosing:** The doses of digoxin used in controlled trials in patients with heart failure have ranged from 125 to 500 mcg (0.125 to 0.5 mg) once daily. In these trials, the digoxin dose was generally titrated according to the patient's age, lean body weight, and renal function. Therapy is generally initiated at a dose of 250 mcg (0.25 mg) once daily in patients under age 70 with good renal function; at a dose of 125 mcg (0.125 mg) once daily in patients over age 70, or those with impaired renal function; and at a dose of 62.5 mcg (0.0625 mg) in patients with marked renal impairment. Doses may be increased every 2 weeks according to clinical response.

In subjects of approximately 1,000 patients enrolled in the DIG trial conducted in patients with heart failure (based on Table 5) the mean (SD) serum digoxin concentrations at 1 month and 12 months were 1.01 ± 0.47 ng/mL and 0.97 ± 0.43 ng/mL, respectively.

The maintenance dose should be based upon the percentage of the peak body stores lost each day through elimination. The following formula has had wide clinical use:

Maintenance Dose = Peak Body Stores (i.e., Loading Dose)
                    × % Daily Loss/100

Where % Daily Loss = 14 + Ccr/5

(Ccr is creatinine clearance corrected to 70 kg body weight or 1.73 m² body surface area.)

If no loading dose is administered (i.e., the patient is started on a maintenance dose given in Table 5), it will take approximately five half-lives for the serum concentration to reach the plateau necessary for the steady state.

Table 5 provides average daily maintenance dose requirements of digoxin tablets for patients with heart failure based upon lean body weight and renal function.

**Table 5. Usual Daily Maintenance Dose Requirements (mcg) of Digoxin for Estimated Peak Body Stores of 10 mcg/kg**

| Corrected Ccr (mL/min per 70 kg)* | Lean Body Weight (kg/lb) | | | | | | Number of Days Before Steady State Achieved** |
|---|---|---|---|---|---|---|---|
| | 50/110 | 60/132 | 70/154 | 80/176 | 90/198 | 100/220 | |
| 0 | 62.5 | 125 | 125 | 125 | 187.5 | 187.5 | 22 |
| 10 | 125 | 125 | 125 | 187.5 | 187.5 | 187.5 | 19 |
| 20 | 125 | 125 | 187.5 | 187.5 | 187.5 | 250 | 16 |
| 30 | 125 | 187.5 | 187.5 | 187.5 | 250 | 250 | 14 |
| 40 | 125 | 187.5 | 187.5 | 250 | 250 | 250 | 13 |
| 50 | 187.5 | 187.5 | 250 | 250 | 250 | 250 | 12 |
| 60 | 187.5 | 187.5 | 250 | 250 | 250 | 375 | 11 |
| 70 | 187.5 | 250 | 250 | 250 | 375 | 375 | 10 |
| 80 | 187.5 | 250 | 250 | 375 | 375 | 375 | 9 |
| 90 | 187.5 | 250 | 250 | 375 | 375 | 500 | 8 |
| 100 | 250 | 250 | 375 | 375 | 500 | 500 | 7 |

*Ccr is creatinine clearance, corrected to 70 kg body weight or 1.73 m² body surface area. For adults, if only serum creatinine concentration (Scr) are available, a Ccr (corrected to 70 kg body weight) may be estimated in men as (140 – Age)/(Scr). For women, this result should be multiplied by 0.85.

Note: This equation cannot be used for estimating creatinine clearance in infants or children.

**As loading doses:** To initiate therapy at once daily doses are expected peak digoxin body stores. Maintenance dose can be calculated as a percentage of the loading dose.

*Ccr is creatinine clearance corrected to 70 kg body weight or 1.73 m² body surface area. For adults, if only serum creatinine concentration (Scr) are available, a Ccr (corrected to 70 kg body weight) may be estimated in men as (140 – Age)/(Scr). For women, this result should be multiplied by 0.85.

**Example:** Based on the above table, a patient in heart failure with an estimated lean body weight of 70 kg and a Ccr of 60 mL/min, should be given a dose of 250 mcg (0.25 mg) daily of digoxin tablets, usually taken after the morning meal. If no loading dose is administered, steady-state serum digoxin concentrations in this patient should be anticipated at approximately 11 days.

**Infants and Children:** In general, divided daily dosing is recommended for infants and young children. In children older than 10 years of age, adult dosages, on a weight basis, are appropriate (see CLINICAL PHARMACOLOGY). In general, the loading dose is based upon the following peak body stores values as administered in several portions, with roughly half the total dose given as the first. The additional fractions of this total dose may be given at 4- to 8-hour intervals, with careful assessment of clinical response before each additional dose. If the patient's clinical response necessitates a change from the calculated loading dose of digoxin, then calculation of the maintenance dose should be based upon the amount actually given. Daily maintenance doses for each age group are given in Table 6 and should provide the therapeutic effects with minimum risk of toxicity in most patients with heart failure and normal sinus rhythm. There is a specific recommendation as possible for the presence of normal renal function.

**Table 6. Daily Maintenance Doses in Children with Normal Renal Function**

| Age | Daily Maintenance Dose (mcg/kg) |
|---|---|
| 2 to 5 years | 10 to 15 |
| 5 to 10 years | 7 to 10 |
| Over 10 years | 3 to 5 |

In children with renal disease, digoxin must be carefully titrated based upon clinical response.

Daily maintenance doses for each age group as given in Table 6 and should provide the therapeutic effects with minimum risk of toxicity in most patients with heart failure and normal sinus rhythm. There recommendation is possible for the presence of normal renal function.

**Dosage Adjustment When Changing Preparations:** The difference in bioavailability between Digoxin Injection or Digoxin Solution in Capsules and Digoxin Tablets must be considered when changing patients from one dosage form to another. Doses of 100 mcg (0.1 mg) and 200 mcg (0.2 mg) in Digoxin Solution in Capsules are approximately equivalent to 125 mcg (0.125 mg) and 250 mcg (0.25 mg) doses of digoxin tablets, respectively (see table in CLINICAL PHARMACOLOGY).

**HOW SUPPLIED:**

DIGITEK® (digoxin tablets, USP) 125 mcg (0.125 mg) are yellow, round tablets, and imprinted with B 145 on the scored side of the tablet. They are available as follows:

NDC 62794-146-01  bottles of 100 tablets
NDC 62794-146-05  bottles of 500 tablets
NDC 62794-146-10  bottles of 1000 tablets
NDC 62794-146-56  bottles of 5000 tablets

DIGITEK® (digoxin tablets, USP) 250 mcg (0.25 mg) are white, round tablets, and imprinted with B 146 on the scored side of the tablet. They are available as follows:

NDC 62794-145-01  bottles of 100 tablets
NDC 62794-145-05  bottles of 500 tablets
NDC 62794-145-10  bottles of 1000 tablets
NDC 62794-145-56  bottles of 5000 tablets

Store at 15° to 25°C (59° to 77°F) in a dry place and protect from light.

Dispense in a tight, light-resistant container as defined in the USP.

REVISED NOVEMBER 2004
B6DGTK R4
B670-02

Manufactured by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA

Distributed by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street, Little Falls, NJ 07424

# DIGITEK®
## (digoxin tablets, USP)

**DESCRIPTION** DIGITEK (digoxin) is one of the cardiac (or digitalis) glycosides, a closely related group of drugs having in common specific effects on the myocardium. These drugs are found in a number of plants. Digoxin is obtained from the leaves of *Digitalis lanata*. The term "digitalis" is used to designate the whole group of glycosides. The glycosides are composed of two portions: a sugar and a cardenolide (hence "glycosides").

Digoxin is described chemically as $3\beta$-[$O$-2,6-dideoxy-$\beta$-D-*ribo*-hexopyranosyl-($1\rightarrow4$)-$O$-2,6-dideoxy-$\beta$-D-*ribo*-hexopyranosyl-($1\rightarrow4$)-2,6-dideoxy-$\beta$-D-*ribo*-hexopyranosyl)oxy]-12,14-dihydroxy-card-20(22)-enolide. The molecular formula is $C_{41}H_{64}O_{14}$, the molecular weight is 780.94, and the structural formula is:



377410
4-10-07
SLY

**Table 1. Comparison of the Systemic Availability and Equivalent Doses for Oral Preparations of Digoxin**

| Product | Absolute Bio-availability | Equivalent Doses (mg)* |
|---|---|---|
| Digoxin Tablets | 60-80% | 62.5 125 250 500 |
| Digoxin Pediatric Elixir | 70-85% | 62.5 125 250 500 |
| Digoxin Solution in Capsules | 90-100% | 50 100 200 400 |
| Digoxin Injection/IV | 100% | 50 100 200 400 |

*For example, 125-mcg Digoxin Tablets equivalent to 125 mcg Digoxin Pediatric Elixir equivalent to 100 mcg Digoxin Solution in Capsules equivalent to 100 mcg Digoxin Injection/IV.

**Table 2. Times to Onset of Pharmacologic Effect and to Peak Effect of Preparations of Digoxin**

| Product | Time to Onset of Effect* | Time to Peak Effect* |
|---|---|---|
| Digoxin Tablets | 0.5-2 hours | 2-6 hours |
| Digoxin Pediatric Elixir | 0.5-2 hours | 2-6 hours |
| Digoxin Solution in Capsules | 0.5-2 hours | 2-6 hours |
| Digoxin Injection/IV | 5-30 minutes | 1-4 hours |

*Documented for ventricular response rate in atrial fibrillation, inotropic and electrophysiologic effects noted. Depending upon rate of infusion.