# EXHIBIT 33

## Food and Drug Administration Office of Regulatory Affairs
### Summary Report
### For Sample Number: 448881

**TD Sample Number:**                    **Import Sample Number**

This is an accurate reproduction of the original electronic record as of   04/30/2008

---

Sample Class:  Normal Everyday Sample        · Sample Origin:  Domestic            Sample Basis:        Surveillance
               Survey Sample                  Sample Type:     Official            Collecting District: DET-DO
Home District:                                Orig C/R and Records To: DAL-DO      Collection PACs:     56008A

Product Name: Digoxin (Cardiotonic); Human · Rx/Single Ingredient; Prompt Release Tablets

Product Description: 100 x 0.125mg Digoxin Tablets, USP

Collection Reason:    The sample was collected as per memo for the FY 2008 Low Cost Generic Drug Sample Survey # 2008-800
                      (CP 7356.008) and is being reported in FACTS under Assignment # 896688 and Op # 3518058.

---

| | | | | |
|---|---|---|---|---|
| **Lab:** NRL | **Split Num** 0 | **Date Received:** 12/18/2007 | | **Date Out of Lab:** 04/29/2008 |
| **District Conclusion:** | | **District Conclusion Made By:** | | **District** |
| **Disposition Reason:** | | **Disposition Authorized By:** | | **Disposition Authorized Date** |

---

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| NRL-DCB-G | 56008A | | DRT | | 1  - In Compliance | Completed |

**Lab Conclusion**

The product meets specifications for Identification, Dissolution and Content Uniformity.

**Lab Conclusion Date**          **Lab Conclusion Made By**

04/30/2008                       Mathew,Samuel K


DEFENDANT'S EXHIBIT 33

*LHL-DO*

## Food and Drug Administration Office of Regulatory Affairs
## Collection Report
### For Sample Number: 448881

This is an accurate reproduction of the original electronic record as of 12/14/2007

| Flag | | Flag Remarks | | | |
|---|---|---|---|---|---|
| Survey Sample | | FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 | | | |

| Episode Number | Origin | Basis | Sample Type | FIS Smpl Num | Status |
|---|---|---|---|---|---|
| | Domestic | Surveillance | Official | 0882632 | Completed |

| FEI | Date Collected | Product Code | Responsible Firm | PAC | Hours |
|---|---|---|---|---|---|
| 1610608 | 12/03/2007 | 63FCA06 | Shipper | 56008A | 2 |
| Compliance Num | Country of Origin | | | | |
| | United States | | | | |

| Related Smpl Num | Position Class | Sampling District | NDC Number | Permit Number | Storage Rqrmnt. |
|---|---|---|---|---|---|
| | INV | DET-DO | 62794-145-01 | | Ambient |

| Dealer is Consumer | Crx/DEA Schedule | Recall Num | Consumer Compl. Num | Brand Name |
|---|---|---|---|---|
| No | | | | Digitek |

**Product Description**
100 x 0.125mg Digoxin Tablets, USP

**Product Label**
See continuation.

| Reason for Collection | MFG Codes | Expiration Date |
|---|---|---|
| The sample was collected as per memo for the FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 (CP 7356.008) and is being reported in FACTS under Assignment # 896688 and Op # 3518058. | 70298A1 | April 2009 |

| Firm Legal Name | Address | Type of Firm | Firm FEI | FCE |
|---|---|---|---|---|
| UDL Laboratories, Inc | 12720 Dairy Ashford Rd  Sugar Land, TX 77478-2844  US | Shipper | 1610608 | |
| Actavis Totowa LLC | 101 E Main St  Little Falls, NJ 07424-5608  US | Manufacturer | 2244683 | |
| Wal-Mart Pharmacy Warehouse #6028 | 801 Corda Blvd  Crawfordsville, IN 47933-2152  US | Dealer | 3004344335 | |

| Size of Lot | Est. Value | Rept Type | Carrier Name | Date Shipped |
|---|---|---|---|---|
| (b)(4) x 100 count bottles | | FDA484 | | |

**Description of Sample**
See continuation.

**Method of Collection**
2 x 100 count bottles of Digitek (Digoxin Tablets, USP) lot 70298A1 were randomly selected from shelf.

**How Prepared**
See continuation.

| Collector's Identification on Package and/or Label | Collector's Identification on Seal |
|---|---|
| "Sample # 448881  EB  12/3/07" | "448881  Ernest Bizjak  12/3/07" |

| Sample Delivered To | Date Delivered | Orig C/R & Records To |
|---|---|---|
| FEDEX | 12/17/2007 | DAL-DO |
| | Lab w/Split Sample | Lab |
| | 0 | NRL |

| Document Number | Document Date | Document Type | Document Remarks |
|---|---|---|---|
| | 12/03/2007 | Other | FDA-482; 1 page |

Date: 12/14/2007                    Page: 1 of 3

## Food and Drug Administration Office of Regulatory Affairs
### Collection Report
### For Sample Number:   448881

This is an accurate reproduction of the original electronic record as of   12/14/2007

|  | 12/03/2007 | Other |  | FDA-484; 4 pages |
|---|---|---|---|---|

**Remarks**
See continuation.

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
|  | No Charge | No | No | Ernest Bizjak |

| Name of Signer | Date & Time of Signature | | Meaning |
|---|---|---|---|
| Ernest  Bizjak | 12/14/2007     09:12 AM | ET | Collector |

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:  448881**

This is an accurate reproduction of the original electronic record as of  12/14/2007

## Continuation:

**Product Label**
The white HDPE bottles with matching screw caps are labeled in part "NDC 62794-145-01 *** DIGITEK *** (digoxin tablets, USP) 125 mcg (0.125mg) *** 100 TABLETS *** Rx only *** Distributed by: BERTEK PHARMACEUTICALS INC. Sugar Land, TX 77478 USA *** Manufactured by: AMIDE PHARMACEUTICALS, INC. 101 East Main Street Little Falls, NJ 07424 USA *** Control No.: 70298A1 *** Exp. Date: APR 09".

**Description of Sample**
The sample consists of 2 x 100 count bottles 0.125mg Digitek (Digoxin Tablets, USP) NDC # 62794-145-01 assigned lot # 70298A1 and expiry date April 2009.

**How Prepared**
The 2 bottles were identified as per Collector's ID and placed into a clear Whirl-pak bag that was then officially sealed at the dealer.  The sample was transported back to the DET-DO/INDY-RP where it was stored in a locked sample cabinet at ambient conditions until it was boxed and shipped to lab.

**Remarks**
Per assignment memo, test samples for UDU, Diss, and ID.  All analytical methods are compendial.

Dena McClamroch, General Manager stated that she could not provide a dollar value for the sample.  If this information is needed, contact Monty Mason, Pharmacy Director at ph#479-277-1558.

| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>**FOOD AND DRUG ADMINISTRATION** | 1. DISTRICT OFFICE ADDRESS & PHONE NO.<br>DET · DIS   # 3-2-35?- 8?00<br>300 f___ H___ ___ ___ 5?00<br>Detroit   MI   ?820? |
|---|---|

TO

| 2. NAME AND TITLE OF INDIVIDUAL   Dena M. McClamroch | 3. DATE   12/3/07 |
|---|---|
| 4. FIRM NAME   Wal–Mart | 5. HOUR   9:25   a.m. / p.m. |
| 6. NUMBER AND STREET   801 Cor–da Blvd. | |
| 7. CITY AND STATE & ZIP CODE   Crawfordsville, IN  47933 | 8. PHONE # & AREA CODE   765/361–115? |

**Notice of Inspection is hereby given pursuant to Section 704(a)(1) of the Federal Food, Drug, and Cosmetics Act [21 U.S.C. 374(a)][1] and/or Part F or G, Title III of the Public Health Service Act [42 U.S.C. 262-264][2]**

| 9. SIGNATURE *(Food and Drug Administration Employee(s))* | 10. TYPE OR PRINT NAME AND TITLE *(FDA Employee(s))*   Ernest Biziak, Investigator |
|---|---|

[1] Applicable portions of Section 704 and other Sections of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374] are quoted below:

Sec. 704. (a)(1) For purposes of enforcement of this Act, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are authorized (A) to enter, at reasonable times, any factory, warehouse, or establishment in which food, drugs, devices, or cosmetics are manufactured, processed, packed, or held, for introduction into interstate commerce or after such introduction, or to enter any vehicle being used to transport or hold such food, drugs, devices, or cosmetics in interstate commerce; and (B) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, such factory, warehouse, establishment, or vehicle and all pertinent equipment, finished and unfinished materials, containers, and labeling therein. In the case of any factory, warehouse, establishment, or consulting laboratory in which prescription drugs, nonprescription drugs intended for human use, or restricted devices are manufactured, processed, packed, or held, inspection shall extend to all things therein *(including records, files, papers, processes, controls, and facilities)* bearing on whether prescription drugs, nonprescription drugs intended for human use or, restricted devices which are adulterated or misbranded within the meaning of this Act, or which may not be manufactured, introduced into interstate commerce, or sold, or offered for sale by reason of any provision of this Act, have been or are being manufactured, processed, packed, transported, or held in any such place, or otherwise bearing on violation of this Act. No inspection authorized by the preceding sentence or by paragraph (3) shall extend to financial data, sales data other than shipment data, pricing data, personnel data *(other than data as to qualifications of technical and professional personnel performing functions subject to this Act)*, and research data *(other than data relating to new drugs, antibiotic drugs and devices and, subject to reporting and inspection under regulations lawfully issued pursuant to section 505(i) or (k), section 507(d) or (g), section 519, or 520(g), and data relating to other drugs or devices which in the case of a new drug would be subject to reporting or inspection under lawful regulations issued pursuant to section 505(j) of the title)*. A separate notice shall be given for each such inspection, but a notice shall not be required for each entry made during the period covered by the inspection. Each such inspection shall be commenced and completed with reasonable promptness.

Sec. 704(e) Every person required under section 519 or 520(g) to maintain records and every person who is in charge or custody of such records shall, upon request of an officer or employee designated by the Secretary, permit such officer or employee at all reasonable times to have access to and to copy and verify, such records.

Section 704 (f)(1) A person accredited under section 523 to review reports made under section 510(k) and make recommendations of initial classifications of devices to the Secretary shall maintain records documenting the training qualifications of the person and the employees of the person, the procedures used by the person for handling confidential information, the compensation arrangements made by the person, and the procedures used by the person to identify and avoid conflicts of interest. Upon the request of an officer or employee designated by the Secretary, the person shall permit the officer or employee, at all reasonable times, to have access to, to copy, and to verify, the records.

Section 512 (1)(1) In the case of any new animal drug for which an approval of an application filed pursuant to subsection (b) is in effect, the applicant shall establish and maintain such records, and make such reports to the Secretary, of data relating to experience, including experience with uses authorized under subsection (a)(4)(A), and other data or information, received or otherwise obtained by such applicant with respect to such drug, or with respect to animal feeds bearing or containing such drug, as the Secretary may by general regulation, or by

order with respect to such application, prescribe on the basis of a finding that such records and reports are necessary in order to enable the Secretary to determine, or facilitate a determination, whether there is or may be ground for invoking subsection (e) or subsection (m)(4) of this section. Such regulation or order shall provide, where the Secretary deems it to be appropriate, for the examination, upon request, by the persons to whom such regulation or order is applicable, of similar information received or otherwise obtained by the Secretary.

(2) Every person required under this subsection to maintain records, and every person in charge or custody thereof, shall, upon request of an officer or employee designated by the Secretary, permit such officer or employee at all reasonable times to have access to and copy and verify such records.

[2] Applicable sections of Parts F and G of Title III Public Health Service Act [42 U.S.C. 262-264] are quoted below:

Part F - Licensing - Biological Products and Clinical Laboratories and******

Sec. 351(c) "Any officer, agent, or employee of the Department of Health & Human Services, authorized by the Secretary for the purpose, may during all reasonable hours enter and inspect any establishment for the propagation or manufacture and preparation of any virus, serum, toxin, antitoxin, vaccine, blood, blood component or derivative, allergenic product, or other product aforesaid for sale, barter, or exchange in the District of Columbia, or to be sent, carried, or brought from any State or possession into any other State or possession or into any foreign country, or from any foreign country into any State or possession."

Part F - ******Control of Radiation.

Sec. 360 A(a) "If the Secretary finds for good cause that the methods, tests, or programs related to electronic product radiation safety in a particular factory, warehouse, or establishment in which electronic products are manufactured or held, may not be adequate or reliable, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are thereafter authorized (1) to enter, at reasonable times any area in such factory, warehouse, or establishment in which the manufacturer's tests *(or testing programs)* required by section 358(h) are carried out, and (2) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, the facilities and procedures within such area which are related to electronic product radiation safety. Each such inspection shall be commenced and completed with reasonable promptness. In addition to other grounds upon which good cause may be found for purposes of this subsection, good cause will be considered to exist in any case where the manufacturer has introduced into commerce any electronic product which does not comply with an applicable standard prescribed under this subpart and with respect to which no exemption from the notification requirements has been granted by the Secretary under section 359(a)(2) or 359(e)."

(b) "Every manufacturer of electronic products shall establish and maintain such records *(including testing records)*, make such reports, and provide such information, as the Secretary may reasonably require to enable him to determine whether such manufacturer has acted or is acting in compliance with this subpart and standards pre- scribed pursuant to this subpart and shall, upon request of an officer or employee duly designated by the Secretary, permit such officer or employee to inspect appropriate books, papers, records, and documents relevant to determining whether such manufacturer has acted or is acting in compliance with standards prescribed pursuant to section 359(a)."
******

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | 1. DISTRICT ADDRESS & PHONE NUMBER<br>DET-DO    # 313-393-8100<br>300 River Place, Suite 5900<br>Detroit, MI 48207 |
|---|---|

| 2. NAME AND TITLE OF INDIVIDUAL<br>Dena M. McClamroch General Manager | 3. DATE<br>12/3/07 | 4. SAMPLE NUMBER<br>*See below* |
|---|---|---|

| 5. FIRM NAME<br>Wal-Mart | 6. FIRM'S DEA NUMBER |
|---|---|

| 7. NUMBER AND STREET<br>801 Coca-Cola Blvd | 8. CITY AND STATE (Include Zip Code)<br>Clarksville, IN 47933 |
|---|---|

**9. SAMPLE COLLECTED** *(Describe fully. List lot, serial, model numbers and other positive identification)*

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act [21 USC 360ii(b)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.

(NOTE: If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)

Sample #414910 consists of

(1) 2 × 100 bottles Captopril Tablets, 12.5 mg, lot DG10952 with NDC # **(b) (4)**

(2) Sample #414931 consists of 53 × 3.5g tubes Erythromycin Ophthalmic Ointment, 5mg/g, lot P53 with NDC # **(b) (4)**

(3) Sample #414932 consists of 2 × 100 bottles Hydrochlorothiazide Capsules, 12.5mg, lot 350713 with NDC # **(b) (4)**

(4) Sample #414933 consists of 2 × 100 bottles Estradiol Tablets, 0.5mg, lot 304344 with NDC # **(b) (4)**

(5) Sample #414934 consists of 2 × 100 bottles Atenolol Tablets, 25 mg, lot 151437 with NDC # **(b) (4)**

(6) Sample #414935 consists of 1 × 500 bottle Amoxicillin Capsules, 250mg, lot # 022011 with NDC # **(b) (4)**

(7) Sample #414936 consists of 2 × 100 bottles Enalapril Maleate Tablets, 2.5mg, lot # 27875 with NDC # **(b) (4)**

(8) Sample #414937 consists of 22 bottles Amoxicillin for Oral Suspension, 200mg/5mL, lot # 955774, NDC # **(b) (4)**

| 10. SAMPLES WERE<br>☒ PROVIDED AT NO CHARGE<br>☐ PURCHASED<br>☐ BORROWED (To be returned) | 11. AMOUNT RECEIVED FOR SAMPLE<br>☒ No Charge  ☐ CASH  ☐ BILLED<br>☐ VOUCHER  ☐ CREDIT CARD | 12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.)<br>Dena McClamroch |
|---|---|---|

| 13. COLLECTOR'S NAME (Print or Type)<br>Ernest Boyd | 14. COLLECTOR'S TITLE (Print or Type)<br>Investigator | 15. COLLECTOR'S SIGNATURE |
|---|---|---|

FORM FDA 484   (5/98)   PREVIOUS EDITION IS OBSOLETE      **RECEIPT FOR SAMPLES**      PAGE / OF / PAGES

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>PUBLIC HEALTH SERVICE<br><br>FOOD AND DRUG ADMINISTRATION | 1. DISTRICT ADDRESS & PHONE NUMBER<br>DET. DO  #313-393-8100<br>300 River Place, Suite 5900<br>Detroit, MI 48207 | | |
|---|---|---|---|
| 2. NAME AND TITLE OF INDIVIDUAL<br>Dana M. McClanroch  General Manager | | 3. DATE<br>12/3/07 | 4. SAMPLE NUMBER<br>*See below* |
| 5. FIRM NAME<br>Wal-Mart | 6. FIRM'S DEA NUMBER | | |
| 7. NUMBER AND STREET<br>201 Corula Blvd | 8. CITY AND STATE (Include Zip Code)<br>Crawfordsville, IN 47933 | | |

9. SAMPLE COLLECTED (Describe fully. List lot, serial, model numbers and other positive identification.)

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 374(c)) and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act (21 USC 360(iib)) and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.

(NOTE: If you bill FDA for the cost of the Samples listed below, please attach a copy of this form to your bill.)

Clonidine  E8 12/7/07

(9) Sample #448877 consists of 3×90 boxes Clonidine HCl Tablets, 0.1 mg, lot 714833, NDC # ▓ (b) (4)

(10) Sample #448878 consists of 2×100 bottles Bisoprolol Fumarate /Hydrochlorothiazide Tablets, 2.5/6.25 mg, lot 150806 with NDC # ▓ (b) (4)

(11) Sample #448879 consists of 53 × 15g tubes Gentamicin Sulfate Ointment, 0.1%, lot Z176 with NDC # ▓ (b) (4)

(12) Sample #448880 consists of 2×100 bottles Glyburide Tablets, 2.5 mg, lot 1493474 with NDC # ▓ (b) (4)

(13) Sample #448881 consists of 2×100 bottles Digitek (Digoxin) Tablets, 0.125 mg, lot 7C298A1 with NDC - 62794-145-01

(14) Sample #448882 consists of 7×30 bottles Citalopram HBr Tablets, 20 mg, lot C72275 with NDC # ▓ (b) (4)

(15) Sample #448883 consists of 83 × 5mL bottles Gentamicin Sulfate Ophthalmic Solution, 3mg/mL, lot 129553F with NDC # ▓ (b) (4)

(16) Sample #448884 consists of 2×100 bottles Ciprofloxacin Tablets, 250 mg, lot 717002 with NDC # ▓ (b) (4)   E8 12/3/07

| 10. SAMPLES WERE<br>☒ PROVIDED AT NO CHARGE<br>☐ PURCHASED<br>☐ BORROWED (To be returned) | 11. AMOUNT RECEIVED FOR SAMPLE<br>$ No Cost<br>☐ CASH   ☐ BILLED<br>☐ VOUCHER   ☐ CREDIT CARD | 12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.)<br>Dana McClanroch |
|---|---|---|
| 13. COLLECTOR'S NAME (Print or Type)<br>Ernest Bizjak | 14. COLLECTOR'S TITLE (Print or Type)<br>Investigator | 15. COLLECTOR'S SIGNATURE<br>E.T.B. |

FORM FDA 484  (5/98) PREVIOUS EDITION IS OBSOLETE      **RECEIPT FOR SAMPLES**      PAGE 2 OF 1 PAGES

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | 1. DISTRICT ADDRESS & PHONE NUMBER<br>DET. DO  # 313-393- 8100<br>300 River Place- S.L. #100<br>Detroit, MI  48207 |
|---|---|

| 2. NAME AND TITLE OF INDIVIDUAL<br>Dona M. McClamroch, General Manager | 3. DATE<br>12/3/07 | 4. SAMPLE NUMBER<br>* see below |
|---|---|---|

| 5. FIRM NAME<br>Wal-Mart | 6. FIRM'S DEA NUMBER |
|---|---|

| 7. NUMBER AND STREET<br>201 Curtain Blvd. | 8. CITY AND STATE (Include Zip Code)<br>Crawfordsville, IN  47933 |
|---|---|

**9. SAMPLE COLLECTED** (Describe fully. List lot, serial, model numbers and other positive identification)

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act (21 USC 360iib)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
(NOTE: If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)

(17) Sample # 448885 consists of 2×100 bottles Erythromycin Tablets, 250 mg, lot 567734FEZ with NDC # (b) (4)

(18) Sample # 448886 consists of 2×100 bottles Acyclovir Capsules, 200 mg, lot 353005FSA with NDC # (b) (4)

(19) Sample # 448887 consists of 2×100 bottles Benztropine Tablets, 0.5 mg, lot 1V76033 with NDC # (b) (4)

(20) Sample # 448888 consists of 2×100 bottles Doxazosin Mesylate Tablets, 1 mg, lot 3000743 with NDC # (b) (4)

(21) Sample # 448889 consists of 2×100 bottles Famotidine Tablets, 20 mg, lot BEB02A with NDC # (b) (4)

(22) Sample # 448890 consists of 53×3.5 g tubes Bacitracin Ophthalmic Ointment, 500 U/g  lot P72 with NDC # (b) (4)

(23) Sample # 448891 consists of 5×20ml bottles Albuterol Sulfate Inhalation Solution, 0.5%, lot 157641, with NDC # (b) (4)

(24) Sample # 448892 consists of 2×100 bottles Digitek (Digoxin) Tablets, 0.25 mg, lot 70660441 with NDC # 62794-146-01

| 10. SAMPLES WERE<br>[X] PROVIDED AT NO CHARGE<br>[ ] PURCHASED<br>[ ] BORROWED (To be returned) | 11. AMOUNT RECEIVED FOR SAMPLE<br>$no chg<br>[ ] CASH  [ ] BILLED<br>[ ] VOUCHER  [ ] CREDIT CARD | 12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.)<br>Dona M Gamroch |
|---|---|---|

| 13. COLLECTOR'S NAME (Print or Type)<br>Ernst Bujak | 14. COLLECTOR'S TITLE (Print or Type)<br>Investigator | 15. COLLECTOR'S SIGNATURE |
|---|---|---|

FORM FDA 484  (5/98) PREVIOUS EDITION IS OBSOLETE          **RECEIPT FOR SAMPLES**          PAGE  3  OF  4  PAGES

| | 1. DISTRICT ADDRESS & PHONE NUMBER |
|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | DET. DO  #313 - 393 - 8100<br>300 River Place , Sut. 5900<br>Detroit, MI  48207 |

| 2. NAME AND TITLE OF INDIVIDUAL | 3. DATE | 4. SAMPLE NUMBER |
|---|---|---|
| Dina M. McClurich Laund Manager | 12/3/07 | # see below * |

| 5. FIRM NAME | 6. FIRM'S DEA NUMBER |
|---|---|
| Wal-Mart | |

| 7. NUMBER AND STREET | 8. CITY AND STATE (Include Zip Code) |
|---|---|
| 801 Corein Blvd. | Crawfordsville, IN  47933 |

**9. SAMPLE COLLECTED** (Describe fully. List lot, serial, model numbers and other positive identification)

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 374(c)) and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act (21 USC 360ii(b)) and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
(NOTE: If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)

(25) Sample # 448893 consists of 2×100 bottles Diltiazem HCl Tablets, 30mg. lot 301047 with NDC # **(b) (4)**

(26) Sample #448894 consists of 1×1000 bottle Amitriptyline HCl Tablets, 10mg lot 1P5678 with NDC# **(b) (4)**

(27) Sample #448895 consists of 2×100 bottles **(b) (4)** (Carbamazepine) Tablets, 200mg. lot 211870 with NDC # **(b) (4)**

(28) Sample # 448896 consists of 2×100 bottles Fluoxetine Capsules, 10mg. lot 148748A with NDC# **(b) (4)**

These Samples were provided free of charge.

| 10. SAMPLES WERE | 11. AMOUNT RECEIVED FOR SAMPLE | | 12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.) |
|---|---|---|---|
| [X] PROVIDED AT NO CHARGE<br>[ ] PURCHASED<br>[ ] BORROWED (To be returned) | [X] No charge  [ ] CASH  [ ] VOUCHER | [ ] BILLED  [ ] CREDIT CARD | Dina M McClurich |

| 13. COLLECTOR'S NAME (Print or Type) | 14. COLLECTOR'S TITLE (Print or Type) | 15. COLLECTOR'S SIGNATURE |
|---|---|---|
| Ernest Boyle | Investigator | ETB |

FORM FDA 484  (5/98)  PREVIOUS EDITION IS OBSOLETE      RECEIPT FOR SAMPLES      PAGE 1  OF 1  PAGES

FLAG Original

| ANALYST WORKSHEET | 1. PRODUCT<br>DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg) | | 2.. SAMPLE NUMBER<br>448881 |
|---|---|---|---|
| 3. SEALS<br>☐ NONE  ☒ INTACT<br>☐ BROKEN | 4. DATE REC'D<br>2/4/08 | 5. RECEIVED FROM<br>Howard Lynch | 6. DISTRICT OF LABORATORY<br>NRL |

7. DESCRIPTION OF SAMPLE

One clear, plastic bag officially sealed, "448881 12/3/07 Ernest Bizjak Investigator", containing two product bottles each identified " 448881 ES 12/3/07 ". An FDA 525 is attached to the sample.

| 8.<br>NET CON-TENTS | ☐ NOT APPLICABLE<br>☒ NOT DETERMINED<br>☒ UNITS EXAMINED | DECLARE/UNIT <u>100 tablets</u><br>AMOUNT FOUND ____<br>% OF DECLARED ____ | 9.<br>LABEL-ING | <u>1</u>  ORIGINAL(S) SUBMITTED<br>____  COPIES SUBMITTED<br>☐ NONE |
|---|---|---|---|---|

10. SUMMARY OF ANALYSIS

Container: Round, opaque, white, plastic bottle with a similar, screw-on, safety cap. Safety-seal beneath cap is intact. Bottle is approximately 4 cm. in diameter and 7.5 cm. in height.

Labeling: Commercially-printed, rectangular, paper, stick-on label. Commercially-printed product insert is inside bottle.

Code: " Control No.: 70298A1 " and " Exp. Date: APR 09 " printed on each bottle label.

Product: Round, flat and bevel, solid, light-yellow tablet. Tablet is unmarked and unscored on one side. Opposite side is 1/2-scored with markings "B" and "145". Tablet is approximately 6.5 mm in diameter.

Analysis: Identification, Dissolution, and Content Uniformity.

Method: USP 30 - NF 25, p. 1943.

Results: See general continuation sheet page 2.

11. RESERVE SAMPLE

Original plastic bag containing one open and one intact product bottle. Bag is officially sealed " 448881 4/29/08 Valentino Fiorella Analyst". Open bottle is identified " 448881 VF 2/4/08 " and " DPD 4/23/08 ". Sample returned to the sample custodian.

| 12.a. ANALYST SIGNATURE (Broke Seal ☒ )<br>Valentino Fiorella<br>b.<br>Dongping Dai<br>c. | 13.<br>WORK-SHEET CHECK | a. BY<br>S. Mattew<br>b. DATE<br>4/29/08 |
|---|---|---|
| | 14. DATE REPORTED | 4/29/08 |

FORM FDA 431 (5/84)          PREVIOUS EDITION IS OBSOLETE                    PAGE 1 OF 11 PAGES
ATTACHMENTS : A ( pp. 1 - 20 ), B

vF 4/29/08

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 448881 |
|---|---|---|

## RESULTS:

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. _Complies_

### Content Uniformity
(*See computer printout pages 6 - 7 for complete results*)

Range: _98.8_ % to _102.2_ %; Average(X): _100.2_ %;

RSD: _1.1_ %; s: _1.13_

Acceptance Value(AV) = _2.7_ %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

### Dissolution
(*See least squares line fitting page 11 for complete results*)

Range: _91.3_ % to _108.0_ % ; Avg.: _98.4_ %

(Limit: Each unit is NLT Q+5% (Q=80%) for 6 units tested (Stage 1))

| ANALYST(S) *Valentino Fiorell* | ANALYST NO. 113 | PAGE _2_ OF _11_ PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *4*/*4*/*4*/
Back of Page 2
2/14/08
VF

## DIGOXIN TABLETS
(USP 30-NF 25, p.1943)

### Reference Std:
USP Digoxin RS # 1200000-05, Lot O0B096, dried in vacuum at 105°C for 1 hour prior to use. For quantitative applications, use a value of 0.961 mg of digoxin per mg on the dried basis.

### Reagents: Fisher Scientific Acetonitrile, Lot 073938 (REC'D 11/11/07 AB.)
Sigma Digoxigenin, Lot No. 016K3777 (REC'D 2/6/08 ESW)

### Filter: PALL Life Sciences Acrodisc 25 mm Syringe Filter with 0.45 um
Nylon Membrane, Lot A10529577

## Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

## Content Uniformity

**Mobile Phase:** Water/Acetonitrile (74/26)

### System Suitability Solution
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

  4.025  mg USP Digoxin RS +  4.122  mg Digoxigenin

----> 100.0 ml Diluted Alcohol

### Standard Solution 1 (CCV)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

  2.522  mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

   25.0 ml
---------> 50.0 ml Diluted Alcohol

### Standard Solution 2 (ICV/Check Std.)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

  2.505  mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

   25.0 ml
---------> 50.0 ml Diluted Alcohol

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets (0.125 mg) | SAMPLE NO.<br>448881 |
|---|---|---|

| ANALYST(S)<br>*Valentino Fiorell* | ANALYST NO.<br>113 | PAGE *3* OF *11* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *44 5881*
Back of  Page *3*
*2/14/08*
*VF*

## Content Uniformity

### Sample Solution
For each of 10 tablets tested:

1 tablet(0.125 mg) ----> 10.0 ml Diluted Alcohol— — — → *Filter*

## Chromatographic System
(See pp. *2* - *3* ,Attachment A for chromatograms)

### Resolution (R)

$R = \dfrac{2(t2 - t1)}{w1 + w2} =$ ____*211*____      [Limit: R is NLT 4.0]

### Theoretical Plates(N)

$N = 16(t/w)^2 =$ ____*5949*____ [Limit: N is NLT 1200]

### Tailing Factor (T)

$T = [W_{0.05}/2f] =$ ____*1.2*____     [Limit: T is NMT 2.0]

### Relative Std. Deviation (RSD)
(See computer calculation, page *5*   )

RSD = *0.27* %      [Limit: RSD is NMT 2.0%]

## Standard 2 Calculation (ICV/Check Std.)
(See pp. *3* - *8* ,Attachment A for chromatograms)

% Digoxin = $\dfrac{\text{Area Std.2}}{\text{Area Std.1}}$ x $\dfrac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}}$ x $\dfrac{\text{Std 2 Dilution}}{\text{Std 2 Wt.}}$ x 100

Area Std.1 = Avg.area of *5* std. injections.(See computer calculation, p.*5* )
Std.Wt.1 = ( 2.522 mg)(0.961) = ____2.424____  mg
Std.Wt.2 = ( 2.505 mg)(0.961) = ____2.407____  mg

% Digoxin = $\dfrac{\text{*673965*}}{\text{*682162*}}$ x $\dfrac{\text{*2.424* mg}}{\text{200.0 ml}}$ x $\dfrac{\text{200.0 ml}}{\text{*2.407* mg}}$ x 100 = *99.5* %

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 448881 |
|---|---|---|

| ANALYST(S) *Valentino Furell* | ANALYST NO. 113 | PAGE 4 OF 11 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *44 5 8 1 1*
Back of Page *4*
*2/15/08*
*VF*

## Standard 1 Calculation (CCV)
(See pp. *3* - *7* and page *20*, Attachment A for chromatograms)

$$\% \text{ Digoxin} = \frac{\text{Area Std.1 ( }7\text{ )}}{\text{Area Std.1}} \times \frac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}} \times \frac{\text{Std 1 Dilution}}{\text{Std 1 Wt.}} \times 100$$

Area Std.1 = Avg. area of *5* std. injections. (See computer calculation, p. *5* )
Area Std.1 ( *7* ) = Area of Std.1, Injection *7* . (See page *20*, Attachment A)
Std.Wt.1 = ( 2.522 mg)(0.961) = ___2.424___ mg

$$\% \text{ Digoxin} = \frac{681835}{682162} \times \frac{2424 \text{ mg}}{200.0 \text{ ml}} \times \frac{200.0 \text{ ml}}{2.424 \text{ mg}} \times 100 = \underline{100.0} \%$$

## Calculations
(See computer printout pages *6* - *7* for complete results and
pages *9* - *13* *+ 15-19*, Attachment A for chromatograms)
Area Std.1 = Avg. area of *5* std. injections. (See computer calculation, p. *5* )
Std.Wt.1 = ( 2.522 mg)(0.961) = ___2.424___ mg

If 98.5% ≤ X ≤ 101.5%, then M = X

Range: __*98.8*__ % to __*102.2*__%; Average (X): __*100.2*__%; RSD: __*1.1*__ %; s: __*1.13*__

Acceptance Value (AV) = M − X + ks = (2.4)( *1.13* ) = __*2.71*__%

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

| General Continuation Sheet | Product: Digoxin Tablets (0.125 mg) | Sample No. 448881 |
|---|---|---|

## Statistical Analysis of Data:

**Standard Solution 1 (CCV)**          02/14/2008

| | | |
|---|---|---|
| Relative STD Deviation | **0.27 %** | |
| Standard Deviation | 1847.90944 | |
| **Average (mean)** | **682161.6** | |
| Number of entries | 5 | |
| Range | 680386 | To       684459 |

Data Entered:

680386
681506
683776
684459
680681

| Analyst(s) _Valentino Fiorelle_ | Analyst No. 113 | Page 5 of 11 Pages |
|---|---|---|

NRL FORM 431a  -  Statistics Worksheet  Revised 5/17/01 RCC

| General Continuation Sheet | Product:   Digoxin Tablets | | Sample No.   448881 |
|---|---|---|---|

## Content Uniformity

02/15/2008

| | | |
|---|---|---|
| No. of Units Examined | 10 | |
| Standard Weight | 2.424 mg. | |
| Standard Dilution | 200 | |
| Sample Dilution | 10 | |

Data Entered:

| | | | | |
|---|---|---|---|---|
| Unit #1 | 713065 | STD #1 | 682162 |
| Unit #2 | 702312 | Blank | 0 |
| Unit #3 | 695180 | | |
| Unit #4 | 701285 | | |
| Unit #5 | 711091 | | |
| Unit #6 | 708580 | | |
| Unit #7 | 698918 | | |
| Unit #8 | 707409 | | |
| Unit #9 | 718912 | | |
| Unit #10 | 695739 | | |

CONTENT UNIFORMITY RESULTS:

| | FOUND (   mg/tablet   ) | DECLARED | % of DECLARED |
|---|---|---|---|
| UNIT #1 | 0.127 | 0.125 | 101.4 |
| UNIT #2 | 0.125 | mg/tablet | 99.8 |
| UNIT #3 | 0.124 | | 98.8 |
| UNIT #4 | 0.125 | | 99.7 |
| UNIT #5 | 0.126 | | 101.1 |
| UNIT #6 | 0.126 | | 100.7 |
| UNIT #7 | 0.124 | | 99.3 |
| UNIT #8 | 0.126 | | 100.5 |
| UNIT #9 | 0.128 | | 102.2 |
| UNIT #10 | 0.124 | | 98.9 |
| AVG. | 0.125 | | 100.2 |

| | | | | | |
|---|---|---|---|---|---|
| OFFICIAL  LIMITS: | 90.0 % | TO | 105.0 % | | |
| No. of Units Examined | 10 | | | | |
| RANGE | 98.8 % | TO | 102.2 % of Declared | | |
| UNITS >=85 BUT <=115 % of Avg. Limit | | | : | | 10 |
| UNITS >=75 BUT <85 OR >115 BUT <=125 % of Avg. Limit | | | : | | 0 |
| UNITS <75 OR >125 % of Avg. Limit | | | : | | 0 |
| **REL. STD. DEV. :** | 1.1 LIMIT <= 6.0% | | | | |

mg/unit = (R_spl * std_wt * spl_dil) / (R_std * std_dil * 1 unit)

| Analyst(s)   *Valentino Fiorell* | Analyst No.   113 | Page  6  of  11  Pages |
|---|---|---|

NRL FORM  431a   .   Content Uniformity Worksheet  Revised  5/17/01 RCC

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No.   448881 |
|---|---|---|

## Statistical Analysis of Data:

Content Uniformity
Standard Deviation

02/15/2008

| | | | |
|---|---|---|---|
| Relative STD  Deviation | 1.12 % | | |
| **Standard Deviation** | **1.13** | | |
| Average (mean) | 100.24 | | |
| Number of entries | 10 | | |
| Range | 98.8 | To | 102.2 |

Data Entered:

101.4
99.8
98.8
99.7
101.1
100.7
99.3
100.5
102.2
98.9

| Analyst(s)   *Valentine Fiorella* | Analyst No. 113 | Page 7 of 11 Pages |
|---|---|---|

NRL FORM 431a   ·   Statistics Worksheet  Revised  5/17/01 RCC

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 448881 |
|---|---|---|

| ANALYST(S) *Valentino Fiorelle* | ANALYST NO. 113 | PAGE 8 OF 11 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *44585*
Back of Page *8*
*4/2/08*
*rf*

## Dissolution

<u>Medium</u>: 0.1N HCl, 500 ml (37.0°C ± 0.5°C)
<u>Apparatus 1</u>: 120 rpm
<u>Time</u>: 60 minutes
<u>Instrument</u>: Distek Dissolution Apparatus #1, FDA No. 1218
            (QA by R.Muzeni on 4/9/08)
<u>Instrument</u>: Shimadzu Fluorescence Spectrophotometer, FDA# 5004459
            (QA by V.Fiorella on 1/11/08)
<u>Reagents</u>: Sigma L-Ascorbic Acid, Lot 10K0256 *(REC'D BEFORE 4/10/06)*
            Sigma-Aldrich 30% Hydrogen Peroxide, Batch# 04824AH *(REC'D 4/3/07)*
            Burdick & Jackson Methanol, Lot CU893 *(REC'D 12/20/07)*
            Fisher Scientific Hydrochloric Acid, Lot 068102 *(REC'D 5/4/07)*


## Ascorbic acid-Methanol Solution
(Mettler Toledo AX205, FDA No. 5099471 - QA by A.Stewart on 1/10/08)


  __201.7__ mg Ascorbic acid ----> 100.0 ml MeOH


## Hydrogen peroxide-Methanol Solution

Stock Solution: _2.0_ ml 30% $H_2O_2$ ---> 100.0 ml MeOH (Refrigerate)

Working Solution: _2.0_ ml Stock ---> 100.0 ml MeOH


## Standard Solutions
(Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)


### Stock Solution

  __25.079__ mg USP Digoxin RS ---> 500.0 ml Dilute Alcohol (4 in 5)

  10.0 ml
---------> 100.0 ml Dilute Alcohol (4 in 5)   [0.005 mg/ml]

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 448881 |
| --- | --- | --- |

| ANALYST(S) *Valentino Finell* | ANALYST NO. 113 | PAGE 9 OF 11 PAGES |
| --- | --- | --- |

FORM FDA 431a (5/84)

SPL# *44881*
Back of Page 9
*4/24/04*
*VF*

## Working Standard Solutions

| Standard Solution | ml Stock Solution | ml Dissolution Medium | Final Concentration (mg/ml) |
|---|---|---|---|
| 20% | 1.0 | 100.0 | 0.00005 |
| 40% | 2.0 | 100.0 | 0.00010 |
| 60% | 3.0 | 100.0 | 0.00015 |
| 80% | 2.0 | 50.0 | 0.00020 |
| 100% | 5.0 | 100.0 | 0.00025 |

**Test Solution** (6 tablets tested; 0.125 mg/tablet)

1 tablet ---> 0.1N HCl, 500 ml ---> Filter [0.00025 mg/ml]

## Procedure

Test Prep.:  1.0 ml  Test Solution *(Prepared in duplicate)*
        + 1.0 ml Ascorbic acid-Methanol Solution
        + 5.0 ml HCl
        + 1.0 ml Hydrogen peroxide-Methanol Solution

----> Glass-stoppered flask

Std. Preps.:  1.0 ml   of each Working Std. Solution
        + 1.0 ml Ascorbic acid-Methanol Solution
        + 5.0 ml HCl
        + 1.0 ml Hydrogen peroxide-Methanol Solution

----> Glass-stoppered flask

Blank Prep.:  1.0 ml  Dissolution Medium
        + 1.0 ml Ascorbic acid-Methanol Solution
        + 5.0 ml HCl
        + 1.0 ml Hydrogen peroxide-Methanol Solution

----> Glass-stoppered flask

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 448881 |
|---|---|---|

| ANALYST(S) *Valentino Fiorelli* | ANALYST NO. 113 | PAGE *10* OF *11* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *44.8.8.1*
Back of Page *10*
*4/24/08*
*V.F.*

## Procedure

After <u>2 hours</u> (FDA Timer# 1678), measure the fluorescence of each preparation at an emission wavelength of about 485 nm and an excitation wavelength of about 372 nm correcting each reading for the blank.

Plot a standard curve of Fluorescence vs. % Dissolution.

Determine the % dissolution of digoxin for each Test Solution from the graph.

## Results

See least squares line fitting page *11* for complete results and Attachment B for spectra.

| Tablet | Avg. % Dissolution |
|---|---|
| 1 | 91.25 |
| 2 | 96.7 |
| 3 | 92.35 |
| 4 | 96.35 |
| 5 | 107.95 |
| 6 | 105.9 |
| Avg. (6 Tablets) | 98.4 |

[Limit: Each unit is NLT Q + 5% (Q=80%) for 6 units tested (Stage 1)]

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No.          448881 |
|---|---|---|

## Least Squares Line Fitting

04/24/2008

The Line Fitting used is Y = mX + b

| | | |
|---|---|---|
| with   m = | 0.019795 |
| and    b = | -0.0745 |
| Correlation Cofficient = | 0.99911 |

Data Entered:

| X | y | LSLF  y | % Deviation |
|---|---|---|---|
| 20 | 0.352 | 0.3214 | 9.521 |
| 40 | 0.676 | 0.7173 | 5.758 |
| 60 | 1.109 | 1.1132 | 0.377 |
| 80 | 1.519 | 1.5091 | 0.656 |
| 100 | 1.91 | 1.905 | 0.262 |

Extrapolated Data:

| | X | Y |
|---|---|---|
| Tab 1 | 90.8 | 1.723 |
| | 91.7 | 1.740 |
| Tab 2 | 96.2 | 1.829 |
| | 97.2 | 1.850 |
| Tab 3 | 90.8 | 1.722 |
| | 93.9 | 1.785 |
| Tab 4 | 95.5 | 1.815 |
| | 97.2 | 1.850 |
| Tab 5 | 111.8 | 2.138 |
| | 104.1 | 1.987 |
| Tab 6 | 105.0 | 2.003 |
| | 106.8 | 2.039 |

| Analyst(s)   *Dong ping Dou* | Analyst No.     000 | Page // of // Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised 5/17/01 RCC



ATTACHMENT A - Page *1* of *20* pages          **Product:** Digoxin Tablets  (0.125 mg)          **Spl.No.** 448881

Name: Blank
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Blank-Rep2
Date: 02/14/2008 7:34:08 AM
Vial: 0
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
|      |      |                |      |        |           |            |                    |

Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *2* of *20* pages  |  **Product:** Digoxin Tablets (0.125 mg)  |  Spl.No. 448881

Name: System Suitability Solution
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\SysSuitSoln
Date: 02/14/2008 7:53:05 AM
Vial: 1
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxigenin | 3.25 | 4401132 | 642009 | 1.2 | 0.0 | 3384 |
| 2 | Digoxin | 12.18 | 2206126 | 91863 | 1.2 | 21.1 | 6132 |

| Totals | | | | | | | |
|--------|---|---|---------|--------|---|---|---|
| | | | 6607258 | 733872 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *3* of *20* pages      **Product:** Digoxin Tablets (0.125 mg)      Spl.No. 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln-Rep1
Date: 02/14/2008 8:15:55 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|-------------------|
| 1 | Digoxin | 12.23 | 680386 | 27974 | 1.2 | 0.0 | 5949 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 680386 | 27974 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 4 of 20 pages          Product: Digoxin Tablets  (0.125 mg)          Spl.No. 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln-Rep2
Date: 02/14/2008 8:34:23 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.27 | 681506 | 28038 | 1.2 | 0.0 | 6000 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 681506 | 28038 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 5 of 20 pages     **Product:** Digoxin Tablets (0.125 mg)     Spl.No. 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln-Rep3
Date: 02/14/2008 8:52:52 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.30 | 683776 | 28055 | 1.2 | 0.0 | 5992 |

| | | | | | | | |
|------|------|----------------|--------|--------|-----------|------------|--------------------|
| Totals | | | 683776 | 28055 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *6* of *20* pages | **Product:** Digoxin Tablets (0.125 mg) | **Spl.No.** 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln-Rep4
Date: 02/14/2008 9:11:15 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.33 | 684459 | 28000 | 1.2 | 0.0 | 6038 |

| Totals | | | Area | Height | | | |
|--------|--|--|--------|--------|--|--|--|
| | | | 684459 | 28000 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page _7_ of _20_ pages | **Product:** Digoxin Tablets (0.125 mg) | **Spl.No.** 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln-Rep5
Date: 02/14/2008 9:29:42 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.41 | 680681 | 27850 | 1.2 | 0.0 | 6093 |

| Totals | | | Area | Height | | | |
|--------|--|--|--------|--------|--|--|--|
| | | | 680681 | 27850 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *8* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     Spl.No. 448881

Name: Standard Solution 2 (ICV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\CheckStd.
Date: 02/14/2008 9:48:09 AM
Vial: 3
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.48 | 673965 | 27423 | 1.2 | 0.0 | 6225 |

| | | | | | | | |
|------|------|------|------|------|------|------|------|
| Totals | | | 673965 | 27423 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

ATTACHMENT A - Page *9* of *20* pages    **Product:** Digoxin Tablets (0.125 mg)    **Spl.No.** 448881

Name: Tablet 1
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab1
Date: 02/14/2008 10:14:02 AM
Vial: 4
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|-------------------|
| 1 | Digoxin | 12.61 | 713065 | 29069 | 1.2 | 0.0 | 6242 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 713065 | 29069 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *10* of *20* pages | **Product:** Digoxin Tablets (0.125 mg) | **Spl.No.** 448881

Name: Tablet 2
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab2
Date: 02/14/2008 10:34:52 AM
Vial: 5
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.68 | 702312 | 28498 | 1.2 | 0.0 | 6286 |

| Totals | | | Area | Height | | | |
|--------|--|--|------|--------|--|--|--|
| | | | 702312 | 28498 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

| ATTACHMENT A - Page _11_ of _20_ pages | **Product:** Digoxin Tablets (0.125 mg) | **Spl.No.** 448881 |
| --- | --- | --- |

Name: Tablet 3
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab3
Date: 02/14/2008 10:53:43 AM
Vial: 6
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Digoxin | 12.73 | 695180 | 27999 | 1.2 | 0.0 | 6264 |
| Totals | | | 695180 | 27999 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 62 of 20 pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 448881

Name: Tablet 4
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab4
Date: 02/14/2008 11:14:07 AM
Vial: 7
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.78 | 701285 | 28354 | 1.2 | 0.0 | 6357 |

| Totals | | | Area | Height | | | |
|--------|---|---|--------|--------|---|---|---|
| | | | 701285 | 28354 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *13* of *20* pages | Product: Digoxin Tablets (0.125 mg) | Spl.No. 448881

Name: Tablet 5
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab5
Date: 02/14/2008 11:32:37 AM
Vial: 8
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|---|---|---|---|---|---|---|---|
| 1 | Digoxin | 12.82 | 711091 | 28594 | 1.2 | 0.0 | 6403 |
| Totals | | | 711091 | 28594 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *14* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln.6
Date: 02/14/2008 11:51:06 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.82 | 679546 | 27412 | 1.2 | 0.0 | 6459 |

| Totals | | | Area | Height | | | |
|--------|---|---|--------|--------|---|---|---|
| | | | 679546 | 27412 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um; Serial No. 88682C*

**ATTACHMENT A** - Page *15* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 448881

Name: Tablet 6
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab6
Date: 02/14/2008 12:09:34 PM
Vial: 9
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.87 | 708580 | 28411 | 1.2 | 0.0 | 6289 |

| Totals | | | Area | Height | | | |
|--------|--|--|--------|--------|--|--|--|
| | | | 708580 | 28411 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *16* of *20* pages          **Product:** Digoxin Tablets (0.125 mg)          Spl.No. 448881

Name: Tablet 7
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab7
Date: 02/14/2008 12:28:03 PM
Vial: 10
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.91 | 698918 | 27940 | 1.2 | 0.0 | 6319 |

| Totals | | | Area | Height | | | |
|--------|--|--|------|--------|--|--|--|
| | | | 698918 | 27940 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *17* of *20* pages     Product: Digoxin Tablets (0.125 mg)     Spl.No. 448881

Name: Tablet 8
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab8
Date: 02/14/2008 12:46:31 PM
Vial: 11
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.93 | 707409 | 28170 | 1.1 | 0.0 | 6279 |

| Totals | | | Area | Height | | | |
|--------|--|--|--------|--------|--|--|--|
| | | | 707409 | 28170 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *18* of *20* pages          **Product:** Digoxin Tablets (0.125 mg)          Spl.No. 448881

Name: Tablet 9
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab9
Date: 02/14/2008 1:04:59 PM
Vial: 12
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|---|---|---|---|---|---|---|---|
| 1 | Digoxin | 12.94 | 718912 | 28615 | 1.1 | 0.0 | 6294 |

| Totals | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 718912 | 28615 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *19* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 448881

Name: Tablet 10
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Tab10
Date: 02/14/2008 1:23:28 PM
Vial: 13
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.94 | 695739 | 27693 | 1.2 | 0.0 | 6271 |

| Totals | | | Area | Height | | | |
|--------|--|--|--------|--------|--|--|--|
| | | | 695739 | 27693 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *20* of *20* pages   **Product:** Digoxin Tablets (0.125 mg)   **Spl.No.** 448881

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448881\Std.Soln.7
Date: 02/14/2008 1:41:56 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|------|------|------|------|------|------|
| 1 | Digoxin | 12.91 | 681835 | 27080 | 1.1 | 0.0 | 6231 |
| Totals | | | 681835 | 27080 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

Digoxin Tablets (0.125 mg)
Spl.# 448881
2/4/08
VF

# Labeling



Digoxin Tablets (0.125 mg)
Spl.# 448881
2/4/08
*VF*

# Labeling

# 448881
2/4/08 VF

DIGITEK®
(digoxin tablets, USP)

8 mg

**DESCRIPTION:** ...

**CLINICAL PHARMACOLOGY: Mechanism of Action.** ...

**Pharmacokinetics: Absorption.** ...

Table 1: Comparison of the Systemic Availability and Equivalent Doses for the Digoxin Preparations.

| Product | Absolute Bioavailability | Equivalent Doses (mcg) |  |  |  |  |
|---|---|---|---|---|---|---|
| Digitek Tablets | 75-85% | 62.5 | 125 | 250 | 500 |  |
| Digoxin Elixir Pediatric | 70-85% | 62.5 | 125 | 250 | 500 |  |
| Digoxin Capsules | 90-100% | 50 | 100 | 200 | 400 |  |
| Digoxin Injection/IV | 100% | 50 | 100 | 200 | 400 |  |

**INDICATIONS AND USAGE:** ...

**CONTRAINDICATIONS:** ...

**WARNINGS:** ...

**PRECAUTIONS:** ...

**DOSAGE AND ADMINISTRATION:** ...

Digoxin Tablets (0.125 mg)
Spl.# 448881
2/4/08
VF

# Labeling

**Attachment B**       Digoxin Tablets (0.125 mg)       Spl.# 448881       4/24/08



CHART 200-91527

















Tab 5-1

⊕ SHIMADZU CORPORATION  CHART 200-91527



DATA =   1.850   EX λ = 372.0   EM λ = 485.0

Tab 4-2

⊕ SHIMADZU CORPORATION  CHART 200-91527





Tab 6-2

⊕ SHIMADZU CORPORATION CHART 200-91527

# Food and Drug Administration Office of Regulatory Affairs
## Collection Report
### For Sample Number:  448881

This is an accurate reproduction of the original electronic record as of  01/30/2008

| Flag | | Flag Remarks | | | |
|---|---|---|---|---|---|
| Survey Sample | | FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 | | | |

| Episode Number | Origin | Basis | Sample Type | FIS Smpl Num | Status |
|---|---|---|---|---|---|
| | Domestic | Surveillance | Official | 0882632 | Completed |

| FEI | Date Collected | Product Code | Responsible Firm | PAC | Hours |
|---|---|---|---|---|---|
| 1610608 | 12/03/2007 | 63FCA06 | Shipper | 56008A | 2 |
| Compliance Num | Country of Origin | | | | |
| | United States | | | | |

| Related Smpl Num | Position Class | Sampling District | NDC Number | Permit Number | Storage Rqrmnt. |
|---|---|---|---|---|---|
| | INV | DET-DO | 62794-145-01 | | Ambient |

| Dealer is Consumer | Crx/DEA Schedule | Recall Num | Consumer Compl. Num | Brand Name |
|---|---|---|---|---|
| No | | | | Digitek |

**Product Description**
100 x 0.125mg Digoxin Tablets, USP

**Product Label**
See continuation.

| Reason for Collection | MFG Codes | Expiration Date |
|---|---|---|
| The sample was collected as per memo for the FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 (CP 7356.008) and is being reported in FACTS under Assignment # 896688 and Op # 3518058. | 70298A1 | April 2009 |

| Firm Legal Name | Address | Type of Firm | Firm FEI | FCE |
|---|---|---|---|---|
| UDL Laboratories, Inc | 12720 Dairy Ashford Rd  Sugar Land, TX 77478-2844  US | Shipper | 1610608 | |
| Actavis Totowa LLC | 101 E Main St  Little Falls, NJ 07424-5608 US | Manufacturer | 2244683 | |
| Wal-Mart Pharmacy Warehouse #6028 | 801 Corda Blvd  Crawfordsville, IN 47933-2152  US | Dealer | 3004344335 | |

| Size of Lot | Est. Value | Rcpt Type | Carrier Name | Date Shipped |
|---|---|---|---|---|
| (b)(4) x 100 count bottles | | FDA484 | | |

**Description of Sample**
See continuation.

**Method of Collection**
2 x 100 count bottles of Digitek (Digoxin Tablets, USP) lot 70298A1 were randomly selected from shelf.

**How Prepared**
See continuation.

| Collector's Identification on Package and/or Label | Collector's Identification on Seal |
|---|---|
| "Sample # 448881 EB 12/3/07" | "448881 Ernest Bizjak 12/3/07" |

| Sample Delivered To | Date Delivered | Orig C/R & Records To |
|---|---|---|
| FEDEX | 12/17/2007 | DAL-DO |
| | Lab w/Split Sample | Lab |
| | 0 | NRL |

| Document Number | Document Date | Document Type | Document Remarks |
|---|---|---|---|
| | 12/03/2007 | Other | FDA-482; 1 page |

Date: 01/30/2008                     Page: 1  of  3

---

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:   448881**

This is an accurate reproduction of the original electronic record as of  01/30/2008

---

| 12/03/2007 | Other | FDA-484; 4 pages |

**Remarks**
See continuation.

| **Payment Amount** | **Payment Method** | **704(d) Sample** | **702(b) Portion** | **Collector's Name** |
|---|---|---|---|---|
| | No Charge | No | No | Ernest Bizjak |

**Date & Time of Signature**     **Meaning**

**Name of Signer**                12/14/2007    09:12 AM    ET      Collector
Ernest  Bizjak

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:   448881**

This is an accurate reproduction of the original electronic record as of  01/30/2008

**Continuation:**

**Product Label**
The white HDPE bottles with matching screw caps are labeled in part "NDC 62794-145-01 *** DIGITEK *** (digoxin tablets, USP) 125 mcg (0.125mg) *** 100 TABLETS *** Rx only *** Distributed by: BERTEK PHARMACEUTICALS INC. Sugar Land, TX 77478 USA *** Manufactured by: AMIDE PHARMACEUTICALS, INC. 101 East Main Street Little Falls, NJ 07424 USA *** Control No.: 70298A1 *** Exp. Date: APR 09".

**Description of Sample**
The sample consists of 2 x 100 count bottles 0.125mg Digitek (Digoxin Tablets, USP) NDC # 62794-145-01 assigned lot # 70298A1 and expiry date April 2009.

**How Prepared**
The 2 bottles were identified as per Collector's ID and placed into a clear Whirl-pak bag that was then officially sealed at the dealer.  The sample was transported back to the DET-DO/INDY-RP where it was stored in a locked sample cabinet at ambient conditions until it was boxed and shipped to lab.

**Remarks**
Per assignment memo, test samples for UDU, Diss, and ID.  All analytical methods are compendial.

Dena McClamroch, General Manager stated that she could not provide a dollar value for the sample.  If this information is needed, contact Monty Mason, Pharmacy Director at ph#479-277-1558.