# EXHIBIT 34

| Sample Class: | Normal Everyday Sample | Sample Origin: | Domestic | Sample Basis: | Surveillance |
|---|---|---|---|---|---|
| | Survey Sample | Sample Type: | Official | Collecting District: | DET-DO |
| Home District: | | Orig C/R and Records To: | DAL-DO | Collection PACs: | 56008A |

**Product Name:** Digoxin (Cardiotonic); Human - Rx/Single Ingredient; Prompt Release Tablets

**Product Description:** 100 x 0.25mg Digoxin Tablets, USP

**Collection Reason:** The sample was collected as per memo for the FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 (CP 7356.008) and is being reported in FACTS under Assignment # 896688 and Op # 3518061.

| Lab: NRL | Split Num 0 | Date Received: 12/18/2007 | Date Out of Lab: 04/29/2008 |
|---|---|---|---|
| District Conclusion: | | District Conclusion Made By: | District |
| Disposition Reason: | | Disposition Authorized By: | Disposition Authorized Date |

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| NRL-DCB-G | 56008A | | DRT | | I  - In Compliance | Completed |

**Lab Conclusion**

The product meets specifications for Identification, Dissolution and Content Uniformity.

**Lab Conclusion Date**

04/29/2008

**Lab Conclusion Made By**

Mathew,Samuel K

Date: 04/30/2008                          Page: 1 of 1



DEFENDANT'S EXHIBIT
34

## Food and Drug Administration Office of Regulatory Affairs
### Collection Report
### For Sample Number: 448892

This is an accurate reproduction of the original electronic record as of 12/14/2007

| | | | | | |
|---|---|---|---|---|---|
| **Flag** Survey Sample | | **Flag Remarks** FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 | | | |
| **Episode Number** | **Origin** Domestic | **Basis** Surveillance | **Sample Type** Official | **FIS Smpl Num** 0882662 | **Status** Completed |
| **FEI** 1610608 **Compliance Num** | **Date Collected** 12/03/2007 **Country of Origin** United States | **Product Code** 63FCA06 | **Responsible Firm** Shipper | **PAC** 56008A | **Hours** 2 |
| **Related Smpl Num** | **Position Class** INV | **Sampling District** DET-DO | **NDC Number** 62794-146-01 | **Permit Number** | **Storage Rqrmnt.** Ambient |
| **Dealer is Consumer** No | **Crx/DEA Schedule** | **Recall Num** | **Consumer Compl. Num** | **Brand Name** Digitek | |

**Product Description**
100 x 0.25mg Digoxin Tablets, USP

**Product Label**
See continuation.

**Reason for Collection**
The sample was collected as per memo for the FY 2008 Low Cost Generic Drug Sample Survey # 2008-800 (CP 7356.008) and is being reported in FACTS under Assignment # 896688 and Op # 3518061.

**MFG Codes** 70664A1

**Expiration Date** Aug 2009

| **Firm Legal Name** | **Address** | **Type of Firm** | **Firm FEI** | **FCE** |
|---|---|---|---|---|
| UDL Laboratories, Inc | 12720 Dairy Ashford Rd  Sugar Land, TX 77478-2844  US | Shipper | 1610608 | |
| Actavis Totowa LLC | 101 E Main St  Little Falls, NJ 07424-5608 US | Manufacturer | 2244683 | |
| Wal-Mart Pharmacy Warehouse #6028 | 801 Corda Blvd  Crawfordsville, IN 47933-2152 US | Dealer | 3004344335 | |

| **Size of Lot** (b)(4) x 100 count bottles | **Est. Value** | **Rcpt Type** FDA484 | **Carrier Name** | **Date Shipped** |
|---|---|---|---|---|

**Description of Sample**
The sample consists of 2 x 100 count 0.25mg Digitek (Digoxin Tablets, USP) with NDC # 62794-146-01 and assigned lot # 706641A and expiry date 8/2009.

**Method of Collection**
2 x 100 count bottles of 0.25mg Digitek (Digoxin Tablets, USP) lot 70664A1 were randomly selected from shelf.

**How Prepared**
See continuation.

**Collector's Identification on Package and/or Label**
"Sample # 448892 EB  12/3/07"

**Collector's Identification on Seal**
"448892 Ernest Bizjak  12/3/07"

| **Sample Delivered To** FEDEX | **Date Delivered** 12/17/2007 | **Orig C/R & Records To** DAL-DO |
|---|---|---|
| | **Lab w/Split Sample** 0 | **Lab** NRL |

Date: 12/14/2007

Page: 1 of 3

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:  448892**

This is an accurate reproduction of the original electronic record as of  12/14/2007

**Document Number**

| Document Date | Document Type | Document Remarks |
|---|---|---|
| 12/03/2007 | Other | FDA-482; 1 page |
| 12/03/2007 | Other | FDA-484; 4 pages |

**Remarks**
See continuation.

**Payment Amount**

| Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|
| No Charge | No | No | Ernest Bizjak |

**Name of Signer**
Ernest  Bizjak

| Date & Time of Signature | | Meaning |
|---|---|---|
| 12/14/2007 | 09:15 AM   ET | Collector |

Date: 12/14/2007                     Page: 2  of  3

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number: 448892**

This is an accurate reproduction of the original electronic record as of 12/14/2007

## Continuation:

### Product Label

The white HDPE bottle with matching screw cap is labeled in part "NDC 62794-146-01 *** DIGITEK (digoxin tablets, USP) *** 250mcg (0.25 mg) *** 100 TABLETS *** Distributed by: BERTEK PHARMACEUTICALS INC. Sugar Land, TX 77478 *** Manufactured by: AMIDE PHARMACEUTICAL, INC. 101 East Main Street Little Falls, NJ 07424 USA *** Control No.: 70664A1 *** Exp. Date: Aug 09".

### How Prepared

The 2 bottles were identified as per Collector's ID and placed into a clear Whirl-pak bag that was then officially sealed at the dealer. The sample was transported back to the DET-DO/INDY-RP where it was stored in a locked sample cabinet at ambient conditions until it was boxed and shipped to lab.

### Remarks

Per assignment memo, test sample for UDU, Diss, and ID. All analytical methods are compendial.

Dena McClamroch, General Manager stated that she could not provide a dollar value for the sample. If this information is needed, contact Monty Mason, Pharmacy Director at ph#479-277-1558.

Date: 12/14/2007

Page: 3 of 3

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**FOOD AND DRUG ADMINISTRATION**

1. DISTRICT OFFICE ADDRESS & PHONE NO.
DET-DO    # 3-13-3~?- 8100
300 River Place, Suite 5900
Detroit MI 48207

TO

2. NAME AND TITLE OF INDIVIDUAL
Dena M. McClanroch

3. DATE
12/3/07

4. FIRM NAME
Wal-Mart

5. HOUR
9:25   a.m.

6. NUMBER AND STREET
801 Cor-ck Blvd.

7. CITY AND STATE & ZIP CODE
Crawfordsville, IN 47933

8. PHONE # & AREA CODE
765/361-449?

**Notice of Inspection** is hereby given pursuant to Section 704(a)(1) of the Federal Food, Drug, and Cosmetics Act (21 U.S.C. 374(a)[1] and/or Part F or G, Title III of the Public Health Service Act (42 U.S.C. 262-264)[2]

9. SIGNATURE (Food and Drug Administration Employee(s))

10. TYPE OR PRINT NAME AND TITLE (FDA Employee(s))
Ernest Bizjak, Investigator

[1] Applicable portions of Section 704 and other Sections of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374] are quoted below:

Sec. 704. (a)(1) For purposes of enforcement of this Act, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are authorized (A) to enter, at reasonable times, any factory, warehouse, or establishment in which food, drugs, devices, or cosmetics are manufactured, processed, packed, or held, for introduction into interstate commerce or after such introduction, or to enter any vehicle being used to transport or hold such food, drugs, devices, or cosmetics in interstate commerce; and (B) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, such factory, warehouse, establishment, or vehicle and all pertinent equipment, finished and unfinished materials, containers, and labeling therein. In the case of any factory, warehouse, establishment, or consulting laboratory in which prescription drugs, nonprescription drugs intended for human use, or restricted devices are manufactured, processed, packed, or held, inspection shall extend to all things therein (including records, files, papers, processes, controls, and facilities) bearing on whether prescription drugs, nonprescription drugs intended for human use, or restricted devices which are adulterated or misbranded within the meaning of this Act, or which may not be manufactured, introduced into interstate commerce, or sold, or offered for sale by reason of any provision of this Act, have been or are being manufactured, processed, packed, transported, or held in any such place, or otherwise bearing on violation of this Act. No inspection authorized by the preceding sentence or by paragraph (3) shall extend to financial data, sales data other than shipment data, pricing data, personnel data (other than data as to qualifications of technical and professional personnel performing functions subject to this Act), and research data (other than data relating to new drugs, antibiotic drugs and devices and, subject to reporting and inspection under regulations lawfully issued pursuant to section 505(i) or (k), section 507(d) or (g), section 519, or 520(g), and data relating to other drugs or devices which in the case of a new drug would be subject to reporting or inspection under lawful regulations issued pursuant to section 505(i) of the title). A separate notice shall be given for each such inspection, but a notice shall not be required for each entry made during the period covered by the inspection. Each such inspection shall be commenced and completed with reasonable promptness.

Sec. 704(e) Every person required under section 519 or 520(g) to maintain records and every person who is in charge or custody of such records shall, upon request of an officer or employee designated by the Secretary, permit such officer or employee at all reasonable times to have access to and to copy and verify, such records.

Section 704 (f)(1) A person accredited under section 523 to review reports made under section 510(k) and make recommendations of initial classifications of devices to the Secretary shall maintain records documenting the training qualifications of the person and the employees of the person, the procedures used by the person for handling confidential information, the compensation arrangements made by the person, and the procedures used by the person to identify and avoid conflicts of interest. Upon the request of an officer or employee designated by the Secretary, the person shall permit the officer or employee, at all reasonable times, to have access to, to copy, and to verify, the records.

Section 512 (1)(1) In the case of any new animal drug for which an approval of an application filed pursuant to subsection (b) is in effect, the applicant shall establish and maintain such records, and make such reports to the Secretary, of data relating to experience, including experience with uses authorized under subsection (a)(4)(A), and other data or information, received or otherwise obtained by such applicant with respect to such drug, or with respect to animal feeds bearing or containing such drug, as the Secretary may by general regulation, or by

order with respect to such application, prescribe on the basis of a finding that such records and reports are necessary in order to enable the Secretary to determine, or facilitate a determination, whether there is or may be ground for invoking subsection (e) or subsection (m)(4) of this section. Such regulation or order shall provide, where the Secretary deems it to be appropriate, for the examination, upon request, by the persons to whom such regulation or order is applicable, of similar information received or otherwise obtained by the Secretary.

(2) Every person required under this subsection to maintain records, and every person in charge or custody thereof, shall, upon request of an officer or employee designated by the Secretary, permit such officer or employee at all reasonable times to have access to and copy and verify such records.

[2] Applicable sections of Parts F and G of Title III Public Health Service Act (42 U.S.C. 262-264) are quoted below:

Part F - Licensing - Biological Products and Clinical Laboratories and ******

Sec. 351(c) "Any officer, agent, or employee of the Department of Health & Human Services, authorized by the Secretary for the purpose, may during all reasonable hours enter and inspect any establishment for the propagation or manufacture and preparation of any virus, serum, toxin, antitoxin, vaccine, blood, blood component or derivative, allergenic product, or other product aforesaid for sale, barter, or exchange in the District of Columbia, or to be sent, carried, or brought from any State or possession into any other State or possession or into any foreign country, or from any foreign country into any State or possession."

Part F - ****** Control of Radiation.

Sec. 360 A(a) "If the Secretary finds for good cause that the methods, tests, or programs related to electronic product radiation safety in a particular factory, warehouse, or establishment in which electronic products are manufactured or held, may not be adequate or reliable, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are thereafter authorized (1) to enter, at reasonable times any area in such factory, warehouse, or establishment in which the manufacturer's tests (or testing programs) required under section 358(h) are carried out, and (2) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, the facilities and procedures within such area which are related to electronic product radiation safety. Each such inspection shall be commenced and completed with reasonable promptness. In addition to other grounds upon which good cause may be found for purposes of this subsection, good cause will be considered to exist in any case where the manufacturer has introduced into commerce any electronic product which does not comply with an applicable standard prescribed under this subpart and with respect to who no exemption from the notification requirements has been granted by the Secretary under section 359(a)(2) or 359(e)."

(b) "Every manufacturer of electronic products shall establish and maintain such records (including testing records), make such reports, and provide such information, as the Secretary may reasonably require to enable him to determine whether such manufacturer has acted or is acting in compliance with this subpart and standards pre- scribed pursuant to this subpart and shall, upon request of an officer or employee duly designated by the Secretary, permit such officer or employee to inspect appropriate books, papers, records, and documents relevant to determining whether such manufacturer has acted or is acting in compliance with standards prescribed pursuant to section 359(a)." ******

FORM FDA 482 (9/00)          PREVIOUS EDITION IS OBSOLETE          NOTICE OF INSPECTION

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

PUBLIC HEALTH SERVICE

FOOD AND DRUG ADMINISTRATION

1. DISTRICT ADDRESS & PHONE NUMBER

DET- DO    # 313 - 393 - 8100
300 River Place , Suite 5900
Detroit, MI  48207

2. NAME AND TITLE OF INDIVIDUAL

Dena M. McClamroch  General Manager

3. DATE  12/3/07

4. SAMPLE NUMBER  *See below*

5. FIRM NAME  Wal-Mart

6. FIRM'S DEA NUMBER

7. NUMBER AND STREET  801 Cor-ch Blvd.

8. CITY AND STATE (Include Zip Code)  Crawfordsville, IN 47933

9. SAMPLE COLLECTED (Describe fully. List lot, serial, model numbers and other positive identification)

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act [21 USC 360ii(b)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
(NOTE: If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)

Sample #414930 consists of

(1) 2 × 100 bottles Captopril Tablets, 12.5 mg , lot DG10952 with NDC # 64679 - 902 - 01

(2) Sample #414931 consists of 53 × 3.5g tubes Erythromycin Ophthalmic Ointment, 5mg/g , lot P53 with NDC# 0168 - 0070 - 38

(3) Sample # 414932 consists of 2×100 bottles Hydrochlorothiazide Capsules, 12.5mg , lot 350713 with NDC# 0378 - 0810 - 01

(4) Sample # 414933 consists of 2×100 bottles Estradiol Tablets, 0.5 mg , lot 304344 with NDC# 0555 - 0899 - 02

(5) Sample # 414934 consists of 2×100 bottles Atenolol Tablets, 25 mg, lot 1S1437 with NDC # 0378 - 0218 - 01

(6) Sample # 414935 consists of 1 × 500 bottle Amoxicillin Capsules , 250 mg , lot # 022011 with NDC # 0781 - 2020 - 05

(7) Sample # 414936 consists of 2×100 bottles Enalapril Maleate Tablets, 2.5 mg lot # 27875 with NDC# 0093 - 0026 - 01

(8) Sample # 414937 consists of 22 bottles Amoxicillin for Oral Suspension, 200 mg/5mL , lot # 1955794 , NDC # 63304 - 969 - 03

10. SAMPLES WERE

[X] PROVIDED AT NO CHARGE
[ ] PURCHASED
[ ] BORROWED (To be returned)

11. AMOUNT RECEIVED FOR SAMPLE

[X] No Charge   [ ] CASH    [ ] BILLED
[ ] VOUCHER  [ ] CREDIT CARD

12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.)

Dena McClamroch

13. COLLECTOR'S NAME (Print or Type)  Ernest Bujok

14. COLLECTOR'S TITLE (Print or Type)  Investigator

15. COLLECTOR'S SIGNATURE

FORM FDA 484  (5/98) PREVIOUS EDITION IS OBSOLETE

**RECEIPT FOR SAMPLES**

PAGE / OF 4 PAGES

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

1. DISTRICT ADDRESS & PHONE NUMBER

DET. DO #313-393-8100
300 River Place, Suite 5900
Detroit, MI 48207

| 2. NAME AND TITLE OF INDIVIDUAL | 3. DATE | 4. SAMPLE NUMBER |
|---|---|---|
| Dena M. McClanrock, General Manager | 12/3/07 | *See below* |

| 5. FIRM NAME | 6. FIRM'S DEA NUMBER |
|---|---|
| Wal-Mart | |

| 7. NUMBER AND STREET | 8. CITY AND STATE (Include Zip Code) |
|---|---|
| 801 Cor-da Blvd. | Crawfordsville, IN 47933 |

9. SAMPLE COLLECTED (Describe fully. List lot, serial, model numbers and other positive identification)

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act [21 USC 360ii(b)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
(NOTE: If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)

Clonidine EB 12/3/07

(9) Sample #448877 consists of 3×90 boxes Clonidine HCl Tablets, 0.1mg, lot 7M833, NDC = 51079-299-62

(10) Sample #448878 consists of 2×100 bottles Bisoprolol Fumarate/Hydrochlorothiazide Tablets, 2.5/6.25mg, lot 1S0806 with NDC# 0378-0501-01

(11) Sample #448879 consists of 53×15g tubes Gentamicin Sulfate Ointment, 0.1%, lot Z176 with NDC# 0168-0078-15

(12) Sample #448880 consists of 2×100 bottles Glyburide Tablets, 2.5mg, lot 149347A with NDC# C093-8343-01

(13) Sample #448881 consists of 2×100 bottles Digitek (Digoxin) Tablets, 0.125mg, lot 70298A1 with NDC= 62794-145-01

(14) Sample #448882 consists of 7×30 bottles Citalopram HBr Tablets, 20mg, lot C72275 with NDC# 55111-343-30

(15) Sample #448883 consists of 83×5mL bottles Gentamicin Sulfate Ophthalmic Solution, 3mg/mL, lot 729553F with NDC# 61314-633-05

(16) Sample #448884 consists of 2×100 bottles Ciprofloxacin Tablets, 250mg, lot= 1717002 with NDC# 63304-709-01  EB 12/3/07

| 10. SAMPLES WERE | 11. AMOUNT RECEIVED FOR SAMPLE | 12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.) |
|---|---|---|
| ☒ PROVIDED AT NO CHARGE | ☒ No Charge  ☐ CASH  ☐ BILLED | Dena McClanrock |
| ☐ PURCHASED | ☐ VOUCHER  ☐ CREDIT CARD | |
| ☐ BORROWED (To be returned) | | |

| 13. COLLECTOR'S NAME (Print or Type) | 14. COLLECTOR'S TITLE (Print or Type) | 15. COLLECTOR'S SIGNATURE |
|---|---|---|
| Ernest Bizjak | Investigator | |

FORM FDA 484  (5/98)  PREVIOUS EDITION IS OBSOLETE          **RECEIPT FOR SAMPLES**          PAGE 2 OF 6 PAGES          EF

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

**1. DISTRICT ADDRESS & PHONE NUMBER**
DET. DO # 313-393-8100
300 River Place Suite 5900
Detroit, MI 48207

**2. NAME AND TITLE OF INDIVIDUAL**
Dena M. McComroch, General Manager

**3. DATE** 12/3/07

**4. SAMPLE NUMBER** *see below*

**5. FIRM NAME** Wal-Mart

**6. FIRM'S DEA NUMBER**

**7. NUMBER AND STREET** 801 Corden Blvd.

**8. CITY AND STATE (Include Zip Code)** Crawfordsville, IN 47933

**9. SAMPLE COLLECTED (Describe fully. List lot, serial, model numbers and other positive identification.)**

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act [21 USC 360ii(b)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
**(NOTE:** *If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.*

(17.) Sample # 448885 consists of 2×100 bottles Erythrocin Tablets, 250 mg, lot 567T3AF22 with NDC# 0074-6346-20

(18.) Sample # 448886 consists of 2×100 bottles Acyclovir Capsules, 200 mg, lot 353005554 with NDC# 0093-8940-01

(19.) Sample # 448887 consists of 2×100 bottles Bumetanide Tablets, 0.5 mg, lot 1V76033 with NDC# 0093-4232-01

(20.) Sample # 448888 consists of 2×100 bottles Doxazosin Mesylate Tablets, 1mg, lot 3000793 with NDC# 0378-4021-01

(21.) Sample # 448889 consists of 2×100 bottles Famotidine Tablets, 20mg, lot BEBW2A with NDC# 0172-5728-60

(22.) Sample # 448890 consists of 53×3.5g tubes Bacitracin Ophthalmic Ointment, 500 U/g lot P72 with NDC# 0168-0026-38

(23.) Sample # 448891 consists of 54×20mL bottles Albuterol Sulfate Inhalation Solution, 0.5%, lot 157641 with NDC# 24208-347-20

(24.) Sample # 448892 consists of 2×100 bottles Digitek (Digoxin) Tablets, 0.25mg, lot 70664A1 with NDC# 62794-146-01

**10. SAMPLES WERE**
☒ PROVIDED AT NO CHARGE
☐ PURCHASED
☐ BORROWED (To be returned)

**11. AMOUNT RECEIVED FOR SAMPLE**
☒ No Charge
☐ CASH
☐ VOUCHER
☐ BILLED
☐ CREDIT CARD

**12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.)**
Dena McComroch

**13. COLLECTOR'S NAME (Print or Type)** Ernest Bizik

**14. COLLECTOR'S TITLE (Print or Type)** Investigator

**15. COLLECTOR'S SIGNATURE**

FORM FDA 484   (5/98)   PREVIOUS EDITION IS OBSOLETE        **RECEIPT FOR SAMPLES**        PAGE 3 OF 6 PAGES        EF

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION

**1. DISTRICT ADDRESS & PHONE NUMBER**
DET. DO  #313-393-8100
300 River Place, Suit. 5900
Detroit, MI 48207

**2. NAME AND TITLE OF INDIVIDUAL**
Dena M. McClamrach  General Manager

**3. DATE**
12/3/07

**4. SAMPLE NUMBER**
# see below #

**5. FIRM NAME**
Wal-Mart

**6. FIRM'S DEA NUMBER**

**7. NUMBER AND STREET**
801 Cor-on Blvd.

**8. CITY AND STATE** *(Include Zip Code)*
Crawfordsville, IN  47933

**9. SAMPLE COLLECTED** *(Describe fully. List lot, serial, model numbers and other positive identification)*

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act [21 USC 360ii(b)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
**(NOTE:** *If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)*

(25) Sample # 448893 consists of 2x100 bottles Diltiazem HCl Tablets, 30mg, lot D01047 with NDC# 0093-0318-01

(26) Sample # 448894 consists of 1x1000 bottle Amitriptyline HCl Tablets, 10mg, lot 1P5678 with NDC# 0378-7610-10

(27) Sample # 448895 consists of 2x100 bottles Epitol (Carbamazepine) Tablets, 200mg, lot 211870 with NDC # 0093-0090-01

(28) Sample # 448896 consists of 2x100 bottles Fluoxetine Capsules, 10mg, lot 148748A with NDC# 0093-1042-01

These Samples were provided free of charge.

**10. SAMPLES WERE**
[X] PROVIDED AT NO CHARGE
[ ] PURCHASED
[ ] BORROWED *(To be returned)*

**11. AMOUNT RECEIVED FOR SAMPLE**
[X] (No charge)
[ ] CASH
[ ] VOUCHER
[ ] BILLED
[ ] CREDIT CARD

**12. SIGNATURE** *(Persons receiving payment for sample or person providing sample to FDA at no charge.)*
Dena McClamrech

**13. COLLECTOR'S NAME** *(Print or Type)*
Ernst Bzjak

**14. COLLECTOR'S TITLE** *(Print or Type)*
Investigator

**15. COLLECTOR'S SIGNATURE**
E.T.B.

FORM FDA 484   (5/98)   PREVIOUS EDITION IS OBSOLETE          **RECEIPT FOR SAMPLES**          PAGE 1 OF 1 PAGES          EF

FLAG Original

| ANALYST WORKSHEET | 1. PRODUCT<br>DIGITEK (digoxin tablets, USP) 250 mcg (0.25 mg) | 2.. SAMPLE NUMBER<br>448892 |
|---|---|---|

| 3. SEALS<br>☐ NONE  ☒ INTACT<br>☐ BROKEN | 4. DATE REC'D<br>2/4/08 | 5. RECEIVED FROM<br>Howard Lynch | 6. DISTRICT OF LABORATORY<br>NRL |
|---|---|---|---|

**7. DESCRIPTION OF SAMPLE**

One clear, plastic bag officially sealed, "448892 12/3/07 Ernest Bizjak Investigator", containing two product bottles each identified " 448892 ES 12/3/07 ". An FDA 525 is attached to the sample.

| 8.<br>NET CON-TENTS | ☐ NOT APPLICABLE<br>☒ NOT DETERMINED<br>✗ in uon<br>✗ UNITS EXAMINED | DECLARE/UNIT<br>AMOUNT FOUND<br>% OF DECLARED | 100 tablets<br>___<br>___ | 9.<br>LABEL-ING | _1_ ORIGINAL(S) SUBMITTED<br>___ COPIES SUBMITTED<br>☐ NONE |
|---|---|---|---|---|---|

**10. SUMMARY OF ANALYSIS**

Container: Round, opaque, white, plastic bottle with a similar, screw-on, safety cap. Safety-seal beneath cap is intact. Bottle is approximately 4 cm. in diameter and 7.5 cm. in height.

Labeling: Commercially-printed, rectangular, paper, stick-on label. Commercially-printed product insert is inside bottle.

Code: " Control No.: 70664A1 " and " Exp. Date: AUG 09 " printed on each bottle label.

Product: Round, biconvex, solid, white tablet. Tablet is unscored on one side with no markings. Opposite side is 1/2-scored with markings "B" and "146". Tablet is approximately 7 mm. in diameter.

Analysis: Identification, Dissolution, and Content Uniformity.

Method: USP 30 - NF 25, p. 1943.

Results: See general continuation sheet page 2.

**11. RESERVE SAMPLE**

Original plastic bag containing one open and one intact product bottle. Bag is officially sealed " 448892 4/29/08 Valentino Fiorella Analyst". Open bottle is identified " 448892 VF 2/4/08 " and " DPD 4/25/08 ". Sample returned to the sample custodian.

| 12.a. ANALYST SIGNATURE (Broke Seal ☒ )<br>*Valentino Fiorella*<br>b. *Dongpeng Dai*<br>c. | 13.<br>WORK-SHEET CHECK | a. BY<br>S. Mathew<br>b. DATE<br>4/29/08 |
|---|---|---|
| | 14. DATE REPORTED<br>4/29/08 | |

FORM FDA 431 (5/84)          PREVIOUS EDITION IS OBSOLETE
ATTACHMENTS : A (pp. *1 - 20*), B          PAGE *1* OF *11* PAGES

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 448892 |
|---|---|---|

## RESULTS:

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

### Content Uniformity
*(See computer printout pages 6 - 7 for complete results)*

Range: _95.2_ % to _99.5_ %; Average (X): _97.8_ %;

RSD: _1.3_ %; s: _1.23_

Acceptance Value (AV) = _3.7_ %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

### Dissolution
*(See least squares line fitting page 11 for complete results)*

Range: _87.4_ % to _101.4_ % ; Avg.: _92.5_ %

(Limit: Each unit is NLT Q+5% (Q=80%) for 6 units tested (Stage 1))

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE 2 OF 11 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 448892 |
|---|---|---|

| ANALYST(S) _Valentino Fiorello_ | ANALYST NO. 113 | PAGE _3_ OF _11_ PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 448892 |
|---|---|---|

| ANALYST(S) *Valentino Fiorello* | ANALYST NO. 113 | PAGE 4 OF 11 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| General Continuation Sheet | Product Dexan Tablets (0.25 mg) | Sample No. 446892 |
|---|---|---|

## Statistical Analysis of Data:

**Standard Solution 1 (CCV)**          02/12/2008

| | |
|---|---|
| **Relative STD Deviation** | **0.29 %** |
| Standard Deviation | 3887.34041 |
| **Average (mean)** | **1358880** |
| Number of entries | 5 |
| Range | 1353155   To   1363224 |

Data Entered:

    1353155
    1358820
    1361570
    1357631
    1363224

| Analyst(s)  *Valentino Fiorell* | Analyst No. 113 | Page 5 of 11 Pages |
|---|---|---|

NRL FORM 431a  ·  Statistics Worksheet  Revised 5/17/01 RCC

| General Continuation Sheet | Product:   Digoxin Tablets | Sample No.        448892 |
|---|---|---|

## Content Uniformity

02/13/2008

| | |
|---|---|
| No. of Units Examined | 10 |
| Standard Weight | 2.424 mg. |
| Standard Dilution | 100 |
| Sample Dilution | 10 |

Data Entered:

| | | | | |
|---|---|---|---|---|
| Unit #1 | 1371299 | | STD #1 | 1358880 |
| Unit #2 | 1357145 | | Blank | 0 |
| Unit #3 | 1361144 | | | |
| Unit #4 | 1375129 | | | |
| Unit #5 | 1333663 | | | |
| Unit #6 | 1366084 | | | |
| Unit #7 | 1377397 | | | |
| Unit #8 | 1375557 | | | |
| Unit #9 | 1389731 | | | |
| Unit #10 | 1394609 | | | |

CONTENT UNIFORMITY RESULTS:

| | FOUND ( mg/tablet        ) | DECLARED | % of DECLARED |
|---|---|---|---|
| UNIT #1 | 0.245 | 0.25 | 97.8 |
| UNIT #2 | 0.242 | mg/tablet | 96.8 |
| UNIT #3 | 0.243 | | 97.1 |
| UNIT #4 | 0.245 | | 98.1 |
| UNIT #5 | 0.238 | | 95.2 |
| UNIT #6 | 0.244 | | 97.5 |
| UNIT #7 | 0.246 | | 98.3 |
| UNIT #8 | 0.245 | | 98.1 |
| UNIT #9 | 0.248 | | 99.2 |
| UNIT #10 | 0.249 | | 99.5 |
| AVG. | 0.244 | | 97.8 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OFFICIAL LIMITS: | 90.0 % | TO | 105.0 % | | | |
| No. of Units Examined | 10 | | | | | |
| **RANGE** | **95.2 %** | TO | **99.5** | % of Declared | | |
| UNITS >=85 BUT <=115 % of Avg. Limit | | | | : | 10 | |
| UNITS >=75 BUT <85 OR >115 BUT <=125 % of Avg. Limit | | | | : | 0 | |
| UNITS <75 OR >125 % of Avg. Limit | | | | : | 0 | |
| **REL. STD. DEV. :** | **1.3** LIMIT <= 6.0% | | | | | |

mg/unit = (R_spl * std_wt * spl_dil) / (R_std * std_dil * 1 unit)

| Analyst(s)      *Valentino Rovell* | Analyst No.  113 | Page 6 of 11 Pages |
|---|---|---|

Digoxin Tablets (0.25 mg)
Spl.# 448892
2/4/08
*VF*

## Labeling



Each tablet contains:
Digoxin, USP . . . . . 250 mcg (0.25 mg)

For indications, dosages, precautions,
etc., see accompanying package insert.

Distributed by:
BERTEK PHARMACEUTICALS INC.
Sugar Land, TX 77478 USA
Manufactured by:
AMIDE PHARMACEUTICAL, INC.
101 East Main Street
Little Falls, NJ 07424 USA

Control No.: 70664A1
Exp. Date:   AUG 09

8067-01                    RBK146A1

N 3  62794-146-01  3

| General Continuation Sheet | Product: Digoxin Tablets (0.25 mg) | Sample No.  448892 |
|---|---|---|

## Statistical Analysis of Data:

**Content Uniformity**
**Standard Deviation**

02/13/2008

| | |
|---|---|
| Relative STD Deviation | 1.26 % |
| **Standard Deviation** | 1.23 |
| Average (mean) | 97.76 |
| Number of entries | 10 |
| Range | 95.2   To   99.5 |

Data Entered:

97.8
96.8
97.1
98.1
95.2
97.5
98.3
98.1
99.2
99.5

| Analyst(s)   *Valentino Farrell* | Analyst No. 113 | Page 7 of 11 Pages |
|---|---|---|

NRL FORM 431a  -  Statistics Worksheet  Revised 5/17/01 RCC

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 448892 |
|---|---|---|

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE 8 OF 11 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 448892 |
|---|---|---|

| ANALYST(S) *Valentino Fiorelli* | ANALYST NO. 113 | PAGE *9* OF *11* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT  Digoxin Tablets (0.25 mg) | SAMPLE NO.  448892 |
|---|---|---|

| ANALYST(S)  *Valentino Finelli* | ANALYST NO.  113 | PAGE *10* OF *11* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| General Continuation Sheet | Product:  Digoxin Tablets ( 0.25 mg) | Sample No.<br><br>448892 |
|---|---|---|

## Least Squares Line Fitting

04/25/2008

The Line Fitting used is Y = mX + b

| | |
|---|---|
| with   m = | 0.03663 |
| and   b = | -0.0548 |
| Correlation Cofficient  = | 0.99984 |

Data Entered:

| X | y | LSLF  y | % Deviation |
|---|---|---|---|
| 20 | 0.661 | 0.6778 | 2.479 |
| 40 | 1.444 | 1.4104 | 2.382 |
| 60 | 2.133 | 2.143 | 0.467 |
| 80 | 2.862 | 2.8756 | 0.473 |
| 100 | 3.615 | 3.6082 | 0.188 |

Extrapolated Data:

| | X | Y |
|---|---|---|
| Tab 1 | 88.9 | 3.203 |
| | 92.7 | 3.341 |
| Tab 2 | 89.7 | 3.230 |
| | 90.4 | 3.258 |
| Tab 3 | 103.0 | 3.719 |
| | 99.8 | 3.600 |
| Tab 4 | 88.5 | 3.188 |
| | 86.2 | 3.101 |
| Tab 5 | 91.7 | 3.304 |
| | 91.3 | 3.288 |
| Tab 6 | 95.5 | 3.445 |
| | 91.8 | 3.309 |

| Analyst(s)   Dongping Dai | Analyst No.<br>000 | Page // of // Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised 5/17/01 RCC

ATTACHMENT A - Page _1_ of _20_ pages    Product: Digoxin Tablets (0.25 mg)    Spl.No. 448892

Name: Blank
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Blank-Rep2
Date: 02/12/2008 8:43:24 AM
Vial: 0
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| | | | | | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *2* of *20* pages       Product: Digoxin Tablets (0.25 mg)       Spl.No. 448892

Name: System Suitability Solution
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\SysSuitSoln.
Date: 02/12/2008 9:02:22 AM
Vial: 1
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxigenin | 3.34 | 4359467 | 618053 | 1.2 | 0.0 | 3134 |
| 2 | Digoxin | 13.48 | 2187380 | 82756 | 1.2 | 22.1 | 6321 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 6546847 | 700809 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *3* of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          **Spl.No.** 448892

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln-Rep1.
Date: 02/12/2008 9:24:02 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.53 | 1353155 | 51094 | 1.2 | 0.0 | 6239 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1353155 | 51094 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

ATTACHMENT A - Page *4* of *20* pages

**Product:** Digoxin Tablets (0.25 mg)

**Spl.No.** 448892

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln-Rep2.
Date: 02/12/2008 9:43:01 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.57 | 1358820 | 51067 | 1.2 | 0.0 | 6352 |

| Totals | | | Area | Height | | | |
|--------|---|---|---------|-------|---|---|---|
| | | | 1358820 | 51067 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *5* of *20* pages | **Product:** Digoxin Tablets (0.25 mg) | **Spl.No.** 448892

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln-Rep3.
Date: 02/12/2008 10:01:55 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|-------------------|
| 1 | Digoxin | 13.61 | 1361570 | 50892 | 1.2 | 0.0 | 6301 |

| Totals | | | Area | Height | | | |
|--------|---|---|------|--------|---|---|---|
| | | | 1361570 | 50892 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 6 of 20 pages        **Product:** Digoxin Tablets  (0.25 mg)        **Spl.No.** 448892

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln-Rep4.
Date: 02/12/2008 10:20:57 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|---------------------|
| 1 | Digoxin | 13.65 | 1357631 | 51144 | 1.2 | 0.0 | 6418 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1357631 | 51144 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *7* of *20* pages    **Product:** Digoxin Tablets (0.25 mg)    **Spl.No.** 448892

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln-Rep5.
Date: 02/12/2008 10:39:55 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.68 | 1363224 | 50989 | 1.2 | 0.0 | 6398 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1363224 | 50989 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *8* of *20* pages        Product: Digoxin Tablets (0.25 mg)        Spl.No. 448892

Name: Standard Solution 2 (ICV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\CheckStd.
Date: 02/12/2008 10:58:52 AM
Vial: 3
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.70 | 1355271 | 50836 | 1.2 | 0.0 | 6402 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1355271 | 50836 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *9* of *20* pages         **Product:** Digoxin Tablets (0.25 mg)         Spl.No. 448892

Name: Tablet 1
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab1
Date: 02/12/2008 11:21:25 AM
Vial: 4
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.71 | 1371299 | 51389 | 1.2 | 0.0 | 6415 |
| Totals | | | 1371299 | 51389 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *10* of *20* pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 448892

Name: Tablet 2
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab2
Date: 02/12/2008 11:42:46 AM
Vial: 5
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.72 | 1357145 | 51106 | 1.2 | 0.0 | 6272 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1357145 | 51106 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *11* of *20* pages          **Product:** Digoxin Tablets  (0.25 mg)          **Spl.No.** 448892

Name: Tablet 3
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab3
Date: 02/12/2008 12:01:44 PM
Vial: 6
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.73 | 1361144 | 51054 | 1.2 | 0.0 | 6381 |
| Totals | | | 1361144 | 51054 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *12* of *20* pages    **Product:** Digoxin Tablets (0.25 mg)    **Spl.No.** 448892

Name: Tablet 4
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab4
Date: 02/12/2008 12:20:43 PM
Vial: 7
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.73 | 1375129 | 51481 | 1.2 | 0.0 | 6361 |
| Totals | | | 1375129 | 51481 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *13* of *20* pages      Product: Digoxin Tablets (0.25 mg)      Spl.No. 448892

Name: Tablet 5
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab5
Date: 02/12/2008 12:39:41 PM
Vial: 8
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.73 | 1333663 | 50208 | 1.2 | 0.0 | 6439 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1333663 | 50208 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *14* of *20* pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 448892

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln.6
Date: 02/12/2008 12:58:40 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.74 | 1360111 | 51218 | 1.2 | 0.0 | 6473 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1360111 | 51218 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

| ATTACHMENT A - Page *15* of *20* pages | **Product:** Digoxin Tablets (0.25 mg) | **Spl.No.** 448892 |

Name: Tablet 6
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab6
Date: 02/12/2008 1:18:49 PM
Vial: 9
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.75 | 1366084 | 51225 | 1.2 | 0.0 | 6269 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1366084 | 51225 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page _16_ of _20_ pages     Product: Digoxin Tablets (0.25 mg)     Spl.No. 448892

Name: Tablet 7
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab7
Date: 02/12/2008 1:37:47 PM
Vial: 10
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.77 | 1377397 | 51362 | 1.2 | 0.0 | 6373 |
| Totals | | | 1377397 | 51362 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *17* of *20* pages       **Product:** Digoxin Tablets (0.25 mg)       **Spl.No.** 448892

Name: Tablet 8
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab8
Date: 02/12/2008 1:58:03 PM
Vial: 11
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.77 | 1375557 | 51662 | 1.2 | 0.0 | 6467 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1375557 | 51662 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A - Page _18_ of _20_ pages**    **Product:** Digoxin Tablets (0.25 mg)    **Spl.No.** 448892

Name: Tablet 9
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab9
Date: 02/12/2008 2:17:02 PM
Vial: 12
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.78 | 1389731 | 51926 | 1.2 | 0.0 | 6430 |

| Totals | | | Area | Height | | | |
|--------|--|--|---------|--------|--|--|--|
| | | | 1389731 | 51926 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *19* of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          Spl.No. 448892

Name: Tablet 10
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Tab10
Date: 02/12/2008 2:36:00 PM
Vial: 13
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.78 | 1394609 | 52172 | 1.2 | 0.0 | 6441 |

| Totals | | | Area | Height | | | |
|--------|---|---|---------|-------|---|---|---|
| | | | 1394609 | 52172 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page 20 of 20 pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 448892

Name: Standard Solution I (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\448892\Std.Soln.7
Date: 02/12/2008 2:54:53 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.78 | 1363877 | 51047 | 1.2 | 0.0 | 6461 |
| Totals | | | 1363877 | 51047 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**Attachment B**     Digoxin Tablets (0.25 mg)     Spl.# 448892     4/25/08



Spl # 448892
4/25/08 DPD

Blank

⊕ SHIMADZU CORPORATION CHART 200-91527

Blk



std 20%

⊕ SHIMADZU CORPORATION CHART 200-91527

20%

**Attachment B**   Digoxin Tablets (0.25 mg)   Spl.# 448892   4/25/08



std 40%

⊕ SHIMADZU CORPORATION CHART 200-91527

40%



std 60%

⊕ SHIMADZU CORPORATION CHART 200-91527

60%

**Attachment B**          Digoxin Tablets (0.25 mg)          Spl.# 448892          4/25/08



Std 80%

⊕ SHIMADZU CORPORATION CHART 200-91527

80%



std 100%

⊕ SHIMADZU CORPORATION CHART 200-91527

100%

**Attachment B**        Digoxin Tablets (0.25 mg)        Spl.# 448892        4/25/08



Tab 1-1

⊕ SHIMADZU CORPORATION CHART 200-91527



Tab 1-2

⊕ SHIMADZU CORPORATION CHART 200-91527

**Attachment B**  Digoxin Tablets (0.25 mg)  Spl.# 448892  4/25/08



Tab 2-1

⊕ SHIMADZU CORPORATION CHART 200-91527



Tab 2-2

⊕ SHIMADZU CORPORATION CHART 200-91527

**Attachment B**          Digoxin Tablets (0.25 mg)          Spl.# 448892          4/25/08



Tab 3-1

⊕ SHIMADZU CORPORATION CHART 200-91527

3



Tab 3-2

⊕ SHIMADZU CORPORATION CHART 200-91527

**Attachment B**          Digoxin Tablets (0.25 mg)          Spl.# 448892          4/25/08



Tab 4-1

⊕ SHIMADZU CORPORATION CHART 200-91527



tab 4-2

⊕ SHIMADZU CORPORATION CHART 200-91527

**Attachment B**　　　Digoxin Tablets (0.25 mg)　　　Spl.# 448892　　　4/25/08



Tab 5-1

⊕ SHIMADZU CORPORATION CHART 200-91527



tab 5-2

⊕ SHIMADZU CORPORATION CHART 200-91527

**Attachment B**          Digoxin Tablets (0.25 mg)          Spl.# 448892          4/25/08



Tab 6-1

⊕ SHIMADZU CORPORATION CHART 200-91527

6



Tab 6-2

⊕ SHIMADZU CORPORATION CHART 2.

**Flag**
Survey Sample

**Flag Remarks**
FY 2008 Low Cost Generic Drug Sample Survey # 2008-800

| Episode Number | Origin | Basis | Sample Type | FIS Smpl Num | Status |
|---|---|---|---|---|---|
| | Domestic | Surveillance | Official | 0882662 | Completed |

| FEI | Date Collected | Product Code | Responsible Firm | PAC | Hours |
|---|---|---|---|---|---|
| 1610608 | 12/03/2007 | 63FCA06 | Shipper | 56008A | 2 |

**Compliance Num**    **Country of Origin**
United States

| Related Smpl Num | Position Class | Sampling District | NDC Number | Permit Number | Storage Rqrmnt. |
|---|---|---|---|---|---|
| | INV | DET-DO | 62794-146-01 | | Ambient |

| Dealer is Consumer | Crx/DEA Schedule | Recall Num | Consumer Compl. Num | Brand Name |
|---|---|---|---|---|
| No | | | | Digitek |

**Product Description**
100 x 0.25mg Digoxin Tablets, USP

**Product Label**
See continuation.

**Reason for Collection**
The sample was collected as per memo for the FY 2008 Low Cost
Generic Drug Sample Survey # 2008-800 (CP 7356.008) and is
being reported in FACTS under Assignment # 896688 and Op #
3518061.

**MFG Codes**
70664A1

**Expiration Date**
Aug 2009

| Firm Legal Name | Address | Type of Firm | Firm FEI | FCE |
|---|---|---|---|---|
| UDL Laboratories, Inc | 12720 Dairy Ashford Rd  Sugar Land, TX 77478-2844  US | Shipper | 1610608 | |
| Actavis Totowa LLC | 101 E Main St  Little Falls, NJ  07424-5608 US | Manufacturer | 2244683 | |
| Wal-Mart Pharmacy Warehouse #6028 | 801 Corda Blvd  Crawfordsville, IN  47933-2152  US | Dealer | 3004344335 | |

| Size of Lot | Est. Value | Rcpt Type | Carrier Name | Date Shipped |
|---|---|---|---|---|
| x 100 count bottles | | FDA484 | | |

**Description of Sample**
The sample consists of 2 x 100 count 0.25mg Digitek (Digoxin Tablets, USP) with NDC # 62794-146-01 and assigned lot #
706641A and expiry date 8/2009.

**Method of Collection**
2 x 100 count bottles of 0.25mg Digitek (Digoxin Tablets, USP) lot 70664A1 were randomly selected from shelf.

**How Prepared**
See continuation.

**Collector's Identification on Package and/or Label**
"Sample # 448892  EB  12/3/07"

**Collector's Identification on Seal**
"448892  Ernest Bizjak  12/3/07"

**Sample Delivered To**
FEDEX

**Date Delivered**
12/17/2007

**Orig C/R & Records To**
DAL-DO

**Lab w/Split Sample**
0

**Lab**
NRL

Date: 01/30/2008                    Page: 1  of  3

| Document Number | | Document Date | Document Type | Document Remarks |
|---|---|---|---|---|
| | | 12/03/2007 | Other | FDA-482; 1 page |
| | | 12/03/2007 | Other | FDA-484; 4 pages |

**Remarks**
See continuation.

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
| | No Charge | No | No | Ernest Bizjak |

**Name of Signer**
Ernest Bizjak

| | Date & Time of Signature | | Meaning |
|---|---|---|---|
| | 12/14/2007   09:15 AM   ET | | Collector |

## Continuation:

**Product Label**
The white HDPE bottle with matching screw cap is labeled in part "NDC 62794-146-01 *** DIGITEK (digoxin tablets, USP) *** 250mcg (0.25 mg) *** 100 TABLETS *** Distributed by: BERTEK PHARMACEUTICALS INC. Sugar Land, TX 77478 *** Manufactured by: AMIDE PHARMACEUTICAL, INC. 101 East Main Street Little Falls, NJ 07424 USA *** Control No.: 70664A1 *** Exp. Date: Aug 09".

**How Prepared**
The 2 bottles were identified as per Collector's ID and placed into a clear Whirl-pak bag that was then officially sealed at the dealer. The sample was transported back to the DET-DO/INDY-RP where it was stored in a locked sample cabinet at ambient conditions until it was boxed and shipped to lab.

**Remarks**
Per assignment memo, test sample for UDU, Diss, and ID. All analytical methods are compendial.

Dena McClamroch, General Manager stated that she could not provide a dollar value for the sample. If this information is needed, contact Monty Mason, Pharmacy Director at ph#479-277-1558.