# EXHIBIT 35



Food and Drug Administration Office of Regulatory Affairs
Collection Report
For Sample Number

This is an accurate reproduction of the original electronic record as of 03/01/2010

| Flag | | Flag Remarks | | | | |
|---|---|---|---|---|---|---|
| Episode Number | Origin | Basis | Sample Type | FIS Smpl Num | Status | |
| | Domestic | Other-Survln | Official | 0885198 | Completed | |
| FEI | Date Collected | Product Code | Responsible Firm | PAC | Hours | |
| 1610608 | 02/15/2008 | 63FCA06 | Manufacturer | 56008A | 5.5 | |
| 2244683 | | | | | | |
| Compliance Num | Country of Origin | | | | | |
| | United States | | | | | |
| Related Smpl Num | Position Class | Sampling District | NDC Number | Permit Number | Storage Rqrmnt. | |
| | INV | ATL-DO | 62794-145-10 | | Ambient | |
| Dealer is Consumer | Crx/DEA Schedule | Recall Num | Consumer Compl. Num | Brand Name | | |
| No | | | | DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg) | | |

**Product Description**
Digoxin Tablets, USP packed in a white plastic bottle w/white screw-on top, NDC 62794-145-10.

**Product Label**
See continuation.

| Reason for Collection | | MFG Codes | | Expiration Date |
|---|---|---|---|---|
| Sample collected as part of the FY 2008 Low Cost Generic Drug Sample Survey (CP 7356.008) FACTS Assignment #896749 ORA concurrence #2008101702. | | 70737A1 | | SEP 09 |

| Firm Legal Name | Address | Type of Firm | Firm FEI | FCE |
|---|---|---|---|---|
| (b)(4) | (b)(4) | Dealer | (b)(4) | |
| UDL Laboratories, Inc | 12720 Dairy Ashford Rd  Sugar Land, TX 77478-2844 US | Manufacturer | 1610608 | |
| Actavis Totowa LLC | 101 E Main St  Little Falls, NJ  07424-5608 US | Manufacturer | 2244683 | |

| Size of Lot | Est. Value | Rcpt Type | Carrier Name | Date Shipped |
|---|---|---|---|---|
| 12 bottles | $ (b)(4) | FDA484 | | |

**Description of Sample**
Sample consists of 1 bottle of DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg) containing 1000 tablets. NDC 62794-145-10.

**Method of Collection**
The sample bottle was collected randomly from the warehouse line.

**How Prepared**
See continuation.

**Collector's Identification on Package and/or Label**
"453913 02/15/08 ARB"

**Collector's Identification on Seal**
"453913 02/15/08 April R. Bowen"

| Sample Delivered To | Date Delivered | Orig C/R & Records To |
|---|---|---|
| FedEx | 02/19/2008 | NWJ-DO |
| | Lab w/Split Sample | Lab |
| | 0 | NRL |

Date: 03/01/2010          Page: 1  of  3



DEFENDANT'S EXHIBIT
35



**Food and Drug Administration Office of Regulatory Affairs**
Collection Report
For Sample Number: 453913
This is an accurate reproduction of the original electronic record as of 03/01/2010

Document Number          Document Date     Document Type     Document Remarks

**Remarks**
See continuation.

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
| $124.55 | Billed | No | No | April R Bowen |

| Name of Signer | Date & Time of Signature | Meaning |
|---|---|---|
| April R Bowen | 02/19/2008    11:49 AM    ET | Collector |

Date: 03/01/2010          Page: 2 of 3



**Food and Drug Administration Office of Regulatory Affairs**
Collection Report
For Sample Number: 453913
This is an accurate reproduction of the original electronic record as of 03/01/2010

**Continuation:**

**Product Label**
The sample bottle is labeled in part: "NDC 62794-145-10 DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg) 1000 TABLETS Rx only Each tablet contains: Digoxin, USP***125 mcg (0.125 mg)***Distributed by: BERTEK PHARMACEUTICALS INC. Sugar Land, TX 77478 USA Manufactured by: AMIDE PHARMACEUTICAL, INC. 101 East Main Street Little Falls, NJ 07424 USA Control No.:70737A1 Exp. Date: SEP 09***".

**How Prepared**
The sample bottle is identified as: "453913 02/15/08 ARB", placed in a whirl-pak bag identified as "453913 02/15/08 ARB", and officially sealed "453913 02/15/08 April R. Bowen". FDA form 525 was attached to the bag. The sample was placed in a box to be delivered to NRL via FedEx on 02/19/08.

**Remarks**
The sample was collected on 02/15/08, officially sealed, and kept under the supervision of Investigator April R. Bowen, under lock and key, under ambient conditions until prepared for shipping on 02/19/08.

## Food and Drug Administration Office of Regulatory Affairs
### Summary Report
### For Sample Number: 453913

**TD Sample Number:**          **Import Sample Number**

This is an accurate reproduction of the original electronic record as of   06/10/2008

---

**Sample Class:** Normal Everyday Sample          **Sample Origin:** Domestic          **Sample Basis:**      Surveillance

**Sample Type:**   Official          **Collecting District:** ATL-DO

**Home District:**          **Orig C/R and Records To:** NWJ-DO          **Collection PACs:**     56008A

**Product Name:** Digoxin (Cardiotonic); Human - Rx/Single Ingredient; Prompt Release Tablets

**Product Description:** Digoxin Tablets, USP packed in a white plastic bottle w/white screw-on top, NDC 62794-145-10.

**Collection Reason:**      Sample collected as part of the FY 2008 Low Cost Generic Drug Sample Survey (CP 7356.008) FACTS
Assignment #896749 ORA concurrence #2008101702.

---

| **Lab:** NRL | **Split Num** 0 | **Date Received:** 02/20/2008 | **Date Out of Lab:** 06/10/2008 |
|---|---|---|---|
| **District Conclusion:** | | **District Conclusion Made By:** | **District** |
| **Disposition Reason:** | | **Disposition Authorized By:** | **Disposition Authorized Date** |

---

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| NRL-DCB-G | 56008A | | DRT | | I  - In Compliance | Completed |

**Lab Conclusion**

The sample meets USP specifications for Identification, Content Uniformity and Dissolution.

| **Lab Conclusion Date** | **Lab Conclusion Made By** |
|---|---|
| 06/10/2008 | Mathew,Samuel K |

Date: 06/10/2008                    **Page: 1  of  1**                    

FLAG Original

| ANALYST WORKSHEET | 1. PRODUCT DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg) | 2. SAMPLE NUMBER 453913 |
|---|---|---|
| 3. SEALS ☐ NONE ☒ INTACT ☐ BROKEN | 4. DATE REC'D 2/27/08 | 5. RECEIVED FROM Howard Lynch | 6. DISTRICT OF LABORATORY NRL |

**7. DESCRIPTION OF SAMPLE**

One clear, plastic bag officially sealed, "453913 02/15/08 April R. Bowen Investigator ", containing one product bottle identified " 453913 02/15/08 ARB ". An FDA 525 is attached to the sample.

| 8. NET CON- TENTS | ☐ NOT APPLICABLE ☒ NOT DETERMINED ___ UNITS EXAMINED | DECLARE/UNIT AMOUNT FOUND % OF DECLARED | 1000 tablets ___ ___ | 9. LABEL- ING | ____ ORIGINAL(S) SUBMITTED 1 COPIES SUBMITTED ☐ NONE |

**10. SUMMARY OF ANALYSIS**

Container: Round, opaque, white, plastic bottle with a similar, screw-on cap. Safety-seal beneath cap is intact. Bottle is approximately 5.5 cm. in diameter and 11 cm. in height.

Labeling: Commercially-printed, rectangular, paper, stick-on label. Commercially-printed product insert is inside bottle.

Code: " Control No.: 70737A1 " and " Exp. Date: SEP 09 " printed on the bottle label.

Product: Round, flat and bevel, solid, light-yellow tablet. Tablet is unmarked and unscored on one side. Opposite side is 1/2-scored with markings "B" and "145". Tablet is approximately 6.5 mm in diameter.

Analysis: Identification, Dissolution, and Content Uniformity.

Method: USP 30 - NF 25, p. 1943.

Results: See general continuation sheet page 2.

**11. RESERVE SAMPLE**

Original plastic bag containing one open product bottle. Bag is officially sealed " 453913 6/9/08 Valentino Fiorella Analyst". Bottle is additionally identified "VF 2/27/08" and contains approximately 988 tablets by weight. Sample returned to the sample custodian.

| 12 a. ANALYST SIGNATURE (Broke Seal ☒ ) *Valentino Fiorella* | 13. WORK- SHEET CHECK | a. BY *S. Mathew* |
| b. | | b. DATE 6/10/08 |
| c. | 14. DATE REPORTED | 6/10/08 |

FORM FDA 431 (5/84)          PREVIOUS EDITION IS OBSOLETE          PAGE 1 OF 12 PAGES
ATTACHMENTS : A ( pp. 1 - 20 ), B

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 453913 |
|---|---|---|

## RESULTS:

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*.  *Complies*

### Content Uniformity
*(See computer printout pages  6 - 7  for complete results)*

Range: *95.4* % to *100.1* %; Average($X$): *97.1* %;

RSD: *1.5* %; s: *1.43*

Acceptance Value(AV) = *4.8* %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

### Dissolution
*(See least squares line fitting pages  11 - 12 for complete results)*

Range: *96.0* % to *109.7* % ; Avg.: *101.9* %

(Limit: Each unit is NLT Q+5% (Q=80%) for 6 units tested (Stage 1))

| ANALYST(S) *Valentino Finelli* | ANALYST NO. 113 | PAGE *2* OF *12* PAGES |
|---|---|---|

**FORM FDA 431a (5/84)**

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 453913 |
|---|---|---|

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE 3 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT | Digoxin Tablets (0.125 mg) | SAMPLE NO. 453913 |
|---|---|---|---|

| ANALYST(S) *Valentino Fiorelli* | ANALYST NO. 113 | PAGE 4 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No.   453913 |
|---|---|---|

## Statistical Analysis of Data:     Standard Solution 1 (CCV)          03/03/2008

| | | |
|---|---|---|
| **Relative STD Deviation** | **0.23 %** | — |
| Standard Deviation | 1566.69471 | |
| **Average (mean)** | **678866.6** | |
| Number of entries | 5 | |
| Range | 677216    To    681220 | |

Data Entered:

677721
678819
679357
681220
677216

| Analyst(s)   *Valentino Ficelle* | Analyst No.   113 | Page 5 of 12 Pages |
|---|---|---|

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No.        453913 |
|---|---|---|

## Content Uniformity

03/04/2008

| | |
|---|---|
| No. of Units Examined | 10 |
| Standard Weight | 2.424 mg. |
| Standard Dilution | 200 |
| Sample Dilution | 10 |

Data Entered:

| Unit #1 | 673009 | STD #1 | 678867 |
|---|---|---|---|
| Unit #2 | 678988 | Blank | 0 |
| Unit #3 | 668085 | | |
| Unit #4 | 679994 | | |
| Unit #5 | 673742 | | |
| Unit #6 | 692885 | | |
| Unit #7 | 682775 | | |
| Unit #8 | 676772 | | |
| Unit #9 | 673296 | | |
| Unit #10 | 700860 | | |

CONTENT UNIFORMITY RESULTS:

| | FOUND ( mg/tablet ) | DECLARED | % of DECLARED |
|---|---|---|---|
| UNIT #1 | 0.120 | 0.125 | 96.1 |
| UNIT #2 | 0.121 | mg/tablet | 97.0 |
| UNIT #3 | 0.119 | | 95.4 |
| UNIT #4 | 0.121 | | 97.1 |
| UNIT #5 | 0.120 | | 96.2 |
| UNIT #6 | 0.124 | | 99.0 |
| UNIT #7 | 0.122 | | 97.5 |
| UNIT #8 | 0.121 | | 96.7 |
| UNIT #9 | 0.120 | | 96.2 |
| UNIT #10 | 0.125 | | 100.1 |
| **AVG.** | **0.121** | | **97.1** |

| | | | |
|---|---|---|---|
| OFFICIAL  LIMITS: | 90.0  %   TO | 105.0  % | |
| No. of Units Examined | 10 | | |
| **RANGE** | **95.4  %   TO** | **100.1  %  of Declared** | |
| UNITS >=85 BUT <=115 % of Avg. Limit | | : | 10 |
| UNITS >=75 BUT <85 OR >115 BUT <=125 % of Avg. Limit | | : | 0 |
| UNITS <75  OR >125 % of Avg. Limit | | : | 0 |
| **REL. STD. DEV. :** | **1.5 LIMIT <= 6.0%** | | |

mg/unit = (R_spl * std_wt * spl_dil) / (R_std * std_dil * 1 unit)

| Analyst(s)   *Valentino Fiorelle* | Analyst No.        113 | Page 6 of 12 Pages |
|---|---|---|

NRL FORM 431a  -   Content Uniformity Worksheet  Revised 5/17/01 RCC

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No.   453913 |
|---|---|---|

### Statistical Analysis of Data:

Content Uniformity
Standard Deviation

03/04/2008

| | |
|---|---|
| Relative STD  Deviation | 1.47 % |
| **Standard Deviation** | **1.43** |
| Average (mean) | 97.13 |
| Number of entries | 10 |
| Range | 95.4   To   100.1 |

Data Entered:

96.1
97
95.4
97.1
96.2
99
97.5
96.7
96.2
100.1

| Analyst(s)   _Valentino Finell_ | Analyst No.   113 | Page 7 of 12 Pages |
|---|---|---|

NRL  FORM  431a   -   Statistics Worksheet   Revised  5/17/01 RCC

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 453913 |
|---|---|---|

| ANALYST(S) *Valentino Finelli* | ANALYST NO. 113 | PAGE *8* OF *12* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO 453913 |
|---|---|---|

| ANALYST(S) *Valentino Firelle* | ANALYST NO 113 | PAGE *9* OF *12* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 453913 |
|---|---|---|

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE 10 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No. 453913 |
|---|---|---|

## Least Squares Line Fitting

06/05/2008

The Line Fitting used is Y = mX + b ——
    with   m = 0.021965
    and    b = -0.0801
    Correlation Cofficient = 0.99976175

Data Entered:

| | X | y | LSLF y | % Deviation |
|---|---|---|---|---|
| 20% Std. | 20 | 0.37 | 0.3592 | 3.007 |
| 40% Std. | 40 | 0.774 | 0.7985 | 3.068 |
| 60% Std. | 60 | 1.25 | 1.2378 | 0.986 |
| 80% Std. | 80 | 1.683 | 1.6771 | 0.352 |
| 100% Std. | 100 | 2.112 | 2.1164 | 0.208 |

Extrapolated Data:

| | X | AVG | Y |
|---|---|---|---|
| Tablet 1-Test 1 | 112.55 | | 2.392 |
| Tablet 1-Test 2 | 106.81 | 109.68 | 2.266 |
| Tablet 2-Test 1 | 98.66 | | 2.087 |
| Tablet 2-Test 2 | 99.07 | 98.87 | 2.096 |
| Tablet 3-Test 1 | 102.26 | | 2.166 |
| Tablet 3-Test 2 | 105.35 | 103.81 | 2.234 |

| Analyst(s)   *Valentino Finell* | Analyst No. 113 | Page 11 of 12 Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised 5/17/01 RCC

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No. 453913 |
|---|---|---|

## Least Squares Line Fitting

06/05/2008

The Line Fitting used is Y = mX + b

|  |  |  |
|---|---|---|
| with | m = | 0.021965 |
| and | b = | -0.0801 |
| Correlation Cofficient = | | 0.99976175 |

Data Entered:

|  | X | y | LSLF  y | % Deviation |
|---|---|---|---|---|
| 20% Std. | 20 | 0.37 | 0.3592 | 3.007 |
| 40% Std. | 40 | 0.774 | 0.7985 | 3.068 |
| 60% Std. | 60 | 1.25 | 1.2378 | 0.986 |
| 80% Std. | 80 | 1.683 | 1.6771 | 0.352 |
| 100% Std. | 100 | 2.112 | 2.1164 | 0.208 |

Extrapolated Data:

|  | X | AVG | Y |
|---|---|---|---|
| Tablet 4-Test 1 | 96.70 | | 2.044 |
| Tablet 4-Test 2 | 100.62 | 98.66 | 2.130 |
| Tablet 5-Test 1 | 103.21 | | 2.187 |
| Tablet 5-Test 2 | 105.67 | 104.44 | 2.241 |
| Tablet 6-Test 1 | 93.84 | | 1.981 |
| Tablet 6-Test 2 | 98.07 | 95.95 | 2.074 |

| Analyst(s)   *Valentino Fiorelli* | Analyst No. 113 | Page 1 of 2 Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised 5/17/01 RCC



ATTACHMENT A - Page _/_ of _20_ pages        **Product:** Digoxin Tablets (0.125 mg)        **Spl.No.** 453913

Name: Blank
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Blank-Rep2
Date: 03/03/2008 9:38:32 AM
Vial: 0
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
|      |      |                |      |        |           |            |                    |

Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *2* of *20* pages        **Product:** Digoxin Tablets (0.125 mg)        **Spl.No.** 453913

Name: System Suitability Solution
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\SysSuitSoln
Date: 03/03/2008 9:57:33 AM
Vial: 1
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxigenin | 3.29 | 4318725 | 616256 | 1.2 | 0.0 | 3452 |
| 2 | Digoxin | 12.87 | 2169893 | 87343 | 1.2 | 22.0 | 6364 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 6488618 | 703599 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *3* of *20* pages          **Product:** Digoxin Tablets (0.125 mg)          Spl.No. 453913

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln-Rep1.
Date: 03/03/2008 10:16:33 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|---------------------|
| 1 | Digoxin | 12.92 | 677721 | 27189 | 1.2 | 0.0 | 6358 |

| Totals | | | | | | | |
|--------|---|---|--------|-------|---|---|---|
| | | | 677721 | 27189 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

| ATTACHMENT A - Page _4_ of _20_ pages | **Product:** Digoxin Tablets (0.125 mg) | Spl.No. 453913 |

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln-Rep2.
Date: 03/03/2008 10:35:32 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.95 | 678819 | 27370 | 1.1 | 0.0 | 6417 |
| Totals | | | 678819 | 27370 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*



| ATTACHMENT A - Page 5 of 20 pages | **Product:** Digoxin Tablets (0.125 mg) | Spl.No. 453913 |

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln-Rep3.
Date: 03/03/2008 10:54:30 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.98 | 679357 | 27392 | 1.1 | 0.0 | 6424 |
| Totals | | | 679357 | 27392 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page _6_ of _20_ pages        **Product:** Digoxin Tablets  (0.125 mg)        **Spl.No.**  453913

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln-Rep4.
Date: 03/03/2008 11:13:28 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.99 | 681220 | 27435 | 1.1 | 0.0 | 6372 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 681220 | 27435 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

| ATTACHMENT A - Page ∕ of ∂∂ pages | | **Product:** Digoxin Tablets (0.125 mg) | | Spl.No. 453913 |

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln-Rep5.
Date: 03/03/2008 11:32:22 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.02 | 677216 | 27387 | 1.1 | 0.0 | 6487 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 677216 | 27387 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

| **ATTACHMENT A** - Page *8* of *20* pages | **Product:** Digoxin Tablets (0.125 mg) | **Spl.No.** 453913 |
|---|---|---|

Name: Standard Solution 2 (ICV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\CheckStd.
Date: 03/03/2008 11:51:20 AM
Vial: 3
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|---|---|---|---|---|---|---|---|
| 1 | Digoxin | 13.05 | 671200 | 26815 | 1.1 | 0.0 | 6444 |

| Totals | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 671200 | 26815 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

| ATTACHMENT A - Page 9 of 20 pages | Product: Digoxin Tablets (0.125 mg) | Spl.No. 453913 |
|---|---|---|

Name: Tablet 1
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab1
Date: 03/03/2008 12:10:18 PM
Vial: 4
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|---|---|---|---|---|---|---|---|
| 1 | Digoxin | 13.12 | 673009 | 27049 | 1.1 | 0.0 | 6611 |
| Totals | | | 673009 | 27049 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *10* of *20* pages          **Product:** Digoxin Tablets (0.125 mg)          **Spl.No.** 453913

Name: Tablet 2
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab2
Date: 03/03/2008 12:29:17 PM
Vial: 5
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.16 | 678988 | 27390 | 1.1 | 0.0 | 6543 |

| Totals | | | Area | Height | | | |
|--------|--|--|------|--------|--|--|--|
| | | | 678988 | 27390 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

| ATTACHMENT A - Page *11* of *20* pages | **Product:** Digoxin Tablets (0.125 mg) | Spl.No. 453913 |

Name: Tablet 3
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab3
Date: 03/03/2008 12:48:15 PM
Vial: 6
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.19 | 668085 | 26856 | 1.1 | 0.0 | 6536 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 668085 | 26856 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page _12_ of _20_ pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 453913

Name: **Tablet 4**
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab4
Date: 03/03/2008 1:07:13 PM
Vial: 7
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.24 | 679994 | 27235 | 1.1 | 0.0 | 6612 |
| Totals | | | 679994 | 27235 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: **Valentino Fiorella**
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *13* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 453913

Name: Tablet 5
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab5
Date: 03/03/2008 1:26:11 PM
Vial: 8
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.27 | 673742 | 27036 | 1.1 | 0.0 | 6649 |

| Totals | | | Area | Height | | | |
|--------|--|--|--------|--------|--|--|--|
| | | | 673742 | 27036 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *14* of *20* pages          **Product:** Digoxin Tablets (0.125 mg)          **Spl.No.** 453913



Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln.6
Date: 03/03/2008 1:45:09 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.25 | 678890 | 27219 | 1.1 | 0.0 | 6646 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 678890 | 27219 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *15* of *20* pages    **Product:** Digoxin Tablets (0.125 mg)    **Spl.No.** 453913

Name: Tablet 6
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab6
Date: 03/03/2008 2:04:08 PM
Vial: 9
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.27 | 692885 | 27805 | 1.1 | 0.0 | 6622 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 692885 | 27805 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *16* of *20* pages | **Product:** Digoxin Tablets (0.125 mg) | Spl.No. 453913

Name: Tablet 7
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab7
Date: 03/03/2008 2:23:07 PM
Vial: 10
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.27 | 682775 | 27431 | 1.1 | 0.0 | 6625 |
| Totals | | | 682775 | 27431 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *17* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 453913

Name: Tablet 8
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab8
Date: 03/03/2008 2:42:07 PM
Vial: 11
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.18 | 676772 | 27151 | 1.1 | 0.0 | 6650 |
| Totals | | | 676772 | 27151 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *18* of *20* pages   **Product:** Digoxin Tablets  (0.125 mg)   Spl.No.  453913

Name: Tablet 9
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab9
Date: 03/03/2008 3:01:05 PM
Vial: 12
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.11 | 673296 | 27081 | 1.1 | 0.0 | 6538 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 673296 | 27081 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *19* of *20* pages     **Product:** Digoxin Tablets (0.125 mg)     **Spl.No.** 453913

Name: Tablet 10
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Tab10
Date: 03/03/2008 3:20:04 PM
Vial: 13
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.06 | 700860 | 28158 | 1.1 | 0.0 | 6593 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 700860 | 28158 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page _20_ of _20_ pages      **Product:** Digoxin Tablets (0.125 mg)      Spl.No. 453913

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\453913\Std.Soln.7
Date: 03/03/2008 3:38:59 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.01 | 680967 | 27510 | 1.1 | 0.0 | 6483 |

| Totals | | | | | | | |
|--------|--|--|--------|-------|--|--|--|
| | | | 680967 | 27510 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*





20% Std. Solution

Corrected Emission = 0.391 - 0.021
                   = 0.370

**Attachment B**          Digoxin Tablets (0.125 mg)          Spl.# 453913          6/4/08



**Attachment B**     Digoxin Tablets (0.125 mg)     Spl.# 453913     6/4/08



40 % Std. Solution

Corrected Emission = 0.795 - 0.021
= 0.774



60% Std. Solution

Corrected Emission = 1.271 - 0.021
                   = 1.250





*Std. Solution*

*ted Emission = 1.704 − 0.021*
                    *= 1.683*

*100% Std*

*Corrected*



solution

7.90

Emission = 2.133 - 0.021
= 2.112

6.40

4.90

3.40

1.90

0.40

-1.10

500.0                    600.0



7.90  Tablet 1 - Test

6.40  Corrected Emiss

4.90

3.40

1.90

0.40

-1.10





$2.413 - 0.021$
$2.392$

*Tablet 1- Test 2*

*Corrected Emission = &*
*= 2.*



Tablet 2 - Test 1

287 - 0.021
266

Corrected Emission = 2.108 - 0.
= 2.087





Tablet 2 - Test 2

Corrected Emission = 2.117 - 0.021
= 2.096





Tablet 3 - Test 1

Corrected Emission = 2.187 - 0.021
= 2.166





Tablet 3 - Test 2

Corrected Emission = 2.255 - 0.021
= 2.234





Tablet 4 - Test 1

Corrected Emission = 2.065 - 0.021
= 2.044





Tablet 4 - Test 2

Corrected Emission = 2.151 - 0.021
= 2.130





Tablet 5 - Test 1

Corrected Emission = 2.208 - 0.021
= 2.187

Tablet

Correc





5 - Test 2

ℓ Emission = 2.262 - 0.021
= 2.241

Tablet 6 - Te

Corrected E



#1

7.90

emission = 2.002 - 0.021
         = 1.981

6.40

7.90   *Tablet 6 - Test 2*

6.40   *Corrected Emission*





100% Std. Solution

Corrected Emission = 2.226
= 2.205

2.095 - 0.021
2.074



Digoxin Tablets (0.125 mg)
Spl.# 453913
2/27/08
VF

**Labeling**

