# EXHIBIT 36

**Food and Drug Administration Office of Regulatory Affairs**
Summary Report
For Sample Number: 484860

TD Sample Number:                          Import Sample Number

This is an accurate reproduction of the original electronic record as of: 06/05/2008

---

**Sample Class:**  Normal Everyday Sample

**Home District:**

**Sample Origin:**  Domestic
**Sample Type:**  Official
**Orig C/R and Records To:** DAL-DO

**Sample Basis:**     Surveillance
**Collecting District:** ATL-DO
**Collection PACs:**   56008A

**Product Name:** Digoxin (Cardiotonic); Human - Rx/Single Ingredient; Prompt Release Tablets
**Product Description:** Digitek digoxin tablets, USP 250 mcg (0.25 mg) NDC 62794-146-01
**Collection Reason:**     Sample collected as part of the FY2008 Low-cost Generic Drug Sample Survey (CP 7356.008) FACTS
assignment # 896749 ORA concurrence # 2008101702

---

**Lab:** NRL       **Split Num** 0         **Date Received:** 02/21/2008            **Date Out of Lab:** 06/05/2008
**District**                              **District Conclusion**                        **District**
**Conclusion:**                           **Made By:**

**Disposition**                           **Disposition**                               **Disposition**
**Reason:**                               **Authorized By:**                            **Authorized Date**

---

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| NRL-DCB-G | 56008A | | DRT | | 1  - In Compliance | Completed |

**Lab Conclusion**

The sample meets USP specifications for Identification, Dissolution and Content Uniformity.

**Lab Conclusion Date**              **Lab Conclusion Made By**

06/05/2008                           Mathew,Samuel K



FLAG Original

| ANALYST WORKSHEET | 1. PRODUCT DIGITEK (digoxin tablets, USP) 250 mcg (0.25 mg) | | 2.. SAMPLE NUMBER 454866 |
|---|---|---|---|
| 3. SEALS ☐ NONE  ☒ INTACT  ☐ BROKEN | 4. DATE REC'D 2/27/08 | 5. RECEIVED FROM Howard Lynch | 6. DISTRICT OF LABORATORY NRL |

**7. DESCRIPTION OF SAMPLE**

One clear, plastic bag officially sealed, "454866 2/15/08 Myoshi M. Francis Investigator", containing two product bottles each identified " 454866 02/15/08 MMF ". An FDA 525 is attached to the sample.

| 8. NET CON-TENTS | ☐ NOT APPLICABLE  ☒ NOT DETERMINED  ☐ UNITS EXAMINED | DECLARE/UNIT  100 tablets AMOUNT FOUND  _____ % OF DECLARED  _____ | 9. LABEL-ING | 1  ORIGINAL(S) SUBMITTED ____ COPIES SUBMITTED ☐ NONE |
|---|---|---|---|---|

**10. SUMMARY OF ANALYSIS**

Container: Round, opaque, white, plastic bottle with a similar, screw-on, safety cap. Safety-seal beneath cap is intact. Bottle is approximately 4 cm. in diameter and 7.5 cm. in height.

Labeling: Commercially-printed, rectangular, paper, stick-on label. Commercially-printed product insert is inside bottle.

Code: " Control No.: 70811A1 " and " Exp. Date: OCT 09 " printed on each bottle label.

Product: Round, biconvex, solid, white tablet. Tablet is unmarked and unscored on one side. Opposite side is 1/2-scored with markings "B" and "146". Tablet is approximately 7.5 mm in diameter.

Analysis: Identification, Dissolution, and Content Uniformity.

Method: USP 30 - NF 25, p. 1943.

Results: See general continuation sheet page 2.

**11. RESERVE SAMPLE**

Original plastic bag containing one open and one intact product bottle. Bag is officially sealed " 454866 6/2/08 Valentino Fiorella  Analyst". Open bottle is additionally identified " 454866 VF 2/27/08 " and contains 77 tablets. Sample returned to the sample custodian.

| 12.a. ANALYST SIGNATURE (Broke Seal ☒) *Valentino Fiorella* | 13. WORK-SHEET CHECK | a. BY  *S. mathew* |
|---|---|---|
| b. | | b. DATE  6/5/08 |
| c. | 14. DATE REPORTED  6/5/08 | |

FORM FDA 431 (5/84)
ATTACHMENTS : A ( pp. 1 - 20 ), B          PREVIOUS EDITION IS OBSOLETE          PAGE 1 OF 12 PAGES

Spl. # 454806
Back of page 1

VF 6/2/08

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 454866 |
|---|---|---|

## RESULTS:

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

### Content Uniformity

(See computer printout pages _6 - 7_ for complete results)

Range: _94.0_ % to _100.6_ %; Average($X$): _97.7_ %;

RSD: _2.6_ %; s: _2.57_

Acceptance Value(AV) = _7.0_ %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

### Dissolution

(See least squares line fitting pages _11 - 12_ for complete results)

Range: _93.7_ % to _100.4_ % ; Avg.: _97.4_ %

(Limit: Each unit is NLT Q+5% (Q=80%) for 6 units tested (Stage 1))

| ANALYST(S) *Valentino Fiorilla* | ANALYST NO. 113 | PAGE _2_ OF _12_ PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *454866*
Back of Page *2*
3/11/08
*VF*

# DIGOXIN TABLETS
(USP 30-NF 25, p.1943)

## Reference Std:
USP Digoxin RS # 1200000-05, Lot O0B096, dried in vacuum at 105°C for 1 hour prior to use. For quantitative applications, use a value of 0.961 mg of digoxin per mg on the dried basis.

## Reagents: Fisher Scientific Acetonitrile, Lot 073938 (Rec'd 11/1/07)
Sigma Digoxigenin, Lot No. 016K3777 (Rec'd 2/6/08)

## Filter: PALL Life Sciences Acrodisc 25 mm Syringe Filter with 0.45 um
Nylon Membrane, Lot A10529577

## Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation.* *Complies*

## Content Uniformity

## Mobile Phase: Water/Acetonitrile (74/26)

## System Suitability Solution
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

___4.025___ mg USP Digoxin RS + ___4.122___ mg Digoxigenin

----> 100.0 ml Diluted Alcohol

## Standard Solution 1 (CCV)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

___2.522___ mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

## Standard Solution 2 (ICV/Check Std.)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

___2.505___ mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

## Sample Solution
For each of 10 tablets tested:

1 tablet(0.25 mg) ----> 10.0 ml Diluted Alcohol ----> Filter

| GENERAL CONTINUATION SHEET | PRODUCT<br>Digoxin Tablets (0.25 mg) | SAMPLE NO.<br>454866 |
|---|---|---|

ANALYST(S) *Valentino Fiorelli*

ANALYST NO. 113

PAGE *3* OF *2* PAGES

FORM FDA 431a (5/84)

SPL# 454866
Back of Page 3
3/11/08
VF

## Content Uniformity

## Chromatographic System

### Resolution (R)
(See page 2 ,Attachment A)

$$R = \frac{2(t2 - t1)}{w1 + w2} = \underline{20.5} \quad \text{[Limit: R is NLT 4.0]}$$

### Theoretical Plates(N)
(See page 3 ,Attachment A)

$$N = 16(t/w)^2 = \underline{6310} \quad \text{[Limit: N is NLT 1200]}$$

### Tailing Factor (T)
(See page 3 ,Attachment A)

$$T = [W_{0.05}/2f] = \underline{1.1} \quad \text{[Limit: T is NMT 2.0]}$$

### Relative Std. Deviation (RSD)
(See computer calculation, page 5 )

$$RSD = \underline{0.17} \% \quad \text{[Limit: RSD is NMT 2.0\%]}$$

## Standard 2 Calculation (ICV/Check Std.)
(See pp. 3 - 8 ,Attachment A for chromatograms)

$$\% \text{ Digoxin} = \frac{\text{Area Std.2}}{\text{Area Std.1}} \times \frac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}} \times \frac{\text{Std 2 Dilution}}{\text{Std 2 Wt.}} \times 100$$

Area Std.1 = Avg.area of  5  std. injections.(See computer calculation, p. 5 )
Std.Wt.1 = ( 2.522 mg)(0.961) = _2.424_ mg
Std.Wt.2 = ( 2.505 mg)(0.961) = _2.407_ mg

$$\% \text{ Digoxin} = \frac{1344686}{1366405} \times \frac{2.424 \text{ mg}}{100.0 \text{ ml}} \times \frac{100.0 \text{ ml}}{2.407 \text{ mg}} \times 100 = \underline{99.1} \%$$

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 454866 |
|---|---|---|

| ANALYST(S) *Valentino Fiorelle* | ANALYST NO. 113 | PAGE 4 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 454866
Back of Page 4
3/12/08
*vf*

## Standard 1 Calculation (CCV)
(See pp. *3 - 7* and page *20*, Attachment A for chromatograms)

$$\% \text{ Digoxin} = \frac{\text{Area Std.1(7)}}{\text{Area Std.1}} \times \frac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}} \times \frac{\text{Std 1 Dilution}}{\text{Std 1 Wt.}} \times 100$$

Area Std.1 = Avg. area of _5_ std. injections.(See computer calculation, p._5_ )
Area Std.1(7) = Area of Std.1,Injection 7. (See page _20_, Attachment A)
Std.Wt.1 = ( 2.522 mg)(0.961) = ___2.424___ mg

$$\% \text{ Digoxin} = \frac{1367356}{1366405} \times \frac{2.424 \text{ mg}}{100.0 \text{ ml}} \times \frac{100.0 \text{ ml}}{2.424 \text{ mg}} \times 100 = \underline{100.1} \%$$

## Calculations
(See computer printout pages *6 - 7* for complete results and
pages *9 - 13* , Attachment A for chromatograms)
    *& 15-19*
Area Std.1 = Avg.area of _5_ std. injections.(See computer calculation, p._5_ )
Std.Wt.1 = ( 2.522 mg)(0.961) = ___2.424___ mg

If X < 98.5%, then M = 98.5%

Range: _94.0_ % to _100.6_ %; Average(X): _97.7_ %; RSD: _2.6_ %; s: _2.57_

Acceptance Value (AV)= M - X + ks

AV = 98.5% - _97.7_ +(2.4) ( _2.57_ ) = _6.97_ %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

| General Continuation Sheet | Product: Digoxin Tablets (0.25 mg) | Sample No. 454866 |
|---|---|---|

## Statistical Analysis of Data:        Standard Solution 1 (CCV)        03/11/2008

| | |
|---|---|
| **Relative STD Deviation** | **0.17 %** |
| Standard Deviation | 2344.76071 |
| **Average (mean)** | **1366404.6** |
| Number of entries | 5 |
| Range | 1362386     To     1368470 |

Data Entered:

1362386
1367309
1366606
1367252
1368470

| Analyst(s)  *Valentino Fiorelli* | Analyst No. 113 | Page 5 of 12 Pages |
|---|---|---|

NRL FORM 431a  -  Statistics Worksheet  Revised 5/17/01 RCC

## Content Uniformity

03/12/2008

| | |
|---|---|
| No. of Units Examined | 10 |
| Standard Weight | 2.424 mg. |
| Standard Dilution | 100 |
| Sample Dilution | 10 |

Data Entered:

| | | | | |
|---|---|---|---|---|
| Unit #1 | 1417304 | STD #1 | 1366405 |
| Unit #2 | 1404370 | Blank | 0 |
| Unit #3 | 1324637 | | |
| Unit #4 | 1391323 | | |
| Unit #5 | 1381563 | | |
| Unit #6 | 1342615 | | |
| Unit #7 | 1409901 | | |
| Unit #8 | 1350277 | | |
| Unit #9 | 1413012 | | |
| Unit #10 | 1330349 | | |

CONTENT UNIFORMITY RESULTS:

| | FOUND ( mg/tablet ) | DECLARED | % of DECLARED |
|---|---|---|---|
| UNIT #1 | 0.251 | 0.25 | 100.6 |
| UNIT #2 | 0.249 | mg/tablet | 99.7 |
| UNIT #3 | 0.235 | | 94.0 |
| UNIT #4 | 0.247 | | 98.7 |
| UNIT #5 | 0.245 | | 98.0 |
| UNIT #6 | 0.238 | | 95.3 |
| UNIT #7 | 0.250 | | 100.0 |
| UNIT #8 | 0.240 | | 95.8 |
| UNIT #9 | 0.251 | | 100.3 |
| UNIT #10 | 0.236 | | 94.4 |
| AVG. | 0.244 | | 97.7 |

| | | | | |
|---|---|---|---|---|
| OFFICIAL LIMITS: | 90.0 % | TO | 105.0 % | |
| No. of Units Examined | 10 | | | |
| RANGE | 94.0 % | TO | 100.6 % of Declared | |
| UNITS >=85 BUT <=115 % of Avg. Limit | | | : | 10 |
| UNITS >=75 BUT <85 OR >115 BUT <=125 % of Avg. Limit | | | : | 0 |
| UNITS <75 OR >125 % of Avg. Limit | | | : | 0 |
| REL. STD. DEV. : | 2.6 LIMIT <= 6.0% | | | |

$$mg/unit = (R\_spl * std\_wt * spl\_dil) / (R\_std * std\_dil * 1 unit)$$

| Analyst(s)  *Valentino Fiorelli* | Analyst No. 113 | Page 6 of 12 Pages |
|---|---|---|

NRL FORM 431a  -  Content Uniformity Worksheet Revised 5/17/01 RCC

## Statistical Analysis of Data:

**Content Uniformity**
**Standard Deviation**

03/12/2008

| | | |
|---|---|---|
| Relative STD  Deviation | 2.63 % | |
| **Standard Deviation** | **2.57** | |
| Average (mean) | 97.68 | |
| Number of entries | 10 | |
| Range | 94   To | 100.6 |

Data Entered:

100.6
99.7
94
98.7
98
95.3
100
95.8
100.3
94.4

| Analyst(s) | *Valentino Fiorelli* | Analyst No. 113 | Page 7 of 62 Pages |
|---|---|---|---|

NRL FORM 431a  -  Statistics Worksheet  Revised 5/17/01 RCC

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 454866 |
|---|---|---|

| ANALYST(S) *Valentino Finelli* | ANALYST NO. 113 | PAGE 8 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 454866
Back of Page 8
5/29/08
VF

## Dissolution

**Medium:** 0.1N HCl, 500 ml (37.0°C ± 0.5°C)
**Apparatus 1:** 120 rpm
**Time:** 60 minutes
**Instrument:** Distek Dissolution Apparatus #1, FDA No. 1218
        (QA by R.Muzeni on 4/9/08)
**Instrument:** Shimadzu Fluorescence Spectrophotometer, FDA# 5004459
        (QA by V.Fiorella on 1/11/08)
**Reagents:** Sigma L-Ascorbic Acid, Lot 10K0256 (Rec'd before 4/10/06)
        Sigma-Aldrich 30% $H_2O_2$, Batch# 04824AH (Rec'd 4/3/08)
        Burdick & Jackson Methanol, Lot CU893 (Rec'd 12/20/07)
        Fisher Scientific HCl, Lot 068102 (Rec'd 5/4/07)
**Filter:** PALL Life Sciences GHP Acrodisc 25 mm Syringe Filter with
        0.45 um GHP Membrane, Lot A10646119

## Ascorbic acid-Methanol Solution
(Mettler Toledo AX205, FDA No. 5099471 - QA by A.Stewart on 4/3/08)

  __204.0__ mg Ascorbic acid ----> 100.0 ml MeOH

## Hydrogen peroxide-Methanol Solution

Stock Solution: __2.0__ ml 30% $H_2O_2$ ---> 100.0 ml MeOH (Refrigerate)

Working Solution: __2.0__ ml Stock ---> 100.0 ml MeOH

## Standard Solutions
(Cahn C-31 Microbalance, FDA No. 5004472 - QA by D.Dai on 4/14/08)

### Stock Solution

  __25.013__ mg USP Digoxin RS ---> 500.0 ml Dilute Alcohol (4 in 5)

  10.0 ml
---------> 100.0 ml Dilute Alcohol (4 in 5)   [0.005 mg/ml]

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 454866 |
|---|---|---|

| ANALYST(S) *Valentino Fiorelli* | ANALYST NO. 113 | PAGE *9* OF *12* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 454766
Back of Page 9
5/29/08
VF

## Working Standard Solutions

| Standard Solution | ml Stock Solution | ml Dissolution Medium | Final Concentration (mg/ml) |
|---|---|---|---|
| 20% | 1.0 | 50.0 | 0.00010 |
| 40% | 2.0 | 50.0 | 0.00020 |
| 60% | 3.0 | 50.0 | 0.00030 |
| 80% | 4.0 | 50.0 | 0.00040 |
| 100% | 5.0 | 50.0 | 0.00050 |

## Test Solution (6 tablets tested; 0.25 mg/tablet)

1 tablet ---> 0.1N HCl, 500 ml ---> Filter [0.0005 mg/ml]

## Procedure

Test Prep.:   1.0 ml   Test Solution (Prepared in duplicate)
           + 1.0 ml Ascorbic acid-Methanol Solution
           + 5.0 ml HCl
           + 1.0 ml Hydrogen peroxide-Methanol Solution

----> Glass-stoppered flask


Std. Preps.:   1.0 ml   of each Working Std. Solution
            + 1.0 ml Ascorbic acid-Methanol Solution
            + 5.0 ml HCl
            + 1.0 ml Hydrogen peroxide-Methanol Solution

----> Glass-stoppered flask


Blank Prep.:   1.0 ml   Dissolution Medium
            + 1.0 ml Ascorbic acid-Methanol Solution
            + 5.0 ml HCl
            + 1.0 ml Hydrogen peroxide-Methanol Solution

----> Glass-stoppered flask

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 454866 |
|---|---|---|

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE *10* OF *62* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 454866
Back of Page 10
5/30/08
rF

## Procedure

After <u>2 hours</u> (FDA Timer# 1678 - QA by A.Vargas on 1/18/08),
measure the fluorescence of each preparation at an emission
wavelength of about 485 nm and an excitation wavelength of about
372 nm correcting each reading for the blank.

Plot a standard curve of Fluorescence vs. % Dissolution.

Determine the % dissolution of digoxin for each Test Solution
from the graph.

## Results
See least squares line fitting pages *11 - 12* for complete results and
Attachment B for spectra.

| Tablet | Avg. % Dissolution |
|--------|--------------------|
| 1 | 98.36 |
| 2 | 97.46 |
| 3 | 98.70 |
| 4 | 100.41 |
| 5 | 95.77 |
| 6 | 93.69 |
| Avg. (6 Tablets) | 97.41 |

[Limit: Each unit is NLT Q + 5% (Q=80%) for 6 units tested (Stage 1)]

Case 2:08-md-01968   Document 522-36   Filed 08/01/11   Page 20 of 58 - PageID #: 11178

## Least Squares Line Fitting

05/30/2008

The Line Fitting used is $Y = mX + b$

with  m = 0.03896
and  b = 0.0204
Correlation Cofficient = 0.993365369

Data Entered:

| | X | y | LSLF y | % Deviation |
|---|---|---|---|---|
| 20 % Std. | 20 | 0.761 | 0.7996 | 4.827 |
| 40 % Std. | 40 | 1.489 | 1.5788 | 5.688 |
| 60 % Std. | 60 | 2.61 | 2.358 | 10.687 |
| 80 % Std. | 80 | 3.057 | 3.1372 | 2.556 |
| 100 % Std. | 100 | 3.873 | 3.9164 | 1.108 |

Extrapolated Data:

| | X | AVG | Y |
|---|---|---|---|
| Tablet 1-Test 1 | 96.58 | | 3.783 |
| Tablet 1-Test 2 | 100.14 | 98.36 | 3.922 |
| Tablet 2-Test 1 | 96.73 | | 3.789 |
| Tablet 2-Test 2 | 98.17 | 97.45 | 3.845 |
| Tablet 3-Test 1 | 103.71 | | 4.061 |
| Tablet 3-Test 2 | 93.88 | 98.80 | 3.678 |

Analyst(s) _Valentino Finelli_

Analyst No. 113

Page 11 of 12 Pages

Least Squares Line Fitting Worksheet  Revised 5/17/01 RCC

Case 2:08-md-01968   Document 522-36   Filed 08/01/11   Page 21 of 58

# Least Squares Line Fitting

05/30/2008

The Line Fitting used is Y = mX + b

| | |
|---|---|
| with m = | 0.03896 |
| and b = | 0.0204 |
| Correlation Cofficient = | 0.993365369 |

Data Entered:

| | X | y | LSLF y | % Deviation |
|---|---|---|---|---|
| 20 % Std. | 20 | 0.761 | 0.7996 | 4.827 |
| 40 % Std. | 40 | 1.489 | 1.5788 | 5.688 |
| 60 % Std. | 60 | 2.61 | 2.358 | 10.687 |
| 80 % Std. | 80 | 3.057 | 3.1372 | 2.556 |
| 100 % Std. | 100 | 3.873 | 3.9164 | 1.108 |

Extrapolated Data:

| | X | AVG | Y |
|---|---|---|---|
| Tablet 4-Test 1 | 100.55 | | 3.938 |
| Tablet 4-Test 2 | 100.27 | 100.41 | 3.927 |
| Tablet 5-Test 1 | 96.29 | | 3.772 |
| Tablet 5-Test 2 | 95.24 | 95.77 | 3.731 |
| Tablet 6-Test 1 | 95.16 | | 3.728 |
| Tablet 6-Test 2 | 92.21 | 93.69 | 3.613 |

| Analyst(s) *Valentino Finelli* | Analyst No. 113 | Page 12 of 12 Pages |
|---|---|---|

Least Squares Line Fitting Worksheet   Revised 5/17/01 RCC

**ATTACHMENT A** - Page *1* of *20* pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 454866

Name: Blank
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Blank-Rep2
Date: 03/11/2008 6:52:47 AM
Vial: 0
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
|      |      |               |      |        |           |            |                    |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *2* of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          **Spl.No.** 454866

Name: System Suitability Solution
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\SysSuitSoln.
Date: 03/11/2008 7:11:45 AM
Vial: 1
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxigenin | 3.21 | 4406694 | 638859 | 1.2 | 0.0 | 2980 |
| 2 | Digoxin | 11.72 | 2188974 | 96494 | 1.1 | 20.5 | 6238 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 6595668 | 735353 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 3 of 20 pages    **Product:** Digoxin Tablets (0.25 mg)    **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln-Rep1.
Date: 03/11/2008 7:34:09 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 11.78 | 1362386 | 60166 | 1.1 | 0.0 | 6310 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1362386 | 60166 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *4* of *20* pages    **Product:** Digoxin Tablets (0.25 mg)    **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln-Rep2.
Date: 03/11/2008 7:52:07 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 11.82 | 1367309 | 59911 | 1.1 | 0.0 | 6364 |
| Totals | | | 1367309 | 59911 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *5* of *20* pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln-Rep3.
Date: 03/11/2008 8:10:06 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 11.88 | 1366606 | 59959 | 1.1 | 0.0 | 6307 |
| Totals | | | 1366606 | 59959 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *6* of *20* pages   **Product:** Digoxin Tablets (0.25 mg)   **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln-Rep4.
Date: 03/11/2008 8:28:00 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 11.92 | 1367252 | 59705 | 1.1 | 0.0 | 6341 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1367252 | 59705 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 7 of 20 pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln-Rep5.
Date: 03/11/2008 8:45:59 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|---|---|---|---|---|---|---|---|
| 1 | Digoxin | 11.94 | 1368470 | 59833 | 1.1 | 0.0 | 6346 |

| Totals | | | Area | Height | | | |
|---|---|---|---|---|---|---|---|
| | | | 1368470 | 59833 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page _8_ of _20_ pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 454866

Name: Standard Solution 2 (ICV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\CheckStd.
Date: 03/11/2008 9:03:58 AM
Vial: 3
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 11.98 | 1344686 | 58838 | 1.1 | 0.0 | 6259 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1344686 | 58838 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 9 of 20 pages     **Product:** Digoxin Tablets (0.25 mg)     **Spl.No.** 454866

Name: Tablet 1
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab1
Date: 03/11/2008 9:21:56 AM
Vial: 4
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 11.99 | 1417304 | 61801 | 1.1 | 0.0 | 6474 |
| Totals | | | 1417304 | 61801 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *10* of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          Spl.No. 454866

Name: Tablet 2
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab2
Date: 03/11/2008 9:39:55 AM
Vial: 5
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.03 | 1404370 | 61130 | 1.1 | 0.0 | 6478 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1404370 | 61130 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *11* of *20* pages          **Product:** Digoxin Tablets  (0.25 mg)          Spl.No.  454866

Name: Tablet 3
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab3
Date: 03/11/2008 9:57:52 AM
Vial: 6
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.04 | 1324637 | 58257 | 1.1 | 0.0 | 6366 |
| Totals | | | 1324637 | 58257 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A -** Page *12* of *20* pages    **Product:** Digoxin Tablets  (0.25 mg)    **Spl.No.** 454866

Name: Tablet 4
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab4
Date: 03/11/2008 10:15:50 AM
Vial: 7
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.05 | 1391323 | 61289 | 1.1 | 0.0 | 6534 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1391323 | 61289 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *13* of *20* pages     **Product:** Digoxin Tablets (0.25 mg)     Spl.No. 454866

Name: Tablet 5
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab5
Date: 03/11/2008 10:31:35 AM
Vial: 8
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.06 | 1381563 | 60500 | 1.1 | 0.0 | 6572 |

| Totals | | | Area | Height | | | |
|--------|---|---|------|--------|---|---|---|
| | | | 1381563 | 60500 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *14* of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln.6
Date: 03/11/2008 10:49:27 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.05 | 1366930 | 59987 | 1.1 | 0.0 | 6534 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1366930 | 59987 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page *15* of *20* pages   **Product:** Digoxin Tablets  (0.25 mg)   **Spl.No.** 454866

Name: Tablet 6
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab6
Date: 03/11/2008 11:07:26 AM
Vial: 9
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.07 | 1342615 | 58765 | 1.1 | 0.0 | 6353 |

| Totals | | | | | | | |
|--------|--|--|------|-------|--|--|--|
| | | | 1342615 | 58765 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *16* of *20* pages | **Product:** Digoxin Tablets (0.25 mg) | **Spl.No.** 454866

Name: Tablet 7
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab7
Date: 03/11/2008 11:25:18 AM
Vial: 10
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.07 | 1409901 | 61802 | 1.1 | 0.0 | 6365 |
| Totals | | | 1409901 | 61802 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *17* of *20* pages       **Product:** Digoxin Tablets (0.25 mg)       Spl.No. 454866

Name: Tablet 8
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab8
Date: 03/11/2008 11:43:15 AM
Vial: 11
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.08 | 1350277 | 59186 | 1.1 | 0.0 | 6582 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1350277 | 59186 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *18* of *20* pages          **Product:** Digoxin Tablets  (0.25 mg)          **Spl.No.** 454866

Name: Tablet 9
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab9
Date: 03/11/2008 12:01:13 PM
Vial: 12
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.09 | 1413012 | 62006 | 1.1 | 0.0 | 6621 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1413012 | 62006 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *19* of *20* pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 454866

Name: Tablet 10
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Tab10
Date: 03/11/2008 12:19:11 PM
Vial: 13
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.10 | 1330349 | 58215 | 1.1 | 0.0 | 6621 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1330349 | 58215 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 20 of 20 pages | **Product:** Digoxin Tablets (0.25 mg) | **Spl.No.** 454866

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\454866\Std.Soln.7
Date: 03/11/2008 12:37:05 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 12.09 | 1367356 | 59690 | 1.1 | 0.0 | 6590 |
| Totals | | | 1367356 | 59690 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 1/3/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*



Attachment B

Digoxin Tablets (0.25 mg)

Spl.# 454866         5/29/08

Attachment B
Digoxin Tablets (0.25mg)
Spl # 454866
5/29/08  VF

20% Std Solution

Corrected Emission = 0.977 - 0.117
                   = 0.761

DATA =   0.117   EX λ = 372.0   EM λ = 485.0

Blank

DATA =   0.328   EX λ = 372.0   EM λ = 485.0











Tablet 1 - Test 2

Corrected Emission = 4.035 - 0.117
= 3.922



Tablet 1 - Test 1

Corrected Emission = 3.900 - 0.117
= 3.783

















Tablet 6 - Test 1

Corrected Emission = 3.845 - 0
= 3.728



Tablet 6 - Test 2

Corrected Emission = 3.730 - 0.117
= 3.613



100% Std. Solution

Corrected Emission = 4.110 - 0.117
                   = 3.993

Digoxin Tablets (0.25 mg)
Spl.# 454866
2/27/08
VF

# Labeling



Digitek Tablets (0.25 mg)
Spl.# 454866
2/27/08
VF

# Labeling



BKDGTK:R4

DIGITEK®
(digoxin tablets, USP)

Rx only

**DESCRIPTION:** DIGITEK (digoxin) is one of the cardiac (or digitalis) gly-cosides, a closely related group of drugs having in common specific effects on the myocardium. These drugs are found in a number of plants. Digoxin is extracted from the leaves of *Digitalis lanata*. The term "digitalis" is used to designate the whole group of glycosides. The glycosides are composed of two portions: a sugar and a cardenalide (hence "glycosides").

Digoxin is described chemically as (3 B, 5 B, 12 B)-3-((O-2, 6-dideoxy-B-D-ribo-hexopyranosyl-(1→4)-O-2,6-dideoxy-B-D-ribo-hex-opyranosyl-(1→4)-2,6-dideoxy-B-D-ribo-hexopyranosyl)oxy)-12,14-dihydroxy-card-20(22)-enolide. The molecular formula is $C_{41}H_{64}O_{14}$, its molecular weight is 780.94, and the structural formula shown:

Digoxin exists as odorless white crystals that melt with decomposition above 230°C. The drug is practically insoluble in water and in ether; slightly soluble in diluted (50%) alcohol and in chloroform; and freely soluble in pyridine.

DIGITEK is supplied as 125-mcg (0.125-mg) or 250-mcg (0.25-mg) tablets for oral administration. Each tablet contains the labeled amount of digoxin USP and the following inactive ingredients: corn starch, croscarmellose sodium, microcrystalline cellulose, pregelatinized starch, lactose monohydrate and anhydrous lactose, silicon dioxide and stearic acid. In addition, the 125-mcg (0.125-mg) tablet contains D&C Yellow No. 10 Aluminum Lake.

**CLINICAL PHARMACOLOGY: Mechanism of Action:** Digoxin inhibits sodium-potassium ATPase, an enzyme that regulates the quantity of sodium and potassium inside cells. Inhibition of the enzyme leads to an increase in the intracellular concentration of sodium and thus the stimulation of sodium-calcium exchange) an increase in the intracellular concentration of calcium. The beneficial effects of digoxin result from direct actions on cardiac muscle, as well as indirect actions on the cardiovascular system mediated by effects on the autonomic nervous system. The autonomic effects include: (1) a vagomimetic action, which is responsible for the effects of digoxin on the sinoatrial and atrioventricular (AV) nodes; and (2) baroreceptor sensitization, which results in increased efferent inhibitory activity and reduced activity of the sympathetic nervous system and renin-angiotensin system for any given increment in mean arterial pressure. The pharmacologic consequences of these direct and indirect effects are: (1) an increase in the force and velocity of myocardial systolic contraction (positive inotropic action); (2) a decrease in the degree of activation of the sympathetic nervous system and renin-angiotensin system (neurohormonal deactivating effect); and (3) slowing of the heart rate and decreased conduction velocity through the AV node (vagomimetic effect). The effects of digoxin in heart failure are mediated by its positive inotropic and neurohormonal deactivating effects, whereas the effects of the drug in atrial arrhythmias are related to its vagomimetic actions In high doses, digoxin increases sympathetic outflow from the central nervous system (CNS). This increase in sympathetic activity may be an important factor in digitalis toxicity.

**Pharmacokinetics: Absorption:** Following oral administration, peak serum concentrations of digoxin occur at 1 to 3 hours. Absorption of digoxin from digoxin tablets has been demonstrated to be 60% to 80% complete compared to an identical intravenous dose of digoxin

(absolute bioavailability) When digoxin tablets are taken after meals, the rate of absorption is slowed, but the total amount of digoxin absorbed is usually unchanged. When taken with meals high in bran fiber, however, the amount absorbed from an oral dose may be reduced. Comparisons of the systemic availability and equivalent doses for oral preparations of digoxin are shown in Table 1:

**Table 1: Comparisons of the Systemic Availability and Equivalent Doses for Oral Preparations of Digoxin**

| Product | Absolute Bio-availability | Equivalent Doses(mcg)* Among Dosage Forms | | | |
|---|---|---|---|---|---|
| Digoxin Tablets | 60-80% | 62.5 | 125 | 250 | 500 |
| Digoxin Pediatric Elixir | 70-85% | 62.5 | 125 | 250 | 500 |
| Digoxin Solution in Capsules | 90-100% | 50 | 100 | 200 | 400 |
| Digoxin Injection/IV | 100% | 50 | 100 | 200 | 400 |

*For example, 125-mcg Digoxin Tablets equivalent to 125 mcg Digoxin Pediatric Elixir equivalent to 100 mcg Digoxin Solution in Capsules equivalent to 100 mcg Digoxin Injection/IV.

In some patients, orally administered digoxin is converted to inactive reduction products (e.g., dihydrodigoxin) by colonic bacteria in the gut. Data suggest that one in ten patients treated with digoxin tablets will degrade 40% or more of the ingested dose. As a result, certain antibiotics may increase the absorption of digoxin in such patients. Although inactivation of these bacteria by antibiotics is rapid, the serum digoxin concentration will rise at a rate consistent with the elimination half-life of digoxin. The magnitude of rise in serum digoxin concentration relates to the extent of bacterial inactivation, and may be as much as two-fold in some cases.

**Distribution:** Following oral administration, a 6-to 8-hour tissue distribution phase is observed. This is followed by a much more gradual decline in the serum concentration of the drug, which is dependent on the elimination of digoxin from the body. The peak height and slope of the early portion (absorption/distribution phases) of the serum concentration-time curve are dependent upon the route of administration and the absorption characteristics of the formulation. Clinical evidence indicates that the early high serum concentrations do not reflect the concentration of digoxin at its site of action, but that with chronic use, the steady-state post-distribution serum concentrations are in equilibrium with tissue concentrations and correlate with pharmacologic effects. In individual patients, these post-distribution serum concentrations may be useful in evaluating therapeutic and toxic effects (see DOSAGE AND ADMINISTRATION: Serum Digoxin Concentrations).

Digoxin is concentrated in tissues and therefore has a large apparent volume of distribution. Digoxin crosses both the blood-brain barrier and the placenta. At delivery, the serum digoxin concentration in the newborn is similar to the serum concentration in the mother. Approximately 25% of digoxin in the plasma is bound to protein. Serum digoxin concentrations are not significantly altered by large changes in fat tissue weight, so that its distribution space correlates best with lean (i.e., ideal) body weight, not total body weight.

**Metabolism:** Only a small percent (16%) of a dose of digoxin is metabolized. The end metabolites, which include 3 B-digoxigenin, 3-keto-digoxigenin, and their glucuronide and sulfate conjugates, are polar in nature and are postulated to be formed via hydrolysis, oxidation, and conjugation. The metabolism of digoxin is not dependent upon the cytochrome P-450 system, and digoxin is not known to induce or inhibit the cytochrome P-450 system.

**Excretion:** Elimination of digoxin follows first-order kinetics (that is, the quantity of digoxin eliminated at any time is proportional to the total body content). Following intravenous administration to healthy volunteers, 50% to 70% of a digoxin dose is excreted unchanged in the urine. Renal excretion of digoxin is proportional to glomerular filtration rate and is largely independent of urine flow. In healthy volunteers with normal renal function, digoxin has a half-life of 1.5 to 2 days. The half-life in anuric patients is prolonged to 3.5 to 5 days. Digoxin is not effectively removed from the body by dialysis, exchange transfusion, or during cardiopulmonary bypass because most of the drug is bound to tissue and does not circulate in the blood.

**Special Populations:** Race differences in digoxin pharmacokinetics have not been formally studied. Because digoxin is primarily eliminated as unchanged drug via the kidney and because there are no important differences in creatinine clearance among races, pharmacokinetic differences due to race are not expected.

The clearance of digoxin can be primarily correlated with renal function as indicated by creatinine clearance. The Cockcroft and Gault formula for estimation of creatinine clearance includes age, body weight, and gender. A table that provides the usual daily maintenance dose requirements of digoxin tablets based on creatinine clearance (per 70 kg) is presented in the DOSAGE AND ADMINISTRA-

TION section.

Plasma digoxin concentration profiles in patient atitis generally fell within the range of profiles in subjects.

**Pharmacodynamic and Clinical Effects:** The time macologic effect and to peak effect of preparation shown in Table 2:

**Table 2: Times to Onset of Pharmacologic Effect a of Preparations of Digoxin**

| Product | Time to Onset of Effect* |
|---|---|
| Digoxin Tablets | 0.5-2 hours |
| Digoxin Pediatric Elixir | 0.5-2 hours |
| Digoxin Solution in Capsules | 0.5-2 hours |
| Digoxin Injection/IV | 5-30 minutes† |

*Documented for ventricular response rate in a inotropic effects and electrocardiographic changes
†Depending upon rate of infusion.

**Hemodynamic effects:** Digoxin produces hemolyara in patients with heart failure. Short- and long-term drug increases cardiac output and lowers pulmonary pulmonary capillary wedge pressure, and systemic ance. These hemodynamic effects are accompanied b the left ventricular ejection fraction and a decrease and end-diastolic dimensions.

**Chronic Heart Failure:** Two 12-week, double-blin trolled studies enrolled 178 (RADIANCE trial) and 88 patients with NYHA class II or III heart failure previous digoxin, a diuretic, and an ACE inhibitor (RADIANCE domized them to placebo or treatment with digox demonstrated better preservation of exercise capac randomized to digoxin. Continued treatment with digo risk of developing worsening heart failure, as evidence un-related hospitalizations and emergency care an concomitant heart failure therapy. The larger study benefitmt-related benefits in NYHA class and pa assessment. In the smaller trial, these trended in favor treatment.

The Digitalis Investigation Group (DIG) main trial w ter, randomized, double-blind, placebo-controlled mor 6,801 patients with heart failure and left ventricular ej ≤0.45. At randomization, 67% were NYHA class I or II, 7 failure of ischemic etiology, 44% had been receiving most were receiving concomitant ACE inhibitor (94%) (82%). Patients were randomized to placebo or digox which was adjusted for the patient's age, sex, lean bod serum creatinine (see DOSAGE AND ADMINISTRATION for up to 58 months (median 37 months). The median d scribed was 0.25 mg. Overall all-cause mortality was difference between groups (35% confidence limits for 0.91 to 1.07). Digoxin was associated with a 25% red number of hospitalizations for heart failure, a 28% red risk of a patient having at least one hospitalization for h and a 6.5% reduction in total hospitalizations (for any c

Use of digoxin was associated with a trend in reducti all-cause death or hospitalization. The trend was evid groups of patients with mild heart failure as well as mor ease, as shown in Table 3. Although the effect on all-cau hospitalization was not statistically significant, much o and benefit derived from effects on mortality and ho attributed to heart failure.

**Table 3: Subgroup Analyses of Mortality and Hospitaliza the First Two Years Following Randomization**

| | Risk of All-Cause Mortality or All-Cause Hospitalization* | | |
|---|---|---|---|
| | Placebo | Digoxin | Relati |
| All Patients (EF ≤ 0.45) | 6801 | 604 | 593 | (0.84 |
| NYHA I/II | 4571 | 549 | 541 | (0.85 |
| EF 0.25-0.45 | 4543 | 568 | 571 | (0.91 |
| CTR ≤ 0.55 | 4455 | 561 | 563 | (0.91 |
| NYHA III/IV | 2224 | 719 | 696 | (0.80 |
| EF < 0.25 | 2258 | 677 | 637 | (0.76 |
| CTR > 0.55 | 2346 | 687 | 650 | (0.77 |
| EF > 0.45† | 987 | 571 | 585 | (0.88- |

reproduction studies have not been conducted with digoxin. It is also not known whether digoxin can cause fetal harm when administered to a pregnant woman or can affect reproductive capacity. Digoxin should be given to a pregnant woman only if clearly needed.

**Nursing Mothers:** Studies have shown that digoxin concentrations in the mother's serum and milk are similar. However, the estimated exposure of a nursing infant to digoxin via breast feeding will be far below the usual infant maintenance dose. Therefore, this amount should have no pharmacologic effect upon the infant. Nevertheless, caution should be exercised when digoxin is administered to a nursing woman.

**Pediatric Use:** Newborn infants display considerable variability in their tolerance to digoxin. Premature and immature infants are particularly sensitive to the effects of digoxin, and the dosage of the drug must not only be reduced but must be individualized according to their degree of maturity. Digitalis glycosides can cause poisoning in children due to accidental ingestion.

**Geriatric Use:** The majority of clinical experience gained with digoxin has been in the elderly population. This experience has not identified differences in response or adverse effects between the elderly and younger patients. However, this drug is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, which should be based on renal function, and it may be useful to monitor renal function (see DOSAGE AND ADMINISTRATION).

**ADVERSE REACTIONS:** In general, the adverse reactions of digoxin are dose-dependent and occur at doses higher than those needed to achieve a therapeutic effect. Hence, adverse reactions are less common when digoxin is used within the recommended dose range or therapeutic serum concentration range and when there is careful attention to concurrent medications and conditions.

Because some patients may be particularly susceptible to side effects with digoxin, the dosage of the drug should always be selected carefully and adjusted as the clinical condition of the patient warrants. In the past, when high doses of digoxin were used and little attention was paid to clinical status or concurrent medications, adverse reactions to digoxin were more frequent and severe. Cardiac adverse reactions accounted for about one-half, gastrointestinal disturbances for about one-fourth, and CNS and other toxicity for about one-fourth of these adverse reactions. However, available evidence suggests that the incidence and severity of digoxin toxicity has decreased substantially in recent years. In recent controlled clinical trials, in patients with predominantly mild to moderate heart failure, the incidence of adverse experiences was comparable in patients taking digoxin and in those taking placebo. In a large mortality trial, the incidence of hospitalization for suspected digoxin toxicity was 2% in patients taking digoxin compared to 0.9% in patients taking placebo. In this trial, the most common manifestations of digoxin toxicity included gastrointestinal and cardiac disturbances; CNS manifestations were less common.

**Adults: Cardiac:** Therapeutic doses of digoxin may cause heart block in patients with pre-existing sinoatrial or AV conduction disorders; heart block can be avoided by adjusting the dose of digoxin. Prophylactic use of a cardiac pacemaker may be considered if the risk of heart block is considered unacceptable. High doses of digoxin may produce a variety of rhythm disturbances, such as first-degree, second-degree (Wenckebach), or third-degree heart block (including asystole); atrial tachycardia with block; AV dissociation; accelerated junctional (nodal) rhythm; unifocal or multiform ventricular premature contractions (especially bigeminy or trigeminy); ventricular tachycardia; and ventricular fibrillation. Digoxin causes PR prolongation and ST segment depression which should not by themselves be considered digoxin toxicity. Cardiac toxicity can also occur at therapeutic doses in patients who have conditions which may alter their sensitivity to digoxin (see WARNINGS and PRECAUTIONS).

**Gastrointestinal:** Digoxin may cause anorexia, nausea, vomiting and diarrhea. Rarely, the use of digoxin has been associated with abdominal pain, intestinal ischemia, and hemorrhagic necrosis of the intestines.

**CNS:** Digoxin can produce visual disturbances (blurred or yellow vision), headache, weakness, dizziness, apathy, confusion and mental disturbances (such as anxiety, depression, delirium, and hallucination).

**Other:** Gynecomastia has been occasionally observed following the prolonged use of digoxin. Thrombocytopenia and maculopapular rash and other skin reactions have been rarely observed.

The following table summarizes the incidence of those adverse experiences listed above for patients treated with digoxin tablets or placebo from two randomized, double-blind, placebo-controlled withdrawal trials. Patients in these trials were also receiving diuretics with or without angiotensin-converting enzyme inhibitors. These patients have been stable on digoxin, and were randomized to digoxin or placebo. The results shown in Table 4 reflect the experience in patients following dosage titration with the use of serum digoxin concentrations and careful follow-up. These adverse experiences are consistent with results from a large, placebo-controlled mortality trial (DIG trial) wherein over half the patients were not receiving digoxin prior to the

## Food and Drug Administration Office of Regulatory Affairs
### Collection Report
### For Sample Number 454866
This is an accurate reproduction of the original electronic record as of 06/05/2008

**Flag**  **Flag Remarks**

| | | | | | |
|---|---|---|---|---|---|
| **Episode Number** | **Origin** Domestic | **Basis** Surveillance | **Sample Type** Official | **FIS Smpl Num** 0885201 | **Status** Completed |
| **FEI** 1610608 2244683 | **Date Collected** 02/15/2008 | **Product Code** 63FCA06 | **Responsible Firm** Manufacturer | **PAC** 56008A | **Hours** 5.5 |
| **Compliance Num** | **Country of Origin** United States | | | | |
| **Related Smpl Num** | **Position Class** INV | **Sampling District** ATL-DO | **NDC Number** 62794-146-01 | **Permit Number** | **Storage Rqrmnt.** Ambient |
| **Dealer is Consumer** No | **Crx/DEA Schedule** | **Recall Num** | **Consumer Compl. Num** | **Brand Name** Bertek Pharmaceuticals Digitek digoxin tablets, USP 250 mcg (0.25 mg) | |

**Product Description**
Digitek digoxin tablets, USP 250 mcg (0.25 mg) NDC 62794-146-01

**Product Label**
See continuation.

| **Reason for Collection** Sample collected as part of the FY2008 Low-cost Generic Drug Sample Survey (CP 7356.008) FACTS assignment # 896749 ORA concurrence # 2008101702 | **MFG Codes** 70811A1 | **Expiration Date** 10/2009 |
|---|---|---|

| **Firm Legal Name** | **Address** | **Type of Firm** | **Firm FEI** | **FCE** |
|---|---|---|---|---|
| Mckesson Drug Company | 2975 Evergreen Dr Duluth, GA 30096-5843 US | Dealer | 1030548 | |
| UDL Laboratories, Inc | 12720 Dairy Ashford Rd Sugar Land, TX 77478-2844 US | Manufacturer | 1610608 | |
| Actavis Totowa LLC | 101 E Main St Little Falls, NJ 07424-5608 US | Manufacturer | 2244683 | |

| **Size of Lot** (b)(4) bottles | **Est. Value** $ (b)(4) | **Rcpt Type** FDA484 | **Carrier Name** | **Date Shipped** |
|---|---|---|---|---|

**Description of Sample**
Sample consists of 2 bottles, 100 tablets each of Digitek digoxin tablets, USP 250 mcg (0.25 mg)

**Method of Collection**
Each bottle was collected randomly from the same lot directly from the warehouse line.

**How Prepared**
See continuation.

| **Collector's Identification on Package and/or Label** "454866 02/15/08 MMF" | **Collector's Identification on Seal** "454866 02/15/08 Myoshi M. Francis" |
|---|---|

| **Sample Delivered To** FedEx | **Date Delivered** 02/20/2008 | **Orig C/R & Records To** DAL-DO |
|---|---|---|
| | **Lab w/Split Sample** 0 | **Lab** NRL |

Date: 06/05/2008          Page: 1 of 3

**Food and Drug Administration Office of Regulatory Affairs**
Collector Report
For Sample Number: 494366
This is a faithful reproduction of the original electronic record as of 06/05/2008

**Document Number**     **Document Date**   **Document Type**   **Document Remarks**

**Remarks**
See continuation.

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
| (b) (4) | Billed | No | No | Myoshi M Francis |

**Name of Signer**                    **Date & Time of Signature**          **Meaning**
Myoshi M Francis                      02/19/2008    03:22 PM    ET           Collector

## Continuation:

**Product Label**

Each bottle was labeled in part: "NDC 62794-146-01 DIGITEK (digoxin tablets, USP) 250 mcg (0.25 mg) 100 TABLETS Rx only***Each tablet contains: Digoxin, USP 250 mcg (0.25 mg)***Distributed by: BERTEK PHARMACEUTICALS INC. Sugarland, TX 77478 USA Manufactured by: AMIDE PHARMACEUTICALS, INC. 101 East Main Street Little Falls, NJ 07424 USA Control No.: 70811A1 Exp. Date: OCT 09"

**How Prepared**

Each bottle was identified: "454866 02/15/08 MMF". The bottles were placed in a small plastic bag which was identified as "454866 02/15/08 MMF" and officially sealed "454866 02/15/08 Myoshi M. Francis". Form FDA-525 was attached. Sample was shipped to NRL via FedEx on 02/20/08.

**Remarks**

The sample was collected on 02/15/2008 and kept under secure supervision by Investigator Meshay Francis. Sample was placed under lock and key and held under ambient conditions until prepared and shipped on 02/20/2008.

Date: 06/05/2008