# EXHIBIT 37

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:   462746**

This is an accurate reproduction of the original electronic record as of 04/02/2008

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
| $0.00 | No Charge | No | No | Lillian C Lopez |

| Name of Signer | Date & Time of Signature | | Meaning |
|---|---|---|---|
| Lillian C Lopez | 03/24/2008   04:10 PM   ET | | Collector |

Date: 04/02/2008                    Page: 2  of  3



DEFENDANT'S EXHIBIT
37

## Food and Drug Administration Office of Regulatory Affairs
### Summary Report
### For Sample Number: 462746

| TD Sample Number: | Import Sample Number |
|---|---|

This is an accurate reproduction of the original electronic record as of  09/23/2008

**Sample Class:** Normal Everyday Sample
Survey Sample
**Home District:**

**Sample Origin:** Domestic
**Sample Type:**  Official
**Orig C/R and Records To:** SAN-DO

**Sample Basis:**    Surveillance
**Collecting District:** SAN-DO
**Collection PACs:**   56008A

**Product Name:** Digoxin (Cardiotonic); Human – Rx/Single Ingredient; Delayed Release Tablets

**Product Description:** Digoxin Tablets, 125 mcg, RX, single ingredient

**Collection Reason:**     FY 2008 Low Cost Generic Drug Sample Survey 2008-800 (CP 7356.008).  Analyze for Uniformity of Dosage Units; Dissolution; Identification

| **Lab:** NRL | **Split Num** 0 | **Date Received:** 03/26/2008 | **Date Out of Lab:** 09/23/2008 |
|---|---|---|---|
| **District Conclusion:** | **District Conclusion Made By:** | | **District** |
| **Disposition Reason:** | **Disposition Authorized By:** | | **Disposition Authorized Date** |

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| NRL-DCB-G | 56008A | | DRT | | 1   - In Compliance | Completed |

**Lab Conclusion**

he product meets specifications for Identification, Dissolution, and Content Uniformity.

**Lab Conclusion Date**
09/23/2008

**Lab Conclusion Made By**
Mathew,Samuel K

RECEIVED

OCT  6 2008
FDA -- SJN
COMPLIANCE BRANCH

FLAG Original

| ANALYST WORKSHEET | 1. PRODUCT DIGITEK (DIGOXIN TABLETS,USP) 125mcg(0.125 mg) | 2. SAMPLE NUMBER 462746 |
|---|---|---|

| 3. SEALS ☐ NONE  ☒ INTACT  ☐ BROKEN | 4. DATE REC'D 4/3/08 | 5. RECEIVED FROM Elvis Leslie | 6. DISTRICT OF LABORATORY NRL |
|---|---|---|---|

**7. DESCRIPTION OF SAMPLE**

One brown, paper bag officially sealed, "462746 03/25/08  Lillian C. Lopez CST ", containing two product cartons identified " 462746 03/21/08 LCL  Sub 1 of 2 " and " 462746 03/21/08 LCL  Sub 2 of 2 ", respectively. An FDA 525 is attached to the sample.

| 8. NET CON- TENTS | ☐ NOT APPLICABLE ☒ NOT DETERMINED ___ UNITS EXAMINED | DECLARE/UNIT    180 tablets AMOUNT FOUND    ___ % OF DECLARED   ___ | 9. LABEL- ING | 1   ORIGINAL(S) SUBMITTED 1   COPIES SUBMITTED ☐ NONE |
|---|---|---|---|---|

**10. SUMMARY OF ANALYSIS**

Container: White, rectangular, cardboard carton approximately 14.5 cm x 6.5 cm x 7 cm. Carton contains 6 intact, rectangular, foil, blister packs. Each pack is in a separate, white, plastic case and contains 30 tablets.

Labeling: Carton has a commercially-printed, rectangular, paper, stick-on label. Commercially-printed product insert is inside carton. Plastic case has a similar commercially-printed label.

Code: " Lot No.: 7P964 " and " Exp. Date: 4/09 " printed on the carton label and the back of each blister pack.

Product: Round, flat and bevel, solid, light-yellow tablet. Tablet is unmarked and unscored on one side. Opposite side is 1/2-scored with markings "B" and "145". Tablet is approximately 6.5 mm in diameter.

Analysis: Identification, Dissolution, and Content Uniformity.

Method: USP 30 - NF 25, p. 1943.

Results: See general continuation sheet page 2.

**11. RESERVE SAMPLE**

Original, brown, paper bag officially sealed " 462746 9/22/08  Valentino Fiorella  Analyst" containing one open and one intact product carton. Open carton is additionally identified " VF  4/3/08 ". Plastic case with used blister pack containing 8 tablets is identified " #462746 4/3/08 VF  Sub 2 of 2 ". Sample returned to the sample custodian.

| 12.a. ANALYST SIGNATURE (Broke Seal ☒ ) *Valentino Fiorell* b. c. | 13. WORK- SHEET CHECK | a. BY *3. Mathew* b. DATE 9/23/08 |
|---|---|---|
| | 14. DATE REPORTED 9/23/08 | |

Spl # 462746
Back of page 1

VF 9/22/08

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 462746 |
|---|---|---|

## RESULTS:

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

### Content Uniformity
*(See computer printout pages 6 - 7 for complete results)*

Range: *97.1* % to *102.1* %; Average (X): *99.4* %;

RSD: *1.8* %; s: *1.74*

Acceptance Value (AV) = *4.62* %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

### Dissolution
*(See least squares line fitting pages 11 - 12 for complete results)*

Range: *93.4* % to *111.6* % ; Avg.: *105.0* %

(Limit: Each unit is NLT Q+5% (Q=80%) for 6 units tested (Stage 1))

| ANALYST(S) *Valentino Firiella* | ANALYST NO. 113 | PAGE *2* OF *12* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# *462746*
Back of Page *2*
*5/20/08*
*VF*

## DIGOXIN TABLETS
(USP 30-NF 25, p.1943)

### Reference Std:
USP Digoxin RS # 1200000-05, Lot O0B096, dried in vacuum at 105°C for 1 hour prior to use. For quantitative applications, use a value of 0.961 mg of digoxin per mg on the dried basis.

**Reagents**: Fisher Scientific Acetonitrile, Lot 073938 (Rec'd 11/1/07)
Sigma Digoxigenin, Lot No. 016K3777 (Rec'd 2/6/08)

**Filter**: PALL Life Sciences Acrodisc 25 mm Syringe Filter with 0.45 um Nylon Membrane, Lot A10529577

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

### Content Uniformity

**Mobile Phase**: Water/Acetonitrile (74/26)

### System Suitability Solution
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

    4.025  mg USP Digoxin RS +   4.122   mg Digoxigenin

----> 100.0 ml Diluted Alcohol


### Standard Solution 1 (CCV)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

    2.522   mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

    25.0 ml
---------> 50.0 ml Diluted Alcohol


### Standard Solution 2 (ICV/Check Std.)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

    2.505   mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

    25.0 ml
---------> 50.0 ml Diluted Alcohol

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 462746 |
|---|---|---|

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE 3 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462746
Back of Page 3
5/20/08
VF

## Content Uniformity

### Sample Solution
For each of 10 tablets tested:

1 tablet(0.125 mg)  ----> 10.0 ml Diluted Alcohol ----> Filter

### Chromatographic System
(See pp. 2 - 3  ,Attachment A for chromatograms)

### Resolution (R)

$$R = \frac{2(t2 - t1)}{w1 + w2} = 20.7 \quad \text{[Limit: R is NLT 4.0]}$$

### Theoretical Plates(N)

$$N = 16(t/w)^2 = 5315 \quad \text{[Limit: N is NLT 1200]}$$

### Tailing Factor (T)

$$T = [W_{0.05}/2f] = 1.1 \quad \text{[Limit: T is NMT 2.0]}$$

### Relative Std. Deviation (RSD)
(See computer calculation, page 5 )

$$RSD = 0.18 \% \quad \text{[Limit: RSD is NMT 2.0\%]}$$

### Standard 2 Calculation (ICV/Check Std.)
(See pp. 3 - 8 ,Attachment A for chromatograms)

$$\% \text{ Digoxin} = \frac{\text{Area Std.2}}{\text{Area Std.1}} \times \frac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}} \times \frac{\text{Std 2 Dilution}}{\text{Std 2 Wt.}} \times 100$$

Area Std.1 = Avg.area of _5_ std. injections.(See computer calculation, p. 5 )
Std.Wt.1 = ( 2.522 mg)(0.961) = __2.424__ mg
Std.Wt.2 = ( 2.505 mg)(0.961) = __2.407__ mg

$$\% \text{ Digoxin} = \frac{675184}{678145} \times \frac{2.424 \text{ mg}}{200.0 \text{ ml}} \times \frac{200.0 \text{ ml}}{2.407 \text{ mg}} \times 100 = 100.3 \%$$

| GENERAL CONTINUATION SHEET | PRODUCT | Digoxin Tablets (0.125 mg) | SAMPLE NO. 462746 |
|---|---|---|---|

ANALYST(S) *Valentino Fiorello*   ANALYST NO. 113   PAGE 4 OF 62 PAGES

FORM FDA 431a (5/84)

SPL# 462746
Back of Page 4
5/21/08
VF

### Standard 1 Calculation  (CCV)
(See pp. 3 - 7  and page 27, Attachment A for chromatograms)

% Digoxin = $\dfrac{\text{Area Std.1(9)}}{\text{Area Std.1}}$ x $\dfrac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}}$ x $\dfrac{\text{Std 1 Dilution}}{\text{Std 1 Wt.}}$ x 100

Area Std.1 = Avg. area of  5  std. injections.(See computer calculation, p. 5 )
Area Std.1(9) = Area of Std.1, Injection 9. (See page 27, Attachment A)
Std.Wt.1 = ( 2.522 mg)(0.961) =   2.424  mg

% Digoxin = $\dfrac{679031}{678145}$ x $\dfrac{2.424}{200.0}$ mg ml x $\dfrac{200.0}{2.424}$ ml mg x 100 = 100.1 %

### Calculations
(See computer printout pages  6 - 7  for complete results and
pages  9 - 13 ,Attachment A for chromatograms)
            +22-26      Sample
Area Std.1 = Avg.area of  5  std. injections.(See computer calculation, p. 5 )
Std.Wt.1 = ( 2.522 mg)(0.961) =   2.424  mg

If 98.5% ≤ X ≤ 101.5%, then M = X

Range: 97.1 % to 102.1 %; Average(X): 99.4 %; RSD: 1.8 %; s: 1.74

Acceptance Value(AV) = M - X + ks

AV =(2.4) ( 1.74 )= 4.18 %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

| General Continuation Sheet | Product: Digoxin Tablets (0.125 mg) | Sample No.   462746 |
|---|---|---|

### Statistical Analysis of Data:         Standard Solution 1 (CCV)          05/20/2008

| | | |
|---|---|---|
| Relative STD Deviation | 0.18 % | |
| Standard Deviation | 1202.05229 | |
| Average (mean) | 678145.2 | |
| Number of entries | 5 | |
| Range | 676751   To   679893 | |

Data Entered:

676751
677360
678550
678172
679893

| Analyst(s)  *Valentino Fiorella* | Analyst No. 113 | Page 5 of 12 Pages |
|---|---|---|

NRL FORM 431a  ·  Statistics Worksheet  Revised 5/17/01 RCC

| General Continuation Sheet | Product: Digoxin Tablets (0.125 mg) | Sample No. | 462746 |
|---|---|---|---|

## Content Uniformity

05/21/2008

| | |
|---|---|
| No. of Units Examined | 10 |
| Standard Weight | 2.424 mg. |
| Standard Dilution | 200 |
| Sample Dilution | 10 |

Data Entered:

| Unit #1 | 707447 | STD #1 | 678145 |
|---|---|---|---|
| Unit #2 | 687826 | Blank | 0 |
| Unit #3 | 691235 | | |
| Unit #4 | 695615 | | |
| Unit #5 | 678836 | | |
| Unit #6 | 681037 | | |
| Unit #7 | 711029 | | |
| Unit #8 | 714211 | | |
| Unit #9 | 692266 | | |
| Unit #10 | 689421 | | |

CONTENT UNIFORMITY RESULTS:

| | FOUND ( mg/tablet ) | DECLARED | % of DECLARED |
|---|---|---|---|
| UNIT #1 | 0.126 | 0.125 | 101.1 |
| UNIT #2 | 0.123 | mg/tablet | 98.3 |
| UNIT #3 | 0.124 | | 98.8 |
| UNIT #4 | 0.124 | | 99.5 |
| UNIT #5 | 0.121 | | 97.1 |
| UNIT #6 | 0.122 | | 97.4 |
| UNIT #7 | 0.127 | | 101.7 |
| UNIT #8 | 0.128 | | 102.1 |
| UNIT #9 | 0.124 | | 99.0 |
| UNIT #10 | 0.123 | | 98.6 |
| AVG. | 0.124 | | 99.4 |

| | | | |
|---|---|---|---|
| OFFICIAL LIMITS: | 90.0 % TO 105.0 % | | |
| No. of Units Examined | 10 | | |
| RANGE | 97.1 % TO 102.1 % of Declared | | |
| UNITS >=85 BUT <=115 % of Avg. Limit | : | 10 |
| UNITS >=75 BUT <85 OR >115 BUT <=125 % of Avg. Limit : | 0 |
| UNITS <75 OR >125 % of Avg. Limit | : | 0 |
| REL. STD. DEV. : | 1.8 LIMIT <=6.0% | |

mg/unit = (R_spl * std_wt * spl_dil) / (R_std * std_dil * 1 unit)

| Analyst(s) *Valentino Fiorelli* | Analyst No. 113 | Page 6 of 12 Pages |
|---|---|---|

NRL FORM 431a  ·  Content Uniformity Worksheet Revised 5/17/01 RCC

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No.    462746 |
|---|---|---|

## Statistical Analysis of Data:

Content Uniformity
Standard Deviation

05/21/2008

| | | |
|---|---|---|
| Relative STD Deviation | 1.75 % | |
| **Standard Deviation** | 1.74 | |
| Average (mean) | 99.36 | |
| Number of entries | 10 | |
| Range | 97.1 | To | 102.1 |

Data Entered:

101.1
98.3
98.8
99.5
97.1
97.4
101.7
102.1
99
98.6

| Analyst(s)   _Valentino Fiorella_ | Analyst No.   113 | Page 7 of 12 Pages |
|---|---|---|

NRL FORM 431a  ·  Statistics Worksheet  Revised 5/17/01 RCC

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO 462746 |
| --- | --- | --- |

| ANALYST(S) Valentino Farella | ANALYST NO. 113 | PAGE 8 OF 62 PAGES |
| --- | --- | --- |

FORM FDA 431a (5/84)

SPL# *462746*
Back of Page *8*
*9/15/08*
*VF*

## Dissolution

**Medium:** 0.1N HCl, 500 ml (37.0°C ± 0.5°C)
**Apparatus 1:** 120 rpm
**Time:** 60 minutes
**Instrument:** Distek Dissolution Apparatus #1, FDA No. 1218
        (QA by F.Maldonado on 7/7/08)
**Instrument:** Shimadzu Fluorescence Spectrophotometer, FDA# 5004459
        (QA by V.Fiorella on 7/1/08)

**Reagents:** Sigma L-Ascorbic Acid, Lot 10K0256 (Rec'd before 4/10/06)
        Sigma-Aldrich 30% $H_2O_2$, Batch# 04824AH (Rec'd 4/3/08)
        Fisher Scientific Methanol, Lot 081717 (Rec'd 5/27/08)
        Fisher Scientific HCl, Lot 068102 (Rec'd 5/4/07)

**Filter:** PALL Life Sciences Acrodisc Premium 25 mm Syringe Filter with
        0.45 um GHP Membrane, Lot 21688684

## Ascorbic acid-Methanol Solution
(Mettler Toledo AX205, FDA No. 5099471 - QA by D.Dai on 7/10/08)

*201.9* mg Ascorbic acid ----> 100.0 ml MeOH

## Hydrogen peroxide-Methanol Solution

Stock Solution: 2.0 ml 30% $H_2O_2$ ---> 100.0 ml MeOH (Refrigerate)

Working Solution: 2.0 ml Stock ---> 100.0 ml MeOH

## Standard Solutions
(Mettler Toledo AX205, FDA No. 5099471 - QA by D.Dai on 7/10/08)

Stock Solution

*25.09* mg USP Digoxin RS ---> 500.0 ml Dilute Alcohol (4 in 5)

10.0 ml
---------> 100.0 ml Dilute Alcohol (4 in 5)   [0.005 mg/ml]

| GENERAL CONTINUATION SHEET | PRODUCT  Digoxin Tablets (0.125 mg) | SAMPLE NO.  462746 |
|---|---|---|

| ANALYST(S)  *Valentino Sciolla* | ANALYST NO.  113 | PAGE 9 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462746
Back of Page 9
9/16/08
VF

## Working Standard Solutions

| Standard Solution | ml Stock Solution | ml Dissolution Medium | Final Concentration (mg/ml) |
|---|---|---|---|
| 20% | 1.0 | 100.0 | 0.00005 |
| 40% | 2.0 | 100.0 | 0.00010 |
| 60% | 3.0 | 100.0 | 0.00015 |
| 80% | 4.0 | 100.0 | 0.00020 |
| 100% | 5.0 | 100.0 | 0.00025 |

## Test Solution (6 tablets tested; 0.125 mg/tablet)

1 tablet ---> 0.1N HCl, 500 ml ---> Filter [0.00025 mg/ml]

## Procedure

Test Prep.:  1.0 ml  Test Solution *(Prepared in duplicate)*
             + 1.0 ml Ascorbic acid-Methanol Solution
             + 5.0 ml HCl
             + 1.0 ml Hydrogen peroxide-Methanol Solution
----> Glass-stoppered flask


Std. Preps.:  1.0 ml  of each Working Std. Solution
              + 1.0 ml Ascorbic acid-Methanol Solution
              + 5.0 ml HCl
              + 1.0 ml Hydrogen peroxide-Methanol Solution
----> Glass-stoppered flask


Blank Prep.:  1.0 ml  Dissolution Medium
              + 1.0 ml Ascorbic acid-Methanol Solution
              + 5.0 ml HCl
              + 1.0 ml Hydrogen peroxide-Methanol Solution
----> Glass-stoppered flask


## Procedure

After 2 hours (FDA Timer# 1678 - QA by A.Vargas on 1/18/08),
measure the fluorescence of each preparation at an emission
wavelength of about 485 nm and an excitation wavelength of about
372 nm correcting each reading for the blank.

Plot a standard curve of Fluorescence vs. % Dissolution.

Determine the % dissolution of digoxin for each Test Solution
from the graph.

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.125 mg) | SAMPLE NO. 462746 |
|---|---|---|

| ANALYST(S) Valentino Fiorella | ANALYST NO. 113 | PAGE 10 OF 12 PAGES |

FORM FDA 431a (5/84)

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No. 462746 |
|---|---|---|

## Least Squares Line Fitting

09/17/2008

The Line Fitting used is Y = mX + b

|  |  |  |
|---|---|---|
| with   m = | 0.02381 |
| and    b = | -0.0498 |
| Correlation Cofficient = | 0.999204448 |

Data Entered:

|  | X | y | LSLF  y | % Deviation |
|---|---|---|---|---|
| 20% Std. | 20 | 0.452 | 0.4264 | 6.004 |
| 40% Std. | 40 | 0.874 | 0.9026 | 3.169 |
| 60% Std. | 60 | 1.352 | 1.3788 | 1.944 |
| 80% Std. | 80 | 1.892 | 1.855 | 1.995 |
| 100% Std. | 100 | 2.324 | 2.3312 | 0.309 |

Extrapolated Data:

|  | X | Y |
|---|---|---|
| Tablet 1-Test 1 | 93.86 | 2.1850 |
| Tablet 1-Test 2 | 92.94 | 2.1630 |
| Tablet 2-Test 1 | 104.19 | 2.4310 |
| Tablet 2-Test 2 | 101.04 | 2.356 |
| Tablet 3-Test 1 | 110.45 | 2.58 |
| Tablet 3-Test 2 | 110.07 | 2.571 |

| Analyst(s)   *Valentino Fiorella* | Analyst No. 113 | Page 11 of 12 Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised  5/17/01 RCC

SPL# 462746
Back of Page 10
9/17/08
VF

## Results

See least squares line fitting calculation, pages 11 - 12 , and Attachment B for spectra.

| Name | EM @ 485 nm | Corrected EM @ 485 nm |
|------|-------------|------------------------|
| Blank | -0.008 | 0 |
| 20% Std. Solution | 0.444 | 0.452 |
| 40% Std. Solution | 0.866 | 0.874 |
| 60% Std. Solution | 1.344 | 1.352 |
| 80% Std. Solution | 1.884 | 1.892 |
| 100% Std. Solution | 2.316 | 2.324 |
| Tablet 1-Test 1 | 2.177 | 2.185 |
| Tablet 1-Test 2 | 2.155 | 2.163 |
| Tablet 2-Test 1 | 2.423 | 2.431 |
| Tablet 2-Test 2 | 2.348 | 2.356 |
| Tablet 3-Test 1 | 2.572 | 2.58 |
| Tablet 3-Test 2 | 2.563 | 2.571 |
| Tablet 4-Test 1 | 2.582 | 2.59 |
| Tablet 4-Test 2 | 2.617 | 2.625 |
| Tablet 5-Test 1 | 2.56 | 2.568 |
| Tablet 5-Test 2 | 2.559 | 2.567 |
| Tablet 6-Test 1 | 2.401 | 2.409 |
| Tablet 6-Test 2 | 2.344 | 2.352 |
| 100% Std. Solution | 2.379 | 2.387 |

| Tablet | % Dissolution 1 | % Dissolution 2 | Avg. % Dissolution |
|--------|-----------------|-----------------|---------------------|
| 1 | 93.86 | 92.94 | 93.40 |
| 2 | 104.19 | 101.04 | 102.62 |
| 3 | 110.45 | 110.07 | 110.26 |
| 4 | 110.87 | 112.34 | 111.61 |
| 5 | 109.95 | 109.9 | 109.93 |
| 6 | 103.27 | 100.87 | 102.07 |
| AVG | | | 104.98 |

[Limit: Each unit is NLT Q + 5% (Q=80%) for 6 units tested (Stage 1)]

| General Continuation Sheet | Product:   Digoxin Tablets (0.125 mg) | Sample No. 462746 |
|---|---|---|

## Least Squares Line Fitting

09/17/2008

The Line Fitting used is Y = mX + b
with   m =          0.02381
and    b =          -0.0498
Correlation Cofficient  =      0.999204448

Data Entered:

|  | X | y | LSLF y | % Deviation |
|---|---|---|---|---|
| 20% Std. | 20 | 0.452 | 0.4264 | 6.004 |
| 40% Std. | 40 | 0.874 | 0.9026 | 3.169 |
| 60% Std. | 60 | 1.352 | 1.3788 | 1.944 |
| 80% Std. | 80 | 1.892 | 1.855 | 1.995 |
| 100% Std. | 100 | 2.324 | 2.3312 | 0.309 |

Extrapolated Data:

|  | X | Y |
|---|---|---|
| Tablet 4-Test 1 | 110.87 | 2.5900 |
| Tablet 4-Test 2 | 112.34 | 2.6250 |
| Tablet 5-Test 1 | 109.95 | 2.5680 |
| Tablet 5-Test 2 | 109.90 | 2.567 |
| Tablet 6-Test 1 | 103.27 | 2.409 |
| Tablet 6-Test 2 | 100.87 | 2.352 |

| Analyst(s)  *Valentino Fialli* | Analyst No. 113 | Page 12 of 12 Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised 5/17/01 RCC