# EXHIBIT 38

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:   462753**
This is an accurate reproduction of the original electronic record as of 03/09/2010

| Flag | | Flag Remarks | | | |
|---|---|---|---|---|---|
| Survey Sample | | CDER Survey 2008-800 | | | |

| Episode Number | Origin | Basis | Sample Type | FIS Smpl Num | Status |
|---|---|---|---|---|---|
| | Domestic | Other-Survln | Official | 0887041 | Completed |

| FEI | Date Collected | Product Code | Responsible Firm | PAC | Hours |
|---|---|---|---|---|---|
| 3006697890 | 03/21/2008 | 63FCC06 | Manufacturer | 56008A | 3 |
| Compliance Num | Country of Origin | | | | |
| | United States | | | | |

| Related Smpl Num | Position Class | Sampling District | NDC Number | Permit Number | Storage Rqrmnt. |
|---|---|---|---|---|---|
| 462744 | DAP | SAN-DO | 51079-946-66 | | Ambient |

| Dealer is Consumer | Crx/DEA Schedule | Recall Num | Consumer Compl. Num | Brand Name | |
|---|---|---|---|---|---|
| No | | | | Digitek | |

**Product Description**
Digoxin Tablets, 250 mcg, RX, single ingredient

**Product Label**
See continuation.

| Reason for Collection | MFG Codes | Expiration Date |
|---|---|---|
| FY 2008 Low Cost Generic Drug Sample Survey 2008-800 (CP 7356.008). Analyze for Uniformity of Dosage Units; Dissolution; Identification | Printed in ink on side of bottle: "Lot No.: 8A332" | "Exp. Date: 7/09" |

| Firm Legal Name | Address | Type of Firm | Firm FEI | FCE |
|---|---|---|---|---|
| ~lmart Stores Inc | 13232 11th Avenue  Hanford, CA  93230-9591  US | Dealer | 3005072736 | |
| AMIDE PHARMACEUTICALS INC. | 101 E Main St  Little Falls, NJ  07424-5608  US | Manufacturer | 3006697890 | |

| Size of Lot | Est. Value | Rcpt Type | Carrier Name | Date Shipped |
|---|---|---|---|---|
| (b)(4) Tablets (b)(4) bottles | | FDA484 | | |

**Description of Sample**
Sample consists of two boxes of Digoxin Tablets, USP, 250 mcg                                                   --

**Method of Collection**
Collected at random from lot on shelves at dealer.

**How Prepared**
Sample id'd as below and placed into brown paper bag.  Brown paper bag id'd as below and sealed as below.  Packed to ship.

| Collector's Identification on Package and/or Label | Collector's Identification on Seal |
|---|---|
| "462753 03/21/08 LCL" | "462753 03/25/08 Lillian C. Lopez" |

| Sample Delivered To | Date Delivered | Orig C/R & Records To |
|---|---|---|
| Fed-Ex | 03/25/2008 | SAN-DO |
| | Lab w/Split Sample | Lab |
| | 0 | NRL |

| Document Number | Document Date | Document Type | Document Remarks |
|---|---|---|---|
| | | | |

**Remarks**
Sample collected on 3-21-08, held under lock and key, and sealed and shipped on 3-25-08.

Date: 03/09/2010                                   Page:  1  of  3



DEFENDANT'S EXHIBIT 3D

# Food and Drug Administration Office of Regulatory Affairs
## Collection Report
### For Sample Number:   462753

This is an accurate reproduction of the original electronic record as of  03/09/2010

| Payment Amount | Payment Method | 704(d) Sample | 702(b) Portion | Collector's Name |
|---|---|---|---|---|
| $0.00 | No Charge | No | No | Lillian C Lopez |

| Name of Signer | | Date & Time of Signature | | Meaning |
|---|---|---|---|---|
| Lillian C Lopez | | 03/25/2008   01:22 PM   ET | | Collector |

**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:**   462753

This is an accurate reproduction of the original electronic record as of  03/09/2010

**Continuation:**

**Product Label**
Product in white box labeled in part:"*** NDC 51079-946 -66 ***DIGITEK***(DIGOXIN TABLETS, USP) *** 250 mcg (0.25 mg)*** 180 Tablets *** Lot No.: 8A332  Exp. Date: 7/09***".

## Food and Drug Administration Office of Regulatory Affairs
### Summary Report
### For Sample Number: 462753

| TD Sample Number: | Import Sample Number |
|---|---|

This is an accurate reproduction of the original electronic record as of   09/23/2008

---

**Sample Class:** Normal Everyday Sample    **Sample Origin:** Domestic    **Sample Basis:** Surveillance
Survey Sample    **Sample Type:** Official    **Collecting District:** SAN-DO
**Home District:**    **Orig C/R and Records To:** SAN-DO    **Collection PACs:** 56008A

**Product Name:** Digoxin (Cardiotonic); Human - Rx/Single Ingredient; Delayed Release Tablets

**Product Description:** Digoxin Tablets, 250 mcg, RX, single ingredient

**Collection Reason:** FY 2008 Low Cost Generic Drug Sample Survey 2008-800 (CP 7356.008). Analyze for Uniformity of Dosage Units; Dissolution; Identification

---

| **Lab:** NRL | **Split Num** 0 | **Date Received:** 03/26/2008 | **Date Out of Lab:** 09/23/2008 |
|---|---|---|---|
| **District Conclusion:** | | **District Conclusion Made By:** | **District** |
| **Disposition Reason:** | | **Disposition Authorized By:** | **Disposition Authorized Date** |

---

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| NRL-DCB-G | 56008A | | DRT | | 1 - In Compliance | Completed |

**Lab Conclusion**

product meets specifications for Identification, Dissolution, and Content Uniformity.

**Lab Conclusion Date**    **Lab Conclusion Made By**

09/23/2008    Mathew,Samuel K

RECEIVED

OCT - 5 2008

FDA -- SJN
COMPLIANCE BRANCH

FLAG Original

| ANALYST WORKSHEET | 1. PRODUCT<br>DIGITEK (DIGOXIN TABLETS, USP) 250 mcg(0.25 mg) | | 2. SAMPLE NUMBER<br>462753 |
|---|---|---|---|
| 3. SEALS<br>☐ NONE   ☐ BROKEN   ☒ INTACT | 4. DATE REC'D<br>4/3/08 | 5. RECEIVED FROM<br>Elvis Leslie | 6 DISTRICT OF LABORATORY<br>NRL |

**7. DESCRIPTION OF SAMPLE**

One brown, paper bag officially sealed, "462753  03/25/08  Lillian C. Lopez  CST ", containing two product cartons identified " 462753  03/21/08  LCL  Sub 1 of 2 " and " 462753  03/21/08  LCL  Sub 2 of 2 ", respectively. An FDA 525 is attached to the sample.

| 8.<br>NET CON-TENTS | ☐ NOT APPLICABLE<br>☒ NOT DETERMINED<br>___ UNITS EXAMINED | DECLARE/UNIT ___<br>AMOUNT FOUND ___<br>% OF DECLARED ___ | <u>180 tablets</u> | 9.<br>LABEL-ING | ___1___ ORIGINAL(S) SUBMITTED<br>___1___ COPIES SUBMITTED<br>☐ NONE |
|---|---|---|---|---|---|

**10. SUMMARY OF ANALYSIS**

Container: White, rectangular, cardboard carton approximately 14.5 cm x 6.5 cm x 7 cm. Carton contains 6 intact, rectangular, foil, blister packs. Each pack contains 30 tablets. Each individual pack is stored in a separate, white, plastic case.

Labeling: Carton has a commercially-printed, rectangular, paper, stick-on label. Commercially-printed product insert is inside carton. Plastic case has a similar commercially-printed label.

Code: " Lot No.: 8A332 " and " Exp. Date: 7/09 " printed on the carton label and the back of each blister pack.

Product: Round, biconvex, solid, white tablet. Tablet is unmarked and unscored on one side. Opposite side is 1/2-scored with markings "B" and "146". Tablet is approximately 7.5 mm in diameter.

Analysis: Identification, Dissolution, and Content Uniformity.

Method: USP 30 - NF 25, p. 1943.

Results: See general continuation sheet page 2.

**11. RESERVE SAMPLE**

Original, brown, paper bag officially sealed " 462753  9/22/08  Valentino Fiorella  Analyst" containing one open and one intact product carton. Open carton is additionally identified " VF 4/3/08 ". Plastic case with used blister pack containing 11 tablets is identified " #462753  4/3/08  VF  Sub 2 of 2". Sample returned to the sample custodian.

| 12.a. ANALYST SIGNATURE (Broke Seal ☒ )<br>_Valentino Fiorell_<br>b.<br>c. | 13.<br>WORK-SHEET CHECK | a. BY<br>_J. Mathur_<br>b. DATE<br>9/23/08 |
|---|---|---|
| | 14. DATE REPORTED | 9/23/08 |

FORM FDA 431 (5/84)          PREVIOUS EDITION IS OBSOLETE                    PAGE _1_ OF _2_ PAGES
ATTACHMENTS : A (pp. _1 - 20_ ), B

Spl. # 462753
Back of page 1

VF 9/22/08

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 462753 |
|---|---|---|

## RESULTS:

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

### Content Uniformity
*(See computer printout pages 6 - 7 for complete results)*

Range: *93.4* % to *105.7* %; Average($X$): *98.7*%;

RSD: *3.5* %; s: *3.47*

Acceptance Value(AV) = *8.3* %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

### Dissolution
*(See least squares line fitting pages 11 - 12 for complete results)*

Range: *89.3* % to *105.7* % ; Avg.: *98.2*%

(Limit: Each unit is NLT Q+5% (Q=80%) for 6 units tested (Stage 1))

| ANALYST(S) *Valentino Fiorelli* | ANALYST NO. 113 | PAGE *2* OF *62* PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462753
Back of Page 2
5/12/08
NF

## DIGOXIN TABLETS
(USP 30-NF 25, p.1943)

#### Reference Std:
USP Digoxin RS # 1200000-05, Lot O0B096, dried in vacuum at 105°C for 1 hour prior to use. For quantitative applications, use a value of 0.961 mg of digoxin per mg on the dried basis.

Reagents: Fisher Scientific Acetonitrile, Lot 073938 (Rec'd 11/1/07)
Sigma Digoxigenin, Lot No. 016K3777 (Rec'd 2/6/08)

Filter: PALL Life Sciences Acrodisc 25 mm Syringe Filter with 0.45 um Nylon Membrane, Lot A10529577

### Identification

The retention time of the major peak in the chromatogram of the *sample preparation* corresponds to that in the chromatogram of the *standard preparation*. *Complies*

### Content Uniformity

Mobile Phase: Water/Acetonitrile (74/26)

#### System Suitability Solution
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

__4.025__ mg USP Digoxin RS + __4.122__ mg Digoxigenin

----> 100.0 ml Diluted Alcohol

#### Standard Solution 1 (CCV)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

__2.522__ mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

#### Standard Solution 2 (ICV/Check Std.)
(Balance: Cahn C-31 Microbalance, FDA No. 5004472 - QA by G.Lehr on 1/14/08)

__2.505__ mg USP Digoxin RS ----> 100.0 ml Diluted Alcohol

#### Sample Solution
For each of 10 tablets tested:

1 tablet(0.25 mg) ----> 10.0 ml Diluted Alcohol ----> Filter

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO 462753 |
|---|---|---|

| ANALYST(S) *Valentino Finelle* | ANALYST NO. 113 | PAGE 3 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462753
Back of Page 3
5/12/08
VF

Content Uniformity

Chromatographic System

Resolution (R)
(See page 2 ,Attachment A)

$$R = \frac{2(t2 - t1)}{w1 + w2} = \underline{21.7} \qquad \text{[Limit: R is NLT 4.0]}$$

Theoretical Plates(N)
(See page 3 ,Attachment A)

$$N = 16(t/w)^2 = \underline{6148} \qquad \text{[Limit: N is NLT 1200]}$$

Tailing Factor (T)
(See page 3 ,Attachment A)

$$T = [W_{0.05}/2f] = \underline{1.2} \qquad \text{[Limit: T is NMT 2.0]}$$

Relative Std. Deviation (RSD)
(See computer calculation, page 5 )

$$RSD = \underline{0.33} \% \qquad \text{[Limit: RSD is NMT 2.0\%]}$$

Standard 2 Calculation (ICV/Check Std.)
(See pp. 3 - 8 ,Attachment A for chromatograms)

$$\% \text{ Digoxin} = \frac{\text{Area Std.2}}{\text{Area Std.1}} \times \frac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}} \times \frac{\text{Std 2 Dilution}}{\text{Std 2 Wt.}} \times 100$$

Area Std.1 = Avg.area of  5 std. injections.(See computer calculation, p. 5 )
Std.Wt.1 = ( 2.522 mg)(0.961) = __2.424__ mg
Std.Wt.2 = ( 2.505 mg)(0.961) = __2.407__ mg

$$\% \text{ Digoxin} = \frac{1350936}{1358455} \times \frac{2.424}{100.0} \text{ ml} \times \frac{100.0 \text{ ml}}{2.407 \text{ mg}} \times 100 = \underline{100.1} \%$$

| GENERAL CONTINUATION SHEET | PRODUCT  *Digoxin Tablets (0.25 mg)* | SAMPLE NO.  462753 |
|---|---|---|

ANALYST(S) *Valentino Fiorello*  ANALYST NO. 113  PAGE 4 OF 62 PAGES

FORM FDA 431a (5/84)

SPL# 462753
Back of Page 4
5/14/08
VF

Standard 1 Calculation (CCV)
(See pp. 3 - 7 and page 20, Attachment A for chromatograms)

% Digoxin = $\dfrac{\text{Area Std.1(7)}}{\text{Area Std.1}}$ x $\dfrac{\text{Std 1 Wt.}}{\text{Std 1 Dilution}}$ x $\dfrac{\text{Std 1 Dilution}}{\text{Std 1 Wt.}}$ x 100

Area Std.1 = Avg. area of _5_ std. injections. (See computer calculation, p. 5 )
Area Std.1(7) = Area of Std.1, Injection 7. (See page 20, Attachment A)
Std.Wt.1 = ( 2.522 mg)(0.961) = __2.424__ mg

% Digoxin = $\dfrac{1362718}{1358455}$ x $\dfrac{2.424 \text{ mg}}{100.0 \text{ ml}}$ x $\dfrac{100.0 \text{ ml}}{2.424 \text{ mg}}$ x 100 = 100.3 %

Calculations
(See computer printout pages 6 - 7 for complete results and
pages 9 - 13 , Attachment A for chromatograms)
    + 15-19                    Sample
Area Std.1 = Avg. area of _5_ std. injections. (See computer calculation, p. 5 )
Std.Wt.1 = ( 2.522 mg)(0.961) = __2.424__ mg

If 98.5% < X ≤ 101.5%, then M = X

Range: 93.4 % to 105.7 %; Average(X): 98.7 %; RSD: 3.5 %; s: 3.47

Acceptance Value(AV) = M - X + ks

AV = (2.4)( 3.47 ) = 8.33 %

(Limit: AV ≤ 15.0 % unless otherwise specified in the individual monograph)

| General Continuation Sheet | Product:   Digoxin Tablets (0.25 mg) | Sample No.   462753 |
|---|---|---|

### Statistical Analysis of Data:        Standard Solution 1 (CCV)          05/12/2008

| | |
|---|---|
| Relative STD Deviation | 0.33 % |
| Standard Deviation | 4460.98825 |
| Average (mean) | 1358454.8 |
| Number of entries | 5 |
| Range | 1351619   To   1361670 |

Data Entered:

1351619
1356187
1361567
1361231
1361670

| Analyst(s)   *Valentino Finelli* | Analyst No.   113 | Page 5 of 12 Pages |
|---|---|---|

NSL FORM 431a   ·   Statistics Worksheet   Revised 5/17/01 ROC

| General Continuation Sheet | Product:   Digoxin Tablets (0.25 mg) | Sample No.          462753 |
|---|---|---|

## Content Uniformity

05/14/2008

| | |
|---|---|
| No. of Units Examined | 10 |
| Standard Weight | 2.424 mg. |
| Standard Dilution | 100 |
| Sample Dilution | 10 |

Data Entered:

| Unit #1 | 1375178 | STD #1 | 1358455 |
|---|---|---|---|
| Unit #2 | 1384606 | Blank | 0 |
| Unit #3 | 1375132 | | |
| Unit #4 | 1444559 | | |
| Unit #5 | 1352004 | | |
| Unit #6 | 1382290 | | |
| Unit #7 | 1308413 | | |
| Unit #8 | 1351187 | | |
| Unit #9 | 1369343 | | |
| Unit #10 | 1481500 | | |

CONTENT UNIFORMITY RESULTS:

| | FOUND ( mg/tablet ) | DECLARED | % of DECLARED |
|---|---|---|---|
| UNIT #1 | 0.245 | 0.25 | 98.2 |
| UNIT #2 | 0.247 | mg/tablet | 98.8 |
| UNIT #3 | 0.245 | | 98.2 |
| UNIT #4 | 0.258 | | 103.1 |
| UNIT #5 | 0.241 | | 96.5 |
| UNIT #6 | 0.247 | | 98.7 |
| UNIT #7 | 0.233 | | 93.4 |
| UNIT #8 | 0.241 | | 96.4 |
| UNIT #9 | 0.244 | | 97.7 |
| UNIT #10 | 0.264 | | 105.7 |
| AVG. | 0.247 | | 98.7 |

| | | | | | |
|---|---|---|---|---|---|
| OFFICIAL LIMITS: | 90.0 % | TO | 105.0 % | | |
| No. of Units Examined | 10 | | | | |
| RANGE | 93.4 % | TO | 105.7 % of Declared | | |
| UNITS >=85 BUT <=115 % of Avg. Limit | | | : | | 10 |
| UNITS >=75 BUT <85 OR >115 BUT <=125 % of Avg. Limit | | | : | | 0 |
| UNITS <75 OR >125 % of Avg. Limit | | | : | | 0 |
| REL. STD. DEV. : | 3.5 LIMIT <= 6.0% | | | | |

$$mg/unit = (R\_spl * std\_wt * spl\_dil) / (R\_std * std\_dil * 1\ unit)$$

| Analyst(s)   *Valentino Finelli* | Analyst No.   113 | Page 6 of 12 Pages |
|---|---|---|

NRL FORM 431a    Content Uniformity Worksheet Revised 5/17/01 RCC

| General Continuation Sheet | Product: Digoxin Tablets (0.25 mg) | Sample No. 462753 |
|---|---|---|

### Statistical Analysis of Data:

Content Uniformity
Standard Deviation

05/14/2008

| | |
|---|---|
| Relative STD  Deviation | 3.51 % |
| Standard Deviation | 3.47 |
| Average (mean) | 98.67 |
| Number of entries | 10 |
| Range | 93.4    To    105.7 |

Data Entered:

98.2
98.8
98.2
103.1
96.5
98.7
93.4
96.4
97.7
105.7

| Analyst(s) *Valentino Fiorello* | Analyst No. 113 | Page 7 of 12 Pages |
|---|---|---|

NRL FORM 431a  -  Statistics Worksheet  Revised 5/17/01 RCC

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 462753 |
|---|---|---|

| ANALYST(S) *Valentino Fiorelle* | ANALYST NO. 113 | PAGE 8 OF 62 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462753
Back of Page 8
9/10/08
VF

## Dissolution

Medium: 0.1N HCl, 500 ml (37.0°C ± 0.5°C)
Apparatus 1: 120 rpm
Time: 60 minutes
Instrument: Distek Dissolution Apparatus #1, FDA No. 1218
        (QA by F.Maldonado on 7/7/08)
Instrument: Shimadzu Fluorescence Spectrophotometer, FDA# 5004459
        (QA by V.Fiorella on 7/1/08)

Reagents: Sigma L-Ascorbic Acid, Lot 10X0256 (Rec'd before 4/10/06)
        Sigma-Aldrich 30% $H_2O_2$, Batch# 04824AH (Rec'd 4/3/08)
        Fisher Scientific Methanol, Lot 081717 (Rec'd 5/27/08)
        Fisher Scientific HCl, Lot 063102 (Rec'd 5/4/07)

Filter: PALL Life Sciences Acrodisc Premium 25 mm Syringe Filter with
        0.45 um GHP Membrane, Lot 21688684

## Ascorbic acid-Methanol Solution
(Mettler Toledo AX205, FDA No. 5099471 - QA by D.Dai on 7/10/08)

202.2 mg Ascorbic acid ----> 100.0 ml MeOH

## Hydrogen peroxide-Methanol Solution

Stock Solution: 2.0 ml 30% $H_2O_2$ ---> 100.0 ml MeOH (Refrigerate)

Working Solution: 2.0 ml Stock ---> 100.0 ml MeOH

## Standard Solutions
(Mettler Toledo AX205, FDA No. 5099471 - QA by D.Dai on 7/10/08)

## Stock Solution

25.09 mg USP Digoxin RS ---> 500.0 ml Dilute Alcohol (4 in 5)

10.0 ml
----------> 100.0 ml Dilute Alcohol (4 in 5)   [0.005 mg/ml]

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 462753 |
|---|---|---|

| ANALYST(S) *Valentino Fiorella* | ANALYST NO. 113 | PAGE 9 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462753
Back of Page 9
9/11/08
VF

## Working Standard Solutions

| Standard Solution | ml Stock Solution | ml Dissolution Medium | Final Concentration (mg/ml) |
|---|---|---|---|
| 20% | 1.0 | 50.0 | 0.00010 |
| 40% | 2.0 | 50.0 | 0.00020 |
| 60% | 3.0 | 50.0 | 0.00030 |
| 80% | 4.0 | 50.0 | 0.00040 |
| 100% | 5.0 | 50.0 | 0.00050 |

**Test Solution** (6 tablets tested; 0.25 mg/tablet)

1 tablet ---> 0.1N HCl, 500 ml ---> Filter [0.0005 mg/ml]

## Procedure

Test Prep.:  1.0 ml  Test Solution (Prepared in duplicate)
           + 1.0 ml Ascorbic acid-Methanol Solution
           + 5.0 ml HCl
           + 1.0 ml Hydrogen peroxide-Methanol Solution
----> Glass-stoppered flask

Std. Preps.:  1.0 ml  of each Working Std. Solution
           + 1.0 ml Ascorbic acid-Methanol Solution
           + 5.0 ml HCl
           + 1.0 ml Hydrogen peroxide-Methanol Solution
----> Glass-stoppered flask

Blank Prep.:  1.0 ml  Dissolution Medium
           + 1.0 ml Ascorbic acid-Methanol Solution
           + 5.0 ml HCl
           + 1.0 ml Hydrogen peroxide-Methanol Solution
----> Glass-stoppered flask

## Procedure

After 2 hours (FDA Timer# 1678 - QA by A.Vargas on 1/18/08),
measure the fluorescence of each preparation at an emission
wavelength of about 485 nm and an excitation wavelength of about
372 nm correcting each reading for the blank.

Plot a standard curve of Fluorescence vs. % Dissolution.

Determine the % dissolution of digoxin for each Test Solution
from the graph.

| GENERAL CONTINUATION SHEET | PRODUCT Digoxin Tablets (0.25 mg) | SAMPLE NO. 462753 |
|---|---|---|

| ANALYST(S) *Valentino Fusillo* | ANALYST NO. 113 | PAGE 10 OF 12 PAGES |
|---|---|---|

FORM FDA 431a (5/84)

SPL# 462753
Back of Page 10
9/12/08
VF

## Results

See least squares line fitting calculation, pages 11 - 12, and Attachment B for spectra.

| Name | EM @ 485 nm | Corrected EM @ 485 nm |
|------|-------------|------------------------|
| Blank | -0.046 | 0 |
| 20% Std. Solution | 0.885 | 0.931 |
| 40% Std. Solution | 1.768 | 1.814 |
| 60% Std. Solution | 2.678 | 2.724 |
| 80% Std. Solution | 3.699 | 3.745 |
| 100% Std. Solution | 4.724 | 4.77 |
| Tablet 1-Test 1 | 4.911 | 4.957 |
| Tablet 1-Test 2 | 4.932 | 4.978 |
| Tablet 2-Test 1 | 4.962 | 5.008 |
| Tablet 2-Test 2 | 4.689 | 4.735 |
| Tablet 3-Test 1 | 4.404 | 4.45 |
| Tablet 3-Test 2 | 4.481 | 4.527 |
| Tablet 4-Test 1 | 4.159 | 4.205 |
| Tablet 4-Test 2 | 4.158 | 4.204 |
| Tablet 5-Test 1 | 4.17 | 4.216 |
| Tablet 5-Test 2 | 4.268 | 4.314 |
| Tablet 6-Test 1 | 5.077 | 5.123 |
| Tablet 6-Test 2 | 4.816 | 4.862 |
| 100% Std. Solution | 4.886 | 4.932 |

| Tablet | % Dissolution 1 | % Dissolution 2 | Avg. % Dissolution |
|--------|-----------------|-----------------|---------------------|
| 1 | 104.96 | 105.4 | 105.18 |
| 2 | 106.02 | 100.34 | 103.18 |
| 3 | 94.41 | 96.01 | 95.21 |
| 4 | 89.31 | 89.29 | 89.30 |
| 5 | 89.54 | 91.58 | 90.56 |
| 6 | 108.42 | 102.98 | 105.70 |
| AVG | | | 98.19 |

[Limit: Each unit is NLT Q + 5% (Q=80%) for 6 units tested (Stage 1)]

| General Continuation Sheet | Product:   Digoxin Tablets (0.25 mg) | Sample No.        462753 |
|---|---|---|

## Least Squares Line Fitting

09/12/2008

The Line Fitting used is Y = mX  + b
with   m =        0.048045
and   b =        -0.0859
Correlation Cofficient  =        0.999366014

Data Entered:

|  | x | y | LSLF  y | % Deviation |
|---|---|---|---|---|
| 20% Std. | 20 | 0.931 | 0.875 | 6.400 |
| 40% Std. | 40 | 1.814 | 1.8359 | 1.193 |
| 60% Std. | 60 | 2.724 | 2.7968 | 2.603 |
| 80% Std. | 80 | 3.745 | 3.7577 | 0.338 |
| 100% Std. | 100 | 4.77 | 4.7186 | 1.089 |

Extrapolated Data:

|  | X | Y |
|---|---|---|
| Tablet 1-Test 1 | 104.96 | 4.9570 |
| Tablet 1-Test 2 | 105.40 | 4.9780 |
| Tablet 2-Test 1 | 106.02 | 5.0080 |
| Tablet 2-Test 2 | 100.34 | 4.735 |
| Tablet 3-Test 1 | 94.41 | 4.45 |
| Tablet 3-Test 2 | 96.01 | 4.527 |

| Analyst(s)   *Valentino Fiorelli* | Analyst No.   113 | Page *11* of *12* Pages |
|---|---|---|

Least Squares Line Fitting  Worksheet  Revised  5/17/01 RCC

| General Continuation Sheet | Product:  Digoxin Tablets (0.25 mg) | Sample No.  462753 |
|---|---|---|

## Least Squares Line Fitting

09/12/2008

The Line Fitting used is Y = mX + b

with   m =          0.048045
and   b =          -0.0859
Correlation Cofficient =     0.999366014

Data Entered:

| | X | y | LSLF y | % Deviation |
|---|---|---|---|---|
| 20% Std. | 20 | 0.931 | 0.875 | 6.400 |
| 40% Std. | 40 | 1.814 | 1.8359 | 1.193 |
| 60% Std. | 60 | 2.724 | 2.7968 | 2.603 |
| 80% Std. | 80 | 3.745 | 3.7577 | 0.338 |
| 100% Std. | 100 | 4.77 | 4.7186 | 1.089 |

Extrapolated Data:

| | X | Y |
|---|---|---|
| Tablet 4-Test 1 | 89.31 | 4.2050 |
| Tablet 4-Test 2 | 89.29 | 4.2040 |
| Tablet 5-Test 1 | 89.54 | 4.2160 |
| Tablet 5-Test 2 | 91.58 | 4.314 |
| Tablet 6-Test 1 | 108.42 | 5.123 |
| Tablet 6-Test 2 | 102.98 | 4.862 |

| Analyst(s) | *Valentino Finelli* | Analyst No.  113 | Page 62 of 62 Pages |
|---|---|---|---|

Least Squares Line Fitting Worksheet  Revised 5/17/01 RCC

ATTACHMENT A - Page / of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Blank
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Blank-Rep2
Date: 05/12/2008 10:44:34 AM
Vial: 0
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| | | | | | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *2* of *20* pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 462753

Name: System Suitability Solution
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\SysSuitSoln
Date: 05/12/2008 11:03:33 AM
Vial: 1
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|---------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxigenin | 3.31 | 4333429 | 600365 | 1.2 | 0.0 | 3053 |
| 2 | Digoxin | 13.22 | 2167452 | 83434 | 1.2 | 21.7 | 6177 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 6500881 | 683799 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

ATTACHMENT A - Page *3* of *20* pages          **Product:** Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln-Rep1.
Date: 05/12/2008 11:22:33 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.24 | 1351619 | 51848 | 1.2 | 0.0 | 6148 |
| Totals | | | 1351619 | 51848 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 4 of 20 pages    **Product:** Digoxin Tablets (0.25 mg)    Spl.No. 462753

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln-Rep2
Date: 05/12/2008 11:41:28 AM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.25 | 1356187 | 52219 | 1.2 | 0.0 | 6197 |
| Totals | | | 1356187 | 52219 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

**ATTACHMENT A** - Page *5* of *20* pages          **Product:** Digoxin Tablets  (0.25 mg)          Spl.No.  462753

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln-Rep3.
Date: 05/12/2008 12:00:29 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|---------------------|
| 1 | Digoxin | 13.27 | 1361567 | 52314 | 1.2 | 0.0 | 6170 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1361567 | 52314 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

| ATTACHMENT A - Page 6 of 20 pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 462753 |

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln-Rep4.
Date: 05/12/2008 12:19:28 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.28 | 1361231 | 52233 | 1.2 | 0.0 | 6191 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1361231 | 52233 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

**ATTACHMENT A** - Page 7 of 20 pages          Product: Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln-Rep5.
Date: 05/12/2008 12:38:23 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.29 | 1361670 | 52059 | 1.2 | 0.0 | 6098 |
| Totals | | | 1361670 | 52059 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

ATTACHMENT A - Page _8_ of _20_ pages          Product: Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Standard Solution 2 (ICV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\CheckStd.
Date: 05/12/2008 12:57:24 PM
Vial: 3
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.32 | 1350936 | 51585 | 1.2 | 0.0 | 6179 |

| Totals | | | Area | Height | | | |
|--------|---|---|------|--------|---|---|---|
| | | | 1350936 | 51585 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 (QA by V.Fiorella on 4/7/08)
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB (250 mm x 4.6 mm; 5 um), Serial No. 88682C

ATTACHMENT A - Page _9_ of _20_ pages          Product: Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Tablet 1
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab1
Date: 05/12/2008 2:47:06 PM
Vial: 4
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.43 | 1375178 | 52490 | 1.2 | 0.0 | 6259 |

| Totals | | | | | | | |
|--------|--|--|------|------|--|--|--|
| | | | 1375178 | 52490 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *10* of *20* pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 462753

Name: Tablet 2
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab2
Date: 05/12/2008 3:06:02 PM
Vial: 5
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|---|---|---|---|---|---|---|---|
| 1 | Digoxin | 13.47 | 1384606 | 52825 | 1.2 | 0.0 | 6295 |

| Totals | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1384606 | 52825 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

ATTACHMENT A - Page _11_ of _20_ pages          Product: Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Tablet 3
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab3
Date: 05/12/2008 3:25:00 PM
Vial: 6
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.51 | 1375132 | 52357 | 1.1 | 0.0 | 6279 |

| Totals | | | Area | Height | | | |
|--------|--|--|------|--------|--|--|--|
| | | | 1375132 | 52357 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *62* of *20* pages | Product: Digoxin Tablets  (0.25 mg) | Spl.No.  462753

Name: Tablet 4
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab4
Date: 05/12/2008 3:43:59 PM
Vial: 7
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.52 | 1444559 | 54489 | 1.1 | 0.0 | 6019 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1444559 | 54489 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *13* of *20* pages        **Product:** Digoxin Tablets (0.25 mg)        **Spl.No.** 462753

Name: Tablet 5
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab5
Date: 05/12/2008 4:02:57 PM
Vial: 8
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.53 | 1352004 | 50382 | 1.1 | 0.0 | 6002 |

| Totals | | | Area | Height | | | |
|--------|--|--|------|--------|--|--|--|
| | | | 1352004 | 50382 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *14* of *20* pages          Product: Digoxin Tablets (0.25 mg)          Spl.No. 462753

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln.6
Date: 05/12/2008 4:21:55 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.52 | 1359785 | 50307 | 1.1 | 0.0 | 5809 |
| Totals | | | 1359785 | 50307 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *15* of *20* pages    Product: Digoxin Tablets (0.25 mg)    Spl.No. 462753

Name: Tablet 6
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab6
Date: 05/12/2008 4:40:54 PM
Vial: 9
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.55 | 1382290 | 50811 | 1.1 | 0.0 | 5739 |
| Totals | | | 1382290 | 50811 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page *16* of *20* pages          Product: Digoxin Tablets  (0.25 mg)          Spl.No. 462753

Name: Tablet 7
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab7
Date: 05/12/2008 4:59:52 PM
Vial: 10
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.57 | 1308413 | 47846 | 1.1 | 0.0 | 5798 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1308413 | 47846 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C

ATTACHMENT A - Page *17* of *20* pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 462753

Name: Tablet 8
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab8
Date: 05/12/2008 5:18:50 PM
Vial: 11
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.58 | 1351187 | 48953 | 1.1 | 0.0 | 5606 |

| Totals | | | Area | Height | | | |
|--------|--|--|---------|--------|--|--|--|
| | | | 1351187 | 48953 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page _18_ of _20_ pages     Product: Digoxin Tablets  (0.25 mg)     Spl.No.  462753

Name: Tablet 9
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab9
Date: 05/12/2008 5:37:49 PM
Vial: 12
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.59 | 1369343 | 49220 | 1.1 | 0.0 | 5560 |

| Totals | | | | | | | |
|--------|--|--|--|--|--|--|--|
| | | | 1369343 | 49220 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 (QA by V.Fiorella on 4/7/08)
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water  (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB (250 mm x 4.6 mm; 5 um), Serial No. 88682C

ATTACHMENT A - Page *19* of *20* pages | Product: Digoxin Tablets (0.25 mg) | Spl.No. 462753

Name: Tablet 10
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Tab10
Date: 05/12/2008 5:56:47 PM
Vial: 13
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.61 | 1481500 | 52900 | 1.1 | 0.0 | 5438 |

| Totals | | | Area | Height | | | |
|--------|--|--|------|--------|--|--|--|
| | | | 1481500 | 52900 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um), Serial No. 88682C*

ATTACHMENT A - Page 20 of 20 pages     **Product:** Digoxin Tablets (0.25 mg)     Spl.No. 462753

Name: Standard Solution 1 (CCV)
Method: C:\CLASS-VP\METHODS\DigoxinTabs.met
File: C:\CLASS-VP\DATA\DigoxinTabs\462753\Std.Soln.7
Date: 05/12/2008 6:15:46 PM
Vial: 2
Injection Volume: 50 ul

Detector A
(218nm)

| Pk # | Name | Retention Time | Area | Height | Asymmetry | Resolution | Theoretical plates |
|------|------|----------------|------|--------|-----------|------------|--------------------|
| 1 | Digoxin | 13.58 | 1362718 | 49101 | 1.1 | 0.0 | 5547 |

| Totals | | | | | | | |
|--------|--|--|---------|-------|--|--|--|
| | | | 1362718 | 49101 | | | |



Instrument: Shimadzu HPLC LC-10AT VP, FDA# 5083845 *(QA by V.Fiorella on 4/7/08)*
Analyst: Valentino Fiorella
Mobile Phase: Acetonitrile/Water (26/74)
Flow: 2.0 ml/min.
Column: Supelcosil LC-18-DB *(250 mm x 4.6 mm; 5 um)*, Serial No. 88682C



**Food and Drug Administration Office of Regulatory Affairs**
**Collection Report**
**For Sample Number:** 462746
This is an accurate reproduction of the original electronic record as of 04/02/2008

*dr-174*

| | | | | | |
|---|---|---|---|---|---|
| **Flag**<br>Survey Sample | | **Flag Remarks**<br>CDER Survey 2008-800 | | | |
| **Episode Number** | **Origin**<br>Domestic | **Basis**<br>Surveillance | **Sample Type**<br>Official | **FIS Smpl Num**<br>0886991 | **Status**<br>Completed |
| **FEI**<br>3006697890<br>**Compliance Num** | **Date Collected**<br>03/21/2008<br>**Country of Origin**<br>United States | **Product Code**<br>63FCC06 | **Responsible Firm**<br>Manufacturer | **PAC**<br>56008A | **Hours**<br>3 |
| **Related Smpl Num**<br>462744 | **Position Class**<br>DAP | **Sampling District**<br>SAN-DO | **NDC Number**<br>51079-945-66 | **Permit Number** | **Storage Rqrmnt.**<br>Ambient |
| **Dealer is Consumer**<br>No | **Crx/DEA Schedule** | **Recall Num** | **Consumer Compl. Num** | **Brand Name**<br>Digitek | |

**Product Description**
Digoxin Tablets, 125 mcg, RX, single ingredient

**Product Label**
See continuation.

**Reason for Collection**
FY 2008 Low Cost Generic Drug Sample Survey 2008-800 (CP 7356.008). Analyze for Uniformity of Dosage Units; Dissolution; Identification

**MFG Codes**
Printed in ink on side of bottle: "Lot No.: 7P964"

**Expiration Date**
"Exp. Date: 4/09"

| **Firm Legal Name** | **Address** | **Type of Firm** | **Firm FEI** | **FCE** |
|---|---|---|---|---|
| Walmart Stores Inc | 13232 11th Avenue Hanford, CA 93230-9591 US | Dealer | 3005072736 | |
| AMIDE PHARMACEUTICALS INC. | 101 E Main St Little Falls, NJ 07424-5608 US | Manufacturer | 3006697890 | |

| **Size of Lot**<br>(b) (4) tablet bottles | **Est. Value** | **Rcpt Type**<br>FDA484 | **Carrier Name** | **Date Shipped** RECEIVED |
|---|---|---|---|---|

**Description of Sample**
Sample consists of two boxes of Digoxin Tablets, USP, 125 mcg

**Method of Collection**
Collected at random from lot on shelves at dealer.

OCT - 6 2008
FDA -- SJN
COMPLIANCE BRANCH

**How Prepared**
Sample id'd as below and placed into brown paper bag. Brown paper bag id'd as below and sealed as below. Packed to ship.

**Collector's Identification on Package and/or Label**
"462746 03/21/08 LCL"

**Collector's Identification on Seal**
"462746 03/25/08 Lillian C. Lopez"

| **Sample Delivered To**<br>Fed-Ex | **Date Delivered**<br>03/25/2008 | **Orig C/R & Records To**<br>SAN-DO |
|---|---|---|
| | **Lab w/Split Sample**<br>0 | **Lab**<br>NRL |

| **Document Number** | **Document Date** | **Document Type** | **Document Remarks** |
|---|---|---|---|

**Remarks**
Sample collected on 3-21-08, held under lock and key, and sealed and shipped on 3-25-08.

**Date:** 04/02/2008          **Page:** 1 of 3