# EXHIBIT 39

## Food and Drug Administration Office of Regulatory Affairs
### Summary Report
### For Sample Number: 157503

| TD Sample Number: | Import Sample Number |

This is an accurate reproduction of the original electronic record as of   04/28/2010

---

Sample Class: Normal Everyday Sample   Sample Origin: Domestic   Sample Basis: Other-Survl
Sample Flag: Survey Sample   Sample Type: Official   Collecting District: SJN-DO
Home District:   Orig C/R and Records To: SJN-DO   Collection PACs: 56008A

Product Name: Anti-Anginal, N.E.C.; Human - Rx/Single Ingredient; Prompt Release Tablets

Product Description: DIGITEK (Digoxin) TABLETS, USP 125 mcg (0.125 mg)

Collection Reason:   2002-09 CDER Initiated Drug Product Surveillance Program (CP 7356.008)

---

Lab: SJN-LAB   Split Num 0   Date Received: 03/25/2002   Date Out of Lab: 07/12/2002
District Conclusion: No Action Indicated (NAI)   District Conclusion Made By: Gonzalez, Jorge L   District: 11/15/2002
Disposition Reason: NAI By Home District   Disposition Authorized By: Cruz, Concepcion   Disposition Authorized Date: 11/15/2002

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SJN-LAB | 56008A | | DRT | | 1 - In Compliance | Completed |

**Lab Conclusion**
Spl meets USP's Uniformity of Dosage Units specs.

Lab Conclusion Date   Lab Conclusion Made By
07/12/2002   Cruz, Concepcion

---

Lab: SRL-CHIDR   Split Num 1   Date Received: 06/03/2002   Date Out of Lab: 11/01/2002
District Conclusion: No Action Indicated (NAI)   District Conclusion Made By: Noe, Danny A   District: 03/16/2005
Disposition Reason: NAI By Examining District   Disposition Authorized By: Noe, Danny A   Disposition Authorized Date: 03/16/2005

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SRL-CHIDR | 56008A | | DRT | | 1 - In Compliance | Completed |

**Lab Conclusion**
Product meets USP requirements for Dissolution at Stage 1.

Lab Conclusion Date   Lab Conclusion Made By
11/01/2002   Sanders, Geraldine D

---

Date: 04/28/2010   Page: 1 of 1


DEFENDANT'S EXHIBIT 39