# EXHIBIT 40

## Food and Drug Administration Office of Regulatory Affairs
### Summary Report
### For Sample Number: 157504

| TD Sample Number: | Import Sample Number |
|---|---|

This is an accurate reproduction of the original electronic record as of: 04/28/2010

**Sample Class:** Normal Everyday Sample    **Sample Origin:** Domestic    **Sample Basis:** Other-Survl
**Sample Flag:** Survey Sample    **Sample Type:** Official    **Collecting District:** SJN-DO
**Home District:**    **Orig C/R and Records To:** SJN-DO    **Collection PACs:** 56008A

**Product Name:** Anti-Anginal, N.E.C.; Human - Rx/Single Ingredient; Prompt Release Tablets

**Product Description:** DIGITEK (Digoxin) TABLETS, USP 125 mcg (0.125 mg)
**Collection Reason:** 2002-09 CDER Initiated Drug Product Surveillance Program (CP 7356.008)

---

| **Lab:** SJN-LAB   Split Num 0 | **Date Received:** 03/25/2002 | **Date Out of Lab:** 07/12/2002 |
|---|---|---|
| **District Conclusion:** No Action Indicated (NAI) | **District Conclusion Made By:** Gonzalez, Jorge L | **District** 11/15/2002 |
| **Disposition Reason:** NAI By Home District | **Disposition Authorized By:** Cruz, Concepcion | **Disposition Authorized Date** 11/15/2002 |

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SJN-LAB | 56008A | | DRT | | 1 - In Compliance | Completed |

**Lab Conclusion**
Spl meets USP's Uniformity of Dosage Units specs.

| Lab Conclusion Date | Lab Conclusion Made By |
|---|---|
| 07/12/2002 | Cruz,Concepcion |

---

| **Lab:** SRL-CHIDR   Split Num 1 | **Date Received:** 06/03/2002 | **Date Out of Lab:** 11/01/2002 |
|---|---|---|
| **District Conclusion:** No Action Indicated (NAI) | **District Conclusion Made By:** Noe, Danny A | **District** 03/16/2005 |
| **Disposition Reason:** NAI By Examining District | **Disposition Authorized By:** Noe, Danny A | **Disposition Authorized Date** 03/16/2005 |

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SRL-CHIDR | 56008A | | DRT | | 1 - In Compliance | Completed |

**Lab Conclusion**
Product meets USP requirements for Dissolution at Stage 1.

| Lab Conclusion Date | Lab Conclusion Made By |
|---|---|
| 11/01/2002 | Sanders,Geraldine D |

Date: 04/28/2010      Page: 1 of 1



DEFENDANT'S EXHIBIT