# EXHIBIT 41

**Food and Drug Administration Office of Regulatory Affairs**
**Summary Report**
**For Sample Number: 178890**

**TD Sample Number:**                                    **Import Sample Number**

*This is an accurate reproduction of the original electronic record as of   04/28/2010*

Sample Class:  Normal Everyday Sample          Sample Origin:  Domestic          Sample Basis:  Other-Survl
Sample Flag:  Survey Sample                     Sample Type:   Official           Collecting District:  SJN-DO
Home District:                                  Orig C/R and Records To: SJN-DO   Collection PACs:   56008A

Product Name: Anti-Anginal, N.E.C.; Human - Rx/Single Ingredient; Prompt Release Tablets

Product Description: DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg)

Collection Reason:     2002-09 CDER Initiated Drug Product Surveillance Program (CP 7356.008)

---

Lab:  SJN-LAB    Split Num  0          Date Received:  07/03/2002        Date Out of Lab:  04/02/2003
District                                District Conclusion              District
Conclusion:  No Action Indicated (NAI)    Made By:  Gonzalez, Jorge L                       10/23/2002
Disposition                              Disposition                     Disposition
Reason:  NAI By Home District            Authorized By:  Gonzalez, Jorge L   Authorized Date  10/23/2002

---

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SRL | 56008A | | DRT | | I   - In Compliance | Completed |

Lab Conclusion

| Lab Conclusion Date | Lab Conclusion Made By |
|---|---|
| 04/02/2003 | Roberts,Roy M |

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SJN-LAB | 56008A | | NAR | | I   - In Compliance | Completed |

Lab Conclusion

| Lab Conclusion Date | Lab Conclusion Made By |
|---|---|
| 09/30/2002 | Sosa,Myriam M |

Date: 04/28/2010                    Page: 1  of  1 

