# EXHIBIT 42

**Food and Drug Administration Office of Regulatory Affairs**
**Summary Report**
**For Sample Number: 178891**

| TD Sample Number: | | Import Sample Number |

This is an accurate reproduction of the original electronic record as of 04/28/2010

Sample Class: Normal Everyday Sample  Sample Origin: Domestic  Sample Basis: Other-Survl
Sample Flag: Survey Sample  Sample Type: Official  Collecting District: SJN-DO
Home District:  Orig C/R and Records To: SJN-DO  Collection PACs: 56008A

Product Name: Anti-Anginal, N.E.C.; Human - Rx/Single Ingredient; Prompt Release Tablets

Product Description: DIGITEK (digoxin tablets, USP) 125 mcg (0.125 mg)

Collection Reason: 2002-09 CDER Initiated Drug Product Surveillance Program (CP 7356.008)

---

Lab: SJN-LAB   Split Num 0   Date Received: 07/25/2002   Date Out of Lab: 04/02/2003
District Conclusion: No Action Indicated (NAI)   District Conclusion Made By: Gonzalez, Jorge L   District 10/23/2002
Disposition Reason: NAI By Home District   Disposition Authorized By: Gonzalez, Jorge L   Disposition Authorized Date 10/23/2002

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SJN-LAB | 56008A | | DRT | | 1 - In Compliance | Completed |

Lab Conclusion

Lab Conclusion Date: 09/30/2002   Lab Conclusion Made By: Sosa, Myriam M

| Performing Org | PAC | LID | PAF | Compliance No | Lab Class-Description | Laboratory Status |
|---|---|---|---|---|---|---|
| SRL-CH1DR | 56008A | | DRT | | 1 - In Compliance | Completed |

Lab Conclusion
nai

Lab Conclusion Date: 04/02/2003   Lab Conclusion Made By: Roberts, Roy M

Date: 04/28/2010        Page: 1 of 1

