# EXHIBIT 45

**C Celsis** | Analytical Services

Celsis Laboratory Group will not begin work on customer samples without a complete and signed Sample Submission Form. Please print information CLEARLY.

| SEND REPORT TO: | | SEND INVOICE TO: | ☑ Same as report ☐ Address below |
|---|---|---|---|
| Attention/Title | Tom Spaine | Attention: | |
| Company: | UDL Laboratories | Company: | |
| Address: | 1718 Northrock Ct | Address: | |
| City, State, Zip | Rockford, Il 61103 | City, State, Zip | |
| Phone | 815-654-734 | CREDIT CARD: | ☐ AMEX ☐ MASTERCARD ☐ VISA |
| Fax | 815-282-9391 | Cardholder Address | |
| Email | | Name on Card | |
| PO # (Required): | | Card #: | Exp.: |

**Turnaround Time:** (select one) For Express Service, please contact Customer Service in advance for turnaround and related surcharge. (Standard 10-Day Turnaround will be given if left blank)
☐ Standard – 10 Business Days   ☐ Express- 5 Business Days   ☑ Express–Other Need By: 2/2/07
(Express is subject to prior approval and availability)

**Results Request:** ☐ FAX Report Only   ☐ FAX Report and Raw Data   ☑ FAX Report and Mail Raw Data
(If no selection, the report without raw data will be mailed via regular postal carrier)

Additional Information/Special Instructions/Promotion Code:
With Report Please Send Raw Data

Quote Number:
(attach copy of quote if appropriate)

| Sample Name: | Digitek 250mcg | Digitek 250mcg | Digitek 125mg |
|---|---|---|---|
| Lot #: | 611001AI (Slid #7 Top) Exp 12/08 | 61097AI (Slid #9 Top) Exp 12/08 | 60992AI (Slid #7 Top) Exp. 11/08 |

Sample Date and Time (if applicable): _____   Sample Quantity per Container: _____   Number of Containers: _____
Controlled Substance ☐ YES ☑ NO
If Yes: DEA # (REQUIRED): _____ (attach current license)   DEA Schedule: (mark one) ☐ I ☐ II ☐ III ☐ IV ☐ V ☐ List chemical
HAZARDS: ☐ Antineoplastic ☐ Carcinogen ☐ Cytotoxic ☐ Other: _____

| TEST(S) TO BE CONDUCTED (MUST BE PROVIDED) | METHOD (MUST BE PROVIDED) | LIMIT (Specification) (AS REQUIRED) | LABEL POTENCY (IF APPLICABLE) |
|---|---|---|---|
| If more than one Method is used please indicate individually | | | |
| 1) Assay | ☑ USP/NF ☐ EP ☐ SMEWW ☐ Other: _____ ☐ Customer Method _____ | 90.0-110.0% | 125mcg (0.125mg) |
| 2) Dissolution | USP/NF | NLT 60% in 30 min * | 250mcg (0.250mg) N/A |
| 3) | | NLT 85% in 60 min | |
| 4) | | for the Ave of the | |
| 5) | | Tablets tested | |
| 6) | | | |
| 7) | | | |

**REQUIRED FOR TESTING TO BEGIN**

Customer Signature _____   Date 1-29-07

Celsis Laboratory Group Use Only:

Signature confirms customer understands and accepts the "Terms and Conditions" listed on page 2.

Confidential Subject to Protective Order


DEFENDANT'S EXHIBIT 45

UDLL 000011679

# **⊂ Celsis** | Analytical Services

| Sample Name | Digitek 125 mcg (0.125) mg, 250 mcg (0.25) mg Tablets |
|---|---|
| Method | Current USP  Edition and all Supplements |

| Test Name | Method/Limit | Turn Around Time (Days) | Price (S) per Sample |
|---|---|---|---|
| Digoxin Assay | Current USP  Edition and all Supplements | 3 | $1,575 |
| Dissolution | Current USP  Edition and all Supplements | 3 | $3,810 |
| | | Total (1 Lots) | $5,385 |
| | | Total (3 Lots) | $16,155 |
| | | Total (20% Replicate) | $12,925 |

NOTES:  There will be an additional charge for GLP guidelines. Any additional work outside of this project quotes will be additional and will charged at an hourly rate established in advance of the work taking place. **This quote is subject to the terms listed in the Contract for Analytical Services.**

Confidential Subject to Protective Order

UDLL 000011680



Chuck Koon/MGW/MYLAN
01/26/2007 02:17 PM

To   Li Radtke/RCKFRD/MYLAN@MYLAN
cc   Patricia Latzo/MGW/MYLAN@MYLAN
bcc
Subject   Digitek Samples for Testing

Li,
This is the data for the three lots (1 bottle each) that are being FedEx'd to you today for receipt Monday.
Please send a cover letter from UDL requesting the testing.
Just to recap, please don't send any of the blistered samples.
I appreciate all of your efforts and the request for Celsis to expedite the testing and results.
Please let me know if you have any questions or need anything at all.
Thanks,
Chuck

| NDC | PRODUCT | LOT | EXP |
|------|----------|------|------|
| 62794-145-01 | Digitek125mcg | 60992A1 | 11/08 |
| 62794-146-01 | Digitek 250mcg | 61097A1 | 12/08 |
| 62794-146-01 | Digitek 250mcg | 61100A1 | 12/08 |

Charles E. Koon,
Director, Quality Assurance
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505-4310
(304) 598-5430 ext, 6167

Confidential Subject to Protective Order

UDLL 000011681



Confidential Subject to Protective Order

UDLL 000011682

## UDL LABORATORIES, INC.

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

### TRANSMITTAL FORM FOR PRODUCT

**DATE:  January 29, 2007**

**TRANSMITTAL NO.:  A29A3**

**FROM:**
UDL Laboratories, Inc.
1718 Northrock Court
Rockford, IL  61103

**TO:**
Celsis Laboratory Group
6200 S. Lindbergh Blvd.
St. Louis, MO 63123
Attn: JoAnne Sidwell

**DEA #:  PU0219902**

**DEA #: N/A**
*1-29-07*

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 1 Bottle of 100 100 Tablets | Digitek (digoxin tablets, USP) 125 mcg (0.125 mg) Exp. 11/08 | N/A | Actavis (Amide) | 60992A1 |
| 1 Bottle of 100 100 Tablets | Digitek (digoxin tablets, USP) 250 mcg (0.25 mg) Exp. 12/08 | N/A | Actavis (Amide) | 61100A1 |
| 1 Bottle of 100 100 Tablets | Digitek (digoxin tablets, USP) 250 mcg (0.25 mg) Exp. 12/08 | N/A | Actavis (Amide) | 61097A1 |

Note: Test all samples for Assay and Dissolution per current USP and Supplements. See attached
Analytical Services Contract and Quote.

SIGNATURE_____

DATE SHIPPED_____
Page 1 of 1



PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order

UDLL 000011683

*UDL LABORATORIES, INC.*

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

# FAX MACHINE COVER SHEET

DATE __2/2/07__ NUMBER OF PAGES (INCLUDING COVER)_____

TO WHOM SENT __Chuck   Koon__

COMPANY NAME __Mylan__

FAX # __304-554-6329__ PHONE #_____

FROM __T. Spaine__

COMMENTS_____
__Digitek   Data.__



### IMPORTANT CONFIDENTIALITY NOTICE

This facsimile transmission may contain information that is proprietary, subject to attorney/client privilege or medical confidentiality, or is otherwise confidential. It is intended only for the use of the addressee named above.

If you are not the intended recipient of this communication, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone so that we can arrange for return of the documents to us at no cost to you.

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order

UDLL 000011684



101 E. Main Street, Little Falls, NJ 07424 ● Ph: (973) 890-1440 ● Fax: (973) 890-7980.

Digoxin Tablets, 0.25 mg        BATCH # 61100A

### CERTIFICATE OF ANALYSIS GENERATED FOR CUSTOMER PURPOSES ONLY

All testing has been performed in accordance with GMP and GLP and all results have been found to comply with the registered specifications.

Part of Bulk Batch # 61100A is bottled as Control # 61100A1 (PACK SIZE 100)

Manufactured Date: 12/20/06

Approved By: _____    Date: 1/18/2007
Regulatory Affairs

Confidential Subject to Protective Order

UDLL 000011685

JAN. 29. 2007 11:56AM    MYLAN GSO QA                          NO. 5006    P. 3

Actavis Totowa LLC

## CERTIFICATE OF ANALYSIS

Product Name: Digoxin Tablets, 0.25 mg

Date of Analysis: 01/11/07 Control No: 61100A Exp. Date: December 2008

| TEST | RESULT | LIMIT |
|---|---|---|
| DESCRIPTION: Color: | White | White |
| Profile: | Round bisected tablets | Round bisected tablets |
| Other: Debossed | "B 146" on bisected side | "B 146" on bisected side |
| FRIABILITY: | 0.2% | NMT 1.0% |
| IDENTIFICATION:    (A) | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. |
| (B) | The Rf value of test solution corresponds to standard solution. | The Rf value of test solution corresponds to standard solution. |
| ASSAY: Digoxin, 0.25 mg | 99.5% | 90.0% - 105.0% |
| UNIFORMITY OF DOSAGE UNITS: (Content Uniformity) Digoxin, 0.25 mg | 1) 98.9%    6)  98.8% 2) 99.7%    7)  98.8% 3) 100.2%   8)  99.5% 4) 100.6%   9)  97.7% 5) 98.9%   10)  98.9% Average: 99.2% SD: 0.83% | 85.0% - 115.0% RSD: NMT 6.0% |
| DISSOLUTION: Media: 500mL; 0.1N HCl Apparatus: I, RPM: 120 Temp: 37.0°C ± 0.5°C Time: 60 minutes | 1) 102.0%   4) 100.7% 2) 96.6%   5) 102.7% 3) 98.0%   6) 96.9% Average: 99.5% | NLT 80 % (Q) of the labeled amount of Digoxin is dissolved in 60 minutes. |
| Related Substances: Digoxigenin | 0.265% | NMT 2.0% |
| Digoxigenin bisdigitoxoside | Not detected | NMT 2.0% |
| Gitoxin | Not detected | NMT 3.0% |

_____  CDP                    01/18/07
for Director of Quality Control          Date

Confidential Subject to Protective Order

UDLL 000011686

01/2001 17:02 FAX 314 487 8778        CELSIS LABS                    Ø001

# **C** Celsis | Analytical Services

## Report of Analysis

| | |
|---|---|
| **Attn. Name:** Thomas Spaine | **Sample ID#:** 783542 |
| **Company:** UDL Laboratories, Inc | **Report Date:** 02/01/2007 |
| **Address:** 1718 Northrock Court | **Received:** 01/30/2007 |
| | **Department:** Chemistry |
| **City, State, Zip:** Rockford, IL  61103 | **Page:** 1 of 1 |

**Sample:** Digitek 250 mcg
**Lot #:** 61100A1 (Skid #7 Top) exp 12/08

**Test:** Digoxin Assay
**Method:** Current USP and Supplements
**Claim:** 250 mcg/tablet 0.250 mg/tablet
**Limit:** 90.0 - 110.0%
**Result:** Date Assayed: 1/30/2007

249 mcg/tablet
(99.6%)
Conforms

**Test:** Dissolution
**Method:** Current USP and Supplements
**Claim:** 250 mcg/tablet 0.250 mg/tablet
**Limit:** NLT 85% in 60 min for the avg of the tablets tested
**Result:** Date Assayed: 1/30/2007

**Component: Digitex**

| Stage 1 Results | |
|---|---|
| Sample # | % Dissolution |
| 1 | 94 |
| 2 | 98 |
| 3 | 97 |
| 4 | 97 |
| 5 | 99 |
| 6 | 94 |
| Average for 6 | 97 |

Conforms

Celsis Laboratory Group

By: _Dennis M Solen_
        02/01/2007

Unless alternate arrangements have been made, sample will be retained for 30 days and raw
data for 7 years after report date

Celsis Laboratory Group 6200 S. Lindbergh Blvd. St Louis, MO 63123 USA  T +1 314 487 6776  F +1 314 487 8991

Celsis Analytical Services represents that this is a confidential report which may be used when requested by physician and health officials,
but is not to be used in any form of advertising without written permission

Part of the Celsis International plc group of companies
www.celsis.com

RA-1-AS SL

Confidential Subject to Protective Order                    UDLL 000011687

02/01/2007 17:02 FAX 314 487 6776          CELSIS LABS                                    @002

**UDL Laboratories, Inc**                    Due:   02/02/2007              Sample ID#:  783542

| | | |
|---|---|---|
| Sample: Digitek | Lot #: 61100A1 (Skid #7 Top) exp 12/08 | Page:  1  of 5 |
| 250 mcg | Desc:  white plastic bottle | Extra:  _N/A_ |
| PO #:  A29A3 | | |
| | Qty:  1 bottle 100 tablets | Log: 01/30/2007 |

| Safety Name: No Safety Type | Corrections: | |
|---|---|---|
| DEA #: N/A | NA | _MD 2/1/07_ |
| | | _% 24 done_ |

Instructions: For all disintegrations report number of minutes, when possible.  Send all data and reports overnight.

Digoxin Assay
Current USP and Supplements

Claim: 250 mcg/tablet 0.250 mg/tablet

Limit: 90.0 - 110.0%

Results:

249 ④ ug/ml    249 mg/tab

(99.6%) ②    (99.6%)

| | |
|---|---|
| | $1,575.00 |
| | $0.00 |
| | 0.00 % |
| | $1,575.00 |

SubDept: HPLC

Alert Limits: 93.3% - 106.7% ④

498

conform
does not
N/A

| Anc Data: (Yes) No | Anc Ref: R81282-24mo | Assay Date: 1/30/07 |
|---|---|---|

Method Instructions:  NA

CRV 2-1-07
2.40590 g = 20 wt    2.40590 g ÷ 20 tabs = 0.120295 g/ea ① tab × 1000 mg/g
Bit (Bal 2A) ③                                                          = 120.295 mg/tab
         Claim: 0.250 mg/tab    120.295 mg/tab
CRV 2-1-07    Need: 1 mg              ──────────── × 1 mg = 481.18 mg ① spl
(Bal 1A)                            0.250 mg/tab                    needed
Spl Prep
481.6 mg  transferred to 2 glass-stoppered, 50-mL conical flask, added
BS 1/30/07    25.0-mL (diluted alcohol) with swirling.  Sonicated (SON-2)
× 30 min. (TM-77), and cooled.  Filtered 2 portion through
2 0.8 um membrane filter, discarded first 10 mL ①
the filtrate.

Assay Result: 0.2489 mg/ml ③ tab × (1000 ug/mg) = 248.9 mg/ml tab
                                  tab ③
% of Claim:  248.9 mg/ml ③ tab
            ────────────────── × 100% = 99.56% ②
            250 mg/ml ③
                    tab            99.6%

① mg balance AEB 1/29/07 ② mg unit 2/1/07 AEB ③ Units AEB 2/1/07 ④ Accidental line-out AEB 2/1/07

| Signature/Date:  Bischoff  2/1/07 | Reviewed By/Date:  Chris Vaugh  2/1/07 |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 1 of 2

01/30/2007  14:56:57

Confidential Subject to Protective Order

UDLL 000011688

CELSIS LABS                                                                    @003

Due:  2/2/2007                          Sample ID#:  783542

| SubDepartment:   HPLC | ANL #: 498 | Page:  2  of  5 |
| | | Extra:   NA |
| | Chromeleon Pages:  N/A | |

Analyte: _____

Method: _____

System Identification: _____

Column: _____

_____

Mobile Phase: _____

_____

_____

_____

Wavelength/Inj. Volume/Flow Rate: _____ / _____ / _____

Standard Data

**ID# Reference**

R81282 - 24 mo

NA

AEB

2/1/07

NA    AEB
2/1/07

see R81282-24mo

pH Adjusted to : _____ NA _____

with _____ NA _____
(pH adjusting solution)

on pH Meter # _____ NA _____ or pHT # _NA_
(pH tester)

pH Buffer Check(s)

| Signature/date:  Bischoff  2/1/07 | Reviewed by/date:  Chris Vaughn  2/1/07 |

Form:  SCH007.10
Effective:  10-17-2003
Page 2 of 2

01/30/2007  14:56:57

Confidential Subject to Protective Order                                    UDLL 000011689

02/01/2007 17:05 FAX 314 487 8778          CELSIS LABS                          ☑004

| | | |
|---|---|---|
| **Interval:** 24 Month | **Due:** 2/12/2007 | **Sample ID#:** R81282 |

| **Sample:** Digitek (Digoxin) 125 mcg (0.125 mg) Tablets. USP | **Lot #:** 5A113 (Mfg: Amide/Bertek Vendor # 4277A1) **Desc:** UVI Package | **ANL #:** 498 |
|---|---|---|
| **Date:** 1/29/07 | **SubDepartment:** HPLC | **Page:** 4 of 7 **Extra:** A# 4A |

Sequence #'s   013107-498-1   (for system suit)
              013107-498-1z

ANCILLARY

**Analyte:** Digoxin (Digitek) tablets

**Method:** USP OL 29 (digoxin tablets)

**System Identification:** LC-22

**Column:** H-39 Epic C18 5u 120A 25cm×4.2mm s/n: 16107-H-78-51399

guard column: Epic C18 5u S/N: 23704-14-91-51752  3.2×15mm

**Mobile Phase:** (37:13 H2O:ACN) 2220mL MilliQ H2O

(Building B) + 780mL ACN (Fisher (Optima)

lot 064511 (4) exp 01/08). Filtered and degassed.

NA

**Wavelength/Inj. Volume/Flow Rate:** 218-nm / 50 ul / 3.0 mL/min

| ID# Reference |
|---|
| R81282-21m |
| 783547 |
| 783543 |
| 783544 |
| NA |
| AEB 1/3/07 |

**Standard Data**

Diluted Alcohol   500-mL Ethyl Alcohol (AAPER, 04D20QA, 04/09)
+ 500-mL purified water (B-12) to ≈ 1000.0-mL flask, mix ①
and mixed

Std Prep: Std was dried at 105°C × 1 hour
(B21 2u)   (see p. 1 of 7) (USP Digoxin lot 103H)   pH Adjusted to: __NA__

4.110mg - 0.060mg = 4.050mg → 100.0-mL with ___NA___
                                            (diluted alcohol)      (pH adjusting solution)

Dig.Purity Factor = 0.961 mg/mg for RS

System Suitability Prep:                                on pH Meter # __N/A__ or pHT # __NA__
                                                                                    (pH tester)
(B21 2u) 4.041mg - 0.008mg USP Digoxin RS ③    pH Buffer Check(s)

(B21 2u) 4.025mg - 0.016mg Digoxigenin (Sigma, 078H37846, 10/10)

4.041mg - 0.008mg = 4.033 mg (USP Digoxin RS) ⟩→ 100.0mL (diluted alcohol)
4.025mg - 0.016mg = 4.009mg (Digoxigenin)

dried std in Vacuum Oven I (T266) at 25 in-Hg × 1 hr (TM-77) at 107°C   see C67-007
AEB 1-31-07                                                                for deviation

② Reprepped System Suitability Prep because integration of Digoxin RS was
not passing system suitability. See pg 4A for reprep.

① spelling AEB 1/29/07 ②redried std AEB 1/30/07 ④wording AEB 1/31/07

| **Signature/date:** Bischoff 1/31/07 | **Reviewed by/date:** Chris Vaughn 2/1/07 |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/26/2007 14:25:50

Confidential Subject to Protective Order

UDLL 000011690

02/01/2007 17:03 FAX 314 487 6776        CELSIS LABS                            ☒005

|  | Interval: 24 Month | Due: 2/12/2007 | Sample ID#: R81282 |
|---|---|---|---|

| Sub Dept: HPLC | | ANL #: 498 | Page: 4 A |
|---|---|---|---|
| | | | Extra: N/A |

## Additional Analytical Worksheet

System Suitability Reprep:

(Bal 2b) 4.124mg − 0.014mg = 4.110mg (USP Digoxin RS)
(Bal 2b) 4.119mg − 0.022mg = 4.097mg (Digoxigenin)  → 100.0 mL (diluted alcohol)

Std Concentration:  $\dfrac{4.050mg}{100.0mL}$ = 0.0405 mg/mL

| ID # REFERENCE | |
|---|---|
| R812 | wg ID# AEB 1/31/07 |
| 783542 | |
| R81282-24mo | |
| | |
| NA | |
| AEB | |
| 1/1/07 | |
| | |

ANCILLARY

NA

AEB
2/1/07

| Signature/Date: Bischoff 2/1/07 | Reviewed By/Date: Chris Vaughn 2/1/07 |
|---|---|

Form#: SCHC038.3
Effective: 04-02-2004
Page 1 of 1

1/31/2007      10:57:22AM

Confidential Subject to Protective Order

UDLL 000011691

02/01/2007 17:03 FAX 314 487 6776          CELSIS LABS                                              ☑006

## Chromatography Report

| Sequence Title: | Digoxin Assay | | | | Total Samples: 15 |
|---|---|---|---|---|---|
| Sequence Name: | 013107-498-1a | | | | Sample No.: 1 |
| System ID: | LC-22 | | | | |
| Processing Date/Time: | 02/01/07 08:58:43 | | | | |
| Created by: | Anna Bischoff | | | | |
| Location: | ServerData | 2007\11 JAN THRU MARCH\498 | | | |

**Calibration**

| No. | Peak Name | | Cal.Mode | Cal.Type | #Points | Corr.Coeff. % |
|---|---|---|---|---|---|---|

**Peak Analysis**

| No. | Peak Name | | Resolution (USP) | Tailing | Plates (USP) | K' |
|---|---|---|---|---|---|---|

**System Suitability**

| | | | n.a. | n.a. | n.a. | n.a. |
|---|---|---|---|---|---|---|
| No. | Name | | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 7 | Standard 1 | | n.a. | 7.99829765 | n.a. | n.a. |
| 12 | Standard 2 | | n.a. | 8.00257021 | n.a. | n.a. |
| 14 | Standard 3 | | n.a. | 7.79733928 | n.a. | n.a. |
| | %RSD | | #DIV/0! | 1.472 | #DIV/0! | #DIV/0! |

Analyst Signature/Date: _Bischoff_ 2/1/07

Anna Bischoff
Chemist

ANCILLARY

QC Review/Date: _Chris Vaughan_ 2/1/07

_added p.1A to show system suitability_
_KB_
_2/1/07_

current date:2/1/2007
current time: 9:11 AM

6.70 SP2a Build 1671
Version Number 2.2

Page 1 of 16

Confidential Subject to Protective Order

UDLL 000011692

27/01/2007 17:03 FAX 314 487 6776          CELSIS LABS                                                    ☑007

## Chromatography Report

| Sequence Title: | Digoxin Assay | | Total Samples: 15 |
|---|---|---|---|
| Sequence Name: | 013107-498-1 | | Sample No.: 2 |
| System ID: | LC-22 | | |
| Processing Date/Time: | 02/01/07 08:58:21 | | |
| Created by: | Anna Bischoff | | |
| Location: | ServerData | 2007\11 JAN THRU MARCH\498 | |

**Calibration**

| No. | Peak Name | Cal.Mode | Cal.Type | #Points | Corr.Coeff. % |
|---|---|---|---|---|---|
| 1 | Digoxygenin | Total | Lin | 5 | 99.976 |
| 2 | Digoxin | Total | Lin | 5 | 99.833 |

**Peak Analysis**

| No. | Peak Name | Resolution (USP) | Tailing | Plates (USP) | K' |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 20.09 | 2.69 | 2171 | n.a. |
| 2 | Digoxin | n.a. | 1.59 | 3192 | n.a. |

**System Suitability**

| No. | Name | Digoxygenin | Digoxin | n.a. | n.a. |
|---|---|---|---|---|---|
| | | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 2 | System Suitability 1 | 21.24568128 | 7.97854416 | n.a. | n.a. |
| 3 | System Suitability 2 | 21.24225169 | 8.00342777 | n.a. | n.a. |
| 4 | System Suitability 3 | 21.61113648 | 8.24538881 | n.a. | n.a. |
| 5 | System Suitability 4 | 21.64084213 | 8.26660165 | n.a. | n.a. |
| 6 | System Suitability 5 | 21.65278587 | 8.18960910 | n.a. | n.a. |
| | %RSD | 0.999 | 1.677 | #DIV/0! | #DIV/0! |

Analyst Signature/Date:  _Bischoff 2/1/07_

Anna Bischoff
Chemist

QC Review/Date:  _Chris Vaughn 2/1/07_

ANCILLARY

6.70 SP2a Build 1871
Version Number 2.2

PIA of IA
Page 1 of 1

added page
Ann. 2/1/07

current date:2/1/2007
current time: 9:00 AM

Confidential Subject to Protective Order

UDLL 000011693

7/01/2007 17:03 FAX 314 487 6776          CELSIS LABS                                    ☑008



**Injection Report**

| Sample Name: | Blank | Sample No.: 1 |
|---|---|---|
| Sequence Name: | 013107-498-1a | Injection vol.: 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: 1.0000 |
| Date Time Collected: | 01/31/07 11:11:29 | Unit Wt: 1.00000 |
| System Operator: | c498 | Factor: 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|

ANCILLARY

Chris Vaughn 2/1/07

6.70 SP2a Build 1871
Version Number 2.2                    Page 2 of 16              current date:2/1/2007
                                                               current time: 9:11 AM

Confidential Subject to Protective Order                                   UDLL 000011694

## Injection Report

| | | | |
|---|---|---|---|
| **Sample Name:** | System Suitability 1 | **Sample No.:** | 2 |
| **Sequence Name:** | 013107-498-1a | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 01/31/07 11:42:12 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.68 | 21.24568128 | 72.699 | n.a. |
| 2 | Digoxin | 23.72 | 7.97854416 | 27.301 | 0.0391 |

ANCILLARY

*Chris Vaughan 2/1/07*

6.70 SP2a Build 1671
Version Number 2.2                              Page 3 of 16                    current date:2/1/2007
                                                                               current time: 9:11 AM

Confidential Subject to Protective Order                                        UDLL 000011695

02/01/2007 17:04 FAX 314 487 6776          CELSIS LABS                                    ☑010

## Injection Report

| | | | |
|---|---|---|---|
| **Sample Name:** | System Suitability 2 | **Sample No.:** | 3 |
| **Sequence Name:** | 013107-498-1a | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 01/31/07 12:12:54 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.68 | 21.24225169 | 72.634 | n.a. |
| 2 | Digoxin | 23.81 | 8.00342777 | 27.366 | 0.0393 |

ANCILLARY

*Chris Vaughan 2/1/07*

6.70 SP2a Build 1871
Version Number 2.2                         Page 4 of 18                    current date:2/1/2007
                                                                            current time: 9:11 AM

Confidential Subject to Protective Order                                    UDLL 000011696

02/01/2007 17:04 FAX 314 487 6776          CELSIS LABS                                    ☒011



## Injection Report

| | | | | |
|---|---|---|---|---|
| Sample Name: | System Suitability 3 | | Sample No.: | 4 |
| Sequence Name: | 013107-498-1a | | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07 12:43:37 | | Unit Wt: | 1.00000 |
| System Operator: | c498 | | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|-----|-----------|--------------|--------------|------------|--------|
| 1 | Digoxygenin | 3.74 | 21.61113648 | 72.381 | n.a. |
| 2 | Digoxin | 23.89 | 8.24638881 | 27.619 | 0.0405 |

ANCILLARY

*Chris Vaughn* 2/1/07

Confidential Subject to Protective Order

UDLL 000011697

02/01/2007 17:04 FAX 314 487 6776          CELSIS LABS                                    ☑012

### Injection Report

| | |
|---|---|
| **Sample Name:** System Suitability 4 | **Sample No.:** 5 |
| **Sequence Name:** 013107-498-1a | **Injection vol.:** 50.0 |
| **Program Method:** LC-22 UV | **Dilution Factor:** 1.0000 |
| **Quantitation Method:** General Method Area | **Sample Weight:** 1.0000 |
| **Date Time Collected:** 01/31/07 13:14:19 | **Unit Wt:** 1.00000 |
| **System Operator:** c498 | **Factor:** 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.74 | 21.64064213 | 72.359 | n.a. |
| 2 | Digoxin | 23.96 | 8.26660165 | 27.641 | 0.0406 |

ANCILLARY

*Chris Vaughn* 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011698

CELSIS LABS                                                               013

## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | System Suitability 5 | Sample No.: | 6 |
| Sequence Name: | 013107-498-1a | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07 13:45:02 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.74 | 21.65278587 | 72.557 | n.a. |
| 2 | Digoxin | 24.18 | 8.18960910 | 27.443 | 0.0402 |

ANCILLARY

*Chris Vaughn 2/1/07*

6.70 SP2a Build 1871
Version Number 2.2

Page 7 of 16

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011699

7/01/2007 17:05 FAX 314 487 6778          CELSIS LABS                              ☑014



**Injection Report**

| | | | |
|---|---|---|---|
| Sample Name: | Standard 1 | Sample No.: | 7 |
| Sequence Name: | 013107-498-1a | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07 14:15:45 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU·min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 24.18 | 7.99629765 | 100.000 | 0.0392 |

ANCILLARY

*Chris Vaughn* 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 8 of 16

current data:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011700

27/01/2007 17:05 FAA 314 487 6776     CELSIS LABS     @015

## Injection Report

| | | | | |
|---|---|---|---|---|
| **Sample Name:** | R81282-24mo | | **Sample No.:** | 8 |
| **Sequence Name:** | 013107-498-1a | | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | | **Dilution Factor:** | 25.0000 |
| **Quantitation Method:** | General Method Area | | **Sample Weight:** | 841.6700 |
| **Date Time Collected:** | 01/31/07 15:30:07 | | **Unit Wt:** | 105.22250 |
| **System Operator:** | c498 | | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 24.15 | 7.81129786 | 100.000 | 0.1198 |

*ANCILLARY*

Chris Vaughan 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 9 of 16

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011701

CELSIS LABS @016

## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | 783542 | Sample No.: | 9 |
| Sequence Name: | 013107-498-1a | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07 16:00:13 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

013107-498-1a                              783542                              UV_VIS_1

Can't open raw data file "\\CELSISSQL02\RawData\$\2007\1 JAN THRU MARCH\498\
013107-498-1a.SEQ\UV_VIS_1.CHL\9.acd".
The system cannot find the file specified.

| n.a. | n.a. | | n.a. | n.a. | n.a. | n.a. |
| n.a. | n.a. | | n.a. | n.a. | n.a. | n.a. |

Vial missing. Nothing injected into
System.
AEB 2/1/07

ANCILLARY

Chris Vaughn 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 10 of 16

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011702

27/01/2007 17:05 FAX 314 487 6776          CELSIS LABS                                    ☑017

## Injection Report

| | | | |
|---|---|---|---|
| **Sample Name:** | 783543 | **Sample No.:** | 10 |
| **Sequence Name:** | 013107-498-1a | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 01/31/07 16:00:27 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |

013107-498-1a                            783543                                    UV_VIS_1

Can't open raw data file "\\CELSISSQL02\RawData5\2007\J JAN THRU MARCH\498\
013107-498-1a.SEQ\UV_VIS_1.CHL\10.acd".
The system cannot find the file specified.

| n.a. | n.a. | | n.a. | n.a. | n.a. | n.a. |
| n.a. | n.a. | | n.a. | n.a. | n.a. | n.a. |

Vial missing. Nothing injected into system
AEB 2/1/07

ANCILLARY

*Chris Vaughan* 2/1/07

6.70 SP2a Build 1871
Version Number 2.2                              Page 11 of 16                    current date:2/1/2007
                                                                                current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011703

2/01/2007 17:08 FAX 314 487 6776          CELSIS LABS                                      ☑018

## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | 782544 | Sample No.: | 11 |
| Sequence Name: | 013107-498-1a | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07 16:00:45 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

013107-498-1a                              782544                              UV_VIS_1

Can't open raw data file "\\CELSISSQL02\RawData$\2007\1 JAN THRU MARCH\498\
013107-498-1a.SEQ\UV_VIS_1.CHL\11.acd".
The system cannot find the file specified.

| n.a. | n.a. | | n.a. | n.a. | n.a. | n.a. |
|---|---|---|---|---|---|---|
| n.a. | n.a. | | n.a. | n.a. | n.a. | n.a. |

Vial missing. Nothing injected. ＊EB 2/1/07

ANCILLARY

Chris Vaughan 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011704

01/31/2007  17:06  FAX 314 487 6776          CELSIS LABS                                    ☒019



## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | Standard 2 | Sample No.: | 12 |
| Sequence Name: | 013107-498-1a | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07  16:01:45 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 24.29 | 8.00257021 | 100.000 | 0.0393 |

ANCILLARY

*Chris Vaugh* 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 13 of 15

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011705

JAN-31-2007 17:00 FAX 314 487 6770    CELSIS LABS    @020



### Injection Report

| | | |
|---|---|---|
| Sample Name: | 783542 | |
| Sequence Name: | 013107-498-1a | |
| Program Method: | LC-22 UV | |
| Quantitation Method: | General Method Area | |
| Date Time Collected: | 01/31/07 17:02:16 | |
| System Operator: | c498 | |

| | |
|---|---|
| Sample No.: | 13 |
| Injection vol.: | 50.0 |
| Dilution Factor: | 25.0000 |
| Sample Weight: | 481.6000 |
| Unit Wt: | 120.29500 |
| Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 24.38 | 8.12350880 | 100.000 | 0.2489 |

ANCILLARY

Chris Vaughn 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 14 of 16

current date:2/1/2007
current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011706

02/01/2007 17:08 FAX 314 487 6776          CELSIS LABS                                    Ø021



### Injection Report

| Sample Name: | Standard 3 | | Sample No.: 14 |
| Sequence Name: | 013107-498-1a | | Injection vol.: 50.0 |
| Program Method: | LC-22 UV | | Dilution Factor: 1.0000 |
| Quantitation Method: | General Method Area | | Sample Weight: 1.0000 |
| Date Time Collected: | 01/31/07 17:32:59 | | Unit Wt: 1.00000 |
| System Operator: | c498 | | Factor: 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|-----|-----------|--------------|--------------|------------|--------|
| 1 | Digoxin | 24.33 | 7.79733928 | 100.000 | 0.0383 |

This value not used in calculation of
spl prep.  AEB 2/1/07

ANCILLARY

Chris Vaughan 2/1/07

6.70 SP2a Build 1871
Version Number 2.2                        Page 15 of 16                    current date:2/1/2007
                                                                           current time: 9:11 AM

Confidential Subject to Protective Order

UDLL 000011707

27/01/2007 17:07 FAX 314 487 8778          CELSIS LABS                                      ☑022



### Injection Report

| Sample Name: | System Suitability 6 | Sample No.: | 15 |
|---|---|---|---|
| Sequence Name: | 013107-498-1a | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 01/31/07 18:03:42 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.00000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.75 | 21.53819488 | 73.147 | n.a. |
| 2 | Digoxin | 24.26 | 7.90613051 | 26.853 | 0.0388 ① |

ANCILLARY

① The digoxin amnt was calculated as a "sample".
See p.16A for system suitability value. This
value not used in any calculation. AEB 2/1/07

Chris Vaughn 2/1/07

added p.16A to show system suitability AEB 2/1/07

6.70 SP2a Build 1871
Version Number 2.2                                     Page 16 of 16                    current date:2/1/2007
                                                                                         current time: 9:11 AM

Confidential Subject to Protective Order                                                      UDLL 000011708

### Check Standard Report

| | | | |
|---|---|---|---|
| **Sample Name:** | System Suitability 6 | **Sample No.:** | 15 |
| **Sequence Name:** | 013107-498-1 | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 01/31/07 18:03:42 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.75 | 21.53619488 | 73.15 | 1.0027 |
| 2 | Digoxin | 24.25 | 7.90613051 | 26.85 | 0.0378 ① |

**Check Standard**

| No. | Name | Digoxygenin | Digoxin | n.a. | n.a. |
|---|---|---|---|---|---|
| | | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 2 | System Suitability 1 | 21.24588128 | 7.97854416 | n.a. | n.a. |
| 3 | System Suitability 2 | 21.24225169 | 8.00342777 | n.a. | n.a. |
| 4 | System Suitability 3 | 21.61113848 | 8.24638881 | n.a. | n.a. |
| 5 | System Suitability 4 | 21.64084213 | 8.26660165 | n.a. | n.a. |
| 6 | System Suitability 5 | 21.65278587 | 8.18960910 | n.a. | n.a. |
| 15 | System Suitability 6 | 21.53619488 | 7.90613051 | n.a. | n.a. |
| | %RSD | 0.900 | 1.904 | #DIV/0! | #DIV/0! |

ANCILLARY

① amt of digoxin std calc'd as standard to show system suitability over entire run. ACB 2|1|07

Chris Vaughn 2|1|07

p. 11eA   added page
Page 1 of 1   ACB 2|1|07

current date:2/1/2007
current time: 9:19 AM

6.70 SP2a Build 1871
Version Number 2.2

Confidential Subject to Protective Order

UDLL 000011709

02/01/2007 17:07 FAX 314 487 8776          CELSIS LABS                          ☑024

| UDL Laboratories, Inc | Due: 02/02/2007 | Sample ID#: 783542 |
|---|---|---|

| Sample: Digitex |  |  |
| 250 mcg | Lot #: 61100A1 (Skid #7 Top) exp 12/08 | Page: 3 of 5 |
| PO #: A29A3 | Desc: white plastic bottle | Extra: N/A |
|  | Qty: 1 bottle 100 tablets | Log: 01/30/2007 |

| Safety Name: No Safety Type | Corrections: | correction required. |
| DEA #: N/A | ⓐ N/A @ NLT 85% 60 min. | MD 2/1/17 |

Instructions: For all disintegrations report number of minutes, when possible. Send all data and reports overnight

| Dissolution | | $3,810.00 |
| Current USP and Supplements | Results: | $0.00 |
|  |  | 0.00 % |
| Claim: 250 mcg/tablet 0.250 mg/tablet | | $3,810.00 |
| Limit: NLT 60% in 30 min and NLT 85% in 60 min | ## See Below | 480 |
| SubDept: Dissolution | | conforms |
| Alert Limits: N/A | | does not |
| | | N/A |

| Anc Data: (Yes) No | Anc Ref: 783542 | Assay Date: 01-30-07 |
| Method Instructions: N/A | | |

| Stage 1 Results | | ① See Client E-mail for limit. 01-31-07/MY |
| | | ② mg. info. 01-31-07 -MY |

| Sample No. | % Dissolution |
|---|---|
| 1 | 94 |
| 2 | 98 |
| 3 | 97 |
| 4 | 97 |
| 5 | 99 |
| 6 | 94 |
| Average for 6 | 97 |

USP-29  ONLINE. (DIGOXIN)

| % Dissolution (x) | | Response (y) |
|---|---|---|
| 1.0 mL | 19.362228 | 124 |
| 2.0 mL | 38.724456 | 271 |
| 3.0 mL | 58.086684 | 412 |
| 4.0 mL | 77.448912 | 581 |
| 5.0 mL | 96.81114 | 732 |

FACTOR =

$$\frac{5.037 \text{ mg}}{100.0 \text{ mL}} \times \frac{10.0 \text{ mL}}{50.0 \text{ mL}} \times \frac{500 \text{mL}}{0.250 \text{ mg}} \times \frac{1.0 \text{mL}}{100.0 \text{mL}} \times \frac{0.961 \text{mg}}{1 \text{mg}} \times 100$$

FACTOR = 19.362228
CORR. COEF = 0.999574279
Sample % Dissolution from STD Curve.

| Signature/date: _____ /01-31-07 | Reviewed by/date: Chris Vaughn 2/1/07 |
|---|---|

Form: SCH004.8
Effective: 08-09-2002
Page 1 of 3

01/30/2007  11:08:55

Confidential Subject to Protective Order                                    UDLL 000011710

01/31/2007  17:07 FAX 314 487 6770          CELSIS LABS                                                    @025

Due:  2/2/2007                              Sample ID#:  783542

| SubDepartment:  Dissolution | ANL #: | Page:  4 of 5 |
|---|---|---|
| 01-30-07 | 480 | Extra: N/A |

### Checklist Procedures for USP Apparatus  (I)  OR  II  (circle one)

Apparatus ID#:  T-1 ___  Volume:  500 __ mL Time:  60 min __ Timer #:  TM-54 _____

Medium:  0.1 N HCl _____

58 mL HCl (Fischer, Lot # 060506, 10-09, 12.1 N) → 7000 mL Water.
                                                     Heated and Degassed.

pH: (IF APPLICABLE): pH Tester ID: _____ N/A _____

Buffer Set Value: __ N/A __  Check Value: __ N/A __  Media Value: __ N/A __

Buffer Manufacturer, Lot# and Expiration Date: _____ N/A _____

1.  Inspect all paddles or baskets, shafts, and vessels for cleanliness, deformations, burrs, or other defects,
    and check the verticality shaft.                    Pass ⇒ L

2.  Check the adjustment of each assembly so that each paddle or basket is

    (2.5 cm) or    4.5 cm (circle one)  HG-1

    above the inner floor of the vessel.  The tolerance is 2 mm.  Each shaft is marked so it can be returned
    to the correct height.  All are within tolerance       Pass ⇒ L

3.  Measure temperature of the water bath.  The tolerance is 37° ± 0.5°C.    Pass ⇒ L

    Temperature:  37.0 _____  °C    Thermometer #:  bT-52 _____

4.  Select the gear drive or adjust the speed control to obtain the revolution speed specified in the method.
    Turn on the motor drive.  Measure the shaft resolutions per minute by manual count or by a revolution-
    counting device.  Allow the machine to run for the time specified in the dissolution test.  The tolerance for the
    deviation from the speed specified in the
    method is ± 2 rpm.

    Speed (rpm): __ 120.00  RPM. ____

5.  Inspect the shafts for straightness.  Install shafts, start motor, engage clutches, and measure the amount of
    wobble by placing a runout gauge against each shaft just above the paddle or basket.  The tolerance is 1 mm
    (0.04 in.).      All within tolerance.  ⇒ L

    Wobble Gauge ID: ____ WG-4 _____

    1. 0.006 __  2. 0.003 __  3. 0.004 __  4. 0.006 __  5. 0.004 __  6. 0.003 __

6.  Measure the temperature of the medium in each dissolution vessel.  The tolerance is 37° ± 0.5°C.
    Thermometer #: __ bT-52 _____

    1. 37.1 °C __  2. 37.1 °C __  3. 37.2 °C __  4. 37.1 °C __  5. 37.2 °C __  6. 37.2 °C __

| Signature/Date: _____ / 01-31-07 | Reviewed By/Date:  Chris Vaughn  1/31/07 |
|---|---|

Form:  SCH004.8
Effective:  08-09-2002
Page 2 of 3

01/30/2007  11:08:55

Confidential Subject to Protective Order

UDLL 000011711

02/01/2007  17:08  FAX  314 487 6776          CELSIS LABS                                      ☑ 026

|  | Due:  2/2/2007 |  | Sample ID#:  783542 |
|---|---|---|---|

| SubDepartment:  Dissolution | ANL #: | Page:  5 of 5 |
|---|---|---|
| 01-30-07 | 480 | Extra: 5A - 5B |

STD reading is not linear, STD
prep was OFF. Reprep all solutions.
01-31-07/mf          pmw 2/1/07

## Additional Analytical Worksheet

STANDARD = DIGOXIN (USP-STD, Lot # 00B096, 0.961 mg/per mg)
          SEE R81282 24 mo. STD Drying and Stock Std.

   WORKING STD =

      10.0 mL STOCK STD ⟶ 50.0 mL 4 in 5 ALCOHOL

   Glassware rinsed with HCl (Fisher, Lot # 060506, 10-09, 12.1 N), DI Water,
and Alcohol (Aaper, Lot # 04L16GB, 3-10) and carefully dried.

   4 in 5 ALCOHOL =
      160 mL Ethyl Alcohol (Aaper, Lot # 04L16GB, 3-10) ⟶ 200.0 mL H2O

ASCORBIC ACID - METHANOL SOLUTION =

Bal = 19     200.0 mg Ascorbic Acid (Sigma, 063K1082, 8-10) ⟶ 100.0 mL
             Methanol (Sigma, 00561HE, 1-08)          METHANOL

HYDROGEN PEROXIDE - METHANOL SOLUTION =

   STOCK = 2.0 mL Hydrogen Peroxide (Sigma, 095K3774, 5-07) ⟶
        100.0 mL Methanol (Sigma, 00561HE, 1-08)
   WORKING = 2.0 mL Hydrogen Peroxide Stock ⟶ 100.0 mL Methanol

STANDARD SOLUTIONS =

1.0 mL (20%), 2.0 mL (40%), 3.0 mL (60%), 4.0 mL (80%), 5.0 mL (100%) ⟶
⟶ 100.0 mL MEDIUM.

      1 TABLET ⟶ 500 mL MEDIUM.
            Filtered with 0.45 micron Nylon filter.

| Signature/Date:                /01-31-07 | Reviewed By/Date: Chris Vaughan  2/1/07 |
|---|---|

Form: SCH004.8
Effective: 08-09-2002
Page 3 of 3

01/30/2007  11:08:55

Confidential Subject to Protective Order

UDLL 000011712

CLOSIS ENDS                                    @027

UDL Laboratories, Inc          Due:   2/2/2007              Sample ID#:  783542

| Sub Dept:  Dissolution | ANL #:  480 | Page:  5 A  doesn't need 01-31-07 |
| 01-30-07 | | 5B           my |

## Additional Analytical Worksheet

[Re-prep all solutions at 01-31-07 (see page 5B), used same stock Diss. samples, and followed same procedure below and Read in FMR]

Prepared  1.0 mL Medium as Blank , 1.0 mL each Standard Solutions and 1.0 mL each Sample Solutions.

(used PPT-I) Added  1.0 mL Ascorbic Acid-Methanol Solution and swirled.

Added  5.0 mL HCl (Fisher, Lot # 060506, 10-09) and swirled.

Added  1.0 mL Hydrogen Peroxide-Methanol Working Solution and swirled than capped and allowed to sit 2 hours, Tm-54

FMR - I
GAIN = 1000
SPAN = MAX

Fluorescence = 485 nm
Excitation Wavelength = 372 nm
Excitation Filter = NB360
Emission Filter = SC415

| Zeroed with Blank | | Duplication | Average |
|---|---|---|---|
| STD | 20 % | 125 | 123 | 124 |
| STD | 40 % | 274 | 268 | 271 |
| STD | 60 % | 409 | 414 | 412 |
| STD | 80 % | 576 | 585 | 581 |
| STD | 100 % | 739 | 724 | 732 |

| | | Duplication | Average |
|---|---|---|---|
| Sample V1 | 696 | 713 | 705 |
| Sample V2 | 734 | 736 | 735 |
| Sample V3 | 733 | 729 | 731 |
| Sample V4 | 737 | 726 | 732 |
| Sample V5 | 742 | 748 | 745 |
| Sample V6 | 709 | 707 | 708 |
| STD 100% | 724 | 728 | 726 |

ANCILLARY =  783542
783543
783544

| Signature/Date: _____ / 01-31-07 | Reviewed By/Date: Chris Vaughn  2/1/07 |

Form#: SCHC001.4
Effective: 04-02-2004
Page 1 of 1

1/30/2007  11:11:17AM

Confidential Subject to Protective Order

UDLL 000011713

02/01/2007 17:08 FAX 314 487 8776          CELSIS LABS                                    ☑028

| UDL Laboratories, Inc | | Due:   2/2/2007 | | Sample ID#:   783542 |
|---|---|---|---|---|
| Sub Dept:  Dissolution | | ANL #: | Page:   5 B | |
| 01-31-07 | | 480 | N/A | |

### Additional Analytical Worksheet

STANDARD = DIGOXIN (USP-STD, Lot = 008096, 0.961 mg/per mg)

SEE R81282 24 mo. for STD drying and Stock STD.
(Page 4 of 7)

STOCK = Bal = 26    5.065 mg - 0.028 mg = 5.037 mg STD ⟶ 100.0 mL

4 IN 5 ALCOHOL

WORKING = 10.0 mL STOCK STD ⟶ 50.0 mL 4 IN 5 ALCOHOL

4 IN 5 ALCOHOL = 160 mL Ethyl Alcohol (Aaper, Lot # 04L166B, 3-10) ⟶ 200.0 mL $H_2O$

ASCORBIC ACID - METHANOL SOLUTION =

Bal = 19      200.00 mg Ascorbic Acid (Sigma, 063K1082, 8-10) ⟶
⟶ 100.0 mL Methanol (Sigma, 00561HE, 1-08)

HYDROGEN PEROXIDE - METHANOL SOLUTION =

STOCK = 2.0 mL Hydrogen Peroxide (Sigma, 095K3774, 5-07) ⟶
⟶ 100.0 mL Methanol (Sigma, 00561HE, 1-08)
WORKING = 2.0 mL $H_2O_2$ - Methanol Stock ⟶ 100.0 mL Methanol

STANDARD SOLUTIONS =

1.0 mL (20%), 2.0 mL (40%), 3.0 mL (60%), 4.0 mL (80%), 5.0 mL (100.0 %)
⟶ 100.0 mL MEDIUM.

See page 5A to follow PMRT reading and prep.

N/A      01-31-07      MY

| Signature/Date: [signature]      /01-31-07 | Reviewed By/Date: Chris Vaughn   1/31/07 |
|---|---|

Form#: SCHC001.4
Effective: 04-02-2004
Page 1 of 1

1/31/2007  8:14:51AM

Confidential Subject to Protective Order

UDLL 000011714

02/01/2007 17:08 FAX 314 487 6776          CELSIS LABS                              ☒029

| | Interval: 24 Month    Due: 2/12/2007 | Sample ID#: R81282 |
|---|---|---|
| Sample: Digitek (Digoxin) 125 mcg (0.125 mg) Tablets, USP | Lot #: 5A113 (Mfg: Amide/Bertek Vendor # 4277A1) Desc: UVI Package | ANL #: 498 |
| Date: 1/29/07 | SubDepartment: HPLC | Page: 4 of 7  Extra: |
| | | Chromeleon Pages: |

Analyte: __Digoxin (Digitek) tablets__

Method: __USP OL 29__

System Identification: _____

Column: _____

Mobile Phase: __(37:13 H2O:ACN) 2220 mL MilliQ H2O__
__(Building B) + 780 mL ACN (Fisher (Optima),__
__lot 0124511, exp 01/08). Filtered and degassed.__

Wavelength/Inj. Volume/Flow Rate: __218-nm / 50 µl / 3.0 mL/min__

Standard Data

Diluted Alcohol   500-mL Ethyl Alcohol (AAPER, 04D20QA, 04/09)
+ 500-mL purified water (B-12) to a 1000.0-mL flask, mix ①
and mixed

Std Prep: Std was dried at 105°C × 1 hour.
(B2J 2u) (See p. 7 of 7)②(USP Digoxin lot 068058)    pH Adjusted to : __NA__

4.110mg − 0.060mg = 4.050mg → 100.0-mL  with _____
                        (diluted alcohol)          (pH adjusting solution)

Dig. Purity Factor = 0.961 mg/mg for RS

System Suitability Prep:                          on pH Meter # __NA__  or pHT # __NA__
(B2J 2u) 4.041 mg − 0.008 mg USP Digoxin RS ③        pH Buffer Check(s)
(B2J 2u) 4.025 mg − 0.016 mg Digoxigenin (Sigma, 078H37846, 10/10)
4.041 mg − 0.008 mg = 4.033 mg (USP Digoxin RS)
4.025 mg − 0.016 mg = 4.009 mg (Digoxigenin) } → 100.0 mL (diluted alcohol)

③ Dried Std in Vacuum Oven I (T2u6) at 25 ""Hg × 1hr (TM-77) at 107°C  see C67-007 for Deviation

② Reprepped System Suitability Prep because integration of Digoxin RS was
not passing system suitability. See pg. 4A for reprep.

① spelling AEB 1/29/07  ③redried std AEB 1/30/07

| Signature/date: | Reviewed by/date: |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/26/2007 14:25:50

Confidential Subject to Protective Order

UDLL 000011715

72007 17:09 FAX 314 487 6776          CELSIS LABS                                    ☑ 030

## Deviation and Discrepancy Report

Date of Event: _1-8-07_                                    Number: _C07-007_

Discrepancy  (Deviation)                      (Planned) / Unplanned

Description/Impact of Event: _The vacuum oven currently in use pulls 25 inches of mercury. USP requires 20mm Hg which corresponds to 29 inches Hg. This full vacuum was pulled when samples and standards are dried. The full vacuum has been deemed adequate for drying for an interim period until a new vacuum pump is purchased._

Root cause: _Vacuum pump is Calibrated, and a full Vacuum is used. The USP requirement was not met due to the capability of the Vacuum_

_N/A
USP 1-11-07_

Corrective Action/Preventative Action: _A new pump will be purchased, Calibrated & placed into service._

_N/A
USP 1-11-07_

☐ See attached

Originator Signature/Date: _RM Williams_  _1-11-07_
Management Signature/Date: _Dennis Mac Sechen_  _01/11/2007_
QA Signature/Date: _R. Juvell_  _1/12/07_

Form: #CAD028.3
Effective: 12/22/06
Page 1 of 1

Confidential Subject to Protective Order

JAN. 29. 2007 11:56AM     MYLAN GSO QA                                    NO. 5006   P. 4



**101 E. Main Street, Little Falls, NJ 07424 ● Ph: (973) 8901440 ● Fax: (973) 890-7980.**

---

Digoxin Tablets, 0.25 mg        BATCH # <u>61097A</u>

CERTIFICATE OF ANALYSIS GENERATED FOR
CUSTOMER PURPOSES ONLY


All testing has been performed in accordance with GMP and GLP and
all results have been found to comply with the registered
specifications.


Part of Bulk Batch # <u>61097A</u> is bottled as Control # <u>61097A1</u>
(PACK SIZE 100)

Manufactured Date: <u>12/12/06</u>

---

Approved By: _____          Date: ___1/15/2007___
Regulatory Affairs

Confidential Subject to Protective Order

UDLL 000011717

JAN. 29. 2007 11:56AM    MYLAN GSO QA                    NO. 5006   P. 5

Actavis Totowa LLC

## CERTIFICATE OF ANALYSIS

Product Name: Digoxin Tablets, 0.25 mg

Date of Analysis: 01/06/07 Control No: 61097A Exp. Date: December 2008

| TEST | RESULT | LIMIT |
|---|---|---|
| DESCRIPTION: Color: | White | White |
| Profile: | Round bisected tablets | Round bisected tablets |
| Other: Debossed | "B 146" on bisected side | "B 146" on bisected side |
| FRIABILITY: | 0.1% | NMT 1.0% |
| IDENTIFICATION:    (A) | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. |
| (B) | The Rf value of test solution corresponds to standard solution. | The Rf value of test solution corresponds to standard solution. |
| ASSAY:<br>Digoxin, 0.25 mg | 97.5% | 90.0% - 105.0% |
| UNIFORMITY OF DOSAGE UNITS:<br>(Content Uniformity)<br>Digoxin, 0.25 mg | 1)  98.6%    6) 100.5%<br>2) 101.8%    7) 101.2%<br>3) 102.7%    8) 102.9%<br>4) 100.7%    9) 100.0%<br>5) 101.2%   10) 100.6%<br><br>Average:101.0% SD: 1.27% | 85.0% - 115.0%<br>RSD: NMT 6.0% |
| DISSOLUTION:<br>Media: 500mL; 0.1N HCl<br>Apparatus: I, RPM: 120<br>Temp: 37.0°C ± 0.5°C<br>Time: 60 minutes | 1)  98.5%    4) 100.0%<br>2) 101.8%    5)  97.3%<br>3) 100.0%    6) 100.5%<br><br>Average:  99.7% | NLT 80 % (Q) of the labeled amount of Digoxin is dissolved in 60 minutes. |
| Related Substances:<br>Digoxigenin | 0.276% | NMT 2.0% |
| Digoxigenin bisdigitoxoside | Not detected | NMT 2.0% |
| Gitoxin | Not detected | NMT 3.0% |

_____
Director of Quality Control          Date  1 | 15 | 07

Confidential Subject to Protective Order

UDLL 000011718

# Ⓒ Celsis | Analytical Services

## Report of Analysis

| | | | |
|---|---|---|---|
| **Attn. Name:** | Thomas Spaine | **Sample ID#:** | 783543 |
| **Company:** | UDL Laboratories, Inc | **Report Date:** | 02/02/2007 |
| **Address:** | 1718 Northrock Court | **Received:** | 01/30/2007 |
| **City, State, Zip:** | Rockford, IL 61103 | **Department:** | Chemistry |
| | | **Page:** | 1 of 1 |

**Sample:** Digitek 250 mcg
**Lot #:** 61097A1 (Skid #4 Top) exp 12/08

Test:   Digoxin Assay
Method: Current USP and Supplements
Claim:   250 mcg/tab (0.250 mg/tab)
Limit:   90.0 - 110.0%
Result: Date Assayed:  1/30/2007

256 mcg/tablet (102.4%)  -- Conforms

Test:   Dissolution
Method: Current USP and Supplements
Claim:  250 mcg/tablet 0.250 mg/tablet
Limit:   NLT 85% in 60 min for the avg of tablets tested
Result: Date Assayed:  1/30/2007

Component:  Digitek

| Stage 1 | |
|---|---|
| Sample # | % Dissolution |
| 1 | 97 |
| 2 | 94 |
| 3 | 95 |
| 4 | 100 |
| 5 | 99 |
| 6 | 103 |
| Average for 6 | 98 |

Conforms

Celsis Laboratory Group

By: _Denis Mo Scher_
02/02/2007

Unless alternate arrangements have been made, sample will be retained for 30 days and raw
data for 7 years after report date

Celsis Laboratory Group 6200 S. Lindbergh Blvd. St Louis, MO 63123 USA  T +1 314 487 6776  F +1 314 487 8991
Celsis Analytical Services represents that this is a confidential report which may be used when requested by physician and health officials,
but is not to be used in any form of advertising without written permission
Part of the Celsis International plc group of companies
www.celsis.com

RA-1-65 SL

Confidential Subject to Protective Order

UDLL 000011719

02/02/2007 11:10 FAX 314 487 6776          CELSIS LABS                              ☑002/050

**UDL Laboratories, Inc**                 Due:  02/02/2007                 Sample ID#: 783543

| Sample: Digitek | Lot #: 61097A1 (Skid #4 Top) exp 12/08 | Page: 1 of 5 |
| 250 mcg | Desc: white plastic bottle | Extra: NA |
| PO #: A29A3 | Qty: 1 bottle 100 tablets | Log: 01/30/2007 |

| Safety Name: No Safety Type | Corrections: | 20% discount DAG 3/5/07 |
| DEA #: N/A | NA | |

| Instructions: For all disintegrations report number of minutes, when possible. Send all data and reports overnight | | $1,575.00 |

Digoxin Assay                        Results:                                    $0.00

Current USP and Supplements          256 mg/tab                                  0.00 %

  Claim: 250 mcg/tab (0.250 mg/tab)   (102.4 %)                                  $1,575.00

  Limit: 90.0 - 110.0%                                                           498

SubDept: HPLC                                                                    conforms
                                                                                does not
Alert Limits: 93.3% — 110.71% ②                                                 N/A

Anc Data: (Yes) No    Anc Ref: 09092 21tm and 783514    Assay Date: 1/30/07

Method Instructions:  NA

2.4336 g ÷ 20 wt.  2.4336 g ÷ 20 tabs = 0.12168 g/tab × 1000 mg/g = 121.68 mg/tab
(B2119)

2B 1/30/07  cev 2.1-07  Claim: 0.250 mg/tab    121.68 mg/tab / 0.250 mg/tab × 1 mg = 486.72 mg spl needed
cev v 2.1-07  Need: 1 mg

(132119)  Spl Prep:
486.9 mg  sample transferred to a glass-stoppered, 50-mL conical
2B 1/30/07  flask. Added 25.0-mL (diluted alcohol) with swirling, sonicated
(SON-2) × 30 min, and cooled. Filtered a portion through
a 0.8-µm membrane filter, discarding the first 10 mL of
filtrate.

Assay Result: 0.2555 mg/tab × (1000 µg/mg) = 255.5 µg/tab

% of claim:  256 µg/tab / 250 µg/tab × 100% = 102.4%

① mg balance ASB 1/30/07 ② mg time ACB 2/1/07 ③ not needed ASB 2/1/07

| Signature/Date: Bischoff 2/1/07 | Reviewed By/Date: Chas Vaughn 2/2/07 |
| Bischoff 2/2/07 | |

Form: SCH007.10
Effective: 10-17-2003
Page 1 of 2

01/30/2007  12:23:08

Confidential Subject to Protective Order                                    UDLL 000011720

01/30/2007 11:10 FAX 314 487 6776          CELSIS LABS                                    ☒003/050

|                          | Due: 2/2/2007 |              | Sample ID#: 783543 |
|--------------------------|---------------|--------------|--------------------|

SubDepartment:   HPLC

ANL #:
498

Page:   2  of  5
Extra:   NA

Chromeleon Pages:   NA

Analyte: _____

Method: _____

System Identification: _____

Column: _____

Mobile Phase: _____

_____

_____

_____

Wavelength/Inj. Volume/Flow Rate: _____ / _____ / _____

Standard Data

**ID# Reference**

R81282-24 ITO

783544

NA

AEB
2/1/07

NA

AEB
2/1/07

pH Adjusted to : _____ NA

with _____ NA
                    (pH adjusting solution)

on pH Meter # ___ NA ___ or pHT # ___ NA ___
                                              (pH tester)

pH Buffer Check(s)

| Signature/date: | Bischoff  2/1/07 | Reviewed by/date: | ChrisVaughn  2/2/07 |
|-----------------|------------------|-------------------|---------------------|

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/30/2007  12:23:08

Confidential Subject to Protective Order

UDLL 000011721

02/02/2007 11:10 FAX 314 487 6776          CELSIS LABS                              ☑004/050

**Due:** 2/2/2007                                    Sample ID#: 783544

SubDepartment: HPLC                          | ANL#: 498 | Page: 2 of 5 |
                                             |           | Extra: NA   |

Sequence #S  020107-498-2 (#system suit)
             020107-498-2b (sample calc)      ② Chromeleon Pages: 1-12A

Analyte: Digoxin (Digitek) tablets

Method: USP 29 OL (digoxin tablets)

System Identification: LC-22

Column: H-39 Epic e18 5u 120Å 25cm x 4.2mm
S/N. 16104-14-78-51399; guard column Epic C18 5u 14-91-5752  S/N 23704-3.2x15mm

Mobile Phase: (37:13 H₂O:ACN) 1480 mL Milli-Q H₂O
(Bld-B) + 520 mL ACN (Fisher Optima, lot 064511,
exp 01/08). Filtered and degassed.
       NA

Wavelength/Inj. Volume/Flow Rate: 218 nm / 50ul / 3.0 mL/min

Standard Data

Std Prep: USP Digoxin RS (lot 00B0A6)
(783126) 4.011mg x 0.012mg = 4.004mg ⇒ 100.0 mL (diluted OH)
Std Concentration = 4.004mg/100.0mL = 0.04004 mg/mL
Purity Factor: 0.961 mg/mg for RS

pH Adjusted to: ___NA___

System Suitability Prep: (USP Digoxin RS? Digoxigenin) with ___NA___
Digoxigenin (Sigma, 028H37846, 10/10)                    (pH adjusting solution)
  4.098 = 0.001 mg = 4.097mg
USP Digoxin RS          ≫100.0 mL    on pH Meter # __NA__ or pHT # __NA__
  4.011mg - 0.002mg = 4.009mg  (diluted OH)   pH Buffer Check(s)   (pH tester)

Note: see p 4 of 7 of R81282-24mo for std drying and diluted alcohol prep

ID# Reference
R81282-
  24mo
783543
_____
_____
_____
  NA
  AEB
  2/1/07
_____

ANCILLARY

① not needed AEB 2/1/07  ② wording AEB 2/2/07
Signature/date: Bischoff 2/2/07  | Reviewed by/date: Chas Vaugh 2/2/07

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/30/2007  12:23:03

Confidential Subject to Protective Order                              UDLL 000011722

27/02/2007 11:11 FAX 314 487 6776          CELSIS LABS                                    ⌀005/050

## Chromatography Report

| Sequence Title: | Digoxin Assay | | Total Samples: 11 | |
|---|---|---|---|---|
| Sequence Name: | 020107-498-2b | | Sample No.: 1 | |
| System ID: | LC-22 | | | |
| Processing Date/Time: | 02/01/07 14:28:51 | | | |
| Created by: | Anna Bischoff | | | |
| Location: | ServerData | 2007\1 JAN THRU MARCH\498 | | |

**Calibration**

| No. | Peak Name | Cal.Mode | Cal.Type | #Points | Corr.Coeff. % |
|---|---|---|---|---|---|
| | | | | | |

**Peak Analysis**

| No. | Peak Name | Resolution (USP) | Tailing | Plates (USP) | K' |
|---|---|---|---|---|---|
| | | | | | |

**System Suitability**

| No. | Name | n.a. | n.a. | n.a. | n.a. |
|---|---|---|---|---|---|
| | | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 7 | Standard 1 | n.a. | 9.27425808 | n.a. | n.a. |
| 10 | Standard 2 | n.a. | 9.28040090 | n.a. | n.a. |
| | %RSD | #DIV/0! | 0.047 | #DIV/0! | #DIV/0! |

Analyst Signature/Date:    *Bischoff*  2/1/07
                          Anna Bischoff
                          Chemist                                    ANCILLARY

QC Review/Date:    *Chris Vaughn*  2/2/07

added p 1A to show system suitability
AEB 2/1/07

6.70 SP2a Build 1871
Version Number 2.2                        Page 1 of 12                    current date:2/1/2007
                                                                          current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011723

02/02/2007 11:11 FAX 314 487 6776          CELSIS LABS                              ☑ 006/050

## Chromatography Report

| Sequence Title: | Digoxin Assay | | Total Samples: 11 |
|---|---|---|---|
| Sequence Name: | 020107-498-2 | | Sample No.: 11 |
| System ID: | LC-22 | | |
| Processing Date/Time: | 02/01/07 14:20:34 | | |
| Created by: | Anna Bischoff | | |
| Location: | ServerData | 2007\1 JAN THRU MARCH\498 | |

### Calibration

| No. | Peak Name | Cal.Mode | Cal.Type | #Points | Corr.Coeff. % |
|---|---|---|---|---|---|
| 1 | Digoxygenin | Total | Lin | 5 | 99.997 |
| 2 | Digoxin | Total | Lin | 5 | 99.990 |

### Peak Analysis

| No. | Peak Name | Resolution (USP) | Tailing | Plates (USP) | K' |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 13.49 | 2.46 | 1187 | n.a. |
| 2 | Digoxin | n.a. | 1.96 | 1607 | n.a. |

### System Suitability

| No. | Name | Digoxygenin UV_VIS_1 | Digoxin UV_VIS_1 | n.a. UV_VIS_1 | n.a. UV_VIS_1 |
|---|---|---|---|---|---|
| 2 | System Suitability 1 | 19.61372095 | 9.06532399 | | |
| 3 | System Suitability 2 | 19.56334623 | 9.04740426 | n.a. | n.a. |
| 4 | System Suitability 3 | 19.58746710 | 8.97129354 | n.a. | n.a. |
| 5 | System Suitability 4 | 19.70433584 | 8.92523679 | n.a. | n.a. |
| 6 | System Suitability 5 | 19.54114496 | 8.99209405 | n.a. | n.a. |
| | %RSD | 0.323 | 0.633 | #DIV/0! | #DIV/0! |

Analyst Signature/Date: _Bischoff_ 2/1/07                              ANCILLARY
                        Anna Bischoff
                        Chemist

QC Review/Date: _Chris Vaughn_ 2/2/07

8.70 SP2a Build 1871          P.1.A
Version Number 2.2          Page 1 of 1          added page          current date:2/1/2007
                                                 AEB 2/1/07          current time: 2:22 PM

Confidential Subject to Protective Order

UDLL 000011724

CELSIS LABS



### Injection Report

| Sample Name: | Blank | | Sample No.: | 1 |
|---|---|---|---|---|
| Sequence Name: | 020107-498-2b | | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07  08:26:02 | | Unit Wt: | 1.00000 |
| System Operator: | c498 | | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|

ANCILLARY

Chris Vaughan 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 2 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011725



**Injection Report**

| Sample Name: | System Suitability 1 | Sample No.: 2 |
| Sequence Name: | 020107-498-2b | Injection vol.: 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: 1.0000 |
| Date Time Collected: | 02/01/07 08:56:46 | Unit Wt: 1.00000 |
| System Operator: | c498 | Factor: 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.31 | 19.61372095 | 68.390 | n.a. |
| 2 | Digoxin | 17.98 | 9.06532399 | 31.610 | 0.0376 |

ANCILLARY

Chris Vaughn 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 3 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011726

## Injection Report

| Sample Name: | System Suitability 2 | Sample No.: | 3 |
|---|---|---|---|
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 09:27:29 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.56334623 | 68.378 | n.a. |
| 2 | Digoxin | 17.97 | 9.04740426 | 31.622 | 0.0375 |

ANCILLARY

*Chris Vaughn* 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 4 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011727

/02/2007 11:12 FAX 314 487 6778          CELSIS LABS                          @010/050

### Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | System Suitability 3 | Sample No.: | 4 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07  09:58:13 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.58748710 | 68.587 | n.a. |
| 2 | Digoxin | 18.01 | 8.97129354 | 31.413 | 0.0372 |

ANCILLARY

*Chris Vaughan 2/2/07*

6.70 SP2a Build 1871
Version Number 2.2                    Page 5 of 12                    current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order                    UDLL 000011728

CELSIS LABS   @ 011/050



## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | System Suitability 4 | Sample No.: | 5 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 10:28:57 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.70433584 | 68.825 | n.a. |
| 2 | Digoxin | 18.03 | 8.92523679 | 31.175 | 0.0370 |

ANCILLARY

Chris Vaughan 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 6 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011729

2/02/2007 11:12 FAX 314 487 6776          CELSIS LABS                              @012/050

## Injection Report

| Sample Name: | System Suitability S | Sample No.: 6 |
| Sequence Name: | 020107-498-2b | Injection vol.: 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: 1.0000 |
| Date Time Collected: | 02/01/07 10:59:41 | Unit Wt: 1.00000 |
| System Operator: | c498 | Factor: 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|-----|-----------|--------------|--------------|------------|--------|
| 1 | Digoxygenin | 3.30 | 19.54114496 | 68.488 | n.a. |
| 2 | Digoxin | 18.04 | 8.99209405 | 31.514 | 0.0373 |

ANCILLARY

Chris Vaugh 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 7 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011730

702/2007 11:12 FAX 314 487 8778          CELSIS LABS                              013/050



**Injection Report**

| | | | |
|---|---|---|---|
| Sample Name: | Standard 1 | Sample No.: | 7 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 11:30:25 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 18.10 | 9.27425808 | 100.000 | 0.0385 |

ANCILLARY

Chris Vaughan 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 8 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011731

02/02/2007 11:12 FAX 314 487 6776          CELSIS LABS                                    ☒014/050

### Injection Report



| Sample Name: | 783543 | | Sample No.: | B |
| Sequence Name: | 020107-498-2b | | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | | Dilution Factor: | 25.0000 |
| Quantitation Method: | General Method Area | | Sample Weight: | 486.9000 |
| Date Time Collected: | 02/01/07  12:01:09 | | Unit Wt: | 121.68000 |
| System Operator: | c498 | | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|-----|-----------|--------------|--------------|------------|--------|
| 1 | Digoxin | 17.93 | 9.86067476 | 100.000 | 0.2555 |

ANCILLARY

*Chris Vaugh* 2/2/07

6.70 SP2a Build 1871
Version Number 2.2                    Page 9 of 12                    current date:2/1/2007
                                                                      current time: 2:29 PM

Confidential Subject to Protective Order                                    UDLL 000011732

7/01/2007  11:12 FAX  314 487 8778          CELSIS LABS                              ☒015/050



## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | 783544 | Sample No.: | 9 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 25.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 845.5000 |
| Date Time Collected: | 02/01/07 12:31:53 | Unit Wt: | 105.69700 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 18.09 | 9.71350186 | 100.000 | 0.1259 |

ANCILLARY

*Chris Vaughn* 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 10 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011733

/02/2007 11:13 FAX 314 487 6776        CELSIS LABS                          ✪016/050



### Injection Report

| Sample Name: | Standard 2 | Sample No.: | 10 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 13:02:38 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|-----|-----------|------|------|------|------|
| 1 | Digoxin | 18.05 | 9.28040090 | 100.000 | 0.0385 |

ANCILLARY

*Chris Vaugh* 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 11 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011734

/02/2007 11:13 FAX 314 487 8776          CELSIS LABS                                    ☑017/050

### Injection Report

| | | | |
|---|---|---|---|
| **Sample Name:** | System Suitability 6 | **Sample No.:** | 11 |
| **Sequence Name:** | 020107-498-2b | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 02/01/07 13:33:22 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.67567981 | 68.647 | n.a. |
| 2 | Digoxin | 18.08 | 8.98662357 | 31.353 | 0.0373 ① |

① This value calc'd as a spl, but not used in any sample calculation. AEB 2/2/07

ANCILLARY

*Chris Vaughn* 2/2/07

added p 12A to show system suit.
AEB
2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 12 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order                                              UDLL 000011735

27/02/2007  11:13 FAX 314 487 8778          CELSIS LABS                                    ☑018/050

## Check Standard Report

| | | |
|---|---|---|
| **Sample Name:** | System Suitability 6 | **Sample No.:** 11 |
| **Sequence Name:** | 020107-498-2 | **Injection vol.:** 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** 1.0000 |
| **Date Time Collected:** | 02/01/07  13:33:22 | **Unit Wt:** 1.00000 |
| **System Operator:** | c498 | **Factor:** 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.67567981 | 68.65 | 1.0038 |
| 2 | Digoxin | 18.08 | 8.98662357 | 31.35 | 0.0384 ⓘ |

**Check Standard**

| No. | Name | Digoxygenin | Digoxin | n.a. | n.a. |
|---|---|---|---|---|---|
| | | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 2 | System Suitability 1 | 19.61372095 | 9.06532399 | | |
| 3 | System Suitability 2 | 19.56334623 | 9.04740426 | n.a. | n.a. |
| 4 | System Suitability 3 | 19.58746710 | 8.97129354 | n.a. | n.a. |
| 5 | System Suitability 4 | 19.70433584 | 8.92523679 | n.a. | n.a. |
| 6 | System Suitability 5 | 19.54114496 | 8.99209405 | n.a. | n.a. |
| 11 | System Suitability 6 | 19.67567981 | 8.98662357 | n.a. | n.a. |
| | %RSD | 0.327 | 0.570 | #DIV/0! | #DIV/0! |

ⓘ this value used to calc. system suitability. Not used
to calc. spl. amt. AEB 2/2/07

ANCILLARY

Chris Vaughan 2/2/07

P 12A

added page
AEB 2/1/07

6.70 SP2a Build 1871
Version Number 2.2

Page 1 of 1

current date:2/1/2007
current time: 2:35 PM

Confidential Subject to Protective Order

UDLL 000011736

02/02/2007 11:13 FAX 314 487 8776          CELSIS LABS                                              ☑ 019/050

**UDL Laboratories, Inc**                   Due:   02/02/2007                  Sample ID#:  783543

| Sample: Digitex | Lot #: 61097A1 (Skid #4 Top) exp 12/08 | Page:  3 of 5 |
| 250 mcg | Desc:  white plastic bottle | Extra:  _NA_ |
| PO #:  A29A3 | Qty:  1 bottle 100 tablets | Log: 01/30/2007 |

| Safety Name: No Safety Type | Corrections: | NLT 85% (Q) in ~~30~~ 60min  10 9∋ tab |
| DEA #: N/A | _mnm 1/30/07_ | _NA_  ~~conc 1/31/07~~ correction needed 1/31/07 |

Instructions: For all disintegrations report number of minutes, when possible. Send all data and reports overnight

| Dissolution | Results: | $3,810.00 |
| Current USP and Supplements | | $0.00 |
| | | 0.00 % |
| Claim: 250 mcg/tablet 0.250 mg/tablet | **See Below** | $3,810.00 |
| Limit: NLT 60% in 30 min and NLT 85% in | | 450 |
| 60 min | | conforms |
| SubDept: Dissolution | | does not |
| Alert Limits:  _NA_ | | N/A |

| Anc Data: Yes No | Anc Ref: 783542 | Assay Date: 1/30/07 |
| Method Instructions:  _NA_ | | |

| **Stage 1 Results** |
| Sample No. | % Dissolution |
| 1 | 97 |
| 2 | 94 |
| 3 | 95 |
| 4 | 100 |
| 5 | 99 |
| 6 | 103 |
| Average for 6 | 98 |

_NA_
_mnm_
_1/31/07_

| Signature/date: _[signature]_ 1/31/07 | Reviewed by/date: _[signature]_ 2/1/07 |

Form: SCH004.8
Effective: 08-09-2002
Page 1 of 3

01/30/2007  10:00:51

Confidential Subject to Protective Order

UDLL 000011737

CELSIS LABS                                             @ 0207050

Due:  2/2/2007                        Sample ID#:  783543

| SubDepartment:  Dissolution | ANL #: | Page:  4 of 5 |
| --- | --- | --- |
| | 420 | Extra:  NA |

## Checklist Procedures for USP Apparatus  (I)  OR  II  (circle one)

Apparatus ID#: ___6___   Volume: __500__ mL Time: __60min__  Timer #: __Tm-76__

Medium: __0.1 N HCl__

58 mL HCl (Fisher, Lot # 060506, 10-09, 12.1 N) → 7000 mL WATER
Heated and Degassed. 01-30-07
mM

pH: (IF APPLICABLE): pH Tester ID: _____

Buffer Set Value: _____  Check Value: _____  Media Value: _____

Buffer Manufacturer, Lot# and Expiration Date: NA mm  1/30/07

1. Inspect all paddles or baskets, shafts, and vessels for cleanliness, deformations, burrs, or other defects, and check the verticality shaft.          Pass ⇒ ✓

2. Check the adjustment of each assembly so that each paddle or basket is
   (2.5 cm) or   4.5 cm (circle one) H6-3
   above the inner floor of the vessel.  The tolerance is 2 mm.  Each shaft is marked so it can be returned to the correct height.  All are within tolerance          Pass ⇒ ✓

3. Measure temperature of the water bath.  The tolerance is 37° ± 0.5°C.          Pass ⇒ ✓
   Temperature: __37.1__  °C   Thermometer #: __T-119D__

4. Select the gear drive or adjust the speed control to obtain the revolution speed specified in the method. Turn on the motor drive.  Measure the shaft resolutions per minute by manual count or by a revolution-counting device.  Allow the machine to run for the time specified in the dissolution test.  The tolerance for the deviation from the speed specified in the method is ± 2 rpm.
   Speed (rpm): __120.0__

5. Inspect the shafts for straightness.  Install shafts, start motor, engage clutches, and measure the amount of wobble by placing a runout gauge against each shaft just above the paddle or basket.  The tolerance is 1 mm (0.04 in.).     All within tolerance. ⇒ ✓
   Wobble Gauge ID: __W6-2__
   1. 0.001   2. 0.004   3. 0.004   4. 0.002   5. 0.004   6. 0.002

6. Measure the temperature of the medium in each dissolution vessel.  The tolerance is 37° ± 0.5°C.
   Thermometer #: __T-119D__
   1. 37.3   2. 37.3   3. 37.2   4. 37.2   5. 37.1   6. 37.1

| Signature/Date: [signature] 1/30/07 | Reviewed By/Date: [signature] 2/1/07 |
| --- | --- |

Form: SCH004.8
Effective: 08-09-2002
Page 2 of 3

Started to write my date
cev 2/1/07

01/30/2007  10:00:51

Confidential Subject to Protective Order

UDLL 000011738

| Due:  2/2/2007 | | Sample ID#:  783543 |
|---|---|---|
| SubDepartment:  Dissolution | ANL #:  420 | Page:  5 of 5 |
| | | Extra:  NA |

1/30/07

## Additional Analytical Worksheet

See R8-382-24 no for std drying info.
std stock prep. mm 1/30/07 stds were prepd.

See 783542 for wks std & solution preparations.

withdrew 10 20mL samples and filtered with a 0.45u Nylon disc discarding 1st 10mL

to 1-0mL Blank, 1.0 mL each standard, 1.0 mL each sample solution. in duplicate.    (IPT-7)
1) added 1.0mL ascorbic acid solution and swirled
2) added 5.0 mL HCl (Fisher lot 060506 10/09) and swirled
3) added 1.0mL Hydrogen peroxide – methanol soln and swirled and capped and set for 2hours. (Tm-76)

-783542

See pg 5A for std ads. readings mm 1/30/07 sp.

See 783542 pg 3 of 5 for std calibration curve

samples were run concurrently with 783542

| | 1st set | 2nd set | ave |
|---|---|---|---|
| v1 | 730 | 729 | 730 |
| v2 | 716 | 700 | 708 |
| v3 | 715 | 720 | 718 |
| v4 | 760 | 750 | 755 |
| v5 | 754 | 735 | 745 |
| v6 | 761 | 790 | 776 |
| std 100% | 724 | 728 | 726 |

| Signature/Date: ___ 1/30/07 | Reviewed By/Date: Chris Vaughn 2/1/07 |
|---|---|

Form: SCH004.8
Effective: 08-09-2002
Page 3 of 3

01/30/2007  10:00:51

Confidential Subject to Protective Order

UDLL 000011739

CELSIS LABS                                                    ☑ 0227050

**UDL Laboratories, Inc**                 Due:   02/02/2007              Sample ID#:  783542

| Sample:  Digitex 250 mcg | Lot #:  61100A1 (Skid #7 Top) exp 12/08 | Page:  3 of 5 |
| PO #:  A29A3 | Desc:  white plastic bottle | Extra:  N/A |
| | Qty:  1 bottle 100 tablets | Log: 01/30/2007 |

| Safety Name: No Safety Type | Corrections: | ① → N/A  @ NLT 85%, 60 min. |
| DEA #: N/A | | correction required. |

Instructions:  For all disintegrations report number of minutes, when possible. Send all data and reports overnight

| Dissolution | Results: | $3,810.00 |
| Current USP and Supplements | | $0.00 |
| | | 0.00 % |
| Claim: 250 mcg/tablet 0.250 mg/tablet | See Below **(c)COPY** | $3,810.00 |
| Limit: NLT 60% in 30 min and NLT 85% in 60 min | | 480 |
| SubDept: Dissolution | | conforms |
| Alert Limits:   N/A | | does not   N/A |

| Anc Data:  (Yes)  No | Anc Ref:  783542 | Assay Date:  01-30-07 |
| Method Instructions:   N/A | | |

① See Client E-mail for limit  01-31-07 /MH
② mg. info. 01-31-07 -MH

| **Stage 1 Results** |
| Sample No. | % Dissolution |
| 1 | 94 |
| 2 | 98 |
| 3 | 97 |
| 4 | 97 |
| 5 | 99 |
| 6 | 94 |
| Average for 6 | 97 |

USP-29  ONLINE · (DIGOXIN)

| % Dissolution (x) | | Response (y) |
| 1.0 mL | 19.362228 | 124 |
| 2.0 mL | 38.724456 | 271 |
| 3.0 mL | 58.086684 | 412 |
| 4.0 mL | 77.448912 | 581 |
| 5.0 mL | 96.81114 | 732 |

FACTOR -                                                    ANCILLARY

$$\frac{5.037\ mg}{100.0\ mL} \times \frac{10.0\ mL}{50.0\ mL} \times \frac{500 mL}{0.250\ mg} \times \frac{1.0 mL}{100.0 mL} \times \frac{0.961\ mg}{1\ mg} \times 100$$

FACTOR = 19.362228

CORR. COEF = 0.999574279

Sample % Dissolution from Std Curve.

| Signature/date: _ulsautff_ / 01-31-07 | Reviewed by/date: Chris Vaughn 2/1/07 |

Form:  SCH004.8
Effective:  08-09-2002
Page 1 of 3

01/30/2007  11:08:55

Confidential Subject to Protective Order                           UDLL 000011740

Due: 2/2/2007                                Sample ID#:  783542

| SubDepartment:   Dissolution | ANL #: | Page:  5 of 5 |
|---|---|---|
| 01-30-07 | 480 | Extra: 5A - 5B |

STD reading is not Linear. STD
prep was OFF. Reprep all solutions.
01-31-07 /mj          /mw/ 2/1/07

**Additional Analytical Worksheet**          *ANCILLARY*

STANDARD =   DIGOXIN   (USP-STD, Lot # 00B096, 0.961 mg/per mg)
          SEE   R81282   24 mo.  STD  Drying  and  Stock Std.

WORKING STD =

    10.0 mL  STOCK STD ⟶  50.0 mL   4 IN 5 ALCOHOL

Glassware  rinsed  with  HCl  (Fisher, Lot # 060506, 10-09, 12.1 N),  DI  Water,
and  Alcohol  (Aaper, Lot # 04L16GB, 3-10)  and   carefully  dried.

4 IN 5 ALCOHOL =

    160 mL  Ethyl  Alcohol  (Aaper, Lot # 04L16GB, 3-10) ⟶  200.0 mL  H₂O

ASCORBIC ACID - METHANOL  SOLUTION =

Bal = 19     200.0 mg  Ascorbic  Acid  (Sigma, 063K1082, 8-10) ⟶  100.0 mL
                 Methanol  (Sigma, 00561HE, 1-08)          Methanol

HYDROGEN  PEROXIDE - METHANOL  SOLUTION =

    STOCK = 2.0 mL  Hydrogen  Peroxide  (Sigma, 095K3774, 5-07) ⟶
        100.0 mL  Methanol  (Sigma, 00561HE, 1-08)
    WORKING = 2.0 mL  Hydrogen  Peroxide  Stock ⟶  100.0 mL  Methanol

STANDARD SOLUTIONS =

1.0 mL (20%),  2.0 mL (40%),  3.0 mL (60%),  4.0 mL (80%),  5.0 mL (100%) ⟶
⟶ 100.0 mL  MEDIUM

    1 TABLET ⟶  500 mL  MEDIUM.
          Filtered  with  0.45 micron  Nylon  filter.

| Signature/Date:  _____ / 01-31-07 | Reviewed By/Date:  Chris Vaughn  2/1/07 |
|---|---|

Form: SCH004.8
Effective: 08-09-2002
Page 3 of 3

01/30/2007  11:08:55

Confidential Subject to Protective Order

UDLL 000011741

UDL Laboratories, Inc.                 Due:   2/2/2007                    Sample ID#:  783542

| Sub Dept: Dissolution | | | |
|---|---|---|---|

Sub Dept:  Dissolution
01-30-07

ANL #:  480

Page:  5 A  document need.
5B      01-31-07  my

## Additional Analytical Worksheet

[Re-prep all solutions at 01-31-07 (see page 5B), used some Stock Disc. samples, and followed
same procedure below and Reed in fmr]

Prepared  1.0 mL  Medium as Blank , 1.0 mL each Standard
Solutions  and  1.0 mL each Sample Solutions.

(and PPT-7) Added  1.0 mL  Ascorbic Acid- Methanol Solution and swirled.
Added  5.0 mL  HCl (Fisher, Lot # 060506, 10-09) and swirled.
Added  1.0 mL  Hydrogen Peroxide - Methanol Working Solution
and  swirled  than  capped  and  allowed  to sit 2 hours, Tm-54

FMR - I                          Fluorescence  = 485 nm
GAIN = 1000                      Excitation Wavelength = 372 nm.
SPAN = MAX                       Excitation  Filter = NB360
                                 Emission  Filter = SC415

© COPY

| Zeroed with Blank | | Duplication | Average |
|---|---|---|---|
| STD | 20 % | 125 | 123 | 124 |
| STD | 40 % | 274 | 268 | 271 |
| STD | 60 % | 409 | 414 | 412 |
| STD | 80 % | 576 | 585 | 581 |
| STD | 100% | 739 | 724 | 732 |

| | | Duplication | Average |
|---|---|---|---|
| Sample V1 | 696 | 713 | 705 |
| Sample V2 | 734 | 736 | 735 |
| Sample V3 | 733 | 729 | 731 |
| Sample V4 | 737 | 726 | 732 |
| Sample V5 | 742 | 748 | 745 |
| Sample V6 | 709 | 707 | 708 |
| STD 100% | 724 | 728 | 726 |

ANCILLARY = 783542
           783543
           783544

ANCILLARY

Signature/Date: [signature] /01-31-07      Reviewed By/Date: Chris Vaughn  2/1/07

Form#: SCHC001.4
Effective: 04-02-2004
Page 1 of 1

1/30/2007  11:11:17AM

Confidential Subject to Protective Order

UDLL 000011742

06 02 2007 11:10 FAX 314 487 6770       CELSIS LABS                              ☒ 025/050

**UDL Laboratories, Inc**          Due:   2/2/2007              Sample ID#:  783542

| Sub Dept:  Dissolution | ANL #: | Page:  5 B |
|------------------------|--------|------------|
| 01-31-07               | 480    | N/A        |

### Additional Analytical Worksheet

STANDARD = DIGOXIN (USP-STD, Lot = 00B096, 0.961 mg/per mg) **COPY**

SEE R81282 24 mo. for STD drying and Stock STD.
(Page 4 of 7)

STOCK = Bal = 26   5.065 mg - 0.028 mg = 5.037 mg STD ⟶ 100.0 mL
                                                        4 IN 5 ALCOHOL

WORKING = 10.0 mL STOCK STD ⟶ 50.0 mL 4 IN 5 ALCOHOL

4 IN 5 ALCOHOL = 160 mL Ethyl Alcohol (Aaper, Lot # 04L166B, 3-10) ⟶ 200.0 mL $H_2O$

ASCORBIC ACID – METHANOL SOLUTION =

Bal = 19     200.00 mg Ascorbic Acid (Sigma, 063K1082, 8-10) ⟶
         ⟶ 100.0 mL Methanol (Sigma, 00561HE, 1-08)

HYDROGEN PEROXIDE – METHANOL SOLUTION =

STOCK = 2.0 mL Hydrogen Peroxide (Sigma, 095K3774, 5-07) ⟶
         ⟶ 100.0 mL Methanol (Sigma, 00561HE, 1-08)
WORKING = 2.0 mL $H_2O_2$-Methanol Stock ⟶ 100.0 mL Methanol

STANDARD SOLUTIONS =
1.0 mL (20%), 2.0 mL (40%), 3.0 mL (60%), 4.0 mL (80%), 5.0 mL (100.0%)
⟶ 100.0 mL MEDIUM.

See page 5A to follow FMRI reading and prep.          ANCILLARY

N/A     01-31-07
                   my

| Signature/Date: _____ / 01-31-07 | Reviewed By/Date: Chris Vaughan 1/31/07 |
|----------------------------------|------------------------------------------|

Form#: SCHC001.4
Effective: 04-02-2004
Page 1 of 1

1/31/2007  8:14:51AM

Confidential Subject to Protective Order

UDLL 000011743

01/26/2007 11:15 FAX 314 487 0778          CELSIS LABS                              ☑ 028/050

| Sample: Digitek (Digoxin) | Interval: 24 Month | Due: 2/12/2007 | Sample ID#: R81282 | |
|---|---|---|---|---|
| 125 mcg (0.125 mg) Tablets, USP | Lot #: 5A113 (Mfg: Amide/Bertek Vendor # 4277A1) Desc: UVI Package | | ANL #: 498 | |
| Date: 1/29/07 | SubDepartment: HPLC | | Page: 4 of 7 Extra: | |
| | | | Chromeleon Pages: | |

Analyte: __Digoxin (Digitek) tablets__       (c)COPY

Method: __USP OL 29__

System Identification: _____

Column: _____

Mobile Phase: __(37:13 H2O:ACN) 2220 mL MilliQ H2O__
__(Building B) + 780 mL ACN (Fisher (Optima),__
__lot 010451L, exp 01/08). Filtered and degassed.__

Wavelength/Inj. Volume/Flow Rate: __218 nm / 50 µL / 3.0 mL/min__

Standard Data

__Diluted Alcohol__   500 mL Ethyl Alcohol (AAPER, 04D20QA, 04/09)
+ 500 mL purified water (B-12) to a 1000.0 mL flask, mix ①
and mixed.

__Std Prep__: Std was dried at 105°C × 1 hour.
(Bal 210)   (See p. 7 of 7) (USP Digoxin lot 100RSD) pH Adjusted to: __NA__
4.110mg - 0.060 mg = 4.050 mg → 100.0 mL                with __NA__
                                    (diluted alcohol)        (pH adjusting solution)
Dig.Purity Factor = 0.961 mg/mg for RS

__System Suitability Prep__:                         on pH Meter # __NA__ or pHT # __NA__
(921 210) 4.041mg - 0.008 mg USP Digoxin RS③                              (pH tester)
(Bal 210) 4.025 mg - 0.011mg Digoxigenin (Sigma, 078H37846, 10/10) pH Buffer Check(s)
.01  4.041mg - 0.008 mg = 4.033 mg (USP Digoxin RS)
w/o  4.025mg - 0.011mg = 4.009 mg (Digoxigenin) → 100.0 mL (diluted alcohol)

④ dried std in Vacuum Oven I (TZ616) at 25 in Hg × 1 hr (TM-77) at 107°C  See C67-007
for Deviation

③ Reprepped System Suitability Prep because integration of Digoxin RS was
not passing system suitability. See pg 4A for reprep.
① spelling AEB 1/29/07 ② redried std AEB 1/30/07

| Signature/date: | Reviewed by/date: |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/26/2007 14:25:50

Confidential Subject to Protective Order                                    UDLL 000011744

02/02/2007 11:18 FAX 314 487 6776          CELSIS LABS                                      ☒027/050

## Deviation and Discrepancy Report

Page: _1_ of _1_

Date of Event: _1-8-07_                                    Number: _C07-007_

Discrepancy / (Deviation)                    (Planned) / Unplanned

Description/Impact of Event: _The vacuum oven currently is use pulls 25 inches of mercury. USP requires 20mm Hg which corresponds to 29 inches Hg. The full vacuum was pulled when samples and standards are dried. The full vacuum has been deemed adequate for drying for an interim period until a new vacuum pump is purchased._

Root cause: _Vacuum pump is calibrated and a full vacuum is used. The USP requirement was not met due to the capability of the vacuum_

NA
vms 1-11-07

COPY

Corrective Action/Preventative Action: _A new pump will be purchased, calibrated & placed into service._

NA
vms 1-11-07

☐ See attached

Originator Signature/Date: _R M Williams_  _1-11-07_

Management Signature/Date: _Dennis McFadden_  _01/11/2007_

QA Signature/Date: _R Jewell_  _1/12/07_

Form: #CAD028.1
Effective: 12/22/06
Page 1 of 1

Confidential Subject to Protective Order

UDLL 000011745



**101 E. Main Street, Little Falls, NJ 07424 • Ph: (973) 890-1440 • Fax: (973) 890-7980.**

---

Digoxin Tablets 0.125 mg                    BATCH # <u>60992A</u>

### CERTIFICATE OF ANALYSIS GENERATED FOR
### CUSTOMER PURPOSES ONLY

All testing has been performed in accordance with GMP and GLP and all results have been found to comply with the registered specifications.

Part of Bulk Batch # <u>60992A</u> is bottled as Control # <u>60992A1</u>
(PACK SIZE 100)

Manufactured Date: <u>11/11/06</u>

---

Approved By: _____          Date: __1/18/2007__
**Regulatory Affairs**

Confidential Subject to Protective Order

UDLL 000011746

JAN. 29. 2007 11:57AM    MYLAN GSO QA                    NO. 5006   P. 7

**Actavis Totowa LLC**

## CERTIFICATE OF ANALYSIS

Product Name:    Digoxin Tablets 0.125 mg

Date of Analysis: 01/05/07        Control Number: 60992A        Exp. Date: November 2008

| TEST | RESULT | LIMIT |
|---|---|---|
| DESCRIPTION: Color: | Yellow | Yellow |
| Profile: | Round bisected tablets | Round bisected tablets |
| Other: Debossed | "B 145" on bisected side | "B 145" on bisected side |
| FRIABILITY: | 0.1% | NMT 1.0% |
| IDENTIFICATION: (A)<br><br><br><br>(B) | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation.<br><br>The Rf value of test solution corresponds to standard solution. | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation.<br><br>The Rf value of test solution corresponds to standard solution. |
| ASSAY:<br>Digoxin, 0.125 mg | 99.4% | 90.0% – 105.0% |
| UNIFORMITY OF DOSAGE UNITS:<br>(Content Uniformity)<br>Digoxin, 0.125 mg | 1) 99.2%    6) 101.0%<br>2) 96.9%    7) 99.2%<br>3) 100.4%   8) 97.7%<br>4) 98.5%    9) 97.2%<br>5) 97.8%   10) 98.8%<br><br>AVG: 98.7% RSD: 1.4% | 85.0% – 115.0%<br>RSD: NMT 6.0% |
| DISSOLUTION:<br>Media: 500mL; 0.1N HCl<br>Apparatus: I, RPM: 120<br>Temp: 37.0°C ± 0.5°C<br>Time: 60 minutes | 1) 102.2%   4) 99.3%<br>2) 99.5%    5) 99.2%<br>3) 102.4%   6) 102.2%<br><br>Average: 100.8% | NLT 80% (Q) of the labeled amount of Digoxin is dissolved in 60 minutes. |
| Related Substances:<br>Digoxigenin | 0.181% | NMT 2.0% |
| Digoxigenin bisdigitoxoside | Not Detected | NMT 2.0% |
| Gitoxin | Not Detected | NMT 3.0% |

_____
Director of Quality Control

____1 | 18 | 07____
Date

Confidential Subject to Protective Order

UDLL 000011747

02/02/2007 11:16 FAX 314 487 8776          CELSIS LABS                      ☑028/050

# Celsis | Analytical Services

## Report of Analysis

| | | | |
|---|---|---|---|
| **Attn. Name:** | Thomas Spaine | | |
| **Company:** | UDL Laboratories, Inc | **Sample ID#:** | 783544 |
| **Address:** | 1718 Northrock Court | **Report Date:** | 02/02/2007 |
| | | **Received:** | 01/30/2007 |
| **City, State, Zip:** | Rockford, IL 61103 | **Department:** | Chemistry |
| | | **Page:** | 1 of 1 |

**Sample:** Digitek 125 mcg
**Lot #:** 60992A1 (Skid #7 Top) exp. 11/08

**Test:** Digoxin Assay
**Method:** Current USP and Supplements
**Claim:** 125mcg/tab(0.125mg/tab)
**Limit:** 90.0 – 110.0%
**Result:** Date Assayed: 1/30/2007

126 mcg/tablet (100.8%) -- Conforms

**Test:** Dissolution
**Method:** Current USP and Supplements
**Claim:** n/a
**Limit:** NLT 85% in 60 min for the avg of the tablets tested
**Result:** Date Assayed: 1/30/2007

**Component:** Digitek

| Stage 1 | |
|---|---|
| Sample # | % Dissolution |
| 1 | 97 |
| 2 | 98 |
| 3 | 98 |
| 4 | 100 |
| 5 | 98 |
| 6 | 99 |
| Average for 6 | 98 |

Conforms

Celsis Laboratory Group

By: _Dennis M. Leslie_
02/02/2007

Unless alternate arrangements have been made, sample will be retained for 30 days and raw data for 7 years after report date

Celsis Laboratory Group 6200 S. Lindbergh Blvd. St Louis, MO 63123 USA T +1 314 487 6776  F +1 314 487 8991
Celsis Analytical Services represents that this is a confidential report which may be used when requested by physician and health officials,
but is not to be used in any form of advertising without written permission
Part of the Celsis International plc group of companies
www.celsis.com

RA-1-A5 SL

Confidential Subject to Protective Order

UDLL 000011748

CELSIS LABS

**UDL Laboratories, Inc**

| | | |
|---|---|---|
| Sample: Digitek | Due: 02/02/2007 | Sample ID#: 783544 |

Sample: Digitek
~~125 mg~~ 125 mcg
PO #: A29A3

Lot #: 60992A1 (Skid #7 Top) exp. 11/08
Desc: wht plst btl /wht lid w/tabs

Qty: 1 btl = 100 tabs

Page: 1 of 5
Extra: NA
Log: 01/30/2007

Safety Name: No Safety Type
DEA #: N/A

Corrections:
*AC* ① Spl strength incorrectly entered.

Instructions: For all disintegrations report number of minutes, when possible. Send all data and reports overnight

Digoxin Assay
Current USP and Supplements

Claim: 125mcg/tab(0.125mg/tab)

Limit: 90.0 - 110.0%

SubDept: HPLC

Alert Limits: 93.3% - 104.7% ①

Results:

126 ug/tab
(100.8%)

$1,575.00
$0.00
0.00 %
$1,575.00

498

conforms
does not

N/A

Anc Data: (Yes)  No   Anc Ref: 783544 2-mo ④   Assay Date: 1/30/07

Method Instructions:  N A

2.11394 g = 20 wt   2.11394 g ÷ 20 tabs = 0.105697 g/tab × $\frac{1000 mg}{1 g}$ = 105.697 mg/tab

Claim: 0.125 mg/tab   $\frac{105.697 mg/tab}{0.125 mg/tab}$ × 1 mg = 845.576 mg of spl needed

Need: 1 mg

Spl Prep:

345.5 mg of spl transferred to a glass-stoppered, 50-mL conical flask. Added 25.0 mL (diluted alcohol) with swirling, sonicated (SON-2) × 30 min (TM-77), and cooled. Filtered a portion through a 0.8-um membrane ② filter, discarding the first 10 mL of filtrate.

Assay result: 0.1259 mg/tab × (1000 ug/mg) = 125.9 ug/tab

% of claim: $\frac{126 \text{ ug/tab} ③}{125 \text{ ug/tab} ②}$ × 100% = 100.8%

① not needed AEB 2/1/07  ② units AEB 2/1/07  ③ wt and AEB 2/1/07  ④ mg ancillary AEB 2/2/07

| Signature/Date: Bischoff 2/2/07 | Reviewed By/Date: Chris Vaughn 2/2/07 |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 1 of 2

01/30/2007  12:23:03

Confidential Subject to Protective Order

UDLL 000011749

| | Due:  2/2/2007 | | Sample ID#:  783544 | |
|---|---|---|---|---|
| SubDepartment:   HPLC | | ANL #: 498 | Page:  2 of 5 | |
| | | | Extra:  NA | |

Sequence #'S  020107-498-2  (for system suit)
                        020107-498-2b  (sample calc)    ② Chromeleon Pages:  1-12A

Analyte: _Digoxin (Digitek) tablets_

Method: _USP 29 OL  (digoxin tablets)_

System Identification: _LC-22_

Column: _H-39 Epic C18 5u 120Å 25cm × 4.2mm_

S/N. _16104-14-78-51399; guard column EPIC C18 5u 14-91-5175L_   ① S/N: 23704-
                                                                              3.2×15mm

Mobile Phase: (37:13 H₂O:ACN) 1480mL Milli-Q H₂O
(Bld-B) + 520-mL ACN (Fisher Optima, lot 064511,
exp 01/08). Filtered and degassed.
         NA

Wavelength/Inj. Volume/Flow Rate: _218-nm / 50µl / 3.0mL/min_

**Standard Data**

Std Prep: USP Digoxin RS (lot 008096)
(FM 2u) 4.016g = 0.012mg = 4.004mg → 100.0mL (diluted OH)
Std Concentration = 4.004mg/100.0mL = 0.04004mg/mL
Purity Factor: 0.961 mg/mg for RS

System Suitability Prep: (USP Digoxin RS & Digoxigenin) with
Digoxigenin (Sigma, 078H3784b, 10/10)
   4.098 = 0.001 mg = 4.097mg → 100.0mL
USP Digoxin RS                >> 100.0mL        on pH Meter # __NA__  or pHT # __NA__
   4.011mg - 0.002mg = 4.009mg   (diluted OH)  pH Buffer Check(s)

Note: see p.4 of 7 of R81282-24mo for std drying and diluted alcohol prep

pH Adjusted to : __NA__
                                              (pH adjusting solution) __NA__

**ID# Reference**
R81282-
  24mo
783543
          NA
          AEB
          2/1/07

**ANCILLARY**

① not needed AEB 2/1/07  ② wording AEB 2/2/07

| Signature/date:  Bischoff  2/2/07 | Reviewed by/date:  Chris Vaughn  2/2/07 |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/30/2007  12:23:03

Confidential Subject to Protective Order

UDLL 000011750

2/02/2007 11:17 FAX 314 487 6776          CELSIS LABS                                    ☒031/050

## Chromatography Report

| Sequence Title: | Digoxin Assay | | | Total Samples: 11 | |
| Sequence Name: | 020107-498-2b | | | Sample No.: 1 | |
| System ID: | LC-22 | | | | |
| Processing Date/Time: | 02/01/07  14:28:51 | | | | |
| Created by: | Anna Bischoff | | | | |
| Location: | ServerData | 2007\1 JAN THRU MARCH\498 | | | |

**Calibration**

| No. | Peak Name | | Cal.Mode | Cal.Type | #Points | Corr.Coeff. % |
|-----|-----------|--|----------|----------|---------|---------------|

**Peak Analysis**

| No. | Peak Name | | Resolution (USP) | Tailing | Plates (USP) | K' |
|-----|-----------|--|------------------|---------|--------------|-----|

**System Suitability**

| | | n.a. | n.a. | n.a. | n.a. |
|---|---|------|------|------|------|
| No. | Name | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 7 | Standard 1 | n.a. | 9.27425808 | n.a. | n.a. |
| 10 | Standard 2 | n.a. | 9.28040090 | n.a. | n.a. |
| | %RSD | #DIV/0! | 0.047 | #DIV/0! | #DIV/0! |

Analyst Signature/Date:   _Bischoff   2/1/07_
                          Anna Bischoff
                          Chemist

ANCILLARY

QC Review/Date:   _Chris Vaughn   2/2/07_

added p 1A to show system suitability
AEB 2/1/07

Confidential Subject to Protective Order                                    UDLL 000011751

12/02/2007 11:17 FAX 314 487 6776          CELSIS LABS                                    ☑032/050

## Chromatography Report

| Sequence Title: | Digoxin Assay | | Total Samples: 11 |
|---|---|---|---|
| Sequence Name: | 020107-498-2 | | Sample No.: 11 |
| System ID: | LC-22 | | |
| Processing Date/Time: | 02/01/07 14:20:34 | | |
| Created by: | Anna Bischoff | | |
| Location: | ServerData | 2007\1 JAN THRU MARCH\498 | |

**Calibration**

| No. | Peak Name | Cal.Mode | Cal.Type | #Points | Corr.Coeff. % |
|---|---|---|---|---|---|
| 1 | Digoxygenin | Total | Lin | 5 | 99.997 |
| 2 | Digoxin | Total | Lin | 5 | 99.990 |

**Peak Analysis**

| No. | Peak Name | Resolution (USP) | Tailing | Plates (USP) | K' |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 13.49 | 2.46 | 1167 | n.a. |
| 2 | Digoxin | n.a. | 1.96 | 1607 | n.a. |

**System Suitability**

| | | Digoxygenin | Digoxin | n.a. | n.a. |
|---|---|---|---|---|---|
| No. | Name | UV VIS 1 | UV VIS 1 | UV VIS 1 | UV VIS 1 |
| 2 | System Suitability 1 | 19.61372095 | 9.06532399 | n.a. | n.a. |
| 3 | System Suitability 2 | 19.56334623 | 9.04740426 | n.a. | n.a. |
| 4 | System Suitability 3 | 19.58746710 | 8.97129354 | n.a. | n.a. |
| 5 | System Suitability 4 | 19.70433584 | 8.92523679 | n.a. | n.a. |
| 6 | System Suitability 5 | 19.54114496 | 8.99209405 | n.a. | n.a. |
| | %RSD | 0.323 | 0.633 | #DIV/0! | #DIV/0! |

Analyst Signature/Date:  _Bischoff_  2/1/07            ANCILLARY
                          Anna Bischoff
                          Chemist

QC Review/Date:  _Chris Vaughn_  2/2/07

P.1A

6.70 SP2a Build 1871                    Page 1 of 1            current date:2/1/2007
Version Number 2.2                                            current time: 2:22 PM

added page
AEB 2/1/07

Confidential Subject to Protective Order                        UDLL 000011752



### Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | Blank | Sample No.: | 1 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 08:26:02 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|

ANCILLARY

Chris Vaughan 2/2/07

Confidential Subject to Protective Order

UDLL 000011753

02/02/2007 11:18 FAX 314 487 8776          CELSIS LABS                          ☑034/050



## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | System Suitability 1 | Sample No.: | 2 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 08:56:46 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |

| No. | Peak Name | Rel.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.31 | 19.61372095 | 68.390 | n.a. |
| 2 | Digoxin | 17.98 | 9.06532399 | 31.610 | 0.0376 |

ANCILLARY

Chris Vaughan 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 3 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011754

02/02/2007 11:18 FAX 314 487 6776          CELSIS LABS                                    ⌀035/050

### Injection Report

| Sample Name: | System Suitability 2 | Sample No.: | 3 |
|---|---|---|---|
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07  09:27:29 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.56334623 | 68.378 | n.a. |
| 2 | Digoxin | 17.97 | 9.04740426 | 31.622 | 0.0375 |

ANCILLARY

6.70 SP2a Build 1871
Version Number 2.2

Page 4 of 12

current date:2/1/2007
current time: 2:29 PM

*Chris Vaugh* 2/2/07

Confidential Subject to Protective Order

UDLL 000011755

2/02/2007 11:18 FAX 314 487 6776          CELSIS LABS                              ☑038/050

## Injection Report

| | | | |
|---|---|---|---|
| **Sample Name:** | System Suitability 3 | **Sample No.:** | 4 |
| **Sequence Name:** | 020107-498-2b | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 02/01/07 09:58:13 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.58746710 | 68.587 | n.a. |
| 2 | Digoxin | 18.01 | 8.97129354 | 31.413 | 0.0372 |

ANCILLARY

*Chris Vaughn* 2/2/07

6.70 SP2a Build 1871
Version Number 2.2                        Page 5 of 12                    current date:2/1/2007
                                                                          current time: 2:28 PM

Confidential Subject to Protective Order                              UDLL 000011756

### Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | System Suitability 4 | Sample No.: | 5 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 10:28:57 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.70433584 | 68.825 | n.a. |
| 2 | Digoxin | 18.03 | 8.92523679 | 31.175 | 0.0370 |

ANCILLARY

*Chris Vaughn* 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 6 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011757

## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | System Suitability 5 | Sample No.: | 6 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 10:59:41 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.54114496 | 68,486 | n.a. |
| 2 | Digoxin | 18.04 | 8.99209405 | 31.514 | 0.0373 |

ANCILLARY

*Chris Vaughn 2/2/07*

6.70 SP2a Build 1871
Version Number 2.2                          Page 7 of 12                          current date:2/1/2007
                                                                                 current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011758

02/02/2007 11:19 FAX 314 487 6776          CELSIS LABS                          ☑ 039/050

### Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | Standard 1 | Sample No.: | 7 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 11:30:25 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 18.10 | 9.27425808 | 100.000 | 0.0385 |

ANCILLARY

Chris Vaughn 2/2/07

6.70 SP2a Build 1871
Version Number 2.2

Page 8 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011759

02/02/2007 11:19 FAX 314 487 6776          CELSIS LABS                              @040/050

## Injection Report

| | | | |
|---|---|---|---|
| Sample Name: | 783543 | Sample No.: | 8 |
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 25.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 486.9000 |
| Date Time Collected: | 02/01/07 12:01:09 | Unit Wt: | 121.68000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 17.93 | 9.86067478 | 100.000 | 0.2555 |

ANCILLARY

*Chris Vaugh  2/2/07*

6.70 SP2a Build 1871
Version Number 2.2

Page 9 of 12

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011760

02/02/2007 11:20 FAX 314 487 6778     CELSIS LABS                                    ☑ 042/050
02/02/2007 11:19 FAX 314 487 6776     CELSIS LABS                                    ☑ 041/050

### Injection Report

| | | | |
|---|---|---|---|
| **Sample Name:** | 783544 | **Sample No.:** | 9 |
| **Sequence Name:** | 020107-498-2b | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 25.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 845.5000 |
| **Date Time Collected:** | 02/01/07 12:31:53 | **Unit Wt:** | 105.69700 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxin | 18.09 | 9.71350186 | 100.000 | 0.1259 |

ANCILLARY

*Chris Vaughn* 2/2/07

current date:2/1/2007
current time: 2:29 PM

Confidential Subject to Protective Order

UDLL 000011761

02/02/2007 11:20 FAX 314 487 6776          CELSIS LABS                                    ☑043/050

### Injection Report

| Sample Name: | System Suitability 6 | Sample No.: | 11 |
|---|---|---|---|
| Sequence Name: | 020107-498-2b | Injection vol.: | 50.0 |
| Program Method: | LC-22 UV | Dilution Factor: | 1.0000 |
| Quantitation Method: | General Method Area | Sample Weight: | 1.0000 |
| Date Time Collected: | 02/01/07 13:33:22 | Unit Wt: | 1.00000 |
| System Operator: | c498 | Factor: | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.67567981 | 68.647 | n.a. |
| 2 | Digoxin | 18.08 | 8.98662357 | 31.353 | 0.0373 ① |

①This value calc'd as a spl, but not used in
any sample calculation.  AEB 2/2/07

ANCILLARY

Chris Vaughan 2/2/07

added P12A to show system suit.
AEB
2/1/07                     current date:2/1/2007
                          current time:2:29 PM

Confidential Subject to Protective Order                                    UDLL 000011762

## Check Standard Report

| | | | |
|---|---|---|---|
| **Sample Name:** | System Suitability 6 | **Sample No.:** | 11 |
| **Sequence Name:** | 020107-498-2 | **Injection vol.:** | 50.0 |
| **Program Method:** | LC-22 UV | **Dilution Factor:** | 1.0000 |
| **Quantitation Method:** | General Method Area | **Sample Weight:** | 1.0000 |
| **Date Time Collected:** | 02/01/07  13:33:22 | **Unit Wt:** | 1.00000 |
| **System Operator:** | c498 | **Factor:** | 1.000000 |



| No. | Peak Name | Ret.Time min | Area mAU*min | Rel.Area % | Amount |
|---|---|---|---|---|---|
| 1 | Digoxygenin | 3.30 | 19.67567981 | 68.65 | 1.0038 |
| 2 | Digoxin | 18.08 | 8.98662357 | 31.35 | 0.0384 ① |

**Check Standard**

| No. | Name | Digoxygenin | Digoxin | n.a. | n.a. |
|---|---|---|---|---|---|
| | | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 | UV_VIS_1 |
| 2 | System Suitability 1 | 19.61372095 | 9.06532399 | n.a. | n.a. |
| 3 | System Suitability 2 | 19.56334623 | 9.04740426 | n.a. | n.a. |
| 4 | System Suitability 3 | 19.58746710 | 8.97129354 | n.a. | n.a. |
| 5 | System Suitability 4 | 19.70433584 | 8.92523679 | n.a. | n.a. |
| 6 | System Suitability 5 | 19.54114496 | 8.99209405 | n.a. | n.a. |
| 11 | System Suitability 6 | 19.67567981 | 8.98662357 | n.a. | n.a. |
| | %RSD | 0.327 | 0.570 | #DIV/0! | #DIV/0! |

① this value used to calc. system suitability. Not used
   to calc. spl. amt.  AEB 2/2/07

ANCILLARY

*Chris Vaughn* 2/2/07

P 12A

~~Page 1 of 1~~

added page
AEB 2/1/07

current date:2/1/2007
current time: 2:35 PM

Confidential Subject to Protective Order

UDLL 000011763

02/02/2007 11:20 FAX 314 487 8776          CELSIS LABS                              @045/050

**UDL Laboratories, Inc**

| | | |
|---|---|---|
| Sample: Digitek | Due: 02/02/2007 | Sample ID#: 783544 |

Sample: Digitek  
~~125 mg~~  125 mcg  
PO #: A29A3

Lot #: 60992A1 (Skid #7 Top) exp. 11/08  
Desc: wht plst bd /wht lid w/tabs  
Qty: 1btl = 100 tabs

Page: 3 of 5  
Extra: N/A  
Log: 01/30/2007

Safety Name: No Safety Type  
DEA #: N/A

Corrections:  
Sample name and limit 01-31-07/mj

Instructions: For all disintegrations report number of minutes, when possible. Send all data and reports overnight

Dissolution  
Current USP and Supplements

Claim: n/a

Limit: ~~NLT 60% in 30 min &~~ NLT 85% in 60 min to  
SubDept: Dissolution

Results:

# See Below

$3,810.00  
$0.00  
0.00 %  
$3,810.00  
480  
conforms  
does not  
N/A

Alert Limits: N/A

Anc Data: (Yes) No    Anc Ref: 783542         Assay Date: 01-30-07

Method Instructions: N/A

| Stage 1 Results | |
|---|---|
| Sample No. | % Dissolution |
| 1 | 97 |
| 2 | 98 |
| 3 | 98 |
| 4 | 100 |
| 5 | 98 |
| 6 | 99 |
| Average for 6 | 98 |

| | % Dissolution (x) | Response (y) |
|---|---|---|
| 1.0 mL | 19.362228 | 72 |
| 2.0 mL | 38.724456 | 147 |
| 3.0 mL | 58.086684 | 235 |
| 4.0 mL | 77.448912 | 309 |
| 5.0 mL | 96.81114 | 368 |
| CORR. COEF | 0.997902893 | % Dissolution from STD Curve |

USP-29 ONLINE, DIGOXIN TABLETS.

FACTOR –

$$\frac{5.037 \, mg}{100.0 \, mL} \times \frac{5.0 \, mL}{50.0 \, mL} \times \frac{500 \, mL}{0.125 \, mg} \times \frac{1.0 \, mL}{100.0 \, mL} \times \frac{0.961 \, mg}{1 \, mg} \times 100 = 19.362228$$

CORR. COEF = 0.997902893  
Sample % Dissolution from STD Curve.

Signature/date: _____ /01-31-07    Reviewed by/date: Chris Vaughn 2/2/07

Form: SCH004.8  
Effective: 08-09-2002  
Page 1 of 3

01/30/2007  12:26:29

Confidential Subject to Protective Order

UDLL 000011764

02/02/2007 11:21 FAX 314 487 6776          CELSIS LABS                                  ☒ 046/050

|  |  |
|---|---|
| Due:  2/2/2007 | Sample ID#:  783544 |

| SubDepartment: | Dissolution | ANL #: | | Page: | 4 of 5 |
|---|---|---|---|---|---|
| 01-31-07 | | 480 | | Extra: | N/A |

### Checklist Procedures for USP Apparatus (I) OR II (circle one)

Apparatus ID#: __T-1__     Volume: __500__ mL  Time: __60 min__  Timer #: __TM-54__

Medium: __0.1 N HCl__

58 ml HCl (lish w 060506 10/09) ⟶ 7.0 L H₂O. heated + degassed

pH: (IF APPLICABLE): pH Tester ID: _____ N/A _____

Buffer Set Value: __N/A__   Check Value: __N/A__   Media Value: __N/A__

Buffer Manufacturer, Lot# and Expiration Date: _____ N/A _____

1. Inspect all paddles or baskets, shafts, and vessels for cleanliness, deformations, burrs, or other defects, and check the verticality shaft.        Pass ⇒ ✓

2. Check the adjustment of each assembly so that each paddle or basket is

   (2.5 cm) or  4.5 cm  (circle one)  HG-1

   above the inner floor of the vessel.  The tolerance is 2 mm.  Each shaft is marked so it can be returned to the correct height.  All are within tolerance        Pass ⇒ ✓

3. Measure temperature of the water bath.  The tolerance is 37° ± 0.5°C.        Pass ⇒ ✓

   Temperature: __37.0__ °C     Thermometer #: __T-122 D__

4. Select the gear drive or adjust the speed control to obtain the revolution speed specified in the method. Turn on the motor drive. Measure the shaft resolutions per minute by manual count or by a revolution-counting device. Allow the machine to run for the time specified in the dissolution test. The tolerance for the deviation from the speed specified in the method is ± 2 rpm.

   Speed (rpm): __120.0__

5. Inspect the shafts for straightness.  Install shafts, start motor, engage clutches, and measure the amount of wobble by placing a runout gauge against each shaft just above the paddle or basket.  The tolerance is 1 mm (0.04 in.).        All within tolerance. ⇒ ✓

   Wobble Gauge ID: __WG-4__

   1. _0.003_  2. _0.004_  3. _0.001_  4. _0.005_  5. _0.006_  6. _0.005_

6. Measure the temperature of the medium in each dissolution vessel.  The tolerance is 37° ± 0.5°C.
   Thermometer #: __T-122 D__

   1. _37.0_  2. _37.0_  3. _37.0_  4. _36.9_  5. _36.9_  6. _36.9_

| Signature/Date: _____ 1/31/07 | Reviewed By/Date: Chris Vaughan 2/2/07 |
|---|---|

Form: SCH004.8
Effective: 08-09-2002
Page 2 of 3

01/30/2007  12:26:29

Confidential Subject to Protective Order

UDLL 000011765

02/02/2007 11:21 FAX 314 487 6776          CELSIS LABS                               ☑ 047/050

|  |  |  |  |  |
|---|---|---|---|---|
| | **Due:** 2/2/2007 | | **Sample ID#:** 783544 | |
| SubDepartment:  Dissolution | | **ANL #:** 480 | **Page:** 5 of 5 | |
| | | | **Extra:** 5A | |

01-30-07

### Additional Analytical Worksheet

Glassware rinsed with HCl (Fisher, Lot # 060506, 10-09), DI Water and Alcohol (Aaper, Lot # 04L166B, 3-10) and carefully dried.

STANDARD = DIGOXIN (USP_STD, Lot # 008096, 0.961 mg/per mg)

SEE R81282 24 no pgch of 7 for drying.

Bol = 26      5.065 mg
            0.028 mg
           ―――――――――
            5.037 mg STD ⟶ closed tightly and saved.

STOCK STD = 5.037 mg Digoxin STD ⟶ 100.0 mL  4 IN 5 ALCOHOL

01-31-07

WORKING STD =

5.0 mL STOCK STD ⟶ 50.0 mL  4 IN 5 ALCOHOL

4 IN 5 ALCOHOL =

160 mL Ethyl Alcohol (Aaper, Lot # 04L166B, 3-10) ⟶ 200.0 mL WATER.

ASCORBIC ACID METHANOL SOLUTION:

SEE 783542 PAGE 5B.

HYDROGEN PEROXIDE-METHANOL SOLUTION =

STOCK = 2.0 mL Hydrogen Peroxide (Sigma, 095K3774, 5-07) ⟶
       100.0 mL Methanol (Sigma, 00561HE, 1-08)

WORKING = 2.0 mL $H_2O_2$ - Methanol Stock ⟶ 100.0 mL Methanol

STANDARD SOLUTIONS:

1.0 mL (20%), 2.0 mL (40%), 3.0 mL (60%), 4.0 mL (80%), 5.0 mL (100%) ⟶
⟶ (WORKING STANDARD) ⟶ 100.0 mL MEDIUM.

1 TABLET ⟶ 500 mL MEDIUM.
          filtered with 0.45 micron Nylon filter.

| Signature/Date: _____ / 01-31-07 | Reviewed By/Date: Chris Vaughn 2/2/07 |
|---|---|

Form: SCH004.B
Effective: 08-09-2002
Page 3 of 3

01/30/2007  12:26:29

Confidential Subject to Protective Order                    UDLL 000011766

02/02/2007 11:21 FAX 314 487 6776          CELSIS LABS                              ⓦ048/050

**UDL Laboratories, Inc**          Due:   2/2/2007                    Sample ID#:  783544

| Sub Dept:  Dissolution | ANL #: 480 | Page:   5 A  N/A |

01-31-07                      **Additional Analytical Worksheet**

    Prepared  1.0 mL Medium as Blank, 1.0 mL each Standar Solutions, 1.0 mL each Sample Solutions. Also prep. duplication of all solutions.
    Added  1.0 mL Ascorbic Acid- Methanol Solution and swirled.
    Added  5.0 mL  HCl ( Fisher, Lot # 060506, 10-09) and swirled.
    Added  1.0 mL Hydrogen Peroxide- Methanol Working Solution and swirled, capped  allowed  to sit  2 hours, TM-54.

    FMR-I                    Fluorescence   = 485 nm
    GAIN = 1000            Excitation Wavelength = 372 nm.
    SPAN = MAX           Excitation Filter = NB360
                  Emission  Filter = SC415

    FMR-I  Zeroed with Blank.

| Zeroed with Blank | Duplication | Average |
|---|---|---|
| STD 20 % | 69 | 74 | 72 |
| STD 40 % | 149 | 145 | 147 |
| STD 60 % | 236 | 234 | 235 |
| STD 80 % | 305 | 313 | 309 |
| STD 100 % | 374 | 362 | 368 |

|  |  | Duplication | Average |
|---|---|---|---|
| Sample $V_1$ | 374 | 382 | 378 |
| Sample $V_2$ | 378 | 384 | 381 |
| Sample $V_3$ | 383 | 377 | 380 |
| Sample $V_4$ | 388 | 394 | 391 |
| Sample $V_5$ | 384 | 381 | 383 |
| Sample $V_6$ | 389 | 380 | 385 |
| STD 100 % | 376 | 368 | 372 |

N/A    01-31-07   MY

| Signature/Date: _____ / 01-31-07 | Reviewed By/Date: ChrisVaugh _____ 2 2 07 |

Form#: SCHC001.4
Effective: 04-02-2004
Page 1 of 1

1/31/2007   4:36:58PM

Confidential Subject to Protective Order

UDLL 000011767

02/02/2007 11:22 FAX 314 487 6776          CELSIS LABS                                    @048/050

| UDL Laboratories, Inc | **Due:** 2/2/2007 | | **Sample ID#:** 783542 |
|---|---|---|---|

| Sub Dept: Dissolution | ANL #: | Page: 5 B |
|---|---|---|
| 01-31-07 | 480 | N/A |

## Additional Analytical Worksheet

<u>STANDARD</u> = DIGOXIN (USP-STD, Lot = 00809b, 0.961 mg/per mg) $^{(c)}$ COPY

SEE R84282 24 mo. for STD drying and Stock STD.
(Page 4 of 7)

<u>STOCK</u> = Bal = 26   5.065 mg - 0.028 mg = 5.037 mg STD → 100.0 mL
4 IN 5 ALCOHOL

<u>WORKING</u> = 10.0 mL STOCK STD → 50.0 mL 4 IN 5 ALCOHOL

<u>4 IN 5 ALCOHOL</u> = 160 mL Ethyl Alcohol (Aaper, Lot # 04L166B, 3-10) → 200.0 mL $H_2O$

<u>ASCORBIC ACID-METHANOL SOLUTION</u> =

Bal = 19   200.00 mg Ascorbic Acid (Sigma, 063K1082, 8-10) —
→ 100.0 mL Methanol (Sigma, 00561HE, 1-08)

<u>HYDROGEN PEROXIDE - METHANOL SOLUTION</u> =

<u>STOCK</u> = 2.0 mL Hydrogen Peroxide (Sigma, 095K3774, 5-07) →
→ 100.0 mL Methanol (Sigma, 00561HE, 1-08)
<u>WORKING</u> = 2.0 mL $H_2O_2$-Methanol Stock → 100.0 mL Methanol

<u>STANDARD SOLUTIONS</u> =

1.0 mL (20%), 2.0 mL (40%), 3.0 mL (60%), 4.0 mL (80%), 5.0 mL (100.0%)
→ 100.0 mL MEDIUM.

See page 5A to follow FMRE reading and prep.                    ANCILLARY

ANCILLARY

N/A
01-31-07   MY

| Signature/Date: _____ /01-31-07 | Reviewed By/Date: Chris Vaughn 1/31/07 |
|---|---|

Form#: SCHC001.4
Effective: 04-02-2004
Page 1 of 1

1/31/2007   8:14:51AM

Confidential Subject to Protective Order                                    UDLL 000011768

02/02/2007 11:22 FAX 314 487 6776          CELSIS LABS                    ☒050/050

| | Interval: 24 Month | Due: 2/12/2007 | Sample ID#: R81282 |
|---|---|---|---|

| Sample: Digitek (Digoxin)<br>125 mcg (0.125 mg) Tablets, USP | Lot #: SAJ13 (Mfg: Amide/Bertek  Vendor # 4277A1)<br>Desc: UVI Package | ANL #:<br>498 |
|---|---|---|
| Date: 1/29/07 | SubDepartment: HPLC | Page: 4 of 7<br>Extra: |
| | | Chromeleon Pages: |

Analyte: ___Digoxin  (Digitek)  tablets___

Method: ___USP  OL  29___

System Identification: _____

Column: _____

ID# Reference
_____
_____
_____
_____
_____
_____
_____
_____

Mobile Phase: __(37:13  H₂O: ACN)  2220 mL  MilliQ H₂O__

__(Building B)  +  780 mL  ACN  (Fisher (Optima),__

__lot 064511, exp 6/08).  Filtered  and  degassed.__ ①

Wavelength/Inj. Volume/Flow Rate: ___218-nm__ / __50 µl__ / __3.0 mL/min__

**Standard Data**

__Diluted Alcohol__   500-mL Ethyl Alcohol (AAPER, 04D20QA, 04/08)
+ 500-mL purified water (B-12) to a 1000.0-mL flask, mixed
and mixed

| Std Prep: std was dried at 105°c × 1 hour | pH Adjusted to : ___NA___ |
|---|---|
| (B2J 2w)  (see p. 7 of 7 ③) (USP Digoxin lot 006203) | |

4.110 mg − 0.060 mg → 4.050 mg →100.0-mL  with ___NA___
(diluted alcohol)                                 (pH adjusting solution)

Dig.Purity Factor = 0.961 mg/mg for RS            on pH Meter # __NA__ or pHT # __NA__
                                                                              (pH tester)
System Suitability Prep:
(B2J 2w) 4.041mg − 0.008 mg USP Digoxin RS ③       pH Buffer Check(s)
(B2J 2w) 4.025 mg − 0.016 mg Digoxigenin (Sigma, 078 H57846, 10/10)

4.041mg−0.008mg = 4.033mg (USP Digoxin RS)
4.025mg−0.016mg = 4.009mg (Digoxigenin)  ⟶ → 100.0mL (diluted alcohol)

Dried std in vacuum oven I (T266) at 25 in.Hg × 1hr (TM-77) at 107°C  ③  see C07-007
ATB 1-31-07                                                              for Deviation

② Reprepped System Suitability Prep because integration of Digoxin RS was
not passing system suitability. See pg 4A for reprep.

① spelling ATB 1/29/07  ③ redried std ATB 1/30/07

| Signature/date: | Reviewed by/date: |
|---|---|

Form: SCH007.10
Effective: 10-17-2003
Page 2 of 2

01/26/2007 14:25:50

Confidential Subject to Protective Order

UDLL 000011769