# EXHIBIT 46

RCV100-A

UDL Laboratories, Inc.
Receiving Form

5·7157
Daily Log
A7457-001

Date Received....... 4/10/08

Received From....... AMIDE/BERTEK/MYLAN

Shipped Via........ ABF

Receiving Lot No.... 8-04-128

Supplier Lot No..... 8O111A1

Purchase Order No... 087766

Manufacture Date.... 02/08

Expiration Date..... 02/10

| QUANTITY | ITEM No. | DESCRIPTION |
|----------|----------|-------------|
| 816 | 30789 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP    BTL5000 |

Received By _____

Date _4·11·08_

UDL 910R6
Eff. Date: 2-29-08

EXHIBIT MS1
FOR I.D. _____


DEFENDANT'S
EXHIBIT

Confidential Subject to Protective Order

UDLL 000007647

**UDL LABORATORIES, INC.**

## RECEIVING INSPECTION FORM (Tablets/Caplets)

Name of Product: Digitek (Digoxin Tablets, USP) 250 MCG (0.25mg)

| UDL Spec #: S-7157 | UDL Rec. Lot No.: 8-04-128 | Vendor Lot No.: 80111A1 |
|---|---|---|
| Spec Pg. Rev. #: 7 | | |

| Lot Size: 816 | No. of Skids: 2 | No. of Cases: 68 | Case Quantity: 68cs @ 12 x5000 |
|---|---|---|---|

| Vendor Label Revision: RBK14621 | Vendor Insert Revision: 11/00 | Avg. Piece Weight (APW): .120333 |
|---|---|---|

Number of containers sampled: 13          Sample size: 500

Color: White                    Thickness Gauge: e-008 Micrometer #: e-042

Code: One Side: B 146

### DEFECTS

CRITICAL 0.00%: Foreign Tablet/Caplet 0      Wrong Imprint/Code 0      Other 0

| MAJOR 0.65% | # DEFECTS | MINOR 4.0% | # DEFECTS |
|---|---|---|---|
| Insufficient Coating | 0 | Adhering Surface Spots | 0 |
| Illegible Logo/Code | 0 | Pitting | 0 |
| Broken | 0 | Chipped | 0 |
| Cracking | 0 | Projected/Feathered Edges | 0 |
| Capped | 0 | Broken Punch Mark | 0 |
| Embedded Surface Spots | 0 | Dye Spots | 0 |
| Cavitation | 0 | Sticking | 0 |
| Color Not Uniform | 0 | Surface Blemishes | 0 |
| Shading | 0 | Shading | 0 |
| Coating Chips | 0 | Coating Roughness | 0 |
| Eroded Edges | 0 | Off-Center Logo/Code | 0 |
| Eroded Dome | 0 | Incomplete/Smeared Logo/Code | 0 |
| Thick/Thin | 0 | Other: | 0 |
| Other: | 0 | | |
| TOTAL DEFECTS | CRITICAL: 0 | MAJOR: 0 | MINOR: 0 |

2ⁿᵈ SAMPLING: ☐ YES ☒ NO          QA SAMPLES: 20

100% INSPECTION: ☐ YES ☒ NO          TOOLING SAMPLES: na

LABEL COMPARISON: ☐ YES ☒ NO # na          MEMO ATTACHED: ☒ YES ☐ NO

IR: ☐ YES ☒ NO # na          Dimensions out of Tolerance: ☐ YES ☒ NO

DISPOSITION: ◆ ACCEPT   Quantity 816
            ◆ REJECTED

MRB No.: na          MRB Quantity: na          Rejected Cases na

QA HOLD No.: na          QA HOLD Quantity: na          Rejected Bottles na

QA Notes: na

| INSPECTED BY: S. Ruia | INSPECTED DATE: 4-15-08 |
|---|---|
| VERIFIED BY: | VERIFIED BY DATE: 4-15-08 |

UDL 957
Eff. Date: 9/11/07

Confidential Subject to Protective Order

UDLL 000007648

ACTAVIS TOTOWA LLC     Fax:19739907980          Mar 19 2008  17:45      P.05



## CERTIFICATE OF ANALYSIS

### Digoxin Tablets, USP 0.25 mg
(Product ID: 146)

Manufactured By: Actavis Totowa LLC          Manufactured Date: 02/08/2008

Batch Number: 80111A1

Expiration Date: February 2010          Pack Size: 5000's

| Test | Specification | Results |
|---|---|---|
| Appearance | White to off-white, round bisected tablets, debossed "B 146" on the bisected side | Conforms |
| Identification A | The $R_f$ value of the principal spot in the chromatogram of the sample solution corresponds to that of the standard solution. | Conforms |
| Identification B | The retention time of the major peak in the chromatogram of the sample solution corresponds to that of the standard solution obtained as directed in the HPLC assay test. | Conforms |
| Friability | NMT 1.0 % | 0.2 % |
| Assay | 90.0 % – 105.0 % | 97.4 % |
| Uniformity Of Dosage Units | Acceptance Value ≤ 15.0 | 3.3 |
| Dissolution | NLT 80 % (Q) dissolved in 60 minutes | Mean: 99 % Low: 97 % High: 103 % |
| Related Substances | | |
| Digoxigenin | NMT 2.0 % | 0.4 % |
| Digoxigenin Bisdigitoxoside | NMT 2.0 % | 0.2 % |
| Gitoxin | NMT 3.0 % | Not Detected |

This product has been manufactured and tested in accordance
with 21 CFR 211 current Good Manufacturing Practices.

QC Approval:                          Date: 02/27/08

QA Approval:                          Date: 02/27/08

101 E. Main Street, Little Falls, NJ 07424 • Phone: (973) 890-1440 • Fax: (973) 890-7980.

Confidential Subject to Protective Order

UDLL 000007649

## UDL LABORATORIES, INC.

PURCHASE ORDER

EQUAL EMPLOYMENT OPPORTUNITY POLICY

1718 Northrock Court
Rockford, IL 61103-1201
(815) 282-1201

It is the policy of UDL Laboratories, Inc. to give fair consideration to all qualified persons, and all employees opportunities for advancement according to their individual abilities regardless of race, religion, color, national origin, sex, marital status, sexual preference, age, handicap, or veteran status. No opportunity for promotion, transfer, compensation or any other benefit of employment will be denied/voided through discrimination/y practices. In addition, UDL agrees to take affirmative action to ensure equal employment opportunity.

PURCHASE ORDER NO.

A7756

DATE ISSUED    4/02/08

A7457

ORDER TO:   3434-00
AMIDE/BERTEK/MYLAN
3711 COLLINS FERRY RD
MORGANTOWN  WV 26505

SHIP TO:   UDL DISTRIBUTION
4951 HIAWATHA DR
ROCKFORD  IL  61103-1287

| ITEM | DESCRIPTION | QTY. ORDERED | QTY. REC'D | PRICE | AMOUNT |
|------|-------------|--------------|-----------|-------|--------|
| 30795  146-55  8-04-128 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP    BTL5000   80111A\   2/10  2/08  DUE DATE:  4/10/08   LABEL:  BERTEK   CONFIRMING PER:  CONFIRMING ORDER: PRODUCT SHIPPED MUST HAVE 18 MONTHS DATING. CERTIFICATE OF ANALYSIS MUST ACCOMPANY ORDER. SHIP ALL SAME LOT.   NOTE: IF PRODUCT TO BE SHIPPED ON THIS ORDER HAS BEEN REFORMULATED, CONTACT UDL BEFORE SHIPPING. | 816.00 | .00  816  4-15-08 | 59.77000 | 48772.32 |

SHIP VIA  ABF

ORDER TOTAL    48772.32

REC'D BY   na          DATE   na

Q.C. INSPECTOR  S. Pena     ACC.  ✓    REJ. _____    DATE  4-15-08

Confidential Subject to Protective Order

UDLL 000007650

1.  ACCEPTANCE: Buyer reserves the right to revoke this offer at any time before acceptance. Acceptance shall become effective so as to convert this purchase order into a binding contract only upon Buyer's receipt of a written acknowledgment by Seller. Acceptance is expressly limited to the terms and conditions contained on both the front and reverse sides of this purchase order and acceptance by Seller shall constitute acceptance of all of said terms and conditions. No changes or counteroffers, whether or not included in Seller's acknowledgment, are binding upon Buyer unless agreed to by Buyer in writing. Buyer's obligations are limited to those contained herein and those expressly accepted in writing by Buyer.

2.  COUNT AND INSPECTION: All goods are accepted subject to Buyer's count and inspection. Retention of delivered goods by Buyer for a reasonable period of time before count and inspection shall not constitute acceptance of the goods.

3.  RISK OF LOSS: Risk of loss or damage shall pass to Buyer only at the time that goods are actually delivered to Buyer's plant or warehouse, regardless of mode of transportation.

4.  FREE GOODS: By accepting this order, Seller agrees to ship to Buyer any free goods, and to grant to Buyer any special discounts, being allowed at the time of the acceptance of this order, notwithstanding that such free goods and special discounts to which Buyer is entitled are not specified on this order.

5.  WARRANTY: Seller expressly warrants that all goods covered by this order will conform to any specifications, drawings, samples or other description furnished or adopted by Buyer, and will be merchantable, of good workmanship and material, and free from defect. Such warranties shall survive inspection, test, and acceptance. This warranty shall run to Buyer, its successors, assigns, to its customers, and to the users of its products. All warranties shall also be construed as conditions and the representations and conditions herein contained shall not be deemed to be exclusive. The indemnification provisions of paragraph 25 below shall apply to any breach of warranty hereunder. Seller expressly warrants that formulas, ingredients or manufacturing processes will not be changed without written notification to UDL Laboratories, Inc.

6.  NON-CONFORMING GOODS: If any of the goods are found at any time to be defective in material or workmanship, non-conforming to the warranties expressly made herein, or implied by law, or otherwise not in conformity with the requirements of this order, Buyer, in addition to any other rights which it may have, shall have the right to reject and return such goods at Seller's expense, such goods not to be replaced without suitable written authorization from Buyer.

7.  COMPLIANCE WITH STATUTES AND REGULATIONS:
    A.  Seller guarantees, warrants and certifies that in the performance of this contract it will comply with all applicable statutes, rules, regulations, and orders of the United States or of any state or political subdivision thereof, including laws and regulations pertaining to labor, wages, hours, and other conditions of employment.
    B.  Seller guarantees, warrants and certifies that all goods (1) within the purview of the Federal Insecticide, Fungicide and Rodenticide Act or the Federal Caustic Poisons Act will comply in every respect with the provisions of these acts, and amendments thereto, and (2) will have been produced in compliance with the Federal Fair Labor Standards Act of 1938.
    C.  The Seller does hereby guarantee to UDL Laboratories, Inc. that each shipment or other delivery of any food, drugs, devices, medical devices, cosmetics, or other merchandise now or hereafter made by the Seller to UDL Laboratories, Inc. will not be, at the time of such shipment or delivery, adulterated, misbranded or otherwise prohibited within the meaning of the Federal Food, Drug and Cosmetic Act, 21 U.S.C.A. #301 et seq., as amended, and (in effect at the time of said shipment or delivery (the Act) or within the meaning of any applicable state or municipal law in which the definition of adulteration or misbranding are substantially the same as those contained in the Act; and such merchandise is not, at the time of such shipment or delivery, merchandise which may not be introduced into interstate commerce under the provisions of section 404 or 505 of the Act (21 U.S.C.A. #344 and #355); and such merchandise is merchandise which may be legally transported or sold under the provisions of any other applicable federal, state or municipal law; and the Seller guarantees further that only those chemicals or sprays approved by federal, state or municipal authorities have been used, and any residue in excess of the amount allowed by any such authorities has been removed therefrom.
    D.  Seller guarantees, warrants and certifies that no product constituting or being part of this shipment or any shipments thereafter made is misbranded within the meaning of the Federal Hazardous Substances Labeling Act or within the meaning of any applicable State law in which the definition of misbranding is substantially the same as that contained in the Federal Act, or is an article which may not under the provisions of the act, be introduced into interstate commerce.
    E.  Seller agrees to reimburse Buyer for stock on hand for any decline in Seller's price, and for any merchandise which may be necessary to return, or which may be unsaleable on account of any Federal or State law, act or regulation, under the terms of which the sale of such merchandise may be prohibited.
    F.  Seller guarantees, warrants and certifies that the prices charged to Buyer pursuant to this order do not exceed applicable price ceilings, if any, established by any agency of government.
    G.  Seller agrees to defend, indemnify and hold UDL Laboratories, Inc. harmless against any and all claims, losses, damages, and liabilities whatsoever, including counsel fees, arising as a result of A) any actual or asserted violation of above captioned acts or of the preceding paragraphs hereof, or any other federal, state or local law, or regulation by virtue of which products sold, supplied or delivered by the Seller alleged or determined to be not in full compliance with any federal, state or local law, or regulation, and B) the possession, distribution, sale and/or use of, or by reason of the seizure of, any of the Seller's products including any prosecution or action whatsoever by any Governmental body or agency or by any private party, including claims of bodily injury, death or property damage, and to replace, without charge, or give credit of cash refund, as requested, for any product that fails to comply with said act or the guarantees, warranties, or certificates as set forth and C) to maintain primary and non-contributing Products Liability In-

surance of not less than $1,000,000 combined single limit (Bodily Injury and Property Damage) including UDL Laboratories, Inc. as additional insured, with provision for at least 30 days prior written notice to the additional insured, in the event of cancellation or material reduction of coverage, and D) upon request, promptly submit satisfactory evidence of such insurance.

8.  DEFAULT AND EXCUSABLE DELAYS: Buyer reserves the right to cancel this order in the event of default by Seller or if shipments are not made within specified time. Seller will not, however, be liable for damages occasioned by delays in delivery due to causes beyond Seller's control and without his fault or negligence, provided Seller promptly notifies Buyer as soon as such delay becomes apparent. Buyer reserves the right to cancel any as yet unaccepted portion of the entire order if any one shipment shall fail to conform to specifications or to warranty, or shall fail to meet the delivery date specified by Buyer, or shall fail to be in the stipulated quantity.

9.  ADVANCE MANUFACTURE AND SHIPMENTS: Delivery by date, or according to schedule, if specified, is a major condition of this order. Seller shall not manufacture or deliver any material in advance of any date or schedule set forth in this order without Buyer's written permission. Buyer reserves the right to return, shipping charges collect, all goods received at Buyer's plant in advance of the schedule shown on this order. Unless Buyer's written consent to advance manufacture has first been obtained Buyer will not be responsible in the event of cancellation or of change in this order for any charges related to any manufacture in advance of a normal flow time necessary to meet the schedules shown on this order.

10. PACKAGING AND LABELING: All goods are to be packed in suitable containers for protection in shipment and storage. When containers or packaging material is furnished by Buyer, Seller agrees to package materials in quantities and carton sizes as specified by Buyer. Seller will be held responsible for loss or damage of such goods. An itemized packing slip bearing Buyer's order number and quantities shipped must accompany each delivery. Each container must be marked to show Buyer's order number and quantity contained therein. Buyer's count will be accepted as conclusive on shipment not accompanied by a packing slip.

11. ASSIGNMENT: This order is placed upon the condition that Seller shall not assign it or any interest therein, or any obligation or duty thereunder, including any payment due or to become due with respect thereto without Buyer's prior consent.

12. SET-OFF: Buyer shall be entitled at all times to set-off any amount owing from Seller to Buyer or any of its affiliated companies against any amount due or owing to Seller with respect to this order.

13. PATENT, COPYRIGHT AND TRADEMARK PROTECTION: This purchase order represents the entire agreement between Buyer and Seller and payment for the work and materials ordered is payment in full for everything of value produced thereunder specifically including (by way of example and not of limitation) any and all subject matter of patents, copyrights and trademarks which may be included therein or developed thereunder. Seller shall not be entitled to any additional payment by virtue of the presence of patent, copyright, trademark or other proprietary rights in the goods and materials covered by this purchase order and shall cooperate with Buyer and execute the documents appropriate for securing protection of patent, copyright or trademark subject matter and hereby authorizes Buyer to execute such documents on his behalf.
    The Seller hereby warrants that it will save Buyer harmless from any claims arising out of the use by Buyer of the goods covered by this order and including continuing future use of such goods obtained from Seller which arise from claims under laws relating to patents, trademarks copyrights, or other proprietary rights or which arise under contractual or quasi-contractual claims by others.

14. INSURANCE: Seller agrees to be responsible for any death, bodily injury or property damage resulting from Seller's performance of this purchase order and hereby represents and warrants that Seller is carrying adequate insurance to cover such liabilities. Unless otherwise specified, all ocean freight, air freight, parcel post, air mail, and express shipments must be insured at invoiced value of goods.

15. CANCELLATIONS FOR INSOLVENCY: In the event of any suspension of payment or the institution of any proceedings by or against either party, voluntary or involuntary, in bankruptcy or insolvency or under any provisions of the United States Bankruptcy Act or for the appointment of a receiver or trustee or an assignee for the benefit of creditors of either party or in the event of a breach of any of the terms hereof, including warranties of Seller, the other party shall be entitled to cancel this contract forthwith without affecting any other rights which such party may have.

16. DISCOUNT DATE: Date for commencement of each discount calculation is date goods are received or date acceptable invoice is received, whichever is later.

17. INTERPRETATIONS: This order supersedes all prior agreements written or oral. No course of prior dealings between the parties and no usage of the trade shall be relevant to supplement or explain any term used in this order. Acceptance or acquiescence in a course of performance rendered under this order shall not be relevant to determine the meaning of this order even though the accepting or acquiescing party has knowledge of the nature of the performance and opportunity for objection. Whenever a term defined by the Uniform Commercial Code is used in this order, the definition contained in the Code shall control.

18. WAIVER: No claim or right arising out of a breach of the terms and conditions of this order can be discharged in whole or in part by a waiver or renunciation of the claim or right unless such waiver or renunciation is supported by consideration and is in writing signed by the aggrieved party.

Confidential Subject to Protective Order

# MYLAN® Mylan Pharmaceuticals Inc.

**Sold By:**
Name: Mylan Pharmaceuticals Inc.
Street: 781 Chestnut Ridge Road
City: Morgantown
State: WV  Zip: 26504-4310

Federal ID Number: ▮▮▮▮▮
Telephone Number: 304-599-2595

Page 1 of 1

80152394

**Shipped From:**
Name: Mylan Pharmaceuticals Inc. Distribution Center
Street: 2898 Manufacturers Road
City:  Greensboro
State: NC  Zip: 27406
DEA Number: RMO130093
DC Phone Number: 1-800-446-9526

**Sold To:**
Name:  UDL Laboratories, Inc.
Street:  1718 Northock Court
City:  Rockford
State:  IL  Zip: 61103

**Shipped To:**
Name:  UDL Laboratories, Inc./Rockford, IL
Street:  4951 Hiawatha Drive
City:  Rockford
State:  IL  Zip: 61103-1287

Delivery Number: 80152394
Order Date:  04/03/2008
Sales Order:  1057917
PO Number:  87786
DEA Number: PU0219902

| Material | Product Description | Batch Number | Qty Ordered | Qty Shipped | Qty B.O. | Complete Cartons | Repack Cartons | Repack Quantity |
|---|---|---|---|---|---|---|---|---|
| Pallet | 1003037800042132132 | | | | | | | |
| 62794-146-56 | Digitek 0.25 mg 500Gs | 80111A1 | 816* | 816 | 0 | 67 X  12 | 3037800004213142 | 12 |

(68 CTNS × 12) = 816
Lot 80111A1
Exp 02  10
V. MSC ___
4.10.08
A B F

# Cns Complete: 67
# Repack Cns: 1
Total: 68
Filled By: REWEST

Legend: * indicates the Qty Ordered was shipped on multiple lines, in multiple shipments, or in repack cartons.

Confidential Subject to Protective Order

UDLL 000007652

ABF FREIGHT SYSTEM, INC.
(ABFS)    CONSIGNEE COPY
www.abf.com
TERMINAL 815-874-6866
DUNS 00-690-2977    04/09/08 20:18    PAGE    1 OF    4

SHIPPERS NO. 19231
PICK-UP DATE 04/08/08    CODE NO. 1150    P.O. NO. SEE BELOW    NO. OF PO'S = 19    ROUTING BM- 4    UNS-RFD    FREIGHT BILL NO. 051103833

SHIPPER    082097-0020    CONSIGNEE 082097-0014
MYLAN PHARMACEUTICALS    UDL LABORATORIES INC
2898 MANUFACTURERS RD    4951 HIAWATHA DR
GREENSBORO NC 27406    ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|
| | DUE = TK BY THU 04/10 BY 12:00 | 682 CTNS ON 12 Skids | | |
| | ** COMMITTED TO DELIVER BY: 12:00 * | | | |
| 12 SKDS | TOTAL IND PIECES: 682 | TKSD | | |
| | TIMEKEEPER SPECIFIC DELIVERIES | | | |
| | OF 682 CTNS | | | |
| | DRUGS/MEDICINES, NOI, RVNX $2.65/LB, | 9,503 | | |
| | O/T/CORROSIVE MATERIALS, IN CTNS | | | |
| | ITEM 058770-02P     ITEM 060000-00 | | | |
| | FRT CAN'T BE LUD ON TOP OF THIS SHPMT | NFOT | | |
| | / ABF TIMEKEEPER SHIPMENT | TK | | |
| | / SHIPPER LOAD AND COUNT | SLC | | |
| | / PRICING QUOTE | PQ | | |
| | | TRACK | | |
| | SHIPPER PHONE 800-648-9212 | | | |
| | /TK DELIVERY BY 12:00 | TKTMBY | | |

BILL TO
COD AMOUNT
PAY THIS AMOUNT
RB    TAR ABF610    1
OZP 27406
OZD 61103
SPEC HAND

REMIT TO

CUBE 0880
DELIVERY DUE TK THU 04/10
DELIVERY DATE 4-10    DRIVER    PRIOR PRO DATE    1025 AM    CONSIGNEE    X J-Mil    4-10-08
BY (CUSTOMER'S SIGNATURE)

---

ABF FREIGHT SYSTEM, INC.
(ABFS)    CONSIGNEE COPY
www.abf.com
TERMINAL 815-874-6846
DUNS 00-690-2977    04/09/08 20:18    PAGE    2 OF    4

SHIPPERS NO. 19231
PICK-UP DATE 04/08/08    CODE NO. 1150    P.O. NO. SEE BELOW    NO. OF PO'S = 19    ROUTING BM- 4    UNS-RFD    FREIGHT BILL NO. 051103833

SHIPPER    082097-0020    CONSIGNEE 082097-0014
MYLAN PHARMACEUTICALS    UDL LABORATORIES INC
2898 MANUFACTURERS RD    4951 HIAWATHA DR
GREENSBORO NC 27406    ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|
| | // FUEL SURCHARGE | FSC | | |
| | PO: 86749 | | | |
| | PCS    40    WEIGHT | 965 LB | | |
| | PO: 87577 | | | |
| | PCS    11    WEIGHT | 271 LB | | |
| | PO: 87579 | | | |
| | PCS    5    WEIGHT | 10 LB | | |
| | PO: 87581 | | | |
| | PCS    57    WEIGHT | 1806 LB | | |
| | PO: 87599 | | | |
| | PCS    5    WEIGHT | 10 LB | | |
| | PO: 87600 | | | |
| | PCS    20    WEIGHT | 451 LB | | |
| | PO: 87605 | | | |
| | PCS    5    WEIGHT | 10 LB | | |
| | PO: 87608 | | | |

BILL TO
COD AMOUNT
PAY THIS AMOUNT
RB    TAR ABF610
OZP 27406
OZD 61103
SPEC HAND

REMIT TO

CUBE 0880
DELIVERY DUE TK THU 04/10
DELIVERY DATE    DRIVER    PRIOR PRO DATE    CONSIGNEE    X J-Mil    4-10-08
BY (CUSTOMER'S SIGNATURE)

Confidential Subject to Protective Order

UDLL 000007653

**ABF FREIGHT SYSTEM, INC.**
(ABFS)   CONSIGNEE COPY
www.abf.com
® TERMINAL 815-874-6866   DUNS 00-690-2877   04/09/08  20:18   PAGE   3 OF   4

| SHIPPERS NO. 19231 | | | | | | | |
|---|---|---|---|---|---|---|---|
| PICK-UP DATE 04/08/08 | CODE NO 1150 | P.O. NO. SEE BELOW | NO. OF PCS = 19 | ROUTING WNS-RFD | | | FREIGHT BILL NO. 051103833 |
| SHIPPER 062097-0020 | | | | CONSIGNEE 082097-0014 | | | |
| MYLAN PHARMACEUTICALS | | | | UDL LABORATORIES INC | | | |
| 2898 MANUFACTURERS RD | | | | 4951 HIAWATHA DR | | | |
| GREENSBORO NC  27406 | | | | ROCKFORD IL  61103 | | | |

| PIECES | DESCRIPTION | | | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | PCS | 340 WEIGHT | 2517 LB | | | |
| | PO: 87607 | | | | | |
| | PCS | 12 WEIGHT | 10 LB | | | |
| | PO: 87608 | | | | | |
| | PCS | 5 WEIGHT | 10 LB | | | |
| | PO: 87651 | | | | | |
| | PCS | 18 WEIGHT | 755 LB | | | |
| | PO: 87764 | | | | | |
| | PCS | 64 WEIGHT | 658 LB | | | |
| | PO: 87766 | | | | | |
| | PCS | 68 WEIGHT | 1333 LB | | | |
| | PO: 87767 | | | | | |
| | PCS | 3 WEIGHT | 10 LB | | | |
| | PO: 87768 | | | | | |
| | PCS | 4 WEIGHT | 10 LB | | | |
| | PO: 87769 | | | | | |
| | PCS | 5 WEIGHT | 10 LB | | | |

THANKS FOR SHIPPING ABF

| BILL TO | | | COD AMOUNT | RB | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| | | | | TPA ABF610 | |
| | | | | OZP 27406 | |
| | | | | DZP 61103 | |
| | | | | SPEC. HAND. | |

REMIT TO.

CUBE 0880   DELIVERY DUE   TK THU 04/10   PRIOR PRO DATE
DELIVERY DATE   DRIVER   1003 AM   CONSIGNEE   X J. m. L.   4.10.08
BY (CUSTOMERS SIGNATURE)

---

**ABF FREIGHT SYSTEM, INC.**
(ABFS)   CONSIGNEE COPY
www.abf.com
® TERMINAL 815-874-6866   DUNS 00-690-2877   04/09/08  20:18   PAGE   4 OF   4

| SHIPPERS NO. 19231 | | | | | | | |
|---|---|---|---|---|---|---|---|
| PICK-UP DATE 04/08/08 | CODE NO 1150 | P.O. NO. SEE BELOW | NO. OF PCS = 19 | ROUTING WNS-RFD | | | FREIGHT BILL NO. 051103833 |
| SHIPPER 062097-0020 | | | | CONSIGNEE 082097-0014 | | | |
| MYLAN PHARMACEUTICALS | | | | UDL LABORATORIES INC | | | |
| 2898 MANUFACTURERS RD | | | | 4951 HIAWATHA DR | | | |
| GREENSBORO NC  27406 | | | | ROCKFORD IL  61103 | | | |

| PIECES | DESCRIPTION | | | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | PO: 87770 | | | | | |
| | PCS | 6 WEIGHT | 645 LB | | | |
| | PO: 87771 | | | | | |
| | PCS | 3 WEIGHT | 10 LB | | | |
| | PO: 87772 | | | | | |
| | PCS | 2 WEIGHT | 10 LB | | | |
| | ABF MEASURED CUBE 880.000 CUFT | | | | | |

THANKS FOR SHIPPING ABF

TOTAL FREIGHT BILL NO   051103833   19.503 PREPAID

| BILL TO | | | COD AMOUNT | RB | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 12 | | | | TPA ABF610 | 0.00 |
| | | | | OZP 27406 | |
| | | | | DZP 61103 | |
| | | | | SPEC. HAND. | |

REMIT TO.

CUBE 0880   DELIVERY DUE   TK THU 04/10   PRIOR PRO DATE
DELIVERY DATE   DRIVER   CUST HELP UNLD? Y_ N_   CONSIGNEE   X J. m. L.   4.10.08
BY (CUSTOMERS SIGNATURE)

Confidential Subject to Protective Order

UDLL 000007654

**UDL LABORATORIES, INC.**

Page _1_ of _1_

**PRODUCT DIMENSIONS RECORD**

Product Description _Digitek (digoxin tablets, USP) 250 mcg (0.25 mg)_

Manufacturer/Supplier _Bertek_  _Amide_  Manufacturer Lot # _8011IA1_   Receiving Lot # _8-04-128_

| | DIAMETER | THICKNESS | LENGTH | WIDTH |
|---|---|---|---|---|
| 1. | 7.21 mm | 3.16 mm | n/A mm | n/A mm |
| 2. | 7.20 mm | 3.19 mm | mm | mm |
| 3. | 7.20 mm | 3.16 mm | mm | mm |
| 4. | 7.24 mm | 3.16 mm | mm | mm |
| 5. | 7.21 mm | 3.20 mm | mm | mm |
| 6. | 7.24 mm | 3.16 mm | mm | mm |
| 7. | 7.20 mm | 3.20 mm | mm | mm |
| 8. | 7.20 mm | 3.18 mm | mm | mm |
| 9. | 7.20 mm | 3.20 mm | mm | mm |
| 10. | 7.21 mm | 3.15 mm | mm | mm |
| 11. | 7.20 mm | 3.25 mm | mm | mm |
| 12. | 7.20 mm | 3.24 mm | mm | mm |
| 13. | 7.20 mm | 3.18 mm | mm | mm |
| 14. | 7.20 mm | 3.16 mm | mm | mm |
| 15. | 7.19 mm | 3.20 mm | mm | mm |
| 16. | 7.19 mm | 3.23 mm | mm | mm |
| 17. | 7.20 mm | 3.18 mm | mm | mm |
| 18. | 7.19 mm | 3.16 mm | mm | mm |
| 19. | 7.19 mm | 3.21 mm | mm | mm |
| 20. | 7.19 mm | 3.18 mm | mm | mm |
| Average | 7.20 mm | 3.19 | mm | mm |
| Range | 7.19 - 7.24 mm | 3.15 - 3.25 mm | mm | mm |
| # out of Tolerance | 0 | 0 | | |

INSPECTOR: _S. Pina_     DATE: _4-15-08_

VERIFIED BY: _JA Cintro_     DATE: _4-15-08_

UDL 940 R3
Eff. Date: 9/11/07
(Orig. 2-16-98)

Confidential Subject to Protective Order

UDLL 000007655

## UDL LABORATORIES, INC.

### M E M O R A N D U M

TO:       Mylan Quality Assurance

DATE:     April 3, 2008

RE:       Digoxin Tablets, 0.25 mg USP

UDL will accept lot 80111A1 as-is with an assay result of 97.4%. We acknowledge that the assay result is outside UDL's Parameter Limit of 98.0–103.0%.

WRITTEN BY: _____      DATE  4-3-08

APPROVED BY: _Diane Radtke_____  DATE  4-3-08

cc:     Jodi Eichelberger, Teresa Wilmot, Jayna Alderman, Connie Hatcher,
        Suzanna Wolfe, Jennifer Creese and Jamie Catbagan.

Confidential Subject to Protective Order

# UDL LABORATORIES, INC.
## MEMORANDUM

TO:            The File

FROM:          Peggy Finch

DATE:          December 11, 2006

RE:            Documentation of Amide Pharmaceuticals and Actavis

As of December 20, 2005, Actavis acquired Amide Pharmaceuticals. Amide has begun adding Actavis to its documents; however, its product label and insert still record Amide. During this transition period, some UDL documents within the batch record will reflect Amide and/or Actavis. Once the name change is reflected on the product label and insert, UDL will update its labeling and documents.

This memo will explain the inconsistency of Amide and/or Actavis observed on the documents.

A copy of this memo will be attached to the affected receiving reports.

cc:    Sue Powers
       Eva Cantu
       Li Radtke
       Shirley Svejcar
       Val Schissel
       Teresa Wilmot

Confidential Subject to Protective Order

UDLL 00000765

**UDL LABORATORIES, INC.**

**MEMORANDUM**

To:     The Receiving Report

From:   Eva Cantu

Date:   August 15, 2006

Re:     *Documentation of Supplier Name Change – Amide/Bertek/Mylan*

The products that were supplied by Bertek and manufactured by Amide, are now being supplied by Mylan. However, the product label and insert still reflect Amide/Bertek. Until the supplier's product label and insert reflect a name change, UDL will continue to record Amide/Bertek on its product specification and labeling.

This memorandum will be placed in the batch record to explain the inconsistency of the supplier/manufacturer name on the paperwork/documents within the batch record.

cc:     Vince Mancinelli, Sue Powers, Li Radtke, Mike Armstrong, Shirley Svejcar, Val Schissel, Yvette Smith, Paul Trost, Phyllis Fender

Confidential Subject to Protective Order

UDLL 000007658

**UDL LABS**

TARE WT: 1.27 GRAMS

APW: 0.120333 GRAMS

**QTY: 20**

NET WT: 2.41 GRAMS
DATE: 15 APR 2008

Confidential Subject to Protective Order

UDLL 000007659

1 of 2

**UDL LABORATORIES, INC.**
**PRODUCT INSPECTION TALLY SHEET TABLETS/CAPLETS**

Product Description: Digitek (Digoxin Tablets, USP) 250MCG (0.25mg)
Mfg./Supplier Lot No.: 8011A1   Rec. Lot No.: 8-04-128
QUANTITY OF CASES TO BE INSPECTED: 13   QUANTITY OF TABLETS/CAPLETS TO BE SAMPLED: 500

| BOTTLE DEFECTS | AQL 0.650% | Bottle/Bulk Case No. Sampled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 |
| Label–Missing Lot/Exp. Date | | | | | | | | | | | | | |
| Label–Incorrect Lot/Exp. Date | | | | | | | | | | | | | |
| Broken/Missing Inner Seal | | | | | | | | | | | | | |
| Outer Damage | | | | | | | | | | | | | |
| No Desiccant | | | | | | | | | | | | | |
| Broken Desiccant | | | | | | | | | | | | | |
| Missing Cotton | | | | | | | | | | | | | |
| Broken Seal Band | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| BULK DEFECTS | AQL 0.650% | Bottle/Bulk Case No. Sampled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # | # | # | # | # | # | # | # | # | # | # | # |
| Label–Missing Lot/Exp. Date | | | | | | | | | | | | | |
| Label–Incorrect Lot/Exp. Date | | | | | | | | | | | | | |
| TOTAL DEFECTS | | | | | | | | | | | | | |

| CRITICAL TABLET/CAPLET DEFECTS | AQL 0.00% | Bottle/Bulk Case No. Sampled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 |
| Foreign Tablet | | | | | | | | | | | | | |
| Improper Logo/Code | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| MAJOR TABLET/CAPLET DEFECTS | AQL 0.650% | Bottle/Bulk Case No. Sampled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 |
| Insufficent Coating | | | | | | | | | | | | | |
| Illegible Logo/Code | | | | | | | | | | | | | |
| Broken | | | | | | | | | | | | | |
| Cracking | | | | | | | | | | | | | |
| Capped | | | | | | | | | | | | | |
| Embedded surface spots | | | | | | | | | | | | | |
| Cavitation | | | | | | | | | | | | | |
| Color not uniform | | | | | | | | | | | | | |
| Shading | | | | | | | | | | | | | |
| Coating chips | | | | | | | | | | | | | |
| Eroded edges | | | | | | | | | | | | | |
| Eroded dome | | | | | | | | | | | | | |
| Thick/Thin | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| MINOR TABLET/CAPLET DEFECTS | AQL 4.00% | Bottle/Bulk Case No. Sampled | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 |
| Adhering surface spots | | | | | | | | | | | | | |
| Pitting | | | | | | | | | | | | | |
| Chipped | | | | | | | | | | | | | |
| Projected/Feathered edges | | | | | | | | | | | | | |
| Broken punch mark | | | | | | | | | | | | | |
| Dye spots | | | | | | | | | | | | | |
| Sticking | | | | | | | | | | | | | |
| Surface blemishes | | | | | | | | | | | | | |
| Coating roughness | | | | | | | | | | | | | |
| Off-Center Logo/Code | | | | | | | | | | | | | |
| Incomplete/Smeared Logo | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

TOTAL DEFECTS:   MINOR na   MAJOR na   CRITICAL na

TOTAL BOTTLES/CASES REJECTED: na

INSPECTED BY: S. Pyria   DATE: 4-15-08
VERIFIED BY: [signature]   DATE: 4-15-08

UDL 957B
Eff. Date: 9/11/07

Confidential Subject to Protective Order

UDLL 000007660

2 of 2

**UDL LABORATORIES, INC.**
**PRODUCT INSPECTION TALLY SHEET TABLETS/CAPLETS**

Product Description: Digitek (Digoxin Tablets, USP)  250mcg (0.25mg)
Mfg./Supplier Lot No.: P0111A1    Rec. Lot No.: 8-04-128
QUANTITY OF CASES TO BE INSPECTED: 13    QUANTITY OF TABLETS/CAPLETS TO BE SAMPLED: 500

| BOTTLE DEFECTS | AQL 0.650% | # B | # | Bottle/Bulk Case No. Sampled | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Label–Missing Lot/Exp. Date | | | | | | | | | | | |
| Label–Incorrect Lot/Exp. Date | | | | | | | | | | | |
| Broken/Missing Inner Seal | | | | | | | | | | | |
| Outer Damage | | | | | | | | | | | |
| No Desiccant | | | | | | | | | | | |
| Broken Desiccant | | | | | | | | | | | |
| Missing Cotton | | | | | | | | | | | |
| Broken Seal Band | | | | | | | | | | | |
| TOTAL DEFECTS | | O | | | | | | | | | |

| BULK DEFECTS | AQL 0.650% | # | # | Bottle/Bulk Case No. Sampled | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Label–Missing Lot/Exp. Date | | | | | | | | | | | |
| Label–Incorrect Lot/Exp. Date | | | | | | | | | | | |
| TOTAL DEFECTS | | | | | | | | | | | |

| CRITICAL TABLET/CAPLET DEFECTS | AQL 0.00% | # B | # | Bottle/Bulk Case No. Sampled | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreign Tablet | | | | | | | | | | | |
| Improper Logo/Code | | | | | | | | | | | |
| TOTAL DEFECTS | | O | | | | | | | | | |

| MAJOR TABLET/CAPLET DEFECTS | AQL 0.650% | # 13 | # | Bottle/Bulk Case No. Sampled | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insufficient Coating | | | | | | | | | | | |
| Illegible Logo/Code | | | | | | | | | | | |
| Broken | | | | | | | | | | | |
| Cracking | | | | | | | | | | | |
| Capped | | | | | | | | | | | |
| Embedded surface spots | | | | | | | | | | | |
| Cavitation | | | | | | | | | | | |
| Color not uniform | | | | | | | | | | | |
| Shading | | | | | | | | | | | |
| Coating chips | | | | | | | | | | | |
| Eroded edges | | | | | | | | | | | |
| Eroded dome | | | | | | | | | | | |
| Thick/Thin | | | | | | | | | | | |
| TOTAL DEFECTS | | O | | | | | | | | | |

| MINOR TABLET/CAPLET DEFECTS | AQL 4.00% | # 13 | # | Bottle/Bulk Case No. Sampled | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adhering surface spots | | | | | | | | | | | |
| Pitting | | | | | | | | | | | |
| Chipped | | | | | | | | | | | |
| Projected/Feathered edges | | | | | | | | | | | |
| Broken punch mark | | | | | | | | | | | |
| Dye spots | | | | | | | | | | | |
| Sticking | | | | | | | | | | | |
| Surface blemishes | | | | | | | | | | | |
| Coating roughness | | | | | | | | | | | |
| Off-Center Logo/Code | | | | | | | | | | | |
| Incomplete/Smeared Logo | | | | | | | | | | | |
| TOTAL DEFECTS | | O | | | | | | | | | |

TOTAL DEFECTS:    MINOR O    MAJOR O    CRITICAL O

TOTAL BOTTLES/CASES REJECTED: O

INSPECTED BY: Silvia Cuatro    DATE: 4-15-08
VERIFIED BY: Silvia Cuatro    DATE: 4-15-08

UDL 957B
Eff. Date: 9/11/07

Confidential Subject to Protective Order

UDLL 000007661

**UDL LABORATORIES, INC.**

## FREIGHT INSPECTION FORM

Carrier name: _A B F_                                    Date: _4-10-08_

| Item Inspected | Intact | Damaged | Description |
|---|---|---|---|
| Banding | X | ___ | Steel ____ Plastic X |
| Shrink Wrap | X | ___ | Color: clear |
| Cardboard Wrap | N/A | N/A | Sheet N/A  Box N/A |
| Pallet | X | ___ | Visual Truck Inspection X |
| Carton | X | ___ | |
| Product | N/A | N/A | |

Number of skids: _12_      Vendor Lot Number: _80111A1_

Supplier: ~~Mylan~~ Amide/Bertek/Mylan     (To 4-10-08)

Receiving Damage Notation: _None found_

_____

_____

_____

_____

Inspected by: _J. M'L_                      Date: _4-10-08_

UDL 959
Eff. Date: 3/7/08

Confidential Subject to Protective Order

UDLL 000007662

RCV11D-B

**UDL Laboratories, Inc.**
**Receiving Receipt Form**

Daily Log
A7457-001

Transaction Date....  4/15/08           Receiving Lot No....  8-04-128

Item Number....... 30789                Vendor Lot No....... 80111A1

Product Description

DIGITEK (DIGOXIN) 250 MCG
(0.25 MG) TAB, USP      BTL5000

Q.A. Inspector: _S.Rena_           Date: _4-15-08_

UDL  956
Eff: 09/11/07

Confidential Subject to Protective Order

UDLL 000007663