# EXHIBIT 47

```
RCV100-A                    UDL Laboratories, Inc.              S-7157
                              Receiving Form                    Daily Log
                                                                A6959-001
```

Date Received....... 2/28/08

Received From....... AMIDE/BERTEK/MYLAN


Shipped Via........ ABF

Receiving Lot No.... 8-02-333

Supplier Lot No..... 71034A1

Purchase Order No... OB7034


Manufacture Date.... 12/07

Expiration Date..... 12/08

```
-----------------------------------------------------------------
  QUANTITY  !  ITEM No.   !           DESCRIPTION
            !             !
-----------------------------------------------------------------
     72     !   30789     ! DIGITEK (DIGOXIN) 250 MCG
            !             ! (0.25 MG) TAB, USP    BTL5000
            !             !
            !             !
            !             !
            !             !
            !             !
            !             !
            !             !
            !             !
-----------------------------------------------------------------
```

Received By _J. M. L._____

Date _2-28-08_


UDL 910R1
Eff. Date: 5-03-00

Confidential Subject to Protective Order

UDLL 000007664



DEFENDANT'S
EXHIBIT
47

UDL LABORATORIES, INC.

## RECEIVING INSPECTION FORM (Tablets/Caplets)

Name of Product: Digitek (Digoxin Tablet, USP 250mcg (0.25mg)

| UDL Spec #: S-7157 | UDL Rec. Lot No.: | Vendor Lot No.: |
|---|---|---|
| Spec Pg. Rev. #: 7 | 8-02-333 | 71034A1 |

| Lot Size: 72 | No. of Skids: 1 | No. of Cases: 6 | Case Quantity: LC 2-5-08 6 CS @ 8 12 X 5000 |
|---|---|---|---|

| Vendor Label Revision: EE RBK14672 3-5-08 RBK14672 RBK14621 | Vendor Insert Revision: 11/00 | Avg. Piece Weight (APW): .120667 |
|---|---|---|

LC 4-23-08   Number of containers sampled: 5        Sample size: 315

Color: White          Thickness Gauge: E-042   LC 3-18-08  Micrometer #: E-070   LC 3-18-08
                                        E-040                    E-042

Code: One Side: 146     B

### DEFECTS

CRITICAL 0.00%:   Foreign Tablet/Caplet ⊘    Wrong Imprint/Code ⊘    Other ⊘

| MAJOR 0.65% | # DEFECTS | MINOR 4.0% | # DEFECTS |
|---|---|---|---|
| Insufficient Coating | 0 | Adhering Surface Spots | 0 |
| Illegible Logo/Code | 0 | Pitting | 0 |
| Broken | 0 | Chipped | 0 |
| Cracking | 0 | Projected/Feathered Edges | 0 |
| Capped | 0 | Broken Punch Mark | 0 |
| Embedded Surface Spots | 0 | Dye Spots | 0 |
| Cavitation | 0 | Sticking | 0 |
| Color Not Uniform | 0 | Surface Blemishes | 0 |
| Shading | 0 | Shading | 0 |
| Coating Chips | 0 | Coating Roughness | 0 |
| Eroded Edges | 0 | Off-Center Logo/Code | 0 |
| Eroded Dome | 0 | Incomplete/Smeared Logo/Code | 0 |
| Thick/Thin | 0 | Other: | 0 |
| Other: | 0 | | |
| **TOTAL DEFECTS** | **CRITICAL:** 0 | **MAJOR:** 0 | **MINOR:** 0 |

2nd SAMPLING:   ☐ YES ☑ NO          QA SAMPLES: 20

100% INSPECTION:   ☐ YES ☑ NO        TOOLING SAMPLES: N/A

LABEL COMPARISON: ☐ YES ☑ NO # N/A    MEMO ATTACHED: ☑ YES ☐ NO

IR:   ☐ YES ☐ NO # N/A          Dimensions out of Tolerance: ☐ YES ☑ NO

DISPOSITION: ☑ ACCEPT   Quantity 72
             ☐ REJECTED

| MRB No.: N/A | MRB Quantity: N/A | Rejected Cases N/A |
|---|---|---|
| QA HOLD No.: N/A | QA HOLD Quantity: N/A | Rejected Bottles N/A |

QA Notes: N/A

| INSPECTED BY: X Centes | INSPECTED DATE: 3-5-08 | UDL 957 Eff. Date: 9/11/07 |
|---|---|---|
| VERIFIED BY: Sandy Ingram | VERIFIED BY DATE: 3-6-08 | |

Confidential Subject to Protective Order

ACTAVIS TOTOWA LLC    Fax:19738907980        Jan 10 2008  20:10        P.09



# CERTIFICATE OF ANALYSIS

## Digoxin Tablets, USP 0.25 mg
### (Product ID: 146)

**Manufactured By:** Actavis Totowa LLC          **Manufactured Date:** 12/20/2007

**Batch Number:** 71034A1

**Expiration Date:** December 2009                   **Pack Size:** 5000

| Test | Specification | Results |
|---|---|---|
| Appearance | White to off-white, round bisected tablets, debossed "A 146" or "B 146" on the bisected side | Pass "B 146" |
| Identification A | The $R_f$ value of the principal spot in the chromatogram of the sample solution corresponds to that of the standard solution. | Pass |
| Identification B | The retention time of the major peak in the chromatogram of the sample solution corresponds to that of the standard solution obtained as directed in the HPLC assay test. | Pass |
| Friability | NMT 1.0% | 0.2% |
| Assay by HPLC (USP) | 90.0% - 105.0% | 99.4% |
| Uniformity Of Dosage Units | Acceptance Value ≤ 15.0% | 5.0% |
| Dissolution (USP) | NLT 80 % (Q) dissolved in 60 minutes | Average: 97% |
| **Related Substances** | | |
| Digoxigenin | NMT 2.0% | 0.31% |
| Digoxigenin Bisdigitoxoside | NMT 2.0% | 0.29% |
| Gitoxin | NMT 3.0% | Not Detected |

This product has been manufactured and tested in accordance
with 21 CFR 211 current Good Manufacturing Practices.

QA Approval: _____     Date: _01/07/08_

101 E. Main Street, Little Falls, NJ 07424 • Phone: (973) 890-1440 • Fax: (973) 890-7980.

Confidential Subject to Protective Order

UDLL 000007666

# UDL LABORATORIES, INC.

**PURCHASE ORDER**

EQUAL EMPLOYMENT OPPORTUNITY POLICY

1718 Northrock Court
Rockford, IL 61103-1201
(815) 282-1201

It is the policy of UDL Laboratories, Inc. to give fair consideration to all qualified persons, and all employees opportunities for advancement according to their individual abilities regardless of race, religion, color, national origin, sex, marital status, sexual preference, age, handicap, or veteran status. No opportunity for promotion, transfer, compensation or any other benefit of employment will be diminished through discriminatory practices. In addition, UDL agrees to take affirmative action to ensure equal employment opportunity.

PURCHASE ORDER NO.   87834

DATE ISSUED   2/07/08

ORDER TO:   3434-00
AMIDE/BERTEK/MYLAN
3711 COLLINS FERRY RD
MORGANTOWN WV 26505

SHIP TO:   UDL DISTRIBUTION
4951 HIAWATHA DR
ROCKFORD IL 61103-1287

A 6959

SHIP VIA: BEST WAY

| ITEM | DESCRIPTION | QTY. ORDERED | QTY. REC'D. | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30789  196-96 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP   BTL500 | 72.00 | .00 | 59.77800 | 4303.44 |
| 8-02:333 | DUE DATE: 2/23/08  71034A1  12/09 12/07  LABEL: BERTEK | 72 | | 3-5-08 | |

CONFIRMING PER:

CONFIRMING ORDER: PRODUCT SHIPPED MUST HAVE 18 MONTHS DATING. CERTIFICATE OF ANALYSIS MUST ACCOMPANY ORDER. SHIP ALL SAME LOT.

NOTE: IF PRODUCT TO BE SHIPPED ON THIS ORDER HAS BEEN REFORMULATED, CONTACT UDL BEFORE SHIPPING.

SHIP VIA *ABF*

**ORDER TOTAL**   4303.44

REC'D. BY ___N/A___   DATE _____

Q.C. INSPECTOR _X Custis___   ACC. ✓   REJ: ___   DATE 3-5-08

Confidential Subject to Protective Order

UDLL 000007667

1. ACCEPTANCE: Buyer reserves the right to revoke this offer at any time before acceptance. Acceptance shall become effective so as to convert this purchase order into a binding contract only upon Buyer's receipt of a written acknowledgment by Seller. Acceptance is expressly limited to the terms and conditions contained on both the front and reverse sides of this purchase order and acceptance by Seller shall constitute acceptance of all of said terms and conditions. No changes of commodities, whether or not included in Seller's acknowledgment, are binding upon Buyer unless agreed to by Buyer in writing. Buyer's obligations are limited to those contained herein and those expressly accepted in writing by Buyer.

2. COUNT AND INSPECTION: All goods are accepted subject to Buyer's count and inspection. Retention of delivered goods by Buyer for a reasonable period of time before count and inspection shall not constitute acceptance of the goods.

3. RISK OF LOSS: Risk of loss or damage shall pass to Buyer only at the time that goods are actually delivered to Buyer's plant or warehouse, regardless of mode of transportation.

4. FREE GOODS: By accepting this order, Seller agrees to ship to Buyer any free goods, and to grant to Buyer any special discounts, being allowed at the time of the acceptance of this order, notwithstanding that such free goods and special discounts to which Buyer is entitled are not specified on this order.

5. WARRANTY: Seller expressly warrants that all goods covered by this order will conform to any specifications, drawings, samples or other description furnished or adopted by Buyer, and will be merchantable of good workmanship and material, and free from defect. Such warranties shall survive inspection, test, and acceptance. This warranty shall run to Buyer, its successors, assigns, to its customers, and to the users of its products. All warranties shall also be construed as conditions and the representations and conditions herein contained shall not be deemed to be exclusive. The indemnification provisions of paragraph 7G below shall apply to any breach of warranty hereunder. Seller expressly warrants that formulas, ingredients or manufacturing processes will not be changed without written notification to UDL Laboratories, Inc.

6. NON-CONFORMING GOODS: If any of the goods are found at any time to be defective in material or workmanship, non-conforming to the warranties expressly made herein, or implied by law, or otherwise not in conformity with the requirements of the order, Buyer, in addition to any other rights which it may have, shall have, the right to reject and return such goods at Seller's expense, such goods not to be replaced without suitable written authorization from Buyer.

7. COMPLIANCE WITH STATUTES AND REGULATIONS:
A. Seller guarantees, warrants and certifies that in the performance of this contract it will comply with all applicable statutes, rules, regulations, and orders of the United States or of any state or political subdivision thereof, including laws and regulations pertaining to labor, wages, hours, and other conditions of employment.
B. Seller guarantees, warrants and certifies that all goods (1) within the purview of the Federal Insecticide, Fungicide and Rodenticide Act or the Federal Caustic Poisons Act will comply in every respect with the provisions of these acts, and amendments thereto; and (2) will have been produced in compliance with the Federal Fair Labor Standards Act of 1938.
C. The Seller does hereby guarantee to UDL Laboratories, Inc. that each shipment or other delivery of any food, drugs, devices, medical devices, cosmetics, or other merchandise now or hereafter made by the Seller to UDL Laboratories, Inc. will not be, at the time of such shipment or delivery, adulterated, misbranded or otherwise prohibited within the meaning of the Federal Food, Drug and Cosmetic Act, 21 U.S.C.A. #301 et seq., as amended, and in effect at the time of said shipment or delivery (the Act) or within the meaning of any applicable state or municipal law in which the definition of adulteration or misbranding are substantially the same as those contained in the Act, and such merchandise is not, at the time of such shipment or delivery, merchandise which may not be introduced into interstate commerce under the provisions of section 404 or 505 of the Act [21 U.S.C.A. #344 and #355]; and such merchandise is merchandise which may be legally transported or sold under the provisions of any other applicable federal, state or municipal law; and the Seller guarantees further that only those chemicals or sprays approved by federal, state or municipal authorities have been used, and any residue in excess of the amount allowed by any such authorities has been removed therefrom.
D. Seller guarantees, warrants and certifies that no product constituting or being part of this shipment or any shipments thereafter made is misbranded within the meaning of the Federal Hazardous Substances Labeling Act or within the meaning of any applicable State law in which the definition of misbranding is substantially the same as that contained in the Federal Act, or is an article which may not under the provisions of the act, be introduced into interstate commerce.
E. Seller agrees to reimburse Buyer for stock on hand for any decline in Seller's price, and for any merchandise which may be necessary to return, or which may be unsaleable on account of any Federal or State law, act or regulation, under the terms of which the sale of such merchandise may be prohibited.
F. Seller guarantees, warrants and certifies that the prices charged to Buyer pursuant to this order do not exceed applicable price ceilings, if any, established by any agency of government.
G. Seller agrees to defend, indemnify and hold UDL Laboratories, Inc. harmless against any and all claims, losses, damages, and liabilities whatsoever, including counsel fees, arising as a result of A) any actual or asserted violation of above captioned acts or of the preceding paragraphs hereof, or any other federal, state or local law, or regulation by virtue of which products sold, supplied or delivered by the Seller alleged or determined to be not in full compliance with any federal, state or local law or regulation, and B) the possession, distribution, sale and/or use of, or by reason of the seizure of, any of the Seller's products including any prosecution or action whatsoever by any Governmental body or agency or by any private party, including claims of bodily injury, death or property damage, and to replace, without charge, or give credit of cash refund, as requested, for any product that fails to comply with said act or the guarantees, warranties, or certifications as set forth and C) to maintain primary and non-contributing Products Liability In-

surance of not less than $1,000,000 combined single limit (Bodily Injury and Property Damage) including UDL Laboratories, Inc. as additional insured, with provision for at least 30 days prior written notice to the additional insured in the event of cancellation or material reduction of coverage, and D) upon request, promptly submit satisfactory evidence of such insurance.

8. DEFAULT AND EXCUSABLE DELAYS: Buyer reserves the right to cancel this order in the event of default by Seller or if shipments are not made within specified time. Seller will not, however, be liable for damages occasioned by delays in delivery due to causes beyond Seller's control and without his fault or negligence, provided Seller promptly notifies Buyer as soon as such delay becomes apparent. Buyer reserves the right to cancel any as yet unaccepted portion of the order or if any one shipment shall fail to conform to specifications or to warranty, or shall fail to meet the delivery date specified by Buyer, or shall fail to be in the stipulated quantity.

9. ADVANCE MANUFACTURE AND SHIPMENTS: Delivery by date, or according to schedule, if specified, is a major condition of this order. Seller shall not manufacture or deliver any material in advance of any date or schedule set forth in this order without Buyer's written permission. Buyer reserves the right for return, shipping charges collect, all goods received at Buyer's plant in advance of the schedule shown on this order. Unless Buyer's written consent to advance manufacture has first been obtained Buyer will not be responsible in the event of cancellation or of change in this order for any charges related to any manufacture in advance of a normal flow time necessary to meet the schedules shown on this order.

10. PACKAGING AND LABELING: All goods are to be packed in suitable containers for protection in shipment and storage. When containers or packaging material is furnished by Buyer, Seller agrees to package materials in quantities and carton sizes as specified by Buyer. Seller will be held responsible for loss or damage of such goods. As itemized packing slip bearing Buyer's order number and quantities shipped must accompany each delivery. Each container must be marked to show Buyer's order number and quantity contained there in. Buyer's count will be accepted as conclusive on shipment not accompanied by a packing slip.

11. ASSIGNMENT: This order is placed upon the condition that Seller shall not assign it or any interest therein, or any obligation or duty thereunder, including any payment due or to become due with respect thereto without Buyer's prior consent.

12. SET-OFF: Buyer shall be entitled at all times to set-off any amount owing from Seller to Buyer or any of its affiliated companies against any amount due or owing to Seller with respect to this order.

13. PATENT, COPYRIGHT AND TRADEMARK PROTECTION: This purchase order represents the entire agreement between Buyer and Seller and payment for the work and materials ordered is payment in full for everything of value produced thereunder specifically including (by way of example and not of limitation) any and all subject matter of patents, copyrights and trademarks which may be included therein or developed thereacross. Seller shall not be entitled to any additions payment by virtue of the presence of patent, copyright, trademark or other proprietary rights in the goods and materials covered by this purchase order and shall cooperate with Buyer and execute the documents appropriate for securing protection of patent, copyright or trademark subject matter and herby authorizes Buyer to execute such documents on his behalf.
The Seller hereby warrants that it will save Buyer harmless from any claims arising out of the use by Buyer of the goods covered by the order and including continuing future use of such goods obtained from Seller which arise from claims under laws relating to patents, trademarks copyrights, or other proprietary rights or which arise under contractual or quasi-contractual claims by others.

14. INSURANCE: Seller agrees to be responsible for any death, bodily injury or property damage resulting from Seller's performance of this purchase order and hereby represents and warrants that Seller is carrying adequate insurance to cover such liabilities. Unless otherwise specified, all ocean freight, air freight, parcel post, air mail, and express shipments must be insured at invoiced value of goods.

15. CANCELLATIONS FOR INSOLVENCY: In the event of any suspension of payment or the institution of any proceedings by or against either party, voluntary or involuntary, in bankruptcy or insolvency or under any provisions of the United States Bankruptcy Act or for the appointment of a receiver or trustee or an assignee for the benefit of creditors of either party or in the event of a breach of any of the terms hereof, including warranties of Seller, the other party shall be entitled to cancel this contract forthwith without affecting any other rights which such party may have.

16. DISCOUNT DATE: Date for commencement of each discount calculation is date goods are received or date acceptable invoice is received, whichever is later.

17. INTERPRETATIONS: This order supersedes all prior agreements written or oral. No course of prior dealings between the parties and no usage of the trade shall be relevant to supplement or explain any term used in this order. Acceptance or acquiescence in a course of performance rendered under this order shall not be relevant to determine the meaning of this order even though the accepting or acquiescing party has knowledge of the nature of the performance and opportunity for objection. Whenever a term defined by the Uniform Commercial Code is used in this order, the definition contained in the Code shall control.

18. WAIVER: No claim or right arising out of a breach of the terms and conditions of this order can be discharged in whole or in part by a waiver or renunciation of the claim or right unless such waiver or renunciation is supported by consideration and is in writing signed by the aggrieved party.

UDLL 000007668

# Mylan Pharmaceuticals Inc.

MYLAN®

Page 1 of 1

8013T214

**Sold By:**
Name: Mylan Pharmaceuticals Inc.
Street: 781 Chestnut Ridge Road
City: Morgantown
State: WV  Zip: 26504-4310

Federal ID Number:

Telephone Number: 304-599-2595

**Sold To:**
Name:  UDL Laboratories, Inc.
Street:  1718 Northrock Court
City:  Rockford
State:  IL  Zip: 61103

**Shipped From:**
Name:  Mylan Pharmaceuticals Inc. Distribution Center
Street:  2898 Manufacturers Road
City:  Greensboro
State:  NC  Zip: 27406
DEA Number: RM0930693
DC Phone Number:  1-800-446-9526

**Shipped To:**
Name:  UDL Laboratories, Inc./Rockford, IL
Street:  4851 Hiawatha Drive
City:  Rockford
State:  IL  Zip: 61103-1287

Delivery Number: 80131214
Order Date:  02/08/2008
Sales Order:  1049336
PO Number:  87034
DEA Number: PU0219902

| Material | Product Description | Batch Number | Qty Ordered | Qty Shipped | Qty B.O. | Complete Cartons | Repack Cartons | Repack Quantity |
|---|---|---|---|---|---|---|---|---|
| **Pallet** | | | | | | | | |
| 62794-146-56 | Diglek 0.25 mg 5000s | 71034A1 | 72 | 72 | 0 | 6 X  12 | | |
| | 100303780003537758 | | 72 | 72 | | | | |

(6 ctns × 12)= 72
Lot 71034A1
Exp 12 09
J-0496
2.28.08
ABF

# Ctns Complete: 6
# Repack Ctns:
Total: 6
Filled By: RCHODGES

Legend: * Indicates the Qty Ordered was shipped on multiple lines, In multiple shipments, or in repack cartons.

Confidential Subject to Protective Order

UDLL 000007669

**ABF FREIGHT SYSTEM, INC.**
(ABFS)   CONSIGNEE COPY
www.abf.com

| SHIPPER'S NO. | TERMINAL 015-074-6866 NO OF PLTS | ROUTING | 02/28/08  00:34 | FREIGHT BILL NO. 1 OF 2 |
| --- | --- | --- | --- | --- |
| QCVC014794 | | | WNS RFD | |
| PICK UP DATE 02/26/08   1150   SEE BELOW | 082097-0020 | CONSIGNEE BM- 4 | UDL LABORATORIES INC | 051103763 |
| SHIPPER MYLAN PHARMACEUTICALS | | 4251 HIAWATHA RD | | |
| 3838 MANUFACTURERS RD | | ROCKFORD IL 57109 | | |
| GREENSBORO 27406 | | | | |

| PIECES  DESCRIPTION | WEIGHT (LBS) | RATE | CHARGES |
| --- | --- | --- | --- |
| * DUE = TK BY THU 02/28 BY 12:00 * | 512 CTNS ON | 10 Skids | |
| ** COMMITTED TO DELIVER BY: 12:00 * | | | |
| TOTAL IND PIECES: 512 | TKSD | | |
| TIMEKEEPER SPECIFIC DELIVERIES | | | |
| OF 512  CTNS | | | |
| DRUGS/MEDICINES, NOI, RVNX $2.65/LB, | | | |
| O/T CORROSIVE MATERIALS, IN CTNS | 8,492 | | |
| ITEM 058770-02P   CITEM 060000-00 | NFOT | | |
| FRT CAN'T BE LOD ON TOP OF THIS SHPMT | TK | | |
| / AEF TIMEKEEPER SHIPMENT | SLC | | |
| / SHIPPER LOAD AND COUNT | PQ | | |
| / PRICING QUOTE | TRACK | | |
| SHIPPER PHONE:  800-843-8920 | | | |
| /TK DELIVERY BY 12:00 | | | |

| BILL TO | COD AMOUNT | | PAY THIS AMOUNT |
| --- | --- | --- | --- |
| | | RB TAR TKTMBY | |
| | | OZP  ABF610 | |
| | REMIT TO | DZP  27406 | |
| | | SPEC HAND 51103 | |

DELIVERY DATE  TK THU 02/28

X J. McL   BY (CUSTOMER'S SIGNATURE)  2-28-08

---

**ABF FREIGHT SYSTEM, INC.**
(ABFS)   CONSIGNEE COPY
www.abf.com

| SHIPPER'S NO. | TERMINAL 015-074-6866 NO OF PLTS | ROUTING | 02/28/08  00:34 | PAGE 2 OF 2 |
| --- | --- | --- | --- | --- |
| QCVC014794 | | | WNS RFD | |
| PICK UP DATE 02/26/08   1150   SEE BELOW | 082097-0020 | CONSIGNEE BM- 4 | UDL LABORATORIES INC | 051103763 |
| SHIPPER MYLAN PHARMACEUTICALS | | 4251 HIAWATHA RD | | |
| 3838 MANUFACTURERS RD | | ROCKFORD IL 57109 | | |
| GREENSBORO 27406 | | | | |

| PIECES  DESCRIPTION | WEIGHT (LBS) | RATE | CHARGES |
| --- | --- | --- | --- |
| // FUEL SURCHARGE | FSC | | |
| PO: 87034 | | | |
| PO: 87035 | | | |
| PO: 87041 | | | |
| PO: 87043 | | | |
| PO: 87055 | | | |
| PO: 87059 | | | |
| PO: 87063 | | | |
| PO: 87143 | | | |
| PO: 87144 | | | |
| PO: 87216 | | | |
| PO: 87216 | | | |
| ABF MEASURED CUBE | | | |

| BILL TO 10 | TOTALS FREIGHT BILL NO | COD AMOUNT 051103763 | | PAY THIS AMOUNT |
| --- | --- | --- | --- | --- |
| | | RB  8,492 PREPAID | | |
| | | TAR | | |
| | | OZP  ABF610 | | |
| | | DZP  27406 | | 0.00 |
| | REMIT TO | SPEC HAND 51103 | | |

DELIVERY DATE  TK THU 02/28

X J. McL   BY (CUSTOMER'S SIGNATURE)  2-28-08

Confidential Subject to Protective Order

UDLL 000007670

UDL LABORATORIES, INC.

**PRODUCT DIMENSIONS RECORD**

Page _1_ of _1_

Product Description _Digitek (Digoxin Tablet USP) 250mcg (0.25mg_
_Amide/Bertek_

Manufacturer/Supplier _____  Manufacturer Lot # _71034A1_  Receiving Lot # _8-02-333_

| | DIAMETER | THICKNESS | LENGTH | WIDTH |
|---|---|---|---|---|
| 1. | 7.21 mm | 3.15 mm | N/A mm | N/A mm |
| 2. | 7.21 mm | 3.18 mm | mm | mm |
| 3. | 7.20 mm | 3.19 mm | mm | mm |
| 4. | 7.23 mm | 3.17 mm | mm | mm |
| 5. | 7.20 mm | 3.24 mm | mm | mm |
| 6. | 7.20 mm | 3.19 mm | mm | mm |
| 7. | 7.20 mm | 3.20 mm | mm | mm |
| 8. | 7.20 mm | 3.21 mm | mm | mm |
| 9. | 7.20 mm | 3.25 mm | mm | mm |
| 10. | 7.21 mm | 3.16 mm | mm | mm |
| 11. | 7.23 mm | 3.15 mm | mm | mm |
| 12. | 7.24 mm | 3.22 mm | mm | mm |
| 13. | 7.21 mm | 3.15 mm | mm | mm |
| 14. | 7.21 mm | 3.19 mm | mm | mm |
| 15. | 7.20 mm | 3.18 mm | mm | mm |
| 16. | 7.20 mm | 3.16 mm | mm | mm |
| 17. | 7.20 mm | 3.19 mm | mm | mm |
| 18. | 7.20 mm | 3.17 mm | mm | mm |
| 19. | 7.25 mm | 3.17 mm | mm | mm |
| 20. | 7.20 mm | 3.21 mm | mm | mm |

Average _7.21_ mm   _3.19_ mm   ___ mm   ___ mm

Range _7.20-7.25_ mm   _3.15-3.25_ mm   ___ mm   ___ mm

# out of Tolerance _0_   _0_

INSPECTOR: _R. Curtis_   DATE: _3-5-08_

VERIFIED BY: _Sandy Ingram_   DATE _3-6-08_

UDL 940 R3
Eff. Date: 9/11/07
(Orig. 2-16-98)

Confidential Subject to Protective Order

UDLL 000007671

**UDL LABORATORIES, INC.**

**MEMORANDUM**

To:     The Receiving Report

From:   Eva Cantu

Date:   August 15, 2006

Re:     *Documentation of Supplier Name Change – Amide/Bertek/Mylan*

The products that were supplied by Bertek and manufactured by Amide; are now being supplied by Mylan. However, the product label and insert still reflect Amide/Bertek. Until the supplier's product label and insert reflect a name change, UDL will continue to record Amide/Bertek on its product specification and labeling.

This memorandum will be placed in the batch record to explain the inconsistency of the supplier/manufacturer name on the paperwork/documents within the batch record.

cc:     Vince Mancinelli, Sue Powers, Li Radtke, Mike Armstrong, Shirley Svejcar, Val Schissel, Yvette Smith, Paul Trost, Phyllis Fender

Confidential Subject to Protective Order

UDLL 000007672

## UDL LABORATORIES, INC.
## MEMORANDUM

TO:        The File

FROM:      Peggy Finch

DATE:      December 11, 2006

RE:        Documentation of Amide Pharmaceuticals and Actavis

As of December 20, 2005, Actavis acquired Amide Pharmaceuticals. Amide has begun adding Actavis to its documents; however, its product label and insert still record Amide. During this transition period, some UDL documents within the batch record will reflect Amide and/or Actavis. Once the name change is reflected on the product label and insert, UDL will update its labeling and documents.

This memo will explain the inconsistency of Amide and/or Actavis observed on the documents.

A copy of this memo will be attached to the affected receiving reports.

cc:        Sue Powers
           Eva Cantu
           Li Radtke
           Shirley Svejcar
           Val Schissel
           Teresa Wilmot

Confidential Subject to Protective Order

UDLL 0000076?

# UDL LABS

TARE WT: 1.31 GRAMS

APW: 0.120667 GRAMS

# QTY: 20

NET WT: 2.4 GRAMS
DATE:  5 MAR 2008

Confidential Subject to Protective Order

UDLL 000007674

ACTAVIS TOTOWA LLC      Fax:19738907980          Jan 10 2008  20:10      P.08



**actavis**

Totowa LLC
101 E. Main Street
Little Falls, NJ 07424
973-890-1440

### CERTIFICATE OF CONFORMANCE

Product:    **Digoxin Tablets, 0.25 mg**          Product Code:    146

Batch Number:    **71034A1**                      Expiration Date:    December 2009

Manufacturing Date:    12/20/07                   Total Units Released:    827

This batch has been reviewed by Quality Assurance and was found to have been
manufactured with all required Actavis Standard Operation Procedures, Departmental
Operating Instructions, in-process controls and specifications.  This batch was
manufactured in compliance with Current Good Manufacturing Practice regulations and
company and customer specifications.

All deviations associated with this batch have been completed:

☐ Yes       Investigation #: _____ 01/10/08

☐ No

☒ N/A

_____
Name

_____
Title

_____
Date

Confidential Subject to Protective Order

UDLL 000007675

UDL LABORATORIES, INC.

## FREIGHT INSPECTION FORM

Carrier name: A B F                                    Date: 2-28-08

| Item Inspected | Intact | Damaged | Description |
|---|---|---|---|
| Banding | X | ___ | Steel ___ Plastic X |
| Shrink Wrap | X | ___ | Color: clear |
| Cardboard Wrap | N/A | N/A | Sheet N/A Box N/A |
| Pallet | X | ___ | Visual Truck Inspection X |
| Carton | | X | |
| Product | N/A | N/A | |

Number of skids: 10          Vendor Lot Number: 71034A1

Supplier: Mylan

Receiving Damage Notation: None found.

_____

_____

_____

_____

Inspected by: J. McL          Date: 2-28-08

Q.A. Damage Notation: _____

_____

_____

Inspected by: _____          Date: _____

MH401 R21
Eff. Date: 2/23/07
Original 10/1/98

Confidential Subject to Protective Order

UDLL 000007676

UDL LABORATORIES, INC.
PRODUCT INSPECTION TALLY SHEET TABLETS/CAPLETS

Product Description: Digitek (Digoxin Tablet, USP) 250mcg (0.25mg)
Mfg./Supplier Lot No.: 71034A1    Rec. Lot No.: 8-02-333
QUANTITY OF CASES TO BE INSPECTED: 5    QUANTITY OF TABLETS/CAPLETS TO BE SAMPLED: 315

| BOTTLE DEFECTS | AQL 0.650% | # 1 | # 2 | # 3 | # 4 | # 5 | Bottle/Bulk Case No. Sampled # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Label–Missing Lot/Exp. Date | | | | | | | | | | | | |
| Label–Incorrect Lot/Exp. Date | | | | | | | | | | | | |
| Broken/Missing Inner Seal | | | | | | | | | | | | |
| Outer Damage | | | | | | | | | | | | |
| No Desiccant | | | | | | | | | | | | |
| Broken Desiccant | | | | | | | | | | | | |
| Missing Cotton | | | | | | | | | | | | |
| Broken Seal Band | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | | | | | | |

| BULK DEFECTS | AQL 0.650% | # | # | # | # | # | Bottle/Bulk Case No. Sampled # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Label–Missing Lot/Exp. Date | | | | N/A | | | | | | | | |
| Label–Incorrect Lot/Exp. Date | | | | | | | | | | | | |
| TOTAL DEFECTS | | | | | | | | | | | | |

| CRITICAL TABLET/CAPLET DEFECTS | AQL 0.00% | # 1 | # 2 | # 3 | # 4 | # 5 | Bottle/Bulk Case No. Sampled # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreign Tablet | | | | | | | | | | | | |
| Improper Logo/Code | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | | | | | | |

| MAJOR TABLET/CAPLET DEFECTS | AQL 0.650% | # 1 | # 2 | # 3 | # 4 | # 5 | Bottle/Bulk Case No. Sampled # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insufficient Coating | | | | | | | | | | | | |
| Illegible Logo/Code | | | | | | | | | | | | |
| Broken | | | | | | | | | | | | |
| Cracking | | | | | | | | | | | | |
| Capped | | | | | | | | | | | | |
| Embedded surface spots | | | | | | | | | | | | |
| Cavitation | | | | | | | | | | | | |
| Color not uniform | | | | | | | | | | | | |
| Shading | | | | | | | | | | | | |
| Coating chips | | | | | | | | | | | | |
| Eroded edges | | | | | | | | | | | | |
| Eroded dome | | | | | | | | | | | | |
| Thick/Thin | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | | | | | | |

| MINOR TABLET/CAPLET DEFECTS | AQL 4.00% | # 1 | # 2 | # 3 | # 4 | # 5 | Bottle/Bulk Case No. Sampled # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adhering surface spots | | | | | | | | | | | | |
| Pitting | | | | | | | | | | | | |
| Chipped | | | | | | | | | | | | |
| Projected/Feathered edges | | | | | | | | | | | | |
| Broken punch mark | | | | | | | | | | | | |
| Dye spots | | | | | | | | | | | | |
| Sticking | | | | | | | | | | | | |
| Surface blemishes | | | | | | | | | | | | |
| Coating roughness | | | | | | | | | | | | |
| Off-Center Logo/Code | | | | | | | | | | | | |
| Incomplete/Smeared Logo | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | | | | | | |

TOTAL DEFECTS:    MINOR 0    MAJOR 0    CRITICAL 0

TOTAL BOTTLES/CASES REJECTED: 0

INSPECTED BY: J Curto    DATE: 3-5-08
VERIFIED BY: Sandra Ingram    DATE: 3-6-08

UDL 957B
Eff. Date: 9/11/07

Confidential Subject to Protective Order

UDLL 000007677

RCV110-B                     UDL Laboratories, Inc.              Daily Log
                             Receiving Receipt Form             A6959-001

        Transaction Date....  3/05/08      Receiving Lot No....  8-02-333

        Item Number........  30789         Vendor Lot No.......  71034A1

    Product Description

        DIGITEK (DIGOXIN) 250 MCG
        (0.25 MG) TAB, USP      BTL5000


Q.A. Inspector: _~~~~~~~_____     Date: 3-5-08

                                        UDL   956
                                        EFF: 09/11/07

Confidential Subject to Protective Order                    UDLL 000007678