# EXHIBIT 48

RCV100-A  UDL Laboratories, Inc.  Daily Log
Receiving Form  A6500-001

Date Received....... 1/21/08

Received From....... AMIDE/BERTEK/MYLAN

**CORRECTED COPY**

Shipped Via......... ABF

Receiving Lot No.... 8-01-270

Supplier Lot No..... 71004A1

Purchase Order No... 086543

Manufacture Date.... 12/07

Expiration Date..... 12/09

| QUANTITY | ITEM No. | DESCRIPTION |
|---|---|---|
| 192 | 30779 | DIGITEK (DIGOXIN) 125 MCG (0.125 MG) TAB, USP    BTL5000 |

Received By __J. McL__

Date __1-24-08__

UDL 910R1
Eff. Date: 5-03-00

Confidential Subject to Protective Order

DEFENDANT'S EXHIBIT

UDLL 000007679

RCV100-A                UDL Laboratories, Inc.                    5-7156
                          Receiving Form                         Daily Log
                                                                 A6500-001

Date Received....... 1/21/08

Received From....... AMIDE/BERTEK/MYLAN


Shipped Via......... ABF

Receiving Lot No.... 8-01-270

Supplier Lot No..... 71004A1

Purchase Order No... 086543


Manufacture Date.... NA

Expiration Date..... 12/09

| QUANTITY | ITEM No. | DESCRIPTION |
|---|---|---|
| 192 | 30779 | DIGITEK (DIGOXIN) 125 MCG (0.125 MG) TAB, USP    BTL5000 |

Received By _J. McG_

Date 1-21-08


                                                    UDL 910R1
                                                    Eff. Date: 5-03-00

Confidential Subject to Protective Order                    UDLL 000007680

## UDL LABORATORIES, INC.

### RECEIVING INSPECTION FORM (Tablets/Caplets)

**Name of Product:** Digitek (digoxin tablet, USP) 125 mcg (0.125 mg)

| UDL Spec #: S-7156 | UDL Rec. Lot No.: | Vendor Lot No.: |
|---|---|---|
| Spec Pg. Rev. #: 8 | 8-01-270 | 71004A1 |

| Lot Size: 192 | No. of Skids: 1 | No. of Cases: 16 | Case Quantity: 16 CS @ 12 X 5000 |
|---|---|---|---|

| Vendor Label Revision: RBR14521 | Vendor Insert Revision: 1/2000 | Avg. Piece Weight (APW): 0.10066 7 |
|---|---|---|

Number of containers sampled: 8    Sample size: 500

Color: Yellow    Thickness Gauge: E008    Micrometer #: E021

Code: One side: B/145

### DEFECTS

CRITICAL 0.00%: Foreign Tablet/Caplet ___  Wrong Imprint/Code ___  Other ___

| MAJOR 0.65% | # DEFECTS | MINOR 4.0% | # DEFECTS |
|---|---|---|---|
| Insufficient Coating | 0 | Adhering Surface Spots | 0 |
| Illegible Logo/Code | 0 | Pitting | 0 |
| Broken | 0 | Chipped | 0 |
| Cracking | 0 | Projected/Feathered Edges | 0 |
| Capped | 0 | Broken Punch Mark | 0 |
| Embedded Surface Spots | 0 | Dye Spots | 0 |
| Cavitation | 0 | Sticking | 0 |
| Color Not Uniform | 0 | Surface Blemishes | 0 |
| Shading | 0 | Shading | 0 |
| Coating Chips | 0 | Coating Roughness | 0 |
| Eroded Edges | 0 | Off-Center Logo/Code | 0 |
| Eroded Dome | 0 | Incomplete/Smeared Logo/Code | 0 |
| Thick/Thin | 0 | Other: | 0 |
| Other: | 0 | | |
| TOTAL DEFECTS | CRITICAL: 0 | MAJOR: 0 | MINOR: 0 |

2nd SAMPLING: ☐ YES ☒ NO    QA SAMPLES: 20

100% INSPECTION: ☐ YES ☒ NO    TOOLING SAMPLES: n/A

LABEL COMPARISON: ☐ YES ☒ NO # n/A    MEMO ATTACHED: ☒ YES ☐ NO

IR: ☐ YES ☒ NO # n/A    Dimensions out of Tolerance: ☐ YES ☒ NO

DISPOSITION: ☒ ACCEPT    Quantity 192
    ◇ REJECTED

MRB No.: n/A    MRB Quantity: n/A    Rejected Cases n/A

QA HOLD No.: n/A    QA HOLD Quantity: n/A    Rejected Bottles n/A

QA Notes: n/A

| INSPECTED BY: P. Finch | INSPECTED DATE: 1-28-08 | UDL 957 Eff. Date: 9/11/07 |
|---|---|---|
| VERIFIED BY: Sandy Ingram | VERIFIED BY DATE: 1-28-08 | |

Confidential Subject to Protective Order

UDLL 000007681

Case 2:08-md-01968 Document 522-48 Filed 08/01/11 Page 5 of 19 PageID #: 11582

ACTAVIS TOTOWA LLC    Fax:19738907980    Dec 27 2007 15:51    P.03



## CERTIFICATE OF ANALYSIS

Digoxin Tablets, USP 0.125 mg
(Product ID: 145)

Manufactured By: Actavis Totowa LLC            Manufactured Date: 12/10/2007

Batch Number: 71004A1

Expiration Date: December 2009            Pack Size: 5000

| Test | Specification | Results |
|---|---|---|
| Appearance | Yellow, round bisected tablets, debossed "A 145" or "B 145" on bisected side | Pass Debossed "B 145" |
| Identification A | The $R_f$ value of the principal spot in the chromatogram of the sample solution corresponds to that of the standard solution. | Pass |
| Identification B | The retention time of the major peak in the chromatogram of the sample solution corresponds to that of the standard solution obtained as directed in the HPLC assay test. | Pass |
| Friability | NMT 1.0% | 0.1% |
| Assay | 90.0% - 105.0% | 96.6% |
| Uniformity Of Dosage Units | Acceptance Value ≤ 15.0% | 4.0% |
| Dissolution | NLT 80% (Q) dissolved in 60 minutes | Average: 100% |
| Related Substances: Digoxigenin | NMT 2.0% | 0.2% |
| Digoxigenin Bisdigitoxoside | NMT 2.0% | 0.3% |
| Gitoxin | NMT 3.0% | Not detected |

This product has been manufactured and tested in accordance
with 21 CFR 211 current Good Manufacturing Practices.

QA Approval: _____        Date: 12/27/07        1-23-08

101 E. Main Street, Little Falls, NJ 07424 • Phone: (973) 890-1440 • Fax: (973) 890-7980.

Confidential Subject to Protective Order                    UDLL 000007682

## UDL LABORATORIES, INC.

1718 Northrock Court
Rockford, IL 61103-1201
(815) 282-1201

**PURCHASE ORDER**

EQUAL EMPLOYMENT OPPORTUNITY POLICY

It is the policy of UDL Laboratories, Inc. to give fair consideration to all qualified persons, and all employees opportunities for advancement according to their individual abilities regardless of race, religion, color, national origin, sex, marital status, sexual preference, age, handicap, or veteran status. No opportunity for promotion, transfer, compensation or any other benefit of employment will be diminished through discriminatory practices. In addition, UDL agrees to take affirmative action to ensure equal employment opportunity.

PURCHASE ORDER NO.
DATE ISSUED        26543
                  12/19/07

A4500

ORDER TO: 3434-00
AMIDE/BEPTEK/MYLAN
3711 COLLINS FERRY RD
MORGANTOWN WV 26505

SHIP TO:
UDL DISTRIBUTION
4951 HIAWATHA DR.
ROCKFORD IL 61103-1287

| ITEM | DESCRIPTION | QTY. ORDERED | QTY. REC'D. | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30773<br>145-55 | DIGITEK (DIGOXIN) 125 MCG<br>(0.125 MG) TAB, USP   BTL1000 | 204.00 | .00 | 51.23000 | 10450.92 |
| 8-01-270 | DUE DATE: 1/17/08<br>7100HA1  12/09  12/07<br>LABEL: MYLAN | | 192 | 1-28-08 | |

CONFIRMING PER:

CONFIRMING ORDER: PRODUCT SHIPPED MUST HAVE 18 MONTHS DATING. CERTIFICATE OF ANALYSIS MUST ACCOMPANY ORDER. SHIP ALL SAME LOT.

NOTE: IF PRODUCT TO BE SHIPPED ON THIS ORDER HAS BEEN REFORMULATED, CONTACT UDL BEFORE SHIPPING.

SHIP VIA: ABF

REC'D. BY M/A    DATE _____

Q.C. INSPECTOR P. Finch  ACC. ✓  REJ. _____  DATE 1-28-08

ORDER TOTAL ➤ 10450.92

Confidential Subject to Protective Order

UDLL 000007683

1. ACCEPTANCE: Buyer reserves the right to revoke this offer at any time before acceptance. Acceptance shall become effective so as to convert this purchase order into a binding contract only upon Buyer's receipt of a written acknowledgment by Seller. Acceptance is expressly limited to the terms and conditions contained on both the front and reverse sides of this purchase order and acceptance by Seller shall constitute acceptance of all of said terms and conditions. No changes or counteroffers, whether or not included in Seller's acknowledgment, are binding upon buyer unless agreed to by Buyer in writing. Buyer's obligations are limited to those contained herein and those expressly accepted in writing by Buyer.

2. COUNT AND INSPECTION: All goods are accepted subject to Buyer's count and inspection. Retention of delivered goods by Buyer for a reasonable period of time before count and inspection shall not constitute acceptance of the goods.

3. RISK OF LOSS: Risk of loss or damage shall pass to Buyer only at the time that goods are actually delivered to Buyer's plant or warehouse, regardless of mode of transportation.

4. FREE GOODS: By accepting this order, Seller agrees to ship to Buyer any free goods, and to grant to Buyer any special discounts, being allowed at the time of the acceptance of this order, notwithstanding that such free goods and special discounts to which Buyer is entitled are not specified on this order.

5. WARRANTY: Seller expressly warrants that all goods covered by this order will conform to any specifications, drawings, samples or other description furnished or adopted by Buyer, and will be merchantable of good workmanship and material, and free from defect. Such warranties shall survive inspection, test, and acceptance. This warranty shall run to Buyer, its successors, assigns, to its customers, and to the users of its products. All warranties shall also be construed as conditions and the representations and conditions herein contained shall not be deemed to be exclusive. The indemnification provisions of paragraph 7G below shall apply to any breach of warranty hereunder. Seller expressly warrants that formulas, ingredients or manufacturing processes will not be changed without written notification to UDL Laboratories, Inc.

6. NON-CONFORMING GOODS: If any of the goods are found at any time to be defective in material or workmanship, non-conforming to the warranties expressly made herein, or implied by law, or otherwise not in conformity with the requirements of the order, Buyer, in addition to any other rights which it may have, shall have the right to reject and return such goods at Seller's expense, such goods not to be replaced without suitable written authorization from Buyer.

7. COMPLIANCE WITH STATUTES AND REGULATIONS:
A. Seller guarantees, warrants and certifies that in the performance of this contract it will comply with all applicable statutes, rules, regulations, and orders of the United States or of any state or political subdivision thereof, including laws and regulations pertaining to labor, wages, hours, and other conditions of employment.
B. Seller guarantees, warrants and certifies that all goods (1) within the purview of the Federal Insecticide, Fungicide and Rodenticide Act or the Federal Caustic Poisons Act will comply in every respect with the provisions of these acts, and amendments thereto, and (2) will have been produced in compliance with the Federal Fair Labor Standards Act of 1938.
C. The Seller does hereby guarantee to UDL Laboratories, Inc. that each shipment or other delivery of any food, drugs, devices, medical devices, cosmetics, or other merchandise now or hereafter made by the Seller to UDL Laboratories, Inc. will not be, at the time of such shipment or delivery, adulterated, misbranded or otherwise prohibited within the meaning of the Federal Food, Drug and Cosmetic Act, 21 U.S.C.A. #301 et seq., as amended, and in effect at the time of said shipment or delivery (the Act) or within the meaning of any applicable state or municipal law in which the definition of adulteration or misbranding are substantially the same as those contained in the Act; and such merchandise is not, at the time of such shipment or delivery, merchandise which may not be introduced into interstate commerce under the provisions of section 404 or 505 of the Act (21 U.S.C.A. #344 and #355); and such merchandise is merchandise which may be legally transported or sold under the provisions of any other applicable federal, state or municipal law; and the Seller guarantees further that only those chemicals or sprays approved by federal, state or municipal authorities have been used, and any residue in excess of the amount allowed by any such authorities has been removed therefrom.
D. Seller guarantees, warrants and certifies that no product constituting or being part of this shipment or any shipments thereafter made is misbranded within the meaning of the Federal Hazardous Substances Labeling Act or within the meaning of any applicable State law in which the definition of misbranding is substantially the same as that contained in the Federal Act, or is an article which may not under the provisions of the act, be introduced into interstate commerce.
E. Seller agrees to reimburse Buyer for stock on hand for any decline in Seller's price, and for any merchandise which may be necessary to return, or which may be unsaleable on account of any Federal or State law, act or regulation, under the terms of which the sale of such merchandise may be prohibited.
F. Seller guarantees, warrants and certifies that the prices charged to Buyer pursuant to this order do not exceed applicable price ceilings, if any, established by any agency of government.
G. Seller agrees to defend, indemnify and hold UDL Laboratories, Inc. harmless against any and all claims, losses, damages, and liabilities whatsoever, including counsel fees, arising as a result of A) any actual or asserted violation of above captioned acts or of the preceding paragraphs hereof, or any other federal, state or local law, or regulation by virtue of which products sold, supplied or delivered by the Seller alleged or determined to be not in full compliance with any federal, state or local law or regulation, and B) the possession, distribution, sale and/or use of, or by reason of the seizure of, any of the Seller's products including any prosecution or action whatsoever by any Governmental body or agency or by any private party, including claims of bodily injury, death or property damage, and to replace, without charge, or give credit of cash refund, as requested, for any product that fails to comply with said act or the guarantees, warranties, or certifications as set forth and C) to maintain primary and non-contributing Products Liability in-

surance of not less than $1,000,000 combined single limit (Bodily Injury and Property Damage) including UDL Laboratories, Inc. as additional insured, with provision for at least 30 days prior written notice to the additional insured in the event of cancellation or material reduction of coverage, and D) upon request, promptly submit satisfactory evidence of such insurance.

8. DEFAULT AND EXCUSABLE DELAYS: Buyer reserves the right to cancel this order in the event of default by Seller or if shipments are not made within specified time. Seller will not, however, be liable for damages occasioned by delays in delivery due to causes beyond Seller's control and without his fault or negligence, provided Seller promptly notifies Buyer as soon as such delay becomes apparent. Buyer reserves the right to cancel any as yet unaccepted portion of the entire order if any one shipment shall fail to conform to specifications or to warranty, or shall fail to meet the delivery date specified by Buyer, or shall fail to be in the stipulated quantity.

9. ADVANCE MANUFACTURE AND SHIPMENTS: Delivery by date, or according to schedule, if specified, is a major condition of this order. Seller shall not manufacture or deliver any material in advance of any date or schedule set forth in this order without Buyer's written permission. Buyer reserves the right to return, shipping charges collect, all goods received at Buyer's plant in advance of the schedule shown on this order. Unless Buyer's written consent to advance manufacture has first been obtained Buyer will not be responsible in the event of cancellation or of change in this order for any charges related to any manufacture in advance of a normal flow time necessary to meet the schedules shown on this order.

10. PACKAGING AND LABELING: All goods are to be packed in suitable containers for protection in shipment and storage. When containers or packaging material is furnished by Buyer, Seller agrees to package materials in quantities and carton sizes as specified by Buyer. Seller will not be held responsible for loss or damage of such goods. An itemized packing slip bearing Buyer's order number and quantities shipped must accompany each delivery. Each container must be marked to show Buyer's order number and quantity contained therein. Buyer's count will be accepted as conclusive on shipment not accompanied by a packing slip.

11. ASSIGNMENT: This order is placed upon the condition that Seller shall not assign it or any interest therein, or any obligation or duty thereunder, including any payment due or to become due with respect thereto without Buyer's prior consent.

12. SET-OFF: Buyer shall be entitled at all times to set-off any amount owing from Seller to Buyer of any of its affiliated companies against any amount due or owing to Seller with respect to this order.

13. PATENT, COPYRIGHT AND TRADEMARK PROTECTION: This purchase order represents the entire agreement between Buyer and Seller and payment for the work and materials ordered is payment in full for everything of value produced thereunder specifically including (by way of example and not of limitation) any and all subject matter of patents, copyrights and trademarks which may be included therein or developed therefrom. Seller shall not be entitled to any additional payment by virtue of the presence of patent, copyright, trademark or other proprietary rights in the goods and materials covered by this purchase order and shall cooperate with Buyer and execute the documents appropriate for securing protection of patent, copyright or trademark subject matter and herby authorizes Buyer to execute such documents on his behalf.
The Seller hereby warrants that it will save Buyer harmless from any claims arising out of the use by Buyer of the goods covered by this order and including continuing future use of such goods obtained from Seller which arise from claims under laws relating to patents, trademarks copyrights, or other proprietary rights or which arise under contractual or quasi-contractual claims by others.

14. INSURANCE: Seller agrees to be responsible for any death, bodily injury or property damage resulting from Seller's performance of this purchase order and hereby represents and warrants that Seller is carrying adequate insurance to cover such liabilities. Unless otherwise specified, all ocean freight, air freight, parcel post, air mail, and express shipments must be insured at invoiced value of goods.

15. CANCELLATIONS FOR INSOLVENCY: In the event of any suspension of payment or the institution of any proceedings by or against either party, voluntary or involuntary, in bankruptcy or insolvency or under any provisions of the United States Bankruptcy Act or for the appointment of a receiver or trustee or an assignee for the benefit of creditors of either party or in the event of a breach of any of the terms hereof, including warranties of Seller, the other party shall be entitled to cancel this contract forthwith without affecting any other rights which such party may have.

16. DISCOUNT DATE: Date for commencement of each discount calculation is date goods are received or date acceptable invoice is received, whichever is later.

17. INTERPRETATIONS: This order supersedes all prior agreements written or oral. No course of prior dealings between the parties and no usage of the trade shall be relevant to supplement or explain any term used in this order. Acceptance or acquiescence in a course of performance rendered under this order shall not be relevant to determine the meaning of this order even though the accepting or acquiescing party has knowledge of the nature of the performance and opportunity for objection. Whenever a term defined by the Uniform Commercial Code is used in this order, the definition contained in the Code shall control.

18. WAIVER: No claim or right arising out of a breach of the terms and conditions of this order can be discharged in whole or in part by a waiver or renunciation of the claim or right unless such waiver or renunciation is supported by consideration and is in writing signed by the aggrieved party.

Confidential Subject to Protective Order

UDLL 000007684

# Mylan Pharmaceuticals Inc.

**Sold By:**
Name: Mylan Pharmaceuticals Inc.
Street: 781 Chestnut Ridge Road
City: Morgantown
State: WV  Zip: 26504-4310
Federal ID Number:
Telephone Number: 304-599-2595

**Shipped From:**
Name: Mylan Pharmaceuticals Inc. Distribution Center
Street: 2898 Manufacturers Road
City: Greensboro
State: NC  Zip: 27406
DEA Number: RM0130093
DC Phone Number: 1-800-446-9526

**Sold To:**
Name: UDL Laboratories, Inc.
Street: 1718 Northrock Court
City: Rockford
State: IL  Zip: 61103

**Shipped To:**
Name: UDL Laboratories, Inc./Rockford, IL
Street: 4951 Hiawatha Drive
City: Rockford
State: IL  Zip: 61103-1287

Page 1 of 1

80113493

Delivery Number: 80113493
Order Date: 01/03/2008
Sales Order: 1042900
PO Number: 86543
DEA Number: PU0219902

| Material | Product Description | Batch Number | Qty Ordered | Qty Shipped | Qty B.O. | Complete Cartons | Repack Cartons | Repack Quantity |
|---|---|---|---|---|---|---|---|---|
| Pallet | | | | | | | | |
| 62794-145-56 | 100303780003000207 Digitek 0.125 mg 5000s | 71004A1 | 192 | 192 | 0 | 16 X 12 | | |

(16 CTNS x 12) = 192
Lot 71004A1
Exp 12 09
J/msm
1-24.08
A B F

Legend: * Indicates the Qty Ordered was shipped on multiple lines, in multiple shipments, or in repack cartons.

# Ctns Complete: 16
# Repack Ctns:
Total: 16
Filled By: JGPAGE

Confidential Subject to Protective Order

UDLL-000007685

## ABF FREIGHT SYSTEM, INC. — CONSIGNEE COPY (Page 1 of 3)

- TERMINAL: 815-874-6866
- www.abf.com
- DUNS 00-690-2977
- Date/Time: 01/20/08 09:52
- SHIPPER'S NO. 14428
- PICK UP DATE: 01/18/08
- CODE TO: 1150
- P.O. NO.: SEE BELOW
- ROUTING: 8M-4 WNS-RFD
- FREIGHT BILL NO.: 051103607
- SHIPPER: 082097-0020 — MYLAN PHARMACEUTICALS, 2898 MANUFACTURERS RD, GREENSBORO NC 27406
- CONSIGNEE: 082097-0014 — UDL LABORATORIES INC, 4951 HIAWATHA DRIVE, ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|
| 10 SKDS | * DUE = TK BY MON 01/21 BY 12:00<br>** APPT REQUIRED *<br>** COMMITTED TO DELIVER BY: 12:00 *<br><br>TOTAL IND PIECES: 553<br>TIMEKEEPER SPECIFIC DELIVERIES<br>OF 553 CTNS<br>DRUGS/MEDICINES, NOI, RVNX $2.65/LB,<br>O/T CORROSIVE MATERIALS, IN CTNS<br>ITEM 058770-02P   CITEM 060000-00<br>FRT CAN'T BE LOD ON TOP OF THIS SHPMT<br>/ ABF TIMEKEEPER SHIPMENT<br>/ SHIPPER LOAD<br>/ PRICING QUOTE<br><br>SHIPPER PHONE: 800-848-7212 | 553 CTNS ON 10 Skids<br>TKSD<br>8,707<br>NFOT<br>TK<br>SL<br>PQ<br>TRACK | | |

- RB: 1
- TAR: ABF610
- OZP: 27406
- DZP: 61103
- CUBE 0816
- DELIVERY DUE: TK MON 01/21
- Signature: X J- McL- 1-21-08

## ABF FREIGHT SYSTEM, INC. — CONSIGNEE COPY (Page 2 of 3)

- TERMINAL: 815-874-6866
- DUNS 00-690-2977
- 01/20/08 09:52
- SHIPPER'S NO. 14428
- PICK UP DATE: 01/18/08, CODE TO: 1150, P.O. NO.: SEE BELOW
- ROUTING: 8M-4 WNS-RFD
- FREIGHT BILL NO.: 051103607
- SHIPPER: 082097-0020 MYLAN PHARMACEUTICALS, 2898 MANUFACTURERS RD, GREENSBORO NC 27406
- CONSIGNEE: 082097-0014 UDL LABORATORIES INC, 4951 HIAWATHA DRIVE, ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|
| | // FUEL SURCHARGE<br>/TK DELIVERY BY 12:00<br><br>PO: 86319 PCS 19 WEIGHT 10 LB<br>PO: 86444 PCS 43 WEIGHT 1068 LB<br>PO: 86543 PCS 16 WEIGHT 276 LB<br>PO: 86544 PCS 30 WEIGHT 1021 LB<br>PO: 86555 PCS 189 WEIGHT 1995 LB<br>PO: 86753 PCS 132 WEIGHT 1843 LB<br>PO: 86755 PCS 101 WEIGHT 2375 LB | FSC<br>TKTMBY | | |

- RB: 1
- TAR: ABF610
- OZP: 27406
- DZP: 61103
- CUBE 0816
- DELIVERY DUE: TK MON 01/21
- Signature: X J- McL- 1-21-08

Confidential Subject to Protective Order

UDLL 000007686

| ABF | ABF FREIGHT SYSTEM, INC. (ABFS) CONSIGNEE COPY www.abf.com TERMINAL 815-874-6866 | | | | | | DUNS 00-690-2977 | 01/20/08 09:52 | PAGE 3 OF 3 |
|---|---|---|---|---|---|---|---|---|---|

SHIPPER'S NO. 14428

| PICK UP DATE | CODE TO | P.O. NO. | NO. OF P.O.'S | | ROUTING | | | FREIGHT BILL NO. |
|---|---|---|---|---|---|---|---|---|
| 01/18/08 | 1150 | SEE BELOW | | 8 | WNS-RFD BM-4 | | | 051103607 |

SHIPPER  082097-0020
MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

CONSIGNEE  082097-0014
UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|
| | PO: 86759 | | | |
| | PCS   23  WEIGHT   619 LB | | | |
| | ABF MEASURED CUBE: 816.666 CUFT | | | |
| 84 | | | | |
| 169 | | | | |
| 10 | | | | |
| 1105 | | | | |
| 10 | TOTALS FREIGHT BILL NO.  051103607 | 8,707 | PREPAID | |

BILL TO

| | | | REMIT TO | | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| | | COD AMOUNT | | RB  1 | |
| | | | | TAR ABF610 | |
| | | | | OZIP 27406 | 0.00 |
| | | | | DZIP 61103 | |
| | | | | SPEC. HAND. | |

CUBE 081.6
DELIVERY DUE  TK MON 01/21   PRIOR PRO DATE (10)

DELIVERY DATE  1-21-08   DRIVER ABF [signature]
CUST HELP UNLD? Y N_   CONSIGNEE
X J-MCL  1-21-08
BY (CUSTOMER'S SIGNATURE)

Confidential Subject to Protective Order

UDLL 000007687

UDL LABORATORIES, INC.

Page _1_ of _1_

**PRODUCT DIMENSIONS RECORD**

Product Description: Digitek (digoxin tablet, USP) 125 mcg (0.125 mg)

Manufacturer/Supplier: Mylan (amide/Bertek)   Manufacturer Lot #: 71004A1   Receiving Lot #: 8-01-270

| # | DIAMETER | THICKNESS | LENGTH | WIDTH |
|---|---|---|---|---|
| 1 | 6.40 mm | 2.77 mm | N/A mm | N/A mm |
| 2 | 6.41 mm | 2.74 mm | mm | mm |
| 3 | 6.41 mm | 2.79 mm | mm | mm |
| 4 | 6.40 mm | 2.77 mm | mm | mm |
| 5 | 6.40 mm | 2.77 mm | mm | mm |
| 6 | 6.40 mm | 2.67 mm | mm | mm |
| 7 | 6.40 mm | 2.74 mm | mm | mm |
| 8 | 6.40 mm | 2.71 mm | mm | mm |
| 9 | 6.41 mm | 2.73 mm | mm | mm |
| 10 | 6.41 mm | 2.79 mm | mm | mm |
| 11 | 6.41 mm | 2.79 mm | mm | mm |
| 12 | 6.41 mm | 2.75 mm | mm | mm |
| 13 | 6.40 mm | 2.77 mm | mm | mm |
| 14 | 6.40 mm | 2.76 mm | mm | mm |
| 15 | 6.41 mm | 2.81 mm | mm | mm |
| 16 | 6.40 mm | 2.80 mm | mm | mm |
| 17 | 6.41 mm | 2.78 mm | mm | mm |
| 18 | 6.41 mm | 2.75 mm | mm | mm |
| 19 | 6.41 mm | 2.77 mm | mm | mm |
| 20 | 6.39 mm | 2.82 mm | mm | mm |

Average: 6.39-6.41 mm [6.40 a 1-28-08]   2.77 mm   ___ mm   ___ mm

Range: 6.39-6.41 mm   2.67-2.82 mm   ___ mm   ___ mm

# out of Tolerance: 0     0

INSPECTOR: P. Finch     DATE: 1-28-08

VERIFIED BY: Sandy Ingram     DATE: 1-28-08

UDL 940-R3
Eff. Date: 9/11/07
(Orig. 2-16-98)

Confidential Subject to Protective Order     UDLL 000007688

## UDL LABORATORIES, INC.

## MEMORANDUM

To: The Receiving Report

From: Eva Cantu

Date: August 15, 2006

Re: *Documentation of Supplier Name Change – Amide/Bertek/Mylan*

The products that were supplied by Bertek and manufactured by Amide; are now being supplied by Mylan. However, the product label and insert still reflect Amide/Bertek. Until the supplier's product label and insert reflect a name change, UDL will continue to record Amide/Bertek on its product specification and labeling.

This memorandum will be placed in the batch record to explain the inconsistency of the supplier/manufacturer name on the paperwork/documents within the batch record.

cc: Vince Mancinelli, Sue Powers, Li Radtke, Mike Armstrong, Shirley Svejcar, Val Schissel, Yvette Smith, Paul Trost, Phyllis Fender

Confidential Subject to Protective Order

UDLL 000007689

## UDL LABORATORIES, INC.
## MEMORANDUM

TO: The File

FROM: Peggy Finch

DATE: December 11, 2006

RE: Documentation of Amide Pharmaceuticals and Actavis

As of December 20, 2005, Actavis acquired Amide Pharmaceuticals. Amide has begun adding Actavis to its documents; however, its product label and insert still record Amide. During this transition period, some UDL documents within the batch record will reflect Amide and/or Actavis. Once the name change is reflected on the product label and insert, UDL will update its labeling and documents.

This memo will explain the inconsistency of Amide and/or Actavis observed on the documents.

A copy of this memo will be attached to the affected receiving reports.

cc: Sue Powers
    Eva Cantu
    Li Radtke
    Shirley Svejcar
    Val Schissel
    Teresa Wilmot

Confidential Subject to Protective Order

UDLL 0000076901

UDL LABS

TARE WT: 1.39 GRAMS

APW: 0.100667 GRAMS

QTY: 20
TIME: 12:00 PM
DATE: 28 JAN 2008

Confidential Subject to Protective Order

UDLL 000007691

# UDL LABORATORIES, INC.
## PRODUCT INSPECTION TALLY SHEET TABLETS/CAPLETS

Product Description: Digitek (digoxin tablet, USP) 125 mcg (0.125 mg)
Mfg./Supplier Lot No.: 71004A1     Rec. Lot No.: 8-01-270
QUANTITY OF CASES TO BE INSPECTED: 8     QUANTITY OF TABLETS/CAPLETS TO BE SAMPLED: 500

| BOTTLE DEFECTS | AQL 0.650% | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Label--Missing Lot/Exp. Date | | | | | | | | | | | | | |
| Label--Incorrect Lot/Exp. Date | | | | | | | | | | | | | |
| Broken/Missing Inner Seal | | | | | | | | | | | | | |
| Outer Damage | | | | | | | | | | | | | |
| No Desiccant | | | | | | | | | | | | | |
| Broken Desiccant | | | | | | | | | | | | | |
| Missing Cotton | | | | | | | | | | | | | |
| Broken Seal Band | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |

| BULK DEFECTS | AQL 0.650% | # | # | # | # | # | # | # | # | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Label--Missing Lot/Exp. Date | | | | | | n/a | | | | | | | |
| Label--Incorrect Lot/Exp. Date | | | | | | | | | | | | | |
| TOTAL DEFECTS | | | | | | | | | | | | | |

| CRITICAL TABLET/CAPLET DEFECTS | AQL 0.00% | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreign Tablet | | | | | | | | | | | | | |
| Improper Logo/Code | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |

| MAJOR TABLET/CAPLET DEFECTS | AQL 0.650% | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insufficient Coating | | | | | | | | | | | | | |
| Illegible Logo/Code | | | | | | | | | | | | | |
| Broken | | | | | | | | | | | | | |
| Cracking | | | | | | | | | | | | | |
| Capped | | | | | | | | | | | | | |
| Embedded surface spots | | | | | | | | | | | | | |
| Cavitation | | | | | | | | | | | | | |
| Color not uniform | | | | | | | | | | | | | |
| Shading | | | | | | | | | | | | | |
| Coating chips | | | | | | | | | | | | | |
| Eroded edges | | | | | | | | | | | | | |
| Eroded dome | | | | | | | | | | | | | |
| Thick/Thin | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |

| MINOR TABLET/CAPLET DEFECTS | AQL 4.00% | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | # | # | # | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adhering surface spots | | | | | | | | | | | | | |
| Pitting | | | | | | | | | | | | | |
| Chipped | | | | | | | | | | | | | |
| Projected/Feathered edges | | | | | | | | | | | | | |
| Broken punch mark | | | | | | | | | | | | | |
| Dye spots | | | | | | | | | | | | | |
| Sticking | | | | | | | | | | | | | |
| Surface blemishes | | | | | | | | | | | | | |
| Coating roughness | | | | | | | | | | | | | |
| Off-Center Logo/Code | | | | | | | | | | | | | |
| Incomplete/Smeared Logo | | | | | | | | | | | | | |
| TOTAL DEFECTS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |

TOTAL DEFECTS:    MINOR 0    MAJOR 0    CRITICAL 0

TOTAL BOTTLES/CASES REJECTED: 0

INSPECTED BY: P. Finch     DATE: 1-28-08
VERIFIED BY: Sandy Ingram     DATE: 1-28-08

UDL 957B
Eff. Date: 9/11/07

Confidential Subject to Protective Order

UDLL 000007692

## UDL LABORATORIES, INC.

### FREIGHT INSPECTION FORM

Carrier name: A B F        Date: 1·21·08

| Item Inspected | Intact | Damaged | Description |
|---|---|---|---|
| Banding | N/A | N/A | Steel N/A Plastic N/A |
| Shrink Wrap | X | | Color: clear |
| Cardboard Wrap | N/A | N/A | Sheet N/A Box N/A |
| Pallet | X | | Visual Truck Inspection X |
| Carton | | X | |
| Product | N/A | N/A | |

Number of skids: 1     Vendor Lot Number: 71004A1

Supplier: Amide / Bertek / Mylan

Receiving Damage Notation: One carton was punctured with some bottles dented. This was found after initial receipt while restacking the skid. Photos taken.

Inspected by: J. McG     Date: 1·21·08

Q.A. Damage Notation: _____

Inspected by: _____ Date: _____

MH401 R21
Eff. Date: 2/23/07
Original 10/1/98

Confidential Subject to Protective Order     UDLL 000007693

## UDL LABORATORIES, INC.

### MEMORANDUM

TO: Mylan Quality Assurance

DATE: January 9, 2008

RE: Digitek (Digoxin) 0.125 mg Tablets, USP

UDL will accept lot 71004A1 as is with an Assay result of 96.6%. We acknowledge that the Assay result is outside UDL's Parameter Limit of 98.0%-103.0%.

**APPROVED BY (UDL):** _[signature]_       **DATE** 1-9-08

**APPROVED BY (UDL):** _[signature] Fiona Radtke_       **DATE** 1-9-08

cc: Connie Hatcher, Cheryl Hinerman, Jaime Catbagan, Anita Simmons, Tom Spaine, Jodi Eichelberger, Cassandra Bird

Confidential Subject to Protective Order

UDLL 000007694

# UDL LABORATORIES, INC.

## RECEIVING CHECKLIST

**SECTION I:**

P.O. # 86543   MFG. DATE N/A   SUPPLIER Amide/Bertek/Mylan

EXP. DATE 12 09   MFG. LOT# 71004A1   QTY 192   ITEM# 30779

PRODUCT DESCRIPTION Digitek (Digoxin) 125 MCG (0.125 MG) Tab, USP BTL 5000

___ Expiration/Manufacture Dating        X  Certificate of Analysis or Certificate of Compliance
___ Packing List                         ___ Early Shipment
___ In-Transit More than 10 days         ___ Quantities over or under
___ Quantity does not match Packing List ___ Confirmed product loss  No CofA.  Other

**SECTION II:**

### Materials Warehouse

Disposition (if applicable) ___   Accept ___   Investigation Report Required ___

Person Contacted  N/A                                            Date: N/A

Comments  N/A

Completed by:  J. M___                                           Date: 1-21-08

### Purchasing

Accept ___   Reject ___   Partial Reject ___   Qty/Rejected ___

Person Contacted ___                                             Date: ___

Comments ___

Approved by: ___                                                 Date: ___

**SECTION III:**

### Quality Assurance Receiving Parameter, COC and COA Discrepancies

Discrepancy  low assay 94.6%

Person Contacted  Suzy Wolf                                      Date: 1-22-08

Completed by:  P. Finch                                          Date: 1-23-08

Disposition (if applicable)   Accept ✓   Reject ___

Approved By: (Regulatory) ___                                    Date: 1-24-08

UDL 905 R11
Eff. Date: 9/11/07
(Original 2/16/98)

Confidential Subject to Protective Order                        UDLL 000007695

```
RCV110-B                UDL Laboratories, Inc.              Daily Log
                         Receiving Receipt Form             A6500-001
```

Transaction Date.... 1/28/08        Receiving Lot No.... 8-01-270

Item Number........ 30779           Vendor Lot No....... 71004A1

Product Description

    DIGITEK (DIGOXIN) 125 MCG
    (0.125 MG) TAB, USP    BTL5000

Q.A. Inspector: _P. Finch_    Date: _1·29·08_

UDL  956
Eff: 09/11/07

Confidential Subject to Protective Order                    UDLL 000007696