# EXHIBIT 49

```
RCV100-A                UDL Laboratories, Inc.              S-7157
                            Receiving Form                  Daily Log
                                                            A4132-001

Date Received....... 6/21/07

Received From....... AMIDE/BERTEK/MYLAN         CORRECTED
                                                  COPY

Shipped Via......... ABF

Receiving Lot No.... 7-06-261

Supplier Lot No..... 70175A1

Purchase Order No... 084105


Manufacture Date.... 03/07

Expiration Date..... 03/09
```

| QUANTITY | ITEM No. | DESCRIPTION |
|---|---|---|
| 96 | 30789 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP    BTL5000 |

Received By  J. M'L

Date 6·27·07

UDL 910R1
Eff. Date: 5-03-00

Confidential Subject to Protective Order


DEFENDANT'S EXHIBIT

UDLL 00000580E

```
RCV100-A                UDL Laboratories, Inc.              Daily Log
                            Receiving Form                  A4132-001

   Date Received.......  6/21/07

   Received From.......  AMIDE/BERTEK/MYLAN


   Shipped Via.........  ABF

   Receiving Lot No....  7-06-261

   Supplier Lot No.....  70175A1

   Purchase Order No...  084105


   Manufacture Date....  NA

   Expiration Date.....  03/09
```

| QUANTITY | ITEM No. | DESCRIPTION |
|---|---|---|
| 96 | 30789 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP    BTL5000 |

Received By _____ m͡l_____

Date 6-21-07

UDL 910R1
Eff. Date: 5-03-00

Confidential Subject to Protective Order

UDLL 000005807

```
RCV110-B                    UDL Laboratories, Inc.                Daily Log
                           Receiving Inspection Form              A4132-001
```

Transaction Date.... 6/28/07          Receiving Lot No.... 7-06-261

Item Number........ 30789             Vendor Lot No....... 70175A1

Product Description

    DIGITEK (DIGOXIN) 250 MCG
    (0.25 MG) TAB, USP    BTL5000

### VISUAL INSPECTION

Specification No: S-7157              Inspection Date: 6/28/07
Page Revision No: 006                 Caliper or Micrometer: #M5 & DM5
Code: ONE SIDE:  B                    Color: WHITE
    pf 6-29-07   / 4 L/        Containers Sampled:   3 BOTTLES
                                      Quantity Sampled:     80 TABS
Actual Count:          96             Defects Found: ~~NONE~~ pf 6-28-07
                                      4 tabs out of UDL's thickness
Case Qty:                             tolerance
                                      Second Sampling:
8 CS @ 12 X 5000                        Containers Sampled:   NA
                                        Quantity Sampled:     NA
                                        Defects Found: NA

No of Skids      1
Memo Attached: ~~N~~ Y
    pf 6-27-07                    Inspection Results:
Reduced Dating:                         Label Revision: RBK146Z1
    NA                            Insert Revision: 11/00
                                        Average Piece Weight:  0.120333
                                        Inspection Notes:
Sample: 20 QA SAMPLES                   NA

Tooling/Specification Sample: NA

~~Accept: X    Reject: NA~~            ~~MRB No: NA~~

                                                                               Reasons: NA

Q.A. Inspector: _P. Finch_              Date: _6-28-07_

Verified by: _D. McLean_                Date: _6-29-07_

                                                                                                      UDL 945R5
                                                                                                      Eff: 02/28/03

Confidential Subject to Protective Order                      UDLL 000005808

ACTAVIS TOTOWA LLC  Fax:19738907980   May 16 2007 14:36   P.18



101 E. Main Street, Little Falls, NJ 07424 • Ph: (973) 890-1440 • Fax: (973) 890-7980.

---

Digoxin Tablets, 0.25 mg    BATCH # 70175A

### CERTIFICATE OF ANALYSIS GENERATED FOR CUSTOMER PURPOSES ONLY

All testing has been performed in accordance with GMP and GLP and all results have been found to comply with the registered specifications.

Part of Bulk Batch # 70175A is bottled as Control # 70175A1 (PACK SIZE 5000)

Manufactured Date: 03/02/2007

---

Approved By: _____  Date: 3/27/07
Regulatory Affairs

PH
6-27-07

Confidential Subject to Protective Order

UDLL 000005809

06/26/2007 09:22 FAX 8152828022 UDL → HIAWATHA-QA ☒001

Actavis Totowa LLC

## CERTIFICATE OF ANALYSIS

Product Name: Digoxin Tablets, 0.25 mg

Date of Analysis: 03/27/07 Control No: 70175A Exp. Date: March 2009

| | RESULT | LIMIT |
|---|---|---|
| DESCRIPTION: Color: | White | White |
| Profile: | Round bisected tablets | Round bisected tablets |
| Other: Debossed | "B 146" on bisected side | "B 146" on bisected side |
| FRIABILITY: | 0.1% | NMT 1.0% |
| IDENTIFICATION: (A) | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. |
| (B) | The Rf value of test solution corresponds to standard solution. | The Rf value of test solution corresponds to standard solution. |
| ASSAY: Digoxin, 0.25 mg | 98.8% | 90.0% - 105.0% |
| UNIFORMITY OF DOSAGE UNITS: (Content Uniformity) Digoxin, 0.25 mg | 1) 98.0%   6) 98.7%<br>2) 96.2%   7) 95.8%<br>3) 100.0%  8) 98.8%<br>4) 97.6%   9) 97.7%<br>5) 98.1%  10) 99.1%<br>Average: 98.0% SD: 1.28% | 85.0% - 115.0%<br>RSD: NMT 6.0% |
| DISSOLUTION: Media: 500mL; 0.1N HCl Apparatus: I, RPM: 120 Temp: 37.0°C ± 0.5°C Time: 60 minutes | 1) 98.0%   4) 97.0%<br>2) 101.6%  5) 98.7%<br>3) 95.6%   6) 101.4%<br>Average: 98.7% | NLT 80 % (Q) of the labeled amount of Digoxin is dissolved in 60 minutes. |
| Related Substances: Digoxigenin | 0.625% | NMT 2.0% |
| Digoxigenin bisdigitoxoside | 0.493% | NMT 2.0% |
| Gitoxin | Not detected | NMT 3.0% |

for _____CDP_____    03/27/07
   Director of Quality Control    Date

pt
6-27-07

Confidential Subject to Protective Order

UDLL 00000581C

## UDL LABORATORIES, INC.

**PURCHASE ORDER**

EQUAL EMPLOYMENT OPPORTUNITY POLICY

1718 Northrock Court
Rockford, IL 61103-1201
(815) 282-1201

It is the policy of UDL Laboratories, Inc. to give fair consideration to all qualified persons, and all employees opportunities for advancement according to their individual abilities regardless of race, religion, color, national origin, sex, marital status, sexual preference, age, handicap, or veteran status. No opportunity for promotion, transfer, compensation or any other benefit of employment will be diminished through discriminatory practices. In addition, UDL agrees to take affirmative action to ensure equal employment opportunity.

PURCHASE ORDER NO. 84165
DATE ISSUED 5/23/07

ORDER TO:
3434-10
AMIDE/BERTEK/MYLAN
781 CHESTNUT RIDGE RD.
P.O. BOX 4310
MORGANTOWN WV 26504-4310
CONNIE HATCHER

SHIP TO:
UDL DISTRIBUTION
4951 HIAWATHA DR
ROCKFORD IL 61103-1287

A4132

SHIP VIA: BEST WAY

| ITEM | DESCRIPTION | QTY. ORDERED | QTY. REC'D. | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30789<br>146-55 | DIGITEK (DIGOXIN) 250 MCG<br>(0.25 MG) TAB, USP    PTL5000<br>DUE DATE: 6/14/07<br>7-06-261  70175A1  3/09  3/07<br>LABEL: BERTEK<br>CONFIRMING PER:<br>CONFIRMING ORDER: PRODUCT SHIPPED MUST HAVE 18 MONTHS DATING. CERTIFICATE OF ANALYSIS MUST ACCOMPANY ORDER. SHIP ALL SAME LOT.<br>NOTE: IF PRODUCT TO BE SHIPPED ON THIS ORDER HAS BEEN REFORMULATED, CONTACT UDL BEFORE SHIPPING. | 96.00 | .00<br>96  6-28-07 | 59.7700 | 5737.92 |

SHIP VIA ABF
REC'D. BY  m/A           DATE _____
Q.C. INSPECTOR  P. Finch   ACC. ✓  REJ. _____  DATE 6-28-07

**ORDER TOTAL** 5737.9

Confidential Subject to Protective Order

UDLL 000005811

3



# Mylan Pharmaceuticals Inc.

Page 1 of 1

**Sold By:**
Name: Mylan Pharmaceuticals, Inc.
Street: 781 Chestnut Ridge Road
City: Morgantown
State: WV   Zip: 26504-4310
Federal ID Number:
Telephone Number: 304-599-2595

**Shipped From:**
Name: Mylan Pharmaceuticals Inc. Distribution Center
Street: 2898 Manufacturers Road
City: Greensboro
State: NC   Zip: 27406
DEA Number: RM0130093
DC Phone Number: 1-800-446-9526

80020813

**Sold To:**
Name: UDL Laboratories, Inc.
Street: 1718 Northrock Court
City: Rockford
State: IL   Zip: 61103

**Shipped To:**
Name: UDL Laboratories, Inc./Rockford, IL
Street: 4951 Hiawatha Drive
City: Rockford
State: IL   Zip: 61103-1287

Delivery Number: 80020813
Order Date: 05/24/2007
Sales Order: 1005885
PO Number: 84105
DEA Number: PU0219902

| Material | Product Description | Batch Number | Qty Ordered | Qty Shipped | Qty B.O. | Complete Cartons | Repack Cartons | Repack Quantity |
|---|---|---|---|---|---|---|---|---|
| Pallet | 100303780000587145 | | | | | | | |
| 62794-146-56 | Digitek 0.25 mg 5000s | 70175A1 | 96 | 96 | 0 | 8 X 12 | | |

(8 CTNS × 12) = 96
Lot 70175A1
Exp 03 09
J-M:G
6.21.07
ABF

# Ctns Complete: 8
# Repack Ctns:
Total: 8
Filled By: DKPHILLI

Legend: * Indicates the Qty Ordered was shipped on multiple lines, in multiple shipments, or in repack cartons.

## ABF FREIGHT SYSTEM, INC.
(ABFS) CONSIGNEE COPY
www.abf.com
TERMINAL 815-874-6866

DUNS 00-690-2977    06/21/07 03:09    PAGE 1 OF 3    CORR = A

| SHIPPER'S NO. 3373 | | | | | | |
|---|---|---|---|---|---|---|
| PICK UP DATE | CODE TO | P.O. NO. | NO. OF P.O.'S = 12 | ROUTING | | FREIGHT BILL NO. |
| 06/19/07 | 1150 | SEE BELOW | | WNS-RFD BM- 4 | | 051103126 |
| SHIPPER 082097-0020 | | | | CONSIGNEE 082097-0014 | | |

MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|
| 4 SKDS | *APPT: THURSDAY 06/21 1000-1200<br>*CONTACT: UDL LABORATORIES INC<br>* DUE = TK BY THU 06/21 BY 12:00<br><br>TOTAL IND PIECES: 206<br>TIMEKEEPER SPECIFIC DELIVERIES<br>OF 206 CTNS<br>DRUGS/MEDICINES, NOI, RVNX $2.65/LB,<br>O/T CORROSIVE MATERIALS, IN CTNS<br>ITEM 058770-02P  CITEM 060000-00<br>FRT CAN'T BE LOD ON TOP OF THIS SHPMT<br>/ ABF TIMEKEEPER SHIPMENT<br>/ SHIPPER LOAD<br>/ PRICING QUOTE<br><br>THANKS FOR SHIPPING ABF | 206 CTNS ON 4 Skids<br><br>TKSD<br><br>2,855<br>NFOT<br>TK<br>BL<br>PQ<br>TRACK | | |

BILL TO
COD AMOUNT
RB  TAR ABF610  OZP 27406  DZP 61103  SPEC. HAND.
PAY THIS AMOUNT

E 0224 VERY DUE    TK THU 06/21    PRIOR PRO DATE
DELIVERY DATE 6-21-07    DRIVER
CONSIGNEE    X J. M°C    6-21-07
BY (CUSTOMER'S SIGNATURE)

---

## ABF FREIGHT SYSTEM, INC.
(ABFS) CONSIGNEE COPY
www.abf.com
TERMINAL 815-874-6866

DUNS 00-690-2977    06/21/07 03:09    PAGE 2 OF 3    CORR = A

SHIPPER'S NO. 3373
PICK UP DATE 06/19/07 | CODE TO 1150 | P.O. NO. SEE BELOW | NO. OF P.O.'S = 12 | ROUTING WNS-RFD BM- 4 | FREIGHT BILL NO. 051103126
SHIPPER 082097-0020    CONSIGNEE 082097-0014

MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|
| | // FUEL SURCHARGE<br>/TK DELIVERY BY 12:00<br>/W02/AUTH:Reweigh - See W&R certificat<br>/e for details.//<br><br>PO: 83413<br>  PCS     9  WEIGHT     10 LB<br>PO: 83666<br>  PCS    16  WEIGHT    884 LB<br>PO: 84105<br>  PCS     8  WEIGHT     10 LB<br>PO: 84109<br>  PCS     1  WEIGHT     10 LB<br>PO: 84254<br>  PCS        WEIGHT      LB<br><br>THANKS FOR SHIPPING ABF | FSC<br>TKTMBY | | |

BILL TO
COD AMOUNT
RB  TAR ABF610  OZP 27406  DZP 61103  SPEC. HAND.
PAY THIS AMOUNT

E 0224 VERY DUE    TK THU 06/21    PRIOR PRO DATE
DELIVERY DATE    DRIVER
X J. M°C



**ABF FREIGHT SYSTEM, INC.** (ABFS) CONSIGNEE COPY
www.abf.com
TERMINAL 815-874-6866
DUNS 00-690-2977 06/21/07 03:09 PAGE 3 OF 3
CORR = A

SHIPPER'S NO. 3373

| PICK UP DATE | CODE TO | P.O. NO. | NO. OF P.O.'S | ROUTING | FREIGHT BILL NO. |
|---|---|---|---|---|---|
| 06/19/07 | 1150 | SEE BELOW | 12 | RM- 4 UNS-RFD | 051103126 |

SHIPPER 082097-0020
MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

CONSIGNEE 082097-0014
UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|
| | PO: 84256 PCS 96 WEIGHT 706 LB | | | |
| | PO: 84259 PCS 5 WEIGHT 10 LB | | | |
| | PO: 84260 PCS 3 WEIGHT 10 LB | | | |
| | PO: 84261 PCS 42 WEIGHT 662 LB | | | |
| | PO: 84262 PCS 13 WEIGHT 10 LB | | | |
| | PO: 84278 PCS 6 WEIGHT 10 LB | | | |
| | ABF MEASURED CUBE: 224.000 CUFT | | | |
| 4 | THANKS FOR SHIPPING ABF | 2,855 | PREPAID | |

BILL TO

COD AMOUNT

RB
TAR ABF610
OZIP 27406
DZIP 61103
SPEC. HAND.

PAY THIS AMOUNT 0.00

REV | REC | PAY

REMIT TO

CUBE 0224
DELIVERY DUE TK THU 06/21
PRIOR PRO DATE

DELIVERY DATE | DRIVER

CUST HELP UNLD? Y_ N_

CONSIGNEE

X J. M'L [signature] 6.21.07
BY (CUSTOMER'S SIGNATURE)

UDL LABORATORIES, INC.  Page 1 of 1
PRODUCT INSPECTION RECORD

Product Description: Digitek (digoxin tablet, USP) 250 mcg (0.25 mg)
Manufacturer/Supplier: Amide/Bertek
Manufacturer Lot #: 70175A1   Receiving Lot #: 7-06-261

| # | DIAMETER | THICKNESS | LENGTH | WIDTH |
|---|---|---|---|---|
| 1 | 7.19 mm | 3.15 mm | mm | mm |
| 2 | 7.21 mm | 3.16 mm | mm | mm |
| 3 | 7.20 mm | 3.14 mm | mm | mm |
| 4 | 7.21 mm | 3.16 mm | mm | mm |
| 5 | 7.20 mm | 3.17 mm | mm | mm |
| 6 | 7.21 mm | 3.17 mm | mm | mm |
| 7 | 7.20 mm | 3.14 mm | mm | mm |
| 8 | 7.21 mm | 3.12 mm | mm | mm |
| 9 | 7.21 mm | 3.19 mm | mm | mm |
| 10 | 7.20 mm | 3.18 mm | mm | mm |
| 11 | 7.0 → 7.20 mm PF 6-28-07 | 3.14 mm | mm | mm |
| 12 | 7.21 mm | 3.17 mm | mm | mm |
| 13 | 7.20 mm | 3.18 mm | mm | mm |
| 14 | 7.20 mm | 3.17 mm | mm | mm |
| 15 | 7.21 mm | 3.18 mm | mm | mm |
| 16 | 7.21 mm | 3.18 mm | mm | mm |
| 17 | 7.23 mm | 3.17 mm | mm | mm |
| 18 | 7.20 mm | 3.20 mm | mm | mm |
| 19 | 7.21 mm | 3.16 mm | mm | mm |
| 20 | 7.21 mm | 3.18 mm | mm | mm |
| Average | 7.21 mm | 3.17 mm | mm | mm |
| Range | 7.19-7.23 mm | 3.12-3.20 mm | mm | mm |

INSPECTOR: P. Finch   DATE: 7-28-07

UDL 940R2
Eff. Date: 6-7-00
(Orig. 2-16-98)

Confidential Subject to Protective Order

UDLL 0000058 15

## UDL LABORATORIES, INC.

## MEMORANDUM

To: The Receiving Report

From: Eva Cantu

Date: August 15, 2006

Re: *Documentation of Supplier Name Change — Amide/Bertek/Mylan*

The products that were supplied by Bertek and manufactured by Amide, are now being supplied by Mylan. However, the product label and insert still reflect Amide/Bertek. Until the supplier's product label and insert reflect a name change, UDL will continue to record Amide/Bertek on its product specification and labeling.

This memorandum will be placed in the batch record to explain the inconsistency of the supplier/manufacturer name on the paperwork/documents within the batch record.

cc: Vince Mancinelli, Sue Powers, Li Radtke, Mike Armstrong, Shirley Svejcar, Val Schissel, Yvette Smith, Paul Trost, Phyllis Fender

Confidential Subject to Protective Order

UDLL 00000581

# UDL LABORATORIES, INC.
# MEMORANDUM

TO: The File

FROM: Peggy Finch

DATE: December 11, 2006

RE: Documentation of Amide Pharmaceuticals and Actavis

As of December 20, 2005, Actavis acquired Amide Pharmaceuticals. Amide has begun adding Actavis to its documents; however, its product label and insert still record Amide. During this transition period, some UDL documents within the batch record will reflect Amide and/or Actavis. Once the name change is reflected on the product label and insert, UDL will update its labeling and documents.

This memo will explain the inconsistency of Amide and/or Actavis observed on the documents.

A copy of this memo will be attached to the affected receiving reports.

cc: Sue Powers
Eva Cantu
Li Radtke
Shirley Svejcar
Val Schissel
Teresa Wilmot

Confidential Subject to Protective Order

UDL LABS

TARE WT:   1.13 GRAMS

APW:   0.120333 GRAMS

QTY: 20
TIME:   9:46 AM
DATE: 28 JUN 2007

Confidential Subject to Protective Order

UDLL 000005818