# EXHIBIT 51

 **COPY**

**UDL LABORATORIES, INC.**
1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

**TRANSMITTAL FORM FOR PRODUCT**

**DATE:** January 29, 2007

**TRANSMITTAL NO.:** A29A3

**FROM:**
UDL Laboratories, Inc.
1718 Northrock Court
Rockford, IL 61103

**TO:**
Celsis Laboratory Group
6200 S. Lindbergh Blvd.
St. Louis, MO 63123
Attn: JoAnne Sidwell

**DEA #:** PU0219902

**DEA #:** N/A

1-29-07

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 1 Bottle of 100 100 Tablets | Digitek (digoxin tablets, USP) 125 mcg (0.125 mg)  Exp. 11/08 | N/A | Actavis (Amide) | 60992A1 |
| 1 Bottle of 100 100 Tablets | Digitek (digoxin tablets, USP) 250 mcg (0.25 mg)  Exp. 12/08 | N/A | Actavis (Amide) | 61100A1 |
| 1 Bottle of 100 100 Tablets | Digitek (digoxin tablets, USP) 250 mcg (0.25 mg)  Exp. 12/08 | N/A | Actavis (Amide) | 61097A1 |

Note: Test all samples for Assay and Dissolution per current USP and Supplements. See attached Analytical Services Contract and Quote.

SIGNATURE _Dave Butchen_

DATE SHIPPED _1-29-07_

Page 1 of 1

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order



UDLL 000011361

 **COPY**

**UDL LABORATORIES, INC.**

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

## TRANSMITTAL FORM FOR PRODUCT

**DATE: February 12, 2007**　　　　**TRANSMITTAL NO.: B12A3**

**FROM:**　　　　　　　　　　　　　**TO:**
**UDL Laboratories, Inc.**　　　　　**RD Laboratories**
**1718 Northrock Court**　　　　　　**204 Lange Drive**
**Rockford, IL  61103**　　　　　　　**Washington, MO 63090**
　　　　　　　　　　　　　　　　　　**Attn: Melissa Heldt**

**DEA #:  PU0219902**　　　　　　　**DEA #: N/A**
　　　　　　　　　　　　　　　　　　2-12-07

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 8 U/C (10X10)<br>800 Tablets<br>80 Cards<br>UD100 | Digitek (Digoxin) 125 mcg (0.125 mg)<br>Tablets, USP<br>3, 6, 9, 12, 18, 24 months, and at<br>expiration date shelf life testing<br><br>Pkg: UVI<br>Exp.7/08 | 7A666 | Amide/Bertek | 60929A1 |



SIGNATURE _Dave Bertelsen_

DATE SHIPPED _2-13-07_

Page 1 of 1

♲ PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order　　　　　　　　　　　　　　　　　　UDLL 000011362

 **COPY**

**UDL LABORATORIES, INC.**

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

## TRANSMITTAL FORM FOR PRODUCT

**DATE:  April 25, 2007**

**TRANSMITTAL NO.:  F25A2**

**FROM:**
UDL Laboratories, Inc.
1718 Northrock Court
Rockford, IL  61103

**TO:**
RD Laboratories
204 Lange Drive
Washington, MO 63090
Attn: Melissa Heldt

**DEA #:  PU0219902**

**DEA #: N/A**
4-26-07

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| | | | | |
| 8 U/C (10X10) 800 Tablets 80 Cards UD100 | Digitek (Digoxin) 250 mcg (0.25 mg) Tablets, USP 3, 6, 9, 12, 18, 24 months, and at expiration date shelf life testing Pkg: UVI Exp.9/08 | 7C971 | Amide/Bertek /Mylan | 61057A1? |

SIGNATURE _Dave Butcher_

DATE SHIPPED _4-26-07_

Page 1 of 2

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order



# COPY

*UDL LABORATORIES, INC.*

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

### TRANSMITTAL FORM FOR PRODUCT

DATE: **August 9, 2007**                    TRANSMITTAL NO.: **K09A3**

FROM:                                         TO:
**UDL Laboratories, Inc.**                    **RD Laboratories**
**1718 Northrock Court**                      **204 Lange Drive**
**Rockford, IL  61103**                       **Washington, MO 63090**
                                              **Attn: Melissa Heldt**

DEA #:  PU0219902                             DEA #: N/A
                                              8/9/07

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 3 U/C (10x30) 900 Tablets 30 Cards PC300 | Digitek (Digoxin) 125 mcg (0.125 mg) Tablets, USP<br><br>3, 6, 9, 12, 18, 24 months, and at expiration date shelf life testing<br><br>Pkg: UVI<br>Exp.1/09 | 7J541 | Actavis | 70136A1 |

*ICH Conditions

SIGNATURE _Dave Butler_

DATE SHIPPED _8-9-07_

Page 1 of 1

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order

UDLL 000011364

**UDL LABORATORIES, INC.**
1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

 **COPY**

## TRANSMITTAL FORM FOR PRODUCT

**DATE:**   October 30, 2007

**TRANSMITTAL NO.:**  P30A3

**FROM:**
UDL Laboratories, Inc.
1718 Northrock Court
Rockford, IL  61103

**TO:**
RD Laboratories
204 Lange Drive
Washington, MO 63090
Attn: Melissa Heldt

**DEA #:**  PU0219902

**DEA #:** N/A

10/31/07

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 4 U/C (6x30)<br>720 Tablets<br>24 Cards<br>CP180 | Digitek (Digoxin) 125 mcg (0.125 mg) Tablets<br>3, 6, 9, 12, 18, 24 months, and at expiration date shelf life testing<br><br>Pkg: UVI<br>Exp. 4/09 | 7P964 | Amide/Bertek /Mylan | 70300A1 |

SIGNATURE _Dave Betteln_

DATE SHIPPED _11/1/07_

Page 1 of 1

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order

UDLL 000011365



UDL LABORATORIES, INC.

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

## TRANSMITTAL FORM FOR PRODUCT

**DATE:   November 12, 2007**      **TRANSMITTAL NO.:  S12A1**

**FROM:**                          **TO:**
**UDL Laboratories, Inc.**         **RD Laboratories**
**1718 Northrock Court**           **204 Lange Drive**
**Rockford, IL  61103**            **Washington, MO 63090**
                                   **Attn: Melissa Heldt**

**DEA #:  PU0219902**              **DEA #: N/A**
                                   11-12-07

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 4 U/C (6x30) 720 Tablets 24 Cards CP180 | Digitek (Digoxin) 250 mcg (0.25 mg) Tablets, USP 3, 6, 9, 12, 18, 20 months, and at expiration date shelf life testing<br><br>Pkg: UVI Exp. 4/09 | 7P963 | Amide/ Bertek / Mylan | 70386A1 |

SIGNATURE _Dave Butler_

DATE SHIPPED ___11-13-07___

Page 1 of 1

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order



UDL LABORATORIES, INC.

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

## TRANSMITTAL FORM FOR PRODUCT

**DATE:   February 19, 2008**         **TRANSMITTAL NO.:  B19A1**

**FROM:**                              **TO:**
UDL Laboratories, Inc.                 RD Laboratories
1718 Northrock Court                   204 Lange Drive
Rockford, IL 61103                     Washington, MO 63090
                                       Attn: Melissa Heldt

**DEA #:  PU0219902**                  **DEA #: N/A**

                                       2-20-08

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 4 U/C (6x30)<br>720 Tablets<br>24 Cards<br>CP180 | Digitek (Digoxin) 250 mcg (0.25 mg) Tablets, USP<br>3, 6, 9, 12, 18, and 24 months shelf life testing<br><br>Pkg: UVI<br>S-2210,S-9255<br>Exp. 7/09<br>Repackaging Date: 2/13/08<br>Repackaging Release Date: 2/19/08 | 8A332 | Amide/ Bertek/ Mylan | 70834A1 |

SIGNATURE _Dave Bartels_

DATE SHIPPED _2-21-08_

Page 1 of 1

PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order



**UDL LABORATORIES, INC.**

1718 Northrock Court, Rockford, IL 61103
(815) 282-1201
FAX (815) 282-9391

## TRANSMITTAL FORM FOR PRODUCT

DATE:   February 26, 2008          TRANSMITTAL NO.: B26A2

FROM:                              TO:
UDL Laboratories, Inc.            RD Laboratories
1718 Northrock Court              204 Lange Drive
Rockford, IL 61103                Washington, MO 63090
                                  Attn: Melissa Heldt

DEA #: PU0219902                  DEA #: N/A
                                  2-26-08

| Quantity Sent | Product Sent | UDL Lot | Vendor | Vendor Lot |
|---|---|---|---|---|
| 4 U/C (6x30) 720 Tablets 24 Cards CP180 | Digitek (Digoxin) 125 mcg (0.125 mg) Tablets, USP 3, 6, 9, 12, 18, and 24 months shelf life testing<br><br>Pkg: UVI S-2210,S-9255 Exp. 8/09 Repackaging Date: 2/18/08 Repackaging Release Date: 2/21/08 | 8B371 | Amide/ Bertek/Mylan | 70770A1 |

SIGNATURE _Dan Butler_

DATE SHIPPED _2-27-08_

Page 1 of 1

® 9 PRINTED ON RECYCLED PAPER

Confidential Subject to Protective Order

UDLL 000011368

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30782
Product: DIGITEK (DIGOXIN)
Descrip: 250 mcg (0.25 mg Tablets USP)
UDL Lot #: 8A332                    Pkg Matl: UVI

Package: CP180 (6X30 U-U)    Vendor: AMIDE/BERTEK
PVC Spec: S-2210    Lidding Spec: S-2210    Vendor Lot: 70834A1

Shelf Only: Y

Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 10/07 | 97.3% | 95% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month | | |
| 6 Month | | |
| 9 Month | | |
| 12 Mon. | | |
| 18 Mon. | | |
| 24 Mon. | | |
| 36 Mon. | N/A | |

Testing Facility: RD

Date Sent: 02/20/08    PO #: B19A1    Interval: Feb

MFG DATA
MFg Date: 10/07    Expiration Date: 07/09
MFg Assay: 97.3%    MFg Dissol: 95%

LIMITS:    Assay:    90.0%-105.0%
Dissol: NLT 80% (Q) in 60 minutes

SETDOWN DATE: 02/22/08

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011369

STABILITY TEST RESULTS

Date:May 2, 2008

Item No.: 30782
Product: DIGITEK (DIGOXIN)
Descrip: 250 mcg (0.25 mg Tablets USP
UDL Lot #: 7P963                    Pkg Matl: UVI

Package: CP180 (6X30 U-U)
PVC Spec: S-2210

Vendor: AMIDE/BERTEK
Lidding Spec: S-9255

Shelf Only: Y
Vendor Lot: 70386A1
Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 05/07 | 97.1% | 96.9% |
| 30-Day N/A | | |
| 60-Day N/A | | |
| 90-Day N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 02/18/08 | 97.2% | 94% |
| 6 Month | | |
| 9 Month | | |
| 12 Mon. | | |
| 18 Mon. | | |
| 24 Mon. | | |
| 36 Mon. N/A | | |

Testing Facility: RD

Date Sent: 11/12/07

PO #: S12A1

Interval: Nov

MFG DATA
MFg Date: 05/07
MFg Assay: 97.1%

Expiration Date: 04/09
MFg Dissol: 96.9%

LIMITS:   Assay:  90.0%-105.0%
          Dissol: NLT 80%(Q) in 60 minutes

SETDOWN DATE: 11/14/07

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011370

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN)
Descrip: 250 mcg  (0.25 mg Tablets USP
UDL Lot #: 7C971              Pkg Matl:  UVI

Shelf Only: Y

Vendor: AMIDE/BERTEK
                Vendor Lot: 61057A1
Package: UD100 (10X10)        Exp Date: 18 mo
PVC Spec: S-2210   Lidding Spec: S-8011

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 12/06 | 98.5% | 99.6% |
| 30-Day  N/A | | |
| 60-Day  N/A | | |
| 90-Day  N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 08/01/07 | 100.0% | 98% |
| 6 Month 11/14/07 | 102.0% | 105% |
| 9 Month 02/13/08 | 96.0% | 97% |
| 12 Mon. | | |
| 18 Mon. | | |
| 24 Mon. | | |
| 36 Mon. N/A | | |

Testing Facility: RD

MFG DATA
MFG Date:   12/06
Mfg Assay: 98.5%

Date Sent: 04/26/07

Expiration Date: 09/08
Mfg Dissol: 99.6%

PO #: F25A2

LIMITS:  Assay:  90.0%-105.0%
         Dissol: NLT 80% (Q) in 60 minutes

SETDOWN DATE: 04/30/07

Interval: Apr

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011371

STABILITY TEST RESULTS

Date:May 2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN)
Descrip: 250 mcg (0.25 mg Tablets USP
UDL Lot #: 6B968                    Pkg Matl: UVI

Vendor: AMIDE/BERTEK/MYLAN          Shelf Only: Y
Package: UD100 (10X10)              Vendor Lot: 565A1
PVC Spec: S-2210     Lidding Spec: S-8011     Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial | 08-24-05 | 99.6% | 99.7% |
| 30-Day | N/A | | |
| 60-Day | N/A | | |
| 90-Day | N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month | 06-06-06 | 96.4% | 90% |
| 6 Month | 09-09-06 | 102.8% | 100% |
| 9 Month | 12-04-06 | 99.2% | 97% |
| 12 Mon. | 02-21-07 | 97.6% | 101% |
| 18 Mon. | 08/31/07 | 97.2% | 102% |
| 24 Mon. | 02/27/08 | 98.4% | 98% |
| 36 Mon. | N/A | | |

Testing Facility: SA

Date Sent: 2-27-06        PO #: B27A1        Interval: Feb

MFG DATA
Mfg Date: 08/05       Expiration Date: 08/07
Mfg Assay: 99.6%      Mfg Dissol: 99.7%

LIMITS:  Assay: 90.0% - 105.0%
         Dissol: NLT 80% (Q) in 60 minutes

SETDOWN DATE: 03/01/06

Lab.Ref#: R81729
Comments: Test at exp. date.

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN)                              Shelf Only: Y
Descrip: 250 mcg (0.25 mg Tablets USP
UDL Lot #: 5C455          Pkg Matl: UVI

                                    Vendor: AMIDE/BERTEK
Package: UD100 (10X10)                    Vendor Lot: 4453A1
PVC Spec: S-2210      Lidding Spec: S-8011      Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 04-19-05 | 96.0% | 96% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 07-14-05 | 97.6% | 98% |
| 6 Month 10-14-05 | 96.8% | 95% |
| 9 Month 01-09-06 | 100.4% | 99% |
| 12 Mon. 04-14-06 | 96.4% | 97% |
| 18 Mon. 08-18-06 | 94.0% | 104% (S2) |
| 24 Mon. 10-09-06 | 95.2% | 100% |
| 36 Mon. 04-13-07 | 94.4% | 91% |

Testing Facility: SA

Date Sent: 4-5-05          PO #: F05A1          Interval: Apr

LIMITS:  Assay:  90.0% - 105.0%
         Dissol: NLT 80% (Q) in 60 min.

MFG DATA
Mfg Date: 09/04          Expiration Date: 08/06
Mfg Assay: 100.1%        Mfg Dissol: 99.7%

SETDOWN DATE: 4/6/05

Lab.Ref#: R81353
Comments: 18M=16M, 24M=18M, 36M=24M

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN)
Descrip: 250 mcg (0.25 mg Tablets USP
UDL Lot #: 4C909                    Pkg Matl: UVI

Vendor: AMIDE/BERTEK                Shelf Only: Y
Package: UD100 (10X10)      Vendor Lot: 3614A1
PVC Spec: S-2210    Lidding Spec: S-8011    Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 04-28-04 | 102.2% | 100% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 08-03-04 | 98.4% | 91% (S2) |
| 6 Month 11-08-04 | 98.4% | 98% |
| 9 Month 01-25-05 | 96.4% | 98% |
| 12 Mon. 05-04-05 | 98.4% | 96% |
| 18 Mon. 09-27-05 | 96.0% | 98% |
| 24 Mon. 10-31-05 | 97.2% | 96% |
| 36 Mon. 05-05-06 | 97.2% | 96% |

Testing Facility: SA

Date Sent: 4-21-04     PO #: P21A1     Interval: Apr

LIMITS:  Assay:  90.0% - 105.0%
         Dissol: NLT 80% (Q) in 60 min.

MFG DATA
Mfg Date:  11/03          Expiration Date: 09/05
Mfg Assay: 100.6%         Mfg Dissol: 98.7%

SETDOWN DATE: 4/23/04

Lab.Ref#: R80989
Comments: 18 mo = 17 mo, 24 mo = 18 mo, 36 mo = 24 mo

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN)
Descrip: 250 mcg (0.25 mg Tablets USP
UDL Lot #: 3A001          Pkg Matl: UVI

Shelf Only: Y

Vendor: AMIDE/BERTEK
Vendor Lot: 2425A1
Package: UD100 (10X10)
PVC Spec: S-2210     Lidding Spec: S-7062     Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 02/03 | 96.2% | 89% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 05/03 | 96.6% | 90% (S2) |
| 6 Month 08/03 | 97.7% | 98% |
| 9 Month 11/03 | 98.4% | 99% |
| 12 Mon. 02/04 | 97.8% | 97% |
| 18 Mon. 09/01/04 | 104.0% | 90% (S2) |
| 24 Mon. 02/28/05 | 93.6% | 92% |
| 36 Mon. N/A | | |

Testing Facility: SA

Date Sent: 1-21-03     PO #: A21A2     Interval: Feb

LIMITS:   Assay:   90.0% - 105.0%
          Dissol: NLT 80% (Q) 60 min.

MFG DATA
MFG Date:  08/02        Expiration Date: 07/04     SETDOWN DATE: 2/3/03
MFG Assay: 98.8%        MFG Dissol: 99.7%

Lab.Ref#: R80983
Comments:

Confidential Subject to Protective Order

UDLL 000011375

STABILITY TEST RESULTS

Date:May 2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN)                                    Vendor: AMIDE/BERTEK                      Shelf Only: Y
Descrip: 250 mcg (0.25 mg Tablets USP         Package: UD100 (10X10)          Vendor Lot: 1334A1
UDL Lot #: 2B584          Pkg Matl: UVI        PVC Spec: S-4371 R2   Lidding Spec: S-7112     Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 03/02 | 94.3% | 98% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month 06/02 | 93.8% | 99% |
| 6 Month 10/02 | 95.8% | 93% |
| 9 Month 01/03 | 94.0% | 92% |
| 12 Mon. 04/03 | 94.7% | 90% |
| 18 Mon. 10/03 | 98.1% | 93% |
| 24 Mon. 04-23-04 | 96.4% | 96% |
| 36 Mon. N/A | | |

Testing Facility: SA          Date Sent: 03-20-02        PO #: C20A2          Interval: Mar

MFG DATA
MFG Date:  09/01          Expiration Date: 08/03      LIMITS:   Assay:  90.0% - 105.0%
MFG Assay: 99.9%          Mfg Dissol: 100.2%                    Dissol: NLT 80% (Q) 60 min.

SETDOWN DATE: 4/4/02

Lab.Ref#: R80982
Comments:

Confidential Subject to Protective Order

# STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN), USP
Descrip: 250 mcg(0.25 mg) Tablets
UDL Lot #: 1A714          Pkg Matl: UVI

Shelf Only: Y
Vendor: AMIDE/BERTEK
Vendor Lot: 0094Al
Exp Date: 18 mo

Package: UD100 (10X10)
PVC Spec: S-2210 R5      Lidding Spec: S-7062 R1

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 03-01-00 | 100.0% | 101% |
| 30-Day N/A | | |
| 60-Day N/A | | |
| 90-Day N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month 05-01-01 | 94.9% | 99% |
| 6 Month N/A | | |
| 9 Month 11-01-01 | 96.0% | 96% |
| 12 Mon. 02-01-02 | 94.8% | 98% |
| 18 Mon. 08-01-02 | 95.1% | 90% |
| 24 Mon. 02-01-03 | 94.0% | 90% (S2) |
| 36 Mon. N/A | | |

Testing Facility: Mylan

Date Sent: 02-14-01          PO #: B14A2          Interval: Feb

MFG DATA
MFg Date: 03/00          Expiration Date: 03/02
MFg Assay: 100%          MFg Dissol: 100.9%

LIMITS:   Assay: 90.0% - 105.0%
          Dissol: NLT 80%/60 min.

SETDOWN DATE: 2/21/01

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date: May 2, 2008

Shelf Only: Y

Item No.: 30780
Product: DIGITEK (DIGOXIN), USP
Descrip: 250 mcg (0.25 mg) Tablets
UDL Lot #: 0D734          Pkg Matl: UVI

Vendor: AMIDE/BERTEK
Vendor Lot: 9606A1
PVC Spec: S-2210 R5   Lidding Spec: S-6738 R1   Exp Date: 18 MO

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|------|------|
| Initial 11-23-99 | 99.1% | 100% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|------|------|
| 3 Month 11-01-00 | 96.3% | 99% |
| 6 Month 02-01-01 | 97.1% | 102% |
| 9 Month 05-01-01 | 96.5% | 105% |
| 12 Mon. 08-01-01 | 96.8% | 103% |
| 18 Mon. 02-01-02 | 96.8% | 94% |
| 24 Mon. 08-01-02 | 93.4% | 89% (S2) |
| 36 Mon. N/A | | |

Testing Facility: MYLAN

Date Sent: 7-25-00        PO #: J25A3        Interval: AUG

LIMITS: Assay: 90-105%
Dissol: NLT 80%/60 MIN

MFG DATA
MFG Date:   11/99        Expiration Date: 12/01
MFG Assay: 99.1%         Mfg Dissol: 99.6%

SETDOWN DATE: 8/16/00

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30785
Product: DIGITEK (DIGOXIN), USP
Descrip: 250 mcg (0.25 mg) Tablets
UDL Lot #: 0J860                   Pkg Matl: UVI

Vendor: AMIDE/BERTEK
Package: BC300 (10X30)          Vendor Lot: 9606A1
PVC Spec: S-6004          Lidding Spec: S-6118 R2

Shelf Only: Y

Exp Date: 18 MO

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 11-23-99 | 99.1% | 100% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 11-01-00 | 95.6% | 99% |
| 6 Month 02-01-01 | 95.4% | 96% |
| 9 Month 05-01-01 | 96.9% | 102% |
| 12 Mon. 08-01-01 | 96.4% | 102% |
| 18 Mon. 02-01-02 | 96.9% | 91% |
| 24 Mon. 08-01-02 | 95.5% | 100% |
| 36 Mon. N/A | | |

Testing Facility: MYLAN

Date Sent: 7-25-00          PO #: J25A3          Interval: AUG

MFG DATA
MFG Date:  11/99
MFG Assay: 99.1%

Expiration Date: 12/01
MFG Dissol: 99.6%

LIMITS:  Assay:  90-105%
         Dissol: NLT 80%/60 MIN

SETDOWN DATE: 8-3-00

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011379

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN), USP
Descrip: 250 mcg(0.25mg) TABLETS
UDL Lot #: 9-03-374          Pkg Matl:  UVI

Package: UD 100                          Vendor: AMIDE/BERTEK        Shelf Only: N
PVC Spec: S-4371 R2   Lidding Spec: S-6583   Vendor Lot: 9074A1
                                                         Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 02-01-99 | 99.3% | 97% |
| 30-Day 06-03-99 | 97.0% | 95% |
| 60-Day 07-03-99 | 96.8% | 96% |
| 90-Day 08-03-99 | 97.7% | 91% |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 08-01-99 | 99.2% | 100% |
| 6 Month 11-01-99 | 95.6% | 91% |
| 9 Month 02-01-00 | 94.8% | 109% |
| 12 Mon. 05-01-00 | 95.3% | 94% (S2) |
| 18 Mon. 11-01-00 | 93.9% | 96% |
| 24 Mon. 05-01-01 | 98.7% | 98% |
| 36 Mon. N/A | | |

Testing Facility: Mylan              Date Sent: 04-20-99     PO #: F20A3        Interval: MAY

MFG DATA
MFG Date:  03/99        Expiration Date:           LIMITS:  Assay:  90-105%
MFG Assay: 99.3%        Mfg Dissol: 96.6%                   Dissol: NLT 80% 60 MIN

                                                   SETDOWN DATE: 5/3/99

Lab.Ref#:
Comments: 9 mo retest (Amide): A-97.8%,D-100%

Confidential Subject to Protective Order

UDLL 000011380

## STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30780
Product: DIGITEK (DIGOXIN), USP
Descrip: 250 mcg (0.25 mg Tablets)
UDL Lot #: 0-03-177     Pkg Matl: ACLAR

Shelf Only: N

Package: UD100 (10X10)
PVC Spec: S-6628     Lidding Spec: S-6903
Vendor: AMIDE
Vendor Lot: 0039A1
Exp Date: 18 mo

ACCELERATED TESTING:

| Date | | Assay Results | Dissolution |
|---|---|---|---|
| Initial | 02-07-00 | 98.9% | 102% |
| 30-Day | N/A | | |
| 60-Day | N/A | | |
| 90-Day | N/A | | |

SHELF-LIFE TESTING:

| Date | | Assay Results | Dissolution |
|---|---|---|---|
| 3 Month | 08-01-00 | 95.4% | 100% |
| 6 Month | 11-01-00 | 96.5% | 98% |
| 9 Month | 02-01-01 | 94.3% | 104% |
| 12 Mon. | 05-01-01 | 98.4% | 95% |
| 18 Mon. | 11-01-01 | 94.9% | 100% |
| 24 Mon. | 05-01-02 | 94.5% | 103% |
| 36 Mon. | N/A | | |

Testing Facility: MYLAN

Date Sent: 5-4-00          PO #: H04A1          Interval: MAY

MFG DATA
Mfg Date: 02/00          Expiration Date:          LIMITS:  Assay: 90-105%
Mfg Assay: 98.9%          Mfg Dissol: 102.1%                 Dissol: NLT 80%/60 MIN

SETDOWN DATE: 5-15-00

Lab Ref#:
Comments:

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30772
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 8B371                    Pkg Matl:  UVI

Shelf Only: Y

Vendor: AMIDE/BERTEK
Package: CP180 (6X30 U-U)          Vendor Lot: 70770A1
PVC Spec: S-2210          Lidding Spec: S-9255      Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 09/07 | 97.7% | 97% |
| 30-Day N/A | | |
| 60-Day N/A | | |
| 90-Day N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month | | |
| 6 Month | | |
| 9 Month | | |
| 12 Mon. | | |
| 18 Mon. | | |
| 24 Mon. | | |
| 36 Mon. N/A | | |

Testing Facility: RD          Date Sent: 02/26/08          PO #: B26A2          Interval: Feb

MFG DATA
MFG Date: 09/07          Expiration Date: 08/09          LIMITS:  Assay:  90.0%-105.0%
MFG Assay: 97.7%          Mfg Dissol: 97%                         Dissol: NLT 80%(Q) in 60 mimutes

SETDOWN DATE: 02/28/08

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011382

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30771
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg  (0.125 m Tablets USP
UDL Lot #: 7J541                    Pkg Matl: UVI

Shelf Only: Y

Vendor: ACTAVIS
Package: PC300 (10X30)           Vendor Lot: 70136A1
PVC Spec: S-8034          Lidding Spec: S-9256     Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 02/07 | 99.0% | 98.7% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 11/14/07 | 101.6% | 108% |
| 6 Month 02/13/08 | 103.2% | 91%(S2) |
| 9 Month | | |
| 12 Mon. | | |
| 18 Mon. | | |
| 24 Mon. | | |
| 36 Mon. N/A | | |

Testing Facility: RD

Date Sent: 08/09/07          PO #: K09A3          Interval: Aug

MFG DATA
MFG Date: 02/07          Expiration Date: 01/09     LIMITS:  Assay:  90.0%-105.0%
MFG Assay: 99.0%          MFG Dissol. 98.7%                  Dissol: NLT 80% (Q) in 60 minutes

SETDOWN DATE: 08/10/07

Lab.Ref#:
Comments:

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30772
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg(0.125mg) Tablets USP
UDL Lot #: 7P964              Pkg Matl: UVI

Package: CP180
PVC Spec: S-2210

Vendor: AMIDE/BERTEK
Vendor Lot: 70300A1
Lidding Spec: S-9255

Shelf Only: Y

Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution | | | |
|------|--------------|-------------|--|--|--|
| Initial 04/07 | 100.8% | 101.3% | | | |
| 30-Day N/A | | | | | |
| 60-Day N/A | | | | | |
| 90-Day N/A | | | | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution | | | |
|------|--------------|-------------|--|--|--|
| 3 Month 02/13/08 | 100.0% | 99% | | | |
| 6 Month | | | | | |
| 9 Month | | | | | |
| 12 Mon. | | | | | |
| 18 Mon. | | | | | |
| 24 Mon. | | | | | |
| 36 Mon. N/A | | | | | |

Testing Facility: RD           Date Sent: 10/31/07     PO #: P30A3         Interval: Oct

MFG DATA
Mfg Date: 04/07          Expiration Date: 04/09     LIMITS: Assay:  90.0%-105.0%
Mfg Assay: 100.8%        Mfg Dissol: 101.3%                 Dissol: NLT 80%(Q) in 60 minutes

SETDOWN DATE: 11/02/07

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 7A666          Pkg Matl: UVI

Vendor: AMIDE/BERTEK
Vendor Lot: 6092PAI
Package: UD100 (10X10)          Shelf Only: Y
PVC Spec: S-2210          Lidding Spec: S-8011          Exp Date: 18 MO

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 02/12/07 | 98.4% | 100.6% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month 05/24/07 | 94.4% | 97% |
| 6 Month 08/21/07 | 96.0% | 108% |
| 9 Month 12/05/07 | 101.6% | 92%(S2) |
| 12 Mon. 02/18/08 | 99.2% | 88% |
| 18 Mon. | | |
| 24 Mon. | | |
| 36 Mon. N/A | | |

Testing Facility: RD

Date Sent: 02/12/07          PO #: B12A3          Interval: FEB

LIMITS:  Assay:  90.0%-105.0%
         Dissol: NLT 80% (Q) IN 60 MINUTES

MFG DATA
Mfg Date:  10/06          Expiration Date: 07/08
Mfg Assay: 98.4%          Mfg Dissol: 100.6%

SETDOWN DATE: 02/14/07

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN)
Descrip: 0.125 mg Tablets
UDL Lot #: 6M207

Pkg Matl: UVI

Package: UD100
PVC Spec: S-2210

Vendor: AMIDE/BERTEK
Vendor Lot: 60399A1
Lidding Spec: S-8011

Shelf Only: Y
Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 05/06 | 98.5% | 99.7% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month 02/21/07 | 96.8% | 101% |
| 6 Month 05/18/07 | 96.8% | 98% |
| 9 Month 08/22/07 | 96.0% | 94% |
| 12 Mon. 11/26/07 | 98.4% | 95% |
| 18 Mon. 03/13/08 | 95.2% | 94% |
| 24 Mon. | N/A | |
| 36 Mon. | N/A | |

Testing Facility: SA

Date Sent: 11/15/06

PO #: S15A2

Interval: Nov

MFG DATA
MFg Date: 05/06
MFg Assay: 98.5%

Expiration Date: 03/08
MFg Dissol: 99.7%

LIMITS: Assay: 90.0%-105.0%
Dissol: NLT 80% (Q) in 60 min

SETDOWN DATE: 11/17/06

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011386

STABILITY TEST RESULTS

Date:May  2, 2008

Shelf Only: Y

Item No.: 30774
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 6K999       Pkg Matl: UVI

Vendor: AMIDE/BERTEK
Package: UD300 (10X30)           Vendor Lot: 60036A1
PVC Spec: S-8034     Lidding Spec: S-8810    Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 01/30/06 | 99.0% | 99.9% |
| 30-Day N/A | | |
| 60-Day N/A | | |
| 90-Day N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 12-04-06 | 97.6% | 97% |
| 6 Month 02-21-07 | 95.2% | 97% |
| 9 Month 05/24/07 | 97.6% | 96% |
| 12 Mon. 08/22/07 | 97.6% | 95% |
| 18 Mon. 02/27/08 | 96.0% | 97% |
| 24 Mon. | | |
| 36 Mon. N/A | | |

Testing Facility: SA

Date Sent: 08-21-06          PO #: K21A4          Interval: Aug

LIMITS:   Assay:   90.0% - 105.0%
          Dissol: NLT 80% (Q) in 60  min

SETDOWN DATE: 08/23/06

MFG DATA
Mfg Date:   01/06          Expiration Date: 01/08
Mfg Assay: 99.0%           Mfg Dissol: 99.9%

Lab.Ref#: R81865
Comments:

Confidential Subject to Protective Order

UDLL 000011387

## STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 5A113                    Pkg Matl: UVI

Package: UD100 (10X10)
PVC Spec: S-2210

Vendor: AMIDE/BERTEK
Vendor Lot: 4277A1
Lidding Spec: S-8011

Shelf Only: Y

Exp Date: 18 mo

**ACCELERATED TESTING:**

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 2/7/05 | 98.0% | 95% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

**SHELF-LIFE TESTING:**

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 05-04-05 | 100.8% | 102% |
| 6 Month 07-29-05 | 98.4% | 93% |
| 9 Month 10-31-05 | 96.0% | 87% |
| 12 Mon. 02-03-06 | 100.0% | 101% |
| 18 Mon. 07/10/06 | 96.0% | 94% |
| 24 Mon. 08-01-06 | 97.6% | 100% |
| 36 Mon. 01-29-07 | 96.0% | 102% |

Testing Facility: SA

Date Sent: 1/27/05          PO #: A27A1          Interval: Feb

**MFG DATA**
Mfg Date:   06/04
Mfg Assay: 100.3%

Expiration Date: 06/06
Mfg Dissol: 98.9%

LIMITS:  Assay:  90.0% - 105.0%
         Dissol: NLT 80% (Q) in 60 min.

SETDOWN DATE: 1/28/05

Lab Ref#: R81282
Comments:

Confidential Subject to Protective Order

UDLL 000011388

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30774
Product: DIGITEK (DIGOXIN)                                    Shelf Only: Y
Descrip: 125 mcg (0.125 m Tablets USP        Vendor: AMIDE/BERTEK
UDL Lot #: 5F568        Pkg Matl: UVI        Vendor Lot: 4611A1        Exp Date: 18 mo
                        Package: UD300 (10X30)
                        PVC Spec: S-8034    Lidding Spec: S-8092

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 05-17-05 | 97.6% | 102% |
| 30-Day N/A | | |
| 60-Day N/A | | |
| 90-Day N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month 08-15-05 | 98.4% | 101% |
| 6 Month 11-18-05 | 96.0% | 102% |
| 9 Month 02-07-06 | 97.6% | 98% |
| 12 Mon. 05-15-06 | 98.4% | 96% |
| 18 Mon. 10-09-06 | 96.8% | 105% |
| 24 Mon. 11-10-06 | 93.6% | 95% |
| 36 Mon. 05-11-07 | 96.8% | 96% |

Testing Facility: SA

Date Sent: 5-3-05        PO #: H03A1        Interval: May

LIMITS:  Assay:  90.0% - 105.0%
         Dissol: NLT 80% (Q) in 60 min.

SETDOWN DATE: 5/5/05

MFG DATA
MFG Date:  11/04        Expiration Date: 10/06
MFG Assay: 99.9%        MFg Dissol: 99.3%

Lab.Ref#: R81376
Comments: 18M=17M, 24M=18M, 36M=24M

Confidential Subject to Protective Order                    UDLL 000011389

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30770.
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 4F010                    Pkg Natl: UVI

Package: UD100 (10X10)          Vendor: AMIDE
PVC Spec: S-2210          Vendor Lot: 3563A1          Shelf Only: Y
                         Lidding Spec: S-8011          Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial 06-15-04 | 97.6% | 102% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month 09-01-04 | 100.0% | 109% |
| 6 Month 11-29-04 | 95.2% | 93% |
| 9 Month 02-28-05 | 94.4% | 89% |
| 12 Mon. 05-31-05 | 96.0% | 93% |
| 18 Mon. 10-31-05 | 96.0% | 92% |
| 24 Mon. 12-03-05 | 94.4% | 94% |
| 36 Mon. 06-06-06 | 94.4% | 94% |

Testing Facility: SA

Date Sent: 5-18-04          PO #: H18A1          Interval: Jun

MFG DATA
MFG Date:   10/03
MFG Assay: 100.5%

Expiration Date: 10/05
MFG Dissol: 99.9%

LIMITS:   Assay:   90.0% - 105.0%
          Dissol: NLT 80% (Q) in 60 min.

SETDOWN DATE: 5/20/04

Lab.Ref#: R81028
Comments: 18 mo = 17 mo, 24 mo = 18 mo, 36 mo = 24 mo

Confidential Subject to Protective Order

# STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30774
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 4P849      Pkg Matl: UVI

Package: UD300 (10X30)      Vendor: AMIDE/BERTEK
PVC Spec: S-8034      Vendor Lot: 4152A1      Shelf Only: Y
Lidding Spec: S-8092      Exp Date: 18 mo

## ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 11-12-04 | 96.8% | 96% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

## SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 02-07-05 | 96.7% | 95% |
| 6 Month 05-09-05 | 97.6% | 99% |
| 9 Month 08-15-05 | 96.8% | 93% |
| 12 Mon. 11-18-05 | 96.0% | 98% |
| 18 Mon. 04-14-06 | 97.6% | 91% |
| 24 Mon. 05-15-06 | 98.4% | 99% |
| 36 Mon. 11-10-06 | 96.0% | 96% |

Testing Facility: SA

Date Sent: 11-3-04      PO #: S03A1      Interval: Nov

LIMITS:  Assay:  90.0% - 105.0%
         Dissol: NLT 80% (Q) in 60 min.

MFG DATA
MFG Date:  04/04      Expiration Date: 04/06
Mfg Assay: 99.7%      Mfg Dissol: 99.4%

SETDOWN DATE: 11/5/04

Lab.Ref#: R81183
Comments: 18 mo = 17 mo = 18 mo, 24 mo = 24 mo, 36 mo = 24 mo

Confidential Subject to Protective Order

**STABILITY TEST RESULTS**

Date:May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 3A075                    Pkg Matl: UVI

Shelf Only: Y

Vendor: AMIDE/BERTEK
Package: UD100 (10X10)          Vendor Lot: 2546A1
PVC Spec: S-2210       Lidding Spec: S-7062    Exp Date: 18 mo

**ACCELERATED TESTING:**

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial | 02/03 | 96.2% | 91% |
| 30-Day | N/A | | |
| 60-Day | N/A | | |
| 90-Day | N/A | | |

**SHELF-LIFE TESTING:**

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month | 05/03 | 95.5% | 87% (S2) |
| 6 Month | 08/03 | 98.9% | 98% |
| 9 Month | 11/03 | 99.0% | 98% |
| 12 Mon. | 02/04 | 98.9% | 102% |
| 18 Mon. | 09/01/04 | 100.0% | 100% |
| 24 Mon. | 02/28/05 | 94.4% | 93% |
| 36 Mon. | N/A | | |

Testing Facility: SA

Date Sent: 02-12-03     PO #: B12A1     Interval: Mar

LIMITS: Assay: 90.0% - 105.0%
        Dissol: NLT 80% (Q) 60 min.

**MFG DATA**
MFg Date: 10/02          Expiration Date: 07/04
MFg Assay: 100.0%        MFg Discol: 99.4%

SETDOWN DATE: 2/20/03

Lab.Ref#: R80980
Comments:

Confidential Subject to Protective Order

UDLL 000011392

STABILITY TEST RESULTS

Date:May 2, 2008

Item No.: 30775
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125mg Tablets USP
UDL Lot #: 3C335                Pkg Matl: UVI

Package: BC300 (10X30)
PVC Spec: S-6004

Vendor: AMIDE/BERTEK
Vendor Lot: 2547A1
Lidding Spec: S-6118

Shelf Only: Y

Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 04/03 | Not Tested per | R & D. |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 07/03 | 100.5% | 94% |
| 6 Month 10/03 | 99.9% | 91% |
| 9 Month 01/04 | 100.8% | 101% |
| 12 Mon. 04/23/04 | 99.5% | 103% |
| 18 Mon. 10-20-04 | 98.1% | 110% |
| 24 Mon. 04-19-05 | 96.0% | 99% |
| 36 Mon. N/A | | |

Testing Facility: SA

Date Sent: 04-09-03        PO #: F09A3        Interval: Apr

MFG DATA
Mfg Date:  10/02
Mfg Assay: 100.7%

Expiration Date: 09/04
Mfg Dissol: 96.8%

LIMITS:   Assay:  90.0% - 105.0%
          Dissol: NLT 80% (Q) 60 min.

SETDOWN DATE: 4/14/03

Lab.Ref#: R80981
Comments:

Confidential Subject to Protective Order

UDLL 000011393

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125mg Tablets USP
UDL Lot #: 2C738          Pkg Matl: UVI

Package: UD100 (10X10)          Shelf Only: Y
PVC Spec: S-2210 R5     Vendor: AMIDE/BERTEK
Lidding Spec: S-7062 R1     Vendor Lot: 1477A1
                            Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial | N/A | |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month | 94.6% | 84% (S2) |
| 6 Month | 95.3% | 84% (S2) |
| 9 Month | 91.8% | 86% (S2) |
| 12 Mon. | 93.6% | 88% (S2) |
| 18 Mon. | 97.1% | 97% |
| 24 Mon. | 95.9% | 98% |
| 36 Mon. | N/A | |

(Dates: 3 Month 07/02, 6 Month 10/02, 9 Month 01/03, 12 Mon. 04/03, 18 Mon. 10/03, 24 Mon. 04/23/04)

Testing Facility: SA          Date Sent: 03-28-02          PO #: C28A2          Interval: Apr

LIMITS: Assay: 90.0% - 105.0%
        Dissol: NLT 80% (Q) 60 min.

MFG DATA
MFg Date: 12/01          Expiration Date: 09/03
MFg Assay: 99.7%          MFg Dissol: 97.3%

SETDOWN DATE: 4/5/02

Lab.Ref#: R80979
Comments:

Confidential Subject to Protective Order

# STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30775
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125mg) Tablets USP
UDL Lot #: 2B600          Pkg Matl:  UVI

Package: BC300 (10X30)
PVC Spec: S-6004

Vendor: AMIDE/BERTEK
Vendor Lot: 1392A1
Lidding Spec: S-6118 R2

Shelf Only: Y

Exp Date: 18 mo

## ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 03/02 | 93.8% | 89% |
| 30-Day N/A | | |
| 60-Day N/A | | |
| 90-Day N/A | | |

## SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 06/02 | 91.3% | 93% |
| 6 Month 10/02 | 93.7% | 95% |
| 9 Month 01/03 | 93.0% | 98% |
| 12 Mon. 04/03 | 93.7% | 102% |
| 18 Mon. 10/03 | 96.5% | 99% |
| 24 Mon. 04/23/04 | 96.8% | 99% |
| 36 Mon. N/A | | |

Testing Facility: SA

Date Sent: 02-25-02          PO #: B25A2          Interval: Feb

LIMITS:  Assay:  90.0% - 105.0%
         Dissol: NLT 80% (Q) 60 min.

MFG DATA
Mfg Date:   10/01
Mfg Assay:  98.6%

Expiration Date: 08/03
Mfg Dissol: 101.8%

SETDOWN DATE: 4/4/02

Lab.Ref#: R80978
Comments:

Confidential Subject to Protective Order

UDLL 000011395

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN), USP
Descrip: 125 mcg (0.125mg) Tablets
UDL Lot #: 1B784    Pkg Matl: UVI

Package: UD100 (10X10)    Vendor: AMIDE/BERTEK    Shelf Only: Y
PVC Spec: S-2210 R5    Lidding Spec: S-7062 R1    Vendor Lot: 0393A1    Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial | 2-27-01 | 100.5% | 101% |
| 30-Day | N/A | | |
| 60-Day | N/A | | |
| 90-Day | N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month | 06-01-01 | 96.1% | 104% |
| 6 Month | 09-01-01 | 96.4% | 106% |
| 9 Month | 12-01-01 | 98.1% | 101% |
| 12 Mon. | 03-01-02 | 96.2% | 95% |
| 18 Mon. | 09-01-02 | 92.5% | 87% (S2) |
| 24 Mon. | 03-01-03 | 93.4% | 87% (S2) |
| 36 Mon. | N/A | | |

Testing Facility: Mylan

Date Sent: 02-27-01    PO #: B27A3    Interval: Mar

MFG DATA
Mfg Date: 10/00    Expiration Date: 08/02    LIMITS: Assay: 90.0% - 105.0%
Mfg Assay: 100.5%    Mfg Dissol: 100.8%    Dissol: NLT 80%/60 min.

SETDOWN DATE: 03/05/01

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011396

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30775
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP
UDL Lot #: 1P038          Pkg Matl: UVI

Package: BC300 (10X30)              Shelf Only: Y
                      Vendor: AMIDE/BERTEK
PVC Spec: S-6004                   Vendor Lot: 1126A1
              Lidding Spec: S-6118 R2    Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 12/01 | 96.6% | 103% |
| 30-Day | N/A | |
| 60-Day | N/A | |
| 90-Day | N/A | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 03/02 | 94.0% | 100% |
| 6 Month 06/02 | 93.2% | 94% |
| 9 Month 10/02 | 95.3% | 98% |
| 12 Mon. 01/03 | 93.8% | 90% (S2) |
| 18 Mon. 08/03 | 96.5% | 103% |
| 24 Mon. 02/04 | 96.5% | 96% |
| 36 Mon. N/A | | |

Testing Facility: Mylan        Date Sent: 11-07-01       PO #: S07A1        Interval: Nov

MFG DATA
Mfg Date:  04/01        Expiration Date: 04/03       LIMITS:  Assay:  90.0% - 105.0%
Mfg Assay: 99.0%        Mfg Dissol: 99.2%                     Dissol: NLT 80% (Q) 60 min.

SETDOWN DATE: 1/4/02

Lab.Ref#: N/A
Comments:

Confidential Subject to Protective Order

STABILITY TEST RESULTS

Date:May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN), USP
Descrip: 125 mcg (0.125mg) Tablets
UDL Lot #: 0D757          Pkg Matl: UVI

Shelf Only: Y

Vendor: AMIDE/BERTEK
Package: UD100 (10X10)          Vendor Lot: 0097A1
PVC Spec: S-2210 RS   Lidding Spec: S-6738 R1   Exp Date: 18 MO

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial | 02-19-00 | 100.4% | 99% |
| 30-Day | N/A | | |
| 60-Day | N/A | | |
| 90-Day | N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month | 11-01-00 | 97.0% | 96% |
| 6 Month | 02-01-01 | 95.9% | 100% |
| 9 Month | 05-01-01 | 98.0% | 101% |
| 12 Mon. | 08-01-01 | 96.7% | 102% |
| 18 Mon. | 02-01-02 | 97.0% | 102% |
| 24 Mon. | 08-01-02 | 94.0% | 88% (S2) |
| 36 Mon. | N/A | | |

Testing Facility: MYLAN

Date Sent: 7-25-00          PO #: J25A3          Interval: AUG

LIMITS: Assay: 90-105%
         Dissol: NLT 80%/60 MIN

MFG DATA
MFG Date: 02/00          Expiration Date: 12/01
MFg Assay: 100.4%         MFg Dissol: 99.3%

SETDOWN DATE: 08-16-00

Lab.Ref#:
Comments:

STABILITY TEST RESULTS

Date:May  2, 2008

Shelf Only: Y

Item No.: 30775
Product: DIGITEK (DIGOXIN), USP
Descrip: 125 mcg(0.125mg) Tablets          Package: BC300 (10X30)          Vendor: AMIDE/BERTEK
UDL Lot #: 0J859          Pkg Matl: UVI          PVC Spec: S-6004          Vendor Lot: 0097A1
                                                  Lidding Spec: S-6118 R2          Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial 02-19-00 | 100.4% | 99% |
| 30-Day  N/A | | |
| 60-Day  N/A | | |
| 90-Day  N/A | | |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month 11-01-00 | 95.6% | 100% |
| 6 Month 02-01-01 | 96.2% | 95% |
| 9 Month 05-01-01 | 98.0% | 102% |
| 12 Mon. 08-01-01 | 96.6% | 101% |
| 18 Mon. 02-01-02 | 97.4% | 100% |
| 24 Mon. 08-01-02 | 96.9% | 99% |
| 36 Mon. N/A | | |

Testing Facility: MYLAN

Date Sent: 7-25-00          PO #: J25A3          Interval: AUG

Expiration Date: 01/02          LIMITS:  Assay:  90-105%
Mfg Dissol: 99.3%                        Dissol: NLT 80%/60 MIN

SETDOWN DATE: 8/16/00

MFG DATA
Mfg Date:  02/00
Mfg Assay: 100.4%

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011399

STABILITY TEST RESULTS

Date: May 2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN)
Descrip: 125 mcg (0.125 m Tablets USP          Pkg Matl: UVI
UDL Lot #: 9-03-373

Package: UD100 (10X10)
Vendor: AMIDE/BERTEK
Vendor Lot: 9029A1
PVC Spec: S-4371 R2          Lidding Spec: S-6583

Shelf Only: N

Exp Date: 18 mo

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| Initial | 02-01-99 | 99.1% | 97% |
| 30-Day | 06-03-99 | 100.8% | 100% |
| 60-Day | 07-03-99 | 94.7% | 94% |
| 90-Day | 08-03-99 | 95.4% | 93% |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|---|---|---|
| 3 Month | 08-01-99 | 95.6% | 95% (S2) |
| 6 Month | 11-01-99 | 92.9% | 93% (S2) |
| 9 Month | 02-01-00 | 93.1% | 98% |
| 12 Mon. | 05-01-00 | 93.9% | 91% (S2) |
| 18 Mon. | 11-01-00 | 94.6% | 87% |
| 24 Mon. | 05-01-01 | 96.9% | 97% |
| 36 Mon. | N/A | | |

Testing Facility: Mylan

Date Sent: 04-20-99          PO #: F20A3          Interval: MAY

LIMITS:   Assay:   90-105%
          Dissol: NLT 80% 60 MIN

MFG DATA
MFG Date:  02/99          Expiration Date:
Mfg Assay: 99.1%          Mfg Dissol: 97.4%

SETDOWN DATE: 5/3/99

Lab.Ref#:
Comments: 9 mo retest (Amide): A-98.8%,D 98%

Confidential Subject to Protective Order

UDLL 000011400

STABILITY TEST RESULTS

Date:May  2, 2008

Item No.: 30770
Product: DIGITEK (DIGOXIN), USP
Descrip: 125 mcg (0.125 m Tablets
UDL Lot #: 0-03-176          Pkg Matl:  ACLAR

Shelf Only: N

Vendor: AMIDE
Package: UD100 (10X10)          Vendor Lot: 0041A1
PVC Spec: S-6628     Lidding Spec: S-6903     Exp Date: N/A

ACCELERATED TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| Initial | 01-28-00 | 98.5% | 98% |
| 30-Day | 06-15-00 | 93.7% | 97% |
| 60-Day | 07-15-00 | 93.3% | 94% |
| 90-Day | 08-15-00 | 94.8% | 107% |

SHELF-LIFE TESTING:

| Date | Assay Results | Dissolution |
|------|---------------|-------------|
| 3 Month | 08-01-00 | 94.3% | 106% |
| 6 Month | 11-01-00 | 96.2% | 89% |
| 9 Month | 02-01-01 | 94.0% | 97% |
| 12 Mon. | 05-01-01 | 98.7% | 96% |
| 18 Mon. | 11-01-01 | 95.1% | 101% |
| 24 Mon. | 05-01-02 | 94.0% | 101% |
| 36 Mon. | N/A | | |

Testing Facility: MYLAN

Date Sent: 5-4-00          PO #: H04A1          Interval: May

LIMITS:  Assay:  90-105%
         Dissol: NLT 80%/60 MIN

MFG DATA
Mfg Date: 01/00          Expiration Date:
Mfg Assay: 98.5%          Mfg Dissol: 97.8%

SETDOWN DATE: 5-15-00

Lab.Ref#:
Comments:

Confidential Subject to Protective Order

UDLL 000011401