# EXHIBIT 54


creating value in pharmaceuticals

December 24, 2007

Mr. Andrew Ciaccia
Compliance Officer
U.S. Food and Drug Administration
10 Waterview Boulevard, 3rd Floor
Parsippany, New Jersey 07054

Re: Third Party Audit of Unexpired Lots in Distribution

Dear Mr. Ciaccia,

Please find hereto the final update for the third party audit program performed on Actavis' drug products that remain within expiration as requested in the FDA Warning Letter (07-NWJ-06) dated January 9, 2007 and amended on February 1, 2007. As discussed in prior correspondences, Actavis hired Quantic Regulatory Services to conduct the requested audit. These audits included all associated laboratory data, including notebooks, electronic data, calculations and approval procedures, all raw material release documents, equipment usage logs, manufacturing batch records, in-process analysis, associated data, and yield calculations.

On December 21, 2007, Quantic provided Actavis with a statement indicating the audit was complete and the manufacturing and laboratory records have reliably confirmed the identity, strength, quality and purity of the marketed products.

This final update should satisfy the requirements set forth in the Warning letter and therefore no further updates will be provided. If you have any questions or additional comments please feel free to contact me directly at (973) 890-1440, ext 3059.

Sincerely,

FOR SCOTT TALBOT

Scott Talbot
Site Head of Quality
Actavis Totowa LLC

enc: Quantic review statements, September 21, 2007

Actavis Totowa LLC  |  101 East Main Street      | t 973 890 1440   | w www.actavis
                    |  Little Falls, NJ 07424 USA | f 973 890 7980


DEFENDANT'S
EXHIBIT

Confidential Subject to Protective Order

ACTAV 001867195

Deviation/OOS

Confidential Subject to Protective Order

ACTAV 001867196

CONFIDENTIAL

 **Quantic Regulatory Services, LLC**

December 21, 2007

To:   **Scott Talbot**
      **Site Head of Quality**
      **Actavis Totowa, Little Falls Facility**

Re:   **Retrospective Batch Record Review**
      **Batches with Investigations, Deviations and Out-of-Specification Results**

Under the Actavis Retrospective Batch Record Review Protocol ("Protocol"), the Quantic Regulatory Services, LLC ("QRS") audit of batch records for batches of product manufactured at the Little Falls, New Jersey facility of the Actavis Group and Actavis Totowa, LLC (individually and collectively, "Actavis") commenced with a review of all (i) deviations and investigations, including out-of-specification ("OOS") results, identified by Actavis as associated with any finished drug product batch released to the United States market, in whole or in part, on or before January 9, 2007, that remained within its expiry date as on the date on which the batch record review commenced (February 19, 2007), and was not recalled, seized or withdrawn from the market ("Market Batches") and (ii) any other deviations or investigations, including OOSs, that may not have been directly associated with any Market Batch that may have occurred between the time of the commencement of production of the earliest Market Batch and January 9, 2007. Based on a review of these deviations, investigations and OOSs as provided by Actavis, and in addition to a substantive review of the deviations, investigations and OOSs as set forth below, QRS identified those batch records that had associated deviations, investigation or OOSs ("Batches With Deviations").

For Batches With Deviations, QRS conducted both a deviation, investigation and OOS review, as appropriate, and a batch record review. The review was not an evaluation of current Good Manufacturing Compliance practices, except insofar as those practices were apparent from the records provided and were determined to impact the review standard set forth below. The review of the batch records included the bill of materials for the ingredients and components used for production of the finished batch through release (including relevant laboratory notebook and laboratory electronic data), but excluded packaging and labeling, as outlined in Sections III and IV of the Protocol. The review also included a review of stability data from any such Batches With Deviations as outlined in Sections III and IV of the Protocol.

As set forth in the Protocol, QRS reviewed the list of deviations, investigations and OOSs in reference to the corresponding potentially impacted Batch With Deviation, in each case as set forth on Attachment A, to evaluate whether the non-conformances or deficiencies observed in its review of the deviations, investigations or OOSs for that

5N Regent Street, Suite 502, Livingston, NJ 07039  •  (973) 992-0505  •  Fax (973) 535-1734

Confidential Subject to Protective Order

ACTAV 001867197

CONFIDENTIAL

batch were likely, individually or collectively, to have had a material adverse impact on the identity, strength, quality or purity of the Batch With Deviation. QRS considered the following for each failure investigation as appropriate:

    (a) The written record of investigation, including the thoroughness and adequacy of the documentation.

    (b) Appropriateness as to scope and breadth, including, whether an analysis of other batches of the same product, other products and similar occurrences was warranted, and if so, whether such an analysis was conducted.

    (c) Appropriateness as to depth, including identifying appropriate root cause, or, in the case of laboratory investigations, an assignable cause and elevation to the appropriate level of investigation.

    (d) Adequacy of the support for the conclusions in the report, including any analyses of (i) the impact of issue under investigation on the batch under review and (ii) the impact of any corrective actions, if any, that were taken with respect to the batch under review.

    (e) Any other information provided to QRS relevant to the evaluation set forth above.

In conducting the above review, QRS identified Batches With Deviations (Attachment A) which would be subject to the batch record review set forth below. QRS considered the following for each such Batch With Deviations as appropriate:

    (a) The completed batch record for each Batch With Deviations, to determine whether there was any non-conformance or lack of adherence to the Master Batch Record, or entries or lack thereof that were not documented in accordance with the Master Batch Record, cGMP or Company procedures that were likely to have had a material adverse impact on the identity, strength, quality or purity of the Batch With Deviations.

    (b) Recorded deviations and investigations identified and assigned to the Batch With Deviations, including any deviation(s) and investigation(s) regarding written procedures, OOSs and any deviations evident in the batch record that the Company may have failed to note or address during its review of the batch record, to determine whether there were any deviations that were likely to have had a material adverse impact on the identity, strength, quality or purity of the Batch With Deviations.

    (c) The laboratory testing records included as part of the batch record to confirm compliance with specifications and standards for the Batch With Deviations.

    (d) Stability or retention sample data for the Batch With Deviations, if any, to determine whether the stability data met acceptance criteria.

Confidential Subject to Protective Order

ACTAV 001867198

CONFIDENTIAL

QRS reviewed the deviations, investigations and OOSs and the corresponding Batches With Deviations (Attachment A), in each case as supplied by Actavis, as stated above in accordance with the above-referenced Protocol.  Based upon this review, it is QRS' opinion that, except as set forth below:  (i) the batch record(s) reviewed for such Batches With Deviations, including the related deviations, investigations and OOSs, in each case as set forth on Attachment A, did not contain non-conformances or deficiencies (as set forth in Sections III.A and III.B of the Protocol) that were likely to have had a material adverse impact on the identity, strength, quality or purity of such Batches With Deviations; (ii) the laboratory testing records included as part of the such batch record(s) demonstrate satisfaction with release specifications for such Batches With Deviations; and (iii) applicable stability or retention sample results, if any, for the referenced Batches With Deviations met applicable specifications as provided by Actavis.

Notwithstanding the foregoing, the following batches (originally part of Batches With Deviations) are not included on Attachment A (Batches With Deviations), and therefore not subject to the opinion above, for the reasons stated below:



_____
Quantic Regulatory Services, LLC
Senior Project Leader

_____
Quantic Regulatory Services, LLC
President

12/21/07
Date

12/21/07
Date

Confidential Subject to Protective Order

ACTAV 001867199

**Attachment A**

Confidential Subject to Protective Order

ACTAV 001867200

CONFIDENTIAL

## Actavis Retrospective Batch Record Review
### Batches with Investigations Deviations and Out-of-Specification Results

| Item | Product Name | Batch # | Deviation, Investigation or OOS Number |
|------|--------------|---------|----------------------------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |

Quantic Regulatory Services, LLC

Page 1 of 6

ACTAV 001867201

CONFIDENTIAL

| Item | Product Name | Batch # | Deviation, Investigation or OOS Number |
|------|-------------|---------|------------------------------------------|
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | Digitek (digoxin tablets, USP) 0.125mg | 5362A | Memo 7/20/05 |
| 36 | Digitek (digoxin tablets, USP) 0.125mg | 5570A | Memo 8/5/05 |
| 37 | Digitek (digoxin tablets, USP) 0.125mg | 5624A | Memo 8/5/05 |
| 38 | Digitek (digoxin tablets, USP) 0.125mg | 60992A | PD-06-013, OOSN 06-014 |
| 39 | Digitek (digoxin tablets, USP) 0.25mg | 60678A | LAN 06-001 |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |
| 51 | | | |
| 52 | | | |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 61 | | | |

Confidential Subject to Protective Order                                    ACTAV 001867202

CONFIDENTIAL

| Item | Product Name | Batch # | Deviation, Investigation or OOS Number |
|------|--------------|---------|----------------------------------------|
| 62 | | | |
| 63 | | | |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | | | |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | | | |
| 91 | | | |
| 92 | | | |

Confidential Subject to Protective Order

ACTAV 001867203

CONFIDENTIAL

| Item | Product Name | Batch # | Deviation, Investigation or OOS Number |
|------|--------------|---------|----------------------------------------|
| 93 | | | |
| 94 | | | |
| 95 | | | |
| 96 | | | |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | | | |
| 101 | | | |
| 102 | | | |
| 103 | | | |
| 104 | | | |
| 105 | | | |
| 106 | | | |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |

Confidential Subject to Protective Order

ACTAV 001867204

CONFIDENTIAL

| Item | Product Name | Batch # | Deviation, Investigation or OOS Number |
|------|--------------|---------|----------------------------------------|
| 123 | | | |
| 124 | | | |
| 125 | | | |
| 126 | | | |
| 127 | | | |
| 128 | | | |
| 129 | | | |
| 130 | | | |
| 131 | | | |
| 132 | | | |
| 133 | | | |
| 134 | | | |
| 135 | | | |
| 136 | | | |
| 137 | | | |
| 138 | | | |
| 139 | | | |
| 140 | | | |
| 141 | | | |
| 142 | | | |
| 143 | | | |
| 144 | | | |
| 145 | | | |
| 146 | | | |
| 147 | | | |
| 148 | | | |
| 149 | | | |
| 150 | | | |
| 151 | | | |
| 152 | | | |
| 153 | | | |
| 154 | | | |
| 155 | | | |

Confidential Subject to Protective Order

ACTAV 001867205

CONFIDENTIAL

| Item | Product Name | Batch # | Deviation, Investigation or OOS Number |
|------|-------------|---------|----------------------------------------|
| 156 | | | |
| 157 | | | |
| 158 | | | |
| 159 | | | |
| 160 | | | |
| 161 | | | |
| 162 | | | |
| 163 | | | |
| 164 | | | |
| 165 | | | |
| 166 | | | |
| 167 | | | |
| 168 | | | |
| 169 | | | |
| 170 | | | |
| 171 | | | |
| 172 | | | |
| 173 | | | |
| 174 | | | |
| 175 | | | |
| 176 | | | |
| 177 | | | |
| 178 | | | |

Confidential Subject to Protective Order

ACTAV 001867206

The 322 Sample

Confidential Subject to Protective Order

ACTAV 001867207

CONFIDENTIAL



**Quantic Regulatory Services, LLC**

December 21, 2007

To:     **Scott Talbot**
        **Site Head of Quality**
        **Actavis Totowa, Little Falls Facility**

Re:     **Retrospective Batch Record Review**
        **Batches Covered in the Statistical Sampling Plan – "The 322 Sample"**

Under the Actavis Retrospective Batch Record Review Protocol ("Protocol"), following
the deviation, investigation and OOS review and a review of the batches containing those
deviations, investigations and OOSs as set forth in the Protocol (covered by a separate
letter), Quantic Regulatory Services, LLC ("QRS") completed a batch record review of
batches that were part of an initial representative sampling. This sampling included each
product by strength, in each case that were released to the United States market, in whole
or in part, on or before January 9, 2007 and remained within their expiry date as on the
date on which the batch record review commenced (May 1, 2007), and had not been
recalled, seized or withdrawn from the market, as set forth in the selection plan on
Attachment A ("Other Batches"). The sample consisted of 322 batches of a total of 1,469
batches meeting this criteria and distributed over this period.

For these Other Batches, QRS conducted a batch record review. The review was not an
evaluation of current Good Manufacturing Compliance practices, except insofar as those
practices were apparent from the records provided and were determined to impact the
review standard set forth below. The review of the batch records included the bill of
materials for the ingredients and components used for production of the finished batch
through release (including relevant laboratory notebook and laboratory electronic data),
but excluded packaging and labeling, as outlined in Sections III and IV of the Protocol.
The review also included a review of stability data from any such Other Batches as
outlined in Sections III and IV of the Protocol.

QRS was provided with the batch records for the Other Batches by Actavis. Those
batches are identified on Attachment B. QRS considered the following for each such
Other Batch as appropriate:

(a) The completed batch record for each Other Batch, to determine whether there
    was any non-conformance or lack of adherence to the Master Batch Record,
    or entries or lack thereof that were not documented in accordance with the
    Master Batch Record, cGMP or Company procedures that were likely to have
    had a material adverse impact on the identity, strength, quality or purity of the
    Other Batch.

Confidential Subject to Protective Order

ACTAV 001867208

CONFIDENTIAL

(b) Recorded deviations and investigations, if any, identified and assigned to the Other Batch, including any deviation(s) and investigation(s) regarding written procedures, OOSs and any deviations evident in the batch record that the Company may have failed to note or address during its review of the batch record, to determine whether there were any deviations that were likely to have had a material adverse impact on the identity, strength, quality or purity of the Other Batch.

(c) The laboratory testing records included as part of the batch record to confirm compliance with specifications and standards for the Other Batch.

(d) Stability or retention sample data for the Other Batch, if any, to determine whether the stability data met acceptance criteria.

QRS reviewed the Other Batches as set forth on Attachment B, in each case, as supplied by Actavis as stated above in accordance with the above-referenced Protocol. Based upon this review, it is QRS' opinion that, except as set forth below: (i) the batch record(s) reviewed for such Other Batches did not contain non-conformances or deficiencies (as set forth in Sections III.A and III.B of the Protocol) that are likely to have had a material adverse impact on the identity, strength, quality or purity of such Other Batches; (ii) the laboratory testing records included as part of the such batch record(s) demonstrate satisfaction with release specifications for such Other Batches; and (iii) applicable stability or retention sample results, if any, for the referenced Other Batches met applicable specifications as provided by Actavis.

Notwithstanding the foregoing, the following batches (originally part of Other Batches) from the sample reviewed are not included on Attachment B (Other Batches), and therefore not subject to the opinion above, for the reasons stated below:

[redacted]

_Richard Clausij_                                12/21/07
Quantic Regulatory Services, LLC                 Date
Senior Project Leader

_R. Jukan_                                        12/21/07
Quantic Regulatory Services, LLC                 Date
President

Quantic Regulatory Services, LLC                 Page 2 of 2

Confidential Subject to Protective Order

ACTAV 001867209

**Attachment A**

Confidential Subject to Protective Order

CONFIDENTIAL

### Proposed Statistical Sampling Plan for Actavis
### Retrospective Batch Record Review

The following is the proposed sampling plan for the Actavis Retrospective Batch Record Review.

We have chosen a Limiting Quality (LQ) sample plans to evaluate the risk associated with the identity, strength, quality, and purity of the unexpired product in the market.  LQ sample plans are also known as Rejectable Quality, Unacceptable Quality and Lot Tolerance Percent Defective sample plans.

The number of batch records to be reviewed will be based on the following statistically determined sample:

1. Lots with Investigations, Deviations and OOSs
   The FDA requested an audit of lots with initial OOSs, however, we have expanded this audit to include all production records that involve any deviations, investigations and OOSs within the relevant time period.  This accounts for 146 of the total 1,615 records.  Since this population is being reviewed in full, it will be excluded from the sample of the remaining population set forth under number 2 below.

2. Sampling Plan for all remaining 1,469 Production records
   With respect to all other batches within the relevant time period, a five percent risk sample plan (equivalent to a 95% confidence level) is proposed, with a sample size of 300 / accept on zero / 1% unaccounted for batches.

   Each SKU will be represented in the sample with no less than 10% of the total batches per SKU, or alternatively, the $\sqrt{n} + 1$, on a per SKU basis. The remaining portion of the sample batches will be selected randomly from the entire batch population.

   With respect to batch records subject to the sample plan, should a product batch record fail sample plan acceptance criteria, that is, when one sampled batch record is judged "inadequate" with a defect that prevents a determination by the review team that the deviations observed are not likely to materially adversely affect the identity, strength, quality or purity of product, the entire population should be inspected.

©2007 Quantic Regulatory Services, LLC, All Rights Reserved                              1

Confidential Subject to Protective Order                                                                                    ACTAV 001867211

**Attachment B**

Confidential Subject to Protective Order

ACTAV 001867212

CONFIDENTIAL

## Actavis Retrospective Batch Record Review
### *Batches Covered in the Statistical Sampling Plan - "The 322 Sample"*

| Item | Product Name | Batch # |
|------|--------------|---------|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |

Confidential Subject to Protective Order          ACTAV 001867213

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | Digitek (digoxin tablets, USP) 0.125 mg | 5367A |
| 48 | Digitek (digoxin tablets, USP) 0.125 mg | 5368A |
| 49 | Digitek (digoxin tablets, USP) 0.125 mg | 5568A |
| 50 | Digitek (digoxin tablets, USP) 0.125 mg | 5763A |
| 51 | Digitek (digoxin tablets, USP) 0.125 mg | 5768A |
| 52 | Digitek (digoxin tablets, USP) 0.125 mg | 5936A |
| 53 | Digitek (digoxin tablets, USP) 0.125 mg | 60038A |
| 54 | Digitek (digoxin tablets, USP) 0.125 mg | 60072A |
| 55 | Digitek (digoxin tablets, USP) 0.125 mg | 60221A |
| 56 | Digitek (digoxin tablets, USP) 0.125 mg | 60402A |

Confidential Subject to Protective Order

ACTAV 001867214

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 57 | Digitek (digoxin tablets, USP) 0.125 mg | 60416A |
| 58 | Digitek (digoxin tablets, USP) 0.125 mg | 60605A |
| 59 | Digitek (digoxin tablets, USP) 0.125 mg | 60608A |
| 60 | Digitek (digoxin tablets, USP) 0.125 mg | 60643A |
| 61 | Digitek (digoxin tablets, USP) 0.125 mg | 60644A |
| 62 | Digitek (digoxin tablets, USP) 0.125 mg | 60758A |
| 63 | Digitek (digoxin tablets, USP) 0.125 mg | 60931A |
| 64 | Digitek (digoxin tablets, USP) 0.125 mg | 60991A |
| 65 | Digitek (digoxin tablets, USP) 0.25 mg | 51052A |
| 66 | Digitek (digoxin tablets, USP) 0.25 mg | 5452A |
| 67 | Digitek (digoxin tablets, USP) 0.25 mg | 5453A |
| 68 | Digitek (digoxin tablets, USP) 0.25 mg | 5654A |
| 69 | Digitek (digoxin tablets, USP) 0.25 mg | 5818A |
| 70 | Digitek (digoxin tablets, USP) 0.25 mg | 5820A |
| 71 | Digitek (digoxin tablets, USP) 0.25 mg | 60116A |
| 72 | Digitek (digoxin tablets, USP) 0.25 mg | 60117A |
| 73 | Digitek (digoxin tablets, USP) 0.25 mg | 60323A |
| 74 | Digitek (digoxin tablets, USP) 0.25 mg | 60497A |
| 75 | Digitek (digoxin tablets, USP) 0.25 mg | 60498A |
| 76 | Digitek (digoxin tablets, USP) 0.25 mg | 60679A |
| 77 | Digitek (digoxin tablets, USP) 0.25 mg | 60864A |
| 78 | Digitek (digoxin tablets, USP) 0.25 mg | 60865A |
| 79 | Digitek (digoxin tablets, USP) 0.25 mg | 61055A |
| 80 | Digitek (digoxin tablets, USP) 0.25 mg | 61056A |
| 81 | | |
| 82 | | |
| 83 | | |
| 84 | | |

Confidential Subject to Protective Order

ACTAV 001867215

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 85 | | |
| 86 | | |
| 87 | | |
| 88 | | |
| 89 | | |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | | |
| 95 | | |
| 96 | | |
| 97 | | |
| 98 | | |
| 99 | | |
| 100 | | |
| 101 | | |
| 102 | | |
| 103 | | |
| 104 | | |
| 105 | | |
| 106 | | |
| 107 | | |
| 108 | | |
| 109 | | |
| 110 | | |
| 111 | | |
| 112 | | |
| 113 | | |

Confidential Subject to Protective Order

ACTAV 001867216

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 114 | | |
| 115 | | |
| 116 | | |
| 117 | | |
| 118 | | |
| 119 | | |
| 120 | | |
| 121 | | |
| 122 | | |
| 123 | | |
| 124 | | |
| 125 | | |
| 126 | | |
| 127 | | |
| 128 | | |
| 129 | | |
| 130 | | |
| 131 | | |
| 132 | | |
| 133 | | |
| 134 | | |
| 135 | | |
| 136 | | |
| 137 | | |
| 138 | | |
| 139 | | |
| 140 | | |
| 141 | | |
| 142 | | |

Confidential Subject to Protective Order

ACTAV 001867217

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 143 | | |
| 144 | | |
| 145 | | |
| 146 | | |
| 147 | | |
| 148 | | |
| 149 | | |
| 150 | | |
| 151 | | |
| 152 | | |
| 153 | | |
| 154 | | |
| 155 | | |
| 156 | | |
| 157 | | |
| 158 | | |
| 159 | | |
| 160 | | |
| 161 | | |
| 162 | | |
| 163 | | |
| 164 | | |
| 165 | | |
| 166 | | |
| 167 | | |
| 168 | | |
| 169 | | |
| 170 | | |

Quantic Regulatory Services, LLC

Confidential Subject to Protective Order

ACTAV 001867218

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 171 | | |
| 172 | | |
| 173 | | |
| 174 | | |
| 175 | | |
| 176 | | |
| 177 | | |
| 178 | | |
| 179 | | |
| 180 | | |
| 181 | | |
| 182 | | |
| 183 | | |
| 184 | | |
| 185 | | |
| 186 | | |
| 187 | | |
| 188 | | |
| 189 | | |
| 190 | | |
| 191 | | |
| 192 | | |
| 193 | | |
| 194 | | |
| 195 | | |
| 196 | | |
| 197 | | |
| 198 | | |
| 199 | | |

Confidential Subject to Protective Order

ACTAV 001867219

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 200 | | |
| 201 | | |
| 202 | | |
| 203 | | |
| 204 | | |
| 205 | | |
| 206 | | |
| 207 | | |
| 208 | | |
| 209 | | |
| 210 | | |
| 211 | | |
| 212 | | |
| 213 | | |
| 214 | | |
| 215 | | |
| 216 | | |
| 217 | | |
| 218 | | |
| 219 | | |
| 220 | | |
| 221 | | |
| 222 | | |
| 223 | | |
| 224 | | |
| 225 | | |
| 226 | | |
| 227 | | |
| 228 | | |

Confidential Subject to Protective Order

ACTAV 001867220

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 229 | | |
| 230 | | |
| 231 | | |
| 232 | | |
| 233 | | |
| 234 | | |
| 235 | | |
| 236 | | |
| 237 | | |
| 238 | | |
| 239 | | |
| 240 | | |
| 241 | | |
| 242 | | |
| 243 | | |
| 244 | | |
| 245 | | |
| 246 | | |
| 247 | | |
| 248 | | |
| 249 | | |
| 250 | | |
| 251 | | |
| 252 | | |
| 253 | | |
| 254 | | |
| 255 | | |
| 256 | | |
| 257 | | |

Quantic Regulatory Services, LLC

Page 9 of 12

Confidential Subject to Protective Order

ACTAV 001867221

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 258 | | |
| 259 | | |
| 260 | | |
| 261 | | |
| 262 | | |
| 263 | | |
| 264 | | |
| 265 | | |
| 266 | | |
| 267 | | |
| 268 | | |
| 269 | | |
| 270 | | |
| 271 | | |
| 272 | | |
| 273 | | |
| 274 | | |
| 275 | | |
| 276 | | |
| 277 | | |
| 278 | | |
| 279 | | |
| 280 | | |
| 281 | | |
| 282 | | |
| 283 | | |
| 284 | | |
| 285 | | |
| 286 | | |

Quantic Regulatory Services, LLC

Confidential Subject to Protective Order

ACTAV 001867222

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|--------------|---------|
| 287 | | |
| 288 | | |
| 289 | | |
| 290 | | |
| 291 | | |
| 292 | | |
| 293 | | |
| 294 | | |
| 295 | | |
| 296 | | |
| 297 | | |
| 298 | | |
| 299 | | |
| 300 | | |
| 301 | | |
| 302 | | |
| 303 | | |
| 304 | | |
| 305 | | |
| 306 | | |
| 307 | | |
| 308 | | |
| 309 | | |
| 310 | | |
| 311 | | |
| 312 | | |
| 313 | | |
| 314 | | |
| 315 | | |

Quantic Regulatory Services, LLC

Confidential Subject to Protective Order

ACTAV 001867223

CONFIDENTIAL

| Item | Product Name | Batch # |
|------|-------------|---------|
| 316 | | |
| 317 | | |
| 318 | | |
| 319 | | |
| 320 | | |

Quantic Regulatory Services, LLC

Page 12 of 12

Confidential Subject to Protective Order

ACTAV 001867224