# EXHIBIT 66

| DEPARTMENT OF HEALTH AND HUMAN SERVICES |
| --- |
| FOOD AND DRUG ADMINISTRATION |

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| --- | --- |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008<br>FEI NUMBER<br>2244683 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
| --- |
| TO: Robert Hessman, CEO |

| FIRM NAME | STREET ADDRESS |
| --- | --- |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

COPY

DURING AN INSPECTION OF YOUR FIRM WE OBSERVED:

Quality System

OBSERVATION 1

The responsibilities and procedures applicable to the quality control unit are not fully followed.

Specifically,

The Quality Unit routinely failed to document, investigate and address product quality issues at the time of occurrence including in-process, finished product and stability out of specification analytical results. There is no assurance that the Quality Unit has the procedures, personnel, or systems to adequately evaluate the quality or validation status of the approximately ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that they can currently manufacture and release to the market. The impact on finished product quality on the marketplace was not evaluated despite the confirmed out of specification results for at leas▓ different marketed prescription products evaluated.

OBSERVATION 2

Drug products failing to meet established specifications and quality control criteria are not rejected.

Specifically,

a. During the packaging of Digoxin Tablets 0.125mg, lot# 70924A1, five double thick tablets were observed. Quality Assurance approved a 100% visual inspection of the 4.8 million tablet lot which resulted in an additional 15 double thick tablets. Although Quality Assurance was aware of the "double thick" tablet findings, the batch was then released based on AQL sampling which included visual inspection of 1330 tablets. No additional thickness testing or analytical evaluation of the double thick tablets was conducted. No root cause was determined for the

| SEE REVERSE OF THIS PAGE | *signature: Fred D. McCaffery* | DATE ISSUED<br>05/20/2008 |
| --- | --- | --- |

| FORM FDA 483 (09/07) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 1 OF 16 PAGES |
| --- | --- | --- | --- |

Confidential

DEFENDANT'S EXHIBIT 66

ACTAV 00002822

| DEPARTMENT OF HEALTH AND HUMAN SERVICES |||
|---|---|---|
| FOOD AND DRUG ADMINISTRATION |||
| DISTRICT ADDRESS AND PHONE NUMBER | | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900 Fax:(973) 331-4969 | | 03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |||
| TO: Robert Wessman, CEO |||
| FIRM NAME | | STREET ADDRESS |
| Actavis Totowa LLC | | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | | Pharmaceutical Manufacturer |

defect; however the lot was released to the market by the Quality Unit on 1/28/08 following the visual inspection. There was no documented evaluation of the approximately 89 lots that remained on the market at the time of inspection.

b. ▓▓▓ and ▓▓▓ USP 50mg (base)/0.5mg (base) were manufactured with an overage of approximately 9% ▓▓▓. The master batch record, "incorrectly corrected" the moisture content for the ▓▓▓ which led to the overage for batches manufactured from 9/8/05 until 3/25/08. Additionally, the laboratory practice was to ▓▓▓ for ▓▓▓ however the method did not correct for ▓▓▓ so the analysis did not reveal the overage. The Quality Assurance investigation was incomplete at the time of inspection despite the known manufacturing overage. There was no documented evaluation of the approximately ▓ batches that remained on the market at the time of inspection.

COPY

**OBSERVATION 3**

There is a failure to thoroughly review the failure of a batch or any of its components to meet any of its specifications whether or not the batch has been already distributed.

Specifically, the following products do not meet finished product or stability specifications throughout the products marketed expiry:

a. Out of specification assay results for ▓▓▓ at the 12-month ▓▓▓ and 18-month ▓▓▓ stability stations were obtained on 8/21/07 and 1/16/08, respectively for ▓▓▓ an annual stability lot. ▓▓▓ retention samples were also out of specification for assay of ▓▓▓ Although QA investigation ▓▓▓ (initiated 7/20/07 and approved 11/9/07), revealed a manufacturing problem resulting in variability of the tablet bilayers for ▓▓▓ the QA investigations for the stability out of specification results were not completed. There was no evaluation of the approximately ▓ batches on the market at the time of inspection and no evaluation of other bilayer products.

| SEE REVERSE<br>OF THIS PAGE | *Eric D. McCaffery* (signature) | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (P-07) | PREVIOUS EDITION OBSOLETE  INSPECTIONAL OBSERVATIONS | PAGE 2 OF 16 PAGES |

Confidential

ACTAV 000028226

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor Parsippany, NJ 07054 (973) 331-4900 Fax:(973) 331-4969 | 03/18/2008  05/20/2008* FEI NUMBER 2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED TO: Robert Wessman, CEO | COPY |
| FIRM NAME Actavis Totowa LLC | STREET ADDRESS 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY Totowa, NJ 07512 | TYPE ESTABLISHMENT INSPECTED Pharmaceutical Manufacturer |

b. An out of specification assay value for ▓▓▓▓ was obtained on 7/25/07 at the 24-month ▓▓▓▓ time point for ▓▓▓▓ an annual stability lot. ▓▓▓▓ concludes, "No other batches are impacted by this stability failure." A second stability out of specification assay result, ▓▓▓▓ was obtained on 12/3/07 at the 24-month ▓▓▓▓ time point for ▓▓▓▓ There was no evaluation of the approximately ▓ batches on the market at the time of inspection.

c. Out of specification assay and impurity results were obtained on 11/13/07 for ▓▓▓▓ at the 24-month ▓▓▓▓ time point, ▓▓▓▓ impurity result: ▓▓▓▓ unknown impurity ▓▓▓▓ Out of specification impurity results were also obtained on 12/26/07 during the testing of ▓▓▓▓ an annual stability lot, at the 18-month ▓▓▓▓ time point, (unknown impurities ▓▓▓▓ The Quality Assurance investigations were not completed and there was no evaluation of the ▓ batches remaining on the market at the time of inspection.

d. Out of specification assay results were obtained on 12/4/07 for ▓▓▓▓ at the 18-month ▓▓▓▓ time point (assay results ▓▓▓▓ They were confirmed by re-measurement and retest; however the laboratory and Quality Assurance investigations were not completed and approved. No evaluation of the ▓ batches remaining on the market had been made at the time of the inspection.

e. On 2/8/08 and 2/27/08, the 2006 and 2007 annual stability batches were out of specification for the known degradant ▓▓▓▓ during the testing of ▓▓▓▓ USP, 1mg and 2mg. The product has a 24 month expiry for both strengths. There was no completed QA investigation and no evaluation of the approximately ▓ batches of 1mg and ▓ batches of 2mg ▓▓▓▓ that were on the market at the time of inspection.

| SEE REVERSE OF THIS PAGE | Eric D. McCaffery | DATE ISSUED 05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE INSPECTIONAL OBSERVATIONS | PAGE 3 OF 16 PAGES |

Confidential

ACTAV 000028227

| | DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|---|
| | FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor Parsippany, NJ 07054 (973) 331-4900 Fax:(973) 331-4969 | | 03/18/2008 - 05/20/2008* |
| | | FEI NUMBER |
| | | 2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | | |
| TO: Robert Wessman, CEO | | COPY |
| FIRM NAME | STREET ADDRESS | |
| Actavis Totowa LLC | 990 Riverview Drive | |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED | |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer | |

| Packaged stability lot number (package size) | Strength | ▓ | Specification (%) | Stability Station | Date of OOS |
|---|---|---|---|---|---|
| ▓ (100's) | 2mg | ▓ | ▓ | 15 months | 2/27/08 |
| ▓ (100's) | 1mg | ▓ | ▓ | 24 months | 2/27/08 |
| ▓ (500's) | 1mg | ▓ | ▓ | 24 months | 2/27/08 |
| ▓ (100's) | 1mg | ▓ | ▓ | 12 months | 2/8/08 |
| ▓ (500's) | 1mg | ▓ | ▓ | 12 months | 2/8/08 |

f. On 1/4/08, an out of specification stability result was received for the known degradation product, ▓ during the testing of ▓ at the 15-month ▓ time point ▓. On 2/26/08, a second set of out of specification results for ▓ was obtained during the testing of ▓ 15 mg and 30 mg stability lot#s ▓ (15 mg ▓ (result ▓ and ▓ There was no completed QA investigation and no evaluation of the approximately ▓ batches of 15mg and ▓ batches of 30mg ▓ remaining on the market at the time of the inspection.

g. Out of specification results for a known impurity, ▓ were obtained for ▓ at the 18-month ▓ time point on 10/3/07. The Quality Assurance Director in QA investigation ▓ indicated that the only other batch on the market, ▓ (a stability batch), is "currently well within specifications" however, in the same report, it notes, "specifications are set too low for the 1.5mg product." Out of specification stability results for the known impurity, ▓ were again obtained on 3/26/08 for ▓ respectively at the 24-month ▓ time point. The Quality Assurance investigation remains incomplete. The impact of the out of specification stability results on the approximately ▓ batches on the market at the time of inspection ▓ lot of 1.5mg and ▓ lots of 3.0mg) was not evaluated.

| SEE REVERSE OF THIS PAGE | *Eric D. McCaffery* | DATE ISSUED 05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/10) | PREVIOUS EDITION OBSOLETE  INSPECTIONAL OBSERVATIONS | PAGE 4 OF 16 PAGES |

Confidential

ACTAV 00002822E

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER<br>10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax: (973) 331-4969 | DATE(S) OF INSPECTION<br>03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>TO: Robert Wessman, CEO | COPY |
| FIRM NAME<br>Actavis Totowa LLC | STREET ADDRESS<br>990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY<br>Totowa, NJ 07512 | TYPE ESTABLISHMENT INSPECTED<br>Pharmaceutical Manufacturer |

h. Out of specification assay results were obtained for ▮▮▮▮ for ▮▮▮▮ on 8/3/07 at the 24 month, ▮▮▮▮ time point. The lot has a 36 month expiry. A degradant was observed during assay testing but was not quantified. There are no impurity specifications for the product on stability. A retention sample that was not maintained at ▮▮▮▮ was used to retest the batch and was in specification, however the Quality Unit approved a protocol to test additional retention samples at expiry on 10/10/07, which resulted in three additional out of specification assay result for Chlordiazepoxide at 36 months; (lot# ▮▮▮ assay avg. ▮▮▮▮, assay avg. ▮▮▮▮ Approximately ▮ batches with 36 month expiry and ▮ batches with 24 month expiry remained on the market at the time of inspection.

i. Out of specification (low) assay results for ▮▮▮▮ were obtained for the prescription vitamin ▮▮▮▮ (blister pack) at the 3-month, ▮▮▮▮ stability time point on 1/8/08 ▮▮▮▮ Out of specification assay results for ▮▮▮▮ were also obtained for lot# ▮▮▮▮ (blister pack) at the 12-month, ▮▮▮▮ time point on 2/26/08 ▮▮▮▮. There was no completed QA investigation and no evaluation of the approximately ▮ batches on the market at the time of inspection.

j. Out of specification (high) assay results for ▮▮▮▮ were obtained for the pediatric prescription vitamin ▮▮▮▮ Chewable Tablets, lot# ▮▮▮▮ (100's) at the 3-month, ▮▮▮▮ time point on 11/22/07 ▮▮▮▮. Investigation ▮▮▮▮ revealed that a calculation error in the analytical method occurred in which test results were calculated and reported as ▮▮▮▮ however the label claim was for ▮▮▮▮. Recalculation resulted in assay results within specification for stability batch ▮▮▮▮. Recalculations were not conducted until approximately 2 months later for five formulations of ▮▮▮▮ to evaluate the impact of the error. Four finished product lots, ▮▮▮▮ Chewable Tablets ▮▮▮▮, and four stability lots, ▮▮▮▮ Tablets ▮▮▮▮ were out of specification (low) by recalculation for ▮▮▮▮. The remaining 10 prescription vitamins containing ▮▮▮▮ had not been evaluated at the time of inspection.

| | | | |
|---|---|---|---|
| SEE REVERSE<br>OF THIS PAGE | *signature* | | DATE ISSUED<br>05/20/2008 |
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 5 OF 16 PAGES |

Confidential

ACTAV 00002822

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO: Robert Wessman, CEO | |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer |

COPY

k.  Out of specification (low) assay results for ▮▮▮▮ were obtained for ▮▮▮▮ an annual stability lot, at the 24-month, ▮▮▮▮ time point, ▮▮▮▮

In a repeat test conducted by a second analyst, the ▮▮▮▮ results were within specification but "borderline"; however the assay results of the third active ingredient, ▮▮▮▮ were out of specification ▮▮▮▮ assay ▮▮▮▮ There was no completed QA investigation and no evaluation of the approximately ▮ lots on the market

---

OBSERVATION 4

Determinations of conformance to appropriate written specifications for acceptance are deficient for in-process materials.

Specifically,

a. Although three out of specification results were obtained for blend uniformity at the "Right-Top" sample location for Digoxin Tablets 0.125 mg, lot#s 70148A (OOSN07-016), 70207A (OOSN07-022), and 70770A (OOSN07-116) on 2/20/07, 3/14/07 and 9/29/07; no manufacturing investigations were conducted. Additional samples were used to retest the blend and were reported. Lot# 70207A1 was released on 6/7/07 and lot# 70770A1 was released on 11/30/07 by the Quality Unit. Lot# 70148A was not released due to atypical content uniformity results.

b. Out of specification in-process results were obtained for friability of start-up and compression composite samples for ▮▮▮▮ on 10/12/07. Despite the in-process out of specification results the batch was released to the market on 2/5/08 by the Quality Unit.

c. Although approximately ▮ products were "temporarily discontinued" due to blend and/or content uniformity issues, there was no scientific rationale provided for the change of in-process blend uniformity specifications from ▮▮▮▮ to ▮▮▮▮

| SEE REVERSE OF THIS PAGE | *[signature]* Gary D. McCaffery | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE    INSPECTIONAL OBSERVATIONS | PAGE 6 OF 16 PAGES |

Confidential

ACTAV 0000282230

| DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER<br>10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900 Fax:(973) 331-4969 | DATE(S) OF INSPECTION<br>03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>TO: Robert Wessman, CEO | |
| FIRM NAME<br>Actavis Totowa LLC | STREET ADDRESS<br>990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY<br>Totowa, NJ 07512 | TYPE ESTABLISHMENT INSPECTED<br>Pharmaceutical Manufacturer |

COPY

   d. Out of specification in-process blend uniformity testing of ▮▮▮▮ 15mg, lot# ▮▮▮▮ was obtained on 3/3/07 ▮▮▮▮ Remeasurement confirmed the out of specification results ▮▮▮▮ No manufacturing investigation was conducted. A repeat test using a second set of blend samples resulted in an RSD of ▮▮▮▮ The batch was completed and released on 4/7/07.

**OBSERVATION 5**

Laboratory controls do not include the establishment of scientifically sound and appropriate specifications and test procedures designed to assure that components, in-process materials, and drug products conform to appropriate standards of identity, strength, quality and purity.

Specifically,

   a. Analytical method transfers for each method from the Little Falls, NJ Quality Control Laboratory to the new Totowa, NJ Quality Control Laboratory were not conducted. Only two types of analytical methods, HPLC and GC were used to support the analytical transfer of approximately ▮▮▮▮ in-process, finished product and stability methods. There were no analytical method transfers for such techniques as dissolution, atomic absorption, loss on drying, and blend testing.

   b. There is no analytical evaluation of impurities on stability for approximately ▮▮ prescription drug products such as ▮▮▮▮ ▮▮▮▮ Tablets, USP 1g, and ▮▮▮▮ Tablets to assure the strength, quality, and purity of the products throughout expiry.

   c. A stability out-of-specification result for the ▮▮▮▮ was observed during related substance testing of ▮▮▮▮ 10mg USP, lot# ▮▮▮▮ at the 24-month, ▮▮▮▮ time point. The impurity co-eluted with the solvent/placebo peak. Although it was determined that a new analytical method was required to adequately evaluate the product, the firm continued testing and releasing product to the marketplace. The Quality Assurance investigation was not completed at the time of inspection and approximately ▮▮ lots remained on the market.

   d. There is no assurance that all prescription ▮▮▮▮ products will maintain their labeled potency throughout expiry. Testing of all labeled ingredients on stability is not conducted.

| SEE REVERSE OF THIS PAGE | *Eric D. McCaffery* | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE   INSPECTIONAL OBSERVATIONS | PAGE 7 OF 16 PAGES |

Confidential

ACTAV 000028231

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>TO: Robert Wessman, CEO | |
| FIRM NAME<br>Actavis Totowa LLC | STREET ADDRESS<br>990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY<br>Totowa, NJ 07512 | TYPE ESTABLISHMENT INSPECTED<br>Pharmaceutical Manufacturer |

COPY

For example pediatric prescription multi-vitamins, ▮▮▮ with 0.25mg, 0.5mg, and 1.0mg ▮▮▮ and pre-natal prescription vitamins, ▮▮▮ with 27mg ▮▮▮ are not analyzed for ▮▮ on stability.

e. Out of specification or suspect test results for low assay were reported for ▮▮▮ Capsules, 100mg in ▮▮▮ dated 11/16/06, ▮▮▮ dated 7/3/07, ▮▮▮ dated 12/4/07 and ▮▮▮ dated 12/29/07. ▮▮▮ resulted in a confirmed 18-month out of specification stability result for assay; however the other investigations attributed the low assay results to "extraction issues" with the GC method and manufacturing investigations were not conducted. Although the need for method remediation has been documented for the GC extraction method for assay of ▮▮▮ Capsules, 100mg since 11/16/06, corrective actions have not been implemented. QA Investigation ▮▮▮ for the out of specification stability result obtained 12/4/07 remained in draft at the time of inspection.

**OBSERVATION 6**

Investigations of an unexplained discrepancy and a failure of a batch or any of its components to meet any of its specifications did not extend to other batches of the same drug product and other drug products that may have been associated with the specific failure or discrepancy.

Specifically,

a. Although QA investigation 07-093, dated 1/25/08, for double thick Digoxin Tablets 0.125mg, lot# 70924A1, did not establish a root cause for the defective tablets, the investigation was not expanded to evaluate all finished product lots or strengths of Digoxin Tablets. At the time of inspection there were approximately 89 lots of Digoxin Tablets 0.125mg and 78 lots of Digoxin Tablets 0.250mg on the market within expiry.

b. Although a tablet capping issue was identified for ▮▮▮ Tablets 5mg, lot# ▮▮▮ on 12/14/07 and was attributed to damaged punches and dies in QA investigation ▮▮▮ the investigation did not evaluate the impact on other finished product lots or strengths. Subsequently, ▮▮▮ additional lots of ▮▮▮ Tablets exhibited tablet capping, (30mg) lot# ▮▮▮ QA investigations ▮▮▮ for capping of ▮▮▮ Tablets conclude that no other batches are impacted. Manufacturing of all strengths of ▮▮▮ Tablets continued despite the capping issues.

| SEE REVERSE OF THIS PAGE | [signature] Eric D. McCafferty | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE    INSPECTIONAL OBSERVATIONS | PAGE 8 OF 16 PAGES |

Confidential

ACTAV 000028232

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**FOOD AND DRUG ADMINISTRATION**

| | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax: (973) 331-4969 | 03/18/2008 - 05/20/2008<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO: Robert Wessman, CEO | |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer |

COPY

c. Although an out of specification assay value ▮▮▮▮▮ was obtained at the 24-month ▮▮▮▮▮ testing time point for ▮▮▮ Capsules 30 mg, lot# ▮▮▮ on 7/25/07, QA Investigation ▮▮▮ concludes, "No other batches are impacted by this stability failure." No root cause was identified and the investigation was not expanded to evaluate all finished product lots of ▮▮▮▮▮ Capsules. There are currently ▮▮ lots of ▮▮▮▮▮ Capsules 30 mg on the market within expiry.

d. An error was identified in the formula calculation for ▮▮▮▮▮ during the testing of the pediatric prescription ▮▮▮▮▮ with 1.0 mg ▮▮▮▮▮ at the 3-month ▮▮▮▮▮ test point on 11/22/07. It resulted in ▮▮▮ assay values being reported approximately ▮▮ higher than the actual assay value for all lots. Although a planned deviation was written 1/17/08 to correct the calculation for ▮ different pediatric multi-vitamin prescription formulations containing ▮▮▮▮▮ the QA investigation ▮▮▮ was not initiated until 2/14/08 and only evaluated other lots of ▮▮▮▮▮ The investigation failed to evaluate all products which contain ▮▮▮▮▮ In addition, the QA investigation, which remains incomplete, describes the impact of the deviation on batches as "Since these are non-ANDA products, and the assay results would fall below the specification, there is no significant impact as a result of this deviation."

## OBSERVATION 7

An NDA-Field Alert Report was not submitted within three working days of receipt of information concerning a failure of one or more distributed batches of a drug to meet the specifications established for it in the application.

Specifically, field alert reports for the following products with confirmed stability out of specification results were not submitted within three working days of receipt of information:

a. ▮▮▮▮▮ Capsules, 30mg (ANDA ▮▮▮ 24-month ▮▮▮▮▮ lot# ▮▮▮ (1000 count), was out of specification for high assay on 7/25/07. ▮▮▮ Capsules, 30mg, 24-month, ▮▮▮▮▮ (100 count), was out of specification for high assay on 11/30/07. The field alert report was filed 4/24/08, during the inspection.

| | | |
|---|---|---|
| SEE REVERSE OF THIS PAGE | *[signature]* Eric D McCaffery | DATE ISSUED<br>05/20/2008 |
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE    INSPECTIONAL OBSERVATIONS | PAGE 9 OF 16 PAGES |

Confidential

ACTAV 0000282332

| | |
|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES** | |
| **FOOD AND DRUG ADMINISTRATION** | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax: (973) 331-4969 | 03/18/2008 - 05/20/2008<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO:  Robert Hessman, CEO | |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer |

COPY

b. ███████ (Micronized) Tablets USP 1.5mg, (ANDA ███), 18-month, ███████ lot# ███ (100 count) was out of specification for a known impurity, ███ on 10/3/07. The field alert report was filed 11/29/07.

c. ███████████████████ Tablets USP 50mg/0.5mg, (ANDA ███) 9-month, lot# ███ was out of specification for assay of ███ on 1/3/08. The field alert report was filed 2/3/08.

d. ███████ Orally Disintegrating Tablets, 15mg, (ANDA ███), 15-month, ███████ lot# ███ (blister pack) was out of specification for a known degradant, ███ on 1/4/08. The field alert report was filed 4/4/08, during the inspection.

**OBSERVATION 8**

Written records are not always made of investigations into unexplained discrepancies and the failure of a batch or any of its components to meet specifications.

Specifically, Quality Assurance investigations are not documented at the time of occurrence and are not completed in a timely manner as required by SOP ███ Investigation of Deviations, dated 11/3/06. For example:

a. There is no completed Quality Assurance investigation into the formulation and analytical method calculation errors that led to the overage of approximately 9% ███ for all batches of ███████████████ Tablets, USP, 50mg (base)/0.5mg (base) from 9/8/05 until 3/25/08. The out of specification 9-month assay results for lot# ███ were obtained 1/3/08 and the formulation error began 9/8/05.

b. There was no completed Quality Assurance investigation into the two out of specification assay results for ███████████████ Tablets, 200/325/16mg, lot# ███ obtained 8/21/07 and 1/16/08, respectively for the 12 and 18-month stability time points. A bilayer manufacturing problem was identified 8/28/07 in OOSN ███ regarding an out of specification acceptance value for ███ in ███ ███████████████ Tablets, 200/325/16mg, lot# ███ Despite the known bilayer manufacturing problem and stability out of specification results, the Master Production Record was not placed on hold until 2/29/08 and the Master Production Record for another bilayer product, ███████ Tablets 200/325mg, was not placed on hold until 4/7/08, during the inspection.

| | | | |
|---|---|---|---|
| SEE REVERSE<br>OF THIS PAGE | *Glen D. McCaffery* (signature) | | DATE ISSUED<br>05/20/2008 |
| FORM FDA 483 (04/07) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 19 OF 16 PAGES |

Confidential

ACTAV 000028234

| | |
|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900  Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008* |
| | FEI NUMBER |
| | 2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO: Robert Wessman, CEO | |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ  07512 | Pharmaceutical Manufacturer |

COPY

c. No QA investigation was initiated following the confirmed stability out of specification known impurity, ▊▊▊ at the 15-month time point for ▊▊▊ Orally Disintegrating Tablets, 15mg, lot# ▊▊▊ on 1/4/08. Three additional out of specification stability results were obtained for lot#s ▊▊▊ (9-month), ▊▊▊ (6-month), and ▊▊▊ Disintegrating Tablets, 30mg, lot# ▊▊▊ on 2/26/08 for the same known impurity. The QA investigation remained in draft during the inspection.

d. There was no completed Quality Assurance investigation into the 3-month and 12-month stability out of specification ▊▊▊ assay results for ▊▊▊ lot#s ▊▊▊ obtained 1/11/08 and 2/28/08, respectively.

e. There was no Quality Assurance investigation initiated for the discrepancy between the required stability time points as documented in the stability protocol versus the actual time points listed in the electronic stability program. The impact on other stability studies was not assessed. For example:

  i. The 9-month and 18-month stability stations were not originally included in the electronic stability program for ▊▊▊ 5mg, lot# ▊▊▊ ▊▊▊. The time points were added on 10/30/07, approximately three weeks after the 9-month stability test date, 10/9/07, for lot# ▊▊▊.

  ii. The 18-month stability station was not originally included in the electronic stability program for ▊▊▊ Tablets Lot # ▊▊▊ blister pack.

f. No QA investigation was initiated when an operator observed grease visibly trickling off of the tablet press during the compression of ▊▊▊ Tablets, 5 mg, lot# ▊▊▊ compressed from 9/18/07-9/23/07. QA investigation ▊▊▊ was subsequently initiated for the lot on 10/3/07 due to the presence of black spots on the tablets, observed during the packaging operation.

| SEE REVERSE OF THIS PAGE | [signature] Eric A McCaffery | DATE ISSUED 05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE   INSPECTIONAL OBSERVATIONS | PAGE 11 OF 16 PAGES |

Confidential

ACTAV 00002823⁵

| DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER<br>10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900 Fax:(973) 331-4969 | DATE(S) OF INSPECTION<br>03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>TO: Robert Wessman, CEO | |
| FIRM NAME<br>Actavis Totowa LLC | STREET ADDRESS<br>990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY<br>Totowa, NJ 07512 | TYPE ESTABLISHMENT INSPECTED<br>Pharmaceutical Manufacturer |

COPY

**OBSERVATION 9**

Written production and process control procedures are not followed in the execution of production and process control functions and documented at the time of performance.

Specifically,

a. SOP ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ requires completion of investigations within 20 working days. If an extension is needed, a memo to file describing the progress and the target completion date is required. Numerous Quality Assurance investigations remained open during the inspection including investigations of out of specification finished product and stability out of specification results such as ▓▓▓▓▓▓ ▓▓▓▓▓ Tablets, USP, lot# ▓▓▓▓ initiated 9/4/07, ▓▓▓▓▓▓▓▓▓▓ lot#s ▓▓▓ and ▓▓▓ initiated 12/11/07. Extension memos were routinely written and approved by the Quality Unit with no justification or description of the investigation progress or potential impact on other product on the market.

b. SOP ▓▓▓▓ Revision 12, Investigation of Out of Specification and Suspect Test Results, dated 7/26/07 does not clearly identify the steps to be taken or samples to be tested by each analyst in an investigation of out of specification or suspect test results. Although solutions are suggested for re-measurement, there is no requirement to evaluate the original tablet grind material when testing a tablet product. Additionally, manufacturing investigations are not initiated at that time of retesting.

c. SOP ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ requires the filing of a Field Alert within three working days after receipt of information (confirmed or unconfirmed) for such issues as stability failures or any other significant chemical, physical or other change in a distributed product. The procedure was not followed in that field alerts were not filed within three working days. For example: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 30mg, lot# ▓▓▓▓▓▓ which was filed approximately 9 months after the out of specification stability result and ▓▓▓▓▓▓▓ Orally Disintegrating Tablets, lot# ▓▓▓▓ which was filed approximately 3 months after the out of specification stability result.

| SEE REVERSE OF THIS PAGE | *Edward D McCaffery* (signature) | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE INSPECTIONAL OBSERVATIONS | PAGE 12 OF 16 PAGES |

Confidential

ACTAV 00002823E

| DEPARTMENT OF HEALTH AND HUMAN SERVICES |  |
|---|---|
| FOOD AND DRUG ADMINISTRATION |  |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900   Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |  |
| TO:   Robert Wessman, CEO | COPY |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ   07512 | Pharmaceutical Manufacturer |

**OBSERVATION 10**

Changes to written procedures are not reviewed and approved by the quality control unit.

Specifically,

Changes are not all captured within the formal change control system. Changes that are documented in Work Orders are not reviewed and approved by the Quality Unit. In addition, documentation of justification for changes within the change control system is required by SOP ▓▓▓▓▓▓▓ but this justification is lacking in detail with respect to product quality. For example:

a. Work Order Forms, which are not reviewed and approved by the Quality Unit, are issued when transferring equipment from one facility to another and when equipment is not functioning properly. For example:

   i. The Quality Unit did not review and approve Work Order #1001 or Work Order #1039, issued on 12/27/07 and 2/12/08, respectively, to document the transfer of the 3 cu.ft. V-Blender, used for the production of Digoxin Tablets, from the Little Falls, NJ manufacturing facility to the Riverview, NJ manufacturing facility. No formal qualification was conducted following the movement of the blender from one site to another.

   ii. The Quality Unit did not review and approve Work Order ▓▓▓ opened on 3/31/08, to document "the linear scale sensor on the ▓▓▓▓▓▓▓▓▓▓▓ is not working". A new sensor was ordered, but no evaluation for potential product impact was made. ▓▓▓▓▓ Tablets, batch# ▓▓▓▓▓ were manufactured on the equipment from 3/29/08-4/3/08. There is no notation of the work on the production record. Multiple formulations of pediatric prescription vitamins, ▓▓▓▓▓▓▓▓▓▓▓ were also recently manufactured using the equipment.

   iii. The Quality Unit did not review and approve Work Order ▓▓▓ opened on 4/4/08, to document ▓▓▓▓▓▓▓▓ is not working properly". The main bearing was replaced due to this work order, but there was no evaluation for potential product impact. ▓▓▓▓▓▓▓▓▓▓ USP 5mg, batch# ▓▓▓▓▓ was coated 4/1/08-4/4/08 on this equipment and was used for such other products as ▓▓▓▓▓▓▓ with 27mg ▓▓▓▓▓ ▓▓▓▓▓▓▓ Tablets, USP 75mg, and ▓▓▓▓▓ Tablets, 30mg.

| SEE REVERSE<br>OF THIS PAGE | *Eric D. McCaffery* | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE   INSPECTIONAL OBSERVATIONS | PAGE 13 OF 16 PAGES |

Confidential

ACTAV 000028237

| DEPARTMENT OF HEALTH AND HUMAN SERVICES FOOD AND DRUG ADMINISTRATION | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER<br>10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900 Fax:(973) 331-4969 | DATE(S) OF INSPECTION<br>03/18/2008 - 05/20/2008*<br>FEI NUMBER<br>2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED<br>TO: Robert Wessman, CEO | |
| FIRM NAME<br>Actavis Totowa LLC | STREET ADDRESS<br>990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY<br>Totowa, NJ 07512 | TYPE ESTABLISHMENT INSPECTED<br>Pharmaceutical Manufacturer |

COPY

b. The justification for making changes within the change control system is not documented or is incomplete. For example:

  i No justification is included in Change Control Request Form ▮▮▮▮ regarding a change in chromatographic column in the analysis of ▮▮▮▮ USP 10 mg and 20 mg. This change involved the replacement of the chromatographic column used for Assay and Impurity testing. The use of the new column with the existing analytical method resulted in co-elution of chromatographic peaks during impurity testing.

  ii Although Change Control Request Form ▮▮▮▮ initiated on 3/17/08, was used to remove erroneous calculations which led to the overcharge of ▮▮▮▮ USP, 50mg/0.5mg, the justification for the change was not documented in the change control.

  iii Change Control Request Form ▮▮▮▮ was initiated on 2/20/08 in order to change the container and closure for ▮▮▮▮ 5mg/1.5mg to address out-of-specification impurity results on stability; however the change control does not include the justification for the proposed change.

**OBSERVATION 11**

Drug product production and control records, are not reviewed and approved by the quality control unit to determine compliance with all established, approved written procedures before a batch is released or distributed.

Specifically,

Investigations of Deviation Reports require a review by Quality Assurance, an approval by Regulatory Affairs/Quality Compliance and an approval of product disposition by the Head of Quality Assurance. On multiple occasions, these three signatories were completed by the same individual. For example:

  a. Investigation of Deviation Report #07-093, regarding double thick Digoxin Tablets 0.125 mg, lot #70924A1, was signed by the Director of Quality Assurance under the sections designated for Quality Assurance, Regulatory Affairs/Quality Compliance and the Head of Quality Assurance.

  b. Investigation of Deviation Report ▮▮▮▮ regarding capped tablets observed during the packaging of ▮▮▮▮ USP 5 mg, lot # ▮▮▮▮ was signed by the

| SEE REVERSE OF THIS PAGE | *signature: Eric D. McCafferty* | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/93) | PREVIOUS EDITION OBSOLETE INSPECTIONAL OBSERVATIONS | PAGE 14 OF 16 PAGES |

Confidential

ACTAV 00002823

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ 07054<br>(973) 331-4900 Fax:(973) 331-4969 | 03/18/2008 - 05/20/2008 |
| | FEI NUMBER |
| | 2244683 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO: Robert Wessman, CEO | |
| FIRM NAME | STREET ADDRESS |
| Actavis Totowa LLC | 990 Riverview Drive |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Totowa, NJ 07512 | Pharmaceutical Manufacturer |

Director of Quality Assurance under the sections designated for Quality Assurance, Regulatory Affairs/Quality Compliance and the Head of Quality Assurance.

c. Investigation of Deviation Report ▮▮▮▮ regarding out of specification assay test results for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Tablets 200/325/16 mg, lot# ▮▮▮▮ at the 12-month ▮▮▮▮▮▮▮▮▮▮▮▮ station was observed 8/21/07 and was signed by the Director of Quality Assurance on 3/7/08 under the sections designated for Quality Assurance and Regulatory Affairs/Quality Compliance. The section for Product Disposition to be signed by and the Head of Quality Assurance is currently not signed.

d. Investigation of Deviation Report ▮▮▮▮ regarding discoloration of ▮▮▮▮▮▮▮▮▮ with 1.0 mg ▮▮▮▮▮▮▮▮▮▮▮▮▮ at the 24-month ▮▮▮▮▮▮▮▮▮▮ station was signed by the Senior Manager Quality & Investigation on 3/25/08 under the sections designated for Quality Assurance, Regulatory Affairs/Quality Compliance and the Head of Quality Assurance.

COPY

| SEE REVERSE OF THIS PAGE | *(signature)* Eric D. McCaffery | DATE ISSUED<br>05/20/2008 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE INSPECTIONAL OBSERVATIONS | PAGE 15 OF 16 PAGES |

Confidential

ACTAV 00002823⁹

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## FOOD AND DRUG ADMINISTRATION

**DISTRICT ADDRESS AND PHONE NUMBER**
10 Waterview Blvd., 3rd Floor
Parsippany, NJ 07054
(973) 331-4900  Fax: (973) 331-4969

**DATE(S) OF INSPECTION**
03/18/2008 - 05/20/2008*

**FEI NUMBER**
2244683

**NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED**
TO: Robert Wessman, CEO

**FIRM NAME**
Actavis Totowa LLC

**STREET ADDRESS**
990 Riverview Drive

**CITY, STATE, ZIP CODE, COUNTRY**
Totowa, NJ 07512

**TYPE ESTABLISHMENT INSPECTED**
Pharmaceutical Manufacturer

---

* DATES OF INSPECTION:
03/18/2008(Tue), 03/19/2008(Wed), 03/20/2008(Thu), 03/24/2008(Mon), 03/25/2008(Tue), 03/26/2008(Wed), 03/27/2008(Thu), 04/01/2008(Tue), 04/02/2008(Wed), 04/03/2008(Thu), 04/07/2008(Mon), 04/08/2008(Tue), 04/09/2008(Wed), 04/14/2008(Mon), 04/15/2008(Tue), 04/16/2008(Wed), 04/17/2008(Thu), 04/22/2008(Tue), 04/23/2008(Wed), 04/29/2008(Tue), 05/02/2008(Fri), 05/07/2008(Wed), 05/08/2008(Thu), 05/13/2008(Tue), 05/14/2008(Wed), 05/20/2008(Tue)

---

**FDA EMPLOYEES' NAMES, TITLES, AND SIGNATURES:**

*[signature]*
Erin D. McCaffery, Investigator

*[signature]*
Kristy A. Zielny, Investigator

COPY

| SEE REVERSE OF THIS PAGE | | DATE ISSUED 05/20/2008 |
|---|---|---|

FORM FDA 483 (04/07)  PREVIOUS EDITION OBSOLETE  INSPECTIONAL OBSERVATIONS  PAGE 16 OF 16 PAGES

Confidential

ACTAV 0000282410