# EXHIBIT 70


Form Approved: OMB No. 0910-0001. Expiration Date: November 30, 2001
See OMB Statement on Reverse.

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | TO: (NAME AND ADDRESS OF DISTRICT)<br>NJ District (NWJ-DO)<br>Waterview Corporate Center<br>10 Waterview Blvd.<br>Parsipanny, NJ 07054 |
|---|---|

# NDA-FIELD ALERT REPORT

**TYPE OF REPORT**   [X] Initial   [ ] Follow-Up   [ ] Final

In accordance with Section 314.81 (b)(i) and (ii) of the New Drug and Antibiotic Regulations (21 CFR 314) promulgated under the Federal Food, Drug and Cosmetic Act, as amended, the following information is herewith submitted:

1. **NDA/ANDA - ANTIBIOTIC FORM 5/6 NO.**
   40-282

2. **GENERIC NAME OF DRUG PRODUCT**
   Digoxin Tablets 0.25 mg

3. **TRADE NAME (if any) OF DRUG PRODUCT**
   Digitek Tablets 0.25 mg

4. **DOSAGE FORM, STRENGTH AND PACKAGE SIZE(S)**
   Tablets 0.25 mg

5. **LOT NUMBER(S)**
   3611A

6. **EXPIRATION DATE(S) OF DRUG PRODUCTS**
   Dec 2004

7. **DATE WHEN NOTIFIED ABOUT PROBLEM(S) OR WHEN PROBLEM(S) FIRST BECAME KNOWN TO APPLICATION HOLDER**
   Initial 5/17/04   Samples received 7/6/04.

8. **SOURCE(S) OF REPORT**
   Pharmacist

9. **PROBLEM(S) ASSOCIATED WITH DRUG PRODUCT**
   Thick Tablet

10. **PROBABLE CAUSE(S) OF PRODUCT PROBLEM(S)**
    Initial Set up of the tablet press

11. **CORRECTIVE ACTION(S) TAKEN (if any) TO PREVENT RECURRENCE OF PROBLEM(S)**
    Clearance checks initiated and documented by production and Quality Assuranc

12. **REMARKS**

NOTE: FOR ITEMS 9, 10, 11, AND 12, SEPARATE NARRATIVE REPORTS MAY BE ATTACHED IF DESIRED.

**REPORTING ESTABLISHMENT**

**NAME AND MAILING ADDRESS (Include ZIP Code)**
Amide Pharmaceutical, Inc.
101 East MAin Street
Little Falls, NJ 07424

**NAME AND TITLE OF AUTHORIZED REPRESENTATIVE**
Jasmine Shah, Dir. Reg Affairs

**TELEPHONE (Include Area Code)**
(973)890-1440

**SIGNATURE OF AUTHORIZED REPRESENTATIVE**

**DATE SUBMITTED**
7/13/04

FORM FDA 3331 (12/98)   PREVIOUS EDITION IS OBSOLETE

Confidential Subject to Protective Order

ACTAV 001869279

| | |
|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br>**NDA-FIELD ALERT REPORT** | Form Approved: OMB No. 0910-0001. Expiration Date: November 30, 2001<br>See OMB Statement on Reverse.<br>TO: *(NAME AND ADDRESS OF DISTRICT)*<br>NJ District (NWJ-DO)<br>Waterview Corporate Center<br>10 Waterview Blvd.<br>Parsipanny, NJ 07054 |

TYPE OF REPORT: ☐ Initial   ☐ Follow-Up   ☒ Final

In accordance with Section 314.81 (b)(i) and (ii) of the New Drug and Antibiotic Regulations (21 CFR 314) promulgated under the Federal Food, Drug and Cosmetic Act, as amended, the following information is herewith submitted:

1. NDA/ANDA - ANTIBIOTIC FORM 5/6 NO.
   40-282

2. GENERIC NAME OF DRUG PRODUCT
   Digoxin Tablets 0.25 mg

3. TRADE NAME *(if any)* OF DRUG PRODUCT
   Digitek Tablets 0.25 mg

4. DOSAGE FORM, STRENGTH AND PACKAGE SIZE(S)
   Tablets 0.25 mg

5. LOT NUMBER(S)
   3611A

6. EXPIRATION DATE(S) OF DRUG PRODUCTS
   Dec 2004

7. DATE WHEN NOTIFIED ABOUT PROBLEM(S) OR WHEN PROBLEM(S) FIRST BECAME KNOWN TO APPLICATION HOLDER
   Initial 5/17/04   Samples received 7/6/04.

8. SOURCE(S) OF REPORT
   Pharmacist

9. PROBLEM(S) ASSOCIATED WITH DRUG PRODUCT
   Thick Tablet

10. PROBABLE CAUSE(S) OF PRODUCT PROBLEM(S)
    Initial Set up of the tablet press

11. CORRECTIVE ACTION(S) TAKEN *(if any)* TO PREVENT RECURRENCE OF PROBLEM(S)
    Clearance checks initiated and documented by production and Quality Assuranc

12. REMARKS

NOTE: FOR ITEMS 9, 10, 11, AND 12, SEPARATE NARRATIVE REPORTS MAY BE ATTACHED IF DESIRED.

**REPORTING ESTABLISHMENT**

NAME AND MAILING ADDRESS *(Include ZIP Code)*
Amide Pharmaceutical, Inc.
101 East MAin Street
Little Falls, NJ 07424

NAME AND TITLE OF AUTHORIZED REPRESENTATIVE
Jasmine Shah, Dir. Reg Affairs

TELEPHONE *(Include Area Code)*
(973) 890-1440

SIGNATURE OF AUTHORIZED REPRESENTATIVE
[signature]

DATE SUBMITTED
8/16/04

FORM FDA 3331 (12/98)   PREVIOUS EDITION IS OBSOLETE   Created by Electronic Document Services/USDHHS: (301) 443-2454   EF

Confidential Subject to Protective Order

ACTAV 001869280

# Amide Pharmaceutical, Inc.
101 E. Main Street, Little Falls, NJ 07424 • Ph:(973) 890-1440 • Fax:(973) 890-7980

June 8, 2004

Amin Nanji
Rite Aid Pharmacy #5238
220 36th street
Bellington, WA 98222

RE:   Digoxin Tablets 0.25
      Amide Complaint # C04-016
      Mylan Complaint # 2004S1001417

Dear Mr. Nanji:

In reference to your inquiry regarding thick Digoxin Tablets, Review of our production and manufacturing batch records do not indicate any problem during the manufacture of this batch. Please provide the sample for our evaluation so we may investigate the cause.

Thank you for bringing this to our attention and we apologize for this inconvenience. If you need any further information please contact us at (973)890-1440.

Sincerely,
AMIDE PHARMACEUTICAL, INC.

Jasmine Shah, MS, R.Ph.
Director of Regulatory Affairs

Confidential Subject to Protective Order

ACTAV 001869281

# Amide Pharmaceutical, Inc.
101 E. Main Street, Little Falls, NJ 07424 • Ph:(973) 890-1440 • Fax:(973) 890-7980

July 13, 2004

Amin Nanji
Rite Aid Pharmacy #5238
220 36th street
Bellington, WA 98222

RE:   Digoxin Tablets 0.25
      Amide Complaint # C04-016
      Mylan Complaint # 2004S1001417

Dear Mr. Nanji:

In reference to your inquiry regarding thick Digoxin Tablets, Amide has completed its review of the complaint and following is our conclusion.

Review of the returned sample indicates that the tablets was thicker than normal. Amide conducted an investigation and concluded that the thick tablet may have been produced at the setup of the compression machine. Normal procedure is to reject all tablets manufactured at the set up stage and take Quality Assurance Approval. It may have been possible that a tablet may have been left in the tablet vibrator during the initial setup and may have passed undetected. This is an isolated incident and Amide has not received any other complaints regarding this. Amide has revised procedures to check the machines prior to start of compression.

Thank you for bringing this to our attention and we apologize for this inconvenience. If you need any further information please contact us at (973)890-1440.

Sincerely,
AMIDE PHARMACEUTICAL, INC.

Jasmine Shah, MS, R.Ph.
Director of Regulatory Affairs

Confidential Subject to Protective Order

ACTAV 001869282

AMIDE PHARMACEUTICAL, INC.

CUSTOMER COMPLAINT REPORT FORM

DATE RECEIVED  5/17/04                    COMPLAINT NO. C04-016

PRODUCT  Digoxin Tablets.

SIZE _____  LOT NO. 3611A1    EXP. DATE 11/05

COMPLAINANT  Amin Nanji

ADDRESS  Rite Aid Pharmacy # 5238
         220 36th Street.
         Bellingham, WA 98222, USA

PHONE NO.  360-734-8254

NATURE OF COMPLAINT

One tablet with three times the thickness.

DOSAGE FORM _____   COMPLAINT CATEGORY _____

SAMPLE EVALUATION

DATE SAMPLE RECEIVED  7/6/04          RECEIVED VIA  mail

PHYSICAL EVALUATION

Tablet is thicker than normal.

EVALUATED BY  JS.                     DATE  7/7/04

Confidential Subject to Protective Order                              ACTAV 001869283

AMIDE PHARMACEUTICAL, INC.

CUSTOMER COMPLAINT REPORT FORM

PRODUCT __Digoxin Tablets__  COMPLAINT NO __04-08__

REGULATORY AFFAIRS EVALUATION

_Amide performs an investigation and the tablet may have been produced at the initial set up of machine. This is an isolated incident and may not be possible in normal production._

EVALUATED BY ___JS.___  DATE ___7/7/04.___

LABORATORY EVALUATION

_none_

EVALUATED BY _____  DATE _____

CONCLUSIONS AND FOLLOW UP

COMPLAINT VALID (Y/N) __yes__  REPORT REQUIRED __yes.__

COMMENTS _Submit Field Alert Report to FDA and also a copy of the investigation to FDA_

FOLLOW UP ACTION TAKEN

_none_

REPORT ISSUED BY ___JS.___  DATE ___7/13/04___

Confidential Subject to Protective Order

ACTAV 001869284

May-17-04  07:20am   From-MYLAN R AND D          3042856409           T-651   P.01/03   F-315



**MYLAN facsimile TRANSMISSION**

**to:** Jasmine Shah c/o Amide

**fax no:** 973-890-7980

**re:** Digitek

**date:** May 17, 2004

from the desk of...
**Ron Selders, R.Ph., MBA**
Director, Product Surveillance
MYLAN Pharmaceuticals Inc.
3711 Collins Ferry Road
Morgantown, WV 26505
TEL: 304-599-2595
FAX: 304-285-6446

You should receive **2 Page(s)** including this cover sheet. If you do not receive all the pages, please contact the number listed above.

Quality complaint (2004S1001417) received for the Amide-manufactured, Bertek-marketed Digitek tablets.

If you have any further questions, please contact me at 1(800)826-9526, Ext: 6694.

Thanks
Ron Selders, R.Ph., MBA
Director, Product Surveillance

**IMPORTANT:** The information contained in this FAX is confidential and/or privileged. This FAX is intended to be reviewed by only the individual(s) named above. If the reader of this FAX is not the intended recipient, you are hereby notified that any review, distribution or reproduction of this FAX or the information contained herein is prohibited. If you have received this FAX in error, please immediately notify the sender by telephone and return this FAX to the sender at the above address. Thank you.

Confidential Subject to Protective Order

ACTAV 001869285

May-17-04  07:20am    From-MYLAN R AND D         3042856409           T-651   P.02/03  F-315

# MYLAN PHARMACEUTICALS INC
P.O. Box 4310  Morgantown, West Virginia 26504-4310 U.S.A  (304)599-2595

## TELEPHONE LOG

Log Type: QUALITY     Complaint #: 2004S1001417

| | | | |
|---|---|---|---|
| Date: | 14-MAY-04 | Time: | 04:22pm |
| Call taken by: | MWBACZKO | | |
| Person calling: | Mr. Amin Nanji, RPh | | |
| Address: | Rite Aid Pharmacy # 5238<br>220 36th Street<br>Bellingham, WA 98225, USA | | |
| Phone number: | (360)734-8254 | Fax number: | |
| Product/strength: | 1. DIGITEK (DIGOXIN) TABLETS, 0.25MG | Lot #: 3611A1 | Exp Date: 11/05 |
| Product I.D.: | 1. YES | | |
| Classification: | Thick tablet | | |
| Date of event: | N/A | | |
| Patient ID/Initials: | N/A | | |
| Age: N/A | Sex: N/A | | Weight: N/A |
| Relevant tests: | N/A | | |
| Medical history: | N/A | | |
| Dose, frequency, route used: | N/A | | |
| Indication: N/A | | | |
| Therapy dates: | N/A | | |
| Concomitant medical products/dates: | N/A | | |
| Event abated after dose stopped: | N/A | | |
| Event reappeared after reintroduction: | N/A | | |

Conversation:                              Bertek BB
The pharmacist called regarding the Amide-manufactured, Mylan-marketed Digitek (digoxin) tablets, 0.25mg. The pharmacist reportedly found one tablet in the bottle that was three times the thickness of the standard tablet. The tablet contained the appropriate markings. The control number is documented above. Product is available for return. The pharmacist did not locate any additional tablets manufactured the same way. Product replacement was not requested.

*Forward to Amide

Reviewed By: _Beverly J. Bright_     Date: 5/14/04

Note: All telephone logs (product identification, complaints, product information) must be forwarded to the attention of Ron Selders, R.Ph., MBA.
Please deliver or fax any potential Quality complaints or Adverse Medical Events to (304) 285-6409.

Confidential Subject to Protective Order

ACTAV 001869286