# EXHIBIT 72

ACTAVIS TOTOWA LLC    Fax:19738907980    Jan 17 2007   9:41    P. 01



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Central Region

Food and Drug Administration
Waterview Corporate Center
10 Waterview Blvd., 3rd Floor
Parsippany, NJ 07054

Telephone (973) 526-6010

January 3, 2007

Mr. Divya C. Patel
President
Actavis Totowa, LLC
101 East Main Street
Little Falls, New Jersey 07424-5608

Dear Mr. Patel:

This will acknowledge our receipt of your correspondence dated September 6, 2006 and the additional revised procedures provided on October 25, 2006. These documents were submitted in response to the warning letter (06-NWJ-15) issued to your firm on August 15, 2006. Your responses will be made part of our official file.

New Jersey District has reviewed your response regarding the Adverse Drug Experience (ADE) reporting deficiencies. Your corrective actions and the revised procedures appear to be satisfactory. We will, however, confirm the adequacy of your corrective actions and assess the overall ADE reporting system during a future inspection.

The Center for Drug Evaluation and Research (CDER) will provide comments regarding your responses to the unapproved new drug charges cited in the warning letter.

If you have any questions or need additional information, you may contact me at the phone number or address listed above.

Sincerely,

Sarah A. Della Fave
Compliance Officer
New Jersey District

cc:   Mr. Nasrat Hakim
      Corporate Vice President of Quality
      Actavis/Purepac
      200 Elmora Avenue
      Elizabeth, New Jersey 07207



Confidential

ACTAV 000028845