IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK® PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

### DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' GENERAL LIABILITY EXPERTS

Defendants respectfully move this Court under Federal Rule of Evidence 702 to enter an Order precluding Plaintiffs' remaining four general liability experts—Mark Kenny, James Farley, David Bliesner, Ph.D., and Russell Somma, Ph.D.—from offering testimony in any of the remaining cases pending before MDL 1968, *In re: Digitek® Product Liability Litigation*. The experts' opinions are inadmissible because they are not based on "sufficient facts and data," are not relevant, and are not the product of a reliable methodology—all Rule 702 requirements.

For these reasons, supported by the exhibits that Defendants have attached to this Motion and others that Defendants attached to their General Background Statement (Doc. 522), Defendants respectfully request that this Court grant their Motion to Exclude.

### EXHIBITS ATTACHED TO THIS FILING

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| A | Mark Kenny Expert Report 6/15/10 |
| B | James Farley Expert Report 6/14/10 |
| C | David Bliesner, Ph.D. Expert Report 6/15/10 |
| D | Russell Somma, Ph.D. Expert Report 6/15/10 |
| E | February 24, 2010 E-mail Correspondence between Mark Kenny, Salvatore Romano, Ph.D., and Meghan Johnson Carter |
| F | Eugene C. Brooks IV, James Farley, James Everett Shipley, Jr., *Discovering the Cause of a Drug's Defect*, 44 TRIAL 46 (Nov. 2008). |

Defendants are also filing a Memorandum of Law in support of their Motion

Respectfully submitted,

GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:	(304) 345-7250
Fax:	(304) 345-9941
E-mail:	rabetts@agmtlaw.com

*Attorney for Defendants*

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:	(816) 559-2214
Fax:	(816) 421-5547
E-mail:	hkaplan@shb.com
E-mail:	mmcdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

TUCKER ELLIS & WEST LLP

By: _____
Richard A. Dean (Ohio Bar #0013165),
CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571;
Ohio Bar 0028389), CO-LEAD COUNSEL
925 Euclid Avenue, Suite 1150
Cleveland, Ohio  44115-1414
Tel:	(216) 592-5000
Fax:	(216) 592-5009
E-mail:	richard.dean@tuckerellis.com
	matthew.moriarty@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, a copy of the foregoing **DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' GENERAL LIABILITY EXPERTS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:     (304) 345-7250
Fax:    (304) 345-9941
E-mail:  rabetts@agmtlaw.com

*Attorney for Defendants*

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel:     (816) 559-2214
Fax:    (816) 421-5547
E-mail:  hkaplan@shb.com
E-mail:  mmcdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

TUCKER ELLIS & WEST LLP

By: _____Richard A. Dean_____
   Richard A. Dean (Ohio Bar #0013165),
   CO-LEAD COUNSEL
   Matthew P. Moriarty (WV Bar # 4571;
   Ohio Bar 0028389), CO-LEAD COUNSEL
   925 Euclid Avenue, Suite 1150
   Cleveland, Ohio 44115-1414
   Tel:     (216) 592-5000
   Fax:    (216) 592-5009
E-mail: richard.dean@tuckerellis.com
            matthew.moriarty@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*