# EXHIBIT E

## SpyGlass Group, Inc.

| | |
|---|---|
| **From:** | "Bessis, Marissa" <mbessis@motleyrice.com> |
| **Date:** | Thursday, June 24, 2010 9:39 AM |
| **To:** | "SpyGlass Group, Inc." <spyglass@ptd.net>; "Johnson Carter, Meghan" <mjohnson@motleyrice.com> |
| **Subject:** | RE: Invoice Payment |

Good morning,

I have spoken with our co-counsel's office and am informed that the check has been cut, and it is going out today.

Please send the next invoice when it's ready, and we will place it in line for payment.

Thanks so much for your patience!

**Marissa A. Bessis** | Legal Secretary | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**o.** 843.216.9283 | **f.** 843.216.9450 | mbessis@motleyrice.com

**From:** SpyGlass Group, Inc. [mailto:spyglass@ptd.net]
**Sent:** Thursday, June 24, 2010 8:58 AM
**To:** Johnson Carter, Meghan; Bessis, Marissa
**Subject:** Invoice Payment

Good morning,
Any update as to when the payment for the Spyglass invoice for Mark and Sal will be issued?

Also, should I send the next invoice tomorrow?

Thanks for you assistance in this matter.

Denise DeLongis
Spyglass Group, Inc.
908-713-9933

### Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.



6/28/2010

**SpyGlass Group, Inc.**

| | |
|---|---|
| **From:** | "Johnson Carter, Meghan" <mjohnson@motleyrice.com> |
| **Date:** | Wednesday, February 24, 2010 5:50 PM |
| **To:** | <Saljromano@aol.com> |
| **Cc:** | <spyglass@ptd.net> |
| **Subject:** | RE: CD |

Hi,
  I just got Mark's message and tried to call him back. We do have the batch records but there are approximately 170+ batches for Digoxin so that's quite a bit of paperwork for a review on your trip. I'm here for at least the next hour so give me a call if you have a chance. Thanks!

**Meghan Johnson Carter** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | mjohnson@motleyrice.com
**o.** 843.216.9383 | **c.** 843.834.4497 | **f.** 843.216.9450

---

**From:** Saljromano@aol.com [mailto:Saljromano@aol.com]
**Sent:** Wednesday, February 24, 2010 3:48 PM
**To:** Johnson Carter, Meghan
**Cc:** spyglass@ptd.net
**Subject:** Fwd: CD

Meg,
   Mark and I believe the batch records will be critical for us to review. How many batches were recalled?  Do you have all the batch records as pdf files?  We have lots to read now, but I think we'll have to have a look at the batch records soon.
                                                              Thanks    Sal

Salvatore J. Romano Ph.D.
V.P. The Spyglass Group
Home Office 908-369-0730

---

From: spyglass@ptd.net
To: Saljromano@aol.com
Sent: 2/24/2010 3:40:33 P.M. Eastern Standard Time
Subj: Re: CD

Sal - the actual batch records are extremely important.  Do you want me to request the information?

Mark

**From:** Johnson Carter, Meghan
**Sent:** Wednesday, February 24, 2010 2:44 PM
**To:** Saljromano@aol.com
**Cc:** spyglass@ptd.net ; Summers, Sandy
**Subject:** RE: CD

6/28/2010

Hi,

   We do have (many more ) additional documents but I wasn't sure where to start. Obviously, what we sent you is mainly dealing with the FDA inspections. After you get a feel for those we can send you whatever you need. If you are going through them and they don't seem like what you need just let me know. There is a lot of repeated information with the 483's and EIRS. I just didn't want to bombard you with tons of documents until you know what you are dealing with (and I know exactly what you need). Enjoy your trip and we can talk when you return. Thanks!

**Meghan Johnson Carter** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | mjohnson@motleyrice.com
**o.** 843.216.9383 | **c.** 843.834.4497 | **f.** 843.216.9450

---

**From:** Saljromano@aol.com [mailto:Saljromano@aol.com]
**Sent:** Wednesday, February 24, 2010 2:36 PM
**To:** Johnson Carter, Meghan
**Cc:** spyglass@ptd.net
**Subject:** CD

Meg,

   Mark and I received the docs on the CD.  Thanks.  We will be traveling starting Fri. until Mar. 9.  We intend to take the docs with us and review them on the trip. We'll have a conference call with you on our return with our preliminary opinion. We will have limited access to E-mail.

   Are these all the docs you have?  I remember you saying you had Batch Records , etc too.

                                                        Regards          Sal

Salvatore J. Romano Ph.D.
V.P. The Spyglass Group
Home Office 908-369-0730

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.