# EXHIBIT 1

Product Portfolio Management
Direct Dial: 304-554-5094
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505

----- Forwarded by Jill A Olexa/MGW/MYLAN on 04/30/2008 02:16 PM -----

"Barber, Albert 110 [IS03725]" <Albert.Barber@goldenliving.com>
04/30/2008 01:39 PM

To
Jill.Olexa@mylan.com
cc

Subject
RE: FW: Dig recall


Thanks Jill - however, this press release does not specify that this is a patient-level
recall. However, given that we have found these double-thickness products in one
of our facilities tells me that we should be returning and replacing with our pharmacy pr
oviders. Evidently, Pharmerica is still today refusing to replace in certain areas.
I plan to call each of my pharmacies today to verify their process. Any more info
that you can give me would be appreciated. I call the Stericycle 800 number yesterday
and the person I spoke to was not very informed.

From: Jill.Olexa@mylan.com [mailto:Jill.Olexa@mylan.com] Sent: Wednesday, April 30, 2008
12:51 PMTo: Barber, Albert 110 [IS03725]Subject: Re: FW: Dig recall
http://www.fda.gov/oc/po/firmrecalls/actavis04_08.html
Al, this press release was issued to all Mylan customers in conjunction with the
FDA. Our customers were instructed to notify their customers. Unsure what PharMerica's
processes were for notifying their customers. Perhaps the people at PharMerica who
monitor email alerts from the FDA on drug recalls could explain their protocols.
Hope this helps.
Jill --------------------------------------------------
Jill Olexa, RPh, CGP, FASCP
Senior Project Manager, Market Research
Product Portfolio Management
Direct Dial: 304-554-5094
Fax: 304-598-5406
Email: jill.abraham@mylanlabs.com
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505
"Barber, Albert 110 [IS03725]" <Albert.Barber@goldenliving.com>
04/30/2008 11:01 AM

Confidential Subject to Protective Order

DEFENDANT'S
EXHIBIT
59(A)

MYLN 000932682

To
jill.abraham@mylanlabs.com
cc

Subject
FW: Dig recall

Jill - see note below from one of our facilities in Massachusetts served by PharMerica in Brocton. Please make sure the pharmacies are aware that this is a patient-level recall. I am not sure that all LTC pharmacies are aware of this. As of late yesterday, PharMerica was telling us that this was pharmacy-level recall only. thanks

From: Urso, Jennifer 1 [BH04575] Sent: Wednesday, April 30, 2008 10:48 AM To: Ashcom, Jeannine [BH08522]; Balleza, Sharon 9 [BH08561]; Begley, Lorene [BH04830]; Brackett, Patricia 49 [BH04830]; Derleth, Kathleen [BH08524]; Farrell, Lynne 13 [BH048300]; Fidler, Stephanie [BH08563]; Hall, Laurie 72 [BH08563]; Huffman, Angela [BH08521]; Kabba, Zainabu 3 [BH04833]; Kenzakoski, Kimberly 30 [BH08523]; Kingsley, Sandra [BH08523]; Kovski, Theresa [BH08563]; Kreider, Cindy [BH08563]; Kupchinsky, Rosemarie 6 [BH04833]; Lowery, Karen; Metrick, Cheryl 89 [BH08563]; Morais, AnnMarie 41 [BH04830]; Nelson, Carolyn [BH08524]; Obert, Dolores 4 [BH02315]; Pierre-Louis, Soledad 11 [BH04830]; Raymer, Myra [Regional08522]; Rich, Dena 56 [BH08560]; Sefcik, Sherrye 135 [BH08563]; Sperrazza, Pauline [BH08523]; Sullivan, Melissa 4 [BH08524]; Sumner, Karen [BH08518]; Talley, Debbie [BH08518]; Torres, Susan 68 [BH04833]; Wade, Katherine [BH08522]; Ward, Debra 65 [BH04833]
Cc: Barber, Albert 110 [IS03725]; Coggins, Mark 43 [IS03725]; Meyer, Alfred 971 [BH04575]; Russell, Amy 12 [IS03725]; Warnock, Robert
Subject: Dig recall
Please be advised that Lynne Farrell, CSC reports finding a card of digoxin with one double thickness tablet at GL-Gloucester. The card had 4 tablets remaining - one of which she reported was obviously of double thickness. The facility is serviced by the PharMerica in Brockton. The facility is following the steps outlined in the guidance document released yesterday, is monitoring the resident and will notify the pharmacy. Lynne brought this to my attention as it was reported to some facilities yesterday by pharmacy consultants that their supplies were not affected by this recall ... Fortunately, the facility knew otherwise.
FYI ...
Jen
Jennifer Urso, RPh, FASCP Director of Pharmacy Services Golden Living Clinical Services cell 412.389.9777 fax 479.201
.0382

CONFIDENTIAL NOTICE:
This e-mail message and any attachment(s) (collectively, this "Email") are intended only for the confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient named above or an agent responsible for delivering it to the intended recipient named above or if you have received this Email in error, please notify the sender immediately and permanently delete this Email and any copies thereof.
Please consider the environment before printing this e-mail.
CONFIDENTIAL NOTICE:
This e-mail message and any attachment(s) (collectively, this 'Email') are intended

only for the confidential use of the recipient(s) named above. If the reader of this
message is not the intended recipient named above or an agent responsible for
delivering it to the intended recipient named above, you have received this Email
in error.
Please notify the sender immediately and permanently delete this Email and any copie
s thereof.

===============================================================================

CONFIDENTIALITY NOTICE: This e-mail message and all attachments transmitted with
it may contain legally privileged, proprietary and/or confidential information intended
solely for the use of the addressee. If you are not the intended recipient, you are hereby
notified that any review, dissemination, distribution, duplication or other use of
this message and/or its attachments is strictly prohibited. If you are not the intend
ed recipient, please contact the sender by reply e-mail and destroy all copies of
the original message and its attachments. Thank you.

===============================================================================

Please consider the environment before printing this e-mail.
CONFIDENTIAL NOTICE:
This e-mail message and any attachment(s) (collectively, this 'Email') are intended
only for the confidential use of the recipient(s) named above. If the reader of this
message is not the intended recipient named above or an agent responsible for
delivering it to the intended recipient named above, you have received this Email
in error.
Please notify the sender immediately and permanently delete this Email and any copie
s thereof.

----- Forwarded by Ann Wolfe/MGW/MYLAN on 05/01/2008 03:54 PM -----

Jill A Olexa/MGW/MYLAN
04/30/2008 02:59 PM

To
Ann Wolfe/MGW/MYLAN@MYLAN
cc

Subject
Fw: Digitek Recall

Ann,

I am forwarding to you the initial correspondence from yesterday, see below, that
was not included in the history on today's email correspondence. That is everything
just so you have all of the pieces. Thanks for your direction.

Jill

-------------------------------------------------
Jill Olexa, RPh, CGP, FASCP
Senior Project Manager, Market Research
Product Portfolio Management

Confidential Subject to Protective Order

MYLN 000932684

Direct Dial: 304-554-5094
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505

----- Forwarded by Jill A Olexa/MGW/MYLAN on 04/30/2008 02:56 PM -----

Jill A Olexa/MGW/MYLAN
04/29/2008 01:39 PM

To
"Barber, Albert 110 [IS03725]" <Albert.Barber@goldenliving.com>
cc

Subject
Re: Digitek Recall


Hey Al,

I hope you are doing well.....the bad news for us, all lots need to be returned.
The good news for you, your nurses don't have to guess at the thickness.

The recall is a class 1 patient level recall for ALL lots. They should be returning
all product down to the consumer level.

No idea on when they will be manufacturing after that...Steri-cycle is handling that
recall for our subsidiary, Activis.

I hope that helps.

Jill


--------------------------------------------------
Jill Olexa, RPh, CGP, FASCP
Senior Project Manager, Market Research
Product Portfolio Management
Direct Dial: 304-554-5094
Fax: 304-598-5406
Email: jill.abraham@mylanlabs.com
Mylan Pharmaceuticals, Inc.
781 Chestnut Ridge Road
Morgantown, WV 26505



"Barber, Albert 110 [IS03725]" <Albert.Barber@goldenliving.com>

Confidential Subject to Protective Order

MYLN 000932685

04/29/2008 11:25 AM

To
jill.abraham@mylanlabs.com
cc

Subject
Digitek Recall

Jill - I just need to know if Mylan will reimburse pharmacies for Digitek returned from nursing homes for credit? As I understand, this is not a patient-level recall at this time, but we need some guidance. I hate to rely on my nurses to verify that the tablet is the correct thickness. Thanks
Albert Barber PharmD, CGP, FASCP Director of Pharmacy Golden Living Cell: 330-603-0166] Right Fax: (479) 478-2460

Please consider the environment before printing this e-mail.
CONFIDENTIAL NOTICE:
This e-mail message and any attachment(s) (collectively, this 'Email') are intended only for the confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient named above or an agent responsible for delivering it to the intended recipient named above, you have received this Email in error.
Please notify the sender immediately and permanently delete this Email and any copie
s thereof.

----- Forwarded by Ann Wolfe/MGW/MYLAN on 05/01/2008 03:54 PM -----

"Brown, Lori" <Lori.Brown@cardinalhealth.com>
04/30/2008 03:00 PM

To
Ann.Wolfe@mylan.com
cc
"McPherson, Carolyn" <Carolyn.McPherson@cardinalhealth.com>
Subject
FW: 4.28.08 Digitek Recall Letter

Ann,

Do you have information on when and if Mylan will be reintroducing Digitek back into the market? It's also imperative Cardinal receive the lot numbers affected by the

Confidential Subject to Protective Order

MYLN 000932686