IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK® PRODUCTS LIABILITY
    LITIGATION

_____      MDL NO. 2:08-md-1968

THIS DOCUMENT RELATES TO CASES
2:11-cv-00274, 2:11-cv-00405 and 2:11-cv-00425

**PRETRIAL ORDER #81**
(Scheduling Order for Cases Requiring Discovery Beyond PTO #70 Deadlines)

This Scheduling Order applies to MDL 1968 member cases numbered 2:11-cv-00274, 2:11-cv-00405, and 2:11-cv-00425.  The parties agreed, and the court approves, to proceed under the following schedule:

1. Parties to depose fact witnesses, including treating medical providers, by **December 31, 2011**.

2. Plaintiffs serve reports from case specific liability experts no later than **January 16, 2012**.

3. The parties shall complete depositions of plaintiffs' liability experts no later than **March 16, 2012**.

4. Defendants serve reports from case specific liability experts no later than **March 30, 2012**.

5.	The parties shall complete depositions of defense liability experts no later than **May 31, 2012**.

6.	All discovery completed by **May 31, 2012**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and in member cases numbered 2:11-cv-00274, 2:11-cv-00405, and 2:11-cv-00425.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: August 4, 2011

Joseph R. Goodwin, Chief Judge