# West Law Firm

**TERRY W. WEST †**
**BRADLEY C. WEST†\***
**GREGG W. LUTHER**
**J. SHAWN SPENCER\*\***

† Certified Civil Trial Advocate by
National Board of Trial Advocacy

\* Also licensed to
practice in Texas

\*\*Also licensed to
practice in Arkansas

**BARTON D. WEST**
Legal Assistant

124 West Highland
Shawnee, Oklahoma 74801
Mail: P. O. Box 698
74802-0698

(405) 275-0040
(405) 275-0052 FAX
Website:
thewestlawfirm.com

August 1, 2011

Clerk of the United States District Court
Southern District of West Virginia
PO Box 2546
Charleston, West Virginia 25329

FILED
AUG - 5 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

    RE:    **MDL 1968**
                **Digitek Products Liability Litigation**
                **Chief Judge Joseph R. Goodwin**

Dear Honorable Clerk:

In reference to the above captioned matter, it is respectfully requested that our names be removed the Court's Electronic Service List. Our email addresses are shawn@thewestlawfirm.com, terry@thewestlawfirm.com, and brad@thewestlawfirm.com. We will promptly notify the Clerk of the Court should this notice requirement change.

We do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc. Further, we hereby absolve other counsel of record, from serving any future correspondence, motions, pleadings, notices, etc., upon us in connection with this matter.

Please do not hesitate to contact us with any questions or concerns. Thank you for your attention to this matter.

Sincerely,

THE WEST LAW FIRM

*/s/ J. Shawn Spencer*
J. SHAWN SPENCER

*/s/ Terry W. West*
TERRY W. WEST

*/s/ Bradley C. West*
BRADLEY C. WEST