# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: DIGITEK
       PRODUCTS LIABILITY LITIGATION

MDL NO. 1968

_____
THIS DOCUMENT RELATES TO ALL CASES

_____

## ORDER GRANTING PLAINTIFFS' APPLICATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERTS

Plaintiffs' Application to Enlarge the Time to Respond to Defendants' Motions for Summary Judgment and to Exclude Experts is before the Court for determination. The Court, after reviewing and considering the averments therein, GRANTS the Motion. IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Responses to Defendants' Motions for Summary Judgment and to Exclude Experts shall be due on or before September 2, 2011. Defendants' Reply Brief shall be due on or before September ___, 2011. The parties shall promptly meet and confer and advise the Court of a hearing date in _____ 2011 that is acceptable to all parties.

This _____ day of August, 2011.

_____
THE HONORABLE JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE