IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

THS DOCUMENT RELATES ONLY TO:

Scottie Vega, individually and as next friend of
Christopher Vega, a Minor and surviving natural
child of Mimi Rivera-Vega, Deceased

MDL No. 2:09-cv-0768

    Plaintiff,

v.

Actavis Totowa, LLC, et al,

## ORDER GRANTING PLAINTIFF'S APPLICATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AND MOTIONS TO EXCLUDE EXPERTS

Plaintiff's Application to Enlarge the Time to Respond to Defendants' Motions for Summary Judgment and to Motions to Exclude Experts (Pacer Docket Nos. 522-529 - *In re Digitek,* 08-md-1968) and Pacer Docket Nos. 55-56 - *In re Vega v. Actavis* 09-cv-0768) is before the Court for determination. The Court, after reviewing and considering the averments therein, GRANTS the Motion.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Responses to Defendants' Motions for Summary Judgment and Motions to Exclude Experts (Pacer Docket Nos. 522-529 (*In re Digitek,* 08-md-1968) and Pacer Docket Nos. 55-56 (*In re Vega v. Actavis* 09-cv-0768) shall be due on or before September 8, 2011.

Defendants' Reply Brief shall be due on or before September ____, 2011. The parties shall promptly meet and confer and advise the Court of a hearing date in _____, 2011 that is acceptable to all parties.

Signed this _____ day of August, 2011.

_____
THE HONORABLE JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE