IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL. NO. 1968 |

THIS DOCUMENT RELATES ONLY TO:

| | |
|---|---|
| Scottie Vega, individually and as next Friend of Christopher Vega, a minor and surviving natural child of Mimi Rivera-Vega<br><br>Plaintiff,<br><br>v.<br><br>Actavis Totowa, LLC, et al.,<br><br>Defendants. | MDL No. 2:09-cv-0768 |

### THE ACTAVIS DEFENDANTS' RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION TO ENLARGE TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS AND MOTIONS TO EXCLUDE EXPERTS

The Plaintiffs in this case filed their request for an extension of time (Document 58) some ten hours after this Court's ruling denying such relief in the *McCornack* case (Document 128).

For reasons stated in Defendants' opposition to the *McCornack* motion (see Document 534 in the MDL) and in this Court's order in *McCornack* Document 128, the Actavis Defendants ask this Court deny the request and enter the same order as to scheduling in the *Vega* case as is set forth in the *McCornack* Document 128.

Respectfully submitted,

| | |
|---|---|
| **GUTHRIE & THOMAS, PLLC** | **TUCKER ELLIS & WEST LLP** |
| Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia 25301<br>Tel:   (304) 345-7250<br>Fax:   (304) 345-9941<br>E-mail:  rabetts@agmtlaw.com<br><br>*Attorney for Defendants* | By: /s/ Richard Dean<br>Richard A. Dean (Ohio Bar #0013165),<br>CO-LEAD COUNSEL<br>Matthew P. Moriarty (WV Bar # 4571;<br>Ohio Bar 0028389), CO-LEAD COUNSEL<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Ohio  44115-1414<br>Tel:   (216) 592-5000<br>Fax:   (216) 592-5009<br>E-mail: richard.dean@tuckerellis.com<br>           matthew.moriarty@tuckerellis.com<br><br>*Attorneys for Defendants Actavis Totowa LLC,<br>Actavis Inc., and Actavis Elizabeth LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2011, a copy of the foregoing *The Actavis Defendants' Response to Plaintiffs' Ex Parte Application to Enlarge Time to Respond to Summary Judgment Motions and Motions to Exclude Experts* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:   (304) 345-7250
Fax:   (304) 345-9941
E-mail:   rabetts@agmtlaw.com

*Attorney for Defendants*

TUCKER ELLIS & WEST LLP

By: /s/ Richard Dean
Richard A. Dean (Ohio Bar #0013165),
CO-LEAD COUNSEL
Matthew P. Moriarty (WV Bar # 4571;
Ohio Bar 0028389), CO-LEAD COUNSEL
925 Euclid Avenue, Suite 1150
Cleveland, Ohio  44115-1414
Tel:   (216) 592-5000
Fax:   (216) 592-5009
E-mail: richard.dean@tuckerellis.com
            matthew.moriarty@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*