USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

In Re: Digitek Products Liability Litigation

v.

Case Number MDL No. 1968

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

> Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list *for the above-entitled action only*. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.

I, _____ Rebecca A. Betts _____, hereby provide this *Notice of*
*Name of Attorney*
*Change of Attorney Information* to the Court and request the Clerk's Office to:

○   Please add my name as counsel of record *in the above-entitled action only* as follows:

My firm/government agency, _____,
has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

○   Please change within-firm representation *in the above-entitled action only* as follows:

My firm/government agency, _____,
by _____,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

Case 2:08-md-01968   Document 541   Filed 08/15/11   Page 2 of 2 PageID #: 12282

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

○ **Please remove me from the Court's service list *for the above-entitled action only* as follows:**

I am to remain counsel of record for the following party(s): _____

_____

_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list <u>for this case only</u>. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me <u>in this case only</u>.

⊙ **Please update my name and/or firm information *for the above-entitled action only* as follows:**

Former name: ____same_____   New name: _____

New firm/government agency name: _____**Guthrie & Thomas, PLLC**_____

New address: __same_____

_____

____same_____  ____same_____  ____same_____
New telephone number   New facsimile number   New e-mail address *(provide only if a registered CM/ECF e-filer)*

Date: _____August 15, 2011_____        /s/Rebecca A. Betts
                                          _____
                                          Rebecca A. Betts (WVSB # 329)
                                          Guthrie & Thomas, PLLC
                                          500 Lee Street, East, Suite 800
                                          P. O. Box 3394
                                          Charleston, WV  25333-3394
                                          Tel:  304-345-7250
                                          Fax: 304-345-9941
                                          rabetts@agmtlaw.com