

LAW OFFICES
**VALENTI CAMPBELL TROHN
TAMAYO & ARANDA**

*Attorneys*
ROBERT J. ARANDA
HANK B. CAMPBELL
WILLIAM S. CHAMBERS, IV
BARBARA W. DAVIS
JACK P. JAMES, III
WILLIAM T. MCKINLEY
JOHN MARC TAMAYO*
JONATHAN B. TROHN*
JAMES C. VALENTI

*of Counsel*
ROBIN GIBSON*

Phone: 863-686-0043
Fax: 863-616-1445

*Website:*
www.vcttalawyers.com

1701 SOUTH FLORIDA AVENUE, LAKELAND, FLORIDA   33803
PO BOX 2369, LAKELAND, FLORIDA   33806-2369

RECEIVED AUG 15 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

August 10, 2011

U.S. District Court Clerk
Southern District of West Virginia
300 Virginia Street E, Room 2400
Charleston, WV  25301

      Re:  MDL 1968 *Digitek Products Liability Litigation*

Dear Sir or Madam:

      Pursuant to the Stipulation for Dismissal With Prejudice (copy enclosed) of my client, Erma Green's, claim recently filed in the captioned matter, please find enclosed a Notice of Request of Attorney to be Removed from the Court's Service List Form.  Kindly acknowledge receipt of same by date stamping the enclosed copy of this letter and returning same to me in the stamped, self-addressed envelope provided herein.

      Thank you for your attention to the foregoing, and please contact my office if you have any questions or require anything further.

      Sincerely,

      VALENTI CAMPBELL TROHN
      TAMAYO & ARANDA

      John Marc Tamayo

JMT/ne
Enclosure (as stated)

00066388-1      * BOARD CERTIFIED IN CIVIL TRIAL LAW BY THE FLORIDA BAR