**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON  DIVISION**

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.  2:08-md-01968

THIS ORDER RELATES TO ALL CASES

**PRETRIAL ORDER  # 84**
**(Remove Cases Subject to the Settlement Agreement from the Active Docket)**

At this point in the MDL all but 5 of the remaining cases are subject to the terms of the

Settlement Agreement dated September 1, 2010.  The court, therefore, finds it unnecessary to

conduct further proceedings or to keep the cases subject to the Settlement Agreement on the

active docket.  Accordingly, the Clerk is **ORDERED** to remove from the active docket the cases

on the attached list. These cases will be dismissed in accordance with the terms of the Settlement

Agreement.

The court will reinstate cases on the attached list to the active docket if one of the parties

shows good cause for such reinstatement within 30 days of the entry of this Order.

Two cases, *Kathy McCornack  v. Actavis Totowa, LLC, et al.*, 2-09-cv-00671 and *Scottie

Vega v. Actavis Totowa, LLC, et al.,* 2-09-cv-00768, opted out of the Settlement Agreement and

three cases, *Donald Laibly v. Actavis Totowa, LLC, et al.*, 2-11-cv-000274; *Elizabeth Vigeant v.

Actavis Totowa, LLC et al.*, 2-11-cv-00405; and *Shannon Rose v. Actavis Totowa LLC et al.*, 2-

11-cv-00425, were directly filed in the MDL after the Settlement Agreement was reached. These 5 cases will remain on the active docket in MDL 1968.

The court **DIRECTS** the Clerk to file a copy of this order in 2:08-md-1968 and it shall apply to each member Digitek-related case previously transferred to, removed to, or filed in this district, which includes counsel in all members cases up to and including civil action number 2-11-cv-00425.  In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint.  In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:        August 22, 2011

Joseph R. Goodwin, Chief Judge

# PLAINTIFF LIST
## West Virginia Southern District MDL Case 2:08-md-01968

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Heinzman, Donald E. | 2:08-cv-01003 |
| Heinzman, James | 2:08-cv-01003 |
| Thrasher, Ruby I. | 2:08-cv-01007 |
| Wilburn, Willie Mae | 2:08-cv-01017 |
| Shope, Benny | 2:08-cv-01057 |
| Shope, Betty Sue | 2:08-cv-01057 |
| Hughes, Doris | 2:08-cv-01069 |
| Love, Ara | 2:08-cv-01071 |
| Love, Stephen B. | 2:08-cv-01071 |
| Bratcher, Jerry | 2:08-cv-01076 |
| Bratcher, Sharon | 2:08-cv-01076 |
| Harmon, Patricia J. | 2:08-cv-01047 |
| Dyal, Bobbie | 2:08-cv-01048 |
| Dyal, Robert | 2:08-cv-01048 |
| Longmire, David | 2:08-cv-01049 |
| Longmire, Jr., David | 2:08-cv-01049 |
| Longmire, Sally | 2:08-cv-01049 |
| Longmire, Sandra | 2:08-cv-01049 |
| Grady, Frank | 2:08-cv-01050 |
| Grady, Renee | 2:08-cv-01050 |
| Klopping, Beth | 2:08-cv-01051 |
| Klopping, Bryan | 2:08-cv-01051 |
| Klopping, Jeffrey Lynne | 2:08-cv-01051 |
| Klopping, John | 2:08-cv-01051 |
| Klopping, Paul | 2:08-cv-01051 |
| Sheahan, Karen | 2:08-cv-01051 |
| Konek, Peter J. | 2:08-cv-01053 |
| Keith, Charles H. | 2:08-cv-01056 |
| Keith, Delores J. | 2:08-cv-01056 |
| Marcum, Edward | 2:08-cv-01070 |
| Marcum, Sandra J. | 2:08-cv-01070 |
| Tucker, Darlene | 2:08-cv-01072 |
| Tucker, John | 2:08-cv-01072 |
| Roy, James | 2:08-cv-01073 |

| Plaintiff Name | Associated WVSD Case Number |
| --- | --- |
| Roy, Marion | 2:08-cv-01073 |
| Hergert, Joyce A. | 2:08-cv-01074 |
| Hetrick, Beverly A. | 2:08-cv-01074 |
| Campbell, Dale | 2:08-cv-01075 |
| Bellamy, Dona E. | 2:08-cv-01077 |
| Bellamy, Louis W. | 2:08-cv-01077 |
| Hoover, Bertina E. | 2:08-cv-01078 |
| Hoover, Ronald | 2:08-cv-01078 |
| Crooker, Margaret Lucille | 2:08-cv-01079 |
| Morrow, Arika Elizabeth | 2:08-cv-01079 |
| Mariam, Francine | 2:08-cv-01080 |
| Mariam, Phillip | 2:08-cv-01080 |
| Mariam, Richard | 2:08-cv-01080 |
| Mcanly, Jeanette | 2:08-cv-01081 |
| Moore, Ernestine | 2:08-cv-01082 |
| Bradaway, Marlene Lydia | 2:08-cv-01084 |
| Bradaway, Marlon | 2:08-cv-01084 |
| Spangle, Richard | 2:08-cv-01090 |
| Pierce, Florence | 2:08-cv-01091 |
| Pierce, John W. | 2:08-cv-01091 |
| Platzner, Gerald | 2:08-cv-01098 |
| Platzner, Mary | 2:08-cv-01098 |
| Platzner, Richard | 2:08-cv-01098 |
| Jewel, J. Kenneth | 2:08-cv-01105 |
| Freeman, James E. | 2:08-cv-01107 |
| Freeman, Merle | 2:08-cv-01107 |
| Hilger, Regina M. | 2:08-cv-01138 |
| Treat, Terri D. | 2:08-cv-01138 |
| Watters, Beverley Jean | 2:08-cv-01138 |
| Watters, Derrell | 2:08-cv-01138 |
| Watters, Michael W. | 2:08-cv-01138 |
| Pinder, Doris M. | 2:08-cv-01145 |
| Keblys, Debbie | 2:08-cv-01146 |
| Lombard, Donna | 2:08-cv-01146 |
| Smith, Iva | 2:08-cv-01146 |
| Smith, Ronald | 2:08-cv-01146 |
| Smith, Ronald | 2:08-cv-01146 |
| Smith, Ronald | 2:08-cv-01146 |

| Plaintiff Name | Associated WVSD Case Number |
| --- | --- |
| Smith, Tom | 2:08-cv-01146 |
| Sprague, Lester | 2:08-cv-01147 |
| Stanczyk, Boguslaw | 2:08-cv-01148 |
| Stanczyk, Donna | 2:08-cv-01148 |
| Stevens, Joyce | 2:08-cv-01152 |
| Hall, Rosie | 2:08-cv-01159 |
| Hankins, Kathy | 2:08-cv-01159 |
| Krznarich, Mary | 2:08-cv-01160 |
| Krznarich, Paul | 2:08-cv-01160 |
| Bolton, Bertie | 2:08-cv-01162 |
| Stamey, Rebecca | 2:08-cv-01162 |
| Watkins, Carol | 2:08-cv-01174 |
| Watkins, Kenneth A. | 2:08-cv-01174 |
| Chambers, Alan | 2:08-cv-01175 |
| Morris, Dorothy Jean | 2:08-cv-01191 |
| Lewis, Elijah | 2:08-cv-01195 |
| Clark, Denise | 2:08-cv-01201 |
| Harwood, Jack | 2:08-cv-01274 |
| Harwood, Judith | 2:08-cv-01274 |
| Mabry, Phyllis | 2:08-cv-01281 |
| Telfair, Darlene | 2:08-cv-01281 |
| Williams, Deborah | 2:08-cv-01281 |
| Williams, Otis | 2:08-cv-01281 |
| Williams, Valeane | 2:08-cv-01281 |
| Kelch, Bonnie | 2:08-cv-01282 |
| Kelch, David | 2:08-cv-01282 |
| Gilmore, Helen | 2:08-cv-01286 |
| Pane, Christine A. | 2:08-cv-01286 |
| Walker, Cary A. | 2:08-cv-01286 |
| Walker, Robert G. | 2:08-cv-01286 |
| P., C. | 2:08-cv-01303 |
| Phillips, Randall G. | 2:08-cv-01303 |
| Batlle, Gregorio | 2:08-cv-01400 |
| Batlle, Luis | 2:08-cv-01400 |
| Batlle, Olga | 2:08-cv-01400 |
| Batlle, Omar | 2:08-cv-01400 |
| Stone, Dora R. | 2:08-cv-01414 |
| Harris, Norma | 2:08-cv-01415 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Metzler, Marian G. | 2:08-cv-01420 |
| Metzler, Sr., William P. | 2:08-cv-01420 |
| Buchko, Linda J. | 2:08-cv-01424 |
| Bumbales, Cecilia | 2:08-cv-01424 |
| Pasquarella, Ronald | 2:08-cv-01432 |
| Black, Charles | 2:08-cv-01454 |
| Black, Luana | 2:08-cv-01454 |
| Brenna, Marie Maxine | 2:09-cv-00012 |
| Flynn, Susan R. | 2:09-cv-00012 |
| Brewer, Lois | 2:09-cv-00013 |
| Byassee, Peggy A. | 2:09-cv-00014 |
| Head, Geoffrey M. | 2:09-cv-00020 |
| Head, Martha J. | 2:09-cv-00020 |
| Cantrell-Butson, Richard | 2:09-cv-00051 |
| Citera, Phyllis | 2:09-cv-00052 |
| Robertson, George K. | 2:09-cv-00070 |
| Robertson, George W. | 2:09-cv-00070 |
| Robertson, Jimmy H. | 2:09-cv-00070 |
| Gaudet, Louis V. | 2:09-cv-00092 |
| Gaudet, Pearl C. | 2:09-cv-00092 |
| Long, Darren | 2:09-cv-00093 |
| Long, Janice | 2:09-cv-00093 |
| Poore', Melissa | 2:09-cv-00103 |
| Poore', Rachael | 2:09-cv-00103 |
| Poore', Estate of Thomas | 2:09-cv-00103 |
| Poore', Jr., Thomas | 2:09-cv-00103 |
| Allenberg, Laurel | 2:09-cv-00109 |
| Gilmer, Sr., Cedric LeShawn | 2:09-cv-00116 |
| Gilmer, Estate of Elizabeth | 2:09-cv-00116 |
| McCloud, Cleveland | 2:09-cv-00163 |
| Wilson-McCloud, Mary Jane | 2:09-cv-00163 |
| McTaggart, John | 2:09-cv-00165 |
| McTaggart, Susan | 2:09-cv-00165 |
| Sloan, Chester T. | 2:09-cv-00178 |
| Sloan, Mary Elizabeth | 2:09-cv-00178 |
| Tabor, Harold | 2:09-cv-00191 |
| Tabor, Susan | 2:09-cv-00191 |
| Pinkos, Anna | 2:09-cv-00192 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Butts, Donnie | 2:09-cv-00193 |
| Butts, Vicki | 2:09-cv-00193 |
| Cadwallader, Gladys M. | 2:09-cv-00198 |
| Hooks, Marjorie | 2:09-cv-00203 |
| Algiers, Clyde | 2:09-cv-00215 |
| Algiers, Yvonne | 2:09-cv-00215 |
| Gambill, Clyde David | 2:09-cv-00222 |
| Gambill, Clyde David | 2:09-cv-00222 |
| Gambill, Jonathan | 2:09-cv-00222 |
| Thomas, Charles | 2:09-cv-00226 |
| Thomas, Shirley | 2:09-cv-00226 |
| Stricker, Marilyn | 2:09-cv-00227 |
| Lane, Curtis | 2:09-cv-00228 |
| Lane, Emma | 2:09-cv-00228 |
| Robinson, Carilon | 2:09-cv-00229 |
| Robinson, Earl W. | 2:09-cv-00229 |
| Angel, James | 2:09-cv-00236 |
| McCarty, Darrell | 2:09-cv-00237 |
| McCarty, Eva | 2:09-cv-00237 |
| Pressley, Hazel | 2:09-cv-00238 |
| Newsome, Arnold | 2:09-cv-00239 |
| Newsome, Madeline Carole | 2:09-cv-00239 |
| Arnett, Kathy A. | 2:09-cv-00243 |
| Pihir, James F. | 2:09-cv-00290 |
| Toler, Amelia | 2:09-cv-00290 |
| Collier, Harold | 2:09-cv-00291 |
| Collier, Karen | 2:09-cv-00291 |
| Aguado, Tomas | 2:09-cv-00292 |
| Buddenbaum, Muriel | 2:09-cv-00294 |
| Hopper, Merry Ann | 2:09-cv-00294 |
| Dupin, Cleveland | 2:09-cv-00297 |
| Groover, Bobbie C. | 2:09-cv-00299 |
| Groover, Walter James | 2:09-cv-00299 |
| Sesley, Ervin | 2:09-cv-00307 |
| Sesley, Joyce | 2:09-cv-00307 |
| Temple, Troy | 2:09-cv-00316 |
| Bennett, Betty Jane | 2:09-cv-00317 |
| Shaffer, Karen Sue | 2:09-cv-00317 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Bowling, Sr., James Walter | 2:09-cv-00350 |
| Bowling, Violet Lucille | 2:09-cv-00350 |
| Kidd, Miriam | 2:09-cv-00363 |
| Brooks, Clay | 2:09-cv-00364 |
| Carter, Gary | 2:09-cv-00364 |
| Hawkins, Louverta | 2:09-cv-00364 |
| Hawkins, Maurice | 2:09-cv-00364 |
| Hawkins, Sampson | 2:09-cv-00364 |
| Hawkins, Freddie | 2:09-cv-00364 |
| Hawkins, Anthony | 2:09-cv-00364 |
| Smith, Billy | 2:09-cv-00368 |
| Williams, Thomas | 2:09-cv-00369 |
| Smith, Frances | 2:09-cv-00375 |
| Smith, Robert | 2:09-cv-00375 |
| Woods, Elizabeth Ann | 2:09-cv-00379 |
| Woods, Marlyn | 2:09-cv-00379 |
| Kirkpatrick, John V. | 2:09-cv-00380 |
| Kirkpatrick, Pauline | 2:09-cv-00380 |
| Williams, Doris A. | 2:09-cv-00381 |
| Williams, Wayne L. | 2:09-cv-00381 |
| Williamson, Robert | 2:09-cv-00386 |
| Hamilton, Christine G. | 2:09-cv-00391 |
| Honeycutt, Estill D. | 2:09-cv-00393 |
| Holt, Laura | 2:09-cv-00394 |
| Coney, Kori A. | 2:09-cv-00399 |
| Helm, Rosemary | 2:09-cv-00400 |
| Fleming, Regene | 2:09-cv-00401 |
| Higgins, Brenda | 2:09-cv-00401 |
| Anderson, Alsylbia | 2:09-cv-00403 |
| Anderson, Harold | 2:09-cv-00403 |
| Chapman, Helen | 2:09-cv-00404 |
| Chapman, Kent | 2:09-cv-00404 |
| Gendusa, Jr., Anthony | 2:09-cv-00406 |
| Harper, Bobby | 2:09-cv-00407 |
| Harper, Nedra | 2:09-cv-00407 |
| Junior, Carol | 2:09-cv-00408 |
| Junior, Corey | 2:09-cv-00408 |
| Meier, Kirk | 2:09-cv-00409 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Meier, Robert | 2:09-cv-00409 |
| Ruckstahl, Patricia J. | 2:09-cv-00410 |
| Ruckstahl, Richard | 2:09-cv-00410 |
| Taylor, Annette | 2:09-cv-00411 |
| Wagner, David | 2:09-cv-00412 |
| Williams, Jean | 2:09-cv-00413 |
| Williams, Warren | 2:09-cv-00413 |
| Knott, Jason J. | 2:09-cv-00416 |
| Sterling, Flossie R. | 2:09-cv-00417 |
| Sanchez, Jacqueline | 2:09-cv-00418 |
| Fazzio, Carlo J. | 2:09-cv-00419 |
| Edwards, Burnidette B. | 2:09-cv-00420 |
| Francis, Bobby V. | 2:09-cv-00424 |
| Ross, Charles | 2:09-cv-00427 |
| Ross, Linda | 2:09-cv-00427 |
| Scott, Jacquelyn L. | 2:09-cv-00429 |
| Kellup, Shari L. | 2:09-cv-00432 |
| Clark, Brenda | 2:09-cv-00435 |
| Barrientos, Linda J. | 2:09-cv-00436 |
| Robinson, George | 2:09-cv-00441 |
| Ferguson, Scott | 2:09-cv-00442 |
| Prince, Geraldine | 2:09-cv-00445 |
| Morse, Carolyn | 2:09-cv-00446 |
| Richardson, Patricia | 2:09-cv-00447 |
| Ervin, Gary | 2:09-cv-00448 |
| Lange, William E. | 2:09-cv-00448 |
| Thomsen, Ann C. | 2:09-cv-00449 |
| Thomsen, Arvid L. | 2:09-cv-00449 |
| Newsome, Jeanette | 2:09-cv-00450 |
| Smith, Jr., Carlton Joseph | 2:09-cv-00451 |
| Smith, Rena | 2:09-cv-00451 |
| Little, Eva Mae | 2:09-cv-00452 |
| Davis, Ortra Wayne | 2:09-cv-00460 |
| Guidry, Blake | 2:09-cv-00461 |
| Gardner, Carolyn | 2:09-cv-00464 |
| Miller, Pauline | 2:09-cv-00465 |
| Dobroszelski, Karen A. | 2:09-cv-00470 |
| Williams, Martin | 2:09-cv-00470 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Calhoun, Cynthia | 2:09-cv-00473 |
| Calhoun, Kendall | 2:09-cv-00473 |
| Freund, Doris E. | 2:09-cv-00474 |
| Goldstein, David | 2:09-cv-00475 |
| Goldstein, Ruth | 2:09-cv-00475 |
| Taylor, Mickey Ann | 2:09-cv-00476 |
| Walker, Robert | 2:09-cv-00476 |
| Cavallaro, Joseph M. | 2:09-cv-00496 |
| Thornton, Nadine | 2:09-cv-00497 |
| Thornton, Thomas A. | 2:09-cv-00497 |
| Young, Cheryl | 2:09-cv-00498 |
| Young, William J. | 2:09-cv-00498 |
| Yozwiak, Angela A. | 2:09-cv-00499 |
| Yozwiak, Frank E. | 2:09-cv-00499 |
| Weiland, David W. | 2:09-cv-00512 |
| Weiland, Linda M. | 2:09-cv-00512 |
| Black, John | 2:09-cv-00513 |
| McClellan, Lois | 2:09-cv-00514 |
| Bell, Robert | 2:09-cv-00515 |
| West, Deller | 2:09-cv-00516 |
| Thomas, Johnny | 2:09-cv-00518 |
| Thomas, Pheby | 2:09-cv-00518 |
| Manley, Darwin | 2:09-cv-00519 |
| Manley, Rita | 2:09-cv-00519 |
| Fehlberg, Delores A. | 2:09-cv-00523 |
| Everett, Lawrence | 2:09-cv-00530 |
| Everett, Michael | 2:09-cv-00530 |
| Stoffel, Darlene | 2:09-cv-00534 |
| Stoffel, Gerald | 2:09-cv-00534 |
| Russell, Earline | 2:09-cv-00542 |
| Russell, William | 2:09-cv-00542 |
| Ard, Lorena | 2:09-cv-00544 |
| Fight, Anna | 2:09-cv-00544 |
| Whitaker, Judy A. | 2:09-cv-00544 |
| Keen, Henrietta | 2:09-cv-00545 |
| McKendree, Barbara | 2:09-cv-00547 |
| McKendree, Joe | 2:09-cv-00547 |
| Holmes, Jr., David John | 2:09-cv-00559 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Holmes, Lonetta | 2:09-cv-00559 |
| Childs, Billy | 2:09-cv-00561 |
| Denson, Charles | 2:09-cv-00562 |
| Ivey, Dorothy | 2:09-cv-00563 |
| Ivey, George | 2:09-cv-00563 |
| Lee, Lynn | 2:09-cv-00566 |
| Meadows, Omie | 2:09-cv-00566 |
| Rose, Larry L. | 2:09-cv-00571 |
| Harris, Benjamin | 2:09-cv-00578 |
| Harris, Benjamin | 2:09-cv-00578 |
| Harris, Ruby | 2:09-cv-00578 |
| Peloquin, Winnifred Skinner | 2:09-cv-00591 |
| Dupuy, Richard | 2:09-cv-00598 |
| Anderson, Willa Dean | 2:09-cv-00606 |
| Bunch, Mable | 2:09-cv-00606 |
| Dougherty, James | 2:09-cv-00610 |
| Rodriguez, Nydia C. | 2:09-cv-00611 |
| Rodriguez, Pedro C. | 2:09-cv-00611 |
| Prater, Ruth | 2:09-cv-00612 |
| Masucci, Giuseppe | 2:09-cv-00620 |
| Masucci, Maria | 2:09-cv-00620 |
| Tudini, James A. | 2:09-cv-00622 |
| Tudini, Joan B. | 2:09-cv-00622 |
| Davis, Charlotte | 2:09-cv-00627 |
| Davis, Dick | 2:09-cv-00627 |
| Bialynski, Kenneth S. | 2:09-cv-00629 |
| Bialynski, Rosemarie | 2:09-cv-00629 |
| Brannum, Rita | 2:09-cv-00632 |
| Taber, Mark | 2:09-cv-00633 |
| Taber, Tammy | 2:09-cv-00633 |
| Yarbrough, Sharron | 2:09-cv-00635 |
| Prouty, Pauline | 2:09-cv-00638 |
| Combs, Bennie Allen | 2:09-cv-00643 |
| Combs, Vickie Marie | 2:09-cv-00643 |
| Gutowski, John | 2:09-cv-00644 |
| Armendariz, Sr., Ramon Ballesteros | 2:09-cv-00658 |
| Matos, Margarita | 2:09-cv-00661 |
| Matos, William | 2:09-cv-00661 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Miller, Daniel F. | 2:09-cv-00662 |
| Miller, Ethel | 2:09-cv-00662 |
| Colt, Dennis L. | 2:09-cv-00663 |
| Colt, Gloria M. | 2:09-cv-00663 |
| Kirwan, Lorraine | 2:09-cv-00666 |
| Davis, Jari | 2:09-cv-00668 |
| Davis, Joseph | 2:09-cv-00668 |
| Ogan, Bob Dean | 2:09-cv-00672 |
| Ogan, Edith | 2:09-cv-00672 |
| Brown, Wayne Carl | 2:09-cv-00673 |
| Mims-Brown, Rhonda | 2:09-cv-00673 |
| Bradford, Lewis R. | 2:09-cv-00675 |
| Penn, Velma P. | 2:09-cv-00680 |
| Garrison, Francis | 2:09-cv-00682 |
| Garrison, Lillian | 2:09-cv-00682 |
| Carpenter, Helen Nichols | 2:09-cv-00690 |
| Carpenter, John Ryan | 2:09-cv-00690 |
| Deen, Martha Evan | 2:09-cv-00691 |
| Preysnar, Karen | 2:09-cv-00691 |
| Brown, Angela | 2:09-cv-00695 |
| Garner, Herbert | 2:09-cv-00695 |
| Ortego, Betty Jean | 2:09-cv-00699 |
| Ortego, Donald | 2:09-cv-00699 |
| Osborn, Jr., Charles D. | 2:09-cv-00706 |
| Hubbard, Enoch | 2:09-cv-00747 |
| Hubbard, Josephine | 2:09-cv-00747 |
| Curry, Herman | 2:09-cv-00748 |
| Prince, Teressa | 2:09-cv-00748 |
| Fox, Joseph | 2:09-cv-00750 |
| Blanton, Sandy | 2:09-cv-00752 |
| Hancock, Mae | 2:09-cv-00752 |
| Woody, Mary | 2:09-cv-00753 |
| Barrett, Tommy | 2:09-cv-00755 |
| Miller, Sarah Margaret | 2:09-cv-00755 |
| Davis, Ardell D. | 2:09-cv-00757 |
| Featherstone, Melvina D. | 2:09-cv-00757 |
| Williams, Larry D. | 2:09-cv-00757 |
| Williams, Susie L. | 2:09-cv-00757 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Arroyo, Carol | 2:09-cv-00759 |
| Toups, Brenda | 2:09-cv-00759 |
| Toups, Dorothy | 2:09-cv-00759 |
| Toups, Jr., Robert G. | 2:09-cv-00759 |
| Wadsworth, Oma | 2:09-cv-00760 |
| Wadsworth, Ronald | 2:09-cv-00760 |
| Almond, Cecelia | 2:09-cv-00761 |
| Harris, Carolyn | 2:09-cv-00761 |
| Rieve, JoAnn | 2:09-cv-00761 |
| Kottwitz, Doris | 2:09-cv-00762 |
| Martinez, Jody | 2:09-cv-00762 |
| Smith, Bessie | 2:09-cv-00763 |
| Smith, Raye | 2:09-cv-00763 |
| Singleton, Arthur | 2:09-cv-00764 |
| Singleton, Leona | 2:09-cv-00764 |
| Ewings, Charlotte E. | 2:09-cv-00765 |
| Castille, Anna | 2:09-cv-00767 |
| Flugence, Earl | 2:09-cv-00767 |
| Flugence, Rita | 2:09-cv-00767 |
| Flugence, Jr., Robert | 2:09-cv-00767 |
| Flugence, Toni | 2:09-cv-00767 |
| Sinegal, Rita | 2:09-cv-00767 |
| Taylor, Consuella Connie | 2:09-cv-00767 |
| Rivera-Vega, Mimi | 2:09-cv-00768 |
| Vega, Christopher | 2:09-cv-00768 |
| Vega, Scottie | 2:09-cv-00768 |
| Howerton, Kenneth | 2:09-cv-00799 |
| Lenahan, Charles | 2:09-cv-00803 |
| Sandwisch, Sharon | 2:09-cv-00816 |
| Johnson, Robert | 2:09-cv-00817 |
| Grimes, III, William H. | 2:09-cv-00820 |
| Watson, William W. | 2:09-cv-00829 |
| Watson, Jr., William E. | 2:09-cv-00829 |
| Clark, Evelyn M. | 2:09-cv-00832 |
| Clark, Howard W. | 2:09-cv-00832 |
| Hupp, Hershel W. | 2:09-cv-00833 |
| Hupp, Wilma | 2:09-cv-00833 |
| Cominsky, Nancy E. | 2:09-cv-00834 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Cominsky, Robert | 2:09-cv-00834 |
| Morris, Roger | 2:09-cv-00846 |
| Quiett, Gregory | 2:09-cv-00856 |
| Luna, Jr., Frank G. | 2:09-cv-00861 |
| Luna, Terry S. | 2:09-cv-00861 |
| Albrecht, Jr., Tobias Fredrick | 2:09-cv-00865 |
| Albrecht III, Tobias Fredrick | 2:09-cv-00865 |
| Turner, Donald G. | 2:09-cv-00866 |
| Vaughan, Alta Faye | 2:09-cv-00867 |
| Jones, Melba J. | 2:09-cv-00868 |
| Chapman, Mark | 2:09-cv-00869 |
| Walker, Carlton Edward | 2:09-cv-00870 |
| Walker, Jack Edward | 2:09-cv-00870 |
| Sinks, Helen Vivian | 2:09-cv-00871 |
| Sinks, Raymond L. | 2:09-cv-00871 |
| Jones, Gearline | 2:09-cv-00872 |
| Jones, Jesse Garlin | 2:09-cv-00872 |
| Criswell, The Estate of Leathey | 2:09-cv-00873 |
| Fields, Annie M. | 2:09-cv-00873 |
| Yeary, Edith Eliza | 2:09-cv-00875 |
| Yeary, Jack T. | 2:09-cv-00875 |
| McConville, Edward | 2:09-cv-00876 |
| McConville, Johnnie | 2:09-cv-00876 |
| Aliotta, Antoinnette | 2:09-cv-00877 |
| Aliotta, Mary | 2:09-cv-00877 |
| Metelko, Linda | 2:09-cv-00880 |
| Metelko, Nancy | 2:09-cv-00880 |
| Campbell, Billy J. | 2:09-cv-00881 |
| Stell, Rhonda J. | 2:09-cv-00881 |
| Mallory, III, Hersey J. | 2:09-cv-00882 |
| Mallory, Jr., Hersey | 2:09-cv-00882 |
| Gray, Raymond | 2:09-cv-00884 |
| Hurley, Shirley | 2:09-cv-00886 |
| Ruiz, Arlene Estelle | 2:09-cv-00912 |
| Ruiz, Homero | 2:09-cv-00912 |
| Manno, Dianne | 2:09-cv-00915 |
| Manno, Patsy J. | 2:09-cv-00915 |
| Earle, Linda | 2:09-cv-00916 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Shavies, Larry | 2:09-cv-00917 |
| Doucet, Jeannette M. | 2:09-cv-00918 |
| Doucet, Laurent | 2:09-cv-00918 |
| Burcham, Willie D. | 2:09-cv-00919 |
| Terry, Chancee | 2:09-cv-00919 |
| Connelly, JoAnn | 2:09-cv-00924 |
| Connelly, Theodore A. | 2:09-cv-00924 |
| Goldberg, Edythe L. | 2:09-cv-00934 |
| Goldberg, Marvin | 2:09-cv-00934 |
| Goldberg, Marvin | 2:09-cv-00934 |
| Stephens, Ruby | 2:09-cv-00936 |
| Vassall, Bonnie | 2:09-cv-00941 |
| Vassall, Gene | 2:09-cv-00941 |
| Berry, Sharon | 2:09-cv-00977 |
| Davis, Earline B. | 2:09-cv-00978 |
| Liles, Jeanette F. | 2:09-cv-00979 |
| Pritchett, Pansy M. | 2:09-cv-00980 |
| Thombley, Eula Mae | 2:09-cv-00981 |
| Walker, Martha J. | 2:09-cv-00982 |
| Nunez, Harrell | 2:09-cv-00991 |
| Nunez, Thad | 2:09-cv-00991 |
| Nunez, Todd | 2:09-cv-00991 |
| Nunez, Verna | 2:09-cv-00991 |
| Rayon, Kristi | 2:09-cv-00991 |
| Strahan, Kerry | 2:09-cv-00991 |
| Jeffrey, Bilinda | 2:09-cv-00992 |
| Jeffrey, Dwight | 2:09-cv-00992 |
| Jeffrey, Gloria | 2:09-cv-00992 |
| Jeffrey, Lance | 2:09-cv-00992 |
| Jeffrey, Vincent | 2:09-cv-00992 |
| Karani, Neha Patel | 2:09-cv-01011 |
| Patel, Baldevbhai M. | 2:09-cv-01011 |
| Patel, Manguben B. | 2:09-cv-01011 |
| Patel, Manguben B. | 2:09-cv-01011 |
| Patel, Manguben B. | 2:09-cv-01011 |
| Patel, Mitesh B. | 2:09-cv-01011 |
| Knowles, Lennie | 2:09-cv-01021 |
| Knowles, Lula Louise | 2:09-cv-01021 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Lenard, Buford | 2:09-cv-01024 |
| Sladek, Lucille | 2:09-cv-01025 |
| Sladek, Mark | 2:09-cv-01025 |
| Heller, Belinda | 2:09-cv-01036 |
| Taylor, Rebecca Ann | 2:09-cv-01036 |
| Guillory, Floyd | 2:09-cv-01045 |
| Gordon, Jo Ann | 2:09-cv-01050 |
| Gordon, Walter T. | 2:09-cv-01050 |
| Morales, Vickie | 2:09-cv-01050 |
| Williams, Arch | 2:09-cv-01051 |
| Cole, Carvel | 2:09-cv-01053 |
| Daniels, Francis | 2:09-cv-01063 |
| Hammond, Delmer | 2:09-cv-01064 |
| Blum, Ron | 2:09-cv-01067 |
| Wright, Bobbie | 2:09-cv-01069 |
| Wright, Charles | 2:09-cv-01069 |
| Curry, Thelma | 2:09-cv-01071 |
| Bonds, Reginald B. | 2:09-cv-01077 |
| Figurito, Louis | 2:09-cv-01079 |
| LaMarca, Jean | 2:09-cv-01079 |
| Gumm, Hattie Lucille | 2:09-cv-01080 |
| Tillett, Cynthia | 2:09-cv-01080 |
| Glaub, Christopher | 2:09-cv-01083 |
| Gerik, Robert | 2:09-cv-01084 |
| Blackwell, Sylvia L. | 2:09-cv-01085 |
| Jones, Ruby | 2:09-cv-01088 |
| Jones, Sr., Otis Z. | 2:09-cv-01088 |
| Slawinski, Elfriede | 2:09-cv-01100 |
| Slawinski, Linda D. | 2:09-cv-01100 |
| Bryant, Janie | 2:09-cv-01112 |
| Bryant, Milford | 2:09-cv-01112 |
| Lambert, Sr., Fayard | 2:09-cv-01119 |
| Brueckner, Allen | 2:09-cv-01123 |
| Brooks, Annie | 2:09-cv-01124 |
| Bowen, Reed | 2:09-cv-01125 |
| Chambers, Lois | 2:09-cv-01126 |
| Easton-Roquemore, Desi R. | 2:09-cv-01135 |
| Roquemore, Edriese Jamal | 2:09-cv-01135 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Anderson, Donna | 2:09-cv-01149 |
| Courtier, Joy | 2:09-cv-01149 |
| Haas, Ruth O. | 2:09-cv-01152 |
| Gardner, Doris E. | 2:09-cv-01159 |
| Isbitski, Estelle | 2:09-cv-01159 |
| Kovach, Peggy Ann | 2:09-cv-01159 |
| Frost, Noreen | 2:09-cv-01165 |
| Hought, Robin | 2:09-cv-01165 |
| Frey, David Paul | 2:09-cv-01171 |
| Frey, Frosso L. | 2:09-cv-01171 |
| Frey, Paul L. | 2:09-cv-01171 |
| Teel, Mark E. | 2:09-cv-01172 |
| Teel, Van E. | 2:09-cv-01172 |
| Teel, Van E. | 2:09-cv-01172 |
| Clark, Geraldine | 2:09-cv-01183 |
| Clark, William | 2:09-cv-01183 |
| Lockerd, Carolyn | 2:09-cv-01191 |
| Lockerd, Witcliffe | 2:09-cv-01191 |
| Collins, Mary | 2:09-cv-01201 |
| Vincent, Marty | 2:09-cv-01204 |
| Offlee, James | 2:09-cv-01205 |
| Scott, Gloria | 2:09-cv-01205 |
| Exler, Jr., Thomas E. | 2:09-cv-01207 |
| Exler, Mary K. | 2:09-cv-01207 |
| Elliott, Andrea Winston | 2:09-cv-01208 |
| Elliott, Jr., Tony Lynn | 2:09-cv-01208 |
| Bliss, Marcia H. | 2:09-cv-01213 |
| Bliss, Robert J. | 2:09-cv-01213 |
| Murray, Rudella B. | 2:09-cv-01215 |
| Mosley, Patricia | 2:09-cv-01216 |
| Moseley, Willis | 2:09-cv-01216 |
| Gilardi, Jean Pearl | 2:09-cv-01217 |
| Marquardt, Evelyn M. | 2:09-cv-01218 |
| Marquardt, James L. | 2:09-cv-01218 |
| Cook, Teresa | 2:09-cv-01224 |
| Draheim, Damon | 2:09-cv-01224 |
| Holmes, Joanne | 2:09-cv-01225 |
| Blackburn, Kenneth F. | 2:09-cv-01227 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Blackburn, Martha L. | 2:09-cv-01227 |
| Slye, Frances | 2:09-cv-01228 |
| Slye, Glenn E. | 2:09-cv-01228 |
| Hammonds, Raymond Loyd | 2:09-cv-01230 |
| Hammonds, Winnifred Pearl | 2:09-cv-01230 |
| Jepson, Bonnie R. | 2:09-cv-01231 |
| Jepson, Woodrow Larry | 2:09-cv-01231 |
| Karras, Katherine | 2:09-cv-01239 |
| Whittock, Eleanor U. | 2:09-cv-01245 |
| Whittock, Jr., John M. | 2:09-cv-01245 |
| Yandolino, May | 2:09-cv-01249 |
| Johnson, Rhoda V. | 2:09-cv-01259 |
| Williams, Ernestine F. | 2:09-cv-01260 |
| DeAngelo, Anthony | 2:09-cv-01265 |
| DiAngelo, Anthony E. | 2:09-cv-01265 |
| Fennimore, Darlene | 2:09-cv-01265 |
| Patchus, Denise | 2:09-cv-01265 |
| Rosenfeld, Norman C. | 2:09-cv-01290 |
| Rosenfeld, Renee J. | 2:09-cv-01290 |
| Garinger, Scott R. | 2:09-cv-01293 |
| Smith, Laura | 2:09-cv-01293 |
| Watson, Eva Jo | 2:09-cv-01303 |
| Ragsdale, Floyd | 2:09-cv-01306 |
| Ragsdale, Ruth | 2:09-cv-01306 |
| Suverison, Linda K. | 2:09-cv-01310 |
| Suverison, Sr., Richard L. | 2:09-cv-01310 |
| Ramsey, Carl | 2:09-cv-01312 |
| Hilliard, Pat | 2:09-cv-01313 |
| Massey, Loren | 2:09-cv-01314 |
| Kyle, Lennett | 2:09-cv-01315 |
| Frazier, Florine | 2:09-cv-01319 |
| Frazier, Matthew | 2:09-cv-01319 |
| Malone, Ola Marie | 2:09-cv-01325 |
| Malone, Otto | 2:09-cv-01325 |
| Groves, Faith G. | 2:09-cv-01327 |
| Groves, Steven Alan | 2:09-cv-01327 |
| Bisant, Clement D. | 2:09-cv-01330 |
| Bisant, Jacqueline A. | 2:09-cv-01330 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Larson, Carlton | 2:09-cv-01331 |
| Larson, Sylvia | 2:09-cv-01331 |
| Smith, Jimmy | 2:09-cv-01334 |
| Webster, Angie | 2:09-cv-01334 |
| Askew, Barbara C. | 2:09-cv-01380 |
| Dekens, Louise W. | 2:09-cv-01380 |
| White, Leon F. | 2:09-cv-01380 |
| Hulsizer, Charles | 2:09-cv-01518 |
| Hulsizer, Karl | 2:09-cv-01518 |
| Hulsizer, Shirley | 2:09-cv-01518 |
| Montes, Frances | 2:09-cv-01518 |
| Smith, Charlotte | 2:09-cv-01518 |
| Key, Cathy M. | 2:09-cv-01529 |
| Key, Gerald P. | 2:09-cv-01529 |
| Quinton, L. D. | 2:09-cv-01535 |
| Davidson, John Robert | 2:09-cv-01536 |
| Davidson, Linda | 2:09-cv-01536 |
| Kerwin, Janice | 2:09-cv-01539 |
| Renke, Melvin | 2:09-cv-01539 |
| Fann, Douglas | 2:09-cv-01541 |
| Smith, Deana | 2:09-cv-01541 |
| The Estate of Gary L. Crosser, Sr. | 2:09-cv-01556 |
| Aishman, Otha | 2:10-cv-00001 |
| Wyrick, Helen | 2:10-cv-00006 |
| Windley, Richard E. | 2:10-cv-00007 |
| Hall, Clifford D. | 2:10-cv-00010 |
| Hall, Doris | 2:10-cv-00010 |
| Hall, J. Bruce | 2:10-cv-00010 |
| Volk, Deon | 2:10-cv-00010 |
| Bolin, Violet Marie | 2:10-cv-00014 |
| Travis, Bettie | 2:10-cv-00028 |
| Travis, Tiki | 2:10-cv-00028 |
| Dicken, Clifford C. | 2:10-cv-00029 |
| Dicken, Lena Ann | 2:10-cv-00029 |
| MacKneer, Dorothy Ellen | 2:10-cv-00033 |
| Thomas, Harold T. | 2:10-cv-00035 |
| Stewart, James L. | 2:10-cv-00036 |
| DeSimone, Joseph | 2:10-cv-00037 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Barney, Joeann P. | 2:10-cv-00038 |
| Taylor, George W. | 2:10-cv-00043 |
| Taylor, Rose Marie | 2:10-cv-00043 |
| Wirtel, Ruby R. | 2:10-cv-00051 |
| Georgesen, David | 2:10-cv-00065 |
| Georgesen, Jill | 2:10-cv-00065 |
| Bailey, Herman | 2:10-cv-00066 |
| Bailey, Jean | 2:10-cv-00066 |
| Thomas, John Joel | 2:10-cv-00068 |
| Thomas, Ruth | 2:10-cv-00068 |
| Stein, Charles L. | 2:10-cv-00073 |
| Stein, Janet E. | 2:10-cv-00073 |
| Patti, Juanetta M. | 2:10-cv-00075 |
| Beach, Barbara J. | 2:10-cv-00076 |
| Beach, Kenneth | 2:10-cv-00076 |
| Parshall, Dale | 2:10-cv-00078 |
| Parshall, David J. | 2:10-cv-00078 |
| Parshall, Julie | 2:10-cv-00078 |
| Hall, Glenna | 2:10-cv-00083 |
| Hall, Sr., Donald Ray | 2:10-cv-00083 |
| Gomes, Cecile | 2:10-cv-00086 |
| Vertefeuille, Albert S. | 2:10-cv-00092 |
| Vertefeuille, Elaine M. | 2:10-cv-00092 |
| Berry, Billie J. | 2:10-cv-00093 |
| Miller, J. Loretta | 2:10-cv-00093 |
| Johnson, Stephen Dean | 2:10-cv-00094 |
| Hinsman, Richard | 2:10-cv-00096 |
| Hinsman, Virginia | 2:10-cv-00096 |
| Marchuk, Alvida | 2:10-cv-00101 |
| Marchuk, Igor | 2:10-cv-00101 |
| Bailey, Earlene | 2:10-cv-00105 |
| Ledbetter, Dodie | 2:10-cv-00105 |
| Brindle, Margaret Delores | 2:10-cv-00138 |
| Malfait, Carolyn R. | 2:10-cv-00138 |
| Laqua Sott, Mary Lou | 2:10-cv-00142 |
| Laqua, Julia | 2:10-cv-00142 |
| Gates, Jackie | 2:10-cv-00145 |
| Mertes, Betty | 2:10-cv-00145 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| O'Neal, Gerald | 2:10-cv-00145 |
| O'Neal, Herald | 2:10-cv-00145 |
| O'Neal, William | 2:10-cv-00145 |
| Roth, Vickie | 2:10-cv-00145 |
| Schaefer, Janet | 2:10-cv-00145 |
| Antunez, Lisa | 2:10-cv-00148 |
| Matt, Sandra | 2:10-cv-00148 |
| Davis, Patricia | 2:10-cv-00160 |
| Hughey, Louie Frederick | 2:10-cv-00160 |
| Feeback, Suzanne | 2:10-cv-00163 |
| Welch, Dorothea M. | 2:10-cv-00163 |
| Aseritis, Maiga | 2:10-cv-00165 |
| Auzins, Maiga-Regina | 2:10-cv-00165 |
| Stone, Jane T. | 2:10-cv-00168 |
| Stone, Robert M. | 2:10-cv-00168 |
| Robinson, Sharonda R. | 2:10-cv-00170 |
| McLean, Willie Mae | 2:10-cv-00170 |
| D'Addario, Angelina | 2:10-cv-00171 |
| Berbert, Diane | 2:10-cv-00172 |
| Berbert, Kirk | 2:10-cv-00172 |
| Cinigliaro, Cindy | 2:10-cv-00172 |
| Milhoan, Clarence R. | 2:10-cv-00174 |
| Milhoan, Martha | 2:10-cv-00174 |
| McDonald, Kim Lee | 2:10-cv-00177 |
| McDonald, Richard G. | 2:10-cv-00177 |
| Clifford, Delores | 2:10-cv-00184 |
| Clifford, Joseph | 2:10-cv-00184 |
| River, Kathleen S. | 2:10-cv-00185 |
| River, Robert | 2:10-cv-00185 |
| Butcher, Lloyd S. | 2:10-cv-00189 |
| Seese, Mary Katherine | 2:10-cv-00189 |
| Padgett, Geraldine | 2:10-cv-00198 |
| Padgett, Larry | 2:10-cv-00198 |
| Miller, Elizabeth L. | 2:10-cv-00200 |
| Miller, Lawrence P. | 2:10-cv-00200 |
| Blanton, Connie | 2:10-cv-00201 |
| Jernigan, Frances | 2:10-cv-00201 |
| Jernigan, Jr., Woodrow Wilson | 2:10-cv-00201 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Jernigan, Woodrow Wilson | 2:10-cv-00201 |
| Tansil Patrick, Karen F. | 2:10-cv-00202 |
| Tansil, Clara | 2:10-cv-00202 |
| Tansil, Janet G. | 2:10-cv-00202 |
| Tansil, Jr., Charles L. | 2:10-cv-00202 |
| Tansil, Jr., Charles L. | 2:10-cv-00202 |
| Edmunds, Bertha | 2:10-cv-00207 |
| Edmunds, Phillip C. | 2:10-cv-00207 |
| Moore, Marilyn | 2:10-cv-00208 |
| Newton, Barbara J. | 2:10-cv-00209 |
| Newton, William J. | 2:10-cv-00209 |
| Benningfield, Jesse | 2:10-cv-00210 |
| Jernagin, Ingrid | 2:10-cv-00212 |
| Jernagin, Ollie | 2:10-cv-00212 |
| Coahran, Connie | 2:10-cv-00218 |
| Cousin, Shea L. | 2:10-cv-00219 |
| Duran, Agapito | 2:10-cv-00220 |
| Dailey, Arthur H. | 2:10-cv-00222 |
| Dailey, Doris | 2:10-cv-00222 |
| Bailey, Deborah | 2:10-cv-00224 |
| Davis, Shirley Mae | 2:10-cv-00224 |
| Gostomczyk, Sophie | 2:10-cv-00233 |
| Grimes, Irene | 2:10-cv-00233 |
| Stephenson, Grace | 2:10-cv-00233 |
| Welch, Pamela | 2:10-cv-00234 |
| Welch, Paul | 2:10-cv-00234 |
| Mann, David | 2:10-cv-00235 |
| Mann, Sharon | 2:10-cv-00235 |
| Hackney, Patricia | 2:10-cv-00242 |
| Hackney, Shirley | 2:10-cv-00242 |
| Fitzsimons, Larry | 2:10-cv-00253 |
| Jones, Bruce | 2:10-cv-00254 |
| Jones, Henry | 2:10-cv-00255 |
| Marple, Patricia | 2:10-cv-00256 |
| Mason, Daniel | 2:10-cv-00257 |
| Mast, Dorothy | 2:10-cv-00259 |
| Mast, Gary | 2:10-cv-00259 |
| Hicks, Henrietta | 2:10-cv-00261 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Hicks, Rosetta L. | 2:10-cv-00261 |
| Karnes, Giasemi | 2:10-cv-00262 |
| Karnes, Kenneth J. | 2:10-cv-00262 |
| Jacobs, Angelica R. | 2:10-cv-00263 |
| Jimenez, Anita | 2:10-cv-00263 |
| Davis, Ellen M. | 2:10-cv-00281 |
| Davis, Lois B. | 2:10-cv-00281 |
| McAteer, Jr., Michael T. | 2:10-cv-00282 |
| McAteer, Tammy | 2:10-cv-00282 |
| Morris, John W. | 2:10-cv-00283 |
| Morris, Mary M. | 2:10-cv-00283 |
| Britt, Carol | 2:10-cv-00284 |
| Pinson, Rebecca Allen | 2:10-cv-00284 |
| Kapushinski, Florence | 2:10-cv-00294 |
| Yuhas, Sharon M. | 2:10-cv-00294 |
| McDaniel, Maritza | 2:10-cv-00295 |
| Moore, Patricia | 2:10-cv-00296 |
| Salazar, Mary | 2:10-cv-00297 |
| Ward, Pam | 2:10-cv-00300 |
| Weddington, Karen | 2:10-cv-00302 |
| Teagarden Lemmons, Linda Kay | 2:10-cv-00306 |
| Teagarden, Jr., Fred M. | 2:10-cv-00306 |
| Teagarden, Veda M. | 2:10-cv-00306 |
| Nickel, Liane E. | 2:10-cv-00309 |
| Lang, Christine | 2:10-cv-00310 |
| Procopio, Mary | 2:10-cv-00310 |
| The Estate of Mary Procopio | 2:10-cv-00310 |
| Turner, Rosa M. | 2:10-cv-00311 |
| Broadie, Gloria | 2:10-cv-00312 |
| Conner, Fannie | 2:10-cv-00312 |
| Sexton, Mildred | 2:10-cv-00324 |
| Sexton, Wendell | 2:10-cv-00324 |
| Buras, Martin | 2:10-cv-00337 |
| Buras, Tammy | 2:10-cv-00337 |
| Hutchins, Katie | 2:10-cv-00338 |
| Michna, Rosina | 2:10-cv-00342 |
| Michna, Wim S. | 2:10-cv-00342 |
| Zelik, Ralph | 2:10-cv-00343 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Zelik, Ralph | 2:10-cv-00343 |
| Zelik, Shirley | 2:10-cv-00343 |
| Friar, Carol | 2:10-cv-00346 |
| Friar, Samantha | 2:10-cv-00346 |
| Friar, Sr., Calvin C. | 2:10-cv-00346 |
| Henry-Friar, Calvin Christopher | 2:10-cv-00346 |
| D'Luzansky, Julia | 2:10-cv-00350 |
| Lohr, Janice | 2:10-cv-00350 |
| Lohr, Jr., John L. | 2:10-cv-00350 |
| Lohr, Sr., John L. | 2:10-cv-00350 |
| Stoddard, Cindy | 2:10-cv-00350 |
| Stoddard, Gayle | 2:10-cv-00350 |
| Gilbert, Nancy | 2:10-cv-00361 |
| Peters, Kathy | 2:10-cv-00361 |
| Perkins, Frances | 2:10-cv-00366 |
| Perkins, William | 2:10-cv-00366 |
| Rock, Rodney | 2:10-cv-00375 |
| Rock, Ronald | 2:10-cv-00375 |
| Heck, Robert L. | 2:10-cv-00376 |
| Wiescamp, Bobbie Jo | 2:10-cv-00376 |
| Harmon, Jr., Edward | 2:10-cv-00377 |
| Harmon, Nancy | 2:10-cv-00377 |
| Moreno, Inez | 2:10-cv-00378 |
| Moreno, Lucy | 2:10-cv-00378 |
| Denison, James | 2:10-cv-00379 |
| Denison, Karen | 2:10-cv-00379 |
| Jimenez, Frank M. | 2:10-cv-00382 |
| Jimenez, Rosa A. | 2:10-cv-00382 |
| Eaton, Olen | 2:10-cv-00385 |
| Zavatchin, Kathryn | 2:10-cv-00389 |
| Lanier, Mary Edna | 2:10-cv-00390 |
| Lanier, Raymond | 2:10-cv-00390 |
| Capodici, Frank | 2:10-cv-00391 |
| Kot, Linda Marie | 2:10-cv-00391 |
| Crocker, Harold Lloyd | 2:10-cv-00397 |
| Rhoads, Donald | 2:10-cv-00402 |
| Rhoads, Maria V. | 2:10-cv-00402 |
| Crosby, Sam | 2:10-cv-00406 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| McElveen, Walter E. | 2:10-cv-00406 |
| Butler, William T. | 2:10-cv-00409 |
| Nyre, Patrick K. | 2:10-cv-00412 |
| Nyre, Rebecca A. | 2:10-cv-00412 |
| Sharp, Dorothy J. | 2:10-cv-00413 |
| Lucero, Gilberta | 2:10-cv-00415 |
| Lucero, Margaret | 2:10-cv-00415 |
| Medaris, Irene | 2:10-cv-00416 |
| Menge, Helen J. | 2:10-cv-00417 |
| Agathos, Emmanuel M. | 2:10-cv-00418 |
| Agathos, Valerie | 2:10-cv-00418 |
| Davis, Joseph B. | 2:10-cv-00431 |
| Kiefer, Helen G. | 2:10-cv-00435 |
| McKnight, Brian | 2:10-cv-00435 |
| Hendrik, III, Edward James | 2:10-cv-00436 |
| Hendrik, Jaclyn N. | 2:10-cv-00436 |
| Hendrik, Jr., Edward James | 2:10-cv-00436 |
| Knapp, Frank M. | 2:10-cv-00437 |
| Craig, Herbert | 2:10-cv-00438 |
| Bernhardt, Gary E. | 2:10-cv-00439 |
| Watson, Sr., Riley | 2:10-cv-00440 |
| Murphy, Debra | 2:10-cv-00442 |
| Young, Josephine | 2:10-cv-00448 |
| Smith, Walter H. | 2:10-cv-00452 |
| Tindell, Connie L. | 2:10-cv-00452 |
| Hentz, Ann | 2:10-cv-00454 |
| Ruffin, Virginia | 2:10-cv-00455 |
| Ruffin, William C. | 2:10-cv-00455 |
| Roberts, Magnolia | 2:10-cv-00456 |
| Roberts, Valonda | 2:10-cv-00456 |
| Evans, Dorothy | 2:10-cv-00457 |
| Evans, Robert Lee | 2:10-cv-00457 |
| Zuidema, James P. | 2:10-cv-00458 |
| Zuidema, Rebecca | 2:10-cv-00458 |
| Nix, Olga Y. | 2:10-cv-00459 |
| Nix, Richard L. | 2:10-cv-00459 |
| Turner, Mildred | 2:10-cv-00460 |
| Turner, Sr., Billy | 2:10-cv-00460 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Russo, Dean | 2:10-cv-00465 |
| Russo, Mildred | 2:10-cv-00465 |
| Goodwin, Elaine | 2:10-cv-00469 |
| Jensen, Bailey | 2:10-cv-00470 |
| Jensen, Wendi | 2:10-cv-00470 |
| Salamon, Frank | 2:10-cv-00477 |
| Salamon, Lina | 2:10-cv-00477 |
| Daniels, Harlen G. | 2:10-cv-00480 |
| Daniels, Semaria | 2:10-cv-00480 |
| Carr, Bernice | 2:10-cv-00483 |
| Davenport, Benjamin | 2:10-cv-00484 |
| Angelocci, Diann L. | 2:10-cv-00485 |
| Sturtevant, Emmett V. | 2:10-cv-00485 |
| Dorazio, Lydia | 2:10-cv-00495 |
| Dorazio, Ronald | 2:10-cv-00495 |
| Turnipseed, Molly | 2:10-cv-00499 |
| Turnipseed, Steve | 2:10-cv-00499 |
| MacLean, Hugh | 2:10-cv-00500 |
| MacLean, Mary Anne | 2:10-cv-00500 |
| Phelps, Erna | 2:10-cv-00501 |
| Phelps, Garner | 2:10-cv-00501 |
| Antkowiak, Gloria L. | 2:10-cv-00503 |
| Antkowiak, Henry E. | 2:10-cv-00503 |
| Adams, Paul | 2:10-cv-00504 |
| Griffin, Gail B. | 2:10-cv-00505 |
| Griffin, Jr., Charlie Frank | 2:10-cv-00505 |
| Allen, Kerry | 2:10-cv-00506 |
| Bachman, Virginia | 2:10-cv-00507 |
| Scott, Stuart | 2:10-cv-00507 |
| McColeman, Billy | 2:10-cv-00508 |
| McColeman, Faylenn | 2:10-cv-00508 |
| Belcher, Robert | 2:10-cv-00509 |
| Belle, Sandra | 2:10-cv-00510 |
| Napper, Belinda | 2:10-cv-00510 |
| Bibler, Donna | 2:10-cv-00511 |
| Branton, McArthur | 2:10-cv-00512 |
| Branton, Pauline | 2:10-cv-00512 |
| Brown, Paul | 2:10-cv-00513 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Johnson, Caroline | 2:10-cv-00514 |
| Johnson, Melvin | 2:10-cv-00514 |
| Brown, Thomas | 2:10-cv-00515 |
| Cage, Gloria | 2:10-cv-00517 |
| Cage, Marceline | 2:10-cv-00517 |
| Canier, Robert | 2:10-cv-00518 |
| Case, Teresa | 2:10-cv-00519 |
| Chevalier, Sharol | 2:10-cv-00520 |
| Cohen, Reanna | 2:10-cv-00521 |
| Foreste, Louise | 2:10-cv-00521 |
| Collins, Raymond | 2:10-cv-00522 |
| Costello, John | 2:10-cv-00523 |
| Curran, Dennis | 2:10-cv-00524 |
| Durante, Betty | 2:10-cv-00525 |
| Edwards, Phillis | 2:10-cv-00526 |
| Evans, Christine | 2:10-cv-00532 |
| Evans, Rebecca Jeanne | 2:10-cv-00532 |
| Clark, Leonard | 2:10-cv-00535 |
| Wilson, William | 2:10-cv-00536 |
| Drazil, Catherine | 2:10-cv-00537 |
| Derleth, Charles | 2:10-cv-00543 |
| Samson, Randy | 2:10-cv-00544 |
| McLaughlin, Timothy | 2:10-cv-00545 |
| Elia, Joseph | 2:10-cv-00548 |
| Elliott, Eva | 2:10-cv-00549 |
| Ford, John | 2:10-cv-00550 |
| Gadow, Dustin | 2:10-cv-00551 |
| Black, Deborah | 2:10-cv-00552 |
| Gaines, Joseph | 2:10-cv-00552 |
| Distl, Joseph Daniel | 2:10-cv-00553 |
| Distl, Marion | 2:10-cv-00553 |
| Spanswick, Jr., Thomas K. | 2:10-cv-00556 |
| Spanswick, Sr., Thomas K. | 2:10-cv-00556 |
| Schuster, Adeline | 2:10-cv-00557 |
| Schuster, Tom | 2:10-cv-00557 |
| Watkins, Bobby | 2:10-cv-00561 |
| Hall, William | 2:10-cv-00562 |
| Fisher, Linda | 2:10-cv-00563 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Duck, Lillie | 2:10-cv-00567 |
| Spann, Dorothy | 2:10-cv-00567 |
| Harris, Johnnie | 2:10-cv-00568 |
| Harris, Ola | 2:10-cv-00569 |
| Hasselbauer, Forrest | 2:10-cv-00570 |
| Hughes, Jamie | 2:10-cv-00572 |
| Bierman, Albert F. | 2:10-cv-00573 |
| Burch, Lucy A. | 2:10-cv-00574 |
| McMahon, Michael W. | 2:10-cv-00574 |
| Johnson, Albert | 2:10-cv-00575 |
| Johnson, Jetta | 2:10-cv-00575 |
| Hobbs, Janet | 2:10-cv-00576 |
| Ismaeli, Abdul-Hakim | 2:10-cv-00577 |
| Johnson, Mittie | 2:10-cv-00578 |
| Johnson, St. Sheila | 2:10-cv-00579 |
| Kern, Duane | 2:10-cv-00581 |
| Kern, Katherine | 2:10-cv-00581 |
| King, Robert | 2:10-cv-00582 |
| Lander, Harvey | 2:10-cv-00584 |
| Larimore, Jerry | 2:10-cv-00586 |
| Lindsey, Mary | 2:10-cv-00588 |
| Mason, Susan | 2:10-cv-00591 |
| Mason, Velma | 2:10-cv-00591 |
| Mazzetti, Leonino | 2:10-cv-00592 |
| Nebrich, Diana | 2:10-cv-00592 |
| McCauley, Barbara | 2:10-cv-00593 |
| McHan, Thomas | 2:10-cv-00594 |
| McKoy, Willie | 2:10-cv-00595 |
| McMasters, Leanora | 2:10-cv-00596 |
| McMullen, Charles | 2:10-cv-00597 |
| McMullen-Wilson, Faith | 2:10-cv-00597 |
| Mierzwinski, Michael | 2:10-cv-00598 |
| Millwood, Thomas | 2:10-cv-00599 |
| Moore, Carlos A. | 2:10-cv-00600 |
| Chavez, Juanita | 2:10-cv-00601 |
| Morales, Mariano | 2:10-cv-00601 |
| Mosley, John | 2:10-cv-00602 |
| Mullen, Raymond | 2:10-cv-00603 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Noka, Wilson | 2:10-cv-00604 |
| Fields, Deanna | 2:10-cv-00607 |
| Packard, Evelyn | 2:10-cv-00607 |
| Perreira, Carolyn | 2:10-cv-00610 |
| Boyd, Billy | 2:10-cv-00613 |
| Boyd, Bruce | 2:10-cv-00613 |
| Calloway, Charles E. | 2:10-cv-00614 |
| Calloway, Susan L. | 2:10-cv-00614 |
| Galea, Mary H. | 2:10-cv-00615 |
| Pippin, Beatrice | 2:10-cv-00619 |
| Pippin, Evelyn | 2:10-cv-00619 |
| Ramsey, Myrtle | 2:10-cv-00620 |
| Rivers, Robert | 2:10-cv-00621 |
| Robinson, Robert | 2:10-cv-00622 |
| Sanders, Rebecca | 2:10-cv-00623 |
| Seavey, Lonnie | 2:10-cv-00625 |
| Sheret, Janet | 2:10-cv-00626 |
| Sheret, Raymond | 2:10-cv-00626 |
| Shoemaker, June | 2:10-cv-00627 |
| Shoemaker, Thomas | 2:10-cv-00627 |
| Smith, Gloria | 2:10-cv-00629 |
| Smith, Judy | 2:10-cv-00630 |
| Snipes, James | 2:10-cv-00631 |
| Straight, Thomas | 2:10-cv-00632 |
| Strong, Elas | 2:10-cv-00633 |
| Strong, Joseph | 2:10-cv-00633 |
| Suddin, Charlotte | 2:10-cv-00634 |
| Taylor, Ira | 2:10-cv-00635 |
| Thompson, Darell | 2:10-cv-00637 |
| Thompson, David | 2:10-cv-00638 |
| Travillion, Loretta | 2:10-cv-00639 |
| Williams, Elizabeth | 2:10-cv-00640 |
| Williams, Ira | 2:10-cv-00641 |
| Williams, Leroy | 2:10-cv-00642 |
| Williams, George | 2:10-cv-00643 |
| Williams, Nancy | 2:10-cv-00643 |
| Wilson, Sandra | 2:10-cv-00644 |
| Winter, James | 2:10-cv-00645 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Woodward, Brenda | 2:10-cv-00646 |
| Araujo, Ramon | 2:10-cv-00647 |
| Burley, Arcinia | 2:10-cv-00648 |
| Contee, Charles | 2:10-cv-00649 |
| Harvin, Barbara | 2:10-cv-00651 |
| Jackson-Wright, Constance | 2:10-cv-00652 |
| Johnston, Nellie | 2:10-cv-00653 |
| Jones, Nora | 2:10-cv-00654 |
| Martinez, Gregorio | 2:10-cv-00655 |
| Mitchell, Willie | 2:10-cv-00656 |
| Potter, Eunice | 2:10-cv-00657 |
| Tormos, Hector | 2:10-cv-00658 |
| Wallace, Lucinda | 2:10-cv-00659 |
| Wilson, Roy | 2:10-cv-00660 |
| Williams, Orlen | 2:10-cv-00662 |
| Branham, Melvin A. | 2:10-cv-00666 |
| Tesfasion, Samson | 2:10-cv-00667 |
| Jayne, Opal | 2:10-cv-00671 |
| Kalisz, Geraldine | 2:10-cv-00671 |
| Danruther, Carol | 2:10-cv-00672 |
| Danruther, Jack L. | 2:10-cv-00672 |
| Turner, Rosa Lee | 2:10-cv-00674 |
| Bates, Margaret | 2:10-cv-00676 |
| Bates, Ronald | 2:10-cv-00676 |
| Wright, Jack Jerrel | 2:10-cv-00686 |
| Griffin, James | 2:10-cv-00696 |
| Johnson, Robert E. | 2:10-cv-00705 |
| Lambert, Frances L. | 2:10-cv-00705 |
| Lewis, Catherine | 2:10-cv-00713 |
| Cox, James David | 2:10-cv-00718 |
| Cox, Wanda Karen | 2:10-cv-00718 |
| Sturdivan, Reda | 2:10-cv-00719 |
| Scott, Nancy | 2:10-cv-00720 |
| Scott, Terry | 2:10-cv-00720 |
| Hash, Dale | 2:10-cv-00721 |
| Hedberg, Shirley | 2:10-cv-00722 |
| Kennicutt, Joan | 2:10-cv-00723 |
| Wofford, Lillie | 2:10-cv-00726 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Cooley, Wilmer | 2:10-cv-00727 |
| Gray, Helen | 2:10-cv-00728 |
| Fry, Dolores | 2:10-cv-00730 |
| Fry, Robert | 2:10-cv-00730 |
| Millensifer, Aimee | 2:10-cv-00732 |
| Millensifer, Madalyn Z. | 2:10-cv-00732 |
| Murray, John | 2:10-cv-00737 |
| Valliere, Laura | 2:10-cv-00737 |
| Steele, Jr., Ruble Hawkins | 2:10-cv-00751 |
| Steele, Roberta M. | 2:10-cv-00751 |
| Johnson, Sr., The Estate of Issac | 2:10-cv-00752 |
| Watkins, Frances Johnson | 2:10-cv-00752 |
| Boemmels, Eleanor | 2:10-cv-00753 |
| Equils, Terry | 2:10-cv-00754 |
| Lunder, James | 2:10-cv-00755 |
| Lunder, MaryAnn | 2:10-cv-00755 |
| Koehne, Darmon Dean | 2:10-cv-00757 |
| Koehne, Kathleen | 2:10-cv-00757 |
| Garry, Helen | 2:10-cv-00758 |
| Garry, William T. | 2:10-cv-00758 |
| McNish, Betty | 2:10-cv-00760 |
| McNish, Douglas | 2:10-cv-00760 |
| McNish, Karen | 2:10-cv-00760 |
| McNish, Robert | 2:10-cv-00760 |
| McNish, Robert G. | 2:10-cv-00760 |
| McNish, Todd | 2:10-cv-00760 |
| Postel, Tammy | 2:10-cv-00760 |
| Walker, Anna | 2:10-cv-00764 |
| Walker, Barry | 2:10-cv-00764 |
| Konczal, Blake G. | 2:10-cv-00767 |
| Konczal, Florence | 2:10-cv-00767 |
| Konczal, Rachel M. | 2:10-cv-00767 |
| Konczal, Wayne F. | 2:10-cv-00767 |
| Duffy, Susan | 2:10-cv-00798 |
| Kerstann, William | 2:10-cv-00798 |
| Kerstann, Wilma | 2:10-cv-00798 |
| Henry, Jr., Albert | 2:10-cv-00801 |
| Henry, Kate M. | 2:10-cv-00801 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Henry, Sr., Albert | 2:10-cv-00801 |
| Stewart, Jr., Richard Wade | 2:10-cv-00802 |
| Stewart, Zachary Richard | 2:10-cv-00802 |
| Vachon, Tereasa Marie | 2:10-cv-00802 |
| Young, Jesse | 2:10-cv-00807 |
| Young, Ruth | 2:10-cv-00807 |
| Hoxworth, MaryAnn | 2:10-cv-00815 |
| Baker, Josephine | 2:10-cv-00876 |
| Ragusa, Philip | 2:10-cv-00902 |
| Lynch, Sheree | 2:10-cv-00916 |
| Oss, Bonnie | 2:10-cv-00916 |
| Ervin, Diana A. | 2:09-cv-00917 |
| Ervin, Danny J. | 2:09-cv-00917 |
| Ervin, Diana A. | 2:09-cv-00917 |
| Ervin, Danny J. | 2:09-cv-00917 |
| Glasser, Orathai | 2:10-cv-00918 |
| Glasser, Scott | 2:10-cv-00918 |
| Fusilli, Mary | 2:10-cv-00930 |
| Fusilli, Matthew J. | 2:10-cv-00930 |
| Travis, Jacqueline | 2:10-cv-00935 |
| Hubert, Marianne G. | 2:10-cv-00936 |
| Hubert, Rose E. | 2:10-cv-00936 |
| Garlock, Irvin E. | 2:10-cv-00948 |
| Garlock, Patricia A. | 2:10-cv-00948 |
| Stalder, Rudolph | 2:10-cv-00959 |
| Darlington, Donna | 2:10-cv-00983 |
| Darlington, Jesse A. | 2:10-cv-00983 |
| Cosenza, Frank | 2:10-cv-00986 |
| Cosenza, Martha | 2:10-cv-00986 |
| Byrnes, William | 2:10-cv-01008 |
| Minton, Martha L. | 2:10-cv-01013 |
| Heckinger, Margaret E. | 2:10-cv-01022 |
| Heckinger, Robert J. | 2:10-cv-01022 |
| Blasingame, Johnny J. | 2:10-cv-01026 |
| Eichinger, James R. | 2:10-cv-01027 |
| Popoff, Lillian | 2:10-cv-01042 |
| Popoff, Jr., Pete P. | 2:10-cv-01042 |
| Edmonds, Sharon | 2:10-cv-01048 |

| Plaintiff Name | Associated WVSD Case Number |
|---|---|
| Maxwell, George L. | 2:10-cv-01051 |
| Maxwell, Velma K. | 2:10-cv-01051 |
| DiMauro, Janet | 2:10-cv-01063 |
| Budihas, Phyllis | 2:10-cv-01117 |
| Budihas, Thomas S. | 2:10-cv-01117 |
| Halstead, Mary | 2:10-cv-01156 |
| Whiteman, Wendy | 2:10-cv-01156 |
| Head, Glenda | 2:10-cv-01157 |
| William, Linda | 2:10-cv-01158 |
| Weinfurtner, George | 2:10-cv-01159 |
| Williams, Sammie | 2:10-cv-01160 |
| Andrews, Clara | 2:10-cv-01161 |
| Snodgrass, Sharon | 2:10-cv-01162 |
| Snodgrass, Thomas | 2:10-cv-01162 |
| Buie, Doretha | 2:10-cv-01163 |
| Johns, Rose | 2:10-cv-01164 |
| Williams, Curley | 2:10-cv-01168 |
| Palmer, Mary | 2:10-cv-01169 |
| Roberts, Karen | 2:10-cv-01169 |
| Kirtz, Sharon | 2:10-cv-01170 |
| Joyner, Jasper | 2:10-cv-01171 |
| Sullivan, John | 2:10-cv-01172 |
| Murphy, Ella | 2:10-cv-01173 |
| Clark, Harlon | 2:10-cv-01174 |
| Bondowski, James | 2:10-cv-01175 |
| Bondowski, Olga | 2:10-cv-01175 |
| Kurlick, Michael | 2:10-cv-01176 |
| Kurlick, Sophie | 2:10-cv-01176 |
| Layman, Jr., James | 2:10-cv-01309 |
| Layman, Sr., James | 2:10-cv-01309 |
| McDaniel, Louise | 2:11-cv-00007 |
| Lynn, Elsie | 2:11-cv-00008 |
| LeeFlora, Harry | 2:11-cv-00020 |
| LeeFlora, Mae F. | 2:11-cv-00020 |
| Gamble, Genevieve N. | 6:08-cv-01036 |
| Gamble, Jacob Carson | 6:08-cv-01036 |