**UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |
| | *Case No.: 2:08-md-1968* |
| Kathy McCornack, et al.<br>        Plaintiffs, | *Case No.: 2:09-cv-0671* |
| vs. | |
| Actavis Totowa, LLC, et al.<br>        Defendants. | |
| Vega, et al. | *Case No. 2:09-cv-0768* |
| vs. | |
| Actavis Totowa, LLC, et al.<br>        Defendants. | |

**RELATED CASES**

**PLAINTIFFS' EXHIBITS IN OPPOSITION TO
DEFENDANTS' MOTIONS FILED AUGUST 1-3, 2011**

Plaintiffs in the matter *Kathy McCornack, et al. v. Actavis, et al.*, Case No. 2-cv-0671, ("*McCornack* Plaintiffs" or "Plaintiffs"), hereby respectfully submit the attached exhibits in opposition to defendants' motion for summary judgment in all of the MDL cases, (Doc. Nos. 523-524), motion to exclude plaintiffs' general liability experts in all MDL cases, (Doc. Nos. 525-526), motion to exclude unreliable hearsay in all MDL cases (Doc. Nos. 527); motion to

1

exclude decedent Daniel McCornack's *post mortem* digoxin blood concentration in the *McCornack* action, (Doc. Nos. 120-121), motion to exclude plaintiffs' experts, Richard T. Mason, M.D., and Keith Gibson in the *McCornack* action, (Doc. Nos. 120-121), and motion for summary judgment in the *McCornack* action, (Doc. Nos. 120-121):

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 016 | Plaintiffs' Deposition Exhibit 16<br>Investigation Log No. 07-093 | ACTAV000003317-336<br>ACTAV000002598-613<br>ACTAV000002486<br>ACTAV000002615-622 | 000001 |
| 025 | Plaintiffs' Deposition Exhibit 25<br>Revised Warning Letter dated Feb. 1, 2007 from FDA to Actavais | ACTAV000028242-248 | 000069 |
| 044 | Plaintiffs' Deposition Exhibit 44<br>Incident Records, Nov. 30, 2007, Batch No. 70924A1 | ACTAV000002757 | 000077 |
| 050 | Plaintiffs' Deposition Exhibit 50<br>FDA Form 483, September 28, 2007 | n/a | 000079 |
| 052 | Plaintiffs' Deposition Exhibit 52<br>QA Sampling Records, Batch No. 70670A | ACTAV000049220-226 | 000083 |
| 068 | Plaintiffs' Deposition Exhibit 68<br>FDA Form 483, August 10, 2006 | n/a | 000091 |
| 073 | Plaintiffs' Deposition Exhibit 73<br>Quality Review Board Minutes, Jan. 26, 2009 | ACTAV000443062-098 | 000101 |
| 079 | Plaintiffs' Deposition Exhibit 73<br>FDA Form 483, Feb. 08, 2006 | ACTAV00002890…<br>[partially illegible] | 000139 |
| 080 | Plaintiffs' Deposition Exhibit 80<br>FDA Establishment Inspection Report, July 21, 2008 | ACTAV000429520-535 | 000147 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 082 | Plaintiffs' Deposition Exhibit 82<br>Complaint for Permanent Injunction, Nov. 14, 2008, *U.S. v. Actavis Totowa, LLC, et al.* Doc. No. 1, Case No. 2:08-cv-05656-SDW-MCA | n/a | 000164 |
| 090 | Plaintiffs' Deposition Exhibit 90<br>FDA Establishment Inspection Report, July – August 2006 | n/a | 000182 |
| 091 | Plaintiffs' Deposition Exhibit 91<br>FDA Establishment Inspection Report, March – May 2008 | n/a | 000225 |
| 097 | Plaintiffs' Deposition Exhibit 97<br>Email dated Dec. 18, 2007 re Investigation No. 07-093 | ACTAV000408864 | 000321 |
| 113 | Plaintiffs' Deposition Exhibit 113<br>"Urgent: Drug Recall" notice dated April 24, 2008 | ACTAV000526961-969 | 000323 |
| 120 | Plaintiffs' Deposition Exhibit 120<br>"Urgent: Drug Recall" notice dated April 28, 2008 | UDLL000004006-008 | 000333 |
| 128 | Plaintiffs' Deposition Exhibit 128<br>Investigation Final Report, Investigation No. 04-003 | ACTAV001375829-833 | 000337 |
| 136 | Plaintiffs' Deposition Exhibit 136<br>Final Corrective Action Memo, Audit XA-06-010, Jan. 23, 2008 (2006 Incident) | MLYN… [partially illegible] | 000343 |
| 140 | Plaintiffs' Deposition Exhibit 140<br>Email dated April 30, 2008 re Mylan/Bertek Quality Head | ACTAV00014215… [partially illegible] | 000349 |
| 141 | Plaintiffs' Deposition Exhibit 141<br>Investigation #08-060 Record, Batch No. 80228A1, April 1, 2008 Occurrence | ACTAV000928231 | 000352 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 144 | Plaintiffs' Deposition Exhibit 144<br>2008 Annual Product Review, Digoxin Tablets, USP - 0.125 mg | ACTAV000649134-148 | 000354 |
| 146 | Plaintiffs' Deposition Exhibit 146<br>Email dated April 17, 2008 re Form 483 Items | ACTAV000429342 | 000370 |
| 157 | Plaintiffs' Deposition Exhibit 157<br>FDA Form 483, Sept. 28, 2007 | n/a | 000373 |
| 158 | Plaintiffs' Deposition Exhibit 158<br>FDA Establishment Inspection Report, Sept. 2007 | n/a | 000377 |
| 159 | Plaintiffs' Deposition Exhibit 159<br>Blend Failure Investigation Report, Batch Nos. 70148A and 70207A | ACTAV000165623-630 | 000418 |
| 171 | Plaintiffs' Deposition Exhibit 171<br>FDA Establishment Inspection Report, Sept. 2007 | ACTAV000505260-300 | 000427 |
| 183 | Plaintiffs' Deposition Exhibit 183<br>Email and Summary of Blend Failures 2007, July 20, 2007 | ACTAV001423286-288 | 000469 |
| 214 | Plaintiffs' Deposition Exhibit 214<br>Consent Decree of Permanent Injunction, Dec. 23, 2008, Doc. No. 4-2, Case No. 2:08-cv-05656-SDW-MCA | n/a | 000473 |
| 217 | Plaintiffs' Deposition Exhibit 217<br>Email dated April 15, 2008 and Table Summarizing Investigations by Product | ACTAV000299883-889 | 000511 |
| 220 | Plaintiffs' Deposition Exhibit 220<br>Health Hazard Evaluations, April 25, 2008 | ACTAV000006569<br>ACTAV000006579-580 | 000519 |
| 227 | Plaintiffs' Deposition Exhibit 227<br>Email dated May 3, 2008 re Digitek Tablet Presses | ACTAV000605912-913 | 000523 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 228 | Plaintiffs' Deposition Exhibit 228 FDA Establishment Inspection Report, September – October 2006 | ACTAV0000293… [partially illegible] | 000526 |
| 229 | Plaintiffs' Deposition Exhibit 229 FDA Warning Letter, Aug. 15, 2006 | ACTAV000923261-264 | 000547 |
| 230 | Plaintiffs' Deposition Exhibit 230 Amide Letter Response to FDA, dated Feb. 28, 2006, re FDA Form 483 | ACTAV000923269-279 | 000552 |
| 231 | Plaintiffs' Deposition Exhibit 231 FDA Warning Letter, Jan. 9, 2007 | ACTAV00002882… [partially illegible] | 000564 |
| 233 | Plaintiffs' Deposition Exhibit 233 "Chronology of Actavis Totowa (formerly Amide) Regulatory Issues" Powerpoint, January 2007, and Email | MYLN000032351-359 | 000572 |
| 235 | Plaintiffs' Deposition Exhibit 235 "Summary of FDA Inspectional History of Amide Pharmaceutical, Inc." | ACTAV001087612… [partially illegible] | 000582 |
| 236 | Plaintiffs' Deposition Exhibit 236 FDA Form 483, Nov. 29, 2001, and Amide Response Letter, Dec. 10, 2001 | ACTAV000568969-972 | 000593 |
| 241 | Plaintiffs' Deposition Exhibit 241 Amide Letter, June 8, 2004, to Rite Aid, re Complaint #C04-016 | ACTAV001316391 | 000598 |
| 242 | Plaintiffs' Deposition Exhibit 242 Amide Letter, July 13, 2004, to Rite Aid, re Complaint #C04-018 | ACTAV001316392 | 000600 |
| 246 | Plaintiffs' Deposition Exhibit 246 FDA Warning Letter, Aug. 15, 2006 | ACTAV000028926-928 | 000602 |
| 249 | Plaintiffs' Deposition Exhibit 249 Email dated Oct. 1, 2007, re top products associated with death or permanent injury | ACTAV000561564-565 | 000606 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 253 | Plaintiffs' Deposition Exhibit 253<br>2006 Annual Product Review, Digoxin Tablets, USP 0.25 mg | ACTAV000006437-442 | 000609 |
| 258 | Plaintiffs' Deposition Exhibit 258<br>Email dated Jul. 12, 2006, re Digitek Tablet Presses | ACTAV000645033 | 000616 |
| 259 | Plaintiffs' Deposition Exhibit 259<br>Email dated Jul. 21, 2006, re Digitek Tablet Presses, and quotation | ACTAV000645019-024 | 000618 |
| M14 | Plaintiffs' Deposition Exhibit M14<br>Email dated Jan. 4, 2008, re Digitek Parameter Review | MYLN000034729 | 000625 |
| M21 | Plaintiffs' Deposition Exhibit M21<br>Email dated Jan. 4, 2007 re Actavis-Digitek | MYLN000256375-376 | 000627 |
| M25 | Plaintiffs' Deposition Exhibit M25<br>Email dated April 27, 2008 re Actavis (Amide) Recall and FDA Inspection | MYLN000925874-875 | 000630 |
| M30 | Plaintiffs' Deposition Exhibit M30<br>Email dated May 6, 2008 re Digitek Tablets 05/06 Update | MYLN000041928-929 | 000633 |
| M45 | Plaintiffs' Deposition Exhibit M45<br>UDL Laboratories Memorandum dated Jan 21, 2008, re Actavis Totowa Re-Assessment Summary | UDLL000025489-490 | 000636 |
| M64 | Plaintiffs' Deposition Exhibit M64<br>Email dated Jul. 21, 2008 re Actavis Totowa Recall | MYLN000593691-692 | 000639 |
| M65 | Plaintiffs' Deposition Exhibit M65<br>UDl Laboratories, Product Receipt Records 2007, et al. | UDLL000005805-818 | 000642 |
| M69 | Plaintiffs' Deposition Exhibit M69<br>UDL Internal Investigation Records, May 2008 | UDLL000004768-771 | 000657 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 500 | Plaintiffs' Exhibit 500<br>Expert Witness Report, Dr. David M. Bliesner, Ph.D.<br><br>500.1 – CV (000764) | n/a | 000662 |
| 501 | Plaintiffs' Exhibit 501<br>"302" Sample Batches with Questions Manufacturing Review | ACTAV001420149-151 | 000776 |
| 502 | Plaintiffs' Exhibit 502<br>Actavis letter to FDA dated May 21, 2008 | ACTAV00002826… [partially illegible] | 000780 |
| 503 | Plaintiffs' Exhibit 503<br>Phyllis Lambridis Deposition Transcript Jan. 18, 2010 | n/a | 000790 |
| 504 | Plaintiffs' Exhibit 504<br>Recall Records Produced by CVS/Caremark | n/a | 001190 |
| 505 | Plaintiffs' Exhibit 505<br>Recall Notice dated April 28, 2008, Produced by Caremark | UDLL000004006-008 | 001217 |
| 506 | Plaintiffs' Exhibit 506<br>Daniel McCornack Consumer-Level Recall Notice dated May 2, 2008, Produced by Caremark | n/a | 001221 |
| 507 | Plaintiffs' Exhibit 507<br>Deposition Transcript, Dr. David M. Bliesner, Ph.D., (Bliesner Depo I)<br><br>[*Bates No. 001512-003039 Intentionally Omitted*] | n/a | 001224 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 508 | Plaintiffs' Exhibit 508<br>Deposition Transcript, Dr. David M. Bliesner, Ph.D., Feb. 18, 2011, (Bliesner Depo II)<br><br>[*Bates No. 003127-003462 Intentionally Omitted*]<br><br>508.2 – Revised Transcript (003463) | n/a | 003040 |
| 509 | Plaintiffs' Exhibit 509<br>Deposition Transcript, Mark G. Kenny, June 29, 2010, (Kenny Depo I)<br><br>[*Bates No. 003941-004820 Intentionally Omitted*] | n/a | 003864 |
| 510 | Plaintiffs' Exhibit 510<br>Deposition Transcript, Mark G. Kenny, Feb. 16, 2011, (Kenny Depo II)<br><br>[*Bates No. 004893-008064 Intentionally Omitted*] | n/a | 004821 |
| 511 | Plaintiffs' Exhibit 511<br>Expert Witness Report and CV, Mark G. Kenny | n/a | 008065 |
| 512 | Plaintiffs' Exhibit 512<br>Deposition Transcript, James J. Farley, June 28, 2010, (Farley Depo I)<br><br>[*Bates No. 008200-008679 Intentionally Omitted*] | n/a | 008116 |
| 513 | Plaintiffs' Exhibit 513<br>Deposition Transcript, James J. Farley, Jan. 19, 2011, (Farley Depo II)<br><br>[*Bates No. 008834-009492 Intentionally Omitted*] | n/a | 008680 |
| 514 | Plaintiffs' Exhibit 514<br>Expert Witness Report and CV, James J. Farley | n/a | 009493 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 515 | Plaintiffs' Exhibit 515<br>Deposition Transcript, Russell F. Somma, Ph.D., Jul. 1, 2010<br><br>[*Bates No. 009823-009844 Intentionally Omitted*] | n/a | 009521 |
| 516 | Plaintiffs' Exhibit 516<br>Expert Witness Report, Russell F. Somma, Ph.D.<br><br>516.1 – CV (009862) | n/a | 009845 |
| 600 | Plaintiffs' Exhibit 600<br>Lawrence E. Von Dollen, M.D., Deposition Transcript, October 5, 2009<br><br>600.1 – Exhibit 1 (009988)<br>600.2 – Exhibit 2 (009992) | n/a | 009870 |
| 601 | Plaintiffs' Exhibit 601<br>Gordon Lemm, M.D., Deposition Transcript, October 2, 2009<br><br>601.1 – Exhibit 1 (010099)<br>601.2 – Exhibit 2 (010102)<br>601.3 – Exhibit 3 (010109)<br>601.4 – Exhibit 4 (010115)<br>601.5 – Exhibit 5 (010118)<br>601.6 – Exhibit 6 (010122) | n/a | 009995 |
| 602 | Plaintiffs' Exhibit 602<br>Deposition Transcript Richard T. Mason, M.D., Oct. 1, 2009, ("Mason Depo I")<br><br>602.1 – Exhibit 1 (010176)<br>602.2 – Exhibit 2 (010268)<br>602.3 – Exhibit 3 (010276)<br>602.4 – Exhibit 4 (010278)<br>602.5 – Exhibit 5 (010281)<br>602.6 – Exhibit 6 (010295)<br>602.7 – Exhibit 7 (010298)<br>602.8 – Exhibit 8 (010350) | n/a | 010180 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
|  | 602.9 – Exhibit 9 (010352)<br>602.10 – Exhibit 10 (010359)<br>602.11 – Exhibit 11 (010365)<br>602.12 – Exhibit 12 (010369)<br>602.13 – Exhibit 13 (010375)<br>602.14 – Exhibit 14 (010379) |  |  |
| 603 | Plaintiffs' Exhibit 603<br>Richard T. Mason, M.D., Deposition Transcript, Aug. 11, 2011, ("Mason Depo II")<br><br>603.16 – Exhibit 16 (010493)<br>603.17 – Exhibit 17 (010500)<br>603.18 – Exhibit 18 (010506)<br>603.19 – Exhibit 19 (010511)<br>603.20 – Exhibit 20 (010528)<br>603.22 – Exhibit 22 (010544)<br>603.23 – Exhibit 23 (010559)<br>603.24 – Exhibit 24 (010582)<br>603.27 – Exhibit 27 (010586)<br>603.28 – Exhibit 28 (010609)<br>603.29 – Exhibit 29 (010620)<br>603.30 – Exhibit 30 (010622)<br>603.31 – Exhibit 31 (010624) | n/a | 010383 |
| 604 | Plaintiffs' Exhibit 604<br>Amy R. McMaster, M.D., Deposition Transcript, August 4, 2011<br><br>604.1 – Deposition Exhibits (010740)<br>604.2 - Reporter's Certification (011012) | n/a | 010626 |
| 605 | Plaintiffs' Exhibit 605<br>Expert Witness Report, Amy R. McMaster, M.D. | n/a | 011014 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 606 | Plaintiffs' Exhibit 606<br>Deposition Transcript, Keith P. Gibson, June 14, 2011<br><br>606.A – Exhibit A (011323)<br>606.B – Exhibit B (011339)<br><br>606.C – Exhibit C (011362)<br>606.D – Exhibit D (011371)<br>606.E – Exhibit E (011377)<br>606.F – Exhibit F (011392)<br>606.G – Exhibit G (011405)<br>606.H – Exhibit H (011410)<br>606.I – Exhibit I (011417)<br>606.J – Exhibit J (011424) | n/a | 011018 |
| 607 | Plaintiffs' Exhibit 607<br>Expert Witness Report, Keith P. Gibson | n/a | 011435 |
| 608 | Plaintiffs' Exhibit 608<br>C. Alan Brown, M.D., Deposition Transcript, August 10, 2011<br><br>608.1 – Deposition Exhibits (011548)<br>608.2 - Reporter's Certification (011600) | n/a | 011450 |
| 609 | Plaintiffs' Exhibit 609<br>Kathy McCornack Deposition Transcript, Oct. 5, 2009<br><br>609.1 - Reporter's Certification (011767) | n/a | 011602 |
| 610 | Plaintiffs' Exhibit 610<br>Daniel McCornack, Jr., Deposition Transcript, May 17, 2011 | n/a | 011769 |
| 611 | Plaintiffs' Exhibit 611<br>Ralph McCornack Deposition Transcript, May 17, 2011 | n/a | 011860 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 612 | Plaintiffs' Exhibit 612<br>William L. Galanter, M.D., Deposition Transcript, August 3, 2011<br><br>612.1 – Deposition Exhibits (012064)<br>612.2 - Reporter's Certification (012251) | n/a | 011921 |
| 613 | Plaintiffs' Exhibit 613<br>Kennon J. Heard, M.D., Deposition Transcript July 14, 2011<br><br>613.1 – Deposition Exhibits (012336)<br>613.2 - Reporter's Certification (012722) | n/a | 012253 |
| 614 | Plaintiffs' Exhibit 614<br>Edward J. Barbieri Deposition Transcript, November 19, 2010, in *Johnson v. Actavis Totowa, LLC, et al.*, Case No. CJ-2009-5292 | n/a | 012724 |
| 615 | Plaintiffs' Exhibit 615<br>Edward J. Barbieri Deposition Transcript, July 11, 2011, in *McCornack v. Actavis Totowa, LLC, et al.*, Case No. 2:09-cv-0671<br><br>615.1 - Reporter's Certification (013102) | n/a | 012898 |
| 616 | Plaintiffs' Exhibit 616<br>Expert Report, Walter N. Kernan, M.D. | n/a | 013104 |
| 617 | Plaintiffs' Exhibit 617<br>Mylan Distribution Agreement | n/a | 013134 |
| 618 | Plaintiffs' Exhibit 618<br>McCornack Pill Bottle Photos | n/a | 013198 |
| 619 | Plaintiffs' Exhibit 619<br>Walter N. Kernan, M.D., Deposition Transcript, April 22, 2011<br><br>[*Bates No. 013328- 013843 Intentionally Omitted*] | n/a | 013202 |

| Exhibit No. | Description | Bates No. | Start Page |
|---|---|---|---|
| 620 | Declaration of Dr. David M. Bliesner, Ph.D. | n/a | 013844 |
| 621 | Declaration of Reynolds Delgado, M.D. | n/a | 013858 |
| 622 | Expert Witness Report, Reynolds Delgado, M.D. | n/a | 013875 |

Respectfully Submitted:

Dated: August 24, 2011      /s/ Don E. Ernst
Don A. Ernst (CA SBN 065726)
Attorneys for *McCornack* Plaintiffs
Ernst Law Group
1020 Palm Street
San Luis Obispo, CA. 93401
Tel: 805-541-0300
Fax: 805-541-5168
E-mail: de@ernstlawgroup.com