UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY LITIGATION

MDL NO. 1968

*Case No.: 2:08-md-1968*

THIS DOCUMENT RELATES TO:
Case No. 2:09-cv-0671

PROOF OF SERVICE (MDL NO. 1968)

I am a resident of the County of San Luis Obispo, California; I am over the age of eighteen years and not a party to the within entitled action; my business address is Ernst Law Group, 1020 Palm Street, San Luis Obispo, California 93401.

On August 24, 2011, I served the following documents:

1. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' GENERAL LIABILITY EXPERTS [REDACTED VERSION, SUBJECT TO MOTION TO SEAL]

2. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' GENERAL LIABILITY EXPERTS [UNREDACTED VERSION]

3. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Pacer Docket Nos.: 523-524) [REDACTED VERSION, SUBJECT TO MOTION TO SEAL]

4. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Pacer Docket Nos.: 523-524) [UNREDACTED VERSION]

5. PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE UNRELIABLE HEARSAY

6. **PLAINTIFFS' MOTION TO SEAL CONFIDENTIAL RECORDS [Filed and Served in 5 Parts]**

7. **NOTICE OF PLAINTIFFS' MOTION TO STRIKE PLEADINGS AND MOTIONS FILED IN EXCESS OF PAGE LIMITATIONS (LOCAL RULE 7.1 (A)(2))**

8. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE PLEADINGS AND MOTIONS FILED IN EXCESS OF PAGE LIMITATIONS (LOCAL RULE 7.1 (A)(2))**

9. **DECLARATION OF DON A. ERNST IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE PLAINTIFFS' GENERAL LIABILITY EXPERTS, AND MOTION IN LIMINE TO EXCLUDE UNRELIABLE HEARSAY**

10. **PLAINTIFFS' EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTIONS FILED AUGUST 1-3, 2011 [REDACTED VERSION, EXHIBIT LIST ONLY, SUBJECT TO MOTION TO SEAL]**

11. **PLAINTIFFS' EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTIONS FILED AUGUST 1-3, 2011 [UNREDACTED VERSION, INCLUDING EXHIBITS]**

12. **PROOF OF SERVICE (MDL NO 1968)**

13. **PLAINTIFFS' OPPOSITION TO MYLAN DEFENDANTS' COMPANION MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY**

on the interested parties in said action, by placing: **[ ]** the original, **[X]** a true copy thereof as follows:

PLEASE SEE ATTACHED SERVICE LIST

**[X] Documents Nos. 1, 3, 5, 6, 7, 8, 9, 10, 12, 13 Only**: **By Electronic Filing and Service (CM/ECF System):** I filed the document(s) listed above via the Court's Electronic Filing System (CM/ECF System) which constitutes service, pursuant to the order of the above-titled Court, upon the counsel on the service list.

**[ ] By Regular U.S. Mail:**  I caused an envelope, enclosing the document(s) listed above, with postage thereon fully prepaid to be placed in the United States mail at San Luis Obispo, California.

**[ ] By U.S. Mail - Certified, Return Receipt Requested:**  I caused an envelope, enclosing the document(s) listed above, with postage thereon fully prepaid to be placed in the United States mail at San Luis Obispo, California.

**[ ] By Facsimile:**  I caused the document(s) listed above to be transmitted via facsimile to the facsimile number(s) listed in the attached service list.

**[ ] By Electronic Mail:**  I served the document(s) listed above by electronic mail and .pdf attachment through the office e-mail service for Ernst Law Group.

**[ ] By Personal Delivery:**  I caused an envelope, enclosing the document(s) listed above, to be delivered by hand to the office of addressee.

**[X] <u>Document No. 2, 4, 6, 11 Only</u>:  By Next Business Day Delivery:**  I caused an envelope, enclosing copies and/or a DVD with .pdf copies of the document(s) listed above, to be delivered by Federal Express courier service, for next business day delivery.

**[ ] State:**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[X] Federal:**  I declare under penalty of perjury under the laws of the United States of America that I am an attorney licensed to practice in the State of California and authorized to practice before this Court in this action (and related MDL No. 1968), and that the foregoing is true and correct.

Executed on August 24, 2011, at San Luis Obispo, California.


/s/ Don A. Ernst
Don A. Ernst
Attorneys for *McCornack* Plaintiffs
Ernst Law Group
1020 Palm Street
San Luis Obispo, CA. 93401
Tel:  805-541-0300
Fax: 805-541-5168
E-mail: de@ernstlawgroup.com

**PROOF OF SERVICE LIST**

| | |
|---|---|
| SHOOK, HARDY & BACON, LLP<br>Harvey L. Kaplan<br>Madeline M. McDonough<br>Sarah E. Drewes<br>Valerie J. Blevins<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613<br>Telephone : (816) 474-6550<br>Fax: (816) 421-5547<br>E-mail: hkaplan@shb.com<br>          mmcdonough@shb.com<br>          hpsmith@shb.com<br>          sdrewes@shb.com<br>          vblevins@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL Laboratories, Inc. |
| SHOOK, HARDY & BACON, LLP<br>Hunter K. Ahern<br>600 Travis, Suite 1600<br>Houston, TX 77002-2992<br>Telephone : (713) 227-8008<br>Fax: (713) 227-9508<br>E-mail: hahern@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL Laboratories, Inc. |
| SHOOK, HARDY & BACON, LLP<br>Ericka L. Downie<br>600 14th Street NW, Suite 800<br>Washington D.C.  20005<br>Telephone: (202) 662-4864<br>Fax: (202) 783-4211<br>Email: edownie@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL Laboratories, Inc. |
| SHOOK, HARDY & BACON, LLP<br>Alicia J. Donahue<br>1 Montgomery Street, Suite 2700<br>San Francisco, CA 9410-4-4505<br>Telephone:  (415) 544-1900<br>Fax:  (415) 391-0281<br>Email:  adonahue@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL laboratories, Inc. |

| | |
|---|---|
| ALLEN GUTHRIE & THOMAS, PLLC<br>Rebecca A. Betts<br>David B. Thomas<br>P.O. Box 3394<br>Charleston, West Virginia 25333-3394<br>Telephone : (304) 345-7250<br>Fax: (304) 345-9941<br>E-mail:  rabetts@agmtlaw.com<br>            dbthomas@agmtlaw.com | Attorneys for Defendants, Actavis Elizabeth, LLC, Actavis, Inc., Actavis Totawa, LLC, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL laboratories, Inc. |
| TUCKER ELLIS & WEST, LLP<br>Richard A. Dean<br>Matthew P. Moriarty<br>Kristen L. Mayer<br>925 Euclid Ave., Suite 1150<br>Cleveland, OH 44115-1414<br>Telephone : (216) 592-5000<br>Fax: (216) 592-5009<br>E-mail: richard.dean@tuckerellis.com<br>           matthew.moriarty@tuckerellis.com<br>           kristen.mayer@tuckerellis.com | Attorneys for Defendants, Actavis Elizabeth, LLC, Actavis, Inc., Actavis Totawa, LLC |
| MOTLEY & RICE, LLC<br>Fred Thompson, III, Esq.<br>Meghan Johnson Carter<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone : (800) 768-4026<br>E-mail: fthompson@motleyrice.com<br>           mjohnson@motleyrice.com | Plaintiffs' Counsel Steering Committee, Lead Counsel, in Related MDL Case No: 2:08-md-1968 |
| FRANKOVITCH ANETAKIS COLANTONIO & SIMON<br>Carl N. Frankovitch, Esq.<br>337 Penco Road<br>Weirton, WV 26062<br>Telephone : (800) 564-4050<br>E-mail: carln@facslaw.com | Plaintiffs' Counsel Steering Committee in Related MDL Case No: 2:08-md-1968 |

| | |
|---|---|
| BELL & BANDS, PLLC<br>Harry Bell, Esq.<br>30 Capitol Street<br>P.O. Box 1723<br>Charleston, WV  25326<br>Telephone : (866) 912-3007<br>E-mail: hfbell@belllaw.com | Plaintiffs' Liaison Counsel in Related MDL Case No: 2:08-md-1968 |
| WILLIAMSON & RUSNAK<br>Michael Kerensky, Esq.<br>4310 Yoakum Blvd.<br>Houston,  TX 77006<br>Telephone:  713-223-3330<br>Fax:  713-223-0001<br>Email: mike@jimmywilliamson.com | Plaintiffs' Counsel in the Related *Vega* Action in MDL No. 1968 |
| THE MILLER FIRM,LLC<br>Pete Miller, Esq.<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, Virginia  22960<br>Telephone: 540-672-4224<br>Fax: 540-672-3055<br>Email: PMiller@millerfirmllc.com | Plaintiffs' Counsel in the Related Action in MDL No. 1968 |
| PROVOST UMPHREY LAW FIRM, LLP<br>Christopher T. Kirchmer, Esq.<br>490 Park Street<br>Beaumont, TX  77704<br>Telephone: 409-299-5178<br>Fax: 409-838-8888<br>Email: CKirchmer@provostumphrey.com | Plaintiffs' Counsel in the Related Action in MDL No. 1968 |

| | |
|---|---|
| WELEBIR, TIERNEY & WECK<br>Douglas F. Welebir, Esq.<br>2068 Orange Tree Lane, Suite 215<br>Redlands , CA  92374<br>Telephone: 909-748-5365<br>Fax: 909-335-0452<br>Email: dfw@wtw-law.com | Plaintiffs' Counsel in the Related Action in MDL No. 1968 |