UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |
| | *Case No.: 2:08-md-1968* |

Related Case: *Case No.: 2:09-cv-0671*

NOTICE OF ERRATA NO. 2

Plaintiffs in the matter *Kathy McCornack, et al. v. Actavis, et al.*, Case No. 2-cv-0671, ("*McCornack* Plaintiffs", "*McCornack* Action"), hereby respectfully submit this second notice of errata with respect to documents) filed in MDL No. 1968 and the *McCornack* Action on August 24-25, 2011.  Specifically:

**Doc. No. 545, MDL No. 1968:**  In a clerical error, Plaintiffs' Exhibit 82 was omitted from the uploaded attachments to Doc. No. 545 (Part 1 of Plaintiffs' Motion to Seal Confidential Information Pursuant to PTO No. 12).  Plaintiffs' Exhibit 82 is served and filed herewith.

Respectfully Submitted:

Dated: August 25, 2011          /s/  Don E. Ernst
                                Don A. Ernst (CA SBN 065726)
                                Attorneys for *McCornack* Plaintiffs
                                Ernst Law Group
                                1020 Palm Street
                                San Luis Obispo, CA. 93401
                                Tel:  805-541-0300
                                Fax: 805-541-5168
                                E-mail: de@ernstlawgroup.com

1

**PROOF OF SERVICE (MDL NO. 1968)**

I am a resident of the County of San Luis Obispo, California; I am over the age of eighteen years and not a party to the within entitled action; my business address is Ernst Law Group, 1020 Palm Street, San Luis Obispo, California  93401.

On August 25, 2011, I served the foregoing document on the interested parties in said action, by placing: **[ ]** the original, **[X]** a true copy thereof as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**[X] By Electronic Filing and Service (CM/ECF System):**  I filed the document(s) listed above via the Court's Electronic Filing System (CM/ECF System) which constitutes service, pursuant to the order of the above-titled Court, upon the counsel on the service list.

**[ ] By Regular U.S. Mail:**  I caused an envelope, enclosing the document(s) listed above, with postage thereon fully prepaid to be placed in the United States mail at San Luis Obispo, California.

**[ ] By U.S. Mail - Certified, Return Receipt Requested:**  I caused an envelope, enclosing the document(s) listed above, with postage thereon fully prepaid to be placed in the United States mail at San Luis Obispo, California.

**[ ] By Facsimile:**  I caused the document(s) listed above to be transmitted via facsimile to the facsimile number(s) listed in the attached service list.

**[ ] By Electronic Mail:**  I served the document(s) listed above by electronic mail and .pdf attachment through the office e-mail service for Ernst Law Group.

**[ ] By Personal Delivery:**  I caused an envelope, enclosing the document(s) listed above, to be delivered by hand to the office of addressee.

**[ ] By Next Business Day Delivery:**  I caused an envelope, enclosing copies and/or a DVD with .pdf copies of the document(s) listed above, to be delivered by Federal Express courier service, for next business day delivery.

**[ ] State:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[X] Federal:** I declare under penalty of perjury under the laws of the United States of America that I am an attorney licensed to practice in the State of California and authorized to practice before this Court in this action (and related MDL No. 1968), and that the foregoing is true and correct.

Executed on August 25, 2011, at San Luis Obispo, California.


/s/ Don A. Ernst
Don A. Ernst
Attorneys for *McCornack* Plaintiffs
Ernst Law Group
1020 Palm Street
San Luis Obispo, CA. 93401
Tel:  805-541-0300
Fax: 805-541-5168
E-mail: de@ernstlawgroup.com

**PROOF OF SERVICE LIST**

| | |
|---|---|
| SHOOK, HARDY & BACON, LLP<br>Harvey L. Kaplan<br>Madeline M. McDonough<br>Sarah E. Drewes<br>Valerie J. Blevins<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613<br>Telephone : (816) 474-6550<br>Fax: (816) 421-5547<br>E-mail: hkaplan@shb.com<br>         mmcdonough@shb.com<br>         hpsmith@shb.com<br>         sdrewes@shb.com<br>         vblevins@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL Laboratories, Inc. |
| SHOOK, HARDY & BACON, LLP<br>Hunter K. Ahern<br>600 Travis, Suite 1600<br>Houston, TX 77002-2992<br>Telephone : (713) 227-8008<br>Fax: (713) 227-9508<br>E-mail: hahern@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL Laboratories, Inc. |
| SHOOK, HARDY & BACON, LLP<br>Ericka L. Downie<br>600 14th Street NW, Suite 800<br>Washington D.C. 20005<br>Telephone: (202) 662-4864<br>Fax: (202) 783-4211<br>Email: edownie@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL Laboratories, Inc. |

| | |
|---|---|
| SHOOK, HARDY & BACON, LLP<br>Alicia J. Donahue<br>1 Montgomery Street, Suite 2700<br>San Francisco, CA 9410-4-4505<br>Telephone: (415) 544-1900<br>Fax: (415) 391-0281<br>Email: adonahue@shb.com | Attorneys for Defendants, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL laboratories, Inc. |
| ALLEN GUTHRIE & THOMAS, PLLC<br>Rebecca A. Betts<br>David B. Thomas<br>P.O. Box 3394<br>Charleston, West Virginia 25333-3394<br>Telephone : (304) 345-7250<br>Fax: (304) 345-9941<br>E-mail: rabetts@agmtlaw.com<br>       dbthomas@agmtlaw.com | Attorneys for Defendants, Actavis Elizabeth, LLC, Actavis, Inc., Actavis Totawa, LLC, Mylan Bertek Pharmaceuticals, Inc., Mylan Pharmaceuticals, Inc., Mylan, Inc., UDL laboratories, Inc. |
| TUCKER ELLIS & WEST, LLP<br>Richard A. Dean<br>Matthew P. Moriarty<br>Kristen L. Mayer<br>925 Euclid Ave., Suite 1150<br>Cleveland, OH 44115-1414<br>Telephone : (216) 592-5000<br>Fax: (216) 592-5009<br>E-mail: richard.dean@tuckerellis.com<br>      matthew.moriarty@tuckerellis.com<br>      kristen.mayer@tuckerellis.com | Attorneys for Defendants, Actavis Elizabeth, LLC, Actavis, Inc., Actavis Totawa, LLC |
| MOTLEY & RICE, LLC<br>Fred Thompson, III, Esq.<br>Meghan Johnson Carter<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone : (800) 768-4026<br>E-mail: fthompson@motleyrice.com<br>      mjohnson@motleyrice.com | Plaintiffs' Counsel Steering Committee, Lead Counsel, in Related MDL Case No: 2:08-md-1968 |

| | |
|---|---|
| FRANKOVITCH ANETAKIS COLANTONIO & SIMON<br>Carl N. Frankovitch, Esq.<br>337 Penco Road<br>Weirton, WV 26062<br>Telephone : (800) 564-4050<br>E-mail: carln@facslaw.com | Plaintiffs' Counsel Steering Committee in Related MDL Case No: 2:08-md-1968 |
| BELL & BANDS, PLLC<br>Harry Bell, Esq.<br>30 Capitol Street<br>P.O. Box 1723<br>Charleston, WV  25326<br>Telephone : (866) 912-3007<br>E-mail: hfbell@belllaw.com | Plaintiffs' Liaison Counsel in Related MDL Case No: 2:08-md-1968 |
| WILLIAMSON & RUSNAK<br>Michael Kerensky, Esq.<br>4310 Yoakum Blvd.<br>Houston,  TX 77006<br>Telephone:  713-223-3330<br>Fax:  713-223-0001<br>Email: mike@jimmywilliamson.com | Plaintiffs' Counsel in the Related *Vega* Action in MDL No. 1968 |
| THE MILLER FIRM,LLC<br>Pete Miller, Esq.<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, Virginia  22960<br>Telephone: 540-672-4224<br>Fax: 540-672-3055<br>Email: PMiller@millerfirmllc.com | Plaintiffs' Counsel in the Related Action in MDL No. 1968 |

| | |
|---|---|
| PROVOST UMPHREY LAW FIRM, LLP<br>Christopher T. Kirchmer, Esq.<br>490 Park Street<br>Beaumont, TX 77704<br>Telephone: 409-299-5178<br>Fax: 409-838-8888<br>Email: CKirchmer@provostumphrey.com | Plaintiffs' Counsel in the Related Action in MDL No. 1968 |
| WELEBIR, TIERNEY & WECK<br>Douglas F. Welebir, Esq.<br>2068 Orange Tree Lane, Suite 215<br>Redlands, CA 92374<br>Telephone: 909-748-5365<br>Fax: 909-335-0452<br>Email: dfw@wtw-law.com | Plaintiffs' Counsel in the Related Action in MDL No. 1968 |