UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT
       LIABILITY LITIGATION

MDL Case No 1968

**THIS DOCUMENT RELATES TO ALL CASES:**

_____

**NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF
(1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE UNRELIABLE HEARSAY;
(2) PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT;
(3) McCORNACK'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; AND
(4) VEGA'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs submit the attached Affidavit of Lynne Farrell as supplemental evidence in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude Unreliable Hearsay (See PACER Docket No. 551) as well as Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (PACER Docket No. 549). This evidence is also relevant evidence in the Oppositions to Summary Judgment filed in the individual cases *McCornack v. Actavis,* 2:09-cv-0671 (see PACER Docket No. 129) and *Vega v. Actavis,* 2:09-cv-0768 (see PACER Docket No. 63).

The Affidavit was signed by the individual that personally observed the double thick tablet of Digitek and is admissible evidence to prove that double thick tablets of Digitek were in

1

fact released by Defendants and entered into the stream of commerce at approximately the same time of the nationwide recall.

Plaintiffs just received this Affidavit from Ms. Farrell and were unable to submit it any earlier.  There is no prejudice to Defendants as their Reply papers are not due for another 9 days.  For these reasons, Plaintiffs request that the Court consider this evidence in conjunction with their previously filed Opposition.

            Respectfully Submitted.


Dated: August 29, 2011         /s/  Terry Kilpatrick
            Terry Kilpatrick (CA. State Bar No. 163197)
            Attorneys for Plaintiffs in 2:09-cv-0671
            Ernst Law Group
            1020 Palm Street
            San Luis Obispo, CA 93401
            Tel:  805-541-0300
            Fax: 805-541-5168
            E-mail: tk@ernstlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 29, 2011                      /s/ Terry Kilpatrick
                                                Terry Kilpatrick (CA. State Bar No. 163197)
                                                Attorneys for Plaintiffs in 2:09-cv-0671
                                                Ernst Law Group
                                                1020 Palm Street
                                                San Luis Obispo, CA 93401
                                                Tel: 805-541-0300
                                                Fax: 805-541-5168
                                                E-mail: tk@ernstlawgroup.com