UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| Kathy McCornack, et al. | **THIS DOCUMENT RELATES TO:** |
| Plaintiffs, | Case No.: 2:09-cv-0671 |
| vs. | |
| Actavis Totowa, LLC, et al. | *Related MDL Case No.: 2:08-md-1968* |
| Defendants. | |

### AFFIDAVIT OF LYNNE FARRELL

I, Lynne Farrell, declare as follows:

1) My name is Lynne Farrell. I am over 18 years of age and not a party to the above captioned lawsuit. The following statements are based upon facts within my personal knowledge, and if called as a witness, I would testify as follows:

2) I am currently employed by GGNSC Clinical Services, LLC in the Commonwealth of Massachusetts as a Clinical Services Consultant and have been so employed since 2005.

3) As a Clinical Services Consultant, I provide clinical support to caregivers and leaders at four skilled nursing facilities in Massachusetts.

4) I was first licensed as a Licensed Practical Nurse by the Commonwealth of Massachusetts in 1993 and became licensed as a Registered Nurse by the Commonwealth of Massachusetts in 2001.

1

5) My entire nursing experience has been in the long term care and rehabilitation setting, and before I became a Clinical Services Consultant, I served as the Director of Nursing at Birchwood Care Center, a skilled nursing facility in Fitchburg, Massachusetts.

6) In my capacity as a Clinical Services Consultant, I review medication records and physically examine medication. I also conduct medication competencies with licensed nurses, such that I am familiar with the appearance and clinical features of digoxin.

7) I provide clinical support to skilled nursing facilities regarding notices of drug recalls, and on or about April 30, 2008, I was present at Golden LivingCenter-Gloucester in Gloucester, Massachusetts in that capacity.

8) On that particular day, in the course of examining medication present in a medication cart, I personally saw and handled a card containing four remaining tablets of digoxin, and in the course of doing so, I noticed that one of the tablets in the card was double thick.

9) Upon discovering the double thick tablet, I immediately reported the finding to the Director of Nursing at Golden LivingCenter-Gloucester and to Jennifer Urso, Director of Pharmacy for GGNSC Clinical Services, LLC.

10) The card containing the four remaining tablets was removed from the medication cart and placed in Golden LivingCenter-Gloucester's medication room pending further instructions from PharMerica, Golden LivingCenter-Gloucester's pharmacy services vendor, as to whether it should be returned to them.

Signed under the pains and penalties of perjury this 25th day of August, 2011.

_____
Lynne Farrell