# DAVIS & TALIAFERRO, LLC

*7031 Halcyon Park Drive*
*Montgomery, Alabama 36117*

*Telephone: (334) 832-9080*
*Facsimile: (334) 409-7001*

August 29th, 2011

Clerk of the U.S. District Court
Southern District of West Virginia
P.O. Box 2546
Charleston, WV 25329

**FILED**
SEP - 1
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

    **RE: MDL 1968**
           **Digitek Products Liability Litigation**
           **Chief Judge Joseph R. Goodwin**

Dear Honorable Clerk:

    I respectfully request that you remove my name from the Court's Service List Form regarding the Digitek Products Liability Litigation. My email address is: gldavis@knology.net.

    I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the Court to remove my name from its service list for the Digitek Products Liability Litigation. I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in the Digitek Products Liability Litigation.

    Should you need anything further, please let me know. Thank you for your assistance in this regard.

                                        Sincerely Yours,

                                        GREG L. DAVIS

GLD:tp