

JOHN L. THORNDAL
JAMES G. ARMSTRONG
CRAIG R. DELK
STEPHEN C. BALKENBUSH
PAUL F. EISINGER
CHARLES L. BURCHAM
BRIAN K. TERRY
BRENT T. KOLVET
ROBERT F. BALKENBUSH
JAMES J. JACKSON
PHILIP GOODHART
DEBORAH L. ELSASSER
CHRISTOPHER J. CURTIS
KATHERINE F. PARKS
KEVIN R. DIAMOND
BRIAN M. BROWN

THIERRY V. BARKLEY**
SRILATA R. SHAH*
SUSAN E. FRASCA*
PAUL R. KIRST**
MICHAEL P. LOWRY
KATHLEEN M. MAYNARD
KENNETH R. LUND
**JOHN D. HOOKS**
MEGAN M. GOODWIN
BRANDON R. PRICE
KEVIN A. PICK
MEGHAN M. GOODWIN

** Of Counsel
*Special Counsel

# THORNDAL ARMSTRONG
# DELK BALKENBUSH & EISINGER

A PROFESSIONAL CORPORATION

thorndal.com

REPLY TO:
KATHLEEN M. MAYNARD
CCURTIS@THORNDAL.COM
LAS VEGAS OFFICE

LAS VEGAS

1100 E. BRIDGER AVENUE
LAS VEGAS, NV 89101
MAILING:
P.O. DRAWER 2070
LAS VEGAS, NV 89125-2070
(702) 366-0622
FAX: (702) 366-0327

RENO

6590 S. MCCARRAN BLVD. #B
Reno, NV 89509
(775) 786-2882
Fax: (775) 786-8004

ELKO

919 Idaho Street
Elko, NV 89801
(775) 777-3011
Fax: (775) 786-8004

August 2, 2011

Clerk of the United States District Court
Southern District of West Virginia
P.O. Box 2546
Charleston, West Virginia 25329

Re:   MDL-1968 In Re: Digitek Products Liability Litigation
      Charlene Defreze v. UDL Laboratories, Inc., et al.
      Our Clients: Garfield Beach CVS, LLC and Savon
      Chief Judge Joseph R. Goodwin

Dear Honorable Clerk:

   In reference to the above-captioned matter, it is respectfully requested that my name be removed from the Court's Electronic Service List for this case only. My email address is ccurtis@thorndal.com. I will promptly notify the Clerk of the court should this notice requirement change.

   I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc. Further, I hereby absolve other counsel of record, from serving any future correspondence, motions, pleadings, notices, etc., upon me in connection with this matter.

   Please do not hesitate to contact me with any questions or concerns. Thank you for your attention to this matter.

Very truly yours,

Christopher J. Curtis, Esq.

CJC/eka