**UNITED STATES DISTRICT COURT OF THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: DIGITEK PRODUCT<br>　　　　LIABILITY LITIGATION | MDL Case No.: 2:08-md-1968 |
| | **THIS DOCUMENT RELATES TO:** |
| _____ | *McCornack v. Actavis*, 09-cv-0671<br>*Vega v. Actavis*, 09-cv-0768 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PLEADINGS AND MOTIONS FILED IN EXCESS OF PAGE LIMITATIONS (See Pacer Docket Nos. 555-556.)**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw their previously filed Motion to Strike Pleadings and Motions Filed in Excess of Page Limitations (PACER Docket Nos. 555-556).  Apparently a prior discussion concerning page limitations was informally discussed between defense counsel and several members of the Plaintiffs' Steering Committee and this Court had indicated in an e-mail that strict page limitations would not be enforced.  The attorneys for the McCornacks and the Vegas were not made aware of these discussions and e-mails until after they filed their Motion and Opposition papers.

　　　　　　　　　　　　　　Respectfully Submitted.

Dated: September 6, 2011　　　　　　  /s/  Terry Kilpatrick
　　　　　　　　　　　　　　Terry Kilpatrick (CA. State Bar No. 163197)
　　　　　　　　　　　　　　Attorneys for Plaintiffs in 2:09-cv-0671
　　　　　　　　　　　　　　Ernst Law Group
　　　　　　　　　　　　　　1020 Palm Street
　　　　　　　　　　　　　　San Luis Obispo, CA 93401
　　　　　　　　　　　　　　Tel:  805-541-0300
　　　　　　　　　　　　　　Fax: 805-541-5168
　　　　　　　　　　　　　　E-mail: tk@ernstlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 6, 2011          /s/  Terry Kilpatrick
                                          Terry Kilpatrick (CA. State Bar No. 163197)
                                          Attorneys for Plaintiffs in 2:09-cv-0671
                                          Ernst Law Group
                                          1020 Palm Street
                                          San Luis Obispo, CA 93401
                                          Tel:  805-541-0300
                                          Fax: 805-541-5168
                                          E-mail: tk@ernstlawgroup.com