# EXHIBIT 1

| From: | Misbah Sherwani <MSherwani@actavis.com> |
|---|---|
| Sent: | Tuesday, April 15, 2008 2:50 PM |
| To: | |
| Subject: | Fw: List by Product |
| Attach: | 5-Sept 07 - Present Investigations by product.xls |

She's gone through both.......there should be no more surprises.
----- Forwarded by Misbah Sherwani/QA/ELZ/Alpharma on 04/15/2008 02:48 PM -----

Michael Ponzo/Actavis@Exchange
04/15/2008 02:17 PM

    To
    Misbah Sherwani/QA/ELZ/Alpharma@Alpharma
    cc
    Anthony Castellazzo/Actavis@Exchange
    Subject
    List by Product

There were 2 that were incorrect (did not state stability OOS).  Investigations
07-059 & 07-101.
All stability OOS are now highlighted.

Mike

<< ..>>



PLAINTIFF'S
EXHIBIT
21-7
3/18/10

ACTAV 000299883

| Investigation Number | Date Issued | Lot Number | Product No. | Product Name | Reason for Investigation | Status | Closed Date |
|---|---|---|---|---|---|---|---|

[redacted]

ACTAV 000299585



Confidential - Subject Under Protective Order

| Investigation Number | Date Issued | Lot Number | Product No. | Product Name | Reason for investigation | Status | Closed Date |
|---|---|---|---|---|---|---|---|
| **Digitek (digoxin tablets, USP) 0.125 mg** | | | | | | | |
| 07-093 | 12/05/07 | 7092AA1 | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Two tablets of Digoxin tablets 0.125 mg were found with approx. double the thickness from counter channels during packaging/filling operation | closed | 1/25/2008 |
| 08-011 | 1/29/2008 | 8044AA1 | 145 | Digitek (digoxin tablets, USP) 0.125 mg | One stainless steel screw was found in the label well of the BOSS-PACK filling machine during packaging | closed | 3/3/2008 |
| 08-017 | 2/6/2008 | 8005IA | 145 | Digitek (digoxin tablets, USP) 0.125 mg | During compression of drums #3 and #6 the compression operator observed oil spots on some of the in-process tablets | closed | 3/6/2008 |
| 08-028 | 2/20/2008 | 8005SA | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Compression operator did not record the metal detector test for the end of the run on 2/15/08 | closed | 2/29/2008 |
| 08-046 | 3/13/2008 | 7007BA1 | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Zero stability testing was not conducted when CRT stability study was initiated | open | |
| **Digitek (digoxin tablets, USP) 0.25 mg** | | | | | | | |
| 08-023 | 2/14/2008 | 8016BA1 | 146 | Digitek (digoxin tablets, USP) 0.25 mg | QA inspector & labeling operator verified an incorrect barcode shipper label | closed | 2/20/2008 |
| 08-029 | 2/20/2008 | 80152A / 80153A | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Process validation protocols were issued for these batches and were not required. As a result additional samples were taken that were not required. | closed | 3/14/2009 |
| 08-030 | 2/20/2008 | 8013?A | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Operator noticed tablets that were thinner than a typical tablet during the inspection of drums # 2 | closed | 3/7/2008 |
| 08-031 | 2/25/2008 | 8013SA 8015?A 8013SA 8014SA 8015SA | 146 | Digitek (digoxin tablets, USP) 0.25 mg | The compressed tablet description of MPR # RV1 14501 revision 00 is incorrect. The blend description in both the process validation and cleaning protocols is incorrect. | closed | 3/13/2008 |

Confidential - Subject Under Protective Order

ACTAV 007290196



Confidential - Subject Under Protective Order



ACTAV 00229985R

Confidential - Subject Under Protective Order



ACTAV 00729919

Confidential - Subject Under Protective Order