IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pending is Notice of Plaintiffs' Motion to Strike Pleadings and Motions Filed in Excess of Page Limitation filed on August 24, 2011[Docket 555].

On September 6, 2011, the plaintiffs filed notice of withdrawal of the above motion. [Docket 565]. Given the withdrawal, the motion is **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       September 7, 2011

Joseph R. Goodwin, Chief Judge