# In Re Digitek Products Liability Litigation

**MDL 1968**  **Chief Judge Joseph R. Goodwin**
**Civil Action Number (SDWV):**

| Notice of Attorney Appearance and Counsel Contact Information Form |
|---|
| Please Print or Type Below |

| ATTORNEY INFORMATION | | |
|---|---|---|
| Check One: ☐ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
| Last Name | First Name | Middle Name/Maiden | Suffix |

| Bar Number and State: | E-Mail Address: |
|---|---|

| Party Representing: |
|---|
| |

| Originating Case Number: | Originating District: |
|---|---|
| Originating Short-Case Style: | |

| Direct Dial Number: | Cell Phone Number: | Pager: |
|---|---|---|

| Secretary Name: | Paralegal Name: |
|---|---|

| LAW FIRM INFORMATION |
|---|
| Firm Name: |
| Address: |

| City: | State: | Zip: |
|---|---|---|

| Firm Phone Number: | Firm Fax Number: |
|---|---|

| Other members of firm involved in this litigation: |
|---|

DATE: _____  s/ _____
                                                                                    Electronic Signature