IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | MDL NO. 1968 |
| THIS DOCUMENT RELATES TO ALL CASES | |

### DEFENDANTS' MOTION TO STRIKE AFFIDAVIT OF LYNNE FARRELL

Defendants respectfully move this Court to enter an Order striking Plaintiffs' proffered affidavit of Lynne Farrell, Doc. 562, from the record. Ms. Farrell's declaration, filed on August 29, 2011—well after the close of discovery, three weeks after Defendants' dispositive and *Daubert* motions were filed, and after the deadline for Plaintiffs' responses to Defendants' dispositive motions—is barred because it is untimely, it is hearsay, and it is unreliable. In support of this Motion, Defendants expressly incorporate the arguments set forth in Defendants' Reply Memorandum in Support of Defendants' Motion in Limine to Exclude Unreliable Hearsay. (Doc. 571).

|  | Respectfully submitted, |
|---|---|
| GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
| Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia 25301<br>Tel:    (304) 345-7250<br>Fax:   (304) 345-9941<br>E-mail:   rabetts@agmtlaw.com<br><br>*Attorney for Defendants* | By: */s/ Richard A. Dean*<br>   Richard A. Dean (Ohio Bar #0013165),<br>   CO-LEAD COUNSEL<br>   Matthew P. Moriarty (WV Bar # 4571;<br>   Ohio Bar 0028389), CO-LEAD COUNSEL<br>   925 Euclid Avenue, Suite 1150<br>   Cleveland, Ohio  44115-1414<br>   Tel:    (216) 592-5000<br>   Fax:   (216) 592-5009<br>   E-mail: richard.dean@tuckerellis.com<br>             matthew.moriarty@tuckerellis.com |

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 559-2214
Fax: (816) 421-5547
E-mail: hkaplan@shb.com
E-mail: mmcdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2011, a copy of the foregoing **DEFENDANTS' MOTION TO STRIKE AFFIDAVIT OF LYNNE FARRELL** was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

| | |
|---|---|
| GUTHRIE & THOMAS, PLLC | TUCKER ELLIS & WEST LLP |
| Rebecca A. Betts, LIAISON COUNSEL<br>500 Lee Street East, Suite 800<br>Charleston, West Virginia 25301<br>Tel:     (304) 345-7250<br>Fax:    (304) 345-9941<br>E-mail:  rabetts@agmtlaw.com | By: */s/ Richard A. Dean*<br>     Richard A. Dean (Ohio Bar #0013165),<br>     CO-LEAD COUNSEL<br>     Matthew P. Moriarty (WV Bar # 4571;<br>     Ohio Bar 0028389), CO-LEAD COUNSEL<br>     925 Euclid Avenue, Suite 1150<br>     Cleveland, Ohio  44115-1414<br>     Tel:     (216) 592-5000<br>     Fax:    (216) 592-5009<br>E-mail:richard.dean@tuckerellis.com<br>           matthew.moriarty@tuckerellis.com |
| *Attorney for Defendants* | *Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:     (816) 559-2214
Fax:    (816) 421-5547
E-mail:  hkaplan@shb.com
E-mail:  mmcdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., and UDL Laboratories, Inc.*