# EXHIBIT 44

PLAINTIFFS' EXHIBITS 000077

Actavis Totowa LLC



## INCIDENT REPORT

**PRODUCT NAME:** DIGOXIN TABLETS 0.125 MG (145)

**CONTROL #** 70924A1

**DATE:** 11/30/07

### THE INCIDENT

Two tablets of Digoxin tablets 0.125 mg were found with approx. double the thickness from counter channels during packaging /filling operation on packaging line # 405. The incident was noticed by line lead person, Vilas Patel, on 11/30/07 at about 3.15 PM. The packaging Manager, Dilip Joshi and the Director of packaging were contacted to inform about this incident. The Director Ashesh Dave instructed to stop the operation immediately. Dilip Joshi checked the tablets in the hopper as well as preceding two product buckets for thicker tablets. None was seen. Meanwhile the QA supervisor was alerted of the incident. She contacted the Dan Bitler, (QA director). QA Director gave following instructions to Aida Ruiz,(QA supervisor):

- Inspect all tablets from the hopper for thicker tablets (Bucket # 15 and # 16 were emptied in to hopper).
- Inspect preceding two product buckets (# 17 and # 18) for thicker tablets.
- If one or two thick tablets found, continue packaging operation with watchful eye.

Inspection was completed on 12/01/07 at about 10.00AM. Only one thick tablet was found from Bucket # 17. QA supervisor, Aida Ruiz was contacted and with her permission the production was resumed to complete the packaging run with watchful eye on counter.

_____ 12/01/07
(Packaging Manager)/date

_____ 12/01/07
(QA Supervisor)/Date

EXHIBIT NO. 44
10-23-09