# EXHIBIT 52

PLAINTIFFS' EXHIBITS 000083

# ACTAVIS TOTOWA LLC.

## IN - PROCESS DISPOSITION FORM

PRODUCT: Digoxin Tablets, USP 0.25mg

STAGE : FINAL BLEND             BATCH. NO: 70670 A

DISPOSITION: RELEASE

RETEST DATE: 09/09/07

COMMENTS: DRUM # 1 To 5

DISPOSITIONED BY: M. G.P.         DATE: 08/22/07

EXHIBIT
Plaintiff's
52
4/27/09

PLAINTIFFS' EXHIBITS 000084
Confidential - Subject Under Protective Order
ACTAV 000049220

Actavis Totowa LLC

## IN-PROCESS TESTING (BLEND SAMPLE) TEST REPORT

| Product: **Digoxin Tablets, USP 0.25 mg** ||||
|---|---|---|---|
| MOI #: **145** | Revision #: **08** | Product ID #: **146** | Page 1 of 1 |
| Prepared By: *Lamson Murphy* | Date: 03/19/07 | Approved By: *Talbot* 03/27/07 | Effective Date: 07/12/07 |

| Batch # 70670A | | Theoretical tablet weight: | 120.0 mg |
|---|---|---|---|

| TEST (Source) | SPECIFICATION | RESULT | REFERENCE Volume/Page/ Chemist/Date |
|---|---|---|---|
| Description (In-house): | White to off-white colored slug or free flowing powder | white to off-white free flowing powder | 0102/22 AKP 08/16/07 |
| **Blend Uniformity** (in-house): | | | 0102/22 AKP 08/16/07 |
| Center - Top | | 92.4% | |
| Center - Middle | | 95.8% | |
| Center - Bottom | | 97.0% | |
| Left Slope | | 95.6% | |
| Right Slope | | 95.1% | |
| Left - Middle | | 94.5% | |
| Left - Top | | 95.2% | |
| Right - Middle | | 94.9% | |
| Right - Top | | 97.8% | |
| Front - Middle | | 94.2% | |
| Average: | 90.0% - 110.0% | 95.2% | |
| RSD: | NMT 5.0% | 1.5% | |

(✓) COMPLIES    ( ) DOES NOT COMPLY

| Reviewed By: JCJ | DATA APPROVAL |
|---|---|
| Date: 08/21/07 | By: *signature*  Date: 08/22/07 |

PLAINTIFFS' EXHIBITS 000085

ACTAV 0000492

Confidential - Subject Under Protective Order



**TOTOWA LLC**

**Laboratory Analysis Request Form**

| Name: | Digoxin Tablets USP 0.25mg |
|---|---|
| Identification #: | Pool ID # 146 |
| Batch/PO/Lot #: | Batch # 70670A |
| Sample Type: (Specify interval, fill and conditions for stability samples) | Final Blend |
| Sample Size/Amount: | As per attached submission form |
| Testing Required: | ☑ Per Product Specifications   in process <br> ☐ Other (Specify): |
| Additional Information/ Comments: | N/A |
| Requested By: DR | Date: 08/11/07 | Dept: QA |

| For QC Use Only | | | |
|---|---|---|---|
| Sample ID #: | 0668 | | |
| Issued By: | CDP | Date: | 08/11/07 |
| Comments: | 30 Samples of final Blend, consists of 3 sets. | | |

7/20/2007     Page 1 of 1     Form # F-QC-098.A.00

PLAINTIFFS' EXHIBITS 000086

Confidential - Subject Under Protective Order     ACTAV 000049222

ACTAVIS TOTOWA LLC                                                              Id# 0668

## QA SAMPLE SUBMISSION FORM

Item # _____N/A_____        Item Name: _____N/A_____

IN – PROCESS / FINISHED PRODUCT:

MPR # __14602 - 10__    Product : __Digoxin Tablets, USP 0.25mg__

Stage: __Final Blend__    ( Set: 1 )        Batch # __70670A__

SAMPLE DESCRIPTION: Blender # 36

|   | TARE Wt. | GROSS Wt. | Net Wt: |    |
|---|---|---|---|---|
| 1 Center – Top | 14978 | 15297 | 319 | mg |
| 2 Center – Middle | 15058 | 15388 | 330 | mg |
| 3 Center – Bottom | 14972 | 15307 | 335 | mg |
| 4 Left – Slope | 15038 | 15355 | 317 | mg |
| 5 Right – Slope | 15053 | 15350 | 297 | mg |
| 6 Left – Middle | 14996 | 15285 | 289 | mg |
| 7 Left – Top | 14962 | 15310 | 348 | mg |
| 8 Right – Middle | 15030 | 15360 | 330 | mg |
| 9 Right – Top | 15017 | 15302 | 285 | mg |
| 10 Front – Middle | 14989 | 15275 | 286 | mg |

Theo. Wt: 120.0 mg

TESTING REQUIRED :

As per in process specification

Submitted BY : _____DR_____        Date : __08/10/07__

Submitted on 8/11/07        QA119.0

PLAINTIFFS' EXHIBITS 000087

Confidential - Subject Under Protective Order                    ACTAV 000049223

ACTAVIS TOTOWA LLC                                                                                    Id#0668

## QA SAMPLE SUBMISSION FORM

Item # _____N/A_____        Item Name: _____N/A_____

IN – PROCESS / FINISHED PRODUCT:

MPR #  14602 - 10        Product : Digoxin Tablets, USP 0.25mg

Stage:   Final Blend      ( Set: 2 )              Batch #   70670A

SAMPLE DESCRIPTION: Blender # 36

| | TARE Wt. | GROSS Wt. | Net Wt: | |
|---|---|---|---|---|
| 1  Center – Top | 14994 | 15290 | 296 | mg |
| 2  Center – Middle | 15069 | 15380 | 311 | mg |
| 3  Center – Bottom | 15173 | 15473 | 300 | mg |
| 4  Left   – Slope | 15047 | 15360 | 313 | mg |
| 5  Right – Slope | 15030 | 15340 | 310 | mg |
| 6  Left   – Middle | 15010 | 15291 | 281 | mg |
| 7  Left   – Top | 15054 | 15333 | 279 | mg |
| 8  Right – Middle | 14994 | 15308 | 314 | mg |
| 9  Right – Top | 15022 | 15314 | 292 | mg |
| 10 Front – Middle | 15024 | 15324 | 300 | mg |

Sample not tested
JCS
08/21/07

Theo. Wt: 120.0 mg

TESTING REQUIRED :

As per in process specification

Submitted BY : _____        Date : 08/10/07

Scanned on 8/11/07                QA119.0

PLAINTIFFS' EXHIBITS 000088
Confidential - Subject Under Protective Order                        ACTAV 000049224

ACTAVIS TOTOWA LLC

Id#0668

## QA SAMPLE SUBMISSION FORM

Item #: _N/A_  Item Name: _N/A_

IN – PROCESS / FINISHED PRODUCT:

MPR # _14602 - 10_  Product: _Digoxin Tablets, USP 0.25mg_

Stage: _Final Blend_  ( Set: 3 )  Batch # _70670A_

SAMPLE DESCRIPTION: Blender # 36

| | TARE Wt. | GROSS Wt. | Net Wt: | |
|---|---|---|---|---|
| 1 Center – Top | 15144 | 15450 | 306 | mg |
| 2 Center – Middle | 15026 | 15323 | 297 | mg |
| 3 Center – Bottom | 15103 | 15405 | 302 | mg |
| 4 Left – Slope | 14968 | 15265 | 297 | mg |
| 5 Right – Slope | 15083 | 15392 | 309 | mg |
| 6 Left – Middle | 15028 | 15333 | 305 | mg |
| 7 Left – Top | 15030 | 15329 | 299 | mg |
| 8 Right – Middle | 14997 | 15328 | 331 | mg |
| 9 Right – Top | 15087 | 15380 | 293 | mg |
| 10 Front – Middle | 14943 | 15280 | 337 | mg |

Sample not tested
JCS
06/21/07

Theo. Wt: 120.0 mg

TESTING REQUIRED:

As per in process specification

Submitted BY: _DP_  Date: _08/10/07_

Submitted on 8/11/07  QA119.0

**PLAINTIFFS' EXHIBITS 000089**

| Actavis Totowa LLC | Department Operating Instruction |
|---|---|

| TITLE: Evaluation of Laboratory Error | | |
|---|---|---|
| DOI: QC-106 | Revision: 04 | ATTACHMENT |

## LABORATORY ERROR EVALUATION REPORT

| Product: Digoxin Tablets, 0.25 mg, USP | Batch/Lot: 70670A |
|---|---|
| Laboratory Error Number: LEN 07- 065 | Date Initiated: 08/17/07 |
| Test: Blend Uniformity | MOI/Method: # 145    Rev: # 08 |
| Date Incident Occurred: 08/17/07 | Sample: (i.e., raw material, in-process, finished product, stability with time/conditions, etc.)   Final Blend |
| Instrument ID: HPLC# 14 | |
| Analyst: AKP   Date: 08/17/07 | Book: 0102    Page: 22 |

**Background:**
Analyst was performing blend uniformity test for above batch using MOI# 145, REV# 08. Analyst selected wrong TotalChrom method and sequence for HPLC testing. MOI# 145 having two different methods. For Digoxin Tablets 0.125 mg method ID# 145 and Digoxin Tablets 0.25 mg method ID# 146. Testing was performed according to method ID# 146 and found the results within product specification. Analyst misinterpreted MOI to select the TotalChrom template for method and sequence, instead of ID# 146 template analyst selected ID# 145.

**Action:**
Analyst was instructed to calculate the results using Quattro-pro program and compare the results obtained from TotalChrom software.

**Conclusion:**
The results using Quattro-pro program and TotalChrom software were the same and are within product Specifications.

Analyst: AKP   Date: 08/21/07   Supervisor: [signature]   Date: 08/21/07

Approval: ☑ Evaluation is completed.

QC Director: [signature]   Date: 08/22/07

Page 1 of 1

PLAINTIFFS' EXHIBITS 000090

Confidential - Subject Under Protective Order                ACTAV 000049226