# EXHIBIT 73

PLAINTIFFS' EXHIBITS 000101

| From: | Paul Galea <pgalea@actavis.com> |
|---|---|
| Sent: | Monday, February 2, 2009 3:54 PM |
| To: | Tony Delicato <TDelicato@actavis.com> |
| Subject: | QRB minutes |
| Attach: | QSD-141_QRB minutes_01_09.pdf |

Hi Tony,

Please find attached.



**Paul Galea**
*QA Director, Documentation*
*Actavis Totowa LLC*

101 E Main Street *t* 973 890 1440 ext 3038 **@** pgalea@actavis.com
NJ 07424 Little Falls USA *f* mp_ofax *w* mp_oWeb

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.



EXHIBIT 73
WIT: Galea
DATE: 12/9/09
ROSEMARY LOCKLEAR

PLAINTIFFS' EXHIBITS 000102

Confidential - Subject Under Protective Order

ACTAV 000443062



## Quality Review Board

| | |
|---|---|
| Meeting date: | January 26, 2009. |
| Attended: | Tony Delicato, Misbah Sherwani, Elisabeth Guarch, Brian Nizio, Dorota Sobczyk, Jason Ellis, Ashesh Dave, Mike Puorro, Michael Redmond and Marjorie Demko |
| Absent: | Jacob Haroon, Annie Cheung and Vince Warren |
| Meeting chaired by: | Paul Galea |

**Meeting Minutes:**

All provided metrics were reviewed during the meeting. There were no metrics which were indicative of negative trends. Refer to Annex I for QRB presentation.

No QC metrics were provided for this meeting.

**Training:**
Out of 26 departments 14 are less than the target of 90%. Of these 38% are less than 85% trained. The site training percentage has risen to 75% from 74% in December 2008. This is still low compared to the target of 90%

**Recall:** no metrics available.

**Expired SOPs:**
In all five SOPs are still expired. These will be addressed by the owners by the next QRB meeting.

**Change Control:**
Target date for implementation of Trackwise was confirmed for January 30. No new change controls will be issued in the paper system after this date. Existing change controls will be closed as per system they were initiated in.

**Annual Product Reviews:**
All APRs issued on target. Positive trend maintained for four months.

**CAPA:**
All 2008 CAPAs have extension reports in place. QC CAPAs to be verified for the exact number still open.

QSD141  *Actavis Totowa LLC*  Page 1 of 2

Confidential - Subject Under Protective Order

ACTAV 000443063



*Quality Review Board*

**Investigations:**

The average cycle time for closure of lab related investigations went down to 17 days during the month of January. No investigations were open for more that 30 days. This trend has been steadily maintained for lab and non lab investigations since Jul 2008 (exception being for August were the non lab were at 31 days).

**Complaints:**

63 AE complaints were closed in January with an average cycle time of 70 days to close.

**Facilities and Preventative Maintenance:**

Percentage closed is 100% and on target.

**Calibrations:**

The decrease in total active records is because the decommissioned equipment is no longer being reported. Only 42% is given as completed on time, reason being that the month was not yet over.

**Discussion:**

During the meeting it was decided to obsolete SOP 0063 Qualification of Production Areas. This will be assigned as an action item to Technical Services.

The action item to indicate the training status for Managers is still open. Action assigned to training Department.
The action item for the setup of a separate CAPA meeting is still open. Action assigned to QAIG.

QSIP metrics shall be included in QRB as from next meeting.

QRB meeting for February shall be held in the first week of March in order to have metrics for the full month. This will be done for al upcoming meetings going forward.

Paul Galea
Director, Documentation
February 2, 2009.

QSD141                          *Actavis Totowa LLC*                          Page 2 of 2

PLAINTIFFS' EXHIBITS 000104

Confidential - Subject Under Protective Order                          ACTAV 000443064

# APPENDIX I

PLAINTIFFS' EXHIBITS 000105

Confidential - Subject Under Protective Order

ACTAV 000443065



# Quality Review Board
## Actavis Totowa LLC
Meeting # 5 - January 26, 2009



actavis
creating value in pharmaceuticals

**PLAINTIFFS' EXHIBITS 000106**

Confidential - Subject Under Protective Order

ACTAV 000443066





Confidential - Subject Under Protective Order

ACTAV 000443067



# Quality Review Board
### January 2009

• Little Falls AE Complaints



The data for January 2009 only represents data from January 1 thru January 23.

Legend: ▨ Opened   ▨ Closed   ◆ Average Cycle Time (Closure)

Confidential - Subject Under Protective Order

ACTAV 000443068



Quality Review Board
January 2009


actavis
creating value in pharmaceuticals

Little Falls Product Complaints by Category (August 2008 to January 2009)

PLAINTIFFS' EXHIBITS 000109

Confidential - Subject Under Protective Order

ACTAV 000443069

# Deviations and CAPA Partial Data
## (ending 1/23/09)

actavis
creating value in pharmaceuticals

## PREVENTIVE ACTIONS - Little Falls
### as of 1/23/09

|  | Remaining from 2008 Manual System | DEC 2008 TW System | JAN 2009 TW |
|---|---|---|---|
| Initiated | N/A | 12 | 8 |
| Total Open | 47 | 9 | 4 |
| # Overdue | 24 | 0 | 0 |
| % Overdue | 51% | 0% | 0% |
| CAPA Completed | N/A | 3 | 4 |
| # CAPA Completed On time | N/A | 1 | 4 |
| % CAPA Completed On Time | N/A | 33% | 100% |

Data does not include Corrective Actions (immediate actions); only PAs Preventive Actions

PLAINTIFFS' EXHIBITS 000110

Confidential - Subject Under Protective Order

ACTAV 000443070

# Monthly Report
January 2009

actavis

## Overview of Open CAPAs by Department
### (Preventive Actions only) as of 1/23/09

| Department | # of PAs manual system | # of PAs TW system | # overdue Manual system | # overdue TW |
|---|---|---|---|---|
| AR | 7 | 1 | 4 | 0 |
| ENG | 8 | 3 | 3 | 0 |
| MFG | 6 | 1 | 6 | 0 |
| PKG | 1 | 0 | 1 | 0 |
| QA | 4 | 1 | 3 | 0 |
| QC | 14 | 4 | 6 | 0 |
| RA | 1 | 0 | 1 | 0 |
| RD | 2 | 0 | 0 | 0 |
| Validation | 4 | 3 | 0 | 0 |
| **Total** | **47** | **13** | **24** | **0** |
| | | % Overdue | 51% | 0% |

Includes 2008 data in totals

Confidential - Subject Under Protective Order

ACTAV 000443071



## Monthly Report
January 2009

* Deviation Investigations: *Non-Laboratory vs Laboratory - Little Falls*

| January 2009<br>As of 1/23/09 | Totals | Non<br>Laboratory | Laboratory |
|---|---|---|---|
| Total Initiated (20 total) | 20 | 4 | 16 |
| Total Closed (w/in Month) | 2 | 0 | 2 |
| Total Open (at month end) YTD | 18 | 4 | 14 |
| Total Open > 30 days | 0 | 0 | 0 |
| Oldest Open (days) | N/A | N/A | N/A |

Confidential - Subject Under Protective Order

PLAINTIFFS' EXHIBITS 000112

ACTAV 000443072

# Monthly Report
## January 2009

## Detailed Information for

### *Non-Lab Deviations vs Laboratory Deviations*

### Exceeding 30 days

actavis
creating value in pharmaceuticals

| Inv # | Date Issued | Batch # | Product # | Product Name | Extension date | Days Open |
|-------|-------------|---------|-----------|--------------|----------------|-----------|
| Not applicable – no deviations over 30 days | | | | | | |

Confidential - Subject Under Protective Order

ACTAV 000443073





Cycle time based on closed Deviations only

Zero (0) deviations for Non Lab Deviations indicates that none were closed during that reporting month

Confidential - Subject Under Protective Order

ACTAV 000443074





Confidential - Subject Under Protective Order

ACTAV 000443075





Confidential - Subject Under Protective Order

ACTAV 000443076



Monthly Report
January 2009

2009 Investigations Monthly
Total # Opened per Month



Confidential - Subject Under Protective Order

ACTAV 000443077



Monthly Report
January 2009



PLAINTIFFS' EXHIBITS 000118

Confidential - Subject Under Protective Order

ACTAV 000443078

Confidential - Subject to Protective Order

ACTAV 00044307Ω



# Totowa Site Training Assessment

| Month | % Completed Training for All Departments |
|---|---|
| October | 56% |
| November | 67% |
| December | 74% |
| January '09 | 75% |

**Note:** Data is impacted by changes to training requirements (syllabi), new employees and terminated employees.

The data reported reflects training records received/entered through January 22, 2009. Training records received after this date will be reported in the next report.

PLAINTIFFS' EXHIBITS 000119

Confidential - Subject to Protective Order
ACTAV 00044308O



# Departments less than 90%

| Department | % |
|---|---|
| Operations Admin | 70% |
| Engineering Admin | 65% |
| QA Investigations | 84% |
| QA Documentation | 87% |
| Site Training | 86% |
| Regulatory Affairs * | 38% |
| Research & Development | 36% |

| Department | % |
|---|---|
| Product Development | 45% |
| Shipping & Receiving | 48% |
| Purchasing | 38% |
| Supply Chain | 89% |
| Human Resources | 70% |
| EHS | 18% |
| Site Security * | 37% |

**Total Departments = 26**       **Total less than 90% =14**

53% are less than 90%
38% are less than 85%

* Syllabi adjustment in progress

**Training**

PLAINTIFFS' EXHIBITS 000120





Confidential - Subject Under Protective Order

ACTAV 000443081







Confidential - Subject Under Protective Order

ACTAV 000443082







PLAINTIFFS' EXHIBITS 000123

Confidential - Subject Under Protective Order

ACTAV 000443083



Confidential - Subject Under Protective Order

ACTAV 000443084



Confidential - Subject Under Protective Order

PLAINTIFFS' EXHIBITS 000125

ACTAV 000443085

# Training


actavis
creating value in pharmaceuticals

- ❖ New QRB Requirement
  - ● All departments must target 90% for completed training
  - ● Site Training will provide the necessary information, work with each group and will follow-up to meet the goal.
- ❖ NEW CAP (Competency Assessment & Performance) – Training System
  - ● Online Training & Assessments (View your training gaps anytime)
  - ● Web-Based application (access from anywhere)
  - ● Learning Management System (LMS)
  - ● Web-Based application (access from anywhere)
  - ● Divisional Training Courses (All US sites)
    - ○ GMP Training
    - ○ Train-The Trainer
    - ○ Corporate Training
  - ● Validation to begin – Q1 2009; Target to implement CAP – Apr. 09

Confidential - Subject Under Protective Order

ACTAV 000443086



# Training

- ❖ Monthly Training Reports are targeted to be distributed to Training Contacts & Department Management within the 1st week of each month

PLAINTIFFS' EXHIBITS 000127

Confidential - Subject Under Protective Order

ACTAV 000443087







Figure 1   Number of APRs Due, Issued, and Approved (Monthly Basis)

Confidential - Subject Under Protective Order

ACTAV 000443088









Confidential - Subject Under Protective Order

ACTAV 000443089





- Figure 3   Number of APRs Due, Outstanding, and Approved (Monthly Basis)



Confidential - Subject Under Protective Order

ACTAV 000443090



Figure 4
Number of APRs Due and Approved Year-to-Date

Confidential - Subject Under Protective Order

ACTAV 000443091





* Figure 5    Percentage of APRs Approved Year-to-Date

APRs



Confidential - Subject Under Protective Order

PLAINTIFFS' EXHIBITS 000132

ACTAV 000443092



# Expired SOPs

| SOP_No | Iss | SOP_Title | Implemen |
|--------|-----|-----------|----------|
| 0063 | 02 | Qualification of Production Areas | 03-Jan-06 |
| 0067 | 00 | Technology/Product Transfer | 01-May-00 |
| 0068 | 01 | Setting Specifications | 07-Nov-05 |
| 0029 | 00 | R & D Batch Conversion | 19-Aug-92 |
| 0032 | 04 | Control of Contract Processing Operations | 07-Nov-05 |

PLAINTIFFS' EXHIBITS 000133

Confidential - Subject Under Protective Order                                    ACTAV 000443093

# Change Control


actavis
creating value in pharmaceuticals

- Issued: 32
- Approved: 11
- Rejected: 1
- Open >90 days: 12

Confidential - Subject Under Protective Order

PLAINTIFFS' EXHIBITS 000134

ACTAV 000443094

# Change Control


actavis

CHANGE CONTROL FLOW WORKSHEET
2008

| CC # | Doc # | Type | Current Revel | Doc Name | Date Initiated | Owner | Department | TO BE CHANGED | Date Sent | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| C0057 | RM-MD 152-00 | AMS | N/A | Benzoanilide Hydrochloride, USP | 04/01/08 | E. Murphy | QC | New specification sheet report for new material | 10/03/05 | Awaiting QC form test |
| C0116 | RM-3351 | AMS | 01 | Na Fassic Mesh 20-25 Mesh, NF | 05/21/08 | N. Patel | QC | Specification for id test converted from redissolution route to Indiee, the particle size test specification for Mesh 20 is corrected from NLT 10.0% to NMT 10.0% due to typographical error etc. | 02/26/08 | J. Banovski-Correction |
| C0228 | N/A | N/A | N/A | Packaging component-closure ID # 7004, 7005, 7571, 7572, 7572, 7573, and 7573 | 06/19/08 | D. Joshi | PKG | as part of standardization of closures in packaging area by replacing 7-13 liner and induction seal without liner to all closures at induction seal with liner. This is an improved seal for product protection | 06/19/08 | D. Joshi-Review |
| C0347 | RM-3000-00, RM-3000-PRT-43 | AMS | 00 | Croscarmellose Sodium, NF | 08/05/08 | J. Banovski | QC | Content method with ID # 3000, step # 04.5) is reduced by this: eliminated reduce tailing; eliminated 0% test, particle size updated to include the reference of material # RM-3000-PRT-43 as per the original line # 00-005 | 08/25/08 | J. Banovski-Correction |
| C0377 | NOI-AE-059 | AMS | 01 | Dehydrocodeine Bitartrate, UP | 08/11/08 | S. Patel | AR | Specification for assay test updated as per UP monograph effective 08/01/08 | 08/21/08 | AR-approval |
| C0492 | N/A | Equipment | N/A | PTK-RM-3000 Tablet Press ID # C0004 | 08/17/08 | J. Chandra | RPD | The software for the Piccola Control Unit on the PTK-RM-3000 tablet press was upgraded from version Piccolo T2.3 to Piccolo T2.4 | 10/06/08 | E. Suksch-Review |
| C0510 | N/A | N/A | N/A | Mettler Toledo Analytical Balance, ID # 22A | 09/27/08 | S. Patel | LS | Document major repair of the balance and perform IQ/DQ | 01/26/09 | Re-approval |

Confidential - Subject Under Protective Order

PLAINTIFFS' EXHIBITS 000135

ACTAV 000443095

Confidential - Subject Under Protective Order

ACTAV 000443096



actavis
creating value in pharmaceuticals

## Facilities PMs/Work Orders
### Preventive Maintenance Metrics

| | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Jan-09 | YTD 2008 |
|---|---|---|---|---|---|---|---|---|
| Work Orders Safety/Emergency/Near Miss | N/AV | N/AV | 0 | | | | | 0 |
| Work Orders Safety/Emergency/Near Miss Closed | N/AV | N/AV | 0 | | | | | 0 |
| Total PMs Actual (Closed) | N/AV | N/AV | 218 | 183 | 161 | 206 | 148 | 916 |
| Weekly PMs Backlogged > 1 day | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| BiWeekly PMs Backlogged > 2 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| Monthly PMs Backlogged > 7 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| Bi-Monthly PMs Backlogged > 10 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| Qtrly PMs Backlogged > 14 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| Semi-Annual PMs Backlogged > 21 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| Annual PMs Backlogged > 30 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| Biennial PMs Backlogged > 30 days | N/AV | N/AV | 0 | 0 | 0 | 0 | 0 | 0 |
| PMs for the Month (Closed — %) | N/AV | N/AV | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Work Orders Requested | N/AV | N/AV | 31 | 34 | 28 | 32 | 21 | 146 |
| Work Orders Closed | N/AV | N/AV | 31 | 34 | 28 | 32 | 21 | 146 |
| Total PM/WO's Completed for Month | 0 | 0 | 249 | 217 | 189 | 238 | 165 | 1058 |

Note:



PMS
January 2008

PLAINTIFFS' EXHIBITS 000136

# Calibrations
## January 2008

### Facilities PM's/Calibrations

- Calibration Metrics

| | Oct-08 | Nov-08 | Dec-08 | Jan-09 | |
|---|---|---|---|---|---|
| Total Due | 64 | 99 | 191 | 65 | |
| % Completed on Time | 98% | 100% | 100% | 42%* | |
| Number past due (Month) | 2 | 0 | 0 | 0 | |
| New Calibrations Added | 19 | 39 | 25 | 30 | |
| Total Active Cal Records | 891 | 916 | 941 | 895 | |
| Critical Out of Tolerances | 2 | 3 | 1 | 1 | |

*Partial Month - work in progress

Added TP-0085 and TP-0086 PTK Presses (30 calibrations)

WT-AMW03 OOT, investigation initiated in Trackwise.

actavis
creating value in pharmaceuticals

PLAINTIFFS' EXHIBITS 000137

Confidential - Subject Under Protective Order

ACTAV 000443097

# Action Items



*actavis*

- Manager and Director Training Syllabi need to be highlighted and for this reason they will be presented as a separate metric. This will be put down as an action.

- The number of expired SOP has fallen down to 7. These shall be closed by the 20th of January 2009.

- 51 overdue for closeout and a good percentage arise from investigations. All the open CAPAs for ███████ and General GMP need to be addressed in a separate meeting.

Confidential - Subject Under Protective Order

ACTAV 000443098