# EXHIBIT 113



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

April 24, 2008

Dear Valued Customer:

This is to inform you of a product recall involving:

**Digitek® (digoxin tablets, USP) 125mcg**
**NDC # 62794-145-10**
**See Attached List for Lot Numbers/Expiration Dates**

See enclosed product labels (See Attachment 1).

This recall has been initiated due to overweight tablets.  Potential risks to the patient depend upon the constituency of the tablets.  Depending on the constituency of the tablets, double the dose is taken, it can be expected that digitalis toxicity can occur in individuals taking daily doses or in patients with renal insufficiency.  Toxicity can cause nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia.  Death can result from excessive digitalis intake.  If the increased thickness is due to clinically inert substances, then a decreased amount of digitalis may be absorbed, leading to exacerbation of the underlying cardiac disease (congestive heart failure and arrhythmia) due to lack of therapeutic efficacy.

ACTAVIS has distributed the subject lots from xx/xx/xx through xx/xx/xx.  This recall should be carried out to the **consumer level.**

Upon receipt of this letter, please take the following action:

1. **Immediately** examine your inventory and quarantine and discontinue distribution of the affected lots (See Attachment 2).

2. In addition, if you may have further distributed the recalled product, please identify your retail-level customers and notify them at once of this product recall.

3. Additionally, if the retail-level customers have further distributed the recalled product, please identify the consumer and notify them immediately of this product recall.

4. Complete the enclosed form and mail it in the self-addressed, stamped envelope enclosed.  To assure accountability, it is imperative that this form be returned even if you do not have product in stock or you have already returned the product.



Page 1 of 9

**PLAINTIFFS' EXHIBITS 000324**

ACTAV 000526961



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

All product inventory is to be returned to:

Capital Returns, Inc.
6101 North 64th Street
Milwaukee, WI 53218
Attention:  RECALL COORDINATOR
RE: Digitek (Digoxin Tablets, USP)


A packing slip must be enclosed in the return, designating product, quantity and return shipping costs.   Please use the enclosed labels on the material you are returning.

As soon as your return shipment of the referenced product is processed, a credit will be promptly issued for the value of the merchandise, plus shipping costs.


Sincerely,


Phyllis Lambridis

VP, US Quality and Compliance

Actavis, Inc.

PLAINTIFFS' EXHIBITS 000325

ACTAV 000526962



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

Business Reply Form

Please complete this form and mail it in the enclosed, self-addressed, stamped envelope to:

Capital Returns, Inc.
6101 North 64th Street
Milwaukee, WI 53218
Attention:  RECALL COORDINATOR
RE: Digitek (Digoxin Tablets, USP)

Consignee Name and Address:

_____

_____

_____

We have inspected our stock and:

☐  NO PRODUCT IS IN INVENTORY

☐  WE ARE RETURNING THE FOLLOWING:

| Lot Number | Number of Bottles |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

PLAINTIFFS' EXHIBITS 000326

ACTAV 000526963



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

Attachment 2

| Packaged Batch # (fill count) | Product # | Product Name | Expiration Date |
|---|---|---|---|
| 60236A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-08 |
| 60371A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-08 |
| 60372A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-08 |
| 60373A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-08 |
| 60399A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | May-08 |
| 60400A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | May-08 |
| 60401A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | May-08 |
| 60402A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | May-08 |
| 60416A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | May-08 |
| 60605A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jun-08 |
| 60606A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jun-08 |
| 60607A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jun-08 |
| 60608A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-08 |
| 60643A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-08 |
| 60644A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-08 |
| 60645A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-08 |
| 60756A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-08 |
| 60757A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-08 |
| 60758A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-08 |
| 60759A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-08 |
| 60776A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-08 |
| 60777A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-08 |
| 60929A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Oct-08 |
| 60930A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Oct-08 |
| 60931A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Oct-08 |
| 60932A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Oct-08 |
| 60991A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-08 |
| 60992A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-08 |
| 60993A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-08 |
| 60994A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-08 |
| 61092A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Dec-08 |

PLAINTIFFS' EXHIBITS 000327

ACTAV 00052696



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

| Packaged Batch # (fill count) | Product # | Product Name | Expiration Date |
|---|---|---|---|
| 70023A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70024A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70025A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70026A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70027A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70078A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70079A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70080A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70081A1 (100 count), 70081A2 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70082A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-09 |
| 70134A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70135A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70136A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70147A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70149A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70160A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70161A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-09 |
| 70207A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Mar-09 |
| 70208A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Mar-09 |
| 70209A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Mar-09 |
| 70296A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-09 |
| 70297A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-09 |
| 70298A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-09 |
| 70299A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-09 |
| 70300A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Apr-09 |
| 70557A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-09 |
| 70558A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-09 |
| 70559A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-09 |
| 70560A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-09 |
| 70600A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-09 |
| 70601A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jul-09 |
| 70736A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70737A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70738A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |

PLAINTIFFS' EXHIBITS 000328

ACTAV 000526965



# URGENT:  DRUG RECALL

## Digitek® (digoxin tablets, USP)

| Packaged Batch # (fill count) | Product # | Product Name | Expiration Date |
|---|---|---|---|
| 70753A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70766A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70767A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70768A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70769A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70770A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Sep-09 |
| 70924A2 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70925A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70926A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70949A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70950A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70951A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70952A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 70953A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Nov-09 |
| 71004A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Dec-09 |
| 71005A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Dec-09 |
| 80044A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-10 |
| 80045A1 (5000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-10 |
| 80046A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-10 |
| 80047A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Jan-10 |
| 80189A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Feb-10 |
| 80190A1 (100 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Mar-10 |
| 80227A1 (1000 count) | 145 | Digitek (digoxin tablets, USP) 0.125 mg | Mar-10 |

PLAINTIFFS' EXHIBITS 000329

ACTAV 000526966



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

| Packaged Batch # (fill count) | Product # | Product Name | Expiration Date |
|---|---|---|---|
| 60319A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Apr-08 |
| 60320A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Apr-08 |
| 60321A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Apr-08 |
| 60322A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Apr-08 |
| 60323A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-08 |
| 60497A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-08 |
| 60498A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-08 |
| 60499A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-08 |
| 60511A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-08 |
| 60512A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-08 |
| 60513A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-08 |
| 60514A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-08 |
| 60515A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-08 |
| 60677A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-08 |
| 60678A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-08 |
| 60679A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-08 |
| 60680A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-08 |
| 60681A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-08 |
| 60863A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-08 |
| 60864A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-08 |
| 60865A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-08 |
| 61053A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Nov-08 |
| 61054A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Nov-08 |
| 61055A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61056A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61057A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61097A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61098A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61099A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61100A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61101A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61102A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 61103A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |

PLAINTIFFS' EXHIBITS 000330

ACTAV 000526967



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

| Packaged Batch # (fill count) | Product # | Product Name | Expiration Date |
|---|---|---|---|
| 61104A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-08 |
| 70120A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-09 |
| 70121A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-09 |
| 70122A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-09 |
| 70174A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-09 |
| 70175A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Mar-09 |
| 70176A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Mar-09 |
| 70370A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-09 |
| 70371A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-09 |
| 70372A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-09 |
| 70386A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | May-09 |
| 70454A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-09 |
| 70455A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-09 |
| 70456A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-09 |
| 70457A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-09 |
| 70458A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jun-09 |
| 70551A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jul-09 |
| 70664A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70665A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70666A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70670A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70671A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70672A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70673A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Aug-09 |
| 70811A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70812A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70813A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70832A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70833A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70834A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70835A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 70836A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Oct-09 |
| 71032A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-09 |
| 71033A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-09 |

PLAINTIFFS' EXHIBITS 000331

ACTAV 000526968



# URGENT:  DRUG RECALL
## Digitek® (digoxin tablets, USP)

| Packaged Batch # (fill count) | Product # | Product Name | Expiration Date |
|---|---|---|---|
| 71034A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-09 |
| 71035A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Dec-09 |
| 71036A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jan-10 |
| 71054A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jan-10 |
| 80002A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jan-10 |
| 80003A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Jan-10 |
| 80108A1 (100 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-10 |
| 80109A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-10 |
| 80110A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-10 |
| 80111A1 (5000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-10 |
| 80112A1 (1000 count) | 146 | Digitek (digoxin tablets, USP) 0.25 mg | Feb-10 |

PLAINTIFFS' EXHIBITS 000332

ACTAV 000526969