# EXHIBIT 120

PLAINTIFFS' EXHIBITS 000333



# URGENT DRUG RECALL
## Digitek® (digoxin tablets, USP)

April 28, 2008

Dear Valued Customer:

This is to inform you of a product recall involving:

**Digitek® (digoxin tablets, USP)**
**NDC # 62794-145-01; 62794-145-10; 62794-145-56;**
**62794-146-01; 62794-146-10; 62794-146-56**

See enclosed product labels (See Attachment 1).

This recall has been initiated due to overweight tablets. Potential risks to the patient depend upon the constituency of the tablets. Depending on the constituency of the tablets, double the dose is taken, it can be expected that digitalis toxicity can occur in individuals taking daily doses or in patients with renal insufficiency. Toxicity can cause nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia. Death can result from excessive digitalis intake. If the increased thickness is due to clinically inert substances, then a decreased amount of digitalis may be absorbed, leading to exacerbation of the underlying cardiac disease (congestive heart failure and arrhythmia) due to lack of therapeutic efficacy.

ACTAVIS has distributed the subject lots from 03/01/06 through 04/24/08. This recall should be carried out to the **consumer level**.

Upon receipt of this letter, please take the following action:

1. Immediately examine your inventory and quarantine and discontinue distribution of the affected lots.

2. In addition, if you may have further distributed the recalled product, please identify your retail-level customers and notify them at once of this product recall.

3. Additionally, if the retail-level customers have further distributed the recalled product, please identify the consumer and notify them immediately of this product recall.

4. Complete the enclosed form and mail it in the self-addressed, stamped envelope enclosed. To assure accountability, it is imperative that this form be returned even if you do not have product in stock or you have already returned the product.

Page 1 of 3



Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000334    UDLL 000004006



# URGENT: DRUG RECALL
## Digitek (digoxin tablets, USP)

All product inventory is to be returned to:

Stericycle
2670 Executive Drive, Suite A
Indianapolis, IN 46241
RE: Digitek (Digoxin Tablets, USP)

A packing slip must be enclosed in the return, designating product, quantity and return shipping costs.   Please use the enclosed labels on the material you are returning.

As soon as your return shipment of the referenced product is processed, a credit will be promptly issued for the value of the merchandise, plus shipping costs.

Sincerely,

Phyllis Lambridis

VP, US Quality and Compliance

Actavis, Inc.

Confidential Subject to Protective Order

PLAINTIFFS' EXHIBITS 000335

UDLL 000004007



# URGENT DRUG RECALL
## Digitek (digoxin tablets, USP)

Business Reply Form

Please complete this form and mail it in the enclosed, self-addressed, stamped envelope to:

Stericycle
2670 Executive Drive, Suite A
Indianapolis, IN 46241
Attention: RECALL COORDINATOR
RE: Digitek (Digoxin Tablets, USP)

Consignee Name and Address:
_____
_____

We have inspected our stock and:

☐ NO PRODUCT IS IN INVENTORY

☐ WE ARE RETURNING THE FOLLOWING:

| Lot Number | Number of Bottles |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Page 3 of 3

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000336    UDLL 000004008