# EXHIBIT 140

PLAINTIFFS' EXHIBITS 000349

| | |
|---|---|
| **From:** | Phyllis Lambridis |
| **Sent:** | Wednesday, April 30, 2008 11:21 AM |
| **To:** | Dan Bitler <6f2a566e-14c7f641-9e9f03eb-b12711e8@oneteam.com>; Kevin Anderson <kanderson@oneteam.com> |
| **Cc:** | Scott Talbot <stalbot@oneteam.com>; Tony Delicato <cc220f98-d8bdbcb4-85257004-69b63b@oneteam.com> |
| **Subject:** | Re: Mylan/Bertek Quality Head |

It is my understanding that Robert and Siggi have commited to stop producing Digoxin until we have tableting equipment with weight controls. Please do not have any conversations with customers unless you have the full story.

----- Original Message -----
From: Dan Bitler <dbitler@actavis.com>
To: Kevin Anderson; Phyllis Lambridis
Cc: Scott Talbot; Tony Delicato
Sent: Wed Apr 30 10:42:36 2008
Subject: RE: Mylan/Bertek Quality Head

Kevin,

I talked with Mike Adams this morning and gave him an overview of where we are with the inspection. I indicated that we expected the FDA back next week to issue the 483 and he indicated that he would like to talk with Phyllis briefly next week to discuss the timeline moving forward for Digoxin. He was satisfied with the information I provided and I indicated that we would contact him next week.

Dan

---

From: Kevin Anderson [mailto:kanderson@actavis.com]
Sent: Wednesday, April 30, 2008 9:16 AM
To: Phyllis Lambridis
Cc: Scott Talbot; Dan Bitler; Tony Delicato
Subject: FW: Mylan/Bertek Quality Head
Importance: High



Phyllis-

I know you are trying to vaca this week, however, Mylan/Bertek's Quality Head Mike Adams is requesting an update on Digitek. I am not sure if he has emailed you or left a voice mail.

I can set up a call and have Scott, Dan, and/or Tony handle for you. Please let me know ASAP so I can reply to my supply chain contact. We need to reply this morning.

Call my cell with any questions. (860) 655-4503

Thank you.

Mike Adams

PLAINTIFFS' EXHIBITS 000350

Confidential - Subject Under Protective Order

ACTAV 00014215

Tel: 304-554-6519

Kevin Anderson
Vice President
Actavis Inc.

t 860-651-3972 @ kanderson@actavis.com
f 860-651-3974 w www.actavis.com <http://www.actavis.com/>
c 860-655-4503

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

PLAINTIFFS' EXHIBITS 000351
Confidential - Subject Under Protective Order
ACTAV 00014215