# EXHIBIT 141

PLAINTIFFS' EXHIBITS 000352

# INVESTIGATION # 08-060

**PRODUCT:** Digoxin Tablets 0.125 mg (125)
**Control #** 80228A1
**Fill Size:** 5000 Tablets
**Date of Occurrence:** 04/01/08

**Description of Deviation:** Digoxin Tablets 0.125 mg, control # 80228A1 was being packaged on PKG area # 401 in 5000 count. The packaged bottles are verified by weight using weighing balance (# 001163). On 04/01/08 a PKG line lead person found that filled bottles weight is going higher than the set range of 569.91 grams – 584.23 grams. Packaging Manager was informed about the findings. PKG manager took random sample tablets and checked the weight of individual tablets using R & D lab balance # 924. He found 17 tablets with higher weight out of 30 tablets. PKG Director and QA Director were informed about the incident. Further weight check of 50 tablets was done in presence of QA Manager (see attached weight observation document) and 17 tablets were found above 120 mg weight against target weight of 105 mg. At the time of this incident, product bulk from bucket #26 and 27 was in the counter hopper. The production was discontinued at this stage and balance of the bulk (117.05 KG) was put on HOLD along with packaged 720 bottles of 5000's.

**Discovered By:** PKG line lead person

**Equipment ID# (if applicable):** tablet counter # 296

**Packaging Room #:** Area 401

**Preliminary Root Cause:** The packaging of this batch was started on 03/31/08. There were total of 34 buckets of product bulk. No bottle was going out of the range up to packaging of bucket # 25. The deviation occurred only after dumping bucket # 26 and 27 in to the counter hopper. Some tablets from bucket # 28 were found to be over weight. Root cause of this deviation is to be determined at manufacturing stage.

**Immediate Corrective Action:** The packaging operation was discontinued and the bulk and packaged bottles were put on HOLD by QA pending outcome of this investigation.



{ DATE \@ "M/d/yyyy" }   { FILENAME }

Confidential Subject to Protective Order   PLAINTIFFS' EXHIBITS 000353   ACTAV 000928231