# EXHIBIT 144

PLAINTIFFS' EXHIBITS 000354



*ANNUAL PRODUCT REVIEW*
*Digoxin Tablets, USP 0.125 mg*

# ANNUAL PRODUCT REVIEW

# FOR

# Digoxin Tablets, USP 0.125mg

# 01/01/08-12/31/08

### Product Code: 145

**Written By:**
Urszula Mioduszewski
Specialist, Quality Assurance

Signature _____ Date _____

**Reviewed By:**
Michael Redmond
Quality Engineer, Quality Assurance

Signature _____ Date _____

**Approved By:**

Director, Quality Assurance

Signature _____ Date _____



Based on: CTE-06-09-013-a    Controlled Document - DO NOT COPY without permission    Page 1 of 15

Prepared By: _____

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000355    ACTAV 000649134



ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

## TABLE OF CONTENTS

1 Summary .................................................................................................................. 3
2 Time Period Covered................................................................................................. 3
3 Number of Batches Manufactured ........................................................................... 3
4 Product Description .................................................................................................. 4
5 In-Process Results..................................................................................................... 4
   5.1 Blending..........................................................................................................4
6 QC Analytical Testing Results ................................................................................... 8
   6.1 Blend Testing..................................................................................................8
   6.2 Finished Product Testing..............................................................................10
7 Product Active Pharmaceutical Ingredient (API) Review........................................12
8 Statistical Analysis/Interpretation .......................................................................... 12
9 Deviation Review..................................................................................................... 12
   9.1 Critical Deviations ........................................................................................ 12
   9.2 Major Deviations..........................................................................................13
   9.3 Planned Deviations......................................................................................13
   9.4 Laboratory Out of Specification (OOS) Investigations.................................13
10 Out-of-Specification Review ................................................................................... 13
11 Complaints............................................................................................................... 13
12 Batch Rejections ..................................................................................................... 14
13 Change Control Review........................................................................................... 14
14 Returned Goods ...................................................................................................... 14
15 Recalls/Field Alerts ................................................................................................. 14
16 Stability ................................................................................................................... 14
17 Validation ................................................................................................................ 14
18 Unresolved Issues From Previous Annual Product Reviews...................................14
19 Conclusions and Recommendations ...................................................................... 14

Confidential Subject to Protective Order   PLAINTIFFS' EXHIBITS 000356   ACTAV 000649135



ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

# 1 SUMMARY

The manufacture of nineteen batches of Digoxin Tablets, USP 0.125 mg was completed during the period from 01/01/08 to 12/31/08; eight batches were rejected (see Section 3 below); all other lots were found acceptable for commercial distribution.

There were three Critical Deviations, three Major Deviations, three Planned Deviations, and no Laboratory OOS Investigations for the referenced product during the subject review period. See Section 9.

There were twenty two Adverse Events/Product Complaints and twenty seven Product Complaints received for the referenced product during the subject review period. See Section 11.

There were two Change Controls issued for the referenced product during the subject review period. See Section 13.

There were no Field Alerts issued during the subject review period. All in-date lots of the referenced product have been recalled. See Section 15.

Stability data support the current expiry dating of the product. See Section 16.

There was a Validation Study performed for the referenced product during the subject review period. See Section 17.

This product has been indefinitely discontinued as a result of the 2008 FDA inspection. This is the last APR for this product until manufacturing activity resumes.

# 2 TIME PERIOD COVERED

All batches of the referenced product with a Completion Date from 01/01/08 to 12/31/08 are included in this Annual Product Review.

# 3 NUMBER OF BATCHES MANUFACTURED

Nineteen batches of the referenced product were manufactured during the subject review period. Details are in Table 1.

Table 1: Batches Manufactured

| Batch Number | MF Version # | Completion Date | Final Disposition | |
|---|---|---|---|---|
| | | | Status | Date |
| 80044A | 14504(08) | 23-Jan-08 | Released | 4-Mar-08 |
| 80045A | 14504(08) | 25-Jan-08 | Released | 4-Feb-08 |
| 80046A | 14504(08) | 28-Jan-08 | Released | 6-Feb-08 |
| 80047A | 14504(08) | 31-Jan-08 | Released | 4-Feb-08 |
| 80050A[1] | RV14501(00) | 31-Jan-08 | Rejected | 28-May-08 |
| 80051A[2] | RV14501(00) | 10-Feb-08 | Rejected | 16-Jun-08 |
| 80052A[1] | RV14501(00) | 20-Feb-08 | Rejected | 28-May-08 |
| 80053A[2] | RV14501(00) | 15-Feb-08 | Rejected | 16-Jun-08 |
| 80137A[1] | RV14501(00) | 25-Feb-08 | Rejected | 28-May-08 |
| 80138A[1] | RV14501(00) | 29-Feb-08 | Rejected | 28-May-08 |
| 80189A | 14504(08) | 8-Mar-08 | Released | 15-Mar-08 |

Based on: CTE-06-09-013-a   Controlled Document - DO NOT COPY without permission   Page 3 of 15

Prepared By: _____

Confidential Subject to Protective Order   PLAINTIFFS' EXHIBITS 000357   ACTAV 000649136


| 80190A | 14504(08) | 12-Mar-08 | Released | 19-Mar-08 |
|---|---|---|---|---|
| 80191A | 14504(08) | 14-Mar-08 | Released | 24-Mar-08 |
| 80192A | 14504(08) | 18-Mar-08 | Released | 26-Mar-08 |
| 80202A | 14504(08) | 19-Mar-08 | Released | 28-Mar-08 |
| 80224A | 14504(08) | 21-Mar-08 | Released | 31-Mar-08 |
| 80226A[3] | 14504(08) | N/A | Rejected | 22-May-08 |
| 80227A | 14504(08) | 25-Mar-08 | Released | 31-Mar-08 |
| 80228A[4] | 14504(08) | 27-Mar-08 | Rejected | 24-Jul-08 |

Note(s):
1. Batch #s 80050A, 80137A, 80138A and 80052 were rejected as a part of the 2008 site-wide recall; refer to Rejection #R08-028.
2. Batch #s 80051A and 80053A were rejected as a part of the 2008 site-wide recall; refer to Rejection # R08-031.
3. Batch # 80226A was rejected as a part of the 2008 site-wide recall; refer to Rejection # R08-027.
4. Batch # 80228A was rejected because of the OOS weight on filled bottles; refer Rejection # R08-058.

## 4  PRODUCT DESCRIPTION

Yellow, round bisected tablets, debossed "A 145" or "B 145" on the bisected side.

## 5  IN-PROCESS RESULTS

### 5.1  Blending

Table 2:  Blend Results

| Variable | Specification | 2008 Result | 2007 APR Result | 2006 APR Result | $C_{pk}$ |
|---|---|---|---|---|---|
| Blend Yield | 95.0-101.0% | 99.9%<br>99.8-100.0%<br>0.06 | N/A | N/A | 5.9 |
| Blend Reconciled | N/A | 99.9%<br>99.8-100.0%<br>0.06 | N/A | N/A | N/A |

Note(s):   1   N/A

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000358    ACTAV 000649137



*ANNUAL PRODUCT REVIEW*
*Digoxin Tablets, USP 0.125 mg*

Figure 1    Blend Yield by Batch



Figure 2    Blend Reconciled by Batch





ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

### 5.2 Compression

Table 3: Compression Results

| Variable | Specification | 2008 Result | 2007 APR Result | 2006 APR Result | $C_{pk}$ |
|---|---|---|---|---|---|
| Weight, Individual | 0.097-0.113 g | 0.106g<br>0.100-0.111 g<br>0.0 | 0.106 g<br>0.101-0.112 g<br>0.0 | 0.106 g<br>0.100-0.111 g<br>0.0 | 0.7 |
| Tablet Weight RSD | N/A | 1.3%<br>1.0-1.5%<br>0.1 | N/A | N/A | N/A |
| Hardness | 1.0-6.0 kp | 4.3 kp<br>3.0-5.7 kp<br>0.2 | 4.2 kp<br>2.5-6.3kp[1]<br>0.2 | 4.3 kp<br>2.8-6.0kp<br>0.1 | 3.4 |
| Thickness | 2.00-3.00mm | 2.71 mm<br>2.55-2.90 mm<br>0.02 | 2.71 mm<br>2.20-2.89 mm<br>0.02 | 2.7 mm<br>2.00-2.85 mm<br>0.02 | 4.1 |
| Finished Product Yield | 95.0-101.0% | 99.1%<br>98.0-99.5%<br>0.5 | 99.2%<br>97.8-99.5%<br>0.4 | 99.5 %<br>98.9-99.8 %<br>0.2 | 1.3 |
| Finished Product Reconciled | 97.0-101.0% | 99.8%<br>99.5-100.2%<br>0.2 | N/A | N/A | 2.7 |

Note(s):   1   In the 2007 APR batch # 70078A was reported with a high hardness of 6.3 kp.

Figure 3    Tablet Weight by Batch





Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000360    ACTAV 000649139





Figure 4    Tablet Weight RSD by Batch

Figure 5    Tablet Hardness by Batch

Figure 6    Tablet Thickness by Batch

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000361    ACTAV 000649140


ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

Figure 7    Finished Product Yield by Batch



Figure 8    Finished Product Reconciled by Batch



## 6 QC ANALYTICAL TESTING RESULTS

### 6.1 Blend Testing

Table 4:    Blend Testing Results

| Variable | Specification | 2008 Result | 2007 APR Result | 2006 APR Result | $C_{pk}$ |
|---|---|---|---|---|---|
| Average Blend Assay | 90.0-110.0% | 99.0%<br>94.1-103.1%<br>2.5 | 98.6%<br>92.3-104.1%<br>2.4 | 97.7%<br>95.9-100.3%<br>1.0 | 1.2 |
| Blend Assay RSD | NMT 5.0% | 1.4%<br>0.7-2.3%<br>0.6 | 1.5%<br>0.4-4.0%<br>0.7 | 1.7%<br>0.6-3.8%<br>0.7 | 2.2 |

Note(s):   N/A

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000362    ACTAV 000649141




Figure 9        Average Blend Uniformity by Batch

Figure 10       Blend Uniformity RSD by Batch

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000363     ACTAV 000649142



ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

### 6.2 Finished Product Testing

Table 5:   Finished Product Testing Results

| Variable | Specification | 2008 Result | 2007 APR Result | 2006 APR Result | $C_{pk}$ |
|---|---|---|---|---|---|
| Friability | NMT 1.0% | 0.1%<br>0.0-0.3%<br>0.1 | 0.1%<br>0.0-0.3%<br>0.06 | 0.1%<br>0.1-0.2%<br>0.03 | 3.8 |
| Average Assay | 90.0-105.0% | 98.8%<br>95.7-102.2%<br>2.0 | 98.0%<br>94.5-101.9%<br>1.9 | 99.3%<br>96.6-101.7%<br>0.9 | 1.5 |
| Average Content Uniformity | N/A | 99.5%<br>94.7-103.3%<br>2.1 | 99.6%<br>96.1-104.3%<br>1.9 | 99.1%<br>95.8-102.2%<br>1.5 | N/A |
| Content Uniformity Acceptance Value | NMT 15.0% | 4.3%<br>1.1-9.2%<br>1.9 | 4.8%<br>2.4-11.3%<br>1.8 | 1.9% RSD[1]<br>1.0-3.1% RSD[1]<br>0.4 | 1.9 |
| Dissolution Average | NLT-80% (Q) in 60 minutes | 98.8%<br>93.7-101.2%<br>2.1 | 98.8%<br>95.8-102.3%<br>1.6 | 99.6%<br>97.6-101.3%<br>0.8 | 2.9 |
| Digoxigenin | NMT 2.0% | 0.2%<br>0.1-0.5% | N/A | N/A | N/A |
| Digoxigenin Bisdigitoxoside | NMT 2.0% | 0.3%<br>0.2-0.4% | N/A | N/A | N/A |

Note(s):   1   Prior to the 2007 APR, RSD was reported instead of Acceptance Value; RSD values from the 2006 are presented.

Figure 11   Friability by Batch



Confidential Subject to Protective Order   PLAINTIFFS' EXHIBITS 000364   ACTAV 000649143



ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg



Figure 12    Average Assay by Batch



Figure 13    Average Content Uniformity by Batch



Figure 14    Content Uniformity Acceptance Value by Batch



Based on: CTE-06-09-013-a     Controlled Document - DO NOT COPY without permission     Page 11 of 15

Prepared By: _____

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000365    ACTAV 000649144

ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

Figure 15    60-Minute Dissolution Average by Batch



## 7  PRODUCT ACTIVE PHARMACEUTICAL INGREDIENT (API) REVIEW

The referenced product uses one API Digoxin Micronized, USP.

No OOS results were observed for the API during the subject review period.

## 8  STATISTICAL ANALYSIS/INTERPRETATION

For products with more than 20 batches to analyze, a trend is $C_{pk}$ less than 1.0 and more than one similar observation outside of ±3 standard deviations of the mean, two or more similar observations outside of ±2 standard deviations of the mean in five consecutive batches, four or more similar observations outside of ±2 standard deviations of the mean in 10 consecutive batches, or more than five similar observations outside of ±2 standard deviations of the mean in the subject review period.

Statistical analysis of process parameters, and in-process and finished product analytical testing results indicates no tends for the referenced product during the subject review product.

Control plots of analysed data, including specification limits, may be found in Section 5 and 6, above.

## 9  DEVIATION REVIEW

Deviations are departures from regulations, standards, policies, procedures, batch records, methods, specifications, written requirements, etc. or any observation that has the potential to impact the SQIPS of a product.

A detailed listing of Deviation Reports is attached.

### 9.1  Critical Deviations

A Critical Deviation is any deviation of a product already in distribution.

There were three Critical Deviations for the referenced product during the subject review period. See the attached report for details.

---

Based on: CTE-06-09-013-a    Controlled Document - DO NOT COPY without permission    Page 12 of 15

Prepared By: _____

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000366    ACTAV 000649145



ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

Batch #s 70023A1/AQ, 70078A1, 70081A2, 71049AQ/AQ1, 71050A1/AQ, 71051A1/AQ were exposed to a low humidity excursion during stability. See investigation # 08-055.

Batch #s 70023A1/AQ, 70078A1, 70081A2, 71049AQ/AQ1, 71050A1/AQ, 71051A1/AQ were exposed to OOS temperature during stability. See investigation # 08-197.

Batch #s 70023A1/AQ, 70078A1, 70081A2, 71049AQ/AQ1, 71050A1/AQ, 71051A1/AQ were exposed to out of range humidity and temperature during stability. See investigation # 08-206.

### 9.2 Major Deviations

A major deviation is any deviation that impacts the SQIPS of a product not yet in distribution, that had the potential to impact SQIPS but (through investigation) was justified to have no impact, or that is associated with an out-of-specification result with no root cause.

There were three Major Deviations for the referenced product during the subject review period. See the attached report for details.

Batch # 80051A, machine operator observed oil spots for drums # 5 and # 6 during compression. See investigation # 08-017.

For batch # 80053A compression operator did not record the metal detector test for the end of the run on 02/15/08. See investigation # 08-028.

For batch # 80228A1 filled bottles in packaging exceeded weight specification limits. See investigation # 08-060.

### 9.3 Planned Deviations

A planned deviation is any planned departure from the routine manufacturing, testing, or release requirements for a product.

There were three Planned Deviations for the referenced product during the subject review period; one to allow the current food grade compression machine lubricant to be replaced with a slightly more viscous food grade lubricant from the same oil manufacturer; one allow to add static eliminator to air purge nozzle on BOSS- Pack counter machine on line 403 to prevent powder from sticking to the counter head; and one to allow in-process friability testing to be performed by manufacturing instead of the QC Lab. See the attached report for details.

### 9.4 Laboratory Out of Specification (OOS) Investigations

There were no laboratory OOS investigations issued for the referenced product during the subject review period.

## 10 OUT-OF-SPECIFICATION REVIEW

There were no out-of-specification results for the referenced product during the subject review period.

## 11 COMPLAINTS

There were twenty two Adverse Event/Product Complaints and twenty seven Product Complaints received for the referenced product during the subject review period. See the attached report for details.

---

Based on: CTE-06-09-013-a          Controlled Document - DO NOT COPY without permission          Page 13 of 15

Prepared By: _____

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000367    ACTAV 000649146



*ANNUAL PRODUCT REVIEW*
*Digoxin Tablets, USP 0.125 mg*

## 12  BATCH REJECTIONS

There were eight batches of the referenced product rejected during the subject review period. See section 3 above.

## 13  CHANGE CONTROL REVIEW

There were two approved Change Controls issued for the referenced product during the subject review period. See the attached report for details.

## 14  RETURNED GOODS

Actavis Totowa, LLC contract manufactures the referenced product for Mylan Pharmaceuticals: Mylan Pharmaceuticals manages their own product returns. There were no returns reported to Actavis Totowa, LLC for the referenced product during the subject review period.

## 15  RECALLS/FIELD ALERTS

The referenced product was the subject of a recall during the subject review period. Refer to the attached report for details.

No Field Alerts were issued for the referenced product during the subject review period.

## 16  STABILITY

Eight batches of the referenced product were evaluated for Room Temperature stability evaluation in 100-count bottles; six of those batches were also evaluated in 5000-count bottles during the subject review period. Detailed results of the stability program are attached. All batches of the referenced product have been removed from stability per change control C0283. Stability data support the current expiry dating of the product.

## 17  VALIDATION

A Validation Statement is attached and indicates that Process Validation was performed for the referenced product during the subject review period. See the attached report for details.

## 18  UNRESOLVED ISSUES FROM PREVIOUS ANNUAL PRODUCT REVIEWS

There are no unresolved action items from previous Annual Product Reviews.

## 19  CONCLUSIONS AND RECOMMENDATIONS

As a result of the 2008 FDA Inspection, this product is the subject of a voluntary recall and has been indefinitely discontinued. This is the last Annual Product Review for this product.

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000368    ACTAV 000649147



ANNUAL PRODUCT REVIEW
Digoxin Tablets, USP 0.125 mg

# Cover Sheet for Summary Attachments

The following are a list of Annual Status Reports for Digoxin Tablets, USP 0.125 mg which are included as attachments to this Annual Product Review Report.

| Required and attached | | Attachment by: |
|---|---|---|
| API Complaints Report | ☐ | _____ |
| Deviation Investigations Report | ☐ | _____ |
| Laboratory OOS Investigations Report | ☐ | _____ |
| Planned Deviations Report | ☐ | _____ |
| Customer Complaints Report | ☐ | _____ |
| Change Control Status Report | ☐ | _____ |
| Product Return and Salvage Report | ☐ | _____ |
| Recalls Report | ☐ | _____ |
| Field Alerts Report | ☐ | _____ |
| Stability Report | ☐ | _____ |
| Process Evaluation, Cleaning & Process Validation Report | ☐ | _____ |
| Summary Data Tables | ☐ | _____ |

```
Annual Status Reports
Reviewed & Approved by: _____  Date: _____
                       Quality Engineer, Quality Assurance

Approved by: _____  Date: _____
             Director, Quality Assurance
```

Based on: CTE-06-09-013-a    Controlled Document - DO NOT COPY without permission    Page 15 of 15

Prepared By: _____

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000369    ACTAV 000649148