# EXHIBIT 157

PLAINTIFFS' EXHIBITS 000373

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ  07054<br>(973) 331-4900   Fax:(973) 331-4969 | 09/05/2007 - 09/28/2007<br>FEI NUMBER<br>2244683 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Mr. Apurva Patel, Managing Director, Totowa, NJ

| FIRM NAME | STREET ADDRESS |
|---|---|
| Actavis Totowa LLC | 101 E Main St |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Little Falls, NJ  07424-5608 | Pharmaceutical Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above

DURING AN INSPECTION OF YOUR FIRM I OBSERVED:

QUALITY SYSTEM

OBSERVATION 1

An NDA-Field Alert Report was not submitted within three working days of receipt of information concerning a failure of one or more distributed batches of a drug to meet the specifications established for it in the application.

Specifically, a Field Alert was not submitted within three working days of receipt of out of specification results during the stability testing of Carisoprodol, Aspirin and Codeine Phosphate Tablets, 200 mg / 325 mg / 16 mg, Lot 60484A1 at the twelve-month stability test interval.  The original out of specification result was received on 8/21/07, results were confirmed as OOS on 8/28/07, but the Field Alert was not submitted until 9/7/07.

LABORATORY CONTROL SYSTEM

OBSERVATION 2

The written stability testing program is not followed.

Specifically, the following products were not tested at the 36-month stability test point:
Meperidine Hydrochloride and Promethazine Hydrochloride Tablets, 50 mg / 25 mg, Lot 4117A1
Dexchlorpheniramine Maleate ER Tablets, 6 mg, Lot 4092A1
Methenamine Mandelate Tablets, 1 0 mg, Lot 4120A
Chlordiazepoxide Hydrochloride and Clinidium Bromide Capsules, Lot 3480A3
The above listed products were tested at a later date, but the cause for not conducting the testing at the appropriate time was due to incorrect assumptions that the product need not be tested due to changes in expiration dating.

| SEE REVERSE<br>OF THIS PAGE | *(signature)* | DATE ISSUED<br>09/28/2007 |
|---|---|---|
| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE   INSPECTIONAL OBSERVATIONS | PAGE 1 OF 3 PAGES |



DEPOSITION EXHIBIT

PLAINTIFFS' EXHIBITS 000374

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

DISTRICT ADDRESS AND PHONE NUMBER
10 Waterview Blvd., 3rd Floor
Parsippany, NJ  07054
(973) 331-4900  Fax:(973) 331-4969

DATE(S) OF INSPECTION
09/05/2007 - 09/28/2007*

FEI NUMBER
2244683

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED
TO:  Mr. Apurva Patel, Managing Director, Totowa, NJ

FIRM NAME
Actavis Totowa LLC

STREET ADDRESS
101 E Main St

CITY, STATE, ZIP CODE, COUNTRY
Little Falls, NJ  07424-5608

TYPE ESTABLISHMENT INSPECTED
Pharmaceutical Manufacturer

## PRODUCTION SYSTEM

### OBSERVATION 3

Written production and process control procedures are not followed in the execution of production and process control functions.

Specifically, the Standard Operating Procedures "Investigation of Deviations" (SOP # 0033) and "Investigation of Out of Specification Results" (DOI # QC-059) are not followed in that Investigations are not initiated when a deviation or out of specification result is detected and are not closed within 30 days.  In addition, interim reports are not always written to document justification for investigations to remain open after each 30 day interval.

For example:
a) No investigation for Buspirone HCl Master Blend Lot 70683A was initiated as of 9/25/07 although the blend was placed on hold for unidentified particles dicovered in the blend on 9/6/07.
b) An investigation for low yield of Carisoprodol, Aspirin and Codeine Phosphate Tablets USP 200/325/16mg, Lot 70488A was not initiated when the yield was determined to be ████████████████████ on 7/9/07.  The batch record was signed off as reviewed and approved by production management prior to the initiation of the investigation on 7/18/07.
b) Investigation of Deviation Reports 07-003 and 07-004 were issued on 1/19/07 and 1/29/07, respectively, but were not not closed until 5/25/07.
c) Only one interim report was written for investigation 07-013, which was open from 3/14/07 through 7/21/07.

SEE REVERSE OF THIS PAGE

FORM FDA 483 (04/03)     PREVIOUS EDITION OBSOLETE     INSPECTIONAL OBSERVATIONS

DATE ISSUED
09/28/2007

PAGE 2 OF 3 PAGES

PLAINTIFFS' EXHIBITS 000375

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 10 Waterview Blvd., 3rd Floor<br>Parsippany, NJ. 07054<br>(973) 331-4900  Fax:(973) 331-4969 | 09/05/2007 - 09/28/2007* |
| | FEI NUMBER<br>2244683 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Mr. Apurva Patel, Managing Director, Totowa, NJ

| FIRM NAME | STREET ADDRESS |
|---|---|
| Actavis. Totowa LLC | 101 E Main St |
| CITY, STATE, ZIP CODE, COUNTRY<br>Little Falls, NJ  07424-5608 | TYPE ESTABLISHMENT INSPECTED<br>Pharmaceutical Manufacturer |

* DATES OF INSPECTION:
09/05/2007(Wed), 09/06/2007(Thu), 09/10/2007(Mon), 09/11/2007(Tue), 09/12/2007(Wed), 09/13/2007(Thu), 09/14/2007(Fri),
09/18/2007(Tue), 09/20/2007(Thu), 09/21/2007(Fri), 09/24/2007(Mon), 09/25/2007(Tue), 09/26/2007(Wed), 09/27/2007(Thu),
09/28/2007(Fri)

FDA EMPLOYEE'S NAME, TITLE, AND SIGNATURE:

Kristy A. Zielny, Investigator

RELEASE

REVIEWED BY _AZ_   5/7/08
C.O.              DATE

| SEE REVERSE<br>OF THIS PAGE | | DATE ISSUED<br>09/28/2007 |
|---|---|---|

FORM FDA 483 (04/03)      PREVIOUS EDITION OBSOLETE      INSPECTIONAL OBSERVATIONS      PAGE 3 OF 3 PAGES

PLAINTIFFS' EXHIBITS 000376