# EXHIBIT 183

PLAINTIFFS' EXHIBITS 000469

| From: | Wanda Eng/QA/CRA/Alpharma@ALPHARMA |
|---|---|
| Sent: | Friday, July 20, 2007 2:24 PM |
| To: | Apurva Patel <apatel@delta hf..com> |
| Cc: | Bharat Patel <bpatel@delta hf..com>; Richard Dowling <rdawling@delta hf..com>; Scott Talbot <stalbot@delta hf..com>; Leroy Lundner <llundner@delta hf..com>; Michael Ponzo <809ebcd9-f51882de-852572d0-3f78d2@delta hf..com> |
| Subject: | Blend Failure locations |
| Attach: | Blend Failure batches LF 2007.doc |

Dear Apurva

Attached is a list of the blend failures and where they are located in Little Falls.

There are 19 lots with blend failures (all have OOS numbers)

6 released

5 rejected ---pending destruction

8 on hold

<<...>>

Wanda

EXHIBIT  / 83
DATE:  / -2-8 -/0
LINDA ROSSI RIOS

PLAINTIFFS' EXHIBITS 000470                    ACTAV 001423286

## Summary of Blend Failures 2007



| Manufacturing Start Date | Product | Lot/ Batch Number | DOS Number | QA Investigation Number | Product Disposition |
|---|---|---|---|---|---|
| | | | | | |
| 2/17/07 | Digoxin HCL Tablets 0.125mg | 70148A | 07-016 | | Rejected after additional testing Location: TAFT pkg whse |
| | | | | | |
| 3/12/07 | Digoxin HCL Tablets 0.125mg | 70207A | 07-022 | | Released |

Confidential Subject to Protective Order

PLAINTIFFS' EXHIBITS 000471

ACTAV 001423287

# Summary of Blend Failures 2007

Confidential Subject to Protective Order

PLAINTIFFS' EXHIBITS 000472

ACTAV 001423288