# EXHIBIT 220

PLAINTIFFS' EXHIBITS 000519



**EVANSTON NORTHWESTERN HEALTHCARE**

# OMEGA
*Corporate and Occupational Health Services*

2150 Pfingsten Road
Suite 3000
Glenview, Illinois 60026-1314
(847) 657-1700
(847) 657-1715 fax

April 25, 2008

Sarita Thapar, PharmD.
Director, US Medical Affairs
ACTAVIS LLC
200 Elmora Avenue
Elizabeth, NJ 07207

Sent via Federal Express Overnight – Tracking # 791053281809

Re: Health Hazard Evaluations

Dear Sarita:

Please find enclosed the ▮▮▮▮ HHE's that you have Dr. Leikin review. As we discussed the ▮▮▮▮ is still being typed up and yet to be sent for signature by your office.

If you should have any questions please do not hesitate to contact our office.

Sincerely,

*Julie Licata*

Julie Licata
Administrative Assistant
to Jerrold B. Leikin MD
Director of Medical Toxicology
Evanston Northwestern Healthcare – OMEGA

Enclosures



PLAINTIFF'S EXHIBIT 220
3/18/10

Evanston Hospital    Glenbrook Hospital    Highland Park Hospital    ENH Medical Group    ENH Foundation    ENH Research Institute


creating value in pharmaceuticals

*Memo*

| To | File | | Date | 18-Apr-08 |
|---|---|---|---|---|
| From | Jerrold B. Leikin MD –Director of Medical Toxicology ENH OMEGA | | | |
| Subject | Health Hazard Evaluation – Digoxin Tabs 0.125 mg | Reference | | Investigation log # 07-093 |

Actavis Medical Affairs contracted Jerrold B. Leikin MD. to perform a Health Hazard Evaluation (HHE) for the subject drug product. Specifically, to evaluate the impact of Digoxin Tabs 0.125 mg that were had a thickness approximately double to that required ; this issue was found during packaging/filling operations on packaging line # 405 in November, 2007 (batch # 70924A1).

Therapeutic use: Cardiac inotropic and anti-arrhythmic agent indicated for the treatment of mild to moderate heart failure.

Root cause evaluation noted that the tablets found with double thickness might have been produced during the re-adjustment at start up. It was believed possible that the tablets might have been stuck in the tablet de-duster or metal detector and was not noticed by the press operator.

Clinical conclusion: Potential risks to the patient depend upon the constituency of the tablets. If the tablets contain double the dose (0.250 mg), then it can be expected that digitalis toxicity can occur in individuals taking daily doses or in patients with renal insufficiency. Toxicity can include nausea, vomiting, dizziness, low blood pressure, cardiac instability and bradycardia. Death can result from excessive digitalis intake.

If the increased thickness is due to clinically inert substances, then a decreased amount of digitalis may be absorbed, leading to exacerbation of the underlying cardiac disease (congestive heart failure and arrhythmia) due to lack of therapeutic efficacy.

Based upon US Actavis Medical Affairs' internal review of domestic spontaneously reported adverse events for the time period of January 1, 2005 until March 31, 2008, a pattern of events were not identified for this product related or unrelated to known adverse events. Serious adverse events implies that such events are associated with death, a life-threatening event, caused permanent disability or damage, led to hospitalization, involved a congenital abnormality, or may have caused an important medical event. In this review, eleven adverse events were noted. Reported adverse event cases do not imply a direct cause-effect relationship of the product and the event since these are spontaneously reported cases that may have multiple confounding factors reported by known and unknown qualified sources.

| Dates | ID Number | Expedited/Periodic | Adverse Event | Domestic Spontaneous (lot number and Exp date) |
|---|---|---|---|---|
| 26-MAY-2006 | 2006AL001331 | PERIODIC | Vision blurred | unknown |
| 05-JUL-2006 | 2006AL001672 | PERIODIC | Rash, Pruritus | unknown |
| 03-AUG-2006 | 2006AL002107 | PERIODIC | Diarrhoea, Fluid retention | unknown |
| 11-SEP-2006 | 2006AL002747 | PERIODIC | Blood pressure increased | unknown |
| 29-SEP-2006 | 2006AL002987 | EXPEDITED | Cardiac failure acute, Cardiac failure congestive | unknown |
| 16-OCT-2006 | 2006AL003173 | EXPEDITED | Tremor, Gait abnormal, | unknown |

PLAINTIFFS' EXHIBITS 000521

ACTAV 000006579



| | | | Paraesthesia | |
|---|---|---|---|---|
| 05-MAR-2007 | 2007AL000909 | PERIODIC | Drug ineffective, Dysgeusia, Atrial fibrillation | 60400A1 |
| 10-MAY-2007 | 2007AL001896 | PERIODIC | Hyperaesthesia, Burning sensation, Erythema, Cough, Hoarseness | unknown |
| 01-JUN-2007 | 2007AL002191 | PERIODIC | Asthenia, Fatigue, Visual disturbance | unknown |
| 10-JAN-2008 | 2008AL000238 | PERIODIC | Medication error | unknown |
| 20-MAR-2008 | 2008AL001820 | PERIODIC | Heart rate increased, Drug ineffective | unknown |

_____
Jerrold B. Leikin MD, Director of Medical Toxicology ENH OMEGA

Copy To:

Jasmine Shah, Vice President, US Regulatory Affairs
Phyllis Lambridis, Vice President, US Quality & Compliance
Tony Delicato, Site Director, Quality Assurance
Sarita Thapar, Director of Medical Affairs

PLAINTIFFS' EXHIBITS 000522

ACTAV 000006580