# EXHIBIT 233

PLAINTIFFS' EXHIBITS 000572

# CHRONOLOGY OF ACTAVIS TOTOWA (formerly AMIDE) REGULATORY ISSUES

PLAINTIFF'S EXHIBIT 233 3/26/10

PLAINTIFFS' EXHIBITS 000573

Confidential Subject to Protective Order

MLYN 000032351

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

- November 29 – December 08, 1999 – 483 Report
- December 23, 1999 – 483 Company Response

PLAINTIFFS' EXHIBITS 000574

Confidential Subject to Protective Order

MLYN 000032352

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

- October 29 - November 29, 2001 – 483 Report
- December 10, 2001 – 483 Company Response
- June 10, 2002 – Letter removing Amide from Consent Decree of Injunction
- October 11, 2002 – Warning Letter

Confidential Subject to Protective Order

MLYN 000032353

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

- April 14-25, 2003 – 483 Report
- May 05, 2003 – 483 Company Response
- August 12-21, 2003 – 483 Report
- September 19, 2003 – 483 Company Response
- November 15 – December 01, 2004 – 483 Report
- December 16, 2004 – 483 Company Response

Confidential Subject to Protective Order

MLYN 000032354

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

- February 28, 2006 – 483 Report Company Response

- May 2, 2006 – Amide issues *Annual Periodic Adverse Drug Experience Report for Digoxin Tablets, USP 0.125mg and 0.25mg; ANDA 40-282*

- July 10 – August 10, 2006 – 483 Report August 29, 2006 – 483 Report Company Response

Confidential Subject to Protective Order

MLYN 000032355

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

- August 15, 2006 – Warning Letter for January/February 2006 inspection

- September 11, 2006 - Response to Warning Letter (addressing Marketed Products)

- October 11, 2006 – 483 Report
- November 06, 2006 – 483 Company Response

Confidential Subject to Protective Order

MLYN 000032356

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

## Ongoing Issues:

- Inability to retrieve documents
- Not following 72 hour notification process required by Supply Agreement
- Consistent issues in repeated inspections

Confidential Subject to Protective Order

MLYN 000032357

# CHRONOLOGY OF AMIDE REGULATORY ISSUES

## Current QA Needs:

- Quality Agreement

- Confirmation of Completion of Regulatory Commitments

Confidential Subject to Protective Order

MLYN 000032358

**Chuck Koon/MGW/MYLAN**  
05/05/2008 08:53 AM

To Patricia Latzo/MGW/MYLAN@MYLAN  
cc  
bcc  
Subject Actavis/Digitek Regulatory Issues

Trish,
Here is the powerpoint presentation for Actavis (Amide) that I presented to the Outsourced Product Meeting in January 2007.
Let me know if you need anything else.
Thanks,
Chuck


CHRONOLOGY OF AMIDE REGULATORY ISSUES.ppt

PLAINTIFFS' EXHIBITS 000581

Confidential Subject to Protective Order

MLYN 000032359