# EXHIBIT 236

PLAINTIFFS' EXHIBITS 000593

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT OFFICE ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 10 Waterview Blvd, 3rd Floor<br>Parsippany, NJ 07054<br>(973) 526-6000 | 10/29,31;11/1,5,6,15,29/01 |
| | FEI NUMBER<br>2244683 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT IS ISSUED

TO:   Jasmine Shah, M.S., R.Ph.   Director Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Amide Pharmaceutical, Inc | 101 East Main Street |
| CITY, STATE AND ZIP CODE | TYPE OF ESTABLISHMENT INSPECTED |
| Little Falls, NJ 07424 | Pharmaceutical Manufacturer |

DURING AN INSPECTION OF YOUR FIRM I OBSERVED:

1. During the packaging of ████████████████████, thin tablets were observed by packaging personnel. A portion of the batch (drums 4,7,8 & 11) was visually inspected for the presence of thin tablets, which resulted in approximately 1,600 tablets being rejected and ultimately the rejection of drums 4, 7, 8 and 11. The entire contents of drums 1, 2, 3, 5, 6, 9 and 10 were packaged, during the packaging, the packaging line was run at a slower speed so that thin tablets could be observed on the tracks.

   a. There is no assurance that all short weight/thin tablets were rejected from the batch.
   b. There was no rework procedure written for the tablet inspection of drums.
   c. During operational/performance qualification studies and compression start-up, 10 of 32 stations of the tablet press are checked for weight and thickness. Therefore, there is no assurances that all 32 stations of the tablet press yield tablets within specifications for weight and thickness.

| SEE<br>REVERSE<br>OF THIS<br>PAGE | EMPLOYEE(S) SIGNATURE<br>*Nancy Rolli* | EMPLOYEE(S) NAME AND TITLE *(Print or Type)*<br>Nancy Rolli, Investigator | DATE ISSUED<br>11/29/01 |
|---|---|---|---|

FORM FDA 483 (8/00)    PREVIOUS EDITION OBSOLETE    INSPECTIONAL OBSERVATIONS    PAGE 1 OF 1 PAGES

PLAINTIFF'S
EXHIBIT
236

PLAINTIFFS' EXHIBITS 00594

Confidential Subject to Protective Order

ACTAV 000568969



101 East Main Street
Little Falls, New Jersey 07424
Telephone (973) 890-1440
Fax (973) 890-7980

December 10, 2001

Douglas I. Ellsworth, Director
New Jersey District
United States Food and Drug Administration
10 Waterview Boulevard, 3rd Floor
Parsippany, New Jersey 07054

Dear Mr. Ellsworth,

We respectfully submit this letter and its enclosures in
response to form FDA 483, Inspectional Observations,
presented to Mr. Jasmine Shah, Director Regulatory Affairs
of Amide Pharmaceutical, Inc. The observation was submitted
by FDA Investigator Ms. Nancy Rolli on November 29, 2001.

Before addressing the observation, Amide wishes to express
its appreciation to the investigator, Ms. Rolli, for her
courtesy and cooperation during the inspection.

We have taken the appropriate actions to correct amendable
deficiencies and have implemented procedures to preclude
their recurrence wherever possible.

The Inspectional Observation and Amide's corresponding
response is enclosed along with this letter.

1.   During the packaging of ████████████████████████
     ██████, thin tablets were observed by packaging
     personnel. A portion of the batch (drum 4, 7, 8 & 11)
     was visually inspected for the presence of thin
     tablets, which resulted in approximately 1,600 tablets
     being rejected and ultimately the rejection of drums
     4, 7, 8 & 11. The entire contents of drums 1, 2, 3,
     6, 9, and 10 were packaged, during the packaging, the
     packaging line was run at a slower sped so that thin
     tablets could be observed on the tracks.

     a.   There is no assurance that all short weight/thin
          tablets were rejected from the batch.

     b.   There was no rework procedure written for the
          tablet inspection of drums.

     c.   During operation/performance qualification
          and compression start-up, 10 of 32

*High Quality Pharmaceuticals*

Confidential Subject to Protective Order

ACTAV 000568970

Page- 2
December10, 2001
Mr. Douglas Ellsworth
Food and Drug Administration

stations of the tablet press are checked for
weight and thickness.  Therefore, there is no
assurance that all 32 stations of the tablet
press yield tablets within specifications for
weight and thickness.

Response:  When thin tablets were observed during packaging
of ███████████████████████, an
investigation was initiated and an investigation
report was issued.

████████████████ are round, green colored
tablets.  In addition to thickness measurement,
potentially "thin" tablets may also be discerned
by observing the tablets color.  Normally green
tablets appear significantly lighter in overall
color.  This obvious attribute allows reliable
visual inspection.  The entire batch was
inspected as follows:

The top portion of the each drum was
inspected by packaging personnel and QA. The
drums in which thin tablets were observed
were placed on hold.  The drums in which no
thin tablets were observed were permitted to
proceed to product packaging, subject to
additional visual inspection.

Both packaging and QA operators closely
observed the tablets during the hopper feed
operation.

In addition, packaging operators and QA
observed the tablets as they vibrated down
the tracks into the filling apparatus.  The
speed of the vibrator/filler was decreased
sufficiently to allow the visual detection
of any thin tablets.

No thin tablets were observed during the
packaging of these drums.

Drums containing thin tablets underwent
table, visual inspection.  As a precaution,
all these drums were later rejected.

PLAINTIFFS' EXHIBITS 000596

Confidential Subject to Protective Order

ACTAV 000568971

Page- 3
December10, 2001
Mr. Douglas Ellsworth
Food and Drug Administration

In response to the aforementioned observation, the following actions have been are initiated to avoid future occurrences:

a.  In order to handle this type of problem in the future, Amide has purchased tablet sorting equipment that will sort thin/thick tablets.  Enclosed is a purchase order copy for the equipment (Attachment 1).  Upon receipt of the equipment, an IQ/OQ/PQ will be performed and the equipment will be used if such a situation arises.

b.  Since the inspection was performed online, a rework procedure was not written.  In the future, any unforeseen inspection to be performed will be done using a rework procedure.

c.  Amide has implemented a procedure specifying that at least one tablet from each station will be evaluated during start-up of the tablet press.  Enclosed is the DOI referencing the revised procedure (Attachment 2).

We have responded to these Inspectional Observations in a prompt and positive manner, and we commit ourselves to a continuing review of all products and procedures to assure compliance with regulations.

Upon completion of your review, please contact me to discuss any outstanding issues or additional clarifications you may require.

Very Truly Yours
AMIDE PHARMACEUTICAL,

Jasmine Shah, M.S., R.Ph.
Director-Regulatory Affairs

Enc.  Inspectional Observations and Response.

cc.  Nancy Rolli, Regina Brown

PLAINTIFFS' EXHIBITS 000597

Confidential Subject to Protective Order

ACTAV 000568972