# EXHIBIT 241

PLAINTIFFS' EXHIBITS 000598

# Amide Pharmaceutical, Inc.
101 E. Main Street, Little Falls, NJ 07424 • Ph:(973) 890-1440 • Fax:(973) 890-7980

June 8, 2004

Amin Nanji
Rite Aid Pharmacy #5238
220 36th street
Bellington, WA 98222

RE:  Digoxin Tablets 0.25
     Amide Complaint # C04-016
     Mylan Complaint # 2004S1001417

Dear Mr. Nanji:

In reference to your inquiry regarding thick Digoxin Tablets, Review of our production and manufacturing batch records do not indicate any problem during the manufacture of this batch. Please provide the sample for our evaluation so we may investigate the cause.

Thank you for bringing this to our attention and we apologize for this inconvenience. If you need any further information please contact us at (973)890-1440.

Sincerely,
AMIDE PHARMACEUTICAL, INC.

_____
Jasmine Shah, MS, R.Ph.
Director of Regulatory Affairs



PLAINTIFFS' EXHIBITS 000599

Confidential Subject to Protective Order

ACTAV 001316391