# EXHIBIT 242

PLAINTIFFS' EXHIBITS 000600

# Amide Pharmaceutical, Inc.
101 E. Main Street, Little Falls, NJ 07424 • Ph:(973) 890-1440 • Fax:(973) 890-7980

July 13, 2004

Amin Nanji
Rite Aid Pharmacy #5238
220 36th street
Bellington, WA 98222

RE:  Digoxin Tablets 0.25
     Amide Complaint # C04-018
     Mylan Complaint # 2004S1001417

Dear Mr. Nanji:

In reference to your inquiry regarding thick Digoxin Tablets, Amide has completed its review of the complaint and following is our conclusion.

Review of the returned sample indicates that the tablets was thicker than normal. Amide conducted an investigation and concluded that the thick tablet may have been produced at the setup of the compression machine. Normal procedure is to reject all tablets manufactured at the set up stage and take Quality Assurance Approval. It may have been possible that a tablet may have been left in the tablet vibrator during the initial setup and may have passed undetected. This is an isolated incident and Amide has not received any other complaints regarding this. Amide has revised procedures to check the machines prior to start of compression.

Thank you for bringing this to our attention and we apologize for this inconvenience. If you need any further information please contact us at (973)890-1440.

Sincerely,
AMIDE PHARMACEUTICAL, INC.


_____
Jasmine Shah, MS, R.Ph.
Director of Regulatory Affairs


PLAINTIFF'S EXHIBIT 242 3/26/10

PLAINTIFFS' EXHIBITS 000601
Confidential Subject to Protective Order
ACTAV 001316392