# EXHIBIT 249

PLAINTIFFS' EXHIBITS 000606

| | |
|---|---|
| From: | Sarita Thapar |
| Sent: | Monday, October 1, 2007 1:23 PM |
| To: | Saira Rizvi |
| Subject: | Fw: Insurance Questions |

can you run the query on below.

Thanks,
Sarita

----- Forwarded by Sarita Thapar/ME/ELZ/Alpharma on 10/01/2007 01:21 PM -----

Jasmine Shah/Actavis@Exchange
10/01/2007 09:59 AM

To
Sarita Thapar/ME/PIS/Alpharma@Alpharma
cc

Subject
FW: Insurance Questions

Can you please verify the answer below?
Jasmine
-----Original Message-----
From: Joe Peiser [mailto:jpeiser@optonline.net]
Sent: Sunday, September 30, 2007 10:37 PM
To: Jasmine Shah
Subject: Re: Insurance Questions
Jasmine:
I just wanted to circle back to you regarding an answer you provided for our insurance renewals. You gave me a list of the top 3 products with AERs (see your answer below.) However, the actual question (which I shortened in my follow-up; so I apologize) is the top 3 products with AER's associated with a death or permanent injury. The fact that we are looking for AER's associated with death or permanent injury may change the answer.
Our answer last year was as follows:
1.    Indicate the top 3 products in terms of number of Adverse Event Reports where the product was associated with a death or permanent injury outcome. Digoxin 0.25 mg,

Please let me know if we should go with the answer below, the same answer as last year (i.e. the answer above) or another answer.
Thanks and sorry if I caused confusion.
Thanks



PLAINTIFFS' EXHIBITS 000607
Confidential Subject to Protective Order
ACTAV 000561564

Joe Peiser
----- Original Message -----
From: "Jasmine Shah" <jshah@actavis.com>
To: <jpeiser@optonline.net>
Sent: Friday, August 24, 2007 9:02 AMSubject: RE: Insurance Questions
> Joe
>
> Attached is a list of product with Black Box Warning along with the
> ones listed on your list.
>
> The top three products with AE are as follows:
>
> [redacted]
>
> Hope this information helps
> Jasmine
>
>
> -----Original Message-----
> From: jpeiser@optonline.net [mailto:jpeiser@optonline.net]
> Sent: Friday, August 24, 2007 8:44 AM
> To: Jasmine Shah
> Subject: Insurance Questions
>
> Hi Jasmine:
>
> I'm just following up on those two questions you needed further input
> on to answer (i.e. Black Box products and the top 3 US products for
> ADR'S.)
>
> Thanks for your help.
>
> Joe
> Sent via BlackBerry from T-Mobile
>

PLAINTIFFS' EXHIBITS 000608
Confidential Subject to Protective Order
ACTAV 000561565