# EXHIBIT 258

PLAINTIFFS' EXHIBITS 000616

| | |
|---|---|
| **From:** | Ashok Nigalaye |
| **Sent:** | Wednesday, July 12, 2006 10:32 AM |
| **To:** | Divya Patel <dpatel@delta hf..com> |
| **Cc:** | Jasmine Shah <jshah@delta hf..com>; Apurva Patel <apatel@delta hf..com>; Bharat Patel <bpatel@delta hf..com> |
| **Subject:** | FW: Equipment Quote |
| **Attach:** | AmidePharma26943.pdf;DJSEquipList-JULY 06.pdf;230298 Manesty BB4 - 45 Station High Speed Rotary Tablet Press.jpg;230275 Manesty BB4 A.JPG;230310 Manesty BB4-27 Station Rotary Tablet Press A.JPG;130118 OHara Lab Coat II Coating System.jpg;130113 Thomas 24in Accela Cota Model 24-III Spray Coating System A.JPG;110126 New Bochang Capsule Mach, BCM-S6.jpg |

Divya

These are some of the quotes where you can
get enclosed GMP type machines similar to our Stokes BB2's. These machines are
manufactured by Manesty of England. There are no painted surfaces exposed and
they can be moved from one room which is Bharat's requirement. There is also a
quotation for Ohara coating pan which can be used for R&D bio batches as
well as some production batches that can not be coated in 48" AccelaCota coater.
Bochang capsule machine is for information purpose only.

Let us have discussion about
this.

Ashok

---

**From:** DJS Enterprises [mailto:sales@djsent.com]
**Sent:** Mon 7/10/2006 12:29 PM
**To:** Ashok Nigalaye
**Subject:** Equipment Quote

EXHIBIT 258
DATE: 3-31-10
LINDA ROSSI RIOS