# EXHIBIT 259

PLAINTIFFS' EXHIBITS 000618

**From:** Ashok Nigalaye
**Sent:** Friday, July 21, 2006 3:56 PM
**To:** Bharat Patel <bpatel@delta hf..com>
**Subject:** FW: Equipment Quote
**Attach:** AmidePharma26943.pdf;DJSEquipList-JULY 06.pdf;230298 Manesty BB4 - 45 Station High Speed Rotary Tablet Press.jpg;230275 Manesty BB4 A.JPG;230310 Manesty BB4-27 Station Rotary Tablet Press A.JPG;130118 OHara Lab Coat II Coating System.jpg;130113 Thomas 24in Accela Cota Model 24-III Spray Coating System A.JPG;110126 New Bochang Capsule Mach, BCM-S6.jpg

---

**From:** DJS Enterprises
[mailto:sales@djsent.com]
**Sent:** Mon 7/10/2006 12:29 PM
**To:**
Ashok Nigalaye
**Subject:** Equipment Quote

EXHIBIT 259
DATE: 3-31-10
LINDA ROSSI RIOS

NEW AND USED EQUIPMENT FOR
THE PROCESS AND PACKAGING INDUSTRIES

781573 ONTARIO INC. O/A
DJS Enterprises

www.djsent.com

2700 - 14th Avenue, Unit 6, Markham, Ontario L3R 0J1

Tel.: (905) 475-7644
Fax: (905) 475-7645

July 10, 2006

Ashok Nigalaye
**Amide Pharmaceuticals Inc**
101 East Main Street
Little Falls, NJ 07424

Quote # 26943

Dear Ashok,

As per your recent request, we are pleased to offer you the following equipment for your consideration:

**#230298 1. Used Manesty BB4 - 45 Station High Speed Rotary Tablet Press**. This is a double-sided tablet press which was originally manufactured in the mid to late 1980's. Unit is mainly constructed of Stainless Steel with GMP soundproof guarding, and plexiglass tablet zone guarding. Speeds: 90,000 – 270,000 tablets per hour. Maximum Tablet Diameter: 7/16" (11mm), Maximum Depth of Fill: 11/16", 6 ½ ton maximum compression. Turret Speed: 17-50 rpm. Comes complete with a keyed upper head, 2 stainless steel hoppers, and 2 feed frames. Last used in a large pharmaceutical facility. In Good Operating Condition. Delivery Time: Immediate.

Selling Price: FOB Toronto....AS IS......................................................................$38,500 US
Crating Available at Cost

**#230275 1. Used Manesty 35 Station Double Sided Rotary Tablet Press, Model BB4-35**. Serial #14A-283. Features: 2 Stainless Steel Hoppers, 2 Feed frames, Keyed Upper Turret, Tablet Weight and Tablet Thickness Controls, Enclosed Safety Guarding and enclosed Stainless Steel paneled shroud. Specifications: Output per hour: 70,000 to 210,000, Maximum depth of fill: 11/16", Maximum tablet diameter: 5/8", Upper punch entry: 1/16" to 5/16", Turret Speed: 17 to 50 rpm, Maximum operating pressure: 6 ½ tons, Pressure roll diameter: 8", Upper/Lower punch: 5 ¼", Die Diameter: 1 3/16", Die height: 7/8". Electrics: 5 HP, 3/60/230-460 volts. Last used in a large pharmaceutical facility. Delivery Time: Immediate.

Continued Next Page

Selling Price: FOB Toronto....AS IS.........................................................................$32,500 US
Crating Available at Cost

**#230310 1. Used Manesty 27 Station Double Sided Rotary Tablet Press, Model BB4-27.** Features: 2 Stainless Steel Hoppers, 2 Feed frames, Keyed Upper Turret, Tablet Weight and Tablet Thickness Controls, Enclosed Safety Guarding and enclosed Stainless Steel paneled shroud. Also includes the [redacted] tablet weight sensing system. Specifications: Output per hour: 54,000 to 162,000, Maximum depth of fill: 11/16", Maximum tablet diameter: 5/8", Upper punch entry: 1/16" to 5/16", Turret Speed: 17 to 50 rpm, Maximum operating pressure: 6 ½ tons, Pressure roll diameter: 8", Upper/Lower punch: 5 ¼", Die Diameter: 1 3/16", Die height: 7/8". Also Includes Forced Feed System and Hopper for single sided Pre-Compression Tabletting. Last used in a large pharmaceutical facility. Delivery Time: Immediate.

Selling Price: FOB Toronto....AS IS Operating.......................Reduced Price:...........$37,000 US
Crating Available at Cost

- Regular Selling Price: $44,500 US

**#130118 1. Used O'Hara Technologies Lab Coat II Pilot Scale Coating System.** Unit was manufactured in the late 1990s. These are three compact, fully perforated Stainless Steel pans. This is a self-contained coating system used for both aqueous and solvent coating. The unique interchangeable design allows the pans to be changed quickly and safely without tools. The pans range in size from: a minimum 1.6 liters to 116 liters (depending on the size of unit best suited for your application). All Stainless Steel unit with 3 interchangeable pan sizes included: 19", 24", and 30". Comes with a spray system, and is on casters. Electrics: 3/60/220-440 Volts. Last used in a Pharmaceutical Facility. In Good Operating Condition. Delivery Time: Immediate.

Selling Price: FOB New York...AS IS Operational...................................................$89,000 US
Crating Available at Cost

**#130113 1. Used Thomas 24" Accela-Cota Model 24-III Spray Coating System.** Serial #: 24-378. Unit comes with a Stainless Steel perforated 24" diameter Pan rated at 45 pounds working capacity. Comes complete with 304 Stainless Steel exhaust plenum, sink, hood, and exterior finish (cabinet). Pan speed is variable between 12 to 36 rpm. Perforations measure 0.117" diameter. Exhaust fan capacity: 350 CFM at 6" W.G. Exhaust Duck measures 4" diameter. Unit is equipped with a ¾ HP, 6/60/230-460 volt main drive, 1 HP, 3/60/230-460 volt exhaust fan motor, 110 volt control circuit, positive drive transmission, spray guns, hinged access doors, exhaust control, built in pressure reducer to accept up to 100 psi, control panel and leveling legs. Does not include the air handling system or heating source. Unit was last used in a large pharmaceutical facility and is available for immediate delivery.

Continued Next Page

**Amide Pharmaceuticals Inc**

Selling Price: FOB Toronto....AS IS.....................................Reduced Price:............$23,400 US
Crating Available at Cost

- Regular Selling Price: $28,000 US

**#110126 1. New Bochang Soft Gelatin Capsule Machine, Model BCM-S6.** This unit comes with control panels, cooling system, transfer pump, stripper device, mangle roll device, filling hopper, spreader box and variable speed drives. Unit is also equipped with one (1) transfer conveyor from softgel machine to dryer, one (1) tumbling dryer 9 tumblers with drying fans.

Changeover Parts:

- 2 Die Rolls (150 mm diameter x 250 mm length)
- 1 Injection Segment (wedge)
- 1 Timing Gear
- 1 Distribution Plate

**Auxiliary Equipment Options:**

- 2 Gelatin Melting tanks, 400 Litres
- 2 Gelatin Service Tanks, 180 Litres
- 2 Medicine Tanks, 180 Litres
- 1 Vacuum Dryer
- 1Vibrating Sieve
- 400 Capsule Drying Vats
- 1 Colloid Mill

**Encapsulation Machine Specifications:**

- Dimension, mm — W2000 X D820 x 1810
- Main Motor — 2 HP
  Speed control: Inverter
- Ribbon Cooling Drum Motors (2) — 0.2 HP
  Speed Control: Inverter
- Lubrication Pump Motors (2) — 40 W
  Speed Control: Inverter
- Capsule Transfer Conveyer Motor — 40 W
- Mangle Roller Motor — 40 W
  Speed Control: Inverter
- Spreader Box Heaters (2) — 300 W
- Injection Segment Heaters (2) — 300 W

Continued Next Page

| | |
|---|---|
| • Voltage | 220V,380V,415V,or 40V(option)3HP/60HZ |
| • Weight | 1000 KG |

Description:

| | |
|---|---|
| • Machine Main Body | 1 set |
| • Medicine Filling Tank | 1 set |
| • Medicine Filling Pump | 1 set |
| • Shut-off Valve Assembly | 1 set |
| • Injection Segment (wedge) | 1 set |
| • Die Rolls (Duralumin A7075) | 1 set |
| • Distribution Plate | 1 each |
| • Medicine Filling Timing Gear | 1 each |
| • Capsule Stripper | 1 set |
| • Mangle Rollers | 1 set |
| • Ribbon Cooling Drum Rollers | 1 set |
| • Lubrication System | 1 set |
| • Drum Rollers Cooling System | 1 set |
| • Spreader Box (Left & Right) | 1 set |
| • Gelatin Mangle Box | 1 each |
| • Medicine Transfer Pump Assembly | 1 set |
| • Machine Controller | 1 each |

**Tumbling Dryer Specifications:**

| | |
|---|---|
| • Dimension, mm | W580 x L5436 x H1000 |
| • Drive Motors (9) | 0.2 HP, 10.1 |
| • Fan Blower Motors (9) | 0.2 HP |
| • Air | $30m^3$/Min (6ea) |
| • Power Requirement | 220 V or 440V/3PH/60HZ |
| • Weight | 500 KG |

Description:

| | |
|---|---|
| • Tumbler Body Assembly | 1 set |
| • Tumbling Roller Assembly | 1 set |
| • Controller | 1 set |

**Auxiliary Equipment Specifications:**

1. Gelatin Melting Tanks, (platform included).......2 each. Dimensions: 2500 mm x 1400 mm x 3400 mm, Weight: 800 kg, 400 litre, (2 tanks), 2 to 5 hp

Continued Next Page

2. Gelatin Service Tanks.......2 each. Dimensions: 650 mm x 900 mm. Weight: 70 kg, 180 Litre capacity, 220 volt, 3 phase, 60 cycle.
3. Medicine Tanks......2 each. Dimensions: 600 mm x 850 mm. Weight: 70 kg, 180 litre capacity.
4. Vacuum Mixer. Dimensions: 620 mm x 600 mm. Weight: 150 kg, 3 HP, 3/60/220 volts
5. Vitrating Sieve. Dimensions: 600 mm x 800 mm, 3 phase, 60 cycle, 220 volts
6. Capsule Drying Trays...400 each. Tray Dimensions: 760 mm x 600 mm x 40 mm
7. Colloid Mill. Dimensions: 160 mm x 1560 mm, weight: 600 kg, 15 HP, 3600 RPM, 3/60/220
8. Capsule Crusher. Dimensions: 600 mm x 600 mm x 800 mm, Weight: 100 kg, 1 HP, 220 volts, 3 phase, 60 cycle.

- Can purchase the Optional Support Equipment which includes: Vibrate Sieve and Colloid Mill, Deaerating Equipment and Medicine Tank, Gelatine Service Tank, Soft Capsule Pulverizer, Capsule Base Preparation Tank, Spreader Box, Soft Gel Tumbler Washer, Medicine Preparation Home Mixer, and Medicine Filling Pump for an additional cost.

Selling Price: FOB South Korea...........1 Year Warranty.................................$420,000 US
Crating Available at Cost

- Installation is Extra.

The above mentioned machinery can be inspected if you so desire. Please call ahead to arrange a mutually convenient time. Pictures are available upon request.

Looking forward to hearing from you soon in regard to the above mentioned machinery.

Yours Truly,
DJS Enterprises

Darrell J. Shulman
President

DS:cv