# EXHIBIT M14

PLAINTIFFS' EXHIBITS 000625

| | |
|---|---|
| From: | Suzanna Wolfe |
| Sent: | Friday, January 4, 2008 9:55 AM |
| To: | Connie Hatcher |
| Subject: | Re: Digitek parameter review |

Connie -
70926A1 and 70953A1 have Assays too low (96.2% and 97.3%). We are looking for 71004A1.
Regards,
Suzy Wolfe
Mylan Pharmaceuticals, Inc.
QA Manager, Outsourced Products & QA Complaint Investigations
781 Chestnut Ridge Rd
Morgantown, WV 26504
800-826-9526
304-598-5430 x 5556
fax: 304-554-6329
email: Suzanna.wolfe@mylanlabs.com


Connie Hatcher/MGW/MYLAN
01/04/2008 09:26 AM

To
Suzanna Wolfe/MGW/MYLAN@MYLAN
cc

Subject
Digitek parameter review


Suzanna,

Do the following lots meet UDL parameters for Digitek 0.125 mg.?

   Lot numbers 70926A1   70953A1 or 71004A1

Please advise!

Connie S. Hatcher Senior Sales Administrator
Mylan Pharmaceuticals Inc.
781 Chestnut Ridge Rd.
Morgantown, WV 26505
Email: connie.hatcher@mylanlabs.com
Phone: 304.554.4822 or 800.796.9526 Ext. 4822
Fax: 304.598.3232


EXHIBIT
M-14
Wolfe

PLAINTIFFS' EXHIBITS 000626
Confidential Subject to Protective Order
MYLN 000034729