# EXHIBIT M21

PLAINTIFFS' EXHIBITS 000627

| | |
|---|---|
| From: | John Deiriggi |
| Sent: | Thursday, January 4, 2007 1:24 PM |
| To: | Hal Korman |
| Cc: | Walt Owens; John O'Donnell@MYLAN; Chris Benson; Katrina S King |
| Subject: | Fw: Actavis-Digitek |

EXHIBIT M-21 Adams

FYI - As we discussed, there are several aspects of this relationship that need reviewed. I believe that we should seriously consider looking at either transferring the product here as an alternate site to amide (you will recall this was part of the original agreement) or developing our own formulation in prep for the end of our agreement. I will ask Katrina to add to our weekly list to review.

----- Forwarded by John Deiriggi/MGW/MYLAN on 01/04/2007 01:21 PM -----

Walt Owens/MGW/MYLAN
01/04/2007 01:05 PM

To
John Deiriggi/MGW/MYLAN, John O'Donnell/MGW/MYLAN@MYLAN
cc

Subject
Actavis-Digitek

John and John,

I wanted to give you some additional information regarding Actavis/Amide, who manufacture our Digitek product.

As you may already know, Amide received an FDA Warning Letter on 8/15/06. The letter was directly related to late reporting and controls around the post-marketing product surveillance systems at Amide. Apparently 15 days alerts were not being reported appropriately and complaints were not being closed or managed properly. Keep in mind that our Digitek complaints go through the Amide system..we have very little day-to-day visibility of Amide's management of our complaints based upon our supply agreement with Amide.

In addition to the complaint management system Warning Letter, Amide has received repeated 483's regarding quality management, equipment validation/qualification and laboratory controls since 2002. Amide has received another such 483 just recently.

These items coupled together obviously place risk on our Digitek product which is one of our top ten GM items.

We have requested copies of the following documents from Amide repeatedly. Amide has not provided these to date:

Confidential Subject to Protective Order                                                                                              MYLN 000256375

1. 1992 Consent Decree and the 2002 Consent Decree closure documentation.
2. All 483's and responses since 2002.
3. Copy of the August 2006 Warning Letter and response
4. Documentation that indicates that FDA has accepted Amides action plan for the correction of the Warning Letter items as well as the recent 483 items.

To these ends, Chuck Koon and Mike Adams audited Amide in early November of this year. During the audit, Koon's team reviewed the Amide Warning Letter response. Chuck indicated that the action was reasonable. However, when Amide was asked to demonstrate that FDA has accepted the action plan, Amide will only provide verbal comment that FDA has indeed accepted the action plan. Mylan has not received or reviewed any documents that verify FDA's acceptance of Amide's corrective action plan for the August Warning Letter or a corrective action plan for the more recent quality related 483.

As another point of interest, Joe Duda has indicated that Actavis wants to do something with contract for this product...we don't know what yet.

Overall, I am concerned with the long-term viability of Amide, either through quality issues or contract issues. The next course of action being taken is that Joe Duda's group and Legal will be contacting Actavis to try and get clarity as to what they want to do with the contract. Trish and Chuck Koon are continuing their efforts to acquire written documentation for FDA's acceptance of the Amide's corrective actions.

Walt

Walter H. Owens, PhD.
Senior Vice President R&D Chemistry
Mylan Pharmaceuticals, Inc.
PO Box 4310
Morgantown WV 26505
Phone: (800) 848-0461 ext. 5216
email: walt.owens@mylanlabs.com

PLAINTIFFS' EXHIBITS 000629

Confidential Subject to Protective Order                                    MYLN 000256376