# EXHIBIT M30

PLAINTIFFS' EXHIBITS 000633

| | |
|---|---|
| **From:** | Mike Adams |
| **Sent:** | Tuesday, May 6, 2008 5:25 PM |
| **To:** | Hal Korman; Patricia Latzo; Vincent Mancinelli; Bob Potter; Tony Mauro; Ann Wolfe; Brian S Roman; Heather Bresch; Marcie E McClintic Coates; Paul H Jeges; Wayne Talton; Peter B Bottini; Ron Selders; Michael B Laffin; Michael J Monroe; Kris King; Rajiv Malik |
| **Cc:** | Chuck.Koon@mylanlabs.com; Cassandra Bird; Rebecca.Pinnell@mylanlabs.com; Suzanna Wolfe; Chris Benson; Kim D. Pratt; Robert Tucker; Kevin Kolar; Janet Kinsley; Mark Ramsey; John L Salmon; Kristin Dibartolomeo |
| **Subject:** | Digitek Tablets 05/06 Update |

Here is the update for 05/06:

PSRM forwarded 8 adverse events to Actavis on 05/05. They also received 3 product information inquiries yesterday.

Today, I tried to contact someone within the Quality group at Actavis for a status update. After several attempts, I did receive a voice mail response. The Quality group at Actavis does not have anything new to report at this time regarding the ongoing inspection. They expect FDA back at the facility tomorrow, Wednesday 05/07, to discuss any questions regarding previously reviewed documents and to collect additional documentation for off site review. Actavis anticipates the inspection could close out as early as the end of this week, but most likely sometime the week of 05/12. There was no additional information regarding any remediation plans or timelines for the Digitek product.

Stericyle initially estimated that this recall activity would require approximately 10,000 consumer kits. At this point in the recall process there are over 50,000 confirmed requests for consumer kits. The final cost for this activity will of course, be reflective of the additional demand.

There was a conference call with Quality, PSRM and Actavis to get an information update from Actavis:

    Actavis is setting up a process for consumers to obtain a blood test (through Quest)
    Actavis will not pay for the difference from generic to brand
    Actavis has addressed over 2,500 medical questions from April 25 to today (05/06)
    Actavis is setting up case reports for each caller. Mylan PSRM is sending and will continue to send (any received) adverse events to Actavis.

Stericycle reports that they received 32,754 calls to the IVR on Monday 05/05.

Historical call volume to Stericycle's IVR since activiation:

| | |
|---|---|
| 04/28 | 4,986 |
| 04/29 | 18,906 |
| 04/30 | 27,025 |
| 05/01 | 20,755 |
| 05/02 | 20,662 |
| 05/03 | 2,977 |


EXHIBIT
M-30
Adams

PLAINTIFFS' EXHIBITS 000634

Confidential Subject to Protective Order

MYLN 000041928

```
05/04        703
05/05     32,754
```

Thanks

Mike

Michael Adams
Executive Director
QA Compliance
Mylan Pharmaceuticals
781 Chestnut Ridge Rd.
Morgantown, WV 26505

PLAINTIFFS' EXHIBITS 000635

Confidential Subject to Protective Order

MYLN 000041929