# EXHIBIT M64

PLAINTIFFS' EXHIBITS 000639

| | |
|---|---|
| **From:** | Howard W Martin |
| **Sent:** | Monday, July 21, 2008 4:01 PM |
| **To:** | Tammy Maisel |
| **Subject:** | Re: Fw: Actavis Totowa Recall |

Good thing UDL pulled these products and put them aside when Digitek broke.

Howard Martin Manager, Customer Relations
Mylan Pharmaceuticals Inc.
781 Chestnut Ridge Rd.
Morgantown, WV 26505
Email: howard.martin@mylanlabs.com
Phone: 800.796.9526 ext. 4191
Fax: 304.285.6418

Tammy Maisel/MGW/MYLAN
07/21/2008 03:56 PM

To
Donna Neiber/RCKFRD/MYLAN@MYLAN, Li Radtke/RCKFRD/MYLAN@MYLAN
cc
Howard W Martin/MGW/MYLAN@MYLAN, Andrew A Dobbs/MGW/MYLAN@MYLAN, Heather Mennillo/MGW/MYLAN@MYLAN
Subject
Re: Fw: Actavis Totowa Recall

Do we know what level of Recall this is going to be?

Tammy Maisel Assistant Manager, Customer Relations
Mylan Pharmaceuticals Inc.
781 Chestnut Ridge Rd.
Morgantown, WV 26505
Email: Tammy.Maisel@mylanlabs.com
Phone: 800-826-9526 ext. 4138
Fax: 877-835-4329

Donna Neiber/RCKFRD/MYLAN
07/21/2008 03:50 PM

To

EXHIBIT M64
FOR I.D. 1-26-10

PLAINTIFFS' EXHIBITS 000640
Confidential Subject to Protective Order
MYLN 000593691

Tammy Maisel/MGW/MYLAN@MYLAN, Howard W Martin/MGW/MYLAN@MYLAN, Andrew A Dobbs/MGW/MYLAN@MYLAN,
Ann Wolfe/MGW/MYLAN@MYLAN
cc

Subject
Fw: Actavis Totowa Recall

fyi...........
----- Forwarded by Donna Neiber/RCKFRD/MYLAN on 07/21/2008 02:49 PM -----

Li Radtke/RCKFRD/MYLAN
07/21/2008 01:39 PM

To
Doug Blades/RCKFRD/MYLAN@MYLAN, Shirley Svejcar/RCKFRD/MYLAN@MYLAN, Mike J Nemetz/RCKFRD/MYLAN@MYLAN,
Teresa Wilmot/RCKFRD/MYLAN@MYLAN, Eva Cantu/RCKFRD/MYLAN@MYLAN, Yvette Smith/RCKFRD/MYLAN@MYLAN,
Mel Acosta/RCKFRD/MYLAN@MYLAN
cc
Jodi Eichelberger/MGW/MYLAN@MYLAN, Sue Powers/RCKFRD/MYLAN@MYLAN, Donna Neiber/RCKFRD/MYLAN@MYLAN,
Val Schissel/RCKFRD/MYLAN@MYLAN, Kriss Spors/RCKFRD/MYLAN@MYLAN, Tim Wait/RCKFRD/MYLAN@MYLAN
Subject
Actavis Totowa Recall

We just received a notice from Actavis that due to the surrounding GMP issues to date, they have decided to recall all product that is manufactured at the Actavis Totowa facility. [redacted] If any of these products are in process, they should be placed on QA Hold immediately. As information becomes available, you will be notified.

Li
Liana Radtke
Sr. Director of Regulatory Affairs/Compliance
UDL Laboratories, Inc.
Telephone (815) 654-7316
Facsimile (815) 282-9391

PLAINTIFFS' EXHIBITS 000641
Confidential Subject to Protective Order
MYLN 0005936[9]