# EXHIBIT M65

PLAINTIFFS' EXHIBITS 000642

## UDL LABORATORIES
### EXPIRATION DATING FORM

MACHINE: 230   RUN SIZE: 470,000

HOURS: 9.9   SPLIT LOT: Y ___ N ✓

ACCOUNT FOR SAMPLES: Y ✓   N ___

MFG. DATE: 03/07   EXP. DATE: 03/09

LOT #: 2J525   PKG. CONFIG: UD100

8+ MTH REVIEW: N/A   DATE: N/A

EXCEPTIONS: N/A     JC 7/2/07

ASGN. EXP. DATE: 01/09   PKG. MATL: UV1

PC: WB   DATE: 7/02/07

REG: JC   DATE: 7/2/07

UDL 1020R2     EFF. DATE: 4-13-99

EXHIBIT M65
FOR I.D. 1-26-10

Confidential Subject to Protective Order   PLAINTIFFS' EXHIBITS 000643   UDLL 000005805

RCV100-A  UDL Laboratories, Inc.  Daily Log
Receiving Form  A4132-001

S-7157

Date Received....... 6/21/07

Received From....... AMIDE/BERTEK/MYLAN

**CORRECTED COPY**

Shipped Via........ ABF

Receiving Lot No.... 7-06-261

Supplier Lot No..... 70175A1

Purchase Order No... 084105

Manufacture Date.... 03/07

Expiration Date..... 03/09

| QUANTITY | ITEM No. | DESCRIPTION |
|---|---|---|
| 96 | 30789 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP    BTL5000 |

Received By _J. M!bm_

Date 6·27·07

UDL 910R1
Eff. Date: 5-03-00

PLAINTIFFS' EXHIBITS 000644
Confidential Subject to Protective Order
UDLL 000005806

```
RCV100-A                    UDL Laboratories, Inc.              Daily Log
                               Receiving Form                   A4132-001


    Date Received....... 6/21/07

    Received From....... AMIDE/BERTEK/MYLAN



    Shipped Via......... ABF

    Receiving Lot No.... 7-06-261

    Supplier Lot No..... 70175A1

    Purchase Order No... 084105


    Manufacture Date.... NA

    Expiration Date..... 03/09
```

| QUANTITY | ITEM No. | DESCRIPTION |
|---|---|---|
| 96 | 30789 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP    BTL5000 |

```
Received By  Jim McL___

Date  6.21.07
```

                                                        UDL 910R1
                                                        Eff. Date: 5-03-00

Confidential Subject to Protective Order       PLAINTIFFS' EXHIBITS 000645       UDLL 000005807

| | | |
|---|---|---|
| RCV110-B | UDL Laboratories, Inc.<br>Receiving Inspection Form | Daily Log<br>A4132-001 |

Transaction Date.... 6/28/07         Receiving Lot No.... 7-06-261

Item Number........ 30789             Vendor Lot No....... 70175A1

Product Description

    DIGITEK (DIGOXIN) 250 MCG
    (0.25 MG) TAB, USP    BTL5000

## VISUAL INSPECTION

Specification No: S-7157
Page Revision No: 006
Code: ONE SIDE:  B
    PJ 6-28-07    146

Actual Count:    96

Case Qty:

8 CS @ 12 X 5000

Inspection Date:  6/28/07
Caliper or Micrometer: #M5 & DM5
Color: WHITE

Containers Sampled:   3 BOTTLES
Quantity Sampled:    80 TABS
Defects Found: ~~NONE~~ PJ 6-28-07 4 tabs out of UDL's thickness tolerance
Second Sampling:
    Containers Sampled:   NA
    Quantity Sampled:    NA
    Defects Found: NA

No of Skids   1
Memo Attached: ~~N~~ Y
    PJ 6-29-07
Reduced Dating:
    NA

Sample: 20 QA SAMPLES

Inspection Results:
    Label Revision: RBK146Z1
    Insert Revision: 11/00
    Average Piece Weight:   0.120333
    Inspection Notes:
    NA

Tooling/Specification Sample: NA

Accept: X    Reject: NA    MRB No: NA

    Reasons: NA

Q.A. Inspector: _P. Finch_    Date: _6-28-07_

Verified by: _D. McLean_    Date: _6-29-07_

    UDL  945R5
    Eff: 02/28/03

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000646    UDLL 000005808

ACTAVIS TOTOWA LLC   Fax:19738907980   May 16 2007 14:36   P.18



101 E. Main Street, Little Falls, NJ 07424 • Ph: (973) 890-1440 • Fax: (973) 890-7980.

---

Digoxin Tablets, 0.25 mg       BATCH # 70175A

### CERTIFICATE OF ANALYSIS GENERATED FOR CUSTOMER PURPOSES ONLY

All testing has been performed in accordance with GMP and GLP and all results have been found to comply with the registered specifications.

Part of Bulk Batch # 70175A is bottled as Control # 70175A1 (PACK SIZE 5000)

Manufactured Date: 03/02/2007

---

Approved By: _____   Date: 3/27/07
Regulatory Affairs

pf
6-27-07

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000647    UDLL 000005809

Actavis Totowa LLC

## CERTIFICATE OF ANALYSIS

Product Name: Digoxin Tablets, 0.25 mg

Date of Analysis: 03/27/07  Control No: 70175A  Exp. Date: March 2009

| TEST | RESULT | LIMIT |
|---|---|---|
| DESCRIPTION: Color: | White | White |
| Profile: | Round bisected tablets | Round bisected tablets |
| Other: Debossed | "B 146" on bisected side | "B 146" on bisected side |
| FRIABILITY: | 0.1% | NMT 1.0% |
| IDENTIFICATION: (A) | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. | The retention time of the major peak in the chromatogram of Assay preparation corresponds to standard preparation. |
| (B) | The Rf value of test solution corresponds to standard solution. | The Rf value of test solution corresponds to standard solution. |
| ASSAY: Digoxin, 0.25 mg | 98.8% | 90.0% - 105.0% |
| UNIFORMITY OF DOSAGE UNITS: (Content Uniformity) Digoxin, 0.25 mg | 1) 98.0%  6) 98.7%<br>2) 96.2%  7) 95.8%<br>3) 100.0% 8) 98.8%<br>4) 97.6%  9) 97.7%<br>5) 98.1%  10) 99.1%<br>Average: 98.0% SD: 1.28% | 85.0% - 115.0%<br>RSD: NMT 6.0% |
| DISSOLUTION:<br>Media: 500mL; 0.1N HCl<br>Apparatus: I, RPM: 120<br>Temp: 37.0°C ± 0.5°C<br>Time: 60 minutes | 1) 98.0%  4) 97.0%<br>2) 101.6% 5) 98.7%<br>3) 95.6%  6) 101.4%<br>Average: 98.7% | NLT 80 % (Q) of the labeled amount of Digoxin is dissolved in 60 minutes. |
| Related Substances:<br>Digoxigenin | 0.625% | NMT 2.0% |
| Digoxigenin bisdigitoxoside | 0.493% | NMT 2.0% |
| Gitoxin | Not detected | NMT 3.0% |

_____  03/27/07
Director of Quality Control    Date

pt 6-27-07

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000648    UDLL 0000058106



# UDL LABORATORIES, INC.

1718 Northrock Court
Rockford, IL 61103-1201
(815) 282-1201

**PURCHASE ORDER**

EQUAL EMPLOYMENT OPPORTUNITY POLICY

It is the policy of UDL Laboratories, Inc. to give fair consideration to all qualified persons, and all employees opportunities for advancement according to their individual abilities regardless of race, religion, color, national origin, sex, marital status, sexual preference, age, handicap, or veteran status. No opportunity for promotion, transfer, compensation or any other benefit of employment will be diminished through discriminatory practices. In addition, UDL agrees to take affirmative action to ensure equal employment opportunity.

PURCHASE ORDER NO. 84105
DATE ISSUED 5/23/07

ORDER TO:
3434-10
AMIDE/BERTEK/MYLAN
781 CHESTNUT RIDGE RD.
P.O. BOX 4310
MORGANTOWN   WV   26504-4310
CONNIE HATCHER

SHIP TO:
UDL DISTRIBUTION
4951 HIAWATHA DR
ROCKFORD   IL   61103-1287

AH132

SHIP VIA: BEST WAY    FREIGHT TERMS: P

| ITEM | DESCRIPTION | QTY. ORDERED | QTY. REC'D. | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30789 146-55 | DIGITEK (DIGOXIN) 250 MCG (0.25 MG) TAB, USP   BTL500<br><br>DUE DATE: 6/14/07<br><br>LABEL: BERTEK<br><br>CONFIRMING PER:<br><br>CONFIRMING ORDER: PRODUCT SHIPPED MUST HAVE 18 MONTHS DATING. CERTIFICATE OF ANALYSIS MUST ACCOMPANY ORDER. SHIP ALL SAME LOT.<br><br>NOTE: IF PRODUCT TO BE SHIPPED ON THIS ORDER HAS BEEN REFORMULATED, CONTACT UDL BEFORE SHIPPING. | 96.00 | .00 | 59.7700 | 5737.92 |

Handwritten: 7-06-261   70175A1  3/09  3/07   96   6-28-07

SHIP VIA _ABF_

REC'D. BY _m/A_   DATE _____

Q.C. INSPECTOR _P. Finch_   ACC. ✓   REJ. _____   DATE _6-28-07_

ORDER TOTAL   5737.9

Confidential Subject to Protective Order

PLAINTIFFS' EXHIBITS 000649

UDLL 000005811

3

# Mylan Pharmaceuticals Inc.

Page 1 of 1

**Sold By:**
Name: Mylan Pharmaceuticals Inc.
Street: 781 Chestnut Ridge Road
City: Morgantown
State: WV  Zip: 26504-4310
Federal ID Number:
Telephone Number: 304-599-2595

**Shipped From:**
Name: Mylan Pharmaceuticals Inc. Distribution Center
Street: 2898 Manufacturers Road
City: Greensboro
State: NC  Zip: 27406
DEA Number: RM0130093
DC Phone Number: 1-800-446-9526

80020813

**Sold To:**
Name: UDL Laboratories, Inc.
Street: 1718 Northrock Court
City: Rockford
State: IL  Zip: 61103

**Shipped To:**
Name: UDL Laboratories, Inc./Rockford, IL
Street: 4951 Hiawatha Drive
City: Rockford
State: IL  Zip: 61103-1287

Delivery Number: 80020813
Order Date: 05/24/2007
Sales Order: 1005885
PO Number: 84105
DEA Number: PU0219902

| Material | Product Description | Batch Number | Qty Ordered | Qty Shipped | Qty B.O. | Complete Cartons | Repack Cartons | Repack Quantity |
|---|---|---|---|---|---|---|---|---|
| Pallet 62794-146-56 | 10030378000587145 Digitek 0.25 mg 5000s | 70175A1 | 96 | 96 | 0 | 8 X 12 | | |

(8 CTNS x 12) = 96
Lot 70175A1
Exp 03 09
J. M. L.
6·21·07
ABF

# Ctns Complete: 8
# Repack Ctns:
Total: 8
Filled By: DKPHILLI

Legend: * Indicates the Qty Ordered was shipped on multiple lines, in multiple shipments, or in repack cartons.

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000650    UDLL 000005812

## ABF FREIGHT SYSTEM, INC. (ABFS) — CONSIGNEE COPY

www.abf.com
TERMINAL 815-874-6866
DUNS 00-690-2977    06/21/07 03:09    PAGE 1 OF 3    CORR = A

SHIPPER'S NO. 3373
PICK UP DATE: 06/19/07
CODE TO: 1150
P.O. NO.: SEE BELOW
NO. OF P.O.'S = 12
ROUTING: WNS-RFD  8M- 4
082097-0020    CONSIGNEE 082097-0014
FREIGHT BILL NO. 051103126

SHIPPER:
MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

CONSIGNEE:
UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|
| 4 SKDS | *APPT: THURSDAY 06/21 1000-1200<br>*CONTACT: UDL LABORATORIES INC<br>* DUE = TK BY THU 06/21 BY 12:00<br><br>TOTAL IND PIECES: 206<br>TIMEKEEPER SPECIFIC DELIVERIES<br>OF 206 CTNS<br>DRUGS/MEDICINES, NOI, RVNX $2.65/LB,<br>O/T CORROSIVE MATERIALS, IN CTNS<br>ITEM 058770-02P    CITEM 060000-00<br>FRT CAN'T BE LOD ON TOP OF THIS SHPMT<br>/ ABF TIMEKEPER SHIPMENT<br>/ SHIPPER LOAD<br>/ PRICING QUOTE | TKSD<br><br>2,855<br>NFOT<br>TK<br>SL<br>PQ<br>TRACK | 206 CTNS ON | 4 Skids |

THANKS FOR SHIPPING ABF

BILL TO:
COD AMOUNT
RB  TAR ABF610
OZIP 27406
DZIP 61103
SPEC. HAND.
PAY THIS AMOUNT

REMIT TO:

E 0224 VERY DUE    TK THU 06/21    PRIOR PRO DATE
DELIVERY DATE: 6-21-07    DRIVER: [signature]    CONSIGNEE
X [signature]  6-21-07
BY (CUSTOMER'S SIGNATURE)

---

## ABF FREIGHT SYSTEM, INC. (ABFS) — CONSIGNEE COPY

www.abf.com
TERMINAL 815-874-6866
DUNS 00-690-2977    06/21/07 03:09    PAGE 2 OF 3    CORR = A

SHIPPER'S NO. 3373
PICK UP DATE: 06/19/07
CODE TO: 1150
P.O. NO.: SEE BELOW
NO. OF P.O.'S = 12
ROUTING: WNS-RFD  8M- 4
082097-0020    CONSIGNEE 082097-0014
FREIGHT BILL NO. 051103126

SHIPPER:
MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

CONSIGNEE:
UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | DESCRIPTION | | | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | // FUEL SURCHARGE<br>/TK DELIVERY BY 12:00<br>/W02/AUTH:Reweigh - See W&R certificat<br>/e for details.// | | | FSC<br>TKTMBY | | |
| | PO: 83413<br>PCS | 9 | WEIGHT | 10 LB | | |
| | PO: 83866<br>PCS | 16 | WEIGHT | 884 LB | | |
| | PO: 84105<br>PCS | 8 | WEIGHT | 10 LB | | |
| | PO: 84109<br>PCS | 1 | WEIGHT | 10 LB | | |
| | PO: 84254<br>PCS | | WEIGHT | 10 LB | | |

THANKS FOR SHIPPING ABF

BILL TO:
COD AMOUNT
RB  TAR ABF610
OZIP 27406
DZIP 61103
SPEC. HAND.
PAY THIS AMOUNT

REMIT TO:

E 0224 VERY DUE    TK THU 06/21    PRIOR PRO DATE
DELIVERY DATE:    DRIVER:
X [signature]

Confidential Subject to Protective Order

PLAINTIFFS' EXHIBITS 000651

UDLL 000005813



**ABF FREIGHT SYSTEM, INC.** (ABFS) CONSIGNEE COPY
www.abf.com
TERMINAL 815-874-6866

DUNS 00-690-2977 06/21/07 03:09 PAGE 3 OF 3 CORR = A

SHIPPER'S NO. 3373

| PICK UP DATE | CODE TO | P.O. NO. | NO. OF P.O.'S = | ROUTING | FREIGHT BILL NO. |
|---|---|---|---|---|---|
| 06/19/07 | 115D | SEE BELOW | 12 | 8M- 4 WNS-RFD | 051103126 |

SHIPPER 082097-0020
MYLAN PHARMACEUTICALS
2898 MANUFACTURERS RD
GREENSBORO NC 27406

CONSIGNEE 082097-0014
UDL LABORATORIES INC
4951 HIAWATHA DRIVE
ROCKFORD IL 61103

| PIECES | HM | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | PO: 84256 PCS 96 WEIGHT 706 LB | | | |
| | | PO: 84259 PCS 5 WEIGHT 10 LB | | | |
| | | PO: 84260 PCS 3 WEIGHT 10 LB | | | |
| | | PO: 84261 PCS 42 WEIGHT 662 LB | | | |
| | | PO: 84262 PCS 13 WEIGHT 10 LB | | | |
| | | PO: 84278 PCS 6 WEIGHT 10 LB | | | |
| | | ABF MEASURED CUBE: 224.000 CUFT | | | |
| | | THANKS FOR SHIPPING ABF | | | |
| 4 | | TOTAL FREIGHT BILL NO. 051103126 | 2,855 | PREPAID | |

BILL TO

COD AMOUNT

RB
TAR ABF610
OZIP 27406
DZIP 61103
SPEC. HAND.

PAY THIS AMOUNT 0.00

REV

REC

PAY

REMIT TO

CUBE 0224
DELIVERY DUE TK THU 06/21

PRIOR PRO DATE

DELIVERY DATE

DRIVER
CUST HELP UNLD? Y__ N__

CONSIGNEE

X J. McL[illegible] 6.21.07
BY (CUSTOMER'S SIGNATURE)

UDL LABORATORIES, INC.        Page _1_ of _1_
PRODUCT INSPECTION RECORD

Product Description  Digitek (digoxin tablet, USP) 250 mcg (0.25 mg)
Manufacturer/Supplier  Amide/Bertek
Manufacturer Lot #  70175A1      Receiving Lot #  7-06-261

| DIAMETER | THICKNESS | LENGTH | WIDTH |
|---|---|---|---|
| 1. 7.19 mm | 1. 3.15 mm | 1. ___ mm | 1. ___ mm |
| 2. 7.21 mm | 2. 3.16 mm | 2. ___ mm | 2. ___ mm |
| 3. 7.20 mm | 3. 3.14 mm | 3. ___ mm | 3. ___ mm |
| 4. 7.21 mm | 4. 3.16 mm | 4. ___ mm | 4. ___ mm |
| 5. 7.20 mm | 5. 3.17 mm | 5. ___ mm | 5. ___ mm |
| 6. 7.21 mm | 6. 3.17 mm | 6. ___ mm | 6. ___ mm |
| 7. 7.20 mm | 7. 3.14 mm | 7. ___ mm | 7. ___ mm |
| 8. 7.21 mm | 8. 3.12 mm | 8. ___ mm | 8. ___ mm |
| 9. 7.21 mm | 9. 3.19 mm | 9. ___ mm | 9. ___ mm |
| 10. 7.20 mm | 10. 3.18 mm | 10. ___ mm | 10. ___ mm |
| 11. 7.0 → 7.20 @ 6-28-07 mm | 11. 3.14 mm | 11. ___ mm | 11. ___ mm |
| 12. 7.21 mm | 12. 3.17 mm | 12. ___ mm | 12. ___ mm |
| 13. 7.20 mm | 13. 3.18 mm | 13. ___ mm | 13. ___ mm |
| 14. 7.20 mm | 14. 3.17 mm | 14. ___ mm | 14. ___ mm |
| 15. 7.21 mm | 15. 3.18 mm | 15. ___ mm | 15. ___ mm |
| 16. 7.21 mm | 16. 3.18 mm | 16. ___ mm | 16. ___ mm |
| 17. 7.23 mm | 17. 3.17 mm | 17. ___ mm | 17. ___ mm |
| 18. 7.20 mm | 18. 3.20 mm | 18. ___ mm | 18. ___ mm |
| 19. 7.21 mm | 19. 3.16 mm | 19. ___ mm | 19. ___ mm |
| 20. 7.21 mm | 20. 3.18 mm | 20. ___ mm | 20. ___ mm |

Average  7.21 mm   3.17 mm   ___ mm   ___ mm
Range  7.19-7.23 mm   3.12-3.20 mm   ___ mm   ___ mm
INSPECTOR  P. Finch         DATE  7-28-07

UDL 940R2
Eff. Date: 6-7-00
(Orig. 2-16-98)

Confidential Subject to Protective Order     PLAINTIFFS' EXHIBITS 000653     UDLL 0000058151

## UDL LABORATORIES, INC.

## MEMORANDUM

To: The Receiving Report

From: Eva Cantu

Date: August 15, 2006

Re: *Documentation of Supplier Name Change – Amide/Bertek/Mylan*

The products that were supplied by Bertek and manufactured by Amide; are now being supplied by Mylan. However, the product label and insert still reflect Amide/Bertek. Until the supplier's product label and insert reflect a name change, UDL will continue to record Amide/Bertek on its product specification and labeling.

This memorandum will be placed in the batch record to explain the inconsistency of the supplier/manufacturer name on the paperwork/documents within the batch record.

cc: Vince Mancinelli, Sue Powers, Li Radtke, Mike Armstrong, Shirley Svejcar, Val Schissel, Yvette Smith, Paul Trost, Phyllis Fender

Confidential Subject to Protective Order

PLAINTIFFS' EXHIBITS 000654

UDLL 00000581

## UDL LABORATORIES, INC.
## MEMORANDUM

TO: The File

FROM: Peggy Finch

DATE: December 11, 2006

RE: Documentation of Amide Pharmaceuticals and Actavis

As of December 20, 2005, Actavis acquired Amide Pharmaceuticals. Amide has begun adding Actavis to its documents; however, its product label and insert still record Amide. During this transition period, some UDL documents within the batch record will reflect Amide and/or Actavis. Once the name change is reflected on the product label and insert, UDL will update its labeling and documents.

This memo will explain the inconsistency of Amide and/or Actavis observed on the documents.

A copy of this memo will be attached to the affected receiving reports.

cc: Sue Powers
Eva Cantu
Li Radtke
Shirley Svejcar
Val Schissel
Teresa Wilmot

```
UDL  LABS

|||||||||||||||||||||||||||||||||||||||||
TARE WT:   1.13 GRAMS
|||||||||||||||||||||||||||||||||||||||||
APW:   0.120333 GRAMS
|||||||||||||||
QTY: 20
TIME:   9:46 AM
DATE: 28 JUN 2007
```

Confidential Subject to Protective Order    PLAINTIFFS' EXHIBITS 000656    UDLL 000005818