# EXHIBIT 501

PLAINTIFFS' EXHIBITS 000776

The "302" Sample
Batches with Questions
Manufacturing Review

| NO | Product | Batch# | Reviewer | Date Question Issued | Date of Second Issue * | Question / Issue |
|----|---------|--------|----------|----------------------|------------------------|------------------|
| 1 | Digoxin 0.25 Mg Tablets | 5453A | R.HALUSKA | 5/22/07 | | Tablet OOS for weight on the QA Over Check Data Sheet |

PLAINTIFFS' EXHIBITS 000777

Confidential Subject to Protective Order                                      ACTAV 001420149

The "302" Sample
Batches with Questions
Manufacturing Review

| NO | Product | Batch# | Reviewer | Date Question Issued | Date of Second Issue * | Question / Issue |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

PLAINTIFFS' EXHIBITS 000778

Confidential Subject to Protective Order    ACTAV 001420150

The "302" Sample
Batches with Questions
Manufacturing Review

| NO | Product | Batch# | Reviewer | Date Question Issued | Date of Second Issue * | Question / Issue |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |

* (If applicable) Initial return does not answer question- need more information.

{ FILENAME }   Page 3   { DATE \* MERGEFORMAT }

PLAINTIFFS' EXHIBITS 000779

Confidential Subject to Protective Order    ACTAV 001420151