# EXHIBIT 502

PLAINTIFFS' EXHIBITS 000780



creating value in pharmaceuticals

May 21, 2008

Douglas I. Ellsworth
District Director
New Jersey District Office
United States Food and Drug Administration
10 Waterview Boulevard
Parsippany, NJ 07054

Re:  Actavis Totowa

Dear Mr. Ellsworth:

In addition to the commitments Actavis made to FDA representatives in the wrap-up meeting for the inspection conducted at Actavis Totowa's Little Falls facility, as summarized in Robert Wessman's letter dated May 20, 2008, we submit this update as a brief summary of the actions taken by Actavis to address the concerns arising from the recent inspection of our Riverview Facility. Since our correspondence of May 6, 2008, Actavis Totowa and PAREXEL have continued to pursue the actions and meet the commitments we outlined in that letter. We reaffirm our commitments regarding our Actavis Totowa facilities.

We will provide a more detailed analysis of each of the items discussed below in our responses to the FDA Form 483 observations. This letter is not intended to address inspectional observations, but rather to update FDA in respect to activities since our last report.

*Actavis, Inc.*      Actavis US Headquarters      t 973 993 4501      www.actavis.com
                     60 Columbia Road, Building B      f 973-993-4303
                     Morristown, NJ 07960

Confidential

PLAINTIFFS' EXHIBITS 000781

ACTAV 00002826

Douglas I. Ellsworth
May 21, 2008
Page 2

On April 24, 2008, we stopped producing and shipping all products manufactured at Actavis Totowa. PAREXEL subsequently reviewed records and data pertinent to batches of previously released product that were held in quarantine. These records included, among other things, (a) batch production documents, (b) in-process, finished product, and stability data relevant to the batch and product, (c) process validation data, (d) method validation data, and (e) equipment qualification reports. On the bases of its reviews, PAREXEL either found that the reviewed batches met release requirements or did not meet such requirements. Actavis Totowa, on the strength of PAREXEL's findings, and its own evaluations, released a number of batches between May 1 and 15, 2008. **Attachment A.** Additional process validation work and investigations were initiated in respect to other batches that remain quarantined. Judgments about these batches, and if necessary previously distributed batches, will be made when investigations and validation projects have been completed. The company has not resumed manufacture of products intended for distribution. In addition, as committed during the meeting of May 20, Actavis will not release any of product manufactured prior to May 20 without first discussing such release with FDA.

All the recalls described in our April 9, 2008 letter have been initiated. Reports on these recalls are being prepared and our aim is to deliver them to the Agency on or before May 23, 2008. In addition to the foregoing recalls, we are in the process of initiating additional recalls (in certain cases, market withdrawals) of all Actavis Totowa prescription vitamins and other unapproved products. We decided to recall these products to the retail level. Our internal evaluation led us to conclude that it would be prudent to do so given the time it would take to

Confidential

ACTAV 00002826

Douglas I. Ellsworth
May 21, 2008
Page 3

make further product assessments despite our strong commitment to put resources into such assessments. We shall process these recalls with all due haste and will provide FDA with updates and follow-up reports on them as soon as possible.

PAREXEL currently is performing risk assessments for product batches within distribution to determine whether, for each product, there is an adequate basis for their distribution, or whether market intervention, by recall or withdrawal, is indicated. These reviews extend beyond the single batch records for particular lots, and take into account validations of processes and methods, stability data, qualification of equipment, OOS and deviation reports, and other relevant factors. A protocol has been developed and issued for this undertaking. We note that, to the extent that many of these factors were evaluated when PAREXEL reviewed quarantined batches to determine their qualification for release, much of the underlying documentation for many products has been reviewed.

As we previously advised you, we decided to appoint new individuals to manage the operations and quality systems of Actavis Totowa. In addition to the appointment of Jeffery Rope as the Vice President of Operations at the Actavis Totowa site, to work in close association with Chris Young, the Director of US Solid Oral Dose Operations ("SOD"), we also have a new team of Directors and Managers to oversee the remediation efforts and day-to-day activities in Little Falls. Brian Nizio is now Director of Manufacturing, and Dave Basile is Associate Director of Engineering & Maintenance. As previously stated to you, Phyllis Lambridis, Vice President of US Quality and Compliance now reports directly to me, and Tony Delicato was

Confidential

ACTAV 00002826

Douglas I. Ellsworth
May 21, 2008
Page 4

appointed as Director of QA for SOD and has QA responsibility for both of our New Jersey sites.

Michael Puorro, Senior Manager of Quality Assurance from our Elizabeth, NJ site, has now

assumed batch release responsibility for the Actavis Totowa site. Misbah Sherwani, Senior

Manager of the QA Investigations Group was hired to oversee the Investigation/Deviation,

Complaints and CAPA processes at our SOD sites. The curricula vitae of these individuals are

enclosed. **Attachment B**. They are charged with implementing immediate and long-term

corrective actions to the manufacturing and quality systems at Actavis Totowa.

We have revised our SOPs for investigations and deviations and will conduct training on

them prior to their implementation. The QA process will include a Material Review Board

(MRB) to review product deviations. We also are developing a Quality Review Board (QRB)

SOP. The QRB will review key quality indicators to evaluate performance of our Quality

Systems. To assist the newly created investigations group in addressing the backlog of open

investigations, we have hired the consulting group, Protocol Link.

We have developed a strategy for resuming manufacturing at the Actavis Totowa Little

Falls plant. Our plan is to reintroduce production by adding one product at a time. We will not

commence the distribution of any product until all open investigations with regard to that product

are completed, and the PAREXEL product risk assessment has been reviewed and determined to

justify such action. A comprehensive protocol, currently in a draft form, will govern these

activities. When finalized, a copy of such protocol will be provided to FDA.

PLAINTIFFS' EXHIBITS 000784

Confidential

ACTAV 00002827

Douglas I. Ellsworth
May 21, 2008
Page 5

In addition, we note that the following actions had been taken. We have:

a.  improved the overall maintenance of the facility;

b.  reviewed and rewritten certain SOPs and have trained all applicable facility
    personnel on them;

c.  instituted a formal retraining on cGMPs for all facility personnel;

d.  improved batch documentation based on feedback from PAREXEL, FDA and our
    own internal audits;

e.  rebuilt all tablet presses and have ordered new presses, which are state of the art
    and include compaction force weight control and automation, for delivery within
    four to six weeks; and

f.  implemented new SOPs for in-process sampling and product defect analysis in
    manufacturing.

As we have previously committed, PAREXEL will also be undertaking a detailed audit
of the site Quality Systems, and we will implement all of the corrective actions and
enhancements deemed necessary as a result. In addition, when we recommence operations, it
will be under the close supervision of the management team – and with the assistance of
PAREXEL consultant Jack Goodson, until we are reasonably assured that our remediation
efforts are firmly entrenched.

PLAINTIFFS' EXHIBITS 000785

Confidential

ACTAV 00002827

Douglas I. Ellsworth
May 21, 2008
Page 6

We will incorporate all of the above listed activities, as well as any others to address observations in the FDA Form 483, in a Corrective Action Plan. We shall provide this plan to the Agency shortly after the closeout of this inspection.

As noted in earlier correspondence, we stand ready to respond to any inquiry you may have. I may be reached at 908.764.5459.

Sincerely,

Sigurdur Oli Olafsson
Deputy, CEO Actavis Group &
CEO Actavis, Inc.

cc:    Erin McCaffery
Andrew Ciaccia (HPR-CE 340)

Confidential

PLAINTIFFS' EXHIBITS 000786

ACTAV 00002827

Attachment A



Confidential

ACTAV 000028273

**Attachment B**

**Jeff Rope** has been appointed to the role of VP Operations – Actavis Totowa. Adding Jeff to the team will allow focused attention on the FDA inspection in Totowa and a single point of accountability for the operations within Actavis Totowa sites. He is experienced in overseeing sustainable quality systems that meet high standards. Jeff joined Actavis as a Vice President of Operations within WEMEA and CEEA. Prior to joining Actavis Jeff worked for Bristol Myers Squibb and Pfizer. Throughout his career within the pharmaceutical industry he has held a number of management roles within Quality Operations, Production, Packaging, and Customer Service and Logistics. Most recently he held roles as Site Leader within Pfizer Australia and General Manager within Pfizer in Ireland. Jeff holds certifications in Chemistry and Analytical Chemistry as well as an Executive MBA.

**Chris Young**, Director, US Solid Oral Dose Operations joined Actavis in 1998 as a Production Manager. Chris is a seasoned leader in the Operation of pharmaceutical facilities with over 14 years experience in the industry in all aspects of plant operations including Safety, Engineering, Production, Packaging, Purchasing and Production Planning. He began his career in Quality Control with Copely Pharmaceutical in 1994. After joining Actavis he worked in several Operations positions as he advanced through the organization. He became the Managing Director of Actavis' Elizabeth facility in 2005. He was promoted to his current role in November 2007. Chris holds a BS in Biology from Gettysburg College and is a candidate for an Executive MBA at Rutgers University.

**Anthony "Tony" Delicato** currently holds the position of Director of Quality Assurance, US Solid Oral Dose, all of which is located in NJ. Tony joined Actavis in September 2002 and has held roles in Production and Validation. He held the role of Director of QA for the Elizabeth facility before being promoted to his current position. Prior to joining Actavis, Tony's has broad industry experience includes experience with Aseptic Filling, Bulk Manufacturing, Solid Dose Manufacturing, Biotech Manufacturing (Bulk/Sterile), QC Compliance and Extensive FDA Inspection Experience. Tony brings 17 years industry experience with such companies as Schering-Plough Laboratories and Dow Chemical Corporation. Tony holds a BS in Biochemistry for the University of Vermont.

**Misbah Sherwani** joined Actavis in January 2008 as the Senior Manager Quality Assurance Investigations Group. Misbah began her career in pharmaceutical industry in 1998 with Barr Laboratories. She has help positions of increasing responsibilities including Quality Assurance Auditor, Compliance/Regulatory Affairs Associate, Compliance Specialist and Manager, Quality Information. She has held these positions with Barr Laboratories, Pennwest Pharmaceuticals, Halsey Drug Company, Hoffman-

Confidential

ACTAV 00002827

LaRoche Inc and Pliva, Inc. She holds a MS in Industrial Pharmacy from Long Island University as well as a BA in Biology from New York University.

**Brian Nizio**, the new Director of Manufacturing for the Little Falls facility joined Actavis in August 1999. Brian began his career in the pharmaceutical industry in 1998. He joined Actavis in August 1999 as a Production Supervisor. He held positions of increasing responsibilities in manufacturing including Production Manager and Associate Director of Manufacturing & Packaging before he was promoted to his current position. Brian holds a BA in Biology from Beaver College.

**Michael Puorro** joined Actavis in April 2002 as a QA Inspector. Mike's currently holds the role of Senior Manager Quality Assurance (QA) for the Totowa facilities. Prior to his experience with Actavis, Mike spent 14 years with Sandoz Pharmaceuticals (currently Novartis Pharmaceuticals Corp) in various Quality related roles. His career with Actavis includes roles of progressive responsibility including QA Supervisor Incoming Inspection & Sampling and Manager, QA and Senior Manager QA. Mike holds a BS from Bloomfield College.

**David Basile** is the Associate Director of Engineering and Maintenance. Dave joined Actavis in August 2003 and has 14 years of Engineering, Automation and Validation experience in the pharmaceutical and biotech industries. During his Actavis tenure, he has held the roles of Project/Controls System Engineer and Manager of Instrumentation & Controls. Dave holds a BS in Mechanical Engineering from the University of Notre Dame. He is currently a candidate for an MS in Systems Engineering at the New Jersey Institute of Technology.

Confidential

ACTAV 00002827