# EXHIBIT 506

PLAINTIFFS' EXHIBITS 001221



May 2, 2008

Daniel McCornack
6255 Peachy Canyon Rd
Paso Robles, CA 93446-7680

Dear Plan Participant:

CVS Caremark is committed to your safety and to providing you with important news about your medicines. As part of this commitment, we are sending you information that may be valuable to you.

On April 25, 2008, Actavis Totowa® LLC, the manufacturer of Digitek® 0.125 mg and Digitek 0.25 mg tablets, issued a Patient Level Recall of all lots of these products as a precaution **because the tablets may be double the appropriate thickness and could contain twice the approved level of active ingredient.** Because of this, the manufacturer is recalling all lots of these products.

Actavis manufactures the products for Mylan and the products are distributed by Mylan and UDL under the Bertek and UDL labels. Bertek and UDL are affiliates of Mylan.

This recall only affects Digitek 0.125 mg and Digitek 0.25 mg Mylan and UDL under the Bertek and UDL labels. No other digoxin products are affected by this issue.

If you filled a prescription for Digitek 0.125 mg or Digitek 0.25 mg tablets between **January 28, 2008** and **April 28, 2008**, we will be sending replacement product to you that is not affected by this recall at no cost to you. You will also receive instructions on how to return your remaining Digitek.

If you have product on hand from an order before **January 28, 2008**, please contact our Customer Care department, toll-free at **1-800-966-5772**.

**Please do not stop your digoxin therapy without talking to your doctor. Stopping digoxin therapy suddenly can cause serious health problems.** Please contact your doctor to obtain a new prescription for a short term retail supply if necessary.

For more information on this issue you may contact the U.S. Food and Drug Administration (FDA) consumer inquiry line toll-free at 1-888-INFO-FDA (1-888-463-6332) or by accessing the FDA Web site at www.fda.gov.

If you have questions regarding your prescription coverage, please contact a Customer Care representative toll-free at the Customer Care number listed on your benefit ID card or in your Welcome Kit. You can reach us 24 hours a day, seven days a week. You may also access our Web site at www.caremark.com. If you have a hearing impairment and need telecommunications device (TDD) assistance, please dial the toll-free TDD number located on your benefit ID card.

We are dedicated to plan participant safety and look forward to your continued participation in the Caremark Mail Service Pharmacy program.

Sincerely,

*Jan Berger MD MJ*

Jan Berger, MD, MJ
SVP, Chief Clinical Officer
Medical Affairs
CVS Caremark

This page contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.
Your privacy is important to us. All our employees are trained regarding the appropriate way to handle your private health information.
105-14158k

PLAINTIFFS' EXHIBITS 001222

43311-332313100



May 2008

Dear Plan Participant:

You recently received a letter from CVS Caremark about the Digitek® (digoxin tablets, USP) 0.125 mg and Digitek (digoxin tablets, USP) 0.25 mg Patient Level Recall. We are providing you with an important update.

Please be aware that as a result of this recall, there is a market-wide shortage of digoxin. In an effort to meet the needs of all plan participants, enclosed is a <u>maximum of a</u> 45-day supply of replacement product.

### What to Do with Your Digitek

For your safety and to ensure proper disposal, we have provided you with a return envelope. Please send your Digitek tablets to CVS Caremark in the original prescription bottle, if possible.

We encourage you to contact your provider with any questions or concerns regarding continuation of therapy.

Sincerely,

CVS Caremark

Enclosure

For more information on this issue you may contact the U.S. Food and Drug Administration (FDA) consumer inquiry line toll-free at 1-888-INFO-FDA (1-888-463-6332) or by accessing the FDA Web site at www.fda.gov.

This page contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.
Your privacy is important to us. Our employees are trained regarding the appropriate way to handle your private health information.
105-14158q

PLAINTIFFS' EXHIBITS 001223