David Bliesner, Ph.D.        Videotaped        January 25, 2011

|  |  |  |  |
|--|--|--|--|

Page 96

| 1 | A. | That is true. | 11:58 |
| 2 | Q. | Which you have not read; correct? | 11:58 |
| 3 | A. | Finished product testing for it? | 11:58 |
| 4 | Q. | Right; correct? | 11:58 |
| 5 | A. | I -- I can't say for sure I have not | 11:58 |
| 6 | | seen some of the finished product testing results. | 11:58 |
| 7 | Q. | Well -- | 11:58 |
| 8 | A. | Because I have looked at some notebooks | 11:58 |
| 9 | | and I don't recall whether they are specifically | 11:58 |
| 10 | | related to finished product testing. | 11:58 |
| 11 | Q. | Do you know as you sit here today | 11:58 |
| 12 | | whether Actavis had out-of-spec finished product | 11:58 |
| 13 | | test results with Digitek for any of the 152 | 11:58 |
| 14 | | recalled batches? | 11:58 |
| 15 | A. | I have not seen any released testing | 11:59 |
| 16 | | data -- | 11:59 |
| 17 | Q. | Okay. | 11:59 |
| 18 | A. | -- that supports that. | 11:59 |
| 19 | Q. | Do you know how many of the Plaintiffs | 11:59 |
| 20 | | in this litigation have had their tablets tested | 11:59 |
| 21 | | by independent labs? | 11:59 |
| 22 | A. | No idea. | 11:59 |
| 23 | Q. | Do you know of any out-of-spec tested by | 11:59 |
| 24 | | Plaintiffs? | 11:59 |
| 25 | A. | I have no idea. | 11:59 |

PLAINTIFFS' EXHIBITS 001320

David Bliesner, Ph.D.            Videotaped            January 25, 2011

Page 97

| | | |
|---|---|---|
| 1 | Q.    Did Mr. -- | 11:59 |
| 2 | A.    I haven't been involved with the | 11:59 |
| 3 | Plaintiff. | 11:59 |
| 4 | Q.    Did Mr. Kilpatrick who was here with you | 11:59 |
| 5 | yesterday and today tell you that they tested some | 11:59 |
| 6 | of their clients' tablets at NMS labs in | 11:59 |
| 7 | Philadelphia and they were within spec? | 11:59 |
| 8 | A.    No. | 11:59 |
| 9 | Q.    Do you know how many tablets were tested | 11:59 |
| 10 | by FDA under the 484 program with Digitek? | 11:59 |
| 11 | A.    The number, no. | 11:59 |
| 12 | Q.    Or how many batches? | 11:59 |
| 13 | A.    Not off the top of my head, no. | 11:59 |
| 14 | Q.    So when you said nobody tested, that's | 11:59 |
| 15 | not correct. | 11:59 |
| 16 | A.    Right.  I disagree with that statement. | 11:59 |
| 17 | Nobody tested the known double-thick that came up | 11:59 |
| 18 | during investigations. | 11:59 |
| 19 | Q.    The 20. | 12:00 |
| 20 | A.    No, the 1,300 and others that were | 12:00 |
| 21 | identified throughout the course of | 12:00 |
| 22 | manufacturing.  It's been found several times that | 12:00 |
| 23 | the double-thick has showed up. | 12:00 |
| 24 | Q.    Yeah, but did they ever make it to | 12:00 |
| 25 | consumers? | 12:00 |

PLAINTIFFS' EXHIBITS 001321

Page 98

| | | |
|---|---|---|
| 1 | A.     Not that I know of, but they were never | 12:00 |
| 2 | tested as part of the investigation. | 12:00 |
| 3 | Q.     I understand. | 12:00 |
| 4 | A.     Okay. | 12:00 |
| 5 | Q.     But from time to time pharmaceutical | 12:00 |
| 6 | companies are going to reject batches; is that | 12:00 |
| 7 | right? | 12:00 |
| 8 | A.     That's correct. | 12:00 |
| 9 | Q.     Or parts of batches because they're out | 12:00 |
| 10 | of spec in some way; right? | 12:00 |
| 11 | A.     Parts of batches if they have a | 12:00 |
| 12 | pre-approved protocol that allows for stuff like | 12:00 |
| 13 | that. | 12:00 |
| 14 | Q.     So Actavis could make a batch of | 12:00 |
| 15 | Digitek, find that all or part of them were out of | 12:00 |
| 16 | spec, and reject the batch; correct? | 12:00 |
| 17 | A.     They could, yes. | 12:00 |
| 18 | Q.     That's the way it's supposed to work; | 12:00 |
| 19 | right? | 12:00 |
| 20 | A.     Yes, it is. | 12:00 |
| 21 | Q.     So let's talk about -- oh, by the way, | 12:00 |
| 22 | while we're talking about testing, do most | 12:01 |
| 23 | pharmaceutical manufacturers conduct in-process | 12:01 |
| 24 | testing of size, weight, and hardness? | 12:01 |
| 25 | A.     Tableting? | 12:01 |

PLAINTIFFS' EXHIBITS 001322

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 99

| | | | |
|---|---|---|---|
| 1 | Q. | Yes, in tableting. | 12:01 |
| 2 | A. | In my experience, yes. | 12:01 |
| 3 | Q. | So when they are checking, do they also | 12:01 |
| 4 | | perform visual inspections for color and black | 12:01 |
| 5 | | dots and anything else? | 12:01 |
| 6 | A. | For in-process? | 12:01 |
| 7 | Q. | Yeah. | 12:01 |
| 8 | A. | I think that depends on the individual | 12:01 |
| 9 | | process being manufactured. | 12:01 |
| 10 | Q. | Well, to some degree when you're looking | 12:01 |
| 11 | | at -- | 12:01 |
| 12 | A. | Finished product, yes. | 12:01 |
| 13 | Q. | Okay.  When you're looking at in-process | 12:01 |
| 14 | | pharmaceutical, some of that involves power of | 12:01 |
| 15 | | observation; correct? | 12:01 |
| 16 | A. | Yes. | 12:01 |
| 17 | Q. | Now, if -- oh, by the way, a minute ago | 12:01 |
| 18 | | you said something about 1,300 extra thick.  What | 12:02 |
| 19 | | batches, what documents, what are you talking | 12:02 |
| 20 | | about?  Where do you get that number? | 12:02 |
| 21 | A. | I may have misspoke on exactly that, but | 12:02 |
| 22 | | there is a citation in one of the EIRs with | 12:02 |
| 23 | | respect to sampling of 1,300. | 12:02 |
| 24 | Q. | Do you know which EIR? | 12:02 |
| 25 | A. | I'm looking at the 483s. | 12:02 |

PLAINTIFFS' EXHIBITS 001323

|  |  |  | Page 100 |
|---|---|---|---|
| 1 | Q. | I'll tell you what.  Why don't we go on | 12:03 |
| 2 | to a different topic?  At the lunch break, I would | | 12:03 |
| 3 | like you to find the EIR or 483 that refers to | | 12:03 |
| 4 | that? | | 12:03 |
| 5 | A. | That refers to 1,300? | 12:03 |
| 6 | Q. | Yes. | 12:03 |
| 7 | A. | Sure. | 12:03 |
| 8 | Q. | I'll write a note for you. | 12:03 |
| 9 | A. | Okay. | 12:04 |
| 10 | Q. | Okay.  Let's assume that a customer | 12:04 |
| 11 | called you in for a consulting arrangement and | | 12:04 |
| 12 | they told you that they wanted to find out | | 12:04 |
| 13 | whether -- they had made some double-thick tablets | | 12:04 |
| 14 | and they were interested in trying to figure out | | 12:04 |
| 15 | whether they had actually made it out of the plant | | 12:04 |
| 16 | to the distributor and all the way down to the | | 12:04 |
| 17 | consumer level; okay? | | 12:04 |
| 18 | A. | Okay. | 12:04 |
| 19 | Q. | Now, in order to figure that out -- | 12:04 |
| 20 | A. | Yes. | 12:04 |
| 21 | Q. | -- would you want to look at finished | 12:04 |
| 22 | product test data? | | 12:04 |
| 23 | A. | If I was going to solve that problem, I | 12:04 |
| 24 | would. | | 12:05 |
| 25 | Q. | No, please listen.  I'm not asking you | 12:05 |

PLAINTIFFS' EXHIBITS 001324

| | | |
|---|---|---|
| 1 | to solve a manufacturing problem of double-thick | 12:05 |
| 2 | tablets. | 12:05 |
| 3 | A.   Right. | 12:05 |
| 4 | Q.   The inquiry is we just don't know -- | 12:05 |
| 5 | A.   Right. | 12:05 |
| 6 | Q.   -- and don't have the time to figure out | 12:05 |
| 7 | whether -- | 12:05 |
| 8 | A.   Right. | 12:05 |
| 9 | Q.   -- these actually got to consumers. | 12:05 |
| 10 | A.   Right, right.  My point being is that as | 12:05 |
| 11 | I said before, I'm not a recall expert.  So I | 12:05 |
| 12 | would source somebody in my consulting chain who | 12:05 |
| 13 | is an expert in investigating products on the | 12:05 |
| 14 | market that may be adulterated and has done | 12:05 |
| 15 | recalls.  I would not do -- undertake that | 12:05 |
| 16 | myself.  It's not my expertise.  It's a different | 12:05 |
| 17 | area altogether. | 12:05 |
| 18 | Q.   Why is it a different area altogether? | 12:05 |
| 19 | A.   It -- the whole concept of recall is | 12:05 |
| 20 | very complex and involves all kinds of different | 12:05 |
| 21 | outside agencies and coordinations.  In fact, | 12:05 |
| 22 | these companies actually hire people to do recalls | 12:05 |
| 23 | themselves.  Not themselves.  They hire these | 12:05 |
| 24 | places.  Stericycle I believe is the one that was | 12:06 |
| 25 | involved in helping out with this one.  They go to | 12:06 |

PLAINTIFFS' EXHIBITS 001325

Page 102

| | | |
|---|---|---|
| 1 | the outside.  It's a unique set of skills. | 12:06 |
| 2 | Q.    Okay.  But the company that's consulting | 12:06 |
| 3 | here isn't necessarily conducting a recall. | 12:06 |
| 4 | They're just trying to figure out -- | 12:06 |
| 5 | A.    Whether -- | 12:06 |
| 6 | Q.    -- whether it's a problem and maybe | 12:06 |
| 7 | whether they should recall.  Do you still farm | 12:06 |
| 8 | that out?  Sorry for the colloquialism.  Do you | 12:06 |
| 9 | still subcontract that to somebody else in your | 12:06 |
| 10 | consulting chain? | 12:06 |
| 11 | A.    Again, if it's specifically looking at | 12:06 |
| 12 | the impact, is stuff out on the market? | 12:06 |
| 13 | Q.    Yeah. | 12:06 |
| 14 | A.    Yeah, I would seek additional expertise. | 12:06 |
| 15 | Q.    Okay.  And why is that not part of your | 12:06 |
| 16 | expertise? | 12:06 |
| 17 | A.    The -- as you know from the readings, | 12:06 |
| 18 | the whole concept of GMPs and quality systems | 12:06 |
| 19 | encompass several major categories, and I don't | 12:07 |
| 20 | know of anybody personally that understands all of | 12:07 |
| 21 | those main quality system elements, and that has a | 12:07 |
| 22 | tendency quite honestly to fall to a regulatory, | 12:07 |
| 23 | which is even outside the main quality systems. | 12:07 |
| 24 | Q.    So as part of your investigation in this | 12:07 |
| 25 | case and your opinions in this case, in order to | 12:07 |

PLAINTIFFS' EXHIBITS 001326

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 103 |
|---|---|---|
| 1 | be consistent with your expertise, you would leave | 12:07 |
| 2 | it to other experts to determine if | 12:07 |
| 3 | out-of-specification Digitek made it to the | 12:07 |
| 4 | market, and if so, how much; is that right? | 12:07 |
| 5 | A.    If it made it to the market and how | 12:08 |
| 6 | much.  It wouldn't be binary -- you do it on or | 12:08 |
| 7 | off if you will; okay?  Hand it off.  It would be | 12:08 |
| 8 | something that I would be involved with from here | 12:08 |
| 9 | are the data that suggests or show that | 12:08 |
| 10 | adulterated product. | 12:08 |
| 11 | Q.    Was made? | 12:08 |
| 12 | A.    Was made. | 12:08 |
| 13 | Q.    Right. | 12:08 |
| 14 | A.    And could have potentially made it to | 12:08 |
| 15 | the market.  Then you do the handoff to the people | 12:08 |
| 16 | that go out and try to assess that. | 12:08 |
| 17 | Q.    Okay.  So what you're really -- the core | 12:08 |
| 18 | of your expertise and the core of your report is | 12:08 |
| 19 | to analyze whether adulterated product was made -- | 12:08 |
| 20 | the first half of the equation you just talked | 12:09 |
| 21 | about; right? | 12:09 |
| 22 | A.    And potentially made it to market. | 12:09 |
| 23 | Q.    Right. | 12:09 |
| 24 | A.    Uh-huh. | 12:09 |
| 25 | Q.    Potentially, possibly. | 12:09 |

PLAINTIFFS' EXHIBITS 001327

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                      Page 104
 1      A.    Uh-huh.                                   12:09

 2      Q.    Right?  Am I right?                        12:09

 3      A.    Uh-huh.                                   12:09

 4      Q.    That's a yes?                             12:09

 5      A.    Yes, I'm sorry.  I keep forgetting it's    12:09

 6   not just you and I having the conversation.        12:09

 7      Q.    Look at page 7 of your report, please.    12:09

 8   And I think we're using 92, Exhibit 92.            12:09

 9      A.    Got you.                                  12:09

10      Q.    Got it?                                    12:09

11      A.    Yeah.                                     12:09

12      Q.    In the product recall section, on the     12:09

13   right-hand side, the third one down says 2008      12:10

14   Class I Digoxin, double-thick or super-potent;     12:10

15   okay?                                              12:10

16      A.    Yes.                                      12:10

17      Q.    Are you saying there normal size but too  12:10

18   much active pharmaceutical ingredient?  Is that    12:10

19   what you mean by super-potent?                     12:10

20      A.    Yes.                                      12:10

21      Q.    All right.  So where in the FDA            12:10

22   documents does it say anything about the April     12:10

23   2008 recall being about normal size but too much   12:11

24   active pharmaceutical ingredient, super-potent     12:11

25   Digitek?                                           12:11
```

PLAINTIFFS' EXHIBITS 001328

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 105

| | | | |
|---|---|---|---|
| 1 | A. | In the FDA documentation? | 12:11 |
| 2 | Q. | Correct, correct. | 12:11 |
| 3 | A. | I don't believe there is anything in the | 12:11 |
| 4 | | FDA documentation after we talked about it. | 12:11 |
| 5 | Q. | All right. | 12:11 |
| 6 | A. | There is a statement in one of the | 12:11 |
| 7 | | original responses or drafts of the recall notice, | 12:11 |
| 8 | | if I remember, that they referred to overweight | 12:11 |
| 9 | | tablets which would imply super-potent. | 12:11 |
| 10 | Q. | Overweight is a size issue, isn't it? | 12:11 |
| 11 | | Could have too many excipients in it, overweight? | 12:11 |
| 12 | A. | It could be super-potent or sub-potent. | 12:11 |
| 13 | Q. | Either one. | 12:11 |
| 14 | A. | Because of blend uniformity issues that | 12:11 |
| 15 | | we talked about. | 12:11 |
| 16 | Q. | It could be overweight and still have | 12:11 |
| 17 | | the right balance of pharmaceutical -- active | 12:11 |
| 18 | | pharmaceutical ingredient, couldn't it? | 12:12 |
| 19 | A. | Balance?  What do you mean by balance? | 12:12 |
| 20 | Q. | Ratio.  I mean in other words it could | 12:12 |
| 21 | | still be within the API specs and be overweight | 12:12 |
| 22 | | for some reason; right? | 12:12 |
| 23 | A. | A dosage form is specific -- as you know | 12:12 |
| 24 | | is composed of actives and excipients and those | 12:12 |
| 25 | | ratios are very important.  And not having that | 12:12 |

PLAINTIFFS' EXHIBITS 001329

Page 106

| | |
|---|---|
| 1 | proper ratio and dosage form can cause | 12:12 |
| 2 | difficulties. | 12:12 |
| 3 | Q.   Okay -- | 12:12 |
| 4 | A.   In my experience. | 12:12 |
| 5 | MR. MORIARTY:  Mike, Meghan, Terry, | 12:12 |
| 6 | whoever, I'm going to start using my favorite | 12:13 |
| 7 | documents, the 484s; okay?  These are the ones | 12:13 |
| 8 | I told you I was not bringing an extra set of | 12:13 |
| 9 | because I had given them to everybody last | 12:13 |
| 10 | week; okay? | 12:13 |
| 11 | MR. KERENSKY:  Sure. | 12:13 |
| 12 | BY MR. MORIARTY: | 12:13 |
| 13 | Q.   I'm showing you Exhibit 24.  I'll | 12:13 |
| 14 | represent to you that that is an FDA form 484 for | 12:13 |
| 15 | Digitek. | 12:13 |
| 16 | A.   Uh-huh. | 12:13 |
| 17 | Q.   Have you ever seen it? | 12:13 |
| 18 | A.   Miss Johnson gave me some documents the | 12:13 |
| 19 | other day with respect to this type of thing.  I | 12:13 |
| 20 | could have looked at this. | 12:13 |
| 21 | Q.   Is that the first time you had seen the | 12:13 |
| 22 | 484s? | 12:13 |
| 23 | A.   Yes. | 12:13 |
| 24 | Q.   So did you have a chance to go through | 12:14 |
| 25 | all of them? | 12:14 |

PLAINTIFFS' EXHIBITS 001330

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  |  | Page 107 |
|---|---|---|---|
| 1 | A. | I did scan through them. | 12:14 |
| 2 | Q. | All right. | 12:14 |
| 3 | A. | Yes. | 12:14 |
| 4 | Q. | So, for example, Exhibit 24 was Digitek | 12:14 |

5    collected in February of 2007 by the FDA.          12:14

6       A.    Uh-huh.                                    12:14

7       Q.    Is that right?  I mean that's who         12:14

8    collected 484 samples; right?                       12:14

9       A.    I'll tell you I'm not an expert in the    12:14

10   FDA's 484 and monitoring system.  In fact I know    12:14

11   very few people who really are experts in that.     12:14

12   So this is my first exposure to the 484 program.    12:14

13      Q.    Let me represent to you in February of    12:15

14   2007, FDA collected 200 count bottles of Digitek.   12:15

15      A.    Uh-huh.                                    12:15

16      Q.    It had to -- it came from batch           12:15

17   70078(a)(1).                                        12:15

18      A.    Uh-huh.                                    12:15

19      Q.    And FDA ran the tests that are described  12:15

20   in Exhibit 24 and the Digitek passed all the tests  12:15

21   to which it was subjected; okay?                    12:15

22      A.    Met the specification.                     12:15

23      Q.    Yes, met the specs.                        12:15

24      First of all, do you have any reason to         12:15

25   disagree with me on that?                           12:15

PLAINTIFFS' EXHIBITS 001331

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 108

| | | | |
|---|---|---|---|
| 1 | A. | No. | 12:15 |
| 2 | Q. | Okay. Is it significant to you at all? | 12:15 |
| 3 | A. | Significant? | 12:15 |
| 4 | Q. | Yeah, is it significant in your analysis | 12:15 |

5  of these cases that the FDA came in, tested the          12:15
6  product, sampled the product --          12:16

| 7 | A. | Right. | 12:16 |
|---|---|---|---|
| 8 | Q. | -- tested it. | 12:16 |
| 9 | A. | Right. | 12:16 |
| 10 | Q. | And it passed? | 12:16 |
| 11 | A. | Right. I will tell you this: When I | 12:16 |

12  first looked through here, I went oh, Jeez they          12:16
13  passed all the specs except for a few things in          12:16
14  here that are bit odd that I'm surprised nobody          12:16
15  picked up. For instance, some chromatography is          12:16
16  particularly ugly, which would lend problems.          12:16
17  Dissolution is a strange method that it's always          12:16
18  higher than the assay, which is problematic from a          12:16
19  scientific standpoint.          12:16
20      But in the end, when you look at the values,          12:16
21  it appears that they ran the assays and they met          12:16
22  the spec. Then when I stopped and thought about          12:16
23  it, it's like it doesn't really mean anything          12:16
24  because nobody is testing products that were          12:16
25  double-thick. You would expect to get decent          12:16

PLAINTIFFS' EXHIBITS 001332

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 109

| | | |
|---|---|---|
| 1 | readings, results, for the most part. | 12:16 |
| 2 | Q.    Why would you expect to get decent | 12:16 |
| 3 | results for the most part? | 12:16 |
| 4 | A.    Well, the link being that, you know, | 12:16 |
| 5 | overweight or large tablets would imply that | 12:16 |
| 6 | there's -- there's something wrong with the dosage | 12:16 |
| 7 | and it would show up on assay, but nobody ever | 12:17 |
| 8 | analyzed any of those. | 12:17 |
| 9 | Q.    Okay.  So -- so did you conclude that if | 12:17 |
| 10 | the tablets weren't double-thick, they would most | 12:17 |
| 11 | likely meet their specifications if tested like | 12:17 |
| 12 | this? | 12:17 |
| 13 | MR. KERENSKY:  Object as to form. | 12:17 |
| 14 | THE WITNESS:  As talked about before, | 12:17 |
| 15 | it's a possibility that you could have a | 12:17 |
| 16 | tablet that isn't double-thick or super-potent | 12:17 |
| 17 | because of blend uniformity problems.  All you | 12:17 |
| 18 | can say is that the product that they tested | 12:17 |
| 19 | here in the surveillance passed the spec. | 12:17 |
| 20 | That's all -- that's all you can conclude out | 12:17 |
| 21 | of it. | 12:17 |
| 22 | BY MR. MORIARTY: | 12:17 |
| 23 | Q.    All right? | 12:17 |
| 24 | A.    Nothing more. | 12:17 |
| 25 | Q.    And they had the opportunity to test as | 12:17 |

PLAINTIFFS' EXHIBITS 001333

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 110

| | | |
|---|---|---|
| 1 | much as they wanted at that time; correct? | 12:17 |
| 2 | A.    I don't know if that's a fair statement, | 12:17 |
| 3 | as much as they wanted.  They did random | 12:17 |
| 4 | sampling.  From what I understand, again I've just | 12:18 |
| 5 | recently been exposed to this program that it's a | 12:18 |
| 6 | random sampling, statistical sampling, and it is | 12:18 |
| 7 | in a lot of product. | 12:18 |
| 8 | Q.    Well, they could have -- they could have | 12:18 |
| 9 | tested all 200 of the tablets that they secured; | 12:18 |
| 10 | correct? | 12:18 |
| 11 | A.    They could have, but they didn't. | 12:18 |
| 12 | Q.    Right. | 12:18 |
| 13 | A.    Which is problematic if you're looking | 12:18 |
| 14 | for specific things, so... | 12:18 |
| 15 | Q.    Do you assume that the FDA visually | 12:18 |
| 16 | inspected the 200 tablets that they did take | 12:18 |
| 17 | before they chose the ones to chemically test? | 12:18 |
| 18 | A.    If their methods say they did, then they | 12:18 |
| 19 | did.  I'm not sure what's in here as far as the | 12:18 |
| 20 | method goes.  You realize that an analytical | 12:18 |
| 21 | method, if it's for assay, people if they're in a | 12:18 |
| 22 | hurry in particular don't necessarily take a look | 12:18 |
| 23 | at the dosage forms. | 12:18 |
| 24 | If the spec says, visual -- you know, I forget | 12:18 |
| 25 | the term right off the top of my head now, you | 12:19 |

PLAINTIFFS' EXHIBITS 001334

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 111

| | | |
|---|---|---|
| 1 | know, description. Then they sit down and they'll | 12:19 |
| 2 | do a description and purposely look at it. | 12:19 |
| 3 | It's a problem when you're in a high-volume | 12:19 |
| 4 | laboratory of people not actually looking at the | 12:19 |
| 5 | dosage form and doing the test. I've had problems | 12:19 |
| 6 | with it in my own people. | 12:19 |
| 7 | Q. Do you know anything about how | 12:19 |
| 8 | high-volume the 484 program is? | 12:19 |
| 9 | A. No. | 12:19 |
| 10 | Q. And you don't know how carefully they | 12:19 |
| 11 | looked at these tablets for size, weight, overall | 12:19 |
| 12 | -- | 12:19 |
| 13 | A. I don't have -- | 12:19 |
| 14 | Q. -- aside from the ones they tested. | 12:19 |
| 15 | A. I don't have their methods, I don't have | 12:19 |
| 16 | their notebooks, and I'm not in their facility. | 12:19 |
| 17 | Q. All right. | 12:19 |
| 18 | So Exhibit 25, had you ever seen this 484 | 12:19 |
| 19 | before the other day? | 12:19 |
| 20 | A. I didn't see any 484-related | 12:19 |
| 21 | documentations prior to the other day. | 12:19 |
| 22 | Q. All right. So this is another instance | 12:19 |
| 23 | where the FDA went out, sampled Digitek, tested it | 12:19 |
| 24 | in whatever manner they did, and found it to be | 12:20 |
| 25 | within compliance with the specs. | 12:20 |

PLAINTIFFS' EXHIBITS 001335

David Bliesner, Ph.D.          Videotaped          January 25, 2011

                                                    Page 112

1        Do you have any reason to disagree with that?    12:20

2        A.    If that's what the document says, I --     12:20

3    no.                                                  12:20

4        Q.    Okay.  Do you think it's significant       12:20

5    that FDA once again found Digitek within specs       12:20

6    when they tested it?                                 12:20

7        A.    No, I don't.  When you look at the sheer   12:20

8    number of tablets that have been produced here, a    12:20

9    random sampling of certain lots at certain times     12:20

10   doesn't necessarily show you that there's bad        12:20

11   product out or not bad product out on the market.    12:20

12       Q.    And it doesn't show you that there is;     12:20

13   correct?                                             12:20

14       A.    I agree.                                   12:20

15       Q.    All right.  Had you seen Exhibit 26        12:20

16   before the other day?                                12:20

17       A.    Same thing.  This is part of a 484.        12:20

18       Q.    So once again it's FDA testing of          12:20

19   Digitek, finding it to be within compliance.  Do     12:20

20   you think that's significant?                        12:20

21       A.    Finding the samples they tested to be      12:20

22   within compliance?                                   12:20

23       Q.    Correct.                                   12:20

24       A.    Uh-huh.                                    12:20

25       Q.    Is it significant?                         12:20

PLAINTIFFS' EXHIBITS 001336

Page 113

```
 1      A.    Again, the point being if this is not      12:21
 2  a -- nobody's ever tested -- we wouldn't even be     12:21
 3  having this conversation if somebody had taken the   12:21
 4  tablets that they found that were thick or thin      12:21
 5  and tested them and proved it wasn't a problem       12:21
 6  because then you'd know for sure that that -- that   12:21
 7  it's a problem.  And nobody's done that.  That's     12:21
 8  what really nagged at me through this whole thing.   12:21
 9      Q.    Does it nag at you at all that nobody in   12:21
10  the course of your engagement in this has shown      12:21
11  you a double-thick tablet that was actually in the   12:21
12  hands of a consumer?                                 12:21
13      A.    Yeah, I'm not sure --                      12:21
14          MR. MORIARTY:  Read that back.               12:21
15          THE WITNESS:  Yes, please.                   12:21
16          (Whereupon, the testimony was read back      12:22
17  by the court reporter, as recorded above)            12:22
18          THE WITNESS:  Not as much, no.               12:22
19  BY MR. MORIARTY:                                     12:22
20      Q.    So --                                      12:22
21      A.    It's --                                    12:22
22      Q.    Go ahead.  Mike will get mad at me if I    12:22
23  cut you off.                                         12:22
24          MR. KERENSKY:  That's right.                 12:22
25          THE WITNESS:  I'm not an MD.  From what      12:22
```

PLAINTIFFS' EXHIBITS 001337

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 114

| | | |
|---|---|---|
| 1 | I've read in this case, this medication is | 12:22 |
| 2 | frequently given to people who have heart | 12:22 |
| 3 | problems and therefore are older.  In my | 12:22 |
| 4 | experience working with the generic industry, | 12:22 |
| 5 | one of the things that they try to do is to | 12:22 |
| 6 | make a dosage form very distinct and stand out | 12:22 |
| 7 | as much as possible so elderly people won't | 12:22 |
| 8 | confuse medication. | 12:22 |
| 9 | So I think it's very probable that an | 12:22 |
| 10 | elderly person could have taken a double-thick | 12:22 |
| 11 | tablet and not know about it.  There's such | 12:22 |
| 12 | trust in this country for what you buy from a | 12:23 |
| 13 | prescription pharmaceutical.  You put it in | 12:23 |
| 14 | your mouth, you don't even think about it. | 12:23 |
| 15 | Heck, my wife is only 52 years old and | 12:23 |
| 16 | she looks at her medicine case and she can't | 12:23 |
| 17 | tell what she's taking if she doesn't have her | 12:23 |
| 18 | glasses on. | 12:23 |
| 19 | So if it got out there -- and we know | 12:23 |
| 20 | stuff's been out there -- and it was in | 12:23 |
| 21 | somebody's medicine cabinet in their house, | 12:23 |
| 22 | and they took it and not seen it, I think | 12:23 |
| 23 | that's probable if it was there. | 12:23 |
| 24 | BY MR. MORIARTY: | 12:23 |
| 25 | Q.    Okay.  Probable.  In other words more | 12:23 |

PLAINTIFFS' EXHIBITS 001338

|    |                                                  | Page 115 |
|----|--------------------------------------------------|----------|
| 1  | likely than not?                                 | 12:23    |
| 2  | A.    I think that it's more likely than not      | 12:23    |
| 3  | if they had a double-thick tablet that somebody   | 12:23    |
| 4  | has taken them.                                   | 12:23    |
| 5  | Q.    If they had a double-thick tablet.          | 12:23    |
| 6  | A.    We know --                                  | 12:23    |
| 7  | Q.    But you don't know whether it's probable    | 12:23    |
| 8  | that anybody got one; right?                      | 12:23    |
| 9  | A.    I don't agree with that statement.          | 12:23    |
| 10 | Q.    Okay, then show me the data.  We have       | 12:23    |
| 11 | thousands of lawsuits, dozens and dozens of       | 12:23    |
| 12 | lawyers, TV advertising, nationwide recall,       | 12:23    |
| 13 | everybody's focusing on Digitek.  They could pour | 12:23    |
| 14 | them out on table in their lawyers' offices, but  | 12:24    |
| 15 | no one has shown you one; okay?                   | 12:24    |
| 16 | Are you telling me that they ate them all by      | 12:24    |
| 17 | coincidence?  Is that what you're going to tell a | 12:24    |
| 18 | jury, yes or no?                                  | 12:24    |
| 19 | A.    That they ate them all?                     | 12:24    |
| 20 | Q.    Consumed them all.                          | 12:24    |
| 21 | A.    I don't think they necessarily consumed     | 12:24    |
| 22 | them all.  I think they might have been thrown out| 12:24    |
| 23 | or disposed on top of it all.                     | 12:24    |
| 24 | Q.    Might have been; okay.                      | 12:24    |
| 25 | Are you going to tell a jury -- are you going     | 12:24    |

PLAINTIFFS' EXHIBITS 001339

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|   |   | Page 116 |
|---|---|---|
| 1 | to tell a jury in this case that it is sheer | 12:24 |
| 2 | coincidence that my client made enough | 12:24 |
| 3 | double-thick Digitek to harm consumers but that | 12:24 |
| 4 | that could not have been detected by Actavis, | 12:24 |
| 5 | Mylan, UDL, pharmacists, or consumers.  Is that | 12:25 |
| 6 | what you're going to tell the jury? | 12:25 |
| 7 | A.    I think that there's enough evidence | 12:25 |
| 8 | here based on failures, systemic chronic failures | 12:25 |
| 9 | of the quality system that product made it to | 12:25 |
| 10 | market -- and we know that it did in at least a | 12:25 |
| 11 | couple of circumstances with respect to | 12:25 |
| 12 | pharmacists' reports.  And that out of sheer | 12:25 |
| 13 | volume of tablets produced that it got to the | 12:25 |
| 14 | consumer and somebody took it and got hurt. | 12:25 |
| 15 | Q.    All right.  So you have one tablet in | 12:25 |
| 16 | 2004 and one -- if you believe that report in | 12:25 |
| 17 | 2008 -- out of somewhere close to a billion | 12:25 |
| 18 | Digitek tablets; right?  That's all that you know | 12:25 |
| 19 | about; is that right?  Yes or no. | 12:25 |
| 20 | A.    Say that again, please. | 12:26 |
| 21 | Q.    You have one report of a tablet in 2004 | 12:26 |
| 22 | that was actually measured.  You have a report | 12:26 |
| 23 | maybe by somebody with the initials CSC after | 12:26 |
| 24 | their name, looking at a blister pack, seeing a | 12:26 |
| 25 | tablet in there that might have been | 12:26 |

Page 117

| | |
|---|---|
| 1 | double-thick.  That's two tablets between 2004 and | 12:26 |
| 2 | 2008 out of close to a billion that were made and | 12:26 |
| 3 | distributed. | 12:26 |
| 4 | Is that all the evidence that you have that | 12:26 |
| 5 | double-thick Digitek made it to the hands of | 12:26 |
| 6 | pharmacists or consumers? | 12:26 |
| 7 | A.    With the data I've reviewed to this | 12:26 |
| 8 | point, yes. | 12:26 |
| 9 | Q.    Okay.  So let me ask my question again. | 12:26 |
| 10 | A.    Okay. | 12:26 |
| 11 | Q.    Are you going to tell a jury that it is | 12:26 |
| 12 | a -- that my client made enough | 12:26 |
| 13 | out-of-specification Digitek to harm consumers but | 12:26 |
| 14 | not enough to be detected by in-process, finished | 12:27 |
| 15 | process testing at Actavis, any testing that | 12:27 |
| 16 | Mylan, UDL did, and also escaped the detection of | 12:27 |
| 17 | pharmacists and the FDA and the consumers | 12:27 |
| 18 | themselves? | 12:27 |
| 19 | Is that what you're going to tell the jury, | 12:27 |
| 20 | yes or no? | 12:27 |
| 21 | A.    Yes.  But I think there's enough | 12:27 |
| 22 | information here to throw substantial doubt.  I'll | 12:27 |
| 23 | answer this question, too.  I've been in this | 12:27 |
| 24 | industry since 1992 and consulting for about 12 | 12:27 |
| 25 | years now and at about day two in reviewing these | 12:27 |

PLAINTIFFS' EXHIBITS 001341

Page 118

| | | |
|---|---|---|
| 1 | documents, especially with respect to the EIRs, | 12:27 |
| 2 | this is the first time I went up to my medicine | 12:27 |
| 3 | cabinet and I looked for anything that had an | 12:28 |
| 4 | Actavis label on it and flushed it down the toilet | 12:28 |
| 5 | because it is that gross in terms of what I was | 12:28 |
| 6 | seeing. | 12:28 |
| 7 |          MS. DONAHUE:  Objection.  Move to | 12:28 |
| 8 |     strike.  Non-responsive. | 12:28 |
| 9 |          MR. MORIARTY:  Are you done? | 12:28 |
| 10 |          THE VIDEOGRAPHER:  Five minutes. | 12:28 |
| 11 | BY MR. MORIARTY: | 12:28 |
| 12 |     Q.   Are you done with that answer? | 12:28 |
| 13 |     A.    For now, yes. | 12:28 |
| 14 |          MR. MORIARTY:  Move to strike. | 12:28 |
| 15 | BY MR. MORIARTY: | 12:28 |
| 16 |     Q.   Here's Exhibit 27.  Did you ever see it | 12:28 |
| 17 | before the other day? | 12:28 |
| 18 |     A.    No, and I'm not sure if I saw this one | 12:28 |
| 19 | for sure.  I just -- I said before, the 484 stuff | 12:28 |
| 20 | I have never saw before. | 12:28 |
| 21 |     Q.   Have you ever seen 28 before today -- | 12:28 |
| 22 | before the other day, excuse me -- Exhibit 28? | 12:28 |
| 23 |     A.    No. | 12:28 |
| 24 |     Q.   Have you ever seen Exhibit 29 before the | 12:28 |
| 25 | other day? | 12:28 |

PLAINTIFFS' EXHIBITS 001342

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                   Page 119
 1      A.    Before the other day, no, that I know      12:28
 2   of.                                                  12:28
 3      Q.    Have you ever seen Exhibit 30 before the    12:28
 4   other day?                                           12:29
 5      A.    No.                                         12:29
 6      Q.    Have you ever seen Exhibit 31 before the    12:29
 7   other day?                                           12:29
 8      A.    As I said before, anything related to       12:29
 9   the 484 program I didn't have until yesterday.       12:29
10      Q.    So then I assume the answer is the same     12:29
11   to 32, 33, and 34, all of which are additional       12:29
12   484s done by the FDA, testing my client's product    12:29
13   and finding it to be within its specifications.      12:29
14      A.    For these particular lots and these         12:29
15   particular samples.                                  12:29
16      Q.    Have you ever seen an FDA report where      12:29
17   they verified that a double-thick tablet made it     12:29
18   to the marketplace in 2005, 6, 7, or 8?              12:29
19      A.    In the documents I reviewed, no.            12:30
20           MR. MORIARTY:  How many minutes?             12:30
21           THE VIDEOGRAPHER:  We have three.            12:30
22           MR. MORIARTY:  Let's just take our lunch     12:30
23      break now.                                        12:30
24           THE VIDEOGRAPHER:  The time is               12:30
25      12:31 p.m.  We're going off the record            12:30
```

PLAINTIFFS' EXHIBITS 001343

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  |  |
|---|---|---|
|  |  | Page 120 |
| 1 | briefly. | 12:30 |
| 2 | (Lunch break) | 01:09 |
| 3 | THE VIDEOGRAPHER:  The time is now | 01:09 |
| 4 | 1:12 p.m.  We are back on record.  This is the | 01:10 |
| 5 | beginning of tape four. | 01:10 |
| 6 | BY MR. MORIARTY: | 01:10 |
| 7 | Q.   One of the things that you were going to | 01:10 |
| 8 | do at the lunch break is find the reference to the | 01:10 |
| 9 | 1,300 extra thick tablets.  Did you find it? | 01:10 |
| 10 | A.   Meghan found it and she left.  So... | 01:10 |
| 11 | MR. KERENSKY:  Let me call her. | 01:10 |
| 12 | MR. MORIARTY:  She found it and didn't | 01:10 |
| 13 | give it to you? | 01:10 |
| 14 | MR. KERENSKY:  She said she had it in | 01:10 |
| 15 | hand. | 01:10 |
| 16 | MR. MORIARTY:  Okay. | 01:10 |
| 17 | MR. KERENSKY:  Let's keep going and I | 01:10 |
| 18 | will see if I have -- | 01:10 |
| 19 | MR. FITZPATRICK:  Here is what Meghan was | 01:10 |
| 20 | talking about.  It's in your report.  This is | 01:10 |
| 21 | what she's talking about. | 01:10 |
| 22 | THE WITNESS:  Right.  A-11, yeah. | 01:10 |
| 23 | MR. MORIARTY:  Can somebody clue me in? | 01:10 |
| 24 | THE WITNESS:  A-11. | 01:10 |
| 25 | MR. FITZPATRICK:  No. | 01:10 |

PLAINTIFFS' EXHIBITS 001344

Page 121

| | | |
|---|---|---|
| 1 | BY MR. MORIARTY: | 01:11 |
| 2 | Q. A-11 is the reference which in your | 01:11 |
| 3 | index says FDA form 483, observation from | 01:11 |
| 4 | inspections spanning October 29 to November 2001; | 01:11 |
| 5 | correct? | 01:11 |
| 6 | A. That's what it says in the report, yes. | 01:11 |
| 7 | Q. And it has to do with -- | 01:11 |
| 8 | A. Here we go. | 01:11 |
| 9 | Q. And it has to do with thin tablets | 01:11 |
| 10 | observed by packaging personnel and they visually | 01:11 |
| 11 | inspected and rejected 1,600 tablets; is that | 01:11 |
| 12 | right? | 01:11 |
| 13 | A. During packaging, 1,600 tablets, yes. | 01:11 |
| 14 | Q. Thin? | 01:11 |
| 15 | A. Thin, short weight. | 01:11 |
| 16 | Q. Well, first of all, I know we covered | 01:11 |
| 17 | this earlier, but these aren't tablets that were | 01:11 |
| 18 | even close to the recall period; correct? | 01:12 |
| 19 | A. The recall was in? | 01:12 |
| 20 | Q. The recall was in April of '08. | 01:12 |
| 21 | A. Okay. | 01:12 |
| 22 | Q. For tablets going back about two years. | 01:12 |
| 23 | A. Yes. | 01:12 |
| 24 | Q. So this isn't even close to the recall | 01:12 |
| 25 | period; right? | 01:12 |

PLAINTIFFS' EXHIBITS 001345

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                   Page 122
 1      A.    No.                                   01:12
 2      Q.    And this isn't -- this 483 that you're 01:12
 3   referring to -- your A-11 -- reference, isn't  01:12
 4   about thin tablets that made it out of the plant 01:12
 5   and to consumers; correct?                     01:12
 6      A.    This specifically has to do with their 01:12
 7   process and procedure for detecting these types of 01:12
 8   tablets.                                        01:12
 9      Q.    Which --                               01:12
10      A.    The observation.                       01:12
11      Q.    Which they detected and rejected;      01:12
12   correct?                                        01:12
13      A.    Those specific ones, but as the        01:12
14   observation says here, there's no assurance that 01:12
15   this was taken care of properly and it could have 01:12
16   expanded.                                       01:13
17      Q.    Did you ever see any report from any   01:13
18   document -- FDA or a company -- to indicate that 01:13
19   there were thin tablets in the hands of         01:13
20   pharmacists or consumers in 2001 or 2002?       01:13
21      A.    Perhaps.                               01:13
22          MR. MORIARTY:  Go off the video record,  01:13
23      please.                                      01:13
24          THE VIDEOGRAPHER:  The time is now       01:13
25      1:16 p.m. and we're going off the record     01:13
```

PLAINTIFFS' EXHIBITS 001346

David Bliesner, Ph.D.              Videotaped              January 25, 2011

|  |  | Page 123 |
|---|---|---|
| 1 | briefly. | 01:13 |
| 2 | (Short break) | 01:14 |
| 3 | (The following questions are not on the video | 01:14 |
| 4 | record but were recorded by the court reporter) | 01:14 |
| 5 | THE WITNESS:  Comes back to a recall in | 01:14 |
| 6 | 1990 Class II, due to thickness. | 01:14 |
| 7 | BY MR. M0ORIARTY: | 01:14 |
| 8 | Q.    Dr. Bliesner, I'm asking about your A-11 | 01:14 |
| 9 | reference, the rejection of 1,600 thin tablets in | 01:14 |
| 10 | 2001. | 01:14 |
| 11 | A.    Yes | 01:14 |
| 12 | Q.    And my question was, was there any | 01:14 |
| 13 | evidence that thin tablets made it to pharmacists | 01:14 |
| 14 | or consumers in 2001 or 2002? | 01:14 |
| 15 | A.    In 2002?  I'm sorry.  I didn't hear the | 01:14 |
| 16 | dates on it.  I thought you said ever.  And ever | 01:14 |
| 17 | was is that, yes, there was a recall for thin | 01:14 |
| 18 | tablets back in 1990 for the same company that's | 01:14 |
| 19 | making this stuff now. | 01:14 |
| 20 | Q.    My question was have you got any | 01:14 |
| 21 | evidence that thin tablets were in the hands of | 01:14 |
| 22 | consumers in 2001 or 2002 as a follow-up to this | 01:14 |
| 23 | 483 that you referred to as A-11? | 01:15 |
| 24 | A.    I haven't seen a documentation for 2002, | 01:15 |
| 25 | just this one. | 01:15 |

PLAINTIFFS' EXHIBITS 001347

Page 124

1    Q.    Do you have some documentation that thin          01:15
2  tablets were in the hands of pharmacists and             01:15
3  consumers when they did that recall in 1990 that         01:15
4  you were just talking about?                             01:15
5    A.    I don't have any documents to support            01:15
6  that.  Just what was given to me.                        01:15
7    Q.    So you don't have some reference to              01:15
8  1,300 super- or double-thick tablets anywhere?           01:15
9    A.    I misspoke.  It was the 1,600.                   01:15
10   Q.    All right.  No, but I'm talking about 13          01:15
11 or 1,600 extra-thick tablets in '05, '06, '07 or         01:15
12 '08.                                                      01:16
13   A.    No.                                              01:16
14   Q.    Okay.  This is Exhibit 35.  Have you             01:16
15 seen this?  Did you see this ever -- and if so,          01:16
16 when?                                                    01:16
17   A.    This may be part of the document set             01:16
18 that was given to me yesterday along with the 484        01:16
19 stuff.                                                   01:16
20   Q.    Well, did you look at it?                        01:16
21   A.    If it's part of that set -- which I can          01:16
22 check -- the answer would be yes.  I'll check.           01:16
23   Q.    Watch out.  The screen is on the back of         01:17
24 your chair.  Are you looking for the document            01:17
25 itself or a list?                                        01:17

PLAINTIFFS' EXHIBITS 001348

David Bliesner, Ph.D.        Videotaped        January 25, 2011

```
                                              Page 125
 1     A.    No, the document itself.            01:17
 2     Q.    Bring them all over.                01:17
 3     A.    All right.                          01:17
 4     Q.    Because I've got plenty to ask you  01:17
 5   about.                                      01:17
 6     A.    Okay.                               01:17
 7          THE VIDEOGRAPHER:  Just so we're clear, 01:17
 8     we're still off the video record.         01:17
 9          MR. MORIARTY:  You mean I asked him that 01:17
10     whole sequence of questions about the 1,300 01:17
11     tablets and I wasn't on the video?        01:17
12          THE VIDEOGRAPHER:  Yes.              01:18
13          MR. MORIARTY:  You got it?           01:18
14          THE COURT REPORTER:  Yes, I did.     01:18
15          (Back on the video record)          01:18
16   BY MR. MORIARTY:                            01:18
17     Q.    Okay.  And this is -- UDL or Mylan  01:18
18   subcontracted with Celsis Analytical Services to 01:18
19   test three samples from three batches of Digitek; 01:18
20   correct?                                    01:18
21     A.    Yes, there's Digitek 250, Digitek 250, 01:18
22   Digitek 125.                                01:18
23     Q.    And did you read --                 01:18
24     A.    Different ones.                      01:18
25     Q.    Did you read in here that the Digitek 01:18
```

PLAINTIFFS' EXHIBITS 001349

Page 126

| | | |
|---|---|---|
| 1 | samples that they tested passed all the tests to | 01:19 |
| 2 | which they subjected it?  Would you like the Bates | 01:19 |
| 3 | page numbers?  The first one, 11687.  Do you see | 01:19 |
| 4 | that? | 01:19 |
| 5 | A.    Assay and dissolution; right?  Are you | 01:19 |
| 6 | speaking to me? | 01:19 |
| 7 | Q.    Yes. | 01:19 |
| 8 | A.    I'm looking at the document. | 01:19 |
| 9 | Q.    I'm giving you the page number to look | 01:19 |
| 10 | at. | 01:19 |
| 11 | A.    I'm sorry.  I didn't understand that. | 01:19 |
| 12 | Q.    11687. | 01:19 |
| 13 | A.    11687; okay. | 01:19 |
| 14 | Q.    And it -- this particular batch, they | 01:19 |
| 15 | ran it assay and a dissolution; correct? | 01:19 |
| 16 | A.    Right. | 01:19 |
| 17 | Q.    And it conformed to both. | 01:19 |
| 18 | A.    Right.  I was looking at the results | 01:19 |
| 19 | over here with respect to the certificate of | 01:19 |
| 20 | analysis, which has a summary of it all on the | 01:20 |
| 21 | previous page. | 01:20 |
| 22 | Q.    Next page, 11719.  Are you there? | 01:20 |
| 23 | A.    No, I'm not.  And this is the one with | 01:20 |
| 24 | the ugly chromatography.  Makes you kind of | 01:20 |
| 25 | question the results a little bit. | 01:20 |

PLAINTIFFS' EXHIBITS 001350

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 127

```
 1     Q.    So you have --                            01:20
 2           MS. DONAHUE:  Move to strike.             01:20
 3   BY MR. MORIARTY:                                  01:20
 4     Q.    You have a problem with the               01:20
 5   chromatography from both Celsis and FDA?          01:20
 6     A.    I don't recall.                           01:20
 7     Q.    Because we were talking about FDA         01:20
 8   before.                                           01:20
 9     A.    Before, yes.  This -- just looking at     01:20
10   this, the chromatography is a little bit suspect. 01:20
11     Q.    So you have suspect chromatography from   01:20
12   FDA and Celsis?                                   01:20
13     A.    I didn't say that about the FDA.          01:20
14     Q.    Yes, you did.  That's what we were        01:20
15   talking about was a 484 from FDA.                 01:20
16     A.    Right.  And we didn't specifically talk   01:20
17   about chromatography.                             01:20
18     Q.    Okay.  The record will say what the       01:20
19   record says.                                      01:20
20     A.    Okay.                                     01:20
21     Q.    C11719.  This batch tested for again      01:20
22   assay and dissolution.  It conformed to both.     01:21
23     A.    I'm actually looking at the certificates  01:21
24   of analysis, which are a better summary, which is 01:21
25   in the pages before.                              01:21
```

PLAINTIFFS' EXHIBITS 001351

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 128

| | | |
|---|---|---|
| 1 | Q. But the certificate of analysis comes | 01:21 |
| 2 | from Actavis, does it not? | 01:21 |
| 3 | A. No, I'm pretty sure that this is a | 01:21 |
| 4 | summary of the certificate of analysis from -- | 01:21 |
| 5 | perhaps not. Let's see. | 01:21 |
| 6 | Q. What page are you looking at? | 01:21 |
| 7 | A. The previous page. 11718. | 01:21 |
| 8 | Q. Doesn't it says Actavis Totowa, LLC, | 01:21 |
| 9 | right at the top? | 01:21 |
| 10 | A. Yeah. That doesn't necessarily mean | 01:21 |
| 11 | that that's Actavis's data. Let's see. Is it | 01:21 |
| 12 | their C of A.? You can't just assume it. | 01:21 |
| 13 | Sometimes labs put the client's name at the top of | 01:21 |
| 14 | the documents, so... | 01:21 |
| 15 | Q. Look at 11719, which is Celsis' report | 01:21 |
| 16 | of analysis. | 01:22 |
| 17 | A. Okay. | 01:22 |
| 18 | Q. Did the Digitek conform to the two tests | 01:22 |
| 19 | to which they subjected it? | 01:22 |
| 20 | A. Let's see. Conforms, yes, for assay and | 01:22 |
| 21 | dissolution. | 01:22 |
| 22 | Q. Let's go to page 11748, the report of | 01:22 |
| 23 | analysis from the third batch that they tested. | 01:22 |
| 24 | Did it pass assay and dissolution? | 01:22 |
| 25 | A. Yes, for the samples they tested. | 01:22 |

PLAINTIFFS' EXHIBITS 001352

David Bliesner, Ph.D.　　　　Videotaped　　　　January 25, 2011

Page 129

| | | |
|---|---|---|
| 1 | Q. Was Exhibit 69 among the materials that | 01:22 |
| 2 | the Plaintiffs' lawyers supplied you the other | 01:23 |
| 3 | day. Does it look familiar? | 01:23 |
| 4 | A. I -- to tell you truth, I can't -- I'm | 01:23 |
| 5 | looking at so many different documents. To make a | 01:23 |
| 6 | statement that I've looked at this, it's just not | 01:23 |
| 7 | possible. And many of these documents I looked at | 01:23 |
| 8 | six months ago, didn't even come close to | 01:23 |
| 9 | reviewing it until two days ago. So you'll have | 01:23 |
| 10 | to bear with me. I apologize. Yes. | 01:23 |
| 11 | Q. So you had it to review? | 01:24 |
| 12 | A. I did. | 01:24 |
| 13 | Q. And they received this Digitek in April | 01:24 |
| 14 | of 2008 right before the recall; correct? First | 01:24 |
| 15 | page, right at the top. Date received. | 01:24 |
| 16 | Do you see that? | 01:24 |
| 17 | A. I do. I'm looking at the receiving | 01:24 |
| 18 | inspection form instead, which I trust more than | 01:24 |
| 19 | the electronic printout. Okay. They inspected it | 01:24 |
| 20 | in April 2008, yes. | 01:24 |
| 21 | Q. And if you go back to page 7655? | 01:24 |
| 22 | A. Uh-huh. | 01:24 |
| 23 | Q. They measured 20 Digitek tablets, didn't | 01:24 |
| 24 | they? | 01:25 |
| 25 | A. Uh-huh. | 01:25 |

PLAINTIFFS' EXHIBITS 001353

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 130

| | | |
|---|---|---|
| 1 | Q.    And they were all within the specs, | 01:25 |
| 2 | weren't they? | 01:25 |
| 3 | A.    For the 20 they measured, yes. | 01:25 |
| 4 | Q.    Does it appear to you that they | 01:25 |
| 5 | subjected it to any additional analysis? | 01:25 |
| 6 | A.    Based on what document? | 01:25 |
| 7 | Q.    Well, the one in front of you, Exhibit | 01:25 |
| 8 | 69. | 01:25 |
| 9 | A.    Okay. | 01:25 |
| 10 | Q.    It doesn't appear to you that they did | 01:26 |
| 11 | assay or dissolution; correct? | 01:26 |
| 12 | A.    I'm looking. | 01:26 |
| 13 | Q.    Just from skimming through, do you see | 01:27 |
| 14 | any assay? | 01:27 |
| 15 | A.    Yeah, I do.  That's why I'm taking my | 01:27 |
| 16 | time.  Because it look like they're making an | 01:27 |
| 17 | assay. | 01:27 |
| 18 | Q.    Are you looking at the certificate of | 01:27 |
| 19 | analysis or -- | 01:27 |
| 20 | A.    No, I'm not.  I'm looking at this letter | 01:27 |
| 21 | here and I'm trying to determine.  It's very | 01:27 |
| 22 | difficult to look at somebody else's testing and | 01:27 |
| 23 | control documents because they're not all the | 01:27 |
| 24 | same. | 01:27 |
| 25 | Q.    And what page are you looking at? | 01:27 |

David Bliesner, Ph.D.          Videotaped          January 25, 2011

                                                        Page 131

 1      A.    I'm looking at 7656, the Mylan quality        01:27

 2   assurance assay result.  We acknowledge the assay     01:27

 3   result is outside UDL's parameter, which is           01:27

 4   interesting.  So UDL tested it and it was out --       01:27

 5   for assay and it was outside their parameters.        01:27

 6      Q.    Was it outside the ANDA FDA-approved          01:27

 7   United States pharmacopeia specifications?            01:27

 8      A.    I don't know.                                 01:27

 9      Q.    Do you know what the USP specs are?           01:27

10      A.    I don't have the USP in front of me,          01:27

11   yes.                                                   01:27

12      Q.    If you assume that it was 90 to 105           01:27

13   percent, then this would be within the specs;         01:27

14   correct?                                               01:28

15      A.    I'm not going to assume anything.             01:28

16          MR. KERENSKY:  He's allowed to ask you         01:28

17      that type of question.                              01:28

18          THE WITNESS:  Yeah, but...                      01:28

19          MR. KERENSKY:  If that's the true spec.         01:28

20      Is that what they found?                            01:28

21          THE WITNESS:  What did you say was the          01:28

22      true spec to be?                                    01:28

23   BY MR. MORIARTY:                                       01:28

24      Q.    90 to 105 percent?                            01:28

25      A.    90 to 105?  If that assay limit is 97.4,      01:28

PLAINTIFFS' EXHIBITS 001355

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 132

| | | |
|---|---|---|
| 1 | then it does fall within that -- if that's the | 01:28 |
| 2 | case.  But it doesn't fit UDL's one. | 01:28 |
| 3 | Q.    Do you know whether people have | 01:28 |
| 4 | testified in this case that UDL's specs are | 01:28 |
| 5 | tighter than the ANDA FDA-approved USP specs? | 01:28 |
| 6 | Simple question.  Do you know anybody who | 01:28 |
| 7 | testified to that? | 01:28 |
| 8 | A.    I know it's a simple question.  I'm just | 01:28 |
| 9 | trying to remember the documents that I reviewed, | 01:28 |
| 10 | as to whether in fact there is a statement to the | 01:28 |
| 11 | effect that there is a tighter spec.  As far as | 01:28 |
| 12 | testifying goes, not that I know of. | 01:28 |
| 13 | MR. KERENSKY:  Very good.  That's all | 01:29 |
| 14 | he's asking you. | 01:29 |
| 15 | THE WITNESS:  Okay, okay. | 01:29 |
| 16 | MR. MORIARTY:  Exhibit 70.  This is a UDL | 01:29 |
| 17 | analysis documents for another batch of | 01:29 |
| 18 | Digitek they received in February of 2008. | 01:29 |
| 19 | THE WITNESS:  Okay.  Assuming the date | 01:29 |
| 20 | format 3/5/08 is February, yes.  Or March | 01:29 |
| 21 | rather. | 01:29 |
| 22 | BY MR. MORIARTY: | 01:29 |
| 23 | Q.    So at page 7671, did they measure 20 | 01:29 |
| 24 | more Digitek tablets? | 01:29 |
| 25 | A.    It appears they did, yes. | 01:29 |

PLAINTIFFS' EXHIBITS 001356

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                    Page 133
 1      Q.    And were they all within the specs as      01:29
 2   far as you know?                                     01:29
 3      A.    It's a good point.  I don't know if I       01:30
 4   have the written specs here to do that, but          01:30
 5   assuming that the range is appropriate as stated     01:30
 6   on here, then, yes.  I don't have the spec sheet.    01:30
 7   I don't think it's here, is it?  C of A.  Let's      01:30
 8   see.  No.  It's a good point.  What spec are they    01:30
 9   using?                                               01:30
10      Q.    Well, the ANDA -- the FDA would have        01:30
11   approved a thickness range in the ANDA; correct?     01:30
12      A.    Correct.  And but the key being here is,    01:30
13   is that we don't know what UDL specs they're         01:30
14   referring to, what the spec is.                      01:30
15      Q.    My question is whether it's passing the     01:30
16   FDA-approved USP specs.                              01:30
17      A.    I don't know.                               01:31
18      Q.    Okay.                                       01:31
19      A.    It's not here.                              01:31
20      Q.    So now I've asked you about a number of     01:31
21   FDA 484s and I've started to ask you about these     01:31
22   UDL and Celsis lab documents.  Do you know how       01:31
23   many of the batches that have been tested in the     01:31
24   documents that I've asked you about so far are       01:31
25   among the recalled batches?                          01:31
```

PLAINTIFFS' EXHIBITS 001357

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 134 |
|---|---|---|
| 1 | A. No, I don't know that number. | 01:31 |
| 2 | Q. This is Exhibit 71. Was it among the | 01:31 |
| 3 | materials that you reviewed in the last few days? | 01:31 |
| 4 | A. Yes. | 01:31 |
| 5 | Q. At page -- this is a Digitek batch | 01:31 |
| 6 | received at UDL in January in January of 2008; | 01:31 |
| 7 | correct? | 01:32 |
| 8 | A. Yes. | 01:32 |
| 9 | Q. And at page 7688 did they measure 20 | 01:32 |
| 10 | more? | 01:32 |
| 11 | A. Yes. | 01:32 |
| 12 | Q. Is there any indication in this document | 01:32 |
| 13 | at all that any of them were outside the | 01:32 |
| 14 | FDA-approved specifications? | 01:32 |
| 15 | A. Again, I'm not trying to be difficult. | 01:32 |
| 16 | I don't know what the FDA specifications are.  I | 01:32 |
| 17 | have to assume that that's what they're measuring | 01:32 |
| 18 | them against.  There's no spec sheet, there's no | 01:32 |
| 19 | method, there's no nothing. | 01:32 |
| 20 | Q. All right. | 01:32 |
| 21 | A. Chances are if what you're saying is | 01:32 |
| 22 | correct that that UDL has -- you implied that UDL | 01:32 |
| 23 | has a tougher standard, this may be tougher or may | 01:33 |
| 24 | be wider.  I don't know. | 01:33 |
| 25 | Q. Okay. | 01:33 |

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  |  |
|---|---|---|
|  |  | Page 135 |
| 1 | A.    I see the assay was low again, too. | 01:33 |
| 2 | Q.    Is that assay outside the US FDA -- the | 01:33 |
| 3 | United States Food and Drug Administration's | 01:33 |
| 4 | approved specs for this product? | 01:33 |
| 5 | A.    If we go with your statement, what was | 01:33 |
| 6 | it 98 to? | 01:33 |
| 7 | Q.    90 to 105 percent. | 01:33 |
| 8 | A.    90 to 105, yes, then it would fall in | 01:33 |
| 9 | that spec. | 01:33 |
| 10 | Q.    This is Exhibit 72.  Is this a Digitek | 01:33 |
| 11 | batch received by UDL in June of 2007?  You can | 01:33 |
| 12 | just look at the one I gave you.  You don't need | 01:34 |
| 13 | to pull out your own. | 01:34 |
| 14 | A.    All right. | 01:34 |
| 15 | Q.    Is that what this is? | 01:34 |
| 16 | A.    June. | 01:34 |
| 17 | Q.    2007? | 01:34 |
| 18 | A.    Yes. | 01:34 |
| 19 | Q.    Okay.  And at page 5815 I believe it is, | 01:34 |
| 20 | did they measure 20 more? | 01:34 |
| 21 | A.    They did. | 01:34 |
| 22 | Q.    Any indication that any of them are | 01:34 |
| 23 | outside the FDA-approved specs? | 01:34 |
| 24 | A.    Unlike the assay -- perhaps, you know. | 01:34 |
| 25 | Do you know what the thickness that the filed spec | 01:34 |

PLAINTIFFS' EXHIBITS 001359

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 136

| | |
|---|---|
| 1   is?  Because they do point out that it failed | 01:35 |
| 2   UDL's thickness, and we don't know whether it's | 01:35 |
| 3   tighter or wider than -- | 01:35 |
| 4        Q.    We do know because there's been | 01:35 |
| 5   testimony.  Their specs are tighter than the FDA's | 01:35 |
| 6   approved specs. | 01:35 |
| 7        A.    Okay.  Because those -- | 01:35 |
| 8        Q.    Those all passed. | 01:35 |
| 9        A.    They did fail -- four tabs failed | 01:35 |
| 10  thickness here, but the spec that UDL has, they're | 01:35 |
| 11  measuring this right here, that -- that is -- the | 01:35 |
| 12  question here is that is the filed spec, do we | 01:35 |
| 13  know that? | 01:35 |
| 14       Q.    What page? | 01:35 |
| 15       A.    The one you had me look at, 5815 is it? | 01:35 |
| 16       Q.    There is no spec on that page. | 01:35 |
| 17       A.    No. | 01:35 |
| 18       Q.    So my question is just is there any | 01:35 |
| 19  indication in the document that any of the tablets | 01:35 |
| 20  were outside the FDA's approved specs for the | 01:35 |
| 21  product? | 01:36 |
| 22       A.    We can't say that one way or the other | 01:36 |
| 23  because we don't have the USP spec for thickness | 01:36 |
| 24  or the file spec. | 01:36 |
| 25       Q.    You don't know the answer to the | 01:36 |

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 137 |
|---|---|---|
| 1 | question. | 01:36 |
| 2 | A.    I'd know the answer to the question if I | 01:36 |
| 3 | had the spec from the ANDA.  It's not here. | 01:36 |
| 4 | Q.    I'm showing you what has been marked as | 01:36 |
| 5 | Exhibit 73; okay. | 01:36 |
| 6 | A.    Would you like me to check these and see | 01:36 |
| 7 | if I had this before? | 01:36 |
| 8 | Q.    No, sir.  Look at the second page and -- | 01:36 |
| 9 | A.    478969? | 01:37 |
| 10 | Q.    Yes.  Okay.  Do you see the specs for | 01:37 |
| 11 | Actavis and UDL at the top? | 01:37 |
| 12 | A.    I'm looking. | 01:37 |
| 13 | Q.    Do you see that? | 01:37 |
| 14 | A.    I see that. | 01:37 |
| 15 | Q.    Aren't the UDL specs tighter than the | 01:37 |
| 16 | Actavis specs? | 01:37 |
| 17 | A.    The reason I'm hesitating is I'm seeing | 01:37 |
| 18 | how it's written, and I'm trying to make sure that | 01:37 |
| 19 | I got it in the right order.  So please bear with | 01:38 |
| 20 | me.  Actavis has -- on the 250 microgram tablet, | 01:38 |
| 21 | Actavis has narrower limit than UDL has.  On the | 01:38 |
| 22 | upper end, they do as well.  So they're different | 01:38 |
| 23 | and -- tighter is not -- | 01:38 |
| 24 | Q.    Okay.  Let's go back to basic math | 01:38 |
| 25 | here. | 01:38 |

PLAINTIFFS' EXHIBITS 001361

David Bliesner, Ph.D.            Videotaped            January 25, 2011

|  |  |  |
|---|---|---|
|  |  | Page 138 |
| 1 | A. | Yeah. | 01:38 |
| 2 | Q. | If the FDA-approved range for .250 | 01:38 |
| 3 | microgram Digitek is 2.7 millimeters to 3.7. | 01:39 |
| 4 | A. | Right. | 01:39 |
| 5 | Q. | 3.15 to 3.29 -- the UDL spec -- is | 01:39 |
| 6 | tighter? | 01:39 |
| 7 | A. | Broader; right. | 01:39 |
| 8 | Q. | No, actually it's tighter. | 01:39 |
| 9 | A. | The UDL? | 01:39 |
| 10 | Q. | It's narrower.  Isn't 3.15 larger than | 01:39 |
| 11 | 2.7? | 01:39 |
| 12 | A. | Yeah. | 01:39 |
| 13 | Q. | And isn't 3.29 less than 3.7? | 01:39 |
| 14 | A. | The way this is written -- | 01:39 |
| 15 | Q. | Yes or no.  Is -- | 01:39 |
| 16 | A. | No, no, no, no. | 01:39 |
| 17 | Q. | Is 3.29 less than 3.7? | 01:39 |
| 18 | A. | On that one, yes. | 01:39 |
| 19 | Q. | Okay. | 01:39 |
| 20 | A. | But on the other end, it's not. | 01:39 |
| 21 | Q. | 3.15 is -- | 01:39 |
| 22 | A. | Is broader.  You've got a broader range | 01:39 |
| 23 | between those two specs than you do for Actavis. | 01:39 |
| 24 | Q. | Okay.  Tell you what.  Let's look at the | 01:39 |
| 25 | sentence: | 01:39 |

PLAINTIFFS' EXHIBITS 001362

| | |
|---|---|
| 1 | "It should be noted that UDL's tolerances for | 01:39 |
| 2 | creation of blister cavity size are tighter than | 01:40 |
| 3 | the manufacturer's tolerances for thickness and | 01:40 |
| 4 | UDL's maximum tolerance is used during the | 01:40 |
| 5 | creation of blister tubing." | 01:40 |
| 6 | Are you writing on that too?" | 01:40 |
| 7 | A.    No, I'm not. | 01:40 |
| 8 | Q.    Did I read that correctly? | 01:40 |
| 9 | A.    Yes. | 01:40 |
| 10 | Q.    Are you telling me that UDL is wrong? | 01:40 |
| 11 | A.    Okay.  The thickness variance between | 01:40 |
| 12 | 3.7 and 2.7 is 1.0; okay?  If you go 3.29 to | 01:40 |
| 13 | 3.15.  All right.  Okay.  .14.  You're right.  I | 01:40 |
| 14 | just want to make sure. | 01:40 |
| 15 | Q.    Okay.  So, the Actavis specs are -- | 01:40 |
| 16 | FDA-approved that Actavis specs are wider than | 01:40 |
| 17 | UDL's for both doses. | 01:40 |
| 18 | A.    Yes. | 01:40 |
| 19 | Q.    Okay. | 01:40 |
| 20 | A.    Just the range is different. | 01:41 |
| 21 | Q.    Okay.  I'm handing you what has been | 01:41 |
| 22 | marked as Exhibit 83.  This is a correspondence | 01:41 |
| 23 | between UDL and Celsis, is it not, about Digitek | 01:41 |
| 24 | tablets? | 01:41 |
| 25 | A.    This is a report -- what was the | 01:42 |

PLAINTIFFS' EXHIBITS 001363

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 140

| | | |
|---|---|---|
| 1 | question again? | 01:42 |
| 2 | Q.   Is this a communication between UDL and | 01:42 |
| 3 | Celsis about three batches of Digitek that they | 01:42 |
| 4 | were testing for stability.  It's more than three | 01:42 |
| 5 | batches.  Is this what this is about is stability | 01:42 |
| 6 | testing and Digitek? | 01:42 |
| 7 | A.   It appears to be about stability | 01:42 |
| 8 | testing, and I think there is more -- you're | 01:42 |
| 9 | correct on that. | 01:42 |
| 10 | Q.   When you run stability testing, do you | 01:42 |
| 11 | also run assay? | 01:42 |
| 12 | A.   Yes. | 01:42 |
| 13 | Q.   Did the Digitek that they tested in | 01:42 |
| 14 | Exhibit 83 pass all the specs?  Why don't you go | 01:43 |
| 15 | off the video record while we -- | 01:44 |
| 16 | THE VIDEOGRAPHER:  The time is now | 01:44 |
| 17 | 1:47 p.m.  We are going off the video record | 01:44 |
| 18 | briefly. | 01:44 |
| 19 | (Short break.) | 01:47 |
| 20 | THE VIDEOGRAPHER:  The time is now | 01:48 |
| 21 | 1:51 p.m.  We are back on record. | 01:49 |
| 22 | BY MR. MORIARTY: | 01:49 |
| 23 | Q.   Did it pass all the tests to which | 01:49 |
| 24 | Celsis and UDL subjected it for stability and | 01:49 |
| 25 | assay? | 01:49 |

PLAINTIFFS' EXHIBITS 001364

|   |   |   |
|---|---|---|
|   |   | Page 141 |
| 1 | A.    Yes, but it goes to Stage II to | 01:49 |
| 2 | dissolution on a couple, and there's no upper-end | 01:49 |
| 3 | spec on dissolution.  And there's some numbers in | 01:49 |
| 4 | here that if I was running the lab, that I would | 01:49 |
| 5 | question. | 01:49 |
| 6 | Q.    Okay.  So we've now gone through -- and | 01:49 |
| 7 | you didn't look at the batch records to see | 01:49 |
| 8 | Actavis's finished product test results.  And | 01:49 |
| 9 | we've now gone through the 484s and testing done | 01:49 |
| 10 | by other companies outside Actavis; okay? | 01:49 |
| 11 | Do you have any test data to indicate that | 01:49 |
| 12 | Digitek in 2005, 6, 7 or 8 was outside its | 01:49 |
| 13 | specifications test data? | 01:50 |
| 14 | A.    Test data?  I have not seen any testing | 01:50 |
| 15 | data, but nobody had ever tested the double-thick | 01:50 |
| 16 | tablet. | 01:50 |
| 17 | Q.    So can I make the assumption, | 01:50 |
| 18 | Dr. Bliesner, that you are reaching your | 01:50 |
| 19 | conclusions in this case based on FDA 483s, | 01:50 |
| 20 | warning letters, FDA documents like that, as | 01:50 |
| 21 | opposed to actual test data of product? | 01:50 |
| 22 | A.    I'm basing my conclusions not only on | 01:50 |
| 23 | FDA-related documentation but also e-mails, | 01:50 |
| 24 | process validation, blend uniformity results and | 01:50 |
| 25 | reports and investigations that the company did as | 01:50 |

Page 142

| | |
|---|---|
| 1  well, which are problematic with respect to the | 01:50 |
| 2  manufacturing of Digitek in my opinion. | 01:50 |
| 3      Q.   Show me a document anywhere that -- | 01:51 |
| 4  where the FDA questions the process validation of | 01:51 |
| 5  Digitek. | 01:51 |
| 6      A.   Within a specific time frame or -- | 01:51 |
| 7      Q.   2005, 6, 7 or 8.  I mean do you have any | 01:51 |
| 8  evidence that people in this litigation took | 01:51 |
| 9  tablets from the 90s or the early 2000s? | 01:51 |
| 10     A.   I have no idea.  I doubt it. | 01:51 |
| 11     Q.   Do you know what the expiration is on | 01:51 |
| 12  this product? | 01:51 |
| 13     A.   I do not. | 01:51 |
| 14     Q.   So? | 01:51 |
| 15     A.   It's reasonable to be assumed that no. | 01:51 |
| 16     Q.   What I want to know is if you have some | 01:51 |
| 17  data from FDA from 2006, 7, or 8 to indicate that | 01:51 |
| 18  Actavis's process validation on the manufacture | 01:51 |
| 19  and testing of Digitek was a problem. | 01:52 |
| 20     Go off the record again. | 01:52 |
| 21         THE VIDEOGRAPHER:  The time is 1:55 p.m. | 01:52 |
| 22     We're going off the record briefly. | 01:52 |
| 23             (Short break) | 01:55 |
| 24         THE VIDEOGRAPHER:  The time is now | 01:55 |
| 25     1:58 p.m.  We are back on the record. | 01:56 |

PLAINTIFFS' EXHIBITS 001366

Page 143

| | | |
|---|---|---|
| 1 | THE WITNESS:  If you look at the warning | 01:56 |
| 2 | letter that was issued in February 2007, one | 01:56 |
| 3 | of the findings by the FDA is no procedures | 01:56 |
| 4 | for conducting bulk hold time studies.  In my | 01:56 |
| 5 | opinion and experience that, again, back to | 01:56 |
| 6 | this warning letter, it says procedures for | 01:56 |
| 7 | conducting bulk holding time studies.  That | 01:56 |
| 8 | falls into the purview of process validation. | 01:56 |
| 9 | So the answer would be yes, based on that | 01:56 |
| 10 | warning letter. | 01:56 |
| 11 | MR. ANDERTON:  What page of the report | 01:56 |
| 12 | are you referring to? | 01:56 |
| 13 | THE WITNESS:  I'm going through my | 01:56 |
| 14 | document. | 01:56 |
| 15 | MR. ANDERTON:  I understand.  What page? | 01:56 |
| 16 | THE WITNESS:  I would need to pull out | 01:56 |
| 17 | the -- | 01:56 |
| 18 | MR. KERENSKY:  What page of the report? | 01:56 |
| 19 | MR. ANDERTON:  What page of the report | 01:56 |
| 20 | are you looking at? | 01:56 |
| 21 | THE WITNESS:  I'm sorry.  41.  41, 42. | 01:56 |
| 22 | Goes over to 42. | 01:56 |
| 23 | BY MR. MORIARTY: | 01:57 |
| 24 | Q.  From a February 2007 warning letter; | 01:57 |
| 25 | right? | 01:57 |

PLAINTIFFS' EXHIBITS 001367

Page 144

| | | |
|---|---|---|
| 1 | A.   Correct. | 01:57 |
| 2 | Q.   Actually doesn't say anything about | 01:57 |
| 3 | process validation, does it? | 01:57 |
| 4 | A.   Bulk holding time would be part of the | 01:57 |
| 5 | process validation in my experience. | 01:57 |
| 6 | Q.   That's nice.  I'm asking whether the | 01:57 |
| 7 | warning letter says something about the process | 01:57 |
| 8 | validation or whether it just refers to bulk | 01:57 |
| 9 | holding times. | 01:57 |
| 10 | A.   I'll have to go back to the EIR to look | 01:57 |
| 11 | specifically at that section. | 01:57 |
| 12 | Q.   Well, what is -- first of all, did it | 01:57 |
| 13 | relate to Digitek? | 01:57 |
| 14 | A.   Unless I go back and look at the report, | 01:57 |
| 15 | I can't answer that question. | 01:57 |
| 16 | Q.   So you can't identify for me right now | 01:57 |
| 17 | -- | 01:57 |
| 18 | A.   In this document. | 01:57 |
| 19 | Q.   -- whether there's anything specific to | 01:57 |
| 20 | Digitek? | 01:57 |
| 21 | A.   No, I'm going back to the FDA document. | 01:57 |
| 22 | Q.   Do you know whether that observation is | 01:58 |
| 23 | remediated and whether the FDA was satisfied with | 01:58 |
| 24 | the company's actions in that regard for whatever | 01:58 |
| 25 | product that was? | 01:58 |

PLAINTIFFS' EXHIBITS 001368

Page 145

| | | |
|---|---|---|
| 1 | A.　　Specifically, no.　However, considering | 01:58 |
| 2 | they went to consent decree, I doubt if they did. | 01:58 |
| 3 | Q.　　Okay.　Let me just make clear while | 01:58 |
| 4 | we -- see if we can find that.　As you sit here | 01:59 |
| 5 | right now, you don't know if that was a finding | 01:59 |
| 6 | specific to Digitek; correct? | 01:59 |
| 7 | A.　　Correct. | 01:59 |
| 8 | Q.　　And you don't know as you sit here now | 01:59 |
| 9 | whether it was remediated to the satisfaction of | 01:59 |
| 10 | FDA; correct? | 01:59 |
| 11 | A.　　That's a fair statement. | 01:59 |
| 12 | Q.　　Right. | 01:59 |
| 13 | A.　　The fact that it relates to Digitek or | 01:59 |
| 14 | not is an interesting question in itself because | 01:59 |
| 15 | if you are not doing those kind of things, it is a | 01:59 |
| 16 | failure of your quality system in general and | 01:59 |
| 17 | manufacturing controls. | 01:59 |
| 18 | Q.　　But as you, as a consultant, would you | 01:59 |
| 19 | want to know what specific drug products that | 01:59 |
| 20 | impacts? | 01:59 |
| 21 | A.　　Sure.　But in a bigger picture you'd | 01:59 |
| 22 | want to make sure that it's not impacting -- you | 02:00 |
| 23 | don't have the system in place that's going to | 02:00 |
| 24 | impact everything. | 02:00 |
| 25 | Q.　　Okay.　I'm handing you Exhibit 63.　Have | 02:00 |

PLAINTIFFS' EXHIBITS 001369

Page 146

| | | |
|---|---|---|
| 1 | you ever seen this section of the regulatory | 02:00 |
| 2 | procedure manual? First of all, did you ever read | 02:00 |
| 3 | the regulatory proceduring manual from the FDA? | 02:00 |
| 4 | A. If you can find it. Because the links | 02:00 |
| 5 | change frequently and it's often difficult to find | 02:00 |
| 6 | these kinds of things. | 02:00 |
| 7 | Q. But you do consult with it from time to | 02:00 |
| 8 | time? | 02:01 |
| 9 | A. Rarely. | 02:01 |
| 10 | Q. Okay. | 02:01 |
| 11 | A. Maybe once or twice. | 02:01 |
| 12 | Q. Let's go to page -- the second page. | 02:01 |
| 13 | A. Uh-huh. | 02:01 |
| 14 | Q. Page 4-2? | 02:01 |
| 15 | A. Uh-huh. | 02:01 |
| 16 | Q. Fourth full paragraph. | 02:01 |
| 17 | A. Okay. | 02:01 |
| 18 | Q. The first sentence says: | 02:01 |
| 19 | "A warning letter is informal and advisory." | 02:01 |
| 20 | Do you agree with the FDA on that statement about | 02:01 |
| 21 | their own documents? | 02:01 |
| 22 | A. Informal and advisory. I've obviously | 02:01 |
| 23 | never read this section before. It's what it | 02:01 |
| 24 | says. | 02:01 |
| 25 | Q. Okay. Well, it's the FDA commenting on | 02:01 |

PLAINTIFFS' EXHIBITS 001370

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 147

```
 1   the force and effect of its own documents.  Do you        02:01
 2   have some reason to disagree with the FDA in that         02:01
 3   regard?                                                   02:01
 4        A.    In my experience, the answer to that,          02:01
 5   yes.  Because in my experience a warning letter is        02:01
 6   taken with great seriousness and remediation              02:01
 7   actions spin-off of it.  I'm in a major consulting        02:02
 8   project right now, responding to a warning                02:02
 9   letter -- as numerous companies are in the                02:02
10   industry.  You don't just take it as informal.            02:02
11   You address it.  It's standard industry practice.         02:02
12        Q.    Well, you're looking at it from the            02:02
13   perspective of the company when you just answered         02:02
14   that question are you not?                                02:02
15        A.    I would I'm looking at it from the             02:02
16   perspective of the agency, too.  The agency               02:02
17   expects you to respond to a warning letter pretty         02:02
18   seriously as well.  That's why it goes to the CEO.        02:02
19        Q.    The FDA has a regulatory procedures            02:02
20   manual, and in it, it says that a warning letter          02:02
21   is informal and advisory.  And you disagree with          02:02
22   the FDA on an announcement that they make in their        02:02
23   own publication; am I correct?                            02:02
24        A.    I'm not disputing what it says here, but       02:02
25   the reality on the ground is that warning letters         02:02
```

PLAINTIFFS' EXHIBITS 001371

Page 148

| | | |
|---|---|---|
| 1 | by the agency and -- all companies is taken with | 02:02 |
| 2 | great seriousness, and they surely are not | 02:03 |
| 3 | addressed in an informal and advisory fashion. | 02:03 |
| 4 | Q.    Okay. | 02:03 |
| 5 | A.    That's my professional opinion. | 02:03 |
| 6 | Q.    Third sentence of that paragraph: | 02:03 |
| 7 | "FDA does not consider warning letters to be | 02:03 |
| 8 | final agency action on which it can be sued." | 02:03 |
| 9 | Do you agree with that or disagree with that? | 02:03 |
| 10 | A.    "FDA does not consider warning letters | 02:03 |
| 11 | to be final agency action on which it can be | 02:03 |
| 12 | sued." | 02:03 |
| 13 | I was under the impression that you can't sue | 02:03 |
| 14 | the FDA.  Maybe I'm wrong. | 02:03 |
| 15 | Q.    Do you disagree with the statement or | 02:03 |
| 16 | not? | 02:03 |
| 17 | A.    It's not final agency action by any | 02:03 |
| 18 | stretch of the imagination. | 02:03 |
| 19 | Q.    Okay.  Thank you. | 02:03 |
| 20 | Next page, 4-3, under the first paragraph.  At | 02:03 |
| 21 | the margin it says "in certain situations."  Do | 02:04 |
| 22 | you see that?  Item number 4 under that uses the | 02:04 |
| 23 | word super-potency.  Is that a -- is that term in | 02:04 |
| 24 | the industry that you understand? | 02:04 |
| 25 | A.    Sub-potent or super potent? | 02:04 |

PLAINTIFFS' EXHIBITS 001372

Page 149

| | | | |
|---|---|---|---|
| 1 | Q. | It says super-potency; right there? | 02:04 |
| 2 | A. | Yes. | 02:04 |
| 3 | Q. | That's a term you understand. | 02:04 |
| 4 | A. | Sub-potent, super-potent, yes. | 02:04 |
| 5 | Q. | I'm showing you Exhibit 64. This is a | 02:04 |

6  different chapter in the regulatory procedures       02:04

7  manual. I would like you to go to page 10-6.        02:04

8     A.    Okay.                                        02:05

9     Q.    Section 10-2-3. It says:                     02:05

10     "When it is consistent with the public             02:05

11  protection responsibilities of the agency and if a   02:05

12  violative situation does not present a danger to     02:05

13  health or does not constitute intentional, gross,    02:05

14  or flagrant violations, it is FDA's policy to        02:05

15  afford individuals and firms an opportunity to       02:05

16  voluntarily take appropriate and prompt corrective   02:05

17  action prior to the initiation of an enforcement     02:05

18  action."                                             02:05

19     Is that consistent with your experience?          02:05

20     A.    Yes. In that voluntary can mean a            02:06

21  consent decree, as you pointed out earlier.          02:06

22     Q.    Okay. Let's go to the next page, 10-7.       02:06

23  Under 10-2-4, procedures:                            02:06

24     "Warning letters are the principal means by        02:06

25  which the agency provides prior notice of            02:06

PLAINTIFFS' EXHIBITS 001373

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 150

| | | |
|---|---|---|
| 1 | violations and of achieving voluntary | 02:06 |
| 2 | compliance." | 02:06 |
| 3 | Did I read that correctly? | 02:06 |
| 4 | A.    That's what it says. | 02:06 |
| 5 | Q.    Is that consistent with your experience? | 02:06 |
| 6 | A.    No.  It's always been my understanding | 02:06 |
| 7 | that the 483 was the first documentation of lack | 02:06 |
| 8 | of compliance. | 02:06 |
| 9 | Q.    Okay.  Well, later -- but a warning | 02:06 |
| 10 | letter is a means of getting voluntary compliance, | 02:06 |
| 11 | whether it comes first or second.  That's the | 02:06 |
| 12 | point of it; right? | 02:07 |
| 13 | A.    It is a step up in the ladder with | 02:07 |
| 14 | respect to seriousness of lack of compliance. | 02:07 |
| 15 | That's what it is. | 02:07 |
| 16 | Q.    At the end of paragraph I was reading | 02:07 |
| 17 | from it says: | 02:07 |
| 18 | "Other less formal ways include the | 02:07 |
| 19 | following."  And item two is the 483; correct?  Is | 02:07 |
| 20 | that what it says? | 02:07 |
| 21 | A.    I -- | 02:07 |
| 22 | Q.    Is that what's there? | 02:07 |
| 23 | A.    This is -- this is what it says.  But I | 02:07 |
| 24 | can tell you 483s are not informal by any stretch | 02:07 |
| 25 | of the imagination. | 02:07 |

PLAINTIFFS' EXHIBITS 001374

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 151

| | | | |
|---|---|---|---|
| 1 | Q. | Well, FDA says they are; correct? | 02:07 |
| 2 | A. | In their documents manual that's what | 02:07 |
| 3 | they do. | | 02:07 |
| 4 | Q. | Okay. | 02:07 |
| 5 | A. | But in reality in the world, 483s are | 02:07 |
| 6 | not informal. | | 02:07 |
| 7 | Q. | All right.  So if a warning letter is | 02:07 |
| 8 | not a final agency action, and a 483 is considered | | 02:07 |
| 9 | by FDA less formal than a warning letter, you | | 02:07 |
| 10 | would agree that FDA doesn't consider 483s to be | | 02:08 |
| 11 | final agency action; is that true? | | 02:08 |
| 12 | A. | Say that again, please. | 02:08 |
| 13 | Q. | In your opinion is a 483 a final agency | 02:08 |
| 14 | action? | | 02:08 |
| 15 | A. | A final agency action?  No. | 02:08 |
| 16 | Q. | It even says that right on the 483s | 02:08 |
| 17 | itself, that it's not a final agency action; | | 02:08 |
| 18 | correct? | | 02:08 |
| 19 | A. | I'd have to go back and look if I may. | 02:08 |
| 20 | Q. | You don't want to trust me on that? | 02:08 |
| 21 | A. | No. | 02:08 |
| 22 | Q. | Find a 483. | 02:08 |
| 23 | A. | Okay. | 02:08 |
| 24 | Q. | You must have several in your stack. | 02:08 |
| 25 | | THE VIDEOGRAPHER:  Would you like me to | 02:08 |

PLAINTIFFS' EXHIBITS 001375

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 152 |
|---|---|---|
| 1 | go off the record? | 02:08 |
| 2 | THE WITNESS: I got one right here. | 02:08 |
| 3 | BY MR. MORIARTY: | 02:08 |
| 4 | Q.  You've given me out of your stack | 02:08 |
| 5 | Exhibit -- Plaintiffs' Exhibit 26, which is a 483 | 02:08 |
| 6 | from March through May of 2008; correct? | 02:08 |
| 7 | A.  Yes. | 02:08 |
| 8 | Q.  And in the very top it says they are | 02:08 |
| 9 | inspectional observations and do not represent a | 02:09 |
| 10 | final agency determination regarding your | 02:09 |
| 11 | compliance.  Does it say that right in the top box | 02:09 |
| 12 | of the document? | 02:09 |
| 13 | A.  Yes.  Put it on your stack. | 02:09 |
| 14 | MR. MORIARTY:  Okay.  How much time on | 02:09 |
| 15 | the tape? | 02:09 |
| 16 | THE VIDEOGRAPHER:  13 minutes. | 02:09 |
| 17 | MR. MORIARTY:  Okay. | 02:09 |
| 18 | BY MR. MORIARTY: | 02:09 |
| 19 | Q.  Let's talk about just background stuff | 02:09 |
| 20 | for a bit.  Have you ever been sued? | 02:09 |
| 21 | A.  Yes. | 02:09 |
| 22 | Q.  What was the suit about? | 02:09 |
| 23 | A.  Landlord-tenant. | 02:09 |
| 24 | Q.  Any other suits? | 02:09 |
| 25 | A.  Yes. | 02:10 |

PLAINTIFFS' EXHIBITS 001376

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 153

| | | | |
|---|---|---|---|
| 1 | Q. | What? | 02:10 |
| 2 | A. | Probate. | 02:10 |
| 3 | Q. | You were sued?  A probate case? | 02:10 |
| 4 | A. | Yes. | 02:10 |
| 5 | Q. | Okay.  Anything else? | 02:10 |
| 6 | A. | No. | 02:10 |

7    Q.    What was the probate -- when in -- the    02:10
8    landlord-tenant case, were you the landlord?    02:10
9    A.    I was.    02:10
10    Q.    And in the probate case, just give me    02:10
11    the briefest description of what that was about.    02:10
12    A.    I was made administrator of my father's    02:10
13    estate who died without a will.    02:10
14    Q.    Got it.  Okay.    02:10
15    So you have not been a Defendant in any other    02:10
16    cases.  Have you ever been a Plaintiff in any    02:10
17    lawsuits?    02:10
18    A.    No.    02:10
19    Q.    Your report has appendices that list the    02:10
20    things that you reviewed; correct?    02:10
21    A.    Correct.    02:10
22    Q.    Then in addition to that, you brought    02:10
23    with you today Exhibits 107 and 108 which are    02:10
24    lists of things you reviewed online but did not    02:11
25    printout; correct?    02:11

PLAINTIFFS' EXHIBITS 001377

|    |      |                                                    |       |
|----|------|----------------------------------------------------|-------|
| 1  | A.   | Correct.                                           | 02:11 |
| 2  | Q.   | Other than what is listed in your report           | 02:11 |
| 3  |      | and 107 and 108, and the 484s and the Celsis       | 02:11 |
| 4  |      | documents that we reviewed today and you told me   | 02:11 |
| 5  |      | you just got, is there anything else you reviewed? | 02:11 |
| 6  | A.   | There may be some additional documents             | 02:11 |
| 7  |      | in these folders over here.                        | 02:11 |
| 8  | Q.   | Are they in one discrete place so you              | 02:11 |
| 9  |      | know what those additional documents are?          | 02:11 |
| 10 | A.   | No.                                                | 02:11 |
| 11 | Q.   | Did you review any deposition testimony            | 02:11 |
| 12 |      | of any Actavis company witnesses?                  | 02:11 |
| 13 | A.   | Yes.                                               | 02:11 |
| 14 | Q.   | Do you know which ones?                            | 02:11 |
| 15 | A.   | Hum.                                               | 02:11 |
| 16 | Q.   | Are they listed somewhere?                         | 02:11 |
| 17 | A.   | They are listed.                                   | 02:12 |
| 18 | Q.   | Are they listed in the report or in the            | 02:12 |
| 19 |      | 107, 108?                                          | 02:12 |
| 20 | A.   | Probably both.                                     | 02:12 |
| 21 | Q.   | Okay.  Have you read the deposition                | 02:12 |
| 22 |      | testimony of Dr. Semigran who is a cardiologist in | 02:12 |
| 23 |      | Boston I questioned him.                           | 02:12 |
| 24 | A.   | I don't recall.                                    | 02:12 |
| 25 | Q.   | Did you read the deposition of a Ph.D.             | 02:12 |

PLAINTIFFS' EXHIBITS 001378

| | | |
|---|---|---|
| 1 | by the name of Nelson.  He's in Cincinnati.  I | 02:12 |
| 2 | questioned him. | 02:12 |
| 3 | A.    I don't recall.  I don't think so. | 02:12 |
| 4 | Q.    All right. | 02:12 |
| 5 | A.    Those two names don't ring a bell.  I | 02:12 |
| 6 | can check. | 02:12 |
| 7 | Q.    Have you consulted with any other | 02:12 |
| 8 | pharmaceutical experts in your work on this | 02:12 |
| 9 | case -- subcontractors, in other words? | 02:12 |
| 10 | A.    Expert witness? | 02:13 |
| 11 | Q.    Yeah. | 02:13 |
| 12 | A.    No. | 02:13 |
| 13 | Q.    This is Exhibit 93.  This is the resume | 02:13 |
| 14 | of yours that we were supplied by the Plaintiffs' | 02:13 |
| 15 | lawyers.  Is it current and up-to-date? | 02:13 |
| 16 | A.    I have a current copy that I can compare | 02:13 |
| 17 | it against.  Would you like me to do that? | 02:13 |
| 18 | Q.    As quickly as you can. | 02:13 |
| 19 | A.    Okay.  Excuse me.  I'll just scan | 02:13 |
| 20 | through it, save time. | 02:14 |
| 21 | THE VIDEOGRAPHER:  While we are doing | 02:14 |
| 22 | that, we can change the tape. | 02:14 |
| 23 | The time is 2:17 p.m.  We're going off | 02:14 |
| 24 | the record. | 02:14 |
| 25 | (Short break) | 02:18 |

PLAINTIFFS' EXHIBITS 001379

David Bliesner, Ph.D.      Videotaped      January 25, 2011

Page 156

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: The time is now | 02:18 |
| 2 | 2:22 p.m. We are back on the record. This is | 02:18 |
| 3 | the beginning of tape five. | 02:19 |
| 4 | BY MR. MORIARTY: | 02:19 |
| 5 | Q. Okay. So the question was does it look | 02:19 |
| 6 | like your CV is up-to-date? | 02:19 |
| 7 | A. There are few things here that are | 02:19 |
| 8 | different. | 02:19 |
| 9 | Q. Such as? | 02:19 |
| 10 | A. Such as if I recall right here, there's | 02:19 |
| 11 | a couple of committees that I -- there's a | 02:19 |
| 12 | committee that I don't sit on anymore. | 02:19 |
| 13 | Q. Okay. | 02:19 |
| 14 | A. And -- | 02:19 |
| 15 | Q. Is there anything significant that you | 02:19 |
| 16 | do or have done or have published that is not on | 02:19 |
| 17 | there? | 02:19 |
| 18 | A. Yeah, I've actually been hired as an | 02:19 |
| 19 | adjunct Professor at St. Leo to do online | 02:19 |
| 20 | education. | 02:19 |
| 21 | Q. Not a classroom? | 02:19 |
| 22 | A. No. Distance learning. | 02:19 |
| 23 | Q. What's the topic? | 02:20 |
| 24 | A. It's general science. | 02:20 |
| 25 | Q. Okay. Does Delphi have offices in North | 02:20 |

PLAINTIFFS' EXHIBITS 001380

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 157 |
|---|---|---|
| 1 | Carolina? | 02:20 |
| 2 | A.    No. | 02:20 |
| 3 | Q.    Do you just spend the summers up there? | 02:20 |
| 4 | Was that why we were planning on doing this in | 02:20 |
| 5 | North Carolina in June? | 02:20 |
| 6 | A.    Yeah, I'm engaged in a large consulting | 02:20 |
| 7 | project right now. | 02:20 |
| 8 | Q.    Got it.  How many employees does Delphi | 02:20 |
| 9 | have? | 02:20 |
| 10 | A.    Two. | 02:20 |
| 11 | Q.    Who are they? | 02:20 |
| 12 | A.    Myself and my wife.  Permanent. | 02:20 |
| 13 | Q.    What's your wife's undergraduate degree | 02:20 |
| 14 | in?  I promise I won't show her the tape. | 02:20 |
| 15 | A.    Something like modern foreign languages. | 02:20 |
| 16 | Q.    Okay.  Does she have a graduate degree | 02:20 |
| 17 | in anything? | 02:21 |
| 18 | A.    No. | 02:21 |
| 19 | Q.    Have you ever consulted with Actavis, | 02:21 |
| 20 | Mylan, UDL, or Amide? | 02:21 |
| 21 | A.    Consulted? | 02:21 |
| 22 | Q.    Yes, consulted. | 02:21 |
| 23 | A.    No. | 02:21 |
| 24 | Q.    The Delphi web page indicates that your | 02:21 |
| 25 | business is woman-owned.  I assume that's your | 02:21 |

PLAINTIFFS' EXHIBITS 001381

Page 158

| | |
|---|---|
| 1 | wife? | 02:21 |
| 2 | A.    It is. | 02:21 |
| 3 | Q.    And what is her job with the company? | 02:21 |
| 4 | A.    On a functional basis -- I would have to | 02:21 |
| 5 | go back and look at the sub-S form filing in order | 02:21 |
| 6 | to see what her real title is in that paperwork, | 02:21 |
| 7 | but the functional, she is the bookkeeper. | 02:21 |
| 8 | Q.    And did she have independent resources, | 02:21 |
| 9 | if you will, that she contributed to start and run | 02:21 |
| 10 | the business? | 02:21 |
| 11 | A.    Could you explain that a little more? | 02:22 |
| 12 | Q.    Sure.  I mean she owns at least 51 | 02:22 |
| 13 | percent of the business; correct? | 02:22 |
| 14 | A.    That's correct. | 02:22 |
| 15 | Q.    And what was the contribution that led | 02:22 |
| 16 | her to that ownership?  Was it cash, was it a car, | 02:22 |
| 17 | was it office equipment, what was it? | 02:22 |
| 18 | A.    She and I formed the corporation | 02:22 |
| 19 | together and we made it 51 percent her in order to | 02:22 |
| 20 | take advantage of small business loans if they | 02:22 |
| 21 | became available. | 02:22 |
| 22 | Q.    All right.  Now you list your clients or | 02:22 |
| 23 | some of them at page 5 to 6 of this exhibit. | 02:22 |
| 24 | A.    Uh-huh. | 02:22 |
| 25 | Q.    Did any of those consultations have to | 02:22 |

Page 159

| | | |
|---|---|---|
| 1 | do with extra-thick tablets? | 02:22 |
| 2 | A.    Because of confidentiality agreements, I | 02:22 |
| 3 | am not at liberty the discuss anything about | 02:22 |
| 4 | clients. | 02:22 |
| 5 | Q.    I didn't ask which client and which | 02:22 |
| 6 | product.  So I need to know whether any of those | 02:22 |
| 7 | had to do with extra-thick tablets. | 02:22 |
| 8 | A.    No. | 02:22 |
| 9 | Q.    Did any of them have to do with | 02:22 |
| 10 | normal-sized tablets with too much active | 02:22 |
| 11 | pharmaceutical ingredient? | 02:23 |
| 12 | A.    From a consultant standpoint? | 02:23 |
| 13 | Q.    Yes, sir. | 02:23 |
| 14 | A.    Perhaps. | 02:23 |
| 15 | Q.    In March of 2009, Watson had a recall | 02:23 |
| 16 | for a drug called Propafenone HCL that had too | 02:23 |
| 17 | much active pharmaceutical ingredient in it.  Did | 02:24 |
| 18 | you consult with them on that project? | 02:24 |
| 19 | A.    No. | 02:24 |
| 20 | Q.    Now, what did Laboratory Management | 02:24 |
| 21 | Systems, Inc. do?  What did they make? | 02:24 |
| 22 | A.    They were a services company that | 02:24 |
| 23 | provided maintenance calibration -- IQ, OQ, PQ | 02:24 |
| 24 | services to the pharmaceutical industry in | 02:24 |
| 25 | addition to compliance concerns. | 02:24 |

PLAINTIFFS' EXHIBITS 001383

Page 160

| | |
|---|---|
| 1 | Q. So you did not -- whatever role you had | 02:24 |
| 2 | there did not involve the manufacture of any | 02:24 |
| 3 | pharmaceutical dose form; correct? | 02:24 |
| 4 | A. I consulted in the field. | 02:24 |
| 5 | Q. I'm asking whether LMSI didn't | 02:25 |
| 6 | manufacture pharmaceutical -- | 02:25 |
| 7 | A. No, they did not manufacture, no. | 02:25 |
| 8 | Q. What did Restek Corporation do when you | 02:25 |
| 9 | worked for them? | 02:25 |
| 10 | A. Restek's core business is GC and HPLC | 02:25 |
| 11 | column technology. I designed, built, staffed, | 02:25 |
| 12 | qualified after writing a business plan, the | 02:25 |
| 13 | contract analytical laboratory for them. | 02:25 |
| 14 | Q. They did not manufacture any dose form | 02:25 |
| 15 | of pharmaceutical products; is that correct? | 02:25 |
| 16 | A. That's correct. | 02:25 |
| 17 | Q. What did Somerset Pharmaceuticals do | 02:25 |
| 18 | when you worked with them in '95 and '97? | 02:25 |
| 19 | A. We were a small pharmaceutical company | 02:25 |
| 20 | that was doing research and development and | 02:26 |
| 21 | supporting, when necessary, manufacturing of | 02:26 |
| 22 | certain products. | 02:26 |
| 23 | Q. Did Somerset actually manufacture for | 02:26 |
| 24 | sale and distribution solid oral dose | 02:26 |
| 25 | pharmaceutical products? | 02:26 |

PLAINTIFFS' EXHIBITS 001384

Page 161

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 02:26 |

1    A.    Yes.                                        02:26

2    Q.    What products?                               02:26

3    A.    Primarily Eldepryl, Selegiline              02:26

4  hydrochloride, Parkinson, Alzheimer's.  And we did   02:26

5  a lot of R&D with respect to those forms.            02:26

6    Q.    So what was your role specifically           02:26

7  regarding the manufacture, the assembling of raw     02:26

8  material, its blending, its tableting, its           02:26

9  in-process testing, what was your role?              02:26

10   A.    Our role was --                              02:26

11   Q.    No.  Your role.                              02:26

12   A.    My role?  I was supervising the              02:26

13  analytical laboratory, R&D laboratory, and quality  02:26

14  control laboratory.                                 02:27

15   Q.    So you would have supervised the QC lab      02:27

16  that did finished product testing on that drug?     02:27

17   A.    In support of application developments       02:27

18  like ANDA.  The QC lab that did release testing     02:27

19  was not at that facility.                           02:27

20   Q.    All right.  And not under your               02:27

21  supervision.                                        02:27

22   A.    Not for release testing, no.                 02:27

23   Q.    What did you do for UDL?                     02:27

24   A.    I was --                                     02:27

25   Q.    In 1994 and the first month of 1995.         02:27

PLAINTIFFS' EXHIBITS 001385

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 162

| | | | |
|---|---|---|---|
| 1 | A. | I was an analytical research chemist. | 02:27 |
| 2 | Q. | So did you do finished product testing | 02:27 |
| 3 | | on solid oral dose pharmaceutical products? | 02:27 |
| 4 | A. | Yes. | 02:28 |
| 5 | Q. | What products? | 02:28 |
| 6 | A. | It's been such a long time, I can't | 02:28 |
| 7 | | recall specifics without guessing. | 02:28 |
| 8 | Q. | Well, did you do any testing on | 02:28 |
| 9 | | Digitek? | 02:28 |
| 10 | A. | No. | 02:28 |
| 11 | Q. | Did you have anything to do with the | 02:28 |
| 12 | | design or formulation of blister packs? | 02:28 |
| 13 | A. | No. | 02:28 |
| 14 | Q. | Who was your supervisor with UDL? | 02:28 |
| 15 | A. | My last supervisor was Anita Runyon. | 02:28 |
| 16 | Q. | Do you know if she's still with UDL? | 02:28 |
| 17 | A. | UDL, no. | 02:28 |
| 18 | Q. | Does UDL still have facilities in Largo, | 02:28 |
| 19 | | Florida, to your knowledge? | 02:28 |
| 20 | A. | To my knowledge, no. | 02:28 |
| 21 | Q. | Do you have any special training in or | 02:29 |
| 22 | | expertise in pharmacovigilance? | 02:29 |
| 23 | A. | No. | 02:29 |
| 24 | Q. | Have you worked in pharmacovigilance for | 02:29 |
| 25 | | a pharmaceutical company? | 02:29 |

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 163 |
|---|---|---|
| 1 | A. No. | 02:29 |
| 2 | Q. When you are called upon to consult in | 02:29 |
| 3 | the pharmaceutical industry, do you consult on | 02:29 |
| 4 | pharmacovigilance issues? | 02:29 |
| 5 | A. No. | 02:29 |
| 6 | Q. Do you ever -- do you have any special | 02:29 |
| 7 | training or expertise in FDA regulatory affairs? | 02:29 |
| 8 | A. No. | 02:29 |
| 9 | Q. Have you ever worked directly in the | 02:29 |
| 10 | quality assurance of the manufacturing side of the | 02:29 |
| 11 | production of a solid oral dose pharmaceutical | 02:29 |
| 12 | product? | 02:29 |
| 13 | A. As a permanent employee? | 02:29 |
| 14 | Q. Yes. | 02:30 |
| 15 | A. No. | 02:30 |
| 16 | Q. Have you been consulted on the QA | 02:30 |
| 17 | manufacturing side of solid oral dose | 02:30 |
| 18 | pharmaceutical production? | 02:30 |
| 19 | A. I have been involved in those | 02:30 |
| 20 | discussions with QA personnel, yes. | 02:30 |
| 21 | Q. And is this in your consulting role? | 02:30 |
| 22 | A. It is. | 02:30 |
| 23 | Q. How many times do you think you've done | 02:30 |
| 24 | that particular role over the years? | 02:30 |
| 25 | A. Interacting with QA? | 02:30 |

PLAINTIFFS' EXHIBITS 001387

| | | |
|---|---|---|
| 1 | Q.    Directly involved with QA on the | 02:30 |
| 2 | manufacturing side as opposed to the QC on the | 02:30 |
| 3 | analytical chem side. | 02:30 |
| 4 | A.    From a consulting standpoint? | 02:30 |
| 5 | Q.    Yes. | 02:30 |
| 6 | A.    The real number I couldn't give you an | 02:30 |
| 7 | exact number, but most consulting tasks that I've | 02:30 |
| 8 | done, you end up interacting with QA almost on a | 02:31 |
| 9 | daily basis. | 02:31 |
| 10 | Q.    Okay.  When you've done your consulting, | 02:31 |
| 11 | and when you were an employee in pharmaceutical | 02:31 |
| 12 | businesses, was most of your GMP work regarding | 02:31 |
| 13 | lab and lab equipment issues as opposed to | 02:31 |
| 14 | manufacturing side issues? | 02:31 |
| 15 | A.    A lot of my specialty is in the | 02:31 |
| 16 | laboratory.  In most cases the laboratory is -- | 02:31 |
| 17 | ends up involved in manufacturing-related issues. | 02:31 |
| 18 | They are usually discovered or potentially | 02:31 |
| 19 | discovered in the laboratory first in my | 02:31 |
| 20 | experience. | 02:31 |
| 21 | Q.    Okay.  I think my question was whether | 02:31 |
| 22 | the bulk of your work either as a consultant or -- | 02:31 |
| 23 | in the pharmaceutical business was on the lab side | 02:31 |
| 24 | of GMPs as opposed to the manufacturing side, not | 02:32 |
| 25 | whether there is some spillover.  Is the bulk the | 02:32 |

PLAINTIFFS' EXHIBITS 001388

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 165

| | | |
|---|---|---|
| 1 | lab side? | 02:32 |
| 2 | A. There's a lot of overlap, but, yes, the | 02:32 |
| 3 | bulk is in the lab. | 02:32 |
| 4 | Q. Have you ever had any publications about | 02:32 |
| 5 | extra-thick tablets? | 02:32 |
| 6 | A. No. | 02:32 |
| 7 | Q. Have you had any publications about | 02:32 |
| 8 | tablets of normal size but varying active | 02:32 |
| 9 | pharmaceutical ingredient? | 02:32 |
| 10 | A. Could you say that again, please. | 02:32 |
| 11 | Q. Have you had any publications -- | 02:32 |
| 12 | A. Yes. | 02:32 |
| 13 | Q. -- about tablets of normal size but | 02:32 |
| 14 | varying active pharmaceutical ingredient? | 02:32 |
| 15 | A. I have a publication with respect to TLC | 02:32 |
| 16 | analysis of -- if I recall correctly; it's been a | 02:32 |
| 17 | long time -- API and tablets, that look at | 02:32 |
| 18 | different ingredients in there. | 02:33 |
| 19 | Q. But that's the lab analysis of tablets; | 02:33 |
| 20 | correct? | 02:33 |
| 21 | A. That's correct, yes. | 02:33 |
| 22 | Q. Not about the root cause of the problem | 02:33 |
| 23 | to begin with? | 02:33 |
| 24 | A. Actually, there's -- it does expand into | 02:33 |
| 25 | that. | 02:33 |

PLAINTIFFS' EXHIBITS 001389

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 166

| | | | |
|---|---|---|---|
| 1 | Q. | Okay. | 02:33 |
| 2 | A. | As I said, invariably things start out | 02:33 |
| 3 | in the lab and end up spilling over into the | | 02:33 |
| 4 | manufacturing quality system. | | 02:33 |
| 5 | Q. | Are you a member of any organizations, | 02:33 |
| 6 | professional organizations? | | 02:33 |
| 7 | A. | I am. | 02:33 |
| 8 | Q. | And which ones? | 02:33 |
| 9 | A. | I have them listed here.  Curiously | 02:33 |
| 10 | enough, I don't. | | 02:33 |
| 11 | Q. | So? | 02:33 |
| 12 | A. | I -- | 02:33 |
| 13 | Q. | What are you a member of? | 02:33 |
| 14 | A. | I am a member of -- if my memory is not | 02:33 |
| 15 | complete, I apologize, but I have been a member of | | 02:33 |
| 16 | the ACS. | | 02:34 |
| 17 | Q. | No, now. | 02:34 |
| 18 | A. | Now I'm a member of the ACS.  I have | 02:34 |
| 19 | been a member for a long time. | | 02:34 |
| 20 | Q. | The American Chemical Society? | 02:34 |
| 21 | A. | It is.  American Association of | 02:34 |
| 22 | Pharmaceutical Scientists, also American Society | | 02:34 |
| 23 | of Quality. | | 02:34 |
| 24 | Q. | Do you know whether any of those | 02:34 |
| 25 | organizations have ethical guidelines regarding | | 02:34 |

PLAINTIFFS' EXHIBITS 001390

David Bliesner, Ph.D.              Videotaped              January 25, 2011

Page 167

| | | |
|---|---|---|
| 1 | testimony in court cases? | 02:34 |
| 2 | A.    I don't know. | 02:34 |
| 3 | Q.    Does your website have a section about | 02:34 |
| 4 | your core competencies? | 02:34 |
| 5 | A.    I'd have to go back and pull up the | 02:34 |
| 6 | page.  It's been a while. | 02:34 |
| 7 | Q.    I wrote that in quotes so I may have | 02:34 |
| 8 | quoted it directly. | 02:34 |
| 9 | A.    Okay. | 02:34 |
| 10 | Q.    If that -- | 02:34 |
| 11 | A.    One doesn't normally visit your own | 02:34 |
| 12 | website. | 02:34 |
| 13 | Q.    One should. | 02:34 |
| 14 | A.    Yeah. | 02:34 |
| 15 | Q.    If one -- if there is a section on core | 02:34 |
| 16 | competencies, does it say anything about | 02:34 |
| 17 | manufacturing in there? | 02:34 |
| 18 | A.    I don't recall. | 02:35 |
| 19 | Q.    All right.  Now, you have written a book | 02:35 |
| 20 | apparently about validating chromatographic | 02:35 |
| 21 | methods; is that right? | 02:35 |
| 22 | A.    That's correct. | 02:35 |
| 23 | Q.    Is that book still available? | 02:35 |
| 24 | A.    It is. | 02:35 |
| 25 | Q.    It was published in '06; is that right? | 02:35 |

Page 168

| | | |
|---|---|---|
| 1 | A.    If that's what it says here on the | 02:35 |
| 2 | resume, that would be the year. | 02:35 |
| 3 | Q.    Have they asked you to do a second | 02:35 |
| 4 | edition? | 02:35 |
| 5 | A.    Not yet. | 02:35 |
| 6 | Q.    Is it universally accepted that methods | 02:35 |
| 7 | used in forensic work have to undergo validation? | 02:35 |
| 8 | A.    Forensic work? | 02:35 |
| 9 | Q.    Yeah. | 02:35 |
| 10 | A.    I'm a not familiar with forensic | 02:35 |
| 11 | analysis. | 02:35 |
| 12 | Q.    Is it universally accepted in the | 02:35 |
| 13 | pharmaceutical business that the test methods for | 02:35 |
| 14 | things like finished product testing have to go | 02:35 |
| 15 | through validation? | 02:35 |
| 16 | A.    Absolutely. | 02:35 |
| 17 | Q.    Have you ever done assay or content | 02:36 |
| 18 | uniformity testing on Digoxin? | 02:36 |
| 19 | A.    No. | 02:36 |
| 20 | Q.    Have you ever developed an assay or | 02:36 |
| 21 | content uniformity method for testing any solid | 02:36 |
| 22 | oral dose pharmaceutical product? | 02:36 |
| 23 | A.    Say that again.  I'm sorry.  I lost | 02:36 |
| 24 | you.  I was still thinking about the last | 02:36 |
| 25 | question. | 02:36 |

PLAINTIFFS' EXHIBITS 001392

Page 169

| | | | |
|---|---|---|---|
| 1 | Q. | Have you ever developed and validated a | 02:36 |
| 2 | method to test for the potency of any solid oral | | 02:36 |
| 3 | dose pharmaceutical product? | | 02:36 |
| 4 | A. | I have been involved in that. | 02:36 |
| 5 | Q. | How many times? | 02:36 |
| 6 | A. | Solid oral doses? | 02:36 |
| 7 | Q. | Yeah. | 02:36 |
| 8 | A. | About three or four I would say. | 02:36 |
| 9 | Q. | If you assume that you were going to | 02:37 |
| 10 | develop a method to test the potency of a tablet, | | 02:37 |
| 11 | and you had never done that before -- | | 02:37 |
| 12 | A. | Uh-huh. | 02:37 |
| 13 | Q. | -- okay, how long do you think it would | 02:37 |
| 14 | take you to develop and validate the method? | | 02:37 |
| 15 | A. | From scratch? | 02:37 |
| 16 | Q. | From scratch. | 02:37 |
| 17 | A. | A new chemical entity? | 02:37 |
| 18 | Q. | No, a common chemical entity but you've | 02:37 |
| 19 | never done it before. | | 02:37 |
| 20 | A. | It really depends on the chemistry of | 02:37 |
| 21 | the molecule. | | 02:37 |
| 22 | Q. | Give me the short side. | 02:37 |
| 23 | A. | Short side? | 02:38 |
| 24 | Q. | Yeah. | 02:38 |
| 25 | A. | Develop a method? | 02:38 |

PLAINTIFFS' EXHIBITS 001393

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  |  | Page 170 |
|---|---|---|---|
| 1 | Q. | Yeah. | 02:38 |
| 2 | A. | And validate it? | 02:38 |
| 3 | Q. | Yeah. | 02:38 |
| 4 | A. | This is when I go back and look at my | 02:38 |
| 5 | book. Approximately, from scratch? | | 02:38 |
| 6 | Q. | Yes, sir. | 02:38 |
| 7 | A. | Approximately six to nine months from | 02:38 |
| 8 | scratch. | | 02:38 |
| 9 | Q. | So if somebody came to you and said this | 02:38 |
| 10 | is a test that from the time of starting the | | 02:38 |
| 11 | validation, running the standards, the blanks, and | | 02:38 |
| 12 | the sample that you were going to test, total of | | 02:38 |
| 13 | two hours, that would be inconsistent with your | | 02:38 |
| 14 | experience? | | 02:38 |
| 15 | A. | Validation? | 02:38 |
| 16 | Q. | Yes, sir. | 02:38 |
| 17 | A. | That's not a validation. | 02:38 |
| 18 | Q. | Okay. When you talked earlier, you were | 02:38 |
| 19 | referring to something about chromatography. Is | | 02:38 |
| 20 | the -- is the -- what does it mean if the results | | 02:39 |
| 21 | of the test exceed the range of your standard? | | 02:39 |
| 22 | What does it do to the validity of your test? | | 02:39 |
| 23 | A. | Please bear with me on this. | 02:39 |
| 24 | Q. | Yeah. | 02:39 |
| 25 | A. | I'm not sure I understand what you're | 02:39 |

PLAINTIFFS' EXHIBITS 001394

|    |                                                    | Page 171 |
|----|----------------------------------------------------|----------|
| 1  | asking.                                            | 02:39    |
| 2  | Q.    Well, I'm not an analytical chemist so       | 02:39    |
| 3  | I'm doing the best I can from memory.  When you    | 02:39    |
| 4  | run the standard, you get a range, don't you?      | 02:39    |
| 5  | A.    A range?                                      | 02:39    |
| 6  | Q.    Yeah, a range for what the results ought      | 02:39    |
| 7  | to be on the standards?                            | 02:39    |
| 8  | A.    Now, in the pharmaceutical industry with     | 02:39    |
| 9  | respect to assay, you don't do a set of            | 02:39    |
| 10 | standards.  You do one standard.                   | 02:39    |
| 11 | Q.    Okay.                                         | 02:39    |
| 12 | A.    And you come up with an acceptance           | 02:39    |
| 13 | criteria up-front, through establishing            | 02:39    |
| 14 | suitability of the methodology and the equipment   | 02:39    |
| 15 | and then you confirm in most cases whether the     | 02:39    |
| 16 | standards that you have in there are suitable for  | 02:40    |
| 17 | intended use as the run is established.            | 02:40    |
| 18 | Q.    And aren't your results supposed to be       | 02:40    |
| 19 | within the range of your standards?               | 02:40    |
| 20 | A.    Yeah, I am using term range --                | 02:40    |
| 21 | Q.    Results of the actual test.                   | 02:40    |
| 22 | A.    The standard is used to determine the        | 02:40    |
| 23 | amount in the sample that you're analyzing, if     | 02:40    |
| 24 | that's what you mean.                              | 02:40    |
| 25 | Q.    Then if you test the sample and it            | 02:40    |

PLAINTIFFS' EXHIBITS 001395

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 172

| | | |
|---|---|---|
| 1 | exceeds the range of your standard, what does it | 02:40 |
| 2 | do with the validity? | 02:40 |
| 3 |     A.    It exceeds the amount? | 02:40 |
| 4 |     Q.    Yeah. | 02:40 |
| 5 |     A.    Then the -- the result initially is | 02:40 |
| 6 | suspect. | 02:40 |
| 7 |     Q.    Okay. | 02:40 |
| 8 |     A.    And then it requires an investigation. | 02:40 |
| 9 |     Q.    All right. | 02:40 |
| 10 |        THE WITNESS:  Can we take a break, | 02:40 |
| 11 |     please? | 02:40 |
| 12 |        MR. MORIARTY:  Sure. | 02:40 |
| 13 |        THE VIDEOGRAPHER:  The time is 2:43 p.m. | 02:40 |
| 14 |     We're going off the record briefly. | 02:41 |
| 15 |            (Short break) | 02:46 |
| 16 |        THE VIDEOGRAPHER:  The time is now | 02:46 |
| 17 |     2:50 p.m.  We are back on the record. | 02:47 |
| 18 | BY MR. MORIARTY: | 02:47 |
| 19 |     Q.    Earlier we were talking about process | 02:47 |
| 20 | validation and you mentioned something about bulk | 02:47 |
| 21 | stability hold time studies; okay? | 02:47 |
| 22 |     A.    Uh-huh. | 02:47 |
| 23 |     Q.    Now, I don't have the 438 regarding that | 02:48 |
| 24 | but I have the Exhibit 171, November 9th, 2007, | 02:48 |
| 25 | EIR from FDA; okay? | 02:48 |

PLAINTIFFS' EXHIBITS 001396

David Bliesner, Ph.D.          Videotaped          January 25, 2011

                                                      Page 173
1      A.    Okay.                                      02:48
2            MR. FITZPATRICK:  I'm sorry.  What was     02:48
3      the date?                                        02:48
4            MR. MORIARTY:  The letter I have is        02:48
5      September -- November 9th.  November 9th,        02:48
6      2007; okay?  And it says:                        02:48
7            "We are enclosing a copy of the           02:48
8      establishment inspection report for the         02:48
9      inspection conducted at your premises at        02:48
10     location on September 5th, 2007, et al.," and   02:48
11     then in here it addresses some earlier 483s;    02:48
12     okay?                                           02:48
13           THE WITNESS:  Okay.                       02:48
14  BY MR. MORIARTY:                                   02:48
15     Q.    I want you to look at observation number  02:48
16  7 --                                               02:49
17     A.    Okay.                                      02:49
18     Q.    -- in this EIR.                            02:49
19     A.    Okay.                                      02:49
20     Q.    Does that -- does observation seven       02:49
21  correlate with what you were talking about before  02:49
22  about this bulk stability hold time issue?         02:49
23     A.    To save time, do you recall what my A     02:49
24  number was that went with it when I looked at      02:49
25  this?                                              02:49

PLAINTIFFS' EXHIBITS 001397

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 174

| | | |
|---|---|---|
| 1 | MR. ANDERTON:  Yeah, A25. | 02:49 |
| 2 | THE WITNESS:  25? | 02:50 |
| 3 | MR. ANDERTON:  Yes, page 41 of your | 02:50 |
| 4 | report. | 02:50 |
| 5 | THE WITNESS:  Great.  Thank you. | 02:50 |
| 6 | MR. ANDERTON:  Actually, the comment is | 02:50 |
| 7 | on page 42. | 02:50 |
| 8 | THE WITNESS:  Got you.  Thank you. | 02:50 |
| 9 | I believe my information came directly | 02:50 |
| 10 | from the warning label. | 02:50 |
| 11 | BY MR. MORIARTY: | 02:50 |
| 12 | Q.    I'm asking you if this EIR discussion | 02:50 |
| 13 | observation seven correlates to that warning | 02:50 |
| 14 | letter. | 02:50 |
| 15 | A.    I don't think so.  I think that that was | 02:51 |
| 16 | another observation from the previous inspection | 02:51 |
| 17 | that was in 17 November, 2006, from what it | 02:51 |
| 18 | looks. | 02:51 |
| 19 | If we go to my reference where I talk about -- | 02:51 |
| 20 | hold on a second -- let's see.  Oh, one page | 02:51 |
| 21 | down.  Excuse me.  I misspoke.  I was one line off | 02:51 |
| 22 | in my own paper.  Warning letter was issued 10 | 02:51 |
| 23 | July for the August 2006 inspection of Little | 02:51 |
| 24 | Falls.  So my reference here is with respect to a | 02:51 |
| 25 | warning letter for an inspection that was 10 July | 02:51 |

Page 175

| | |
|---|---|
| 1 | to 10 August 2006.  And this is 5 September to 28 | 02:52 |
| 2 | September, 2007.  So those are two different | 02:52 |
| 3 | things. | 02:52 |
| 4 | So this is an additional observation with | 02:52 |
| 5 | respect to problems potentially with bulk hold | 02:52 |
| 6 | times. | 02:52 |
| 7 | Q.    Go back to page 25 of 40 in Exhibit | 02:52 |
| 8 | 171.  It bears Bates page 505285. | 02:52 |
| 9 | A.    Okay. All right.  Page 25 of 40. | 02:52 |
| 10 | Q.    Go to the top.  It says "voluntary | 02:52 |
| 11 | corrections."  Do you see that? | 02:52 |
| 12 | A.    I do see that. | 02:52 |
| 13 | Q.    "Corrections to the previous FDA 483 | 02:52 |
| 14 | were reviewed with Wanda Eng, director of | 02:52 |
| 15 | corporate compliance for Actavis U.S.  The | 02:52 |
| 16 | previous 483 observations and the associated | 02:52 |
| 17 | corrections, included below." | 02:52 |
| 18 | A.    Okay. | 02:52 |
| 19 | Q.    Do you see that? | 02:52 |
| 20 | A.    I do see that. | 02:52 |
| 21 | Q.    All right.  So this observation seven is | 02:52 |
| 22 | at least referring to the bulk stability data; | 02:53 |
| 23 | correct? | 02:53 |
| 24 | A.    I'm not sure.  I'm not trying to be | 02:53 |
| 25 | difficult here.  I'm just not sure. | 02:53 |

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 176

| | | |
|---|---|---|
| 1 | Q. Page 31 of 40, observation seven says | 02:53 |
| 2 | the stability data recorded as that of bulk | 02:53 |
| 3 | stability hold time studies are actually obtained | 02:53 |
| 4 | from the testing of the following packaged | 02:53 |
| 5 | finished products. | 02:53 |
| 6 | Do you see that? | 02:53 |
| 7 | A. I do. | 02:53 |
| 8 | Q. Okay. | 02:53 |
| 9 | A. I'm just trying to make sure we're | 02:53 |
| 10 | talking about the same one, or is this an | 02:53 |
| 11 | additional observation from the -- this current | 02:53 |
| 12 | inspection? | 02:53 |
| 13 | Q. Well, let's talk about this one. | 02:53 |
| 14 | A. Okay. "This one" being this observation | 02:53 |
| 15 | right here? | 02:53 |
| 16 | Q. Right here. Observation seven. | 02:53 |
| 17 | A. Okay, okay. | 02:53 |
| 18 | Q. Digitek isn't mentioned, is it? | 02:53 |
| 19 | A. The corrections here would indicate that | 02:53 |
| 20 | "All of the bulk hold time studies have been | 02:54 |
| 21 | repeated on each of the above-listed products at | 02:54 |
| 22 | time points beyond three months as immediate | 02:54 |
| 23 | corrective action." | 02:54 |
| 24 | So based on that statement, it appears that | 02:54 |
| 25 | that bulk hold time stability study -- for | 02:54 |

PLAINTIFFS' EXHIBITS 001400

Page 177

| | | |
|---|---|---|
| 1 | whatever reason it's blacked out, which we don't | 02:54 |
| 2 | know what it is, and I'm not sure why it's blacked | 02:54 |
| 3 | out. Do we know? | 02:54 |
| 4 | Q. Let's deal with one question at a time. | 02:54 |
| 5 | A. Okay. That -- | 02:54 |
| 6 | Q. It was remediated and resolved to the | 02:54 |
| 7 | satisfaction of FDA, was it not? | 02:54 |
| 8 | A. For these three products. | 02:55 |
| 9 | Q. Yes; right. | 02:55 |
| 10 | A. For these three products, yes. | 02:55 |
| 11 | Q. And Digitek is not even mentioned in | 02:55 |
| 12 | observation seven, is it? | 02:55 |
| 13 | A. Unless it was blacked out. | 02:55 |
| 14 | Q. Well, we don't black out Digitek in the | 02:55 |
| 15 | Digitek litigation; okay? | 02:55 |
| 16 | A. Okay, okay. | 02:55 |
| 17 | Q. So Digitek isn't mentioned? | 02:55 |
| 18 | A. It is not, no. | 02:55 |
| 19 | Q. Do you subscribe to or regularly review | 02:55 |
| 20 | any journals in the pharmaceutical industry? | 02:55 |
| 21 | A. And, again, I'm not trying to be | 02:55 |
| 22 | difficult. How are you -- journals. What do you | 02:55 |
| 23 | mean by a journal? | 02:55 |
| 24 | Q. Like any journal whether it's online or | 02:55 |
| 25 | not. A scholarly collection of publications by -- | 02:56 |

PLAINTIFFS' EXHIBITS 001401

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  |  | Page 178 |
|---|---|---|---|
| 1 | A. | Peer-reviewed journal? | 02:56 |
| 2 | Q. | Yes. | 02:56 |
| 3 | A. | I will pull up articles that are | 02:56 |

```
 1      A.    Peer-reviewed journal?                    02:56
 2      Q.    Yes.                                      02:56
 3      A.    I will pull up articles that are          02:56
 4    pertinent but as far as reading a journal, no.    02:56
 5      Q.    Well, how do you know there are articles   02:56
 6    out there that are pertinent?                     02:56
 7      A.    FDA notices from their websites and my    02:56
 8    trade magazines have references to articles, and I 02:56
 9    keep current by my trade publications that come    02:56
10    out sometimes every two weeks that funnel you back 02:56
11    to the things that are important.                  02:56
12      Q.    What trade publications do you get?        02:56
13      A.    The AAPS magazine, CEN news.               02:56
14      Q.    What is AAPS?                              02:56
15      A.    That's the American Association of         02:56
16    Pharmaceutical Scientists.                         02:56
17      Q.    Okay.  And are there any other ones you    02:56
18    get?                                               02:56
19      A.    Chemical and Engineering News, which is    02:56
20    a publication of the American Chemical Society.    02:56
21      Q.    Anything else?                             02:56
22      A.    American Society Quality periodically      02:56
23    puts out notices with respect to compliance        02:56
24    issues.  They also have a magazine that comes out  02:57
25    like once a month, too, that references that.  And 02:57
```

David Bliesner, Ph.D.            Videotaped            January 25, 2011

                                                      Page 179

| | | |
|---|---|---|
| 1 | I read books. | 02:57 |
| 2 | Q.    Do you know what the FDA's application | 02:57 |
| 3 | integrity policy is? | 02:57 |
| 4 | A.    Never heard of it. | 02:57 |
| 5 | Q.    In your experience, are FDA inspectors | 02:57 |
| 6 | regularly on the lookout for falsified data in | 02:57 |
| 7 | submissions like NDAs and ANDAs as well as routine | 02:57 |
| 8 | reporting? | 02:57 |
| 9 | A.    I think that's one of the things they | 02:57 |
| 10 | are cognizant of. | 02:57 |
| 11 | Q.    Are the -- if FDA detects document | 02:57 |
| 12 | integrity problems, is their response typically | 02:57 |
| 13 | swift and severe? | 02:58 |
| 14 | A.    Swift no doubt.  It depends on the | 02:58 |
| 15 | document problem.  Obviously there are different | 02:58 |
| 16 | flavors of documentation problems. | 02:58 |
| 17 | Q.    Do you have experience with this topic? | 02:58 |
| 18 | A.    Yeah. | 02:58 |
| 19 | Q.    Do you consider yourself an expert in | 02:58 |
| 20 | it? | 02:58 |
| 21 | A.    In FDA addressing documentation issues? | 02:58 |
| 22 | Q.    Right. | 02:58 |
| 23 | A.    Yes. | 02:58 |
| 24 | Q.    I mean where they suspect that the | 02:58 |
| 25 | documents are falsified, do you have experience in | 02:58 |

PLAINTIFFS' EXHIBITS 001403

Page 180

| | |
|---|---|
| 1 | that? | 02:58 |
| 2 | A.    I have had direct experience of that in | 02:58 |
| 3 | the last eight months. | 02:58 |
| 4 | Q.    All right.  Now nowhere in your report | 02:58 |
| 5 | did I see you render any opinion that Actavis's | 02:58 |
| 6 | documents were falsified or had questionable | 02:58 |
| 7 | integrity. | 02:58 |
| 8 | Am I correct about that? | 02:58 |
| 9 | A.    I don't believe there is any statement | 02:59 |
| 10 | to that effect in the report. | 02:59 |
| 11 | Q.    And can you point me to any FDA 483 | 02:59 |
| 12 | warning letter or other regulatory document that | 02:59 |
| 13 | cites Actavis for having suspicious or falsified | 02:59 |
| 14 | documentation? | 02:59 |
| 15 | A.    If I'm not mistaken -- and we have to go | 02:59 |
| 16 | back and look -- but there should be several | 02:59 |
| 17 | notations with respect not documenting things as | 02:59 |
| 18 | they occur, which would be considered a | 02:59 |
| 19 | documentation issue. | 02:59 |
| 20 | Q.    I'm talking about falsifying. | 02:59 |
| 21 | A.    Falsifying?  Falsifying, no. | 02:59 |
| 22 | Q.    That's what I'm asking about. | 02:59 |
| 23 | A.    Falsifying is very difficult to assess | 02:59 |
| 24 | unless you're at the facility as well, so... | 02:59 |
| 25 | Q.    Well, FDA was at the facility on several | 02:59 |

PLAINTIFFS' EXHIBITS 001404

Page 181

| | |
|---|---|
| 1   occasions in '06, '07 and '08, were they not? | 02:59 |
| 2       A.    Yes. | 03:00 |
| 3       Q.    Does an ANDA contain a -- let me | 03:00 |
| 4   withdraw that. | 03:00 |
| 5       How much are you charging for your time to | 03:00 |
| 6   review materials in this consulting work? | 03:00 |
| 7       A.    As strange as it sounds, my bookkeeper | 03:00 |
| 8   does the billing.  I can't honestly answer that | 03:00 |
| 9   question what the billing rate is.  We negotiated | 03:00 |
| 10   a rate, it's in an e-mail, there was some | 03:00 |
| 11   additional discussions, but I don't know what's | 03:00 |
| 12   going on in the invoice to be honest with you. | 03:00 |
| 13       Q.    What's the rate? | 03:00 |
| 14       A.    Again, as strange as it sounds, I have | 03:00 |
| 15   to go back and look at the specific e-mail. | 03:01 |
| 16       Q.    You don't want me hauling your wife down | 03:01 |
| 17   here to talk about this. | 03:01 |
| 18       A.    Oh, no, no. | 03:01 |
| 19       Q.    Do you know what the total amount billed | 03:01 |
| 20   and received for your company to date is on this | 03:01 |
| 21   consulting arrangement? | 03:01 |
| 22       A.    Not off the top of my head, no. | 03:01 |
| 23       Q.    Is it over $20,000? | 03:01 |
| 24       A.    I would say that's a fair assessment. | 03:01 |
| 25       Q.    Is it over $35,000? | 03:01 |

PLAINTIFFS' EXHIBITS 001405

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                    Page 182
 1      A.    I'd say that's a fair assessment.        03:01
 2      Q.    I would like you to find out what your   03:01
 3   rate is and what the billings and receipts are to 03:01
 4   date; okay?                                       03:01
 5      A.    Okay.                                     03:01
 6      Q.    Because we're not going to finish         03:01
 7   today.  So somebody gets to come back and question 03:01
 8   you on another day about those things; okay?       03:01
 9      A.    Okay.                                     03:01
10      Q.    Now, when a company is on consent         03:01
11   decree, isn't it required that they comply with   03:01
12   GMPs?                                              03:02
13      A.    If a company gets placed under a consent  03:02
14   decree, if it's with respect -- because there are 03:02
15   several different types of consent decrees that go 03:02
16   outside the GMPs -- the company goes into the     03:02
17   voluntary agreement of consent decree if they've  03:02
18   had chronic and sustained problems with respect to 03:02
19   compliance with the GMPs, in my experience.       03:02
20      Q.    Are you done with your answer?            03:02
21      A.    Yes, sir.                                 03:02
22            MR. MORIARTY:  That wasn't my question.   03:02
23            THE WITNESS:  I'm sorry.                  03:02
24   BY MR. MORIARTY:                                   03:02
25      Q.    My question was when you're on consent    03:02
```

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 183

1  decree, aren't you required to comply with GMPs?    03:02

2       A.    You are required to comply with GMPs    03:02

3  whether you are on consent decree or not.    03:02

4       Q.    Well, what does the FDA do when you are    03:02

5  on consent and you are found not to be in    03:02

6  compliance with GMPs?    03:02

7       A.    Even if you are under consent decree,    03:02

8  the agency continues to audit and make findings    03:03

9  and they continue on outside of that agreement,    03:03

10  just like they would normally.    03:03

11      Q.    All right.  So you know that when Amide    03:03

12  came off consent decree in 2000, 2002, somewhere    03:03

13  in there, it was because of sustained compliance    03:03

14  with GMPs; correct?    03:03

15      A.    They had demonstrated they had fulfilled    03:03

16  the obligations of the consent decree.    03:03

17      Q.    I would like you to look at Exhibit 22,    03:04

18  please.  Do you know whether you have seen this    03:04

19  letter before?  It's a warning letter dated    03:04

20  January 9th, 2007.    03:04

21      A.    Okay.    03:05

22      Q.    Do you know whether you've seen it    03:05

23  before?    03:05

24      A.    Not without looking at my list, no.    03:05

25      Q.    Okay.    03:05

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 184

| | | |
|---|---|---|
| 1 | A.    Some warning letters weren't available. | 03:05 |
| 2 | Q.    I want you to go to the second to last | 03:05 |
| 3 | page of this document.  The Bates numbers are a | 03:05 |
| 4 | little bit cut off, but it's 2883 something. | 03:05 |
| 5 | A.    Something, got you. | 03:05 |
| 6 | Q.    Do you see that? | 03:05 |
| 7 | A.    I do, sir. | 03:05 |
| 8 | Q.    In the last paragraph -- | 03:05 |
| 9 | A.    Uh-huh. | 03:05 |
| 10 | Q.    -- the FDA said: | 03:05 |
| 11 | "We feel that to provide such assurance, your | 03:05 |
| 12 | firm should promptly initiate an audit program by | 03:05 |
| 13 | a third-party having appropriate cGMP expertise to | 03:05 |
| 14 | provide assurance that all marketed lots of drug | 03:06 |
| 15 | products that remain within expiration have their | 03:06 |
| 16 | appropriate identity, strength, quality and | 03:06 |
| 17 | purity." | 03:06 |
| 18 | Do you see that? | 03:06 |
| 19 | A.    Where is that?  I missed it. | 03:06 |
| 20 | MR. KERENSKY:  It's last sentence of the | 03:06 |
| 21 | paragraph. | 03:06 |
| 22 | THE WITNESS:  The last sentence of the? | 03:06 |
| 23 | MR. KERENSKY:  Last paragraph. | 03:06 |
| 24 | THE WITNESS:  Last paragraph; okay.  I'm | 03:06 |
| 25 | sorry.  "We feel that to provide such | 03:06 |

PLAINTIFFS' EXHIBITS 001408

David Bliesner, Ph.D.　　　　　Videotaped　　　　　January 25, 2011

|  |  | Page 185 |
|---|---|---|
| 1 | assurance, your firm should promptly | 03:06 |
| 2 | initiate" -- yes, I see that. | 03:06 |
| 3 | BY MR. MORIARTY: | 03:06 |
| 4 | Q.　Okay. | 03:06 |
| 5 | A.　Yes. | 03:06 |
| 6 | Q.　Do you know what Actavis did in response | 03:06 |
| 7 | to Exhibit 22? | 03:06 |
| 8 | A.　Specifically, no.　However, I know that | 03:06 |
| 9 | consulting firms were involved at some point. | 03:06 |
| 10 | Q.　Do you know what consulting firms? | 03:07 |
| 11 | A.　With respect to this specific warning | 03:07 |
| 12 | letter? | 03:07 |
| 13 | Q.　Yeah. | 03:07 |
| 14 | A.　I can't tell you that. | 03:07 |
| 15 | Q.　Do you know anything about Quantic | 03:07 |
| 16 | Regulatory Services? | 03:07 |
| 17 | A.　I do. | 03:07 |
| 18 | Q.　What do you know about them? | 03:07 |
| 19 | A.　I have worked as subcontractor for them. | 03:07 |
| 20 | Q.　Are they considered to be a reliable | 03:07 |
| 21 | firm in the pharmaceutical field? | 03:07 |
| 22 | A.　They are to me, yes. | 03:07 |
| 23 | Q.　Well, FDA is specifically saying your | 03:07 |
| 24 | firm should initiate an audit program by a | 03:07 |
| 25 | third-party having appropriate cGMP expertise.　Is | 03:07 |

Page 186

1    Quantic Regulatory Services considered to have          03:07

2    appropriate cGMP expertise?                              03:07

3        A.    Yes.                                            03:07

4        Q.    Okay.  Have you ever seen Exhibit 23?          03:07

5        A.    Yes.                                            03:08

6        Q.    All right.  Exhibit 23 is a letter dated       03:08

7    December 24th, 2007, to FDA from Actavis; correct?       03:08

8        A.    Yes.                                            03:08

9        Q.    Enclosing reports from Quantic; is that        03:08

10   right?                                                    03:08

11       A.    Right, that appears to be.                      03:09

12       Q.    Okay.  Now, I assume you didn't work for        03:09

13   Quantic on this project, did you?                         03:09

14       A.    No, sir.                                        03:09

15       Q.    So if we go to -- do you know how many          03:09

16   Digitek batches Quantic looked at?  Batch records        03:09

17   I should say.                                             03:09

18       A.    No.                                             03:09

19       Q.    Now, Quantic specifically found in its         03:09

20   batch review at page 1867209.                            03:10

21       A.    I have that page.                               03:10

22       Q.    All right.  If you look sort of right in        03:10

23   the middle of the page they say:                         03:10

24       "Based upon this review, it is QRS's opinion          03:10

25   that except as set forth below, the batch records        03:10

PLAINTIFFS' EXHIBITS 001410

Page 187

| | |
|---|---|
| 1 | reviewed did not contain non-conformances or | 03:10 |
| 2 | deficiencies that are likely to have had a | 03:10 |
| 3 | material, adverse impact on the identity, | 03:11 |
| 4 | strength, quality or purity of such other | 03:11 |
| 5 | batches." | 03:11 |
| 6 | Okay? | 03:11 |
| 7 | Now do you have any data available to you on | 03:11 |
| 8 | which you could conclude that you disagree with | 03:11 |
| 9 | QRS about the batch records that they reviewed? | 03:11 |
| 10 | A.    The batch records they reviewed? | 03:11 |
| 11 | Q.    Correct. | 03:11 |
| 12 | A.    No. | 03:11 |
| 13 | Q.    Do you know how many of the Digitek | 03:11 |
| 14 | batches that they reviewed -- the Digitek batch | 03:11 |
| 15 | records that they reviewed were recalled Digitek | 03:11 |
| 16 | batches? | 03:11 |
| 17 | A.    I'm sorry.  Say that again. | 03:11 |
| 18 | Q.    Do you know how many of them were | 03:11 |
| 19 | recalled Digitek batches? | 03:11 |
| 20 | A.    No. | 03:11 |
| 21 | Q.    If just assuming that QRS's conclusion | 03:11 |
| 22 | was correct that they have reliably confirmed the | 03:12 |
| 23 | identity, strength, quality, and purity of the | 03:12 |
| 24 | batch records that reviewed; okay? | 03:12 |
| 25 | A.    That they reviewed. | 03:12 |

PLAINTIFFS' EXHIBITS 001411

Page 188

1    Q.    That they reviewed, that would mean that          03:12
2    those batches were not even adulterated; is that        03:12
3    correct?                                                03:12
4    A.    What they reviewed was, correct.  That's          03:12
5    what you can say.  The batch record.  And               03:12
6    apparently here laboratory testing represents part      03:12
7    of that, which may or may not show the product's        03:12
8    adulterated.                                            03:12
9    Q.    So one way that the FDA -- well, do you           03:12
10   have any evidence that the FDA accepted or              03:12
11   rejected this remediation of that part of the           03:13
12   January 2007 warning letter?                            03:13
13   A.    Yesterday was the first time I saw this,          03:13
14   so I have nothing other than this.                      03:13
15   Q.    All right.  Well, would it be correct --          03:13
16   I would I be correct in assuming that batch             03:13
17   records -- batch record reviews when conducted as       03:13
18   QRS did would be one way to determine if batches        03:13
19   are adulterated?                                        03:13
20   A.    It's -- it is a measure to take and to            03:13
21   go back to try to determine, potentially.               03:13
22   Q.    Okay.  Is there some reason why you               03:13
23   didn't review batch records?  Let's assume you          03:13
24   reviewed one or two.                                    03:13
25   A.    Reviewed the ones in the ANDA.                    03:13

PLAINTIFFS' EXHIBITS 001412

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 189

| | | |
|---|---|---|
| 1 | Q.    Because you don't remember.  Is there | 03:13 |
| 2 | some reason why you didn't review batch records | 03:13 |
| 3 | from '06, '07, and '08? | 03:13 |
| 4 | A.    I reviewed the documentation that I was | 03:13 |
| 5 | requested to review and provided to me in addition | 03:14 |
| 6 | to the ones I was asking for.  That's it. | 03:14 |
| 7 | Q.    I understand that. | 03:14 |
| 8 | A.    Yeah. | 03:14 |
| 9 | Q.    But you had access to an online | 03:14 |
| 10 | repository.  Yet all these documents -- | 03:14 |
| 11 | A.    I did not have access to all the | 03:14 |
| 12 | documents.  They were selectively provided me in a | 03:14 |
| 13 | folder. | 03:14 |
| 14 | Q.    Did you ask to review batch records? | 03:14 |
| 15 | A.    I provided a list of things that I | 03:14 |
| 16 | asked.  I'd have to look at that to determine | 03:14 |
| 17 | whether I asked for batch records. | 03:14 |
| 18 | Q.    Do you have that list here?  Because we | 03:14 |
| 19 | asked in the notice of deposition -- well, we'll | 03:14 |
| 20 | get into that at some point. | 03:14 |
| 21 | A.    Right. | 03:14 |
| 22 | Q.    That you bring all your correspondence? | 03:14 |
| 23 | A.    Yes, I got -- I have it on a hard | 03:14 |
| 24 | drive.  All my e-mail communications is on a hard | 03:14 |
| 25 | drive. | 03:14 |

PLAINTIFFS' EXHIBITS 001413

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                   Page 190
 1      Q.    So you believe that in an e-mail you      03:14
 2   corresponded to some Plaintiffs' lawyers, Fred,    03:14
 3   Meghan, whoever it happened to be --              03:14
 4      A.    Uh-huh.                                   03:15
 5      Q.    -- that you that you wanted to see        03:15
 6   documents.                                         03:15
 7      A.    Yes.                                       03:15
 8      Q.    And do you remember now whether they     03:15
 9   supplied all the documents you asked for?         03:15
10      A.    I'm not sure.  I'd have to look at the   03:15
11   list to see what was provided.                    03:15
12      Q.    Do you remember now whether batch        03:15
13   records was some of things that you asked for?    03:15
14      A.    I can't tell you with certainty, no, I   03:15
15   can't.                                            03:15
16      Q.    And do you have that hard drive with     03:15
17   you?                                              03:15
18      A.    I do.                                     03:15
19      Q.    But it's on your laptop or did you --    03:15
20      A.    It's external.                           03:15
21      Q.    Put it on a thumb drive?                 03:15
22      A.    It's an external drive.                  03:15
23      Q.    Is it like a little thumb drive?         03:15
24      A.    A Passport hard drive.                   03:15
25      Q.    Is that a copy of the hard drive or is   03:15
```

PLAINTIFFS' EXHIBITS 001414

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 191 |
|---|---|---|
| 1 | that the hard drive? | 03:15 |
| 2 | A.    That is the hard drive.  When I first | 03:15 |
| 3 | started doing the work, since I've never done it | 03:15 |
| 4 | before, their recommendation was that everything | 03:15 |
| 5 | with respect to this go on that hard drive. | 03:15 |
| 6 | Q.    Okay.  Certainly -- I mean we're going | 03:16 |
| 7 | to need at some point access to that hard drive; | 03:16 |
| 8 | okay? | 03:16 |
| 9 | A.    Sure. | 03:16 |
| 10 | Q.    So don't delete anything. | 03:16 |
| 11 | A.    Oh, no, no. | 03:16 |
| 12 | Q.    We'll just have to figure out | 03:16 |
| 13 | logistically how we can do that. | 03:16 |
| 14 | A.    Okay. | 03:16 |
| 15 | Q.    How many times have you worked with | 03:16 |
| 16 | Quantic Regulatory Services? | 03:16 |
| 17 | A.    As far as consulting jobs go? | 03:16 |
| 18 | Q.    Yes, sir. | 03:16 |
| 19 | A.    Let's see.  I have worked on the Wyeth | 03:16 |
| 20 | consent decree, the Schering Plough consent | 03:16 |
| 21 | decree, and I believe one other.  To the best of | 03:16 |
| 22 | my knowledge three. | 03:16 |
| 23 | Q.    Have you worked with QRS in some other | 03:17 |
| 24 | capacity besides consulting? | 03:17 |
| 25 | A.    No. | 03:17 |

PLAINTIFFS' EXHIBITS 001415