David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 192

```
 1      Q.    When you have worked as a consultant for    03:17
 2   Quantic Regulatory Services, have you done batch     03:17
 3   record reviews for them or for other companies and   03:17
 4   other products?                                      03:17
 5      A.    No.  And if I could, please, when you       03:17
 6   say Quantic Regulatory Services, there's -- if I'm   03:17
 7   not mistaken there's like three entities of          03:17
 8   Quantic.  One is the regulatory services, one        03:17
 9   Quantic, and there's another one, depending on       03:17
10   what the job is covered by.                          03:17
11      So to answer that question accurately, I'm not    03:17
12   sure which one we're referring to, which one of      03:17
13   those business entities, just to be clear.           03:17
14      Q.    How many companies -- how many other        03:18
15   companies that you worked for in the                 03:18
16   pharmaceutical industry were at one point on         03:18
17   consent decree?                                      03:18
18      A.    As a permanent employee worked for?         03:18
19      Q.    Yeah.                                        03:18
20      A.    At one point?                               03:18
21      Q.    Yeah.                                        03:18
22      A.    To my knowledge, none of the companies.     03:18
23      Q.    What about in your consulting               03:18
24   arrangements?  How many of the companies have been   03:18
25   on consent decree at some point?                     03:18
```

PLAINTIFFS' EXHIBITS 001416

David Bliesner, Ph.D.          Videotaped          January 25, 2011

                                                    Page 193

 1     A.    That I know of?                         03:18

 2     Q.    Yeah.                                   03:18

 3     A.    Two.                                    03:18

 4     Q.    And Wyeth was one.  Are you able to tell 03:18

 5   me who the other one is?                        03:18

 6     A.    Schering Plough.                        03:18

 7     Q.    When you were working with those        03:18

 8   companies regarding consent decrees, did you tell 03:18

 9   them that a consent decree was because of a     03:19

10   repeated and persistent non-compliance with the 03:19

11   law?                                            03:19

12     A.    That was not my function to tell the    03:19

13   companies that.  So me personally, no.          03:19

14     Q.    Did you believe when you were consulting 03:19

15   with them that they were on consent decree because 03:19

16   of repeated, persistent non-compliance with the 03:19

17   law?                                            03:19

18        MR. KERENSKY:  Wait a minute.  I want to   03:19

19     caution you there.                            03:19

20        THE WITNESS:  Yeah.                         03:19

21        MR. KERENSKY:  We're on the same page.     03:19

22     Because you're now asking him to say          03:19

23     something, a conclusion he drew based on stuff 03:19

24     he knew about while working there and working 03:19

25     with them, which may be covered by the        03:19

PLAINTIFFS' EXHIBITS 001417

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 194

| 1 | confidentiality agreements he has. | 03:19 |

2          THE WITNESS:  All I know, if I could, is          03:19
3     that these companies all post the consent          03:19
4     decree and the letter by quality assurance and     03:19
5     management on bulletin boards so everybody can     03:20
6     see what it's all about.  That's part of the       03:20
7     function.                                           03:20
8 BY MR. MORIARTY:                                        03:20
9     Q.    I understand that.  But do you -- I mean      03:20
10 you have said that my client or pharmaceutical         03:20
11 companies in general go on consent decree for          03:20
12 repeated, persistent non-compliance with the law,      03:20
13 and I'm trying to find out whether that is a           03:20
14 phrase that you're applying only to Actavis or         03:20
15 whether you also apply it to companies that you        03:20
16 consult with in the non-litigation world.              03:20
17     A.    Again, I'm not --                            03:20
18          THE VIDEOGRAPHER:  Five minutes.              03:20
19          THE WITNESS:  Again, I'm not sure I           03:20
20     really understand the gist of the question.  I     03:20
21     apologize.                                         03:20
22 BY MR. MORIARTY:                                       03:21
23     Q.    Okay.  At page 8 of your report.             03:21
24     A.    Okay.                                        03:21
25     Q.    It says:                                     03:21

PLAINTIFFS' EXHIBITS 001418

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 195

```
 1         "It should be noted in my experience consent      03:21
 2    decrees are not common and mostly occur when a         03:21
 3    company has shown repeated and persistent              03:21
 4    non-compliance with the law."                          03:21
 5         Do you see that?                                  03:21
 6    A.    Yes, I do.                                       03:21
 7    Q.    All right.  What I'm trying to find out          03:21
 8    about, Dr. Bliesner, is whether you are just           03:21
 9    making a comment about my client or whether that       03:21
10    is your opinion about pharmaceutical companies and     03:21
11    the consent decree generally.                          03:21
12    A.    Yes.                                             03:21
13    Q.    Yes which?                                       03:21
14    A.    They -- that it takes an awful lot to            03:21
15    get a consent decree.  It's a progress of numerous     03:21
16    483s, warning letters in most circumstances.           03:21
17    Sometimes they go directly to it.  There's             03:21
18    numerous 483s, warning letters, and then it gets       03:21
19    to the point where the agency says we don't have       03:21
20    enough resources anymore to manage this.  Let's go     03:21
21    into an agreement.                                     03:22
22    Q.    And have you ever consulted with a               03:22
23    pharmaceutical company about a product that was in     03:22
24    litigation, product liability litigation?             03:22
25    A.    Consulted specifically about the product        03:22
```

PLAINTIFFS' EXHIBITS 001419

Page 196

```
 1   liability?                                          03:22

 2        Q.    Yeah.                                     03:22

 3        A.    No.                                       03:22

 4        Q.    Does the ANDA for any product, including  03:22

 5   Digitek, contain the formula for the active          03:22

 6   ingredients and how they are to be blended?          03:22

 7        A.    The formula, yeah.  The combination of    03:22

 8   excipients and active.                               03:22

 9        Q.    Yes.                                       03:22

10        A.    In my experience they do contain that.    03:22

11        Q.    And presumably they have to be mixed in   03:22

12   appropriate proportions in order to comply with      03:22

13   the formula; correct?                                03:22

14        A.    They need to follow their manufacturing   03:23

15   steps in order to -- to come up with a proper        03:23

16   dosage for them, whether it involved mixing or       03:23

17   whatever.                                            03:23

18        Q.    And those steps are approved by the FDA;  03:23

19   correct?                                             03:23

20        A.    Those steps are in the application.  If   03:23

21   the application is approved and the FDA has found    03:23

22   the information in the application acceptable.       03:23

23              THE VIDEOGRAPHER:  We should definitely   03:23

24        change tapes.                                   03:23

25              The time is 3:26 p.m.  We're going off    03:23
```

PLAINTIFFS' EXHIBITS 001420

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 197

| | | |
|---|---|---|
| 1 | the record. | 03:23 |
| 2 | THE VIDEOGRAPHER:  The time is now | 03:34 |
| 3 | 3:37 p.m.  We are back on the record.  This is | 03:34 |
| 4 | the beginning of tape six. | 03:34 |
| 5 | BY MR. MORIARTY: | 03:34 |
| 6 | Q.    Okay.  We were asking before the break | 03:34 |
| 7 | about formulas; okay?  Have you seen any 483 or a | 03:34 |
| 8 | warning letter, any sort of citation or sanction | 03:35 |
| 9 | by the FDA on Actavis for any problem with the | 03:35 |
| 10 | actual mixing of the ingredients?  In other words, | 03:35 |
| 11 | using inappropriate proportions of ingredients? | 03:35 |
| 12 | A.    Proportions? | 03:35 |
| 13 | Q.    Yes. | 03:35 |
| 14 | A.    Not that I recall. | 03:35 |
| 15 | Q.    So you don't have any evidence that any | 03:35 |
| 16 | Digitek batch started with too much active | 03:35 |
| 17 | pharmaceutical raw ingredient? | 03:35 |
| 18 | A.    I don't have any evidence. | 03:35 |
| 19 | Q.    You are aware that Actavis tests every | 03:36 |
| 20 | batch at the blend stage. | 03:36 |
| 21 | A.    Every batch at the blend stage? | 03:36 |
| 22 | Q.    Yeah. | 03:36 |
| 23 | A.    I don't have information that I've seen | 03:36 |
| 24 | that confirms or denies that. | 03:36 |
| 25 | Q.    Okay. | 03:36 |

David Bliesner, Ph.D.            Videotaped            January 25, 2011

Page 198

| | | | |
|---|---|---|---|
| 1 | | In your work in the pharmaceutical industry -- | 03:36 |
| 2 | | not in your consulting work -- how much contact | 03:36 |
| 3 | | did you have with blend uniformity sampling or | 03:36 |
| 4 | | testing? | 03:36 |
| 5 | A. | Testing. | 03:36 |
| 6 | Q. | So not sampling? | 03:36 |
| 7 | A. | No. | 03:36 |
| 8 | Q. | Not the core sampling? | 03:36 |
| 9 | A. | No. | 03:36 |
| 10 | Q. | But you did have some with testing? | 03:36 |
| 11 | A. | Yes. | 03:36 |
| 12 | Q. | And typically when a company does blend | 03:36 |
| 13 | | sampling from a dry blend batch, how many core | 03:36 |
| 14 | | samples do they take and submit to a QC lab for | 03:37 |
| 15 | | analysis? | 03:37 |
| 16 | A. | That varies.  It's not a set thing. | 03:37 |
| 17 | Q. | From your reading -- | 03:37 |
| 18 | A. | And it's always a battle. | 03:37 |
| 19 | Q. | Why is it a battle? | 03:37 |
| 20 | A. | Because the lab always wants less | 03:37 |
| 21 | | samples and the validation people want more | 03:37 |
| 22 | | samples, and they go back and forth to try to | 03:37 |
| 23 | | determine number of samples to be sent to be | 03:37 |
| 24 | | analyzed.  It's a very big challenge. | 03:37 |
| 25 | Q. | Why does the lab want less samples? | 03:37 |

PLAINTIFFS' EXHIBITS 001422

Page 199

| | | |
|---|---|---|
| 1 | A.    Because usually you're doing their | 03:37 |
| 2 | release testing on top of process validation, so | 03:37 |
| 3 | it's doubling their workload. | 03:37 |
| 4 | Q.    From your reading in pharmaceutical | 03:37 |
| 5 | publications over time, have you found that blend | 03:37 |
| 6 | uniformity sampling and testing in general is a | 03:37 |
| 7 | controversial subject? | 03:37 |
| 8 | A.    Controversial? | 03:37 |
| 9 | Q.    Yes, sir. | 03:37 |
| 10 | A.    I wouldn't use the word controversial. | 03:38 |
| 11 | Q.    Have there been efforts by | 03:38 |
| 12 | pharmaceutical companies to have the FDA eliminate | 03:38 |
| 13 | the requirement of blend uniformity sampling | 03:38 |
| 14 | because it's notoriously difficult to do and | 03:38 |
| 15 | control well? | 03:38 |
| 16 | A.    I know that Actavis in some of their | 03:38 |
| 17 | documentation make reference to try to stop blend | 03:38 |
| 18 | uniformity testing. | 03:38 |
| 19 | Q.    Do you know about any other company? | 03:38 |
| 20 | A.    Specifically that I've been involved | 03:38 |
| 21 | with? | 03:38 |
| 22 | Q.    Actually I mean generally. | 03:38 |
| 23 | A.    Generally. | 03:38 |
| 24 | Q.    Your general knowledge of the industry. | 03:38 |
| 25 | A.    Blend uniformity as I said is always a | 03:38 |

PLAINTIFFS' EXHIBITS 001423

|  |  |  |
|---|---|---|
|  |  | Page 200 |
| 1 | challenge anyway, so... | 03:38 |
| 2 | Q.    Okay.  So can you point to me any | 03:38 |
| 3 | document where the FDA cited or warned the company | 03:38 |
| 4 | because an actual batch had out-of-specification | 03:38 |
| 5 | blend uniformity samples? | 03:39 |
| 6 | A.    The FDA cited? | 03:39 |
| 7 | Q.    Yeah, which then went on uncorrected or | 03:39 |
| 8 | the tests weren't repeated? | 03:39 |
| 9 | A.    It would -- there are references to | 03:39 |
| 10 | blend -- if I'm not mistaken there are references | 03:39 |
| 11 | in 483s and/or potentially EIRs with respect to | 03:39 |
| 12 | blend if I recall.  I'd have to go back and dig | 03:39 |
| 13 | through and look at it specifically. | 03:39 |
| 14 | Q.    Yeah, but do you know whether that had | 03:39 |
| 15 | to do with the way they investigated and the | 03:39 |
| 16 | number of samples -- and the number of samples | 03:39 |
| 17 | they took or whether it was actual blend | 03:39 |
| 18 | uniformity failures that were not addressed? | 03:39 |
| 19 | A.    As I said, I would have to go back and | 03:39 |
| 20 | look specifically as what those discussions were. | 03:39 |
| 21 | It's been a while. | 03:40 |
| 22 | Q.    Is it important to your opinions in this | 03:40 |
| 23 | case? | 03:40 |
| 24 | A.    I think so, yes. | 03:40 |
| 25 | Q.    Is there a difference between an actual | 03:40 |

PLAINTIFFS' EXHIBITS 001424

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 201

```
 1    blend uniformity failure that might require batch      03:40
 2    rejection and some technical need to either            03:40
 3    investigate differently or the way you did your        03:40
 4    backup testing?                                        03:40
 5        A.    I don't understand that question.            03:40
 6        Q.    All right.  It wasn't a very good            03:40
 7    question.  You'll find that late in the day with       03:40
 8    this stuff, you can mess up the questions.             03:40
 9        A.    This is hard work.                           03:40
10        Q.    All right.  So let's just assume that a      03:40
11    company takes ten core samples from various            03:40
12    sections of the blender for the blend uniformity       03:40
13    sampling; okay?                                        03:40
14        A.    Yes.                                         03:40
15        Q.    Now, let's assume that one of the ten is     03:40
16    out of specification.                                  03:40
17        A.    Yes.                                         03:41
18        Q.    Okay.                                        03:41
19        A.    Uh-huh.                                      03:41
20        Q.    A company is entitled to retest either a     03:41
21    portion of that sample or take a new sample from       03:41
22    that part of the blender, aren't they?                 03:41
23        A.    Retest, resample.  You have to be very       03:41
24    careful on how you're defining those terms.            03:41
25        Q.    Well, let's go back.  Let's assume that      03:41
```

PLAINTIFFS' EXHIBITS 001425

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 202

| | | |
|---|---|---|
| 1 | the core sampling device, the sample thief. | 03:41 |
| 2 | A.   Yes. | 03:41 |
| 3 | Q.   Let's just assume for the sake of | 03:41 |
| 4 | argument -- | 03:41 |
| 5 | A.   Uh-huh. | 03:41 |
| 6 | Q.   -- that it is the length and diameter of | 03:41 |
| 7 | my pen -- | 03:41 |
| 8 | A.   Okay. | 03:41 |
| 9 | Q.   -- that I'm holding in front of the | 03:41 |
| 10 | camera; okay? | 03:41 |
| 11 | A.   Uh-huh. | 03:41 |
| 12 | Q.   So you put that in and you fill it with | 03:41 |
| 13 | blend.  Actually, I think the sampling techniques | 03:41 |
| 14 | require a lot less than the length and diameter of | 03:41 |
| 15 | my pen.  But let's assume you have enough to test, | 03:42 |
| 16 | okay, and you have some left over; all right? | 03:42 |
| 17 | A.   Yes. | 03:42 |
| 18 | Q.   Is there any FDA reg -- GMP or | 03:42 |
| 19 | otherwise -- that if the first test on the sample | 03:42 |
| 20 | is out of spec, it says that you have to reject | 03:42 |
| 21 | the batch and that you cannot test the remaining | 03:42 |
| 22 | sample in this sample field? | 03:42 |
| 23 | A.   Well, there's a whole process that gets | 03:42 |
| 24 | to that, the resampling stage.  If you have a | 03:42 |
| 25 | failure of an analysis in the laboratory, it | 03:42 |

PLAINTIFFS' EXHIBITS 001426

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 203

| | |
|---|---|
| 1 | requires a laboratory investigation to determine | 03:42 |
| 2 | whether that result is valid or not. | 03:42 |
| 3 | Q.    Okay.  But the question is, is there a | 03:42 |
| 4 | FDA reg that prevents you from testing more of the | 03:42 |
| 5 | sample that you took? | 03:42 |
| 6 | A.    Not to my knowledge. | 03:42 |
| 7 | Q.    Is there an FDA reg that prevents you | 03:42 |
| 8 | from resampling from that part of the blender and | 03:43 |
| 9 | then testing that material? | 03:43 |
| 10 | A.    Not to my knowledge. | 03:43 |
| 11 | Q.    Is there any FDA reg -- including GMP | 03:43 |
| 12 | regs -- that require companies to reject a batch | 03:43 |
| 13 | based on one out of say ten blend uniformity | 03:43 |
| 14 | tests? | 03:43 |
| 15 | A.    Regulations? | 03:43 |
| 16 | Q.    Yeah. | 03:43 |
| 17 | A.    Not to my knowledge. | 03:43 |
| 18 | Q.    So if we were to look at the Actavis | 03:43 |
| 19 | batch records and find that, for example, that on | 03:43 |
| 20 | initial testing, one sample was out of spec, and | 03:43 |
| 21 | the company did an investigation and retested and | 03:43 |
| 22 | it was not out of spec on retesting, you're not | 03:44 |
| 23 | saying that Actavis had to reject that batch for | 03:44 |
| 24 | blend uniformity failure, are you?  Just answer my | 03:44 |
| 25 | question. | 03:44 |

PLAINTIFFS' EXHIBITS 001427

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 204 |
|---|---|---|
| 1 | A.    Yeah.  Say it again, please.  These are | 03:44 |
| 2 | very difficult issues. | 03:44 |
| 3 | Q.    Sure. | 03:44 |
| 4 | A.    Very difficult issues and they happened | 03:44 |
| 5 | frequently. | 03:44 |
| 6 | Q.    All right.  So if you go into the | 03:44 |
| 7 | records -- | 03:44 |
| 8 | A.    Yes. | 03:44 |
| 9 | Q.    -- you've had, all this paper, and you | 03:44 |
| 10 | find that there was a blend uniformity out of spec | 03:44 |
| 11 | result -- | 03:44 |
| 12 | A.    Yes. | 03:44 |
| 13 | Q.    -- for one out of ten samples for a | 03:44 |
| 14 | particular batch; okay? | 03:44 |
| 15 | A.    Uh-huh. | 03:44 |
| 16 | Q.    Are you with me so far? | 03:44 |
| 17 | A.    I am. | 03:44 |
| 18 | Q.    And they retested it and it was within | 03:44 |
| 19 | the specs and hence passed blend uniformity and | 03:44 |
| 20 | was sent on for packaging, is it your opinion that | 03:44 |
| 21 | that one out of spec result would have -- would | 03:44 |
| 22 | have required rejection of the batch? | 03:45 |
| 23 | A.    Perhaps.  If you have a failure like | 03:45 |
| 24 | this and you can't find a root cause for it and | 03:45 |
| 25 | your investigation doesn't lead to anything, then | 03:45 |

PLAINTIFFS' EXHIBITS 001428

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 205

| | |
|---|---|
| 1 there are some very serious discussions that need | 03:45 |
| 2 to be made with respect to the disposition of that | 03:45 |
| 3 batch. | 03:45 |
| 4     Q.    All right.  But that doesn't | 03:45 |
| 5 automatically require a batch -- | 03:45 |
| 6     A.    Automatically -- | 03:45 |
| 7     Q.    -- rejection. | 03:45 |
| 8     A.    Automatically, knee jerk, no. | 03:45 |
| 9     Q.    You're supposed to -- the regs require | 03:45 |
| 10 that you do an investigation; correct? | 03:45 |
| 11     A.    Specifically I'd have to go back and | 03:45 |
| 12 look at the GMPs to see where they say -- excuse | 03:45 |
| 13 me -- say exactly that you must reject.  It is | 03:45 |
| 14 expected in the industry that manufacturing | 03:45 |
| 15 investigations are investigated very thoroughly to | 03:45 |
| 16 determine a root cause. | 03:45 |
| 17     Q.    Okay.  And it could be a manufacturing | 03:45 |
| 18 investigation or a lab investigation under these | 03:46 |
| 19 circumstances we're talking about with blend | 03:46 |
| 20 uniformity, couldn't it? | 03:46 |
| 21     A.    Yes, the lab in most cases is involved | 03:46 |
| 22 even if it is a manufacturing investigation | 03:46 |
| 23 because the laboratory people have a tendency to | 03:46 |
| 24 be some of the more technically trained folks on | 03:46 |
| 25 the staff and they usually are cross-functional | 03:46 |

Page 206

| | | |
|---|---|---|
| 1 | teams when these types of issues come up.  So you | 03:46 |
| 2 | can solve the problem with the best information we | 03:46 |
| 3 | have. | 03:46 |
| 4 | Q.    So if there is a circumstance in the | 03:46 |
| 5 | documents where this has occurred, FDA could go | 03:46 |
| 6 | back and say we don't like the way you conducted | 03:46 |
| 7 | the investigation and write up an observation and | 03:46 |
| 8 | a 483 just about the way the investigation was | 03:46 |
| 9 | done; correct? | 03:46 |
| 10 | A.    That is correct. | 03:46 |
| 11 | Q.    But not necessarily go the next step and | 03:46 |
| 12 | say you should have rejected the batch. | 03:46 |
| 13 | A.    It could; it could not. | 03:47 |
| 14 | Q.    Right. | 03:47 |
| 15 | A.    Uh-huh. | 03:47 |
| 16 | Q.    But it doesn't follow as night does day | 03:47 |
| 17 | that they would say you have to reject the batch. | 03:47 |
| 18 | A.    Not to sound redundant, these are very | 03:47 |
| 19 | complex issues and each one is separate and | 03:47 |
| 20 | unique. | 03:47 |
| 21 | Q.    And each one needs to be studied in this | 03:47 |
| 22 | much detail; correct? | 03:47 |
| 23 | A.    Absolutely. | 03:47 |
| 24 | Q.    Now sitting here off the top of your | 03:47 |
| 25 | head, without having to dive into these boxes, do | 03:47 |

PLAINTIFFS' EXHIBITS 001430

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 207

| | | |
|---|---|---|
| 1 | you know exactly what the blend uniformity issues | 03:47 |
| 2 | were that FDA addressed in 483s regarding Digitek? | 03:47 |
| 3 | A.    Without going back and diving into my | 03:47 |
| 4 | boxes, I can't tell you exactly what happened. | 03:47 |
| 5 | Q.    Do you know off of top of your head | 03:47 |
| 6 | whether FDA ever cited, warned, sanctioned Actavis | 03:47 |
| 7 | for passing a batch at the blend uniformity stage | 03:47 |
| 8 | that FDA says should have been rejected? | 03:47 |
| 9 | A.    There were discussions, if I recall, in | 03:48 |
| 10 | EIRs and 483s with respect to blend uniformity. | 03:48 |
| 11 | Q.    That wasn't my question. | 03:48 |
| 12 | A.    Okay.  What was your question? | 03:48 |
| 13 | MR. MORIARTY:  Read it back, Phil, | 03:48 |
| 14 | please. | 03:48 |
| 15 | (Whereupon, the testimony was read | 03:48 |
| 16 | back by the court reporter, as recorded above) | 03:48 |
| 17 | THE WITNESS:  I can't off top of my head | 03:48 |
| 18 | answer that question. | 03:48 |
| 19 | BY MR. MORIARTY: | 03:48 |
| 20 | Q.    If a pharmaceutical -- let me withdraw | 03:48 |
| 21 | that because I talked with you about that before. | 03:49 |
| 22 | Have you been shown any information whatsoever | 03:49 |
| 23 | to indicate that there was an outbreak of Digoxin | 03:49 |
| 24 | toxicity in 2006, 2007, or 2008 at any hospital, | 03:49 |
| 25 | nursing home, clinic, or outpatient facility in | 03:49 |

PLAINTIFFS' EXHIBITS 001431

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 208

| | | |
|---|---|---|
| 1 | the United States? | 03:49 |
| 2 | A.    When you say "outbreak" you mean? | 03:49 |
| 3 | Q.    Up-tick, increase. | 03:49 |
| 4 | A.    I know there's a document in here that | 03:49 |
| 5 | looks at adverse events and the numbers of them, | 03:49 |
| 6 | but that's all -- I would have to look at that and | 03:49 |
| 7 | speak to it. | 03:49 |
| 8 | Q.    And you're not a pharmacovigilance | 03:49 |
| 9 | expert? | 03:49 |
| 10 | A.    I am not. | 03:49 |
| 11 | Q.    And do you know even know whether | 03:49 |
| 12 | adverse event reporting is considered by FDA to be | 03:49 |
| 13 | a causal connection? | 03:49 |
| 14 | A.    Causal connection? | 03:50 |
| 15 | Q.    Whether adverse event reporting is | 03:50 |
| 16 | necessarily caused by adulterated or out of spec | 03:50 |
| 17 | product? | 03:50 |
| 18 | A.    It can be a flag, obviously. | 03:50 |
| 19 | Q.    I understand that. | 03:50 |
| 20 | A.    Yeah. | 03:50 |
| 21 | Q.    For them to look that? | 03:50 |
| 22 | A.    Yes. | 03:50 |
| 23 | Q.    But if it did, it's not somebody makes | 03:50 |
| 24 | an adverse event report and you automatically | 03:50 |
| 25 | conclude that you have a problem with your | 03:50 |

Page 209

| | | |
|---|---|---|
| 1 | manufacturing; right?  Am I right about that? | 03:50 |
| 2 | A.    Say that again, please.  And it's late | 03:50 |
| 3 | in the day for me, too, so... | 03:50 |
| 4 | Q.    Okay.  Let's take a step back.  These | 03:50 |
| 5 | lawyers hired a pharmacovigilance expert. | 03:50 |
| 6 | A.    Okay. | 03:50 |
| 7 | Q.    From Philadelphia, Karen Frank. | 03:50 |
| 8 | A.    Okay. | 03:50 |
| 9 | Q.    Would you defer to her on these | 03:50 |
| 10 | pharmacovigilance issues? | 03:50 |
| 11 | A.    Yes. | 03:50 |
| 12 | Q.    So, what I was trying to -- oh, never | 03:51 |
| 13 | mind.  Other than what you said, about AERs, which | 03:51 |
| 14 | you would defer to somebody else, you haven't seen | 03:51 |
| 15 | evidence in medical literature or scientific | 03:51 |
| 16 | publications that there was some increase in | 03:51 |
| 17 | Digoxin toxicity in two or three years before this | 03:51 |
| 18 | recall, have you? | 03:51 |
| 19 | A.    I have not specifically gone out and | 03:51 |
| 20 | looked for that in the literature. | 03:51 |
| 21 | Q.    Have you talked to any cardiologists | 03:51 |
| 22 | about this case, informally or otherwise? | 03:51 |
| 23 | A.    In doctor-client privilege, I had | 03:51 |
| 24 | discussion. | 03:51 |
| 25 |       MR. KERENSKY:  That's interesting, isn't | 03:51 |

PLAINTIFFS' EXHIBITS 001433

|  |  | Page 210 |
|---|---|---|
| 1 | it? | 03:51 |
| 2 | MR. MORIARTY: Yeah, this will be fun. | 03:51 |
| 3 | BY MR. MORIARTY: | 03:51 |
| 4 | Q. Do you take Digoxin? | 03:51 |
| 5 | A. I do not. | 03:51 |
| 6 | Q. And presumably you were not consulting a | 03:51 |
| 7 | doctor about a prescription for yourself -- | 03:51 |
| 8 | A. No. | 03:51 |
| 9 | Q. -- when you were talking about Digoxin; | 03:51 |
| 10 | correct? | 03:51 |
| 11 | A. That's correct. | 03:51 |
| 12 | Q. And was the party to this conversation | 03:52 |
| 13 | your primary care physician? | 03:52 |
| 14 | A. Yes. | 03:52 |
| 15 | Q. Is he or she a cardiologist? | 03:52 |
| 16 | A. Yes. | 03:52 |
| 17 | Q. Okay. But the discussion had to do with | 03:52 |
| 18 | Digitek or Digoxin? | 03:52 |
| 19 | A. Where do we really fall on this? I'm | 03:52 |
| 20 | not really comfortable talking about what I talked | 03:52 |
| 21 | about with my doctor regarding this. | 03:52 |
| 22 | Q. Well, if you were talking about your own | 03:52 |
| 23 | medical care, then it's privileged and I'm going | 03:52 |
| 24 | somewhere else. If you were talking hey, buddy, | 03:52 |
| 25 | I'm consulting on this Digitek litigation. What | 03:52 |

PLAINTIFFS' EXHIBITS 001434

Page 211

| | |
|---|---|
| 1 | do you know about it, what do you think about it, | 03:52 |
| 2 | that's not privileged because you weren't talking | 03:52 |
| 3 | to him about your own medical -- | 03:52 |
| 4 | A.    I was not specifically asking him about | 03:52 |
| 5 | that. | 03:52 |
| 6 | MR. KERENSKY:  Yeah, we don't | 03:52 |
| 7 | necessarily -- I don't necessary agree with | 03:52 |
| 8 | your characterization of where the line is on | 03:53 |
| 9 | what's privileged.  And so there's an argument | 03:53 |
| 10 | just like he made and I made that the line is | 03:53 |
| 11 | here.  There's an argument that everything you | 03:53 |
| 12 | talk to your doctor about in your doctor's | 03:53 |
| 13 | office is privileged; okay?  I'm sure that's | 03:53 |
| 14 | what the doctor would say under HIPAA. | 03:53 |
| 15 | So it's your call whether or not you want | 03:53 |
| 16 | to share this with him. | 03:53 |
| 17 | THE WITNESS:  I prefer not to talk about | 03:53 |
| 18 | it. | 03:53 |
| 19 | MR. KERENSKY:  And if you guys want to | 03:53 |
| 20 | press it, just take it up with the Judge; | 03:53 |
| 21 | okay. | 03:53 |
| 22 | BY MR. MORIARTY: | 03:53 |
| 23 | Q.    Did you show this doctor any documents | 03:53 |
| 24 | from the Digitek litigation? | 03:53 |
| 25 | A.    I didn't think we were going to talk | 03:53 |

PLAINTIFFS' EXHIBITS 001435

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  | | Page 212 |
|---|---|---|
| 1 | about this anymore. | 03:53 |
| 2 | Q.    That's a different question. | 03:53 |
| 3 | A.    No. | 03:53 |
| 4 | Q.    Dr. Bliesner, you are aware that Digitek | 03:54 |
| 5 | has a theoretical batch yield, are you not? | 03:54 |
| 6 | A.    Yes. | 03:54 |
| 7 | Q.    So if you put the ingredients in | 03:54 |
| 8 | appropriately, if you're making .125 Digitek, you | 03:54 |
| 9 | should get 4.8 million Digitek tablets or | 03:54 |
| 10 | thereabouts; right? | 03:54 |
| 11 | A.    Say that again. | 03:54 |
| 12 | Q.    If you put the appropriate ingredients | 03:54 |
| 13 | into according to the formula, you should get 4.8 | 03:54 |
| 14 | million tablets before waste, sampling, retained | 03:54 |
| 15 | samples, things of nature? | 03:54 |
| 16 | A.    Without having gone back to look at it, | 03:54 |
| 17 | I'll trust you have the number and that's | 03:54 |
| 18 | accurate. | 03:54 |
| 19 | Q.    Is there always at least some loss or | 03:54 |
| 20 | waste in the manufacturing process? | 03:54 |
| 21 | A.    Invariably, yes. | 03:55 |
| 22 | Q.    If a company consistently made | 03:55 |
| 23 | double-sized tablets, would the actual batch | 03:55 |
| 24 | production outcomes come close to the theoretical | 03:55 |
| 25 | yield numbers? | 03:55 |

PLAINTIFFS' EXHIBITS 001436

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|   |   | Page 213 |
|---|---|---|
| 1 | A.    I'm sorry.  Say that again. | 03:55 |
| 2 | Q.    If the company consistently made | 03:55 |
| 3 | double-sized the tablets -- | 03:55 |
| 4 | A.    Uh-huh | 03:55 |
| 5 | Q.    -- would the actual batch production | 03:55 |
| 6 | numbers come close to the theoretical yield | 03:55 |
| 7 | numbers? | 03:55 |
| 8 | A.    I don't know.  I would have to think | 03:55 |
| 9 | about that a little more.  I don't think there's a | 03:55 |
| 10 | one-to-one correlation between theoretical yield | 03:55 |
| 11 | and this potential double-thick tablet.  I | 03:55 |
| 12 | don't -- I would not speak definitively on that. | 03:55 |
| 13 | I have to really think about it. | 03:55 |
| 14 | Q.    Well, if you made an entire batch | 03:55 |
| 15 | somehow of double-thick tablets -- | 03:55 |
| 16 | A.    Uh-huh. | 03:55 |
| 17 | Q.    -- are you going to get 4.8 million? | 03:55 |
| 18 | A.    An entire batch? | 03:55 |
| 19 | Q.    Yes, sir. | 03:56 |
| 20 | A.    I would say that's probably not going to | 03:56 |
| 21 | get 4.8 million. | 03:56 |
| 22 | Q.    If you made one quarter of the tablets | 03:56 |
| 23 | double thick, you wouldn't get close to 4.8 | 03:56 |
| 24 | million either, would you? | 03:56 |
| 25 | A.    No, I think you have to be very careful | 03:56 |

PLAINTIFFS' EXHIBITS 001437

Page 214

| | | |
|---|---|---|
| 1 | in trying to make those kinds of assessments | 03:56 |
| 2 | because we don't know double-thick tablet again | 03:56 |
| 3 | was ever testified.  So we don't know what the | 03:56 |
| 4 | weight is, we don't know what the total | 03:56 |
| 5 | excipients, we don't know what the active is.  We | 03:56 |
| 6 | have no idea of being able to just off the top of | 03:56 |
| 7 | your head, back of envelope calculation say how | 03:56 |
| 8 | much it would be up short.  I just don't think | 03:56 |
| 9 | it's possible. | 03:56 |
| 10 |     Q.    Did you ever see any evidence in any | 03:56 |
| 11 | company documents to indicate that there was some | 03:56 |
| 12 | adverse trend in Digitek yield production? | 03:56 |
| 13 |     A.    If I recall, early on there was some | 03:57 |
| 14 | discussions -- and it may have been with the | 03:57 |
| 15 | FDA -- with respect to yield difficulties. | 03:57 |
| 16 |     Q.    What years are you talking about? | 03:57 |
| 17 |     A.    I don't know.  Again, I'd have to go | 03:57 |
| 18 | back and dig through the documents and look at | 03:57 |
| 19 | them. | 03:57 |
| 20 |     Q.    Did any of that occur in 2005, 6, 7 or | 03:57 |
| 21 | 8? | 03:57 |
| 22 |     A.    I can't tell that you without going back | 03:57 |
| 23 | and looking through them. | 03:57 |
| 24 |     Q.    Why, in general, do you think some | 03:57 |
| 25 | problem that occurred in 1995, for example, is | 03:57 |

PLAINTIFFS' EXHIBITS 001438

Page 215

1    evidence that defective Digitek got into the hands     03:57
2    of consumers in 2007 or 2008?                          03:57
3         A.    It's actually fairly straightforward.       03:57
4    As I said in the report, primary difficulties in       03:57
5    situations like this, in my experience and my          03:57
6    opinion is lack of leadership.  It's the number        03:57
7    one.  The people who were running the company back     03:58
8    then when they had problems with first consent         03:58
9    decree up until just before the second consent         03:58
10   decree are same people who are running people the      03:58
11   same people on regulatory force, the same people       03:58
12   in quality, the same people that caused all the        03:58
13   initial problems were still there.                     03:58
14        Q.    Is that some scientific theory?             03:58
15        A.    It's a -- it's a statement of fact.         03:58
16        Q.    So, in other words essentially what         03:58
17   you're saying is because they were sloppy in '95       03:58
18   means they must have been sloppy in '06 and '07?       03:58
19        A.    I think the information that I've           03:58
20   reviewed pretty consistently shows they got out        03:58
21   from underneath the consent decree, they became        03:58
22   recidivistic, and they moved right back into           03:58
23   another situation with many of these same             03:58
24   problems.  That reflects on leadership.                03:58
25        Q.    But not one thing that you just told me     03:58

PLAINTIFFS' EXHIBITS 001439

David Bliesner, Ph.D.          Videotaped          January 25, 2011

                                                        Page 216

 1    is scientific evidence of defective tablets              03:58

 2    getting into the hands of consumers.  Are you            03:59

 3    talking about FDA documents?                             03:59

 4         A.    It's a failure of quality which impacts       03:59

 5    the quality of the product going out the door.           03:59

 6         Q.    Well, if the quality was so bad from '95      03:59

 7    through 2008 -- let's just pick that period of           03:59

 8    time, those 13 years -- shouldn't there be some          03:59

 9    evidence of defective Digitek getting into the           03:59

10    hands of consumers?                                      03:59

11         A.    There are evidence.  The pharmacy             03:59

12    individuals.                                             03:59

13         Q.    One tablet out of a billion.  Got             03:59

14    anything else?                                           03:59

15         A.    As far as scientific data specifically        03:59

16    showing that it was in the hands of the                  03:59

17    individual?                                              03:59

18         Q.    Yes.                                          03:59

19         A.    There was nothing in the record.             03:59

20    However, you know, you have a billion tablets            03:59

21    let's say.  It's the number everybody's throwing         03:59

22    around.  Start doing the math, say it's .00001           03:59

23    percent, you know, how many tablets is that?             03:59

24    There's a lot of tablets in the market and you may       03:59

25    never seen it.  They could hurt the people.              04:00

PLAINTIFFS' EXHIBITS 001440

David Bliesner, Ph.D.          Videotaped          January 25, 2011

```
                                                    Page 217
 1     Q.    You may never see it; right?              04:00
 2     A.    That exists.                              04:00
 3     Q.    Okay.  So the one tablet that was found   04:00
 4   in 2003 or 4 was found by a pharmacist, wasn't it? 04:00
 5     A.    I believe that's what we said earlier.    04:00
 6     Q.    Have you ever worked in a pharmacy?       04:00
 7     A.    I have not.                               04:00
 8     Q.    Do you have any expertise in pharmacy?    04:00
 9     A.    A pharmacist?  No, sir.                   04:00
10     Q.    Well, if the one tablet we know about in  04:00
11   2004 could be detected by a pharmacist, isn't it  04:00
12   reasonable to conclude that other extra-thick     04:00
13   tablets, if they existed, would be detected by    04:00
14   pharmacists?                                      04:00
15     A.    Could be.                                 04:00
16     Q.    But that is the only one you know         04:00
17   about.                                            04:00
18     A.    Those two specific instances and the      04:00
19   documents I've reviewed.                          04:00
20     Q.    Let's talk about sampling rates.  Are     04:01
21   you an expert in the design and implementation of 04:01
22   sampling plans for in-process pharmaceutical      04:01
23   testing?                                          04:01
24     A.    I am not.                                 04:01
25     Q.    Do you at least know that in-process      04:01
```

PLAINTIFFS' EXHIBITS 001441

Page 218

| | |
|---|---|
| 1 | sampling plans are FDA approved? | 04:01 |
| 2 |     A.    In the application?  Is that what you're | 04:01 |
| 3 | asking? | 04:01 |
| 4 |     Q.    Initially in the AMDA; correct. | 04:01 |
| 5 |     A.    I'm not sure whether that specific | 04:02 |

1    sampling plans are FDA approved?                    04:01

2        A.    In the application?  Is that what you're   04:01

3    asking?                                              04:01

4        Q.    Initially in the AMDA; correct.            04:01

5        A.    I'm not sure whether that specific         04:02

6    sample plan exists in the AMDA.  I would have to     04:02

7    take a look.  I know procedures, internal guidance   04:02

8    and SOPs companies have with respect to sampling,    04:02

9    and they are pretty unique.                          04:02

10       Q.    Are you aware of any 483 or warning         04:02

11   letter comment at any point from 2005 to 2008,       04:02

12   which observed problems with Digitek in-process      04:02

13   sampling, meaning weight, thickness?                 04:02

14       A.    Specific physical testing?                 04:02

15       Q.    Hardness.                                   04:02

16       A.    I have not seen any that I recall.          04:02

17       Q.    And I assume that this sort of              04:02

18   in-process testing in general is supposed to tell    04:02

19   you something about the consistency of the tablets   04:02

20   that are coming off the presses; is that right?      04:02

21       A.    At various stages within the process.      04:03

22   It's not like you just grab a hold and spot.         04:03

23   In-process testing involves -- as you said, you've   04:03

24   already said -- blend uniformity at certain steps    04:03

25   along the way.                                        04:03

PLAINTIFFS' EXHIBITS 001442

David Bliesner, Ph.D.          Videotaped          January 25, 2011

                                                   Page 219

1      Q.    Well, right now I'm just talking about      04:03

2    the thickness, hardness, the color, weight.         04:03

3      A.    That's kind of -- as far as in-process      04:03

4    goes?                                               04:03

5      Q.    Yeah.                                        04:03

6      A.    I'm not -- okay, I don't recall what        04:03

7    their in-process tests were for this particular     04:03

8    product.                                            04:03

9      Q.    But you've not seen any FDA citations or    04:03

10   warning implicating those processes?                04:03

11     A.    Not that I recall.                          04:03

12     Q.    But I am correct that what you do in        04:03

13   there when QA comes in and the actual press         04:03

14   operator is checking, is to see at least visually   04:03

15   and by measurement whether the tablets are          04:03

16   consistent in size, weight, hardness, things of     04:03

17   that nature; correct?                               04:03

18     A.    It's a limited testing in process to see    04:03

19   where you are, how it's progressing.                04:04

20     Q.    But that's what it's designed to tell       04:04

21   you, limited as it may be?                          04:04

22     A.    Yes.                                        04:04

23     Q.    So let's talk about finished product        04:04

24   testing, which is within your bailiwick.  Did the   04:04

25   AMDA have description of the methods that would be  04:04

PLAINTIFFS' EXHIBITS 001443

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 220

| | |
|---|---|
| 1   used to assay content uniformity and dissolution | 04:04 |
| 2   tests Digitek at the finished product stage? | 04:04 |
| 3        A.    Not specifically looking at the ANDA.  I | 04:04 |
| 4   remember -- I'm pretty sure the methods would be | 04:04 |
| 5   in there.  They should be. | 04:04 |
| 6        Q.    Are they also -- | 04:05 |
| 7        A.    I need to interject here that I'm not | 04:05 |
| 8   sure that I had an opportunity to review all of | 04:05 |
| 9   the sections of the ANDA when they were up on the | 04:05 |
| 10  website for me.  So I got to be careful here.  I'm | 04:05 |
| 11  not sure if I had the whole package | 04:05 |
| 12       Q.    Have you looked at the method operating | 04:05 |
| 13  instructions or anything else regarding the | 04:05 |
| 14  testing methods? | 04:05 |
| 15       A.    I have looked at some methods.  I would | 04:05 |
| 16  have to go back and look and see what specific | 04:05 |
| 17  methods there were. | 04:05 |
| 18       Q.    I didn't see any criticism in your | 04:05 |
| 19  report of Actavis's method for finished process | 04:05 |
| 20  testing Digitek.  Am I correct about that? | 04:05 |
| 21       A.    There is nothing in the report. | 04:05 |
| 22  However, I was not pointed specifically to look at | 04:05 |
| 23  methods in particular.  I did not do a wholesale, | 04:05 |
| 24  soup to nuts -- as I normally do -- review of the | 04:05 |
| 25  laboratory control system. | 04:05 |

PLAINTIFFS' EXHIBITS 001444

Page 221

1      Q.    When you say as you normally do in a lab      04:05
2    control system, you mean for a consulting            04:05
3    non-litigation project; right?                       04:06
4      A.    Yes.                                          04:06
5      Q.    Well, certainly if the Plaintiffs'           04:06
6    lawyers were concerned about the finished product    04:06
7    methods, they would have probably pointed you in     04:06
8    that direction; correct?                             04:06
9      A.    I wouldn't make that conclusion.  We ran     04:06
10   out of time as much as anything else.                04:06
11     Q.    And excuse me if I asked you this            04:06
12   before, but you have not seen in any 483 or          04:06
13   warning letter any sort of statement by FDA that     04:06
14   Actavis's finished product testing of Digitek was    04:06
15   in some way deficient; correct?                      04:06
16     A.    No, we did not talk about that.  And I       04:06
17   vaguely recall that there are discussions with       04:06
18   respect to analytical methods not being sufficient   04:06
19   for their intended use and/or validated in some of   04:06
20   these documents that the FDA has generated.  I       04:06
21   have to go back and look at them.                    04:07
22     Q.    For Digitek?                                 04:07
23     A.    I can't say for certain, but I know that     04:07
24   there are discussions through 483s and warnings      04:07
25   letters with respect to the laboratory records and   04:07

PLAINTIFFS' EXHIBITS 001445

Page 222

1    methods.                                              04:07

2         Q.    Did FDA ever say that there was a batch    04:07

3    that had out-of-spec results that should have been   04:07

4    rejected because the methods or even the             04:07

5    investigations were inadequate?                      04:07

6         A.    Methods?                                   04:07

7         Q.    Or investigations?                         04:07

8         A.    Or investigations.  Again, I'd have to     04:07

9    go back and look at it because there are             04:07

10   discussions with respect to methods, methods         04:07

11   validation and testing that come up throughout       04:07

12   these FDA documents.                                 04:07

13        Q.    But my question is very specific.          04:07

14        A.    Okay.                                      04:08

15        Q.    Do you remember any statements in any      04:08

16   FDA documents to the effect that Digitek batches     04:08

17   should have been rejected because analytical         04:08

18   methods were inadequate or investigations were       04:08

19   inadequate?                                          04:08

20        A.    I can't say that off the top of my         04:08

21   head.  I really can't.  Analytical methodology is    04:08

22   invariably one of the observations the FDA makes     04:08

23   for companies in trouble.                            04:08

24        Q.    Let's go to page 7 of your report.         04:08

25             MR. KERENSKY:  Can we take a stretch        04:09

PLAINTIFFS' EXHIBITS 001446

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 223

| | | |
|---|---|---|
| 1 | break after you finish this thing, this little | 04:09 |
| 2 | subject? | 04:10 |
| 3 | MR. MORIARTY:  How long on the tape? | 04:10 |
| 4 | THE VIDEOGRAPHER:  25 minutes. | 04:10 |
| 5 | MR. MORIARTY:  Yeah. | 04:10 |
| 6 | BY MR. MORIARTY: | 04:10 |
| 7 | Q.    Okay.  Page 7. | 04:10 |
| 8 | A.    Yes. | 04:10 |
| 9 | Q.    It says product recalls. | 04:10 |
| 10 | A.    Yes. | 04:10 |
| 11 | Q.    The first one is in 1990.  Was that | 04:10 |
| 12 | Digitek? | 04:10 |
| 13 | A.    I don't know. | 04:10 |
| 14 | Q.    What would you have to look at to figure | 04:10 |
| 15 | it out? | 04:10 |
| 16 | A.    It was just a -- if I recall, it was a | 04:10 |
| 17 | business summary that was presented by one of the | 04:10 |
| 18 | CEOs and it just said there was a product recall. | 04:10 |
| 19 | If I -- I'm pulling this off my memory, which I | 04:10 |
| 20 | hesitate to do that. | 04:10 |
| 21 | Q.    In 1995, Class III? | 04:10 |
| 22 | A.    Uh-huh. | 04:10 |
| 23 | Q.    That's not recalled at the consumer | 04:10 |
| 24 | level; correct? | 04:10 |
| 25 | A.    Uh-huh. | 04:10 |

PLAINTIFFS' EXHIBITS 001447

David Bliesner, Ph.D.         Videotaped         January 25, 2011

Page 224

| | | | |
|---|---|---|---|
| 1 | Q. | Is that right? | 04:10 |
| 2 | A. | That's correct. | 04:10 |
| 3 | Q. | Because of incorrect package insert. | 04:10 |

4  Which is, in your words, a failure of packaging    04:11
5  and labeling portions of the cGMPs; correct?       04:11
6      A.    Correct.                                  04:11
7      Q.    Was it Digitek?                           04:11
8      A.    I'd have to look.  That may be one of     04:11
9  those things as well that was just stated as.      04:11
10     Q.    And certainly FDA or Amide at the time    04:11
11 didn't consider this as a patient safety issue     04:11
12 because it was a Class III recall; correct?        04:11
13     A.    Correct.  An immediate threat.            04:11
14     Q.    And the 2008 August total product        04:11
15 recall, which is the last one that you list --     04:11
16     A.    Yes.                                      04:11
17     Q.    -- that was a Class III recall, wasn't    04:11
18 it?                                                 04:11
19     A.    I don't recall.                           04:11
20     Q.    Well, that's important to know, isn't     04:11
21 it?                                                 04:11
22     A.    Let's take a look.                        04:11
23           MR. MORIARTY:  Let me make sure we're on  04:12
24     the same page.                                  04:12
25           THE WITNESS:  Okay.                       04:12

Rennillo Deposition & Discovery - A Veritext Company
216.523.1313          www.rennillo.com          888.391.3376 (Depo)

PLAINTIFFS' EXHIBITS 001448

Page 225

1    BY MR. MORIARTY:                                    04:12

2         Q.    Was the 2008 August recall to the       04:12

3    consumer level?                                     04:12

4         A.    What page were we on again back in the   04:12

5    document?                                           04:12

6         Q.    Seven.                                   04:12

7         A.    Seven?                                   04:12

8         Q.    But you don't have a reference?          04:12

9         A.    Seven, the August recall?               04:12

10        Q.    Yeah, I guess you would be looking at    04:12

11   A49, A55, 63.  That's what your table says          04:12

12        A.    25 April, 2008?                          04:13

13        Q.    No, sir.  August 2008.  It would be your 04:13

14   reference A63.                                      04:13

15        A.    63.                                      04:13

16        Q.    And on page 61 of your report you say    04:13

17   that it was recalled at the retail level.           04:13

18        A.    Where in the report?                     04:13

19        Q.    Page 61.                                 04:13

20        A.    Yeah.  61, reference A63?                04:13

21        Q.    Yes, sir.                                04:14

22        A.    Recall from press release, FDA website   04:14

23   "Actavis auto announces voluntary recall at retail  04:14

24   level of all drugs manufactured."  Then that's      04:14

25   what that was.                                       04:14

PLAINTIFFS' EXHIBITS 001449

Page 226

| | | |
|---|---|---|
| 1 | Q. All right. So even though FDA may have | 04:14 |
| 2 | been concerned about good manufacturing practice | 04:14 |
| 3 | violations in 2008 or 2007, there was not a recall | 04:14 |
| 4 | of these other products to the consumer level; | 04:14 |
| 5 | correct? | 04:14 |
| 6 | A. According to that. | 04:14 |
| 7 | MR. MORIARTY: Okay. You want to take a | 04:14 |
| 8 | stretch break? Let's go off the record for -- | 04:14 |
| 9 | MR. KERENSKY: Thank you for remembering. | 04:15 |
| 10 | MR. MORIARTY: For five minutes. | 04:15 |
| 11 | THE VIDEOGRAPHER: The time is 4:17 p.m. | 04:15 |
| 12 | We're going off the record. | 04:15 |
| 13 | THE VIDEOGRAPHER: The time is now | 04:25 |
| 14 | 4:28 p.m. We are back on the record. | 04:25 |
| 15 | (Whereupon, Exhibit 106 was marked | 04:26 |
| 16 | for identification) | 04:26 |
| 17 | BY MR. MORIARTY: | 04:26 |
| 18 | Q. Okay. I'm going to show you what has | 04:26 |
| 19 | been marked as Exhibit 106; okay? This is a | 04:26 |
| 20 | notice of your deposition for today; all right? | 04:26 |
| 21 | A. Okay. | 04:26 |
| 22 | Q. Have you seen that before? | 04:26 |
| 23 | A. I have. | 04:26 |
| 24 | Q. All right. And it tells you to bring a | 04:26 |
| 25 | lot of stuff; right? | 04:26 |

PLAINTIFFS' EXHIBITS 001450

David Bliesner, Ph.D.            Videotaped            January 25, 2011

|   |   |   | Page 227 |
|---|---|---|---|
| 1 | A. | Yes. | 04:26 |
| 2 | Q. | So when this is going to be restarted on | 04:26 |
| 3 | the 18th, there will be a new notice that goes | | 04:26 |
| 4 | out. You will have to bring your stuff and | | 04:26 |
| 5 | somehow the lawyers will figure out a way to get | | 04:26 |
| 6 | this hard drive duplicated so we can find these | | 04:26 |
| 7 | other things; okay? | | 04:26 |
| 8 | A. | Okay. | 04:26 |
| 9 | Q. | So it's possible you'll have to be in | 04:26 |
| 10 | communication with people between now and then -- | | 04:26 |
| 11 | A. | Yes. | 04:26 |
| 12 | Q. | -- to facilitate that; all right. | 04:26 |
| 13 | Okay. Fair enough. | | 04:27 |
| 14 | MR. ANDERTON: We should plan to start | | 04:27 |
| 15 | perhaps as early at 8 o'clock on the 18th? | | 04:27 |
| 16 | THE WITNESS: That's fine. | | 04:27 |
| 17 | BY MR. MORIARTY: | | 04:27 |
| 18 | Q. | Let's go to page 8 of your report. Do | 04:27 |
| 19 | you see in the middle of the page where you have | | 04:27 |
| 20 | the three bullet points? | | 04:27 |
| 21 | A. | Yes. | 04:27 |
| 22 | Q. | Does it gives the three addresses? | 04:27 |
| 23 | A. | Yes. | 04:27 |
| 24 | Q. | All right. Do you know that Taft Road | 04:27 |
| 25 | was only a packaging facility for Digitek? | | 04:27 |

PLAINTIFFS' EXHIBITS 001451

Page 228

1     A.    I knew that it was in limited                04:27

2  operations.  Specifically packaging, I don't know     04:27

3  if I could -- I could say that definitively           04:27

4  without going back and looking at the EIR.            04:27

5     Q.    Do you remember anything in a 483 or a       04:27

6  warning letter or an EIR to the effect that there     04:28

7  was a problem in any facility of Taft Road that       04:28

8  affected the potency of Digitek that made it to       04:28

9  consumers?                                            04:28

10    A.    I can't say without going back.  It gets     04:28

11 pretty complex on what the facilities are and how     04:28

12 they are, what's going on at them.  It's kind of a    04:28

13 mess just breaking out what the three were.  So       04:28

14 I -- I can't definitively answer that, sorry.         04:28

15    Q.    And do you know what was going on at 990     04:28

16 Riverview Drive?                                       04:28

17    A.    Again, it's the same thing.  Very            04:28

18 confusing reviewing documents what specific           04:28

19 operations were going on at these individual          04:28

20 facilities.                                            04:28

21    Q.    Well --                                      04:28

22    A.    And how they impacted or didn't.             04:28

23    Q.    Hypothetically I want to you assume that     04:28

24 all that was going on at Riverview was -- from a      04:29

25 production standpoint was the attempt to validate,    04:29

PLAINTIFFS' EXHIBITS 001452

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 229

| | | |
|---|---|---|
| 1 | process validate a new location with different | 04:29 |
| 2 | equipment to manufacture Digitek; okay? | 04:29 |
| 3 | A.    Theoretically; okay. | 04:29 |
| 4 | Q.    No. | 04:29 |
| 5 | A.    That's what you're saying. | 04:29 |
| 6 | Q.    No, I'm asking you to assume that. | 04:29 |
| 7 | A.    Hypothetically. | 04:29 |
| 8 | Q.    And that no product from Riverview was | 04:29 |
| 9 | ever released to market at all; okay. | 04:29 |
| 10 | A.    If that's what you say hypothetically, | 04:29 |
| 11 | yeah. | 04:29 |
| 12 | Q.    So if, for example, they had a problem | 04:29 |
| 13 | some day with an oil leak on a tableting machine | 04:29 |
| 14 | and tablets got oily but were, you know, rejected | 04:29 |
| 15 | because they were not going to market anyway, that | 04:29 |
| 16 | wouldn't affect the potency of Digitek that | 04:29 |
| 17 | actually was made at Little Falls and shipped to | 04:29 |
| 18 | consumers, would it? | 04:30 |
| 19 | A.    What facility are we talking about? | 04:30 |
| 20 | Q.    Riverview. | 04:30 |
| 21 | A.    Riverview.  Okay.  And you're saying | 04:30 |
| 22 | that hypothetically if there was problem at | 04:30 |
| 23 | Riverview where they're only doing process | 04:30 |
| 24 | validation; is that correct? | 04:30 |
| 25 | Q.    Yeah. | 04:30 |

PLAINTIFFS' EXHIBITS 001453

Page 230

| | |
|---|---|
| 1     A.    That that action would not influence | 04:30 |
| 2   what was going on at the Little Falls facility. | 04:30 |
| 3   Is that what you're saying? | 04:30 |
| 4     Q.    Yes. | 04:30 |
| 5     A.    Yes, hypothetically, yes. | 04:30 |
| 6     Q.    Okay. Well, do you have any evidence | 04:30 |
| 7   that any Digitek that was made at Riverview was | 04:30 |
| 8   released to consumers? | 04:30 |
| 9     A.    Other than going back and digging | 04:30 |
| 10   through documents, I can't say that explicitly. | 04:30 |
| 11   I -- it's just -- it's too much to go back and | 04:30 |
| 12   piece together. | 04:30 |
| 13     Q.    Okay. Miss Donahue represents Mylan. | 04:31 |
| 14   Do you know who Mylan is? | 04:31 |
| 15     A.    I do. | 04:31 |
| 16     Q.    Do you know that they were only a | 04:31 |
| 17   distributor not a manufacturer of Digitek? | 04:31 |
| 18     A.    Is that a totally accurate statement | 04:31 |
| 19   because I don't know if I understand the | 04:31 |
| 20   relationship, UDL, Bertek, how they fall into | 04:31 |
| 21   that. | 04:31 |
| 22     Q.    Do you know whether Digitek was ever | 04:31 |
| 23   manufactured by anyone other than Amide or | 04:31 |
| 24   Actavis? | 04:31 |
| 25     A.    I don't know that definitively because I | 04:31 |

David Bliesner, Ph.D.          Videotaped          January 25, 2011

|  |  | Page 231 |
|---|---|---|
| 1 | know there was discussion that Mylan was going to | 04:31 |
| 2 | take it over via UDL or Bertek, so I don't know. | 04:31 |
| 3 | Q.    Well, have you seen any documents to | 04:31 |
| 4 | indicate that Mylan or UDL ever manufactured | 04:31 |
| 5 | tablets of Digitek? | 04:32 |
| 6 | A.    I don't believe that they did. | 04:32 |
| 7 | MR. MORIARTY:  Okay.  The bottom line is | 04:32 |
| 8 | she has a couple of questions that she wants | 04:32 |
| 9 | to get out of the way during session one.  So | 04:32 |
| 10 | I'm going to let her ask those questions and | 04:32 |
| 11 | then if there's time left on my tape, I'll get | 04:32 |
| 12 | back to you; okay? | 04:32 |
| 13 | THE WITNESS:  Okay. | 04:32 |
| 14 | DIRECT EXAMINATION | 04:32 |
| 15 | BY MS. DONAHUE: | 04:32 |
| 16 | Q.    Good afternoon, Dr. Bliesner. | 04:32 |
| 17 | A.    Hello. | 04:32 |
| 18 | Q.    I have reviewed your -- first, let me | 04:32 |
| 19 | start by asking you this. | 04:32 |
| 20 | A.    Yes. | 04:32 |
| 21 | Q.    You are not an expert in pharmaceutical | 04:32 |
| 22 | distribution, are you? | 04:33 |
| 23 | A.    Distribution, no. | 04:33 |
| 24 | Q.    And you're not an expert on the industry | 04:33 |
| 25 | practices related to pharmaceutical distribution? | 04:33 |

PLAINTIFFS' EXHIBITS 001455

|    |    |    |      |
|----|----|----|------|
| 1  | A. | Distribution, no. | 04:33 |
| 2  | Q. | You're not expert on the FDA regulations | 04:33 |
| 3  | applicable to pharmaceutical distribution? | | 04:33 |
| 4  | A. | I have not -- I mean don't even know | 04:33 |
| 5  | what specifically the regulations would relate to | | 04:33 |
| 6  | distribution, so, no. | | 04:33 |
| 7  | Q. | So you're not expert? | 04:33 |
| 8  | A. | No. | 04:33 |
| 9  | Q. | And you've never published any articles, | 04:33 |
| 10 | textbooks, treatises on pharmaceutical | | 04:33 |
| 11 | distribution practices? | | 04:33 |
| 12 | A. | I have not. | 04:33 |
| 13 | Q. | Now, I reviewed your 21-plus attachment | 04:33 |
| 14 | page report before coming here today. | | 04:33 |
| 15 | A. | Yes. | 04:33 |
| 16 | Q. | And the purpose of that report is set | 04:33 |
| 17 | forth on page 1 of your report; correct? | | 04:33 |
| 18 | A. | Correct. | 04:33 |
| 19 | Q. | And can you read that purpose out loud, | 04:33 |
| 20 | please, for the record? | | 04:34 |
| 21 | A. | Sure. Purpose: "This report is a | 04:34 |
| 22 | thorough, detailed, independent review of the | | 04:34 |
| 23 | facts related to Digitek product litigation. In | | 04:34 |
| 24 | particular, this review is specifically conducted | | 04:34 |
| 25 | to determine if Amide Pharmaceutical, Inc. which | | 04:34 |

PLAINTIFFS' EXHIBITS 001456

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 233

1    later became Actavis Totowa, LLC and referred to          04:34
2    as Amide/Actavis within this report, demonstrated          04:34
3    a systematic failure to implement quality systems          04:34
4    which in turn created a high likelihood that          04:34
5    adulterated product made it to the marketplace."          04:34
6        Q.    Thank you.  And is that an accurate          04:34
7    statement of the purpose of your report?          04:34
8        A.    Yes.          04:34
9        Q.    And I think you told me -- you told us          04:34
10   earlier in response to Mr. Moriarty's questions,          04:34
11   that -- let's see.  When you first were contacted          04:34
12   by Plaintiffs' counsel in these cases, your task          04:34
13   or the guidance they gave you was to evaluate the          04:34
14   status of Actavis's or Amide's compliance with          04:34
15   GMPs; is that correct?          04:34
16       A.    Yes, that's correct.          04:34
17       Q.    If we turn to page -- the bottom of page          04:35
18   20 of your report under the heading root causes          04:35
19   for Amide Pharmaceutical and Actavis's failure to          04:35
20   comply with GMPs which led to release of          04:35
21   adulterated product to market.          04:35
22       A.    Yes.          04:35
23       Q.    You see that there?          04:35
24       A.    I do.          04:35
25       Q.    And then you have list of the root          04:35

PLAINTIFFS' EXHIBITS 001457

Page 234

1    causes; right?                                        04:35

2         A.    Yes.                                       04:35

3         Q.    And nowhere among the one, two, three,     04:35

4    four, five root causes that you've identified in      04:35

5    your report is there mention of any conduct on        04:35

6    behalf of -- or on the part of Mylan or UDL as a      04:35

7    root cause; is that correct?                          04:35

8         A.    Specifically, "yes, but."  Mylan was       04:36

9    contracted to have amide then or Actavis              04:36

10   manufacture the tablets, and there was no quality     04:36

11   agreement that was in place that I saw in the         04:36

12   record.                                               04:36

13        So lack of quality assurance oversight           04:36

14   overlaps into that because the innovator, as I        04:36

15   understand, or the head of the contract -- Mylan      04:36

16   in this case as I understand as I read it -- is       04:36

17   responsible for the product as well and making        04:36

18   sure that their contractors, contract                 04:36

19   manufacturers, whatever, follow the GMPs.             04:36

20        Q.    Have you been asked in this case by        04:36

21   Plaintiffs' counsel to provide an opinion as to       04:36

22   Mylan's alleged liability?                            04:36

23        A.    Formally, prior to this?                   04:36

24        Q.    Yes.                                        04:36

25        A.    Prior to this session?                     04:37

PLAINTIFFS' EXHIBITS 001458

David Bliesner, Ph.D.         Videotaped         January 25, 2011

Page 235

| | | | |
|---|---|---|---|
| 1 | Q. | Yes. | 04:37 |
| 2 | A. | No. | 04:37 |

3    Q.    Prior to authoring your report, were you    04:37
4    asked by Plaintiffs' counsel to render a report as    04:37
5    to Mylan's liability in these cases?    04:37
6    A.    I recall the discussion with the Miller    04:37
7    law firm regarding Mylan and asked for guidance.    04:37
8    This is from memory, so it's not written down.    04:37
9    It's a bit vague.  And they -- their guidance was,    04:37
10    you know, however they fit into this, put it in    04:37
11    your report as you see fit.    04:37
12    Q.    And you saw fit not to mention Mylan    04:37
13    specifically or any specific Mylan conduct in the    04:37
14    report that you've stated was -- was written for    04:37
15    the purpose of advising counsel as to what your    04:37
16    opinions are in this case.    04:37
17    A.    There are references in the attachment    04:37
18    section to discussions with Mylan that talk about    04:38
19    quality issues they were concerned with for some    04:38
20    time.    04:38
21    Q.    Okay.  Can you please point to me --    04:38
22    A.    Sure.    04:38
23    Q.    -- in your attachments every reference    04:38
24    to Mylan.    04:38
25    A.    Okay.    04:38

PLAINTIFFS' EXHIBITS 001459

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 236

| 1 | MR. MORIARTY: I think this is going to | 04:38 |
| 2 | take a couple of minutes. You might want to | 04:38 |
| 3 | go off the video record. | 04:38 |
| 4 | THE VIDEOGRAPHER: The time is 4:41 p.m. | 04:38 |
| 5 | We're going off the record briefly. | 04:38 |
| 6 | (Short break) | 04:39 |
| 7 | THE VIDEOGRAPHER: The time is now | 04:39 |
| 8 | 4:49 p.m. We are back on the record. | 04:46 |
| 9 | BY MS. DONAHUE: | 04:46 |
| 10 | Q. All right. Dr. Bliesner, off the record | 04:46 |
| 11 | you were reviewing your report -- | 04:46 |
| 12 | A. Yes. | 04:46 |
| 13 | Q. -- in order to answer my question which | 04:46 |
| 14 | was where -- will you please point out every | 04:46 |
| 15 | reference in your report to a Mylan document. | 04:46 |
| 16 | A. Yes. The other question I have, are you | 04:46 |
| 17 | considering UDL Bertek to be part of the Mylan | 04:47 |
| 18 | umbrella? | 04:47 |
| 19 | Q. Sure. | 04:47 |
| 20 | A. Okay. Page 15, number 33. | 04:47 |
| 21 | Q. Uh-huh. Yes. Thank you. We have | 04:47 |
| 22 | number page 15, number 33? | 04:47 |
| 23 | A. Yes. | 04:47 |
| 24 | Q. Yes. | 04:47 |
| 25 | A. Page 18, number 46. | 04:47 |

PLAINTIFFS' EXHIBITS 001460

```
                                                         Page 237
 1      Q.     Yes.                                        04:47

 2      A.     And number 49.  Page 19, number 54.         04:47

 3      Q.     Any others?                                 04:47

 4      A.     Yes.  Page 41, number A24; page 43, A28;    04:47

 5   page 46, A33; page 47, A36; page 54, A44; page 56     04:48

 6   A 49; page 57 A52; page 58, A53.                      04:49

 7        There is a reference to Bertek UDL in A55 on     04:50

 8   page 59, embedded in the press release, and on        04:50

 9   page 60, A59.  And I believe with that quick          04:50

10   review of the report, that should be most all of      04:50

11   them.                                                 04:50

12      Q.     Thank you.                                  04:50

13      A.     Uh-huh.                                     04:50

14      Q.     Now each of those references that you've    04:50

15   just given us to Mylan documents, are just that;      04:50

16   correct?  They are references to Mylan documents      04:50

17   and in some instances quotations from the             04:50

18   documents; is that correct?                           04:50

19      A.     For e-mails, yes.                           04:50

20      Q.     And nowhere in the course of those          04:50

21   references have you rendered an opinion in regard     04:50

22   to Mylan or UDL's conduct in distributing Digitek?    04:50

23      A.     In this report?                             04:51

24      Q.     Yes.                                        04:51

25      A.     I have not written it in the report.  I     04:51
```

PLAINTIFFS' EXHIBITS 001461

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 238

| | |
|---|---|
| 1 | do have an opinion, but I have not written it in | 04:51 |
| 2 | the report. | 04:51 |
| 3 | Q.   Did you have an understanding as you | 04:51 |
| 4 | came here today that your report was to contain | 04:51 |
| 5 | the totality of your opinions that you intend to | 04:51 |
| 6 | render at trial in this case? | 04:51 |
| 7 | A.   With respect to the guidance that I got, | 04:51 |
| 8 | thought and think and do believe that I put the | 04:51 |
| 9 | information that was desired specifically related | 04:51 |
| 10 | to Digitek, Actavis Totowa.  That was my guidance. | 04:51 |
| 11 | MR. MORIARTY:  You have 60 seconds. | 04:51 |
| 12 | BY MS. DONAHUE: | 04:51 |
| 13 | Q.   As you sit here today, what is your | 04:52 |
| 14 | opinion with regard to Mylan's conduct in the | 04:52 |
| 15 | distributing Digitek in the case, Mylan and UDL? | 04:52 |
| 16 | A.   Just based upon the documents that I | 04:52 |
| 17 | reviewed and, again, not concentrating on Mylan's | 04:52 |
| 18 | position in this thing, I found it odd and not | 04:52 |
| 19 | customary that no quality agreement was in place. | 04:52 |
| 20 | Q.   You would agree, would you not, that | 04:52 |
| 21 | quality agreements are not required by the FDA | 04:52 |
| 22 | regulations? | 04:52 |
| 23 | A.   By regulations?  Specifically in 21 CFR | 04:52 |
| 24 | 210 and 211, not to my knowledge is there a | 04:52 |
| 25 | requirement for a quality agreement.  It is | 04:52 |

PLAINTIFFS' EXHIBITS 001462

David Bliesner, Ph.D.        Videotaped        January 25, 2011

Page 239

| | |
|---|---|
| 1  standard industry practice. | 04:52 |
| 2      Q.    That's a relatively new standard | 04:52 |
| 3  industry practice, would you agree with that? | 04:52 |
| 4      A.    Relatively new?  I'm not sure how you | 04:52 |
| 5  define relatively new. | 04:52 |
| 6      Q.    In your opinion, when did it become | 04:53 |
| 7  standard industry practice? | 04:53 |
| 8      A.    Well, let's see.  For the last -- at | 04:53 |
| 9  least the last three to five years in my | 04:53 |
| 10  consulting endeavors I've expected and seen | 04:53 |
| 11  quality agreement with contractors. | 04:53 |
| 12      Q.    Do you understand that as you sit here | 04:53 |
| 13  today, Dr. Bliesner, that Mylan or -- neither | 04:53 |
| 14  Mylan or UDL was the innovator in regard to | 04:53 |
| 15  Digitek?  In other words, neither one of them held | 04:53 |
| 16  the ANDA? | 04:53 |
| 17      A.    That is correct.  I understand that. | 04:53 |
| 18      MS. DONAHUE:  Since we're almost out of | 04:53 |
| 19      tape, I'm going to stop questioning now, but I | 04:53 |
| 20      reserve the right to come back. | 04:53 |
| 21      Oh, yeah.  Before we go off the record, | 04:53 |
| 22      let me finish my sentence.  I reserve the | 04:53 |
| 23      right to come back and continue my | 04:53 |
| 24      questioning.  And you've been, I think, taking | 04:53 |
| 25      some notes during the deposition and we would | 04:53 |

PLAINTIFFS' EXHIBITS 001463

David Bliesner, Ph.D.          Videotaped              January 25, 2011

Page 240

```
 1      like to get those marked as an exhibit,        04:54
 2      please.                                         04:54
 3           THE WITNESS:  Okay.                        04:54
 4           MS. DONAHUE:  Let's wait.  Before we go    04:54
 5      off the record, let's mark them.                04:54
 6           MR. KERENSKY:  You didn't write anything   04:54
 7      down about Mr. Anderton's tie, did you?         04:54
 8           THE WITNESS:  No, it was noted though.     04:54
 9           MR. KERENSKY:  Okay.                       04:54
10           MR. ANDERTON:  I will accept the           04:54
11      compliment.                                     04:54
12                (Whereupon, Exhibit 109 was marked    04:54
13       for identification)                            04:54
14           THE VIDEOGRAPHER:  The time is now         04:54
15      4:57 p.m.  We're going off the record.          04:54
16
17       (THEREUPON, the taking of the deposition
        was concluded at 4:57 p.m.)
18
19
20
21
22
23
24
25
```

PLAINTIFFS' EXHIBITS 001464

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 241

```
 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF HILLSBOROUGH

 5

 6                    I, the undersigned authority,

 7    certify that David Bliesner, Ph.D., personally

 8    appeared before me and was duly sworn by me.

 9                    WITNESS my hand and official

10    seal, this 3rd day of February, 2011.

11

12

13

14    _____
      PHILIP RYAN, RPR
      NOTARY PUBLIC - STATE OF FLORIDA
15    COMMISSION # DD 988415
      MY COMMISSION EXPIRES:  JUNE 28, 2014
16

17

18

19

20

21

22

23

24

25
```

PLAINTIFFS' EXHIBITS 001465

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 242

```
 1                 CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA

 3    COUNTY OF HILLSBOROUGH

 4               I, PHILIP RYAN, RPR, certify that I

 5    was authorized to and did stenographically

 6    report the foregoing deposition; and that the

 7    foregoing transcript is a true record of the

 8    testimony given by the witness.

 9               I further certify that I am not a

10    relative, employee, attorney, or counsel of any

11    of the parties, nor am I a relative or employee

12    of any of the parties' attorneys or counsel

13    connected with the action, nor am I financially

14    interested in the action.

15

16               DATED this 3rd day of February,

17    2011.

18

19

20

21    _____

22    PHILIP RYAN, RPR

23

24

25
```

PLAINTIFFS' EXHIBITS 001466

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 1

**A**

AAPS 178:13,14
ABI 69:24
able 193:4 214:6
above-listed
 176:21
absolutely 15:16
 72:18 76:21
 91:15 95:15
 168:16 206:23
academic 11:19
 12:5
accept 240:10
acceptable 196:22
acceptance 171:12
accepted 168:6,12
 188:10
access 21:10
 43:20 189:9,11
 191:7
accommodate 60:3
 60:16
accurate 48:22
 212:18 230:18
 233:6
accurately 36:4
 94:14 192:11
achieved 19:14
achieving 150:1
acknowledge 131:2
ACS 166:16,18
Act 25:1 30:8
Actavis 2:16,16
 2:17 4:21,24
 37:9 48:14 58:21
 59:4,8 67:14
 75:24 92:14
 93:17 94:6,18
 95:11 96:12
 98:14 116:4
 117:15 118:4
 128:2,8 137:11
 137:16,20,21
 138:23 139:15,16
 141:10 154:12
 157:19 175:15
 180:13 185:6
 186:7 194:14

197:9,19 199:16
 203:18,23 207:6
 225:23 230:24
 233:1 234:9
 238:10
Actavis's 128:11
 141:8 142:18
 180:5 220:19
 221:14 233:14,19
action 30:10,14
 30:15,20,21,25
 74:24 148:8,11
 148:17 149:17,18
 151:8,11,14,15
 151:17 176:23
 230:1 242:13,14
actions 57:5,6,9
 144:24 147:7
active 40:5 66:18
 66:25 67:9 68:25
 69:8,24 70:20
 72:21 73:1,20
 89:2 90:3 91:2
 91:25 92:3 93:1
 93:8,16 104:18
 104:24 105:17
 159:10,17 165:8
 165:14 196:5,8
 197:16 214:5
actives 105:24
actual 19:21 82:3
 82:10 92:10
 141:21 171:21
 197:10 200:4,17
 200:25 212:23
 213:5 219:13
addition 153:22
 159:25 189:5
additional 57:1
 102:14 119:11
 130:5 154:6,9
 175:4 176:11
 181:11
address 45:8
 147:11
addressed 148:3
 200:18 207:2
addresses 173:11
 227:22

addressing 179:21
adhere 18:24
adherence 15:15
 17:2,15 18:2
adjunct 156:19
Administration's
 135:3
administrator
 153:12
admit 78:21
adulterated 23:5
 24:12,15 27:24
 28:21 30:7 49:24
 50:5 52:22 53:1
 80:7 81:4 83:7
 83:20 84:20
 85:19,23 101:14
 103:10,19 188:2
 188:8,19 208:16
 233:5,21
adulteration
 22:17 24:6,20,24
 26:17,23 85:2
advance 48:16
advantage 158:20
adverse 76:14
 187:3 208:5,12
 208:15,24 214:12
advertising
 115:12
advised 63:21
advising 235:15
advisory 146:19
 146:22 147:21
 148:3
AERs 209:13
affairs 163:7
affect 229:16
afford 149:15
afternoon 231:16
agencies 101:21
agency 147:16,16
 148:1,8,11,17
 149:11,25 151:8
 151:11,13,15,17
 152:10 183:8
 195:19
aggressive 74:24
ago 8:1 41:24

99:17 129:8,9
agree 12:8,16
 17:14 50:18 79:5
 84:24,25 85:7,14
 85:17 112:14
 115:9 146:20
 148:9 151:10
 211:7 238:20
 239:3
agreement 182:17
 183:9 195:21
 234:11 238:19,25
 239:11
agreements 159:2
 194:1 238:21
ahead 20:9,12
 42:21 52:6 62:13
 62:15 89:23
 113:22
al 173:10
Alan 2:24 4:1
alert 55:3,4,8,22
 56:17
Alicia 2:18 4:25
alleged 234:22
allowed 131:16
allows 98:12
all-out 71:20
altogether 101:17
 101:18
Alzheimer's 161:4
AMDA 218:4,6
 219:25
American 166:20
 166:21,22 178:15
 178:20,22
amide 37:9 41:17
 48:4 54:22
 157:20 183:11
 224:10 230:23
 232:25 233:19
 234:9
Amide's 233:14
Amide/Actavis
 35:15 233:2
Amide/Actavis's
 36:4
amount 12:8 69:24
 171:23 172:3

181:19
Amsel 10:6
analysis 21:15
  58:22 77:14
  108:4 126:20
  127:24 128:1,4
  128:16,23 130:5
  130:19 132:17
  165:16,19 168:11
  198:15 202:25
analytical 46:9
  110:20 125:18
  160:13 161:13
  162:1 164:3
  171:2 221:18
  222:17,21
analyze 103:19
analyzed 109:8
  198:24
analyzing 19:11
  171:23
ANDA 19:1 42:2
  46:20,24 48:10
  86:9 87:2 131:6
  132:5 133:10,11
  137:3 161:18
  181:3 188:25
  196:4 220:3,9
  239:16
ANDAs 179:7
Anderton 2:12
  4:23,23 10:17
  143:11,15,19
  174:1,3,6 227:14
  240:10
Anderton's 240:7
and/or 200:11
  221:19
Anita 162:15
announcement
  147:22
announces 225:23
annual 39:2,2
  40:1,2
answer 16:16
  18:11,17 37:3
  61:10,21,25
  62:11 73:9 77:10
  87:13 94:13

117:23 118:12
119:10 124:22
136:25 137:2
143:9 144:15
147:4 181:8
182:20 192:11
203:24 207:18
228:14 236:13
answered 147:13
answers 52:2
anybody 61:2,4,13
  89:4 102:20
  115:8 132:6
anymore 31:13
  156:12 195:20
  212:1
anyway 200:1
  229:15
API 71:1,6 105:21
  165:17
apologize 70:3
  129:10 166:15
  194:21
apparently 63:11
  167:20 188:6
appear 28:23 29:7
  33:8,11 43:20
  130:4,10
APPEARANCES 2:1
appeared 241:8
appears 36:1
  75:21 108:21
  132:25 140:7
  176:24 186:11
appendices 153:19
applicable 232:3
application 47:3
  47:4 161:17
  179:2 196:20,21
  196:22 218:2
applies 28:9
apply 194:15
applying 194:14
approach 19:17
  35:16 36:6
appropriate 71:22
  72:22 133:5
  149:16 184:13,16
  185:25 186:2

196:12 212:12
appropriately
  212:8
approval 48:17
approved 46:24
  71:13 72:14,21
  78:18 133:11
  135:4 136:6,20
  196:18,21 218:1
approximately 4:4
  77:4 170:5,7
April 104:22
  121:20 129:13,20
  225:12
arbitration 5:25
  6:3,5,17,18
area 101:17,18
argument 202:4
  211:9,11
arrangement
  100:11 181:21
arrangements 6:10
  192:24
article 20:2,8,18
  21:14,20
articles 20:23
  21:11 178:3,5,8
  232:9
aside 111:14
asked 38:9 39:4
  80:4 125:9
  133:20,24 168:3
  189:16,17,19
  190:9,13 221:11
  234:20 235:4,7
asking 16:9 18:15
  28:13 30:18
  51:11,13 69:17
  69:18 79:14
  95:18 100:25
  123:8 132:14
  144:6 160:5
  171:1 174:12
  180:22 189:6
  193:22 197:6
  211:4 218:3
  229:6 231:19
assay 67:2 94:23
  95:12 108:18

109:7 110:21
126:5,15 127:22
128:20,24 130:11
130:14,17 131:2
131:2,5,25 135:1
135:2,24 140:11
140:25 168:17,20
171:9 220:1
assays 108:21
assembling 161:7
assess 38:11,14
  39:4 77:17
  103:16 180:23
assessment 46:23
  181:24 182:1
assessments 214:1
assistance 37:10
associated 41:21
  42:5 47:4 77:1
  92:23 175:16
Association
  166:21 178:15
assume 11:12
  39:25 68:23 80:6
  95:20,23 100:10
  110:15 119:10
  128:12 131:12,15
  134:17 157:25
  169:9 186:12
  188:23 201:10,15
  201:25 202:3,15
  218:17 228:23
  229:6
assumed 37:9
  142:15
assuming 34:3
  132:19 133:5
  187:21 188:16
assumption 141:17
assurance 122:14
  131:2 163:10
  184:11,14 185:1
  194:4 234:13
assure 46:19 49:3
  76:2
ate 115:16,19
attachment 232:13
  235:17
attachments

PLAINTIFFS' EXHIBITS 001468

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 3

235:23
**attempt** 228:25
**attempted** 75:24
**attention** 79:1
**attorney** 2:16,21
 242:10
**attorneys** 2:11
 4:15 242:12
**audit** 37:14,18
 40:18 183:8
 184:12 185:24
**August** 174:23
 175:1 224:14
 225:2,9,13
**authored** 16:5
**authoring** 235:3
**authority** 62:8
 241:6
**authorized** 242:5
**auto** 225:23
**automatically**
 205:5,6,8 208:24
**available** 39:8,22
 41:1,4 52:9 55:5
 158:21 167:23
 184:1 187:7
**Avenue** 2:14
**aware** 33:17
 197:19 212:4
 218:10
**awful** 195:14
**A(2)(b)** 30:8
**A-11** 120:22,24
 121:2 122:3
 123:8,23
**a.m** 1:11 4:4 26:4
 26:7 40:10,14
 43:4,8 79:25
 81:16,19
**A2(b)** 26:25 27:1
 27:8,10 28:3,17
 28:20
**A24** 237:4
**A25** 174:1
**A28** 237:4
**A33** 237:5
**A36** 237:5
**A44** 237:5
**A49** 225:11

**A52** 237:6
**A53** 237:6
**A55** 225:11 237:7
**A59** 237:9
**A63** 225:14,20

───────────
**B**

**back** 12:13,15
 15:19,22 17:18
 17:21 21:13
 24:19 26:8 28:25
 29:2 40:14,17
 43:8 48:20 49:5
 50:3 51:7 58:14
 62:19,24 67:11
 68:18 72:6 75:16
 77:2,4 78:19
 79:8,25 81:19
 113:14,16 120:4
 121:22 123:5,18
 124:23 125:15
 129:21 137:24
 140:21 142:25
 143:5 144:10,14
 144:21 151:19
 156:2 158:5
 167:5 170:4
 172:17 175:7
 178:10 180:16
 181:15 182:7
 188:21 197:3
 198:22 200:12,19
 201:25 205:11
 206:6 207:3,13
 207:16 209:4
 212:16 214:7,18
 214:22 215:7,22
 220:16 221:21
 222:9 225:4
 226:14 228:4,10
 230:9,11 231:12
 236:8 239:20,23
**background** 77:16
 152:19
**backup** 201:4
**Bacon** 2:18 4:6
 5:1
**bad** 112:10,11
 216:6

**bailiwick** 219:24
**balance** 105:17,19
 105:19
**based** 67:13,23
 80:7,16,18 81:3
 116:8 130:6
 141:19 143:9
 176:24 186:24
 193:23 203:13
 238:16
**basic** 137:24
**basics** 68:18
**basing** 141:22
**basis** 76:22 158:4
 164:9
**batch** 38:16,19,22
 40:1 41:18 42:10
 42:17 43:24 47:8
 47:11,13 48:5,20
 54:8 75:13,16
 86:5,8,15,17,19
 86:23 87:3,15
 93:12 95:12,24
 98:14,16 107:16
 126:14 127:21
 128:23 132:17
 134:5 135:11
 141:7 186:16,20
 186:25 187:9,10
 187:14,24 188:5
 188:16,17,23
 189:2,14,17
 190:12 192:2
 197:16,20,21
 198:13 200:4
 201:1 202:21
 203:12,19,23
 204:14,22 205:3
 205:5 206:12,17
 207:7 212:5,23
 213:5,14,18
 222:2
**batches** 47:21
 86:2 87:8,12,14
 88:18 91:21
 92:14,19 95:13
 95:21,24 96:14
 97:12 98:6,9,11
 99:19 125:19

133:23,25 140:3
 140:5 186:16
 187:5,14,16,19
 188:2,18 222:16
**Bates** 126:2 175:8
 184:3
**battle** 198:18,19
**Bauman** 20:2
**bear** 129:10
 137:19 170:23
**bears** 175:8
**beginning** 40:15
 52:22 80:1 120:5
 156:3 197:4
**behalf** 1:17 4:24
 5:1 234:6
**believe** 9:8 42:7
 42:15 51:5 52:19
 74:8 101:24
 105:3 116:16
 135:19 174:9
 180:9 190:1
 191:21 193:14
 217:5 231:6
 237:9 238:8
**bell** 155:5
**Bellingham** 51:8
 54:3
**Bennett** 10:6
**Bertek** 2:22
 230:20 231:2
 236:17 237:7
**best** 10:9 19:14
 29:6 34:16 46:19
 76:12 171:3
 191:21 206:2
**better** 13:19 19:4
 127:24
**beyond** 176:22
**big** 198:24
**bigger** 145:21
**billed** 181:19
**billing** 181:8,9
**billings** 182:3
**billion** 116:17
 117:2 216:13,20
**binary** 103:6
**bit** 82:6 108:14
 126:25 127:10

PLAINTIFFS' EXHIBITS 001469

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 4

152:20 184:4
235:9
black 99:4 177:14
blacked 177:1,2
177:13
blanks 170:11
blend 46:17 67:20
67:25 92:7 93:3
93:4 94:22 95:4
105:14 109:17
141:24 197:20,21
198:3,12,13
199:5,13,17,25
200:5,10,12,17
201:1,12 202:13
203:13,24 204:10
204:19 205:19
207:1,7,10
218:24
blended 196:6
blender 201:12,22
203:8
blending 161:8
Bless 21:21
Bliesner 1:14
4:14 5:9,16 16:3
25:22 70:6 74:5
80:3,3 123:8
141:18 195:8
212:4 231:16
236:10 239:13
241:7
blister 59:12,14
59:17,20,20,24
60:2,8,17,21,24
65:11,12,18
116:24 139:2,5
162:12
block 13:18
boards 194:5
bold 55:21 84:14
book 167:19,23
170:5
bookkeeper 158:7
181:7
books 179:1
Boston 154:23
bottles 107:14
bottom 21:14

231:7 233:17
Boulevard 2:3,9
box 152:11
boxes 41:23 44:14
206:25 207:4
Branch 56:8
branches 77:22
brand 75:1
break 26:6 40:8
40:12 43:6 79:23
81:17 100:2
119:23 120:2,8
123:2 140:19
142:23 155:25
172:10,15 197:6
223:1 226:8
236:6
breaking 228:13
Bridgeside 2:9
briefest 153:11
briefly 26:5
40:11 43:5 45:11
45:12 79:22
120:1 123:1
140:18 142:22
172:14 236:5
bring 125:2
189:22 226:24
227:4
bringing 90:8
106:8
broad 68:17 85:16
broader 138:7,22
138:22
brought 35:22,25
153:22
buddy 210:24
Building 2:13
built 160:11
bulk 143:4,7
144:4,8 164:22
164:25 165:3
172:20 173:22
175:5,22 176:2
176:20,25
bullet 37:8 75:4
75:7,8,11,22
76:11 227:20
bulletin 194:5

Bush 2:19
business 15:8
37:22 47:7 48:24
81:24 90:22
157:25 158:10,13
158:20 160:10,12
164:23 168:13
192:13 223:17
businesses 164:12
buy 21:10 91:17
114:12

——————
C
——————

C 128:12 133:7
CA 2:6,20
cabinet 114:21
118:3
calculate 91:16
calculation 214:7
calibration
159:23
call 46:7 120:11
211:15
called 64:13
74:13,19 100:11
159:16 163:2
calling 91:8
camera 202:10
cap 31:10 55:22
capacity 191:24
caption 4:8 49:16
car 158:16
card 58:1,21 59:3
59:13,17,21,24
60:8 63:20,22
cardiologist
154:22 210:15
cardiologists
209:21
cards 91:6,7,8,9
care 122:15
210:13,23
career 11:15,19
12:5 21:8
careful 20:12
201:24 213:25
220:10
carefully 32:13
50:9 111:10

Carolina 157:1,5
Carter 2:8 5:5
case 4:8 6:13,24
7:2,7 16:6 18:14
20:1 25:20 33:21
36:11,15 43:13
47:10,16 48:21
74:24 80:6
102:25,25 114:1
114:16 116:1
132:2,4 141:19
153:3,8,10 155:9
200:23 209:22
234:16,20 235:16
238:6,15
cases 53:8 108:5
153:16 164:16
167:1 171:15
205:21 233:12
235:5
cash 158:16
categories 18:23
102:19
causal 208:13,14
cause 1:21 56:18
67:7,8 106:1
165:22 204:24
205:16 234:7
caused 68:25 69:3
208:16 215:12
causes 68:12
233:18 234:1,4
caution 193:19
cavity 139:2
Cedar 90:18
Celsis 125:18
127:5,12 128:15
133:22 139:23
140:3,24 154:3
CEN 178:13
centered 55:22
CEO 147:18
CEOs 223:18
certain 95:13
112:9,9 148:21
160:22 218:24
221:23
certainly 56:7
64:6 191:6 221:5

PLAINTIFFS' EXHIBITS 001470

224:10
certainty 17:3
  72:2 79:10
  190:14
certificate
  126:19 128:1,4
  130:18 241:1
  242:1
certificates
  127:23
certification
  47:8,11 48:5,20
certify 241:7
  242:4,9
certifying 47:21
CFR 16:17,24 23:9
  24:3 30:1 238:23
cGMP 84:19 85:4
  184:13 185:25
  186:2
cGMPs 35:16 36:5
  84:15 224:5
chain 57:24
  101:12 102:10
chair 124:24
challenge 198:24
  200:1
chance 62:10
  106:24
chances 17:15
  18:3,25 134:21
change 146:5
  155:22 196:24
chapter 30:5
  149:6
characterization
  211:8
charge 36:10,15
charging 181:5
Charleston 1:2
  4:12
check 22:12 25:25
  41:20 42:20
  86:12 89:19,23
  124:22,22 137:6
  155:6
checked 40:19
checking 99:3
  219:14

chem 164:3
chemical 58:24
  59:1 166:20
  169:17,18 178:19
  178:20
chemically 110:17
chemist 162:1
  171:2
chemistry 169:20
children 14:23
chose 110:17
chromatographic
  167:20
chromatography
  108:15 126:24
  127:5,10,11,17
  170:19
chronic 116:8
  182:18
Cincinnati 155:1
circumstance
  206:4
circumstances
  27:25 116:11
  195:16 205:19
citation 99:22
  197:8
citations 219:9
cite 73:19 92:13
  92:17
cited 200:3,6
  207:6
cites 180:13
citing 23:7
Class 104:14
  123:6 223:21
  224:12,17
classes 13:5
classroom 156:21
claycoachonlin...
  14:2
clear 27:12 125:7
  145:3 192:13
Cleveland 2:14
client 37:10
  38:10,14 47:20
  81:4 116:2
  117:12 159:5
  194:10 195:9

clients 39:16
  40:20 90:25
  91:12 97:6
  158:22 159:4
client's 36:12
  119:12 128:13
clinic 207:25
close 116:17
  117:2 121:18,24
  129:8 212:24
  213:6,23
clue 120:23
coach 13:1,3,6,9
  13:22,24 14:4,23
coaches 13:15
coaching 14:13,15
  14:22
code 22:16,25
  23:6,17 24:4,4,5
  25:14,14,22
  26:12,22 29:7,16
cognizant 179:10
coincidence
  115:17 116:2
collected 107:5,8
  107:14
collecting 19:10
  19:18
collection 177:25
college 11:13
  13:13
colloquialism
  102:8
color 99:4 219:2
column 160:11
combination 196:7
come 65:24 70:6
  129:8 171:12
  178:9 182:7
  196:15 206:1
  212:24 213:6
  222:11 239:20,23
comes 83:14 123:5
  128:1 150:11
  178:24 219:13
comfortable
  210:20
coming 218:20
  232:14

comment 174:6
  195:9 218:11
commenting 146:25
commercially
  71:22 72:15
COMMISSION 241:15
  241:15
commit 25:5
committee 156:12
committees 156:11
common 90:15
  169:18 195:2
commonly 20:21,22
communicating
  34:12
communication
  140:2 227:10
communications
  81:7 189:24
companies 8:18
  39:4,17 81:23
  91:13 98:6
  101:22 141:10
  147:9 148:1
  192:3,14,15,22
  192:24 193:8,13
  194:3,11,15
  195:10 199:12
  203:12 218:8
  222:23
company 38:2
  45:17 56:12 70:8
  77:6,8 78:17
  79:2 81:8 84:19
  91:1,24 92:4,25
  93:6 102:2
  122:18 123:18
  141:25 147:13
  154:12 158:3
  159:22 160:19
  162:25 181:20
  182:10,13,16
  195:3,23 198:12
  199:19 200:3
  201:11,20 203:21
  212:22 213:2
  214:11 215:7
company's 144:24
compare 155:16

David Bliesner, Ph.D.           Videotaped              January 25, 2011

compendium 44:12
competencies
  167:4,16
competitively
  12:22
complaint 57:10
complaints 57:2
complete 166:15
completed 56:10
completely 68:3
completeness
  43:23
complex 101:20
  206:19 228:11
compliance 35:16
  36:5,12,20 37:11
  37:16 38:11 39:5
  40:19 56:8 77:24
  90:24 111:25
  112:19,22 150:2
  150:8,10,14
  152:11 159:25
  175:15 178:23
  182:19 183:6,13
  233:14
complied 28:1
  85:4
compliment 240:11
comply 30:3,10
  182:11 183:1,2
  196:12 233:20
complying 84:19
components 45:14
  65:6
composed 105:24
compression 69:2
  69:3
concentrating
  238:17
concept 101:19
  102:18
concern 23:21
concerned 29:13
  221:6 226:2
  235:19
concerns 159:25
conclude 64:23
  109:9,20 187:8
  208:25 217:12

concluded 240:17
conclusion 50:4
  52:21 60:23
  64:10 187:21
  193:23 221:9
conclusions 10:14
  19:12,20 34:4
  141:19,22
conditions 85:3
conduct 98:23
  234:5 235:13
  237:22 238:14
conducted 173:9
  188:17 206:6
  232:24
conducting 65:8
  102:3 143:4,7
conference 9:7
confidentiality
  159:2 194:1
confirm 20:7
  171:15
confirmed 187:22
confirms 197:24
conflict 77:23
conform 128:18
conformed 126:17
  127:22
Conforms 128:20
confuse 114:8
confusing 228:18
connected 242:13
connection 208:13
  208:14
consent 77:8
  78:18,23 80:17
  80:18,24 145:2
  149:21 182:10,13
  182:15,17,25
  183:3,5,7,12,16
  191:20,20 192:17
  192:25 193:8,9
  193:15 194:3,11
  195:1,11,15
  215:8,9,21
consider 64:19
  148:7,10 151:10
  179:19 224:11
considered 57:4

84:20 85:19
  151:8 180:18
  185:20 186:1
  208:12
considering 145:1
  236:17
consistency 76:3
  218:19
consistent 91:20
  103:1 149:10,19
  150:5 219:16
consistently
  45:23 46:19
  48:16 91:1,25
  92:25 93:7
  212:22 213:2
  215:20
constitute 149:13
consult 70:7
  146:7 159:18
  163:2,3 194:16
consultant 15:9
  64:13 145:18
  159:12 164:22
  192:1
consultations
  158:25
consulted 81:25
  155:7 157:19,21
  157:22 160:4
  163:16 195:22,25
consulting 6:10
  37:10,22 38:10
  90:22 100:11
  101:12 102:2,10
  117:24 147:7
  157:6 163:21
  164:4,7,10 181:6
  181:21 185:9,10
  191:17,24 192:23
  193:14 198:2
  210:6,25 221:2
  239:10
consumed 115:20
  115:21
consumer 57:19
  64:7 82:10,23
  83:21 100:17
  113:12 116:14

223:23 225:3
  226:4
consumers 28:8,14
  36:17 50:14 51:1
  51:21 64:15 78:9
  82:12 83:3 84:1
  97:25 101:9
  116:3,5 117:6,13
  117:17 122:5,20
  123:14,22 124:3
  215:2 216:2,10
  228:9 229:18
  230:8
contact 198:2
contacted 21:22
  233:11
contain 10:14
  21:15 72:21
  181:3 187:1
  196:5,10 238:4
contains 21:15
  59:7
content 32:23
  67:2 70:21 93:20
  93:22 94:4,7,21
  95:12 168:17,21
  220:1
context 15:4,5
  16:12 66:6 72:10
continue 183:9
  239:23
continues 183:8
contract 160:13
  234:15,18
contracted 234:9
contractors
  234:18 239:11
contributed 158:9
contribution
  158:15
control 48:25
  49:3 69:14 91:23
  130:23 161:14
  199:15 220:25
  221:2
controls 145:17
controversial
  199:7,8,10
conversation

PLAINTIFFS' EXHIBITS 001472

104:6 113:3
210:12
**coordinations**
101:21
**copy** 23:2 25:18
49:7 55:11 58:7
58:13 74:3
155:16 173:7
190:25
**cord** 20:13
**core** 103:17,18
160:10 167:4,15
198:8,13 201:11
202:1
**corner** 35:12
**corporate** 175:15
**corporation**
158:18 160:8
**Corps** 81:20
**correct** 7:15 8:10
8:11 11:16 14:5
14:6 20:3 21:17
25:9 26:15,19
29:22 31:1 32:11
33:15 34:19,20
34:24 35:3 36:17
37:17,20 46:21
47:2,14 49:3,4
50:15 52:23
54:22 55:3 56:10
56:19 57:12
58:18 59:9 62:1
64:3,7,24,25
65:4,5 66:3,25
67:3 68:22 69:4
69:21,25 70:15
70:22 71:2 72:2
72:22 75:1,2,14
76:4,10 80:8,14
80:15,23 81:11
82:20,24 83:21
84:12,16 86:1
91:17,22 96:2,4
97:15 98:8,16
99:15 105:2,2
110:1,10 112:13
112:23 121:5,18
122:5,12 125:20
126:15 129:14

130:11 131:14
133:11,12 134:7
134:22 140:9
144:1 145:6,7,10
147:23 150:19
151:1,18 152:6
153:20,21,25
154:1 158:13,14
160:3,15,16
165:20,21 167:22
175:23 180:8
183:14 186:7
187:11,22 188:3
188:4,15,16
196:13,19 205:10
206:9,10,22
210:10,11 218:4
219:12,17 220:20
221:8,15 223:24
224:2,5,6,12,13
226:5 229:24
232:17,18 233:15
233:16 234:7
237:16,18 239:17
**corrections**
175:11,13,17
176:19
**corrective** 57:4,6
57:9 149:16
176:23
**correctly** 30:11
36:7 57:8 73:10
74:21 76:17
78:22 84:22 85:5
85:12 139:8
150:3 165:16
**correlate** 12:10
173:21
**correlates** 174:13
**correlation**
213:10
**corresponded**
190:2
**correspondence**
139:22 189:22
**Cosmetic** 25:1
**counsel** 233:12
234:21 235:4,15
242:10,12

**count** 107:14
**country** 114:12
**COUNTY** 241:4
242:3
**couple** 8:4 116:11
141:2 156:11
231:8 236:2
**course** 77:3 89:9
97:21 113:10
237:20
**court** 1:1,18 4:11
4:17 5:6,18,20
5:22,23 12:15
15:22 17:21
23:22 29:2 34:25
62:24 67:12
113:17 123:4
125:14 167:1
207:16
**covered** 121:16
192:10 193:25
**created** 233:4
**creation** 139:2,5
**criteria** 171:13
**critical** 45:14
65:6,7
**criticism** 220:18
**cross-functional**
46:3 205:25
**CSC** 63:22,24
116:23
**Curiously** 166:9
**current** 37:15
76:3 84:11
155:15,16 176:11
178:9
**currently** 16:21
**customary** 238:19
**customer** 100:10
**cut** 113:23 184:4
**CV** 156:6
**C11719** 127:21

---

### D

**daily** 90:14 164:9
**danger** 28:14 84:3
149:12
**dangerous** 28:8
31:4,18,21,23,24

36:22,24 51:20
51:22 82:4,11,23
83:2,25
**data** 19:10,11,15
19:16,18,21,22
21:15,16,16 39:3
40:2 61:9 64:16
64:22 65:2 67:14
78:11,13,14
79:15,18 95:25
96:16 100:22
103:9 115:10
117:7 128:11
141:11,13,14,15
141:21 142:17
175:22 176:2
179:6 187:7
216:15
**date** 4:2 53:25
129:15 132:19
173:3 181:20
182:4
**dated** 183:19
186:6 242:16
**dates** 123:16
**David** 1:14 4:13
5:9,16 241:7
**day** 106:19 111:19
111:21 112:16
117:25 118:17,22
118:25 119:1,4,7
129:3 182:8
201:7 206:16
209:3 229:13
241:10 242:16
**days** 129:9 134:3
**day-to-day** 90:21
**DD** 241:15
**deal** 177:4
**Dean** 10:17
**December** 10:4
56:4 75:12 186:7
**decent** 108:25
109:2
**decree** 77:8 78:18
78:23 80:24
145:2 149:21
182:11,14,17
183:1,3,7,12,16

PLAINTIFFS' EXHIBITS 001473

192:25 193:9,15
194:4,11 195:11
195:15 215:9,10
215:21
decrees 80:17
182:15 193:8
195:2
defective 28:18
28:19,22 31:4,19
31:21,25 52:17
52:20 76:13 78:7
215:1 216:1,9
Defendant 2:16
153:15
defendants 1:17
4:22,24 5:2
Defendant's 1:20
defer 209:9,14
deficiencies
187:2
deficient 221:15
define 14:15
20:22 38:20
239:5
defines 22:16
23:5 24:6
defining 201:24
definitely 196:23
definition 16:12
24:20,24 26:23
27:24 29:9 53:1
69:20 72:6 84:25
85:8
definitively
213:12 228:3,14
230:25
deflect 79:1
degree 11:13
87:18 88:15
99:10 157:13,16
delete 191:10
delineating 45:13
Delphi 156:25
157:8,24
demonstrated 63:3
183:15 233:2
demonstrates
74:24
denies 197:24

depending 192:9
depends 38:20
99:8 169:20
179:14
Deponent 5:8
deposition 1:14
1:21 3:7,9,12
4:5 6:19 7:3
10:20 11:2 23:12
23:14 62:5 66:5
89:13 154:11,21
154:25 189:19
226:20 239:25
240:17 242:6
described 53:11
107:19
describes 55:24
describing 75:10
description 111:1
111:2 153:11
219:25
design 162:12
217:21
designed 18:19
160:11 219:20
desire 65:23
desired 238:9
detail 9:11 41:11
80:5 206:22
detailed 232:22
detected 93:3,10
116:4 117:14
122:11 217:11,13
detecting 122:7
detection 117:16
detects 179:11
determination
83:24 152:10
determine 36:16
37:15 67:3 83:1
83:19 89:4 103:2
130:21 171:22
188:18,21 189:16
198:23 203:1
205:16 232:25
determined 76:1
determining 37:11
detract 19:12
develop 169:10,14

169:25
developed 168:20
169:1
developing 19:10
development
160:20
developments
161:17
device 202:1
diameter 202:6,14
Didomenico 20:2
died 153:13
difference 14:24
15:2,13 18:9,13
49:11 71:10 72:8
92:12 200:25
different 25:13
25:14 34:10
42:18 46:11
50:19 67:7 68:12
69:9,19 71:2,3
72:1 78:1 85:24
100:2 101:16,18
101:20 125:24
129:5 137:22
139:20 149:6
156:8 165:18
175:2 179:15
182:15 212:2
229:1
differently 44:25
201:3
difficult 64:4
67:17 70:1 73:8
130:22 134:15
146:5 175:25
177:22 180:23
199:14 204:2,4
difficulties
67:25 93:19
106:2 214:15
215:4
difficulty 23:19
34:9
dig 200:12 214:18
digging 230:9
Digitek 1:5 4:9
7:15 8:13,24
9:23 16:6 36:16

36:22 40:24
41:17 42:9 44:3
44:9 46:25 47:16
50:12,25 51:20
52:10,17,24 53:4
54:6,9 73:19
74:19 75:25 79:1
81:4 86:2,7 87:3
87:7,21 88:16,25
89:6 90:2 92:14
92:19,20 93:14
93:15,21,24 94:1
94:2,7,20 96:13
97:10 98:15
103:3 104:25
106:15 107:4,14
107:20 111:23
112:5,19 115:13
116:3,18 117:5
117:13 125:19,21
125:21,22,25
128:18 129:13,23
132:18,24 134:5
135:10 138:3
139:23 140:3,6
140:13 141:12
142:2,5,19
144:13,20 145:6
145:13 162:9
176:18 177:11,14
177:15,17 186:16
187:13,14,15,19
196:5 197:16
207:2 210:18,25
211:24 212:4,8,9
214:12 215:1
216:9 218:12
220:2,20 221:14
221:22 222:16
223:12 224:7
227:25 228:8
229:2,16 230:7
230:17,22 231:5
232:23 237:22
238:10,15 239:15
Digoxin 20:3,24
23:20 43:25 44:3
63:22 71:11
73:16 74:19

PLAINTIFFS' EXHIBITS 001474

104:14 168:18
207:23 209:17
210:4,9,18
direct 3:4 5:13
79:18 180:2
231:14
direction 221:8
directly 163:9
164:1 167:8
174:9 195:17
director 175:14
disagree 57:14
76:19 97:16
107:25 112:1
147:2,21 148:9
148:15 187:8
disagreement
76:22,24
discovered 164:18
164:19
discrete 154:8
discuss 159:3
discussion 89:22
174:12 209:24
210:17 231:1
235:6
discussions 77:21
163:20 181:11
200:20 205:1
207:9 214:14
221:17,24 222:10
235:18
disposed 115:23
disposition 205:2
dispute 6:9,11
disputing 147:24
dissolution 95:13
108:17 126:5,15
127:22 128:21,24
130:11 141:2,3
220:1
Distance 156:22
distinct 68:11
114:6
distinction 15:10
distracted 82:6
distributed 47:22
117:3
distributing

237:22 238:15
distribution
160:24 231:22,23
231:25 232:1,3,6
232:11
distributor
100:16 230:17
District 1:1,1
4:11,11 56:8
dive 206:25
diving 207:3
Division 1:2 4:12
doctor 16:2 210:7
210:21 211:12,14
211:23
doctor's 211:12
doctor-client
209:23
document 20:16,18
22:24 24:22
25:10 29:13 42:5
42:14 43:15,25
44:10 58:3 72:24
73:2,3,4,5,11
94:5 112:2
122:18 124:17,24
125:1 126:8
130:6 134:12
136:19 142:3
143:14 144:18,21
152:12 179:11,15
180:12 184:3
200:3 208:4
225:5 236:15
documentation
58:23 60:5 78:15
91:14 92:2 105:1
105:4 123:24
124:1 141:23
150:7 179:16,21
180:14,19 189:4
199:17
documentations
111:21
documenting
180:17
documents 31:12
32:17 39:19 41:5
41:20 42:20

43:12 44:12,22
45:3 47:9 48:22
53:11 59:2 60:6
80:14,22 81:2,3
94:3,17 99:19
104:22 106:7,18
118:1 119:19
124:5 128:14
129:5,7 130:23
132:9,17 133:22
133:24 141:20
146:21 147:1
151:2 154:4,6,9
179:25 180:6
189:10,12 190:6
190:9 206:5
211:23 214:11,18
216:3 217:19
221:20 222:12,16
228:18 230:10
231:3 237:15,16
237:18 238:16
doing 19:11 33:18
70:21 111:5
145:15 155:21
157:4 160:20
171:3 191:3
199:1 216:22
229:23
Donahue 2:18 3:5
4:25,25 118:7
127:2 230:13
231:15 236:9
238:12 239:18
240:4
door 216:5
dosage 105:23
106:1 109:6
110:23 111:5
114:6 196:16
dose 42:10 87:12
160:3,14,24
162:3 163:11,17
168:22 169:3
doses 139:17
169:6
dots 99:5
double 60:23
63:20,23 69:2

71:21 95:17
213:23
double-sized
212:23 213:3
double-thick 51:9
53:10,13,17
54:21 58:1 60:9
63:5 64:14,24
66:2,8,11 68:21
69:20 70:10,18
72:15 75:13
86:15 97:17,23
100:13 101:1
104:14 108:25
109:10,16 113:11
114:10 115:3,5
116:3 117:1,5
119:17 124:8
141:15 213:11,15
214:2
doubling 199:3
doubt 117:22
142:10 145:2
179:14
dozens 115:11,11
Dr 4:13 16:1,3
80:3 123:8
141:18 154:22
195:8 212:4
231:16 236:10
239:13
drafted 22:15
33:14
drafting 33:18
drafts 105:7
draw 60:22 64:11
drawing 19:12
drew 193:23
drive 189:24,25
190:16,21,22,23
190:24,25 191:1
191:2,5,7 227:6
228:16
drug 15:16 17:3
18:3 19:1 23:5
24:25 27:15 30:6
30:7,8 45:22
47:1 49:24 74:17
77:23 82:17

PLAINTIFFS' EXHIBITS 001475

David Bliesner, Ph.D.          Videotaped          January 25, 2011

| | | | |
|---|---|---|---|
| 84:16,20 85:11 | Elders 13:17 | established | exchange 62:17 |
| 85:15,19,23,25 | electronic 129:19 | 171:17 | excipient 69:1 |
| 91:2,25 135:3 | elements 102:21 | establishing | excipients 105:11 |
| 145:19 159:16 | eliminate 199:12 | 171:13 | 105:24 196:8 |
| 161:16 184:14 | Elizabeth 2:17 | establishment | 214:5 |
| drugs 18:20 28:4 | Ellis 2:13 | 54:14 78:15 | exclusively 69:12 |
| 28:7 47:17 74:14 | else's 130:22 | 80:12 173:8 | 71:8 |
| 74:20,25 85:3 | embedded 237:8 | estate 153:13 | excuse 118:22 |
| 225:24 | employee 163:13 | estimate 65:21,23 | 155:19 174:21 |
| dry 198:13 | 164:11 192:18 | 88:23 | 205:12 221:11 |
| duces 3:8 | 242:10,11 | et 173:10 | exempting 48:4 |
| due 71:20 123:6 | employees 157:8 | ethical 166:25 | exhibit 3:5,7,7,9 |
| duly 5:10 241:8 | employment 6:9,11 | Euclid 2:14 | 3:10,12 22:10 |
| duplicated 227:6 | enclosing 173:7 | evaluate 36:4,11 | 25:23 26:22 |
| | 186:9 | 36:19 233:13 | 29:19,25 30:24 |
| **E** | encompass 102:19 | event 57:3,15 | 32:2,20 33:4 |
| earlier 18:8 | encouraging 14:16 | 208:12,15,24 | 41:16 42:8,15 |
| 121:17 149:21 | endeavors 239:10 | events 69:15 | 43:22 44:2,6,16 |
| 170:18 172:19 | ended 78:19 | 76:14 208:5 | 44:23 45:2 47:19 |
| 173:11 217:5 | ends 78:1 164:17 | everybody 106:9 | 47:25 48:1 55:10 |
| 233:10 | enforcement 90:24 | 194:5 | 55:15 58:3,10 |
| early 21:22 67:17 | 149:17 | everybody's | 71:16 74:2,7 |
| 142:9 214:13 | Eng 175:14 | 115:13 216:21 | 84:5 87:25 88:2 |
| 227:15 | engaged 38:1 | evidence 57:17 | 104:8 106:13 |
| edition 168:4 | 157:6 | 58:20 116:7 | 107:4,20 111:18 |
| editorial 21:16 | engagement 113:10 | 117:4 123:13,21 | 112:15 118:16,22 |
| 21:18 22:1,3,6 | Engineering | 142:8 188:10 | 118:24 119:3,6 |
| education 156:20 | 178:19 | 197:15,18 209:15 | 124:14 129:1 |
| effect 45:16 83:6 | enhancements | 214:10 215:1 | 130:7 132:16 |
| 83:23 132:11 | 56:24 57:10 | 216:1,9,11 230:6 | 134:2 135:10 |
| 147:1 180:10 | entire 21:8 86:23 | exact 9:6 87:9 | 137:5 139:22 |
| 222:16 228:6 | 213:14,18 | 164:7 | 140:14 145:25 |
| effective 18:21 | entities 192:7,13 | exactly 19:23 | 149:5 152:5,5 |
| efforts 199:11 | entitled 84:11 | 99:21 205:13 | 155:13 158:23 |
| eight 180:3 | 201:20 | 207:1,4 | 172:24 175:7 |
| EIR 54:18 55:14 | entity 169:17,18 | EXAMINATION 3:4 | 183:17 185:7 |
| 55:17 79:19 | envelope 214:7 | 5:13 231:14 | 186:4,6 226:15 |
| 92:18 99:24 | equation 103:20 | examinations | 226:19 240:1,12 |
| 100:3 144:10 | equipment 46:16 | 11:15 | exhibits 3:9,11 |
| 172:25 173:18 | 158:17 164:13 | examined 5:12 | 31:5 45:4,5 |
| 174:12 228:4,6 | 171:14 229:2 | example 47:18 | 153:23 |
| EIRs 99:22 118:1 | Ernst 2:5 | 82:13,16 107:4 | existed 217:13 |
| 200:11 207:10 | escaped 117:16 | 203:19 214:25 | exists 217:2 |
| either 8:14,22 | especially 118:1 | 229:12 | 218:6 |
| 26:11 79:9 89:15 | ESQUIRE 2:2,5,8 | examples 90:25 | expand 165:24 |
| 105:13 164:22 | 2:12,12,18 | exceed 170:21 | expanded 122:16 |
| 201:2,20 213:24 | essence 45:21 | exceeds 172:1,3 | expect 11:10 21:5 |
| Eldepryl 161:3 | essentially 48:18 | Excellent 58:2 | 108:25 109:2 |
| elderly 114:7,10 | 215:16 | excerpts 11:5 | expected 95:16 |

PLAINTIFFS' EXHIBITS 001476

205:14 239:10
expects 147:17
experience 13:17
  77:17,20,20 78:2
  82:3,8 91:12
  99:2 106:4 114:4
  143:5 144:5
  147:4,5 149:19
  150:5 164:20
  170:14 179:5,17
  179:25 180:2
  182:19 195:1
  196:10 215:5
experiment 65:6
experiments 19:11
expert 7:6 16:6
  46:1 83:18 84:4
  101:11,13 107:9
  155:10 179:19
  208:9 209:5
  217:21 231:21,24
  232:2,7
expertise 77:13
  77:16 101:16
  102:14,16 103:1
  103:18 162:22
  163:7 184:13
  185:25 186:2
  217:8
experts 10:5,23
  103:2 107:11
  155:8
expiration 56:3
  142:11 184:15
expires 39:25
  241:15
explain 77:12,15
  158:11
explicitly 230:10
exposed 110:5
exposure 107:12
external 190:20
  190:22
extra 57:18 60:3
  66:14 67:7 68:20
  99:18 106:8
  120:9
extra-thick 69:20
  71:10 124:11

159:1,7 165:5
  217:12
e-mail 45:8 57:24
  58:18 59:10 61:4
  61:6,16 63:17
  64:4,10,16,20
  81:7 181:10,15
  189:24 190:1
e-mails 141:23
  237:19

_____

F

facilitate 227:12
facilities 162:18
  228:11,20
facility 37:15
  111:16 161:19
  180:24,25 207:25
  227:25 228:7
  229:19 230:2
fact 44:5 46:14
  51:12 64:23
  72:14 74:23
  80:16 82:21 83:4
  85:18 101:21
  107:10 132:10
  145:13 215:15
facts 74:13 84:11
  232:23
fail 136:9
failed 136:1,9
failure 30:3,9
  69:15 145:16
  201:1 202:25
  203:24 204:23
  216:4 224:4
  233:3,19
failures 116:8,8
  200:18
fair 46:22 110:2
  145:11 181:24
  182:1 227:13
fairly 36:18
  215:3
fall 54:18 102:22
  132:1 135:8
  210:19 230:20
falls 18:22 143:8
  174:24 229:17

230:2
falsified 179:6
  179:25 180:6,13
falsifying 180:20
  180:21,23
familiar 27:25
  47:15 53:7 129:3
  168:10
fan 12:19
far 42:6 43:10
  47:17 110:19
  132:11 133:2,24
  178:4 191:17
  204:16 216:15
  219:3
Farley 9:16 10:19
farm 102:7
Farrell 63:22
fashion 34:18
  148:3
father's 153:12
favorite 106:6
FDA 23:21 39:7,13
  46:24,25 47:13
  47:19 48:4,14
  54:11 55:3 56:12
  57:15 63:4 71:9
  71:13 72:13,24
  73:5,12,18 74:1
  75:25 76:23,24
  77:2,5,14,22
  78:25 80:14,21
  80:22 81:3,11
  83:6,19,23 90:21
  92:13,19 93:13
  93:17,18 94:5,18
  97:10 104:21
  105:1,4 106:14
  107:5,14,19
  108:5 110:15
  111:23 112:5,18
  117:17 119:12,16
  121:3 122:18
  127:5,7,12,13,15
  133:10,21 134:16
  135:2 141:19,20
  142:4,17 143:3
  144:21,23 145:10
  146:3,20,25

147:2,19,22
  148:7,10,14
  151:1,9,10 163:7
  172:25 175:13
  177:7 178:7
  179:5,11,21
  180:11,25 183:4
  184:10 185:23
  186:7 188:9,10
  196:18,21 197:9
  199:12 200:3,6
  202:18 203:4,7
  203:11 206:5
  207:2,6,8 208:12
  214:15 216:3
  218:1 219:9
  221:13,20 222:2
  222:12,16,22
  224:10 225:22
  226:1 232:2
  238:21
FDA's 74:8,23
  76:20 77:3 79:19
  84:9 90:13
  107:10 136:5,20
  149:14 179:2
FDA-approved
  131:6 132:5
  133:16 134:14
  135:23 138:2
  139:16
FDA-related
  141:23
February 107:5,13
  132:18,20 143:2
  143:24 241:10
  242:16
federal 17:23
  24:5,25 26:12
  29:7,16 30:22,25
fee 14:19,21
feel 184:11,25
field 55:3,4,8,22
  56:17 160:4
  185:21 202:22
Fifteen 24:8
figure 64:13
  100:14,19 101:6
  102:4 191:12

PLAINTIFFS' EXHIBITS 001477

David Bliesner, Ph.D.          Videotaped          January 25, 2011

223:14 227:5
**file** 58:4 136:24
**filed** 135:25
  136:12
**files** 57:10
**filing** 158:5
**fill** 202:12
**final** 148:8,11,17
  151:8,11,13,15
  151:17 152:10
**financially**
  242:13
**find** 26:11 27:10
  31:9 63:8 64:14
  98:15 100:3,12
  120:8,9 145:4
  146:4,5 151:22
  182:2 194:13
  195:7 201:7
  203:19 204:10,24
  227:6
**finding** 63:22
  112:19,21 119:13
  145:5
**findings** 63:4
  76:20 143:3
  183:8
**fine** 68:7 227:16
**finish** 61:21,24
  62:10,13,21,25
  182:6 223:1
  239:22
**finished** 40:3
  46:12 93:10,14
  94:19,23,25 95:2
  95:24 96:3,6,10
  96:12 99:12
  100:21 117:14
  141:8 161:16
  162:2 168:14
  176:5 219:23
  220:2,19 221:6
  221:14
**firm** 21:22 184:12
  185:1,21,24
  235:7
**firms** 149:15
  185:9,10
**first** 5:10 8:1,5

22:14 23:14
27:11 35:13
49:20 53:23 54:8
54:20 55:16
63:18 66:10
70:23 74:13 75:8
75:11 76:17,24
78:18,22 83:13
84:18 103:20
106:21 107:12,24
108:12 118:2
121:16 126:3
129:14 144:12
146:2,18 148:20
150:7,11 161:25
164:19 188:13
191:2 202:19
215:8 223:11
231:18 233:11
**fit** 60:10,23
  132:2 235:10,11
  235:12
**Fitzpatrick** 5:4
  8:6 55:9 57:20
  64:18 120:19,25
  173:2
**five** 38:12,13,15
  39:3,10 118:10
  156:3 194:18
  226:10 234:4
  239:9
**FL** 1:10
**flag** 208:18
**flagrant** 149:14
**flavors** 179:16
**Florida** 1:19 4:7
  162:19 241:3,14
  242:2
**fluffy** 69:2
**flushed** 118:4
**focus** 71:5
**focusing** 115:13
**folder** 189:13
**folders** 154:7
**folding** 30:6
**folks** 205:24
**follow** 17:8 18:21
  19:3 196:14
  206:16 234:19

**following** 17:6
  36:6 45:13 84:15
  123:3 150:19
  176:4
**follows** 5:12
**follow-up** 123:22
**Food** 24:25 135:3
**force** 147:1
  215:11
**foregoing** 242:6,7
**foreign** 157:15
**forensic** 168:7,8
  168:10
**forget** 65:17
  110:24
**forgetting** 104:5
**forgot** 40:18
**form** 57:21 64:18
  105:23 106:1,14
  109:13 111:5
  114:6 121:3
  129:18 158:5
  160:3,14
**formal** 65:1
  150:18 151:9
**Formally** 234:23
**format** 132:20
**formatting** 36:1
**formed** 158:18
**forms** 110:23
  161:5
**formula** 196:5,7
  196:13 212:13
**formulas** 197:7
**formulate** 43:12
**formulation**
  162:12
**forth** 17:4 30:4
  186:25 198:22
  232:17
**forward** 67:19
**found** 51:9 53:8
  58:1 64:2 77:6
  95:16 97:22
  111:24 112:5
  113:4 120:10,12
  131:20 183:5
  186:19 196:21
  199:5 217:3,4

238:18
**four** 35:13 59:13
  63:20 120:5
  136:9 169:8
  234:4
**fourth** 84:14
  146:16
**frame** 142:6
**Francisco** 2:20
**Frank** 9:18 10:19
  209:7
**frankly** 94:6
**Fred** 34:21 190:2
**free** 14:21
**freestyle** 13:18
**frequently** 114:2
  146:5 204:5
**front** 25:11 130:7
  131:10 202:9
**fulfilled** 183:15
**full** 146:16
**fun** 210:2
**function** 193:12
  194:7
**functional** 158:4
  158:7
**funnel** 178:10
**further** 242:9

---

G

**Galanter** 20:3
**GC** 160:10
**general** 10:13
  36:19 38:13
  45:10,25 46:22
  53:9 68:13 81:4
  81:5 82:14 93:22
  145:16 156:24
  194:11 199:6,24
  214:24 218:18
**generally** 12:1
  39:15 195:11
  199:22,23
**generated** 221:20
**generic** 74:14,17
  74:18,19 75:1
  114:4
**getting** 32:18
  36:22 40:17

PLAINTIFFS' EXHIBITS 001478

David Bliesner, Ph.D.               Videotaped                January 25, 2011

150:10 216:2,9
gist 194:20
give 31:14 74:3
  83:12 120:13
  153:10 164:6
  169:22
given 5:17 6:19
  76:12 106:9
  114:2 124:6,18
  152:4 237:15
  242:8
gives 227:22
giving 79:16
  126:9
glasses 114:18
GL-Gloucester
  63:23
GMP 38:15 40:19
  85:4 164:12
  202:18 203:11
GMPs 15:15,23
  16:6,10,12,19,23
  17:2,6,8,15,22
  18:2,18 28:1
  29:12,15 36:12
  36:20 37:12
  38:11 77:7 78:16
  102:18 164:24
  182:12,16,19
  183:1,2,6,14
  205:12 233:15,20
  234:19
go 16:1 20:9,12
  21:13 26:1 35:4
  42:21 43:1 44:19
  50:3 52:6 60:5
  62:13,15,19
  71:16 74:11 75:3
  75:6,16 77:2,4
  77:21 79:8 81:14
  89:23 100:1
  101:25 103:16
  106:24 113:22
  121:8 122:22
  128:22 129:21
  135:5 137:24
  139:12 140:14
  142:20 144:10,14
  146:12 149:7,22

151:19 152:1
158:5 167:5
168:14 170:4
174:19 175:7,10
180:15 181:15
182:15 184:2
186:15 188:21
191:5,17 194:11
195:17,20 198:22
200:12,19 201:25
204:6 205:11
206:5,11 214:17
220:16 221:21
222:9,24 226:8
227:18 230:11
236:3 239:21
240:4
goes 51:7 110:20
  132:12 141:1
  143:22 147:18
  182:16 219:4
  227:3
going 19:4 22:21
  26:4,25 38:20
  40:10 43:4 44:16
  44:24 45:2 46:17
  46:18 61:19
  62:10 63:10
  79:22 81:16 83:1
  83:1 93:5 98:6
  100:23 106:6
  115:17,25,25
  116:6 117:11,19
  119:25 120:7,17
  121:22 122:25
  131:15 140:17
  142:22 143:13
  144:21 145:23
  155:23 169:9
  170:12 172:14
  181:12 182:6
  191:6 196:25
  207:3 210:23
  211:25 213:17,20
  214:22 216:5
  226:12,18 227:2
  228:4,10,12,15
  228:19,24 229:15
  230:2,9 231:1,10

236:1,5 239:19
  240:15
golf 12:19
good 8:15 76:3
  84:12 132:13
  133:3,8 201:6
  226:2 231:16
government 17:24
  25:16 30:16,22
  30:25
grab 20:10 218:22
graduate 157:16
great 147:6 148:2
  174:5
gross 78:16 118:5
  149:13
ground 147:25
guarantee 15:16
  17:2,9,13,13
  18:22 89:21
guess 21:21
  225:10
guessing 162:7
guidance 36:18
  218:7 233:13
  235:7,9 238:7,10
guidelines 166:25
guns 88:8
guys 211:19

─────────
H
─────────
half 103:20
hand 35:12 103:7
  120:15 241:9
handing 22:9
  29:19 139:21
  145:25
handoff 103:15
hands 36:17 50:14
  50:25 51:21
  57:19 64:7,15
  82:12 113:12
  117:5 122:19
  123:21 124:2
  215:1 216:2,10
  216:16
Handwritten 3:9
  3:10,12
happened 12:4,7

190:3 204:4
  207:4
hard 11:19,23
  78:20 189:23,24
  190:16,24,25
  191:1,2,5,7
  201:9 227:6
hardness 98:24
  218:15 219:2,16
Hardy 2:18 4:6
  5:1
harm 76:15 116:3
  117:13
hauling 181:16
HCL 159:16
head 24:14 86:4
  97:13 110:25
  181:22 206:25
  207:5,17 214:7
  222:21 234:15
heading 233:18
health 149:13
hear 123:15
heard 4:10 19:5
  48:23 66:10
  91:11 179:4
heart 114:2
Heck 114:15
held 4:5 75:1
  239:15
Hello 231:17
help 31:9 36:15
  39:17
helping 14:16
  101:25
hesitate 223:20
hesitating 137:17
hey 210:24
high 13:10 49:24
  57:3 74:25 233:4
higher 108:18
higher-level
  29:12
high-volume 111:3
  111:8
HILLSBOROUGH
  241:4 242:3
HIPAA 211:14
hire 101:22,23

PLAINTIFFS' EXHIBITS 001479

David Bliesner, Ph.D.          Videotaped          January 25, 2011

hired 9:20 10:23
  10:24 39:17,17
  156:18 209:5
history 78:17
hold 143:4 172:21
  173:22 174:20
  175:5 176:3,20
  176:25 218:22
holding 143:7
  144:4,9 202:9
home 207:25
honest 181:12
honestly 102:22
  181:8
hospital 207:24
hours 7:24 8:4,9
  170:13
house 114:21
Houston 2:3
HPLC 160:10
HR 6:5
huh-uh 37:5
Hum 154:15
human 6:6
Huntington 2:13
hurry 110:22
hurt 116:14
  216:25
hydrochloride
  161:4
hypothesis 19:10
  19:13
hypothetically
  91:24 228:23
  229:7,10,22
  230:5

            I
idea 22:6 34:7
  96:22,25 142:10
  214:6
identification
  45:6 226:16
  240:13
identified 97:21
  234:4
identify 4:16
  53:2 144:16
identity 28:11

184:16 187:3,23
II 123:6 141:1
III 223:21 224:12
  224:17
imagination
  148:18 150:25
immediate 84:3
  176:22 224:13
impact 102:12
  145:24 187:3
impacted 228:22
impacting 145:22
impacts 145:20
  216:4
implement 233:3
implementation
  217:21
implicating
  219:10
implied 134:22
imply 66:23 105:9
  109:5
important 105:25
  178:11 200:22
  224:20
impression 148:13
improve 14:17
inadequate 69:1
  76:2 222:5,18,19
inappropriate
  197:11
incident 54:4,12
  54:21 56:13 57:4
  57:15 75:11
include 150:18
included 36:19
  37:19 175:17
includes 46:16
including 34:13
  46:3 196:4
  203:11
inconsistent
  170:13
incorrect 224:3
increase 18:25
  208:3 209:16
increases 17:15
  18:3
independent 39:21

96:21 158:8
  232:22
index 3:2,5 42:23
  121:3
indicate 59:3
  73:14 93:13 94:6
  94:18 122:18
  141:11 142:17
  176:19 207:23
  214:11 231:4
indicated 67:15
indicates 61:14
  157:24
indication 134:12
  135:22 136:19
individual 53:5
  99:8 216:17
  228:19
individuals 10:22
  53:7 149:15
  216:12
industry 16:7,20
  16:21 29:11
  37:23 66:7,11,15
  72:10 114:4
  117:24 147:10,11
  148:24 159:24
  163:3 171:8
  177:20 192:16
  198:1 199:24
  205:14 231:24
  239:1,3,7
influence 230:1
informal 146:19
  146:22 147:10,21
  148:3 150:24
  151:6
informally 209:22
information 21:16
  34:4 60:25 67:13
  67:23 89:4 90:20
  94:13 117:22
  174:9 196:22
  197:23 206:2
  207:22 215:19
  238:9
ingredient 66:18
  66:22,25 67:9
  69:1,8,25 72:22

73:1,20 89:2
  90:4 91:3 92:1,3
  93:9,16 104:18
  104:24 105:18
  159:11,17 165:9
  165:14 197:17
ingredients 40:6
  93:2 165:18
  196:6 197:10,11
  212:7,12
initial 203:20
  215:13
initially 172:5
  218:4
initials 116:23
initiate 184:12
  185:2,24
initiation 149:17
innovator 234:14
  239:14
inquiry 101:4
insert 224:3
inspected 110:16
  121:11 129:19
inspection 54:15
  55:19 56:10,16
  57:7,11 75:25
  76:7,8 78:15
  80:12 129:18
  173:8,9 174:16
  174:23,25 176:12
inspectional
  152:9
inspections 79:19
  99:4 121:4
inspectors 179:5
instance 51:7
  77:24 92:8
  108:15 111:22
instances 217:18
  237:17
institution 11:14
instructions
  220:13
integrity 179:3
  179:12 180:7
intend 238:5
intended 171:17
  221:19

PLAINTIFFS' EXHIBITS 001480

David Bliesner, Ph.D.                   Videotaped                   January 25, 2011

intentional 149:13
interacting 163:25 164:8
interested 100:14 242:14
interesting 61:7 131:4 145:14 209:25
interject 220:7
internal 81:12 218:7
interpose 57:20
interpret 31:2
interpretation 19:16,22
interrupted 62:3 62:20
Interruption 81:13
invariably 166:2 212:21 222:22
inventory 91:6,7 91:8,9,14 92:2
investigate 201:3
investigated 54:21,23 200:15 205:15
investigating 101:13
investigation 41:21 42:4 54:24 56:9 65:1 70:22 71:2 86:16,19,21 98:2 102:24 172:8 203:1,21 204:25 205:10,18 205:18,22 206:7 206:8
investigations 65:8 81:10,12 97:18 141:25 205:15 222:5,7,8 222:18
invoice 181:12
involve 160:2
involved 46:6 86:3,15 87:7 97:2 101:25

103:8 163:19 164:1,17 169:4 185:9 196:16 199:20 205:21
involves 99:14 101:20 218:23
in-process 98:23 99:6,13 117:14 161:9 217:22,25 218:12,18,23 219:3,7
IQ 159:23
isolated 57:4,15
issue 60:7 70:20 76:7 82:18 105:10 173:22 180:19 224:11
issued 143:2 174:22
issues 94:4 95:4 105:14 163:4 164:13,14,17 178:24 179:21 204:2,4 206:1,19 207:1 209:10 235:19
item 148:22 150:19

_____
              J
_____
J 2:5,18
January 1:10 4:3 9:8 21:23 75:12 134:6,6 183:20 188:12
Jeez 108:12
jerk 205:8
Jerry 20:2
Jersey 56:8
Jim 9:16 10:19
job 36:11 158:3 192:10
jobs 6:9 191:17
Johnson 2:8 5:5 106:18
journal 177:23,24 178:1,4
journals 21:2,9 21:10 177:20,22

judge 68:5 211:20
judgment 76:12
July 48:4 74:9 174:23,25
June 10:16 135:11 135:16 157:5 241:15
jury 115:18,25 116:1,6 117:11 117:19

_____
              K
_____
Karen 9:18 10:19 209:7
keep 91:13 104:5 120:17 178:9
Kenny 9:14 10:18
Kerensky 2:2 5:3 5:4 7:25 20:14 23:13 27:10 31:8 32:4 51:25 52:4 61:11,17,21,24 62:2,5,9,19,25 68:4,7 72:3 88:4 106:11 109:13 113:24 120:11,14 120:17 131:16,19 132:13 143:18 184:20,23 193:18 193:21 209:25 211:6,19 222:25 226:9 240:6,9
key 133:12
kicked 81:20
Kilpatrick 2:5 97:4
kind 6:3 11:9 85:2 88:8 90:19 126:24 145:15 219:3 228:12
kinds 101:20 146:6 214:1
knee 205:8
knew 193:24 228:1
know 7:11 9:6,12 13:2,8 14:22,24 15:2 18:8 19:23 22:3 24:17 26:18 34:22 35:1 39:13

43:14 44:2 47:7 47:15 49:8 50:18 51:23 53:9,20,21 54:14,20 55:2 59:23 60:1,2 61:13 62:17 63:9 63:11,25 64:1 66:2,8,13,17,20 66:22 67:5 69:12 72:8,14 74:4 75:15 77:3 79:11 82:25 83:3 86:2 87:6,8,11 88:21 91:9 93:24 94:10 94:16 95:6,7,8 96:11,19,23 97:9 98:1 99:24 101:4 102:17,20 105:23 107:10 109:4 110:2,24 111:1,7 111:10 113:6 114:11,19 115:6 115:7 116:10,18 119:1 121:16 131:8,9 132:3,6 132:8,12 133:2,3 133:13,17,22 134:1,16,24 135:24,25 136:2 136:4,13,25 137:2 142:11,16 144:22 145:5,8 145:19 154:9,14 159:6 162:16 166:24 167:2 177:2,3 178:5 179:2 181:11,19 183:11,18,22 185:6,8,10,15,18 186:15 187:13,18 193:1 194:2 199:16,19 200:14 207:1,5 208:4,11 208:11 211:1 213:8 214:2,3,4 214:5,17 216:20 216:23 217:10,16 217:25 218:7 221:23 223:13

224:20 227:24
228:2,15 229:14
230:14,16,19,22
230:25 231:1,2
232:4 235:10
knowing 87:15
knowledge 9:25
10:9 29:6 41:15
68:10 77:7
162:19,20 191:22
192:22 199:24
203:6,10,17
238:24
known 23:20 97:17
knows 71:9

## L

lab 46:8 133:22
141:4 161:15,18
164:13,13,23
165:1,3,19 166:3
198:14,20,25
205:18,21 221:1
label 82:18 118:4
174:10
labeling 224:5
Laboratories 5:2
laboratory 46:2
111:4 159:20
160:13 161:13,13
161:14 164:16,16
164:19 188:6
202:25 203:1
205:23 220:25
221:25
labs 2:22 96:21
97:6 128:13
lack 76:14 79:2
150:7,14 215:6
234:13
ladder 150:13
laid 17:23
landlord 153:8
landlord-tenant
152:23 153:8
languages 157:15
laptop 190:19
large 1:19 109:5
157:6

larger 138:10
Largo 162:18
late 201:7 209:2
law 19:3 84:21
193:11,17 194:12
195:4 235:7
lawsuit 30:14,18
30:19 90:8
lawsuits 115:11
153:17
lawyers 7:14 8:12
8:23 9:21 10:1
10:10 11:4,7
29:13 32:10
33:13,19 34:21
36:9 41:3 115:12
115:14 129:2
155:15 190:2
209:5 221:6
227:5
lead 83:8 204:25
leadership 215:6
215:24
leak 229:13
learning 156:22
leave 103:1
led 158:15 233:20
left 39:11 120:10
202:16 231:11
legal 8:15 15:1
lend 108:16
length 202:6,14
lengthy 16:5
Leo 156:19
letter 47:19,23
48:3 73:13 92:18
130:20 143:2,6
143:10,24 144:7
146:19 147:5,9
147:17,20 150:10
151:7,9 173:4
174:14,22,25
180:12 183:19,19
185:12 186:6
188:12 194:4
197:8 218:11
221:13 228:6
letters 39:18
79:20 80:10 81:8

141:20 147:25
148:7,10 149:24
184:1 195:16,18
221:25
let's 23:13,15
24:9,19 35:4,7
35:21 40:7 49:5
62:19 68:18 75:3
75:6 93:18 95:20
98:21 100:10
119:22 120:17
128:5,11,20,22
133:7 137:24
138:24 146:12
149:22 152:19
174:20 176:13
177:4 188:23
191:19 195:20
201:10,15,25,25
202:3,15 209:4
216:7,21 217:20
219:23 222:24
224:22 226:8
227:18 233:11
239:8 240:4,5
level 29:14 37:11
72:21 78:9 82:10
83:21 87:12
100:17 223:24
225:3,17,24
226:4
liability 1:5 4:9
7:2,7 195:24
196:1 234:22
235:5
liberty 159:3
likelihood 49:24
233:4
limit 131:25
137:21
limited 219:18,21
228:1
line 21:14 66:1
174:21 211:8,10
231:7
link 109:4
links 146:4
list 37:18 41:22
43:14 45:2 55:7

124:25 153:19
158:22 183:24
189:15,18 190:11
224:15 233:25
listed 154:2,16
154:17,18 166:9
listen 100:25
lists 153:24
literature 20:19
20:21 52:9 61:3
209:15,20
litigation 1:6
4:9 7:15 8:13,24
36:10 40:23
49:10 53:3,14
89:6,17 90:2
96:20 142:8
177:15 195:24,24
210:25 211:24
232:23
little 126:25
127:10 158:11
174:23 184:4
190:23 213:9
223:1 229:17
230:2
LLC 2:8,16,17
128:8 233:1
LLP 2:13,18
LMSI 160:5
loans 158:20
located 4:6
location 173:10
229:1
logically 12:8
logistically
191:13
long 7:22 8:3,8
23:11 37:21 47:7
162:6 165:17
166:19 169:13
223:3
look 19:15,20
21:13 24:19 30:2
35:9,12,21 38:16
38:18,22,25 39:2
39:7,19,21 40:21
40:25 41:7 42:21
42:23 48:1,19

David Bliesner, Ph.D.          Videotaped          January 25, 2011

49:6,19 51:6
52:8 53:25 54:10
55:21 60:5 61:8
63:4 66:21 71:7
73:22 74:2 75:8
75:16 77:2,5
86:5,14,16 90:1
90:12 100:21
104:7 108:20
110:22 111:2
112:7 124:20
126:9 128:15
129:3 130:16,22
135:12 136:15
137:8 138:24
141:7 143:1
144:10,14 151:19
156:5 158:5
165:17 170:4
173:15 180:16
181:15 183:17
186:22 189:16
190:10 200:13,20
203:18 205:12
208:6,21 212:16
214:18 218:7
220:16,22 221:21
222:9 223:14
224:8,22
**looked** 25:13 40:1
42:3 67:23 86:8
86:18,18,21,23
87:3 94:12 96:8
106:20 108:12
111:11 118:3
129:6,7 173:24
186:16 209:20
220:12,15
**looking** 23:10
24:13 26:10 40:3
46:4 57:23,24
58:4 65:18 87:10
89:25 99:10,13
99:25 102:11
110:13 111:4
116:24 124:24
126:8,18 127:9
127:23 128:6
129:5,17 130:12

130:18,20,25
131:1 137:12
143:20 147:12,15
183:24 214:23
220:3 225:10
228:4
**lookout** 179:6
**looks** 114:16
174:18 208:5
**loss** 212:19
**lost** 168:23
**lot** 38:19,21 56:3
67:18 85:24
110:7 161:5
164:15 165:2
195:14 202:14
216:24 226:25
**lots** 112:9 119:14
184:14
**Lou** 10:5
**loud** 37:3 232:19
**low** 135:1
**Lower** 35:12
**Luis** 2:6
**lunch** 100:2
119:22 120:2,8
**Lynne** 63:21

---
### M
**machine** 229:13
**mad** 113:22
**magazine** 178:13
178:24
**magazines** 21:7
178:8
**main** 102:21,23
**maintenance**
159:23
**major** 77:22
102:19 147:7
**making** 48:15 50:5
69:2 74:1 83:24
92:8,14 123:19
130:16 195:9
212:8 234:17
**manage** 195:20
**management** 159:20
194:5
**manner** 111:24

**manual** 146:2,3
147:20 149:7
151:2
**manufacture** 23:20
30:5 142:18
160:2,6,7,14,23
161:7 229:2
234:10
**manufactured**
52:24 54:9 85:3
99:9 225:24
230:23 231:4
**manufacturer**
33:20 46:15
59:24 60:14,19
84:15 230:17
**manufacturers**
98:23 234:19
**manufacturer's**
139:3
**manufacturing**
45:14,18 54:23
56:21 67:6,16,22
68:9,11 69:10,13
70:7 74:18 76:4
84:12 91:2 93:1
93:7 97:22 101:1
142:2 145:17
160:21 163:10,17
164:2,14,24
166:4 167:17
196:14 205:14,17
205:22 209:1
212:20 226:2
**manufacturing-...**
164:17
**MAR** 3:6
**March** 132:20
152:6 159:15
**margin** 148:21
**Marine** 81:20
**mark** 240:5
**marked** 22:9 25:23
45:5 88:2 137:4
139:22 226:15,19
240:1,12
**market** 36:22
47:14 48:17
52:25 76:14 78:8

82:5 95:21
101:14 102:12
103:4,5,15,22
112:11 116:10
216:24 229:9,15
233:21
**marketed** 184:14
**marketplace** 49:25
50:5 51:1,20
52:12,18 73:21
119:18 233:5
**Martha** 10:6
**Massachusetts**
57:25
**match** 32:23 33:4
**material** 25:19
32:11 33:13
91:17 94:17
161:8 187:3
203:9
**materials** 26:11
60:15 91:14,20
91:23 92:11
129:1 134:3
181:6
**math** 137:24
216:22
**Matt** 4:20
**matter** 33:7
**MATTHEW** 2:12
**Mattison** 2:5
**maximum** 139:4
**MD** 113:25
**MDL** 1:3 4:9 49:10
49:19
**mean** 13:3,9 16:9
18:10,15,16
21:18 25:12
30:24 34:11
41:23 45:21
59:14 82:22
85:10,20 104:19
105:19,20 107:7
108:23 125:9
128:10 142:7
149:20 158:12
170:20 171:24
177:23 179:24
188:1 191:6

PLAINTIFFS' EXHIBITS 001483

David Bliesner, Ph.D.          Videotaped          January 25, 2011

194:9 199:22
208:2 221:2
232:4
meaning 218:13
means 19:9 22:7
22:13 24:17
26:19 34:10
59:16 85:2
149:24 150:10
215:18
measure 61:5
65:25 132:23
134:9 135:20
188:20
measured 61:14
116:22 129:23
130:3
measurement 65:3
219:15
measuring 134:17
136:11
medical 20:19,21
21:1,9,10 209:15
210:23 211:3
medication 114:1
114:8
medicine 114:16
114:21 118:2
meet 8:1,5 17:4
18:4,25 109:11
Meghan 2:8 5:5
8:10 34:22 106:5
120:10,19 190:3
member 166:5,13
166:14,15,18,19
memory 25:6
166:14 171:3
223:19 235:8
mention 234:5
235:12
mentioned 172:20
176:18 177:11,17
mere 82:21
mess 201:8 228:13
met 7:17 8:10,14
8:22 11:7 107:22
107:23 108:21
method 19:6,9,14
19:17 64:12,16

76:1 108:17
110:20,21 134:19
168:21 169:2,10
169:14,25 220:12
220:19
methodology
171:14 222:21
methods 27:17
110:18 111:15
167:21 168:6,13
219:25 220:4,14
220:15,17,23
221:7,18 222:1,4
222:6,10,10,18
Michael 2:12 4:23
microgram 137:20
138:3
micrometer 61:5
61:15
microphone 20:13
middle 62:3
186:23 227:19
Mike 2:2 5:4
27:11 34:22
61:13 106:5
113:22
Miller 7:12,18,23
21:22 235:6
milligram 44:9
milligrams 44:4
millimeter 65:10
65:14
millimeters 138:3
million 42:10,17
43:24 212:9,14
213:17,21,24
mind 22:12 55:12
83:14 209:13
mine 31:13,14
minimum 17:22
18:18
minute 41:24
61:17,18,20
99:17 193:18
minutes 39:10
118:10 119:20
152:16 194:18
223:4 226:10
236:2

mirrors 29:8
misquoting 14:1
missed 184:19
mission 78:22
missions 78:1
misspeaking 43:16
misspoke 99:21
124:9 174:21
mistaken 44:23
93:23 180:15
192:7 200:10
misunderstood
95:3
mixed 196:11
mixing 196:16
197:10
modern 157:15
molecule 169:21
moment 20:7
monitoring 107:10
month 161:25
178:25
months 66:14
129:8 170:7
176:22 180:3
Moriarty 2:12 3:4
4:20,21 5:14
12:13,18 15:19
15:25 17:18,25
20:17 23:16,24
26:1,9 27:11,14
28:25 29:5 31:10
31:13,16 32:5
39:12 40:7,16
43:2,9 52:2,6,13
55:11,13 57:22
61:12,19,22 62:1
62:7,12 63:14
64:21 68:2,8
72:4 80:2 81:14
81:22 88:8,10
106:5,12 109:22
113:14,19 114:24
118:9,11,14,15
119:20,22 120:6
120:12,16,23
121:1 122:22
125:9,13,16
127:3 131:23

132:16,22 140:22
143:23 152:3,14
152:17,18 156:4
172:12,18 173:4
173:14 174:11
182:22,24 185:3
194:8,22 197:5
207:13,19 210:2
210:3 211:22
223:3,5,6 224:23
225:1 226:7,10
226:17 227:17
231:7 236:1
238:11
Moriarty's 233:10
Motion 68:2
motivated 77:25
78:12
motivation 78:6
motivations 77:18
Motley 2:8
mouth 64:7 114:14
move 63:1 118:7
118:14 127:2
moved 67:19
215:22
Mt 2:9
mutually 71:8
Mylan 2:21,22,22
3:9 5:1 44:22
45:3 58:22 59:4
59:9 116:5
117:16 125:17
131:1 157:20
230:13,14 231:1
231:4 234:6,8,15
235:7,12,13,18
235:24 236:15,17
237:15,16,22
238:15 239:13,14
Mylan's 234:22
235:5 238:14,17
Myth 74:16
Myths 74:14
MOORIARTY 123:7

---
**N**
---
N 1:9
nag 113:9

PLAINTIFFS' EXHIBITS 001484

David Bliesner, Ph.D.            Videotaped            January 25, 2011

nagged 113:8
name 4:1,13,20
  5:15 14:1 75:1
  116:24 128:13
  155:1
named 8:22
names 10:25 155:5
narrower 137:21
  138:10
nationwide 115:12
nature 212:15
  219:17
NDA 19:1 46:20
NDAs 179:7
necessarily 12:10
  83:25 84:3 85:10
  85:20 92:5 102:3
  110:22 112:10
  115:21 128:10
  206:11 208:16
  211:7
necessary 160:21
  211:7
need 20:10 31:7
  45:15 48:16
  55:11 65:23
  89:19 135:12
  143:16 159:6
  191:7 196:14
  201:2 205:1
  220:7
needed 60:16,20
  91:17
needing 37:10
needs 206:21
negotiated 80:22
  181:9
neither 239:13,15
Nelson 155:1
never 7:1 15:9
  18:12 53:12 55:4
  72:18 91:11
  92:10 98:1
  118:20 146:23
  169:11,19 179:4
  191:3 209:12
  216:25 217:1
  232:9
new 37:9 56:8

91:17 169:17
  201:21 227:3
  229:1 239:2,4,5
news 178:13,19
newsletter 90:18
newspaper 21:24
  22:4
nice 144:6
night 206:16
nine 170:7
NMS 97:6
nobody's 113:2,7
nods 37:6
non-compliance
  193:10,16 194:12
  195:4
non-conformances
  187:1
non-litigation
  194:16 221:3
non-responsive
  68:3 118:8
non-trivial 94:15
normal 66:17 67:8
  71:11 73:19 90:3
  104:17,23 165:8
  165:13
normally 167:11
  183:10 220:24
  221:1
normal-sized
  66:24 69:7,19,23
  71:1 72:25 73:15
  159:10
North 4:7 156:25
  157:5
Notary 1:18
  241:14
notations 180:17
note 100:8
notebooks 96:8
  111:16
noted 56:18 139:1
  195:1 240:8
notes 3:9,10,12
  22:12 73:25 88:3
  239:25
notice 1:20 3:7
  33:20 34:1,3,6

34:10 49:13
  72:18 90:18
  105:7 149:25
  189:19 226:20
  227:3
notices 178:7,23
notified 56:9
notoriously
  199:14
November 75:12
  121:4 172:24
  173:5,5 174:17
number 4:10 9:6
  22:24 37:8 63:3
  69:3 76:13 78:7
  86:9 87:9 88:19
  91:20 97:11
  99:20 112:8
  126:9 133:20
  134:1 148:22
  164:6,7 173:15
  173:24 198:23
  200:16,16 212:17
  215:6 216:21
  236:20,22,22,25
  237:2,2,4
numbers 25:5
  32:22 33:6,9
  126:3 141:3
  184:3 208:5
  212:25 213:6,7
numerous 38:7,17
  83:11 147:9
  195:15,18
nursing 207:25
nuts 220:24

——————— O ———————

OATH 241:1
Obispo 2:6
Object 64:18
  109:13
objection 57:21
  72:3 118:7
obligations
  183:16
obscured 45:8
observation 65:5
  99:15 121:3

122:10,14 144:22
  173:15,20 174:13
  174:16 175:4,21
  176:1,11,14,16
  177:12 206:7
observations 65:7
  152:9 175:16
  222:22
observe 65:9
  73:19 92:13,17
observed 121:10
  218:12
observing 45:15
obtained 176:3
obvious 52:10
obviously 67:21
  146:22 179:15
  208:18
occasion 11:18,22
Occasionally
  21:25
occasions 181:1
occur 180:18
  195:2 214:20
occurred 206:5
  214:25
October 121:4
odd 108:14 238:18
office 4:6 10:18
  25:17 158:17
  211:13
offices 115:14
  156:25
official 241:9
oh 2:14 22:13
  23:13,23 53:22
  88:1 91:15 98:21
  99:17 108:12
  174:20 181:18
  191:11 209:12
  239:21
oil 229:13
oily 229:14
okay 5:17 10:19
  13:21,25 14:24
  15:15 16:3,15,16
  17:1,14 18:24
  19:5,19 20:10
  23:16 24:11,16

PLAINTIFFS' EXHIBITS 001485

24:19,20 25:2,7
25:18 26:24 27:1
27:6,18 29:19
30:23 33:8,12
35:9 36:3 37:6
38:18 39:16
43:22 44:21,24
45:4,7,9 46:6,10
46:14 47:6 49:12
49:17 51:11
52:15 54:6 57:17
58:2,10,12,14,15
61:4,20 62:19
66:13 68:16,19
71:19 75:9,19
77:12 78:5,19
80:21 81:2 82:8
82:16 83:6,15,19
84:5 87:24 88:9
90:4,12 91:3,4
92:25 93:6,19
94:16 95:4,9,19
95:21 96:17 98:4
99:13 100:9,10
100:17,18 102:2
102:15 103:7,17
104:15 106:3,7
106:10 107:21
108:2 109:9
112:4 114:25
115:10,15,24
117:9,10 120:16
121:21 124:14
125:6,17 126:13
127:18,20 128:17
129:19 130:9
132:15,15,19
133:18 134:25
135:19 136:7
137:5,10,24
138:19,24 139:11
139:12,13,15,19
139:21 141:6,10
145:3,25 146:10
146:17,25 148:4
148:19 149:8,22
150:9 151:4,23
152:14,17 153:5
153:14 154:21

155:19 156:5,13
156:25 157:16
164:10,21 166:1
167:9 169:13
170:18 171:11
172:7,21,25
173:1,6,12,13,17
173:19 175:9,18
176:8,14,17,17
177:5,15,16,16
178:17 182:4,5,8
182:9 183:21,25
184:24 185:4
186:4,12 187:6
187:24 188:22
191:6,8,14
194:23,24 197:6
197:7,25 200:2
201:13,18 202:8
202:10,16 203:3
204:14 205:17
207:12 209:4,6,8
210:17 211:13,21
217:3 219:6
222:14 223:7
224:25 226:7,18
226:19,21 227:7
227:8,13 229:2,3
229:9,21 230:6
230:13 231:7,12
231:13 235:21,25
236:20 240:3,9
old 114:15
older 114:3
once 31:14 45:17
  112:5,18 146:11
  178:25
ones 106:7 110:17
  111:14 122:13
  125:24 154:14
  166:8 178:17
  188:25 189:6
One's 44:22
one-on-one 14:13
one-to-one 213:10
online 13:5,22,24
  21:10 25:3,9,11
  41:4 43:15,18
  44:13 153:24

156:19 177:24
  189:9
operating 18:19
  220:12
operational 29:14
operations 228:2
  228:19
operator 219:14
opinion 18:2
  36:19 51:14,19
  52:17 78:3 79:15
  79:17 87:17
  88:14,24 89:3
  142:2 143:5
  148:5 151:13
  180:5 186:24
  195:10 204:20
  215:6 234:21
  237:21 238:1,14
  239:6
opinions 9:22
  20:1 25:20 33:21
  34:1,14,19,22
  35:1 43:12 50:21
  51:11,18 80:6,19
  81:3 102:25
  200:22 235:16
  238:5
opportunity
  109:25 149:15
  220:8
opposed 19:16,21
  141:21 164:2,13
  164:24
OQ 159:23
oral 160:24 162:3
  163:11,17 168:22
  169:2,6
order 19:19 36:3
  100:19 102:25
  137:19 158:5,19
  196:12,15 236:13
organizations
  166:5,6,25
organize 33:25
organized 34:18
  44:25
original 105:7
ought 171:6

outbreak 207:23
  208:2
outcome 12:10
outcomes 212:24
outpatient 207:25
outside 28:4
  85:20 87:22
  88:16,25 89:7,17
  101:21 102:1,23
  131:3,5,6 134:13
  135:2,23 136:20
  141:10,12 182:16
  183:9
out-of-spec 96:12
  96:23 222:3
out-of-specifi...
  53:3 94:19 103:3
  117:13 200:4
overall 111:11
overlap 165:2
overlaps 234:14
oversight 79:2
  234:13
oversized 66:3,7
overtones 76:25
  77:18
overweight 105:8
  105:10,11,16,21
  109:5
ownership 158:16
owns 158:12
o'clock 227:15

_____

P

P 2:12
pack 59:12,14,18
  59:20,21,25 60:2
  60:8,17,21,24
  65:11,12,18
  116:24
package 46:17
  48:10 60:20
  220:11 224:3
packaged 176:4
packaging 65:4
  82:17 121:10,13
  204:20 224:4
  227:25 228:2
packing 30:6

PLAINTIFFS' EXHIBITS 001486

David Bliesner, Ph.D.          Videotaped          January 25, 2011

packs 162:12
page 3:3 14:9
  23:19 24:7 27:11
  32:22 33:6,9
  35:4,10,11,14
  36:2 50:4,12
  55:14,21 58:7
  74:11,16 104:7
  126:3,9,21,22
  128:6,7,22
  129:15,21 130:25
  132:23 134:5,9
  135:19 136:14,16
  137:8 143:11,15
  143:18,19 146:12
  146:12,14 148:20
  149:7,22 157:24
  158:23 167:6
  174:3,7,20 175:7
  175:8,9 176:1
  184:3 186:20,21
  186:23 193:21
  194:23 222:24
  223:7 224:24
  225:4,16,19
  227:18,19 232:14
  232:17 233:17,17
  236:20,22,25
  237:2,4,4,5,5,5
  237:5,6,6,8,9
pages 94:13
  127:25
Palm 2:6
paper 25:8 37:14
  40:18 73:12 88:9
  174:22 204:9
paperwork 158:6
paragraph 35:13
  49:20 146:16
  148:6,20 150:16
  184:8,21,23,24
parameter 131:3
parameters 131:5
Parkinson 161:4
part 24:3 30:4,15
  42:2,4,5 47:16
  48:9 49:2 54:23
  55:17 58:13
  86:20 90:21

91:22 98:2,15
  102:15,24 109:1
  109:3 112:17
  124:17,21 144:4
  188:6,11 194:6
  201:22 203:8
  234:6 236:17
partially 45:8
  80:9,11,13,20
particular 29:25
  64:8 110:22
  119:14,15 126:14
  163:24 204:14
  219:7 220:23
  232:24
particularly
  64:17 108:16
parties 4:16
  242:11,12
parts 30:4 98:9
  98:11
party 210:12
pass 55:9 128:24
  140:14,23
passed 107:20
  108:10,13 109:19
  126:1 136:8
  204:19
passing 133:15
  207:7
Passport 190:24
patient 224:11
patients 74:20
  76:15
Peer-reviewed
  178:1
pen 31:7,8 88:5,9
  202:7,15
people 8:17,21
  9:4,20 10:6,24
  14:14 16:12,22
  21:6 34:1,13
  90:7 94:1,2
  101:22 103:15
  107:11 110:21
  111:4,6 114:2,7
  132:3 142:8
  198:21 205:23
  215:7,10,10,11

215:11,12 216:25
  227:10
percent 17:3,9,13
  131:13,24 135:7
  158:13,19 216:23
perform 99:4
performed 37:14
  63:6
period 121:18,25
  216:7
periodically
  178:22
permanent 21:3,6
  157:12 163:13
  192:18
persistent 193:10
  193:16 194:12
  195:3
person 7:18 8:1
  8:14,22 30:9
  64:2 114:10
personally 53:12
  65:18 102:20
  193:13 241:7
personnel 121:10
  163:20
perspective 46:8
  147:13,16
pertinent 178:4,6
Pete 7:11,17,22
pharmaceutical
  7:2,6 8:18 15:8
  15:9 16:7,20
  33:20 37:22 38:1
  38:14 39:4,16
  40:5,20 45:17,19
  46:16 47:7 48:24
  66:6,15,18,25
  67:9 68:25 69:8
  69:9,25 70:7,20
  73:1,20 81:24
  82:9 89:2 90:4
  91:3 92:1,3 93:2
  93:7,8,16 98:5
  98:23 99:14
  104:18,24 105:17
  105:18 114:13
  155:8 159:11,17
  159:24 160:3,6

160:15,19,25
  162:3,25 163:3
  163:11,18 164:11
  164:23 165:9,14
  166:22 168:13,22
  169:3 171:8
  177:20 178:16
  185:21 192:16
  194:10 195:10,23
  197:17 198:1
  199:4,12 207:20
  217:22 231:21,25
  232:3,10,25
  233:19
Pharmaceuticals
  2:21,22 160:17
pharmacist 51:8
  53:23 55:25
  57:19,25 217:4,9
  217:11
pharmacists 116:5
  116:12 117:6,17
  122:20 123:13
  124:2 217:14
pharmacopeia 17:5
  89:1 131:7
pharmacovigilance
  162:22,24 163:4
  208:8 209:5,10
pharmacy 216:11
  217:6,8
Phil 4:4 37:5
  207:13
Philadelphia 49:9
  49:16 97:7 209:7
PHILIP 1:18
  241:14 242:4,22
phone 8:23,25
phrase 28:23 29:7
  48:24 194:14
physical 218:14
physician 210:13
Ph.D 1:14 5:9
  11:14 154:25
  241:7
pick 35:7 62:20
  216:7
picked 93:5
  108:15

PLAINTIFFS' EXHIBITS 001487

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 22

picture 145:21
piece 25:8 65:2
  230:12
place 51:24 57:5
  78:20 145:23
  154:8 234:11
  238:19
placed 26:21
  182:13
places 101:24
Plaintiff 8:16
  53:2 89:6,16
  90:2,7 97:3
  153:16
Plaintiffs 2:11
  3:10 5:3 7:14
  8:13,23 9:21
  10:1,10 11:4
  32:10 41:3 44:23
  45:4 96:19,24
  129:2 152:5
  155:14 190:2
  221:5 233:12
  234:21 235:4
plan 160:12 218:6
  227:14
planning 157:4
plans 217:22
  218:1
plant 100:15
  122:4
plastic 60:15,20
play 13:10
Pleasant 2:9
please 4:15 5:7
  8:16,20 12:12
  15:18,20 17:1,17
  17:19 23:1 26:2
  27:12,21 28:24
  31:5 33:22 42:20
  47:25 58:7 63:21
  68:15 74:2,11
  77:13,15 82:7
  83:12 89:8 92:16
  100:25 104:7
  113:15 116:20
  122:23 137:19
  151:12 165:10
  170:23 172:11

183:18 192:5
204:1 207:14
209:2 232:20
235:21 236:14
240:2
plenty 125:4
Plough 191:20
  193:6
point 12:4 32:9
  34:8 37:8 46:25
  61:7 70:19 75:4
  75:7,22 76:11
  101:10 113:1
  117:8 133:3,8
  136:1 150:12
  180:11 185:9
  189:20 191:7
  192:16,20,25
  195:19 200:2
  218:11 235:21
  236:14
pointed 149:21
  220:22 221:7
points 63:10 75:8
  75:11 176:22
  227:20
Pokotilow 2:24
  4:2
policy 149:14
  179:3
political 76:25
  77:13,17 78:5
  79:17
politically 77:25
  78:12 79:3
politics 78:4
  79:11,13
poorly 11:20
portion 201:21
portions 224:5
position 238:18
possibility 14:25
  15:3,10 18:9,10
  18:14,14 71:21
  72:1 79:3,9
  109:15
possible 48:9
  67:23 68:1 69:14
  72:7 114:7 129:7

214:9 227:9
possibly 18:5,6
  18:11,15,16
  25:15 28:21 33:7
  47:24 82:15
  103:25
post 194:3
posted 74:8
Post-It 20:5
potency 85:25
  169:2,10 228:8
  229:16
potent 148:25
potential 213:11
potentially 36:21
  36:24 78:21
  103:14,22,25
  164:18 175:5
  188:21 200:11
pour 115:13
power 99:14
PQ 159:23
practice 76:4
  147:11 226:2
  239:1,3,7
practices 16:21
  84:12 231:25
  232:11
preapproval 55:19
precisely 94:14
prefer 211:17
premises 173:9
prepare 9:11 20:1
  23:11 89:11
prescription
  74:25 114:13
  210:7
present 2:23
  149:12
presented 223:17
press 42:18 46:17
  71:13 77:2
  211:20 219:13
  225:22 237:8
pressed 78:20
presses 218:20
presumably 26:18
  34:25 196:11
  210:6

pretty 50:8 86:18
  86:20 128:3
  147:17 215:20
  218:9 220:4
  228:11
prevent 57:5
prevents 203:4,7
previous 126:21
  128:7 174:16
  175:13,16
Previously 18:12
pre-approved
  98:12
Primarily 161:3
primary 83:16
  210:13 215:4
principal 149:24
print 43:17 44:13
printed 25:19
printing 25:16
  33:7
printout 74:7
  84:8 129:19
  153:25
prior 111:21
  149:17,25 234:23
  234:25 235:3
privilege 209:23
privileged 210:23
  211:2,9,13
probability 14:25
  15:3,11 18:9
  72:2 79:4,7,9
  87:18,20 88:15
  88:24
probable 56:18
  72:7 114:9,23,25
  115:7
probably 12:4
  21:22 64:11
  154:20 213:20
  221:7
probate 6:25
  153:2,3,7,10
problem 56:19,21
  69:9,24 70:14,14
  70:25 71:3 88:9
  93:14 100:23
  101:1 102:6

PLAINTIFFS' EXHIBITS 001488

David Bliesner, Ph.D.                 Videotaped                 January 25, 2011

111:3 113:5,7
127:4 142:19
165:22 179:15
197:9 206:2
208:25 214:25
228:7 229:12,22
problematic
 108:18 110:13
 142:1
problems 67:16,20
 67:20,25 68:11
 74:17 92:7 93:4
 94:7 108:16
 109:17 111:5
 114:3 175:5
 179:12,16 182:18
 215:8,13,24
 218:12
procedural 56:23
 57:9
procedure 122:7
 146:2
procedures 143:3
 143:6 147:19
 149:6,23 218:7
proceduring 146:3
proceed 4:19
proceeding 6:1,3
 6:17
process 12:9
 33:12,17,23
 40:21,24 41:12
 41:17 42:6,16,21
 43:20,23 44:8
 45:10,12,13,14
 45:18,24 46:1,2
 46:7,15 47:5
 48:5,20,24 49:2
 49:3 67:6 69:10
 69:13,14,16 71:2
 99:9 117:15
 122:7 141:24
 142:4,18 143:8
 144:3,5,7 172:19
 199:2 202:23
 212:20 218:21
 219:18 220:19
 229:1,23
processes 47:1

219:10
processing 30:6
produce 18:20
 46:20
produced 10:4
 49:9,10 63:6
 112:8 116:13
producing 91:21
 91:25
product 1:5 4:9
 15:16 17:3 18:3
 19:3 23:5 36:21
 39:22 40:3 45:16
 46:12,20 47:12
 48:15,17 49:24
 50:5 55:20 57:3
 67:16 76:2 80:7
 82:4,9,12,17,22
 83:7,20,24 84:16
 93:8,10,14 94:19
 94:24,25 95:2,25
 96:3,6,10,12
 99:12 100:22
 103:10,19 104:12
 108:6,6 109:18
 110:7 112:11,11
 116:9 119:12
 135:4 136:21
 141:8,21 142:12
 144:25 159:6
 161:16 162:2
 163:12 168:14,22
 169:3 195:23,24
 195:25 196:4
 208:17 216:5
 219:8,23 220:2
 221:6,14 223:9
 223:18 224:14
 229:8 232:23
 233:5,21 234:17
production 163:11
 163:18 212:24
 213:5 214:12
 228:25
products 7:2,6
 17:10 28:21 40:4
 44:3 101:13
 108:24 145:19
 160:15,22,25

161:2 162:3,5
 176:5,21 177:8
 177:10 184:15
 192:4 226:4
product's 188:7
professional
 148:5 166:6
Professionally
 14:19
Professor 156:19
program 47:8
 97:10 107:12
 110:5 111:8
 119:9 184:12
 185:24
progress 195:15
progressing
 219:19
project 38:2,3,3
 38:4 147:8 157:7
 159:18 186:13
 221:3
promise 157:14
prompt 149:16
promptly 184:12
 185:1
promulgated 73:12
proof 82:3,10
Propafenone
 159:16
proper 106:1
 196:15
properly 122:15
proportions
 196:12 197:11,12
protection 149:11
protocol 45:13
 98:12
protocols 46:4
proved 113:5
provide 18:19
 184:11,14,25
 234:21
provided 159:23
 189:5,12,15
 190:11
provides 149:25
provision 23:18
 25:14

prudent 60:14,19
PTL 62:8
public 1:18 78:21
 149:10 241:14
publication
 147:23 165:15
 178:20
publications
 165:4,7,11
 177:25 178:9,12
 199:5 209:16
published 156:16
 167:25 232:9
pull 135:13
 143:16 167:5
 178:3
pulling 223:19
purity 184:17
 187:4,23
purpose 33:24
 45:24 49:21
 77:25 232:16,19
 232:21 233:7
 235:15
purposely 111:2
purposes 25:20
pursuant 1:20
purview 143:8
put 12:9 31:10
 33:25 34:6 44:13
 44:16 45:2 57:5
 74:20 88:4
 114:13 128:13
 152:13 190:21
 202:12 212:7,12
 235:10 238:8
puts 178:23
putting 33:19
p.m 119:25 120:4
 122:25 140:17,21
 142:21,25 155:23
 156:2 172:13,17
 196:25 197:3
 226:11,14 236:4
 236:8 240:15,17

───────────────
         Q
───────────────
QA 163:16,20,25
 164:1,8 219:13

PLAINTIFFS' EXHIBITS 001489

David Bliesner, Ph.D.          Videotaped          January 25, 2011

QC 46:7,11 161:15
  161:18 164:2
  198:14
QRS 187:9 188:18
  191:23
QRS's 186:24
  187:21
qualified 160:12
quality 74:17
  76:2 102:18,21
  102:23 116:9
  131:1 145:16
  161:13 163:10
  166:4,23 178:22
  184:16 187:4,23
  194:4 215:12
  216:4,5,6 233:3
  234:10,13 235:19
  238:19,21,25
  239:11
Quantic 185:15
  186:1,9,13,16,19
  191:16 192:2,6,8
  192:9
quantification
  22:22
quarter 74:9 78:6
  213:22
question 8:19
  16:16 17:1,7
  18:1,1 19:24
  23:17 24:9,10
  31:17 34:7 43:11
  61:10 62:17
  66:21 68:3 70:2
  73:9 88:11,12
  94:14 95:6 117:9
  117:23 123:12,20
  126:25 131:17
  132:6,8 133:15
  136:12,18 137:1
  137:2 140:1
  141:5 144:15
  145:14 147:14
  156:5 164:21
  168:25 177:4
  181:9 182:7,22
  182:25 192:11
  194:20 201:5,7

203:3,25 207:11
  207:12,18 212:2
  222:13 236:13,16
questionable
  180:6
questioned 154:23
  155:2
questioning
  239:19,24
questions 11:9
  52:3 58:16 61:23
  66:1 123:3
  125:10 142:4
  201:8 231:8,10
  233:10
quibble 22:22
quick 73:22 237:9
quickly 155:18
quite 94:5 102:22
quotations 237:17
quote 55:25 56:18
quoted 167:8
quotes 167:7

─────────────
        R
─────────────
ramped 42:9
ran 107:19 108:21
  126:15 221:9
random 110:3,6
  112:9
range 133:5,11
  138:2,22 139:20
  170:21 171:4,5,6
  171:19,20 172:1
Rarely 146:9
rate 181:9,10,13
  182:3
rates 217:20
ratio 105:20
  106:1
ratios 105:25
raw 60:15 91:14
  91:19 92:11
  161:7 197:17
reach 19:19
reached 36:17
  73:21 76:13 78:8
reaching 141:18
read 9:24 10:1,10

11:1,4 12:13,14
  15:19,21 17:18
  17:20 20:1,8,21
  20:23 21:19,24
  23:25 27:8,21,22
  28:25 29:1 30:11
  34:25 36:7 57:8
  61:3 62:23 67:11
  74:21 76:17,18
  84:22 85:5,12
  96:2 113:14,16
  114:1 125:23,25
  139:8 146:2,23
  150:3 154:21,25
  179:1 207:13,15
  232:19 234:16
readers 34:13
reading 19:25
  90:18 150:16
  178:4 198:17
  199:4
readings 102:17
  109:1
reads 84:18
ready 11:8
real 11:19 73:22
  158:6 164:6
reality 147:25
  151:5
realize 33:24
  110:20
really 31:7 38:7
  61:7 63:8 103:17
  107:11 108:23
  113:8 169:20
  194:20 210:19,20
  213:13 222:21
reason 57:14
  76:19 105:22
  107:24 112:1
  137:17 147:2
  177:1 188:22
  189:2
reasonable 87:17
  88:14 95:23
  142:15 217:12
reasons 83:11
  85:24
recall 9:2 10:8

10:12 11:3,21,25
  12:1 15:12 20:25
  21:21 41:2,24
  42:3,12,14 44:5
  48:7 51:17 54:7
  55:6 71:14,20
  72:18,25 73:2,14
  73:17 74:10,18
  76:15 78:6 79:1
  82:17,21 83:4,8
  83:21 84:2 86:3
  86:9 87:7,12
  90:18 92:22 96:9
  101:11,19 102:3
  102:7 104:12,23
  105:7 115:12
  121:18,19,20,24
  123:5,17 124:3
  127:6 129:14
  154:24 155:3
  156:10 159:15
  162:7 165:16
  167:18 173:23
  197:14 200:12
  207:9 209:18
  214:13 218:16
  219:6,11 221:17
  223:16,18 224:12
  224:15,17,19
  225:2,9,22,23
  226:3 235:6
recalled 54:6,8
  83:25 87:22
  88:15,18,25
  95:20 96:14
  133:25 187:15,19
  223:23 225:17
recalls 66:13
  81:25 82:2,9
  83:18 84:4
  101:15,22 223:9
receipts 182:3
received 53:3
  57:3 129:13,15
  132:18 134:6
  135:11 181:20
receiving 129:17
recidivistic
  215:22

PLAINTIFFS' EXHIBITS 001490

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 25

| | | | |
|---|---|---|---|
| recognize 10:25 | 92:21 93:19 | 146:1,3 147:19 | remediation 39:19 |
| recollection 12:3 | 120:8 121:2 | 149:6 163:7 | 147:6 188:11 |
| 73:18 | 122:3 123:9 | 180:12 185:16 | remember 24:13 |
| recommendation | 124:7 174:19,24 | 186:1 191:16 | 34:18 54:11 |
| 191:4 | 199:17 225:8,14 | 192:2,6,8 215:11 | 55:17 60:12,13 |
| reconciliation | 225:20 235:23 | reject 98:6,16 | 87:14 88:11,12 |
| 92:10 | 236:15 237:7 | 202:20 203:12,23 | 88:13 105:8 |
| record 26:1,4,8 | references 51:7 | 205:13 206:17 | 132:9 189:1 |
| 38:23 40:10,14 | 90:17 178:8,25 | rejected 121:11 | 190:8,12 220:4 |
| 43:4,8 63:7 74:1 | 200:9,10 235:17 | 122:11 188:11 | 222:15 228:5 |
| 77:3 79:22,25 | 237:14,16,21 | 206:12 207:8 | remembering 226:9 |
| 81:14,16,19 | referred 105:8 | 222:4,17 229:14 | removal 65:3 76:1 |
| 86:17,20,23 | 123:23 233:1 | rejection 123:9 | remove 61:4 75:24 |
| 93:13,13 119:25 | referring 66:4 | 201:2 204:22 | removed 59:17 |
| 120:4 122:22,25 | 76:6 87:15 122:3 | 205:7 | 61:14 |
| 123:4 125:8,15 | 133:14 143:12 | relate 144:13 | render 30:7 51:19 |
| 127:18,19 140:15 | 170:19 175:22 | 232:5 | 52:17 180:5 |
| 140:17,21 142:20 | 192:12 | related 47:9 | 235:4 238:6 |
| 142:22,25 152:1 | refers 63:19 | 96:10 119:8 | rendered 237:21 |
| 155:24 156:2 | 100:3,5 144:8 | 231:25 232:23 | reoccurrence 57:6 |
| 172:14,17 188:5 | reflect 92:10 | 238:9 | repeated 176:21 |
| 188:17 192:3 | reflected 91:5 | relates 145:13 | 193:10,16 194:12 |
| 197:1,3 216:19 | 92:2 | relation 32:17 | 195:3 200:8 |
| 226:8,12,14 | reflects 215:24 | relationship | repeatedly 22:15 |
| 232:20 234:12 | reg 202:18 203:4 | 230:20 | 22:18 77:5 |
| 236:3,5,8,10 | 203:7,11 | relative 242:10 | report 16:5 20:6 |
| 239:21 240:5,15 | regard 76:20 | 242:11 | 22:14,20,23 23:1 |
| 242:7 | 144:24 147:3 | relatively 239:2 | 23:18 24:1,7,13 |
| recorded 12:15 | 237:21 238:14 | 239:4,5 | 24:15 26:18 |
| 15:22 17:21 29:2 | 239:14 | release 71:14 | 32:16,20,25 33:9 |
| 62:24 67:12 | regarding 75:12 | 161:18,22 199:2 | 33:11,14,18,24 |
| 113:17 123:4 | 152:10 161:7 | 225:22 233:20 | 34:17 35:1 41:17 |
| 176:2 207:16 | 164:12 166:25 | 237:8 | 49:5,20 50:8,12 |
| records 38:16,19 | 172:23 193:8 | released 71:23 | 50:16,21 51:12 |
| 40:1 86:5,8 87:4 | 207:2 210:21 | 72:15 96:15 | 51:19 52:16 |
| 95:24 141:7 | 220:13 235:7 | 229:9 230:8 | 54:15 55:24 |
| 186:16,25 187:9 | regards 4:8 | reliability 64:2 | 56:17 63:12 |
| 187:10,15,24 | regs 203:12 205:9 | reliable 64:17,22 | 64:17,20 73:13 |
| 188:17,23 189:2 | regularly 177:19 | 185:20 | 73:23,25 89:5,11 |
| 189:14,17 190:13 | 179:6 | reliably 187:22 | 89:16,19,22 90:1 |
| 203:19 204:7 | regulation 29:10 | relied 25:19 | 90:11 103:18 |
| 221:25 | regulations 24:5 | rely 51:13 90:20 | 104:7 116:16,21 |
| redundant 206:18 | 26:12 29:8,16 | 90:23 | 116:22 119:16 |
| refer 22:15,21,23 | 30:3 76:4 84:19 | remain 184:15 | 120:20 121:6 |
| 23:4,17 24:1,6 | 203:15 232:2,5 | remaining 59:19 | 122:17 128:15,22 |
| 26:25 29:11 31:3 | 238:22,23 | 202:21 | 139:25 143:11,18 |
| reference 20:6 | regulatory 30:10 | remediate 39:18 | 143:19 144:14 |
| 58:9 59:5 66:11 | 30:14,15,20,21 | remediated 144:23 | 153:19 154:2,18 |
| 68:21 90:10,16 | 30:25 102:22 | 145:9 177:6 | 173:8 174:4 |

PLAINTIFFS' EXHIBITS 001491

David Bliesner, Ph.D.                    Videotaped                    January 25, 2011

180:4,10 194:23
208:24 215:4
220:19,21 222:24
225:16,18 227:18
232:14,16,17,21
233:2,7,18 234:5
235:3,4,11,14
236:11,15 237:10
237:23,25 238:2
238:4 242:6
reported 55:2
76:14
reporter 1:18
4:17 5:7 12:15
15:22 17:21
23:22 29:2 62:24
67:12 113:17
123:4 125:14
207:16 242:1
reporting 34:3
55:22 77:1 179:8
208:12,15
reports 9:21,24
10:2,5,7,11,14
39:2 40:2 57:2
63:4,22 78:16
80:12 116:12
141:25 186:9
repository 41:4
189:10
represent 4:17,21
33:19 94:2
106:14 107:13
152:9
represented 16:4
represents 188:6
230:13
reputable 11:13
requested 189:5
require 55:7
201:1 202:14
203:12 205:5,9
required 95:11
182:11 183:1,2
204:22 238:21
requirement
199:13 238:25
requires 172:8
203:1

resample 201:23
resampling 202:24
203:8
research 160:20
162:1
reserve 239:20,22
resolved 177:6
resources 6:6
158:8 195:20
respect 59:6 60:7
90:24 94:4,21
95:4 99:23
106:19 116:11
118:1 126:19
142:1 150:14
161:5 165:15
171:9 174:24
175:5 178:23
180:17 182:14,18
185:11 191:5
200:11 205:2
207:10 214:15
218:8 221:18,25
222:10 238:7
respond 147:17
responding 147:8
response 179:12
185:6 233:10
responses 81:8
105:7
responsibilities
149:11
responsible 30:9
234:17
rest 22:4
restarted 227:2
Restek 160:8
Restek's 160:10
result 131:2,3
172:5 203:2
204:11,21
results 40:3 96:6
96:13 109:1,3
126:18,25 141:8
141:24 170:20
171:6,18,21
222:3
resume 16:4
155:13 168:2

retail 225:17,23
retained 7:5
33:13 36:9 38:14
53:16 212:14
retest 201:20,23
retested 203:21
204:18
retesting 203:22
returned 58:21
59:4,8,11
review 20:15
32:11,13 35:15
47:3 55:18 57:10
129:11 154:11
177:19 181:6
186:20,24 188:23
189:2,5,14 220:8
220:24 232:22,24
237:10
reviewed 24:25
25:11 33:12
41:14 43:12,15
43:17,20 44:13
48:21 50:8 53:12
60:6 117:7
119:19 132:9
134:3 153:20,24
154:4,5 175:14
187:1,9,10,14,15
187:24,25 188:1
188:4,24,25
189:4 215:20
217:19 231:18
232:13 238:17
reviewing 46:3
47:9 117:25
129:9 228:18
236:11
reviews 39:3 40:2
188:17 192:3
Rice 2:8
right 6:8,12 7:1
7:11 8:5 11:12
12:1,7,11,19
14:7,14 17:6,16
27:1 28:3 29:3
29:24 32:2,9
34:8,14,23 35:2
35:12,19 37:1,16

37:19 40:23
41:16 46:8 47:11
47:18 48:23
49:14 53:15 54:5
55:24 56:13,17
61:25 62:3,22
63:20 64:6,8,9
66:9 68:24 69:7
70:19 71:5,6
72:5,9,16 74:7
74:14 75:3,10,20
75:22 76:7 78:19
79:2 82:19,23
83:4 84:1,8
85:18,21,25 87:6
87:11 89:23
91:21 96:4 97:16
98:7,10,19 101:3
101:5,8,10,10
103:4,13,21,23
104:2,2,21 105:5
105:17,22 107:2
107:7,8 108:7,9
108:11 109:23
110:12,25 111:17
111:22 112:15
113:24 115:8
116:15,18,19
120:22 121:12,25
124:10 125:3
126:5,16,18
127:16 128:9
129:14,15 134:20
135:14 136:11
137:19 138:4,7
139:13,13 143:25
144:16 145:5,12
147:8 149:1
150:12 151:7,16
152:2,11 155:4
156:10 157:7
158:22 161:20
167:19,21,25
172:9 175:9,21
176:15,16 177:9
179:22 180:4
183:11 186:6,10
186:11,22,22
188:15 189:21

195:7 201:6,10
202:16 204:6
205:4 206:14
209:1,1 212:10
215:22 217:1
218:20 219:1
221:3 224:1
226:1,20,24,25
227:12,24 234:1
236:10 239:20,23
right-hand 104:13
ring 155:5
risk 74:20 78:9
Riverview 228:16
228:24 229:8,20
229:21,23 230:7
Road 227:24 228:7
Robert 20:2
role 160:1 161:6
161:9,10,11,12
163:21,24
root 67:6,8 68:12
165:22 204:24
205:16 233:18,25
234:4,7
routine 179:7
RPR 1:18 241:14
242:4,22
run 140:10,11
158:9 171:4,17
running 141:4
170:11 215:7,10
Runyon 162:15
Rusnak 2:2
Russ 9:12 10:18
Ryan 1:18 4:18
241:14 242:4,22
R&D 46:9 161:5,13

S

safe 18:20 84:16
safety 28:9,11
224:11
sake 202:3
sale 160:24
sample 170:12
171:23,25 201:21
201:21 202:1,19
202:22,22 203:5

203:20 218:6
sampled 108:6
111:23
samples 46:4
47:12 107:8
112:21 119:15
125:19 126:1
128:25 198:14,21
198:22,23,25
200:5,16,16
201:11 204:13
212:15
sampling 99:23
110:4,6,6 112:9
198:3,6,8,13
199:6,13 201:13
202:1,13 212:14
217:20,22 218:1
218:8,13
San 2:6,20
sanction 197:8
sanctioned 207:6
sat 15:12 18:13
72:11
satisfaction
145:9 177:7
satisfied 47:1
48:14 144:23
save 155:20
173:23
saw 25:8 34:4
42:7 118:18,20
188:13 234:11
235:12
saying 17:8 78:24
104:17 134:21
185:23 203:23
215:17 229:5,21
230:3
says 13:6 14:9
28:13 30:2 36:3
37:12 48:18
56:11,20,21 57:1
57:13 59:13,19
59:22 63:21
68:20 71:19
72:18,20,25
74:16,23 75:23
83:6 84:14 85:1

85:9 89:17
104:13 110:24
112:2 121:3,6
122:14 127:19
128:8 143:6
144:7 146:18,24
147:20,24 148:21
149:1,9 150:4,17
150:20,23 151:1
151:16 152:8
168:1 173:6
175:10 176:1
194:25 195:19
202:20 207:8
223:9 225:11
SC 2:9
scan 107:1 155:19
Schering 191:20
193:6
scholarly 177:25
school 13:11
science 79:12,13
156:24
scientific 19:6,9
19:14,17 64:12
64:16 65:6 78:3
108:19 209:15
215:14 216:1,15
scientifically
19:20
scientist 64:23
Scientists 166:22
178:16
scratch 169:15,16
170:5,8
screen 124:23
se 53:5
seal 241:10
second 7:25 55:12
58:7 74:11,16
75:6 76:11 81:21
137:8 146:12
150:11 168:3
174:20 184:2
215:9
seconds 238:11
section 22:1,3,16
22:16,25 23:4
24:23 25:23

26:12,13,25 28:3
29:17 30:7,24
31:22 50:21
51:12,14,19
84:14 104:12
144:11 146:1,23
149:9 167:3,15
235:18
sections 201:12
220:9
secured 110:9
see 20:4 22:20
23:1,4,17 27:1
27:19 35:7,25
41:7 44:12 45:15
49:17 50:1,6,11
53:25 55:21 56:1
56:5 58:7 77:21
90:1,23 92:18
111:20 118:16
120:18 122:17
124:15 126:3
128:5,11,20
129:16 130:13
133:8 135:1
137:6,10,13,14
141:7 145:4
148:22 158:6
174:20 175:11,12
175:19,20 176:6
180:5 184:6,18
185:2 190:5,11
191:19 194:6
195:5 205:12
214:10 217:1
219:14,18 220:16
220:18 227:19
233:11,23 235:11
239:8
seeing 41:24
42:14 55:7
116:24 118:6
137:17
seek 102:14
seen 10:7,20
22:11 24:21,23
25:7 29:22 30:1
41:19 42:1,12,19
43:25 44:9 47:19

PLAINTIFFS' EXHIBITS 001493

47:23,25 48:6,10
53:12 55:4,17
58:20,23 59:2,6
71:13,17 72:18
72:24 73:7,11
74:4 84:6 89:5
89:15 96:6,15
106:17,21 111:18
112:15 114:22
118:21,24 119:3
119:6,16 123:24
124:15 141:14
146:1 183:18,22
186:4 197:7,23
209:14 216:25
218:16 219:9
221:12 226:22
231:3 239:10
segment 39:24
selectively
189:12
Selegiline 161:3
sell 14:11
Semigran 154:22
sent 32:10 198:23
204:20
sentence 28:16
29:4 49:23 71:25
72:13 76:11
84:18 85:1,9
138:25 146:18
148:6 184:20,22
239:22
separate 206:19
September 173:5
173:10 175:1,2
sequence 125:10
serious 77:21
205:1
seriously 147:18
seriousness 147:6
148:2 150:14
served 78:22
services 125:18
159:22,24 185:16
186:1 191:16
192:2,6,8
session 231:9
234:25

set 17:4 18:18
30:4 56:19,21,22
102:1 106:8
124:17,21 171:9
186:25 198:16
232:16
seven 173:20
174:13 175:21
176:1,16 177:12
225:6,7,9
severe 179:13
shakes 37:6
share 211:16
sheer 112:7 116:1
116:12
sheet 133:6
134:18
Sheraton 7:21
shifted 79:12
ship 47:13 48:17
shipped 83:13
229:17
Shook 2:18 4:6,25
shoot 12:21
short 26:6 40:12
43:6 79:23 81:17
121:15 123:2
140:19 142:23
155:25 169:22,23
172:15 214:8
236:6
shortage 77:23
shotgun 13:5
show 57:17 93:12
94:5 103:9 109:7
112:10,12 115:10
142:3 157:14
188:7 211:23
226:18
showed 52:12
97:23
showing 42:15
58:3 84:5 106:13
137:4 149:5
216:16
shown 45:22 53:15
113:10 115:15
195:3 207:22
shows 57:25 58:24

74:19 78:16
215:20
side 10:5 104:13
163:10,17 164:2
164:3,14,23,24
165:1 169:22,23
significant 63:3
77:6 108:2,3,4
112:4,20,25
156:15
simple 132:6,8
single 53:2
sir 16:25 23:22
30:12 37:7 50:17
51:4 55:16 63:16
65:15 137:8
159:13 170:6,16
182:21 184:7
186:14 191:18
199:9 213:19
217:9 225:13,21
sit 38:7 96:11
111:1 145:4,8
156:12 238:13
239:12
site 56:9
sites 21:11,12
sitting 206:24
situation 9:23
66:12 149:12
215:23
situations 148:21
215:5
six 129:8 170:7
197:4
size 41:18 42:17
67:8 68:21,24
70:14 71:11
73:20 87:22
88:16 89:7,18
90:3 98:24
104:17,23 105:10
111:11 139:2
165:8,13 219:16
sizes 42:11 43:24
skeet 12:21
skills 102:1
skimming 130:13
sloppy 215:17,18

slow 23:22
small 76:12
158:20 160:19
Society 166:20,22
178:20,22
soft-pedaled
78:25
solid 160:24
162:3 163:11,17
168:21 169:2,6
solve 100:23
101:1 206:2
Soma 9:12 10:18
somebody 6:14
53:19 66:7 68:20
101:12 102:9
113:3 115:3
116:14,23 120:23
130:22 170:9
182:7 208:23
209:14
somebody's 19:16
19:21 114:21
Somerset 160:17
160:23
SOPs 218:8
sorry 23:23 31:6
31:12,15 32:8
37:4 75:7 80:4
82:6 88:3,7 95:3
102:8 104:5
123:15 126:11
143:21 168:23
173:2 182:23
184:25 187:17
213:1 228:14
sort 6:8,24 39:21
186:22 197:8
218:17 221:13
sound 206:18
sounds 181:7,14
soup 220:24
source 90:15,17
101:12
Southern 1:1 4:11
space 18:20 60:16
spanning 121:4
speak 208:7
213:12

PLAINTIFFS' EXHIBITS 001494

David Bliesner, Ph.D.          Videotaped          January 25, 2011

speaking 126:6
spec 63:9,10
  65:17,24 82:23
  83:2 93:15 97:7
  98:10,16 108:22
  109:19 110:24
  131:19,22 132:11
  133:6,8,14
  134:18 135:9,25
  136:10,12,16,23
  136:24 137:3
  138:5 141:3
  202:20 203:20,22
  204:10,21 208:16
special 162:21
  163:6
specialty 164:15
specific 42:6
  51:2 58:8 75:15
  82:13 94:13
  105:23 110:14
  122:13 142:6
  144:19 145:6,19
  181:15 185:11
  217:18 218:5,14
  220:16 222:13
  228:18 235:13
specifically
  11:21,25 15:24
  23:7 55:7 67:15
  92:22 96:9
  102:11 122:6
  127:16 144:11
  145:1 161:6
  185:8,23 186:19
  195:25 199:20
  200:13,20 205:11
  209:19 211:4
  216:15 220:3,22
  228:2 232:5,24
  234:8 235:13
  238:9,23
specification
  28:6,22 31:4,18
  31:20,24 36:16
  50:25 51:3,6,10
  51:15,16 52:11
  82:4,11 107:22
  201:16

specifications
  15:17 17:4 28:5
  31:23 45:23
  48:15 50:13
  52:25 59:24
  85:21 87:23
  88:17 89:1,7,18
  109:11 119:13
  131:7 134:14,16
  141:13
specifics 162:7
specs 17:11,12,16
  18:4 19:1 46:21
  60:12,13 105:21
  107:23 108:13
  111:25 112:5
  130:1 131:9,13
  132:4,5 133:1,4
  133:13,16 135:4
  135:23 136:5,6
  136:20 137:10,15
  137:16 138:23
  139:15,16 140:14
  204:19
speech 61:12,20
  62:13,14
speed 42:18
spend 7:22 8:3,8
  26:10 157:3
spilling 166:3
spillover 164:25
spin-off 147:7
spoke 33:13
sport 13:20
sports 13:10
spot 218:22
spring 32:10
St 156:19
stability 95:14
  140:4,5,7,10,24
  172:21 173:22
  175:22 176:2,3
  176:25
stack 151:24
  152:4,13
staff 58:6,13
  205:25
staffed 160:11
stage 93:3 141:1

  197:20,21 202:24
  207:7 220:2
stages 218:21
stand 6:6 114:6
standard 17:23
  134:23 147:11
  170:21 171:4,10
  171:22 172:1
  239:1,2,7
standards 18:19
  74:25 170:11
  171:7,10,16,19
standpoint 46:3
  108:19 159:12
  164:4 228:25
stand-alone 42:6
start 70:14 93:18
  106:6 158:9
  166:2 216:22
  227:14 231:19
started 66:1
  133:21 191:3
  197:16
starting 34:8
  170:10
starts 27:13 65:1
State 1:19 241:3
  241:14 242:2
stated 72:19
  133:5 224:9
  235:14
statement 12:17
  48:22 50:11 59:7
  64:20 68:17 74:1
  77:18 78:25 79:6
  85:16 92:19
  97:16 105:6
  110:2 115:9
  129:6 132:10
  135:5 145:11
  146:20 148:15
  176:24 180:9
  215:15 221:13
  230:18 233:7
statements 77:1
  222:15
States 1:1 4:10
  17:5 22:16,25
  24:4,5 25:13,22

  26:22 89:1 131:7
  135:3 208:1
statistical 110:6
status 35:15 36:4
  36:5,11,20 37:15
  38:11,15 233:14
statute 25:7
  28:23
statutory 24:20
  29:8
stay 29:12
stenographically
  242:5
step 20:10 150:13
  206:11 209:4
steps 46:18
  196:15,18,20
  218:24
Stericycle 101:24
sticker 44:16
stop 62:5 199:17
  239:19
stopped 62:6
  108:22
straightforward
  215:3
strange 95:10
  108:17 181:7,14
Street 1:9 2:6,19
strength 28:12
  42:10 184:16
  187:4,23
stretch 148:18
  150:24 222:25
  226:8
strike 68:2 118:8
  118:14 127:2
striking 61:8
studied 11:19
  206:21
studies 40:21,24
  41:12 143:4,7
  172:21 176:3,20
study 11:15,23
  42:9 176:25
studying 12:9
stuff 26:14 98:12
  102:12 118:19
  123:19 124:19

PLAINTIFFS' EXHIBITS 001495

David Bliesner, Ph.D.                Videotaped                January 25, 2011

152:19 193:23
201:8 226:25
227:4
stuff's 114:20
subcontract 102:9
subcontracted
125:18
subcontractor
185:19
subcontractors
155:9
subject 30:10
199:7 223:2
subjected 107:21
126:2 128:19
130:5 140:24
submissions 179:7
submit 47:12
198:14
subscribe 21:1,3
21:6,9 177:19
subscription 21:4
21:6
substantial
117:22
sub-potent 92:8
92:15,20,24
105:12 148:25
149:4
sub-S 158:5
sue 148:13
sued 6:13 148:8
148:12 152:20
153:3
sufficient 221:18
suggests 103:9
suing 6:13 8:17
suit 152:22
suitability
171:14
suitable 171:16
Suite 1:9 2:19
suits 152:24
summary 126:20
127:24 128:4
223:17
summers 157:3
super 92:15,20,23
124:8 148:25

supervised 161:15
supervising
161:12
supervision
161:21
supervisor 162:14
162:15
super-potency
148:23 149:1
super-potent 92:9
104:14,19,24
105:9,12 109:16
149:4
supplied 129:2
155:14 190:9
support 19:12
46:2 79:15 124:5
161:17
supporting 160:21
supports 96:18
supposed 58:10
98:18 171:18
205:9 218:18
supposedly 64:2
sure 8:21 13:25
16:11 17:7 20:5
25:10 32:3,4,22
33:2 35:10 43:2
43:16 44:15,18
48:11 54:17 58:8
59:15,15 71:12
71:15 73:9,24
76:5 86:18,20,21
86:22 89:9,20
90:5 96:5 100:7
106:11 110:19
113:6,13 118:18
118:19 128:3
137:18 139:14
145:21,22 158:12
170:25 172:12
175:24,25 176:9
177:2 190:10
191:9 192:12
194:19 204:3
211:13 218:5
220:4,8,11
224:23 232:21
234:18 235:22

236:19 239:4
surely 148:2
surprised 108:14
surveillance
109:19
suspect 127:10,11
172:6 179:24
suspicious 180:13
sustained 182:18
183:13
swear 4:18 5:7
swift 179:13,14
sworn 5:10,20
241:8
system 14:11,12
102:21 107:10
116:9 145:16,23
166:4 220:25
221:2
systematic 19:9
233:3
systemic 116:8
systems 102:18,23
159:21 233:3

_____
          T
_____
tab 58:8
table 115:14
225:11
tablet 42:10
43:24 53:10,13
54:21 55:25
56:19 57:18
58:21 59:3,8
60:3,9,23 61:5
63:18,19,23
64:24 65:10 66:2
66:3,12,17,21,24
67:3,22 69:2,7
69:19,23 89:6,15
89:16,17 90:2
109:16 113:11
114:11 115:3,5
116:15,21,25
119:17 137:20
141:16 169:10
213:11 214:2
216:13 217:3,10
tableting 68:1

98:25 99:1 161:8
229:13
tablets 23:20
41:18 51:9 53:17
57:2 58:1,21,25
59:3,8,13,20,25
60:21 63:5,18
64:14 65:15 66:8
66:8,15 68:9,21
70:10,21 71:1,10
71:10,21 72:15
72:20,25 73:15
75:13 76:13 78:8
87:6,15,21 88:16
88:25 92:9,15,22
93:1 95:5,16
96:20 97:6,9
100:13 101:2
105:9 109:5,10
110:9,16 111:11
112:8 113:4
116:13,18 117:1
120:9 121:9,11
121:13,17,22
122:4,8,19 123:9
123:13,18,21
124:2,8,11
125:11 129:23
132:24 136:19
139:24 142:9
159:1,7,10 165:5
165:8,13,17,19
212:9,14,23
213:3,15,22
216:1,20,23,24
217:13 218:19
219:15 229:14
231:5 234:10
tabs 136:9
tackle 13:18
Taft 227:24 228:7
take 11:15 20:7
20:14 35:21 40:7
46:18 48:1,19
53:25 59:14 62:9
73:22 86:13 88:6
94:9,16 110:16
110:22 119:22
147:10 149:16

David Bliesner, Ph.D.          Videotaped          January 25, 2011

158:20 169:14
172:10 188:20
198:14 201:21
209:4 210:4
211:20 218:7
222:25 224:22
226:7 231:2
236:2
taken 1:17 3:12
113:3 114:10
115:4 122:15
147:6 148:1
takes 195:14
201:11
talk 13:23 32:15
32:19 49:23 50:4
98:21 127:16
152:19 174:19
176:13 181:17
211:12,17,25
217:20 219:23
221:16 235:18
talked 43:10
103:20 105:4,15
109:14 170:18
207:21 209:21
210:20
talking 15:24
16:17 29:16
30:16 32:20 54:3
68:9 75:19 78:4
79:11,12 94:23
98:22 99:19
120:20,21 124:4
124:10 127:7,15
172:19 173:21
176:10 180:20
205:19 210:9,20
210:22,24 211:2
214:16 216:3
219:1 229:19
talks 13:4,22
56:23 60:7
Tampa 1:9,10 4:7
4:7
tape 39:11,25
40:7,15 80:1
120:5 152:15
155:22 156:3

157:14 197:4
223:3 231:11
239:19
tapes 196:24
task 36:15 233:12
tasks 164:7
taught 13:18
Teaching 14:16
teams 206:1
technical 201:2
technically
205:24
technique 14:18
techniques 202:13
technology 160:11
tecum 3:8
teleconference
9:3,5
telephone 8:14
9:7
tell 5:10,15 11:8
14:17 18:10
23:10 24:1 36:10
36:14 45:10,25
48:3 53:22 62:16
70:12 87:2,10
97:5 100:1 107:9
108:11 114:17
115:17,25 116:1
116:6 117:11,19
129:4 138:24
150:24 185:14
190:14 193:4,8
193:12 207:4
214:22 218:18
219:20
telling 115:16
139:10
tells 226:24
ten 201:11,15
203:13 204:13
tendency 102:22
205:23
term 15:1 17:10
51:5 91:11
110:25 148:23
149:3 171:20
terms 8:15 118:5
201:24

Terry 2:5 5:4
32:7 74:2 106:5
test 11:20 40:3
46:18 67:3 95:12
95:16 96:13
100:22 109:25
110:17 111:5
125:19 141:8,11
141:13,14,21
168:13 169:2,10
170:10,12,21,22
171:21,25 202:15
202:19,21
tested 46:5,5
95:5,13 96:20,23
97:5,9,14,17
98:2 108:5,8
109:11,18 110:9
111:14,23 112:6
112:21 113:2,5
126:1 127:21
128:23,25 131:4
133:23 140:13
141:15
testified 5:12,21
6:16 7:1 132:4,7
214:3
testifying 132:12
testimony 5:17,19
10:18 11:2 12:14
15:21 17:20 29:1
62:23 67:11
113:16 136:5
154:11,22 167:1
207:15 242:8
testing 39:7,13
39:22 46:12
58:24 59:1 63:6
93:5,10,15,20
94:19 95:1,25
96:3,6,10,15
98:22,24 108:24
112:18 117:15,15
119:12 130:22
140:4,6,8,10
141:9,14 142:19
161:9,16,18,22
162:2,8 168:14
168:18,21 176:4

188:6 198:4,5,10
199:2,6,18 201:4
203:4,9,20
217:23 218:14,18
218:23 219:18,24
220:14,20 221:14
222:11
tests 107:19,20
126:1 128:18
140:23 197:19
200:8 203:14
219:7 220:2
testy 23:14,15
textbooks 232:10
Thank 148:19
174:5,8 226:9
233:6 236:21
237:12
theoretical 212:5
212:24 213:6,10
Theoretically
229:3
theory 215:14
thereabouts
212:10
thick 52:11 55:25
56:18 57:2,18
58:25 60:3 63:23
66:15 67:7 68:20
92:21 99:18
113:4 120:9
213:23
thickness 65:10
65:18,22 71:22
123:6 133:11
135:25 136:2,10
136:23 139:3,11
218:13 219:2
thief 202:1
thin 52:11 58:25
65:15 92:21
113:4 121:9,14
121:15 122:4,19
123:9,13,17,21
124:1
thing 35:13 36:2
40:18 83:13
89:22 90:19
94:15 106:19

PLAINTIFFS' EXHIBITS 001497

David Bliesner, Ph.D.          Videotaped          January 25, 2011

112:17 113:8
198:16 215:25
223:1 228:17
238:18
**things** 12:4 32:18
34:10 40:1 69:4
69:5 70:23 71:7
108:13 110:14
114:5 120:7
145:15 146:6
153:20,24 156:7
166:2 168:14
175:3 178:11
179:9 180:17
182:8 189:15
190:13 212:15
219:16 224:9
227:7
**think** 13:5 19:2
25:12 38:8 49:8
49:11 60:22 61:2
62:7,9 64:25
69:11,12 71:7,9
74:6 82:13 84:7
89:3 99:8 104:8
112:4,20 114:9
114:14,22 115:2
115:21,22 116:7
117:21 133:7
140:8 155:3
163:23 164:21
169:13 174:15,15
179:9 200:24
202:13 211:1,25
213:8,9,13,25
214:8,24 215:19
233:9 236:1
238:8 239:24
**thinking** 168:24
**third** 75:3,22
104:13 128:23
148:6
**third-party**
184:13 185:25
**Thompson** 34:21
**thorough** 34:17
232:22
**thoroughly** 205:15
**thought** 15:13

18:13 62:21,25
72:11 108:22
123:16 238:8
**thoughts** 33:25
34:8
**thousands** 94:12
94:12 115:11
**threat** 224:13
**three** 75:8,11
80:1 119:21
125:19,19 140:3
140:4 169:8
176:22 177:8,10
191:22 192:7
209:17 227:20,22
228:13 234:3
239:9
**threw** 53:19,20
**throw** 117:22
**throwing** 216:21
**thrown** 115:22
**thumb** 41:23
190:21,23
**tie** 240:7
**tighter** 132:5,11
136:3,5 137:15
137:23 138:6,8
139:2
**time** 4:3,15 6:23
7:8,9,17 14:23
15:17 23:15,21
26:3,7,10 40:9
40:13 41:14 43:3
43:7 47:5 48:12
56:10,16 66:10
79:21,24 81:15
81:18 86:13 92:9
94:16 98:5,5
101:6 106:21
110:1 118:2
119:24 120:3
122:24 130:16
140:16,20 142:6
142:21,24 143:4
143:7 144:4
146:7,8 152:14
155:20,23 156:1
162:6 165:17
166:19 170:10

172:13,16,21
173:22,23 176:3
176:20,22,25
177:4 181:5
188:13 196:25
197:2 199:5
216:8 221:10
224:10 226:11,13
231:11 235:20
236:4,7 240:14
**timeline** 77:5
**times** 6:22 7:5
37:25 38:5,9,13
38:15 39:3 52:12
97:22 112:9
144:9 163:23
169:5 175:6
191:15
**tinfoil** 60:15,20
**title** 14:4 29:16
158:6
**titled** 84:13
**TLC** 165:15
**today** 4:2 6:20
9:11 11:8 96:11
97:5 118:21
153:23 154:4
182:7 226:20
232:14 238:4,13
239:13
**today's** 23:11
89:13
**toilet** 118:4
**told** 10:13 18:8
41:24 56:12
70:25 100:12
106:8 154:4
215:25 233:9,9
**tolerance** 139:4
**tolerances** 139:1
139:3
**top** 24:14 35:13
49:17 86:4 97:13
110:25 115:23
128:9,13 129:15
137:11 152:8,11
175:10 181:22
199:2 206:24
207:5,17 214:6

222:20
**topic** 100:2
156:23 179:17
**total** 88:18
170:12 181:19
214:4 224:14
**totality** 238:5
**totally** 230:18
**Totowa** 2:16 128:8
233:1 238:10
**tough** 38:17
**tougher** 134:23,23
**tournaments** 12:22
**toxicity** 207:24
209:17
**trade** 178:8,9,12
**train** 69:13
**trained** 205:24
**training** 56:24
77:16 162:21
163:7
**transcript** 242:7
**transcripts** 10:21
11:5
**trap** 12:21
**treatises** 232:10
**trend** 214:12
**trends** 90:23
**trial** 238:6
**tried** 34:16 65:9
**trouble** 222:23
**true** 16:8 40:4
46:13 91:18 96:1
131:19,22 151:11
242:7
**trust** 20:9 54:2
75:17 114:12
129:18 151:20
212:17
**truth** 5:10,11,11
62:16 129:4
**try** 19:12 103:16
114:5 188:21
198:22 199:17
**trying** 14:17
41:25 65:21,24
70:1,2 73:8
100:14 102:4
130:21 132:9

PLAINTIFFS' EXHIBITS 001498

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 33

134:15 137:18
175:24 176:9
177:21 194:13
195:7 209:12
214:1
tubing 139:5
Tucker 2:13
turn 55:14 233:4
233:17
TV 115:12
twice 72:21 77:9
146:11
two 12:4 15:14
20:24 21:8 27:5
32:24 38:25
40:15 42:22
44:19 68:11
69:15 77:21
80:17,18 117:1
117:25 121:22
128:18 129:9
138:23 150:19
155:5 157:10
170:13 175:2
178:10 188:24
193:3 209:17
217:18 234:3
TX 2:3
type 38:3,4
106:19 131:17
types 32:18 122:7
182:15 206:1
typically 67:7
179:12 198:12

U

UDL 2:22 5:2 60:7
60:9 116:5
117:16 125:17
131:4 132:16
133:13,22 134:6
134:22,22 135:11
136:10 137:11,15
137:21 138:5,9
139:10,23 140:2
140:24 157:20
161:23 162:14,16
162:17,18 230:20
231:2,4 234:6

236:17 237:7
238:15 239:14
UDL's 131:3 132:2
132:4 136:2
139:1,4,17
237:22
ugly 108:16
126:24
uh-huh 18:7 36:25
37:2,5 44:7
45:20 48:2,13
49:22 50:10,20
50:23 54:19
56:14 70:5,9,11
70:13,16 74:12
84:10 90:5 93:25
94:3 95:22
103:24 104:1,3
106:16 107:6,15
107:18 112:24
129:22,25 146:13
146:15 158:24
169:12 172:22
184:9 190:4
201:19 202:5,11
204:15 206:15
213:4,16 223:22
223:25 236:21
237:13
ultimately 33:14
umbrella 236:18
uncorrected 200:7
undergo 168:7
undergraduate
157:13
underlying 19:15
78:13,14
underneath 215:21
undersigned 241:6
understand 13:2,8
16:11 17:7 19:23
30:22,23 37:5
48:20 53:16
66:20 68:6 70:2
78:24 83:22 84:3
98:3 110:4
126:11 143:15
148:24 149:3
170:25 189:7

194:9,20 201:5
208:19 230:19
234:15,16 239:12
239:17
understanding
30:13,19 53:18
150:6 238:3
understands
102:20
understood 15:9
undertake 101:15
uniformity 67:2
67:21 68:1 92:7
93:3,5,20,22
94:4,7,21 95:4
95:12 105:14
109:17 141:24
168:18,21 198:3
199:6,13,18,25
200:5,18 201:1
201:12 203:13,24
204:10,19 205:20
207:1,7,10
218:24 220:1
unique 66:12
102:1 206:20
218:9
United 1:1 4:10
17:5 22:15,25
24:4,5 25:13,22
26:22 89:1 131:7
135:3 208:1
universally 168:6
168:12
unusual 63:8
upper 137:22
upper-end 141:2
upside 82:18
up-front 171:13
Up-tick 208:3
up-to-date 155:15
156:6
usage 91:6,7,8,9
91:19
USC 24:6,23 26:11
use 24:12 28:17
28:17 31:8 35:6
46:17 51:22
60:15,19 84:16

90:24 171:17
199:10 221:19
uses 148:22
USP 18:4 19:1
46:20 131:9,10
132:5 133:16
136:23
usually 164:18
199:1 205:25
U.S 175:15

V

vague 12:3 72:3
235:9
vaguely 12:2
221:17
valid 19:20 203:2
validate 169:14
170:2 228:25
229:1
validated 45:18
47:2 169:1
221:19
validating 167:20
validation 40:21
40:24 41:12,17
42:6,9,16,22
43:21,23 44:8
45:10,12,25 46:1
46:2,7,15 47:5
49:2 141:24
142:4,18 143:8
144:3,5,8 168:7
168:15 170:11,15
170:17 172:20
198:21 199:2
222:11 229:24
validity 170:22
172:2
values 108:20
variance 139:11
varied 45:15
varies 198:16
various 40:4
201:11 218:21
varying 165:8,14
verified 47:20
57:6,11 119:17
verify 41:25

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 34

```
Veritext 4:2,18
version 25:13,15
  35:6,22 49:9
versions 32:24
video 3:7 14:11
  14:12 122:22
  123:3 125:8,11
  125:15 140:15,17
  236:3
videographer 2:24
  4:1 5:6 26:3,7
  39:10 40:9,13
  42:25 43:3,7
  79:21,24 81:15
  81:18 118:10
  119:21,24 120:3
  122:24 125:7,12
  140:16,20 142:21
  142:24 151:25
  152:16 155:21
  156:1 172:13,16
  194:18 196:23
  197:2 223:4
  226:11,13 236:4
  236:7 240:14
VIDEOTAPE 1:14
violation 77:6
  78:16
violations 149:14
  150:1 226:3
violative 149:12
Virginia 1:1 4:12
visit 167:11
visual 75:25 76:8
  99:4 110:24
visually 110:15
  121:10 219:14
volume 57:3
  116:13
voluminous 79:19
voluntarily
  149:16
voluntary 71:20
  149:20 150:1,10
  175:10 182:17
  225:23
```

--------
**W**
--------

```
wait 51:25 61:17
```

```
61:17 193:18
  240:4
Wanda 175:14
want 13:25 17:6
  43:15 52:2 61:12
  61:13,22 70:6
  73:9 78:20 82:25
  83:3 86:12 89:25
  93:24 94:16
  100:21 139:14
  142:16 145:19,22
  151:20 173:15
  181:16 184:2
  193:18 198:21,25
  211:15,19 226:7
  228:23 236:2
wanted 100:12
  110:1,3 190:5
wants 52:5 198:20
  231:8
warn 73:19 92:13
  92:17
warned 200:3
  207:6
warning 39:18
  73:13 79:19
  80:10 81:8 92:18
  141:20 143:1,6
  143:10,24 144:7
  146:19 147:5,8
  147:17,20,25
  148:7,10 149:24
  150:9 151:7,9
  174:10,13,22,25
  180:12 183:19
  184:1 185:11
  188:12 195:16,18
  197:8 218:10
  219:10 221:13
  228:6
warnings 221:24
Washington 51:9
  54:3
wasn't 6:11 18:1
  113:5 125:11
  182:22 201:6
  207:11 217:4
  224:17
waste 212:14,20
```

```
watch 41:23
  124:23
Watson 159:15
way 31:5 32:19
  33:10 34:12
  35:19 50:3,19
  72:19 83:11
  88:22 98:10,18
  98:21 99:17
  100:16 136:22
  138:14 188:9,18
  200:15 201:3
  206:6,8 218:25
  221:15 227:5
  231:9
ways 150:18
web 14:9 157:24
website 13:4,21
  14:1,5 16:4
  25:16 45:1 73:14
  74:8 77:19 84:9
  90:13,21 167:3
  167:12 220:10
  225:22
websites 178:7
week 10:16 106:10
weeks 178:10
weight 98:24
  111:11 121:15
  214:4 218:13
  219:2,16
went 33:23 108:12
  111:23 118:2
  145:2 173:24
  200:7
weren't 109:10
  130:2 184:1
  200:8 211:2
West 1:1 2:13
  4:12
we'll 52:14
  189:19 191:12
we're 6:20 26:4,8
  32:20 40:10 43:4
  72:6 78:4 79:11
  79:12 94:1 98:22
  104:8 119:25
  122:25 125:7,8
  142:22 155:23
```

```
172:14 176:9
  182:6 191:6
  192:12 193:21
  196:25 205:19
  224:23 226:12
  236:5 239:18
  240:15
we've 43:10 141:6
  141:9
whatsoever 207:22
wholesale 220:23
wider 134:24
  136:3 139:16
wife 114:15
  157:12 158:1
  181:16
wife's 157:13
William 20:3
Williamson 2:2
winter 32:10
wise 60:14
withdraw 23:16
  24:9 56:7 75:7
  181:4 207:20
witness 4:13,18
  5:7 6:12,15 7:6
  12:16 15:23
  17:22 20:15
  23:19,23 27:12
  29:3 31:11,15
  52:8 61:16 63:2
  64:19 67:13 68:6
  81:20 88:6
  109:14 113:15,18
  113:25 120:22,24
  123:5 131:18,21
  132:15,19 143:1
  143:13,16,21
  152:2 155:10
  172:10 173:13
  174:2,5,8 182:23
  184:22,24 193:20
  194:2,19 207:17
  211:17 224:25
  227:16 231:13
  240:3,8 241:9
  242:8
witnesses 154:12
woman-owned
```

PLAINTIFFS' EXHIBITS 001500

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 35

```
157:25                  written 26:18          117:25 121:22         124:10,11
word 13:6 14:4           76:18 85:16           163:24 209:17        01:16 124:12,13
 18:6 24:12,14          133:4 137:18           214:16 216:8          124:14,15,16,17
 26:17 28:6,10,17       138:14 167:19          239:9                 124:18,19,20,21
 28:18,19 51:15         235:8,14 237:25       yellow 58:8            124:22
 51:22 52:19            238:1                 yesterday 7:19        01:17 124:23,24
 148:23 199:10         wrong 85:11,15          8:2,7 11:8 97:5       124:25 125:1,2,3
wording 28:23           109:6 139:10           119:9 124:18          125:4,5,6,7,8,9
 29:7                   148:14                 188:13                125:10,11
words 31:22 51:2       wrote 9:21,22          yield 212:5,25        01:18 125:12,13
 56:12 71:25            32:6,15 167:7          213:6,10 214:12       125:14,15,16,17
 83:23 85:18           Wyeth 191:19           214:15                125:18,19,20,21
 87:18 92:17            193:4                 Yoakum 2:3             125:22,23,24,25
 105:20 114:25         _____   _____   01:19 126:1,2,3,4
 155:9 197:10                Y                      $                126:5,6,7,8,9,10
 215:16 224:4          yeah 14:10 18:16      $20,000 181:23         126:11,12,13,14
 239:15                 20:14 22:19          $35,000 181:25         126:15,16,17,18
work 12:9 15:7          23:10 32:19 33:3     _____    126:19
 89:9 90:13,21          34:6 36:1 38:6              0               01:20 126:20,21
 98:18 155:8            49:7 51:16 53:6       00001 216:22           126:22,23,24,25
 164:12,22 168:7        55:11 58:6 62:15     01:09 120:2,3          127:1,2,3,4,5,6
 168:8 181:6            63:2 65:13 75:18     01:10 120:4,5,6,7      127:7,8,9,10,11
 186:12 191:3           78:11 80:25 81:6      120:8,9,10,11,12      127:12,13,14,15
 198:1,2 201:9          88:20 90:9 97:24      120:13,14,15,16       127:16,17,18,19
worked 81:24            99:7 102:13,14        120:17,18,19,20       127:20,21
 91:13 160:9,18         104:11 108:4          120:21,22,23,24      01:21 127:22,23
 162:24 163:9           113:13 120:22         120:25                127:24,25 128:1
 185:19 191:15,19       128:10 130:15        01:11 121:1,2,3,4      128:2,3,4,5,6,7
 191:23 192:1,15        131:18 138:1,12       121:5,6,7,8,9,10      128:8,9,10,11,12
 192:18 217:6           155:11 156:18         121:11,12,13,14       128:13,14,15
working 114:4           157:6 167:14          121:15,16,17         01:22 128:16,17
 193:7,24,24            168:9 169:7,24       01:12 121:18,19        128:18,19,20,21
workload 199:3          170:1,3,24 171:6      121:20,21,22,23       128:22,23,24,25
world 88:22 151:5       171:20 172:4          121:24,25 122:1       129:1
 194:16                 174:1 179:18          122:2,3,4,5,6,7      01:23 129:2,3,4,5
wouldn't 12:16          185:13 189:8          122:8,9,10,11,12      129:6,7,8,9,10
 53:20 64:19            192:19,21 193:2       122:13,14,15         01:24 129:11,12
 65:23 92:11            193:20 196:2,7       01:13 122:16,17        129:13,14,15,16
 95:11 103:6            197:22 200:7,14       122:18,19,20,21       129:17,18,19,20
 113:2 199:10           203:16 204:1          122:22,23,24,25       129:21,22,23
 213:23 221:9           208:20 210:2          123:1               01:25 129:24,25
 229:16                 211:6 219:5          01:14 123:2,3,4,5      130:1,2,3,4,5,6
wrap 39:24              223:5 225:10,20       123:6,7,8,9,10        130:7,8,9
write 31:5,9,11         229:11,25 239:21      123:11,12,13,14      01:26 130:10,11
 32:24 54:17           year 9:9 21:7          123:15,16,17,18       130:12
 100:8 206:7            74:9 78:6 168:2       123:19,20,21,22      01:27 130:13,14
 240:6                 years 20:24 21:7       123:23,24             130:15,16,17,18
writing 87:25           37:24,25 38:10       01:15 123:23,24        130:19,20,21,22
 139:6 160:12           77:4 114:15           123:25 124:1,2,3      130:23,24,25
                                              124:4,5,6,7,8,9
```

PLAINTIFFS' EXHIBITS 001501

| | | | |
|---|---|---|---|
| 131:7,8,9,10,11 | 01:39 138:3,4,5,6 | 144:14,15,16,17 | 151:12,13,14,15 |
| 131:12,13 | 138:7,8,9,10,11 | 144:18,19,20,21 | 151:16,17,18,19 |
| 01:28 131:14,15 | 138:12,13,14,15 | 01:58 144:22,23 | 151:20,21,22,23 |
| 131:16,17,18,19 | 138:16,17,18,19 | 144:24,25 145:1 | 151:24,25 152:1 |
| 131:20,21,22,23 | 138:20,21,22,23 | 145:2,3 | 152:2,3,4,5,6,7 |
| 131:24,25 132:1 | 138:24,25 139:1 | 01:59 145:4,5,6,7 | 152:8 |
| 132:2,3,4,5,6,7 | 01:40 139:2,3,4,5 | 145:8,9,10,11,12 | 02:09 152:9,10,11 |
| 132:8,9,10,11,12 | 139:6,7,8,9,10 | 145:13,14,15,16 | 152:12,13,14,15 |
| 01:29 132:13,14 | 139:11,12,13,14 | 145:17,18,19,20 | 152:16,17,18,19 |
| 132:15,16,17,18 | 139:15,16,17,18 | 145:21 | 152:20,21,22,23 |
| 132:19,20,21,22 | 139:19 | 02:00 145:22,23 | 152:24 |
| 132:23,24,25 | 01:41 139:20,21 | 145:24,25 146:1 | 02:10 152:25 |
| 133:1,2 | 139:22,23,24 | 146:2,3,4,5,6,7 | 153:1,2,3,4,5,6 |
| 01:30 133:3,4,5,6 | 01:42 139:25 | 02:01 146:8,9,10 | 153:7,8,9,10,11 |
| 133:7,8,9,10,11 | 140:1,2,3,4,5,6 | 146:11,12,13,14 | 153:12,13,14,15 |
| 133:12,13,14,15 | 140:7,8,9,10,11 | 146:15,16,17,18 | 153:16,17,18,19 |
| 133:16 | 140:12,13 | 146:19,20,21,22 | 153:20,21,22,23 |
| 01:31 133:17,18 | 01:43 140:14 | 146:23,24,25 | 02:11 153:24,25 |
| 133:19,20,21,22 | 01:44 140:15,16 | 147:1,2,3,4,5,6 | 154:1,2,3,4,5,6 |
| 133:23,24,25 | 140:17,18 | 02:02 147:7,8,9 | 154:7,8,9,10,11 |
| 134:1,2,3,4,5,6 | 01:47 140:19 | 147:10,11,12,13 | 154:12,13,14,15 |
| 01:32 134:7,8,9 | 01:48 140:20 | 147:14,15,16,17 | 154:16 |
| 134:10,11,12,13 | 01:49 140:21,22 | 147:18,19,20,21 | 02:12 154:17,18 |
| 134:14,15,16,17 | 140:23,24,25 | 147:22,23,24,25 | 154:19,20,21,22 |
| 134:18,19,20,21 | 141:1,2,3,4,5,6 | 148:1 | 154:23,24,25 |
| 134:22 | 141:7,8,9,10,11 | 02:03 148:2,3,4,5 | 155:1,2,3,4,5,6 |
| 01:33 134:23,24 | 141:12 | 148:6,7,8,9,10 | 155:7,8,9 |
| 134:25 135:1,2,3 | 01:50 141:13,14 | 148:11,12,13,14 | 02:13 155:10,11 |
| 135:4,5,6,7,8,9 | 141:15,16,17,18 | 148:15,16,17,18 | 155:12,13,14,15 |
| 135:10,11 | 141:19,20,21,22 | 148:19,20 | 155:16,17,18,19 |
| 01:34 135:12,13 | 141:23,24,25 | 02:04 148:21,22 | 02:14 155:20,21 |
| 135:14,15,16,17 | 142:1,2 | 148:23,24,25 | 155:22,23,24 |
| 135:18,19,20,21 | 01:51 142:3,4,5,6 | 149:1,2,3,4,5,6 | 02:18 155:25 |
| 135:22,23,24,25 | 142:7,8,9,10,11 | 149:7 | 156:1,2 |
| 01:35 136:1,2,3,4 | 142:12,13,14,15 | 02:05 149:8,9,10 | 02:19 156:3,4,5,6 |
| 136:5,6,7,8,9,10 | 142:16,17,18 | 149:11,12,13,14 | 156:7,8,9,10,11 |
| 136:11,12,13,14 | 01:52 142:19,20 | 149:15,16,17,18 | 156:12,13,14,15 |
| 136:15,16,17,18 | 142:21,22 | 149:19 | 156:16,17,18,19 |
| 136:19,20 | 01:55 142:23,24 | 02:06 149:20,21 | 156:20,21,22 |
| 01:36 136:21,22 | 01:56 142:25 | 149:22,23,24,25 | 02:20 156:23,24 |
| 136:23,24,25 | 143:1,2,3,4,5,6 | 150:1,2,3,4,5,6 | 156:25 157:1,2,3 |
| 137:1,2,3,4,5,6 | 143:7,8,9,10,11 | 150:7,8,9,10,11 | 157:4,5,6,7,8,9 |
| 137:7,8 | 143:12,13,14,15 | 02:07 150:12,13 | 157:10,11,12,13 |
| 01:37 137:9,10,11 | 143:16,17,18,19 | 150:14,15,16,17 | 157:14,15,16 |
| 137:12,13,14,15 | 143:20,21,22 | 150:18,19,20,21 | 02:21 157:17,18 |
| 137:16,17,18 | 01:57 143:23,24 | 150:22,23,24,25 | 157:19,20,21,22 |
| 01:38 137:19,20 | 143:25 144:1,2,3 | 151:1,2,3,4,5,6 | 157:23,24,25 |
| 137:21,22,23,24 | 144:4,5,6,7,8,9 | 151:7,8,9 | 158:1,2,3,4,5,6 |
| 137:25 138:1,2 | 144:10,11,12,13 | 02:08 151:10,11 | 158:7,8,9,10 |

PLAINTIFFS' EXHIBITS 001502

```
02:22 158:11,12           165:12,13,14,15        02:47 172:17,18         179:15,16,17,18
  158:13,14,15,16           165:16,17              172:19,20,21,22         179:19,20,21,22
  158:17,18,19,20         02:33 165:18,19        02:48 172:23,24           179:23,24,25
  158:21,22,23,24           165:20,21,22,23        172:25 173:1,2,3        180:1,2,3,4,5,6
  158:25 159:1,2,3          165:24,25 166:1        173:4,5,6,7,8,9         180:7,8
  159:4,5,6,7,8,9           166:2,3,4,5,6,7        173:10,11,12,13       02:59 180:9,10,11
  159:10                    166:8,9,10,11,12       173:14,15               180:12,13,14,15
02:23 159:11,12             166:13,14,15         02:49 173:16,17           180:16,17,18,19
  159:13,14,15,16         02:34 166:16,17          173:18,19,20,21         180:20,21,22,23
02:24 159:17,18             166:18,19,20,21        173:22,23,24,25         180:24,25 181:1
  159:19,20,21,22           166:22,23,24,25        174:1                 03:00 181:2,3,4,5
  159:23,24,25              167:1,2,3,4,5,6      02:50 174:2,3,4,5         181:6,7,8,9,10
  160:1,2,3,4               167:7,8,9,10,11        174:6,7,8,9,10          181:11,12,13,14
02:25 160:5,6,7,8           167:12,13,14,15        174:11,12,13,14       03:01 181:15,16
  160:9,10,11,12            167:16,17             02:51 174:15,16           181:17,18,19,20
  160:13,14,15,16         02:35 167:18,19          174:17,18,19,20         181:21,22,23,24
  160:17,18,19              167:20,21,22,23        174:21,22,23,24         181:25 182:1,2,3
02:26 160:20,21             167:24,25 168:1        174:25                  182:4,5,6,7,8,9
  160:22,23,24,25           168:2,3,4,5,6,7      02:52 175:1,2,3,4         182:10,11
  161:1,2,3,4,5,6           168:8,9,10,11,12        175:5,6,7,8,9,10      03:02 182:12,13
  161:7,8,9,10,11           168:13,14,15,16        175:11,12,13,14         182:14,15,16,17
  161:12,13               02:36 168:17,18          175:15,16,17,18         182:18,19,20,21
02:27 161:14,15             168:19,20,21,22        175:19,20,21            182:22,23,24,25
  161:16,17,18,19           168:23,24,25         02:53 175:22,23           183:1,2,3,4,5,6
  161:20,21,22,23           169:1,2,3,4,5,6        175:24,25 176:1         183:7
  161:24,25 162:1           169:7,8               176:2,3,4,5,6,7       03:03 183:8,9,10
  162:2,3                 02:37 169:9,10,11         176:8,9,10,11,12        183:11,12,13,14
02:28 162:4,5,6,7           169:12,13,14,15        176:13,14,15,16         183:15,16
  162:8,9,10,11,12          169:16,17,18,19        176:17,18,19         03:04 183:17,18
  162:13,14,15,16           169:20,21,22         02:54 176:20,21           183:19,20
  162:17,18,19,20         02:38 169:23,24          176:22,23,24,25      03:05 183:21,22
02:29 162:21,22             169:25 170:1,2,3        177:1,2,3,4,5,6        183:23,24,25
  162:23,24,25              170:4,5,6,7,8,9        177:7                   184:1,2,3,4,5,6
  163:1,2,3,4,5,6           170:10,11,12,13      02:55 177:8,9,10          184:7,8,9,10,11
  163:7,8,9,10,11           170:14,15,16,17        177:11,12,13,14         184:12,13
  163:12,13                 170:18,19              177:15,16,17,18       03:06 184:14,15
02:30 163:14,15           02:39 170:20,21          177:19,20,21,22        184:16,17,18,19
  163:16,17,18,19           170:22,23,24,25        177:23,24              184:20,21,22,23
  163:20,21,22,23           171:1,2,3,4,5,6      02:56 177:25             184:24,25 185:1
  163:24,25 164:1           171:7,8,9,10,11        178:1,2,3,4,5,6        185:2,3,4,5,6,7
  164:2,3,4,5,6,7           171:12,13,14,15        178:7,8,9,10,11        185:8,9
02:31 164:8,9,10          02:40 171:16,17          178:12,13,14,15      03:07 185:10,11
  164:11,12,13,14           171:18,19,20,21        178:16,17,18,19        185:12,13,14,15
  164:15,16,17,18           171:22,23,24,25        178:20,21,22,23        185:16,17,18,19
  164:19,20,21,22           172:1,2,3,4,5,6      02:57 178:24,25          185:20,21,22,23
  164:23                    172:7,8,9,10,11        179:1,2,3,4,5,6        185:24,25 186:1
02:32 164:24,25             172:12,13              179:7,8,9,10,11        186:2,3,4
  165:1,2,3,4,5,6         02:41 172:14             179:12               03:08 186:5,6,7,8
  165:7,8,9,10,11         02:46 172:15,16        02:58 179:13,14          186:9,10
```

PLAINTIFFS' EXHIBITS 001503

| | | | |
|---|---|---|---|
| 03:09 186:11,12 | 03:19 193:9,10,11 | 200:9,10,11,12 | 207:12,13,14,15 |
| 186:13,14,15,16 | 193:12,13,14,15 | 200:13,14,15,16 | 207:16,17,18,19 |
| 186:17,18,19 | 193:16,17,18,19 | 200:17,18,19,20 | 207:20 |
| 03:10 186:20,21 | 193:20,21,22,23 | 03:40 200:21,22 | 03:49 207:21,22 |
| 186:22,23,24,25 | 193:24,25 194:1 | 200:23,24,25 | 207:23,24,25 |
| 187:1,2 | 194:2,3,4 | 201:1,2,3,4,5,6 | 208:1,2,3,4,5,6 |
| 03:11 187:3,4,5,6 | 03:20 194:5,6,7,8 | 201:7,8,9,10,11 | 208:7,8,9,10,11 |
| 187:7,8,9,10,11 | 194:9,10,11,12 | 201:12,13,14,15 | 208:12,13 |
| 187:12,13,14,15 | 194:13,14,15,16 | 201:16 | 03:50 208:14,15 |
| 187:16,17,18,19 | 194:17,18,19,20 | 03:41 201:17,18 | 208:16,17,18,19 |
| 187:20,21 | 194:21 | 201:19,20,21,22 | 208:20,21,22,23 |
| 03:12 187:22,23 | 03:21 194:22,23 | 201:23,24,25 | 208:24,25 209:1 |
| 187:24,25 188:1 | 194:24,25 195:1 | 202:1,2,3,4,5,6 | 209:2,3,4,5,6,7 |
| 188:2,3,4,5,6,7 | 195:2,3,4,5,6,7 | 202:7,8,9,10,11 | 209:8,9,10,11 |
| 188:8,9,10 | 195:8,9,10,11,12 | 202:12,13,14 | 03:51 209:12,13 |
| 03:13 188:11,12 | 195:13,14,15,16 | 03:42 202:15,16 | 209:14,15,16,17 |
| 188:13,14,15,16 | 195:17,18,19,20 | 202:17,18,19,20 | 209:18,19,20,21 |
| 188:17,18,19,20 | 03:22 195:21,22 | 202:21,22,23,24 | 209:22,23,24,25 |
| 188:21,22,23,24 | 195:23,24,25 | 202:25 203:1,2,3 | 210:1,2,3,4,5,6 |
| 188:25 189:1,2,3 | 196:1,2,3,4,5,6 | 203:4,5,6,7 | 210:7,8,9,10,11 |
| 189:4 | 196:7,8,9,10,11 | 03:43 203:8,9,10 | 03:52 210:12,13 |
| 03:14 189:5,6,7,8 | 196:12,13 | 203:11,12,13,14 | 210:14,15,16,17 |
| 189:9,10,11,12 | 03:23 196:14,15 | 203:15,16,17,18 | 210:18,19,20,21 |
| 189:13,14,15,16 | 196:16,17,18,19 | 203:19,20,21 | 210:22,23,24,25 |
| 189:17,18,19,20 | 196:20,21,22,23 | 03:44 203:22,23 | 211:1,2,3,4,5,6 |
| 189:21,22,23,24 | 196:24,25 197:1 | 203:24,25 204:1 | 211:7 |
| 189:25 190:1,2,3 | 03:34 197:2,3,4,5 | 204:2,3,4,5,6,7 | 03:53 211:8,9,10 |
| 03:15 190:4,5,6,7 | 197:6,7 | 204:8,9,10,11,12 | 211:11,12,13,14 |
| 190:8,9,10,11,12 | 03:35 197:8,9,10 | 204:13,14,15,16 | 211:15,16,17,18 |
| 190:13,14,15,16 | 197:11,12,13,14 | 204:17,18,19,20 | 211:19,20,21,22 |
| 190:17,18,19,20 | 197:15,16,17,18 | 204:21 | 211:23,24,25 |
| 190:21,22,23,24 | 03:36 197:19,20 | 03:45 204:22,23 | 212:1,2,3 |
| 190:25 191:1,2,3 | 197:21,22,23,24 | 204:24,25 205:1 | 03:54 212:4,5,6,7 |
| 191:4,5 | 197:25 198:1,2,3 | 205:2,3,4,5,6,7 | 212:8,9,10,11,12 |
| 03:16 191:6,7,8,9 | 198:4,5,6,7,8,9 | 205:8,9,10,11,12 | 212:13,14,15,16 |
| 191:10,11,12,13 | 198:10,11,12,13 | 205:13,14,15,16 | 212:17,18,19,20 |
| 191:14,15,16,17 | 03:37 198:14,15 | 205:17 | 03:55 212:21,22 |
| 191:18,19,20,21 | 198:16,17,18,19 | 03:46 205:18,19 | 212:23,24,25 |
| 191:22 | 198:20,21,22,23 | 205:20,21,22,23 | 213:1,2,3,4,5,6 |
| 03:17 191:23,24 | 198:24,25 199:1 | 205:24,25 206:1 | 213:7,8,9,10,11 |
| 191:25 192:1,2,3 | 199:2,3,4,5,6,7 | 206:2,3,4,5,6,7 | 213:12,13,14,15 |
| 192:4,5,6,7,8,9 | 199:8,9 | 206:8,9,10,11,12 | 213:16,17,18 |
| 192:10,11,12,13 | 03:38 199:10,11 | 03:47 206:13,14 | 03:56 213:19,20 |
| 03:18 192:14,15 | 199:12,13,14,15 | 206:15,16,17,18 | 213:21,22,23,24 |
| 192:16,17,18,19 | 199:16,17,18,19 | 206:19,20,21,22 | 213:25 214:1,2,3 |
| 192:20,21,22,23 | 199:20,21,22,23 | 206:23,24,25 | 214:4,5,6,7,8,9 |
| 192:24,25 193:1 | 199:24,25 200:1 | 207:1,2,3,4,5,6 | 214:10,11,12 |
| 193:2,3,4,5,6,7 | 200:2,3,4 | 207:7,8 | 03:57 214:13,14 |
| 193:8 | 03:39 200:5,6,7,8 | 03:48 207:9,10,11 | 214:15,16,17,18 |

PLAINTIFFS' EXHIBITS 001504

214:19,20,21,22
214:23,24,25
215:1,2,3,4,5,6
03:58 215:7,8,9
215:10,11,12,13
215:14,15,16,17
215:18,19,20,21
215:22,23,24,25
216:1
03:59 216:2,3,4,5
216:6,7,8,9,10
216:11,12,13,14
216:15,16,17,18
216:19,20,21,22
216:23,24
04 56:4
04:00 216:25
217:1,2,3,4,5,6
217:7,8,9,10,11
217:12,13,14,15
217:16,17,18,19
04:01 217:20,21
217:22,23,24,25
218:1,2,3,4
04:02 218:5,6,7,8
218:9,10,11,12
218:13,14,15,16
218:17,18,19,20
04:03 218:21,22
218:23,24,25
219:1,2,3,4,5,6
219:7,8,9,10,11
219:12,13,14,15
219:16,17,18
04:04 219:19,20
219:21,22,23,24
219:25 220:1,2,3
220:4,5
04:05 220:6,7,8,9
220:10,11,12,13
220:14,15,16,17
220:18,19,20,21
220:22,23,24,25
221:1,2
04:06 221:3,4,5,6
221:7,8,9,10,11
221:12,13,14,15
221:16,17,18,19
221:20

04:07 221:21,22
221:23,24,25
222:1,2,3,4,5,6
222:7,8,9,10,11
222:12,13
04:08 222:14,15
222:16,17,18,19
222:20,21,22,23
222:24
04:09 222:25
223:1
04:10 223:2,3,4,5
223:6,7,8,9,10
223:11,12,13,14
223:15,16,17,18
223:19,20,21,22
223:23,24,25
224:1,2,3
04:11 224:4,5,6,7
224:8,9,10,11,12
224:13,14,15,16
224:17,18,19,20
224:21,22
04:12 224:23,24
224:25 225:1,2,3
225:4,5,6,7,8,9
225:10,11
04:13 225:12,13
225:14,15,16,17
225:18,19,20
04:14 225:21,22
225:23,24,25
226:1,2,3,4,5,6
226:7,8
04:15 226:9,10,11
226:12
04:25 226:13,14
04:26 226:15,16
226:17,18,19,20
226:21,22,23,24
226:25 227:1,2,3
227:4,5,6,7,8,9
227:10,11,12
04:27 227:13,14
227:15,16,17,18
227:19,20,21,22
227:23,24,25
228:1,2,3,4,5
04:28 228:6,7,8,9

228:10,11,12,13
228:14,15,16,17
228:18,19,20,21
228:22,23
04:29 228:24,25
229:1,2,3,4,5,6
229:7,8,9,10,11
229:12,13,14,15
229:16,17
04:30 229:18,19
229:20,21,22,23
229:24,25 230:1
230:2,3,4,5,6,7
230:8,9,10,11,12
04:31 230:13,14
230:15,16,17,18
230:19,20,21,22
230:23,24,25
231:1,2,3,4
04:32 231:5,6,7,8
231:9,10,11,12
231:13,14,15,16
231:17,18,19,20
231:21
04:33 231:22,23
231:24,25 232:1
232:2,3,4,5,6,7
232:8,9,10,11,12
232:13,14,15,16
232:17,18,19
04:34 232:20,21
232:22,23,24,25
233:1,2,3,4,5,6
233:7,8,9,10,11
233:12,13,14,15
233:16
04:35 233:17,18
233:19,20,21,22
233:23,24,25
234:1,2,3,4,5,6
234:7
04:36 234:8,9,10
234:11,12,13,14
234:15,16,17,18
234:19,20,21,22
234:23,24
04:37 234:25
235:1,2,3,4,5,6
235:7,8,9,10,11

235:12,13,14,15
235:16,17
04:38 235:18,19
235:20,21,22,23
235:24,25 236:1
236:2,3,4,5
04:39 236:6,7
04:46 236:8,9,10
236:11,12,13,14
236:15,16
04:47 236:17,18
236:19,20,21,22
236:23,24,25
237:1,2,3,4
04:48 237:5
04:49 237:6
04:50 237:7,8,9
237:10,11,12,13
237:14,15,16,17
237:18,19,20,21
237:22
04:51 237:23,24
237:25 238:1,2,3
238:4,5,6,7,8,9
238:10,11,12
04:52 238:13,14
238:15,16,17,18
238:19,20,21,22
238:23,24,25
239:1,2,3,4,5
04:53 239:6,7,8,9
239:10,11,12,13
239:14,15,16,17
239:18,19,20,21
239:22,23,24,25
04:54 240:1,2,3,4
240:5,6,7,8,9,10
240:11,12,13,14
240:15
05 124:11
06 124:11 167:25
181:1 189:3
215:18
07 124:11 181:1
189:3 215:18
08 121:20 124:12
181:1 189:3
09:08 4:1,2,3,4,5
4:6,7,8,9,10,11

PLAINTIFFS' EXHIBITS 001505

David Bliesner, Ph.D.          Videotaped          January 25, 2011

Page 40

| | | | |
|---|---|---|---|
| 4:12,13,14,15,16 | 09:19 13:2,3,4,5 | 09:32 20:15,16,17 | 27:20,21,22,23 |
| 4:17,18,19 | 13:6,7,8,9,10,11 | 20:18,19,20,21 | 27:24 |
| 09:09 4:20,21,22 | 13:12,13,14,15 | 20:22,23,24,25 | |
| 4:23,24,25 5:1,2 | 13:16,17,18,19 | 21:1,2,3 | **1** |
| 5:3,4,5,6,7,8,9 | 13:20,21,22,23 | 09:33 21:4,5,6,7 | 1 3:11 41:16 |
| 5:10,11,12,13,14 | 13:24,25 | 21:8,9,10,11,12 | 43:10 232:17 |
| 5:15,16,17,18,19 | 09:20 14:1,2,3,4 | 21:13,14,15,16 | 1(a) 42:8 43:10 |
| 5:20,21,22,23,24 | 14:5,6,7,8,9,10 | 21:17,18,19 | 1(b) 42:15 43:11 |
| 5:25 6:1,2 | 09:21 14:11,12,13 | 09:34 21:20,21,22 | 1,300 97:20 99:18 |
| 09:10 6:3,4,5,6,7 | 14:14,15,16,17 | 21:23,24,25 22:1 | 99:23 100:5 |
| 6:8,9,10,11,12 | 14:18,19,20,21 | 22:2,3,4,5,6,7,8 | 120:9 124:8 |
| 6:13,14,15,16,17 | 14:22,23,24,25 | 22:9 | 125:10 |
| 6:18,19,20,21,22 | 15:1,2 | 09:35 22:10,11,12 | 1,600 121:11,13 |
| 6:23,24,25 | 09:22 15:3,4,5,6 | 22:13,14,15,16 | 123:9 124:9,11 |
| 09:11 7:1,2,3,4,5 | 15:7,8,9,10,11 | 22:17 | 1,600,000 41:18 |
| 7:6,7,8,9,10,11 | 09:23 15:12,13,14 | 09:36 22:18,19,20 | 1.0 139:12 |
| 7:12,13,14,15,16 | 15:15,16,17,18 | 22:21,22,23,24 | 1.6 42:17 |
| 7:17,18,19,20,21 | 15:19,20,21,22 | 22:25 23:1,2,3,4 | 1:12 120:4 |
| 7:22,23,24 | 15:23 | 23:5,6,7,8,9,10 | 1:16 122:25 |
| 09:12 7:25 8:1,2 | 09:24 15:24,25 | 23:11,12,13,14 | 1:47 140:17 |
| 8:3,4,5,6,7,8,9 | 16:1,2,3,4,5,6,7 | 23:15,16,17,18 | 1:51 140:21 |
| 8:10,11,12,13,14 | 16:8,9,10,11,12 | 09:37 23:19,20,21 | 1:55 142:21 |
| 8:15,16,17,18,19 | 16:13,14,15,16 | 23:22,23,24,25 | 1:58 142:25 |
| 8:20,21,22,23,24 | 16:17,18,19,20 | 24:1,2,3,4,5,6,7 | 10 174:22,25 |
| 8:25 9:1,2 | 16:21,22,23,24 | 09:39 24:8,9,10 | 175:1 |
| 09:13 9:3,4,5,6,7 | 16:25 17:1,2 | 24:11,12,13,14 | 10-2-3 149:9 |
| 9:8,9,10,11,12 | 09:25 17:3,4,5,6 | 24:15 | 10-2-4 149:23 |
| 9:13,14,15,16,17 | 17:7,8,9,10,11 | 09:40 24:16,17,18 | 10-6 149:7 |
| 9:18,19,20,21,22 | 17:12,13,14,15 | 24:19,20,21,22 | 10-7 149:22 |
| 09:14 9:23,24,25 | 17:16 | 24:23,24 | 10:00 27:25 28:1 |
| 10:1,2,3,4,5,6,7 | 09:26 17:17,18,19 | 09:41 24:25 25:1 | 28:2,3,4,5,6,7,8 |
| 10:8,9,10,11,12 | 17:20,21,22,23 | 25:2,3,4,5,6,7,8 | 28:9 |
| 09:15 10:13,14,15 | 17:24,25 18:1,2 | 25:9,10,11,12,13 | 10:01 28:10,11,12 |
| 10:16,17,18,19 | 18:3,4,5,6,7,8,9 | 09:42 25:14,15,16 | 28:13,14,15,16 |
| 10:20,21,22,23 | 18:10,11 | 25:17,18,19,20 | 28:17,18,19,20 |
| 10:24,25 11:1 | 09:27 18:12,13,14 | 25:21,22,23,24 | 28:21,22 |
| 09:16 11:2,3,4,5 | 18:15,16,17,18 | 25:25 26:1,2,3,4 | 10:02 28:23,24,25 |
| 11:6,7,8,9,10,11 | 18:19,20,21,22 | 26:5 | 29:1,2,3,4,5,6,7 |
| 11:12,13,14,15 | 18:23,24,25 19:1 | 09:57 26:6,7,8,9 | 29:8,9,10,11,12 |
| 11:16,17,18,19 | 09:28 19:2,3,4,5 | 26:10 | 29:13 |
| 11:20 | 19:6,7,8,9,10,11 | 09:58 26:11,12,13 | 10:03 29:14,15,16 |
| 09:17 11:21,22,23 | 19:12,13,14,15 | 26:14,15,16,17 | 29:17,18,19,20 |
| 11:24,25 12:1,2 | 09:29 19:16,17,18 | 26:18,19,20,21 | 10:04 29:21,22,23 |
| 12:3,4,5,6,7,8,9 | 19:19,20,21,22 | 26:22,23,24,25 | 29:24,25 30:1,2 |
| 09:18 12:10,11,12 | 19:23,24,25 20:1 | 27:1,2,3,4,5,6,7 | 30:3,4,5,6,7,8 |
| 12:13,14,15,16 | 20:2 | 27:8 | 10:05 30:9,10,11 |
| 12:17,18,19,20 | 09:30 20:3,4,5,6 | 09:59 27:9,10,11 | 30:12,13,14,15 |
| 12:21,22,23,24 | 20:7,8,9,10,11 | 27:12,13,14,15 | 30:16,17,18,19 |
| 12:25 13:1 | 20:12,13,14 | 27:16,17,18,19 | 30:20,21,22,23 |

PLAINTIFFS' EXHIBITS 001506

```
   30:24                 38:12,13,14,15        45:8,9,10,11,12       52:18,19,20,21
10:06 30:25 31:1      10:17 38:16,17,18        45:13,14,15           52:22,23,24,25
   31:2,3,4,5,6,7,8       38:19,20,21,22     10:36 45:16,17,18        53:1,2,3
   31:9,10,11,12,13       38:23,24,25 39:1     45:19,20,21,22      10:47 53:4,5,6,7
   31:14,15,16,17         39:2,3,4,5,6,7       45:23,24,25 46:1      53:8,9,10,11,12
   31:18,19            10:18 39:8,9,10         46:2,3,4,5,6,7,8      53:13,14,15,16
10:07 31:20,21,22        39:11,12,13,14        46:9,10,11,12,13     53:17,18,19,20
   31:23,24,25 32:1      39:15,16,17,18     10:37 46:14,15,16        53:21,22,23
   32:2,3,4,5,6,7,8      39:19,20,21,22        46:17,18,19,20     10:48 53:24,25
   32:9                  39:23,24,25 40:1      46:21,22,23,24        54:1,2,3,4,5,6,7
10:08 32:10,11,12        40:2,3                46:25 47:1,2          54:8,9,10,11,12
   32:13,14,15,16     10:19 40:4,5,6,7      10:38 47:3,4,5,6         54:13,14,15,16
   32:17,18,19,20        40:8,9,10,11         47:7,8,9,10,11         54:17,18
   32:21              10:22 40:12,13,14       47:12,13,14,15      10:49 54:19,20,21
10:09 32:22,23,24        40:15,16,17,18       47:16,17,18,19        54:22,23,24,25
   32:25 33:1,2,3,4      40:19                47:20                 55:1,2,3,4,5,6,7
   33:5,6,7,8,9       10:23 40:14,20,21     10:39 47:21,22,23     10:50 55:8,9,10
10:10 33:10,11,12        40:22,23,24,25       47:24,25 48:1,2       55:11,12,13,14
   33:13,14,15,16        41:1,2,3,4,5,6,7     48:3,4,5,6,7          55:15,16,17,18
   33:17,18,19,20        41:8,9,10,11,12    10:40 48:8,9,10         55:19,20,21,22
   33:21,22,23,24        41:13,14,15,16       48:11,12,13,14     10:51 55:23,24,25
   33:25 34:1,2,3,4      41:17                48:15,16,17,18        56:1,2,3,4,5,6,7
   34:5              10:24 41:18,19,20       48:19,20,21,22        56:8,9,10,11,12
10:11 34:6,7,8,9         41:21,22,23,24       48:23,24,25 49:1      56:13,14,15,16
   34:10,11,12,13        41:25 42:1,2,3,4     49:2                  56:17,18,19
   34:14,15,16,17        42:5               10:41 49:3,4,5,6     10:52 56:20,21,22
   34:18,19,20,21     10:25 42:6,7,8,9        49:7,8,9,10,11        56:23,24,25 57:1
   34:22,23,24,25        42:10,11,12,13       49:12,13,14,15        57:2,3,4,5,6,7,8
   35:1,2,3,4,5,6        42:14,15,16,17       49:16,17,18,19        57:9,10,11,12,13
10:12 35:7,8,9,10        42:18                49:20,21,22,23        57:14,15,16,17
   35:11,12,13,14     10:26 42:19,20,21       49:24                 57:18,19
   35:15,16,17,18        42:22,23,24,25    10:42 49:25 50:1      10:53 57:20,21,22
   35:19,20,21,22        43:1                 50:2,3,4,5,6,7,8      57:23,24,25 58:1
   35:23,24,25 36:1   10:27 43:2,3,4,5        50:9,10,11,12,13      58:2
10:13 36:2,3,4,5      10:30 43:6,7,8,9        50:14,15,16,17     10:54 58:3,4
   36:6,7,8,9,10,11      43:10,11,12,13       50:18              10:55 58:5,6,7,8
   36:12                 43:14              10:43 50:19,20,21       58:9,10,11,12,13
10:14 36:13,14,15     10:32 43:15,16,17       50:22,23,24,25        58:14,15,16,17
   36:16,17,18,19        43:18,19             51:1,2,3,4            58:18,19,20,21
   36:20,21,22,23     10:33 43:20,21,22    10:44 51:5            10:56 58:22,23,24
   36:24,25              43:23,24           10:45 51:6,7,8,9        58:25 59:1,2,3,4
10:15 37:1,2,3,4      10:34 43:25 44:1        51:10,11,12,13        59:5,6,7
   37:5,6,7,8,9,10       44:2,3,4,5,6,7,8     51:14,15,16,17     10:57 59:8,9,10
   37:11,12,13,14        44:9,10,11,12,13     51:18,19,20,21        59:11,12,13
   37:15,16,17,18        44:14,15,16,17       51:22,23,24,25     10:58 59:14,15,16
   37:19,20,21,22        44:18,19,20,21       52:1,2,3,4            59:17,18,19,20
   37:23,24,25 38:1      44:22,23          10:46 52:5,6,7,8         59:21,22,23,24
10:16 38:2,3,4,5      10:35 44:24,25          52:9,10,11,12,13      59:25 60:1,2,3,4
   38:6,7,8,9,10,11      45:1,2,3,4,5,6,7     52:14,15,16,17     10:59 60:5,6,7,8
```

PLAINTIFFS' EXHIBITS 001507

| | | | |
|---|---|---|---|
| 60:9,10,11,12,13 | 66:18,19,20,21 | **11:19** 74:11,12,13 | **11:35** 81:17,18,19 |
| 60:14,15,16,17 | 66:22,23,24,25 | 74:14,15,16,17 | 81:20,21,22,23 |
| 60:18,19,20,21 | 67:1,2,3,4 | 74:18,19,20,21 | 81:24,25 82:1,2 |
| 60:22,23,24,25 | **11:06** 67:5,6,7,8 | 74:22,23,24,25 | 82:3,4,5,6,7,8,9 |
| 61:1,2 | 67:9,10,11,12,13 | 75:1,2,3,4,5,6 | 82:10 |
| **100** 1:9 4:6 17:3 | 67:14,15,16,17 | **11:20** 75:7,8,9,10 | **11:36** 82:11,12,13 |
| 17:9,13 | 67:18 | 75:11,12,13,14 | 82:14,15,16,17 |
| **1020** 2:6 | **11:07** 67:19,20,21 | 75:15,16,17,18 | 82:18,19,20,21 |
| **105** 131:12,24,25 | 67:22,23,24,25 | 75:19,20,21,22 | 82:22,23,24,25 |
| 135:7,8 | 68:1,2,3,4,5,6,7 | 75:23,24,25 76:1 | 83:1,2,3,4,5,6 |
| **106** 3:7 226:15,19 | 68:8,9,10,11,12 | 76:2 | **11:37** 83:7,8,9,10 |
| **107** 3:9 45:2,5 | 68:13,14 | **11:21** 76:3,4,5,6 | 83:11,12,13,14 |
| 153:23 154:3,19 | **11:08** 68:15,16,17 | 76:7,8,9,10,11 | 83:15,16,17,18 |
| **108** 3:10 45:3,5 | 68:18,19,20,21 | 76:12,13,14,15 | 83:19,20,21 |
| 153:23 154:3,19 | 68:22,23,24,25 | 76:16,17,18,19 | **11:38** 83:22,23,24 |
| **109** 3:12 240:12 | 69:1,2,3,4,5,6,7 | 76:20,21,22,23 | 83:25 84:1,2,3,4 |
| **11:00** 61:3,4,5,6 | 69:8,9,10 | 76:24,25 77:1 | 84:5,6 |
| 61:7,8,9,10,11 | **11:09** 69:11,12,13 | **11:22** 77:2,3,4,5 | **11:39** 84:7,8,9,10 |
| 61:12,13,14,15 | 69:14,15,16,17 | 77:6,7,8,9,10,11 | 84:11,12,13,14 |
| 61:16,17,18,19 | 69:18,19,20,21 | 77:12,13,14 | 84:15,16,17,18 |
| 61:20,21,22,23 | 69:22,23,24,25 | **11:23** 77:15,16,17 | 84:19,20,21,22 |
| 61:24,25 62:1,2 | 70:1,2,3,4,5,6 | 77:18,19,20,21 | 84:23,24,25 85:1 |
| 62:3,4,5,6,7,8,9 | **11:10** 70:7,8,9,10 | 77:22,23,24,25 | 85:2 |
| 62:10,11,12,13 | 70:11,12,13,14 | 78:1 | **11:40** 85:3,4,5,6 |
| 62:14,15,16,17 | 70:15,16,17,18 | **11:24** 78:2,3,4,5 | 85:7,8,9,10,11 |
| **11:01** 62:18,19,20 | 70:19,20,21,22 | 78:6,7,8,9,10,11 | 85:12,13,14,15 |
| 62:21,22,23,24 | 70:23,24,25 71:1 | 78:12,13,14,15 | 85:16,17,18,19 |
| 62:25 63:1,2,3,4 | 71:2,3,4,5,6,7,8 | 78:16,17,18,19 | 85:20,21,22,23 |
| 63:5,6,7,8,9,10 | 71:9,10,11 | 78:20,21 | 85:24,25 86:1 |
| **11:02** 63:11,12,13 | **11:11** 71:12,13,14 | **11:25** 78:22,23,24 | **11:41** 86:2,3,4,5 |
| 63:14,15,16,17 | 71:15,16,17 | 78:25 79:1,2,3,4 | 86:6,7,8,9 |
| 63:18,19,20,21 | **11:12** 71:18,19,20 | 79:5,6,7,8,9,10 | **11:42** 86:10,11,12 |
| 63:22,23,24,25 | 71:21,22,23,24 | 79:11,12,13,14 | 86:13,14,15,16 |
| 64:1,2,3,4,5,6,7 | 71:25 72:1,2,3,4 | 79:15,16,17,18 | 86:17,18,19,20 |
| 64:8,9,10,11,12 | 72:5,6,7,8,9,10 | 79:19,20 | 86:21,22,23,24 |
| 64:13 | 72:11,12,13 | **11:26** 79:21,22 | 86:25 87:1,2,3 |
| **11:03** 64:14,15,16 | **11:13** 72:14,15,16 | **11:31** 79:23,24,25 | **11:43** 87:4,5,6,7 |
| 64:17,18,19,20 | 72:17,18,19,20 | 80:1,2,3 | 87:8,9,10,11,12 |
| 64:21,22,23,24 | 72:21,22,23,24 | **11:32** 79:25 80:4 | 87:13,14,15,16 |
| 64:25 65:1,2,3,4 | 72:25 73:1,2,3,4 | 80:5,6,7,8,9,10 | 87:17,18,19,20 |
| **11:04** 65:5,6,7,8 | 73:5,6,7,8,9,10 | 80:11,12,13,14 | 87:21,22 |
| 65:9,10,11,12,13 | 73:11 | 80:15,16,17,18 | **11:44** 87:23,24,25 |
| 65:14,15,16,17 | **11:14** 73:12,13,14 | 80:19,20,21 | 88:1,2,3,4,5,6,7 |
| 65:18,19,20,21 | 73:15,16,17,18 | **11:33** 80:22,23,24 | 88:8,9,10,11,12 |
| 65:22,23,24,25 | 73:19,20,21 | 80:25 81:1,2,3,4 | 88:13,14,15,16 |
| 66:1,2,3,4 | **11:15** 73:22,23,24 | 81:5,6,7,8,9,10 | 88:17,18,19,20 |
| **11:05** 66:5,6,7,8 | **11:18** 73:25 74:1 | 81:11,12,16 | 88:21,22,23,24 |
| 66:9,10,11,12,13 | 74:2,3,4,5,6,7,8 | **11:34** 81:13,14,15 | 88:25 |
| 66:14,15,16,17 | 74:9,10 | 81:16 | **11:45** 89:1,2,3,4 |

PLAINTIFFS' EXHIBITS 001508

| | | | |
|---|---|---|---|
| 89:5,6,7,8,9,10 | 96:18,19,20,21 | 103:4 | 110:8,9,10,11,12 |
| 89:11,12,13 | 96:22,23,24,25 | 12:08 103:5,6,7,8 | 110:13,14,15,16 |
| 11:46 89:14,15,16 | 97:1,2,3,4,5,6,7 | 103:9,10,11,12 | 110:17,18,19,20 |
| 89:17,18,19,20 | 97:8,9,10,11,12 | 103:13,14,15,16 | 110:21,22,23,24 |
| 89:21,22,23,24 | 97:13,14,15,16 | 103:17,18,19 | 12:19 110:25 |
| 89:25 90:1,2,3,4 | 97:17,18 | 12:09 103:20,21 | 111:1,2,3,4,5,6 |
| 90:5 | 1150 2:13 | 103:22,23,24,25 | 111:7,8,9,10,11 |
| 11:50 90:6,7,8,9 | 11687 126:3,12,13 | 104:1,2,3,4,5,6 | 111:12,13,14,15 |
| 90:10,11,12,13 | 11718 128:7 | 104:7,8,9,10,11 | 111:16,17,18,19 |
| 90:14,15,16,17 | 11719 126:22 | 104:12 | 111:20,21,22,23 |
| 90:18 | 128:15 | 12:10 104:13,14 | 12:20 111:24,25 |
| 11:51 90:19,20,21 | 11748 128:22 | 104:15,16,17,18 | 112:1,2,3,4,5,6 |
| 90:22,23,24,25 | 12 37:24,25 38:10 | 104:19,20,21,22 | 112:7,8,9,10,11 |
| 91:1,2,3,4,5,6,7 | 117:24 | 12:11 104:23,24 | 112:12,13,14,15 |
| 91:8 | 12:00 97:19,20,21 | 104:25 105:1,2,3 | 112:16,17,18,19 |
| 11:52 91:9,10,11 | 97:22,23,24,25 | 105:4,5,6,7,8,9 | 112:20,21,22,23 |
| 91:12,13,14,15 | 98:1,2,3,4,5,6,7 | 105:10,11,12,13 | 112:24,25 |
| 91:16,17,18,19 | 98:8,9,10,11,12 | 105:14,15,16,17 | 12:21 113:1,2,3,4 |
| 91:20,21,22,23 | 98:13,14,15,16 | 12:12 105:18,19 | 113:5,6,7,8,9,10 |
| 91:24,25 92:1,2 | 98:17,18,19,20 | 105:20,21,22,23 | 113:11,12,13,14 |
| 92:3,4,5 | 98:21 | 105:24,25 106:1 | 113:15 |
| 11:53 92:6,7,8,9 | 12:01 98:22,23,24 | 106:2,3,4,5 | 12:22 113:16,17 |
| 92:10,11,12,13 | 98:25 99:1,2,3,4 | 12:13 106:6,7,8,9 | 113:18,19,20,21 |
| 92:14,15,16,17 | 99:5,6,7,8,9,10 | 106:10,11,12,13 | 113:22,23,24,25 |
| 92:18,19,20,21 | 99:11,12,13,14 | 106:14,15,16,17 | 114:1,2,3,4,5,6 |
| 92:22,23 | 99:15,16,17 | 106:18,19,20,21 | 114:7,8,9,10,11 |
| 11:54 92:24,25 | 12:02 99:18,19,20 | 106:22,23 | 12:23 114:12,13 |
| 93:1,2,3,4,5,6,7 | 99:21,22,23,24 | 12:14 106:24,25 | 114:14,15,16,17 |
| 93:8,9,10,11,12 | 99:25 | 107:1,2,3,4,5,6 | 114:18,19,20,21 |
| 93:13,14,15 | 12:03 100:1,2,3,4 | 107:7,8,9,10,11 | 114:22,23,24,25 |
| 11:55 93:16,17,18 | 100:5,6,7,8 | 107:12 | 115:1,2,3,4,5,6 |
| 93:19,20,21,22 | 12:04 100:9,10,11 | 12:15 107:13,14 | 115:7,8,9,10,11 |
| 93:23,24,25 94:1 | 100:12,13,14,15 | 107:15,16,17,18 | 115:12,13 |
| 94:2,3,4,5,6,7,8 | 100:16,17,18,19 | 107:19,20,21,22 | 12:24 115:14,15 |
| 11:56 94:9,10,11 | 100:20,21,22,23 | 107:23,24,25 | 115:16,17,18,19 |
| 94:12,13,14,15 | 12:05 100:24,25 | 108:1,2,3,4,5 | 115:20,21,22,23 |
| 94:16,17,18,19 | 101:1,2,3,4,5,6 | 12:16 108:6,7,8,9 | 115:24,25 116:1 |
| 94:20,21,22,23 | 101:7,8,9,10,11 | 108:10,11,12,13 | 116:2,3,4 |
| 94:24,25 | 101:12,13,14,15 | 108:14,15,16,17 | 12:25 116:5,6,7,8 |
| 11:57 95:1,2,3,4 | 101:16,17,18,19 | 108:18,19,20,21 | 116:9,10,11,12 |
| 95:5,6,7,8,9,10 | 101:20,21,22,23 | 108:22,23,24,25 | 116:13,14,15,16 |
| 95:11,12,13,14 | 12:06 101:24,25 | 109:1,2,3,4,5,6 | 116:17,18,19 |
| 95:15,16,17,18 | 102:1,2,3,4,5,6 | 12:17 109:7,8,9 | 12:26 116:20,21 |
| 95:19,20,21,22 | 102:7,8,9,10,11 | 109:10,11,12,13 | 116:22,23,24,25 |
| 95:23,24,25 | 102:12,13,14,15 | 109:14,15,16,17 | 117:1,2,3,4,5,6 |
| 11:58 96:1,2,3,4 | 102:16,17,18 | 109:18,19,20,21 | 117:7,8,9,10,11 |
| 96:5,6,7,8,9,10 | 12:07 102:19,20 | 109:22,23,24,25 | 117:12,13 |
| 96:11,12,13,14 | 102:21,22,23,24 | 110:1,2,3 | 12:27 117:14,15 |
| 11:59 96:15,16,17 | 102:25 103:1,2,3 | 12:18 110:4,5,6,7 | 117:16,17,18,19 |

PLAINTIFFS' EXHIBITS 001509

```
117:20,21,22,23      2:17 155:23           2010 10:4              139:13
117:24,25 118:1      2:22 156:2            2011 1:10 4:3          3.29 138:5,13,17
118:2                2:43 172:13             241:10 242:17          139:12
12:28 118:3,4,5,6    2:50 172:17           2014 241:15            3.7 138:3,13,17
 118:7,8,9,10,11     20 55:15 75:13        21 16:17,24 22:15        139:12
 118:12,13,14,15      77:4 97:19            22:25 23:9 24:3       3/5/08 132:20
 118:16,17,18,19      129:23 130:3          24:5,23 25:22         3:26 196:25
 118:20,21,22,23      132:23 134:9          26:11,12 29:17        3:37 197:3
 118:24,25 119:1      135:20 233:18         30:1 50:4,12          30 119:3
 119:2,3             200 107:14 110:9       238:23                31 119:6 176:1
12:29 119:4,5,6,7     110:16               21-plus 232:13         310.500 24:3
 119:8,9,10,11,12    2000 67:18 183:12     210 16:17,24           32 119:11
 119:13,14,15,16     2000s 142:9            29:17,18 30:1         33 119:11 236:20
 119:17,18           2001 121:4 122:20      238:24                 236:22
12:30 119:19,20       123:10,14,22        210.1(b) 30:2,24       333 2:19
 119:21,22,23,24     2002 122:20            31:3,17               336 602 1:10
 119:25 120:1         123:14,15,22,24     211 16:18,24           34 119:11
12:31 119:25          183:12                29:18 30:1,4         35 124:14
125 41:18 42:10      2003 53:24 54:2,6      238:24               351 22:16,25 23:8
 87:12 125:22         217:4               216) 592-5000 2:15      23:9 24:4,6,23
 212:8               2004 54:2,12,18      22 51:6 62:8            25:23 26:12,13
13 37:24,25 38:10     55:14 57:19           183:17 185:7         36 66:14 71:16
 124:10 152:16        116:16,21 117:1     226 3:7 30:5           3611(a) 56:3
 216:8                217:11              23 186:4,6             38 74:2,7
14 139:13            2005 94:8,20         231 3:5                39 84:5
15 236:20,22          119:18 141:12       24 106:13 107:4
152 95:20,24          142:7 214:20          107:20        ─────────────────────
 96:13                218:11              24th 186:7                     4
168 4:10             2006 142:17          240 3:12        ─────────────────────
17 174:17             174:17,23 175:1     25 1:10 4:3 43:24       4 47:19 53:24
171 172:24 175:8      207:24                111:18 174:2          76:11 148:22
18 236:25            2007 75:12 86:16       175:7,9 223:4         217:4
18th 227:3,15         107:5,14 135:11       225:12               4-2 146:14
1867209 186:20        135:17 143:2,24     250 125:21,21          4-3 148:20
19 67:18 237:2        172:24 173:6,10       137:20 138:2         4.2 43:24
1968 1:3              175:2 183:20        26 112:15 152:5        4.8 42:10 212:9
1990 123:6,18         186:7 188:12        263 3:11                212:13 213:17,21
 124:3 223:11         207:24 215:2        27 118:16              213:23
1992 117:24           226:3               28 2:9 118:21,22       4:17 226:11
1994 161:25          2008 75:12 86:3        175:1 241:15         4:28 226:14
1995 48:4,21          104:13,23 116:17    2883 184:4             4:41 236:4
 161:25 214:25        117:2 129:14,20     29 118:24 121:4        4:49 236:8
 223:21               132:18 134:6        2900 1:9               4:57 240:15,17
                      152:6 207:24        29464 2:9              40 175:7,9 176:1
─────────────────     215:2 216:7        ─────────────────      41 143:21,21
        2             218:11 224:14              3                174:3 237:4
─────────────────     225:2,12,13        ─────────────────      415) 544-1900 2:20
2 43:22               226:3               3 44:2,6              42 143:21,22
2(b) 27:6,7,8        2009 74:9 159:15     3rd 241:10 242:16       174:7
2.7 138:3,11                              3.15 138:5,10,21      43 237:4
 139:12                                                        4310 2:3
```

PLAINTIFFS' EXHIBITS 001510

**438** 172:23
**44** 115 2:14
**45** 3:9,10
**46** 236:25 237:5
**47** 237:5
**478969** 137:9
**483** 73:13 79:19
 81:8 90:18 92:18
 100:3 121:3
 122:2 123:23
 150:7,19 151:8
 151:13,22 152:5
 175:13,16 180:11
 197:7 206:8
 218:10 221:12
 228:5
**483s** 39:18 80:7
 99:25 141:19
 150:24 151:5,10
 151:16 173:11
 195:16,18 200:11
 207:2,10 221:24
**484** 39:7,13 97:10
 106:14 107:8,10
 107:12 111:8,18
 112:17 118:19
 119:9 124:18
 127:15
**484s** 106:7,22
 119:12 133:21
 141:9 154:3
**484-related**
 111:20
**49** 237:2,6

───── **5** ─────
**5** 3:4 44:4,9
 47:25 48:1 55:10
 158:23 175:1
**5th** 173:10
**501** 30:8
**505285** 175:8
**51** 158:12,19
**52** 114:15
**54** 237:2,5
**56** 237:5
**57** 237:6
**58** 237:6
**5815** 135:19

136:15
**59** 58:3,11 237:8

───── **6** ─────
**6** 35:4,10,11
 55:14,21 94:8,20
 119:18 141:12
 142:7 158:23
 214:20
**60** 237:9 238:11
**600** 2:19
**61** 225:16,19,20
**63** 145:25 225:11
 225:15
**64** 149:5
**69** 129:1 130:8

───── **7** ─────
**7** 94:8,20 104:7
 119:18 141:12
 142:7,17 173:16
 214:20 222:24
 223:7
**70** 132:16
**70078(a)(1)**
 107:17
**70924** 75:13
**71** 134:2
**713)223-3330** 2:4
**72** 135:10
**73** 137:5
**75** 29:20 30:24
 32:2
**7655** 129:21
**7656** 131:1
**7671** 132:23
**7688** 134:9
**77006-5818** 2:3
**78A** 22:10 24:19
 24:22 25:21
 26:22
**78(a)** 32:7

───── **8** ─────
**8** 86:16 94:8,20
 119:18 141:12
 142:7,17 194:23
 214:21 227:15,18
**805)541-0300** 2:7

**83** 139:22 140:14
**843)216-9383** 2:10

───── **9** ─────
**9** 23:19
**9th** 172:24 173:5
 173:5 183:20
**9:08** 1:11 4:4
**9:43** 26:4
**9:58** 26:7
**90** 131:12,24,25
 135:7,8
**90s** 142:9
**92** 32:20 33:8
 35:7,9 49:19
 104:8,8
**925** 2:14
**93** 155:13
**93401** 2:6
**94** 33:4,8 35:7,20
 49:14
**94014-2828** 2:20
**95** 160:18 215:17
 216:6
**97** 160:18
**97.4** 131:25
**98** 135:6
**988415** 241:15
**990** 228:15

PLAINTIFFS' EXHIBITS 001511