James J. Farley          Volume II & Videotaped          January 19, 2011

Page 403

1           A    I'm checking that now.  It's taking time.

2      They've got cross-outs on here.  I mean, this is not a

3      good analytical sheet.  The numbers are good.  But if I

4      were training an analytical chemist I'd say you don't

5      cross the number out and not put your initials and the

6      date on there.  That's what I'm looking at right there.

7           Q    Regardless of whether you like Celsis

8      Analytical Labs' methods, did the three samples pass?

9           A    It was just distracting to me.  But the

10     three samples, samples, passed, yes.

11          Q    Okay.  Had you ever seen that document

12     before?

13          A    No.

14          Q    Here's Exhibit 69.  Have you ever seen

15     this before?

16          A    I'm only on the first page, but my answer

17     is no.

18          Q    Okay.  I will represent to you that

19     Exhibit 69 represents UDL documents concerning the

20     testing of Digitek Lot 80111A and that it passed the

21     tests to which it was subjected.  Am I correct?

22          A    This .25 milligram dose, yes, you are

23     correct.

24          Q    All right.  I'm showing you Exhibit 70.

25     Have you ever seen that before?

PLAINTIFFS' EXHIBITS 008757

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 404

1          A    I believe I have not seen that before.

2          Q    I will represent to you that that's UDL

3    documents about the testing of Digitek Lot 71034A and

4    that the samples passed the test to which they subjected

5    it.  Am I correct?

6                MR. KERENSKY:  You read 71034A and there

7          appears to be a 1 after the A.

8                MR. MORIARTY:  Correct.

9                MR. KERENSKY:  You didn't say the 1.

10         Q    Okay.  Well --

11         A    I heard your question.  I'm looking up the

12   data to tell you if they did pass.  Yes, they do pass.

13   The sample passed.

14         Q    I'm handing you Exhibit 71.  Have you ever

15   seen it before?

16         A    I believe not.

17         Q    I will represent to you that Exhibit 71 is

18   the UDL documents concerning their testing of Digitek

19   Batch 71004A1 and that the Digitek passed all the tests

20   to which they subjected it.  Am I correct?

21         A    Yes.  I'm looking at what tests were done.

22   That's why I'm pausing.  Yes.

23         Q    I'm showing you Exhibit 72.  Have you ever

24   seen that document?

25         A    I believe I have not.

PLAINTIFFS' EXHIBITS 008758

1          Q    I will represent to you that it is UDL's
2     documents regarding the testing of Digitek Lot 70175A1
3     and that the Digitek passed the tests that they -- to
4     which they subjected it.  Am I correct?
5          A    I'm looking.  Yes, you are correct.
6          Q    Okay.  Now, are you aware that UDL, one of
7     the things that they did was to re-package Digitek from
8     bottles to blister packs?
9          A    I was not aware it was UDL who did that.
10         Q    But you know it happened at some
11    distributor level?
12         A    Yes.
13         Q    And do you know for a fact from any
14    documents you've reviewed or any depositions you've read
15    whether tablets that were double their intended
16    thickness would have fit into UDL blister packs for
17    Digitek?
18         A    I don't know the answer as to whether they
19    would or would not.
20         Q    Would it be important for you to know the
21    answer to that question?
22         A    I believe it would certainly be, yes, nice
23    to know.
24         Q    Because if UDL never rejected any Digitek
25    tablets as double thick, that would be some scientific

PLAINTIFFS' EXHIBITS 008759

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 406

1   information about consistency of the thickness of the

2   product, correct?

3              A    It would.  I would have to see their

4   records as to whether they rejected any.  I would have

5   to see their method of packaging to determine if -- what

6   system they used to reject anything that was too large

7   or too small.

8              Q    Do you know whether the UDL thickness

9   specifications for the product were even tighter than

10  the Actavis specifications?

11             A    I don't know that.

12                  THE VIDEOGRAPHER:  It's time to make a

13       tape change, sir.

14                  MR. MORIARTY:  I'm sorry?

15                  THE VIDEOGRAPHER:  I have to make a tape

16       change.  We are off record at 11:28.  Just one

17       moment.  Pause, please.

18                      (Off the record.)

19                  THE VIDEOGRAPHER:  All right.  We're back

20       on record.  This is the beginning of Tape No. 3 in

21       the Farley deposition.

22  BY MR. MORIARTY:

23             Q    From your knowledge of the way that FDA

24  looks at things, if UDL re-packaged Digitek from bottles

25  to blister packs, would UDL be required to test for

PLAINTIFFS' EXHIBITS 008760

Page 407

1    stability on the product in order to assure that the

2    change in packaging didn't change the shelf life of the

3    drug?

4              A    If you have a contact surface area of the

5    plastic to use to generate current against there,

6    somebody would be required to test for stability because

7    of the contact with the drug product.

8              Q    Have you ever seen any records from UDL

9    regarding the results of stability testing for Digitek?

10             A    No.

11             Q    When they test for stability do they test

12   for assay typically?

13             A    Among others, but that would definitely be

14   it.

15             Q    Would they typically do content

16   uniformity?  Or I'm sorry.  Let me withdraw that.

17             Would they typically also do dissolution?

18             A    For tablets would they typically?

19   Usually, not invariably, but most times.  Typically was

20   your word.  Let's use that.  Yes.

21             Q    To your knowledge did any Digitek batch

22   ever fail stability under any UDL program?

23             A    I don't know the answer to that.

24             Q    Would that be important information for

25   you to know?

PLAINTIFFS' EXHIBITS 008761

1          A    It would be.

2          Q    And if you assume that no Digitek batch

3     ever failed stability under a UDL program, does that

4     speak to the consistency of the quality of the product?

5          A    If I saw the stability protocol and if I

6     saw the method they used and agreed that it was a good

7     method and if I knew it was a well-trained person

8     conducting it, everything that would give credibility to

9     the results, then, yes, it would.

10         Q    And no one has submitted any of that kind

11    of data to you for review in this litigation, correct?

12         A    I believe they did not.

13         Q    And you have no reason to believe that FDA

14    has questioned the testing methods of UDL, correct?

15         A    Correct.

16         Q    If -- have you been supplied any

17    information about testing on Digitek done by NMS Labs

18    from your previous home area of Philadelphia?

19         A    No.

20         Q    Are you familiar with NMS Labs?

21         A    No.

22         Q    If anybody ever presented you with testing

23    information about Digitek would you want to look at

24    their methodology and validation before you drew any

25    conclusions about the validity of the testing?

PLAINTIFFS' EXHIBITS 008762

Page 409

1         A    That and more.  The reputation of the

2    company, something about the training of the analysts

3    who were running it.  Everything you said and more.

4         Q    Okay.  Now, my colleague, Mr. Anderton,

5    already asked you some questions about the regulatory

6    definition of adulteration.  And I don't want to repeat

7    those questions, but I have a follow-up.

8              Have you ever seen any peer reviewed

9    scientific literature, any FDA statements or any other

10   kind of scientific statement which says in words or

11   effect that the regulatory definition of adulteration

12   means that there was out-of-specification product in

13   fact either made or distributed?

14        A    You're getting to like within the

15   definition of adulteration?  Is that -- am I reading

16   your question properly or am I not?

17             MR. ERNST:  Objection to form.

18        Q    I thought the question was plain.  If you

19   don't understand it I'll be happy to rephrase it.

20        A    Okay.  Just one more time.  Let me see if

21   I get it this time.

22        Q    Okay.  All right.  Let me go back.  All

23   right.  Mr. Anderton asked you about Exhibit 39.  Okay?

24        A    I forget what one that is offhand but --

25        Q    I'm handing you from the original stack

PLAINTIFFS' EXHIBITS 008763

1    what Exhibit 39 is.  Okay?

2              A    Yes.  I see it.

3              Q    And this is the statement from the FDA's

4    own Web site, Facts About Current Good Manufacturing

5    Practices, correct?

6              A    It looks like it is.

7              Q    And about halfway down there's a bolded

8    question that says, If a manufacturer is not following

9    CGMPs are drug products safe for use.

10             Do you see that?

11             A    Yes.

12             Q    And then it basically gives the statement

13   that if a company is not complying with CGMPs it makes

14   the drug adulterated under the law.

15             Do you see that?

16             A    Yes.

17             Q    The last sentence of that paragraph says,

18   It does not mean that there is necessarily something

19   wrong with the drug.

20             Do you see that?

21             A    Yes.

22             Q    Okay.  Now, what I want to know from you

23   is whether you have any peer reviewed literature or an

24   FDA statement or some other scientific statement

25   contrary to what the FDA is saying in its Web site in

PLAINTIFFS' EXHIBITS 008764

Page 411

1   Exhibit 39.

2              A    Stating --

3              Q    First a yes or no and then you can

4   explain.

5              A    Do I have any evidence of anyone who

6   directly contradicts that?

7              Q    That's basically what I was asking you.

8              A    I do not.

9              Q    Okay.  Now, did you want to explain your

10  answer?

11             A    Yes.

12             Q    Go ahead.

13             A    When there's a violation of GMPs it is

14  implied or understood in the industry or generally

15  accepted there is a likelihood that an improper

16  harmful -- potentially harmful product is being released

17  to the public.

18             It, as you say, is not a guarantee, but

19  there's a likelihood that there's a, quote, bad product

20  getting out to the market if in fact it was released.

21             So while there's no direct contradiction here

22  as you asked, it's the general thinking among people in

23  the industry and FDA you didn't comply with GMPs,

24  there's a likelihood of a problem with this material.

25             Q    Okay.  Let me ask you about that.  Does

PLAINTIFFS' EXHIBITS 008765

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 412

1   every finding of adulteration lead to a recall?

2          A    No.

3          Q    Well, if you are correct that there is a

4   likelihood that bad product is out, how come it isn't

5   recalled?

6          A    It's a combination of factors.  It depends

7   on the product itself.  If it's a drug, how sensitive is

8   that drug.  In this case it's therapeutic index.  A

9   person might get harmed.  It's who's taking it.  There's

10  a whole variety of factors that go into the

11  determination to do a recall or not.

12         Q    But you told me that every time there's an

13  adulteration there's a likelihood that bad product got

14  out.  Okay?  So where in the FDA rules, regs,

15  interpretations, field manuals does it give this sort of

16  rule that you just said that there's a likelihood but it

17  all depends?  Where is it?

18         A    In the regulations where it says there's a

19  likelihood?

20         Q    Yeah.  Where in the regs, where in a piece

21  of scientific peer reviewed literature, where in a

22  manual anywhere that I can go read to check on what you

23  just told me?

24         A    It says it's an adulterated product.

25  Since it's an adulterated product it has not been made

PLAINTIFFS' EXHIBITS 008766

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 413

1    the way it should have been made and will quite likely,

2    quite likely, not be of the identity, strength, quality

3    and purity they say that it is purported to be and in --

4    it could be harmful.

5              Q    Well, does the definition of adulteration

6    in the regulations say that?  Does it use the word

7    likely?

8              A    I read it somewhere and I'm at a loss to

9    quote it now.  I don't know if I read it in the

10   regulations or some document but -- or whether I heard

11   it at meetings at the FDA.  I don't know.

12             Q    I'm asking you a question of whether the

13   regulation itself that defines adulteration --

14             A    Yes.

15             Q    -- uses the word likely.

16             A    I do not know if it does or doesn't

17   offhand.  I would have to read that regulation.  I'm not

18   saying it does; I'm not saying it doesn't.  I just don't

19   know.

20             Q    So let me get back to my basic question.

21   Can you cite for me a piece of peer reviewed literature,

22   a regulation, a manual, any piece of scientific

23   information that indicates that adulteration means that

24   there is a likelihood that bad product actually made it

25   to the market?

PLAINTIFFS' EXHIBITS 008767

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 414

1                    MR. ERNST:  Objection to form.

2          A    It means by definition --

3          Q    Wait.  Answer my question, please, and

4     then you can give your explanation.

5                    MR. ERNST:  Objection to form.  You

6          haven't asked a question.

7          A    I thought I was trying to answer your

8     question.  Can I try that again to see --

9          Q    Sure.

10         A    It means you didn't make it the way you

11    said you would make it, and therefore, it is not exactly

12    what you said it would be.

13         Q    Isn't it in fact just possible that it's

14    not what you said it would be?

15                   MR. ERNST:  Objection to form.

16         A    The way we would think when I was at FDA,

17    the thinking that's engrained into you is, you didn't

18    make it the way you said, therefore it isn't what you

19    want it to be.

20         Q    Okay.  I'm asking you, but isn't it just

21    possible that it's not what you want it to be as opposed

22    to likely?

23                   MR. ERNST:  Objection to form.

24         A    Getting into possible, likely, probable,

25    that depends on who you ask.

PLAINTIFFS' EXHIBITS 008768

Page 415

1          Q    I'm asking you under oath today as an

2    expert in the Digitek litigation.  Okay?  You can't

3    point me to anything in the regs or any other scientific

4    writings that support what you're saying.

5              So I'm asking, isn't it in -- a fact that when

6    there is an adulteration by definition under the FDCA,

7    that it only means it's possible that bad product

8    actually got out?

9              MR. ERNST:  Objection to form.

10         A    Now, if you're asking me how I would feel

11   about it, if you put a medication in front of me like

12   Lipitor that I take and said this is a -- this is a

13   generic firm made this, but it wasn't made according to

14   GMPs, take it, Jim, and save a few bucks, I would say, I

15   don't want to take that, because in my mind there's a

16   likelihood that something is wrong with that.

17         Q    So that's your personal opinion?

18         A    That's -- that's the opinion I just gave.

19   I wouldn't take it if someone said this is -- this would

20   save you a couple bucks, but it's not made according to

21   GMPs.  I wouldn't.

22         Q    Okay.  So that's why in your article that

23   we asked you about before you actually want to test it

24   to see if it is or isn't, right?

25         A    I would want to test it to see the final

PLAINTIFFS' EXHIBITS 008769

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 416

```
 1   product, assay, everything.  But I also want to know
 2   it's made according to GMPs.
 3            Q   Well, that's -- anything in Exhibit 39 in
 4   the FDA's own Web site that says that it's likely that
 5   the product that got out was in fact bad?
 6            A   I don't see the word likely.
 7                MR. ERNST:  Form.
 8            Q   Did your co-author, Mr. Brooks, in your
 9   article that you guys wrote cite any law or regulations
10   to say that it's likely that defective product is out
11   there when it's adulterated?
12            A   I don't actually remember whether we did
13   or not.  I don't.  It was over two years ago we wrote
14   that.
15            Q   Okay.
16                MR. MORIARTY:  Does it smell to anyone
17            else in here like there is something burning?
18                THE VIDEOGRAPHER:  Do you want to go off
19            record?
20                MR. MORIARTY:  Yeah.
21                THE VIDEOGRAPHER:  We're off record.  The
22            time is 11:44.
23                (A brief recess was taken.)
24                THE VIDEOGRAPHER:  We're back on record,
25            11:44.
```

PLAINTIFFS' EXHIBITS 008770

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 417

```
 1                 MR. MORIARTY:  Okay.  Let's go back on
 2          the record.
 3     BY MR. MORIARTY:
 4          Q    Have you ever seen any Actavis documents
 5     from either blend uniformity testing or finished product
 6     testing that show out-of-specification results for
 7     Digitek?
 8          A    Out-of-specification with regard to double
 9     thickness?
10          Q    Or normal size, too much API, other than
11     the 20 tablets in 70924.
12          A    Other than that?
13          Q    Yeah.
14          A    I was going to say what I've seen is those
15     documents and I didn't --
16          Q    And the assays?
17          A    -- see those results on them.  I have not
18     seen anything since then.
19          Q    Okay.  Let's go back to this statement
20     about likelihood or not likelihood.  Okay?  This goes
21     here.  This is Exhibit 38.  It's another statement from
22     the FDA's Web site called Facts and Myths About Generic
23     Drugs.
24          A    I see it.
25          Q    On the second page near the top it says
```

PLAINTIFFS' EXHIBITS 008771

Page 418

1    Myth, There are quality problems with generic drug

2    manufacturing.  A recent recall of generic Digoxin,

3    called Digitek, shows that generic drugs put patients at

4    risk.

5              And then it says Fact, FDA's aggressive action

6    in this case demonstrates the high standards to which

7    all prescription drugs, generic and brand name, are

8    held.

9              Do you see that?

10        A    I do.

11        Q    All right.  In the fourth bullet point it

12   says, In our best judgment given the very small number

13   of defective tablets that may have reached the market

14   and the lack of reported adverse events before the

15   recall, harm to patients was very unlikely.

16             Do you see that?

17        A    The fourth bullet point?

18        Q    Yes, sir.

19        A    I see it but I'm questioning the FDA

20   putting that on their Web site.  I'm not doubting what

21   you put in front of me, but I'm questioning their

22   mentality when they put that out there, because they

23   don't usually get specific.

24             And I think when Mr. Anderton presented this I

25   said the same thing.  I said they don't usually go into

PLAINTIFFS' EXHIBITS 008772

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 419

1    brand names.  And it's very much of a surprise.  But,

2    yes, I see what you put in front of me.

3             Q    All right.  Other than 483s and warning

4    letters what documents have you seen to indicate that it

5    is likely that there was defective Digitek in the hands

6    of any consumer?

7             A    Consent decree.

8             Q    Anything else?

9             A    A consent decree is a big deal.  That's a

10   big --

11            Q    Can consent decree say -- even have the

12   word Digitek in it?

13            A    It essentially said, my words, we don't

14   think you're capable of making anything right;

15   therefore, you need a third party to help you make it.

16            Q    Okay.  So you've seen all this Celsis Labs

17   testing.

18            A    No.

19            Q    You've seen the FDA's testing.

20            A    This morning.

21            Q    And you haven't even looked at any Actavis

22   batch records other than 70924.  So other than the FDA's

23   regulatory documents what have you seen to indicate to

24   you that there is any likelihood of out-of-spec Digitek

25   in the hands of any consumer?

PLAINTIFFS' EXHIBITS 008773

Page 420

1          A    It sounds to me like you're minimizing the

2    significance of a 483 or a warning letter.

3          Q    No, sir.

4          A    They are serious things.

5          Q    What I'm trying to ask you -- I'm trying

6    to understand your opinions and the support for your

7    opinions.

8          A    Yes.

9          Q    I understand what you relied on, those

10   three categories.  I want to know if there's anything

11   else.  Okay?  You've said warning letters, 483s and a

12   consent decree.  Anything else?

13         A    And the double thick tablets that were

14   found and not analyzed, which is surprising.

15         Q    I'm -- maybe you're missing the question.

16         A    I might be.

17         Q    Okay?  I want to know any documents that

18   indicate to you the likelihood that out-of-spec Digitek

19   made it to the hands of consumers, okay, hands of

20   consumers, not rejected at the plant.

21         A    Separate from my feeling that there was a

22   good possibility that some might, I haven't seen a

23   document that indicated that there was.  But what I'm

24   looking at is not the quantity.

25              You could show me a hundred more analytical

PLAINTIFFS' EXHIBITS 008774

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 421

1   results of a bottle here and a bottle there.  But when I

2   take the few 483s and couple of warning letters and I

3   look at what was wrong with that place, I realized the

4   sampling was a very small amount.  And I would not have

5   confidence in taking any medication that they produced.

6          Q   Okay.

7          A   So that's a lengthy answer, but I want to

8   put it in a proper perspective for all of us.

9          Q   If a client hired you to analyze this, you

10  would look at the actual records, the manufacturing

11  records, the testing records, things of that nature.

12  You would actually want the detail, not just the

13  broadbrush of the 483s, correct?

14         A   Including the methods and the training,

15  all of the above.

16         Q   All right.  Did you review any annual data

17  reviews or annual reports?

18         A   I did not.  I believe I did not.

19         Q   Do you know that has summaries of all of

20  the testing, finished product testing --

21         A   Yes.

22         Q   -- for every batch?

23         A   Yes.

24         Q   Now, the ANDA -- you know what that is,

25  right --

PLAINTIFFS' EXHIBITS 008775

Page 422

1          A    It's the Abbreviated New Drug Application
2    for generic.
3          Q    -- contains a -- have you seen the ANDA
4    for Digitek?
5          A    The actual ANDA?
6          Q    Yeah.
7          A    No.
8          Q    I mean, a copy of it?
9          A    No.
10         Q    Well, you know that the ANDA has a product
11   formula, does it not?
12         A    Yes.
13         Q    It lists the ingredients and the amount of
14   an ingredient?
15         A    Yes.
16         Q    And you know that formula was approved by
17   FDA?
18         A    Yes.
19         Q    And do you know typically in the
20   manufacturing process that raw materials, including the
21   API, are weighed at the beginning of each batch to
22   assure that the proper amount is put in that complies
23   with the formula?
24         A    Yes.
25         Q    Do you know that from review of any batch

PLAINTIFFS' EXHIBITS 008776

Page 423

1    records that when they are blended one person verifies

2    it and it's verified by a second person that the

3    blending is done properly?

4           A    Yes.  I only reviewed the one batch record

5    and in that one I found that the same person checked his

6    or her own work, which is sacrilegious, one might say.

7           Q    In the blend?

8           A    In -- somewhere along the way.  I forget

9    offhand.  I'd have to review the batch record again to

10   answer that.  But I found -- in effect I'm saying I

11   found a flaw in it and that flaw was a person checking

12   his or her own work, same initials on the left side and

13   right side of the sheet, which is a violation right

14   there.

15          Q    Have you seen any citations, warnings or

16   sanctions from the FDA upon Actavis for not following

17   the Digitek formula that was set out in the ANDA?

18          A    No.

19          Q    Did Actavis keep raw material inventory

20   cards?

21          A    I do not know that.  They should.  They're

22   supposed to.

23          Q    Have you ever seen anything to indicate

24   that Actavis was using Digitek components at rates

25   inconsistent with their batch production?

PLAINTIFFS' EXHIBITS 008777

James J. Farley            Volume II & Videotaped            January 19, 2011

Page 424

1          A    No.  I saw they were not cleaning the

2     materials properly, the equipment, between batches,

3     which cause concern.  But your question referred to the

4     proper amounts, I believe, and my answer is no.

5          Q    My questions are relatively specific and

6     direct.

7          A    Okay.

8          Q    If you can just answer mine --

9          A    Okay.

10          Q    -- not some other.  I didn't ask you about

11    cleaning validation or anything else.

12          A    Yes.

13          Q    I asked about inventory.

14          A    Yes.

15          Q    Okay?  Have you ever seen evidence of an

16    FDA citation, warning or observation that Actavis was

17    using too much Digoxin as tested at the blend uniformity

18    stage?

19          A    No.

20          Q    Do you know that periodically tablets are

21    tested by QA and production during manufacturing for

22    hardness, thickness and weight?

23          A    Yes.

24          Q    Do you know that those sampling plans were

25    approved by the FDA?

PLAINTIFFS' EXHIBITS 008778

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 425

```
 1          A    I didn't see them, but I would have to
 2   assume they were.
 3          Q    Have you ever seen any FDA citation,
 4   warning or observation to indicate that Actavis was not
 5   following its FDA approved sampling plans?
 6          A    I'm reflecting on the 483s as I'm
 7   formulating my answer.  I'm trying to think if sampling
 8   plans were in the 483s.  My answer is no.
 9          Q    Do you know how many out-of-specification
10   results occurred of the 270 Digitek batches made between
11   2003 and 2007 during production for weight, thickness or
12   hardness?
13          A    I do not know.
14          Q    Now, from a manufacturing and quality
15   standpoint is there a difference between a double thick
16   tablet and a normal sized tablet with too much active
17   pharmaceutical ingredient?
18          A    Is there a difference?
19          Q    Yeah.
20          A    The very fact it's double thick is the
21   difference.  I need a little more information --
22          Q    Sure.
23          A    -- on the question.  I'm not getting it.
24          Q    Well, I know you're not a manufacturing
25   expert.  But in fact, is the root cause of a double
```

PLAINTIFFS' EXHIBITS 008779

Page 426

 1   thick tablet different from the root cause of a normal

 2   sized tablet that has too much active pharmaceutical

 3   ingredient?

 4          A    It can be.

 5          Q    Do you think the FDA knows the difference

 6   between a double thick tablet and a normal sized tablet

 7   with too much active pharmaceutical ingredient?

 8          A    They should.

 9          Q    Did you ever see any citations, warnings

10   or observations to indicate that Actavis was

11   manufacturing Digitek normal size but too much active

12   pharmaceutical ingredient?

13          A    I did not see much analytical data at all

14   and I did not see anything to that effect.

15          Q    I'm not asking you about analytical data.

16   I'm asking whether you saw any FDA observations,

17   citations or warnings to indicate that Actavis was

18   making Digitek normal size but with too much active

19   pharmaceutical ingredient.

20          A    No.

21          Q    And the FDA approved recall notice didn't

22   say anything about normal size tablets with too much

23   API, did it?

24          A    Correct.

25          Q    If FDA was concerned about the specific

PLAINTIFFS' EXHIBITS 008780

Page 427

1    problem of normal sized tablets with too much API, do

2    you think they would have had Actavis say something

3    about that in the recall notice?

4              MR. ERNST:  Objection to form.

5         A    I'm thinking whether they would have

6    tested it first or got the recall out first.  I believe

7    they would have said something about it, tell the reason

8    for the recall.

9         Q    And they probably would have said

10   something about it in Exhibit 38 on their Web site when

11   they specifically talk about Digitek and the recall a

12   year and a quarter after the recall had occurred,

13   correct?

14        A    I can't predict what they would or would

15   not because I'm not in agreement with the way they

16   formulated this in the first place.

17        Q    Well, if information had come to the FDA's

18   attention even post-recall that there was a problem with

19   normal sized tablets and too much active pharmaceutical

20   ingredient in them, don't you think they would have said

21   something in Exhibit 38 about that?

22        A    I don't know.  I can't predict what they

23   would or wouldn't put on there.  I really can't answer

24   that.  I don't know who can.

25        Q    Well, if you worked for the FDA wouldn't

PLAINTIFFS' EXHIBITS 008781

1    you say something about that?

2              A    I think the answer to that you'd have to

3    ask Dr. Margaret Hanburg.  She's the commissioner.

4              Q    Were the finished product testing plans

5    approved by FDA?

6              A    They should have been.

7              Q    Were they in every batch record?

8              A    Should have been.

9              Q    Did FDA have every opportunity to inspect

10   and comment upon those testing plans between 2004 and

11   2008?

12             A    I don't know what the inspectors had on

13   their agendas when they left the office to go and

14   inspect.  I can't speak for that.  I'd be happy to read

15   the minds of the ladies who did the inspections.

16             Q    I'm not asking whether they had it on

17   their agenda, Mr. Farley.  I'm asking whether they had

18   the batch records available for review when they did

19   their inspections.

20             A    They could request the batch records at

21   any time.  So in that regard it would be available for

22   review if they felt they needed the batch records.

23             Q    And if they were suspicious about Actavis'

24   finished product testing program do you think it likely

25   that the inspectors would have looked at those?

PLAINTIFFS' EXHIBITS 008782

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 429

1          A   About Actavis' finished product testing

2    program --

3          Q   Yes.

4          A   -- is it likely -- we get into this word

5    likely.  It is possible they may have.

6          Q   No.  So you think if FDA was concerned

7    about Actavis' finished product testing that it's only

8    possible they would have looked at batch records?

9          A   At that time when that inspection when

10   they're finding deviations, out-of-specification

11   results, things not being documented, they had their

12   hands full with all the other violations.

13          And they might have gone back to the district

14   and said, I need a couple other people to come with me

15   next week.  I'm assuming you mean that day are they

16   going to ask for it.

17          Q   No.  At some point they would have gotten

18   to it, right?

19          A   At some point?  They may have gotten to it

20   depending on the personnel -- they had their hands full

21   with all of the violations in the first place.

22          Q   At some point it's probable they would

23   have gotten to it, right?

24          A   Possible.

25          Q   Okay.  Did FDA ever cite, warn or observe

PLAINTIFFS' EXHIBITS 008783

James J. Farley            Volume II & Videotaped            January 19, 2011

Page 430

1    that Actavis was not following its finished product ANDA

2    procedures for Digitek?

3              A    ANDA procedures?  Could you explain that

4    more?

5              Q    The ANDA sets forth the finished product

6    testing procedures, doesn't it?

7              A    I didn't hear you say finished product

8    testing.  I'm sorry.

9              Q    And it's FDA approved, correct?

10             A    Yes.

11             Q    Did FDA ever cite, warn or observe that

12   Actavis was not following its finished product testing

13   procedures regarding Digitek?

14             A    Procedures that Digitek proposed and FDA

15   said, okay, they're good, do it?  No, I did not see

16   that.

17             Q    When we say finished product testing

18   procedures, we're on the same page.  We're talking about

19   assay, dissolution and content uniformity, correct?

20             A    From what I've read here this morning,

21   finished product testing is testing on the product as it

22   leaves to go to the next consumer.

23             Q    Do you know what kind of testing it is?

24             A    I'm sorry.  Say again?

25             Q    Do you know what kind of testing they do?

PLAINTIFFS' EXHIBITS 008784

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 431

1            A    From what I read this morning -- I know

2    what they should do normally, but I know more

3    specifically from what you showed me this morning.

4            Q    Well, when you read Batch 70924's records

5    did you look at the kind of testing Actavis subjected

6    the product to?

7            A    Yes.

8            Q    And it was assay, dissolution and content

9    uniformity, correct?

10           A    Yes.

11           Q    Okay.  Did FDA ever cite Actavis or

12   observe that Actavis had out-of-specification stability

13   results for Digitek?

14           A    They cited them for not taking samples at

15   the prescribed time that was in their stability

16   protocol.  Therefore, they found a flaw in the program.

17   So when you have a flaw in the program and then you say

18   did I have out-of-spec samples, it's a tough one to

19   answer because you aren't taking all the samples you

20   were supposed to take.

21           Q    Okay.  I'm just asking, did they ever

22   cite, observe or warn Actavis for out-of-specification

23   stability samples?  Yes or no?

24           A    For out-of-specification stability

25   samples?  No.

PLAINTIFFS' EXHIBITS 008785

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 432

1          Q   Or content uniformity?

2          A   No.

3              MR. MORIARTY:  How much time on the tape?

4              THE VIDEOGRAPHER:  The time on the tape

5      left is 25 minutes.

6              MR. MORIARTY:  Okay.

7   BY MR. MORIARTY:

8          Q   Let me see if I can put a question to you

9   a different way.  You've -- you've seen the 484s.

10  You've seen the Celsis and UDL testing.  I want you to

11  assume that the batch records for Digitek show

12  consistent production within the specifications.  Okay?

13         A   Yes.

14         Q   I want you to assume that.

15         A   We'll do that.

16         Q   All right.  Are you -- do you intend to

17  tell a jury that Actavis was in fact producing defective

18  Digitek and it's just shear coincidence that none of

19  that defective product was discovered by Actavis, FDA,

20  UDL or Celsis?

21         A   I do not intend to tell anybody that

22  because I don't know that.  I was -- I don't have

23  confidence they're capable of making a quality product

24  even though they got good analytical results on what is

25  an extremely small percentage of sampling.

PLAINTIFFS' EXHIBITS 008786

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 433

1            But I can't say they made bad stuff.  I say in

2     my mind I believe there's a likelihood, in my mind, a

3     likelihood that there could be bad material on the

4     market.

5            Q    Okay.

6            A    Can I clarify that more for my own mind,

7     too?

8            Q    Now, if you were going to be consulted by

9     a client for that very problem, okay, somebody says we

10    think there was adulterated product, but all the testing

11    that's been done shows that the product is within specs,

12    what would be your next step to figure out whether there

13    was in fact bad product in order to remove the doubts

14    and wonderings?

15           A    I would say to them why do you think you

16    made adulterated product?

17           Q    That's not what I'm asking you.  You've

18    been consulted.  Okay?

19           A    Right.

20           Q    We know the FDA has done these 483s and

21    the warning letters.  Okay?

22           A    Uh-huh.

23           Q    But all the test results show normal

24    Digitek.  No one has come and shown you defective

25    Digitek.  What would be your next step as a consultant

PLAINTIFFS' EXHIBITS 008787

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 434

1    to advise the company about whether there was in fact

2    out-of-specification Digitek out in the market?

3             A    I don't think that's the same question you

4    asked me a minute ago.

5             Q    Well, I think -- answer the one I just

6    asked you.

7             A    The question --

8             Q    Answer the one I just asked.

9             A    Give it to me again, please.

10                MR. MORIARTY:  Read it back, Angela,

11         please.

12         (The record was read back as requested.)

13            A    What's the company asking me?  I mean,

14   what's -- I'm missing --

15            Q    Mr. Farley, is there defective Digitek in

16   the hands of consumers?

17            A    Oh, your company.

18            Q    Yeah.  Not is it adulterated.  We want to

19   know, because we've got all these good test results, is

20   there defective Digitek in the hands of consumers?  What

21   do you do as a consultant?

22            A    I want to review all your procedures,

23   every procedure, your lab testing, your manufacturing.

24   I want to see existing data.  But you've just assured me

25   existing data was good.

PLAINTIFFS' EXHIBITS 008788

Page 435

1          I want to verify that the methods were
2    accurate, validated and that the personnel are trained.
3    And then I want to look -- I want to watch you make a
4    batch.  I want to watch you test it.
5          Q    Did FDA ever cite, warn or observe that
6    Actavis didn't have validated methods for the production
7    and testing of Digitek?
8          A    They said they weren't using certain
9    methods, that methods that were supposed to be used were
10   not being used.  Whether they cited for any being not
11   validated, I'm not sure.  There may have been.  I'm just
12   not sure.  But I do know they said you had procedures,
13   you weren't using them.
14         Q    Any that specifically involved the actual
15   quality of the end product?
16         A    Anything in manufacturing involves quality
17   of the end product.  So my answer is yes.
18         Q    Okay.  So in your mind if somebody put a
19   label on upside down -- which would be a GMP violation,
20   wouldn't it --
21         A    Yes.
22         Q    -- that is -- that means it's likely that
23   that product is out of specification?
24         A    It means you don't know anything about
25   that product.  It means what are you going to do about

PLAINTIFFS' EXHIBITS 008789

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 436

1    it.  You've got to take that product, that big drum or

2    whatever it is, and test it to be sure that what you

3    think it is is really what it is.

4            Q    Okay.

5            A    You can't --

6            Q    Well, it passed finished product testing,

7    Mr. Farley.  So are you telling me that in your mind the

8    upside down label means that that product is out of

9    specification?

10           A    No.  It means they're -- it means you have

11   to look more into it.  There's a possibility it may be.

12   Upside down label, you don't know what's there.

13   Whatever the label says, you don't know what's in that

14   drum.

15           So you have to do a tracking of how whatever

16   it is got there, plus you've got to do some more testing

17   here and now before you do anything with that.

18           Q    Okay.  Did FDA ever cite, warn or observe

19   that Actavis employees were not properly trained in

20   manufacture of Digitek?

21           A    I did not read anything to that effect.

22           Q    If the -- if Actavis was consistently

23   producing double thick tablets, is it more likely than

24   not that it would have been detected either by

25   pharmacists filling prescriptions, consumers taking

PLAINTIFFS' EXHIBITS 008790

James J. Farley             Volume II & Videotaped          January 19, 2011

Page 437

1    prescriptions or UDL when it was packaging the product

2    in blister packs?

3             A    Consistently, that's a somewhat vague

4    term.  But if you mean daily with batches that go out,

5    it is likely that someone somewhere would have caught

6    it.  It's also likely that some people would have

7    ingested it and either died or had some serious medical

8    problems.

9             Q    All I'm asking you is whether it's likely

10   it would have been detected and that is the look,

11   correct?

12            A    Oh.  I was just saying before or after the

13   fact.  It's likely it would have been defected.  When I

14   don't know.

15            Q    All right.  Do you know -- do you know how

16   many -- do you know how many Digitek tablets were

17   recalled?

18            A    A figure -- or not -- no.  4.8 million,

19   that's a batch.  Many, many millions.  I don't know the

20   exact number offhand.

21            Q    Okay.

22            A    Tablets you're talking about?

23            Q    Yeah.

24            A    Okay.  Many, many millions.

25            Q    Like 688 million?

PLAINTIFFS' EXHIBITS 008791

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 438

1          A    That wouldn't surprise me.

2          Q    Do you know how many of the recalled

3     batches were .125 versus .250?

4          A    Not offhand.

5          Q    Do you know what percentage -- do you have

6     an opinion to a probability what percentage of the

7     recalled Digitek was defective by being out of

8     specification low?

9          A    Out of specification low?

10         Q    Yes.

11         A    I do not --

12              MR. ERNST:  Objection to form.

13         A    -- have any knowledge to that effect.

14         Q    Do you have an opinion to a probability?

15         A    No.

16         Q    Do you have an opinion to a reasonable

17    degree of probability as to what percentage of the

18    recalled Digitek was defective by being out of

19    specification on the high side of the API?

20              MR. ERNST:  Objection to form.

21         A    No, I don't have an opinion or any

22    knowledge of that.

23         Q    If there were out-of-specification Digitek

24    with the API on the high side, above its specifications,

25    do you have any opinion to a probability as to how high

PLAINTIFFS' EXHIBITS 008792

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 439

1   those were?

2              MR. ERNST:  Objection to form.

3         A    If they were out on the high side do I

4   have an opinion how high they would be?

5         Q    Yep.

6         A    No.

7         Q    Do you have an opinion as to how many

8   double thick tablets were released to the marketplace

9   between 2006 and 2008?

10        A    I do not.

11        Q    Do you have an opinion to a reasonable

12  probability as to how many normal sized tablets with too

13  much API were released to the market?

14        A    I do not.

15        Q    Given what you have told me so far I

16  assume you have no opinion to a probability as to how

17  many out-of-specification tablets may have made it into

18  a particular patient's prescription vial, whether they

19  got one or whether they got none, whether some people

20  got tend out of thirty.

21             Do you have any opinions to a probability on

22  that?

23        A    No opinion as to a probability.

24             MR. MORIARTY:  How we doing on time,

25        Bill?

PLAINTIFFS' EXHIBITS 008793

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 440

1              THE VIDEOGRAPHER:  We have thirteen
2         minutes, sir.
3              MR. MORIARTY:  Okay.
4    BY MR. MORIARTY:
5         Q    All right.  Flipping through notes, some
6    of these I've already asked you, so -- I think you said
7    in your first deposition you said something about
8    somebody dying from Digitek eight to ten years before
9    the recall.
10             Do you know where you got that information?
11        A    I mentioned something that I had heard or
12   read that a person had died.  And I think it was
13   Mr. Anderton who put it in the proper perspective and
14   mentioned when.
15             The other part of your question was where did
16   I get that.  I am not sure.  It might have been Pete
17   Miller telling me or in a conversation.  But it was
18   something like that.
19        Q    Do you have any scientific basis to know
20   whether people taking normal doses of Digoxin can have
21   toxicity and die as a result?
22        A    No.  That would be more for an M.D. and
23   I'm not a physician.
24        Q    And you haven't read the depositions of
25   Dr. Semigran or Ph.D. Nelson from Cincinnati in this

PLAINTIFFS' EXHIBITS 008794

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 441

1    litigation?

2          A    No, neither of them.

3          Q    So you don't know whether that came from

4    an adverse event report that was in your material or

5    some anecdotal piece of information?

6          A    I don't know that -- what was in the

7    adverse --

8          Q    This thing about somebody dying eight to

9    ten years before.

10         A    I don't know.

11         Q    Okay.  Are you an expert in statistics?

12         A    No, I'm not an expert in statistics.  I

13   know a little bit, but not an expert.

14         Q    Do you know what level of testing of a

15   product would rise to the level of statistical

16   significance or would you defer to a statistician on

17   that?

18         A    I would defer to a -- I would have an

19   idea, but I would defer to a statistician to look for

20   the traditional 95 percent probability of this occurring

21   rather than that.

22         Q    Okay.  Now, this statement about a total

23   failure of the quality systems --

24         A    Yes.

25         Q    -- if somebody were to assume that there

PLAINTIFFS' EXHIBITS 008795

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 442

1   was a total failure and that Actavis could not make

2   Digitek within the specs, that would be an improper

3   assumption, wouldn't it?

4           A   I'm trying to think if it's the same that

5   my thoughts are.  I wouldn't trust anything they made

6   after seeing that.  But to say that a particular bottle

7   is good or bad, I would have no way of knowing.

8           Q   Okay.

9           A   Did I answer your question?

10          Q   Well, not exactly but I'm going to follow

11  up.

12          A   Okay.

13          Q   If somebody said there was a total failure

14  of the quality system, so we assume that Digitek could

15  not have been made properly, that would be a wrong

16  assumption, wouldn't it?

17          A   If somebody said there was a total

18  failure --

19          Q   Yes.

20          A   -- and --

21          Q   And then assumed that Actavis could not

22  make any Digitek properly, they would be wrong, wouldn't

23  they?

24          A   Well, if somebody told me there was a

25  total failure I'd say, tell me why you say that, why are

PLAINTIFFS' EXHIBITS 008796

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 443

1   you saying a total failure.  Then I would want to hear

2   all the various reasons that made them use that term.

3   Then I would pass judgment.

4          Q   I'm asking you a simple question.  Okay?

5   If somebody said there's a total failure of the quality

6   system and then they assumed that Actavis could not make

7   Digitek within the specs, from what you know and what

8   you've even seen today that would be a wrong assumption,

9   wouldn't it?

10              MR. ERNST:  Objection.

11         A   On the samples that were tested those

12  samples were good.  So it would be an erroneous

13  assumption to say that everything that came out was bad.

14         Q   Okay.  Thank you.  Now, let me make sure I

15  understand something you said in your deposition -- your

16  first session of your deposition.  We had 70924 with the

17  20 double thick tablets, correct?

18         A   Yes.

19         Q   You remember that?

20         A   I remember that.

21         Q   And I got the impression from what you've

22  said earlier that if somebody showed you the preceding

23  batch and the trailing batch after 70924 and they were

24  fine and within the specs during production and finished

25  product testing, that you would consider something like

PLAINTIFFS' EXHIBITS 008797

James J. Farley           Volume II & Videotaped           January 19, 2011

Page 444

1    70924 to be an isolated incident.

2              Do I understand that correctly?

3         A    I need more batches.  No, no, not just the

4    one before or the one after.  Maybe the five or ten

5    before and the five or ten after.

6         Q    Okay.

7         A    I need more than just what you said to

8    have me look at that I say potentially isolated

9    incident.

10        Q    All right.  Did you ask for any specific

11   number of preceding or trailing batches in this case?

12        A    I believe my words were something to the

13   effect of give me whatever you can get before and after.

14        Q    And did you get anything other than 70924?

15        A    No, sir.

16        Q    So as it stands right now you don't know

17   whether that was an isolated incident.  Is that fair?

18        A    Whether the findings of the 20 double

19   thick tablets were isolated?

20        Q    Yes, sir.

21        A    I do not know if that was or was not an

22   isolated incident.

23             MR. MORIARTY:  Okay.  Let's go off the

24        record.  I want to take five minutes with my

25        colleague to see if I am finished and then she can

PLAINTIFFS' EXHIBITS 008798

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 445

1          ask questions if she wants.

2                    THE VIDEOGRAPHER:  All right.  Off

3          record, 12:25 p.m.

4               (A brief recess was taken.)

5                    THE VIDEOGRAPHER:  We're back on record.

6          This is the beginning of Media Unit No. 4 and it

7          is 12:49.

8    BY MR. MORIARTY:

9          Q    Okay.  Mr. Farley, I just have two things

10   to do.  One is housekeeping.  Okay?  This is

11   Exhibit 74C.  It is the latest version of the notice for

12   this deposition.  Okay?

13         A    Yes.

14         Q    The first notice of deposition was marked

15   as an exhibit in your last session.  Do you remember

16   that?

17         A    Yes.

18         Q    The big difference between this one and

19   that one basically says that you are to bring with you

20   all additional documents that you reviewed.

21         A    Yes.

22         Q    I asked you in the beginning of your

23   deposition whether you had reviewed additional documents

24   and you said you had not; is that correct?

25         A    Yes.

PLAINTIFFS' EXHIBITS 008799

James J. Farley                  Volume II & Videotaped              January 19, 2011

Page 446

1          Q    All right.  So let me ask you my final

2    question just to make sure that I can understand how you

3    got to a conclusion.  Okay?

4          A    Yes.

5          Q    If somebody concluded, like you, that

6    there was likely out-of-specification product in the

7    marketplace, they could reach that conclusion in one of

8    two ways.  Okay?  One is to read the regulatory

9    documents and reach that conclusion, right?

10         A    The 483s?

11         Q    Yes.

12         A    Yes.

13         Q    And that's the way you reached your

14   conclusion, correct?

15         A    Yes.

16         Q    Another way would be to read the results

17   of scientific tests or reports that people had measured

18   out-of-specification tablet in the field.  That would be

19   a different way to reach that conclusion, correct?

20         A    I wouldn't reach the same conclusion.

21         Q    I'm not asking whether you reached that

22   conclusion.  That would be another way to reach that

23   conclusion if in fact that it occurred, right?

24         A    The conclusion that there was a high

25   probability?

PLAINTIFFS' EXHIBITS 008800

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 447

1            Q    You told me --

2            A    They're different things.  A sample is a

3    sample, but the --

4            Q    Can you listen to the question --

5            A    I'm listening.

6            Q    -- please?  Don't read too much into the

7    question.  Okay?  You've reached the conclusion that

8    there was likely defective Digitek in the marketplace,

9    right?

10           A    Yes.

11           Q    You reached that conclusion through the

12   regulatory documents, the 483s, the warning letters and

13   a consent decree, correct?

14           A    Yes.

15           Q    You did not reach that conclusion by

16   reading reports of scientists who had observed, measured

17   or tested out-of-specification Digitek in the

18   marketplace, correct?

19           A    Correct.

20               MR. MORIARTY:  Thank you.  I'm done.

21               MS. DONAHUE:  Are you ready?

22               THE WITNESS:  Any time.

23                    - - - - -

24               CROSS EXAMINATION

25

PLAINTIFFS' EXHIBITS 008801

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 448

1    BY MS. DONAHUE:

2              Q    Good afternoon, Mr. Farley.

3              A    Yes, ma'am.

4              Q    I introduced myself off the record.  I'm

5    Alicia Donahue.  I'm with Shook, Hardy & Bacon in

6    San Francisco and I represent the Mylan entities, as we

7    call them, Mylan defendants, and UDL Labs in this case.

8              A    Yes.

9              Q    And one follow-up question to the

10   deposition notice that I wanted to make sure we covered

11   was in regard to that notice and the documents that you

12   were requested to bring with you today pursuant to the

13   second deposition notice, did you bring any new

14   documents today to the deposition that weren't produced

15   by you either physically or by virtue of the thumb drive

16   at your original deposition back in July?

17             A    My time log where I log in what day and

18   how many hours I worked for Meghan.

19             Q    That's been updated since your last

20   deposition?

21             A    It's last week.  It just essentially is

22   last week.

23             Q    Could we get a copy of that?

24             A    Yes.  I have it on the thumb drive over

25   there.

PLAINTIFFS' EXHIBITS 008802

James J. Farley            Volume II & Videotaped         January 19, 2011

Page 449

```
 1                THE WITNESS:  And, Meghan, I gave that to
 2        you last night.
 3          A    I mean -- excuse me.  And I gave it to
 4    Meghan last night, yes.
 5                MS. DONAHUE:  Can we just agree, counsel
 6        that, you will --
 7          A    One is a time log and the other is an
 8    activity chart that says more what I did and the time
 9    log says when I did it so that it tells me I did what I
10    was supposed to do and I know how much time to --
11          Q    I appreciate that.
12          A    -- how much time.
13          Q    Thank you.
14                MS. DONAHUE:  So, counsel, are we in
15        agreement we can get a copy of that?
16                MS. CARTER:  Yes.
17                MS. DONAHUE:  Thank you.
18    BY MS. DONAHUE:
19          Q    Okay.  And now, very quickly, I believe,
20    Mr. Farley, you in regard -- in response to one of
21    Mr. Moriarty's earlier questions, I believe you
22    testified that the purpose of your report in this case
23    was to provide the opinions that you plan to render at
24    trial in this case; is that correct?
25          A    Yes.
```

PLAINTIFFS' EXHIBITS 008803

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 450

1           Q   Okay.  And I went through your report

2   pretty diligently and I didn't see any mention of any

3   opinions in regard to either the Mylan defendants or UDL

4   Labs.

5           A   Yes.

6           Q   Nowhere in that report did you opine that

7   Mylan or UDL -- did you opine in any regard on their

8   conduct in regard to distributing Digitek?

9           A   Correct.

10          Q   And nowhere in that report did you comment

11  in regard to Mylan or UDL's conduct in regard to any

12  testing that any of those entities may have done in

13  regard to Digitek?

14          A   Correct.

15          Q   As you sit here today, Mr. Farley, do you

16  intend to offer any opinions at the trial of these cases

17  in regard to Mylan or UDL's conduct in relation to its

18  distribution of Digitek?

19          A   I do not intend to.

20              MS. DONAHUE:  Thank you.  That's all the

21      questions I have.

22                   - - - - -

23              CROSS EXAMINATION

24  BY MR. KERENSKY:

25          Q   Sir, do you have -- excuse me.  Sir, do

PLAINTIFFS' EXHIBITS 008804

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 451

1    you have an opinion about whether or not it is probable,

2    that being more likely true than not, that Actavis

3    manufactured Digitek tablets that presented an

4    unreasonable risk of serious bodily injury or death to

5    consumers and that those tablets were actually

6    distributed to the consuming public?  Do you have an

7    opinion about that based on reasonable probability and

8    that being more likely true than not?

9              MR. MORIARTY:  Objection.

10        Q    Answer.

11        A    I do have an opinion.

12        Q    What is that opinion?

13        A    It's my opinion -- and it is based on the

14   483s and the warning letters and the consent decree --

15   that in which the entire manufacturing and testing flow

16   is shown to be completely inadequate and not in

17   compliance with regulatory.

18             It is my opinion there's a very high

19   likelihood that there may be what I call bad product out

20   on the market and that consumers have a chance of being

21   seriously injured.

22             MR. KERENSKY:  Thank you.  No further

23        questions.

24             Any questions from you, Mr. Ernst?  Did

25        we start without him?  Don?

PLAINTIFFS' EXHIBITS 008805

James J. Farley          Volume II & Videotaped          January 19, 2011

```
                                                    Page 452
 1                MR. MORIARTY:  It' snot my day to watch
 2        him.
 3                MR. ERNST:  Yes, I do.  I've got some
 4        questions --
 5                MR. KERENSKY:  Go ahead.
 6                MR. ERNST:  -- if I can ask him.
 7                MR. KERENSKY:  Go ahead and ask him.
 8        It's your turn.
 9                MR. ERNST:  All right.
10                    - - - - -
11                CROSS EXAMINATION
12   BY MR. ERNST:
13        Q    Is it more likely true than untrue that
14   Digitek tablets that presented a danger to consumers,
15   including the risk of injury and death, were
16   manufactured and placed into the stream of commerce by
17   Actavis?
18                MR. MORIARTY:  Objection, asked and
19        answered not 120 seconds ago.  Go ahead.
20        A    In my opinion it is true what you said,
21   yes.
22        Q    Is it more likely true than untrue that
23   Actavis failed to provide adequate quality control over
24   the Digitek tablets that it manufactured?
25        A    It is more likely true.
```

PLAINTIFFS' EXHIBITS 008806

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 453

1          Q    Is it more likely true than not true that
2     out-of-specification Digitek tablets were manufactured
3     and distributed by Actavis?
4          A    It is more likely true.  I believe that.
5          Q    Is it more likely true than untrue or more
6     probably than not that Digitek tablets that presented a
7     danger to consumers, including the risk of death, were
8     actually placed into the stream of commerce and were
9     received by consumers based upon the information and the
10    documentation that you have reviewed to date?
11         A    In my opinion it is more likely true.
12         Q    Is it your opinion that based upon your
13    training and experience that documents that you have
14    reviewed, all of the reading material that you are aware
15    of to date that Digitek tablets that were manufactured
16    by Actavis presented a risk of harm to consumers?
17         A    Yes.
18         Q    And is it your opinion that because of
19    this risk of harm to consumers that Digitek tablets were
20    recalled?
21              MR. MORIARTY:  Objection.
22         A    Say again, please.
23         Q    Sure.  Is it your opinion and is it more
24    likely true than untrue that based upon the material
25    that you have reviewed that the Digitek tablets were

Rennillo Deposition & Discovery - A Veritext Company
216.523.1313          www.rennillo.com          888.391.3376 (Depo)

PLAINTIFFS' EXHIBITS 008807

James J. Farley          Volume II & Videotaped          January 19, 2011

                                                              Page 454

1    recalled because they presented a danger to consumers,

2    including the risk of death?

3              MR. MORIARTY:  Objection.

4         A    Yes.

5              MR. ERNST:  Thank you.  I have nothing

6         else.

7                        - - - - -

8                   REDIRECT EXAMINATION

9    BY MR. MORIARTY:

10        Q    I have a follow-up question for you.

11        A    Yes, sir.

12        Q    Now, you've heard Mr. Ernst over the

13   telephone ask you some questions.  Does his voice sound

14   familiar?

15        A    He was on speaker last night in here.

16        Q    Okay.  Did Mr. Ernst tell you that in his

17   specific case tablets from his client's prescription

18   were tested by NMS Laboratories and found to be within

19   the Digitek specifications?

20        A    No.

21        Q    Okay.  Is that kind of information

22   important to you in rendering opinions in a case like

23   this?

24        A    All information such as that is important,

25   some more or less.

PLAINTIFFS' EXHIBITS 008808

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 455

1              MR. MORIARTY:  Okay.  Thank you.  That's

2        all I have.

3              MR. KERENSKY:  Let's wrap it up.  Head

4        for the airport.

5              THE VIDEOGRAPHER:  All right.  That

6        concludes the deposition of James Farley.  It is

7        12:59 p.m this is the end of Media Unit No. 4.

8        Thank you.

9         (Off the record discussion was had.)

10             MR. MORIARTY:  As you know from previous

11        deposition experience you have the right, if you

12        wish, to read and sign the transcript when it is

13        prepared and distributed --

14             THE WITNESS:  Yes.

15             MR. MORIARTY:  -- to make sure that she

16        typed complicated words properly, spelled them,

17        got everything you said, et cetera.  Okay?

18             THE WITNESS:  Yes.

19             MR. MORIARTY:  Or you can waive that

20        right, trusting that she's an excellent court

21        reporter with obvious long-term experience in this

22        and never had to stop us to ask us anything.  It's

23        up to you.

24             THE WITNESS:  With all due respect to

25        Angela, I would like to read it.

PLAINTIFFS' EXHIBITS 008809

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 456

1            MR. MORIARTY:  Fine.

2       (The proceedings were concluded at 1:00 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' EXHIBITS 008810

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 457

1                        CERTIFICATE

2

3       GEORGIA:

4       CHATHAM COUNTY:

5

6              I, Angela S. Garrett, Certified Shorthand

7       Reporter for the State of Georgia, do hereby certify:

8              That the foregoing deposition was taken before

9       me on the date and at the time and location stated on

10      Page 1 of this transcript; that the witness was duly

11      sworn to testify to the truth, the whole truth, and

12      nothing but the truth; that the testimony of the witness

13      and all objections made at the time of the examination

14      were recorded stenographically by me and were thereafter

15      transcribed by computer-aided transcription; that the

16      foregoing deposition, as typed, is a true, accurate, and

17      complete record of the testimony of the witness and of

18      all objections made at the time of the examination.

19             I further certify that I am neither related to

20      nor counsel for any party to the cause pending or

21      interested in the events thereof.

22

23

24

25

PLAINTIFFS' EXHIBITS 008811

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 458

```
 1            Witness my hand, I have hereunto affixed my
 2   official seal this 24th day of January, 2011, at
 3   Savannah, Chatham County, Georgia.
 4
 5            _____
                    Angela S. Garrett, CSR, RPR
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PLAINTIFFS' EXHIBITS 008812

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 459

1               D I S C L O S U R E

2          Pursuant to Article 8.B. of the Rules and

3    Regulations of the Board of Court Reporting of the

4    Judicial Council of Georgia, I make the following

5    disclosure:

6          I am a Georgia Certified Court Reporter.  I was

7    contacted by my office of McKee Court Reporting, Inc.,

8    to provide court reporting services for this deposition.

9          I will not be taking this deposition under any

10   contract that is prohibited by O.C.G.A. 15-14-37(a) and

11   (b).

12         I have no contract/agreement to provide reporting

13   services with any party to the case, any counsel in the

14   case or any reporter or reporting agency from whom a

15   referral might have been made to cover the deposition.

16         I will charge its usual and customary rates to all

17   parties in the case, and a financial discount will not

18   be given to any party to this litigation.

19

20

21

22

23   _____   Date:  January 24, 2011
     Angela S. Garrett
24   RPR, CCR-B2407

25

PLAINTIFFS' EXHIBITS 008813

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 1

## A

**Abbreviated** 422:1
**able** 351:9
**accepted** 349:13 355:3
  411:15
**accuracy** 356:11
**accurate** 338:8 339:9
  343:21 351:3 353:16
  435:2 457:16
**accurately** 390:10
**Act** 383:7 387:20 393:22
  394:7,23
**Actavis** 327:12,13,13
  328:14,14,15 332:18
  337:22 360:2 374:10,16
  374:25 375:4 377:17,22
  378:7,12 379:11 383:12
  384:18 385:5,17 387:4
  388:25 389:19 397:17
  401:4,11 406:10 417:4
  419:21 423:16,19,24
  424:16 425:4 426:10,17
  427:2 428:23 429:1,7
  430:1,12 431:5,11,12
  431:22 432:17,19 435:6
  436:19,22 442:1,21
  443:6 451:2 452:17,23
  453:3,16
**acting** 382:18
**action** 370:20,24 418:5
**Actions** 331:12
**active** 343:6 354:8
  356:18 362:14 373:12
  373:24 425:16 426:2,7
  426:11,18 427:19
**actively** 355:7
**activities** 371:24
**activity** 449:8
**actual** 364:2 367:2
  421:10 422:5 435:14
**additional** 339:6 340:3
  445:20,23
**adequate** 452:23
**adequately** 378:21
**adonahue@shb.com**

329:8
**adulterated** 375:20 376:2
  376:4 383:6,12 388:2,5
  410:14 412:24,25
  416:11 433:10,16
  434:18
**adulteration** 363:11,14
  387:21 395:24 409:6,11
  409:15 412:1,13 413:5
  413:13,23 415:6
**adverse** 376:10 378:3,7
  379:3,12,20,25 380:2,5
  380:6,10,13,17,20
  418:14 441:4,7
**advise** 400:4 434:1
**advisory** 331:12 370:18
**advocating** 363:13
**AERs** 379:23
**affairs** 342:12 345:4
**affixed** 458:1
**afternoon** 448:2
**agency** 370:6,24 374:9,23
  375:1,1 459:14
**agency's** 370:18
**agenda** 428:17
**agendas** 428:13
**aggressive** 418:5
**ago** 416:13 434:4 452:19
**agree** 350:13 360:13
  361:6 449:15
**agreed** 362:19 408:6
**agreement** 327:14 427:15
  449:15
**ahead** 336:1 356:10
  382:10 411:12 452:5,7
  452:19
**Aircraft** 341:3
**airport** 455:4
**ALC** 328:12
**alert** 377:18
**Alicia** 329:5 332:19 448:5
**ambiguous** 367:5,20
  369:7
**American** 340:25 341:7,8
**Amide** 360:2 377:17
  382:18

**Amide's** 379:11
**amount** 338:25 421:4
  422:13,22
**amounts** 424:4
**analysis** 354:13 355:24
  363:18
**analysts** 409:2
**analytical** 342:4 343:12
  343:13 344:13 351:15
  352:23 355:8 396:25
  397:3,4 401:22 402:21
  403:3,4,8 420:25
  426:13,15 432:24
**analyze** 348:18 354:8
  356:1 362:14,22 363:4
  376:24 421:9
**analyzed** 342:8 352:24
  355:25 397:13 420:14
**ANDA** 421:24 422:3,5,10
  423:17 430:1,3,5
**Anderton** 333:23 381:9
  409:4,23 418:24 440:13
**anecdotal** 441:5
**Angela** 327:15 359:9
  366:14 367:16 434:10
  455:25 457:6 458:5
  459:23
**annual** 377:19 421:16,17
**answer** 338:8,19 339:10
  341:19 342:8 351:3
  356:8 360:25 362:5
  363:1 366:11,13 367:13
  375:7,10 384:15 395:4
  395:6 398:15 403:16
  405:18,21 407:23
  411:10 414:3,7 421:7
  423:10 424:4,8 425:7,8
  427:23 428:2 431:19
  434:5,8 435:17 442:9
  451:10
**answered** 366:18,18
  452:19
**answering** 362:25
**answers** 390:17
**anticipated** 355:16
**anybody** 401:14 408:22

432:21
**anyway** 333:13
**AOPA** 341:3
**apart** 336:11,14
**API** 362:23 363:5 417:10
  422:21 426:23 427:1
  438:19,24 439:13
**apologize** 389:4
**APPEARANCES** 328:1
  329:1
**appears** 404:7
**Application** 422:1
**applied** 349:13
**applies** 359:6
**appreciate** 335:16 449:11
**appropriate** 350:9
**approved** 350:9,16
  380:20 422:16 424:25
  425:5 426:21 428:5
  430:9
**approximately** 348:23
  351:4
**April** 377:5
**area** 355:20 359:19,25
  380:17 388:19 389:16
  407:4 408:18
**areas** 382:19
**Army** 342:22,25 343:7
**article** 353:24 354:4,6,7
  354:20,25 355:2 361:10
  361:11,22 362:2 363:10
  415:22 416:9 459:2
**asked** 364:9,19,25 366:18
  384:18 394:15,16,18
  409:5,23 411:22 414:6
  415:23 424:13 434:4,6
  434:8 440:6 445:22
  452:18
**asking** 347:9 352:5 366:3
  369:1 374:22 381:18
  382:2 394:13 396:17
  397:22 398:4 411:7
  413:12 414:20 415:1,5
  415:10 426:15,16
  428:16,17 431:21
  433:17 434:13 437:9

PLAINTIFFS' EXHIBITS 008814

443:4 446:21
**aspect** 346:21
**assay** 352:7,12,16,18
  372:14 393:8 401:24
  407:12 416:1 430:19
  431:8
**assays** 417:16
**assistant** 346:13
**associating** 377:9
**association** 341:4 352:15
**associations** 340:24
**assume** 350:22 355:23
  360:17 377:11 381:24
  387:23 392:22 408:2
  425:2 432:11,14 439:16
  441:25 442:14
**assumed** 442:21 443:6
**assuming** 355:15 388:1
  429:15
**assumption** 442:3,16
  443:8,13
**assurance** 341:13,18
  342:6 345:6,10
**assure** 335:24 382:5
  407:1 422:22
**assured** 434:24
**attached** 330:12 385:19
**attachments** 386:5
**attempts** 378:15
**attendant** 376:14
**attention** 427:18
**attorneys** 338:24
**audit** 330:18 387:5
**available** 395:18 428:18
  428:21
**Avenue** 328:18
**aware** 384:17 401:4
  405:6,9 453:14
**a.m** 327:17 332:2 392:6,9

---

**B**

**b** 330:15 331:1 371:12
  459:11
**back** 330:12 342:22
  344:8 348:3 349:10
  351:8 354:10 359:8,10

361:13 366:15,16
  367:15,17 369:20
  376:22 380:13 386:10
  392:8,9 400:6 406:19
  409:22 413:20 416:24
  417:1,19 429:13 434:10
  434:12 445:5 448:16
**background** 340:7 346:9
  346:9 361:25 362:1
**Bacon** 329:6 332:20
  448:5
**bad** 400:7 411:19 412:4
  412:13 413:24 415:7
  416:5 433:1,3,13 442:7
  443:13 451:19
**Ball** 343:23
**Bar** 362:4
**based** 377:14 387:14
  398:15 451:7,13 453:9
  453:12,24
**basic** 413:20
**basically** 410:12 411:7
  445:19
**basis** 387:10 440:19
**batch** 384:19,22 385:2,3
  386:17,24,24,25 387:1
  387:12,12 389:19
  397:22 402:18 404:19
  407:21 408:2 419:22
  421:22 422:21,25 423:4
  423:9,25 428:7,18,20
  428:22 429:8 431:4
  432:11 435:4 437:19
  443:23,23
**batches** 331:10 386:9,14
  386:19 387:25 401:20
  401:25 402:12,16,25
  424:2 425:10 437:4
  438:3 444:3,11
**Bearing** 343:24
**beginning** 369:21 406:20
  422:21 445:6,22
**believe** 337:21 341:20,22
  349:19 353:20 358:20
  359:3,24 360:6,15
  366:8,24 376:22 377:6

377:20 378:14 393:24
  395:5 397:21 399:2,5
  401:1,24 404:1,16,25
  405:22 408:12,13
  421:18 424:4 427:6
  433:2 444:12 449:19,21
  453:4
**bell** 401:3
**Bennett** 339:25
**BERTEK** 329:3
**best** 351:7 362:5 395:1,4
  418:12
**better** 353:14 367:15
**beyond** 348:16,19 363:13
**big** 419:9,10 436:1
  445:18
**bill** 329:9 338:24 439:25
**billing** 338:22
**bit** 354:10 441:13
**blank** 336:7
**blanks** 357:6,14
**blend** 349:16,18 417:5
  423:7 424:17
**blended** 423:1
**blending** 423:3
**Bliesner** 339:19
**blister** 405:8,16 406:25
  437:2
**Board** 459:3
**bodily** 451:4
**bolded** 410:7
**boss** 351:22
**bottle** 402:17 421:1,1
  442:6
**bottles** 388:24 389:2
  402:17 405:8 406:24
**bottom** 373:4
**bought** 346:17 401:11
**Boulevard** 327:16 328:5
  328:9 332:8
**brand** 418:7 419:1
**break** 333:11,13 369:9,16
  376:16 390:14,17
  391:14 392:10
**breaking** 369:8
**Bridgeside** 328:9

**brief** 369:19 392:7
  416:23 445:4
**bring** 346:16 355:19
  384:18 445:19 448:12
  448:13
**bringing** 335:20
**broadbrush** 421:13
**Brooks** 354:2,4 361:12
  361:14 362:16 363:17
  416:8
**brought** 333:18 335:14
  382:5
**bucks** 415:14,20
**Building** 328:17
**bullet** 418:11,17
**burning** 416:17
**Bush** 329:6
**business** 347:20 348:1,2
  349:2
**B-2407** 327:15

---

**C**

**C** 371:13 459:1
**California** 328:13 329:7
  336:22 337:16
**call** 335:13 378:9 397:17
  448:7 451:19
**called** 334:14 341:3
  343:23 345:14 347:21
  417:22 418:3
**calls** 334:13 369:7
**campus** 359:25
**capable** 382:25 419:14
  432:23
**captain** 343:5
**cards** 423:20
**cared** 361:2
**career** 349:15 360:1
**Carolina** 328:9
**Carter** 328:8 332:13
  334:21 335:17 371:12
  449:16
**case** 336:17 339:22
  358:10 360:15 393:21
  394:23 395:23 401:13
  412:8 418:6 444:11

PLAINTIFFS' EXHIBITS 008815

448:7 449:22,24 454:17
454:22 459:13,14,17
**cases** 359:2 364:21
450:16
**categories** 420:10
**caught** 397:25 437:5
**cause** 424:3 425:25 426:1
457:20
**CCR-B2407** 459:24
**Celsis** 331:10 400:23
401:22 402:12,21 403:7
419:16 432:10,20
**centers** 368:12
**certain** 435:8
**certainly** 353:19 405:22
**Certificate** 330:11 457:1
**certifications** 341:9
**Certified** 457:6 459:6
**certify** 457:7,19
**cetera** 455:17
**CGMPs** 410:9,13
**chair** 335:5
**chance** 360:11 402:7
451:20
**change** 395:12 406:13,16
407:2,2
**Chapter** 331:12 370:15
**charge** 351:23 459:16
**charging** 338:17
**Charleston** 327:2 332:5
**chart** 449:8
**Chatham** 457:4 458:3
**check** 377:1 399:4 412:22
**checked** 423:5
**checking** 403:1 423:11
**chemical** 340:25 341:7,8
356:12,14
**chemist** 343:12 344:7,13
351:15 352:23 355:23
403:4
**chemistry** 340:15 342:2,5
342:5 344:1 355:8,8
389:25
**chooses** 396:1
**chromatography** 354:11
354:12

**chronological** 337:6,7,8
**Cincinnati** 440:25
**citation** 424:16 425:3
**citations** 423:15 426:9,17
**cite** 413:21 416:9 429:25
430:11 431:11,22 435:5
436:18
**cited** 431:14 435:10
**ck0** 362:3
**clarify** 385:11 433:6
**Claudio** 385:24
**cleaning** 424:1,11
**clear** 333:8
**Cleveland** 328:18
**client** 400:14 421:9 433:9
**clients** 364:19 400:3
**client's** 454:17
**clued** 361:15
**code** 389:17
**coincidence** 432:18
**colleague** 333:23 409:4
444:25
**collects** 372:9
**college** 340:12,13,16
**combination** 376:10
380:16 412:6
**come** 365:22 412:4
427:17 429:14 433:24
**coming** 344:19 349:9
381:7
**commencing** 327:17
**comment** 428:10 450:10
**comments** 374:4
**commerce** 452:16 453:8
**commissioned** 401:10,21
**commissioner** 428:3
**commit** 370:19
**common** 354:13
**communicates** 370:18
**companies** 364:14 372:9
**company** 344:3 345:14
346:1,6,14,23 347:19
350:11,13 355:14 358:4
364:23 365:6,14,22
367:21 376:23 378:16
378:20 381:16 400:8

409:2 410:13 434:1,13
434:17
**company's** 366:6
**comparable** 372:12
**complete** 353:12,19
387:5 457:17
**completed** 356:16
**completely** 451:16
**compliance** 370:6 381:17
382:4,6,14,15,23 390:1
391:25 451:17
**complicated** 455:16
**complied** 393:5
**complies** 422:22
**comply** 411:23
**complying** 410:13
**components** 346:21
423:24
**compound** 357:23 366:19
367:7 379:14
**compounds** 343:13
344:15
**computer** 380:24
**computer-aided** 457:15
**concern** 424:3
**concerned** 426:25 429:6
**concerning** 403:19
404:18
**concluded** 446:5 456:2
**concludes** 455:6
**conclusion** 446:3,7,9,14
446:19,20,22,23,24
447:7,11,15
**conclusions** 381:21
387:11 408:25
**concrete** 398:6
**conduct** 450:8,11,17
**conducting** 408:8
**confidence** 421:5 432:23
**confidentiality** 364:22
**confined** 355:19
**confirm** 387:6,18 388:3
**confirming** 387:24
**conform** 402:13
**connected** 337:13
**connection** 343:22

**consecutive** 381:22
**consent** 367:22 374:12,15
374:16 378:24,24
379:16 381:16,22 382:3
382:22 419:7,9,11
420:12 447:13 451:14
**consider** 341:17 359:1
361:16 364:6,11 370:23
443:25
**considered** 355:9,14
383:12 388:2,4
**considering** 355:20
**consistency** 406:1 408:4
**consistent** 432:12
**consistently** 436:22 437:3
**consultant** 360:1 384:19
433:25 434:21
**consultants** 382:5,14,19
**consultation** 341:23
399:24
**consulted** 341:21 360:2
367:22 400:7,14 433:8
433:18
**consulting** 338:21 364:18
365:3 400:1
**consumer** 350:18 365:10
366:9 373:22,25 374:2
383:16 397:25 398:19
398:20 419:6,25 430:22
**consumers** 365:15,19,25
366:9 384:7 396:9,20
420:19,20 434:16,20
436:25 451:5,20 452:14
453:7,9,16,19 454:1
**consuming** 451:6
**contact** 407:4,7
**contacted** 397:14 459:7
**contained** 387:20 398:13
**contains** 401:19 422:3
**content** 349:21 350:4
352:8,13,16,18 353:9
357:4 372:15 393:8
407:15 430:19 431:8
432:1
**context** 337:21 366:12
373:17

PLAINTIFFS' EXHIBITS 008816

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 4

**continued** 327:11 342:23
**contract** 459:10
**contract/agreement** 459:12
**contradiction** 411:21
**contradicts** 411:6
**contrary** 410:25
**contribute** 363:18 364:2
**control** 341:13 342:2,6
346:3,9 368:11 389:24
452:23
**Cont'd** 329:1 331:1
**conversation** 363:23
440:17
**copy** 371:4 388:17 422:8
448:23 449:15
**core** 342:1
**corner** 398:16
**correct** 334:18 338:12,13
350:24 354:13 355:1
360:18 363:11,15
365:15 367:4,18 371:7
371:25 372:7,10,12
373:25 377:8,23 381:3
381:25 382:23 384:24
385:5,17,20 387:21,24
388:1,14 389:23 392:13
393:2,5,9,13 395:20
402:19 403:21,23 404:5
404:8,20 405:4,5 406:2
408:11,14,15 410:5
412:3 421:13 426:24
427:13 430:9,19 431:9
437:11 443:17 445:24
446:14,19 447:13,18,19
449:24 450:9,14
**correctly** 351:19 370:21
371:1 444:2
**Cosmetic** 383:7 387:20
**Council** 459:4
**counsel** 327:12,14 328:1
329:1 332:10 449:5,14
457:20 459:13
**count** 386:13 388:24
**County** 457:4 458:3
**couple** 334:13 340:6

351:16 353:13 356:7
358:24 395:10 415:20
421:2 429:14
**course** 359:23 384:16
**court** 327:1 332:4,23
374:12 380:23 381:1,6
381:10 382:24 455:20
459:3,6,7,8
**cover** 459:15
**covered** 340:7 390:8
448:10
**co-author** 416:8
**co-authored** 353:24
354:6
**create** 356:2 357:13
**credibility** 408:8
**cross** 330:5 403:5 447:24
450:23 452:11
**cross-outs** 403:2
**CSR** 327:15 458:5
**current** 385:2 407:5
410:4
**Currently** 384:25
**curve** 353:14
**customary** 459:16
**customers** 346:15
**C-E-L-S-I-S** 401:1

**D**
**D** 330:1 459:1
**daily** 437:4
**danger** 452:14 453:7
454:1
**dangerous** 365:23 367:4
**dark** 388:12,18
**data** 395:17 396:7,8,10
396:18,25 397:3,4
398:5,5,6,12 399:25
400:1 402:21 404:12
408:11 421:16 426:13
426:15 434:24,25
**date** 338:25 348:16,19
374:17 375:9 377:10
403:6 453:10,15 457:9
459:23
**dated** 331:13,15,16,18

385:15
**day** 351:21 429:15
448:17 452:1 458:2
**days** 356:5 357:1
**deal** 419:9
**death** 451:4 452:15 453:7
454:2
**December** 385:10,16
387:3
**decided** 344:7
**decides** 382:24
**decree** 367:22 374:12,15
374:16 378:24 379:16
381:16,22 382:3,22
419:7,9,11 420:12
447:13 451:14
**deemed** 374:12
**defected** 437:13
**defective** 361:8 416:10
418:13 419:5 432:17,19
433:24 434:15,20 438:7
438:18 447:8
**defendant** 334:5
**defendants** 327:12
328:14 329:3 330:16
331:2 332:18,20 360:22
448:7 450:3
**defense** 339:21 348:9,12
348:15,17,21,22 349:3
**defer** 441:16,18,19
**defined** 383:6
**defines** 413:13
**definitely** 350:3 407:13
**definition** 341:20 363:14
383:13 387:19 409:6,11
409:15 413:5 414:2
415:6
**definitions** 341:24
**degree** 340:13,15 342:24
365:4 438:17
**demonstrates** 418:6
**Denise** 338:22
**department** 346:3,6
348:9,11,15,17,21,22
349:3
**depending** 429:20

**depends** 412:6,17 414:25
**deposed** 339:12
**deposition** 327:11 331:19
332:2 333:22,23 334:18
338:6,11,18 339:5,15
353:23 369:25 371:7
381:7 392:12 406:21
440:7 443:15,16 445:12
445:14,23 448:10,13,14
448:16,20 455:6,11
457:8,16 459:8,9,15
**depositions** 333:6 339:11
339:12 405:14 440:24
**description** 330:17 331:3
389:7
**destroyed** 397:23
**detail** 421:12
**detected** 436:24 437:10
**determination** 370:6
374:9,23 412:11
**determine** 396:13 406:5
**developing** 343:13
344:13
**development** 346:10
**deviations** 380:4 429:10
**diagram** 342:4
**die** 440:21
**died** 437:7 440:12
**difference** 336:12 360:4
366:23 425:15,18,21
426:5 445:18
**different** 353:20 358:25
367:1 426:1 432:9
446:19 447:2
**differentiate** 336:2
**Digitek** 327:5 331:10
332:5 334:8,16 337:16
338:11 339:1 361:8
372:21 375:13,15,20
376:2,3,8 378:4 379:24
379:25 383:6,11,16,19
384:6 386:9,12,13,24
386:25 388:24 392:16
392:17 393:15 395:2,15
395:16 396:8,15,19
398:8 401:5,11,20,25

PLAINTIFFS' EXHIBITS 008817

402:13,25 403:20 404:3
404:18,19 405:2,3,7,17
405:24 406:24 407:9,21
408:2,17,23 415:2
417:7 418:3 419:5,12
419:24 420:18 422:4
423:17,24 425:10
426:11,18 427:11 430:2
430:13,14 431:13
432:11,18 433:24,25
434:2,15,20 435:7
436:20 437:16 438:7,18
438:23 440:8 442:2,14
442:22 443:7 447:8,17
450:8,13,18 451:3
452:14,24 453:2,6,15
453:19,25 454:19
**Digoxin** 352:8,13,16
368:10,14,18,19,22,24
369:3 372:25 418:2
424:17 440:20
**diligently** 450:2
**direct** 330:3 411:21 424:6
**directing** 371:24
**directly** 342:8 345:7
349:5 401:6 411:6
**director** 346:13 351:25
**disagree** 387:10,14
**discharge** 343:4,5,6
**disclosure** 330:12 459:5
**discount** 459:17
**discovered** 432:19
**discuss** 364:1
**discussed** 363:22,24
**discussion** 455:9
**dispute** 386:19,21
**dissatisfied** 379:11
**dissertation** 342:9
**dissolution** 393:9 401:25
407:17 430:19 431:8
**distracting** 403:9
**distributed** 409:13 451:6
453:3 455:13
**distributing** 450:8
**distribution** 450:18
**distributor** 405:11

**distributors** 401:5,10
**district** 327:1,1 332:3,4
351:23,25 429:13
**Division** 327:2 332:5
**document** 333:16 352:2
370:3,8,16 375:11
376:1 378:2 383:18
388:10,22 389:6 401:16
401:19 403:11 404:24
413:10 420:23
**documentation** 379:24
453:10
**documented** 429:11
**documents** 333:18
358:20 378:2 379:8
380:8 390:23 391:23
398:13 403:19 404:3,18
405:2,14 417:4,15
419:4,23 420:17 445:20
445:23 446:9 447:12
448:11,14 453:13
**DOD** 348:16
**doing** 338:20,22 352:3,12
355:8 359:20 384:11
439:24
**dollars** 338:23 339:3
**Don** 328:11 332:15
335:11 357:20 369:16
380:25 381:5,13 394:8
451:25
**Donahue** 329:5 330:6
332:19,19 447:21 448:1
448:5 449:5,14,17,18
450:20
**dose** 346:24 347:3 349:4
349:16,24 352:19
356:14 357:4 368:24
403:22
**doses** 440:20
**double** 376:12,13,23
383:24 397:1,12,13,15
397:16 398:9,10,14,18
405:15,25 417:8 420:13
425:15,20,25 426:6
436:23 439:8 443:17
444:18

**doubt** 390:9
**doubting** 390:12 418:20
**doubts** 433:13
**dozen** 342:8
**Dr** 338:21 428:3 440:25
**draft** 351:20
**drafted** 352:1 360:14
**drew** 335:24 336:2
408:24
**drive** 448:15,24
**drug** 354:8 362:14,22,25
363:4 365:24 367:4
383:7 387:20 407:3,7
410:9,14,19 412:7,8
418:1 422:1
**drugs** 348:14,16 417:23
418:3,7
**drum** 436:1,14
**due** 455:24
**duly** 333:2 457:10
**duties** 359:14
**duty** 343:6
**dying** 440:8 441:8

**E**
**E** 330:1,15 331:1 459:1
**earlier** 351:19 443:22
449:21
**easy** 349:12
**effect** 343:16 362:11
409:11 423:10 426:14
436:21 438:13 444:13
**eight** 440:8 441:8
**EIR** 337:4,5
**EIRs** 358:16
**either** 333:17 345:1 358:3
367:21 381:9 389:2
398:9 409:13 417:5
436:24 437:7 448:15
450:3
**Elizabeth** 327:13 328:15
**Ellis** 328:17 337:2
**Embassy** 327:15 332:8
**employees** 436:19
**employer** 395:20
**employment** 343:8

**ended** 346:13 374:18
**enforcement** 370:20
**engrained** 414:17
**enrolled** 342:19
**entire** 451:15
**entities** 448:6 450:12
**equated** 360:12
**equipment** 424:2
**equivalent** 344:20
**Ernst** 328:11,12 330:8
332:15 335:12 336:22
357:22,25 366:17 367:5
367:20 369:6,10 375:6
377:24 378:5,13 379:5
379:14 380:1,12,15
381:5,11 383:22 384:8
385:11,14 394:4 397:8
398:11 409:17 414:1,5
414:15,23 415:9 416:7
427:4 438:12,20 439:2
443:10 451:24 452:3,6
452:9,12 454:5,12,16
**erroneous** 443:12
**ESQUIRE** 328:4,8,11,16
329:5
**essence** 384:21
**essentially** 338:10 356:4
360:21 370:11 391:8
419:13 448:21
**Establishment** 358:17
**et** 455:17
**Euclid** 328:18
**evening** 336:16
**event** 378:3,7 379:3,12
379:20,25 380:2,5,10
380:13,18,20 441:4
**events** 376:10 378:8
379:22 418:14 457:21
**everybody** 381:4
**evidence** 350:19 367:2
379:1 411:5 424:15
**evolution** 362:7
**evolved** 362:5
**exact** 363:23 437:20
**exactly** 414:11 442:10
**examination** 330:3,5,9

PLAINTIFFS' EXHIBITS 008818

333:3 447:24 450:23
452:11 454:8 457:13,18
**example** 373:11
**examples** 339:25
**excellent** 455:20
**excipients** 356:21
**excuse** 353:15 359:22
449:3 450:25
**exhibit** 330:16 331:2
337:5 353:23 360:16,17
361:7,10 369:24 370:14
371:6,9 385:7,13 386:4
387:2 388:7 399:1,3
401:15 402:4 403:14,19
403:24 404:14,17,23
409:23 410:1 411:1
416:3 417:21 427:10,21
445:11,15
**exhibits** 371:11 390:8
391:7 392:12 393:1
399:4
**exist** 393:18
**existing** 434:24,25
**expanded** 346:6,14
**expensive** 366:5
**experience** 357:8,16
364:15 365:2 371:23
453:13 455:11,21
**expert** 341:17,20,23,24
364:6,12 393:21 394:22
415:2 425:25 441:11,12
441:13
**expertise** 342:1,11
**experts** 339:22 390:9
**expiration** 348:16,19
**expired** 381:24
**explain** 353:4 411:4,9
430:3
**explanation** 377:21 414:4
**extend** 366:11
**extra** 376:12
**extremely** 432:25
**eyes** 389:3
**e-mails** 334:12
**E-R-N-S-T** 381:5

## F

**F** 375:17
**fabrics** 348:14
**facilities** 336:3,13 368:12
**facility** 369:4 370:4 382:6
384:11 397:17
**fact** 361:8 365:23 383:25
396:18 401:9 405:13
409:13 411:20 414:13
415:5 416:5 418:5
425:20,25 432:17
433:13 434:1 437:13
446:23
**factors** 412:6,10
**Facts** 410:4 417:22
**fail** 407:22
**failed** 408:3 452:23
**failure** 374:5,10,11,24
375:12 441:23 442:1,13
442:18,25 443:1,5
**fair** 444:17
**Falls** 336:3,12
**familiar** 353:6 408:20
454:14
**far** 341:6 359:5 370:21
389:10 402:9 439:15
**Farley** 327:12 332:3
333:1,5 347:22,23
362:12 369:24 396:18
406:21 428:17 434:15
436:7 445:9 448:2
449:20 450:15 455:6
**FDA** 344:15 347:17
348:6 349:12 350:9,16
350:20,24 351:2,9
358:3,5,11,19 364:15
365:5,13,21 366:7
370:3,19,23 371:23
372:9 374:9,12 375:11
375:14 376:1,11 377:8
377:12,18,21 378:16,21
379:2,10 380:9,19
382:3 383:17,23 384:5
384:17 385:4,16 387:3
388:8,23 390:1 391:23

392:16,16 393:4,7,15
395:2,20 396:1 406:23
408:13 409:9 410:24,25
411:23 412:14 413:11
414:16 418:19 422:17
423:16 424:16,25 425:3
425:5 426:5,16,21,25
427:25 428:5,9 429:6
429:25 430:9,11,14
431:11 432:19 433:20
435:5 436:18
**FDA's** 358:22,24 359:5
379:23 410:3 416:4
417:22 418:5 419:19,22
427:17
**FDCA** 415:6
**February** 388:23
**federal** 348:9 349:11
**feel** 353:16 415:10
**feeling** 420:21
**felt** 428:22
**field** 343:25 344:1 377:18
395:2 412:15 446:18
**figure** 356:1 433:12
437:18
**figuring** 400:15
**files** 377:10
**filling** 436:25
**final** 330:18 343:5 346:22
370:6,24 374:8,23
415:25 446:1
**finance** 340:17
**financial** 459:17
**find** 363:15 380:8 389:11
390:22 393:22 398:17
398:22,24
**finding** 398:13 412:1
429:10
**findings** 444:18
**fine** 335:15 365:13,13
369:12 390:24 443:24
456:1
**finished** 337:24 343:7
350:15 417:5 421:20
428:4,24 429:1,7 430:1
430:5,7,12,17,21 436:6

443:24 444:25
**firm** 338:17 415:13
**firms** 346:16,20
**first** 333:2 343:8 369:25
373:7 376:17 387:2
388:23 401:16 403:16
411:3 427:6,6,16
429:21 440:7 443:16
445:14
**fit** 405:16
**five** 444:4,5,24
**flaw** 423:11,11 431:16,17
**Flipping** 440:5
**flow** 451:15
**folder** 335:4
**follow** 363:1 442:10
**following** 410:8 423:16
425:5 430:1,12 459:4
**follows** 333:2
**follow-up** 409:7 448:9
454:10
**Food** 383:7 387:20
**foregoing** 457:8,16
**forensic** 355:4 357:14
**forget** 335:8 374:17
377:1 409:24 423:8
**forgot** 391:16
**form** 330:19,20,21,22,23
331:4,5,6,7,8,9,13,14
331:16,17 346:10
358:11 369:25 370:2
377:24 378:5,13 379:5
379:14 380:1,15 383:22
384:8 388:7 394:5
397:8 402:15 409:17
414:1,5,15,23 415:9
416:7 427:4 438:12,20
439:2
**formed** 347:20 395:12
**former** 395:20
**formula** 422:11,16,23
423:17
**formulated** 427:16
**formulating** 425:7
**forth** 430:5
**found** 376:13,13 387:14

James J. Farley          Volume II & Videotaped          January 19, 2011

390:1 391:24 392:17
393:15 395:2,10 397:18
402:1 420:14 423:5,10
423:11 431:16 454:18
**four** 342:20 351:6
**fourth** 370:17 381:21
418:11,17
**Francisco** 329:7 448:6
**Frank** 339:13,19
**Freedom** 393:22 394:6
394:14,23
**French** 342:23 343:9,23
**friend** 361:19
**front** 371:16 415:11
418:21 419:2
**full** 370:17 429:12,20
**function** 346:8
**functioning** 382:20
**further** 451:22 457:19

### G
**Garrett** 327:15 457:6
458:5 459:23
**gas** 354:11
**Gene** 354:2,4 361:14,18
361:18 362:11,16,18,21
**general** 411:22
**generally** 360:11 411:14
**generate** 407:5
**generic** 415:13 417:22
418:1,2,3,7 422:2
**gentleman** 336:12,18
**Georgia** 327:16 332:9
457:3,7 458:3 459:4,6
**getting** 342:21 365:11
366:23 389:3 409:14
411:20 414:24 425:23
**give** 333:17 338:8 339:3,9
343:21 351:3 353:14
359:7 362:6 390:20
408:8 412:15 414:4
434:9 444:13
**given** 334:1 377:22
418:12 439:15 459:18
**gives** 362:7 410:12
**glancing** 402:8

**GMP** 363:19,24 364:3,7
435:19
**GMPs** 343:15,18 363:24
381:17 382:4,18,23
384:23 411:13,23
415:14,21 416:2
**go** 333:6 336:1 340:6
342:17 343:22 344:10
345:13 347:17,19 348:5
348:8 351:1,8 356:10
358:24 361:13 363:13
366:21 371:18 373:3
374:3 375:16,16 377:10
378:18,19,23,24 382:10
383:1 386:10 388:13,13
390:11,21,22 391:2
392:4,20 398:16 400:6
402:7,9 409:22 411:12
412:10,22 416:18 417:1
417:19 418:25 428:13
430:22 437:4 444:23
452:5,7,19
**goes** 417:20
**going** 335:13 344:22
350:14 355:24 356:1,2
356:2,3 360:24 362:9,9
366:17 367:8,11 369:6
369:13,16,17 381:3
384:9,10 391:6,8
392:22 401:15 417:14
429:16 433:8 435:25
442:10
**good** 332:1 348:19 386:2
396:14 400:4 403:3,3
408:6 410:4 420:22
430:15 432:24 434:19
434:25 442:7 443:12
448:2
**gotten** 429:17,19,23
**Government** 348:9
**graduate** 342:14 359:21
**great** 394:8
**grew** 346:6
**group** 338:21 346:10
**guarantee** 411:18
**guess** 337:3 365:10

**guys** 416:9

### H
**H** 330:15 331:1
**half** 333:13 335:15
348:23 384:18
**halfway** 410:7
**Hanburg** 428:3
**hand** 401:15 458:1
**handed** 337:4
**handing** 388:6 404:14
409:25
**hands** 365:24 384:7
396:9,20 398:19,20,21
419:5,25 420:19,19
429:12,20 434:16,20
**hang** 360:16
**happen** 335:15 366:25
378:10
**happened** 362:20 377:11
380:22 398:2,5,6
405:10
**happy** 409:19 428:14
**hardness** 424:22 425:12
**Hardy** 329:6 332:20
448:5
**harm** 365:10,15,19
373:22 374:1 383:16
395:14,15 418:15
453:16,19
**harmed** 366:10 412:9
**harmful** 373:25 396:15
396:19 411:16,16 413:4
**Head** 455:3
**hear** 335:11 366:22 402:5
430:7 443:1
**heard** 338:7 340:2 402:20
404:11 413:10 440:11
454:12
**held** 418:8
**help** 347:12 394:12
400:15 419:15
**helped** 341:22 347:9
**helping** 382:20
**hereunto** 458:1
**high** 418:6 438:19,24,25

**439**:3,4 446:24 451:18
**highlighted** 354:23 389:4
**highlighting** 354:22
**highly** 346:19
**hired** 394:22 421:9
**hold** 341:9
**home** 376:14,17 397:19
408:18
**homes** 368:11
**hope** 342:9
**hospitals** 368:11
**hour** 333:13,13 335:15
338:23
**hours** 338:8,14 356:5
357:7,15 448:18
**housekeeping** 445:10
**Houston** 328:6
**HPLC** 352:25
**hundred** 388:24 395:10
420:25
**Huntington** 328:17
**hurts** 366:5

### I
**idea** 360:23 368:16
441:19
**identify** 359:4 385:12
**identity** 387:6,18,24
388:3 413:2
**II** 327:9
**impact** 363:18 364:2
**implied** 411:14
**important** 337:3 395:7,9
395:11 400:20 405:20
407:24 454:22,24
**impossible** 357:18
**impression** 443:21
**improper** 411:15 442:2
**impurity** 393:9
**inadequate** 378:7,9
451:16
**incapable** 374:13
**incident** 376:18 377:8,14
377:18,22 444:1,9,17
444:22
**include** 372:2

PLAINTIFFS' EXHIBITS 008820

James J. Farley          Volume II & Videotaped          January 19, 2011

**including** 339:2 375:20 383:6 421:14 422:20 452:15 453:7 454:2
**income** 348:4 349:9
**inconsistent** 357:7,16,17 357:18 423:25
**incorrect** 402:3
**index** 412:8
**indexes** 372:19
**indicate** 378:3 380:9 419:4,23 420:18 423:23 425:4 426:10,17
**indicated** 378:6 420:23
**indicates** 413:23
**indicating** 387:5 397:4
**indications** 380:16
**indicative** 396:12
**industry** 341:18 344:9 411:14,23
**ineffective** 373:4,8,10,13
**influence** 378:3
**informal** 370:17
**information** 343:22 368:10 393:22,23 394:7 394:14,23 401:20 406:1 407:24 408:17,23 413:23 425:21 427:17 440:10 441:5 453:9 454:21,24
**ingested** 437:7
**ingredient** 354:9 356:19 362:15 373:12,24 422:14 425:17 426:3,7 426:12,19 427:20
**ingredients** 422:13
**initials** 403:5 423:12
**injunction** 378:19
**injured** 366:10 451:21
**injury** 451:4 452:15
**inspect** 428:9,14
**inspected** 384:11
**inspection** 351:2 358:17 370:4 376:12 429:9
**inspectional** 370:5
**inspections** 428:15,19
**inspectors** 428:12,25

**instance** 352:5 353:14
**instances** 359:4
**intend** 432:16,21 450:16 450:19
**intended** 344:21 405:15
**interacted** 345:9 346:19
**interest** 381:13
**interested** 457:21
**interpretations** 412:15
**interpreted** 350:24
**interrupted** 342:21
**introduce** 332:11
**introduced** 336:20 448:4
**invariably** 407:19
**inventory** 423:19 424:13
**investigating** 380:4
**Investigation** 358:7
**investigator's** 351:14
**involve** 343:14
**involved** 346:14,20 349:3 349:5,21 435:14
**involves** 435:16
**in-person** 334:15
**isolate** 379:23
**isolated** 377:22 444:1,8 444:17,19,22
**issue** 379:19
**issues** 364:20

---

## J

**J** 327:11 329:5 332:3 333:1
**James** 327:11 332:3 333:1 347:22,23 455:6
**January** 327:17 332:7 458:2 459:23
**Jersey** 339:14
**Jim** 361:25 362:3,11 415:14
**job** 356:9
**Johnson** 328:8 332:13 334:21
**Joseph's** 340:16,16,19 342:19,24
**journal** 361:22
**judgment** 418:12 443:3

**Judicial** 459:4
**July** 337:4 448:16
**June** 333:23 334:2,7 338:6 340:4,9 348:25
**jury** 432:17

---

## K

**Karen** 339:13
**Kaska** 329:9
**keep** 423:19
**keeping** 355:19
**Kerensky** 328:4 330:7 332:12,12,15 334:20 336:1 369:8 382:8,11 386:1 389:7,11,16 390:14,18,25 391:17,21 392:3,10,15,20 394:1,6 394:11 402:15,19 404:6 404:9 450:24 451:22 452:5,7 455:3
**kind** 393:22 399:24,25 408:10 409:10 430:23 430:25 431:5 454:21
**Kinney** 339:13,19
**Kline** 342:23 343:9,20,23 345:1,19 347:13 350:2
**knew** 408:7
**know** 333:5,12 336:18,23 336:24 337:3,11 338:19 338:22,24,25 353:2,11 353:18 360:4,20 361:22 362:24 372:5,21,24 373:19 381:6,10 385:22 386:8 393:18,20,24 394:2,13,21,25 395:4,5 395:7,9,12 400:23 401:9,12,12 405:10,13 405:18,20,23 406:8,11 407:23,25 410:22 413:9 413:11,16,19 416:1 420:10,17 421:19,24 422:10,16,19,25 423:21 424:20,24 425:9,13,24 427:22,24 428:12 430:23,25 431:1,2 432:22 433:20 434:19

435:12,24 436:12,13 437:14,15,15,16,19 438:2,5 440:10,19 441:3,6,10,13,14 443:7 444:16,21 449:10 455:10
**knowing** 442:7
**knowledge** 365:5 370:10 374:8,22 383:23 395:1 406:23 407:21 438:13 438:22
**knowledgeable** 341:21
**known** 396:11
**knows** 381:5 426:5

---

## L

**L** 459:1
**La** 340:13,14 342:15
**lab** 357:3 363:4 371:24 372:24 387:6 434:23
**label** 435:19 436:8,12,13
**laboratories** 329:4 331:13,14,16,17 332:21 343:10 344:11 346:14 400:24 454:18
**laboratory** 354:8 362:13 362:22
**Labs** 402:12,21 403:8 408:17,20 419:16 448:7 450:4
**lack** 418:14
**ladies** 428:15
**large** 406:6
**latest** 445:11
**law** 338:17 350:19 361:25 362:1,11 410:14 416:9
**lawsuit** 334:5
**lawsuits** 398:7
**lawyer** 353:24 364:8,11
**lawyers** 334:8,16 337:16 338:5 360:21 393:20 394:2,14,19,21,22 398:8
**lead** 412:1
**leads** 397:24
**leave** 345:18,21,23

PLAINTIFFS' EXHIBITS 008821

397:17
**leaves** 430:22
**leaving** 382:6
**left** 343:22 346:4 423:12
428:13 432:5
**legal** 364:7,12
**lengthy** 421:7
**letter** 330:18 351:12,18
351:24 370:17 375:25
378:18,21 379:16
383:24 384:2,3,6
385:10,15 387:3 420:2
**letters** 351:10 358:14,15
368:3 370:24 395:23
419:4 420:11 421:2
433:21 447:12 451:14
**let's** 333:6 340:6 355:23
361:22 367:11 371:18
373:3,7 374:3 375:16
376:16 377:11 383:1
388:13,13 390:14,19,21
392:3 395:17 397:2
407:20 417:1,19 444:23
455:3
**level** 405:11 441:14,15
**Liability** 327:5 332:5
**licenses** 341:10
**lies** 341:20
**lieutenant** 343:6
**life** 407:2
**liked** 344:6,7
**likelihood** 395:14,15
411:15,19,24 412:4,13
412:16,19 413:24
415:16 417:20,20
419:24 420:18 433:2,3
451:19
**Lipitor** 415:12
**liquid** 354:11
**list** 354:15,17 399:4,7
**listed** 354:25 355:1
**listen** 394:7 447:4
**listening** 447:5
**lists** 370:3 422:13
**literature** 409:9 410:23
412:21 413:21

**litigation** 327:5 332:6
333:22 334:9,17 337:17
339:1 359:6 383:11
398:8 408:11 415:2
441:1 459:18
**little** 336:3,12 337:12
342:9 346:12 354:10
365:11 373:12 390:14
425:21 441:13
**LLC** 327:13,13 328:8,14
328:15
**LLP** 328:17 329:6
**location** 457:9
**log** 448:17,17 449:7,9
**long** 343:19 344:5 345:11
345:16 347:23 348:21
356:5,23
**long-term** 455:21
**look** 333:16 351:9 353:13
358:22 371:11 374:21
380:22 386:5 388:11,22
389:22 390:5 391:13
400:20 401:18 402:2
408:23 421:3,10 431:5
435:3 436:11 437:10
441:19 444:8
**looked** 337:24 386:8,18
386:23,24 419:21
428:25 429:8
**looking** 358:19 381:12
384:14 389:1,1 390:3
402:5 403:6 404:11,21
405:5 420:24
**looks** 406:24 410:6
**loss** 349:20 363:22
386:16 413:8
**Lot** 403:20 404:3 405:2
**Lou** 339:24
**love** 394:10
**low** 438:8,9
**lubricants** 343:24
**Luis** 328:13
**lunch** 361:19

―――――――――
**M**
**M** 339:24

**Madam** 332:23
**making** 337:22 344:20
347:4 367:7 374:13
382:14,25 419:14
426:18 432:23
**management** 335:20
359:25
**manual** 331:11 358:5,8
370:11,15 412:22
413:22
**manuals** 412:15
**manufacture** 346:24
347:2,10 349:4,5
436.20
**manufactured** 451:3
452:16,24 453:2,15
**manufacturer** 410:8
**manufacturing** 342:7
347:12,16 387:5,16
389:17 410:4 418:2
421:10 422:20 424:21
425:14,24 426:11
434:23 435:16 451:15
**Margaret** 428:3
**Mark** 339:13
**marked** 353:23 388:6
445:14
**market** 346:17 366:5
411:20 413:25 418:13
433:4 434:2 439:13
451:20
**marketed** 387:7
**marketing** 340:17
**marketplace** 365:24
367:4 383:20,25 384:7
384:13 400:10,11,17
439:8 446:7 447:8,18
**Martha** 339.25
**master's** 340:15 342:17
**material** 360:18 379:10
380:9 382:13 383:15
398:17 400:5 411:24
423:19 433:3 441:4
453:14,24
**materials** 338:5 339:6,7,8
340.4 344:14 347:14

**Madam** 332:23

**Matt** 335:12 381:11
**matter** 355:11 370:19
**Matthew** 328:16 332:14
332:17
**matthew.moriarty@tu...**
328:19
**MATTISON** 328:12
**ma'am** 448:3
**MBA** 340:17
**McKee** 459:7
**MDL** 327:6 332:6 367:9
**mean** 347:4 352:21 364:3
368:14,17,18,19 373:8
373:15,19 381:24
396:24,25 402:11 403:2
410:18 422:8 429:15
434:13 437:4 449:3
**meaning** 363:19
**means** 368:16 409:12
413:23 414:2,10 415:7
435:22,24,25 436:8,10
436:10
**measure** 353:13
**measured** 376:19,20,23
446:17 447:16
**measurements** 397:6
**Media** 369:22 445:6
455:7
**medical** 369:3 437:7
**medication** 415:11 421:5
**meet** 346:22 361:19
**meeting** 334:15,23
335:23 338:2
**meetings** 413:11
**Meghan** 328:8 332:12
334:10,13,21 335:19,24
336:2,11 337:24 448:18
449:1,4
**member** 340:23
**mentality** 418:22
**mention** 450:2
**mentioned** 346:7 440:11
440:14
**met** 334:7 361:15
**metals** 343:24

PLAINTIFFS' EXHIBITS 008822

method 344:21 350:8,8
  350:11,12,16 353:9,16
  354:25 355:4,9,10
  356:2,3,12,14 357:9,13
  390:4 406:5 408:6,7
methodology 408:24
methods 343:14 344:14
  350:6,14 354:13 355:6
  372:12 380:3 389:25
  403:8 408:14 421:14
  435:1,6,9,9
microbiological 354:12
  356:13
microphone 335:9
middle 389:15
Mike 328:4 332:12
  334:10,20 336:11,16,23
  337:24 369:15
mike@jimmywilliams...
  328:7
mile 336:10,13
military 342:21 348:17
Miller 398:12 440:17
milligram 388:24 403:22
million 437:18,25
millions 437:19,24
mind 415:15 433:2,2,6
  435:18 436:7
minds 428:15
mine 424:8
minimizing 420:1
minute 361:13 434:4
minutes 335:18 390:15
  432:5 440:2 444:24
mirrors 387:19
mislead 351:17
missing 420:15 434:14
mjohnson@motleyrice...
  328:10
modified 362:19
moment 337:13 386:16
  406:17
months 356:6
Moriarty 328:16 330:4
  330:10 332:14,17,17
  333:4 335:11,19,21

357:20,24 358:1,2
  359:8,13 366:14 367:8
  367:12,15 369:12,15,23
  371:14 380:22 381:3,8
  381:12,14 385:13
  389:14 390:15,24 391:2
  391:5 392:2,14,19,24
  392:25 394:8,17 404:8
  406:14,22 416:16,20
  417:1,3 432:3,6,7
  434:10 439:24 440:3,4
  444:23 445:8 447:20
  451:9 452:1,18 453:21
  454:3,9 455:1,10,15,19
  456:1
Moriarty's 449:21
morning 332:1 419:20
  430:20 431:1,3
MOTLEY 328:8
mountain 379:22
moved 361:18
moving 361:16
Mt 328:9
Mulberry 327:16 332:8
Mylan 329:3,3,3 332:20
  360:2 401:10,21 448:6
  448:7 450:3,7,11,17
Myth 418:1
Myths 417:22
M.D 440:22

─────────────────
         N
─────────────────
N 330:1
name 336:21,25 364:23
  380:24 418:7
names 339:24 419:1
narrow 372:18
nature 363:23 421:11
NDA 359:23
near 417:25
necessarily 393:11
  410:18
need 333:11,16 371:11
  389:6 392:20 419:15
  425:21 429:14 444:3,7
needed 336:17 428:22

neither 365:21 441:2
  457:19
Nelson 440:25
never 355:25 357:12
  395:2 397:13 398:2
  405:24 455:22
new 339:8,14 343:13
  344:13 422:1 448:13
nice 361:17 362:2 396:17
  405:22
Nigel 338:21
night 334:10,17,24
  342:20,23 449:2,4
  454:15
NMS 408:17,20 454:18
non-compliance 383:5
Nope 353:6
normal 417:10 425:16
  426:1,6,11,18,22 427:1
  427:19 433:23 439:12
  440:20
normally 353:4 388:4
  401:7 431:2
notes 334:23 335:1,22
  336:9,25 337:1,10,12
  337:15,23 338:1 388:20
  440:5
notice 327:14 331:19
  360:22 380:19 426:21
  427:3 445:11,14 448:10
  448:11,13
number 330:17 331:3
  336:17 337:11,14
  351:17 355:16 371:9
  386:9,16 403:5 418:12
  437:20 444:11
numbered 371:20
numbers 403:3
nurse 376:14
nursing 368:11 376:14,17
  397:19

─────────────────
         O
─────────────────
O 459:1
oath 415:1
Obispo 328:13

object 366:17 369:6
  375:6 402:15
objected 357:25
objecting 394:9
objection 367:5,20
  377:24 378:5,13 379:5
  379:14 380:1,12,15
  383:22 384:8 394:4,4
  397:8 398:11 409:17
  414:1,5,15,23 415:9
  427:4 438:12,20 439:2
  443:10 451:9 452:18
  453:21 454:3
objections 367:9,10
  457:13,18
observation 424:16 425:4
observations 370:3,5
  426:10,16
observe 429:25 430:11
  431:12,22 435:5 436:18
observed 447:16
obvious 455:21
obviously 397:19
occurred 377:4,13 379:3
  425:10 427:12 446:23
occurring 360:11 441:20
OD 368:17
offer 450:16
offhand 362:17 377:1
  401:2,3,14 409:24
  413:17 423:9 437:20
  438:4
office 351:21 428:13
  459:7
official 458:2
officially 346:11
oh 340:21 351:15 353:8
  385:18 386:12 388:16
  388:21 391:2 434:17
  437:12
Ohio 328:18
okay 333:9,14,19 334:11
  335:6,22 336:6,15
  337:14 338:10 339:5
  347:9 348:20 349:15
  352:25 353:1,22 354:24

PLAINTIFFS' EXHIBITS 008823

355:3,25 356:4 357:3
357:19,24 358:1 359:14
360:1,14 362:13 363:8
364:1,24 366:13 367:19
368:25 369:13,20 370:2
370:10 371:18 373:23
375:11,16 376:7,16
379:7,19,20 381:4,15
382:10,16,21 383:2,10
383:17 384:17 386:17
387:17 388:14,21,22
389:15,22 390:7,25
391:11,15 392:3,19,20
392:24 393:14 395:1,17
395:18 396:20 398:16
400:6,14,17 401:15,22
402:1 403:11,18 404:10
405:6 409:4,20,22,23
410:1,22 411:9,25
412:14 414:20 415:2,22
416:15 417:1,19,20
419:16 420:11,17,19
421:6 424:7,9,15
429:25 430:15 431:11
431:21 432:6,12 433:5
433:9,18,21 435:18
436:4,18 437:21,24
440:3 441:11,22 442:8
442:12 443:4,14 444:6
444:23 445:9,10,12
446:3,8 447:7 449:19
450:1 454:16,21 455:1
455:17
old 339:7
once 343:7
ones 340:19
Operations 358:7
opine 450:6,7
opinion 337:22 353:12
   361:1 375:3 395:12
   415:17,18 438:6,14,16
   438:21,25 439:4,7,11
   439:16,23 451:1,7,11
   451:12,13,18 452:20
   453:11,12,18,23
opinions 358:10 360:23

379:9 395:23 420:6,7
   439:21 449:23 450:3,16
   454:22
opportunity 428:9
opposed 341:13 357:18
   361:11 414:21
oral 346:24 347:3 349:4
   349:16,24 352:19
   356:14 357:4
order 337:7,8 356:11
   375:10 377:12 407:1
   433:13
organization 341:2,4
   349:11
original 360:15 361:4,7
   371:10 409:25 448:16
ought 361:22
outpatient 368:12
out-of-spec 395:2 419:24
   420:18 431:18
out-of-specification
   365:23 367:3 383:19
   384:6 396:8,19 400:9
   400:16 409:12 417:6,8
   425:9 429:10 431:12,22
   431:24 434:2 438:23
   439:17 446:6,18 447:17
   453:2
overall 355:12
overdosing 368:17
overlaps 342:3
over-strength 368:20
Owners 341:3
owns 385:25
O.C.G.A 459:10

_____

**P**

P 328:16
packaging 406:5 407:2
   437:1
packs 405:8,16 406:25
   437:2
page 330:2,17 331:3
   336:5 337:15 370:16
   371:18,19,19,22 373:3
   374:3 375:16,17 381:15

381:20 382:17 383:1
   387:2 388:23 403:16
   417:25 430:18 457:10
pages 371:19
paid 339:1
Palm 328:12
paper 398:18,22,24
paragraph 370:17 374:4
   375:17 381:21 410:17
part 342:6 354:23 365:11
   383:14 389:5 400:21
   440:15
participate 364:19
particular 352:25 439:18
   442:6
parties 459:17
parts 348:13,14 363:10
party 419:15 457:20
   459:13,18
pass 403:8 404:12,12
   443:3
passed 362:3 403:10,20
   404:4,13,19 405:3
   436:6
patients 418:3,15
patient's 439:18
Pause 406:17
pausing 338:8 339:9
   343:21 364:21 384:9
   404:22
paying 338:23
peer 409:8 410:23 412:21
   413:21
pending 390:16 457:20
Penn 359:24
people 341:22 346:19
   352:12 353:11 411:22
   429:14 437:6 439:19
   440:20 446:17
percent 360:11 441:20
percentage 432:25 438:5
   438:6,17
perform 355:24
period 351:10 393:25
periodically 361:19
   424:20

person 352:2 361:14
   376:14 397:7 408:7
   412:9 423:1,2,5,11
   440:12
personal 353:12 415:17
personnel 429:20 435:2
persons 376:11
perspective 342:10
   382:13 421:8 440:13
Pete 398:12 440:16
pharmaceutical 341:18
   344:3,9 345:15 346:16
   349:4 350:15 352:19
   353:10 354:9 356:15,18
   358:4 360:22 362:12,14
   364:14,16 365:6,22
   373:12,24 400:8 425:17
   426:2,7,12,19 427:19
pharmaceuticals 329:3,3
   344:8 346:24 349:10
pharmacist 397:14
   398:21
pharmacists 396:9 397:7
   401:6 436:25
Pharmacopeia 350:6
pharmacovigilance 345:2
   379:20
pharmacy 359:22 372:10
Philadelphia 339:14
   340:14,20,21 343:10
   348:10 349:13 359:19
   359:25 372:25 408:18
phone 334:12 336:17,19
   337:11,14
phrase 387:17
physical 340:15 342:5
   397:6
physically 376:20 448:15
physician 440:23
Ph.D 440:25
pick 342:4
picture 400:21
piece 398:17,22 412:20
   413:21,22 441:5
pieces 376:16
pile 379:7

PLAINTIFFS' EXHIBITS 008824

**pilots** 341:3,5
**Pincus** 385:24
**place** 343:24 361:17
  421:3 427:16 429:21
**placed** 452:16 453:8
**plain** 409:18
**plaintiff** 334:4
**plaintiffs** 328:3 332:13
  334:8,16 393:20 394:3
  394:19,22
**plan** 449:23
**plans** 424:24 425:5,8
  428:4,10
**plant** 384:11 420:20
**plastic** 407:5
**play** 343:15,18 344:19
**Pleasant** 328:9
**please** 332:10,11,24
  354:21 359:9 366:15
  367:14 368:21 379:6
  394:20 400:25 406:17
  414:3 434:9,11 447:6
  453:22
**pleased** 379:17
**plus** 396:20 436:16
**point** 348:2 352:20,22
  353:1,7,8,11 354:15,24
  360:20 368:12 369:9
  389:5 415:3 418:11,17
  429:17,19,22
**pointed** 389:16
**pointing** 388:18
**points** 347:14 353:13,20
**poison** 368:11
**posed** 400:8
**position** 346:5 370:18
**possibility** 360:5,10,12
  366:8 420:22 436:11
**possible** 414:13,21,24
  415:7 429:5,8,24
**post-recall** 427:18
**potential** 365:9,15
**potentially** 373:25
  411:16 444:8
**Practices** 410:5
**preceding** 443:22 444:11

**precise** 348:25
**predict** 427:14,22
**prepare** 334:17 379:8
**prepared** 455:13
**prescribed** 431:15
**prescription** 418:7
  439:18 454:17
**prescriptions** 436:25
  437:1
**present** 329:9 332:10
  334:21
**presentation** 390:12
**presented** 408:22 418:24
  451:3 452:14 453:6,16
  454:1
**pretty** 450:2
**previous** 385:2 408:18
  455:10
**primary** 340:13
**print** 389:2
**probability** 360:5,7,13
  366:9,24 383:15,18
  438:6,14,17,25 439:12
  439:16,21,23 441:20
  446:25 451:7
**probable** 414:24 429:22
  451:1
**probably** 354:17 362:20
  386:15 427:9 453:6
**problem** 383:5 411:24
  427:1,18 433:9
**problems** 418:1 437:8
**procedure** 370:9 378:19
  434:23
**procedures** 331:11
  343:13 358:5 370:11,15
  430:2,3,6,13,14,18
  434:22 435:12
**proceedings** 456:2
**process** 347:15 355:13
  359:23 422:20
**processing** 372:3
**produced** 383:15 396:13
  421:5 448:14
**producing** 432:17 436:23
**product** 327:5 332:5

346:22 352:19,25
  353:10 355:24 356:16
  357:4,12 365:6,14,24
  367:4 372:22 373:5,8,9
  373:10,11,16,20,23
  374:13 375:9 382:6,25
  393:15 400:9,16 406:2
  406:9 407:1,7 408:4
  409:12 411:16,19 412:4
  412:7,13,24,25 413:24
  415:7 416:1,5,10 417:5
  421:20 422:10 428:4,24
  429:1,7 430:1,5,7,12,17
  430:21,21 431:6 432:19
  432:23 433:10,11,13,16
  435:15,17,23,25 436:1
  436:6,8 437:1 441:15
  443:25 446:6 451:19
**production** 423:25
  424:21 425:11 432:12
  435:6 443:24
**products** 346:16,21 347:3
  349:4 350:15 356:15
  372:18 373:1 375:4,8
  375:20 383:5,11 384:23
  387:7 410:9
**profession** 341:6
**professional** 340:24
**program** 330:18 393:8
  395:3 396:2 407:22
  408:3 428:24 429:2
  431:16,17
**prohibited** 459:10
**proof** 365:18,22 366:1,7
  366:23 369:2,10
**proper** 342:10 362:24
  366:12 380:3 382:13
  421:8 422:22 424:4
  440:13
**properly** 362:25 368:18
  409:16 423:3 424:2
  436:19 442:15,22
  455:16
**proposed** 430:14
**protocol** 408:5 431:16
**provide** 449:23 452:23

459:8,12
**provided** 368:9 369:2
  387:4
**PTO** 367:10
**public** 411:17 451:6
**publish** 362:2
**purity** 354:9 362:15
  363:5 387:7,19,25
  388:4 413:3
**purported** 413:3
**purports** 363:15
**purpose** 356:11 360:21
  361:1 368:22 384:21
  390:18 396:11 449:22
**purposes** 357:15 358:25
  392:11
**pursuant** 327:14 448:12
  459:2
**put** 335:4 337:5,21 342:9
  360:21 361:22 362:18
  364:4 366:11 368:20
  382:12 391:14 403:5
  415:11 418:3,21,22
  419:2 421:8 422:22
  427:23 432:8 435:18
  440:13
**putting** 347:4,7 418:20
**p.m** 445:3 455:7 456:2

---

## Q

**QA** 424:21
**qualified** 352:4
**quality** 341:13,13,18
  342:1,5,6 345:6,10
  346:3,9 374:10,13,25
  375:12 382:25 387:7,19
  387:25 388:4 389:24
  408:4 413:2 418:1
  425:14 432:23 435:15
  435:16 441:23 442:14
  443:5 452:23
**Quantic** 385:20,23,25
  386:6 387:4,11,14,23
**quantity** 420:24
**quarter** 427:12
**quarterly** 351:4,5,6

PLAINTIFFS' EXHIBITS 008825

James J. Farley          Volume II & Videotaped          January 19, 2011

Page 13

question 333:7 338:7
  355:19 357:23 359:5,7
  362:25 365:12 366:13
  366:15,19 367:13
  368:23 381:18 382:2
  384:15 386:1 390:16,17
  391:16,17,21 394:1,7,9
  400:6,8 402:14,16
  404:11 405:21 409:16
  409:18 410:8 413:12,20
  414:3,6,8 420:15 424:3
  425:23 432:8 434:3,7
  440:15 442:9 443:4
  446:2 447:4,7 448:9
  454:10
questioned 360:24
  408:14
questioning 418:19,21
questions 356:7 371:3
  391:8 392:23 402:20
  409:5,7 424:5 445:1
  449:21 450:21 451:23
  451:24 452:4 454:13
quick 401:18
quickly 333:7 449:19
quite 413:1,2
quote 411:19 413:9

**R**

R 459:1
ramifications 364:7,12
ran 357:3 362:18 393:21
range 357:1 384:12
  392:13,13
rank 343:4
rates 423:24 459:16
raw 344:14 422:20
  423:19
reach 336:17 446:7,9,19
  446:20,22 447:15
reached 418:13 446:13
  446:21 447:7,11
reaction 368:23
read 339:15 352:2 354:19
  354:23 359:8,10 360:17
  361:2,4 366:14,16

367:15,17 370:21 371:1
  373:17 387:15 390:3
  397:11 404:6 405:14
  412:22 413:8,9,17
  428:14 430:20 431:1,4
  434:10,12 436:21
  440:12,24 446:8,16
  447:6 455:12,25
reading 388:12,17,18
  390:13 409:15 447:16
  453:14
readings 353:20
ready 447:21
real 353:16
realized 348:1 349:8
  421:3
really 338:23 341:7 349:9
  351:16 362:1 427:23
  436:3
reason 333:8,12 338:20
  365:7,8,9,10,11 366:2,3
  366:8,23 386:19,21
  387:13 408:13 427:7
reasonable 438:16
  439:11 451:7
reasons 346:4 370:23
  443:2
recall 351:19 364:20
  365:6,14,18 366:4,4,10
  367:3 370:13 377:3,4,4
  377:6,12 378:4 380:19
  412:1,11 418:2,15
  426:21 427:3,6,8,11,12
  440:9
recalled 376:8 379:24
  386:19 412:5 437:17
  438:2,7,18 453:20
  454:1
recalls 363:19 364:16
  365:3 368:5
received 374:16 398:12
  453:9
receiving 331:13,14,16
  331:17 342:24
recess 369:19 392:7
  416:23 445:4

recognize 388:7
recommend 401:13
record 332:2,11 359:10
  366:16 367:17 369:17
  369:21 384:19,22 385:3
  387:12 391:1,3,18,20
  392:4,5,9,9 406:16,18
  406:20 416:19,21,24
  417:2 423:4,9 428:7
  434:12 444:24 445:3,5
  448:4 455:9 457:17
recorded 457:14
records 351:9 377:2
  386:18,24,25 387:6,12
  406:4 407:8 419:22
  421:10,11,11 423:1
  428:18,20,22 429:8
  431:4 432:11
redacted 386:7
redactions 386:11
REDIRECT 330:9 454:8
refer 337:19
referral 459:15
referred 424:3
referring 382:17
refers 373:4 379:25 380:2
  381:21
reflecting 425:6
regard 372:2 380:17
  400:15 417:8 428:21
  448:11 449:20 450:3,7
  450:8,11,11,13,17
regarding 337:16 370:6
  375:12 379:12 387:11
  387:20 405:2 407:9
  430:13
regardless 368:24 403:7
regs 412:14,20 415:3
regulation 413:13,17,22
regulations 346:22
  350:23 412:18 413:6,10
  416:9 459:3
regulatory 331:11 342:11
  345:4 346:20 358:4
  363:14 370:11,15
  383:13 385:20,23 386:6

387:11 409:5,11 419:23
  446:8 447:12 451:17
reject 406:6
rejected 405:24 406:4
  420:20
related 457:19
relation 450:17
relationship 361:14
relatively 349:11 424:5
released 350:17 411:16
  411:20 439:8,13
reliability 353:18 359:5
reliable 353:17,21 358:20
  359:1 397:7
reliably 387:6,18,24
relied 420:9
rely 399:25 400:1
relying 358:11 395:22
remediate 378:12,21
remediation 378:17
  379:2,11,12 380:17
remember 336:21,24
  350:7,10 351:13 354:1
  354:18 361:20 362:1,17
  364:4 371:8 373:2
  416:12 443:19,20
  445:15
remind 340:12
reminding 335:10
remove 433:13
removed 397:23
render 361:1 449:23
rendering 454:22
repeat 379:6 409:6
rephrase 368:8 409:19
report 358:17 360:15,21
  361:1,4,7 371:4,9
  377:17 379:8 381:15,20
  382:18 398:9 441:4
  449:22 450:1,6,10
reported 327:14 376:11
  377:8 378:8 418:14
reporter 330:11 332:23
  455:21 457:7 459:6,14
reporter's 330:12 380:24
reporting 357:15 377:19

PLAINTIFFS' EXHIBITS 008826

378:3,7 379:3,13,20,25
380:3,5,6,11,13,18,20
381:1,6,10 459:3,7,8,12
459:14
**reports** 339:18,21 340:1
385:19 421:17 446:17
447:16
**represent** 370:5 392:15
401:19 403:18 404:2,17
405:1 448:6
**representation** 395:14
**representatives** 370:4
**represented** 402:3
**representing** 390:9 394:3
**represents** 403:19
**reputation** 366:6 385:22
386:3 409:1
**request** 393:22 394:14,23
428:20
**requested** 340:3 359:10
366:16 367:17 434:12
448:12
**required** 406:25 407:6
**research** 343:12 344:7
345:10 346:7,8,9,10
**Reserves** 343:5
**respect** 455:24
**respectively** 339:14
**response** 449:20
**responsibilities** 359:18
**rest** 336:7
**result** 440:21
**results** 331:10 355:15
400:19 402:12 407:9
408:9 417:6,17 421:1
425:10 429:11 431:13
432:24 433:23 434:19
446:16
**resume** 340:9
**retained** 393:21
**retrospective** 355:18
**review** 337:5 385:2,3
390:19 393:1 408:11
421:16 422:25 423:9
428:18,22 434:22
**reviewed** 333:18 339:6

339:18 378:2 379:8
380:9 387:12 388:1
405:14 409:8 410:23
412:21 413:21 423:4
445:20,23 453:10,14,25
**reviewing** 338:5
**reviews** 384:19,22 421:17
**re-package** 405:7
**re-packaged** 406:24
**re-review** 339:7
**RICE** 328:8
**right** 333:21 334:7,15,20
338:1,4,14,15 340:6
341:6 343:19 344:24
345:8,18,25 346:23
347:17 348:5 349:1,6
350:19 351:8 354:7,16
354:22,25 355:7,22
359:1 360:7 361:3,6,10
362:4,21 364:13,25
365:5,19,25 366:1
367:11 370:7,14 371:6
371:10,20 372:15 373:3
373:7,13,15 374:3
375:3 378:1 381:8
385:7,19 388:18 389:5
389:17 391:14 392:1,3
392:8 393:7,12 396:25
398:7 399:7 401:4
403:6,24 406:19 409:22
409:23 415:24 418:11
419:3,14 421:16,25
423:13,13 429:18,23
432:16 433:19 437:15
440:5 444:10,16 445:2
446:1,9,23 447:9 452:9
455:5,11,20
**ringing** 401:3
**rise** 441:15
**risk** 418:4 451:4 452:15
453:7,16,19 454:2
**Riverview** 336:3,13
**role** 361:11,12 362:8,10
**rolling** 380:23
**Ron** 339:24
**room** 335:14

**root** 425:25 426:1
**ROTC** 342:20
**RPR** 327:15 458:5
459:24
**rubber** 346:17
**rule** 355:16,20 412:16
**rules** 333:7 412:14 459:2
**run** 347:23 355:9,11
356:3 357:13,14,14
393:11
**running** 348:2 357:5,6
372:14 389:24 409:3
**runs** 393:7
**RUSNAK** 328:5
**Russ** 339:13

## S

**S** 327:15 330:15 331:1
457:6 458:5 459:1,1,23
**sacrilegious** 423:6
**safe** 410:9
**Salle** 340:13,14 342:15
**sample** 330:19,20,21,22
330:23 331:4,5,6,7,8,9
357:6,14 388:14,16,21
389:8 393:12,14 396:1
396:12,12,13,14 404:13
447:2,3
**sampled** 394:24 395:10
**samples** 372:3,7,8,9,18
372:25 391:24 393:25
395:13 396:4 402:23,24
402:25 403:8,10,10
404:4 431:14,18,19,23
431:25 443:11,12
**sampling** 393:4 421:4
424:24 425:5,7 432:25
**San** 328:13 329:7 448:6
**sanctions** 423:16
**sane** 390:22
**sat** 362:8
**satisfactory** 378:14
**satisfied** 377:21 378:17
379:2 380:10
**Savannah** 327:16 332:9
353:25 361:15,16,20

458:3
**save** 415:14,20
**saw** 359:11 408:5,6 424:1
426:16
**saying** 353:15 366:1,7
389:24 390:19,20,21
396:24 410:25 413:18
413:18 415:4 423:10
437:12 443:1
**says** 337:4 354:11 370:2
370:7 371:15 374:23
375:19 376:1 379:16
387:2 389:2 390:4
398:18,22,25 409:10
410:8,17 412:18,24
416:4 417:25 418:5,12
433:9 436:13 445:19
449:8,9
**scan** 353:12
**School** 359:21
**schools** 340:21
**scientific** 367:2 368:9
369:2,10 395:17 396:8
396:10 397:7 405:25
409:9,10 410:24 412:21
413:22 415:3 440:19
446:17
**scientists** 447:16
**Scott** 330:18 385:16
**scratch** 356:4 357:5,10
357:11
**screen** 380:24
**seal** 458:2
**second** 343:6 360:16
370:16 417:25 423:2
448:13
**seconds** 452:19
**Section** 370:16 374:4
381:21 383:7
**secured** 388:23
**see** 335:6,13,22 343:25
354:20 373:5 374:6,7
375:9,14,21 376:6
379:15 383:8 384:22
386:11,12 387:8,9
388:25 389:6,13,16,19

PLAINTIFFS' EXHIBITS 008827

James J. Farley          Volume II & Videotaped          January 19, 2011

390:3,21 397:13 399:5
401:23 406:3,5 409:20
410:2,10,15,20 414:8
415:24,25 416:6 417:17
417:24 418:9,16,19
419:2 425:1 426:9,13
426:14 430:15 432:8
434:24 444:25 450:2
**seeing** 442:6
**seen** 339:21 340:1 359:2
368:7 385:8,12 388:10
393:14 399:1,3 401:16
403:11,14,25 404:1,15
404:24 407:8 409:8
417:4,14,18 419:4,16
419:19,23 420:22 422:3
423:15,23 424:15 425:3
432:9,10 443:8
**seizure** 367:24
**Sell** 339:24
**Semigran** 440:25
**Seminars** 347:22,24
**send** 398:9
**Senior** 344:13
**sense** 387:13
**sensitive** 412:7
**sentence** 354:19 364:10
373:4 375:19 387:18
410:17
**separate** 346:8 420:21
**series** 379:15
**serious** 420:4 437:7 451:4
**seriously** 451:21
**services** 345:15 385:20
385:23 386:6 387:11
401:22 459:8,13
**session** 353:23 443:16
445:15
**set** 423:17
**sets** 430:5
**shape** 353:13
**shear** 432:18
**sheet** 336:10 337:4
385:10,15 403:3 423:13
**shelf** 407:2
**shelves** 372:10

**Shepherd** 362:3
**shipped** 383:19
**shoddy** 337:19,23
**Shook** 329:6 332:20
448:5
**Shorthand** 457:6
**show** 375:25 378:1 379:1
379:9 391:23 417:6
420:25 432:11 433:23
**showed** 431:3 443:22
**showing** 396:25 402:9
403:24 404:23
**shown** 433:24 451:16
**shows** 396:8 418:3
433:11
**shut** 378:25
**side** 423:12,13 438:19,24
439:3
**side's** 394:9
**sign** 351:16 455:12
**signature** 351:11,12,15
351:19
**signed** 351:20,24
**significance** 420:2 441:16
**signs** 352:2
**simple** 443:4
**simply** 343:24 368:22
**single** 352:20,21 353:1,6
353:8,11 354:15,24
375:9 378:1
**sir** 333:10,15 336:8 338:3
339:10 340:22 347:6
348:7 354:3 365:1
391:4 392:2,14 406:13
418:18 420:3 440:2
444:15,20 450:25,25
454:11
**sit** 450:15
**site** 358:23,24 359:5,12
410:4,25 416:4 417:22
418:20 427:10
**size** 396:1 417:10 426:11
426:18,22
**sized** 425:16 426:2,6
427:1,19 439:12
**SKF** 343:22 344:3 345:21

**slowly** 388:13,13
**small** 389:2 396:16 406:7
418:12 421:4 432:25
**Smart** 338:20,21,22
**smell** 416:16
**Smith** 342:22 343:9,20
343:23 345:1,18 347:13
350:2
**Snee** 339:24
**snot** 452:1
**societies** 340:23
**Society** 340:25 341:7,8
**sold** 401:5
**sole** 353:9
**solid** 346:24 347:2 349:4
349:16,22 352:19
356:14 357:4
**Soma** 339:13,18
**somebody** 351:21 352:24
368:23 407:6 433:9
435:18 440:8 441:8,25
442:13,17,24 443:5,22
446:5
**somewhat** 437:3
**soon** 390:16
**sorry** 336:21 353:8 368:8
371:18 406:14 407:16
430:8,24
**sort** 361:15 369:3 412:15
**sound** 454:13
**sounds** 420:1
**South** 328:9
**Southern** 327:1 332:4
**speak** 336:5 362:5 408:4
428:14
**speaker** 336:11 454:15
**speakerphone** 332:16
335:14
**speaking** 337:23 367:9
**spec** 380:4 397:10
**special** 341:12,14,16
**specific** 418:23 424:5
426:25 444:10 454:17
**specifically** 376:1 383:21
427:11 431:3 435:14
**specification** 392:18

395:11 435:23 436:9
438:8,9,19
**specifications** 375:5,8
390:2 391:25 393:16
406:9,10 432:12 438:24
454:19
**specs** 393:5 402:1,13
433:11 442:2 443:7,24
**spectrum** 353:19
**speculating** 353:3
**speculation** 360:10,13
369:7
**speculative** 367:6
**spell** 400:25
**spelled** 455:16
**spend** 338:18
**spent** 338:4,9,14
**spike** 368:10 369:3
**St** 340:16,16,19 342:19
342:24
**stability** 407:1,6,9,11,22
408:3,5 431:12,15,23
431:24
**stack** 390:22 391:14
409:25
**staff** 371:25
**stage** 424:18
**standard** 369:11 370:9
**standards** 357:6,14 418:6
**standpoint** 425:15
**stands** 444:16
**start** 356:1 357:10 397:2
451:25
**started** 346:2 349:14
**State** 359:25 457:7
**stated** 390:1 457:9
**statement** 330:12 362:13
362:16 371:23 383:17
387:4 409:10 410:3,12
410:24,24 417:19,21
441:22
**statements** 409:9
**States** 327:1 332:3 350:5
369:4
**Stating** 411:2
**statistical** 395:13 441:15

PLAINTIFFS' EXHIBITS 008828

**statistician** 441:16,19
**statistics** 441:11,12
**steady** 348:4 349:8
**stenographically** 457:14
**step** 433:12,25
**stipulating** 392:11
**stop** 390:19 455:22
**stoppers** 346:17
**straight** 342:17 356:25
**stream** 452:16 453:8
**Street** 328:12 329:6
**strength** 354:9 362:15
  363:5 368:18 387:7,18
  387:24 388:3 397:1,13
  397:15 413:2
**studies** 342:23
**study** 351:9
**stuff** 362:11,12 402:2
  433:1
**subject** 367:22
**subjected** 403:21 404:4
  404:20 405:4 431:5
**submissions** 344:15
  359:24
**submitted** 408:10
**sued** 334:4 370:25
**Suite** 329:6
**Suites** 327:16 332:8
**summaries** 421:19
**supervised** 352:12
**supervising** 346:3
**supervisory** 346:4
**supplied** 360:18 408:16
**supply** 333:18
**support** 415:4 420:6
**supposed** 363:6 373:10
  423:22 431:20 435:9
  449:10
**sure** 335:8 336:4 344:20
  344:24 347:15 355:22
  360:16 362:8 363:6
  368:14 373:19 376:22
  381:4 382:12 390:13
  401:14 414:9 425:22
  435:11,12 436:2 440:16
  443:14 446:2 448:10

**453**:23 455:15
**surface** 407:4
**surprise** 401:8 419:1
  438:1
**surprised** 351:14 384:14
**surprising** 357:18 387:16
  420:14
**surveillance** 372:8,17
  396:11
**survey** 396:11
**suspicious** 428:23
**sustained** 382:22
**swear** 332:23
**sworn** 333:2 457:11
**system** 378:7 406:6
  442:14 443:6
**systemic** 383:5
**systems** 374:10,25 441:23
**S-H-O-D-D-Y** 337:19

**T**

**T** 330:15 331:1
**tablet** 336:6 356:16
  376:13,19 397:9 398:9
  398:10,19 425:16,16
  426:1,2,6,6 446:18
**tablets** 368:20 376:12
  383:24 384:6 389:25
  392:16,17 397:10,16,16
  398:14 405:15,25
  407:18 417:11 418:13
  420:13 424:20 426:22
  427:1,19 436:23 437:16
  437:22 439:8,12,17
  443:17 444:19 451:3,5
  452:14,24 453:2,6,15
  453:19,25 454:17
**take** 331:19 333:11
  334:23 335:8 336:9,25
  337:1 339:3 356:6,23
  361:13 369:9,15 370:19
  390:5,10,14,17 396:4
  396:12 401:18 402:1,2
  415:12,14,15,19 421:2
  431:20 436:1 444:24
**taken** 327:12 333:22

**369**:19 392:7 393:25
  416:23 445:4 457:8
**Talbot** 330:18 385:16
  387:3
**talk** 339:7,8 361:20
  363:11 373:7 390:20
  395:17 400:3 427:11
**talked** 335:17,19 337:15
  376:17
**talking** 336:11 337:22
  338:5 346:15 356:12
  371:23 377:7 379:19
  383:4 430:18 437:22
**tape** 369:18 390:16,19,21
  406:13,15,20 432:3,4
**taught** 341:15
**teaching** 359:14,17,21,22
  359:24
**tear** 336:6
**telephone** 328:11 454:13
**tell** 333:8 352:21,24
  363:17 367:14 368:21
  386:16 395:13 396:14
  398:2 402:3 404:12
  427:7 432:17,21 442:25
  454:16
**telling** 334:13 436:7
  440:17
**tells** 449:9
**Temple** 340:18,19 359:22
**ten** 381:22 382:16 390:11
  440:8 441:9 444:4,5
**tend** 439:20
**term** 337:25 341:23
  343:16 344:19,23 366:2
  374:5 375:2 376:3
  437:4 443:2
**terms** 344:24 356:5 367:6
  367:7 374:11
**test** 331:10 350:14 354:8
  354:24 362:14,22 363:4
  393:8 402:16,21 404:4
  406:25 407:6,11,11
  415:23,25 433:23
  434:19 435:4 436:2
**tested** 349:19 357:12

**391**:23 393:4 402:17
  424:17,21 427:6 443:11
  447:17 454:18
**testified** 333:2 449:22
**testify** 457:11
**testimony** 334:1 339:16
  351:20 457:12,17
**testing** 344:14 347:14
  348:14 349:16,17,18,22
  350:5 352:20 353:7
  354:13 357:4 363:14
  389:25 392:15 395:3
  401:10,22,25 402:12
  403:20 404:3,18 405:2
  407:9 408:14,17,22,25
  417:5,6 419:17,19
  421:11,20,20 428:4,10
  428:24 429:1,7 430:6,8
  430:12,17,21,21,23,25
  431:5 432:10 433:10
  434:23 435:7 436:6,16
  441:14 443:25 450:12
  451:15
**tests** 354:12 372:10 393:7
  393:12 401:21 403:21
  404:19,21 405:3 446:17
**Texas** 328:6
**text** 386:10
**Thank** 332:22 335:16
  352:7 367:19 381:11
  385:14 389:9 443:14
  447:20 449:13,17
  450:20 451:22 454:5
  455:1,8
**Thanks** 335:10 382:11
**theoretically** 373:23
**therapeutic** 372:18 412:8
**thereof** 457:21
**thick** 376:12,12,13
  383:24 397:16 398:9,10
  398:14,18 405:25
  420:13 425:15,20 426:1
  426:6 436:23 439:8
  443:17 444:19
**thickness** 376:24 397:12
  405:16 406:1,8 417:9

PLAINTIFFS' EXHIBITS 008829

424:22 425:11
**thing** 342:4 366:5 370:12
376:17 390:6 402:10
418:25 441:8
**things** 340:7 346:2 353:1
355:18 358:12,13
372:14 376:10 405:7
406:24 420:4 421:11
429:11 445:9 447:2
**think** 341:15 350:3
355:13 365:9 371:12,14
385:9 386:23 414:16
418:24 419:14 425:7
426:5 427:2,20 428:2
428:24 429:6 433:10,15
434:3,5 436:3 440:6,12
442:4
**thinking** 341:2,14 364:22
411:22 414:17 427:5
**third** 371:22 419:15
**thirteen** 440:1
**thirty** 439:20
**thorough** 389:24
**thoroughly** 389:23
**thought** 348:3 357:22
362:2 409:18 414:7
**thoughts** 442:5
**thousand** 395:10
**three** 331:10 336:4
339:25 354:12 355:16
355:21 401:20,25
402:12,16,17,22,23,25
403:8,10 420:10
**thumb** 355:16,20 448:15
448:24
**tied** 365:11
**tighter** 406:9
**time** 338:4,9,18 340:7
342:21 344:22 351:10
356:5 357:5 358:25
359:2,17 361:3,21
362:4 367:14 377:17
385:1 386:15 390:5,10
390:20 393:25 402:2
403:1 406:12 409:20,21
412:12 416:22 428:21

429:9 431:15 432:3,4
439:24 447:22 448:17
449:7,8,10,12 457:9,13
457:18
**times** 351:1,6 355:8,11
355:13 358:24 374:5
407:19
**today** 338:18 344:19
415:1 443:8 448:12,14
450:15
**today's** 334:17
**told** 336:16 357:3 374:12
386:17 412:12,23
439:15 442:24 447:1
**top** 337:11,14 370:7
385:10,15 388:12
417:25
**total** 338:25 357:5,7,15
374:5,9,11,24 375:12
386:23 441:22 442:1,13
442:17,25 443:1,5
**Totowa** 327:13 328:14
**tough** 341:19 342:4
431:18
**town** 349:12
**toxic** 368:19,23
**toxicity** 368:11,15,19,22
369:3 440:21
**tracking** 436:15
**traditional** 441:20
**trailing** 443:23 444:11
**trained** 435:2 436:19
**training** 341:12,14,16
347:20 349:2 350:20
403:4 409:2 421:14
453:13
**transcribed** 457:15
**transcript** 330:12 380:23
455:12 457:10
**transcription** 457:15
**transferring** 349:10
**trial** 334:1 449:24 450:16
**trouble** 388:12,17
**true** 388:2 392:22 451:2
451:8 452:13,20,22,25
453:1,1,4,5,11,24

457:16
**trust** 442:5
**trusting** 455:20
**truth** 457:11,11,12
**try** 338:8 414:8
**trying** 350:2 351:3
394:11 414:7 420:5,5
425:7 442:4
**Tucker** 328:17 337:2
**turn** 452:8
**two** 344:6 357:1,2,7,15
362:8 371:22 388:23
389:2 393:1 402:20
416:13 445:9 446:8
**two-thirds** 389:8
**typed** 455:16 457:16
**typically** 333:13 351:24
356:6 372:17 407:12,15
407:17,18,19 422:19

---

**U**

U 459:1
**UDL** 329:3 331:13,14,16
331:17 332:21 360:2
401:10,21 403:19 404:2
404:18 405:6,9,16,24
406:8,24,25 407:8,22
408:3,14 432:10,20
437:1 448:7 450:3,7
**UDL's** 405:1 450:11,17
**Uh-huh** 433:22
**ultimate** 357:6
**ultimately** 382:21 386:18
391:6
**undergo** 355:4,6
**understand** 333:7 355:12
355:13 391:22 409:19
420:6,9 443:15 444:2
446:2
**understanding** 350:23
376:7,9 383:10,14
**understood** 411:14
**uniformity** 349:16,18,22
350:5 352:8,13,16,18
353:10 372:15 393:8
407:16 417:5 424:17

430:19 431:9 432:1
**Unit** 369:22 445:6 455:7
**United** 327:1 332:3 350:5
369:4
**universally** 355:3
**University** 340:14,17,18
342:19 359:22
**unreasonable** 451:4
**unsafe** 373:5,16,20,21
**untrue** 452:13,22 453:5
453:24
**update** 330:18
**updated** 340:9 448:19
**upside** 435:19 436:8,12
**use** 344:21 348:15,17
350:5,8,8,14,15 352:20
357:17 358:4,7 361:9
366:2,7 374:4 375:1
387:17 407:5,20 410:9
413:6 443:2
**uses** 376:3 413:15
**USP** 350:8,11,14 372:12
389:25 390:4
**usual** 459:16
**usually** 348:15 378:23
407:19 418:23,25
**UV** 352:20,22 353:1,7,11
354:15,24

---

**V**

**vacation** 361:15
**vague** 346:12 367:5,20
369:6 394:4 437:3
**valid** 365:10 366:2,3,8,23
**validate** 343:17 344:23
356:3,23 357:9,13
**validated** 350:11,16
355:9,14 435:2,6,11
**validation** 343:14,16
344:16,20,23 355:5,6
355:10,18 357:5 359:23
408:24 424:11
**validity** 408:25
**variety** 346:2 412:10
**various** 341:24 346:19,20
443:2

PLAINTIFFS' EXHIBITS 008830

**Venn** 342:3
**verified** 376:23 423:2
**verifies** 423:1
**verify** 344:23 348:18
  352:3 377:10 435:1
**version** 445:11
**versions** 389:5
**versus** 438:3
**vial** 439:18
**Videographer** 329:9
  332:1,22 369:13,17,20
  391:1,4,19 392:5,8
  406:12,15,19 416:18,21
  416:24 432:4 440:1
  445:2,5 455:5
**videotaped** 327:11
**violation** 363:24 364:3,7
  411:13 423:13 435:19
**violations** 363:19 380:17
  429:12,21
**Virginia** 327:1 332:4
**virtually** 365:7,8
**virtue** 448:15
**voice** 454:13
**VOLUME** 327:9
**voluntarily** 345:19,21,23

**W**

**wait** 382:8,8 391:2 414:3
**waive** 455:19
**want** 339:6,7 344:18
  351:17 354:19 366:10
  371:3 373:17,19 379:22
  381:4 382:12 389:11
  390:3,10,13 391:13,22
  396:5 397:16 398:16,17
  402:9,11 408:23 409:6
  410:22 411:9 414:19,21
  415:15,23,25 416:1,18
  420:10,17 421:7,12
  432:10,14 434:18,22,24
  435:1,3,3,4 443:1
  444:24
**wanted** 343:24 344:8
  346:16 348:3,17 349:9
  349:10 385:4 400:15

  448:10
**wants** 369:15 445:1
**warn** 429:25 430:11
  431:22 435:5 436:18
**warning** 351:10,12,18,23
  358:14,15 368:3 370:17
  370:24 375:25 378:18
  378:21 379:15 383:24
  384:2,3,5 395:23 419:3
  420:2,11 421:2 424:16
  425:4 433:21 447:12
  451:14
**warnings** 423:15 426:9
  426:17
**wasn't** 344:19 348:2
  364:10 389:9 415:13
**watch** 435:3,4 452:1
**way** 337:24 347:12,15
  362:19 363:18,20 367:1
  376:6 384:4 387:15
  389:8,10 390:22 400:13
  402:3 406:23 413:1
  414:10,16,18 423:8
  427:15 432:9 442:7
  446:13,16,19,22
**ways** 374:1 446:8
**weak** 389:3
**Web** 358:22,24 359:5,11
  410:4,25 416:4 417:22
  418:20 427:10
**Wednesday** 332:7
**week** 338:9,12,15 339:12
  351:23 358:25 361:5
  429:15 448:21,22
**weeks** 334:13 356:6
  357:2
**weighed** 422:21
**weight** 424:22 425:11
**well-known** 341:4
**well-trained** 408:7
**went** 340:12 342:22
  355:13 364:14 376:22
  450:1
**weren't** 340:7 397:23,25
  435:8,13 448:14
**West** 327:1 328:17 332:4

  345:14,14,16,25 346:23
  347:19 349:2
**we'll** 333:12,17 343:17
  354:10 432:15
**we're** 332:1 356:12
  367:10 369:13,16,20
  381:3 391:1,14 392:5,8
  392:21 406:19 416:21
  416:24 430:18,18 445:5
**we've** 434:19
**whatsoever** 368:10 379:1
**wife** 338:21
**WILLIAMSON** 328:5
**wish** 455:12
**withdraw** 407:16
**witness** 332:24 359:11
  389:9,13 394:16 447:22
  449:1 455:14,18,24
  457:10,12,17 458:1
**wonder** 397:24 398:4
**wonderings** 433:14
**word** 352:3 357:17
  360:13,25 366:7 407:20
  413:6,15 416:6 419:12
  429:4
**worded** 376:6 383:21
  384:4 400:13
**wording** 384:15
**words** 353:17 361:9
  365:21 368:21 374:24
  382:16 401:6 409:10
  419:13 444:12 455:16
**work** 338:11 342:20
  343:19 344:5,21 345:2
  345:4,6,11,16 347:2
  355:4,23 358:3 364:18
  372:2 385:24,25 399:24
  400:1 423:6,12
**worked** 346:25 367:21
  427:25 448:18
**working** 347:15 348:13
  349:14 356:25 364:19
**wouldn't** 351:13 357:8
  357:16 379:17 388:1
  389:23 415:19,21
  427:23,25 435:20 438:1

  442:3,5,16,22 443:9
  446:20
**wrap** 455:3
**write** 361:23
**writing** 361:11 362:8
  364:2
**writings** 415:4
**wrong** 380:25 410:19
  415:16 421:3 442:15,22
  443:8
**wrote** 336:10,13 337:23
  362:16,16 416:9,13
**Wyeth** 344:11,12,17
  345:1,11,23 347:3
  350:2

**X**

**X** 330:1,15 331:1 362:9
**Xerox** 388:17

**Y**

**Y** 362:10
**yeah** 349:18,25 352:10
  356:24 357:22 360:17
  363:9,21 377:15 400:12
  412:20 416:20 417:13
  422:6 425:19 434:18
  437:23
**year** 339:2 342:14 343:2
  351:7 359:19 376:25
  397:21 427:12
**years** 342:8,20 343:8
  344:6 346:13 348:20,23
  349:1 364:14 377:3,7
  381:22 382:17 416:13
  440:8 441:9
**Yep** 439:5
**yesterday** 335:23 338:9
**Yoakum** 328:5

**Z**

**zero** 351:7

**0**

**06** 380:13
**07** 380:14

PLAINTIFFS' EXHIBITS 008831

James J. Farley          Volume II & Videotaped          January 19, 2011

**1**

**1** 369:18 371:15 404:7,9 457:10
**1,880** 393:24
**1/21/08** 331:16
**1:00** 456:2
**10th** 337:4
**10:11** 369:21
**10:47** 392:6
**1020** 328:12
**11:05** 392:9
**11:28** 406:16
**11:44** 416:22,25
**1150** 328:17
**12:25** 445:3
**12:49** 445:7
**12:59** 455:7
**120** 452:19
**125** 388:24 438:3
**145** 327:16 332:8
**15** 390:15
**15-14-37(a)** 459:10
**150** 338:23
**157503** 331:6
**157504** 331:7
**17** 374:3
**178890** 331:8
**178891** 331:9
**18** 375:16,17
**19** 327:17 381:15,20 382:17 383:1 386:17
**19th** 332:7
**1957** 342:16
**1958** 343:1
**1961** 342:24 343:22
**1964** 343:18
**1966** 345:12
**1968** 327:6 332:6
**1982** 345:17 347:17
**1987** 347:25 348:5

**2**

**2** 369:22 371:18
**2/28/08** 331:15
**20** 397:12,15,22 417:11 443:17 444:18

**2000** 359:19
**2002** 374:18 381.25 382:22
**2003** 425:11
**2004** 428:10
**2005** 368:13 369:4 377:12
**2006** 337:4 375:4 377:9 377:12 378:10 379:3 384:18 397:20 398:19 398:22 401:20 439:9
**2007** 378:10 379:4 385:16 387:4 388:23 425:11
**2008** 368:13 369:4 377:5 379:24 428:11 439:9
**2009** 339:2
**2010** 333:24 334:2,7 338:6 339:2 340:4,10
**2011** 327:17 332:7 458:2 459:23
**21st** 387:3
**216** 328:19
**216-9383** 328:10
**22** 367:10
**223-3330** 328:6
**23** 330:18 385:7,13 386:4 386:23
**24** 330:19 338:8,14 388:7 392:12 393:2 459:23
**24th** 385:16 458:2
**25** 330:20 391:7 393:2 399:1 403:22 432:5
**250** 438:3
**26** 330:21 391:7 399:3
**27** 330:22 371:15 391:7 399:6,8
**270** 425:10
**28** 328:9 330:23 391:7 399:10
**29** 331:4 391:7 399:12
**29464** 328:9

**3**

**3** 371:19,19,22 406:20
**3,000** 339:3

**30** 331:5 391:7 399:14
**30-member** 371:24
**31** 331:6 391:7 399:16
**31322** 332:9
**32** 331:7 391:7 399:18
**33** 331:8 391:7 399:20
**333** 329:6 330:4
**34** 331:9 391:7 392:12 399:22
**35** 331:10 401:15
**36,000** 339:3
**370** 331:12
**377** 388:16
**377410** 330:19 388:14,21
**38** 417:21 427:10,21
**385** 330:18
**388** 330:19
**39** 409:23 410:1 411:1 416:3
**399** 330:20,21,22,23 331:4,5,6,7,8,9

**4**

**4** 331:12 370:15 373:3 445:6 455:7
**4-1-1** 370:16
**4.8** 437:18
**4/10/08** 331:13
**401** 331:10
**403** 331:13,15
**404** 331:16,18
**4130** 328:5
**415** 329:7
**44115-1475** 328:18
**445** 331:19
**448** 330:6
**448881** 330:20
**448892** 330:21
**45** 335:18 360:16,17 361:7 371:6,14
**45A** 371:12
**450** 330:7
**452** 330:8
**453913** 330:22
**454** 330:10
**454866** 330:23

**457** 330:11
**46** 353:23 361:10
**462746** 331:4
**462753** 331:5
**483** 369:25 370:2 375:25 378:12,17 379:3,12 380:13 383:24 384:1,5 384:10,10,12,16 420:2
**483s** 337:5 351:10,13 358:11 368:1 378:6 379:15 387:15 395:22 396:24 419:3 420:11 421:2,13 425:6,8 433:20 446:10 447:12 451:14
**484** 330:19,20,21,22,23 331:4,5,6,7,8,9 372:3,5 372:25 388:7 393:4,8 393:14 394:24 395:3 396:1 400:19
**484s** 399:25 432:9

**5**

**5** 374:4
**50** 360:11
**501** 383:7
**541-0300** 328:13
**544-1900** 329:7
**57** 369:24
**592-5000** 328:19

**6**

**6** 381:21
**6/21/07** 331:18
**600** 329:6
**63** 331:11 370:14
**65** 343:18
**66** 343:18 346:25
**688** 437:25
**69** 331:13 403:14,19

**7**

**7** 375:4 398:19,22
**70** 331:14 403:24
**70078A** 389:19
**70175A1** 405:2

PLAINTIFFS' EXHIBITS 008832

James J. Farley          Volume II & Videotaped          January 19, 2011

**70924** 386:25 397:22
    417:11 419:22 443:16
    443:23 444:1,14
**70924's** 431:4
**71** 331:16 404:14,17
**71004A1** 404:19
**71034A** 404:3,6
**713** 328:6
**72** 331:17 404:23
**74C** 331:19 445:11
**77056** 328:6

---
**8**
---

**8** 375:4 398:19,22
**8.B** 459:2
**80111A** 403:20
**805** 328:13
**805-441-0988** 337:15
**82** 346:25 348:20 349:1
**843** 328:10
**87** 348:8
**88** 348:24
**89** 348:24,25 349:7

---
**9**
---

**9th** 388:23
**9:03** 327:17 332:2
**9:55** 369:18
**90** 337:5
**925** 328:18
**93401-3284** 328:13
**94104-2828** 329:7
**95** 441:20

PLAINTIFFS' EXHIBITS 008833