# EXHIBIT 600

PLAINTIFFS' EXHIBITS 009870

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION


IN RE:  DIGITEK PRODUCT LIABILITY

      LITIGATION

THIS DOCUMENT RELATES ONLY TO:

| | |
|---|---|
| Kathy McCornack, an individual; ) | MDL No. 2:09-CV-0671 |
| Daniel E. McCornack, Jr., an )   | |
| individual; and Ralph J. )       | |
| McCornack, a minor by and )      | |
| through his guardian ad litem, ) | |
| )                                | |
|      Plaintiffs, ) | |
| )                                | |
|    v. )            | |
| )                                | |
| Actavis Totowa, LLC, et al., )   | |
| )                                | |
|     Defendants. ) | |
| _____) | |


DEPOSITION OF LAWRENCE VON DOLLEN, M.D.

Monday, October 5, 2009

San Luis Obispo, California

2:03 p.m. - 4:26 p.m.


REPORTED BY CINDY D. GRIFFITH
CSR #7281

PLAINTIFFS' EXHIBITS 009871

```
 1            THE DEPOSITION OF LAWRENCE VON DOLLEN,

 2    was taken at the offices of McDaniel Shorthand

 3    Reporters, 1302 Osos Street, San Luis Obispo,

 4    California, before Cindy D. Griffith, a Certified

 5    Shorthand Reporter in and for the State of California,

 6    on Monday, October 5, 2009, commencing at the hour of

 7    2:03 p.m.

 8

 9    APPEARANCES OF COUNSEL:

10    FOR PLAINTIFFS:
                            ERNST & MATTISON
11                          Attorneys at Law
                            1020 Palm Street
12                          San Luis Obispo, Ca  93401
                            BY:  DON A. ERNST
13                          (805) 541-0300
                            dae@emlaw.us
14
      FOR DEFENDANT ACTAVIS INC., ACTAVIS ELIZABETH LLC, AND
15    ACTAVIS TOTOWA LLC:

16                          TUCKER ELLIS & WEST LLP
                            Attorneys at Law
17                          925 Euclid Avenue, Suite 1150
                            Cleveland, OH  44115-1414
18                          BY:  MATTHEW P. MORIARTY
                            (216) 592-5000
19                          matthew.moriarty@tuckerellis.com

20
      FOR DEFENDANT MYLAN PHARMACEUTICALS INC., MYLAN BERTEK
21    PHARMACEUTICALS INC. AND UDL LABORATORIES, INC:

22                          SHOOK, HARDY & BACON LLP
                            Attorneys at Law
23                          2555 Grand Boulevard
                            San Francisco, CA 94104-2828
24                          BY:  ALICIA J. DONAHUE
                            (415) 544-1900
25                          adonahue@shb.com
```

1                        I N D E X

2

3   WITNESS                    EXAMINATION BY            PAGE

4   Lawrence Von Dollen, M.D. Mr. Moriarty                 4

5                              Ms. Donahue               88

6                              Mr. Ernst                 93

7

8                      E X H I B I T S

9   FOR THE DEFENDANTS:                              PAGE

10  1  Curriculum Vitae                              40

11  2  NMS Lab Report dated June 24th, 2008          49

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' EXHIBITS 009873

1                    LAWRENCE VON DOLLEN, M.D.,

2               having been first duly sworn, was

3               examined and testified as follows:

4

5                         EXAMINATION

6

7    BY MR. MORIARTY:

8        Q    Tell us your full name, please.

9        A    Lawrence Eugene Von Dollen.

10       Q    Have you ever had your deposition taken before?

11       A    Yes.

12       Q    How many times?

13       A    Twice.

14       Q    At least the process is going to be the same.

15   I'm going to ask you relatively plain English questions.

16   I need your answers back to me.  It can be scientific,

17   but certainly plain English.  Okay?

18            Court reporters don't understand nods of the

19   head, shakes or hand gestures.  Okay?

20       A    Okay.

21       Q    If you don't understand my question for

22   whatever reason, you let me know and I'll make it clear

23   to you.  Okay?

24       A    All right.

25       Q    What were the circumstances under which you

1  have been -- had your deposition taken before?

2      A    It's been so long ago, I'm difficult -- it's

3  hard for me to remember.

4           Once as a resident when a patient had an

5  allergic, questionable drug allergic reaction.  This

6  would probably be 30 -- 20 some years ago.

7           I don't remember at the moment just what the

8  second one was about.

9      Q    Were both of them medical negligence cases?

10     A    I don't recall.  The one with the allergy would

11  have been a question whether the patient had two disease

12  processes that were interrelated.  And at that time it

13  was a questioning of allergy versus drug reaction.  And

14  it's been so long ago, I can't remember the details.

15     Q    Okay.  All right.  We appreciate you coming

16  down here today to do this down in San Luis Obispo.

17          What -- did you look at your office chart, the

18  computer version of your office chart for Mr. McCornack

19  before you came to testify today?

20     A    Yes.

21     Q    Other than that, did you review any documents

22  either hard paper or online?

23     A    I received a copy of Dr. Lemm's office notes

24  several weeks ago.

25     Q    Okay.

PLAINTIFFS' EXHIBITS 009875

1      A     And in previous conversations with Mr. Ernst

2    there had been the question of digoxin levels under

3    different circumstances.  And he had shown me an

4    article, at my request, in one of our recent

5    conversations.

6      Q     Who sent you Dr. Lemm's notes?

7      A     Mr. Ernst.

8      Q     And do you remember the name of the article?

9      A     I'm sorry, I don't.

10     Q     Do you remember the authors?

11     A     No.

12     Q     Do you remember the journals?

13     A     No.

14     Q     Do you remember the general topic?

15     A     Um, would be digoxin levels in patients who had

16   died as composed with -- as compared with those that

17   when the specimen was drawn when they were living.

18     Q     Have you heard of postmortem redistribution?

19     A     Yes.

20     Q     Is that what that article was about, the

21   postmortem redistribution of digoxin?

22     A     That would have been -- I just glanced at a

23   summary of the article on it.  I'm sorry, I don't have

24   all of the in-depth, but that would have been one of the

25   dynamics involved, yes.

1     Q    I think what I'm holding is some exhibits from

2  Dr. Lemm's deposition.  Have you spoken with Mr. Ernst

3  since Friday about this case?

4     A    Yes.

5     Q    Did he tell you anything about the testimony

6  that Dr. Lemm gave when we took his deposition in

7  Templeton on Friday?

8     A    He had said that, as I recall -- again, these

9  are very short -- the drift of it was that Dr. Lemm had

10  attributed the patient's cause of death as digitalis

11  toxicity, if I recall correctly.

12     Q    Is that it?

13     A    That was the extent of the -- that topic, yes.

14     Q    This is what we had marked as Exhibit 2 at

15  Dr. Lemm's deposition.  An article by Vorpahl and Coe,

16  entitled, Correlation of Antemortem and Postmortem

17  Digoxin Levels.

18          Is this likely the article that Mr. Ernst sent

19  to you?

20     A    It's possible, but it's not -- or a summary

21  thereof.  This is not the exact article.  Well, the

22  print on the page does not appear to be the same format

23  as what I was reading before, so...

24     Q    Okay.  Anything else you reviewed before

25  today's deposition?

1     A    Not that I recall.

2     Q    When was the last time you looked at a package

3  insert for a digoxin product?

4     A    About a month ago.

5     Q    Which product?

6     A    What was digoxin.

7     Q    Was it Lanoxin or Digitek?

8     A    Well, basically, I looked up in Goodman and

9  Gilman, just happened to be an old copy lying around,

10  and I looked at it basically scanning through it for

11  that issue, as far as digoxin levels under different

12  circumstances, and I didn't really see anything.

13     Q    How old are you?

14     A    Fifty-nine -- 58.  Will be 59 later this month.

15     Q    Did you grow up in Central California?

16     A    Yes.

17     Q    Where?

18     A    I was born in Paso Robles and grew up in that

19  area, rural Paso Robles.

20     Q    And where did you go to medical school?

21     A    University of California San Francisco.

22     Q    Where did you do your internship and residency?

23     A    Hennepin County Medical Center, which is

24  University of Minnesota, and an affiliate for internship

25  residency.  Then cardiology fellowship at University of

PLAINTIFFS' EXHIBITS 009878

1    Oregon.

2        Q    Okay.  Any other subspecialty fellowships?

3        A    While I was at the University of Oregon, I did

4    a year of nuclear medicine.

5        Q    Are you board certified in internal medicine?

6        A    Yes.

7        Q    Are you board certified in cardiology?

8        A    Cardiovascular diseases, yes.

9        Q    Are you board certified in anything else?

10       A    There is a board of nuclear cardiology that

11   I'm -- I passed a board for that.  It's not quite the

12   board of internal medicine, but, yes.

13            And then also in cardiology, um, I'm certified

14   as an -- in interventional cardiology.

15       Q    How long have you been practicing cardiology in

16   the Templeton, California area?

17       A    Since 1986.

18       Q    Do you have any teaching appointments?

19       A    No.

20       Q    Your C.V. is probably going to be e-mailed here

21   to us, but have you published in the medical literature?

22       A    May have authored one on something years ago,

23   but I can't remember.

24       Q    Prior to the death of Dan McCornack in the

25   spring of 2008, had you ever met Mr. Ernst before?

1    A    Yes.

2    Q    Tell me how you know him.

3    A    He attended Paso Robles High School as did I.

4    Q    Were you in the same general class?

5    A    He was a year ahead of me.

6    Q    Okay.  Have you known him in general since that

7    time?

8    A    We've touched basis sporadically.  Sometimes we

9    go 10, 20 years and not see somebody.  Then sometimes

10   several times a year we cross informally.

11   Q    Have you ever consulted with him on any cases

12   as an expert witness?

13   A    No.

14   Q    Has he written you any letters about this case?

15   A    Um, there was one or two.  Mainly just a

16   notification of this type of event.

17   Q    Okay.  How many times have you met with him in

18   person about this case before today?

19   A    I'm sorry, I've been out of town for a week.

20   I'm a little bit fuzzy.

21        We met on Sunday, and before that was it phone

22   calls or did we meet in person?  I think a phone call or

23   two and then one Sunday.

24   Q    I don't get to take his testimony.  I just want

25   to know your best memory.

1     A    My best memory, once.

2     Q    One time in person.  And how many times on the

3    phone?

4     A    Twice, as I recall.

5     Q    And give me the general time frames of when

6    these phone or in-person meetings occurred.

7     A    The first one, I believe, was August 21st.  He

8    telephoned to inform me of the case, and the suit, and

9    some of the issues involved.

10    Q    Are you talking about 2009 or 2008?

11    A    No, 2009.

12    Q    Okay.

13    A    And I was unaware that a suit had become

14   involved with the situation so he enlightened me as far

15   as that goes.

16         And then one phone call had to do again with --

17   I don't -- I'm fuzzy.  I don't remember all of the

18   details, but it had to do with the fact of -- the

19   question digitalis and digitalis toxicity and so on and

20   so forth.

21    Q    Okay.  Have you billed Mr. Ernst any -- for any

22   consultation time in this case?

23    A    No.

24    Q    Have you discussed Dan McCornack's case with

25   anyone other than Mr. Ernst?

1     A    Not in particular, no.

2     Q    Not in particular makes it sound like somebody

3  in general.

4     A    Well --

5     Q    I mean, obviously, you have to talk to your

6  staff about the fact that you're coming down here today

7  and logistical things like that.  I'm talking about the

8  substance of the case.

9     A    No.

10    Q    Are you licensed to practice medicine in

11 California?

12    A    Yes.

13    Q    Are you licensed to practice medicine in any

14 other states?

15    A    No.

16    Q    Do you have continuing medical education

17 requirements?

18    A    Yes.

19    Q    I assume you keep up with those?

20    A    Yes.

21    Q    Have you taken any CME in the last five years

22 or so that have to do with drugs that exert

23 electrophysiological effects on the heart?

24    A    Not specifically.

25    Q    Do you have any subspecialty interests in

1  cardiology?

2      A    As I mentioned, I'm certified in nuclear

3  cardiology and interventional cardiology.  Um, basically

4  in general cardiology.

5      Q    How much of your time do you think you spend in

6  interventional cardiology?

7      A    Over the past couple years, very little.  We've

8  brought in some partners who do most of that kind of

9  work, so I've faded in that.  But your certification

10  carries through for ten years.

11     Q    Do you see patients with heart failure?

12     A    Yes.

13     Q    Do you see patients with atrial fibrillation?

14     A    Yes.

15     Q    Let me ask you some general questions about

16  scientific analysis and methods.  When you went to

17  medical school, I assume that one of the things that

18  they taught you was sort of how to think in a certain

19  way to approach the analysis of medical problems; is

20  that correct?

21     A    Yeah.

22     Q    Okay.  And among those methods of assessing

23  scientific problems, did they teach you how to gather

24  reliable data in order to reach reliable and accurate

25  conclusions?

1      A     Promise to do our best to do that, yes.

2      Q     So ultimately, if you make a treatment plan,

3   it's based on as much reliable accurate data as

4   reasonably possible to get; correct?

5      A     Yes.

6      Q     So, for example, if an atrial fibrillation

7   patient came to you and you were suspecting and

8   analyzing whether they'd had myocardial infarction and

9   what heart disease they have, are there certain

10  laboratory studies available to you that you could

11  order?

12     A     Yes.

13     Q     Are there certain imaging procedures available

14  to you that you could order?

15     A     That was mainly what I was thinking of when you

16  asked the other question.

17     Q     So there's imaging.

18           When I said labs, I mean things like a CBC,

19  chemistry panels, INRs, cholesterol levels, things of

20  that nature.

21     A     Yes.

22     Q     And then, of course, as any physician, you

23  would take a history and do a physical exam; is that

24  right?

25     A     That's correct.

1      Q     As a cardiologist, do you rely from time to

2   time on electrocardiograms?

3      A     Yes.

4      Q     So in making a decision for this hypothetical

5   patient that I'm postulating about, you could gather as

6   much of that as was reasonable to order in order to make

7   a decision about diagnosis and treatment; correct?

8      A     Ordinarily, yes.

9      Q     And do you want that information, when you

10   order it, to be reliable?

11      A     Yes.

12      Q     So, for example, if there was an imaging center

13   that consistently produced poor quality MRIs, or

14   something like that, you might go to some other imaging

15   center that produced consistently high quality MRIs;

16   right?

17      A     That's correct.

18      Q     Hypothetically, if you were ever sued for

19   medical malpractice, you would certainly want the expert

20   on the other side to be using reasonable reliable data

21   in whatever criticisms they were going to make against

22   you; is that true?

23      A     One would certainly hope so.

24      Q     And you would hope they were using actual

25   scientific methods in coming to their conclusions;

1   right?

2       A    That's correct.

3       Q    Are you a member of any medical societies or

4   associations?

5       A    The County Medical Society and American Medical

6   Association, American College of Cardiology.

7       Q    What's the American College of Cardiology

8   Foundation?

9       A    I don't know.  There's several different

10  branches.  There's a Political Action Committee, there's

11  a -- different ones under different names as far as

12  granting grants for education and research, and that may

13  be one of those.

14      Q    Okay.

15      A    I can't tell you exactly.

16      Q    Do you have any special training in

17  epidemiology?

18      A    No.

19      Q    Pharmacology?

20      A    No.

21      Q    Pharmacokinetics?

22      A    No.

23      Q    Do you have any special training in toxicology?

24      A    No.

25      Q    Do you have any special training in nephrology

1    beyond basic --

2        A    Internal medicine training.

3        Q    -- internal medicine training?

4        A    No, I do not.

5        Q    Do you consider yourself to be an expert in

6    toxicology?

7        A    No.

8        Q    Are you still with Coastal Cardiology Group?

9        A    Yes.

10       Q    How many cardiologists are in that group?

11       A    Twelve, 13.  I think we just added one.

12       Q    All right.  How many years have you been with

13   Coastal Cardiology?

14       A    Since 1986.

15       Q    Do you have any military service?

16       A    No.

17       Q    When was the last time -- well, I'm sorry.  Let

18   me withdraw that.

19            I asked you if you had any teaching positions

20   and you said no.  Have you ever had a teaching position?

21       A    No.

22       Q    Do you subscribe to or regularly review any

23   particular medical journals?

24       A    American College of Cardiology has a journal.

25   I read that one.

1    Q    What's the name of it?

2    A    Well, there's -- yeah.  The Journal of American

3    Card -- College of Cardiology, and then there's also the

4    Journal of -- Journal of Cardiology.  It's not the

5    correct name.  I can't remember exactly what it is.

6    Q    All right.  Are there online resources that you

7    use?

8    A    Yes.

9    Q    Such as?

10    A    There's one called Cardio Source Dot Com that

11    enables you to scan numerous journals.

12    Q    Okay.  Did you ever look at Cardio Source Dot

13    Com to find out anything about the Digitek recall?

14    A    No.

15    Q    Have you ever looked at Cardio Source Dot Com

16    for anything about digoxin toxicity?

17    A    No.

18    Q    What about diltiazem toxicity?

19    A    No.  I mean, certainly in years gone by I have,

20    but not in the past, recently.

21    Q    Did you do any research on that particular web

22    site regarding anything to do with postmortem

23    redistribution of digoxin?

24    A    No.

25    Q    How often do you look at medical journals and

Page 19

1    the current periodical medical literature?

2        A    Probably several times a week.

3        Q    And then, on top of that, you get the CME

4    requirements; right?

5        A    Yeah.

6        Q    How many hours of CME are you required to take

7    either on an annual basis or every two years?

8        A    It would be 25 a year.

9        Q    Twenty-five hours a year?

10       A    Yeah.

11       Q    Is it your understanding that -- well, withdraw

12   that.

13            Why do you spend so much time keeping current

14   in the journals and keeping up with your CME?

15       A    Cardiology has had a tremendous growth, since

16   I've been in practice certainly.  And on one hand the

17   knowledge that you have from the past counts for a lot.

18            On the other hand, new knowledge is added all

19   of the time.  I think I learn as much in conversations

20   with other physicians that are experts in whatever

21   particular area the patient has.

22            I have a number of friends that are specialists

23   in different areas, electrophysiology, interventional

24   cardiology, that often have information far before the

25   journals do.  That's probably one of my greatest sources

PLAINTIFFS' EXHIBITS 009889

1    of education.

2         Q    Okay.  I think a couple of things you were

3    saying in there is that medicine advances quickly and

4    it's important to keep up with those changes; correct?

5         A    Yes.

6         Q    Is that part of the reliability of data that I

7    asked you about before?  You want to make sure the data

8    you're relying on is current?

9         A    Yes.

10        Q    Okay.  Do you have the PDR in your office?

11        A    Yes.

12        Q    Have you ever been a consultant to a

13   pharmaceutical company?

14        A    No.

15        Q    Do you know what an adverse event report is?

16        A    I've heard of them.  I don't know all of the

17   details of them.

18        Q    Have you ever made an adverse drug event report

19   or an adverse event report to a pharmaceutical company?

20        A    Not that I recall.

21        Q    Do you prescribe medications -- I'm sorry.

22   Withdraw that question.

23             Do most prescription medications have some

24   risks?

25        A    In general, yes.  But not absolutely.

1    Q    Okay.  Do you prescribe medications that carry

2  risks up to and including death?

3    A    Yes.

4    Q    Does that include calcium channel blockers?

5    A    Yes.

6    Q    Does it include digoxin products?

7    A    Yes.

8    Q    And when you make a decision to prescribe such

9  a drug, I assume you are making an analysis that the

10  benefits for your patient out -- exceed the risks to

11  your patient?

12    A    Yes.

13    Q    Do you give handouts to your patients regarding

14  the medications that they are taking for their heart?

15    A    Sometimes yes; sometimes no.  Some don't want

16  them.  Some do.  And we don't ordinarily do it because

17  the pharmacists are generally pretty good with that.

18    Q    Okay.  But, so I think what you're telling me

19  is for something like diltiazem or digoxin, you would

20  rely on the pharmacy to hand out the actual paper

21  regarding those --

22    A    That's correct.

23    Q    -- drugs?

24        What about in general for a disease like atrial

25  fibrillation, do you hand out information about that?

1    A    That's available.  I personally don't do it

2  routinely.  I usually have an extended verbal

3  conversation with the patient and family.

4    Q    Okay.  Do you keep any cardiology texts in your

5  home or office medical library?

6    A    Numerous ones, yeah.  We have -- I mean,

7  ultrasound and interventional cardiology, and then the

8  general Brown Wall and those other type of cardiology

9  texts that are around the office all of the time, yeah.

10   Q    Do you have Hurst's Cardiology?

11   A    That's one of them.  It ranks with Brown Wall,

12  yes.

13   Q    When you say "ranks with," they are widely

14  regarded as some of the most reliable general cardiology

15  textbooks?

16   A    That's right.

17   Q    Do you keep any toxicology books?

18   A    Not specifically, no.

19   Q    Other than the PDR about drugs, do you keep any

20  others besides perhaps Goodman and Gilman?

21   A    No.

22   Q    Do you know what edition of Goodman and Gilman

23  you happened to consult within the last couple of months

24  about digoxin?

25   A    It's probably been like ten years or older,

1    but, no.

2         Q     In general, does renal function diminish with

3    advancing age?

4         A     Yes.

5         Q     In your cardiology patient population, have you

6    found it to be true that diseases like hypertension can

7    adversely impact renal function?

8         A     Yes.

9         Q     Have you also found it to be true in your

10   practice that a number of your patients need a number of

11   different medications to control various disease states

12   that they have?

13        A     Many times, yes.

14        Q     And is that called polypharmacy?

15        A     That word could be applied I suppose, yeah.

16              (Discussion held off the record.)

17   BY MR. MORIARTY:

18        Q     If a patient has underlying renal

19   insufficiency, does it increase the risk that they can

20   get an adverse drug event from drugs that are typically

21   cleared by the kidneys?

22        A     Yes.

23        Q     Is diltiazem cleared by the kidneys?

24        A     I believe in part that it is.

25        Q     Digoxin is cleared by the kidneys?

1    A    Yes.

2    Q    So, renal insufficiency has the potential to

3  increase the risk of digoxin toxicity?

4    A    Yes.

5    Q    How often do you prescribe cardiac glycosides

6  for your own patients?

7    A    It depends if they need them or not.  Commonly.

8    Q    I'm sorry.  My question really was not very

9  good.

10        In your practice, overall, I assume it's common

11  for you to prescribe cardiac glycosides?

12    A    Yes.

13    Q    Is digoxin far and away the one you prescribe

14  the most?

15    A    Yes.

16    Q    Do you have any estimate of the percentage of

17  your patients that are on digoxin products?

18    A    I guess between 10 and 20.  That is a guess.

19    Q    Have you been prescribing digoxin for other

20  cardiac glycoside products for all of your cardiology

21  career?

22    A    Yes.

23    Q    When was the last time you looked at a

24  diltiazem label?

25    A    Sometime within the past year, but not

1    recently.

2        Q    Was it anything to do with this case or was it

3    just in the general course of your practice?

4        A    General course of practice.

5        Q    Is diltiazem a calcium channel blocker?

6        A    Yeah.

7        Q    Now, in Mr. McCornack's case, what was the

8    purpose for the prescription of diltiazem?

9        A    To reduce the rate of the ventricular response

10   to the atrial fibrillation.

11       Q    In short, rate control?

12       A    Yeah, ventricular rate control, yes.

13       Q    For Mr. McCornack, would a secondary benefit be

14   antihypertensive?

15       A    Yes.

16       Q    Are you the one who prescribed the diltiazem

17   products for him?

18       A    I can't remember.  I know he's been on it for a

19   decade, and I'm not sure who initiated the drug.

20       Q    Do you know whether he was on any separate

21   antihypertensives?

22       A    I'd have to look at the chart.

23       Q    You're welcome to do that at any point today.

24       A    And I'm not sure when he was last in our

25   office, but there's a note for November 2007 he was --

PLAINTIFFS' EXHIBITS 009895

1   he was not on either antihypertensive medications.

2        Q    Okay.  It says in the diltiazem label under the

3   warning section that concomitant use of diltiazem with

4   beta blockers or digitalis may result in additive

5   effects on cardiac conduction.

6             Is that consistent with your experience?

7        A    Yeah.

8        Q    Is it your experience that diltiazem can

9   elevate serum digoxin levels?

10       A    Yes.

11       Q    I'm sorry, that's a "Yes"?

12       A    Yes.

13       Q    From your records, and any other information

14  you have about Mr. McCornack, was he prescribed any

15  medications with quinine or quinidine in them?

16       A    Not to my knowledge.

17       Q    Other than tonic water, are there commonly

18  consumed food or beverage products that contain quinine?

19       A    I'm not aware of them.

20       Q    Have you seen the postmortem blood sample

21  results from the NMS Laboratory in Pennsylvania

22  regarding Mr. McCornack?

23       A    Yes.

24       Q    Did you notice that there were trace levels of

25  quinine in his blood?

1       A       Yes.

2       Q       Do you have any opinion to a reasonable degree

3   of medical probability as to what caused that?

4       A       I can offer no insight.

5       Q       In the Adverse Reaction section of the

6   diltiazem label, it indicates that patients can get

7   bradycardia first degree A.V. block, among others,

8   including arrhythmias, bundle branch block, hypotension,

9   palpitations.

10          Are those adverse reactions consistent with

11  your experience?

12      A       Yes.  Well, some of them.  I don't know that

13  I've seen bundle branch block.  But I've seen the

14  others.

15      Q       Okay.  What sort of discussion would you have

16  had with Dan McCornack when he started as a patient on

17  digoxin?

18      A       When I first met him, he had atrial -- bouts of

19  atrial fibrillation, where most of the time the

20  fibrillation was not present, but intermittently the

21  fibrillation rhythm could occur and be bothersome to

22  him.

23          When we first initiated digoxin, it was done

24  with the hope of having some prevention of the atrial

25  fibrillation in the first place.  And, secondary to him,

1   when he did have atrial fibrillation, the heart would go

2   -- the ventricular response would be relatively rapid,

3   and it was uncomfortable to him.

4          So, generally, we spoke about, first of all,

5   trying to prevent the fibrillation, and second of all,

6   when it did occur, to lessen his symptoms from that.

7   Q    Okay.  And what discussion would you typically

8   have with a patient like Mr. McCornack about the risks

9   and complications of digoxin therapy?

10  A    In his case, I'd tell him that the ordinary

11  risk of life and death are minimal as best we can tell,

12  in the ranges we would intend to use them.

13         In some patients whose heart rate has a

14  tendency to go slow, we do have to worry about slow

15  heart rates.

16         In his case, it was always going faster than

17  what was comfortable or good.  So I'd tell him to be

18  aware of things becoming very slow, whatever.  But that

19  was not much of an issue on him because of the rapid

20  ventricular response.

21  Q    What would you typically tell him to look for

22  as adverse reactions to a digoxin product?

23  A    Well, in terms of the heart rate too fast which

24  he was aware of.  Too slow would be dizziness,

25  light-headedness, slower pulse, shortness of breath,

Page 29

1    tiredness, fatigue, lack of energy.

2            The digitalis toxicity, we told people about

3    the nausea, the lethargy.

4            You know, back in the old days when we had the

5    mixed, we would sometimes have more, call it change of

6    vision, that sort of thing.  In this case, because we

7    checked the levels and that sort of thing, it was really

8    a nonissue.

9            We usually explain the fact that the digitalis

10   doesn't act right now.  I mean, you could take a pill

11   right now, it may not have an effect for -- well, in

12   starting off pills it takes four or five days for the

13   level to become therapeutic.

14           So we have some people that would have a very

15   rapid heart rate if you take a drug such as Allopurinol

16   or Inderal, which is rapid onset, rapid acting.  If you

17   take a pill now, you should see the results within a

18   couple hours.

19           Where with the digitalis, we don't expect

20   immediate results.  It takes a while.

21   Q    Okay.  For atrial fibrillation patients, do you

22   have a particular target range for a serum digoxin level

23   that you're looking for?

24   A    Mainly we try to avoid going above 2.0.  The

25   effect of digitalis in some people is that they can have

PLAINTIFFS' EXHIBITS 009899

1    slow heart rates at a far lower level.  These are the

2    drugs, the limitations of its use are generally

3    approaching the level of 2.0 or also slower heart rate.

4        Q    So you don't have some floor where you are

5    trying to keep your patients at .5 to 1.5 or something

6    like that?

7        A    No.  Because some people would be going way too

8    slow even a level of .5.

9        Q    And have you seen instances where different

10   laboratories have different normal ranges for digoxin?

11       A    Yes.

12       Q    So typically I see .8 to 2.0.  What other

13   ranges have you seen?

14       A    I don't recall any that would -- again, the

15   uses of the digitalis, some of them can be for

16   congestive heart failure where you're looking for

17   anatrophic effect or increased contractility of the

18   cardiac muscle, in which case I would then pay more

19   attention to be sure that I have the lower number in a

20   working range type of thing.  That's unusual for us

21   because other drugs involving.  We try to keep things

22   below the 2.0.  But yes, different labs reported

23   different numbers over the years, and I can't cite you a

24   chapter and verse.

25       Q    So, if you are looking at a patient -- I'm

1    sorry.  Withdraw that question.

2            Were you practicing when the .50 milligram dose

3    was still commercially available?

4        A    Likely.

5        Q    Were you a practicing cardiologist in the early

6    to mid '90s?

7        A    Certainly.

8        Q    Okay.  Now, from time to time, have you

9    diagnosed digoxin toxicity in your own patients?

10       A    Yes.

11       Q    How many times do you think you've done that in

12   your career?

13       A    In terms of chemical digitalis toxicity as far

14   as digitalis levels being excessive of 2.0, it's been

15   probably dozens.

16           In terms of them presenting in the emergency

17   room with clinical digitalis toxicity and rhythms of

18   that, it would probably be five to ten.

19       Q    Okay.  Let's get -- make sure we're

20   communicating on the same wavelength.

21           If somebody has a serum digoxin concentration

22   while they are alive, of greater than 2.0, do you

23   automatically diagnose them with digoxin toxicity?

24       A    If you're -- if you're talking about a clinical

25   syndrome of symptoms and signs, not necessarily.

1      Q    Okay.  Isn't digoxin toxicity a syndrome of

2  clinical signs and symptoms?

3      A    It can manifest in a number of different ways.

4  Not always the same in every patient.

5      Q    Is digoxin toxicity considered a laboratory

6  diagnosis?

7           MR. ERNST:  Objection.

8           Just because I made an objection doesn't mean

9  you can't answer the question.  It means I've made an

10 objection for a court to determine later.  If you can

11 answer, go ahead and answer the question.

12          THE WITNESS:  Yeah.  I guess I would personally

13 consider a person to be digitalis toxic if they had a

14 level above 2.0 and then there becomes a variation of

15 that.

16          I've had people who did have digitalis levels

17 higher than that but did not manifest the clinical

18 symptoms as far as more adverse cardiac arhythmias, or

19 nausea, vomiting or visual changes, but I would consider

20 them to be -- again as a relative term, we have people

21 with digitalis levels come back in different ranges.  If

22 they are mildly elevated I don't know that I would call

23 it necessarily toxic.  How you transition from mildly

24 elevated to toxic, I guess that would be somewhat

25 arbitrary.

1    BY MR. MORIARTY:

2        Q    Well, just because somebody has an elevated

3    serum digoxin concentration does not mean they have

4    clinical signs and symptoms of digoxin toxicity?

5        A    That's correct, yes.

6        Q    Just because somebody has elevated serum

7    digoxin concentrations does not necessarily mean that

8    they have arrhythmias that would be detected on an

9    electrocardiogram?

10       A    That's correct.

11       Q    And certainly just because somebody has an

12   elevated digoxin concentration is not in and of itself

13   fatal; right?

14       A    That's correct.

15       Q    Is there any serum digoxin concentration that

16   you're aware of that, in all cases, is fatal?

17       A    No.  I guess I've not seen digoxin levels of

18   ten, but...

19       Q    So, for the most part, if you were going to

20   make a complete diagnosis of digoxin toxicity, would you

21   want to have, optimally, a serum digoxin concentration,

22   some clinical evidence and electrocardiographic

23   evidence?

24       A    Yes.  In my training, I -- in the earlier

25   years, we had use of digitoxin and sometimes even more

Page 34

1    of a mixture digitalis glycosides.

2            It seems to me, my understanding is that the

3    symptoms of the nausea, visual changes, those types of

4    things, were much more common in the patients that had

5    the nondigoxin, or the additional more complex

6    associated derivatives.

7            With the digoxin by itself purified, a lot of

8    times we don't see the nausea or things like that.  We

9    just see the patient who is there because of arrhythmia

10   type problems.  They don't always manifest the secondary

11   visual or G.I. symptoms.

12   Q    Are these people who you are seeing by

13   coincidence and they have an abnormal rhythm, or do they

14   have some clinical --

15   A    They come to the emergency room because they

16   are feeling sick because the heart is racing or going

17   too slow.

18   Q    Okay.  Is digoxin toxicity relatively common?

19   A    No.

20   Q    Is it a well-known phenomena among physicians

21   like you who prescribe the drug?

22   A    Yes.  And I think part of it dates back to when

23   I was in medical school in the seventies.  There were

24   articles coming out that stated they felt a third of

25   the -- or actually 20 percent of hospital admissions

1   were related to digitalis toxicity.  That was for the

2   pre-digoxin era.

3       Q    To the best of your understanding, patients can

4   get digoxin toxicity clinically, or elevated levels even

5   though they are on normal doses of the drug?

6       A    Yes.

7       Q    How come patients can get elevated levels or

8   digoxin toxicity even at normal doses?

9       A    We don't always know why.  There are certain

10  other medicines which can adversely affect renal

11  function or some other illnesses can intervene.

12  Sometimes it just seems to happen.

13          We're never completely sure what doses the

14  patients are taking at home.  There can be some

15  unexpected, as you mentioned, renal dysfunction that we

16  don't have awareness of.

17      Q    Are you done with your answer?

18      A    (Witness nods head up and down.)

19      Q    I don't want to cut you off.

20      A    Yes.

21      Q    So to go at this another way, things like

22  illness or other medications that would reduce renal

23  clearance could increase digoxin levels; correct?

24      A    Yes.

25      Q    Other medications can do that through one

Page 36

1    mechanism or another; is that true?

2        A    Yes.

3        Q    Things that decrease --

4        A    Glomerular filtration rate.

5        Q    That goes into renal insufficiency; correct?

6        A    Yes.

7        Q    Things -- drugs or illnesses that would reduce

8    the distribution of a drug throughout the body might

9    drive levels up, is that true, or do I have that

10   backwards?

11       A    Digitalis is transported and taken up by

12   muscle, and someone been on a chronic dose for a long

13   time and undergoes a major muscle wasting illness, I

14   guess that can do something.

15       Q    Volume depletion; correct?

16       A    (Witness nods head up and down.)

17       Q    Okay.  And electrolyte abnormalities can do

18   that; is that right?

19       A    They can be associated with digitalis toxicity.

20   They don't necessarily -- anything that could affect the

21   renal function, nonsteriodal antiinflammatory agents,

22   diuretics, other medicines can change how it is.

23       Q    And I think you said sometimes you just don't

24   know why a level is elevated; is that right?

25       A    That's correct.

1           I guess, again, you're getting my clinical

2    gestalt from years, but commonly it -- more commonly

3    it's in the elderly person who has multiple things going

4    on and multiple drugs coming and going, and has a

5    significant impaired renal dysfunction in the first

6    place.

7       Q    Do you typically draw serum digoxin levels on

8    your patients who are chronically taking --

9       A    Yes.

10      Q    -- the drug?

11      A    (Witness nods head up and down.)

12      Q    How often do you tend to draw those levels?

13      A    We usually draw them much more frequently as

14   we're getting the drug set up and into use.  Once

15   they've been, if you will, stabilized in a pattern, we

16   would check them several times a year.

17      Q    Okay.  And then is there an optimal time to

18   draw the serum digoxin level following the last dose?

19      A    In general, we try to have all of the digoxin

20   levels drawn at least seven hours after the last oral

21   dose.

22      Q    Why?

23      A    Levels drawn earlier than that may be

24   elevated.

25      Q    Because it has not distributed to steady state?

1     A     That's correct.  Taken in the stomach, being

2  transported by the bloodstream throughout the muscle

3  cells.  For a while, it can be elevated.

4     Q     Under that window of time it's still too close

5  to the peak plasma level; correct?

6     A     It may be, yes.

7     Q     Do electrolyte imbalances, particularly

8  potassium, play an important role in the etiology of

9  digoxin toxicity?

10    A     Yes.

11    Q     Can potassium levels, whether elevated or below

12 the appropriate range, cause digoxin toxicity?

13    A     They can certainly enhance it.

14    Q     Okay.  Is the same true with calcium?

15    A     Yes.

16    Q     Now, can -- I'm probably not going to get this

17 right, but can elevated potassium levels cause

18 arrhythmias?

19    A     Yes.

20    Q     Life threatening arrhythmias?

21    A     More commonly it's cardiac slowing and

22 standstill.  But, yeah, slower rhythms.

23    Q     And can abnormal calcium levels do the same

24 thing?

25    A     To some extent, yes.

1       Q    Would BUN, creatinine and/or the estimated

2    glomerular filtration rate be some of the measures you

3    would look at in determining renal sufficiency?

4       A    They are the main standards.

5       Q    Okay.  If a patient has an elevated BUN or

6    creatinine, or low GFR or some combination of those,

7    that would be at least a potential sign of renal

8    insufficiency which could then increase the risk of

9    digoxin toxicity; correct?

10      A    Yes.  Although I think Mr. McCornack is a

11   pretty muscular guy, and sometimes young muscular

12   people, because the BUN, creatinine for those can be --

13   frail, elder women can be low levels.  Where young,

14   muscular guys can kind of be at the upper end.

15      Q    Do you know whether Alli -- he was on a gout

16   medication, Alli --

17      A    Allopurinol.

18      Q    Allopurinol.  Do you know whether that can

19   increase digoxin levels?

20      A    I don't know specifics.

21      Q    Do you know if it decreases renal clearance?

22      A    It's not a major player.  It may alter it

23   slightly.

24      Q    Was Mr. McCornack on any diuretics?

25      A    Not to my knowledge.

PLAINTIFFS' EXHIBITS 009909

Page 40

1     Q     Okay.  Your staff was kind enough to e-mail

2     your C.V.; correct?

3     A     Correct.

4           MR. MORIARTY:  Can you mark that as Exhibit 1.

5                 (Defendants' Exhibit 1 marked for

6                 identification.)

7     BY MR. MORIARTY:

8     Q     Is this your C.V.?

9     A     Best I can tell, yes.

10    Q     Are there any significant speeches,

11    publications or research grants that are not --

12    A     No.

13    Q     -- on that C.V.?

14    A     No.

15    Q     All right.  In your -- in your cardiology

16    practice, do you have other patients who are claiming to

17    have suffered injuries as a result of taking Digitek, to

18    your knowledge?

19    A     I think over the past year or two a couple have

20    popped up.  But when we check levels, either we're far

21    enough from the time the pills had been used or the

22    levels were drawn that were not of concern.  So nothing

23    more than one of the number of other things that popped

24    up as questionable circumstances.

25    Q     Have you looked at any statements online about

1    what the FDA is currently saying about the Digitek

2    recall and the likelihood that Digitek tablets caused

3    harm to patients?

4         A    No.

5         Q    Are you aware of any published medical

6    literature which says that digoxin products themselves

7    cause renal failure?

8         A    Not in usual doses.

9         Q    Okay.  All right.  Let's talk about

10   Dan McCornack a little bit here.  May I see that chart?

11   You had your staff e-mail your chart up here; right?

12        A    Looks like part of it, but, yes.

13        Q    Do you keep all of your medical records

14   electronically?

15        A    Yes.

16        Q    My notes -- my notes indicate that you actually

17   saw Mr. McCornack going back to something like 1992, but

18   the medical record that I brought with me from Ohio only

19   goes back to about 1998 or so.

20        A    That may have been when the medical records was

21   initiated in our office.  The previous paper notes

22   didn't always get carried over.

23        Q    What would have happened to previous paper

24   notes that were kept in his chart prior to the creation

25   of an electronic record?

1       A    They were ultimately destroyed.

2       Q    Do you know when they were destroyed?

3       A    Seven or eight years afterwards, I guess.

4       Q    Do you have independent memory of when

5  Dan McCornack started with your office as a patient?

6       A    No.  There was one note in -- well,

7  Dr. Roger Winkle's note mentioned that he's been a

8  patient of Dr. David Harvey, who had been with our

9  group.  He'd joined our group at some point in the past.

10  Again, I can't tell you the year.  That would have

11  predated that as well.

12      Q    Okay.  When did Dr. Harvey retire?

13      A    He actually left the group.  I believe he's

14  still in practice in Texas.  I don't remember the year.

15      Q    Now, according to the records Mr. McCornack

16  had, he was diagnosed with atrial fibrillation at about

17  the age of 22.  Is that consistent with your memory?

18      A    Yes.

19      Q    What is the significance, if any, of such a

20  early onset of A. fib?

21      A    It happens.  And going back to your original --

22  one of your earlier questions, we usually will check the

23  patient out with cardiac ultrasound.  Check the thyroid

24  panel, look for any other signs of underlying problems

25  that may cause the fibrillation.  In his case, no other

1    cause was found.  It just happens sometimes.

2        Q    Is it unusual?

3        A    Uncommon, certainly, yes.  Most 21 year olds,

4    22 year olds don't have atrial fibrillation.

5             They do have other -- well, never mind.  They

6    do have other fast heart rhythms, but on occasion.

7        Q    Because he had to live a long time with atrial

8    fibrillation, did it increase the risk of him having

9    sudden cardiac death?

10       A    Relatively small.

11       Q    Why relatively small?

12       A    Well, as long as the fibrillation -- I think if

13   you take 100,000 people with atrial fibrillation and

14   100,000 people without, that being the only variable,

15   there's probably a very slightly higher rate of

16   complication; strokes and so forth than that.  But if

17   the heart is otherwise normal in its structure and other

18   factors, the difference is very, very small and

19   difficult to measure.

20       Q    Okay.  Is sudden cardiac death a risk of atrial

21   fibrillation?

22       A    Ordinarily, if that's the only problem, the

23   answer is no.

24       Q    Not a risk at all?  I mean, elevated above the

25   general population?

1   A    There's a very small chance of having clots
2   develop in the atrium.  If those clots break lose and go
3   someplace to the heart itself or the brain, that could
4   cause cardiac death, but that's very unusual.
5   Q    Did Mr. McCornack have hypertension?
6   A    Yes, mild.
7   Q    Do you have an opinion as to the cause of his
8   hypertension?
9   A    Ordinarily, it's essential, which means it
10  happens.
11  Q    Well, is it genetic or is it based on his
12  weight or don't you -- is there no way to know?
13  A    Um, your -- most people are born with a hat
14  size, a shoe size, and you have a blood pressure size.
15  A certain percentage of peoples blood pressure is higher
16  than what is the desired amount, which would be 140 over
17  90 or dropping 130 over 80.  Statistically, as the blood
18  pressure goes higher those people are more likely to
19  have vascular injury as the years go by.  For years,
20  they thought it might be due to renal artery obstruction
21  or things like that.  But very often you look and there
22  are no causes.  The blood pressure is just higher than
23  what is in their best interest.
24  Q    As a result was Mr. McCornack felt to have
25  arterial sclerotic heart disease?

1      A      There was no evidence of that.

2      Q      Ever?

3      A      Well, most of us will have some plaquing in our

4   arteries.  We don't like to think about it, but we do.

5   As far as that progression to the point of angina

6   pectoris or myocardial damage, there was no clinical

7   evidence of that.

8      Q      Did you ever advise Mr. McCornack to lose

9   weight?

10     A      Yep.

11     Q      Most visits?

12     A      Half the time.

13     Q      He met the medical definition of obesity, did

14  he not?

15     A      I don't know what criteria he used.  In my

16  mind, he was not obese.  He was certainly heavier than

17  ideal.

18     Q      Why did you advise him to lose weight?

19     A      Well, he also -- his lipids were elevated, his

20  cholesterol, those types of things.  Ordinarily, people

21  do better to have lower weight and lower cholesterol.

22     Q      Did he report to you on a number of occasions

23  that he had a lot of stress related to his work?

24     A      On occasion.

25     Q      Did you advise him to stop chewing tobacco?

PLAINTIFFS' EXHIBITS 009915

1    A    Yes.

2    Q    Why?

3    A    Well, the incidence of oral lesion is higher

4    with tobacco products.

5    Q    To your knowledge, does oral tobacco product --

6    I mean chewing tobacco products pose any increased

7    cardiac risk?

8    A    No.

9    Q    Are you familiar with the new 2007 ACCFAHA

10   guidelines on the management of atrial fibrillation?

11   A    Yes.

12   Q    I'm sorry?

13   A    Yes.

14   Q    If you were to classify Mr. McCornack's atrial

15   fibrillation, how would you have classified it in 2007

16   when you last saw him, which I believe was in November?

17   A    I would classify him as idiopathic atrial, lone

18   atrial fibrillation.  Atrial fibrillation, not

19   necessarily in conjunction with other major risk

20   factors.

21   Q    Was it recurrent?

22   A    It had begun as being rare and infrequent.  Had

23   become recurrent, and then had progressed into, we

24   believe, chronic atrial fibrillation.

25   Q    Is chronic pretty much the same as permanent

1    and persistent?

2         A    Yes.

3         Q    Was it paroxysmal?

4         A    That would have been the intermittent phase.

5         Q    Was it symptomatic?

6         A    Yes.

7         Q    What were his A. fib symptoms?

8         A    Initially, when it happens, go into a sudden

9    change from a stable rhythm to a fibrillation.  People

10   feel the palpitations.  Sometimes they can have some

11   chest discomfort, sometimes sweaty.  At times in the

12   earlier years he would have things such as that.  Later

13   on he noticed the palpitations, didn't have the chest

14   pains so much.  And certainly as it became chronic, he

15   noticed he had less exercise tolerance.  He couldn't

16   perform as well physically as originally.

17        Q    Did he complain of fatigue?

18        A    Yes.

19        Q    So, his diltiazem was for rate control with his

20   secondary benefit of antihypertensive.

21             What was the focused purpose of the digoxin

22   prescription?

23        A    Rate control.

24        Q    Is it common for you as a cardiologist to

25   prescribe more than one drug for rate control in atrial

1    fibrillation patients?

2         A    Not unusual.  I guess maybe 20 percent.

3         Q    Well, why would -- why the need for two

4    different drugs for rate control in Dan McCornack's

5    A. fib?

6         A    Um, it relates back to each individual and the

7    properties of atrial ventricular node.  Its the ability

8    to conduct the fibrillation signals through the

9    ventricles.

10           Some people's A.V. node is able to conduct much

11   more rapidly than others.  Others are slower.  He

12   happened to have a relatively rapid rate of conduction

13   to the atrial ventricular node.

14        Q    Is that a way of saying he really needed

15   more umph or more therapy to control his A. fib?

16        A    I guess I wouldn't use the word "umph."  He

17   needed more breaks on this.

18        Q    More breaks.  Okay.  That's good.

19        A    More retarding.

20        Q    Okay.  And sometimes it's more efficacious to

21   combine two different therapies than to just give higher

22   doses of one; correct?

23        A    Their affects can be additive.  And there are

24   limitations on how much diltiazem you want to give and

25   how much digoxin you want to give.

1    Q    Okay.

2         MR. ERNST:  We've been going an hour.  Are you

3    uncomfortable?  Do you want to take a break?

4         THE WITNESS:  So far so good.

5         MR. ERNST:  Okay.

6         MR. MORIARTY:  Could you mark this as Exhibit

7    2, please?

8    Q    Dr. Von Dollen, I've had this marked as

9    Exhibit 2.  That's NMS Lab's report dated June 24th,

10   2008, regarding a postmortem blood specimen for

11   Dan McCornack.

12              (Defendants' Exhibit 2 was marked

13              for identification.)

14   BY MR. MORIARTY:

15   Q    Have you ever seen that before?

16   A    Yes.

17   Q    Did you receive that from Mr. Ernst?

18   A    Yes.

19   Q    How long ago did you receive it from Mr. Ernst?

20   A    Two days ago.  Somewhere over the weekend.  He

21   showed it to me.  I've not received a copy of it.

22   Q    But you didn't see this until very recently?

23   A    That's correct.

24   Q    I'd like you to go to the second page.  Item

25   Number 2 is a statement by NMS Labs from their computer

1    system, about diltiazem.  Do you see that?

2        A    Yes.

3        Q    And, at least according to what NMS Lab says,

4    the last sentence says, "In addition, diltiazem is

5    reported to undergo postmortem redistribution with an

6    average heart blood/femoral ratio of 2.6."

7            Do you see that?

8        A    Yes.

9        Q    Do you have any reason to disagree with that?

10       A    No.

11       Q    And at least according to NMS Labs,

12   Mr. McCornack's postmortem diltiazem level of 630 would

13   be three or more times the normal antemortem diltiazem

14   level; is that fair?

15       A    630 -- I'm sorry.  You were saying that the 630

16   would be three times?

17       Q    The normal antemortem diltiazem level, at least

18   as reported by NMS?

19           MR. ERNST:  I'm sorry, I didn't mean to

20   interrupt you, Counsel.  I thought you were finished.

21           Objection.  Once again, I'm making an objection

22   for the record.  His question stands and you can answer

23   it if you can.

24           THE WITNESS:  Yeah, I mean, if you accept the

25   therapeutic blood levels between 50 and 200, and this

1   was 630.  That would be three times that.

2   BY MR. MORIARTY:

3       Q    Okay.  Do you have some other understanding of

4   what therapeutic diltiazem levels are?

5       A    No.

6       Q    Okay.  Would -- if this lab information was

7   presented to you when Mr. McCornack was alive and you

8   looked at it and his level was 630, would you say that

9   he was diltiazem toxic?

10          MR. ERNST:  Objection.

11          THE WITNESS:  Um, not ordinarily.

12  BY MR. MORIARTY:

13      Q    Okay.  Why?

14      A    Different, quote, unquote, therapies are

15  reported for different situations, and I would have to

16  ask them if there are other situations in which other

17  numbers might be acceptable.

18          If it's for use of hypertension, if it's used

19  for rhythm control, if it's used for vaso spastic

20  angina.  I don't know if there are other values that

21  have been thought to be acceptable under different

22  circumstances.

23      Q    Part of what you are telling me is that the

24  number 630 doesn't tell the whole story; correct?

25      A    That's correct.  And the other part of the

Page 52

1    question is what's thought to be a quote, unquote,

2    therapy, what is then, if you will, the therapeutic

3    index or the toxic range.

4        Q    And in order to assess the meaning of this

5    number, you'd want to know how reliable it is as a

6    predictor of a toxic level in a living patient; correct?

7        A    That's one side is a therapy, therapeutic, the

8    beneficial effect, what things you have to go to before

9    you have adverse effects.

10       Q    Okay.  Did you ever diagnose Mr. McCornack with

11   diltiazem toxicity?

12       A    No.

13       Q    When you looked at this report when you were

14   talking with Mr. Ernst, did you talk about the diltiazem

15   level?

16       A    It was mentioned as it went by, but no

17   conversation led after that.

18            I guess I just have to say, in clinical

19   practice we have a lot of people on diltiazem over the

20   years, and ordinarily within the prescribed dosage

21   levels we've not really encountered diltiazem toxicity.

22       Q    When you see an elevated level like this in a

23   in a postmortem blood specimen, it doesn't automatically

24   lead you to conclude that he took an excessive dose,

25   does it?

1      A    That's correct.

2      Q    Are atrial fibrillation patients at risk of

3  clots?

4      A    Yes.

5      Q    And, typically, atrial fibrillation patients

6  get an anticoagulant, do they not?

7      A    Over the years they have.  Under recent

8  guidelines and in many situations it was lone atrial

9  fibrillation they don't get anything more than aspirin.

10     Q    Why didn't Mr. McCornack get an anticoagulant?

11     A    Again, he may have had mild hypertension, but

12  there would be no other major structural heart disease.

13  He was in the lower risk of clots in the first place,

14  and therefore he didn't get the Coumadin.

15     Q    Okay.  Did he ever express to you some

16  hesitance to take Coumadin because of his lifestyle?

17     A    Yes.

18     Q    Did you ever sign a death certificate for

19  Dan McCornack?

20     A    Not that I recall.

21     Q    Were you ever asked to by the Santa Cruz County

22  Coroner?

23     A    Not that I recall.

24     Q    Do you remember ever having any discussion with

25  the Santa Cruz County Coroner yourself?

1      A     Not that I recall.

2      Q     Were you aware that your office faxed medical

3  records regarding Dan McCornack to the Santa Cruz County

4  Corner's office at their request after he died?

5      A     Well, in reviewing the chart today, I saw the

6  slip, but I can't remember at the moment if the call

7  came in, if I was in composition of that then or not.

8      Q     Now, within weeks of Mr. McCornack's death, the

9  coroner issued an autopsy report, and then there was a

10 death certificate associated with that.  Are you aware

11 of that?

12     A     I have heard that it happened, but I don't know

13 the timing or...

14     Q     Have you ever seen the original autopsy

15 report --

16     A     Yes.

17     Q     -- or death certificate for Mr. McCornack?

18     A     Yes.

19     Q     I deposed Dr. Mason, the coroner, last Thursday

20 afternoon in San Jose, and the day before, in other

21 words, Wednesday of last week, he issued an amended

22 death certificate and autopsy report.  Have you seen

23 those amended reports?

24     A     No.

25     Q     Do you know what the new articulated cause of

1  death sequence was?

2     A    I believe the digitalis intoxication was

3  mentioned on that.  Again, that's word of mouth what

4  Mr. Ernst mentioned.

5     Q    Do you know what the basis was for Dr. Mason

6  changing his opinions and his reports a week ago?

7     A    No.

8     Q    Mr. -- the notes that we have put together

9  regarding Mr. McCornack indicate that by 1994 and onward

10  he was pretty consistently getting .50 milligrams of

11  digoxin a day split between 2.25 milligram doses.  Are

12  you aware of that?

13     A    Yes.

14     Q    And whether or not you are the one who actually

15  started him on that dose, you continued him on that dose

16  for some years; correct?

17     A    I likely was the one who started him on it

18  because we tried some other medications in place of

19  those earlier that he hadn't tolerated.

20     Q    Such as Androderm?

21     A    Yes, and also beta blocker.

22     Q    So what was the rationale behind the dosing

23  regimen of .25 twice a day?

24     A    Ordinarily, as long as you get the dose within

25  24 hours, the effect should be relatively the same.

Page 56

1    Some people feel better having the split dose.

2            There's many antihypertensive agents that are

3    supposedly covered 24 hours quite well, don't do quite

4    as well for 24 hours.  Digitalis covers long enough that

5    you wouldn't expect that.  But diltiazem had to go twice

6    a day.  It's just easy to do digitalis a day as well.

7    Q    Was he on diltiazem doses per day?

8    A    I have to check the record.  At different times

9    he was and other times he wasn't, I believe.

10   Q    Let's just go to 2007.

11   A    Yes, he had the 300 and then he had the 180.

12   Q    Same exact drug, but just two different doses?

13   A    Right.  They are supposed to be long acting to

14   cover 24 hours as well, but sometimes they don't

15   completely cover a 24-hour period as well if you give it

16   in divided dosage.

17   Q    Okay.  Now, do you remember hospitalizing

18   Mr. McCornack at Twin Cities in 1994?

19   A    I believe he was admitted for a cardioversion,

20   but I can't remember more than that.

21   Q    Would it be likely that during an admission for

22   cardioversion he would have been administered I.V.

23   digoxin products?

24   A    Not usually, but possible.

25   Q    Okay.  At any point, to your memory or from

1    whatever records you have available to you today, did

2    Mr. McCornack -- was he prescribed digoxin doses higher

3    than .5 per day?

4         A    In my chart notes there was some mention of

5    trying a higher dose temporarily.  But, ordinarily, I

6    wouldn't.  I can't say for sure.

7         Q    Okay.  I'm just wondering if, during an

8    admission, perhaps he was given higher I.V. doses?

9         A    Sometimes if a person comes in for a

10   cardioversion for atrial fibrillation, and the

11   cardioversion is done and the sinus rhythm is restored,

12   if we have concerns about loss of the rhythm again,

13   we'll sometimes give additional antiarrhythmic of sorts.

14   Which, if we thought a digoxin level was low, we could

15   possibly give him some I.V. digoxin as a one time deal

16   to help prevent the fibrillation from occurring.

17        Q    I'm looking for a particular note in your

18   chart.  Okay.  Do you have your February 16, 2000,

19   office note with you?  February 16, 2000?

20        A    It's not in the sequence here.  I can keep

21   looking if you'd like.  Yes, here it is.

22        Q    Okay.  I'd like you to look at that note under

23   the Chief Complaints section.

24             Well, I'm sorry, first look at the Current

25   Medications.  According to this, he's getting Lanoxin,

1    .25 milligrams, one tab BID.  Do you see that?

2        A    Yes.

3        Q    And then under Chief Complaint, the third line

4    down, it says he doubled up on his Lanoxin.

5        A    Uh-huh.

6        Q    Do you remember this incident?

7        A    Just vaguely, yes.

8        Q    What does it mean in your History section when

9    it says he doubled up on his Lanoxin?

10       A    Um, usually he would take a double dose of the

11   medication.  And some people will do that as -- if they

12   feel the heart racing, they'll want to take an extra

13   dose to stop it.

14            They -- as I recall -- I can't recall with

15   clarity, but ordinarily we would like to put a dose or

16   two the first day or two at most, perhaps even a one

17   shot deal from how the note goes down lower, which would

18   not necessarily imply a chronic doubling of the dose for

19   extended periods of time.

20       Q    Well, he felt -- under Chief Complaint it says,

21   "He felt terrible on the first.  Hands tingling and

22   going numb.  Heart doing flip-flops, light-headed, neck

23   and chest pains."

24            You see that; correct?

25       A    Correct.

PLAINTIFFS' EXHIBITS 009928

1       Q    Would it be fair for me to conclude that you,

2   as a cardiologist, in looking at this and nothing else,

3   would think he was having --

4            MR. ERNST:  Let's go off the record.

5            (Interruption in the proceedings.)

6                 (Record read.)

7            MR. MORIARTY:  -- some episode of atrial

8   fibrillation?

9            THE WITNESS:  That's correct.

10  BY MR. MORIARTY:

11      Q    Okay.

12      A    But he was notoriously inaccurate about

13  feeling -- I shouldn't say "notorious."  He was -- many

14  times he would not think that he was in fibrillation and

15  thought he wasn't, and vice versa, and his symptoms

16  didn't correlate real well all of the time.

17      Q    Okay.  But at least, according to what you

18  believe, he would have taken, when it says he doubled up

19  on his Lanoxin, instead of taking .50 per day, he was

20  taking one --

21      A    One milligram.

22      Q    -- milligram per day?

23      A    At least on one day, if not several.

24      Q    Do you know how many days --

25      A    I'm sorry, I don't.

1       Q      -- he did that?

2              And I don't see anywhere in here that you

3    diagnosed him as having digoxin toxicity; is that

4    correct?

5       A      That's correct.

6       Q      Did you even run a digoxin concentration level?

7       A      No.  I have to check the record, but I don't

8    know that I did.  Certainly, if he had remained on it

9    for an extended period of time I would have.  But a one-

10   or two-shot deal we would not have done that.

11      Q      When you say "a one- or two-shot deal," if a

12   patient were to either intentionally or inadvertently

13   take a double dose for a day or two, that ordinarily

14   would not lead to digoxin toxicity; is that correct?

15             MR. ERNST:  Objection.

16   BY MR. MORIARTY:

17      Q      Correct?

18      A      That would be correct.  Again, it depends on

19   the patient.

20             We have some elderly people have a lower GFR.

21   You have a younger person such as him who had a

22   relatively stable level and normal GFR, we would not

23   ordinarily run a level.

24      Q      In looking at every medical record I had

25   available to me I didn't see a single GFR lab result.

Page 61

1    Do you know if there were any on Mr. McCornack in the

2    last five years of his life?

3        A    Not that I know of, no.  Ordinarily, the GFR is

4    calculated from the BUN and creatinine and albumin, so

5    the BUN and creatinine are pretty good markers as far as

6    GFR is going to be.  It would be unusual to do one.

7        Q    It would be hard to do a calculation now, just

8    based on his BUN and creatinines that are in the charts

9    because you wouldn't really know if he was in volume or

10   not; correct?

11       A    That's correct, yeah.  But it's supply,

12   production, removal process.  If you produce more, it's

13   going to be a little bit higher.  But if it's removed

14   rapidly...

15       Q    Are there patients who can have consistently

16   and safely taken a digoxin dose who suddenly become

17   toxic even if they are on the same dose?

18       A    It's possible, yes.

19       Q    Okay.  Or, instead of using the word "toxic,"

20   people could have taken the same dose consistently and

21   safely, and had an elevated level for some reason?

22       A    Yes.

23       Q    Have you ever seen any serum digoxin

24   concentrations for Mr. McCornack, while he was alive,

25   that were elevated?

PLAINTIFFS' EXHIBITS 009931

Page 62

1      A     Not to my recollection.

2      Q     Did you ever see any medical records to

3   indicate while he was alive that he had digoxin

4   toxicity?

5      A     No.

6      Q     If a patient consistently took a double dose,

7   for example, would you expect at some point that they

8   would demonstrate signs or symptoms of toxicity?

9           MR. ERNST:  Objection.  Go ahead and answer the

10   question.

11           THE WITNESS:  Sometimes, yes.  Sometimes, no.

12   BY MR. MORIARTY:

13      Q     All right.  Mr. McCornack consistently had

14   elevated uric acid levels.  Are you aware of that?

15      A     I didn't recall, but usually that's what

16   Allopurinol is used for.

17      Q     If Dr. Lemm attributed his elevated uric acid

18   levels to gout, would you have any reason to disagree

19   with him?

20      A     Well, a gout is a symptom of elevated uric acid

21   given the clinical signs.  But, yeah, they go hand in

22   hand.

23      Q     What's the cause of the elevated uric acid

24   level?

25      A     It happens.

Page 63

1      Q    Mr. McCornack consistently had elevated SGPT

2    levels.  Were you aware of that?

3      A    Yes.

4      Q    Did you have any opinion to a probability as to

5    the cause of that?

6      A    Don't know.  It could be a hepatitis.

7    Sometimes people that -- although he was not obese, as

8    best I can tell, some people will have a fatty liver.  I

9    don't know the cause of that.

10     Q    And several times I've said, "Do you have an

11   opinion to a reasonable degree of medical probability?"

12   What is your understanding of "reasonable degree of

13   medical probability" in expressing an opinion in this

14   setting?

15          MR. ERNST:  Objection.

16          THE WITNESS:  I'm sorry, I don't quite

17   understand.

18   BY MR. MORIARTY:

19     Q    Well, I don't want you to guess or speculate.

20          When I ask, do you have an opinion to a

21   reasonable degree of medical probability, do you

22   understand that I mean a certain level of scientific

23   accuracy?

24          MR. ERNST:  Objection.

25   \\

PLAINTIFFS' EXHIBITS 009933

Page 64

1   BY MR. MORIARTY:

2        Q    Go ahead.

3        A    I guess I would question whether an alternative

4   way of saying that, if you had a list of ten choices,

5   and choice number one would be -- happen over 50 percent

6   of the time, I would say that would be the most probable

7   and most likely.

8        Q    Okay.

9        A    Does that make any sense?

10       Q    Sure.  So you're equating likely with more

11  likely than not or greater than 50 percent?

12       A    All things considered, I would think so.

13       Q    Okay.  And in order to form opinions about

14  particular subjects, do you think it's important that it

15  be something within your subspecialty and that you have

16  the basic reliable data to express an opinion?

17       A    Hopefully.

18       Q    All right.  So, if I asked you a string of

19  opinion questions about orthopedic issues, you might

20  decline because it's not your specialty; fair?

21       A    Unless I happen to have some independent

22  knowledge in a particular area.

23       Q    Sure.  Mr. McCornack had elevated BUNs on nine

24  occasions between June of 2001 and May of 2007.  Do you

25  have any opinion to a reasonable degree of medical

1  probability as to the cause of that?

2      A    My best would be the fact that that's a normal

3  variance among the population.  Get young, healthy,

4  muscular guys, their BUNs and creatinines tend to run a

5  little bit higher just because of the muscle mass.

6      Q    Are you aware of any serum digoxin

7  concentration draws after May 15, 2007?

8      A    I don't have my records here, but no, I'm not

9  aware of any.

10     Q    Have you ever done any research about

11  postmortem redistribution of digoxin?

12     A    No.

13     Q    Have you ever done scientific lab studies about

14  postmortem redistribution of any drug product?

15     A    No.

16     Q    And I guess my first question wasn't very

17  clear.  When I say, have you done any research about it,

18  I meant in reading the medical literature.

19     A    Not until looking at the Goodman and Gilman or

20  PDR.

21     Q    In your career as a cardiologist, how many

22  times do you believe that you have looked at and

23  analyzed postmortem blood levels?

24     A    I'm sorry.  Very, very rarely.  Almost never.

25     Q    All right.  Have you ever, to your memory,

1   encountered postmortem diltiazem levels before?

2        A    No.

3        Q    Before looking at Exhibit 2 in the last few

4   days, how many times in your career do you think you've

5   encountered postmortem digoxin levels?

6        A    Probably less than half a dozen.

7        Q    What were those circumstances in those other

8   instances where you did encounter postmortem digoxin

9   levels?

10       A    Ordinary -- well, there would be someone who

11  died unexpectedly, and they're very ill, we didn't know

12  why they had died, and we might ask the pathologist to

13  go back and draw all sorts of levels to see what was

14  there.

15       Q    Did you ever talk to the pathologist about the

16  meaning and significance about postmortem digoxin

17  levels?

18       A    It's been so long ago, I don't recall.

19       Q    Do you know anything about the degree to which

20  postmortem digoxin levels are reliable indicators of

21  antemortem levels?

22       A    Other than the article Dr. Ernst ran by me, I

23  don't.

24       Q    Dr. Ernst?

25            MR. ERNST:  I am a doctor.

1            MR. MORIARTY:  You've been promoted.

2            MR. ERNST:  I am a doctor.

3            MR. MORIARTY:  If he gets the promotion, I get

4    the promotion.

5            MR. ERNST:  You can have the promotion.  And

6    Alicia, too.

7    BY MR. MORIARTY:

8       Q    Is it your understanding, in general, that

9    concentrations postmortem do not necessarily reflect

10   those at the time of death?

11      A    I couldn't answer, because some things can vary

12   tremendously and some I would expect wouldn't vary much.

13      Q    Do you have any information about when

14   Dan McCornack took his last digoxin dose before he died?

15      A    No.

16      Q    And I assume that you haven't seen any EKGs or

17   serum digoxin concentrations that were taken unbeknownst

18   to me in the last 24 hours before he died?

19      A    That's correct.

20      Q    Has anybody explained to you or have you read

21   anything to indicate that he had clinical signs or

22   symptoms of digoxin toxicity the day before he died?

23           MR. ERNST:  Objection.  Go ahead answer the

24   question.

25           THE WITNESS:  The only thing -- the only way I

1    could answer maybe what was put in the deputy's report

2    per the response to the family's call to distress.

3    BY MR. MORIARTY:

4       Q    There was nothing in there to lead you to

5    think, clinically, that he had digoxin toxicity?

6       A    Sounded like a usual day.

7       Q    Would it be fair to say that he had sudden

8    death?

9       A    Sounds very likely.

10      Q    Let's start there.

11           MR. ERNST:  Objection.

12   BY MR. MORIARTY:

13      Q    Let's start there.

14      A    Sounds very likely.

15      Q    Is it likely that he had sudden cardiac death?

16           MR. ERNST:  Objection.  You can go ahead and

17   answer the question.

18           THE WITNESS:  Most likely, yes.

19   BY MR. MORIARTY:

20      Q    Okay.

21      A    In the pathologist's report a lot of other

22   things didn't happen, like G.I. bleeding and pulmonary

23   embolis.

24      Q    Sure.  Do you know anything about the

25   reliability of postmortem blood sampling as it relates

1    to the time that the sample is drawn from the corpse

2    after death?

3        A    No.

4        Q    So, to put it another way, you don't know

5    whether a specimen drawn at two hours is more or less

6    reliable than a specimen drawn at 72 hours?

7        A    That's correct.

8        Q    Have you ever seen any evidence that

9    Dan McCornack took a digoxin tablet that had a dose of

10   digoxin in excess of the labeled amount?

11       A    I'm unaware of that.

12       Q    In the summer of 2007, did you refer

13   Dan McCornack to Dr. Winkle at Stanford?

14       A    If that was the date of this consultation, yes.

15   I'm not sure of the years.

16       Q    Okay.  Why Dr. Winkle at Stanford?

17       A    In the treatment of atrial fibrillation --

18   well, numerous nonmedical attempts have been tried or

19   developed to stop or treat atrial fibrillation, and

20   Dr. Winkle has expertise in that field of

21   electrophysiology where with a catheter procedure they

22   can sometimes damage the parts that are causing the

23   fibrillation and restore normal rhythm.

24       Q    Well, I guess my question is, are there people

25   in San Luis Obispo or Paso Robles, or even San Jose who

1  have expertise in radiofrequency ablation?

2      A    Not in our county.  But there are other

3  communities, other parts of the state.

4      Q    Okay.

5      A    I just happen to know Dr. Winkle for a long

6  time, and he's been a very solid guy who is sort of

7  leading the field in many ways.

8      Q    Okay.  And from your understanding of

9  Dr. Winkle's consult note, did he recommend that Dan

10  have radiofrequency ablation?

11      A    I would have to check the terminology, but I

12  believe he advised him that he would be someone who may

13  benefit from the procedure.

14      Q    When you saw Dan at subsequent visits, did you

15  echo Dr. Winkle's sentiment that Dan may be one of those

16  people who could benefit from the procedure?

17      A    Yes.

18      Q    And if Dan had had the procedure, would that

19  most likely have reduced his reliance on the combination

20  of diltiazem and digoxin to control his heart?

21          MR. ERNST:  Objection.

22          THE WITNESS:  That would be the intent of the

23  procedure.

24  BY MR. MORIARTY:

25      Q    Does RFA typically eliminate the need for those

1   drugs all together?

2       A    Um, in the majority of cases, yes.  Not always.

3       Q    Did you ever have any discussions with

4   Dan McCornack in the summer or fall of 2007 about

5   whether he was going to have that procedure?

6       A    I don't recall.  We had -- we were going to set

7   him up -- you have notes there.  Make another attempt at

8   cardioversion.  But, ordinarily, once you've been in

9   fibrillation as long as he had, it would not be likely

10  to be a long-term success.

11      Q    What would not likely --

12      A    The cardioversion shock and rhythm

13  defibrillation back to sinus rhythm.

14      Q    Why was that going to even be tried?

15      A    I can't recall.  Most likely, it would have

16  been him wanting to make sure we had tried all

17  possibilities before going on to a procedure, but I can

18  only guess.

19      Q    Well, we know ultimately that Dan did not have

20  radiofrequency ablation.  Do you have any memory, from

21  talking to him or his wife, Kathy, about why he did not

22  have it?

23      A    No.

24      Q    There is a comment in your notes in November of

25  2007 that, at least up to that point, he had delayed the

1    procedure because it was hunting season?

2        A    Yep.  Yes.  I'm sorry, you want yep, yep, nope.

3        Q    There are a number of notations.  I'm not sure

4    I counted them all.  But at least six notations in all

5    of the medical records between June of 2001 and your

6    office visit of November 29th, 2007, where Dan McCornack

7    complains of persistent fatigue.  Okay.  Is that likely

8    related to his atrial fibrillation?

9        A    That and the fact that the guy's over 40.

10       Q    And weighs 225 pounds?

11       A    Yep.

12       Q    But the -- is atrial fibrillation a disease --

13   in a man like Dan McCornack, can it cause fatigue for

14   one reason or another?

15       A    Commonly.

16       Q    Okay.

17       A    It's usually most noticeable at higher levels

18   of exertion.  When people are doing day-to-day

19   activities, oftentimes it's not as noticeable.

20            He was very active, and he would want to go

21   over hill over dale in ways he did when he was younger,

22   he would notice he couldn't do as well as he did

23   previously.

24       Q    I think in the notes there are times when he

25   complains he can't keep up with his father on the golf

1    course.  Do you remember those notes?

2        A    Something like that.

3        Q    So when you're comparing your condition with

4    somebody who is at least presumably 18 or more years

5    older than you are, that's some sign of a problem other

6    than just deconditioning; correct?

7        A    Common.

8             Dr. Winkle is usually very good at presenting a

9    very evenhanded approach to the likelihood of his

10   success.

11            As I recall, he did not offer them 100 percent

12   chance of success, and some people, depends if your cup

13   is half full or half empty.

14            The fact is that Dr. Winkle will not try to

15   sell you a product without you knowing exactly what your

16   odds of success and failure are.

17       Q    It's one of those risk benefit analyses?

18       A    Exactly.

19       Q    Okay.  In general, did Mr. McCornack's atrial

20   fibrillation get worse over time?

21       A    Either you're in it or you're out of it.  And

22   once he had it, it pretty much was unchanged.

23       Q    I'm just looking at it from originally he was

24   on no digoxin.  Then he was on .25 a day.  Then .5 a

25   day.

1           By May of 2001 there were plans for holter

2      monitoring.

3           By July of 2001, he was increasing his

4      diltiazem.

5           And then by 2007, Dr. Winkle is at least

6      advising of the possibility of ablation being

7      beneficial.

8           Is that a progression that demonstrates a

9      worsening?

10     A    I wouldn't say that.  I mean, in some ways

11     it's -- the fact that Dr. Winkle -- well, again, if you

12     had asked to have an ablation ten years ago, I would say

13     the odds to success are very low.

14          Over the last five years, not only Dr. Winkle,

15     but other people have done better and more effective and

16     more safety.  This would be in the time zone when the

17     process was being developed with greater safety and

18     greater efficacy.

19          Also as Mr. McCornack was symptomatic and

20     shortness of breath, tiredness, fatigue, can sometimes

21     be subtle and not always appreciated that the heart is

22     going faster than what it really should, and if you can

23     slow that down, in particular at times of exercise,

24     people will sometimes do better.  Hence, he got the

25     higher dose of medication.  And diltiazem in particular

Page 75

```
 1   is noted to be helpful to keep the heart from racing

 2   really fast when you get to be more physically active.

 3   So I would call it more fine tuning of treatment as far

 4   as the medications.  And then increasing -- well,

 5   progress being made in the field of radiofrequency

 6   ablation.

 7        Q    Okay.

 8        A    I think Dr. Winkle's numbers are significant --

 9   I shouldn't say -- they are certainly better now as he

10   offers the procedure because they've become smarter

11   about how to do the procedure.

12        Q    Sure.  Who's Jesse Malone?

13        A    She's a nurse practitioner who works in our

14   office.

15        Q    Mr. McCornack was in your office on

16   November 29th, 2007.  Did he see anyone other than

17   Jesse Malone and possibly a medical assistant?

18        A    Likely not.  She and I have desks right next to

19   each other, and we are usually in pretty frequent

20   communication about things.

21        Q    Okay.

22        A    She --

23        Q    Go ahead.

24        A    She's an intensive care unit nurse at Stanford

25   University, with a particular strength in heart, and
```

1    she's been a very valuable asset to our practice.

2        Q    Is that the last office visit indicated in your

3    Coastal Cardiology notes?

4        A    That I have here.  I'd have to look in the

5    computer to be sure.

6        Q    Have you been asked by Mr. Ernst or anybody

7    else to express opinions about the cause of

8    Mr. McCornack's death as part of this litigation?

9        A    Mr. Ernst asked me.

10       Q    Okay.  He asked.  Are you intending to give

11   opinions to a reasonable medical probability about the

12   cause of his death?

13       A    No.  I can.

14       Q    I'm sorry?

15       A    I can.

16       Q    Well, I don't want to ask if you don't intend

17   to give them, or if he doesn't intend to elicit them

18   from you.

19            MR. ERNST:  I didn't hear the last answer.

20                  (Record read.)

21            MR. MORIARTY:  Are you going to elicit opinions

22   from this witness about the cause of Mr. McCornack's

23   death?

24            MR. ERNST:  Well, when you're done questioning.

25   I haven't asked questions.  Depends on what you take --

PLAINTIFFS' EXHIBITS 009946

1    what comes out in this deposition.

2            MR. MORIARTY:  Well, I think I'm entitled to

3    know, because if I stop and you don't ask him any, I

4    don't want to have to come back to California four

5    months from now and ask him opinion questions.

6            MR. ERNST:  Why don't you ask him?  I'm going

7    to have a series of questions.  If you don't, I will,

8    let me put it that way.

9    BY MR. MORIARTY:

10   Q    Is there such a thing as postmortem chemistry

11   panels?

12   A    I mean, you can draw a blood specimen anytime

13   that you want, but not ordinarily.

14   Q    Okay.  Well, we know there was a postmortem

15   blood sample drawn over 70 hours after Mr. McCornack's

16   death; correct?

17   A    I'd have to check the timing, but, yes.

18   Q    But we don't have BUNs, or creatinines, or

19   potassiums, or calciums run as part of that analysis?

20   A    Okay.

21   Q    Correct?

22   A    As far as I know.

23   Q    So we don't have any -- anything that would

24   reflect what his electrolytes were within five minutes

25   from when he died; right?

1      A    That's correct.

2           Again, some of those I think may vary more than

3    others, and I'm not -- I don't know how.  Certainly

4    potassiums can vary tremendously.

5           I don't know how the BUN and creatinine would

6    vary over a period of time after.  But just with the

7    acidotic process of death, potassium levels go very

8    high.  They will not be meaningful of the things that

9    were going on until the moment of whatever event.  I

10   couldn't tell you the individual variation unless you're

11   saying postmortem redistribution.

12     Q    We talked earlier about potassium levels could

13   potentially precipitate arrhythmias?

14     A    Yes.

15     Q    We don't have any evidence either way about

16   whether a high potassium precipitated Mr. McCornack's

17   arhythmia assuming he had one?

18     A    You wouldn't know unless you drew one just

19   before the arhythmia happened.

20     Q    But we don't have that evidence here; correct?

21     A    That's correct.

22     Q    We don't have an electrocardiogram that

23   indicates what his rhythm was doing up until the moment

24   he died; right?

25     A    I wish we had one, but, no.

1      Q    We don't have one?

2      A    We don't.

3      Q    And I think I asked this before, but we don't

4    have a -- there's been no report to you of clinical

5    signs or symptoms of digoxin toxicity that day or night;

6    correct?

7      A    That's correct.

8           MR. ERNST:  Objection.  Asked and answered.

9    BY MR. MORIARTY:

10     Q    Are you aware that Mr. Ernst had five or six of

11   Mr. McCornack's Digitek tablets tested for potency by

12   NMS Laboratories?

13     A    He mentioned that, yes.

14     Q    Did he tell you what the results were?

15     A    I believe he said they were within normal

16   limits.

17     Q    Did you know that Dr. Mason, the coroner in

18   Santa Cruz County, changed the autopsy in the death

19   certificate after Mr. Ernst retained him as an expert in

20   this case?

21          MR. ERNST:  Objection.

22          THE WITNESS:  I was unaware of that.  I would

23   have presumed he may have changed it after he first saw

24   the lab results.

25   \\

Page 80

1    BY MR. MORIARTY:

2        Q    What are the -- what's the date of that lab

3    result in Exhibit 2?  It's up at the top.

4        A    June 24th.

5        Q    2008; right?

6        A    Right.

7        Q    That's been around for a year and a quarter;

8    correct?

9        A    Yes.

10       Q    Have you ever heard of a coroner changing an

11   autopsy or death certificate after a year and a quarter?

12            MR. ERNST:  Objection.

13            THE WITNESS:  I'm not privy to how often that

14   does happen or whatever.  I -- well, I can only make

15   presumptions, but I don't know.

16   BY MR. MORIARTY:

17       Q    Does it strike you as a little unusual that the

18   coroner would change the autopsy and the death

19   certificate a year and a quarter after Mr. McCornack

20   died?

21            MR. ERNST:  Objection.

22   BY MR. MORIARTY:

23       Q    Go ahead.

24       A    I could only speculate that he was unaware of

25   the result until that time.  We get so much lab through

Page 81

1    our office, and sometimes we see it and sometimes we

2    don't.

3        Q    This result is actually addressed to the

4    coroner's office, isn't it?

5        A    It might well be.

6        Q    Right there.

7        A    Again, I can only speculate.  I have no

8    knowledge.

9        Q    I don't want you to guess.

10           MR. ERNST:  Well --

11   BY MR. MORIARTY:

12       Q    I've got enough people guessing in lawsuits.

13           I'm asking you, if you don't know the answer to

14   my question, you are more than welcome to tell me you

15   don't.

16       A    I don't know why or when this data became

17   available.

18       Q    I want you to assume that that was received at

19   the coroner's office shortly after it was published in

20   June of 2008 and that they had it in their files for a

21   year and a quarter before Dr. Mason changed his reports.

22   Do you think that's a little unusual?

23           MR. ERNST:  Objection.  Calls for speculation.

24   BY MR. MORIARTY:

25       Q    Well, whether you think it's unusual is not

Page 82

1    speculative at all.

2         A    In an ideal world, he would have seen it and

3    put it all together at the time, and not had reason to

4    change at this date.

5         Q    Does that mean it's a little unusual?

6              MR. ERNST:  Objection.  Argumentative.

7              THE WITNESS:  I would think so.

8    BY MR. MORIARTY:

9         Q    All right.  Before today, in fact, have you

10   ever written anything in your medical records or a

11   letter to Mrs. McCornack, or even a letter to Mr. Ernst,

12   expressing an opinion on Dan McCornack's cause of death?

13        A    No.

14        Q    Do you know anything about what the forensic

15   toxicologist at NMS Labs said about the reliability of

16   this postmortem digoxin level of 3.6 --

17        A    No.

18        Q    -- in predicting levels prior to death?

19        A    I do not.

20        Q    Do you have an opinion to a reasonable degree

21   of medical probability as to Dan McCornack's cause of

22   death, direct cause of death?  In other words, did he

23   have an M.I.?  Did he have an arrhythmia, or something

24   else?

25        A    You're asking me to give that opinion?

1      Q    Yes.  Do you have such an opinion?

2      A    Um --

3      Q    If your answer is, no, you don't have one to a

4  probability, that's fine.

5      A    Well, if you were twisting my arm and forcing

6  me to choose why did this man die, it would be very -- I

7  think most likely that he would have had digitalis

8  intoxication with an arrhythmia death.

9           You take 10,000 people with these

10  circumstances, that would be my best guess, because the

11  pathologist didn't talk about intracranial bleeding,

12  didn't talk about G.I. bleeding.  M.I.s can be not

13  always picked up at autopsy.

14           You've mentioned all of the pitfalls

15  potentially of him taking digitalis dose a couple hours

16  before he died, or for all we know he could have skipped

17  doses.  There's so much to speculate about that.

18           Using the big crayons, for a guy not having an

19  obvious cause of death, with an elevated digitalis level

20  realizing there can be some postmortem redistribution to

21  some extent, I guess out of 10,000 cases, my opinion

22  would be half the time that would turn out to be the

23  outcome.

24      Q    What's the basis for your opinion?

25      A    All of the things that we've mentioned.  The

Page 84

1    fact that he was on digitalis.  The fact that it was

2    elevated.  The fact that he didn't have a number of

3    other things that can commonly put down a young guy like

4    that.  But I could easily be wrong.

5        Q    But if digoxin precipitated an arrhythmia, you

6    need to know what the level was at the time that

7    happened; correct?

8        A    Right.

9        Q    And you told me earlier that you have no basis

10   to know the meaning of the postmortem 3.6 nanograms per

11   milliliter in predicting predeath levels; correct?

12            MR. ERNST:  Objection.

13            THE WITNESS:  Yeah.  The things I would like to

14   know to be firm in that opinion, if you will, would be

15   the science behind the laboratory which you're talking

16   about, to know whether it rises 2 percent after death or

17   20 percent.  All of the things that you mentioned

18   occurs.

19            It could be that everybody has a distribution

20   much higher, but then the number of hours after the

21   death at the time the sample was drawn.

22            Again, I don't know what time he took a pill

23   ahead of time.  If he dutifully took his medication at

24   the time of day before he went to bed and he had taken a

25   dose or even an overdose, that could certainly explain

PLAINTIFFS' EXHIBITS 009954

1    it as well.

2    BY MR. MORIARTY:

3        Q    Okay.

4        A    For all I know, he skipped the dose and could

5    have had high levels forever and forever.

6             Your company may know what pills he actually

7    received and how much was in the medication.

8        Q    You're not expressing any opinion as to the

9    cause of an elevated level in this case, are you?

10       A    No.

11       Q    And I think when you were explaining this, when

12   you used the term "big crayons," you said this was your

13   best guess; right?

14       A    That would be a very simple-minded basic fact.

15   Not trying to speculate too much on the situation at

16   hand.

17            MR. MORIARTY:  Let's take a break.  We haven't

18   taken one at all.  Let's spend five minutes.  Then we'll

19   come back and see where we stand.

20                      (Recess.)

21   BY MR. MORIARTY:

22       Q    Do you keep a research folder on postmortem

23   redistribution?

24       A    No.

25       Q    Do you keep a research folder on digoxin topics

Page 86

1    in general?

2         A    No.

3         Q    Given the fact that Mr. McCornack's postmortem

4    diltiazem level was 630, isn't it likely that diltiazem

5    was a substantial contributing factor to causing an

6    arrhythmia which caused his death?

7         A    Um, again, with our previous conversation, I

8    don't know again the postmortem distribution of

9    diltiazem.  I don't know the therapeutic index, if you

10   will, of diltiazem.

11            By the report, when they went to measure a

12   certain therapeutic effect, they will give it certain

13   values.  But I'm unaware of other circumstances that may

14   be useful.  And we so have commonly given diltiazem in

15   this dose and not observed clinical toxicity, and he's

16   been on it for so long, I would not expect -- I'd love

17   to have more information but what's been presented so

18   far I couldn't be worried about that a lot.

19        Q    You commonly gave, at least Mr. McCornack, .25

20   two times a day; correct?

21        A    Of the digoxin.

22        Q    He'd been on it a long time; correct?

23        A    That's correct.

24        Q    And it had never caused him problems; correct?

25        A    That's correct.

PLAINTIFFS' EXHIBITS 009956

1    Q    And diltiazem does elevate serum digoxin

2    concentrations, does it not?

3    A    Which is why we usually will carefully check

4    the level a number of times with any fixed combination

5    of the medication.

6    Q    But to some degree, diltiazem could have

7    elevated that level, correct, the level in the

8    Exhibit 2?

9    A    I suspect that if we had stopped his diltiazem

10   his serum digoxin level would have run lower than it

11   what had been measured in the past when he was on

12   diltiazem.

13   Q    Well, you have no reason to believe that

14   diltiazem in his blood specimen wasn't acting in some

15   manner to elevate the digoxin level, do you?

16   A    Because diltiazem affects the renal clearance

17   of the digoxin --

18   Q    Sure.

19   A    -- I would expect it to have been exerting some

20   effect all along in a standard manner, predictable

21   manner.

22   Q    Quinine is known to increase serum digoxin

23   concentrations, is it not?

24   A    I'd have to look that up.

25   Q    I think in your answer to me earlier about

Page 88

1   diltiazem, you said you don't know if the -- you know

2   what the therapeutic -- I'm sorry, you don't know what

3   the therapeutic levels are in living patients for

4   diltiazem; correct?

5       A    That's correct.  And different laboratories may

6   report different values.

7       Q    Then for digoxin, the .8 to .2 is the common

8   level for living patients; correct?

9       A    That's correct.

10      Q    And you can't quantify the degree to which

11  digoxin may have redistributed in the 70 plus hours from

12  the tissues into the blood before this blood sample was

13  drawn; correct?

14      A    That's correct.

15          MR. MORIARTY:  All right.  I don't have any

16  other questions.

17          THE WITNESS:  I know then that, in general, it

18  may rise some.  As far as I know, it's not huge.  But

19  I'm not an authority on that topic.

20

21                      EXAMINATION

22

23  BY MS. DONAHUE:

24      Q    Dr. Von Dollen, I have a few questions.  We met

25  off the record.  My name is Alicia Donahue.  I represent

Page 89

1    the Mylan defendants in this case.

2        A    And --

3        Q    Those are the distributing defendants.

4             MR. MORIARTY:  I represent manufacturing

5    defendants called Actavis.

6             THE WITNESS:  Okay.

7             MR. MORIARTY:  She represents a distributor

8    called Mylan.

9    BY MS. DONAHUE:

10       Q    I have a couple of questions in regards to

11   specific notes in your file.

12            Mr. Moriarty asked you about the 11-29-07 note

13   which appears to be the last time that Mr. McCornack was

14   in your office; is that correct?

15       A    Okay.

16       Q    And I think you told us that, on that date, he

17   saw --

18       A    Jesse Malone.

19       Q    Did he also see the medical assistant

20   Sakisha Alexander?

21       A    Yes.

22       Q    And in that record there's a reference to

23   Mr. McCornack having a number of different medications

24   that he took regularly, and one is aspirin; is that

25   correct?

Page 90

1       A      That's correct.

2       Q      Was that a prescription level of aspirin or a

3    regular over-the-counter aspirin?

4       A      325 is over-the-counter.

5       Q      And he had been taking that, it looks like, for

6    at least the past year, because there's also a reference

7    to it in the 11-27-06 note --

8       A      Yes.

9       Q      -- is that right?

10             Do you know if he'd been taking it regularly

11   longer than that?

12      A      He just took at the notes.  You said 2006?

13      Q      Yeah.

14      A      I don't know.

15      Q      Okay.  Was he taking that -- the aspirin at

16   your direction?

17      A      Yes.

18      Q      Was it for anticoagulant purposes?

19      A      It's a very mild anticoagulant.  Most people

20   who don't take Coumadin are advised to take aspirin.

21      Q      Okay.  As far as you were concerned, if

22   Mr. McCornack had chosen to go with the ablation

23   procedure that he consulted with Dr. Winkle for --

24      A      Uh-huh.

25      Q      -- would he have -- would it have been

Page 91

1    necessary for him to go to take another form of an
2    anticoagulant other than aspirin?
3       A    If he had had the procedure and if it were
4    successful, would he have required anti-coagulation?
5       Q    Let's do it two ways.  In order to have the
6    procedure, prior to the procedure would he have needed
7    to go on a different anticoagulant other than the
8    aspirin?
9       A    Dr. Winkle could probably better answer that.
10   Ordinarily not, I don't think so.
11      Q    Okay.  And what about post procedure, as far as
12   you know?
13      A    That has varied.  Sometimes they'll have had
14   them on anti coagulation for a period of weeks or months
15   afterwards, but certainly not long term.
16      Q    Thank you.  Under the -- going back to the
17   11-29-07 note, under Plan, I take it that the three
18   items referenced in the plan were items that were
19   discussed with him by Jesse Malone?
20      A    Right.
21      Q    And it says that "Mr. McCornack is very unclear
22   about what he would like to do at this time in regard to
23   treatment options"; correct?
24      A    Correct.
25      Q    It indicates after Number 2 that, Ms. Malone

1   will discuss with you and get your thoughts on

2   Mr. McCornack's treatment options?

3       A    Right.

4       Q    Is there any notation in your record that

5   Ms. Malone had that discussion with you?

6       A    No.  Well, I remember us talking in the office.

7   And I'd have to go back to Dr. Winkle's note to give you

8   the details because I recall they gave him a two-thirds

9   chance of having this procedure be successful round one.

10          And Mr. McCornack was very happy not to be

11  bothered by medicines or procedures or anything like

12  that.  And I suspect -- I can speculate, if you will,

13  that he was weighing the odds, "If I go through this

14  whole thing and it doesn't help me a third of the time,

15  do I still want to go through it or not?"

16          But we'd gone through a lot of these

17  discussions together and he was pretty well-informed.

18  So, when he wanted to commit, he would commit.  When he

19  didn't, he didn't.

20      Q    There's no -- you don't have any indication

21  that he committed to any treatment options?

22      A    No, he was in direct contact with Dr. Winkle

23  and should he have wanted the procedure he could have

24  called up any time and set it up.

25      Q    He didn't indicate to anyone in your office

1    that he decided to change his treatment option after --

2         A    No.

3         Q    -- 11-29-07?

4         A    He did want to go hunting.

5         Q    Pardon me?

6         A    He did want to go hunting.

7              Once we refer to Dr. Winkle, we kind of we're

8    there, but at the same time we don't put ourselves in

9    between them and the physician.

10        Q    Well, someone -- Ms. Malone in your office was

11   discussing treatment options --

12        A    Yes.

13        Q    -- with the patient; correct?

14        A    Yes.  And we were all saying the same thing.

15        Q    It was his decision?

16        A    Yes.

17             MS. DONAHUE:  Okay.  Thank you.  That's all I

18   have.

19

20                       EXAMINATION

21

22   BY MR. ERNST:

23        Q    With regard to this radiofrequency ablation,

24   there wasn't a critical time issue, was there?

25        A    No.  I mean, it could have been today, last

1  week, next week.

2     Q    So it wasn't an immediate time that it needed

3  to be done now or a particular time?

4     A    That's correct.

5     Q    Coumadin was part of the treatment regimen of

6  that?

7     A    Dr. Winkle will sometimes have people be on

8  anti coagulation ahead of time.  Because his heart

9  structures were pretty normal, a lot of times they

10 won't.

11        They are concerned that once they start

12 tampering with the catheters they can knock clots loose

13 that are there.  Certainly if someone has a large

14 atrium, then fibrillation a long time has more

15 structural heart disease they will want to be on

16 anticoagulants before the procedure.  Someone such as

17 him, as I recall, they were as common as walk in off the

18 street and have the procedure.

19    Q    He didn't have a lot of what you call

20 structure?

21    A    Structural heart chambers.  He may have had

22 mild thickening of the heart muscles, but certainly the

23 chambers were normal size, valves worked fine.

24    Q    Doctor, I have a series of questions I want to

25 ask you about your knowledge.

Page 95

1          You've treated Mr. McCornack for a great number

2     of years.  I think 12, 13, 14 years, something like

3     that; is that accurate?

4          A    Yes.  I have to check the dates.  Somewhere

5     about.

6          Q    To your knowledge, did Dan McCornack ever have

7     impaired renal function?

8          A    No.

9          Q    And to your knowledge, was Dan McCornack

10     compliant with his medication regimen?

11          A    To the best of my knowledge.  I wasn't really

12     close to him in that regard, but the levels were

13     certainly consistent.  By the family's report, he had

14     taken it.  He did tell me when he deviated the dose.

15          Q    You treated and cared for Dan McCornack; true?

16          A    Yes.

17          Q    Was his death a surprise to you?

18          A    Yeah.

19          Q    Were you aware that there had been a recall for

20     Digitek?

21          A    Yes.

22          Q    When you look at the facts that you have with

23     regard to the training, experience, your hands-on

24     clinical examination and knowledge of Mr. McCornack over

25     a period of over ten years, is his death consistent with

1  digoxin toxicity?

2        MR. MORIARTY:  Objection.

3        THE WITNESS:  Yeah.  Certainly, if he had had

4  digitalis toxicity, he could have died in this manner.

5  BY MR. ERNST:

6    Q    Now, earlier you gave an answer to one of

7  Mr. Moriarty's questions that involved the word best

8  guess, but I don't want your best guess.  I want your

9  best estimate or your opinion, if you will, as you sit

10  here today.

11        As you sit here today, knowing that there was a

12  postmortem --

13        MR. MORIARTY:  Sorry, I clipped those together.

14  BY MR. ERNST:

15    Q    -- finding of digoxin level of 3.6 nanograms

16  per milliliter, together with the circumstances

17  surrounding his death, his age and his clinical history,

18  and the personal observations that you have made, what

19  do you think is the most likely cause of his death?

20        MR. MORIARTY:  Objection.

21        MS. DONAHUE:  Objection.

22        MR. MORIARTY:  Form and otherwise.

23        MR. ERNST:  You can go ahead and answer the

24  question.

25        THE WITNESS:  Of all of the possibilities

1  presented, I would -- I would -- I would -- my opinion

2  would be digitalis intoxication would be the most common

3  cause, with all of the caveats we've mentioned.

4  BY MR. ERNST:

5      Q    Now, as you sit here today, that is your pick?

6      A    Right.

7           MS. DONAHUE:  Objection.

8  BY MR. ERNST:

9      Q    There's always more work that you can do.  You

10 can do more research, more studies, do all sorts of

11 things, but as you sit here today, that's what you

12 think?

13     A    That's correct.

14          MR. ERNST:  Thank you.  That's all I have.

15          MR. MORIARTY:  I don't have anything else.

16          MS. DONAHUE:  Me neither.

17          MR. MORIARTY:  I think Dr. Von Dollen should

18 read and sign his transcript, which means you're going

19 to get this.  You have a chance to read it, make sure

20 she took down a lot of these words right.  There are

21 times when I talk fast, you talk fast.  Just to make

22 sure that the transcript is accurate.  Okay?

23          THE WITNESS:  I'm not good at rereading things,

24 But, yeah.

25          MR. MORIARTY:  And then there will be a

1    separate sheet, and if there's a mistake you note it on

2    the separate sheet.  Keep the transcript for your own

3    file and you can send the sheet back to the court

4    reporter or --

5            MR. ERNST:  I have a couple more questions.  I

6    have a couple more thoughts.

7            MR. MORIARTY:  No, we were done.  The

8    deposition is over.

9            MR. ERNST:  You don't want to allow me to ask

10   any more questions, Counsel?

11           MR. MORIARTY:  I owe you a favor.  Maybe.

12           Okay.  Go ahead.  Don't be surprised if it

13   spurs me to ask some.  You may want to think twice.

14           MR. ERNST:  Or three times.  May I look at what

15   you've got here?

16               (Short pause in proceedings.)

17           MR. ERNST:  I'm happy.  Thank you.

18           Nothing further.

19           We're going to let you go quick.

20           You want to send the transcript to me?

21           Send it directly to him with a self-addressed,

22   stamped envelope.

23           MR. MORIARTY:  Fine with me.

24           MS. DONAHUE:  Yes.

25           MR. ERNST:  Send the original to her.

PLAINTIFFS' EXHIBITS 009968

1          And advise there will be a document in the

2   front you can make changes and corrections.

3          And do you usually send it back to the court

4   reporter?  That's how you do it?

5          MS. DONAHUE:  Yeah, the changes.  Yes.

6          MR. ERNST:  You'll receive it in the mail.

7          Make whatever changes you deem appropriate, but

8   you don't have to make any changes at all.  If you want

9   to make changes, if you do, put them in the front and

10  send them back to the court reporter.

11         MS. DONAHUE:  A letter will tell you there's a

12  30-day time period to do that.  If you do nothing the

13  transcript stays the same.

14         MR. ERNST:  You can sign under penalty of

15  perjury.

16         MR. MORIARTY:  If you have questions about any

17  of that process, you can call Don or me.  If you call

18  me, we're not going to talk about the case.  We're just

19  going to talk about how to sign depositions.

20         And that's where you can reach me.

21         And if you are billing me for this two hours

22  and 25 minutes, that's where you bill me.

23         MR. ERNST:  You didn't ask what the billing

24  rate is, but...

25             (Deposition concluded at 4:26 p.m.)

PLAINTIFFS' EXHIBITS 009969

Page 100

1   STATE OF CALIFORNIA        )
                               )ss.
2   COUNTY OF SAN LUIS OBISPO  )

3

4                  WITNESS'S CERTIFICATE

5

6          I, Lawrence Von Dollen, M.D., declare that the

7   answers to the foregoing deposition are true to the best

8   of my knowledge and belief.

9

10  Dated this      day of                  , 2009.

11

12

13

14                 --------------------------
                   Lawrence Von Dollen, M.D.
15

16

17

18

19

20

21

22

23

24

25

1    STATE OF CALIFORNIA        )
                                )ss.
2    COUNTY OF SAN LUIS OBISPO  )

3

4                    REPORTER'S CERTIFICATE

5

6           I, Cindy D. Griffith, a Certified Shorthand

7    Reporter in and for the State of California, do hereby

8    certify:

9           That, prior to being examined, the witness

10   named in the foregoing proceeding was by me sworn to

11   tell the truth, the whole truth and nothing but the

12   truth.

13          That said deposition was taken before me at the

14   time and place therein set forth and was taken down by

15   me in shorthand and thereafter reduced to computerized

16   transcription.

17          I hereby certify that the foregoing deposition

18   is a full, true and correct transcript of my shorthand

19   notes so taken.

20          Dated at San Luis Obispo, California, this 14th

21   day of October, 2009.

22

23   _____
                     CINDY D. GRIFFITH
24                   CERTIFIED SHORTHAND REPORTER

25

PLAINTIFFS' EXHIBITS 009971

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFFS' EXHIBITS 009972

## A

**ability** 48:7
**ablation** 70:1,10 71:20 74:6,12 75:6 90:22 93:23
**able** 48:10
**abnormal** 34:13 38:23
**abnormalities** 36:17
**absolutely** 20:25
**accept** 50:24
**acceptable** 51:17,21
**ACCFAHA** 46:9
**accuracy** 63:23
**accurate** 13:24 14:3 95:3 97:22
**acid** 62:14,17,20,23
**acidotic** 78:7
**act** 29:10
**Actavis** 1:13 2:14,14,15 89:5
**acting** 29:16 56:13 87:14
**Action** 16:10
**active** 72:20 75:2
**activities** 72:19
**actual** 15:24 21:20
**ad** 1:10
**added** 17:11 19:18
**addition** 50:4
**additional** 34:5 57:13
**additive** 26:4 48:23
**addressed** 81:3
**administered** 56:22
**admission** 56:21 57:8
**admissions** 34:25
**admitted** 56:19
**adonahue@shb.com** 2:25
**advances** 20:3
**advancing** 23:3
**adverse** 20:15,18,19 23:20 27:5,10 28:22 32:18 52:9
**adversely** 23:7 35:10
**advise** 45:8,18,25 99:1
**advised** 70:12 90:20
**advising** 74:6
**affect** 35:10 36:20
**affiliate** 8:24
**afternoon** 54:20
**age** 23:3 42:17 96:17

**agents** 36:21 56:2
**ago** 5:2,6,14,24 8:4 9:22 49:19,20 55:6 66:18 74:12
**ahead** 10:5 32:11 62:9 64:2 67:23 68:16 75:23 80:23 84:23 94:8 96:23 98:12
**al** 1:13
**albumin** 61:4
**Alexander** 89:20
**Alicia** 2:24 67:6 88:25
**alive** 31:22 51:7 61:24 62:3
**allergic** 5:5,5
**allergy** 5:10,13
**Alli** 39:15,16
**Allopurinol** 29:15 39:17 39:18 62:16
**allow** 98:9
**alter** 39:22
**alternative** 64:3
**amended** 54:21,23
**American** 16:5,6,7 17:24 18:2
**amount** 44:16 69:10
**analyses** 73:17
**analysis** 13:16,19 21:9 77:19
**analyzed** 65:23
**analyzing** 14:8
**anatrophic** 30:17
**Androderm** 55:20
**and/or** 39:1
**angina** 45:5 51:20
**annual** 19:7
**answer** 32:9,11,11 35:17 43:23 50:22 62:9 67:11 67:23 68:1,17 76:19 81:13 83:3 87:25 91:9 96:6,23
**answered** 79:8
**answers** 4:16 100:7
**antemortem** 7:16 50:13 50:17 66:21
**anti** 91:14 94:8
**antiarrhythmic** 57:13
**anticoagulant** 53:6,10 90:18,19 91:2,7
**anticoagulants** 94:16

**antihypertensive** 25:14 26:1 47:20 56:2
**antihypertensives** 25:21
**antiinflammatory** 36:21
**anti-coagulation** 91:4
**anybody** 67:20 76:6
**anytime** 77:12
**appear** 7:22
**APPEARANCES** 2:9
**appears** 89:13
**applied** 23:15
**appointments** 9:18
**appreciate** 5:15
**appreciated** 74:21
**approach** 13:19 73:9
**approaching** 30:3
**appropriate** 38:12 99:7
**arbitrary** 32:25
**area** 8:19 9:16 19:21 64:22
**areas** 19:23
**Argumentative** 82:6
**arhythmia** 78:17,19
**arhythmias** 32:18
**arm** 83:5
**arrhythmia** 34:9 82:23 83:8 84:5 86:6
**arrhythmias** 27:8 33:8 38:18,20 78:13
**arterial** 44:25
**arteries** 45:4
**artery** 44:20
**article** 6:4,8,20,23 7:15 7:18,21 66:22
**articles** 34:24
**articulated** 54:25
**asked** 14:16 17:19 20:7 53:21 64:18 74:12 76:6 76:9,10,25 79:3,8 89:12
**asking** 81:13 82:25
**aspirin** 53:9 89:24 90:2,3 90:15,20 91:2,8
**assess** 52:4
**assessing** 13:22
**asset** 76:1
**assistant** 75:17 89:19
**associated** 34:6 36:19 54:10
**Association** 16:6
**associations** 16:4

**assume** 12:19 13:17 21:9 24:10 67:16 81:18
**assuming** 78:17
**atrial** 13:13 14:6 21:24 25:10 27:18,19,24 28:1 29:21 42:16 43:4,7,13 43:20 46:10,14,17,18 46:18,24 47:25 48:7,13 53:2,5,8 57:10 59:7 69:17,19 72:8,12 73:19
**atrium** 44:2 94:14
**attempt** 71:7
**attempts** 69:18
**attended** 10:3
**attention** 30:19
**Attorneys** 2:11,16,22
**attributed** 71:10 62:17
**August** 11:7
**authored** 9:22
**authority** 88:19
**authors** 6:10
**automatically** 31:23 52:23
**autopsy** 54:9,14,22 79:18 80:11,18 83:13
**available** 14:10,13 22:1 31:3 57:1 60:25 81:17
**Avenue** 2:17
**average** 50:6
**avoid** 29:24
**aware** 26:19 28:18,24 33:16 41:5 54:2,10 55:12 62:14 63:2 65:6,9 79:10 95:19
**awareness** 35:16
**A.V** 27:7 48:10

## B

**B** 3:8
**back** 4:16 29:4 32:21 34:22 41:17,19 42:21 48:6 66:13 71:13 77:4 85:19 91:16 92:7 98:3 99:3,10
**backwards** 36:10
**BACON** 2:22
**based** 14:3 44:11 61:8
**basic** 17:1 64:16 85:14
**basically** 8:8,10 13:3
**basis** 10:8 19:7 55:5

83:24 84:9
**becoming** 28:18
**bed** 84:24
**begun** 46:22
**belief** 100:8
**believe** 11:7 23:24 42:13
  46:16,24 55:2 56:9,19
  59:18 65:22 70:12
  79:15 87:13
**beneficial** 52:8 74:7
**benefit** 25:13 47:20 70:13
  70:16 73:17
**benefits** 21:10
**BERTEK** 2:20
**best** 10:25 11:1 14:1
  28:11 35:3 40:9 44:23
  63:8 65:2 83:10 85:13
  95:11 96:7,8,9 100:7
**beta** 26:4 55:21
**better** 45:21 56:1 74:15
  74:24 75:9 91:9
**beverage** 26:18
**beyond** 17:1
**BID** 58:1
**big** 83:18 85:12
**bill** 99:22
**billed** 11:21
**billing** 99:21,23
**bit** 10:20 41:10 61:13
  65:5
**bleeding** 68:22 83:11,12
**block** 27:7,8,13
**blocker** 25:5 55:21
**blockers** 21:4 26:4
**blood** 26:20,25 44:14,15
  44:17,22 49:10 50:25
  52:23 65:23 68:25
  77:12,15 87:14 88:12
  88:12
**bloodstream** 38:2
**blood/femoral** 50:6
**board** 9:5,7,9,10,11,12
**body** 36:8
**books** 22:17
**born** 8:18 44:13
**bothered** 92:11
**bothersome** 27:21
**Boulevard** 2:23
**bouts** 27:18
**bradycardia** 27:7

**brain** 44:3
**branch** 27:8,13
**branches** 16:10
**break** 44:2 49:3 85:17
**breaks** 48:17,18
**breath** 28:25 74:20
**brought** 13:8 41:18
**Brown** 22:8,11
**BUN** 39:1,5,12 61:4,5,8
  78:5
**bundle** 27:8,13
**BUNs** 64:23 65:4 77:18

### C

**Ca** 2:12,23
**calcium** 21:4 25:5 38:14
  38:23
**calciums** 77:19
**calculated** 61:4
**calculation** 61:7
**California** 1:19 2:4,5
  8:15,21 9:16 12:11 77:4
  100:1 101:1,7,20
**call** 10:22 11:16 29:5
  32:22 54:6 68:2 75:3
  94:19 99:17,17
**called** 18:10 23:14 89:5,8
  92:24
**calls** 10:22 81:23
**Card** 18:3
**cardiac** 24:5,11,20 26:5
  30:18 32:18 38:21
  42:23 43:9,20 44:4 46:7
  68:15
**Cardio** 18:10,12,15
**cardiologist** 15:1 31:5
  47:24 59:2 65:21
**cardiologists** 17:10
**cardiology** 8:25 9:7,10,13
  9:14,15 13:1,3,3,4,6
  16:6,7 17:8,13,24 18:3
  18:4 19:15,24 22:4,7,8
  22:10,14 23:5 24:20
  40:15 76:3
**Cardiovascular** 9:8
**cardioversion** 56:19,22
  57:10,11 71:8,12
**care** 75:24
**cared** 95:15
**career** 24:21 31:12 65:21

66:4
**carefully** 87:3
**carried** 41:22
**carries** 13:10
**carry** 21:1
**case** 7:3 10:14,18 11:8,22
  11:24 12:8 25:2,7 28:10
  28:16 29:6 30:18 42:25
  79:20 85:9 89:1 99:18
**cases** 5:9 10:11 33:16
  71:2 83:21
**catheter** 69:21
**catheters** 94:12
**cause** 7:10 38:12,17 41:7
  42:25 43:1 44:4,7 54:25
  62:23 63:5,9 65:17 72:13
  76:7,12,22 82:12,21,22
  83:19 85:9 96:19 97:3
**caused** 27:3 41:2 86:6,24
**causes** 44:22
**causing** 69:22 86:5
**caveats** 97:3
**CBC** 14:18
**cells** 38:3
**center** 8:23 15:12,15
**Central** 8:15
**certain** 13:18 14:9,13
  35:9 44:15 63:22 86:12
  86:12
**certainly** 4:17 15:19,23
  18:19 19:16 31:7 33:11
  38:13 43:3 45:16 47:14
  60:8 75:9 78:3 84:25
  91:15 94:13,22 95:13
  96:3
**certificate** 53:18 54:10,17
  54:22 79:19 80:11,19
  100:4 101:4
**certification** 13:9
**certified** 2:4 9:5,7,9,13
  13:2 101:6,24
**certify** 101:8,17
**chambers** 94:21,23
**chance** 44:1 73:12 92:9
  97:19
**change** 29:5 36:22 47:9
  80:18 82:4 93:1
**changed** 79:18,23 81:21
**changes** 20:4 32:19 34:3
  99:2,5,7,8,9

**changing** 55:6 80:10
**channel** 21:4 25:5
**chapter** 30:24
**CHARLESTON** 1:3
**chart** 5:17,18 25:22
  41:10,11,24 54:5 57:4
  57:18
**charts** 61:8
**check** 37:16 40:20 42:22
  42:23 56:8 60:7 70:11
  77:17 87:3 95:4
**checked** 29:7
**chemical** 31:13
**chemistry** 14:19 77:10
**chest** 47:11,13 58:23
**chewing** 45:25 46:6
**Chief** 57:23 58:3,20
**choice** 64:5
**choices** 64:4
**cholesterol** 14:19 45:20
  45:21
**choose** 83:6
**chosen** 90:22
**chronic** 36:12 46:24,25
  47:14 58:18
**chronically** 37:8
**Cindy** 1:22 2:4 101:6,23
**circumstances** 4:25 6:3
  8:12 40:24 51:22 66:7
  83:10 86:13 96:16
**cite** 30:23
**Cities** 56:18
**claiming** 40:16
**clarity** 58:15
**class** 10:4
**classified** 46:15
**classify** 46:14,17
**clear** 4:22 65:17
**clearance** 35:23 39:21
  87:16
**cleared** 23:21,23,25
**Cleveland** 2:17
**clinical** 31:17,24 32:2,17
  33:4,22 34:14 37:1 45:6
  52:18 62:21 67:21 79:4
  86:15 95:24 96:17
**clinically** 35:4 68:5
**clipped** 96:13
**close** 38:4 95:12
**clots** 44:1,2 53:3,13 94:12

**CME** 12:21 19:3,6,14
**coagulation** 91:14 94:8
**Coastal** 17:8,13 76:3
**Coe** 7:15
**coincidence** 34:13
**College** 16:6,7 17:24 18:3
**Com** 18:10,13,15
**combination** 39:6 70:19 87:4
**combine** 48:21
**come** 32:21 34:15 35:7 77:4 85:19
**comes** 57:9 77:1
**comfortable** 28:17
**coming** 5:15 12:6 15:25 34:24 37:4
**commencing** 2:6
**comment** 71:24
**commercially** 31:3
**commit** 92:18,18
**committed** 92:21
**Committee** 16:10
**common** 24:10 34:4,18 47:24 73:7 88:7 94:17 97:2
**commonly** 24:7 26:17 37:2,2 38:21 72:15 84:3 86:14,19
**communicating** 31:20
**communication** 75:20
**communities** 70:3
**company** 20:13,19 85:6
**compared** 6:16
**comparing** 73:3
**complain** 47:17
**complains** 72:7,25
**Complaint** 58:3,20
**Complaints** 57:23
**complete** 33:20
**completely** 35:13 56:15
**complex** 34:5
**compliant** 95:10
**complication** 43:16
**complications** 28:9
**composed** 6:16
**composition** 54:7
**computer** 5:18 49:25 76:5
**computerized** 101:15
**concentration** 31:21 33:3

33:12,15,21 60:6 65:7
**concentrations** 33:7 61:24 67:9,17 87:2,23
**concern** 40:22
**concerned** 90:21 94:11
**concerns** 57:12
**conclude** 52:24 59:1
**concluded** 99:25
**conclusions** 13:25 15:25
**concomitant** 26:3
**condition** 73:3
**conduct** 48:8,10
**conduction** 26:5 48:12
**congestive** 30:16
**conjunction** 46:19
**consider** 17:5 32:13,19
**considered** 32:5 64:12
**consistent** 26:6 27:10 42:17 95:13,25
**consistently** 15:13,15 55:10 61:15,20 62:6,13 63:1
**consult** 22:23 70:9
**consultant** 20:12
**consultation** 11:22 69:14
**consulted** 10:11 90:23
**consumed** 26:18
**contact** 92:22
**contain** 26:18
**continued** 55:15
**continuing** 12:16
**contractility** 30:17
**contributing** 86:5
**control** 23:11 25:11,12 47:19,23,25 48:4,15 51:19 70:20
**conversation** 22:3 52:17 86:7
**conversations** 6:1,5 19:19
**copy** 5:23 8:9 49:21
**Corner's** 54:4
**coroner** 53:22,25 54:9,19 79:17 80:10,18
**coroner's** 81:4,19
**corpse** 69:1
**correct** 13:20 14:4,25 15:7,17 16:2 18:5 20:4 21:22 33:5,10,14 35:23 36:5,15,25 38:1,5 39:9

40:2,3 48:22 49:23 51:24,25 52:6 53:1 55:16 58:24,25 59:9 60:4,5,14,17,18 61:10 61:11 67:19 69:7 73:6 77:16,21 78:1,20,21 79:6,7 80:8 84:7,11 86:20,22,23,24,25 87:7 88:4,5,8,9,13,14 89:14 89:25 90:1 91:23,24 93:13 94:4 97:13 101:18
**corrections** 99:2
**correctly** 7:11
**correlate** 59:16
**Correlation** 7:16
**Coumadin** 53:14,16 90:20 94:5
**Counsel** 2:9 50:20 98:10
**counted** 72:4
**counts** 19:17
**county** 8:23 16:5 53:21 53:25 54:3 70:2 79:18 100:2 101:2
**couple** 13:7 20:2 22:23 29:18 40:19 83:15 89:10 98:5,6
**course** 14:22 25:3,4 73:1
**court** 1:1 4:18 32:10 98:3 99:3,10
**cover** 56:14,15
**covered** 56:3
**covers** 56:4
**crayons** 83:18 85:12
**creatinine** 39:1,6,12 61:4 61:5 78:5
**creatinines** 61:8 65:4 77:18
**creation** 41:24
**criteria** 45:15
**critical** 93:24
**criticisms** 15:21
**cross** 10:10
**Cruz** 53:21,25 54:3 79:18
**CSR** 1:22
**cup** 73:12
**current** 19:1,13 20:8 57:24
**currently** 41:1
**Curriculum** 3:10

**cut** 35:19
**C.V** 9:20 40:2,8,13

**D**

**D** 1:22 2:4 3:1 101:6,23
**dae@emlaw.us** 2:13
**dale** 72:21
**damage** 45:6 69:22
**Dan** 9:24 11:24 27:16 41:10 42:5 48:4 49:11 53:19 54:3 67:14 69:9 69:13 70:9,14,15,18 71:4,19 72:6,13 82:12 82:21 95:6,9,15
**Daniel** 1:8
**data** 13:24 14:3 15:20 20:6,7 64:16 81:16
**date** 69:14 80:2 82:4 89:16
**dated** 3:11 49:9 100:10 101:20
**dates** 34:22 95:4
**David** 42:8
**day** 54:20 55:11,23 56:6 56:6,7 57:3 58:16 59:19 59:22,23 60:13 67:22 68:6 73:24,25 79:5 84:24 86:20 100:10 101:21
**days** 29:4,12 49:20 59:24 66:4
**day-to-day** 72:18
**deal** 57:15 58:17 60:10 60:11
**death** 7:10 9:24 21:2 28:11 43:9,20 44:4 53:18 54:8,10,17,22 55:1 67:10 68:8,15 69:2 76:8,12,23 77:16 78:7 79:18 80:11,18 82:12 82:18,22,22 83:8,19 84:16,21 86:6 95:17,25 96:17,19
**decade** 25:19
**decided** 93:1
**decision** 15:4,7 21:8 93:15
**declare** 100:6
**decline** 64:20
**deconditioning** 73:6

**decrease** 36:3
**decreases** 39:21
**deem** 99:7
**DEFENDANT** 2:14,20
**defendants** 1:14 3:9 40:5
  49:12 89:1,3,5
**defibrillation** 71:13
**definition** 45:13
**degree** 27:2,7 63:11,12
  63:21 64:25 66:19
  82:20 87:6 88:10
**delayed** 11:25
**demonstrate** 62:8
**demonstrates** 74:8
**depends** 24:7 60:18
  73:12 76:25
**depletion** 36:15
**deposed** 54:19
**deposition** 1:17 2:1 4:10
  5:1 7:2,6,15,25 77:1
  98:8 99:25 100:7
  101:13,17
**depositions** 99:19
**deputy's** 68:1
**derivatives** 34:6
**desired** 44:16
**desks** 75:18
**destroyed** 42:1,2
**details** 5:14 11:18 20:17
  92:8
**detected** 33:8
**determine** 32:10
**determining** 39:3
**develop** 44:2
**developed** 69:19 74:17
**deviated** 95:14
**diagnose** 31:23 52:10
**diagnosed** 31:9 42:16
  60:3
**diagnosis** 15:7 32:6 33:20
**die** 83:6
**died** 6:16 54:4 66:11,12
  67:14,18,22 77:25
  78:24 80:20 83:16 96:4
**difference** 43:18
**different** 6:3 8:11 16:9,11
  16:11 19:23 23:11 30:9
  30:10,22,23 32:3,21
  48:4,21 51:14,15,21
  56:8,12 88:5,6 89:23

91:7
**difficult** 5:2 43:19
**digitalis** 7:10 11:19,19
  26:4 29:2,9,19,25 30:15
  31:13,14,17 32:13,16
  32:21 34:1 35:1 36:11
  36:19 55:2 56:4,6 83:7
  83:15,19 84:1 96:4 97:2
**Digitek** 1:5 8:7 18:13
  40:17 41:1,2 79:11
  95:20
**digitoxin** 33:25
**digoxin** 6:2,15,21 7:17
  8:3,6,11 18:16,23 21:6
  21:19 22:24 23:25 24:3
  24:13,17,19 26:9 27:17
  27:23 28:9,22 29:22
  30:10 31:9,21,23 32:1,5
  33:3,4,7,12,15,17,20,21
  34:7,18 35:4,8,23 37:7
  37:18,19 38:9,12 39:9
  39:19 41:6 47:21 48:25
  55:11 56:23 57:2,14,15
  60:3,6,14 61:16,23 62:3
  65:6,11 66:5,8,16,20
  67:14,17,22 68:5 69:9
  69:10 70:20 73:24 79:5
  82:16 84:5 85:25 86:21
  87:1,10,15,17,22 88:7
  88:11 96:1,15
**diltiazem** 18:18 21:19
  23:23 24:24 25:5,8,16
  26:2,3,8 27:6 47:19
  48:24 50:1,4,12,13,17
  51:4,9 52:11,14,19,21
  56:5,7 66:1 70:20 74:4
  74:25 86:4,4,9,10,14
  87:1,6,9,12,14,16 88:1
  88:4
**diminish** 23:2
**direct** 82:22 92:22
**direction** 90:16
**directly** 98:21
**disagree** 50:9 62:18
**discomfort** 47:11
**discuss** 92:1
**discussed** 11:24 91:19
**discussing** 93:11
**discussion** 23:16 27:15
  28:7 53:24 92:5

**discussions** 71:3 92:17
**disease** 5:11 14:9 21:24
  23:11 44:25 53:12
  72:12 94:15
**diseases** 9:8 23:6
**distress** 68:2
**distributed** 37:25
**distributing** 89:3
**distribution** 36:8 84:19
  86:8
**distributor** 89:7
**DISTRICT** 1:1,2
**diuretics** 36:22 39:24
**divided** 56:16
**DIVISION** 1:3
**dizziness** 28:24
**doctor** 66:25 67:2 94:24
**document** 1:7 99:1
**documents** 5:21
**doing** 58:22 72:18 78:23
**Dollen** 1:17 2:1 3:4 4:1,9
  49:8 88:24 97:17 100:6
  100:14
**Don** 2:12 99:17
**Donahue** 2:24 3:5 88:23
  88:25 89:9 93:17 96:21
  97:7,16 98:24 99:5,11
**dosage** 52:20 56:16
**dose** 31:2 36:12 37:18,21
  52:24 55:15,15,24 56:1
  57:5 58:10,13,15,18
  60:13 61:16,17,20 62:6
  67:14 69:9 74:25 83:15
  84:25 85:4 86:15 95:14
**doses** 35:5,8,13 41:8
  48:22 55:11 56:7,12
  57:2,8 83:17
**dosing** 55:22
**Dot** 18:10,12,15
**double** 58:10 60:13 62:6
**doubled** 58:4,9 59:18
**doubling** 58:18
**dozen** 66:6
**dozens** 31:15
**Dr** 5:23 6:6 7:2,6,9,15
  42:7,8,12 49:8 54:19
  55:5 62:17 66:22,24
  69:13,16,20 70:5,9,15
  73:8,14 74:5,11,14 75:8
  79:17 81:21 88:24

90:23 91:9 92:7,22 93:7
  94:7 97:17
**draw** 37:7,12,13,18 66:13
  77:12
**drawn** 6:17 37:20,23
  40:22 69:1,5,6 77:15
  84:21 88:13
**draws** 65:7
**drew** 78:18
**drift** 7:9
**drive** 36:9
**dropping** 44:17
**drug** 5:5,13 20:18 21:9
  23:20 25:19 29:15
  34:21 35:5 36:8 37:10
  37:14 47:25 56:12
  65:14
**drugs** 12:22 21:23 22:19
  23:20 30:2,21 36:7 37:4
  48:4 71:1
**due** 44:20
**duly** 4:2
**dutifully** 84:23
**dynamics** 6:25
**dysfunction** 35:15 37:5

---

**E**

**E** 1:8 3:1,8
**earlier** 33:24 37:23 42:22
  47:12 55:19 78:12 84:9
  87:25 96:6
**early** 31:5 42:20
**easily** 84:4
**easy** 56:6
**echo** 70:15
**edition** 22:22
**education** 12:16 16:12
  20:1
**effect** 29:11,25 30:17
  52:8 55:25 86:12 87:20
**effective** 74:15
**effects** 12:23 26:5 52:9
**efficacious** 48:20
**efficacy** 74:18
**eight** 42:3
**either** 5:22 19:7 26:1
  40:20 60:12 73:21
  78:15
**EKGs** 67:16
**elder** 39:13

**elderly** 37:3 60:20
**electrocardiogram** 33:9
  78:22
**electrocardiograms** 15:2
**electrocardiographic**
  33:22
**electrolyte** 36:17 38:7
**electrolytes** 77:24
**electronic** 41:25
**electronically** 41:14
**electrophysiological**
  12:23
**electrophysiology** 19:23
  69:21
**elevate** 26:9 87:1,15
**elevated** 32:22,24 33:2,6
  33:12 35:4,7 36:24
  37:24 38:3,11,17 39:5
  43:24 45:19 52:22
  61:21,25 62:14,17,20
  62:23 63:1 64:23 83:19
  84:2 85:9 87:7
**elicit** 76:17,21
**eliminate** 70:25
**ELIZABETH** 2:14
**ELLIS** 2:16
**embolis** 68:23
**emergency** 31:16 34:15
**empty** 73:13
**enables** 18:11
**encounter** 66:8
**encountered** 52:21 66:1,5
**energy** 29:1
**English** 4:15,17
**enhance** 38:13
**enlightened** 11:14
**entitled** 7:16 77:2
**envelope** 98:22
**epidemiology** 16:17
**episode** 59:7
**equating** 64:10
**era** 35:2
**Ernst** 2:10,12 3:6 6:1,7
  7:2,18 9:25 11:21,25
  32:7 49:2,5,17,19 50:19
  51:10 52:14 55:4 59:4
  60:15 62:9 63:15,24
  66:22,24,25 67:2,5,23
  68:11,16 70:21 76:6,9
  76:19,24 77:6 79:8,10

79:19,21 80:12,21
  81:10,23 82:6,11 84:12
  93:22 96:5,14,23 97:4,8
  97:14 98:5,9,14,17,25
  99:6,14,23
**essential** 44:9
**estimate** 24:16 96:9
**estimated** 39:1
**et** 1:13
**etiology** 38:8
**Euclid** 2:17
**Eugene** 4:9
**evenhanded** 73:9
**event** 10:16 20:15,18,19
  23:20 78:9
**everybody** 84:19
**evidence** 33:22,23 45:1,7
  69:8 78:15,20
**exact** 7:21 56:12
**exactly** 16:15 18:5 73:15
  73:18
**exam** 14:23
**examination** 3:3 4:5
  88:21 93:20 95:24
**examined** 4:3 101:9
**example** 14:6 15:12 62:7
**exceed** 21:10
**excess** 69:10
**excessive** 31:14 52:24
**exercise** 47:15 74:23
**exert** 12:22
**exerting** 87:19
**exertion** 72:18
**Exhibit** 7:14 40:4,5 49:6
  49:9,12 66:3 80:3 87:8
**exhibits** 7:1
**expect** 29:19 56:5 62:7
  67:12 86:16 87:19
**experience** 26:6,8 27:11
  95:23
**expert** 10:12 15:19 17:5
  79:19
**expertise** 69:20 70:1
**experts** 19:20
**explain** 29:9 84:25
**explained** 67:20
**explaining** 85:11
**express** 53:15 64:16 76:7
**expressing** 63:13 82:12
  85:8

**extended** 22:2 58:19 60:9
**extent** 7:13 38:25 83:21
**extra** 58:12
**e-mail** 40:1 41:11
**e-mailed** 9:20

___

**F**

**fact** 11:18 12:6 29:9 65:2
  72:9 73:14 74:11 82:9
  84:1,1,2 85:14 86:3
**factor** 86:5
**factors** 43:18 46:20
**facts** 95:22
**faded** 13:9
**failure** 13:11 30:16 41:7
  73:16
**fair** 50:14 59:1 64:20
  68:7
**fall** 71:4
**familiar** 46:9
**family** 22:3
**family's** 68:2 95:13
**far** 8:11 11:14 16:11
  19:24 24:13 30:1 31:13
  32:18 40:20 45:5 49:4
  61:5 75:3 77:22 86:18
  88:18 90:21 91:11
**fast** 28:23 43:6 75:2
  97:21,21
**faster** 28:16 74:22
**fatal** 33:13,16
**father** 72:25
**fatigue** 29:1 47:17 72:7
  72:13 74:20
**fatty** 63:8
**favor** 98:11
**faxed** 54:2
**FDA** 41:1
**February** 57:18,19
**feel** 47:10 56:1 58:12
**feeling** 34:16 59:13
**fellowship** 8:25
**fellowships** 9:2
**felt** 34:24 44:24 58:20,21
**fib** 42:20 47:7 48:5,15
**fibrillation** 13:13 14:6
  21:25 25:10 27:19,20
  27:21,25 28:1,5 29:21
  42:16,25 43:4,8,12,13
  43:21 46:10,15,18,18

46:24 47:9 48:1,8 53:2
  53:5,9 57:10,16 59:8,14
  69:17,19,23 71:9 72:8
  72:12 73:20 94:14
**field** 69:20 70:7 75:5
**Fifty-nine** 8:14
**file** 89:11 98:3
**files** 81:20
**filtration** 36:4 39:2
**find** 18:13
**finding** 96:15
**fine** 75:3 83:4 94:23
  98:23
**finished** 50:20
**firm** 84:14
**first** 4:2 11:7 27:7,18,23
  27:25 28:4 37:5 53:13
  57:24 58:16,21 65:16
  79:23
**five** 12:21 29:12 31:18
  61:2 74:14 77:24 79:10
  85:18
**fixed** 87:4
**flip-flops** 58:22
**floor** 30:4
**focused** 47:21
**folder** 85:22,25
**following** 37:18
**follows** 4:3
**food** 26:18
**forcing** 83:5
**foregoing** 100:7 101:10
  101:17
**forensic** 82:14
**forever** 85:5,5
**form** 64:13 91:1 96:22
**format** 7:22
**forth** 11:20 43:16 101:14
**found** 23:6,9 43:1
**Foundation** 16:8
**four** 29:12 77:4
**frail** 39:13
**frames** 11:5
**Francisco** 2:23 8:21
**frequent** 75:19
**frequently** 37:13
**Friday** 7:3,7
**friends** 19:22
**front** 99:2,9
**full** 4:8 73:13 101:18

**function** 23:2,7 35:11
36:21 95:7
**further** 98:18
**fuzzy** 10:20 11:17

**G**

**gather** 13:23 15:5
**general** 6:14 10:4,6 11:5
12:3 13:4,15 20:25
21:24 22:8,14 23:2 25:3
25:4 37:19 43:25 67:8
73:19 86:1 88:17
**generally** 21:17 28:4 30:2
**genetic** 44:11
**gestalt** 37:2
**gestures** 4:19
**getting** 37:1,14 55:10
57:25
**GFR** 39:6 60:20,22,25
61:3,6
**Gilman** 8:9 22:20,22
65:19
**give** 11:5 21:13 48:21,24
48:25 56:15 57:13,15
76:10,17 82:25 86:12
92:7
**given** 57:8 62:21 86:3,14
**glanced** 6:22
**glomerular** 36:4 39:2
**glycoside** 24:20
**glycosides** 24:5,11 34:1
**go** 8:20 10:9 15:14 28:1
28:14 32:11 35:21 44:2
44:19 47:8 49:24 52:8
56:5,10 59:4 62:9,21
64:2 66:13 67:23 68:16
72:20 75:23 78:7 80:23
90:22 91:1,7 92:7,13,15
93:4,6 96:23 98:12,19
**goes** 11:15 36:5 41:19
44:18 58:17
**going** 4:14,15 9:20 15:21
28:16 29:24 30:7 33:19
34:16 37:3,4 38:16
41:17 42:21 49:2 58:22
61:6,13 71:5,6,14,17
74:22 76:21 77:6 78:9
91:16 97:18 98:19
99:18,19
**golf** 72:25

**good** 21:17 24:9 28:17
48:18 49:4 61:5 73:8
97:23
**Goodman** 8:8 22:20,22
65:19
**gout** 39:15 62:18,20
**Grand** 2:23
**granting** 16:12
**grants** 16:12 40:11
**great** 95:1
**greater** 31:22 64:11
74:17,18
**greatest** 19:25
**grew** 8:18
**Griffith** 1:22 2:4 101:6
101:23
**group** 17:8,10 42:9,9,13
**grow** 8:15
**growth** 19:15
**guardian** 1:10
**guess** 24:18,18 32:12,24
33:17 36:14 37:1 42:3
48:2,16 52:18 63:19
64:3 65:16 69:24 71:18
81:9 83:10,21 85:13
96:8,8
**guessing** 81:12
**guidelines** 46:10 53:8
**guy** 39:11 70:6 83:18
84:3
**guys** 39:14 65:4
**guy's** 72:9
**G.I** 34:11 68:22 83:12

**H**

**H** 3:8
**half** 45:12 66:6 73:13,13
83:22
**hand** 4:19 19:16,18 21:20
21:25 62:21,22 85:16
**handouts** 21:13
**Hands** 58:21
**hands-on** 95:23
**happen** 35:12 64:5,21
68:22 70:5 80:14
**happened** 8:9 22:23
41:23 48:12 54:12
78:19 84:7
**happens** 42:21 43:1
44:10 47:8 62:25

**happy** 92:10 98:17
**hard** 5:3,22 61:7
**HARDY** 2:22
**harm** 41:3
**Harvey** 42:8,12
**hat** 44:13
**head** 4:19 35:18 36:16
37:11
**healthy** 65:3
**hear** 76:19
**heard** 6:18 20:16 54:12
80:10
**heart** 12:23 13:11 14:9
21:14 28:1,13,15,23
29:15 30:1,3,16 34:16
43:6,17 44:3,25 50:6
53:12 58:12,22 70:20
74:21 75:1,25 94:8,15
94:21,22
**heavier** 45:16
**held** 23:16
**help** 57:16 92:14
**helpful** 75:1
**Hennepin** 8:23
**hepatitis** 63:6
**hesitance** 53:16
**high** 10:3 15:15 78:8,16
85:5
**higher** 32:17 43:15 44:15
44:18,22 46:3 48:21
57:2,5,8 61:13 65:5
72:17 74:25 84:20
**hill** 72:21
**history** 14:23 58:8 96:17
**holding** 7:1
**holter** 74:1
**home** 22:5 35:14
**hope** 15:23,24 27:24
**Hopefully** 64:17
**hospital** 34:25
**hospitalizing** 56:17
**hour** 2:6 49:2
**hours** 19:6,9 29:18 37:20
55:25 56:3,4,14 67:18
69:5,6 77:15 83:15
84:20 88:11 99:21
**huge** 88:18
**hunting** 72:1 93:4,6
**Hurst's** 22:10
**hypertension** 23:6 44:5,8

51:18 53:11
**hypotension** 27:8
**hypothetical** 15:4
**Hypothetically** 15:18

**I**

**ideal** 45:17 82:2
**identification** 40:6 49:13
**idiopathic** 46:17
**ill** 66:11
**illness** 35:22 36:13
**illnesses** 35:11 36:7
**imaging** 14:13,17 15:12
15:14
**imbalances** 38:7
**immediate** 29:20 94:2
**impact** 23:7
**impaired** 37:5 95:7
**imply** 58:18
**important** 20:4 38:8
64:14
**inaccurate** 59:12
**inadvertently** 60:12
**incidence** 46:3
**incident** 58:6
**include** 21:4,6
**including** 21:2 27:8
**increase** 23:19 24:3 35:23
39:8,19 43:8 87:22
**increased** 30:17 46:6
**increasing** 74:3 75:4
**independent** 42:4 64:21
**Inderal** 29:16
**index** 52:3 86:9
**indicate** 41:16 55:9 62:3
67:21 92:25
**indicated** 76:2
**indicates** 27:6 78:23
91:25
**indication** 92:20
**indicators** 66:20
**individual** 1:8,9 48:6
78:10
**infarction** 14:8
**inform** 11:8
**informally** 10:10
**information** 15:9 19:24
21:25 26:13 51:6 67:13
86:17
**infrequent** 46:22

**Initially** 47:8
**initiated** 25:19 27:23
    41:21
**injuries** 40:17
**injury** 44:19
**INRs** 14:19
**insert** 8:3
**insight** 27:4
**instances** 30:9 66:8
**insufficiency** 23:19 24:2
    36:5 39:8
**intend** 28:12 76:16,17
**intending** 76:10
**intensive** 75:24
**intent** 70:22
**intentionally** 60:12
**interest** 44:23
**interests** 12:25
**intermittent** 47:4
**intermittently** 27:20
**internal** 9:5,12 17:2,3
**internship** 8:22,24
**interrelated** 5:12
**interrupt** 50:20
**Interruption** 59:5
**intervene** 35:11
**interventional** 9:14 13:3
    13:6 19:23 22:7
**intoxication** 55:2 83:8
    97:2
**intracranial** 83:11
**involved** 6:25 11:9,14
    96:7
**involving** 30:21
**in-depth** 6:24
**in-person** 11:6
**issue** 8:11 28:19 93:24
**issued** 54:9,21
**issues** 11:9 64:19
**Item** 49:24
**items** 91:18,18
**I.V** 56:22 57:8,15

---

**J**

**J** 1:9 2:24
**Jesse** 75:12,17 89:18
    91:19
**joined** 42:9
**Jose** 54:20 69:25
**journal** 17:24 18:2,4,4

**journals** 6:12 17:23
    18:11,25 19:14,25
**Jr** 1:8
**July** 74:3
**June** 3:11 49:9 64:24
    72:5 80:4 81:20

---

**K**

**Kathy** 1:8 71:21
**keep** 12:19 20:4 22:4,17
    22:19 30:5,21 41:13
    57:20 72:25 75:1 85:22
    85:25 98:2
**keeping** 19:13,14
**kept** 41:24
**kidneys** 23:21,23,25
**kind** 13:8 39:14 40:1 93:7
**knock** 94:12
**know** 4:22 10:2,25 16:9
    20:15,16 22:22 25:18
    25:20 27:12 29:4 32:22
    35:9 36:24 39:15,18,20
    39:21 42:2 44:12 45:15
    51:20 52:5 54:12,25
    55:5 59:24 60:8 61:1,3
    61:9 63:6,9 66:11,19
    68:24 69:4 70:5 71:19
    77:3,14,22 78:3,5,18
    79:17 80:15 81:13,16
    82:14 83:16 84:6,10,14
    84:16,22 85:4,6 86:8,9
    88:1,1,2,17,18 90:10,14
    91:12
**knowing** 73:15 96:11
**knowledge** 19:17,18
    26:16 39:25 40:18 46:5
    64:22 81:8 94:25 95:6,9
    95:11,24 100:8
**known** 10:6 87:22

---

**L**

**lab** 3:11 50:3 51:6 60:25
    65:13 79:24 80:2,25
**label** 24:24 26:2 27:6
**labeled** 69:10
**laboratories** 2:21 30:10
    79:12 88:5
**laboratory** 14:10 26:21
    32:5 84:15
**labs** 14:18 30:22 49:25

    50:11 82:15
**Lab's** 49:9
**lack** 29:1
**Lanoxin** 8:7 57:25 58:4,9
    59:19
**large** 94:13
**Law** 2:11,16,22
**Lawrence** 1:17 2:1 3:4
    4:1,9 100:6,14
**lawsuits** 81:12
**lead** 52:24 60:14 68:4
**leading** 70:7
**learn** 19:19
**led** 52:17
**left** 42:13
**Lemm** 7:6,9 62:17
**Lemm's** 5:23 6:6 7:2,15
**lesion** 46:3
**lessen** 28:6
**lethargy** 29:3
**letter** 82:11,11 99:11
**letters** 10:14
**Let's** 31:19 41:9 56:10
    59:4 68:10,13 85:17,18
    91:5
**level** 29:13,22 30:1,3,8
    32:14 36:24 37:18 38:5
    50:12,14,17 51:8 52:6
    52:15,22 57:14 60:6,22
    60:23 61:21 62:24
    63:22 82:16 83:19 84:6
    85:9 86:4 87:4,7,7,10
    87:15 88:8 90:2 96:15
**levels** 6:2,15 7:17 8:11
    14:19 26:9,24 29:7
    31:14 32:16,21 33:17
    35:4,7,23 36:9 37:7,12
    37:20,23 38:11,17,23
    39:13,19 40:20,22
    50:25 51:4 52:21 62:14
    62:18 63:2 65:23 66:1,5
    66:9,13,17,20,21 72:17
    78:7,12 82:18 84:11
    85:5 88:3 95:12
**LIABILITY** 1:5
**library** 22:5
**licensed** 12:10,13
**life** 28:11 38:20 61:2
**lifestyle** 53:16
**light-headed** 58:22

**light-headedness** 28:25
**likelihood** 41:2 73:9
**limitations** 30:2 48:24
**limits** 79:16
**line** 58:3
**lipids** 45:19
**list** 64:4
**litem** 1:10
**literature** 9:21 19:1 41:6
    65:18
**litigation** 1:6 76:8
**little** 10:20 13:7 41:10
    61:13 65:5 80:17 81:22
    82:5
**live** 43:7
**liver** 63:8
**living** 6:17 52:6 88:3,8
**LLC** 1:13 2:14,15
**LLP** 2:16,22
**logistical** 12:7
**lone** 46:17 53:8
**long** 5:2,14 9:15 36:12
    43:7,12 49:19 55:24
    56:4,13 66:18 70:5 71:9
    86:16,22 91:15 94:14
**longer** 90:11
**long-term** 71:10
**look** 5:17 18:12,25 25:22
    28:21 39:3 42:24 44:21
    57:22,24 76:4 87:24
    95:22 98:14
**looked** 8:2,8,10 18:15
    24:23 40:25 51:8 52:13
    65:22
**looking** 29:23 30:16,25
    57:17,21 59:2 60:24
    65:19 66:3 73:23
**looks** 41:12 90:5
**loose** 94:12
**lose** 44:2 45:8,18
**loss** 57:12
**lot** 19:17 34:7 45:23
    52:19 68:21 86:18
    92:16 94:9,19 97:20
**love** 86:16
**low** 39:6,13 57:14 74:13
**lower** 30:1,19 45:21,21
    53:13 58:17 60:20
    87:10
**Luis** 1:19 2:3,12 5:16

69:25 100:2 101:2,20
**lying** 8:9

## M

**mail** 99:6
**main** 39:4
**major** 36:13 39:22 46:19
    53:12
**majority** 71:2
**making** 15:4 21:9 50:21
**Malone** 75:12,17 89:18
    91:19,25 92:5 93:10
**malpractice** 15:19
**man** 72:13 83:6
**management** 46:10
**manifest** 32:3,17 34:10
**manner** 87:15,20,21 96:4
**manufacturing** 89:4
**mark** 40:4 49:6
**marked** 7:14 40:5 49:8
    49:12
**markers** 61:5
**Mason** 54:19 55:5 79:17
    81:21
**mass** 65:5
**MATTHEW** 2:18
**matthew.moriarty@tu...**
    2:19
**MATTISON** 2:10
**McCornack** 1:8,8,9 5:18
    9:24 25:13 26:14,22
    27:16 28:8 39:10,24
    41:10,17 42:5,15 44:5
    44:24 45:8 49:11 51:7
    52:10 53:10,19 54:3,17
    55:9 56:18 57:2 61:1,24
    62:13 63:1 64:23 67:14
    69:9,13 71:4 72:6,13
    74:19 75:15 80:19
    82:11 86:19 89:13,23
    90:22 91:21 92:10 95:1
    95:6,9,15,24
**McCornack's** 11:24 25:7
    46:14 48:4 50:12 54:8
    73:19 76:8,22 77:15
    78:16 79:11 82:12,21
    86:3 92:2
**McDaniel** 2:2
**MDL** 1:8
**mean** 12:5 14:18 18:19

22:6 29:10 32:8 33:3,7
    43:24 46:6 50:19,24
    58:8 63:22 74:10 77:12
    82:5 93:25
**meaning** 52:4 66:16
    84:10
**meaningful** 78:8
**means** 32:9 44:9 97:18
**meant** 65:18
**measure** 43:19 86:11
**measured** 87:11
**measures** 39:2
**mechanism** 36:1
**medical** 5:9 8:20,23 9:21
    12:16 13:17,19 15:19
    16:3,5,5 17:23 18:25
    19:1 22:5 27:3 34:23
    41:5,13,18,20 45:13
    54:2 60:24 62:2 63:11
    63:13,21 64:25 65:18
    72:5 75:17 76:11 82:10
    82:21 89:19
**medication** 39:16 58:11
    74:25 84:23 85:7 87:5
    95:10
**medications** 20:21,23
    21:1,14 23:11 26:1,15
    35:22,25 55:18 57:25
    75:4 89:23
**medicine** 9:4,5,12 12:10
    12:13 17:2,3 20:3
**medicines** 35:10 36:22
    92:11
**meet** 10:22
**meetings** 11:6
**member** 16:3
**memory** 10:25 11:1 42:4
    42:17 56:25 65:25
    71:20
**mention** 57:4
**mentioned** 13:2 35:15
    42:7 52:16 55:3,4 79:13
    83:14,25 84:17 97:3
**met** 9:25 10:17,21 27:18
    45:13 88:24
**methods** 13:16,22 15:25
**mid** 31:6
**mild** 44:6 53:11 90:19
    94:22
**mildly** 32:22,23

**military** 17:15
**milligram** 31:2 55:11
    59:21,22
**milligrams** 55:10 58:1
**milliliter** 84:11 96:16
**mind** 43:5 45:16
**minimal** 28:11
**Minnesota** 8:24
**minor** 1:9
**minutes** 77:24 85:18
    99:22
**mistake** 98:1
**mixed** 29:5
**mixture** 34:1
**moment** 5:7 54:6 78:9,23
**Monday** 1:18 2:6
**monitoring** 74:2
**month** 8:4,14
**months** 22:23 77:5 91:14
**Moriarty** 2:18 3:4 4:7
    23:17 33:1 40:4,7 49:6
    49:14 51:2,12 59:7,10
    60:16 62:12 63:18 64:1
    67:1,3,7 68:3,12,19
    70:24 76:21 77:2,9 79:9
    80:1,16,22 81:11,24
    82:8 85:2,17,21 88:15
    89:4,7,12 96:2,13,20,22
    97:15,17,25 98:7,11,23
    99:16
**Moriarty's** 96:7
**mouth** 55:3
**MRIs** 15:13,15
**multiple** 37:3,4
**muscle** 30:18 36:12,13
    38:2 65:5
**muscles** 94:22
**muscular** 39:11,11,14
    65:4
**Mylan** 2:20,20 89:1,8
**myocardial** 14:8 45:6
**M.D** 1:17 3:4 4:1 100:6
    100:14
**M.I** 82:23
**M.I.s** 83:12

## N

**N** 3:1
**name** 4:8 6:8 18:1,5
    88:25

**named** 101:10
**names** 16:11
**nanograms** 84:10 96:15
**nature** 14:20
**nausea** 29:3 32:19 34:3,8
**necessarily** 31:25 32:23
    33:7 36:20 46:19 58:18
    67:9
**necessary** 91:1
**neck** 58:22
**need** 4:16 23:10 24:7
    48:3 70:25 84:6
**needed** 48:14,17 91:6
    94:2
**negligence** 5:9
**neither** 97:16
**nephrology** 16:25
**never** 35:13 43:5 65:24
    86:24
**new** 19:18 46:9 54:25
**night** 79:5
**nine** 64:23
**NMS** 3:11 26:21 49:9,25
    50:3,11,18 79:12 82:15
**node** 48:7,10,13
**nods** 4:18 35:18 36:16
    37:11
**nondigoxin** 34:5
**nonissue** 29:8
**nonmedical** 69:18
**nonsteriodal** 36:21
**nope** 72:2
**normal** 30:10 35:5,8
    43:17 50:13,17 60:22
    65:2 69:23 79:15 94:9
    94:23
**notation** 92:4
**notations** 72:3,4
**note** 25:25 42:6,7 57:17
    57:19,22 58:17 70:9
    89:12 90:7 91:17 92:7
    98:1
**noted** 75:1
**notes** 5:23 6:6 41:16,16
    41:21,24 55:8 57:4 71:7
    71:24 72:24 73:1 76:3
    89:11 90:12 101:19
**notice** 26:24 72:22
**noticeable** 72:17,19
**noticed** 47:13,15

**notification** 10:16
**notorious** 59:13
**notoriously** 59:12
**November** 25:25 46:16
  71:24 72:6 75:16
**nuclear** 9:4,10 13:2
**numb** 58:22
**number** 19:22 23:10,10
  30:19 32:3 40:23 45:22
  49:25 51:24 52:5 64:5
  72:3 84:2,20 87:4 89:23
  91:25 95:1
**numbers** 30:23 51:17
  75:8
**numerous** 18:11 22:6
  69:18
**nurse** 75:13,24

**O**

**obese** 45:16 63:7
**obesity** 45:13
**Obispo** 1:19 2:3,12 5:16
  69:25 100:2 101:2,20
**objection** 32:7,8,10 50:21
  50:21 51:10 60:15 62:9
  63:15,24 67:23 68:11
  68:16 70:21 79:8,21
  80:12,21 81:23 82:6
  84:12 96:2,20,21 97:7
**observations** 96:18
**observed** 86:15
**obstruction** 44:20
**obvious** 83:19
**obviously** 12:5
**occasion** 43:6 45:24
**occasions** 45:22 64:24
**occur** 27:21 28:6
**occurred** 11:6
**occurring** 57:16
**occurs** 84:18
**October** 1:18 2:6 101:21
**odds** 73:16 74:13 92:13
**offer** 27:4 73:11
**offers** 75:10
**office** 5:17,18,23 20:10
  22:5,9 25:25 41:21 42:5
  54:2,4 57:19 72:6 75:14
  75:15 76:2 81:1,4,19
  89:14 92:6,25 93:10
**offices** 2:2

**oftentimes** 72:19
**OH** 2:17
**Ohio** 41:18
**Okay** 4:17,19,20,23 5:15
  5:25 7:24 9:2 10:6,17
  11:12,21 13:22 16:14
  18:12 20:2,10 21:1,18
  22:4 26:2 27:15 28:7
  29:21 31:8,19 32:1
  34:18 36:17 37:17
  38:14 39:5 40:1 41:9
  42:12 43:20 48:18,20
  49:1,5 51:3,6,13 52:10
  53:15 56:17,25 57:7,18
  57:22 59:11,17 61:19
  64:8,13 68:20 69:16
  70:4,8 72:7,16 73:19
  75:7,21 76:10 77:14,20
  85:3 89:6,15 90:15,21
  91:11 93:17 97:22
  98:12
**old** 8:9,13 29:4
**older** 22:25 73:5
**olds** 43:3,4
**once** 5:4 11:1 37:14 50:21
  71:8 73:22 93:7 94:11
**ones** 16:11 22:6
**online** 5:22 18:6 40:25
**onset** 29:16 42:20
**onward** 55:9
**opinion** 27:2 44:7 63:4
  63:11,13,20 64:16,19
  64:25 77:5 82:12,20,25
  83:1,21,24 84:14 85:8
  96:9 97:1
**opinions** 55:6 64:13 76:7
  76:11,21
**optimal** 37:17
**optimally** 33:21
**option** 93:1
**options** 91:23 92:2,21
  93:11
**oral** 37:20 46:3,5
**order** 13:24 14:11,14
  15:6,6,10 52:4 64:13
  91:5
**ordinarily** 15:8 21:16
  43:22 44:9 45:20 51:11
  52:20 55:24 57:5 58:15
  60:13,23 61:3 71:8

  77:13 91:10
**ordinary** 28:10 66:10
**Oregon** 9:1,3
**original** 42:21 54:14
  98:25
**originally** 47:16 73:23
**orthopedic** 64:19
**Osos** 2:3
**outcome** 83:23
**overall** 24:10
**overdose** 84:25
**over-the-counter** 90:3,4
**owe** 98:11

**P**

**P** 2:18
**package** 8:2
**page** 3:3,9 7:22 49:24
**pains** 47:14 58:23
**Palm** 2:11
**palpitations** 27:9 47:10
  47:13
**panel** 42:24
**panels** 14:19 77:11
**paper** 5:22 21:20 41:21
  41:23
**Pardon** 93:5
**paroxysmal** 47:3
**part** 20:6 23:24 33:19
  34:22 41:12 51:23,25
  76:8 77:19 94:5
**particular** 12:1,2 17:23
  18:21 19:21 29:22
  57:17 64:14,22 74:23
  74:25 75:25 94:3
**particularly** 38:7
**partners** 13:8
**parts** 69:22 70:3
**Paso** 8:18,19 10:3 69:25
**passed** 9:11
**pathologist** 66:12,15
  83:11
**pathologist's** 68:21
**patient** 5:4,11 14:7 15:5
  19:21 21:10,11 22:3
  23:5,18 27:16 28:8
  30:25 32:4 34:9 39:5
  42:5,8,23 52:6 60:12,19
  62:6 93:13
**patients** 6:15 13:11,13

  21:13 23:10 24:6,17
  27:6 28:13 29:21 30:5
  31:9 34:4 35:3,7,14
  37:8 40:16 41:3 48:1
  53:2,5 61:15 88:3,8
**patient's** 7:10
**pattern** 37:15
**pause** 98:16
**pay** 30:18
**PDR** 20:10 22:19 65:20
**peak** 38:5
**pectoris** 45:6
**penalty** 99:14
**Pennsylvania** 26:21
**people** 29:2,14,25 30:7
  32:16,20 34:12 39:12
  43:13,14 44:13,18
  45:20 47:9 52:19 56:1
  58:11 60:20 61:20 63:7
  63:8 69:24 70:16 72:18
  73:12 74:15,24 81:12
  83:9 90:19 94:7
**peoples** 44:15
**people's** 48:10
**percent** 34:25 48:2 64:5
  64:11 73:11 84:16,17
**percentage** 24:16 44:15
**perform** 47:16
**period** 56:15 60:9 78:6
  91:14 95:25 99:12
**periodical** 19:1
**periods** 58:19
**perjury** 99:15
**permanent** 46:25
**persistent** 47:1 72:7
**person** 10:18,22 11:2
  32:13 37:3 57:9 60:21
**personal** 96:18
**personally** 22:1 32:12
**pharmaceutical** 20:13,19
**PHARMACEUTICALS**
  2:20,21
**pharmacists** 21:17
**Pharmacokinetics** 16:21
**Pharmacology** 16:19
**pharmacy** 21:20
**phase** 47:4
**phenomena** 34:20
**phone** 10:21,22 11:3,6,16
**physical** 14:23

**physically** 47:16 75:2
**physician** 14:22 93:9
**physicians** 19:20 34:20
**pick** 97:5
**picked** 83:13
**pill** 29:10,17 84:22
**pills** 29:12 40:21 85:6
**pitfalls** 83:14
**place** 27:25 37:6 53:13
   55:18 101:14
**plain** 4:15,17
**Plaintiffs** 1:11 2:10
**plan** 14:2 91:17,18
**plans** 74:1
**plaquing** 45:3
**plasma** 38:5
**play** 38:8
**player** 39:22
**please** 4:8 49:7
**plus** 88:11
**point** 25:23 42:9 45:5
   56:25 62:7 71:25
**Political** 16:10
**polypharmacy** 23:14
**poor** 15:13
**popped** 40:20,23
**population** 23:5 43:25
   65:3
**pose** 46:6
**position** 17:20
**positions** 17:19
**possibilities** 71:17 96:25
**possibility** 74:6
**possible** 7:20 14:4 56:24
   61:18
**possibly** 57:15 75:17
**post** 91:11
**postmortem** 6:18,21 7:16
   18:22 26:20 49:10 50:5
   50:12 52:23 65:11,14
   65:23 66:1,5,8,16,20
   67:9 68:25 77:10,14
   78:11 82:16 83:20
   84:10 85:22 86:3,8
   96:12
**postulating** 15:5
**potassium** 38:8,11,17
   78:7,12,16
**potassiums** 77:19 78:4
**potency** 79:11

**potential** 24:2 39:7
**potentially** 78:13 83:15
**pounds** 72:10
**practice** 12:10,13 19:16
   23:10 24:10 25:3,4
   40:16 42:14 52:19 76:1
**practicing** 9:15 31:2,5
**practitioner** 75:13
**precipitate** 78:13
**precipitated** 78:16 84:5
**predated** 42:11
**predeath** 84:11
**predictable** 87:20
**predicting** 82:18 84:11
**predictor** 52:6
**prescribe** 20:21 21:1,8
   24:5,11,13 34:21 47:25
**prescribed** 25:16 26:14
   52:20 57:2
**prescribing** 24:19
**prescription** 20:23 25:8
   47:22 90:2
**present** 27:20
**presented** 51:7 86:17
   97:1
**presenting** 31:16 73:8
**pressure** 44:14,15,18,22
**presumably** 73:4
**presumed** 79:23
**presumptions** 80:15
**pretty** 21:17 39:11 46:25
   55:10 61:5 73:22 75:19
   92:17 94:9
**prevent** 28:5 57:16
**prevention** 27:24
**previous** 6:1 41:21,23
   86:7
**previously** 72:23
**pre-digoxin** 35:2
**print** 7:22
**prior** 9:24 41:24 82:18
   91:6 101:9
**privy** 80:13
**probability** 27:3 63:4,11
   63:13,21 65:1 76:11
   82:21 83:4
**probable** 64:6
**probably** 5:6 9:20 19:2
   19:25 22:25 31:15,18
   38:16 43:15 66:6 91:9

**problem** 43:22 73:5
**problems** 13:19,23 34:10
   42:24 86:24
**procedure** 69:21 70:13
   70:16,18,23 71:5,17
   72:1 75:10,11 90:23
   91:3,6,6,11 92:9,23
   94:16,18
**procedures** 14:13 92:11
**proceeding** 101:10
**proceedings** 59:5 98:16
**process** 4:14 61:12 74:17
   78:7 99:17
**processes** 5:12
**produce** 61:12
**produced** 15:13,15
**product** 1:5 8:3,5 28:22
   46:5 65:14 73:15
**production** 61:12
**products** 21:6 24:17,20
   25:17 26:18 41:6 46:4,6
   56:23
**progress** 75:5
**progressed** 46:23
**progression** 45:5 74:8
**Promise** 14:1
**promoted** 67:1
**promotion** 67:3,4,5
**properties** 48:7
**publications** 40:11
**published** 9:21 41:5
   81:19
**pulmonary** 68:22
**pulse** 28:25
**purified** 34:7
**purpose** 25:8 47:21
**purposes** 90:18
**put** 55:8 58:15 68:1 69:4
   77:8 82:3 84:3 93:8
   99:9
**p.m** 1:20,20 2:7 99:25

**Q**

**quality** 15:13,15
**quantify** 88:10
**quarter** 80:7,11,19 81:21
**question** 4:21 5:11 6:2
   11:19 14:16 20:22 24:8
   31:1 32:9,11 50:22 52:1
   62:10 64:3 65:16 67:24

68:17 69:24 81:14
   96:24
**questionable** 5:5 40:24
**questioning** 5:13 76:24
**questions** 4:15 13:15
   42:22 64:19 76:25 77:5
   77:7 88:16,24 89:10
   94:24 96:7 98:5,10
   99:16
**quick** 98:19
**quickly** 20:3
**quinidine** 26:15
**quinine** 26:15,18,25
   87:22
**quite** 9:11 56:3,3 63:16
**quote** 51:14 52:1

**R**

**racing** 34:16 58:12 75:1
**radiofrequency** 70:1,10
   71:20 75:5 93:23
**Ralph** 1:9
**ran** 66:22
**range** 29:22 30:20 38:12
   52:3
**ranges** 28:12 30:10,13
   32:21
**ranks** 22:11,13
**rapid** 28:2,19 29:15,16
   29:16 48:12
**rapidly** 48:11 61:14
**rare** 46:22
**rarely** 65:24
**rate** 25:9,11,12 28:13,23
   29:15 30:3 36:4 39:2
   43:15 47:19,23,25 48:4
   48:12 99:24
**rates** 28:15 30:1
**ratio** 50:6
**rationale** 55:22
**reach** 13:24 99:20
**reaction** 5:5,13 27:5
**reactions** 27:10 28:22
**read** 17:25 59:6 67:20
   76:20 97:18,19
**reading** 7:23 65:18
**real** 59:16
**realizing** 83:20
**really** 8:12 24:8 29:7
   48:14 52:21 61:9 74:22

75:2 95:11
**reason** 4:22 50:9 61:21
  62:18 72:14 82:3 87:13
**reasonable** 15:6,20 27:2
  63:11,12,21 64:25
  76:11 82:20
**reasonably** 14:4
**recall** 5:10 7:8,11 8:1
  11:4 18:13 20:20 30:14
  41:2 53:20,23 54:1
  58:14,14 62:15 66:18
  71:6,15 73:11 92:8
  94:17 95:19
**receive** 49:17,19 99:6
**received** 5:23 49:21
  81:18 85:7
**Recess** 85:20
**recollection** 62:1
**recommend** 70:9
**record** 23:16 41:18,25
  50:22 56:8 59:4,6 60:7
  60:24 76:20 88:25
  89:22 92:4
**records** 26:13 41:13,20
  42:15 54:3 57:1 62:2
  65:8 72:5 82:10
**recurrent** 46:21,23
**redistributed** 88:11
**redistribution** 6:18,21
  18:23 50:5 65:11,14
  78:11 83:20 85:23
**reduce** 25:9 35:22 36:7
**reduced** 70:19 101:15
**refer** 69:12 93:7
**reference** 89:22 90:6
**referenced** 91:18
**reflect** 67:9 77:24
**regard** 91:22 93:23 95:12
  95:23
**regarded** 22:14
**regarding** 18:22 21:13,21
  26:22 49:10 54:3 55:9
**regards** 89:10
**regimen** 55:23 94:5 95:10
**regular** 90:3
**regularly** 17:22 89:24
  90:10
**related** 35:1 45:23 72:8
**relates** 1:7 48:6 68:25
**relative** 32:20

**relatively** 4:15 28:2 34:18
  43:10,11 48:12 55:25
  60:22
**reliability** 20:6 68:25
  82:15
**reliable** 13:24,24 14:3
  15:10,20 22:14 52:5
  64:16 66:20 69:6
**reliance** 70:19
**rely** 15:1 21:20
**relying** 20:8
**remained** 60:8
**remember** 5:3,7,14 6:8
  6:10,12,14 9:23 11:17
  18:5 25:18 42:14 53:24
  54:6 56:17,20 58:6 73:1
  92:6
**removal** 61:12
**removed** 61:13
**renal** 23:2,7,18 24:2
  35:10,15,22 36:5,21
  37:5 39:3,7,21 41:7
  44:20 87:16 95:7
**report** 3:11 20:15,18,19
  45:22 49:9 52:13 54:9
  54:15,22 68:1,21 79:4
  86:11 88:6 95:13
**reported** 1:22 30:22 50:5
  50:18 51:15
**reporter** 2:5 98:4 99:4,10
  101:7,24
**reporters** 2:3 4:18
**REPORTER'S** 101:4
**reports** 54:23 55:6 81:21
**represent** 88:25 89:4
**represents** 89:7
**request** 6:4 54:4
**required** 19:6 91:4
**requirements** 12:17 19:4
**rereading** 97:23
**research** 16:12 18:21
  40:11 65:10,17 85:22
  85:25 97:10
**residency** 8:22,25
**resident** 5:4
**resources** 18:6
**response** 25:9 28:2,20
  68:2
**restore** 69:23
**restored** 57:11

**result** 26:4 40:17 44:24
  60:25 80:3,25 81:3
**results** 26:21 29:17,20
  79:14,24
**retained** 79:19
**retarding** 48:19
**retire** 42:12
**review** 5:21 17:22
**reviewed** 7:24
**reviewing** 54:5
**RFA** 70:25
**rhythm** 27:21 34:13 47:9
  51:19 57:11,12 69:23
  71:12,13 78:23
**rhythms** 31:17 38:22
  43:6
**right** 4:24 5:15 14:24
  15:16 16:1 17:12 18:6
  19:4 22:16 29:10,11
  33:13 36:18,24 38:17
  40:15 41:9,11 56:13
  62:13 64:18 65:25
  75:18 77:25 78:24 80:5
  80:6 81:6 82:9 84:8
  85:13 88:15 90:9 91:20
  92:3 97:6,20
**rise** 88:18
**rises** 84:16
**risk** 23:19 24:3 28:11
  39:8 43:8,20,24 46:7,19
  53:2,13 73:17
**risks** 20:24 21:2,10 28:8
**Robles** 8:18,19 10:3
  69:25
**Roger** 42:7
**role** 38:8
**room** 31:17 34:15
**round** 92:9
**routinely** 22:2
**run** 60:6,23 65:4 77:19
  87:10
**rural** 8:19

**S**

**S** 3:8
**safely** 61:16,21
**safety** 74:16,17
**Sakisha** 89:20
**sample** 26:20 69:1 77:15
  84:21 88:12

**sampling** 68:25
**San** 1:19 2:3,12,23 5:16
  8:21 54:20 69:25,25
  100:2 101:2,20
**Santa** 53:21,25 54:3
  79:18
**saw** 41:17 46:16 54:5
  70:14 79:23 89:17
**saying** 20:3 41:1 48:14
  50:15 64:4 78:11 93:14
**says** 26:2 41:6 50:3,4
  58:4,9,20 59:18 91:21
**scan** 18:11
**scanning** 8:10
**school** 8:20 10:3 13:17
  34:23
**science** 84:15
**scientific** 4:16 13:16,23
  15:25 63:22 65:13
**sclerotic** 44:25
**season** 72:1
**second** 5:8 28:5 49:24
**secondary** 25:13 27:25
  34:10 47:20
**section** 26:3 27:5 57:23
  58:8
**see** 8:12 10:9 13:11,13
  29:17 30:12 34:8,9
  41:10 49:22 50:1,7
  52:22 58:1,24 60:2,25
  62:2 66:13 75:16 81:1
  85:19 89:19
**seeing** 34:12
**seen** 26:20 27:13,13 30:9
  30:13 33:17 49:15
  54:14,22 61:23 67:16
  69:8 82:2
**self-addressed** 98:21
**sell** 73:15
**send** 98:3,20,21,25 99:3
  99:10
**sense** 64:9
**sent** 6:6 7:18
**sentence** 50:4
**sentiment** 70:15
**separate** 25:20 98:1,2
**sequence** 55:1 57:20
**series** 77:7 94:24
**serum** 26:9 29:22 31:21
  33:3,6,15,21 37:7,18

61:23 65:6 67:17 87:1
    87:10,22
**service** 17:15
**set** 37:14 71:6 92:24
    101:14
**setting** 63:14
**seven** 37:20 42:3
**seventies** 34:23
**SGPT** 63:1
**shakes** 4:19
**sheet** 98:1,2,3
**shock** 71:12
**shoe** 44:14
**SHOOK** 2:22
**short** 7:9 25:11 98:16
**shorthand** 2:2,5 101:6,15
    101:18,24
**shortly** 81:19
**shortness** 28:25 74:20
**shot** 58:17
**showed** 49:21
**shown** 6:3
**sick** 34:16
**side** 15:20 52:7
**sign** 39:7 53:18 73:5
    97:18 99:14,19
**signals** 48:8
**significance** 42:19 66:16
**significant** 37:5 40:10
    75:8
**signs** 31:25 32:2 33:4
    42:24 62:8,21 67:21
    79:5
**simple-minded** 85:14
**single** 60:25
**sinus** 57:11 71:13
**sit** 96:9,11 97:5,11
**site** 18:22
**situation** 11:14 85:15
**situations** 51:15,16 53:8
**six** 72:4 79:10
**size** 44:14,14,14 94:23
**skipped** 83:16 85:4
**slightly** 39:23 43:15
**slip** 54:6
**slow** 28:14,14,18,24 30:1
    30:8 34:17 74:23
**slower** 28:25 30:3 38:22
    48:11
**slowing** 38:21

**small** 43:10,11,18 44:1
**smarter** 75:10
**societies** 16:3
**Society** 16:5
**solid** 70:6
**somebody** 10:9 12:2
    31:21 33:2,6,11 73:4
**someplace** 44:3
**somewhat** 32:24
**sorry** 6:9,23 10:19 17:17
    20:21 24:8 26:11 31:1
    46:12 50:15,19 57:24
    59:25 63:16 65:24 72:2
    76:14 88:2 96:13
**sort** 13:18 27:15 29:6,7
    70:6
**sorts** 57:13 66:13 97:10
**sound** 12:2
**Sounded** 68:6
**Sounds** 68:9,14
**Source** 18:10,12,15
**sources** 19:25
**SOUTHERN** 1:2
**spastic** 51:19
**special** 16:16,23,25
**specialists** 19:22
**specialty** 64:20
**specific** 89:11
**specifically** 12:24 22:18
**specifics** 39:20
**specimen** 6:17 49:10
    52:23 69:5,6 77:12
    87:14
**speculate** 63:19 80:24
    81:7 83:17 85:15 92:12
**speculation** 81:23
**speculative** 82:1
**speeches** 40:10
**spend** 13:5 19:13 85:18
**split** 55:11 56:1
**spoke** 28:4
**spoken** 7:2
**sporadically** 10:8
**spring** 9:25
**spurs** 98:13
**ss** 100:1 101:1
**stabilized** 37:15
**stable** 47:9 60:22
**staff** 12:6 40:1 41:11
**stamped** 98:22

**stand** 85:19
**standard** 87:20
**standards** 39:4
**stands** 50:22
**standstill** 38:22
**Stanford** 69:13,16 75:24
**start** 68:10,13 94:11
**started** 27:16 42:5 55:15
    55:17
**starting** 29:12
**state** 2:5 37:25 70:3
    100:1 101:1,7
**stated** 34:24
**statement** 49:25
**statements** 40:25
**states** 1:1 12:14 23:11
**Statistically** 44:17
**stays** 99:13
**steady** 37:25
**stomach** 38:1
**stop** 45:25 58:13 69:19
    77:3
**stopped** 87:9
**story** 51:24
**street** 2:3,11 94:18
**strength** 75:25
**stress** 45:23
**strike** 80:17
**string** 64:18
**strokes** 43:16
**structural** 53:12 94:15,21
**structure** 43:17 94:20
**structures** 94:9
**studies** 14:10 65:13 97:10
**subjects** 64:14
**subscribe** 17:22
**subsequent** 70:14
**subspecialty** 9:2 12:25
    64:15
**substance** 12:8
**substantial** 86:5
**subtle** 74:21
**success** 71:10 73:10,12
    73:16 74:13
**successful** 91:4 92:9
**sudden** 43:9,20 47:8 68:7
    68:15
**suddenly** 61:16
**sued** 15:18
**suffered** 40:17

**sufficiency** 39:3
**suit** 11:8,13
**Suite** 2:17
**summary** 6:23 7:20
**summer** 69:12 71:4
**Sunday** 10:21,23
**supply** 61:11
**suppose** 23:15
**supposed** 56:13
**supposedly** 56:3
**sure** 20:7 25:19,24 30:19
    31:19 35:13 57:6 64:10
    64:23 68:24 69:15
    71:16 72:3 75:12 76:5
    87:18 97:19,22
**surprise** 95:17
**surprised** 98:12
**surrounding** 96:17
**suspect** 87:9 92:12
**suspecting** 14:7
**sweaty** 47:11
**sworn** 4:2 101:10
**symptom** 62:20
**symptomatic** 47:5 74:19
**symptoms** 28:6 31:25
    32:2,18 33:4 34:3,11
    47:7 59:15 62:8 67:22
    79:5
**syndrome** 31:25 32:1
**system** 50:1

---

**T**

**T** 3:8
**tab** 58:1
**tablet** 69:9
**tablets** 41:2 79:11
**take** 10:24 14:23 19:6
    29:10,15,17 43:13 49:3
    53:16 58:10,12 60:13
    76:25 83:9 85:17 90:20
    90:20 91:1,17
**taken** 2:2 4:10 5:1 12:21
    36:11 38:1 59:18 61:16
    61:20 67:17 84:24
    85:18 95:14 101:13,14
    101:19
**takes** 29:12,20
**talk** 12:5 41:9 52:14
    66:15 83:11,12 97:21
    97:21 99:18,19

**talked** 78:12
**talking** 11:10 12:7 31:24
  52:14 71:21 84:15 92:6
**tampering** 94:12
**target** 29:22
**taught** 13:18
**teach** 13:23
**teaching** 9:18 17:19,20
**telephoned** 11:8
**tell** 4:8 7:5 10:2 16:15
  28:10,11,17,21 40:9
  42:10 51:24 63:8 78:10
  79:14 81:14 95:14
  99:11 101:11
**telling** 21:18 51:23
**Templeton** 7:7 9:16
**temporarily** 57:5
**ten** 13:10 22:25 31:18
  33:18 64:4 74:12 95:25
**tend** 37:12 65:4
**tendency** 28:14
**term** 32:20 85:12 91:15
**terminology** 70:11
**terms** 28:23 31:13,16
**terrible** 58:21
**tested** 79:11
**testified** 4:3
**testify** 5:19
**testimony** 7:5 10:24
**Texas** 42:14
**textbooks** 22:15
**texts** 22:4,9
**Thank** 91:16 93:17 97:14
  98:17
**therapeutic** 29:13 50:25
  51:4 52:2,7 86:9,12
  88:2,3
**therapies** 48:21 51:14
**therapy** 28:9 48:15 52:2
  52:7
**thereof** 7:21
**they'd** 14:8
**thickening** 94:22
**thing** 29:6,7 30:20 38:24
  67:25 77:10 92:14
  93:14
**things** 12:7 13:17 14:18
  14:19 20:2 28:18 30:21
  34:4,8 35:21 36:3,7
  37:3 40:23 44:21 45:20

47:12 52:8 64:12 67:11
  68:22 75:20 78:8 83:25
  84:3,13,17 97:11,23
**think** 7:1 10:22 13:5,18
  17:11 19:19 20:2 21:18
  31:11 34:22 36:23
  39:10 40:19 43:12 45:4
  59:3,14 64:12,14 66:4
  68:5 72:24 75:8 77:2
  78:2 79:3 81:22,25 82:7
  83:7 85:11 87:25 89:16
  91:10 95:2 96:19 97:12
  97:17 98:13
**thinking** 14:15
**third** 34:24 58:3 92:14
**thought** 44:20 50:20
  51:21 52:1 57:14 59:15
**thoughts** 92:1 98:6
**threatening** 38:20
**three** 50:13,16 51:1 91:17
  98:14
**Thursday** 54:19
**thyroid** 42:23
**time** 5:12 8:2 10:7 11:2,5
  11:22 13:5 15:1,2 17:17
  19:13,19 22:9 24:23
  27:19 31:8,8 36:13
  37:17 38:4 40:21 43:7
  45:12 57:15 58:19
  59:16 60:9 64:6 67:10
  69:1 70:6 73:20 74:16
  78:6 80:25 82:3 83:22
  84:6,21,22,23,24 86:22
  89:13 91:22 92:14,24
  93:8,24 94:2,3,8,14
  99:12 101:14
**times** 4:12 10:10,17 11:2
  19:2 23:13 31:11 34:8
  37:16 47:11 50:13,16
  51:1 56:8,9 59:14 63:10
  65:22 66:4 72:24 74:23
  86:20 87:4 94:9 97:21
  98:14
**timing** 54:13 77:17
**tingling** 58:21
**tiredness** 29:1 74:20
**tissues** 88:12
**tobacco** 45:25 46:4,5,6
**today** 5:16,19 10:18 12:6
  25:23 54:5 57:1 82:9

93:25 96:10,11 97:5,11
**today's** 7:25
**told** 29:2 84:9 89:16
**tolerance** 47:15
**tolerated** 55:19
**tonic** 26:17
**top** 19:3 80:3
**topic** 6:14 7:13 88:19
**topics** 85:25
**Totowa** 1:13 2:15
**touched** 10:8
**town** 10:19
**toxic** 32:13,23,24 51:9
  52:3,6 61:17,19
**toxicity** 7:11 11:19 18:16
  18:18 24:3 29:2 31:9,13
  31:17,23 32:1,5 33:4,20
  34:18 35:1,4,8 36:19
  38:9,12 39:9 52:11,21
  60:3,14 62:4,8 67:22
  68:5 79:5 86:15 96:1,4
**toxicologist** 82:15
**toxicology** 16:23 17:6
  22:17
**trace** 26:24
**training** 16:16,23,25 17:2
  17:3 33:24 95:23
**transcript** 97:18,22 98:2
  98:20 99:13 101:18
**transcription** 101:16
**transition** 32:23
**transported** 36:11 38:2
**treat** 69:19
**treated** 95:1,15
**treatment** 14:2 15:7
  69:17 75:3 91:23 92:2
  92:21 93:1,11 94:5
**tremendous** 19:15
**tremendously** 67:12 78:4
**tried** 55:18 69:18 71:14
  71:16
**true** 15:22 23:6,9 36:1,9
  38:14 95:15 100:7
  101:18
**truth** 101:11,11,12
**try** 29:24 30:21 37:19
  73:14
**trying** 28:5 30:5 57:5
  85:15
**TUCKER** 2:16

**tuning** 75:3
**turn** 83:22
**Twelve** 17:11
**Twenty-five** 19:9
**twice** 4:13 11:4 55:23
  56:5 98:13
**Twin** 56:18
**twisting** 83:5
**two** 5:11 10:15,23 19:7
  40:19 48:3,21 49:20
  56:12 58:16,16 60:13
  69:5 86:20 91:5 99:21
**two-shot** 60:10,11
**two-thirds** 92:8
**type** 10:16 22:8 30:20
  34:10
**types** 34:3 45:20
**typically** 23:20 28:7,21
  30:12 37:7 53:5 70:25

**U**

**UDL** 2:21
**Uh-huh** 58:5 90:24
**ultimately** 14:2 42:1
  71:19
**ultrasound** 22:7 42:23
**um** 6:15 9:13 10:15 13:3
  44:13 48:6 51:11 58:10
  71:2 83:2 86:7
**umph** 48:15,16
**unaware** 11:13 69:11
  79:22 80:24 86:13
**unbeknownst** 67:17
**unchanged** 73:22
**unclear** 91:21
**uncomfortable** 28:3 49:3
**Uncommon** 43:3
**undergo** 50:5
**undergoes** 36:13
**underlying** 23:18 42:24
**understand** 4:18,21
  63:17,22
**understanding** 19:11
  34:21 35:3 51:3 63:12
  67:8 70:8
**unexpected** 35:15
**unexpectedly** 66:11
**unit** 75:24
**UNITED** 1:1
**University** 8:21,24,25 9:3

75:25
**unquote** 51:14 52:1
**unusual** 30:20 43:2 44:4
  48:2 61:6 80:17 81:22
  81:25 82:5
**upper** 39:14
**uric** 62:14,17,20,23
**use** 18:7 26:3 28:12 30:2
  33:25 37:14 48:16
  51:18
**useful** 86:14
**uses** 30:15
**usual** 41:8 68:6
**usually** 22:2 29:9 37:13
  42:22 56:24 58:10
  62:15 72:17 73:8 75:19
  87:3 99:3

### V

**v** 1:12
**vaguely** 58:7
**valuable** 76:1
**values** 51:20 86:13 88:6
**valves** 94:23
**variable** 43:14
**variance** 65:3
**variation** 32:14 78:10
**varied** 91:13
**various** 23:11
**vary** 67:11,12 78:2,4,6
**vascular** 44:19
**vaso** 51:19
**ventricles** 48:9
**ventricular** 25:9,12 28:2
  28:20 48:7,13
**verbal** 22:2
**versa** 59:15
**verse** 30:24
**version** 5:18
**versus** 5:13
**vice** 59:15
**VIRGINIA** 1:2
**vision** 29:6
**visit** 72:6 76:2
**visits** 45:11 70:14
**visual** 32:19 34:3,11
**Vitae** 3:10
**volume** 36:15 61:9
**vomiting** 32:19
**Von** 1:17 2:1 3:4 4:1,9

49:8 88:24 97:17 100:6
  100:14
**Vorpahl** 7:15

### W

**walk** 94:17
**Wall** 22:8,11
**want** 10:24 15:9,19 20:7
  21:15 33:21 35:19
  48:24,25 49:3 52:5
  58:12 63:19 72:2,20
  76:16 77:4,13 81:9,18
  92:15 93:4,6 94:15,24
  96:8,8 98:9,13,20 99:8
**wanted** 92:18,23
**wanting** 71:16
**warning** 26:3
**wasn't** 56:9 59:15 65:16
  87:14 93:24 94:2 95:11
**wasting** 36:13
**water** 26:17
**wavelength** 31:20
**way** 13:19 30:7 35:21
  44:12 48:14 64:4 67:25
  69:4 77:8 78:15
**ways** 32:3 70:7 72:21
  74:10 91:5
**web** 18:21
**Wednesday** 54:21
**week** 10:19 19:2 54:21
  55:6 94:1,1
**weekend** 49:20
**weeks** 5:24 54:8 91:14
**weighing** 92:13
**weighs** 72:10
**weight** 44:12 45:9,18,21
**welcome** 25:23 81:14
**well-informed** 92:17
**well-known** 34:20
**went** 13:16 52:16 84:24
  86:11
**WEST** 1:2 2:16
**we'll** 57:13 85:18
**we're** 31:19 35:13 37:14
  40:20 93:7 98:19 99:18
  99:18
**we've** 10:8 13:7 49:2
  52:21 83:25 97:3
**widely** 22:13
**wife** 71:21

**window** 38:4
**Winkle** 69:13,16,20 70:5
  73:8,14 74:5,11,14
  90:23 91:9 92:22 93:7
  94:7
**Winkle's** 42:7 70:9,15
  75:8 92:7
**wish** 78:25
**withdraw** 17:18 19:11
  20:22 31:1
**witness** 3:3 10:12 32:12
  35:18 36:16 37:11 49:4
  50:24 51:11 59:9 62:11
  63:16 67:25 68:18
  70:22 76:22 79:22
  80:13 82:7 84:13 88:17
  89:6 96:3,25 97:23
  101:9
**WITNESS'S** 100:4
**women** 39:13
**wondering** 57:7
**word** 23:15 48:16 55:3
  61:19 96:7
**words** 54:21 82:22 97:20
**work** 13:9 45:23 97:9
**worked** 94:23
**working** 30:20
**works** 75:13
**world** 82:2
**worried** 86:18
**worry** 28:14
**worse** 73:20
**worsening** 74:9
**wouldn't** 48:16 56:5 57:6
  61:9 67:12 74:10 78:18
**written** 10:14 82:10
**wrong** 84:4

### X

**X** 3:1,8

### Y

**yeah** 13:21 18:2 19:5,10
  22:6,9 23:15 25:6,12
  26:7 32:12 38:22 50:24
  61:11 62:21 84:13
  90:13 95:18 96:3 97:24
  99:5
**year** 9:4 10:5,10 19:8,9
  24:25 37:16 40:19

42:10,14 43:3,4 80:7,11
  80:19 81:21 90:6
**years** 5:6 9:22 10:9 12:21
  13:7,10 17:12 18:19
  19:7 22:25 30:23 33:25
  37:2 42:3 44:19,19
  47:12 52:20 53:7 55:16
  61:2 69:15 73:4 74:12
  74:14 95:2,2,25
**yep** 45:10 72:2,2,2,11
**young** 39:11,13 65:3 84:3
**younger** 60:21 72:21

### Z

**zone** 74:16

### #

**#7281** 1:22

### 1

**1** 3:10 40:4,5
**1.5** 30:5
**10** 10:9 24:18
**10,000** 83:9,21
**100** 73:11
**100,000** 43:13,14
**1020** 2:11
**11-27-06** 90:7
**11-29-07** 89:12 91:17
  93:3
**1150** 2:17
**12** 95:2
**13** 17:11 95:2
**130** 44:17
**1302** 2:3
**14** 95:2
**14th** 101:20
**140** 44:16
**15** 65:7
**16** 57:18,19
**18** 73:4
**180** 56:11
**1986** 9:17 17:14
**1992** 41:17
**1994** 55:9 56:18
**1998** 41:19

### 2

**2** 3:11 7:14 49:7,9,12,25
  66:3 80:3 84:16 87:8
  88:7 91:25

**2.0** 29:24 30:3,12,22
    31:14,22 32:14
**2.25** 55:11
**2.6** 50:6
**2:03** 1:20 2:7
**2:09-CV-0671** 1:8
**20** 5:6 10:9 24:18 34:25
    48:2 84:17
**200** 50:25
**2000** 57:18,19
**2001** 64:24 72:5 74:1,3
**2006** 90:12
**2007** 25:25 46:9,15 56:10
    64:24 65:7 69:12 71:4
    71:25 72:6 74:5 75:16
**2008** 3:11 9:25 11:10
    49:10 80:5 81:20
**2009** 1:18 2:6 11:10,11
    100:10 101:21
**21** 43:3
**21st** 11:7
**216** 2:18
**22** 42:17 43:4
**225** 72:10
**24** 55:25 56:3,4,14 67:18
**24th** 3:11 49:9 80:4
**24-hour** 56:15
**25** 19:8 55:23 58:1 73:24
    86:19 99:22
**2555** 2:23
**29th** 72:6 75:16

---
**3**
---
**3.6** 82:16 84:10 96:15
**30** 5:6
**30-day** 99:12
**300** 56:11
**325** 90:4

---
**4**
---
**4** 3:4
**4:26** 1:20 99:25
**40** 3:10 72:9
**415** 2:24
**44115-1414** 2:17
**49** 3:11

---
**5**
---
**5** 1:18 2:6 30:5,8 57:3
    73:24

**50** 31:2 50:25 55:10
    59:19 64:5,11
**541-0300** 2:13
**544-1900** 2:24
**58** 8:14
**59** 8:14
**592-5000** 2:18

---
**6**
---
**630** 50:12,15,15 51:1,8
    51:24 86:4

---
**7**
---
**70** 77:15 88:11
**72** 69:6

---
**8**
---
**8** 30:12 88:7
**80** 44:17
**805** 2:13
**88** 3:5

---
**9**
---
**90** 44:17
**90s** 31:6
**925** 2:17
**93** 3:6
**93401** 2:12
**94104-2828** 2:23

PLAINTIFFS' EXHIBITS 009987