# EXHIBIT 600.1

PLAINTIFFS' EXHIBITS 009988

# CURRICULUM VITAE

## Lawrence E. Von Dollen, M.D. F.A.C.C

### PERSONAL DATA

| | |
|---|---|
| Born | October 31, 1950 |
| | Paso Robles, California |
| Office | Coastal Cardiology |
| | 295 Posada Suite A |
| | Templeton, California 93465 |
| | (805) 434-2262 |
| | |
| | 1941 Johnson Avenue Suite 101 |
| | San Luis Obispo, California 93401 |
| | (805) 782-8844 |

### EDUCATION

| | |
|---|---|
| 1972 | California Polytechnic State University, San Luis Obispo |
| | Bachelor of Sciences, Chemistry |
| 1976 | University of California at San Francisco, M D |

### POSTGRADUATE TRAINING

| | |
|---|---|
| 1976-1979 | Hennepin County Medical Center |
| | Minneapolis, Minnesota |
| | Residency in Internal Medicine |
| 1979-1981 | University of Oregon Health Sciences Center, |
| | Fellowship in Cardiovascular Diseases |
| 1981-1982 | University of Oregon Health Sciences Center, |
| | Residency in Nuclear Medicine |



PLAINTIFFS' EXHIBITS 009989

## CURRICULUM VITAE
*Lawrence E. Von Dollen, M.D. F.A.C.C*

**BOARD CERTIFICATION**

| | |
|---|---|
| current | Diplomat National Board of Medical Examiners #165469 July 1, 1977 |
| current | American Board of Internal Medicine, Internal Medicine ABIM # 72293 September 2, 1979 |
| current | American Board of Internal Medicine, Cardiovascular Diseases ABIM # 72293 November 11, 1981 |
| current | American Board of Internal Medicine, Interventional Cardiology ABIM # 72293 2003 |
| current | Certification Board of Nuclear Cardiology Certificate # 3123 October 26, 2003 |
| current | Society of Cardiovascular Computed Tomography Level 2 Certification November 30, 2007 |

**MEDICAL LICENSURE**

| | |
|---|---|
| current | State of California, 1977 #G044009 |
| current | DEA # AV1493927 |
| current | Radiography and Fluoroscopy Supervisors certificate |

**PROFESSIONAL AFFILIATIONS.**

| | |
|---|---|
| Current | Fellow, American College of Cardiology |

**PRIVATE PRACTICE**

| | |
|---|---|
| 1982-1986 | Cardiologist, Chico Medical Group, Chico, California |
| 1986-Present | Cardiologist, Coastal Cardiology, San Luis Obispo, California |

PLAINTIFFS' EXHIBITS 009990

/-2