# EXHIBIT 601

PLAINTIFFS' EXHIBITS 009995

Gordon Lemm, MD

```
              UNITED STATES DISTRICT COURT

         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                   CHARLESTON DIVISION


IN RE:  DIGITEK PRODUCT LIABILITY

        LITIGATION

THIS DOCUMENT RELATES ONLY TO:

Kathy McCornack, an individual; ) MDL No. 2:09-CV-0671
Daniel E. McCornack, Jr., an    )
individual; and Ralph J.        )
McCornack, a minor by and       )
through his guardian ad litem,  )
                                )
          Plaintiffs,           )
                                )
     v.                         )
                                )
Actavis Totowa, LLC, et al.,    )
                                )
          Defendants.           )
_____)
```

```
              DEPOSITION OF GORDON LEMM, M.D.,

                 Friday, October 2, 2009

                  Templeton, California

                  9:55 a.m. - 12:35 p.m.



             REPORTED BY CINDY D. GRIFFITH
                     CSR #7281
```

PLAINTIFFS' EXHIBITS 009996

Gordon Lemm, MD

```
1            THE DEPOSITION OF GORDON LEMM, M.D.,

2   was taken at the offices of GORDON LEMM, M.D., 292

3   Posada Lane, Suite D, Templeton, California, before

4   Cindy D. Griffith, a Certified Shorthand Reporter in and

5   for the State of California, on Friday, October 2, 2009,

6   commencing at the hour of 9:55 a.m.

7

8   APPEARANCES OF COUNSEL:

9   FOR PLAINTIFFS:
                         ERNST & MATTISON
10                       Attorneys at Law
                         1020 Palm Street
11                       San Luis Obispo, Ca  93401
                         BY:  DON A. ERNST
12                       (805) 541-0300
                         dae@emlaw.us
13
    FOR DEFENDANT ACTAVIS INC., ACTAVIS ELIZABETH LLC, AND
14  ACTAVIS TOTOWA LLC:

15                       TUCKER ELLIS & WEST LLP
                         Attorneys at Law
16                       925 Euclid Avenue, Suite 1150
                         Cleveland, OH  44115-1414
17                       BY:  MATTHEW P. MORIARTY
                         (216) 592-5000
18                       matthew.moriarty@tuckerellis.com

19
    FOR DEFENDANT MYLAN PHARMACEUTICALS INC., MYLAN BERTEK
20  PHARMACEUTICALS INC. AND UDL LABORATORIES, INC:

21                       SHOOK, HARDY & BACON LLP
                         Attorneys at Law
22                       2555 Grand Boulevard
                         San Francisco, CA 94104-2828
23                       BY:  ALICIA J. DONAHUE
                         (415) 544-1900
24                       adonahue@shb.com

25
```

PLAINTIFFS' EXHIBITS 009997

Gordon Lemm, MD

```
 1                    I N D E X

 2   WITNESS              EXAMINATION BY          PAGE

 3   Gordon Lemm, M.D.   Mr. Moriarty          4, 95

 4                       Mr. Ernst               89

 5

 6                    E X H I B I T S

 7   FOR THE Defendants                         PAGE

 8   1  Curriculum Vitae                          5

 9   2  Article                                  14

10   3  Section of PDR re Lanoxin                17

11   4  Digitek package insert                   18

12   5  NMS Lab Report                           91

13   6  Part of Dr. Lemm's Chart                101

14

15

16

17

18

19

20

21

22

23

24

25
```

Gordon Lemm, MD

```
 1                      Gordon Lemm,
 2             having been first duly sworn, was
 3             examined and testified as follows:
 4
 5                      EXAMINATION
 6
 7  BY MR. MORIARTY:
 8       Q     Tell us your full name, please.
 9       A     Gordon Dean Lemm, L-E-M-M.
10       Q     And you are a medical doctor; correct?
11       A     Yes.
12       Q     Have you ever had your deposition taken before?
13       A     Yes, I have.
14       Q     How many times?
15       A     Three or four.
16       Q     Were those in personal injury cases or medical
17  negligence cases?  Could be other things, too.  Those
18  popped to mind.
19       A     Yeah.  One was an injury -- injury case.  I
20  think one was a negligent case.
21       Q     Okay.  Have you ever been sued for medical
22  negligence?
23       A     Um, I was named in a suit and it was dropped.
24       Q     All right.  So, this deposition is not going to
25  be significantly different from those prior depositions.
```

PLAINTIFFS' EXHIBITS 009999

Gordon Lemm, MD

```
 1   Might be a little longer, but I'm going to ask you
 2   questions in plain English.  I need plain English
 3   responses.  Okay?
 4       A    Okay.
 5       Q    Court reporters don't understand nods, shakes,
 6   hand gestures or uh-huhs and huh-uhs.  Okay?
 7       A    Understand.
 8       Q    We should not talk over one another because
 9   that also makes it difficult for her.  Okay?
10       A    (Witness nods head up and down.)
11       Q    And if I ask you something that you just don't
12   understand, tell me and I'll try to make it clear to
13   you.  All right?
14       A    Okay.
15       Q    And if at any point I ask you a question and
16   you want to refer to your medical records, please feel
17   free to do that.  Okay?
18       A    Okay.
19       Q    I don't want you to guess.
20       A    All right.
21            (Defendants' Exhibit 1 was marked for
22            identification.)
23   BY MR. MORIARTY:
24       Q    I asked for a copy of your C.V. and you did,
25   indeed, produce Exhibit 1; correct?
```

Gordon Lemm, MD

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Is this something that you routinely keep? |
| 3 | A | Yes, it is. |
| 4 | Q | How old are you, by the way? |
| 5 | A | I'm 56. |
| 6 | Q | And you got your -- we overlapped in |
| 7 | | Washington, D.C. |
| 8 | A | Great. |
| 9 | Q | I was an undergrad at Georgetown while you were |
| 10 | | getting your M.D. degree at G.W. |
| 11 | | Did you do a subspeciality residency? |
| 12 | A | Yes, family practice. |
| 13 | Q | Where? |
| 14 | A | In Ventura County Medical Center. |
| 15 | Q | Are you board certified? |
| 16 | A | Yes. |
| 17 | Q | Have you been recertified continuously? |
| 18 | A | Yes. |
| 19 | Q | And still are today? |
| 20 | A | Yes. |
| 21 | Q | And I assume that you're licensed to practice |
| 22 | | medicine at least in the State of California? |
| 23 | A | Correct. |
| 24 | Q | Any other states or -- |
| 25 | A | No other states.  I do have a second board |

PLAINTIFFS' EXHIBITS 010001

Gordon Lemm, MD

1  certification, and that's in emergency medicine.  But I
2  am not actively practicing emergency medicine.
3      Q    Not even moonlighting?
4      A    Correct.
5      Q    When was the last time you did any emergency
6  medicine?
7      A    Approximately 18 years ago.
8      Q    And I do not see on your C.V. any publications.
9      A    Correct.
10     Q    Do you have any publications in the medical
11 literature?
12     A    No.
13     Q    Do you have any teaching appointments?
14     A    Um, no, not currently.
15     Q    Do you -- when was the last time you had a
16 teaching appointment?
17     A    When I was the assistant director of the
18 emergency department of Ventura County Medical Center,
19 and I left there in 1989.
20     Q    Do you do any research?
21     A    No.
22     Q    Do you subscribe to or regularly review any
23 particular medical journals, whether in hard copy or on
24 line?
25     A    I routinely review the American Medical

PLAINTIFFS' EXHIBITS 010002

8

Gordon Lemm, MD

1   Association Journal and the Journal of Family Practice.

2       Q    Anything else?

3       A    No.

4       Q    Do you have any expertise in toxicology?

5       A    No.

6       Q    Pharmacokinetics?

7       A    No.

8       Q    Pharmacology?

9       A    No.

10      Q    What percentage of your practice is pediatrics?

11      A    About 10 percent.

12      Q    What percent involves cardiology issues?

13      A    Probably about 30 percent.

14      Q    When you have patients with heart disease of

15  one sort or another, do you typically refer them to a

16  cardiologist?

17      A    Yes.

18      Q    And then, as the patient is going on in their

19  course of treatment, you might continue to prescribe

20  certain cardiac medications that have been prescribed by

21  a cardiologist; correct?

22      A    Correct.

23      Q    Are you, at that point, comanaging with the

24  cardiologist?

25      A    Yes.

PLAINTIFFS' EXHIBITS 010003

Gordon Lemm, MD

```
 1    Q    So, in this particular case of
 2  Daniel McCornack, were you, in your mind, comanaging his
 3  atrial fibrillation with Dr. Von Dollen?
 4    A    Yes.
 5    Q    Do you know Dr. Von Dollen?
 6    A    Very well.
 7    Q    I assume you remember Dan McCornack?
 8    A    Very well, yes.
 9    Q    Are any of the other members of the McCornack
10  family patients of yours?
11    A    Yes, they are.
12    Q    And, obviously, I don't want to get into any
13  questions about what you're treating them for, but I
14  just want to know what members of the McCornack family
15  are patients of yours.
16    A    His wife and two sons.
17    Q    And in the one year -- I'm sorry, I'm going to
18  take a step back.
19         Do you do any psychiatry?
20    A    Um, I would do typical psychiatry that would be
21  done by most family practice doctors.
22    Q    You might prescribe an antidepressant or
23  something like that?
24    A    Correct.
25    Q    Dan McCornack died in late March 2008; right?
```

PLAINTIFFS' EXHIBITS 010004

Gordon Lemm, MD

1    A    Correct.

2    Q    How many times have you seen his wife since

3  then, as a patient?

4    A    Two, maybe three times.

5    Q    Have you seen her for any other reason besides

6  being a patient?

7    A    No.

8    Q    Let's talk about what you may have reviewed to

9  prepare for today.  In front of you you have your

10  medical chart; correct?

11    A    Correct.

12    Q    And did you review it to prepare for today?

13    A    Yes, I have.

14    Q    And did you review anything outside of the

15  medical chart to prepare for today?

16    A    I reviewed some literature regarding digoxin.

17        I reviewed a pharmacology textbook, Goodman and

18  Gilman, and I reviewed the PDR.  And I also reviewed,

19  this morning, one article regarding digoxin levels.

20    Q    All right.  First of all, do you know what

21  edition of Goodman and Gilman?

22    A    No, I don't.  It's an old edition.  It's one I

23  had from medical school.

24    Q    Do you have it here at the office?

25    A    I do.

PLAINTIFFS' EXHIBITS 010005

Gordon Lemm, MD

1    Q    And you reviewed the PDR?

2    A    Uh-huh.

3    Q    Which version?

4    A    It would have been the -- this last year.

5    Q    Were you looking at the Lanoxin label or a

6  Digitek label?

7    A    Lanoxin.

8    Q    Is that PDR here in this facility?

9    A    Yes, it is.

10   Q    You said you reviewed an article about levels?

11   A    Yes, digoxin levels.

12   Q    What article was that?

13   A    Right.  It's an article that was faxed to me by

14  Mr. Ernst.

15   Q    And what's the title?  Who are the authors, if

16  you know?

17   A    I don't know offhand.

18   Q    Is it here?

19   A    Yes, it is.

20   Q    And what else did you review?  Anything -- any

21  other literature besides the article that he faxed you,

22  the PDR or Goodman and Gilman's?

23   A    No.

24   Q    Now, also in your medical record that is not in

25  the copy that I have secured from a medical records

Gordon Lemm, MD

```
 1  service is a fax -- what looks like a fax transmittal
 2  letter dated yesterday.
 3      A    Right, uh-huh.
 4      Q    And attached -- it's from Mr. Ernst's office;
 5  correct?
 6      A    Yes.
 7      Q    And attached to that is -- is this what was
 8  faxed?
 9      A    Yes, it is.  Yeah.
10      Q    I'll try to figure that out if you want, Don.
11           MR. ERNST:  Huh.
12  BY MR. MORIARTY:
13      Q    Looks like 9:09 a.m.?
14      A    Uh-huh, correct.
15      Q    And attached to it is the death investigation
16  report by the Santa Cruz County Sheriff's office; right?
17      A    Right.
18      Q    Three pages?
19      A    Uh-huh.
20      Q    Then there's an autopsy report?
21      A    Right.
22      Q    And this autopsy report has "Cause of death,
23  cardiac arrest due to ventricular arrhythmia, due to
24  atrial fibrillation, due to hypertensive and
25  arteriosclerotic cardiovascular disease."
```

PLAINTIFFS' EXHIBITS 010007

Gordon Lemm, MD

1          Do you see that?

2      A    Yes.

3      Q    And this is Dr. Mason's autopsy report, is it

4   not?

5      A    Correct.

6      Q    Now, since you received that fax, have you seen

7   any amended or updated death certificates or autopsy

8   reports?

9      A    Yes.  Mr. Ernst showed me one this morning.

10     Q    All right.  We'll get into that.

11          Did he show you anything else this morning?

12     A    Um, I think that was it.  That report and the

13  article that was faxed over regarding digoxin levels.

14     Q    Have you seen any lab reports from NMS Labs of

15  Pennsylvania?

16     A    If it that's referring to the toxicology

17  report, yes.

18     Q    When did you first see the toxicology report?

19     A    This morning.

20     Q    Never before this morning?

21     A    Correct.

22     Q    Mr. Ernst had five or six, I can't tell from

23  the reports, of Mr. McCornack's Digitek tablets tested

24  for potency at NMS Labs.  I want you to assume that.

25  Okay?

Gordon Lemm, MD

```
 1      A      Okay.
 2      Q      Have you seen the results of those tablet
 3  tests?
 4      A      No, I have not.
 5      Q      So you don't know today whether those tablets
 6  were within the specification ranges of the .250 label
 7  Digitek dose?
 8      A      I do not know.
 9      Q      All right.  I'd like to take a two-minute
10  break, and if you could bring in the Goodman and Gilman
11  and the article, I'd appreciate it.
12              (Pause in the proceedings.)
13          MR. MORIARTY:  You could mark that as Exhibit
14  2, please.
15              (Defendants' Exhibit 2 was marked for
16              identification.)
17          MR. ERNST:  You've handed me a document which
18  appears to be a packet insert.
19          MR. MORIARTY:  I'll cover it all on the record.
20  Fear not.
21          MR. ERNST:  Is the print made small to just
22  hurt guys like me who have trouble reading?  A little
23  humor.
24          MR. MORIARTY:  Do you have bifocals?
25          MR. ERNST:  No.
```

Gordon Lemm, MD

1          MR. MORIARTY:  Wait until you get to my age,

2   man.

3     Q     Handing you what's been marked as Exhibit 2,

4   is that the article that Mr. Ernst sent to you or

5   brought to you, about levels?

6     A     Yes, correct.

7     Q     Have you ever done any other independent

8   research about the postmortem redistribution of

9   digoxin?

10    A     No.

11    Q     Do you know how many articles there are besides

12  this one about postmortem redistribution of digoxin?

13    A     No.

14    Q     Before you -- did you read this article?

15    A     Yes, I scanned it.

16    Q     Before reading that article, had you ever read

17  anything about the postmortem redistribution of digoxin?

18    A     No.

19    Q     Would it be fair for me to say that knowing

20  what you do about the medical literature, would you

21  suspect there's a lot more literature than this about

22  the subject?

23    A     I would expect so.

24    Q     This article is by Vorpahl and Coe in the

25  Journal of Forensic Sciences in 1978; correct?

Gordon Lemm, MD

1    A    Correct.

2    Q    This is about the time you were graduating from

3  medical school; correct?

4    A    Correct.

5    Q    Do you remember, as you were a resident and a

6  medical student, what the state of the art was regarding

7  amino acids and testing for things like digoxin in blood

8  and serum?

9    A    No, I don't recall anything specific.

10   Q    Okay.  The summary at Page 333 of this article

11  that he gave you, first sentence says, "Postmortem serum

12  digoxin levels from any source routinely exceed

13  antemortem values."

14        Do you see that?

15   A    Correct.

16   Q    Do you agree with that?

17   A    Uh-huh.

18   Q    That's a "Yes"?

19   A    Yes.

20   Q    And then, in the first sentence from the

21  discussion section of this article, it says, "It is

22  clear from this investigation that postmortem digoxin

23  levels taken from cardiac blood, venus blood, or

24  vitreous humor do not mirror the antemortem levels."

25        Do you see that?

PLAINTIFFS' EXHIBITS 010011

Gordon Lemm, MD

```
 1    A    Yes, I do.

 2    Q    Did I read it correctly?

 3    A    Yes.

 4    Q    Do you agree with it?

 5    A    Yes.

 6    Q    The next sentence says, "Substantial increases

 7  in serum levels occur following death, irrespective of

 8  the source of the sample."

 9         Did I read it correctly?

10    A    Yes.

11    Q    Do you agree with it?

12    A    Yes.

13    Q    Do you have any idea whether Dr. Mason, who

14  amended his autopsy report just two days ago, ever read

15  this article?

16    A    I have no idea.

17    Q    Do you keep any toxicology texts in your home

18  or office medical library?

19    A    No, I don't.

20         MR. MORIARTY:  Could you please mark this as

21  Exhibit 3.

22         (Defendants' Exhibit 3 was marked for

23         identification.)

24  BY MR. MORIARTY:

25    Q    All right.  I'm going to hand you what I've had
```

Gordon Lemm, MD

1   marked as Exhibit 3.  That is a photocopy that I made of

2   the PDR section concerning Lanoxin.  I'm sorry, I can't

3   remember what edition it was.  But it was within the

4   last couple of years.

5           Does that appear to be the same type of article

6   that you reviewed --

7      A    Yes.

8      Q    -- from your PDR?

9      A    Yes.

10     Q    Hand that back, please.  We'll get back to this

11  later.

12     A    Okay.

13          (Defendants' Exhibit 4 was marked for

14          identification.)

15  BY MR. MORIARTY:

16     Q    Exhibit 4, have you ever actually read a

17  Digitek package insert?

18     A    No.

19     Q    Do you know whether it contains the same

20  information as the Lanoxin --

21     A    I don't.

22     Q    -- package insert?

23     A    I don't know.

24     Q    From your knowledge of the FDA and the way

25  these things work, would the generic label tend to

Gordon Lemm, MD

1    mirror the name brand level?

2        A    Yes.

3        Q    We'll get back to that one, as well.

4             I am looking at a book you brought in that's

5    the Fifth Edition of Goodman and Gilman's

6    Pharmacological Basis of Therapeutics; is that correct?

7        A    Correct.

8        Q    I notice that this is the 1975 version; right?

9        A    Yes.

10       Q    Probably got this as a medical student?

11       A    I did.

12       Q    When was the last time you read the chapter on

13   Digitalis and Allied Cardiac Glycosides?

14       A    I reviewed it within the last few days.

15       Q    This book is highlighted.  Do you know when it

16   was highlighted?

17       A    During medical school.

18            MR. ERNST:  That's a great story.

19            THE WITNESS:  It's true.

20            MR. MORIARTY:  It's been around a long time.

21            MR. ERNST:  I have my law books.  Do you have

22   yours, Matthew?

23            MR. MORIARTY:  Not from law school.  My law

24   books from college.

25            MR. ERNST:  Alicia?

PLAINTIFFS' EXHIBITS 010014

Gordon Lemm, MD

```
 1          MS. DONAHUE:  I still have mine.  Most of them,
 2   anyway.
 3   BY MR. MORIARTY:
 4      Q    To cut to the chase, did you -- in reading this
 5   chapter recently, did you find anything about postmortem
 6   redistribution --
 7      A    No.
 8      Q    -- in this?
 9           Did you look?
10      A    No, I was not looking for that, but I don't
11   recall seeing anything about that.
12      Q    Did you see anything in here about what
13   underlying anatomic or metabolic problems would increase
14   the risk of digoxin toxicity?
15      A    Yes.  I do think some of that was covered in
16   that text.
17      Q    Well, for example, it says here, "All digitalis
18   preparations cause signs and symptoms of intoxication
19   when given in high doses," semicolon, "there is no
20   nontoxic cardiac glycoside."
21           Do you agree with that?
22      A    Yes.
23      Q    And we'll get to this in more detail, but
24   patients can manifest signs and symptoms of digoxin
25   toxicity without taking excessive doses --
```

Gordon Lemm, MD

1    A    Correct.

2    Q    -- isn't that true?

3    A    Yes.

4    Q    By the way, this book tends to use digitalis.

5    Is digoxin in the family of cardiac glycosides that are

6    related to digitalis?

7    A    Yes, it is.

8    Q    Okay.  You get a free pass on this because I

9    don't want to read it all.

10   A    Oh, my.

11   Q    So, Mr. Ernst arrived before Ms. Donahue and I

12   did today, did he not?

13   A    Yes, he did.

14   Q    For how long did you talk before this

15   deposition today?

16   A    Approximately, um, 20, 30 minutes.

17   Q    How many times before today have you met with

18   him or talked to him on the phone about Mr. McCornack's

19   death?

20   A    I met with him once, and I've talked to him

21   maybe a couple of times.

22   Q    Has he retained you as an expert in this case?

23   A    I'm not sure, honestly.

24   Q    Okay.  Has he sent you any letters other than

25   what may appear in the medical folder that you have in

PLAINTIFFS' EXHIBITS 010016

Gordon Lemm, MD

1   front of you?

2       A    I think that's really been it.

3       Q    For the times that he has talked with you, did

4   you bill him for that --

5       A    Yes.

6       Q    -- for your professional time?

7       A    Yes.

8       Q    All right.  Just like I'm going to be charged

9   today for this; right?

10      A    Correct.

11      Q    I was hoping you'd say no.

12           I'm used to it.

13           Has he asked you to formulate any opinions

14  about the cause of Mr. McCornack's death?

15      A    Yes, he did when we first talked.

16      Q    When you first talked?

17      A    Yes.

18      Q    And did you express to him an opinion about the

19  cause of his -- Mr. McCornack's death?

20      A    Yes, I did.

21      Q    When was this again?  Just ballpark.  Frankly,

22  I just need to know whether --

23      A    Sure.

24      Q    -- it was in 2008 or 2000 --

25      A    No, it's within the last couple of months.

PLAINTIFFS' EXHIBITS 010017

Gordon Lemm, MD

1    Q    And what did you tell him?

2    A    I told him that I thought I would be very

3    suspicious that he died from digoxin toxicity.

4    Q    Have you put that in writing anywhere?

5    A    No.

6    Q    You would be very suspicious that?

7    A    Yes.

8    Q    But you didn't tell him that, to a reasonable

9    degree of medical probability, that's what occurred?

10   A    No.

11   Q    All right.  And we will explore this in much

12   greater detail later, but what was the basis for your

13   statement to Mr. Ernst that you would be very suspicious

14   that Mr. McCornack died of whatever you said, digoxin

15   something?

16   A    Um, based on the fact that it appeared that he

17   died from a ventricular arrhythmia, there really wasn't

18   evidence that he had had a myocardial infarction or

19   anything else that had happened to him.  I'd have to be

20   suspicious about the digoxin as being a cause for him

21   having ventricular arrhythmia at his age.

22   Q    Anything else?

23   A    I was aware of the fact that there were digoxin

24   pills out there that may have had a double dose,

25   accidentally, in the pills.  And if he had that

PLAINTIFFS' EXHIBITS 010018

Gordon Lemm, MD

1   medication, it would make me much more suspicious.

2       Q    If he got double-dosed tablets?

3       A    Correct.

4       Q    Now, have you ever seen a double-sized digoxin

5   tablet?

6       A    No.

7       Q    No patient has ever brought you one?

8       A    No.

9       Q    Have you ever read about anybody who actually

10  had one?

11      A    No.

12      Q    So you're just basing it on the fact that there

13  was a recall; correct?

14      A    Correct.

15      Q    Do you know anything about how many

16  double-strength tablets were actually found, where they

17  were found, and whether any actually made it to the

18  marketplace?

19      A    I have no idea.

20      Q    Have you read the FDA's latest statement about

21  the remoteness, the remote chance that anyone got

22  defective Digitek and was harmed by it?

23      A    No, I have not.

24      Q    I want to just take a little detour here,

25  because sometimes I like to do that.

PLAINTIFFS' EXHIBITS 010019

Gordon Lemm, MD

1      Mr. McCornack, as of March of 2008, did he have

2 hypertension?

3      A    Yes.

4      Q    Did he have atrial fibrillation?

5      A    Intermittently, yes.

6      Q    Did he have -- was he being treated for atrial

7 fibrillation?

8      A    Yes.

9      Q    He probably only had it intermittently because

10 he was treated for it; right?

11      A    Correct.

12      Q    Was he obese?

13      A    Yes, he was somewhat overweight.

14      Q    Just because of his baseline medical

15 conditions, was he at risk for sudden cardiac death?

16      A    Yes, to some degree.

17      Q    In a case of sudden cardiac death, if it's by

18 myocardial infarction, would the autopsy necessarily

19 show an infarcted area?

20      A    It may not.

21      Q    Okay.  So would it be fair for me to say that

22 there are a number of potential reasons why

23 Mr. McCornack might die of a sudden cardiac death, aside

24 from digoxin at all?

25      A    That's possible, yes.

PLAINTIFFS' EXHIBITS 010020

Gordon Lemm, MD

```
 1    Q    Okay.  He might die of a sudden cardiac death
 2  aside from whatever dose of digoxin he took?
 3    A    Correct.
 4    Q    Have you discussed Dan McCornack's death or his
 5  health condition with anyone other than his wife and
 6  Don Ernst?
 7    A    Very briefly with Dr. Von Dollen.
 8    Q    When was that?
 9    A    I probably have spoken with him on several
10  occasions when Dan was alive, and then I believe I spoke
11  with him once after he died.
12    Q    Do you remember what the substance of the
13  discussion was in the postmortem discussion?
14    A    Um, whether he could have, you know, died from
15  digoxin toxicity or not.
16    Q    Okay.  Did Dr. Von Dollen express any opinions
17  to you, to a reasonable medical probability?
18    A    Um, not really.  It was more of a conversation
19  along the lines of the history of the digoxin toxicity,
20  just talking in general about that type of thing.
21    Q    In your career, how many times have you
22  diagnosed a patient with digoxin toxicity?
23    A    A guess on my part would be maybe ten times.
24    Q    In those ten times, did you have clinical signs
25  and symptoms of digoxin toxicity?
```

Gordon Lemm, MD

1    A    Yes.

2    Q    Did you have electrocardiographic signals of

3  digoxin toxicity?

4    A    Yes.

5    Q    Did you have elevated serum digoxin

6  concentrations?

7    A    Yes.

8    Q    Have you ever rendered an opinion, by signing a

9  death certificate or otherwise, that a patient of yours

10  died of digoxin toxicity?

11    A    No.

12    Q    Not even in the emergency room when you were an

13  E.R. guy?

14    A    Not that I recall.

15    Q    I assume that you keep up with your continuing

16  medical education?

17    A    Yes, I do.

18    Q    When do you recall the last time you took any

19  CME regarding cardiac glycosides?

20    A    I don't recall any.

21    Q    Cardiac glycosides have been around and there's

22  so much published about them it's -- it's not a very

23  common topic at CME conferences is it?

24    A    Correct.

25    Q    Are you a member of any medical societies or

Gordon Lemm, MD

```
 1   associations?

 2       A     Not presently.

 3       Q     What, in the past, were you a member of?

 4       A     American Board of Family Practitioners; The

 5   Academy of American Board of Practitioners.

 6       Q     I didn't ask, but how long have you been

 7   practicing in the Templeton area?

 8       A     Twenty years.

 9       Q     Do you have any subspeciality training or

10   expertise in nephrology?

11       A     No.

12       Q     Do you have any military service?

13       A     No.

14       Q     Have you ever written to a pharmaceutical

15   company to get more information about prescription

16   medication?

17       A     Not that I recall.

18       Q     Do you know what an adverse event report is?

19       A     Yes.

20       Q     If you are suspicious that a particular drug

21   may have caused an adverse event in one of your

22   patients, have you ever made an adverse event report to

23   a pharmaceutical company?

24       A     Not that I recall.

25       Q     I assume you did not make one in the case of
```

PLAINTIFFS' EXHIBITS 010023

29

Gordon Lemm, MD

```
 1   Daniel McCornack; correct?

 2       A    Correct.

 3       Q    Do all prescription medications have risks?

 4       A    Yes.

 5       Q    And some have risks up to and including death,

 6   do they not?

 7       A    Definitely.

 8       Q    When you prescribe a medication for a patient,

 9   are you making what is, in general, a risk/benefit

10   analysis?

11       A    Yes.

12       Q    So you conclude, if you're prescribing it, that

13   the benefits outweigh the risks?

14       A    Correct.

15       Q    When I -- how long has your office been in this

16   building at 292 Posada Road?

17       A    Nine years.

18       Q    I didn't notice that there was a pharmacy here

19   in this building?

20       A    There is not.

21       Q    Is there a pharmacy on this street?

22       A    No.

23       Q    And when you -- when a patient comes to see you

24   in your office, do you have either physician assistants

25   or medical assistants that see the patient first?
```

PLAINTIFFS' EXHIBITS 010024

Gordon Lemm, MD

```
 1      A      Yes.
 2      Q      Do they take a history?
 3      A      Yes, they take -- I have a medical assistant
 4  who will take a brief history.
 5      Q      When you come in to ultimately see the patient,
 6  do you confirm whatever history has been charted by the
 7  medical assistant?
 8      A      Yes, I do.
 9      Q      Do you have any handouts that you give patients
10  about atrial fibrillation?
11      A      No.
12      Q      If you are going to prescribe a drug like
13  diltiazem, or in his case I think the name brand was
14  actually Dilacor, maybe -- I don't know, let me ask you:
15  Was Mr. McCornack getting a name brand like Dilacor or
16  was he getting a generic diltiazem?
17      A      I don't know.  I think he was getting the
18  generic.  I don't recall that he needed or requested
19  name brand.
20      Q      Right.  Did you have any discussions with
21  Dan McCornack about the potential risks and
22  complications of diltiazem?
23      A      I don't recall anything specific.
24      Q      Have you read the diltiazem label in the last
25  couple of years?
```

Gordon Lemm, MD

```
 1    A    No.
 2    Q    Do you know from your memory whether it has
 3  potential cardiovascular risks?
 4    A    Yes, it does.
 5    Q    Does it have a similar risk profile to digoxin?
 6    A    I would expect so.
 7    Q    Did you ever have any explicit discussions with
 8  Mr. McCornack about the potential risks and
 9  complications of taking a digoxin product?
10    A    Yes, I believe I did.
11    Q    When?
12    A    I don't know.
13    Q    Well, the first notes I see in your office
14  records is back from 1994.  Did you see him before then?
15  And there might be old records archived, or is that when
16  you started to see him?
17    A    That's when I first saw him.  I saw him first
18  in 1994.
19    Q    I, actually, have sort of scribbled out some
20  notes about how many times you saw him over the years.
21  Let's just basically say you saw him periodically from
22  1994 to the beginning of 2008; correct?
23    A    Correct.
24    Q    Do you have any way of narrowing down for me
25  when it was that you may have seen -- I'm sorry, had
```

Gordon Lemm, MD

1  discussions with Dan McCornack about the potential risks

2  of digoxin?

3      A    I don't think I could really narrow it down.

4      Q    I count some 30 encounters with your office,

5  you or medical assistants.  Some of them may have even

6  been by phone.  You're not able to give me any idea?

7      A    No.  Although it's pretty routine for me to

8  discuss these kinds of things with patients.

9      Q    Well, he was first prescribed a digoxin product

10  a number of years ago.

11     A    Correct.

12     Q    Is it likely that you had those kind of

13  discussions with him at one of the first visits when he

14  was getting this prescription?

15     A    It would be more likely than, yes.

16     Q    Is it your practice to periodically repeat

17  those sort of instructions if the patient continues on,

18  over time, with the prescription?

19     A    Yes, it is.

20     Q    What would you routinely tell a patient about

21  the potential risks and complications of digoxin

22  therapy?

23     A    I routinely tell them that they need to be

24  careful of problems regarding nausea, vomiting,

25  dizziness, low pulse rate.  Those kinds of things.

PLAINTIFFS' EXHIBITS 010027

Gordon Lemm, MD

1    Q    In March of 2008, do you have any records in

2    your chart of having an office visit or a phone call

3    from Dan McCornack or anyone in his family?

4    A    I'm sorry, when?

5    Q    March of 2008.

6    A    I called his wife, Kathy, on 3-31-08.

7    Q    That's after he was deceased?

8    A    After he died, correct.

9    Q    I'm talking about when Dan was still alive.

10   A    No, not in March.

11   Q    What about in February?

12   A    No.

13   Q    Would it be your routine, if a patient called

14   complaining about something that might be a sign or

15   symptom of digoxin toxicity, for you to note it in your

16   chart?

17   A    Yes.

18   Q    Would it be fair for me to assume, Dr. Lemm,

19   that Dan McCornack and none of his family reported any

20   signs or symptoms of digoxin toxicity to you in February

21   or March of 2008?

22   A    Correct.

23   Q    At his office visit in January of 2008, did he

24   report anything that looked to you to be suspicious of

25   digoxin toxicity?

PLAINTIFFS' EXHIBITS 010028

Gordon Lemm, MD

1      A      No.

2      Q      Did you even draw a serum digoxin concentration

3   at that office visit in January of 2008?

4      A      No, not at that time.

5      Q      When you order a set of basic chemistry

6   studies, do you have like a menu or different studies

7   that you can choose from?

8      A      Yes.  There's a checkoff list with all of the

9   labs that we deal with.

10      Q      Do you individually have to check off things

11   like the BUN, creatinine, or is that part of a basic

12   panel?

13      A      It's part of a panel.

14      Q      All right.  Chem 7 or Chem 12, whatever it

15   happens to be?

16      A      The one I typically use here, it's called a CMP

17   or complete metabolic panel.

18      Q      Is the glomerular filtration rate typically

19   part of the basic metabolic panel at whatever lab you

20   use?

21      A      Yes.  It's pretty routine.

22      Q      Or is it a special checkoff?

23      A      With some of the labs it is automatic, and

24   others it would have to be a special checkoff.

25      Q      The reason I ask is, in reviewing

Gordon Lemm, MD

1    Mr. McCornack's labs over the years, I don't think I

2    ever saw a GFR.  Do you know why that would be?

3        A    Would not have been on that panel.

4        Q    All right.  What happens to kidney function as

5    patients age?

6        A    Kidney functions slowly deteriorate.

7        Q    Is GFR a measure of kidney function?

8        A    Yes, it is.

9        Q    Is the BUN a measure of kidney function?

10       A    Yes, it is.

11       Q    Is the creatinine a measure of kidney function?

12       A    Yes.

13       Q    What is uric acid a measure of?

14       A    Uric acid is a measure of the uric acid in the

15   bloodstream.  It's typically used to look for gout.

16       Q    Do you know what polypharmacy is?

17       A    Yes.

18       Q    In patients who are taking a number of

19   medications, are they at more risk for adverse events

20   related to medication?

21       A    Yes.

22       Q    Why?

23       A    Because those medications can affect kidney

24   function, liver function, excretion of medications.

25   There can be interactions among the medications.

PLAINTIFFS' EXHIBITS 010030

Gordon Lemm, MD

1    Q    Are you familiar with statistics on which drugs
2  lead to the highest rates of adverse drug events?
3    A    No.
4    Q    Are cardiac medications among the most
5  prescribed medications?
6    A    Yes.
7    Q    Would it surprise you that cardiac medications
8  are among the leaders in adverse drug events?
9    A    It wouldn't surprise me at all.
10   Q    And that would include digoxin?
11   A    Correct.
12   Q    If a patient has underlying renal
13  insufficiency, does it increase the risk of adverse
14  reaction to a drug?
15   A    Yes.
16   Q    Primarily cleared by the kidneys?
17   A    Yes.
18   Q    Why don't you take a grab of the Digitek label
19  which I've marked as, what's that, Exhibit 4?  Do I have
20  that right?  Exhibit 4?
21   A    Yes.
22        MR. MORIARTY:  And, Mr. Ernst, I did give you
23  one of those, did I not?
24        MR. ERNST:  You did.
25        MR. MORIARTY:  Being generous with my paper

PLAINTIFFS' EXHIBITS 010031

Gordon Lemm, MD

```
 1  today.  Yesterday I was very stingy.
 2          MR. ERNST:  You were very stingy yesterday.  I
 3  meant to comment on that.  You gave Alicia copies.  You
 4  gave the court reporter copies.  You gave the witness
 5  copies, but you didn't give me any copies.  My feelings
 6  were hurt.  This isn't on the record.
 7          THE REPORTER:  It was.
 8          MR. MORIARTY:  I don't want anything taken out.
 9          MR. ERNST:  All right.  Leave it in there.
10          MR. MORIARTY:  If you start taking things out,
11  it's a slippery slope.
12          MR. ERNST:  Leave it in.
13          If you want to blow this up, you could blow it
14  up to a bigger type, I will say that.
15          MR. MORIARTY:  Okay.
16     Q    Fourth column?
17     A    Fourth column.
18     Q    Way down at the bottom.  You see it says
19  "Precautions"?
20     A    Yes.
21     Q    It says, "Use in patients with impaired renal
22  function," colon, "Digoxin is primarily excreted by the
23  kidneys, therefore patients with impaired renal function
24  require smaller than usual maintenance doses of
25  digoxin."
```

PLAINTIFFS' EXHIBITS 010032

Gordon Lemm, MD

1           Do you see that?

2      A    Yes, I do.

3      Q    Do you agree with that statement?

4      A    Yes, I do.

5      Q    Please go to the next page.  Under "Dosage and

6   Administration" it says, "Recommended doses -- dosages

7   of digoxin may require considerable modification because

8   of individual sensitivity of the patient to the drug,

9   the presence of associated conditions, or the use of

10  concurrent medications."

11          Did I read that right?

12     A    Yes.

13     Q    Is that consistent with your experience?

14     A    Yes.

15     Q    "In selecting a dose of digoxin, the following

16  factors must be considered.  Number 2, the patient's

17  renal function preferably evaluated on the basis of

18  estimated creatinine clearance."

19          Do you see that?

20     A    Yes, I do.

21     Q    Is that consistent with your experience?

22     A    Uh-huh.

23     Q    By the way, as patients age, can -- and if

24  their renal function does deteriorate, can the

25  creatinine levels still be normal?

PLAINTIFFS' EXHIBITS 010033

Gordon Lemm, MD

1      A     Yes, they can be.

2      Q     As a matter of fact, in Number 3, in this --

3  getting back to the label, it says, "The patient's age,

4  infants and children require different doses of digoxin

5  than adults.  Also advanced age may be indicative of

6  diminished renal function even in patients with normal

7  serum creatinine concentrations."

8            Do you see that?

9      A     Yes, I do.

10     Q     Number 4 is "Concomitant disease states,

11  concurrent medications or other factors likely to alter

12  the pharmacokinetic or pharmacodynamic profile of

13  digoxin."

14            Do you see that?

15     A     Yes.

16     Q     So, bottom line, are there a number of reasons

17  why a patient might get an elevated serum digoxin level?

18     A     Yes.

19     Q     Are there a lot of reasons why a patient might

20  get digoxin toxicity?

21     A     Yes.

22     Q     And a lot of those reasons have nothing to do

23  with the dose ingested; is that true?

24     A     Right.

25     Q     Is this label that we were just reading from,

PLAINTIFFS' EXHIBITS 010034

Gordon Lemm, MD

1    the Digitek label, Exhibit 4, consistent with what you

2    read in the Lanoxin label recently, Exhibit 3?

3        A    Yes.

4        Q    How often do you prescribe cardiac glycoside to

5    your own patient population?

6        A    Fairly frequently.  I'm not sure I can really

7    give you a percentage.

8        Q    Do you prescribe it weekly?

9        A    Yes, sure.

10       Q    Have you been prescribing it for most of the

11   years of your medical practice?

12       A    Yes.

13       Q    In your experience -- I'll get back to that

14   later.

15           For A. fib patients, at what maintenance dose

16   do you typically start them?

17       A    Are you talking about the digoxin?

18       Q    Yes, sir.  I'm sorry.

19       A    I'd start them at .25 milligrams.

20       Q    Why .25 as opposed to lower doses, 125?

21       A    Really, it kind of depends on their age.  The

22   .125 would be a low dose for digoxin.

23           A lot of times, especially in the atrial

24   fibrillation, in order to control the ventricular rate

25   you have to push the dose a little bit.  It needs to be

PLAINTIFFS' EXHIBITS 010035

Gordon Lemm, MD

1  a little bit higher.

2      Q    Okay.  Were you in practice when the

3  .50 milligram doses of digoxin were actually still sold?

4      A    I don't recall that strength.

5      Q    Do patients who have hypertension have an

6  increased risk of renal insufficiency?

7      A    Yes, they do.

8      Q    When you prescribe digoxin products for your

9  own patients, do you have a target range that you're

10  looking for for a serum digoxin concentration?

11     A    Yes.  Typically between one and two.

12     Q    Is digoxin toxicity common?

13     A    It's relatively common.

14     Q    Does it occur in patients taking proper doses?

15     A    Yes.

16     Q    Have some of your patients been taking digoxin

17  for many years?

18     A    Yes.

19     Q    In the patient population that you have that

20  has been taking digoxin for many years, are there some

21  patients whose serum digoxin concentrations are

22  difficult to keep within that target range of one to

23  two?

24     A    Yes, it could be difficult to keep within that

25  target range.  I might add, also, that some patients do

PLAINTIFFS' EXHIBITS 010036

Gordon Lemm, MD

```
1  well even below the target range.
2      Q    Sure.  If they are below a serum digoxin
3  concentration of one, that does not always mean they are
4  subtherapeutic?
5      A    Correct.
6      Q    Patients who are higher than two are not
7  necessarily toxic; right?
8      A    Correct.
9      Q    And even patients -- have you seen patients at
10 a digoxin level of three who were not toxic?
11     A    I don't know.  I don't recall offhand.  I have
12 seen patients at a level over two, who, you know, were
13 not toxic.
14     Q    Would you agree with me that there is not --
15 that a level of 3 or 3.5 is not necessarily fatal?
16     A    Correct.
17     Q    When do you -- if you have your choice, how
18 long after the patient's last digoxin dose do you draw
19 the serum digoxin concentration?
20     A    Six to eight hours after their dose.
21     Q    Why?
22     A    Because it takes about that amount of time,
23 probably about six hours, for the digoxin that's in the
24 blood to be assimilated by the tissues, so that would be
25 their steady state after about six or eight hours.
```

PLAINTIFFS' EXHIBITS 010037

Gordon Lemm, MD

1    Q    And that's discussed in the product label, is

2   it not?

3    A    Yes.

4    Q    You saw that when you read the Lanoxin label

5   the other day?

6    A    Yes.

7    Q    If you draw a serum digoxin concentration

8   before that six- to eight-hour window, it would tend to

9   be elevated above the steady state?

10   A    Yes, it would.

11   Q    Do you have that -- in patients who have been

12  taking digoxin for a number of years, do you have a

13  target for how frequently you will draw their serum

14  digoxin level?

15   A    Yes.  Yearly is usually satisfactory.

16   Q    Do you know from reading your medical records

17  whether you were -- whether you have yearly serum

18  digoxin levels on Dan McCornack?

19   A    Yes.  In general, he was drawn once a year.

20   Q    I was -- in looking at your chart, I was able

21  to find serum digoxin concentrations on March 24, 1995;

22  August 1, 2001; November 14, 2002; February 20, 2004;

23  July 28th, 2006; and May 15th, 2007.

24       Do you know whether there are serum digoxin

25  concentrations that I was not able to find for the years

PLAINTIFFS' EXHIBITS 010038

Gordon Lemm, MD

1  in between?

2      A     There may be levels from the cardiologist.

3  It's a possibility.  But as far as ones that I ordered,

4  they would be -- those would be the ones.

5      Q     And I'm not even sure, frankly, Dr. Lemm, that

6  the dates I just read to you were all from your office.

7  Some of them may have been from Dr. Von Dollen's office.

8  I did not designate that in my notes.

9          I'm just wondering whether you're aware, from

10  any source, as to whether there were more that I should

11  take into account when I analyze this.

12      A     No, not that I'm aware.

13      Q     And electrolyte imbalances cause arrhythmias?

14      A     Yes, they can.

15      Q     If a patient -- excuse me if I asked you this

16  before.

17          If a patient has renal insufficiency, will it

18  tend to increase the chances of them having elevated

19  serum digoxin concentrations?

20      A     Yes.

21      Q     Is that because digoxin is excreted by the

22  kidneys?

23      A     Yes.

24      Q     And if the kidneys are not working as well, the

25  drug will be essentially retained in the body more?

PLAINTIFFS' EXHIBITS 010039

Gordon Lemm, MD

1     A     Correct.

2     Q     Does quinine or quinidine have the potential to

3   increase serum digoxin levels?

4     A     Yes.

5     Q     Were you prescribing any medications for

6   Mr. McCornack which contained quinine or quinidine?

7     A     No.

8     Q     Do you have any explanation for why there were

9   trace amounts of quinine in his blood on the postmortem

10  specimen that was sent from the Santa Cruz coroner's

11  office to NMS labs?

12    A     No.

13    Q     To your knowledge, does diltiazem have the

14  potential to increase serum digoxin concentrations?

15    A     Yes, it can.

16    Q     Is that information contained in the diltiazem

17  product label?

18    A     I expect it would be.  I don't know for sure.

19    Q     Have you read the medical literature to that

20  effect?

21    A     Yes.

22    Q     Have you ever talked to anyone at Actavis or

23  Mylan about the Digitek recall?

24    A     No.

25    Q     Let's talk in a little more detail about

PLAINTIFFS' EXHIBITS 010040

Gordon Lemm, MD

```
 1  Dan McCornack.

 2          MR. ERNST:  We've been going about an hour.  Do

 3  you want to take about a ten-minute break?

 4          MR. MORIARTY:  I'm sorry?

 5          MR. ERNST:  We've been going about an hour and

 6  15 minutes.  Do you want to take a break or --

 7          MR. MORIARTY:  No, but I will if you want one,

 8  or Ms. Donahue wants one, or even the court reporter.

 9          MR. ERNST:  I'd like a five-minute break.

10          MR. MORIARTY:  You're welcome to do that.

11                          (Recess.)

12  BY MR. MORIARTY:

13      Q    Did Mr. McCornack have early onset atrial

14  fibrillation?

15      A    Yes, he did.

16      Q    He was diagnosed at about age 22, wasn't he?

17      A    Yes.

18      Q    What does that mean?  Means -- is it uncommon?

19      A    Yes, it is.  It's quite uncommon.

20      Q    So what does it mean?

21      A    Well, it means that he had an abnormal focus of

22  electrical activity in his heart.  You do see that

23  occasionally, but it's really pretty rare.

24      Q    Is it likely a congenital --

25      A    Yes.
```

PLAINTIFFS' EXHIBITS 010041

Gordon Lemm, MD

1    Q    -- issue?

2    A    Yes, it would be more likely congenital.

3    Q    Because he was diagnosed at such a young age,

4    he, unlike somebody diagnosed at 50, would have a

5    substantially longer time to be under treatment for the

6    disease --

7    A    Yes.

8    Q    -- correct?

9         Do A. Fib patients run a risk of sudden cardiac

10   death?

11   A    Yes, they do.

12   Q    So he would have a much longer time to be

13   exposed to that risk?

14   A    Correct.

15   Q    Do you know any statistics about the life

16   expectancy of patients who are diagnosed with atrial

17   fibrillation in their early twenties?

18   A    No.

19   Q    Is it likely to be reduced over the general

20   population?

21   A    I'm sorry, I'm not sure I follow.

22   Q    Is their life expectancy likely to be reduced

23   when compared with the general population?

24   A    I would expect so.

25   Q    But you can't quantify it for us?

Gordon Lemm, MD

```
 1     A     No, I really can't.

 2     Q     Did he have hypertension?

 3     A     Yes.

 4     Q     Did he have arteriol sclerotic heart disease?

 5     A     Yes.

 6     Q     Was he obese?

 7     A     Yes.

 8     Q     Was he obese for many years?

 9     A     Yes.

10     Q     Is obesity a risk for coronary disease?

11     A     Certainly.

12     Q     Is it a risk for other problems?

13     A     Sure.

14     Q     Including hypertension?

15     A     Uh-huh.  Yes.

16     Q     And, in a sense, we have a little bit of a

17   chicken and egg problem.  He has obesity and he has

18   heart disease and he has hypertension.  It's hard to

19   know what causes which; correct?

20           MR. ERNST:  Objection.

21           MR. MORIARTY:  I know I'm a little bit

22   colloquial today.

23     Q     Am I right about that?

24           MR. ERNST:  Objection.  For the record, my

25   first objection.  There's some rules out there that I
```

PLAINTIFFS' EXHIBITS 010043

Gordon Lemm, MD

1   can state reasons as a general rule, but we have a court

2   order if there's an objection, whether it's compound or

3   whatever, we just make one objection for the record.  It

4   doesn't mean you're not to answer the question.  It just

5   means I've objected to the form of the question for the

6   Court to decide later.

7         MR. MORIARTY:  Understood.

8         MR. ERNST:  If you understood the question, go

9   ahead.  I assume that's acceptable to you, Mr. Moriarty?

10        MR. MORIARTY:  That's the rule, sir.

11        THE WITNESS:  Can you restate for me?

12        MR. MORIARTY:  Yes.  That's what I want you to

13  do.  If I ask a bad question, if I lapse from science to

14  mumbo-jumbo, I want you to tell me.  I'll rephrase it.

15        THE WITNESS:  Okay.

16  BY MR. MORIARTY:

17     Q    Is it likely that Mr. McCornack, either

18  genetically or because of his obesity, had hypertension?

19        MR. ERNST:  Objection.

20        THE WITNESS:  Yes.

21  BY MR. MORIARTY:

22     Q    And then as a consequence of his obesity and

23  hypertension, does he have increased risk of sudden

24  cardiac death?

25     A    Yes.

Gordon Lemm, MD

1      Q      Does he have increased risk of coronary artery

2  disease?

3      A      Yes.

4      Q      So he has increased risk of heart attacks?

5      A      Correct.

6      Q      Would he have increased risk of deteriorating

7  renal function?

8      A      Yes.

9      Q      In fact, when you reported -- or when you drew

10  laboratory studies, did he have hypercholesterolemia?

11      A      Yes, he did.

12      Q      From your review of his medical records, did he

13  state repeatedly that he had a stressful job and took no

14  vacations?

15      A      Yes, he did.

16      Q      Did he repeat that to you over the course of

17  many years?

18      A      Yes, I think he did.

19      Q      Is stress a risk factor for heart disease?

20      A      Yes, it is.

21      Q      Is stress a risk factor for sudden cardiac

22  death?

23      A      Yes.

24      Q      Why is that, by the way?

25      A      I don't know.  But it's definitely a risk

PLAINTIFFS' EXHIBITS 010045

Gordon Lemm, MD

1   factor.

2       Q    Did he tell you that he rarely exercised?

3       A    I don't recall.

4       Q    Could you look at your note from October

5   something 2004?

6       A    Okay.

7       Q    You had a visit with him in that month.

8            MR. ERNST:  Objection.

9            MR. MORIARTY:  What's the objection?

10           MR. ERNST:  Well, I don't know that exercise is

11  defined.  I know he played a lot of golf, did a lot of

12  walking.

13           MR. MORIARTY:  I'm just getting at --

14           MR. ERNST:  The question are we talking about,

15  you know, cardiovascular, yoga?  What kind of exercise

16  are you talking about?

17           MR. MORIARTY:  Well, you know me.  I'll make

18  this pretty clear on the record.

19           MR. ERNST:  You asked.

20           MR. MORIARTY:  I did.

21      Q    Look at your notes.  I believe it's October 11,

22  '04, if I'm correct.  I might be wrong.

23           I'm sorry.  Let me withdraw that question.

24      A    Okay.

25      Q    Okay.  Did you send Mr. McCornack to a

Gordon Lemm, MD

1   orthopedic consult named James Carr, M.D.?

2       A    Yes, I did.

3       Q    Did you ever receive any reports from

4   James Carr, M.D.?

5       A    I need to check.

6       Q    October 20th, 2004.

7       A    Yes, I have a report from Dr. Carr.

8       Q    And in that, when he gave -- when Mr. McCornack

9   gave Dr. Carr a social history, does it say that he

10  exercises rarely?

11      A    Yes, it does.

12      Q    All right.  Now, you knew Mr. McCornack for

13  many years; correct?

14      A    Yes, uh-huh.

15      Q    Because of his ranch and his hunting and his

16  fishing and many other things that he did, did he have a

17  sedentary lifestyle?

18      A    I wouldn't say that he really had a sedentary

19  lifestyle.

20      Q    All right.  Do you have any characterization of

21  his lifestyle at all?

22      A    I know he had -- I know he enjoyed playing

23  golf.

24      Q    Okay.

25      A    I think he was a moderately-active man.

PLAINTIFFS' EXHIBITS 010047

Gordon Lemm, MD

```
 1     Q    Okay.  You know that he chewed tobacco?

 2     A    Yes.

 3     Q    Is that any risk for heart disease?

 4     A    I think it probably is, any tobacco product.

 5     Q    It's also a risk of oral cancers, is it not?

 6     A    Definitely.

 7     Q    At one point, did he express to you some signs

 8  and symptoms that at least caused you to refer him to an

 9  ENT man?

10     A    Yes.

11     Q    And what was your understanding of how much

12  alcohol Mr. McCornack consumed on a daily or weekly

13  basis?

14     A    I believe he drank one or two beers a day.

15     Q    From your experience in the medical field, is

16  one to two beers a day a risk factor for anything?

17     A    It's hard to say.

18     Q    Depends on your activity level, how much you

19  eat, things of that nature?

20     A    Right.

21     Q    Did you ever diagnose Mr. McCornack with

22  diltiazem toxicity?

23     A    No.

24     Q    If Mr. McCornack had an elevated diltiazem

25  level while he was living, would that necessarily mean
```

Gordon Lemm, MD

1   that he took an excessive dose of diltiazem?

2      A    I wouldn't think so.

3      Q    So when you looked at the NMS Lab report of his

4   postmortem diltiazem level, you did not conclude that

5   the diltiazem level that was three times the normal

6   range meant he had taken an excessive dose, did it?

7      A    Correct.

8      Q    Did at, some point, Mr. McCornack ever have an

9   elevated digoxin level would that necessarily mean that

10  he took an excessive dose?

11     A    Not necessarily.

12     Q    And when you saw the postmortem digoxin level

13  of 3.6 in the NMS Lab reports, you did not conclude from

14  that, necessarily, that he had taken an excess dose of

15  digoxin, did you?

16     A    I would think so, at that level, yes.

17     Q    All right.  What's the basis for that

18  statement?

19     A    Because if his level were close to two, I would

20  think that he might still be in a therapeutic range for

21  him.  But a patient getting over about 2.4, I'd be

22  really concerned of toxicity.

23     Q    I understand what you just said, but that

24  doesn't necessarily mean he took a larger than normal

25  dose, does it?

PLAINTIFFS' EXHIBITS 010049

Gordon Lemm, MD

1    A    No.  However, he had been on the same dose of

2   digoxin for years, and his previous levels had been 1.6,

3   1.7.  And so if suddenly he had a dose that -- or a

4   level that was much higher than that, I would think that

5   something has happened.  He's now taking an excessive

6   dose.

7    Q    Okay.  I thought we established earlier that

8   even patients who took the drug chronically and stayed

9   within your therapeutic target would, for many reasons,

10  suddenly have an excessive level; right?

11          MR. ERNST:  Objection.

12          THE WITNESS:  It's possible, yes.

13  BY MR. MORIARTY:

14   Q    Okay.  And even this piece of literature that

15  Mr. Ernst gave you concludes that postmortem levels from

16  any source routinely exceed antemortem levels; correct?

17   A    That's what it says, yes.

18   Q    You don't have any -- you told me before you

19  don't have expertise in toxicology; correct?

20   A    Correct.

21   Q    So you don't have any formulaic way to back

22  calculate what his serum digoxin concentration level was

23  just before he died, do you?

24   A    No, I really don't.

25   Q    Not to any reasonable degree of scientific

PLAINTIFFS' EXHIBITS 010050

Gordon Lemm, MD

1  probability; right?

2      A    I'd have to leave that to the experts.

3      Q    Did you ever render an opinion to anybody that

4  diltiazem toxicity was a cause of Mr. McCornack's death?

5      A    No.

6      Q    Did you ever express an opinion that, because

7  Mr. -- I'm sorry, let me withdraw that.

8           Did Mr. McCornack take pretty much the same

9  diltiazem dose for the last few years of his life?

10     A    Yes.  I think he took the same dose since 2001,

11 if I recall correctly.

12     Q    And you never diagnosed him with diltiazem

13 toxicity; correct?

14     A    Correct.

15     Q    And did you see in the NMS Lab reports, that

16 Mr. Ernst showed you, that he was like three times the

17 therapeutic range on that postmortem level?

18     A    I saw that.

19     Q    But you did not conclude to a reasonable

20 probability that he had taken an excess dose of

21 diltiazem that day or not, did you?

22     A    Correct.

23     Q    Are atrial fibrillation patients generally at

24 risk of clots?

25     A    Yes, they are.

Gordon Lemm, MD

```
 1     Q     Why?
 2     A     Because of the fact that the atrium, that
 3   chamber of the heart, is not contracting correctly, it's
 4   very possible for a clot to build up inside the atrium
 5   because it -- basically, the blood stagnates there, and
 6   so they are at risk for clots.
 7     Q     Do most the atrial fibrillation patients get
 8   put on an anticoagulant?
 9     A     Yes.
10     Q     Why was Mr. McCornack not placed on an
11   anticoagulant?
12     A     He was on an antiplatelet medication.  He was
13   on aspirin.  But it's true, he was not on an
14   anticoagulant.
15           I know he had discussed that a number of times
16   with Dr. Von Dollen.  I believe Dr. Von Dollen in his
17   notes said that he was concerned about the risks of
18   Coumadin, the increased bleeding that Dan could have.
19   And that in discussing it with him, between the two of
20   them they decided that aspirin would be a safe therapy
21   for him.
22     Q     Was Mr. McCornack at any higher risk of
23   bleeding than any other A. fib patient?
24     A     No, not really.
25     Q     I just need to make sure I asked you this
```

PLAINTIFFS' EXHIBITS 010052

Gordon Lemm, MD

1  question.  Did you tell me before that it's your

2  understanding that diltiazem can increase serum digoxin

3  levels?

4      A    Yes.

5      Q    And in the postmortem specimen, regardless of

6  whether it's reliable or not, Mr. McCornack had

7  increased levels of diltiazem as well as digoxin;

8  correct?

9      A    Correct.

10     Q    And diltiazem can cause the same sort of

11 cardiac consequences that digoxin can; is that right?

12     A    Yes, it could.

13         MR. ERNST:  Objection.

14 BY MR. MORIARTY:

15     Q    Did you ever sign a death certificate for

16 Dan McCornack?

17     A    No.

18     Q    Did the coroner ever ask you to sign one?

19     A    No.

20     Q    If the coroner had asked, would there be some

21 evidence of that in your record?

22     A    Yes.

23     Q    In -- did you ever see the original death

24 certificate for Dan McCornack?

25     A    I don't think so.  I don't know.  I don't

PLAINTIFFS' EXHIBITS 010053

Gordon Lemm, MD

1  remember.  I don't recall that I did.  It would have

2  been part of this record if we had a copy of it.

3      Q    Okay.  Let's go on to something else.

4          Let's talk about the dose level that

5  Dan McCornack received of digoxin.

6          Starting consistently December of 1994, did he

7  receive a total dose in a day of .50 milligrams?

8      A    Correct.

9      Q    And the way it was prescribed for him is what's

10  known as BID, twice a day; correct?

11      A    Correct.

12      Q    So his dose was split .250 at two different

13  times per day?

14      A    Correct.

15      Q    Did you instruct him as to when in the day he

16  should take it?

17      A    Typically morning and evening.

18      Q    All right.  Who made that initial dosing

19  decision?

20      A    The cardiologist.

21      Q    Do you know who the cardiologist was at that

22  time back in '94?

23      A    I believe it was Dr. Von Dollen.

24      Q    Could you check your notes, because I think

25  there was another name in there, and it might have been

Gordon Lemm, MD

```
 1   a partner of Von Dollen's, or it could have been
 2   somebody who is now retired.  I just want to know --
 3       A    Sure.
 4       Q    -- because you'll know the doctors around here
 5   better than I do.
 6       A    The first record that I have regarding from
 7   Dr. Von Dollen is from '92, and it was a note sent to
 8   Dr. Morgan, who is an internist, who also did a lot of
 9   cardiac --
10       Q    Okay.
11       A    -- evaluation.
12       Q    So the cardiologist made that .50 milligrams a
13   day dosing decision; correct?
14       A    Correct.
15       Q    Then you carried it over?
16       A    Correct.
17       Q    If you felt the need, did you have the power to
18   change his dose if you wanted?
19       A    Yes.
20       Q    Did you ever make any recommendations to change
21   his dose?
22       A    No.
23       Q    Did anybody ever try him on lower doses?
24       A    Yes.  I have a note from Dr. Von Dollen from
25   '98, and at that time he was on .25 milligrams once a
```

PLAINTIFFS' EXHIBITS 010055

Gordon Lemm, MD

```
1   day.
2       Q    And how did Mr. McCornack do on that dose?
3       A    I believe he still had some -- well, I don't
4   know how he did on that dose.  My next note regarding
5   that is from the next year.
6       Q    Give me the date of the visit, please.
7       A    9-1-99.
8       Q    Okay.
9       A    And at that time, he was taking the Lanoxin
10  twice a day.
11      Q    All right.  So, do you know whether he was
12  actually given a good solid try on a lower dose?
13      A    I don't know.
14      Q    All right.  If a patient hypothetically was
15  consistently taking digoxin with double the active
16  pharmaceutical ingredient, would you expect them, at
17  some point, to show some signs or symptoms of digoxin
18  toxicity?
19           MR. ERNST:  Objection.
20           THE WITNESS:  Usually, they would.
21  BY MR. MORIARTY:
22      Q    If a patient who was on a total dose of .5 per
23  day spread out over the two doses of .25, was
24  consistently taking tablets with double the active
25  pharmaceutical ingredient, would you expect them to show
```

PLAINTIFFS' EXHIBITS 010056

Gordon Lemm, MD

1  some signs of digoxin toxicity?

2      A    They probably would.

3      Q    Let's assume for today that Mr. McCornack's

4  atrial fibrillation required the dose level that he was

5  receiving to adequately control his A. Fib.  Okay?

6      A    Okay.

7      Q    Is that reflective of the severity of his

8  disease that it takes that much to control it?

9      A    I'm not sure that would be the case.

10     Q    Why?

11     A    Well, perhaps so.  In that if -- if it required

12  a higher dose to control it, I think what you might say

13  is that his atrial fibrillation was more frequent.  I

14  guess that would be another way of saying it was more

15  severe.

16          So, you know, if the atrial fibrillation is not

17  controlled at the lower dose, then it would be

18  reasonable to move up to a higher dose to keep his

19  ventricle from going too fast.

20     Q    Okay.  Do you remember times when he actually

21  was administered more than .5 per day?

22     A    No.

23     Q    I'd like you -- were you in pretty consistent

24  communication with Dr. Von Dollen about Dr. Von Dollen's

25  consults with Mr. McCornack?

PLAINTIFFS' EXHIBITS 010057

Gordon Lemm, MD

```
 1      A     I'd say so.
 2      Q     Do you have any notes from when Dan McCornack
 3   saw Dr. Von Dollen on February 16th of 2000?
 4      A     I'll check.
 5      Q     That was February 16th, 2000.
 6      A     Yes, I do have a note.
 7      Q     Look at that note, because it appears to me
 8   that for some period of time they were actually giving
 9   him 1 milligram per day.
10            MR. ERNST:  Objection.
11            THE WITNESS:  I'm sorry, I don't see that.
12   Maybe you can point it out to me.
13            MR. MORIARTY:  Schlep these things across the
14   country.  I better use them at least once.
15      Q     Did I say February 16th, 2000?
16      A     February 16th, 2000, right.
17      Q     Okay.  Look on that note, February 16th, 2000.
18   You have a typed note from Dr. Von Dollen's office?
19      A     Yes, I do.
20      Q     I want you to look under the "Current
21   Medication" section.  Do you see that?
22      A     Yes.
23      Q     Right under that is "Chief Complaint"?
24      A     Yes.
25      Q     The last -- there's a sentence there that says
```

Gordon Lemm, MD

1  he doubled up on his Lanoxin?  Do you see that?

2      A    I see that now.

3      Q    All right.  What that means to me is that he's

4  then taking .50 twice a day, or in whatever dose, to

5  reach 1 milligram per day.

6           MR. ERNST:  Objection.

7           MR. MORIARTY:  That's fine.

8           MR. ERNST:  Speculation on a document.

9           MR. MORIARTY:  I understand that, Don.

10     Q    Do you know anything about this incident?

11     A    No, I don't.

12     Q    Let's assume that, and I'll ask about --

13  Dr. Von Dollen all about this on Monday, but let's

14  assume that Mr. McCornack was taking double what he was

15  supposed to be for some reason in this period of time.

16          Is there anything in Dr. Von Dollen's note of

17  February 16th, 2000, to indicate that Dr. Von Dollen was

18  suspicious of digoxin toxicity?

19     A    No, I don't see anything that makes -- that

20  looks like he was suspicious.

21     Q    And a patient could accidentally or

22  intentionally take too much digoxin for a short period

23  of time without causing fatal arrhythmias; is that true?

24     A    Yes.

25     Q    Was -- you know what drug tolerance is, do you

PLAINTIFFS' EXHIBITS 010059

Gordon Lemm, MD

```
 1  not?

 2      A    Yes.

 3      Q    Is digoxin a kind of drug which you develop a

 4  tolerance?

 5      A    I wouldn't think so.

 6      Q    Well, was Mr. McCornack tolerant at least of

 7  .50 per day?

 8      A    Yes.  I mean, he was tolerant in that he had no

 9  side effects.

10      Q    Okay.  So -- and please check me, but I've got

11  some notes here.

12           I see that Mr. McCornack had elevated uric acid

13  levels on 11 occasions spread between August of 1994 and

14  May of 2007?

15      A    Correct.

16      Q    Any reason to question me on that?

17           MR. ERNST:  August '94 through what?

18           MR. MORIARTY:  May of '07.

19      Q    What was your opinion to a probability as to

20  the cause of his elevated uric acid cause?

21      A    He had gout.

22      Q    What is gout?

23      A    Gout is increased uric acid level.  Sometimes

24  it's -- oftentimes it's inherited, and typically it's

25  manifested by arthritis where there's a very sudden
```

Gordon Lemm, MD

1  painful red swelling of a joint.

2       Q    Did he have arthritis from time to time?

3       A    Yes, he did.

4       Q    Can elevated uric acid levels also occur with

5  leukemia?

6       A    Yes, they can.

7       Q    Can they also occur with renal insufficiency?

8       A    Uh-huh, yes.

9       Q    He was on a medication called Allopurinol?

10      A    Correct.

11      Q    Is that for gout?

12      A    It's for gout.

13      Q    Mr. McCornack, according to your records, had

14  ten instances of elevated SGPT levels between

15  August 1994 and April 2005?

16           MR. ERNST:  Now what is that?  Repeat that.

17           MR. MORIARTY:  SGPT.

18           MR. ERNST:  Objection.

19  BY MR. MORIARTY:

20      Q    Are you aware of that?

21      A    I'm looking at my records.

22           Yes, I recall that there were some elevations.

23      Q    Did you ever develop an opinion to a reasonable

24  degree of medical probability as to the cause of his

25  SGPT elevations?

PLAINTIFFS' EXHIBITS 010061

Gordon Lemm, MD

1    A    Very likely, there are two potential common

2   causes.  One is alcohol intake, and the other is a

3   condition called fatty liver, where there's fat

4   infiltration into the liver.  Both of those will cause

5   that to happen.

6    Q    What are the risks of fatty liver?

7    A    Vast majority of time, there really is no risk

8   to fatty liver.

9    Q    Okay.

10   A    In extremely rare instances, it will lead to

11  cirrhosis, but that's very rare.

12   Q    According to your records, between June of 2001

13  and May of 2007, Mr. McCornack had nine instances when

14  his BUN was elevated.

15        Are you aware of that?

16   A    Yes, I see those in the record.

17   Q    Is that most likely because he had some degree

18  of renal insufficiency?

19   A    That's really hard to say.  And the reason why

20  I say that is because many times when we have patients

21  draw fasting samples, they are a little bit dehydrated.

22  And a little bit of dehydration will also increase that

23  BUN.  So it's a common occurrence on lab work.

24   Q    If the patient on a fasting draw has a little

25  bit of dehydration, what else would be abnormal in those

Gordon Lemm, MD

1   draws?

2       A    Um, it's usually just the BUN.

3       Q    Did he ever have an elevated creatine?  Look at

4   August of 2002.

5       A    Yes, he had a slightly elevated creatine of 1.6

6   at that time.

7       Q    Did he have an elevated BUN the same day?

8       A    No, he did not.

9       Q    Did you ascribe any reason to the cause for his

10  elevated creatine level at that point?

11      A    Nothing in particular at that point.

12      Q    Have you developed any opinion to a reasonable

13  probability as to whether Mr. McCornack had any renal

14  insufficiency at all?

15      A    I don't really have any opinion on that. I

16  doubt that he did.

17      Q    He had an HLAV 27 positive antigen back in

18  2004.  What was that?

19      A    HLAV 27 is a genetic marker for certain forms

20  of arthritis.  And the classic is a condition called

21  ankylosis spondylitis.

22      Q    Is that what the conclusion was ultimately in

23  his case, that that's what his elevated HLAV 27 was?

24      A    I think so.

25      Q    And the last serum digoxin concentration I find

PLAINTIFFS' EXHIBITS 010063

Gordon Lemm, MD

```
 1   in your records is -- or in any record -- let's put it
 2   that way, is May 15th, 2007.  Is that in your record?
 3        A    Yes, it is.
 4        Q    And it was 1.6?
 5        A    Correct.
 6        Q    No others close in time to his death?
 7        A    Not that I'm aware of.
 8        Q    And there were no electrocardiograms in the
 9   last couple months of his death?
10        A    Not that I'm aware.
11        Q    Have you ever done any research about
12   postmortem redistribution of digoxin, besides reading
13   Exhibit 2?
14        A    No.
15        Q    Do you consider yourself to be an expert on
16   postmortem redistribution in general?
17        A    No.
18        Q    And therefore not on either diltiazem or
19   digoxin; correct?
20        A    Correct.
21        Q    Are you going to express any opinions in this
22   case either way about the reliability of the postmortem
23   digoxin level of 3.6?
24             MR. ERNST:  Objection.
25             THE WITNESS:  Can't really give an opinion
```

Gordon Lemm, MD

1  about the reliability of it.

2  BY MR. MORIARTY:

3      Q    Okay.  Do you have some opinion?  I mean, I

4  could use a lot of different words here.

5      A    Sure.

6      Q    Accuracy, reliability, meaning are you going to

7  render any opinions about the meaning of that 3.6?

8      A    Well, I would be really concerned that this was

9  a toxic level.

10     Q    Okay.

11     A    That's -- looking at that 3.6 level.

12     Q    Okay.  And that's fine, but I'm asking you as a

13  physician and a scientist.  You've already told me

14  you're not a toxicologist.

15     A    Correct.

16     Q    You don't have any training in pharmacokinetics

17  or pharmacodynamics; correct?

18     A    Right.

19     Q    You've never even studied postmortem

20  redistribution of digoxin; correct?

21     A    Correct.

22     Q    Have you ever even seen a postmortem digoxin

23  level before that one?

24     A    No.

25     Q    So, do you have the training, knowledge and

PLAINTIFFS' EXHIBITS 010065

Gordon Lemm, MD

1  experience to draw conclusions, to a reasonable degree

2  of medical probability, about what that 3.6 postmortem

3  level means in Mr. McCornack's case?

4          MR. ERNST:  Objection.

5          THE WITNESS:  I'm not an expert in that.  I

6  still would be worried, though, with a 3.6.  Definitely

7  throw up a red flag.

8  BY MR. MORIARTY:

9    Q    Sure.  We'd all be worried and throw up red

10  flags.  But that does not mean you have an opinion to a

11  reasonable degree of medical probability about it;

12  correct?

13          MR. ERNST:  Objection.

14          THE WITNESS:  I'm not really sure what that

15  means as far as "reasonable probability."  But it would

16  concern me.  It would concern me.

17  BY MR. MORIARTY:

18    Q    I didn't see the NMS Lab report in your

19  records, but no matter, I have a copy of it here.

20          The diltiazem section, are you concerned that

21  he had a toxic level of diltiazem?

22    A    Um, I honestly, I'm not really sure what that

23  means.  I'm not used to seeing diltiazem levels.

24    Q    Well, you have a level of digoxin that is

25  outside the range that would be your target; right?

PLAINTIFFS' EXHIBITS 010066

Gordon Lemm, MD

1    A    Correct.

2    Q    And you have a diltiazem level that is three

3 times what this lab says is normal range; correct?

4    A    Yes.

5    Q    So, if you're concerned about digoxin possibly

6 being a toxic level, you would, by sure force of logic,

7 have to be concerned that the diltiazem level was toxic

8 wouldn't you?

9         MR. ERNST:   Objection.

10        THE WITNESS:   I would want to investigate it

11 and see if that kind of level could cause problems.

12 BY MR. MORIARTY:

13   Q    Just as you would want to investigate further

14 about what postmortem levels of digoxin really mean?

15   A    Right.

16   Q    To your knowledge, did Dr. Winkle or

17 Dr. Von Dollen ever suggest to Dan McCornack that he get

18 radiofrequency ablation?

19   A    Yes.

20   Q    Was that in the summer of 2007?

21   A    Yes.  I believe so.

22   Q    Did he ever get that procedure done?

23   A    No.

24   Q    Do you know why?

25   A    I think he just basically decided against it.

PLAINTIFFS' EXHIBITS 010067

Gordon Lemm, MD

1   And I -- I'm not sure why.

2           There is a note that I have from Dr. Von Dollen

3   from November of '07.  It said Dan wanted to hold off on

4   ablation due to the hunting season.  He's unclear how to

5   proceed.  He was feeling relatively well, and so I think

6   he was undecided about that.

7       Q    Do you know much about -- I'm sorry, I didn't

8   mean to cut you off.

9       A    I know that -- I remember on an occasion or two

10  that also I had approached the subject with Dan, and he

11  was uncertain about what he wanted to do there.

12      Q    Do you know anything about radiofrequency

13  ablation?

14      A    I've had several patients who have had it done,

15  but I'm not very familiar with the procedure itself.

16      Q    Is it a procedure designed to save or prolong

17  cardiac function?

18      A    Yes.

19      Q    So, that procedure is potentially lifesaving?

20      A    Yes.

21      Q    Does it substantially reduce the risk of sudden

22  cardiac death from any cause?

23      A    Yes.  I expect it would.

24      Q    If a patient has radiofrequency ablation, is it

25  typical that they are then able to take lesser doses of

PLAINTIFFS' EXHIBITS 010068

Gordon Lemm, MD

```
 1   calcium channel blockers and cardiac glycosides?
 2       A    Yes.
 3       Q    And in the process reducing the risk of
 4   drug-to-drug interactions --
 5       A    Correct.
 6       Q    -- and their complications?
 7       A    Correct.
 8       Q    At autopsy, Mr. McCornack had a nasal strip on
 9   his nose.  You know what those are?
10       A    Yes.
11       Q    I'll just assume for today that he went to bed
12   with it on.  Did you ever talk to him about using those?
13       A    I don't recall that I did.
14       Q    Did you ever suspect that Mr. McCornack might
15   have obstructive sleep apnea?
16       A    Not that I recall.
17       Q    Do you know anything about how often he used
18   those?
19       A    No.
20       Q    Are they prescription or over-the-counter?
21       A    They are over-the-counter.
22       Q    Look at your records from May of 2008, please.
23            It appears --
24       A    Oh, yes.
25       Q    Did you have some discussions with
```

PLAINTIFFS' EXHIBITS 010069

Gordon Lemm, MD

1   Kathy McCornack in around that period of time?

2       A    Yes, on May 13th.

3       Q    Tell me everything you remember --

4       A    Okay.

5       Q    -- about that conversation.

6       A    Um, my note states she's concerned he may have

7   been on recall digoxin and it may have contributed to

8   his M.I.  However, his digoxin level was zero.  Puzzling

9   because he always took his medications.

10          We reviewed his med list and signs of digoxin

11  toxicity.

12          I remember asking her if he had had a dig level

13  done, and she said, "I am not really sure, but I think

14  maybe there wasn't any digoxin in his system."

15          I think she was guessing at that point.  But

16  that issue was raised by her in that phone call.

17      Q    At the end it says, "We reviewed his med list

18  and signs of dig toxicity."

19          Do you see that?

20      A    Yes.

21      Q    I assume you had some discussion with her about

22  all of the medications he was taking; is that fair?

23      A    Yes.

24      Q    And signs and symptoms of toxicity from any of

25  them; correct?

PLAINTIFFS' EXHIBITS 010070

Gordon Lemm, MD

1    A    Uh-huh, yes.

2    Q    Including digoxin?

3    A    Correct.

4    Q    And I take it that, at that point, she did not

5  describe to you something about his course that day or

6  night that made you suspect digoxin toxicity?

7    A    Correct.

8    Q    And if a -- when a patient comes to your

9  office, your medical assistant and you, do you ask for a

10  medical history?

11    A    Yes.

12    Q    And in a patient with digoxin, that medical

13  history would be some of the kind of clinical evidence

14  that you would use in assessing whether they had digoxin

15  toxicity or not?

16    A    Definitely.

17    Q    And I think we may have covered this before,

18  but I've got to be careful because I don't get to

19  California that often.

20        You're looking at the clinical, and then the

21  electrocardiograms, and then, I assume, digoxin levels?

22    A    Correct.

23    Q    Since we have no predeath electrocardiograms

24  and serum digoxin concentrations, this discussion with

25  Kathy McCornack was the only information you had from

PLAINTIFFS' EXHIBITS 010071

Gordon Lemm, MD

```
 1   the clinical side; right?
 2       A    Correct.
 3       Q    Is there anything else about that discussion
 4   that you recall?
 5       A    No.
 6       Q    Have you ever had any other discussions with
 7   Kathy McCornack about the cause of Dan's death after
 8   that discussion?
 9       A    No, not really.
10       Q    It's not something she typically talks with you
11   about when she comes to see you for her own medical
12   problems?
13       A    No.  I ask her how she's doing, and she relates
14   how she's doing.  But we've not really discussed further
15   about this.
16            MR. MORIARTY:  Go off the record.
17                 (Discussion held off the record.)
18            MR. MORIARTY:  Back on the record.
19       Q    I asked you some questions about postmortem
20   redistribution.  Let me just ask one more about that.
21            Do you have any knowledge about how long after
22   death a postmortem blood specimen needs to be drawn in
23   order for it to be considered reliable so far as digoxin
24   is concerned?
25       A    I have no information on that.
```

PLAINTIFFS' EXHIBITS 010072

Gordon Lemm, MD

1    Q    All right.  You did receive Dr. Von Dollen's

2    July and November of 2007 notes, did you not?

3    A    Yes, I have a note from him dated 11-29-07, and

4    the one prior to that.

5    Q    Should be July of '07?

6    A    Correct.  July of '07.

7    Q    When Mr. McCornack came to your office, would

8    you typically have reviewed Dr. Von Dollen's notes and

9    then discussed them with Dan McCornack?

10   A    Yes.

11   Q    So, as far as the status and the plan, or the

12   recommendations, you'd go over that with him?

13   A    Right.

14   Q    I think I found about six notes readily

15   available to me in your chart between August of 2000 --

16   I'm sorry, June of 2001 and November of 2007 in which

17   Dan McCornack complained of persistent fatigue?

18   A    Yes.

19   Q    Is that a complaint he made to you frequently?

20   A    Yes, he did.

21   Q    Do you have an opinion as to the likely cause

22   of his persistent fatigue?

23   A    Um, yeah, my opinion is that it was stress

24   related.

25   Q    Can patients who have atrial fibrillation have

PLAINTIFFS' EXHIBITS 010073

Gordon Lemm, MD

1  persistent fatigue?

2      A    Oh, absolutely.  Yes.  That would be another

3  reason.  I guess I would say there are three potential

4  reasons for him.  One was stress, which we talked about,

5  and another would be his conditioning, his physical

6  conditioning.  And then the other, certainly the atrial

7  fibrillation.

8      Q    Did you ever diagnose him with depression or

9  treat him for depression?  Look in April of '07.

10     A    I did diagnose him with stress reaction.

11     Q    Was he treated with any sort of prescription

12 medications for stress or --

13     A    I don't recall --

14     Q    -- depression?

15     A    -- that I ever had him on medication for that.

16     Q    Did you instruct him to lose weight?

17     A    Yes.

18     Q    Repeatedly?

19     A    Yes.

20     Q    And he essentially did not; correct?

21     A    Correct.

22     Q    To the best of your knowledge, was he compliant

23 with his medication prescriptions?

24     A    Yes.

25     Q    Did his atrial fibrillation get worse over

PLAINTIFFS' EXHIBITS 010074

Gordon Lemm, MD

1   time?

2      A    I don't think it really did.  I don't recall

3   that it did.

4      Q    Okay.

5      A    I think early on, from some of the notes I've

6   seen from Dr. Von Dollen, initially it was difficult to

7   control.  But I think from, you know, for the four or --

8   four years that I saw him, I think it was pretty much a

9   steady state.

10     Q    All right.  Let me ask you to assume that

11  originally Mr. McCornack was on no digoxin for his

12  atrial fibrillation, then .25 per day, then .5 per day.

13          That by May of 2001, there were plans for him

14  to wear a halter monitor.

15          That in July of 2001, they increased his

16  diltiazem.  And that by 2007 the cardiologists were

17  recommending radiofrequency ablation.

18          Assuming all those to be true, is that sort of

19  scenario an indication that his atrial fibrillation was

20  more difficult to control?

21          MR. ERNST:  Objection.

22          THE WITNESS:  It could be, yes.

23  BY MR. MORIARTY:

24     Q    Well, is it likely?

25     A    Yes, I'd say it's likely.

Gordon Lemm, MD

1    Q    In those years, is it your opinion that he was

2  given adequate medical therapy for his atrial

3  fibrillation?

4    A    Yes.

5    Q    Did he frequently complain of chest pain?

6    A    I don't think it was a frequent complaint, but

7  it did happen occasionally.

8    Q    And when it did, you and Dr. Von Dollen

9  investigated whether that was cardiac in origin?

10   A    Correct.

11   Q    Did he ever explain -- I'm sorry, did

12 Mr. McCornack -- let me repeat.

13        Did Mr. McCornack ever complain about visual

14 loss associated with a drug called Atropine?

15   A    I believe I recall seeing a note from

16 Dr. Von Dollen that said he did not tolerate the

17 medication, but I don't recall why.

18   Q    Okay.  Had you ever met Mr. Ernst before he

19 talked to you about Mr. McCornack's death?

20   A    No.

21   Q    Never worked with him on any other lawsuits?

22   A    Not that I recall.

23   Q    Did Mr. Ernst tell you anything about what the

24 NMS Laboratory's forensic toxicologist testified to this

25 past Tuesday about the postmortem digoxin level of 3.6?

82

Gordon Lemm, MD

```
 1    A    Um, I think he mentioned to me this morning

 2  that that question was brought up with him, and he said

 3  it was a peripheral blood, and I think that was

 4  basically the conversation.

 5    Q    Did Mr. Ernst tell you whether the NMS forensic

 6  toxicologist said anything about the reliability of

 7  postmortem serum digoxin concentrations in predicting

 8  antemortem levels?

 9    A    I don't think there was any specific talk about

10  that.

11    Q    Have you ever had any dealings with Dr. Mason,

12  the Santa Cruz County coroner before?

13    A    No.

14    Q    Now, Mr. Ernst showed you this amended autopsy

15  and death certificate --

16    A    Yes.

17    Q    -- this morning; right?

18    A    Correct.

19    Q    Is it your understanding that the Santa Cruz

20  County coroner, after one and a quarter years, changed

21  the autopsy and death certificate just two days ago?

22    A    Yes.

23    Q    Did Mr. Ernst tell you that Dr. Mason changed

24  those reports after Mr. Ernst had hired Dr. Mason as an

25  expert in this case?
```

PLAINTIFFS' EXHIBITS 010077

Gordon Lemm, MD

```
 1      A     No.
 2      Q     Have you ever heard of a coroner changing an
 3  autopsy cause of death in a death certificate after one
 4  and a quarter years?
 5      A     Not that I recall.
 6      Q     Have you ever heard of a coroner changing an
 7  autopsy or a death certificate cause of death after
 8  being hired by a plaintiff as a consultant in civil
 9  litigation?
10      A     No.
11      Q     Does that strike you as a little unusual?
12            MR. ERNST:  Objection.
13            THE WITNESS:  Could be, yeah.  I would think
14  so.
15  BY MR. MORIARTY:
16      Q     Have you ever seen anything in any material to
17  indicate to you that, to a probability, Mr. McCornack
18  took Digitek with excessive doses of the active
19  pharmaceutical ingredient in it?
20            MR. ERNST:  Objection.
21            THE WITNESS:  No.
22            MR. MORIARTY:  Okay.  What I would like to do
23  is take five minutes, get a glass of water, look through
24  my notes, talk to my excellent colleague here, and then
25  wrap up my initial role in this.  Okay?
```

Gordon Lemm, MD

```
 1            THE WITNESS:  Okay.

 2                         (Recess.)

 3            MR. MORIARTY:  We're almost done here, sir.

 4     Q     I'd like you to look at your chart, August 17,

 5  1994.

 6     A     Yes.

 7     Q     In there there's a name of a Dr. Harvey?

 8     A     Yes.

 9     Q     Who is he or she?

10     A     Dr. Harvey was the first cardiologist in this

11  area.

12     Q     Does he still practice in this area?

13     A     No.  He's been retired -- I think he retired

14  before I came here in '89.

15     Q     And towards the bottom of that, there's

16  something in your chart about getting old records?

17     A     Correct.

18     Q     Did you ever get any old records?

19     A     The only old records that I got were from

20  Dr. Von Dollen, and it's that letter -- it's a letter

21  dated December 23, '92, to Dr. Morgan.

22     Q     Okay.

23     A     And let me see if there's anything else.

24            And there was a halter monitor summary attached

25  to that.
```

PLAINTIFFS' EXHIBITS 010079

Gordon Lemm, MD

```
 1     Q     All right.  May I have your chart for a second?

 2     A     Yes, sir.

 3     Q     Without sitting here comparing this chart page

 4  by page, I am pretty confident that our records service

 5  got what I'm going to describe as the right half of your

 6  chart --

 7     A     Okay.

 8     Q     -- but I don't think we got the left half --

 9     A     Oh, okay.

10     Q     -- which is more administrative kind of things.

11     A     Yes.

12     Q     Can you have your staff make a copy of the left

13  half of this chart?

14     A     Yes.

15     Q     If the court reporter wants to stay and take

16  the copy with her, that's fine.  If you just want to

17  ship it to me, that's fine.

18           Mr. Ernst will either maybe get a copy from me

19  or from the court reporter.  And make sure, if you

20  would, that they get both sides of these pages.

21           Is that okay?

22     A     Okay.

23     Q     Now -- but in here, there is one thing I want

24  to ask about.

25     A     Now, this document, I just -- I stuck it in
```

Gordon Lemm, MD

```
 1  here this morning.
 2      Q    That's fine.  I'd like a copy of that, too.
 3      A    Okay.
 4      Q    Let me find what I want.
 5           Okay.  I'm sorry, this is going to be easier if
 6  I step over here.  Do you mind?
 7      A    That's fine.
 8      Q    At the top, and this is on the left side of
 9  your chart as we look at it, it says "Prescription
10  Clarification Request."  Do you see that?
11      A    Yes.
12      Q    Is Caremark a physical pharmacy or is it a mail
13  order?
14      A    It's a mail-order pharmacy.
15      Q    And it says this has to do with Lanoxin?
16      A    Correct.
17      Q    .25 milligrams; right?
18      A    Uh-huh.
19      Q    That's a "Yes"?
20      A    Yes.
21      Q    And the form says, "Please clarify," colon,
22  "this prescription exceeds the maximum recommended daily
23  dosage of 1.00 tab"?
24      A    Yes.
25      Q    And I assume what they are referring to is not
```

PLAINTIFFS' EXHIBITS 010081

Gordon Lemm, MD

1   a dose, but a number of tablets; right?

2       A    Yes.

3       Q    Do you have any -- first of all, did you call

4   them and talk to them about this?

5       A    No.

6       Q    Did you have one of your staff call and talk to

7   them?

8       A    We would have faxed back the reply.  It was --

9   they faxed this form to us.

10      Q    Got it.

11      A    I wrote this.

12      Q    And read what you wrote.

13      A    It says, "Patient has atrial dysrhythmia and

14  takes two tablets daily.  He has a therapeutic level."

15      Q    Okay.

16      A    And this would have been faxed to them on that

17  date.

18      Q    All righty.

19      A    1-28-05.

20      Q    Is it fair to assume that Caremark just has

21  some red flag system in its computer that picks up this

22  kind of stuff?

23      A    Yes.

24      Q    All right.  Do you have any other materials

25  regarding this case that are not in this chart and that

PLAINTIFFS' EXHIBITS 010082

Gordon Lemm, MD

```
 1   we have not already discussed today?
 2       A     No.
 3       Q     Do you have any other opinions regarding the
 4   cause of Mr. McCornack's death, that we have not
 5   discussed today?
 6       A     No.
 7             MR. MORIARTY:  Then I have no more questions.
 8             MS. DONAHUE:  I have no questions.
 9             MR. MORIARTY:  Mr. Ernst has the right to ask
10   you questions.
11             MR. ERNST:  I do have a series of questions.
12             MR. MORIARTY:  Are you going to be long?
13             MR. ERNST:  Yes.  Why?
14             MR. MORIARTY:  I just wanted to know.
15             MR. ERNST:  Actually he's asking for a
16   multitude of reasons.  I would like to think it's
17   because he's concerned about my welfare.  I think he's
18   concerned about visiting his wife.
19             I don't think I'll be long.  We'll move on.
20             MR. MORIARTY:  I actually only asked because
21   you asked me.
22             Does this amaze you that and we have this
23   byplay going here?
24             Off the record.
25             MR. ERNST:  I want it all on the record.
```

PLAINTIFFS' EXHIBITS 010083

Gordon Lemm, MD

```
 1          MR. MORIARTY:  Let's go, because I do want to
 2  see my wife.
 3          THE WITNESS:  It doesn't.  The first time I
 4  gave a deposition I saw this, and I realized that, you
 5  know, it's just common.
 6          MR. MORIARTY:  We're very civil.
 7          THE WITNESS:  You gentlemen are professionals.
 8          MR. MORIARTY:  We're very sick people.  Go on.
 9
10                      EXAMINATION
11
12  BY MR. ERNST:
13      Q    Doctor, would you consider yourself the
14  treating physician for Daniel McCornack?
15      A    Yes.
16      Q    And you are the person that has seen
17  Danny McCornack for a long number of years, over 15
18  years?
19      A    Um, I saw him since --
20          MR. MORIARTY:  '94 to 2008.
21  BY MR. ERNST:
22      Q    '94.  Fourteen years?
23      A    Fourteen years.
24      Q    And you were asked a whole host of questions
25  about possibilities, but I want to now ask you
```

PLAINTIFFS' EXHIBITS 010084

Gordon Lemm, MD

```
1   questions.  Doctor, do you have an opinion as to whether
2   or not Daniel McCornack had renal insufficiency?
3       A    My opinion is that he did not.
4       Q    And, Doctor, is it your opinion that
5   Danny McCornack was taking an adequate medication level
6   of digoxin with the testing results being approximately
7   1.6 when you tested him annually?
8       A    Yes.
9       Q    And you were comfortable that his digoxin
10  levels were properly therapeutic?
11      A    Yes.
12      Q    And, Doctor, based upon your training,
13  experience, seeing Dan McCornack on a regular basis, do
14  you have an opinion as to whether or not he was
15  compliant in taking his medication, that is he took it
16  regularly and as directed?
17      A    Yes, I think he did.
18      Q    And, Doctor, based upon your training and
19  experience, your clinical observations of
20  Danny McCornack, and a review of the toxicology that his
21  digoxin level of 3.6, and I believe it's been marked as
22  an exhibit?
23          MR. MORIARTY:  It hasn't.
24          MR. ERNST:  It's not.
25          MR. MORIARTY:  But we all know what it is.  So
```

PLAINTIFFS' EXHIBITS 010085

Gordon Lemm, MD

```
 1   let's proceed.
 2           MR. ERNST:  We'll mark this next in order.
 3                (Plaintiffs' exhibit 5 was marked
 4                for identification.)
 5   BY MR. ERNST:
 6       Q    You have reviewed this, what's been marked as
 7   Exhibit 5?
 8       A    Yes.
 9       Q    And you are aware of your clinical observations
10   with Mr. McCornack?
11       A    Yes.
12       Q    And as you sit here today, do you have an
13   opinion that Mr. McCornack died as a result of digoxin
14   toxicity?
15           MR. MORIARTY:  Objection.
16           THE WITNESS:  That would be my opinion.
17   BY MR. ERNST:
18       Q    And you base that opinion on what?
19       A    I based it on the fact that he died from a
20   ventricular arrhythmia, and I don't have other good
21   reasons for it, and the digoxin level was high.
22       Q    And you're aware that you've been questioned
23   about postmortem redistribution and so forth, and you
24   can always do more research on a whole host of things;
25   true?
```

Gordon Lemm, MD

```
 1     A     True.
 2     Q     But as the treating physician, the person that
 3  saw him on a regular basis, as you sit here today, is it
 4  your opinion that digoxin toxicity led to
 5  Mr. McCornack's death?
 6     A     Yes.
 7     Q     Now, I want to talk for a moment about how
 8  digoxin toxicity could lead to his death.
 9           As you're aware, he expired early in the
10  morning, after midnight.
11           Is digoxin toxicity, based on your training and
12  experience and clinical knowledge, could it lead to a
13  slowing of the heart rate?
14     A     Yes.
15           MR. MORIARTY:  Objection.  Form.
16  BY MR. ERNST:
17     Q     Please state for me how digoxin toxicity, what
18  effect digoxin toxicity would have on a heart.
19     A     What normally would happen with digoxin
20  toxicity is that it would slow the electrical pathways
21  of the heart.
22           Digoxin is known to cause pretty much every
23  kind of rhythm problem in the heart, the most dangerous
24  being ventricular fibrillation.  And ventricular
25  fibrillation is a fatal rhythm unless it's corrected
```

PLAINTIFFS' EXHIBITS 010087

Gordon Lemm, MD

1    within a few minutes.

2        Q    Now, sometimes you can -- with digoxin toxicity

3    you can have nausea or dizziness?

4        A    Correct.

5        Q    And sometimes there's none of that?

6        A    That's correct.

7        Q    And sometimes if one is asleep and suffering

8    from digoxin toxicity, their heart could just slow to a

9    level where this would become -- they would pass out and

10   eventually die?

11       A    Yes.

12       Q    You believe that's what happened here --

13       A    I think so.

14       Q    -- Doctor?

15            MR. MORIARTY:  Objection.  Form, by the way.

16   Move to strike.

17   BY MR. ERNST:

18       Q    Doctor, the opinions that you have just stated

19   were stated before you became aware that the physician

20   who performed the autopsy, Dr. Mason, had changed his

21   death certificate; isn't that true?

22       A    Yes, that's true.

23            MS. DONAHUE:  Objection.

24   BY MR. ERNST:

25       Q    In other words, the opinions that you have

PLAINTIFFS' EXHIBITS 010088

Gordon Lemm, MD

1   expressed here, you have expressed previously to me

2   telephonically?

3        A     Correct.

4        Q     They occurred before Dr. Mason ever -- you

5   became aware that he changed his death certificate?

6        A     That's correct.

7        Q     Before you are aware that he was even

8   considering doing that?

9        A     That's correct.

10           MR. ERNST:  That's all I have.

11           MR. MORIARTY:  I may want to organize my notes

12   here.

13           MS. DONAHUE:  For the record, I join

14   Mr. Moriarty's objections on behalf of my client.

15           MR. ERNST:  I have a few more questions.

16   BY MR. ERNST:

17        Q     Mr. Moriarty has given you a whole host of

18   possibilities and things that could happen and that

19   might be done.  But what you have said here today, is

20   that what you believe in your heart, based upon your

21   knowledge, training, your clinical experience with this

22   patient, and the knowledge that you have to date?

23        A     Yes.

24           MS. DONAHUE:  Objection.

25           MR. ERNST:  Thank you.

PLAINTIFFS' EXHIBITS 010089

Gordon Lemm, MD

```
 1                    FURTHER EXAMINATION

 2

 3   BY MR. MORIARTY:

 4       Q    This opinion you've given to a probability, and

 5   that when Mr. Ernst asked you, you are talking about a

 6   toxicological or pharmacological reaction between a drug

 7   and a death; correct?

 8            MR. ERNST:  Objection.

 9            THE WITNESS:  Correct.

10   BY MR. MORIARTY:

11       Q    And what I need to know is how as a scientist

12   and a physician, when you're not a toxicologist or a

13   pharmacologist, and you've never experienced before

14   diagnosing digoxin toxicity as a cause of death,

15   especially based on a postmortem level, you are

16   qualified to render an opinion to a reasonable degree of

17   medical probability on that topic.

18       A    It's just my opinion.  I admit I'm not an

19   expert in it.  That's just my opinion.

20       Q    Okay.  And is it your opinion that, despite the

21   one and only piece of literature that Mr. Ernst gave you

22   about the reliability of postmortem digoxin levels, that

23   somehow that 3.6 is a reliable indicator of what his

24   level was before he died?

25       A    I don't know that that was -- is what his level
```

PLAINTIFFS' EXHIBITS 010090

Gordon Lemm, MD

1  was before he died.

2      Q    Okay.  And do you know that that level was

3  drawn over 70 hours after his death?

4      A    No, I didn't know.

5      Q    You would want to know as a scientist and a

6  physician in rendering accurate testimony about cause of

7  death, what the forensic scientists, toxicologists from

8  NMS Laboratories said about Exhibit 5?

9      A    Sure.

10     Q    Okay.  And I want you to assume that the five

11 or six tablets that Mr. Ernst had tested for NMS were

12 within the specifications, at least according to NMS.

13 Okay?

14          MR. ERNST:  Objection.

15 BY MR. MORIARTY:

16     Q    I want you to assume.

17     A    Okay.  May I ask you, within specifications,

18 you're stating that the five or six tablets, had the

19 proper dose of digoxin?

20     Q    According to the test run by NMS.

21     A    Okay.

22     Q    You're not going to speculate about the digoxin

23 level in untested tablets in his prescription, are you?

24     A    No.

25     Q    Okay.  And Mr. Ernst went through all this with

Gordon Lemm, MD

1  the possible brachycardia that can come from digoxin in

2  the diltiazem product label, and we can get this from

3  the PDR if we need to, among the cardiovascular risks

4  are arrhythmia, A.V. block, bundle branch block,

5  tachycardia, and some other issues, all of which can

6  cause sudden cardiac death; right?

7      A    Right.

8           MR. ERNST:  Objection.

9  BY MR. MORIARTY:

10     Q    And when Mr. Ernst asked you that opinion about

11 the digoxin, he didn't ask anything about what role

12 three times the normal level of diltiazem may have

13 played in causing arrhythmias, did he?

14          MR. ERNST:  Objection.

15          THE WITNESS:  Correct.

16          MR. MORIARTY:  I don't have anything else.

17          Do you have anything else, Don?

18          MR. ERNST:  No.

19          Has anything he said, or questions, changed

20 your opinions at all, Doctor?

21          THE WITNESS:  No.

22          MR. ERNST:  Thank you.  I have nothing else.

23          MR. MORIARTY:  All right.  What do you want to

24 do about reading and signing?

25          MR. ERNST:  Well --

PLAINTIFFS' EXHIBITS 010092

Gordon Lemm, MD

```
 1            MR. MORIARTY:  I prefer that he do it.  So,
 2   you're going to get a transcript, from either a court
 3   reporter or from Mr. Ernst's office or mine.  You just
 4   have to read it, check it for accuracy.
 5            You're going to get a separate sheet of paper
 6   called an errata sheet if you have changes because the
 7   court reporter made mistakes, or you or I made clear
 8   mistakes, you note them on a separate sheet.  Okay?
 9            You can keep the transcript for whatever it's
10   worth.  And then you send the errata sheet back to
11   whomever we tell you to send it to.  It will be to him,
12   me or the court reporter.
13            MR. ERNST:  Let's just stipulate -- do you want
14   the original?  Normally how it's done here is the
15   original is sent directly to the physician; that the
16   physician also has the right to waive signature if he
17   chooses to do so.
18            You have that right, just waive it.  Then you
19   don't have to read it.
20            If you choose to read it, you may certainly do
21   that.  You may make changes or corrections.
22            If you make changes or corrections, you need to
23   put them on an errata sheet.
24            If we can stipulate to this, this is how it's
25   normally done here.
```

PLAINTIFFS' EXHIBITS 010093

Gordon Lemm, MD

1          If you send the original directly to the doctor

2   with a self-addressed, stamped envelope to my office, I

3   will forward the original, or maintain the original and

4   produce it at trial without further notice or subpoena.

5   And I will notify all parties of any changes or

6   corrections.

7          If you would like to have it sent directly to

8   you, that's perfectly okay.

9          MR. MORIARTY:  I didn't follow three quarters

10  of that because it sounds like prop -- some California

11  proposition thing.

12         MS. DONAHUE:  It is the normal custom, perhaps,

13  in California, but we like the original sent to us.

14  Either Mr. Moriarty or my office.

15         MR. ERNST:  Why don't we do this.  Why don't we

16  have the original sent to the doctor with a

17  self-addressed, stamped envelope sent back to you,

18  Alicia or Mr. Moriarty.

19         MS. DONAHUE:  Fine to me.

20         MR. MORIARTY:  Yes.

21         MS. DONAHUE:  Yes, me.

22         MR. ERNST:  Send it to Alicia.

23         I would like a copy.

24         I think that's all we need to do.

25         You can sign under penalty of perjury.

Gordon Lemm, MD

```
 1            Court reporter is relieved of her duties under
 2   the code.
 3            Otherwise, you've got to go to her office and
 4   sign it.
 5            MR. MORIARTY:  No, he's not going to her
 6   office.
 7            MR. ERNST:  We mail it to him.  He can sign
 8   under penalty of perjury with a self-addressed stamped
 9   envelope to Alicia's office.
10            You'll get the original.
11            You agree, Alicia, to notify all counsel of any
12   changes or corrections that this doctor makes in the
13   transcript.
14            MS. DONAHUE:  We usually have him send it back
15   to her, and she sends it to us.
16            MR. ERNST:  That's fine.
17            MS. DONAHUE:  Which I think is the better way
18   than me being under that duty.
19            Everything is fine as long as self-addressed
20   envelope goes to you, and you send us the original, and
21   notify all counsel of any changes.
22            MR. MORIARTY:  I have no idea why an original
23   transcript would go to him when actually what he's
24   writing on is the errata sheet, and then we have to keep
25   track of an original transcript.
```

Gordon Lemm, MD

```
 1          MR. ERNST:  That's the way it's usually done.
 2          THE REPORTER:  We usually stipulate that if the
 3  original is lost or destroyed, a certified copy can be
 4  used in lieu.
 5          MS. DONAHUE:  That's fine.
 6           (Discussion held off the record.)
 7          MR. MORIARTY:  So the left half you'll mark as
 8  Exhibit 6.
 9           (Defendants' Exhibit 6 was marked for
10           identification.)
11           (Deposition concluded at 12:29 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PLAINTIFFS' EXHIBITS 010096

Gordon Lemm, MD

```
 1   STATE OF CALIFORNIA          )
                                  )ss.
 2   COUNTY OF SAN LUIS OBISPO  )

 3

 4                 WITNESS'S CERTIFICATE

 5

 6        I, Gordon Dean Lemm, M.D., declare that the

 7   answers to the foregoing deposition are true to the best

 8   of my knowledge and belief.

 9

10   Dated this      day of                  , 2009.

11

12

13

14                 -------------------------
                     Gordon Dean Lemm, M.D.
15

16

17

18

19

20

21

22

23

24

25
```

PLAINTIFFS' EXHIBITS 010097

Gordon Lemm, MD

```
 1   STATE OF CALIFORNIA          )
                                  )ss.
 2   COUNTY OF SAN LUIS OBISPO    )

 3

 4                    REPORTER'S CERTIFICATE

 5

 6          I, Cindy D. Griffith, a Certified Shorthand

 7   Reporter in and for the State of California, do hereby

 8   certify:

 9          That, prior to being examined, the witness

10   named in the foregoing proceeding was by me sworn to

11   tell the truth, the whole truth and nothing but the

12   truth.

13          That said deposition was taken before me at the

14   time and place therein set forth and was taken down by

15   me in shorthand and thereafter reduced to computerized

16   transcription.

17          I hereby certify that the foregoing deposition

18   is a full, true and correct transcript of my shorthand

19   notes so taken.

20          Dated at San Luis Obispo, California, this 12th

21   day of October, 2009.

22

23                            _____

                              CINDY D. GRIFFITH
24                            CERTIFIED SHORTHAND REPORTER

25
```

PLAINTIFFS' EXHIBITS 010098