# EXHIBIT 601.1

PLAINTIFFS' EXHIBITS 010099

Curriculum Vitae
Gordon D. Lemm M.D.
292 Posada Lane, Ste D
Templeton, Ca 93465
(805) 434-3211
9/30/09

| | | |
|---|---|---|
| Birth Date, Place | | 11-21-1952, San Diego, Ca |
| Professional Occupation | 2/2000 to present | Family Practice M.D.<br>Private Practice<br>Templeton, Ca |
| | 7/1997-2/2000 | Mission Medical Associates<br>Family Practice M.D.<br>Templeton, Ca |
| | 8/1989-7/1997 | Family Practice M.D.<br>Private Practice<br>Templeton, Ca |
| | 6/1984-8/1989 | Emergency M.D./Assistant Director<br>Ventura County Medical Center, Ventura, Ca. |
| Education | 1980-1982 | Family Practice Resident<br>Ventura County Medical Center, Ventura, Ca |
| | 1979-1980 | Internship<br>Family Practice<br>Ventura County Medical Center, Ventura, Ca |
| | 1975-1979 | MD Degree<br>George Washington University School of Medicine, Washington, DC |
| | 1974-1975 | Master's Degree in Biology<br>UCLA |
| | 1970-1974 | B.A. in Zoology<br>UCLA |
| | 1966-1970 | Thousand Oaks High School |



EXHIBIT
1
Lemm

PLAINTIFFS' EXHIBITS 010100

Gordon D. Lemm M.D.

| | |
|---|---|
| Board Certifications and Licensure | American Board of Family Practice 1982 Recertified 1989,1996,2003 |
| | American Board of Emergency Medicine 1989 Recertified 1999-2009 |
| | California Medical License G44422 since 1980 |
| | DEA License AL1051363 Since 1980 |
| Hospital Affiliation | Twin Cities Community Hospital since 8/1989 |