# EXHIBIT 601.6

PLAINTIFFS' EXHIBITS 010122

Patient Name: _Dan McCornack_

Date: 8/16/04

| Medication | 8/16/04 | 8/7/05 | 8/10/05 | 1/24/06 | 8/24/06 | 3/2/07 | 4/3/1 | 6/4/07 | 9/6/07 | 12/5/07 | 1/5/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diltiazem CD 300mg ǯ AM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Diltiazem CD 180mg ǯ pm | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | |
| Lanoxin 0.25mg ī bid | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Allopurinol 100mg iii ǯd | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | |
| Protonix 40mg ǯd | | d'd | | | | | | | | | | | |
| ASA 325mg ǯd | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Prevacid 30mg qd | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Indocin pm | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Adverse Reactions:** Sulfa, Ampicillin, Septra
SIMVASTATIN → nausea

EXHIBIT
6
PENGAD 800-631-6989

9/97 FORMS\MEDSHEET

**PATIENT:** Dan McCornack

| MEDICATION / MG | SIG | Start | Refill Dates --Quantities--Initials | | | | |
|---|---|---|---|---|---|---|---|
| Diltiazem 300mg | T q̄ AM | | 5-28-03 #7 GL/AR | 5-28-03 #90X3 GL/AR | 11/25/03 #90X3 GL/AR | | |
| Diltiazem 180mg | T q̄ pm | | 5-28-03 #90X3 GL/AR | 11/25/03 #90 GL/AR | | | |
| Lanoxin 0.25mg | T bid | | 5-28-03 #14 GL/AR | 11/25/03 #18DX3 GL/AR | | | |
| Allopurinol 100mg | iii qd | | | | | | |
| Zantac 300mg | ī pm | 4-24-03 #30X1year GL/AR | D/C | | | | |
| ASA 325 qDAY | | | | | | | |
| Protonix 40mg | q̄d | | | | | | |
| | | | | | | | |
| | | | | | | | 𝓂 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Allergies: | Sulfa, Ampacillin, Septra | | | | | | |
| | | | | | | | |

PLAINTIFFS' EXHIBITS 010124

6-2

10/01/2009 THU 9:09 FAX 805 541 5168 Ernst & Mattison ☑001/012



# ERNST AND MATTISON
### A LAW CORPORATION

DON A. ERNST
RAYMOND E. MATTISON

1020 Palm Street
P. O. Box 1327
San Luis Obispo, CA 93406
Tel: (805) 541-0300
Fax: (805) 541-5168

CHRISTOPHER J. EDGINGTON
NIGEL A. WHITEHEAD
TERRY J. KILPATRICK

FOUNDED 1980

============== FAX TRANSMITTAL==============

### FAX No: (805) 434-2019

TO:        Dr. Gordon Lemm

FROM:      Don A. Ernst
           Ernst and Mattison

DATE:      October 1, 2009

RE:        **Daniel McCornack**

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
| Santa Cruz County Coroner's report; copy of May 2, 2008 recall letter from Caremark | 12 |
| | |
| | |

COMMENTS:

    Please see attached.

==========================================================================

The information contained in this facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (our toll free number is (800 234-6271) and return the original message to the letterhead address above via U.S. mail. We will reimburse any expense incurred. Thank you for your cooperation.

==========================================================================

6-3

PLAINTIFFS' EXHIBITS 010125

10/01/2009 THU 9:10  FAX 805 541 5168 Ernst & Mattison                                    ☒002/012



**Sheriff-Coroner**
**Santa Cruz County**
**State of California**

**DEATH INVESTIGATION**
REPORT
Case Number: 08-02797

| | | | |
|---|---|---|---|
| **NAME:** | MCCORNACK, Daniel Elwin | **DATE OF BIRTH:** | 2/15/1963 |
| **RESIDENCE:** | 6255 Peachy Canyon Paso Robles CA 93446 | **AGE:** | 45 Years |
| **NEXT OF KIN:** | Kathy McCornack  (Wife) | **BIRTH PLACE:** | CA |
| **ADDRESS:** | 6255 Peachy Canyon Paso Robles CA 93446 | **GENDER:** | Male |
| **NOTIFIED BY:** | Naomi Silva | **RACE:** | Caucasian |
| **IDENTIFIED BY:** | In Person | **MARITAL STATUS:** | Married |
| **LOCATION OF DEATH:** | Private Camp Ground | **OCCUPATION:** | Plant Manager |
| **MANNER OF DEATH:** | Natural | **DEATH DATE:** | 03/23/2008 |
| **CAUSE OF DEATH:** | Cardiac Arrest | **DEATH TIME:** | 00:52:00 |
| **DUE TO:** | Ventricular Arrhymia | **AUTOPSY:** | Yes |
| **DUE TO:** | Atrial Fibrillation | **INVESTIGATOR:** | Naomi Silva |
| **DUE TO:** | Hypertensive and Arteriosclerotic Cardiovascular Disease | **FUNERAL HOME:** | Kuehl-Nicolay Funeral and Cremation |
| **OTHER SIGNIFICANT CONDITIONS:** | Exogenous Obesity | **PROPERTY:** | None |

## SUMMARY OF INVESTIGATION

On Sunday, March 23, 2008 at approximately 0114 hours, I was notified by Net-Com of a death at 4770 Hwy 9, Felton. I was advised by dispatch that Deputy Ryan was on scene and was requesting my response. Prior to arrival I contacted Deputy Ryan by telephone and he briefed me of the circumstances.

Deputy Ryan advised that decedent, Daniel McCornack, is a 45 year old male who resides in Paso Robles. He was on Easter holiday with his immediate and extended family at Smith Woods RV Park in Felton. According to Kathy McCornack, the decedent's wife, they went to bed at approximately 2200 hours. At approximately 0030 hours she attempted to wake her husband up because she thought he was snoring. When she turned the lights on she noticed his face was discolored. She called "911", and emergency crews responded. They attempted heroics, but were unsuccessful, and pronounced him dead at 0052 hours.

Upon arrival I contacted Dep. Ryan who escorted me to the Recreational Vehicle (RV) where Kathy McCornack was waiting, he then pointed out the RV where the decedent was. I introduced myself to Kathy McCornack who was visibly upset. She was sitting with her two teen age sons and her father in law. I introduced myself, offered my condolences, and asked her to describe what had happened.

Kathy McCornack said they had driven out to Smith Woods RV Park, from their home in Paso Robles. She explained that her family, along with their extended family, spends their Easter holidays together.

Signature: _Naomi Silva_   6-4
Naomi Silva, Deputy Coroner

1 of 3

PLAINTIFFS' EXHIBITS 010126

10/01/2009 THU 9:10 FAX 805 541 5168 Ernst & Mattison                    ☑003/012

**Sheriff-Coroner**
**Santa Cruz County**
**State of California**



**DEATH INVESTIGATION**
REPORT
Case Number: 08-02797

They arrived mid-day and set up camp, had dinner and settled around the camp fire. Kathy said her husband, Daniel, had a full day but never complained of being in any discomfort or pain. She informed me that he has had an irregular heart beat for many years, and was on heart medication. She did not have the prescription bottles with her, but provided me with his weekly pill/vitamin organizer.

At approximately 2200 hours Kathy McCornack and her husband went to bed. Kathy said that they were woken at 0030 hours by their two teen-age sons. They had entered their RV from the family camp fire. Kathy said that at approximately 0030 hours she heard her husband making a strange noise in bed. She shook him and told him he was snoring. The noise continued so she turned the light on and noticed his face was discolored. She woke her sons and called "911". She said that she attempted Cardio Pulmonary Resuscitation (CPR), but described only compression to his chest.

I left Kathy McCornack with her family and went to investigate the decedent in a nearby RV. I observed the decedent lying in a supine position on the floor of the large RV. The decedent had been moved from the bedroom to the common area of the RV. The decedent had two defibrillator electrodes attached to the skin of his chest, and an intravenous line in place on the top of his left hand. The decedent was clad in men's briefs. Postmortem rigor mortis was beginning to set in the decedent's jaw and extremities. There was no evidence of struggle or foul play. I did not observe any trauma to the external portion of the decedent's body.

I transported the decedent to the Sheriff-Coroner's Medical Facility where he was placed on a tray and fitted with an identification bracelet and tray tag. I was able to obtain limited medical records for the decedent, which I provided to Dr. Richard T. Mason for his review. All of the decedent's medications were collected and counted. It is unknown if his prescribed medication was being taken as prescribed since they were not in their respective containers.

Dr. Richard T. Mason, a Forensic Pathologist, performed an autopsy on 03/26/2008 at approximately 0730 hours. Dr. Mason determined the cause of death to a cardiac arrest due to ventricular arrhythmia due to, atrial fibrillation, due to hypertensive and arteriosclerotic cardiovascular disease, with contributory causes of exogenous obesity. During the examination, Dr. Mason collected post mortem cardiac blood, urine and liver tissue specimens for toxicological testing at the National Medical Services Laboratory. Dave Cutter, Forensic Technician, sent the listed items to the National Medical Services Laboratory on March 27, 2008 via Federal Express. On April 21, 2008 this Office received the Toxicology Reports regarding decedent Daniel McCornack. On May 2nd, 2008, Dr. Richard Mason requested an additional test be run for the drug Digoxin. The blood sample for this test was already in the possession of the National Medical services Laboratory. This Office received the results for the subsequent test on June 27, 2008. Refer to the attached Toxicology Reports for detailed test results.

Signature: _____
Naomi Silva, Deputy Coroner

6-5

PLAINTIFFS' EXHIBITS 010127

10/01/2009 THU 9:10 FAX 805 541 5168 Ernst & Mattison                              ☑004/012

**Sheriff-Coroner**
**Santa Cruz County**
**State of California**



**DEATH INVESTIGATION**
REPORT
**Case Number:** 08-02797

CONCLUSION:

Based on my investigation and information obtained from the autopsy examination, it is the opinion of this Office that Daniel McCornack succumbed to natural causes.

Signature: _____

Naomi Silva, Deputy Coroner

3 of 3

PLAINTIFFS' EXHIBITS 010128

### SANTA CRUZ COUNTY SHERIFF-CORONER'S OFFICE
### 701 Ocean Street
### Santa Cruz, California
### *  REPORT OF AUTOPSY EXAMINATION  *

---

**AUTOPSY NUMBER:** CA08-037          **FILE NUMBER:** 08-02790

**NAME:** Daniel Mc Cornack          **AGE:** 45 **SEX:** Male

**PLACE OF DEATH:** Smithwood R.V. Park, 4770 Hwy 9, Felton

**DATE/HOUR OF DEATH:** March 23, 2008 @ 0052 Hours

**AUTOPSY PERFORMED:** Santa Cruz County Morgue

**DATE/HOUR OF AUTOPSY:** March 26, 2008 @ 7:30 a.m.

**PATHOLOGIST:** Richard T. Mason, M.D.

**BODY IDENTIFIED BY:** Ankle tag.

**ATTENDING PHYSICIAN:** None.

---

**CAUSE OF DEATH:**          CARDIAC ARREST
                             Due to: Ventricular arrhythmia
                             Due to: Atrial fibrillation
                             Due to: Hypertensive and
                                     arteriosclerotic
                                     cardiovascular disease.

**CONTRIBUTORY:**          Exogenous obesity.

**MANNER:**          Natural.

**DIAGNOSES:**

1.  Hypertensive and arteriosclerotic cardiovascular
    disease with:

6-7

PLAINTIFFS' EXHIBITS 010129

10/01/2009 THU 9:10 FAX 805 541 5168 Ernst & Mattison                                    ☒006/012

Page 1A
CA08-037


**DIAGNOSES, continued**


    A.   Cardiomegaly and left ventricular hypertrophy.
    B.   Coronary arteriosclerosis, mild to moderate.
    C.   Myocardial fibrosis, mild.
    D.   Atrial fibrillation by history.
    E.   Probable ventricular arrhythmia and arrest.

2.   Cerebral edema and congestion.

3.   Pulmonary edema and congestion.

4.   Exogenous obesity, moderate.


RICHARD T. MASON, M.D.
**Forensic Pathologist**


RTM/dp

6-8

PLAINTIFFS' EXHIBITS 010130

Page 2
CA08-037

## EXTERNAL EXAMINATION

The body examined is that of a well-developed, mildly obese, middle-aged white male that appears the stated age of 45 years.  The body is 70 inches in length and weighs 220 pounds.  The scalp hair is medium brown with gray and is cut short measuring 1/4 inch.  The eyes are blue gray with the pupils equal in diameter, measuring 6 mm.  There is an adhesive nostril dilating device attached over the midportion of the nostrils.  There is a short 3/4 inch grayish brown mustache.  Natural teeth in good condition are present in the mouth.  There is a 1-2 mm growth of beard present on the lower face. There is prominent pinkish cyanosis of the anterior face and neck.

Examination of the anterior chest reveals 4 x 6 inch adhesive defibrillator electrodes present over the left lower lateral chest and the right upper anterior chest. Adhesive EKG electrodes are present over the right and left upper anterior chest and the right and left lower abdomen.  The axillae are normal.

Examination of the anterior abdomen reveals it to be mildly obese.  There is a slight umbilical hernia. There are no other marks or wounds are noted on the anterior abdomen.  Normal male external genitalia are present.  The penis is circumcised.

Examination of the lower limbs reveals normal, symmetric, muscular right and left thighs and right and left lower legs.  There is a coroner's identification band present on the right ankle bearing the name: McCornack, Daniel; #08-2790.  The right and left feet are normal.

6-8

PLAINTIFFS' EXHIBITS 010131

Page 3
CA08-037


Examination of the upper limbs reveals normal, symmetric, muscular right and left upper arms and right and left forearms.

The antecubital spaces are clean with no marks or wounds. The right and left forearms are unremarkable. An intravenous line is in position through a needle puncture wound on the dorsum of the left hand. This line is attached to a 1-liter bag of normal saline.

Examination of the hands reveals them to be normal with short intact fingernails.


**INTERNAL EXAMINATION**

<u>HEAD:</u>
Reflection of the scalp reveals an absence of any contusions on the galeal surface. The calvarium is intact. Reflection of the calvarium reveals prominent cerebral edema. The gyri are flattened. The meninges are clear but congested. The brain weighs 1,640 grams. The brain has a normal external morphology except for the edema. The cerebral arteries are normal in distribution and appearance.

Multiple coronal sections through both cerebral hemispheres reveal normal cortex, normal white matter and normal basal ganglia. Sections through the brainstem and cerebellum reveal these structures to be normal.

The dura is stripped from the base of the skull to reveal an intact skull base.

Page 4
CA08-037


NECK:
The hyoid bone, larynx, trachea, soft tissues, cervical spine are intact. The airway is fully patent.

BODY CAVITIES:
The pericardial cavity contains 25 mL of clear yellow fluid. There is no excess fluid in the pleural or peritoneal cavities.

CARDIOVASCULAR SYSTEM:
Heart weight 500 grams. There is cardiomegaly and left ventricular hypertrophy. The epicardial surfaces are smooth and glistening. The heart valves are normal. The atria are normal in size. The endocardial surfaces of the atria and ventricles are normal in appearance. Dissection of the coronary arteries reveals abundant, scattered, flattened atherosclerotic plaque in the right coronary artery, which is of greatest circumference compared to the LAD and the circumflex coronary arteries. There is flattened atherosclerotic plaque in a small left anterior descending coronary artery. There is a minimal amount of atherosclerotic plaque in the left circumflex coronary artery. Multiple cross sections through both ventricles of the heart reveal some mild diffusely distributed myocardial fibrosis. There is cardiomegaly and left ventricular hypertrophy with the left ventricle measuring 16 mm in thickness and the right ventricle measuring 4 mm in thickness. There are no foci or evidence of old or recent myocardial infarction.

Examination of the aorta reveals it to be smooth with minimal focal atherosclerosis. The superior and inferior vena cavae are intact and normal with no thromboemboli.


PLAINTIFFS' EXHIBITS 010133

6-11

Page 5
CA08-037


RESPIRATORY TRACT:
Lungs, weight right 830 grams, left 840 grams. There
is severe bilateral pulmonary edema and congestion.
Bloodstained watery fluid runs from the cut surfaces of
all lobes of both lungs. There are no foci of
consolidation. The major bronchi contain a small
amount of bloodstained edema fluid. The pulmonary
arteries are widely patent with no thromboemboli.


LIVER:
Weight 2,550 grams. The smooth, light, reddish tan
capsular surface is intact. The liver is enlarged and
there is fatty metamorphosis. The parenchyma is light
pinkish tan and fractures easily on digital pressure.
There is no increase in fibrous tissues to palpation.
The intra and extrahepatic blood vessels and bile ducts
are grossly normal. The gallbladder is thin-walled and
contains 1 mL of light brown transparent bile.


SPLEEN:
Weight 470 grams. This organ is enlarged and
congested. The dark gray brown capsular surface is
intact with no evidence of trauma. The parenchyma is
dark red brown firm.


PANCREAS:
Weight 210 grams. Normal, pale tan, lobular, autolyzed
parenchyma is noted on cut section.


ENDOCRINE SYSTEM:
The pituitary, adrenal and thyroid glands are grossly
normal.


GENITOURINARY TRACT:
Kidneys, weight right 230 grams, left 220 grams. The
cortical surfaces of both kidneys are smooth, dark red,

PLAINTIFFS' EXHIBITS 010134

6-12

Page 6
CA08-037


congested.   Normal corticomedullary markings are noted
on sagittal section.   The calyces, pelves, ureters are
normal.   The urinary bladder contains 200 mL of clear
yellow urine.   The prostate and seminal vesicles are
normal.   The testes are normal to palpation.   A normal
circumcised penis is present.

GASTROINTESTINAL TRACT:
The esophageal mucosa is autolyzed.   The gastric mucosa
is autolyzed.   The stomach contains 1130 grams of
viscous, masticated, pale tan food material containing
fragments of vegetable material and meat.   The small
and large bowel are grossly normal. The vermiform
appendix is present and normal.

MUSCULOSKELETAL SYSTEM:
The musculoskeletal system normal.   There is exogenous
obesity and the abdominal panus is 4.5 cm in thickness.

URINE DRUG SCREEN:
Medtox Immunochromatographic plate
THC:                        Negative.
Opiates:                    Negative.
Amphetamines:               Negative.
Cocaine:                    Negative.
PCP:                        Negative.

6-13



**CVS**
**CAREMARK** | **CAREMARK**

May 2, 2008

Daniel McCornack
6255 Peachy Canyon Rd
Paso Robles, CA 93446-7680
|||....||.|.|.||.|.||.||.|.|.||.|.|.||.|.||.|...||.|.|.||.|.||.||

Dear Plan Participant:

CVS Caremark is committed to your safety and to providing you with important news about your medicines. As part of this commitment, we are sending you information that may be valuable to you.

On April 25, 2008, Actavis Totowa® LLC, the manufacturer of Digitek® 0.125 mg and Digitek 0.25 mg tablets, issued a Patient Level Recall of all lots of these products as a precaution **because the tablets may be double the appropriate thickness and could contain twice the approved level of active ingredient.** Because of this, the manufacturer is recalling all lots of these products.

Actavis manufactures the products for Mylan and the products are distributed by Mylan and UDL under the Bertek and UDL labels. Bertek and UDL are affiliates of Mylan.

This recall only affects Digitek 0.125 mg and Digitek 0.25 mg Mylan and UDL under the Bertek and UDL labels. No other digoxin products are affected by this issue.

If you filled a prescription for Digitek 0.125 mg or Digitek 0.25 mg tablets between **January 28, 2008** and **April 28, 2008**, we will be sending replacement product to you that is not affected by this recall at no cost to you. You will also receive instructions on how to return your remaining Digitek.

If you have product on hand from an order before **January 28, 2008**, please contact our Customer Care department, toll-free at **1-800-966-5772.**

**Please do not stop your digoxin therapy without talking to your doctor. Stopping digoxin therapy suddenly can cause serious health problems.** Please contact your doctor to obtain a new prescription for a short term retail supply if necessary.

For more information on this issue you may contact the U.S. Food and Drug Administration (FDA) consumer inquiry line toll-free at 1-888-INFO-FDA (1-888-463-6332) or by accessing the FDA Web site at www.fda.gov.

If you have questions regarding your prescription coverage, please contact a Customer Care representative toll-free at the Customer Care number listed on your benefit ID card or in your Welcome Kit. You can reach us 24 hours a day, seven days a week. You may also access our Web site at www.caremark.com. If you have a hearing impairment and need telecommunications device (TDD) assistance, please dial the toll-free TDD number located on your benefit ID card.

We are dedicated to plan participant safety and look forward to your continued participation in the Caremark Mail Service Pharmacy program.

Sincerely,

Jan Berger MD MJ

Jan Berger, MD, MJ
SVP, Chief Clinical Officer
Medical Affairs
CVS Caremark

This page contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.
Your privacy is important to us. All our employees are trained regarding the appropriate way to handle your private health information.
105-14158k                                                                                    43311-332313100

6-14

*Gordon D. Lemm M.D.*                                      *Hendrik F. Breytenbach M.D.*

## PATIENT INFORMATION

Patient Name __Dan McCormack__          Sex (M) F   Date of Birth __2/15/63__

Telephone # Home (___) __238-5208__ Cell (___) __441-4257__ Office (___) __226-3132__

Mailing Address __6255 Peachy Cyn. Rd.__          SS# __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__

City __Paso Robles__          State __CA__          Zip Code __93446__

Street Address *(Only if different from the above address)* _____

Emergency Contact __Kathy McCormack__ Cel# (___) __610-0750__ Relationship __Wife__

### *Patient Employer Information*

Employer Name __Lubrizol__          Tel# __239-1550__

Street Address __3115 Propeller Dr.__ City/State __Paso Robles__ Zip __93446__

Occupation __Plant Manager__

### *PRIMARY Insurance Information  (If Incomplete/Invalid you will be responsible for payment)*

Insurance Company Name __Health Design Plus__
Effective Date __4/02__          ID# __102748__          Group# __LU1__

### **Name of person who provides the insurance coverage**Policy Holder (If not patient)*

Name of Insured __Patient__          SS# _____          Birthdate _____
Relationship to patient _____          Employer _____

### *SECONDARY Insurance Information (If Incomplete/Invalid you will be responsible for payment)*

Insurance Company Name _____
Effective Date _____          ID# _____          Group# _____

### **Name of person who provides the insurance coverage**Policy Holder (If not patient)*

Name of Insured _____          SS# _____          Birthdate _____
Relationship to patient _____          Employer _____

### *INFORMATION AND ASSIGNMENT OF BENEFITS*

I authorize the release of any medical information necessary to process this claim.
I permit a copy of this authorization to be used in place of the original.

I hereby authorize Dr. Lemm and/or Breytenbach to apply for benefits on my behalf for covered services
rendered by him, or by his order. I request payment from my insurance company be made directly to
Dr.Lemm / Breytenbach (or to the party who accepts assignment). This authorization may be revoked by
either me or my insurance company at any time in writing.

I certify that the information I have provided is true and correct.

Signature __Dan McErie__          Date __1/8/08__

PLAINTIFFS' EXHIBITS 010137

6-15

# RECEIPT OF NOTICE PRI ACY PRACTICES WRITTEN ACKN VLEDGEMENT FORM

**Patient's Name:** _Dan MCormack SR_

**Patient's Date of Birth:** _2/15/63_      **Patient's SSN:** _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_

I give my permission to discuss medical information with the following family members or designated persons. I understand that due to HIPPA guidelines, medical information will only be discussed with me and those listed below. Medical information may include but is not limited to appointments, prescriptions, and test results.

1. _Kathy MCormack_ _____ DOB _9/7/66_ RELATIONSHIP _wife_ TEL.# _238-5208_
2. _____ DOB_____ RELATIONSHIP_____ TEL.#_____
3. _____ DOB_____ RELATIONSHIP_____ TEL#_____

**Circle One**

I give permission to have telephone messages left on my answering machine.      (YES) NO

I give permission to send written communication to my home address.      (YES) NO

I give permission to leave **messages** / **call back number** at my work

   Telephone number.      (YES) NO

I give permission to send written communication to my work or office.      YES (NO)

**Notice to Patient:** By signing this form, you grant us consent to use and disclose your protected health care information for the purposes of **treatment**, various activities associated with **payment** and **health care operations**. Our Notice of Privacy Practices provides more details on our treatment, payment activities and health care operations. If there is not a copy of the Notice accompanying this Consent form, please ask for one. We encourage you to read it since it provides details on how information about you may be used and/or disclosed and describes certain rights you have regarding your health care information. As stated in our **Notice of Privacy Practices**, we reserve the right to change our privacy practices. If we should do so, we will issue a revised Notice. Since revisions may apply to your health care information, you have a right to receive a copy by contacting our Privacy Officer. You have the right to **revoke** your Consent by giving written notice to our Privacy Officer. The revocation will not affect actions that were already taken in reliance upon this Consent. You should also understand that if you revoke this Consent we may decline to treat you. You are entitled to a copy of this **Consent Form** after you have signed it.

## <u>This authorization will be in effect until it has been revoked in writing.</u>

*(To Be Completed by Patient or Patient's Representative)*

I, _Dan MCormack SR_ , have read the contents of this Consent Form and the Notice of Privacy Practices. I understand that I am giving you my consent to use and disclose my health care information to carry out treatment, payment activities and health care operations.

_Dan MCormack_ _____      _8/16/04_  _7/25/06_

Patient's Signature or Signature of Patient's Representative      Date      _3/2/07_

                                                     (JM)

_____      _____      _1/8/08_ (KM)

Printed Name of Patient's Representative      Relationship to Patient

    Our Privacy Officer can be contacted as follows:

**Name of Privacy Officer: TERI LEMM**

**Practice Address:   292 Posada Lane Ste. D.      Phone: 805 434-3211**

               **Templeton, Ca.  93465      Fax:  805 434-2019**

---

**HIPPA Consent for Use / Disclosure of Health Information**

*This form does not constitute legal advice and covers only federal, not state, laws.*

PLAINTIFFS' EXHIBITS 010138

_6-16_

**LUBRIZOL PPO**
Group Number: LU1

*Lubrizol* 

Participant Name:   DANIEL MCCORNACK

Participant ID
Number:   1027478

1715



For questions regarding your medical eligibility, benefits or claims, call Health Design
Plus at **1-800-893-0777** or visit www.hdplus.com for member online services

To verify a network provider, call First Health at **1-800-226-5116**
or visit their website at www.myfirsthealth.com

First Health Network

---

**For Pre-Certification:**

Your Plan may require pre-certification for certain treatments and procedures
Refer to your Summary Plan Description (Resource Guide) for plan specifics

To certify medical services, call Health Design Plus at **1-888-4MEDREP**

Call **Behavioral Health Systems** at **1-800-221-1150**
to pre-certify or ask questions regarding mental health/substance abuse coverage and claims

**BHS.**
BEHAVIORAL HEALTH SYSTEMS

**For Providers Only:**
Submit all medical claims via electronic submission in HCFA 1500/UB 92 format to
EDI number – 34158
Or submit paper claims in current standardized format to:
Health Design Plus
P.O. Box 2581
Hudson, OH  44236-2581
To verify medical eligibility, benefits or claims call Health Design Plus at **1-800-893-0777**.

*This card is for identification purposes only and does not guarantee coverage.*   1-08

JAN 0 8 2008

6·17

PLAINTIFFS' EXHIBITS 010139

**Gordon D. Lemm M.D.**                           **Hendrik F. Breytenbach M.D.**

## OFFICE POLICY AND PROCEDURES

We are committed to providing you with the best possible care. In order to achieve this goal, we need your assistance and understanding of our office policies and procedures.

### Primary Insurance
We will bill your **PRIMARY** insurance as a courtesy to you.
A current insurance card **must** be provided at the beginning of **each** visit. Payment will be expected at the time of service if eligibility cannot be verified.

### Secondary Insurance
We **do not** submit claims to secondary insurances **UNLESS** the secondary is an HMO or Medicare.

### Insurance Benefits
Please contact your insurance company prior to services being rendered to see if they will be covered under your policy, especially when they are preventive visits or procedures.

### Medicare Patients
A telephone call to your secondary/supplemental insurance company will confirm that Medicare claims are automatically transferred for processing.
You will receive a statement from our office if payment from your supplemental insurance is not received within approximately 30 days of Medicare's payment.

### Payments
Co-pays, co-insurance, and deductible amounts are **due at the time of service**.
Patients without insurance are expected to pay in full at the time of service.

We accept cash, checks, VISA, MasterCard, American Express, Discover and debit cards with the Visa or MasterCard logo.
*We realize financial circumstances or situations may affect timely payment. In such situations, please call our office so we may assist you in making payment arrangements to keep your account in good standing.*

### Third Party Liability
If your visit is a result of a Third Party Accident you will be expected to pay the full charges and may seek reimbursement from the third party yourself.

### Workers Compensation
We do not see patients for work related illness or injury.

### Appointments:
A $25.00 charge may be applied for missed appointments and for appointments canceled with less than 24 hour advance notice. If a patient repeatedly misses or cancels an appointment, the patient may be dismissed from the practice.

PLAINTIFFS' EXHIBITS 010140

6-18

**Returned Checks:**
All returned checks are subject to a $25.00 non-sufficient funds (NSF) fee.

**Collection Procedures:**
We reserve the right to forward any past due balance(s) to a third party for collection purposes.

**Form Fee:**
There will be an additional $25.00 fee for the filling out of forms including but not limited to: all DMV forms, disability, Residential Care Facility Exam (RCFE) and CMN.

**Medication Refills Policy:**
Please allow 48 hours for refill requests to be processed. If you already have an <u>existing</u> prescription, please call your local pharmacy and ask them to fax a refill request to our office.
On <u>Friday's</u> to assist you better, please make sure requests are in by **10:00AM**. The doctor is only here till noon on this day.

**We reserve the right to dismiss any patient from this practice at the doctor's discretion.**

*Please do not hesitate to ask us if any of the above information is unclear.*

**I acknowledge and understand the office policies and procedures explained above.**

Patient Name **(print)** _Dan McCormack_

Signature of Patient _Dan McG_____ Date _1/8/08_

*Patient received a copy*       Yes _____       No ✗_____

**Required if the patient is a minor or adult who is unable to sign this form**

Patient Representative Name **(print)** _____

Signature of Representative _____

Relationship of Patient Representative to the Patient _____

Date _____

We sincerely appreciate your cooperation.

Dr. Gordon D. Lemm M.D.      and      Dr. Hendrik F. Breytenbach M.D.

6-19

PLAINTIFFS' EXHIBITS 010141

*Gordon D. Lemm M.D.*                                      *Hendrik F. Breytenbach M.D.*

## PATIENT INFORMATION

Patient Name _Dan McCormack SR._ Sex (M) F  Date of Birth _2/15/63_

Mailing Address _6255 Peachy Cyn. Rd._ SS# _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_

City _Paso Robles_ State _CA_ Zip Code _93446_

Telephone # Home _(805) 238-5208_ Cell _(805) 441-4257_ Office _(805) 226-3132_

Emergency Contact _Kathy McCormack_ Tel# _(805) 238 5208_ Relationship _wife_

Street Address (only if different from above) _____

City_____ State_____ Zip Code_____

*Patient Employer Information*

Employer Name _Lubrizol_ Tel# _805-239-1550_

Street Address _3115 Propeller DR_ City/State _CA_ Zip _93446_

Occupation _Plant Manager_

*Insured Person (This is mandatory information if the patient is NOT the insurance holder)*

Name of Insured_____ SS#_____ Birthdate_____

Relationship to patient_____ Employer_____

*Insurance Information*

Insurance Company Name _Health Design Plus_

Effective Date_____ ID# _1027478_ Group# _LU1_

## INFORMATION AND ASSIGNMENT OF BENEFITS

I authorize the release of any medical information necessary to process this claim.
I permit a copy of this authorization to be used in place of the original.

I hereby authorize Dr. Lemm / Breytenbach to apply for benefits on my behalf for covered services rendered by him, or by his order. I request payment from my insurance company be made directly to Dr.Lemm / Breytenbach (or to the party who accepts assignment). This authorization may be revoked by either me or my insurance company at any time in writing.

I certify that the information I have reported is true and correct.

Signature _DanMc_____ Date _3/2/07_

PLAINTIFFS' EXHIBITS 010142

6 20



## LUBRIZOL PPO
**Group Number: LU1**

**LUBRIZOL**  **HEALTH DESIGN PLUS**

Participant Name: DANIEL MCCORNACK

Participant ID
Number: 1027478

1787

For questions regarding your eligibility, benefits or claims, call Health Design Plus at 1-800-893-0777 or visit us at www.hdplus.com for our plan member online services.

To verify a network provider, call First Health at **1-800-226-5116** or visit their website at **www.myfirsthealth.com**

First Health Network     Cancer Manager Program™

**For Pre-Certification:**

Your Plan may require pre-certification for certain treatments and procedures.
Refer to your Summary Plan Description (SPD) for plan specifics

To certify medical services, call Health Design Plus at **1-888-4MEDREP**.

Call **Behavioral Health Systems** at **1-800-245-1150** for questions or to pre-certify mental health/substance abuse coverage

**VBHS**
BEHAVIORAL HEALTH SYSTEMS

**For Providers Only:**
Submit electronic claims using Electronic Data Interchange (EDI) to: **#34158**
Health Design Plus strongly encourages providers to submit claims electronically to expedite processing.
OR
Health Design Plus
P.O. Box 2581
Hudson, OH 44236-2581
Providers: To verify eligibility, benefits or claims, call Health Design Plus at 1-800-893-0777.

This card is for identification purposes only and does not guarantee coverage.     1-07

MAR 0 2 2007

PLAINTIFFS' EXHIBITS 010143

6 21

03/24/2008   09:57    8314543553    PAGE  01

SANTA CRUZ COUNTY SHERIFF-CORONER
Steve Robbins, Sheriff-Coroner
701 Ocean St. Room 340
Santa Cruz, CA  95060



# SANTA CRUZ COUNTY SHERIFF-CORONER



# Investigation   Division

## Facsimile Transmittal Form

| To : <br> Dr Lem's Office, <br> Arlene in Medical Records | Voice Line:  (805) 434-3211 <br> Fax Line:    (805) 434-2019 |
|---|---|

| From: | Naomi Silva <br> Deputy Coroner <br> Investigations Division; Coroner's Section <br> Voice Line:  (831) 454-2520 <br> Fax Line:    (831) 454-3553 |
|---|---|

### Number of Pages (Including Cover) __1_____

Urgent        For Review        ☐ Please Comment        ☐ Please Reply        ☐ Please Recycle

● **Comments: We are investigating the death of Daniel Mc Cornack, DOB of 02/15/1963. He
passed away on 03/23/2008. We are requesting any medical records you have regarding the
care and treatment she received. As always if there are a large amount of records, we are
mainly after the physical history statements. Call me if there are lots of records, and someone
from our office with come pick them up. Thank you. Naomi Silva**

**CONFIDENTIAL:** This fax is intended only for the use of the individual or entity to which it is addressed
and may contain information that is privileged, confidential and exempt from disclosure under
applicable law.  If you are not the intended recipient, you are hereby notified that any use,
dissemination, distribution or copying of this communication is strictly prohibited.  If you received this in
error, please call the sender at the phone number listed above.

*Records faxed 3-24-08
10:50. at*

6-22

PLAINTIFFS' EXHIBITS 010144

08/13/2009  23:25    7146- 791    EZ COPY                PAGE  02

DEPONENT: DR. GORDON LEMM  (TAG 1)
RECORDS PERTAIN TO: DANIEL E. MCCORNACK, SR
RECORDTRAK FILE #: 196975 DATE OF BIRTH: 02/15/1963 SOCIAL SECURITY #: ###-##-7837
RECORD IDENTITY:

**DGT.CG01**

*196975.1*

1. ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND  WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE, QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHER PHYSICIANS.  PLEASE ALSO INCLUDE THE PATIENTS INFORMATION SHEET.PLEASE BE  SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL RECORDS LOCATED IN  STORAGE.2. SIGNED CERTIFICATION PAGE IS REQUIRED.

## SECTION I  CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the duly authorized custodian of records or other qualified witness, and having the authority to certify the attached records declare the following: the attached records (1) were made at or near the time of the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; and (3) were created as part of the regular practice of the provider, and that:

A –  X  page(s) of the original records described was made available to the attorney's representative for copying at our place of business.

B – a true, legible and durable copy of _____ pages of the described records was delivered to the attorney's representative.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _8/18/09_        at (city,state) _Templeton  CA_

Signature _Arleen Buzzelli_     Print Name _Arleen Buzzelli_

Phone Number _____        Department _____

E-mail Address to Forward Requests for Production of Records/Materials: _____

## SECTION II  CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization, for the following reason:

☐  All records for the time period in question have been destroyed in accordance with our document retention policy which is ___ years.

☐  Our records are the same as _____.

☐  Original records are in the possession of _____.

☐  (other) _____.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _____        at (city,state) _____

Signature _____        Print Name _____

Phone Number _____        Department _____

E-mail Address to Forward Requests for Production of Records/Materials: _____

### THIS PAGE MUST BE COMPLETED, SIGNED AND RETURNED.

### RECORDS

*Tricounties Urology*
*copied 8-19-09.*
*ab*

6-23

PLAINTIFFS' EXHIBITS 010145



**RECORDTRAK**
*THE TRACK RECORD OF SUCCESS*

`* 1 9 6 9 7 5 . 1 *`

# DGT.CG01

651 Allendale Road
P. O. Box 61591
King of Prussia, PA 19406
Phone:   (800) 220-1291
Fax:     (610) 354-8946

---

August 7, 2009                          **Re:   DANIEL E. MCCORNACK, SR**

.

**MEDICAL RECORDS**
**DR. GORDON LEMM**
**292 POSADA LANE**
**SUITE D**
**TEMPLETON CA  93465**

|  |  |  |  |
|---|---|---|---|
| SS #: | ###-##-7837 | | |
| DOB. | 02/15/1963 | DOD: | 03/23/2008 |
| RT FILE #: | 196975 | TAG #: | 1 |

Dear Record Custodian:

Attached is **an authorization**  requiring you to furnish *RECORDTRAK* with the following materials on or before August 17, 2009:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION.  INCLUDE OFFICE AND HAND WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE, QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHER PHYSICIANS. PLEASE ALSO INCLUDE THE PATIENTS INFORMATION SHEET.PLEASE BE SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL RECORDS LOCATED IN STORAGE.
2. SIGNED CERTIFICATION PAGE IS REQUIRED.

◄

**Please fax responses along with our request and certifications to RecordTrak at the fax number listed above. If the records are too voluminous to fax, please provide them on CD or mail paper copies to the address listed above.**

Before copying and/or invoicing, call or fax *RECORDTRAK* with a page count and pricing for approval. Please include your federal tax id number on all invoices. Refer to File # 196975 Tag 1 in any correspondence.

Very Truly Yours,

*RecordTrak Representative*
**Phone: (800) 220-1291**

---

> # *IMPORTANT:*
> ## *\*\*RESPONSES WILL NOT BE ACCEPTED WITHOUT COMPLETED AND SIGNED CERTIFICATION(S).\*\**

6·24

To: DR. GORDON LEMM
292 POSADA LANE
SUITE D
TEMPLETON, CA 93465

*RECORDTRAK*
651 Allendale Road
P. O. Box 61591
King of Prussia, PA 19406

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF INFORMATION PURSUANT TO 45 C.F.R. 164.508

| | |
|---|---|
| Patient Name: | Daniel E. McCormack, Sr. |
| Identification: | Date of Birth 2/15/53 Date of Death 3/23/08 Soc. Sec. 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<br>Parents Name/Previous Name(s) |
| Provider:<br>(Who is releasing<br>the information) | DR. GORDON LEMM |
| Requestor:<br>(to whom the information<br>will be provided) | Name RecordTrak<br>Address 651 Allendale Road<br>King of Prussia, PA 19406 |

Information Requested: I authorize the disclosure of all protected medical information, from the time period 1998 to present, in written or electronic form for the purpose of review and evaluation in connection with a legal claim. I expressly request that all covered entities under HIPAA identified above disclose full and completed protected health information, including, but not limited to, the following:

- All medical records, including, but not limited to: inpatient, outpatient & emergency room treatment; all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes; and records received from other physicians or health care providers;
- All laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram & cardiac catheterization reports;
- All radiology films; myelograms; CT Scans; photographs; bone scans; pathology, cytology, histology, autopsy, immuno-histo chemistry specimens;
- All pharmacy prescription records, including, but not limited to: NDC numbers and drug information handouts/monographs
- All billing records, including, but not limited to: all statements, itemized bills and insurance records.
- All documents related to amendment of any record requested.

Purpose of Release: For the purpose of review and evaluation in connection with a legal claim.

This authorization expires when the following event occurs: the resolution of litigation. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken in reliance upon it, by giving written notice to RecordTrak. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. This information, once it is released, may be re-disclosed by the recipient, and if re-disclosed, the information would no longer be protected by the federal privacy rule. Any facsimile, copy or photocopy of this authorization authorizes you to release the records requested herein.

Signature of Patient if 18 years of age or older ___*Kathy McCormack*___ Date 7/29/2009

Signature of Parent or Legal Representative _____ Date _____

Relationship to Patient, if not signed by Patient ___*Wife of Daniel G. McCormack Sr., deceased*___

SPECIFIC authorization for release of information protected by state or federal law in addition to the authorization and other provisions contained above, hereby incorporated by reference, I authorize: (i) the release of data and information to RecordTrak; and (ii) RecordTrak's re-disclosure of the data and information to its consultants, experts, agents, and/or other counsel; any and all data, notes, records, reports, and/or any other documents and information relating to:

X 1. Substance Abuse (Alcohol/Drug)   X 2. Mental Health (includes psychological testing)   X 3. HIV-related information (AIDS related testing)

This form does not authorize re-disclosure of medical information beyond the limits of this consent. Where information has been disclosed from records protected by federal law for alcohol/drug abuse records or by state law for mental health records, federal requirements (42 C.F.R. Part 2) and state requirements prohibit further disclosure without specific written consent of the patient, or as otherwise permitted by such law and/or regulations. A general authorization for the release of medical or other information is not sufficient for these purposes. Civil and/or criminal penalties may attach for unauthorized disclosure of alcohol/drug abuse or mental health information. Federal regulations state that any person who violates any provision of this law shall be fined not more than $500, in the case of a first offense, and not more than $5000 in the case of each subsequent offense. Drug Abuse Office and Treatment Act of 1972 (21 U.S.C. 1175); Comprehensive Alcohol Abuse Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (42 U.S.C. 4582).

Signature of Patient if 18 years of age or older_____ Date _____
Signature of Parent or Legal Representative_____ Date _____
Relationship to Patient, if not signed by Patient _____

Am. Digitek® Plaintiff Fact Sheet                                    Page 21

6-25

PLAINTIFFS' EXHIBITS 010147



## *URGENT REQUEST FROM RECORDTRAK*

**Date: August 7, 2009**

**MEDICAL RECORDS**
**DR. GORDON LEMM**
**292 Posada Lane Suite D**
**Templeton CA  93465**

|  |  |  |
|---|---|---|
| TO: | **DR. GORDON LEMM** | |
| ATTN: | | |
| FAX #: | 1(805)434-2019 | |
| PAGES: | | |
| FROM: | **RecordTrak Representative** | |
| RE: | **DANIEL E MCCORNACK. SR** | |
| RT #: | **196975**      Tag #:  **1** | |

| Message: |
|---|
|  |

**ANY QUESTIONS OR PROBLEMS PLEASE CALL**

**Phone :  (800) 220-1291**
Llamadas en español, marque (800) 496-4788
**Fax#  (610) 354-8946**

PLAINTIFFS' EXHIBITS 010148

6-26

02744-02

# ADVANCED LEGAL SERVICES

1026 Palm Street, Suite 202
San Luis Obispo, CA 93401
Phone: (805)542-0511 | Fax: (805)542-0512

May 28, 2008

**Custodian of Records**
**Gordon Lemm, M.D.**
**292 Posada Lane, Suite D**
**Templeton, CA 93465**

Dear Custodian of Records,

Advanced Legal Services has been employed by Ernst & Mattison to obtain records regarding
the patient listed below. Attached please find an Authorization for Release of Medical
Information on the following individual:

| Records Of: | **Daniel Elwin McCornack, Sr.** | Records Requested: |
|---|---|---|
| DOB: | **02/15/1963** | ☒ **Medical Records** |
| SSN: | **XXX-XX-7837** | ☒ **Radiology** |
| | | ☒ **Billing** |

Please contact our office when records are ready to be copied. Our onsite service is available to
copy requested records at your place of business during normal business hours.

Or you may mail the records requested to our office at the following address:

Advanced Legal Services
1026 Palm Street, Suite 202
San Luis Obispo, CA 93401

**If any additional fees are required, please call our office before copying records.**

If you have any questions regarding the production of business records, please contact our
office at 805.542.0511.

Sincerely,

Advanced Legal Services

*notified chart ready 6-6-08*
*ck rcvd*
*billing records ready*
*DONE*
*6-27*

PLAINTIFFS' EXHIBITS 010149

**AUTHORIZATION TO RELEASE OR RECEIVE PROTECTED
HEALTH CARE INFORMATION PURSUANT TO THE HEALTH
INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPPA)**

**Identification of Entities:**

Records Subject: _Daniel Elwin McCornack SR_ Date of Birth: _2·15·1943_

Name of Requestor: _ERNST and MATTISON_ Date of Injury: _3·23·2008_

Name(s) of Provider(s): _____

_____

Pursuant to the Health Insurance Portability and Accountability Act (HIPPA) privacy regulations, 45 C.F.R. § 164.508, the provider(s) listed above is/are hereby authorized to release to ERNST and MATTISON, or any of its agents or representatives, *__all medical records, including but not limited to__*: office notes, history, physical, consultation notes, discharge summary, medical reports, doctors' orders, progress notes, laboratory results, nurses' notes, emergency room records, operative records, inpatient records, outpatient records, records and films of x-rays, MRI, CAT scans, or other types of scans, pharmacy and drug records, medical bills, health insurance records, Medi-Caid, Medi-Care or Medi-Cal records, concerning any medical treatment of health care services that I have received from you, at your institution, as well as all such records which you keep in the regular course of business and are found in my medical file.

I hereby authorize release of all records regarding mental health or psychiatric treatment, chemical dependency or HIV records.

A photostatic copy of this authorization shall be as valid as the original.

The purpose of this authorization and request is to permit my attorneys to obtain ALL medical information pertaining to my physical and mental condition. This authorization expires two years from the date of the signature. The aforementioned expiration date has not passed as this matter is ongoing.

I have the right to revoke this authorization in writing by providing a signed, written notice of revocation of the health care provider(s) listed above and to ERNST and MATTISON. Medical providers may not condition treatment or payment on whether the above listed patient executes this authorization. The information disclosed pursuant to this authorization may be subject to redisclosure and no longer protected by the privacy regulations promulgated pursuant to the Health Insurance Portability and Accountability Act (HIPPA).

DATED: _5/20/08_       Signed: _Kathy McCornack_
                          (Signature of Records Subject/Spouse/Parent
                          Conservator/Guardian/Representative)
                          _Wife of Daniel McCornack_
                          _Kathy McCornack_
                          Type or Print Name

            Witness: _____

PLAINTIFFS' EXHIBITS 010150

6·28

# AUTHORIZATION TO RECEIVE OR RELEASE CONFIDENTIAL INFORMATION

**Identification of Entities:**

Records Subject: _Daniel Elwin McCormack SR._ Date of Birth: _2·15·1963_

Name of Requester: _Ernst and Mattison_ Date of Injury: _3·23·2008_

Name(s) of Provider(s): _____

_____

_____

_____

_____

**Explanation:**
This authorization to receive or release confidential information is to comply with the terms of the appropriate governing codes, including California Civil Code Section 56 et seq., California Evidence Code Section 1158, and others.

**Authorization:**
I, the undersigned, hereby authorize the Provider(s) named above to furnish to an agent, designee or representative of the Requester named above any and all records pertaining to medical history, services rendered or treatment given to Records Subject named above for the purpose of:
legal evaluation

**Duration:**
This authorization shall become effective immediately and shall remain in effect as long as necessary for Requester to fulfill the obligations required by the activities undertaken (not to exceed on year).

**Restrictions:**
I understand that the same restrictions for receipt or release of confidential information apply to Requester as to a Provider, and that no further authorization is made than is specifically indicated in this form.

**Additional Copy:**
I understand that a photocopy of this authorization is to be considered as valid as the original. I further understand that I have the right to receive a copy of this authorization upon my request.

**Signature:**
Date: _5/30/08_  Signed: _Kathy McCormack_
(Signature of Records Subject/Spouse/parent/conservator/guardian/representative)
wife of Daniel McCormack
_Kathy McCormack_
Type or Print Name

Witness: _____

PLAINTIFFS' EXHIBITS 010151

**GORDON D. LEMM, M.D.**
292 POSADA LANE, SUITE D
TEMPLETON, CA 93465

(805) 434-3211 TEL.          DEA #  AL 1051363
                             LIC. #  G44422

NAME _Dan McCormack_          AGE _____

ADDRESS _DoB 2-15-63_     DATE _10-14-04_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

Rx

Ref: Dr. Carr

Dx: L5 S disc protrusion

Refill _____ times

DO NOT SUBSTITUTE          _Gordon D. Lemm M.D_

To ensure brand name dispensing, check and initial box.

                              3LFP1132847

10-14-04
11 10-15-04

PLAINTIFFS' EXHIBITS 010152

6-30

# FAX COVER SHEET

*Gordon D. Lemm, MD*
*phone (805)434-3211*

*Hendrik F. Breytenbach, MD*
*phone (805)434-3791*

*292 Posada Lane Suite D*
*Templeton, CA  93465*
*Fax (805)434-2019*

Date: _8-26-04_

Send to: _Dr. Genrrese_          Attn: _____

Fax number: _650-725-8418_     Number of pages, including cover _5_

Re: _Dan McCornack_

Comments: _____
_____ *At referal - see Dr's notes* _____
_____ *Thank you* _____
_____
_____
_____

*The documents accompanying this transmission contain confidential health
information that is legally privileged.  This information is intended only for the
use of the individual or entity named above.  The authorized recipient of this
information is prohibited from disclosing this information to any other party
unless required to do so by law or regulation and is required to destroy the
information after its stated need has been fulfilled.*

*If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution, or action taken in reliance on the contents of these
documents is strictly prohibited.  If you have received this information in error,
please notify the sender immediately and arrange for the return or destruction of
these documents.*

3/03

FAXED
8-26-04
MD

6-31

PLAINTIFFS' EXHIBITS 010153

AUG-23-2004  12:07PM   CENTRAL COAST GASTRO                NO.584    P.1/2




# CENTRAL COAST GASTROENTEROLOGY
## MEDICAL GROUP

**Phillip M. Colbert, M.D., Inc.**
77 Casa Street, Ste 108
San Luis Obispo, CA 93405
805/541-6080  FAX 541-0637
E-Mail: philcolbert@mac.com

**Charles L. Fulbeck, M.D., Inc.**
1551 Bishop Street, Ste 420
San Luis Obispo, CA 93401
805/549-9533  FAX 549-8001

**Steven W. Carlson, M.D.**
1551 Bishop Street, Ste 250
San Luis Obispo, CA 93401
805/543-8822  FAX 543-6221
E-Mail: scarlson5@aol.com

**Gary L. Cushing, M.D.**
1551 Bishop Street, Ste 510
San Luis Obispo, CA 93401
805/549-7843  FAX 549-9489

**Jeffrey B. Mundorf, M.D., Inc.**
1551 Bishop Street, Ste 230
San Luis Obispo, CA 93401
805/549-0784  FAX 786-4220

**Vance D. Rodgers, M.D., Inc.**
1551 Bishop Street, Ste 230
San Luis Obispo, CA 93401
805/786-4563  FAX 786-4220

**Daniel C. Zovich, M.D., Inc.**
234 Heather Court, Ste 101
Templeton, CA 93465
805/434-2434  FAX 434-5249

**Paul D. Wetzel, M.D.**
234 Heather Court, Ste 101
Templeton, CA 93465
805/434-5530  FAX 434-5249

**North County Office**
234 Heather Court, Ste 101
Templeton, CA 93465
805/434-0339  FAX 434-5249

**South County Office**
921 Oak Park, Ste 201
Pismo Beach, CA  93449

**Board Certified:**
American Board of Internal Medicine
American Board of Gastroenterology

August 23, 2004

TO:  Gordon Lemm, MD
434-2019

FROM:  Dan Zovich, MD
434-5249

RE:  Dan McCornack

Since we are not providers for Mr. McCornack's CCN insurance, I have called and left a message for him to schedule with Dr. Colbert, Dr. Cushing, Dr. Carlson or Dr. Mundorf, who are contracted with CCN.

Thank you for your referrals.

Marie

Marie

PLAINTIFFS' EXHIBITS 010154

6-32

# FAX COVER SHEET

*Gordon D. Lemm,  MD*
*phone (805)434-3211*

*Hendrik F. Breytenbach, MD*
*phone (805)434-3791*

*292 Posada Lane Suite D*
*Templeton, CA  93465*
*Fax (805)434-2019*

Date: _4-29-04_

Send to: _Phillip Colbert_      Attn: _____

Fax number: _541-0637_      Number of pages, including cover _7_

Re: _Dan McCornack_

Comments: _____
_____ GI Ref - Colonoscopy _____
_____
_____
_____
_____
_____

*The documents accompanying this transmission contain confidential health information that is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.*

*3/03*



PLAINTIFFS' EXHIBITS 010155

6-33

# FAX COVER SHEET

*Gordon D. Lemm,  MD*
*phone (805)434-3211*

*Hendrik F. Breytenbach, MD*
*phone (805)434-3791*

*292 Posada Lane Suite D*
*Templeton, CA   93465*
*Fax (805)434-2019*

Date: _4-27-04_

Send to: _Dr. Zovich_     Attn: _____

Fax number: _434-5249_    Number of pages, including cover _6_

Re: _Dan McCornack_

Comments: _GI ref - colonoscopy_

_____
_____
_____
_____
_____
_____

***The documents accompanying this transmission contain confidential health information that is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.***

***If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.***

*3/03*

4-27-04
mp

PLAINTIFFS' EXHIBITS 010156

6-34

# CaliforniaCare Directly Contracted Network in SLO County
## Speedy Referral

Referral Number _____ O T A _____

| | |
|---|---|
| Patient Name: _Dan McCornack_ | Birth Date: _2-15-63_   Request Date: _1-28-02_ |
| PCP: _G. Lemm_   Patient Ph.# _238-5208_ | Certificate # : _555517 837_ (Auth expires in 90 Days) |

**Express Referrals to the Following Contracted Specialists Only:**

| | |
|---|---|
| ✓ Cardiology | ___ Neurology |
| ___ Dermatology | ___ O.B./Gyn. |
| ___ Endocrinology | ___ Oncology |
| ___ E.N.T. | ___ Ophthalmology |
| ___ Gastroenterology | ___ Orthopedics |
| ___ General Surgery | ___ Podiatry |
| ___ Hematology | ___ Urology |

Primary Care Physician Signature: _Gordon D Lemm MD_

Specialist Name: _Dr Von Dollen_   Tax ID #: _____

Specialist Address: _295 Posada_   Specialist Phone: _434-2262_

Diagnosis, ICD 9 Code/Reason for Referral: _atrial fib_

Consultation: _re-eval, fup x 2 OV_

**Specific Treatment:** (PCP must indicate what specific treatment he is authorizing if any with this visit)

_____

_____

**SUBMIT CLAIMS TO: CCHP, P.O. BOX 4089, WOODLAND HILLS, CA 91367-4089**

### Coverage Limitations

1. **COVERAGE CONTINGENT ON ELIGIBILITY AT TIME OF SERVICE and within limits of benefit plan. Provider should contact CaliforniaCare Customer Service at the number indicated on the back of the members card to check eligibility.**

2. **All coverage must be made to CONTRACTED PROVIDERS.**

Note: 1) Fax original within 5 days to 781-8928. Retain original for medical record. 2) Give copy to member. 3) Give copy to specialist, if desired.

SM 4004 1/98

6.35

PLAINTIFFS' EXHIBITS 010157

08/08/01                           RECEIVED REFERRALS - DETAIL                              Page .
                                   COASTAL CARDIOLOGY, INC


6768.0  MCCORMACK, DANIEL B                                    Insurance ID : NUPS35517937
*****************************************************************************************

Referral Num  From Doctor              To Specialty              To Doctor                    Type
--------------------------------------------------------------------------------------------

PENDING     118 LENNK MD, CORDON     06  CARDIOLOGY        23  VON SOMMEN MD, LAWRENCE     FED

Next Appt  02/07/02   Inpatient: N         Reason - CARD      Diagnostic Cardiology      Pending Auth
Pri. Plan  1356.0     BC CALIF MSO PROC-AC9B   Diag1   427 31   ATRIAL FIBRILLATION
Carrier    BC         BLUE CROSS          Diag2   :
Sec. Plan  0.0        NONE                Diag3   :
Sec  Car.                                 Diag4   :

Limit ID : None     Dollars Allowed :      .00   Visits Allowed .    0   Auth Date: 09/08/01    Start Dt  02/01/02
[    ]              Used    :       .00        Used   :    0   Auth Code: PENDING    End Date  07/01/02
P.O S.  .                                                                           Ref Date  08/08/0.


    ****************************************** Referral Narrative ******************************************

    *****REQUEST FOR SERVICES*****
    PT DOB 2-15-63
    WE ARE NEEDING A NEW AUTH FOR A 6 MONTH OFFICE VISIT DOS 2-7 02
    EXPECTED CPT CODE, 99214
    TEMP PHONE 434-2262 FAX 434-2843
    THANK YOU, CATALINA


    ****************************************** Referral Status ******************************************

Authorization Requested From Plan    Type: REQ   - REQUESTED REFERRAL
----- --------- Overrides --- - ---------   --------- Issue Dates - ------ -
Results   : None                       Returned Results.

Remaining Allowed Dollars: N/A      Visits: N/A

PLAINTIFFS' EXHIBITS 010158

BLUE CROSS OF CALIF    Fax:8057812928    Jul 27 2001  9:34    P.01

Fax to: (805) 781-8528
Phone: (888) 783-7323

\* 7/26/01 Date

**ALL ITEMS NEED TO BE COMPLETED PRIOR TO REVIEW**

| Patient Name: Van McCormack | Phone: 238-5208 |
| Member ID: 555 51 7837 | DOB: 1,15,65 |

**SERVICES REQUIRED - RAF CANNOT BE PROCESSED WITHOUT THE FOLLOWING INFORMATION**

| Specialist/Provider Requested: Dr. Watson | Requested Date of Service/Procedure: PENDING |
| Tax ID: 770277685    Phone # 805,4340335 | FAX# 805 484 0421 |

Place of Service or Diagnostic Procedure (if applicable)
☐ Outpatient Surgery/Test    ☐ Consult    ☐ Follow up
☑ Inpatient    **Estimated LOS:**

Tax ID:

Description of services - CPT Code(s)
ICD-9 Code(s) - Diagnosis
# of Visits requested: EMG, NCS    355.8

Please provide SPECIFIC CLINICAL EXPLANATION/SPECIFIC SERVICE in support reason for request:

95861, 95900 x6, 95903 x6, 95904 x6, 95934 x2

## BLUE CROSS OF CALIFORNIA
### DIRECTLY CONTRACTED PROVIDER NETWORK
Referral Authorization Form
☐ URGENT (Service Required within 24 Hours)

**HOME HEALTH**

| Company Name: | Name/Title of requestor: |
| Start of Care (date): | # of total visits requested: |

**DME**

| Provider Name: | |
| Item(s) Requested: | HCPS Code(s): | Expected Duration of Use: |
| | | ☐ Rent |
| | | ☐ Purchase    Est. # Mths.: |

**REFERRING PHYSICIAN:**

| PCP Name: Yeom | PCP Signature: | Date: |
| Physician Requesting Referral (if different from PCP): Watson Yamagata    Phone: 805 434 0335 | Fax: 805 434 0421 |
| Was this referral generated at the request of the patient? ☐ Yes  ☐ No |

**FOR U.M. OFFICE USE ONLY**

| Services requested have been: ☐ Denied (see comments) ☐ Pended (see comments) ☑ Approved  Date Begin: 7/27/01    Date End: 7/27/01 |
| Comments: as above |

DICD'D  7/26/01
RCV'D  7/27/01
AUTH# 012080855
7/27/01

Authorized Signature:

LIMITATION OF COVERAGE:  1. Coverage contingent on eligibility at time of service and under terms of benefit plan.    2. ALL REFERRALS are subject to retrospective review.

DEC / 2000 16:22  P.01
JUL-26-01 4:50PM;    8054340421;    Fax (805) 812928
Page 1    Sent By: HP LaserJet 3100;

6·37

PLAINTIFFS' EXHIBITS 010159

# CaliforniaCare Directly Contracted Network in SLO County
## Speedy Referral

Referral Number ___*O T A*___

| | |
|---|---|
| Patient Name: *Dan McCormack* | Birth Date: *2-15-63*   Request Date: *7-26-01* |
| PCP: *Gordon Lemm*   Patient Ph.# *238-5268* | Certificate #: *NCF 555517837* (Auth expires in 90 Days) |

Express Referrals to the Following Contracted Specialists Only:

| | | | |
|---|---|---|---|
| ____ | Cardiology | ✓ | Neurology |
| ____ | Dermatology | ____ | O.B./Gyn. |
| ____ | Endocrinology | ____ | Oncology |
| ____ | E.N.T. | ____ | Ophthalmology |
| ____ | Gastroenterology | ____ | Orthopedics |
| ____ | General Surgery | ____ | Podiatry |
| ____ | Hematology | ____ | Urology |

Primary Care Physician Signature: *Dr. Gordon D Lemm MD*

Specialist Name: *Dr David Watson*   Tax ID #: *770277685*

Specialist Address: *262 Posada Ln, ste B, Templeton* Specialist Phone: *434-0335*

Diagnosis, ICD 9 Code/Reason for Referral: *LE neuropathy   355.8*

Consultation: *consult & 2 fup OV*

**Specific Treatment:** (PCP must indicate what specific treatment he is authorizing if any with this visit)

_____

## SUBMIT CLAIMS TO: CCHP, P.O. BOX 4089, WOODLAND HILLS, CA 91367-4089

### Coverage Limitations

1. **COVERAGE CONTINGENT ON ELIGIBILITY AT TIME OF SERVICE** and within limits of benefit plan.  Provider should contact CaliforniaCare Customer Service at the number indicated on the back of the members card to check eligibility.

2. All coverage must be made to **CONTRACTED PROVIDERS**.

FAXED *ab* *7-26-01*

Note:  1) Fax original within 5 days to 781-8928. Retain original for medical record. 2) Give copy to member. 3) Give copy to specialist, if desired.

SM 4004 1/98

PLAINTIFFS' EXHIBITS 010160

*6-33*

*Gordon D. Lemm M.D.*
*292 Posada Lane Ste. D*
*Templeton, Ca.   93465*

## Faxed From: (805) 434-2019          Phone: (805) 434-3211

**Sent To:** *Dr Watson*

**Fax Number:** *434-0421*

**Content:** *referral for new pt: Dan McCornack*
*chart notes attached*

**Number of Pages:** *3 4*

### All correspondence from this office is confidential.

### Thank You!

*please call pt to schedule an appt.*
*Thank you!*



6-39

BLUE CROSS OF CALIF   Fax:8057818928          Jul  9 20`1   8:37   P.01
Jul-06-01 02:03P Coast.. Cardiology          805-4..-0652          P.01

07/05/0`                   RECEIVED REFERRALS - DETAIL                   Page 1
                           COASTAL CARDIOLOGY, INC.

6768.0 MCCORMACK, DANIEL E                       Insurance ID : HCP555517837
========================================================================================

| Referral Num | From Doctor | To Specialty | To Doctor | Type |
|---|---|---|---|---|
| PENDING | 118 LEMM MD, GORDON | 06  CARDIOLOGY | 23  VON DOLLEN MD, LAWRENCE | REQ |

Next Appt: 07/05/01   Inpatient: N        Reason : CARD   `Diagnostic Cardiology   Pending Auth
Pri. Plan: 1156.0     BC CALIF MSO PROC-AC9B Diag1 : 785.2   HEART MURMUR (NOS)
Carrier  : BC         BLUE CROSS            Diag2 : 427.31  ATRIAL FIBRILLATION
Sec. Plan: 0.0        NONE                  Diag3 :
Sec. Car.:                                  Diag4 :

Limit ID : None     Dollars Allowed :    .00   Visits Allowed :   0   Auth Date: 07/05/01   Start Dt: 07/05/01
[   ]                    Used    :    .00         Used    :   0   Auth Code: PENDING   End Date: 10/05/01
P.O.S.  :                                                                           Ref Date: 07/05/01

************************************** Referral Narrative **************************************

***REQUEST FOR SERVICES***
PT DOB 2-15-63
WE ARE NEEDING A NEW AUTH FOR A 1 MONTH OFFICE VISIT DOS 8-7-01.
EXPECTED CPT CODE: 99214
TEMP PHONE 434-2262 FAX 434-2843
THANK YOU, CATALINA

************************************** Referral Status **************************************

Authorization Requested From Plan   Type: REQ   - REQUESTED REFERRAL
---------------- Overrides ------ ---------    -------- Issue Dates ---------
Results   : None                     Returned Results:

Remaining Allowed Dollars: N/A     Visits: N/A

BLUE CROSS OF CALIF     Fax:8057818928

Jul-02-01 10:17A Coasta  Cardiology

Jul  2 2001  10:05    P.01
805-4:   0652         P.01

07/02/01

RECEIVED REFERRALS - DETAIL
COASTAL CARDIOLOGY, INC.

Page 1

6768.0  MCCORMACK, DANIEL E                                    Insurance ID : NCF555517837

```
Referral Num  From Doctor              To Specialty              To Doctor              Type

PENDING       118 LEMM MD, GORDON      06   CARDIOLOGY          23  VON DOLLEN MD, LAWRENCE   REQ

Next Appt: 07/05/01   Inpatient: N        Reason : CARD    'Diagnostic Cardiology    Pending Auth
Pri. Plan: 1156.0     BC CALIF MSO PROC-AC9B  Diag1 : 427.31  ATRIAL FIBRILLATION
Carrier  : BC         BLUE CROSS            Diag2 :
Sec. Plan: 0.0        NONE                  Diag3 :
Sec. Car.:                                  Diag4 :

Limit ID : None       Dollars Allowed :     .00   Visits Allowed :   0   Auth Date: 07/05/01    Start Dt: 06/28/01
[    ]                      Used      :     .00        Used      :   0   Auth Code: PENDING     End Date: 09/28/01
P.O.S.   :                                                                                     Ref Date: 06/28/01
```

*********************************** Referral Narrative ***********************************

REQUEST FOR SERVICES

PT DOB 02/15/63 DANIEL E MCCORMACK
REQUESTING AUTH FOR OV DOS 7/05/01
CPT CODE 99214 DX 427.31
PHONE 434-2262 FAX 434-0652
THANK YOU BRANDY

Urgent

*********************************** Referral Status ***********************************

Authorization Requested From Plan   Type: REQ   - REQUESTED REFERRAL
---------------- Overrides ----------------        -------- Issue Dates --------
Results   : None                                   Returned Results:

Remaining Allowed Dollars: N/A       Visits: N/A

REC'D  7/2/01
REC'D  7/2/01
AUTH# 01183080
FAXED  7/2/01

6-41

PLAINTIFFS' EXHIBITS 010163

**CaliforniaCare Directly Contracted Network in SLO County**
**Speedy Referral**

Referral Number _____ OTA _____

| | |
|---|---|
| Patient Name: *Daniel McCormack* | Birth Date: *2-15-63*    Request Date: *4-11-01* |
| PCP: *G. Lemon*   Patient Ph.# *238 - 5208* | Certificate # : *NCF -*   (Auth expires in 90 Days)    *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* |

Express Referrals to the Following Contracted Specialists Only:

| | |
|---|---|
| ✓ Cardiology | ___ Neurology |
| ___ Dermatology | ___ O.B./Gyn. |
| ___ Endocrinology | ___ Oncology |
| ___ E.N.T. | ___ Ophthalmology |
| ___ Gastroenterology | ___ Orthopedics |
| ___ General Surgery | ___ Podiatry |
| ___ Hematology | ___ Urology |

Primary Care Physician Signature: *Gordon D Lemm MD*

Specialist Name: *Dr. Vandellen*               Tax ID #: _____

Specialist Address: *295 Posoda*            Specialist Phone: *434-2262*

Diagnosis, ICD 9 Code/Reason for Referral: *Atrial Fib    427.31*

Consultation: *Re-eval   + foll-up (yearly)*

Specific Treatment: (PCP must indicate what specific treatment he is authorizing if any with this visit)

_____

_____

SUBMIT CLAIMS TO: CCHP, P.O. BOX 4089, WOODLAND HILLS, CA 91367-4089

Coverage Limitations

1. COVERAGE CONTINGENT ON ELIGIBILITY AT TIME OF SERVICE and within limits of benefit plan. Provider should contact CaliforniaCare Customer Service at the number indicated on the back of the members card to check eligibility.

2. All coverage must be made to CONTRACTED PROVIDERS.

*5/14/01*   D

6-42

PLAINTIFFS' EXHIBITS 010164

BLUE CROSS OF CALIF.

May-11-01 04:23P Co tal Cardiology       8   -434-0652           P.01

# Coastal Cardiology

Diplomates of American Board of Cardiology • Fellows of American College of Cardiology

## FAX COVER SHEET

Date _5/11/01_    Number or pages (including this sheet) _3_    Time _4:35 PM_

To _Teri_
        Individual          FAX #          Company

From _Deanna_          Telephone number _____

MESSAGE _Patient seen 4/4/01 for office visit with Dr. VonDollen. We need a retro auth for this visit._

_Thanks for your help!_

_Deanna_

The information contained in this telecopy message is intended only for the use of the individual or entity named above.  If the reader of this message is not responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this message in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.

Thank you.     _Note. We will ask Mary @ Blue Cross Blanket for his Upcoming Echo & Holter_

FAXED   6-43

Robert J. Doria, M.D., F.A.C.C. • Michael Famularo, M.D., F.A.C.C. • Lorianna P. Fletcher, M.D., F.A.C.C. • Gregory K. Jones, M.D. • Spencer L. Kulick, M.D., F.A.C.C.
Steven C. Pontius, M.D., F.A.C.C. • David M. Puro, M.D., F.A.C.C. • Mark J. Sada, M.D., F.A.C.C. • Lawrence Von Dollen, M.D., F.A.C.C. • Michael L. Wiechmann, M.D., F.A.C.C.

77 Casa Street, Suite 104       295 Posada Lane, Suite A       310 South Halcyon Road, Suite 105
San Luis Obispo, California 93405   Templeton, California 93465   Arroyo Grande, California 93420
805/782-8844 • FAX: 805/782-8850

PLAINTIFFS EXHIBITS 010165

May-11-01 04:23P Co  tal Cardiology        ⌐ 5-434-0652              P.02

6768.0  MCCORNACK, DANIEL E                                  Insurance ID : NCF555517837
=======================================================================================================

Referral Num  From Doctor             To Specialty                To Doctor                  Type
-------------------------------------------------------------------------------------------------------
PENDING       118 LEMM MD, GORDON      06   CARDIOLOGY             23   VON DOLLEN MD, LAWRENCE   REQ

Next Appt: 06/12/01   Inpatient: N          Reason : CARD      `Diagnostic Cardiology    Pending Auth
Pri. Plan: 1156.0     BC CALIF MSO PROC-AC9B Diag1  : 427.31    ATRIAL FIBRILLATION
Carrier  : BC         BLUE CROSS            Diag2  :
Sec. Plan: 0.)        NONE                  Diag3  :
Sec. Car.:                                  Diag4  :

Limit ID : None       Dollars Allowed :   .00   Visits Allowed :  0   Auth Date: 05/11/01      Start Dt: 04/11/01
[     ]                      Used    :   .00          Used    :  0   Auth Code: PENDING        End Date: 08/11/01
P.O.S.  :                                                                                      Ref Date: 05/11/01

***********************************************  Referral Narrative  *************************************************

REQUEST FOR RETRO AUTH.
PATIENT SEEN 4/11/01 BY DR VONDOLLEN W/O REFERRAL FOR THIS VISIT AS HMO.
PLEASE SEE PROGRESS NOTE FROM THAT DATE.
THANK YOU-DEANNA
TEMP FAX 434-2843  PHONE 434-2262

.
***********************************************  Referral Status  *************************************************

Authorization Requested From Plan    Type: REQ    - REQUESTED REFFERAL
--------------- Overrides ---------------       -------- Issue Dates --------
Results    : None                               Returned Results:

Remaining Allowed Dollars: N/A       Visits: N/A

.

6-44

PLAINTIFFS' EXHIBITS 010166

Sep-03-99 02:59P Coast` Cardiology          805-782-8858          P.01

09/03/99                          RECEIVED REFERRALS - DETAIL                          Page 1
                                  COASTAL CARDIOLOGY, INC.


6768.0 MCCORNACK, DANIEL E                                      Insurance ID : NCF555517837
========================================================================================

Referral Num  From Doctor              To Specialty              To Doctor              Type
----------------------------------------------------------------------------------------
PENDING       118 LEMM MD, GORDON   06  CARDIOLOGY          23  VON DOLLEN MD, L  TEMP   REQ

Next Appt:        Inpatient: N        Diag1 : 427.31   ATRIAL FIBRILLATION    Pending Auth
Plan    : 1156.0  BC CALIFORNIA CARE (HMO)  Diag2 :
Carrier : BC      BLUE CROSS           Diag3 :
Reason  : CARD    `Diagnostic Cardiology  Diag4 :

Limit ID   None   Dollars Allowed :    .00   Visits Allowed :  0   Auth Date: 09/03/99   Start Dt: 09/01/99
[    ]                    Used    :    .00        Used    :  0   Auth Code: PENDING    End Date: 12/01/99
P.O.S.  :                                                                              Ref Date: 09/03/99


************************************************* Referral Narrative *************************************************

    PATIENT CHANGED INSURANCE AND WE WERE UNAWARE THAT IT WAS NOW HMO. PATIENT           DOB  2/15/63
    SEEN FOR OV, CODE, 99213. PATIENT
    CAN YOU PLEASE FAX A RETRO FOR 9/1/99 VISIT??                     NO/
    THANK YOU-DEANNA
    TEMP FAX 434-2843   PHONE 434-2262


************************************************* Referral Status *************************************************

Authorization Requested From Plan     Type: REQ   - REQUESTED REFFERAL
--------------- Overrides ---------------        --------- Issue Dates ---------
Results   : None                                 Returned Results:

Remaining Allowed Dollars: N/A          Visits: N/A






PLAINTIFFS' EXHIBITS 010167



**CAREMARK**
*It all starts with care*

**PLEASE PLACE IN PATIENT'S FILE**

Gordon D. Lemm
292 Posada Ln Ste D
Templeton, CA 93465-0000

January 30, 2004

Regarding your patient: Daniel Mccornack
Date of Birth: 02/15/1963

Dear Dr. Gordon D. Lemm, MD ,

Your patient referenced above is a participant in Caremark's Prescription Drug Program through a sponsoring benefit provider. We feel it's important that you receive this documentation for your records because it relates to a change in drug, quantity, or length of therapy. This was discussed with you or your authorized agent previously by phone or facsimile.

Original Drug Therapy:    **ZANTAC TAB 300MG TAKE 1 TABLET DAILY #90 X3 refill(s)**

New Drug Therapy:    **RANITIDINE TAB 300MG TAKE 1 TABLET DAILY #90 X1 refill(s)**

The success of our program is enhanced by the effective two-way exchange of information between physicians and our pharmacy staff. We appreciate your responsiveness and encourage your feedback as we may have opportunities to contact you in the future.

If you have any questions, please contact Caremark Clinical Services Support Department at **1-800-224-1193**. Pharmacists are available from **7:00 a.m. to 9:00 p.m. CST, Monday through Friday**.

Sincerely,

Your Customer Care Pharmacist
Caremark Inc.

52-6007        25046I03        MPP046A        DIS508 NIZATI 154627521

Participant privacy is important to us. Caremark holds any and all information about our participant's health in confidence.

6-46

PLAINTIFFS' EXHIBITS 010168

| Medical Problem (e.g. high blood pressure, ulcer, etc.) | Medications | Medication Allergies |
|---|---|---|
| Possible ulcer in past | Tagamet | Ampicilin |
| heart problem - Heartbeat | Tenormin when needed | |

| Surgeries | Date | Serious Injuries | Date |
|---|---|---|---|
| knee surgery | 10-92 | 2nd + 3rd degree facial | |
| Tonsils | 1982-1983 | burns. | 1984 |

Tobacco Use ✓ occasional

Alcohol Use ✓

Caffeine Use ✓

Immunizations

| DPT | | | | | DT | | | | Pneumovax | |
|---|---|---|---|---|---|---|---|---|---|---|
| OPV | | | | | T. Im Glob | | | | Hem Inf B | |
| Tine | | | | | PPD | | | | Rubella | |
| MMR | | | | | Flu Vac | | | | Hep B Vac | |

_Dan M'Connaul_
Patient's Signature

_238-5208_
Telephone Number

6-47

PLAINTIFFS' EXHIBITS 010169

# CAREMARK

154627521

## PRESCRIPTION CLARIFICATION REQUEST
### Please Reply Promptly

Team 1

**Received: 01/23/2004**

Dear: **LEMM, GORDON D , MD**

The patient identified below is covered under the Caremark drug benefit program through a prescription benefit plan. This prescription **requires clarification** regarding a possible duplicate drug therapy.

| Patient Name: **MCCORNACK, DANIEL** | Date of Birth: **02/15/1963** | |
|---|---|---|
| Medication Ordered: **DILTIAZEM CD CAP 180/24HR** | Quantity: 90 | Refills: 3 |
| Directions: **TAKE 1 CAPSULE EVERY     EVENING** | | |

Please indicate your response in the "Reply Here" section below and fax this form to Caremark when done. If you contact Caremark by telephone please have the following reference number available to facilitate locating the patient's file:
**154627521**

---

**Rx**  Patient Name: **MCCORNACK, DANIEL**

Date of Birth: 02/15/1963

Date: *1-28-04*

   Medication: **DILTIAZEM CD CAP 180/24HR**

Please clarify:  **This medication creates a duplicate therapy with the patient's current medication: CARTIA XT   CAP 300/24HR**

Reply here:  *He takes 180mg in the evening and*
(Print Clearly)  *300mg in the morning to*
  *control rhythm problems*

Physician Signature:  *(signature)*

FAXED BY: _____
(Full Name if other than physician)

**FAX TO:  1-800-216-2808**

**(PLEASE DO NOT MAIL)**

Dr's Name: LEMM, GORDON D, MD

MT334
01/28/2004

Caremark
800 BIERMANN COURT
MOUNT PROSPECT, IL 600562173

Address: 292 POSADA LN STE D, TEMPLETON, CA 934??
Phone: (805) 434-3211
Fax #:   (805) 434-2019

154627521

Sincerely,

Your Customer Care Team
Caremark Inc.
To speak to a pharmacist call: **1-800-238-1216** from **8:00 a.m. to 4:30 p.m. CST, Monday - Friday.**

If you are not the intended recipient of this FAX, you are hereby notified that any disclosure, copying, or distribution is prohibited. If you have received this FAX in error, please notify us by phone at 1-800-238-1216.

| 49-1115 | 21F014I03 | 737123421 | DPC-DUP THERP | MT334 | 01/28/2004 04:30:26 PM | Team 1 |

This fax has been sent from a secure location that meets the requirements of HIPAA and other applicable regulations. Returned fax transmissions will be received with an equal level of compliance.

*6-48*

PLAINTIFFS' EXHIBITS 010170

**CAREMARK**  ·  **154627521**

## CASE MANAGEMENT REQUEST
### Please Reply Promptly

Team 1

**Received: 01/23/2004**

Dear : **LEMM, GORDON D , MD**

| Patient Name: | **MCCORNACK, DANIEL** | Date of Birth: | 02/15/1963 | |
|---|---|---|---|---|
| Medication Ordered: | **ZANTAC TAB 300MG** | Quantity: 90 | | Refills: 3 |
| Directions: | **TAKE 1 TABLET DAILY** | | | |

The patient identified below is covered under a prescription benefit plan administered by Caremark.   Please answer the following questions.  If recommendations are made, we are asking you to consider them only if appropriate for your patient. If you contact Caremark by telephone please have the following reference number available to facilitate locating the patient's file. **154627521**

**Rx** Patient Name: **MCCORNACK, DANIEL**

Date of Birth: 02/15/1963

**Medication: ZANTAC TAB 300MG**

Date: _____
Unless otherwise indicated, date used will be the date of your fax transmission

**Directions: TAKE 1 TABLET DAILY**

**Quantity: 90**

Please respond to our questions below and return to Caremark

1. **Diagnosis?:** What is the DIAGNOSIS for the use of the medication prescribed?   *GERD*

2. **Reevaluation?:** If the patient will be re-evaluated in 3 to 6 months may we adjust the refills to coincide with the next re-evaluation? (  )3 months supply  (  )6 months supply  (  )no change in refills (Please Check)

Physician Signature: _____  Faxed By: _____
(Full Name if other than physician)

Your signature indicates this is a new prescription.  Generic substitution will occur unless "Brand Medically Necessary" or "Dispense As Written" is written on this prescription. Please review date, drug, directions, quantity and refills.

## FAX TO: 1-800-216-2808
### (PLEASE DO NOT MAIL)

Dr's Name: LEMM, GORDON D, MD

MT334
01/28/2004

Caremark
800 BIERMANN COURT
MOUNT PROSPECT, IL 600562173

Address: 292 POSADA LN STE D, TEMPLETON, CA 93465
Phone: (805) 434-3211
Fax #: (805) 434-2019

Reference # 154627521

Sincerely,

Your Customer Care Team
Caremark Inc.

**To speak to a pharmacist call: 1-800-238-1216** from: 8:00 a.m. to 4:30 p.m. CST, Monday - Friday.

If you are not the intended recipient of this FAX, you are hereby notified that any disclosure, copying, or distribution is prohibited.  If you have received this FAX in error, please notify us by phone at 1-800-238-1216.

| 52-1081 | 25F079I03 | 52229448 | MPP-DX RE-EVAL | MT334 | 01/28/2004 04:30:46 PM | **Team 1** |

This fax has been sent from a secure location that meets the requirements of HIPAA and other applicable regulations.  Returned fax transmissions will be received with an equal level of compliance.

6-49

PLAINTIFFS' EXHIBITS 010171

# CAREMARK

**154627521**

## PRESCRIPTION CLARIFICATION REQUEST
### Please Reply Promptly

Team 1

**Received: 01/23/2004**

Dear : **LEMM, GORDON D , MD**

The patient identified below is covered under the Caremark drug benefit program through a prescription benefit plan. This prescription **requires clarification** regarding a high drug dosage.

| | |
|---|---|
| Patient Name: **MCCORNACK, DANIEL** | Date of Birth: 02/15/1963 |
| Medication Ordered: **LANOXIN TAB 0.25MG** | Quantity: 180    Refills: 3 |
| Directions: **TAKE 1 TABLET TWICE A DAY** | |

Please indicate your response in the "Reply Here" section below and fax this form to Caremark when done. If you contact Caremark by telephone please have the following reference number available to facilitate locating the patient's file: **154627521**

**Rx** Patient Name: **MCCORNACK, DANIEL**

Date of Birth: 02/15/1963

Date: 1-28-04

Medication: **LANOXIN TAB 0.25MG**

**Please clarify:** This prescription exceeds the maximum recommended daily dosage of: **1.00 TAB**

**Reply here:**
(Print Clearly)

*Patient has atrial dysrrhythmia and takes 2 tabs daily — He has a therapeutic level*

Physician Signature: *S Lemm*

FAXED BY: _____ (Full Name if other than physician)

FAXED

**FAX TO: 1-800-216-2808**
**(PLEASE DO NOT MAIL)**

Dr's Name: LEMM, GORDON D, MD

MT334
01/28/2004

Caremark
800 BIERMANN COURT
MOUNT PROSPECT, IL 600562173

Address: 292 POSADA LN STE D, TEMPLETON, CA 93465
Phone: (805) 434-3211
Fax #: (805) 434-2019

Reference # 154627521

Sincerely,

Your Customer Care Team
Caremark Inc.
**To speak to a pharmacist call: 1-800-238-1216 from 8:00 a.m. to 4:30 p.m. CST, Monday - Friday.**
If you are not the intended recipient of this FAX, you are hereby notified that any disclosure, copying, or distribution is prohibited. If you have received this FAX in error, please notify us by phone at 1-800-238-1216.

49-1116    21F011103    479030928    DPC-DRUG DOSE    MT334   01/28/2004 04:30:30 PM    Team 1

This fax has been sent from a secure location that meets the requirements of HIPAA and other applicable regulations. Returned fax transmissions will be received with an equal level of compliance.

PLAINTIFFS' EXHIBITS 010172

Precision Rx—

GORDON D. LEMM, M.D.
292 POSADA LANE, SUITE D
TEMPLETON, CA 93465

(805) 434-3211 TEL.          DEA # AL 1051363
                            LIC. # G44422

NAME  _McCormack, Dan_                AGE ___

ADDRESS _____  DATE _11-25-03_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

**R**

1. Lanoxin 25mg #180
   ⊤ bid

2. Diltiazem 300mg #90
   ⊤ q Am

3. Diltiazem 180mg #90
   ⊤ q Pm

**FAXED 11/25/02**

X

Refill __3__ times

DO NOT SUBSTITUTE  [    ]   _H Lemm_

To ensure brand name dispensing, check and initial box.

♻                              2FFP1132847

Address: 6255 Peachy Canyon Rd
         Paso Robles  Ca 93444

Phone #: (805) 238-5208
SSN: 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
DOB: 2/15/63
Blue Cross Point of Service
         Group # 571096E

6-51
(800) 905-9815

PLAINTIFFS' EXHIBITS 010173

Precision Rx—

GORDON D. LEMM, M.D.
292 POSADA LANE, SUITE D
TEMPLETON, CA 93465

(805) 434-3211 TEL.                    DEA # AL 1051363
                                       LIC. # G44422

NAME  McCornach, Dan           AGE _____
ADDRESS _____        DATE 11-20-02
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

1. Diltiazem 300mg #60
   Sig: ī po qAm

2. Diltiazem 180mg #60
   Sig: ī po q Pm

3. Lanoxin .25mg #120
   Sig: ī po bid
        800-905-9815

Refill  6  times

DO NOT SUBSTITUTE  ☐       G. Lemm

To ensure brand name dispensing, check and initial box.
♻                              1KFP1132847

FAXED  Times
       Date: 11/20/0
       ØN

Address: 6255 Peachy Canyon Rd
         Paso Robles  Ca 93446

Phone #: (805) 238-6298
SSN: 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
DOB: 2/15/63
Blue Cross Point of Service
         Group # 57609GE

6-52

(800)905-9815

PLAINTIFFS' EXHIBITS 010174

DEA # AL1051363

**GORDON D. LEMM, M.D.**
DIPLOMATE AMERICAN BOARD OF FAMILY PRACTICE
292 POSADA LANE - SUITE D
TEMPLETON, CA 93465
805-434-3211  FAX: 805-434-2019
CA LIC No. G 44422

NAME _McCornach, Dan_

ADDRESS _____ DATE _7-16-02_

℞  (Please Print)

Diltiazem 300mg #90
↑ q AM

Diltiazem 180mg #90
↑ q Pm

**FAXED**
7-16-02

☐ LABEL

REFILL _3_ TIMES    PRN    NR

☐ DO NOT SUBSTITUTE _____ _G. Lemm_ M.D.
TO INSURE BRAND NAME DISPENSING,
CHECK AND INITIAL BOX.

22-MAR-01                    01-100063374-7-24406_0002

Pt info: 6255 Peachy Canyon Rd
Paso Robles Ca 93446
(805) 238-5208
SSN# 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
DOB: 2-15-63

Faxed From Dr. Lemm's Office by
Audra R. RMA

6:53

PLAINTIFFS' EXHIBITS 010175