# EXHIBIT 602.1

PLAINTIFFS' EXHIBITS 010176



Sheriff-Coroner
Santa Cruz County
State of California

DEATH INVESTIGATION
REPORT
Case Number: 08-02797

| | | | |
|---|---|---|---|
| NAME: | MCCORNACK, Daniel Elwin | DATE OF BIRTH: | 2/15/1963 |
| RESIDENCE: | 6255 Peachy Canyon Paso Robles CA 93446 | AGE: | 45 Years |
| NEXT OF KIN: | Kathy McCornack (Wife) | BIRTH PLACE: | CA |
| ADDRESS: | 6255 Peachy Canyon Paso Robles CA 93446 | GENDER: | Male |
| NOTIFIED BY: | Naomi Silva | RACE: | Caucasian |
| IDENTIFIED BY: | In Person | MARITAL STATUS: | Married |
| LOCATION OF DEATH: | Private Camp Ground | OCCUPATION: | Plant Manager |
| MANNER OF DEATH: | Natural | DEATH DATE: | 03/23/2008 |
| CAUSE OF DEATH: | Cardiac Arrest | DEATH TIME: | 00:52:00 |
| DUE TO: | Ventricular Arrhymia | AUTOPSY: | Yes |
| DUE TO: | Atrial Fibrillation | INVESTIGATOR: | Naomi Silva |
| DUE TO: | Hypertensive and Arteriosclerotic Cardiovascular Disease | FUNERAL HOME: | Kuehl-Nicolay Funeral and Cremation |
| OTHER SIGNIFICANT CONDITIONS: | Exogenous Obesity | PROPERTY: | None |

## SUMMARY OF INVESTIGATION

On Sunday, March 23, 2008 at approximately 0114 hours, I was notified by Net-Com of a death at 4770 Hwy 9, Felton. I was advised by dispatch that Deputy Ryan was on scene and was requesting my response. Prior to arrival I contacted Deputy Ryan by telephone and he briefed me of the circumstances.

Deputy Ryan advised that decedent, Daniel McCornack, is a 45 year old male who resides in Paso Robles. He was on Easter holiday with his immediate and extended family at Smith Woods RV Park in Felton. According to Kathy McCornack, the decedent's wife, they went to bed at approximately 2200 hours. At approximately 0030 hours she attempted to wake her husband up because she thought he was snoring. When she turned the lights on she noticed his face was discolored. She called "911", and emergency crews responded. They attempted heroics, but were unsuccessful, and pronounced him dead at 0052 hours.

Upon arrival I contacted Dep. Ryan who escorted me to the Recreational Vehicle (RV) where Kathy McCornack was waiting, he then pointed out the RV where the decedent was. I introduced myself to Kathy McCornack who was visibly upset. She was sitting with her two teen age sons and her father in law. I introduced myself, offered my condolences, and asked her to describe what had happened.

Kathy McCornack said they had driven out to Smith Woods RV Park, from their home in Paso Robles. She explained that her family, along with their extended family, spends their Easter holidays together.

Signature: _____
Naomi Silva, Deputy Coroner

1 of 3

**Sheriff-Coroner**
**Santa Cruz County**
**State of California**



**DEATH INVESTIGATION**
REPORT
Case Number: 08-02797

They arrived mid-day and set up camp, had dinner and settled around the camp fire. Kathy said her husband, Daniel, had a full day but never complained of being in any discomfort or pain. She informed me that he has had an irregular heart beat for many years, and was on heart medication. She did not have the prescription bottles with her, but provided me with his weekly pill/vitamin organizer.

At approximately 2200 hours Kathy McCornack and her husband went to bed. Kathy said that they were woken at 0030 hours by their two teen-age sons. They had entered their RV from the family camp fire. Kathy said that at approximately 0030 hours she heard her husband making a strange noise in bed. She shook him and told him he was snoring. The noise continued so she turned the light on and noticed his face was discolored. She woke her sons and called "911". She said that she attempted Cardio Pulmonary Resuscitation (CPR), but described only compression to his chest.

I left Kathy McCornack with her family and went to investigate the decedent in a nearby RV. I observed the decedent lying in a supine position on the floor of the large RV. The decedent had been moved from the bedroom to the common area of the RV. The decedent had two defibrillator electrodes attached to the skin of his chest, and an intravenous line in place on the top of his left hand. The decedent was clad in men's briefs. Postmortem rigor mortis was beginning to set in the decedent's jaw and extremities. There was no evidence of struggle or foul play. I did not observe any trauma to the external portion of the decedent's body.

I transported the decedent to the Sheriff-Coroner's Medical Facility where he was placed on a tray and fitted with an identification bracelet and tray tag. I was able to obtain limited medical records for the decedent, which I provided to Dr. Richard T. Mason for his review. All of the decedent's medications were collected and counted. It is unknown it his prescribed medication was being taken as prescribed since they were not in their respective containers.

Dr. Richard T. Mason, a Forensic Pathologist, performed an autopsy on 03/26/2008 at approximately 0730 hours. Dr. Mason determined the cause of death to a cardiac arrest due to ventricular arrhythmia due to, atrial fibrillation, due to hypertensive and arteriosclerotic cardiovascular disease, with contributory causes of exogenous obesity. During the examination, Dr. Mason collected post mortem cardiac blood, urine and liver tissue specimens for toxicological testing at the National Medical Services Laboratory. Dave Cutter, Forensic Technician, sent the listed items to the National Medical Services Laboratory on March 27, 2008 via Federal Express. On April 21, 2008 this Office received the Toxicology Reports regarding decedent Daniel McCornack. On May 2nd, 2008, Dr. Richard Mason requested an additional test be run for the drug Digoxin. The blood sample for this test was already in the possession of the National Medical services Laboratory. This Office received the results for the subsequent test on June 27, 2008. Refer to the attached Toxicology Reports for detailed test results.

Signature: _____
Naomi Silva, Deputy Coroner

2 of 3

PLAINTIFFS' EXHIBITS 010178            PLT DEM,Sr.(2)00008

Sheriff-Coroner
Santa Cruz County
State of California



DEATH INVESTIGATION
REPORT
Case Number: 08-02797

CONCLUSION:

Based on my investigation and information obtained from the autopsy examination, it is the opinion of this Office that Daniel McCornack succumbed to natural causes.

Signature: _____
Naomi Silva, Deputy Coroner

3 of 3

PLAINTIFFS' EXHIBITS 010179            PLT DEM,Sr.(2)00009