# EXHIBIT 602.2

PLAINTIFFS' EXHIBITS 010268

SANTA CRUZ COUNTY SHERIFF-CORONER'S OFFICE
701 Ocean Street
Santa Cruz, California
\* REPORT OF AUTOPSY EXAMINATION \*

---

AUTOPSY NUMBER: CA08-037    FILE NUMBER: 08-02790

NAME: Daniel Mc Cornack    AGE: 45  SEX: Male

PLACE OF DEATH: Smithwood R.V. Park, 4770 Hwy 9, Felton

DATE/HOUR OF DEATH: March 23, 2008 @ 0052 Hours

AUTOPSY PERFORMED: Santa Cruz County Morgue

DATE/HOUR OF AUTOPSY: March 26, 2008 @ 7:30 a.m.

PATHOLOGIST: Richard T. Mason, M.D.

BODY IDENTIFIED BY: Ankle tag.

ATTENDING PHYSICIAN: None.

---

CAUSE OF DEATH:    CARDIAC ARREST
                   Due to: Ventricular arrhythmia
                   Due to: Atrial fibrillation
                   Due to: Hypertensive and
                           arteriosclerotic
                           cardiovascular disease.

CONTRIBUTORY:      Exogenous obesity.

MANNER:            Natural.

DIAGNOSES:

1. Hypertensive and arteriosclerotic cardiovascular disease with:



Page 1A
CA08-037

**DIAGNOSES, continued**

    A. Cardiomegaly and left ventricular hypertrophy.
    B. Coronary arteriosclerosis, mild to moderate.
    C. Myocardial fibrosis, mild.
    D. Atrial fibrillation by history.
    E. Probable ventricular arrhythmia and arrest.

2. Cerebral edema and congestion.

3. Pulmonary edema and congestion.

4. Exogenous obesity, moderate.


RICHARD T. MASON, M.D.
Forensic Pathologist

RTM/dp

Page 2
CA08-037

## EXTERNAL EXAMINATION

The body examined is that of a well-developed, mildly obese, middle-aged white male that appears the stated age of 45 years. The body is 70 inches in length and weighs 220 pounds. The scalp hair is medium brown with gray and is cut short measuring 1/4 inch. The eyes are blue gray with the pupils equal in diameter, measuring 6 mm. There is an adhesive nostril dilating device attached over the midportion of the nostrils. There is a short 3/4 inch grayish brown mustache. Natural teeth in good condition are present in the mouth. There is a 1-2 mm growth of beard present on the lower face. There is prominent pinkish cyanosis of the anterior face and neck.

Examination of the anterior chest reveals 4 x 6 inch adhesive defibrillator electrodes present over the left lower lateral chest and the right upper anterior chest. Adhesive EKG electrodes are present over the right and left upper anterior chest and the right and left lower abdomen. The axillae are normal.

Examination of the anterior abdomen reveals it to be mildly obese. There is a slight umbilical hernia. There are no other marks or wounds are noted on the anterior abdomen. Normal male external genitalia are present. The penis is circumcised.

Examination of the lower limbs reveals normal, symmetric, muscular right and left thighs and right and left lower legs. There is a coroner's identification band present on the right ankle bearing the name: McCornack, Daniel; #08-2790. The right and left feet are normal.

PLAINTIFFS' EXHIBITS 010271   PLT DEM,Sr.(2)00012

Page 3
CA08-037

Examination of the upper limbs reveals normal, symmetric, muscular right and left upper arms and right and left forearms.

The antecubital spaces are clean with no marks or wounds. The right and left forearms are unremarkable. An intravenous line is in position through a needle puncture wound on the dorsum of the left hand. This line is attached to a 1-liter bag of normal saline.

Examination of the hands reveals them to be normal with short intact fingernails.

### INTERNAL EXAMINATION

HEAD:
Reflection of the scalp reveals an absence of any contusions on the galeal surface. The calvarium is intact. Reflection of the calvarium reveals prominent cerebral edema. The gyri are flattened. The meninges are clear but congested. The brain weighs 1,640 grams. The brain has a normal external morphology except for the edema. The cerebral arteries are normal in distribution and appearance.

Multiple coronal sections through both cerebral hemispheres reveal normal cortex, normal white matter and normal basal ganglia. Sections through the brainstem and cerebellum reveal these structures to be normal.

The dura is stripped from the base of the skull to reveal an intact skull base.

PLAINTIFFS' EXHIBITS 010272

PLT DEM,Sr.(2)00013

Page 4
CA08-037

NECK:
The hyoid bone, larynx, trachea, soft tissues, cervical spine are intact. The airway is fully patent.

BODY CAVITIES:
The pericardial cavity contains 25 mL of clear yellow fluid. There is no excess fluid in the pleural or peritoneal cavities.

CARDIOVASCULAR SYSTEM:
Heart weight 500 grams. There is cardiomegaly and left ventricular hypertrophy. The epicardial surfaces are smooth and glistening. The heart valves are normal. The atria are normal in size. The endocardial surfaces of the atria and ventricles are normal in appearance. Dissection of the coronary arteries reveals abundant, scattered, flattened atherosclerotic plaque in the right coronary artery, which is of greatest circumference compared to the LAD and the circumflex coronary arteries. There is flattened atherosclerotic plaque in a small left anterior descending coronary artery. There is a minimal amount of atherosclerotic plaque in the left circumflex coronary artery. Multiple cross sections through both ventricles of the heart reveal some mild diffusely distributed myocardial fibrosis. There is cardiomegaly and left ventricular hypertrophy with the left ventricle measuring 16 mm in thickness and the right ventricle measuring 4 mm in thickness. There are no foci or evidence of old or recent myocardial infarction.

Examination of the aorta reveals it to be smooth with minimal focal atherosclerosis. The superior and inferior vena cavae are intact and normal with no thromboemboli.

PLAINTIFFS' EXHIBITS 010273          PLT DEM,Sr.(2)00014

Page 5
CA08-037

RESPIRATORY TRACT:
Lungs, weight right 830 grams, left 840 grams. There is severe bilateral pulmonary edema and congestion. Bloodstained watery fluid runs from the cut surfaces of all lobes of both lungs. There are no foci of consolidation. The major bronchi contain a small amount of bloodstained edema fluid. The pulmonary arteries are widely patent with no thromboemboli.

LIVER:
Weight 2,550 grams. The smooth, light, reddish tan capsular surface is intact. The liver is enlarged and there is fatty metamorphosis. The parenchyma is light pinkish tan and fractures easily on digital pressure. There is no increase in fibrous tissues to palpation. The intra and extrahepatic blood vessels and bile ducts are grossly normal. The gallbladder is thin-walled and contains 1 mL of light brown transparent bile.

SPLEEN:
Weight 470 grams. This organ is enlarged and congested. The dark gray brown capsular surface is intact with no evidence of trauma. The parenchyma is dark red brown firm.

PANCREAS:
Weight 210 grams. Normal, pale tan, lobular, autolyzed parenchyma is noted on cut section.

ENDOCRINE SYSTEM:
The pituitary, adrenal and thyroid glands are grossly normal.

GENITOURINARY TRACT:
Kidneys, weight right 230 grams, left 220 grams. The cortical surfaces of both kidneys are smooth, dark red,

PLAINTIFFS' EXHIBITS 010274

PLT DEM,Sr.(2)00015

Page 6
CA08-037

congested. Normal corticomedullary markings are noted on sagittal section. The calyces, pelves, ureters are normal. The urinary bladder contains 200 mL of clear yellow urine. The prostate and seminal vesicles are normal. The testes are normal to palpation. A normal circumcised penis is present.

GASTROINTESTINAL TRACT:
The esophageal mucosa is autolyzed. The gastric mucosa is autolyzed. The stomach contains 1130 grams of viscous, masticated, pale tan food material containing fragments of vegetable material and meat. The small and large bowel are grossly normal. The vermiform appendix is present and normal.

MUSCULOSKELETAL SYSTEM:
The musculoskeletal system normal. There is exogenous obesity and the abdominal panus is 4.5 cm in thickness.

URINE DRUG SCREEN:
Medtox Immunochromatographic plate
| | |
|---|---|
| THC: | Negative. |
| Opiates: | Negative. |
| Amphetamines: | Negative. |
| Cocaine: | Negative. |
| PCP: | Negative. |

PLAINTIFFS' EXHIBITS 010275

PLT DEM,Sr.(2)00016