# EXHIBIT 602.3

PLAINTIFFS' EXHIBITS 010276

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORDS

# COUNTY OF SANTA CRUZ
### SANTA CRUZ, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

State File Number: 3200844000402

| Field | Value |
|---|---|
| 1. Name of Decedent — First | DANIEL |
| 2. Middle | ELWIN |
| 3. Last (Family) | MCCORNACK |
| 4. Date of Birth | 02/15/1963 |
| 5. Age | 45 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 03/23/2008 |
| 9. Hour (24 Hours) | 0052 |
| 13. Education | HS GRADUATE |
| 15. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | PLANT MANAGER |
| 18. Kind of Business/Industry | CHEMICAL MANUFACTURE |
| 19. Years in Occupation | 25 |
| 20. Decedent's Residence | 6255 PEACHY CANYON RD. |
| 21. City | PASO ROBLES |
| 22. County/Province | SAN LUIS OBISPO |
| 23. Zip Code | 93446 |
| 24. Years in County | 45 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | KATHY MCCORNACK, WIFE |
| 27. Informant's Mailing Address | 6255 PEACHY CANYON RD., PASO ROBLES, CA 93446 |
| 28. Name of Surviving Spouse — First | KATHY |
| 29. Middle | MARIE |
| 30. Last (Maiden Name) | ESPARZA |
| 31. Name of Father — First | RALPH |
| 32. Middle | MICHAEL |
| 33. Last | MCCORNACK |
| 34. Birth State | CA |
| 35. Name of Mother — First | LINDA |
| 36. Middle | EILEEN |
| 37. Last (Maiden) | HIRSCHLER |
| 38. Birth State | CA |
| 39. Disposition Date | 03/28/2008 |
| 40. Place of Final Disposition | PASO ROBLES DISTRICT CEMETERY, 45 NACIMIENTO LAKE DR, PASO ROBLES, CA 93446 |
| 41. Type of Disposition(s) | BU |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | KUEHL-NICOLAY FUNERALS AND CREM. |
| 45. License Number | FD68 |
| 46. Signature of Local Registrar | POKI NAMKUNG, M.D. |
| 47. Date | 03/27/2008 |
| 101. Place of Death | CAMPSITE |
| 104. County | SANTA CRUZ |
| 105. Facility Address | 4770 SITE 1 HIGHWAY 9 |
| 106. City | FELTON |

107. Cause of Death:
- Immediate Cause (A): CARDIAC ARREST — MINS
- (B) VENTRICULAR ARRHYTHMIA — MINS
- (C) ATRIAL FIBRILLATION — YEARS
- (D) HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE — YEARS

108. Other Significant Conditions Contributing to Death: EXOGENOUS OBESITY

109. Operation Performed: NO

108. Death Reported to Coroner: YES — Referral Number: 08-02790
109. Biopsy Performed? NO
110. Autopsy Performed? YES
111. Used in Determining Cause? YES

119. Manner of Death: Natural

126. Signature of Coroner/Deputy Coroner: NAOMI SILVA
127. Date: 03/27/2008
128. Type Name, Title of Coroner/Deputy Coroner: NAOMI SILVA, DEPUTY CORONER

*012008000773428*

π EXHIBIT 3
Deponent Mason
Date 12/1/08 tr. RAH

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA CRUZ } ss

DATE ISSUED: APR 07 2008

*000188370*

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Santa Cruz County Public Health Department.

Poki Namkung
CHIEF PUBLIC HEALTH OFFICER
SANTA CRUZ, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.