# EXHIBIT 602.4

PLAINTIFFS' EXHIBITS 010278

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 1/04)

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT --- FIRST (Given) | DANIEL |
| 2. MIDDLE | ELWIN |
| 3. LAST (Family) | MCCORNACK |
| AKA. ALSO KNOWN AS | --- |
| 4. DATE OF BIRTH mm/dd/ccyy | 02/15/1963 |
| 5. AGE Yrs. | 45 |
| IF UNDER ONE YEAR Months / Days | |
| IF UNDER 24 HOURS Hours / Minutes | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | X NO |
| 12. MARITAL STATUS (at Time of Death) | MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 03/23/2008 |
| 8. HOUR (24 Hours) | 0052 |
| 13. EDUCATION --- Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | X NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | PLANT MANAGER |
| 18. KIND OF BUSINESS OR INDUSTRY | CHEMICAL MANUFACTURE |
| 19. YEARS IN OCCUPATION | 25 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 6255 PEACHY CANYON RD. |
| 21. CITY | PASO ROBLES |
| 22. COUNTY/PROVINCE | SAN LUIS OBISPO |
| 23. ZIP CODE | 93446 |
| 24. YEARS IN COUNTY | 45 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | KATHY MCCORNACK, WIFE |
| 27. INFORMANT'S MAILING ADDRESS | 6255 PEACHY CANYON RD., PASO ROBLES, CA 93446 |

**SPOUSE AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE --- FIRST | KATHY |
| 29. MIDDLE | MARIE |
| 30. LAST (Maiden Name) | ESPARZA |
| 31. NAME OF FATHER --- FIRST | RALPH |
| 32. MIDDLE | MICHAEL |
| 33. LAST | MCCORNACK |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER --- FIRST | LINDA |
| 36. MIDDLE | EILEEN |
| 37. LAST (Maiden) | HIRSCHLER |
| 38. BIRTH STATE | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 03/28/2008 |
| 40. PLACE OF FINAL DISPOSITION | PASO ROBLES DISTRICT CEMETERY, 45 NACIMIENTO LAKE DR., PASO ROBLES, CA 93446 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | KUEHL-NICOLAY FUNERALS AND CREM |
| 45. LICENSE NUMBER | FD68 |
| 46. SIGNATURE OF LOCAL REGISTRAR | POKI NAMKUNG, M.D. |
| 47. DATE | 03/27/2008 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | CAMPSITE |
| 102. IF HOSPITAL, SPECIFY ONE | |
| 103. IF OTHER THAN HOSPITAL | X Other |
| 104. COUNTY | SANTA CRUZ |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 4770 SITE 1 HIGHWAY 9 |
| 106. CITY | FELTON |

**CAUSE OF DEATH**

107. CAUSE OF DEATH
- (A) IMMEDIATE CAUSE: CARDIAC ARREST — Time Interval: MINS
- (B) VENTRICULAR ARRHYTHMIA — MINS
- (C) ATRIAL FIBRILLATION — YEARS
- (D) HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE — YEARS

108. DEATH REPORTED TO CORONER? X YES
REFERRAL NUMBER: 08-02790

109. BIOPSY PERFORMED? X NO
110. AUTOPSY PERFORMED? X YES
111. USED IN DETERMINING CAUSE? X YES

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: EXOGENOUS OBESITY

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? NO
113A. IF FEMALE, PREGNANT IN LAST YEAR? —

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A) mm/dd/ccyy | Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER | 117. DATE
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: X Natural
120. INJURED AT WORK? —
121. INJURY DATE | 122. HOUR

123. PLACE OF INJURY
124. DESCRIBE HOW INJURY OCCURRED
125. LOCATION OF INJURY

126. SIGNATURE OF CORONER / DEPUTY CORONER: NAOMI SILVA
127. DATE: 03/27/2008
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: NAOMI SILVA, DEPUTY CORONER

STATE REGISTRAR: A B C D E
Printed on: 09/30/2009 03:47 PM

Exhibit 4
Wit: Mason
Date: 10/1/09
Allison Ash-Hoyman, CSR

PLAINTIFFS EXHIBITS 010279

# PHYSICIAN/CORONER'S AMENDMENT

## DEATHS AFTER 1-1994

### NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
### USE BLACK INK ONLY

STATE FILE NUMBER | 1.1 | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

## PART I — INFORMATION TO LOCATE RECORD

**NAME AS IT APPEARS ON RECORD**
- 1. NAME—FIRST (GIVEN): DANIEL
- 2. MIDDLE: ELWIN
- 3. LAST (FAMILY): MCCORNACK
- 4. SEX: M

**ADDITIONAL INFORMATION TO LOCATE RECORD**
- 5. DATE OF EVENT—MM/DD/CCYY: 03/23/2008
- 6. CITY OF OCCURRENCE: FELTON
- 7. COUNTY OF OCCURRENCE: SANTA CRUZ

## PART II — STATEMENT OF CORRECTIONS

| 8. CERTIFICATE ITEM NUMBER | 9. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 10. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | CARDIAC ARREST | CARDIAC ARRHYTHMIA |
| 107B | VENTRICULAR ARRHYTHMIA | DIGOXIN TOXICITY |
| 107BT | MINS | DAYS |
| 107C | ATRIAL FIBRILLATION | DIGOXIN POISONING |
| 107CT | YEARS | DAYS |
| 107D | HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE | |
| 107DT | YEARS | |
| 108A | 08-02790 | 08-02797 |
| 112 | EXOGENOUS OBESITY | HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE AND EXOGENOUS OBESITY |
| 119 | NATURAL | ACCIDENT |
| 120 | | NO |
| 121 | | 03/23/2008 |
| 122 | | 0052 |
| 123 | | SMITH WOODS RV PARK |
| 124 | | ACCIDENTAL OVERDOSE ON DIGOXIN |
| 125 | | 4770 HIGHWAY 9, FELTON, CA 95018 |

LIST ONE ITEM PER LINE

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

- 11. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER: ALAN G BURT
- 12. DATE SIGNED—MM/DD/CCYY: 09/30/2009
- 13. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER: SUP DEPUTY CORONER
- 14. ADDRESS—STREET AND NUMBER: 701 OCEAN STREET, RM 340
- 15. CITY: SANTA CRUZ
- 16. STATE: CA
- 17. ZIP CODE: 95060

**STATE/LOCAL REGISTRAR USE ONLY**
- 18. OFFICE OF VITAL RECORDS OR SIGNATURE OF LOCAL REGISTRAR
- 19. DATE ACCEPTED FOR REGISTRATION—MM/DD/YY

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF VITAL RECORDS

VS 24A (REV. 10/03)

Printed on: 09/30/2009 03:46 PM
By: BURT, ALAN (ABURT)

PLAINTIFFS' EXHIBITS 010280

1.1