# EXHIBIT 602.6

PLAINTIFFS' EXHIBITS 010295

## CURRICULUM VITAE

**RICHARD T. MASON, M.D.**

Born: February 13, 1936 — New York City, New York

### EDUCATION

| | | |
|---|---|---|
| B.S. | Manhattan College, Riverdale, New York | 1957 |
| M.S. (Microbiology) | St. John's University Graduate School, Jamaica, Long Island, New York<br>Awarded 2-Year Research Assistantship | 1959 |
| M.D. | Boston University School of Medicine, Boston, Massachusetts | 1963 |
| Internship: | Rotating Internship, University of Utah Hospitals | 1963-1964 |
| Residency: | Junior Assistant Resident and Senior Assistant Resident in Anatomic Pathology, Mallory Institute of Pathology, Boston City Hospital, Boston Massachusetts | 1964-1966 |
| | Resident in Clinical Pathology, University of California, San Francisco Medical Center | 1969-1971 |
| | Residency Forensic Pathology, Office of Medical Examiner – Coroner, Santa Clara County, San Jose, California | 1971-1973 |
| Military: | Captain, U.S. Army Medical Corps, Assistant Chief and Chief of Pathology, Irwin Hospital, Ft. Riley, Kansas | 1966-1967 |
| | Associate Pathologist and Chief of Anatomic Pathology, 9th Medical Lab, Saigon, Republic of Vietnam | 1967-1968 |
| | Awards:<br>Bronze Star; Vietnam Service Medal; Vietnam Campaign Medal; National Defense Service Medal | |
| License and Board Certification: | California Medical License No. G21320 | |
| | Certified in Anatomic and Clinical Pathology American Board of Pathology | May 1972 |
| | Certified in Forensic Pathology by American Board of Pathology | May 1973 |

PLAINTIFFS' EXHIBITS 010296

Exhibit 6
Wit: Mason
Date: 10/1/09
Allison Ash-Hoyman, CSR

RICHARD T. MASON
Page 2

| | | |
|---|---|---|
| Work Experience: | Pathologist - Kaiser Hospital, San Francisco, California | 1971-1972 |
| | Assistant Medical Examiner-Coroner, Santa Clara County, San Jose, California | 1972-1980 |
| | Forensic Pathologist for Sheriff-Coroner Santa Cruz County, Santa Cruz, California | 1980-Present |
| | Consultant – Traffic Safety Research Corp., Palo Alto, California | |

Summary: I have 28 years experience as a civilian and military forensic pathologist. During this time I have performed approximately 9,000 autopsies. I have participated in several hundred crime scene-accident scene investigations. I have testified in more than 300 Superior Court trials in criminal and civil cases and several hundred preliminary hearings and depositions.

Areas of Special Interest: Gunshot injury, head and cervical spine trauma, biomechanics, motor vehicle occupant and motor vehicle/pedestrian injuries.

Publications:
Fatal Myeloencephalopathy Caused by Intrathecal Vincristine. H. Slyter, B. Liwnicz, M. Herrick, R.T. Mason. Neurology 30:867-871, 1980.

Traumatic Lesions of the Pontomedullary Junction. R.H. Britt, M. Herricik, L. Dorfman, R.T. Mason. Neurosurgery 6:623-631, 1980.

Pedestrian Post-Impact Kinematics and Injury Patterns. B. Ravani, D. Brougham, R.T. Mason. S.A.E. Publications P-97.

Professional Organizations:
Fellow, College of American Pathologists
Member, American Academy of Forensic Science
Member, National Association of Medical Examiners
Member, South Bay Pathology Society
Member, International Wound Ballistics Association

Teaching Activities:
Department of Justice
State of California
Homicide Investigation Course
Forensic Pathology Lecture

San Jose State University
Administration of Justice Department
Homicide Investigation Course
Forensic Pathology Course

PLAINTIFFS' EXHIBITS 010297