# EXHIBIT 602.7

PLAINTIFFS' EXHIBITS 010298



**Sheriff-Coroner**
**Santa Cruz County**
**State of California**

**DEATH INVESTIGATION**
REPORT
**Case Number:** 08-02797

| | | | |
|---|---|---|---|
| **NAME:** | MCCORNACK, Daniel Elwin | **DATE OF BIRTH:** | 2/15/1963 |
| **RESIDENCE:** | 6255 Peachy Canyon Paso Robles CA 93446 | **AGE:** | 45 Years |
| **NEXT OF KIN:** | Kathy McCornack (Wife) | **BIRTH PLACE:** | CA |
| **ADDRESS:** | 6255 Peachy Canyon Paso Robles CA 93446 | **GENDER:** | Male |
| **NOTIFIED BY:** | Naomi Silva | **RACE:** | Caucasian |
| **IDENTIFIED BY:** | In Person | **MARITAL STATUS:** | Married |
| **LOCATION OF DEATH:** | Private Camp Ground | **OCCUPATION:** | Plant Manager |
| **MANNER OF DEATH:** | Natural | **DEATH DATE:** | 03/23/2008 |
| **CAUSE OF DEATH:** | Cardiac Arrest | **DEATH TIME:** | 00:52:00 |
| **DUE TO:** | Ventricular Arrhymia | **AUTOPSY:** | Yes |
| **DUE TO:** | Atrial Fibrillation | **INVESTIGATOR:** | Naomi Silva |
| **DUE TO:** | Hypertensive and Arteriosclerotic Cardiovascular Disease | **FUNERAL HOME:** | Kuehl-Nicolay Funeral and Cremation |
| **OTHER SIGNIFICANT CONDITIONS:** | Exogenous Obesity | **PROPERTY:** | None |

## SUMMARY OF INVESTIGATION

On Sunday, March 23, 2008 at approximately 0114 hours, I was notified by Net-Com of a death at 4770 Hwy 9, Felton. I was advised by dispatch that Deputy Ryan was on scene and was requesting my response. Prior to arrival I contacted Deputy Ryan by telephone and he briefed me of the circumstances.

Deputy Ryan advised that decedent, Daniel McCornack, is a 45 year old male who resides in Paso Robles. He was on Easter holiday with his immediate and extended family at Smith Woods RV Park in Felton. According to Kathy McCornack, the decedent's wife, they went to bed at approximately 2200 hours. At approximately 0030 hours she attempted to wake her husband up because she thought he was snoring. When she turned the lights on she noticed his face was discolored. She called "911", and emergency crews responded. They attempted heroics, but were unsuccessful, and pronounced him dead at 0052 hours.

Upon arrival I contacted Dep. Ryan who escorted me to the Recreational Vehicle (RV) where Kathy McCornack was waiting, he then pointed out the RV where the decedent was. I introduced myself to Kathy McCornack who was visibly upset. She was sitting with her two teen age sons and her father in law. I introduced myself, offered my condolences, and asked her to describe what had happened.

Kathy McCornack said they had driven out to Smith Woods RV Park, from their home in Paso Robles. She explained that her family, along with their extended family, spends their Easter holidays together.



Exhibit 7
Wit: Mason
Date: 10/1/09
Allison

Signature: _____
Naomi Silva, Deputy Coroner

PLAINTIFFS' EXHIBITS 010299

**Sheriff-Coroner**
**Santa Cruz County**
**State of California**



**DEATH INVESTIGATION**
REPORT
Case Number: 08-02797

They arrived mid-day and set up camp, had dinner and settled around the camp fire. Kathy said her husband, Daniel, had a full day but never complained of being in any discomfort or pain.  She informed me that he has had an irregular heart beat for many years, and was on heart medication. She did not have the prescription bottles with her, but provided me with his weekly pill/vitamin organizer.

At approximately 2200 hours Kathy McCornack and her husband went to bed.  Kathy said that they were woken at 0030 hours by their two teen-age sons.  They had entered their RV from the family camp fire. Kathy said that at approximately 0030 hours she heard her husband making a strange noise in bed. She shook him and told him he was snoring. The noise continued so she turned the light on and noticed his face was discolored. She woke her sons and called "911". She said that she attempted Cardio Pulmonary Resuscitation (CPR), but described only compression to his chest.

I left Kathy McCornack with her family and went to investigate the decedent in a nearby RV.  I observed the decedent lying in a supine position on the floor of the large RV.  The decedent had been moved from the bedroom to the common area of the RV.  The decedent had two defibrillator electrodes attached to the skin of his chest, and an intravenous line in place on the top of his left hand. The decedent was clad in men's briefs.  Postmortem rigor mortis was beginning to set in the decedent's jaw and extremities.  There was no evidence of struggle or foul play. I did not observe any trauma to the external portion of the decedent's body.

I transported the decedent to the Sheriff-Coroner's Medical Facility where he was placed on a tray and fitted with an identification bracelet and tray tag. I was able to obtain limited medical records for the decedent, which I provided to Dr. Richard T. Mason for his review.  All of the decedent's medications were collected and counted. It is unknown it his prescribed medication was being taken as prescribed since they were not in their respective containers.

Dr. Richard T. Mason, a Forensic Pathologist, performed an autopsy on 03/26/2008 at approximately 0730 hours. Dr. Mason determined the cause of death to a cardiac arrest due to ventricular arrhythmia due to, atrial fibrillation, due to hypertensive and arteriosclerotic cardiovascular disease, with contributory causes of exogenous obesity.  During the examination, Dr. Mason collected post mortem cardiac blood, urine and liver tissue specimens for toxicological testing at the National Medical Services Laboratory. Dave Cutter, Forensic Technician, sent the listed items to the National Medical Services Laboratory on March 27, 2008 via Federal Express. On April 21, 2008 this Office received the Toxicology Reports regarding decedent Daniel McCornack.  On May 2nd, 2008, Dr. Richard Mason requested an additional test be run for the drug Digoxin. The blood sample for this test was already in the possession of the National Medical services Laboratory. This Office received the results for the subsequent test on June 27, 2008.  Refer to the attached Toxicology Reports for detailed test results.

Signature: _Naomi Silva_ 13/10/95

Naomi Silva, Deputy Coroner

PLAINTIFFS' EXHIBITS 010300



**Sheriff-Coroner**
**Santa Cruz County**
**State of California**

**DEATH INVESTIGATION**
REPORT
**Case Number:** 08-02797

CONCLUSION:

Based on my investigation and information obtained from the autopsy examination, it is the opinion of this Office that Daniel McCornack succumbed to natural causes.

Signature: _____

Naomi Silva, Deputy Coroner

3 of 3

PLAINTIFFS' EXHIBITS 010301

## SANTA CRUZ COUNTY SHERIFF-CORONER'S OFFICE
701 Ocean Street
Santa Cruz, California
\*  REPORT OF AUTOPSY EXAMINATION  \*

---

**AUTOPSY NUMBER:** CA08-037      **FILE NUMBER:** 08-02790

**NAME:** Daniel Mc Cornack          **AGE:** 45  **SEX:** Male

**PLACE OF DEATH:** Smithwood R.V. Park, 4770 Hwy 9, Felton

**DATE/HOUR OF DEATH:** March 23, 2008 @ 0052 Hours

**AUTOPSY PERFORMED:** Santa Cruz County Morgue

**DATE/HOUR OF AUTOPSY:** March 26, 2008 @ 7:30 a.m.

**PATHOLOGIST:** Richard T. Mason, M.D.

**BODY IDENTIFIED BY:** Ankle tag.

**ATTENDING PHYSICIAN:** None.

---

| | |
|---|---|
| **CAUSE OF DEATH:** | CARDIAC ARREST<br>Due to: Ventricular arrhythmia<br>Due to: Atrial fibrillation<br>Due to: Hypertensive and arteriosclerotic cardiovascular disease. |
| **CONTRIBUTORY:** | Exogenous obesity. |
| **MANNER:** | Natural. |

**DIAGNOSES:**

1.  Hypertensive and arteriosclerotic cardiovascular disease with:

PLAINTIFFS' EXHIBITS 010302

Page 1A
CA08-037

**DIAGNOSES, continued**

    A.   Cardiomegaly and left ventricular hypertrophy.
    B.   Coronary arteriosclerosis, mild to moderate.
    C.   Myocardial fibrosis, mild.
    D.   Atrial fibrillation by history.
    E.   Probable ventricular arrhythmia and arrest.

2.   Cerebral edema and congestion.

3.   Pulmonary edema and congestion.

4.   Exogenous obesity, moderate.

**RICHARD T. MASON, M.D.**
**Forensic Pathologist**

**RTM/**dp

PLAINTIFFS' EXHIBITS 010303

Page 2
CA08-037

## EXTERNAL EXAMINATION

The body examined is that of a well-developed, mildly obese, middle-aged white male that appears the stated age of 45 years. The body is 70 inches in length and weighs 220 pounds. The scalp hair is medium brown with gray and is cut short measuring 1/4 inch. The eyes are blue gray with the pupils equal in diameter, measuring 6 mm. There is an adhesive nostril dilating device attached over the midportion of the nostrils. There is a short 3/4 inch grayish brown mustache. Natural teeth in good condition are present in the mouth. There is a 1-2 mm growth of beard present on the lower face. There is prominent pinkish cyanosis of the anterior face and neck.

Examination of the anterior chest reveals 4 x 6 inch adhesive defibrillator electrodes present over the left lower lateral chest and the right upper anterior chest. Adhesive EKG electrodes are present over the right and left upper anterior chest and the right and left lower abdomen. The axillae are normal.

Examination of the anterior abdomen reveals it to be mildly obese. There is a slight umbilical hernia. There are no other marks or wounds are noted on the anterior abdomen. Normal male external genitalia are present. The penis is circumcised.

Examination of the lower limbs reveals normal, symmetric, muscular right and left thighs and right and left lower legs. There is a coroner's identification band present on the right ankle bearing the name: McCornack, Daniel; #08-2790. The right and left feet are normal.

PLAINTIFFS' EXHIBITS 010304

Page 3
CA08-037


Examination of the upper limbs reveals normal, symmetric, muscular right and left upper arms and right and left forearms.

The antecubital spaces are clean with no marks or wounds. The right and left forearms are unremarkable. An intravenous line is in position through a needle puncture wound on the dorsum of the left hand. This line is attached to a 1-liter bag of normal saline.

Examination of the hands reveals them to be normal with short intact fingernails.


### INTERNAL EXAMINATION

<u>HEAD:</u>
Reflection of the scalp reveals an absence of any contusions on the galeal surface. The calvarium is intact. Reflection of the calvarium reveals prominent cerebral edema. The gyri are flattened. The meninges are clear but congested. The brain weighs 1,640 grams. The brain has a normal external morphology except for the edema. The cerebral arteries are normal in distribution and appearance.

Multiple coronal sections through both cerebral hemispheres reveal normal cortex, normal white matter and normal basal ganglia. Sections through the brainstem and cerebellum reveal these structures to be normal.

The dura is stripped from the base of the skull to reveal an intact skull base.

Page 4
CA08-037


NECK:
The hyoid bone, larynx, trachea, soft tissues, cervical spine are intact. The airway is fully patent.

BODY CAVITIES:
The pericardial cavity contains 25 mL of clear yellow fluid. There is no excess fluid in the pleural or peritoneal cavities.

CARDIOVASCULAR SYSTEM:
Heart weight 500 grams. There is cardiomegaly and left ventricular hypertrophy. The epicardial surfaces are smooth and glistening. The heart valves are normal. The atria are normal in size. The endocardial surfaces of the atria and ventricles are normal in appearance. Dissection of the coronary arteries reveals abundant, scattered, flattened atherosclerotic plaque in the right coronary artery, which is of greatest circumference compared to the LAD and the circumflex coronary arteries. There is flattened atherosclerotic plaque in a small left anterior descending coronary artery. There is a minimal amount of atherosclerotic plaque in the left circumflex coronary artery. Multiple cross sections through both ventricles of the heart reveal some mild diffusely distributed myocardial fibrosis. There is cardiomegaly and left ventricular hypertrophy with the left ventricle measuring 16 mm in thickness and the right ventricle measuring 4 mm in thickness. There are no foci or evidence of old or recent myocardial infarction.

Examination of the aorta reveals it to be smooth with minimal focal atherosclerosis. The superior and inferior vena cavae are intact and normal with no thromboemboli.


PLAINTIFFS' EXHIBITS 010306

Page 5
CA08-037

RESPIRATORY TRACT:
Lungs, weight right 830 grams, left 840 grams. There
is severe bilateral pulmonary edema and congestion.
Bloodstained watery fluid runs from the cut surfaces of
all lobes of both lungs. There are no foci of
consolidation. The major bronchi contain a small
amount of bloodstained edema fluid. The pulmonary
arteries are widely patent with no thromboemboli.

LIVER:
Weight 2,550 grams. The smooth, light, reddish tan
capsular surface is intact. The liver is enlarged and
there is fatty metamorphosis. The parenchyma is light
pinkish tan and fractures easily on digital pressure.
There is no increase in fibrous tissues to palpation.
The intra and extrahepatic blood vessels and bile ducts
are grossly normal. The gallbladder is thin-walled and
contains 1 mL of light brown transparent bile.

SPLEEN:
Weight 470 grams. This organ is enlarged and
congested. The dark gray brown capsular surface is
intact with no evidence of trauma. The parenchyma is
dark red brown firm.

PANCREAS:
Weight 210 grams. Normal, pale tan, lobular, autolyzed
parenchyma is noted on cut section.

ENDOCRINE SYSTEM:
The pituitary, adrenal and thyroid glands are grossly
normal.

GENITOURINARY TRACT:
Kidneys, weight right 230 grams, left 220 grams. The
cortical surfaces of both kidneys are smooth, dark red,

PLAINTIFFS' EXHIBITS 010307

Page 6
CA08-037

congested.   Normal corticomedullary markings are noted
on sagittal section.   The calyces, pelves, ureters are
normal.   The urinary bladder contains 200 mL of clear
yellow urine.   The prostate and seminal vesicles are
normal.   The testes are normal to palpation.   A normal
circumcised penis is present.

GASTROINTESTINAL TRACT:
The esophageal mucosa is autolyzed.   The gastric mucosa
is autolyzed.   The stomach contains 1130 grams of
viscous, masticated, pale tan food material containing
fragments of vegetable material and meat.   The small
and large bowel are grossly normal.  The vermiform
appendix is present and normal.

MUSCULOSKELETAL SYSTEM:
The musculoskeletal system normal.   There is exogenous
obesity and the abdominal panus is 4.5 cm in thickness.

URINE DRUG SCREEN:
Medtox Immunochromatographic plate
THC:                           Negative.
Opiates:                       Negative.
Amphetamines:                  Negative.
Cocaine:                       Negative.
PCP:                           Negative.

PLAINTIFFS' EXHIBITS 010308



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC, Laboratory Director

**CONFIDENTIAL**

June 24, 2008

**TO:**   60C
Santa Cruz County Coroner
Attn: Alan Burt
701 Ocean Street, #340
Santa Cruz, CA 95060

<u>SUPPLEMENTAL</u> **TOXICOLOGY REPORT OF:**     **McCORNACK, Daniel E.**              **45/M**

NMS Workorder No:                     08095896
NMS Control No:                         10843208
Client ID No:                              08-02797

**SPECIMENS:**   One gray top tube containing ~ 10 mL of peripheral blood, one clear vial containing ~ 14 mL of peripheral blood and two white plastic containers (one containing ~ 30 mL of urine and one containing ~ 32 g of liver) were received on 03/28/08.

**EXAMINATION:**   Analysis Requested - Panel 8092B - Autopsy Toxicology Therapeutic and Abused Drug Screen
Test No. 1615B – Digoxin

**FINDINGS:**

<u>Blood</u>

| | |
|---|---|
| ETHYL ALCOHOL<br>(by Enzymatic Assay & Headspace GC) | 48 mg/dL  (BAC=0.048 % w/v) |
| DILTIAZEM<br>(by GC & GC/MS) | 630 nanog/mL |
| DIGOXIN<br>(by LC-MS/MS) | 3.6 nanog/mL |
| QUINIDINE/QUININE*<br>(by GC/MS) | Trace |
| ATROPINE<br>(by GC/MS) | Positive |

*Quinine and quinidine can be differentiated analytically, but this is a separate analysis. If further delineation is necessary, please contact the laboratory.

**Incidental findings by GC/MS: CAFFEINE and THEOBROMINE.**

Other than the above findings, examination of the specimens submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

PLAINTIFFS' EXHIBITS 010309

C O N F I D E N T I A L

NMS Workorder No:     08095896
NMS Control No:       10843208
Client ID No:         08-02790
Page 2 of 3

**COMMENTS:**

1.  Ethyl alcohol is a CNS-depressant and has effects so-related, e.g., impaired judgment, alertness and coordination.

    If the determined blood alcohol concentration (BAC) is representative of the circulating BAC at the time of the fatal incident, then it represents as absorbed body burden of approximately 2 "drinks" of an alcoholic beverage in an adult of average size weighing approximately 155 lbs.

    > Note: a "drink" =   1 oz. of distilled spirits
    >                      4 oz. of wine
    >                      12 oz. of beer

    Each of the drinks listed above contains about the same amount of ethyl alcohol.

2.  Diltiazem (Cardizem®) is a calcium channel blocking coronary vasodilator indicated for the treatment of variant, exertional and unstable angina.  It is also used in arrhythmic and/or hypertensive therapy.  Desacetyldiltiazem is an active metabolite of diltiazem.  Divided doses up to 180-360 mg daily may be prescribed for angina.

    Therapeutic blood levels of diltiazem appear to be in the range of 50 to 200 nanog/mL.  Numerous cases of diltiazem overdose have been reported.  The majority of individuals who receive prompt treatment survive diltiazem overdose; however, death has been reported, especially in conjunction with other substances.  Diltiazem has been found mixed with cocaine, either as a cutting agent or in an attempt to reduce cocaine-induced increased blood pressure.  In a separate, small series of diltiazem related fatalities, the postmortem blood concentrations range from 6700 to 33,000 nanog/mL (mean 16,000 nanog/mL).  In addition, diltiazem is reported to undergo postmortem redistribution with an average heart blood/femoral blood ratio of 2.6.

3.  Digoxin (Lanoxin®) is a cardiac glycoside used in the treatment of congestive heart failure and other contractility-related deficiencies.  There is considerable individualization of the dose of this medication and what is therapeutic in one individual may be toxic in another.

    Individuals are generally titrated to find an appropriate dosage, especially since digoxin has a low therapeutic index.

4.  Quinine and quinidine are stereoisomers derived from the bark of the cinchona tree.  Quinine has been used in the past as an antimalarial, but is more commonly used today to treat muscle cramps.  It is also used as a flavoring agent in tonic waters and as a cutting agent adulterant in illicit street drug dosages of heroin.  Adverse effects include gastrointestinal disturbances, tinnitus, dizziness, arrhythmias and hypotension.

    Quinidine is frequently used as an antiarrhythmic agent.  It is available for acute administration by intramuscular or intravenous injection of 200 to 750 mcg or for maintenance therapy in oral doses of 600 to 4,000 mg daily.  .  Toxicity is manifested by gastrointestinal disturbances, giddiness, tinnitus, diplopia and hypotension.

5.  Atropine is an anticholinergic alkaloid used in pre-anesthetic therapy to control airway secretions and as an antispasmodic to control gastrointestinal spasms.  It is frequently used as an antidote in the treatment of anticholinesterase-type pesticides.  It can be obtained naturally from deadly nightshade or jimson weed. Atropine is also used in resuscitative attempts.

    Toxic effects of atropine have considerable individual variation; however, at high doses, signs and symptoms include mydriasis, hot dry reddened skin, deliriums and hallucinations.

    In resuscitative failure, most of the administered drug remains confined to the intravascular injection pathway.

PLAINTIFFS' EXHIBITS 010310

**C O N F I D E N T I A L**

| | |
|---|---|
| NMS Workorder No: | 08095896 |
| NMS Control No: | 10843208 |
| Client ID No: | 08-02790 |
| Page 3 of 3 | |

Respectfully,

Edward J. Barbieri, Ph.D.
Forensic Toxicologist

EJB/ltb

This analysis was performed under chain of custody.  The chain of custody documentation is on file at NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date of this report.

**\*\*\*\*   \*\*\*\*   ANALYSIS SUMMARY   \*\*\*\*   \*\*\*\***

<u>**8092B - Therapeutic and Abused Drug Screen**</u>

Test No. 8092B – Drug Screen by Enzyme-Linked Immunosorbent Assay (ELISA) on Blood for:  Amphetamine, Barbiturates, Benzodiazepines, Cannabinoids (Marihuana), Cocaine/Metabolites, Methamphetamine, Opiates and Phencyclidine (PCP); Headspace Gas Chromatography for Ethanol, Methanol, Acetone and Isopropyl Alcohol.

Test No. 8092B - Drug Screen II- Gas Chromatography and Gas Chromatography/Mass Spectrometry Analysis on Blood:

The following is a general list of compound classes included in the Gas Chromatographic screen.  Other specific compounds outside these classes are also included.  Please note that not all known compounds included in each specified class or heading are included. The detection of any particular compound is concentration-dependent.  For a detailed list of all compounds included in this screen, please contact NMS Labs.

Analgesics (opioid and non-opioid), Anesthetics, Antiasthmatic Agents, Anticholinergic Agents, Anticonvulsant Agents, Antidepressants, Antiemetic Agents, Antihistamines, Antiparkinsonian Agents, Antipsychotic Agents, Antitussive Agents, Anxiolytics (Benzodiazepine and others), Cardiovascular Agents (non-digitalis), Hallucinogens, Hypnosedatives (Barbiturate and others), Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents (excluding Salicylate) and Stimulants (Amphetamine-like and others).

Test No. 8092B - Colorimetric Analysis on Blood for:  Salicylates and Acetaminophen.

Test No. 5010B - Alcohol Confirmation - Enzymatic Assay on Blood for: Ethanol (Ethyl alcohol).

Test No. 1640B - Diltiazem - Gas Chromatography on Blood for:  Diltiazem.

Test No. 1615B – Digoxin – Liquid Chromatography - Tandem Mass Spectrometry on Blood for:  Digoxin.

**\* \* \* \* \*   END OF REPORT   \* \* \* \* \***

PLAINTIFFS' EXHIBITS 010311

# CERTIFICATE OF DEATH

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11•(REV 1/04)

3200844000402

| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT — FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| DANIEL | ELWIN | MCCORNACK |

| AKA, ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR | | IF UNDER 24 HOURS | | 6. SEX |
|---|---|---|---|---|---|---|---|
| – – – | 02/15/1963 | 45 | Months | Days | Hours | Minutes | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | 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 | [X] YES [ ] NO [ ] UNK | MARRIED | 03/23/2008 | 0052 |

| 13. EDUCATION — Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE — Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | [ ] YES [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION — Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY ( e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| PLANT MANAGER | CHEMICAL MANUFACTURE | 25 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number or location) |
|---|
| 6255 PEACHY CANYON RD. |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| PASO ROBLES | SAN LUIS OBISPO | 93446 | 45 | CA |

**INFOR- MANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state, ZIP) |
|---|---|
| KATHY MCCORNACK, WIFE | 6255 PEACHY CANYON RD., PASO ROBLES, CA 93446 |

**SPOUSE AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE — FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
| KATHY | MARIE | ESPARZA |

| 31. NAME OF FATHER — FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| RALPH | MICHAEL | MCCORNACK | CA |

| 35. NAME OF MOTHER — FIRST | 36. MIDDLE | 37. LAST (Maiden) | 38. BIRTH STATE |
|---|---|---|---|
| LINDA | EILEEN | HIRSCHLER | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 03/28/2008 | PASO ROBLES DISTRICT CEMETERY 45 NACIMIENTO LAKE DR., PASO ROBLES, CA 93446 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BU | ▶ NOT EMBALMED | - |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| KUEHL-NICOLAY FUNERALS AND CREM | FD68 | ▶ POKI NAMKUNG, M.D. | 03/27/2008 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| CAMPSITE | [ ] IP [ ] ER/OP [ ] DOA | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| SANTA CRUZ | 4770 SITE 1 HIGHWAY 9 | FELTON |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | CARDIAC ARREST | (AT) MINS | [X] YES [ ] NO |
| | | | REFERRAL NUMBER 08-02790 |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | VENTRICULAR ARRHYTHMIA | (BT) MINS | 109. BIOPSY PERFORMED? [ ] YES [X] NO |
| (C) | ATRIAL FIBRILLATION | (CT) YEARS | 110. AUTOPSY PERFORMED? [ ] YES [X] NO |
| (D) | HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE | (DT) YEARS | 111. USED IN DETERMINING CAUSE? [X] YES [ ] NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| EXOGENOUS OBESITY |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 or 112? (If yes, list type of operation and date.) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | [ ] YES [ ] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since mm/dd/ccyy     Decedent Last Seen Alive mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|---|
| MANNER OF DEATH [X] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | | [ ] YES [ ] NO [ ] UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and ZIP) |
|---|
| |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ NAOMI SILVA | 03/27/2008 | NAOMI SILVA, DEPUTY CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | *0120080007734 28* | | |

PLAINTIFFS' EXHIBITS 010312

# CERTIFICATE OF AMENDMENT

## DEATHS AFTER 1-1994

### NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
### USE BLACK INK ONLY

| STATE FILE NUMBER | 1.1 | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|

| PART I | INFORMATION TO LOCATE RECORD | | | |
|---|---|---|---|---|
| NAME AS IT APPEARS ON RECORD | 1. NAME—FIRST (GIVEN)<br>DANIEL | 2. MIDDLE<br>ELWIN | 3. LAST (FAMILY)<br>MCCORNACK | 4. SEX<br>M |
| ADDITIONAL INFORMATION TO LOCATE RECORD | 5. DATE OF EVENT—MM/DD/CCYY<br>03/23/2008 | 6. CITY OF OCCURRENCE<br>FELTON | 7. COUNTY OF OCCURRENCE<br>SANTA CRUZ | |

| PART II | STATEMENT OF CORRECTIONS | |
|---|---|---|
| LIST ONE ITEM PER LINE | 8. CERTIFICATE ITEM NUMBER | 9. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 10. INFORMATION AS IT SHOULD APPEAR |
| | 108A | 08-02790 | 08-02797 |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 11. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER<br>▶ | 12. DATE SIGNED—MM/DD/CCYY | 13. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|---|
| | 14. ADDRESS—STREET AND NUMBER | 15. CITY | 16. STATE | 17. ZIP CODE |

| STATE/LOCAL REGISTRAR USE ONLY | 18. OFFICE OF VITAL RECORDS OR SIGNATURE OF LOCAL REGISTRAR<br>▶ | 19. DATE ACCEPTED FOR REGISTRATION—MM/DD/YY |
|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF VITAL RECORDS                VS 24A (REV. 10/03)

Printed on: 04/09/2008 11:03 AM
PLAINTIFFS' EXHIBITS 010913

1.1

# FedEx Express   US Airbill

FedEx Tracking Number **8646 5306 9690**

Form ID No. **0215**

**Sender's Copy**

### 1 From *Please print and press hard.*

Date

Sender's FedEx Account Number

Sender's Name  DR. RICHARD MASON   831 454-2520

Company  SANTA CRUZ COUNTY CORONER

Address  701 OCEAN STREET #340

Dept./Floor/Suite/Room

City  SANTA CRUZ   State  CA   ZIP  95060

### 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

### 3 To

Recipient's Name   Phone ( 215 ) 657-4900

Company  NMS LABS

Address  3701 WELSH RD

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City  WILLOW GROVE   State  PA   ZIP  19090-2910

0375759873

### Ship and track packages at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

### 4a Express Package Service
*Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight  Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight  Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight  Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver  Third business day.* Saturday Delivery NOT available.

* To select locations.  FedEx Envelope rate not available. Minimum charge: One-pound rate.

### 4b Express Freight Service
*Packages over 150 lbs.*

- [ ] FedEx 1Day Freight*  Next business day.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight  Third business day.* Saturday Delivery NOT available.

** To select locations.  * Call for Confirmation.

### 5 Packaging

- [ ] FedEx Envelope*
- [ ] FedEx Pak*  Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

### 6 Special Handling   *Include FedEx address in Section 3.*

- [ ] SATURDAY Delivery  NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location  NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location  Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**Does this shipment contain dangerous goods?**
*One box must be checked.*

- [ ] No
- [ ] Yes  As per attached Shipper's Declaration.
- [ ] Yes  Shipper's Declaration not required.
- [ ] Dry Ice  Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

### 7 Payment   *Bill to:*

- [ ] Sender  Acct. No. in Section 1 will be billed.
- [x] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No. Credit Card No.  **0191-5838-1**

Exp. Date

Total Packages   Total Weight   Total Declared Value†
$ ___ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

### 8 Residential Delivery Signature Options   *If you require a signature, check Direct or Indirect.*

- [ ] No Signature Required  Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature  Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature  If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

**519**

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

**National Medical Services, Inc.**
3701 Welsh Road
Willow Grove, Pennsylvania 19090-0437
(215) 657-4900   FAX: (215) 657-2972
800-522-6671

*Biomonitoring for Environmental/Occupational Exposures • Criminalistics*
*Forensic Toxicology • Therapeutic Drug Monitoring*

# MEDICAL EXAMINER/CORONER REQUISITION



Chain of Custody No.

10843208

Account No.

60C

Account Name/Address

SANTA CRUZ COUNTY CORONER
701 OCEAN STREET, #340
SANTA CRUZ, CA  95060



PLEASE PRINT PATIENT I.D. INFORMATION OR AFFIX I.D. LABEL BELOW

Case No. *08-02790*

Case Name *McCORNACK  DANIEL*        *F*
    (Last)              (First)              (M.I.)

☐ RETURN SPECIMEN    AGE *45*   SEX ☒M ☐F   RACE *CAUC.*   HEIGHT *70"*   WEIGHT *220 LBS*

SPECIMEN COLLECTION
☐ Antemortem      Collection _____   Date / /   Time _____ am/pm
☒ Postmortem      Performed By *R.T. Mason MD*   Date *3/26/08*   Time *7:30* pm

SPECIMEN CONDITION
☐ Embalmed   ☐ Decomposed   ☐ Exhumed   ☐ Other _____   ☐ OK to Micro\Consume

SPECIMEN(S) SUBMITTED
☐ Blood (cardiac)   ☒ Urine      ☐ Spleen   ☐ Kidney
☒ Blood (peripheral) ☐ Vitreous   ☒ Liver    ☐ Muscle
☐ Serum             ☐ Bile       ☐ Brain    ☐ Other _____ (site)
☐ Plasma            ☐ Gastric Contents

HISTORY AND CIRCUMSTANCES
Cause of Death *Hypertensive & Arteriosclerotic Cardiovasc. Disease*
Manner of Death:  ☒ Natural   ☐ Accident   ☐ Homicide   ☐ Undetermined   ☐ Suicide   ☐ Traffic Fatality

BRIEF HISTORY (include known medication(s)):
*45 y/o W.M. moderately obese with enlarged heart has several year hx. of atrial fibrillation. Probable Ventricular arrhythmia is a + arrest.  Urine drug Negative*

PATHOLOGY (abnormal findings):
*Cerebral & Pulmonary edema*

TESTS REQUESTED
____ Common Drugs of Abuse (8091)
☒ Therapeutic & Abused Drugs (8092)
____ Alcohol Panel (0171B)
____ Carbon Monoxide (1002)
____ Vitreous Electrolytes (1916)
____ Environmental Exposure Screen (8103)
____ Fire Death Screen (8104)
____ SIDS Screen (4187)

CALIFORNIA TRAFFIC FATALITY CASES
____ Common Drugs of Abuse (8096, 7542)
____ Therapeutic & Abused Drugs (8097, 7542)
____ Alcohol (7542)
____ Other - _____
_____

| DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF TRANSFER |
|---|---|---|---|
| 3/27/08 | Dave Cutter | | ANALYSIS |
| | | | |
| | | | |
| | | | |

PLAINTIFFS' EXHIBITS 010315
FILE COPY

VER 3.5 (5/06)



**National Medical Services, Inc.**
3701 Welsh Road
Willow Grove, Pennsylvania 19090-0437
(215) 657-4900    FAX: (215) 657-2972
800-522-6671

*Biomonitoring for Environmental/Occupational Exposures • Criminalistics*
*Forensic Toxicology • Therapeutic Drug Monitoring*

# MEDICAL EXAMINER/CORONER REQUISITION

PLEASE PRINT PATIENT I.D. INFORMATION OR AFFIX I.D. LABEL BELOW





Chain ID Number

10843208

Account No.

60C

Account Name/Address

SANTA CRUZ COUNTY CORONER
701 OCEAN STREET, #340
SANTA CRUZ, CA 95060

Case No. 08-02790

Case Name McCORMACK DANIEL F
(Last)          (First)          (M.I.)

| ☐ RETURN SPECIMEN | AGE 45 | SEX ☒ M ☐ F | RACE CAUC | HEIGHT 70" | WEIGHT 220 LBS |
|---|---|---|---|---|---|

**SPECIMEN COLLECTION**

☐ Antemortem    Collection _____ / _____ / _____    Date _____ Time _____ am/pm

☒ Postmortem    Performed By R.T. Mason MD    Date 3/26/08    Time 7:30 am/pm

**SPECIMEN CONDITION**

☐ Embalmed    ☐ Decomposed    ☐ Exhumed    ☐ Other _____    ☐ OK to Micro\Consume

**SPECIMEN(S) SUBMITTED**

☐ Blood (cardiac)    ☒ Urine    ☐ Spleen    ☐ Kidney
☒ Blood (peripheral)    ☐ Vitreous    ☒ Liver    ☐ Muscle
☐ Serum    ☐ Bile    ☐ Brain    ☐ Other _____ (site)
☐ Plasma    ☐ Gastric Contents

**HISTORY AND CIRCUMSTANCES**

Cause of Death Hypertensive & Arteriosclerotic Cardiovasc. Disease

Manner of Death: ☒ Natural    ☐ Accident    ☐ Homicide    ☐ Undetermined    ☐ Suicide    ☐ Traffic Fatality

**BRIEF HISTORY** (include known medication(s)):

45 y W.M. moderately obese with enlarged heart has several year hx. of atrial fibrillation. Probable Ventricular arrhythmia & arrest. Urine drug Negative

**PATHOLOGY** (abnormal findings):

Cerebral & Pulmonary edema

**TESTS REQUESTED**

☐ Common Drugs of Abuse (8091)
☒ Therapeutic & Abused Drugs (8092)
☐ Alcohol Panel (0171B)
☐ Carbon Monoxide (1002)
☐ Vitreous Electrolytes (1916)
☐ Environmental Exposure Screen (8103)
☐ Fire Death Screen (8104)
☐ SIDS Screen (4187)

**CALIFORNIA TRAFFIC FATALITY CASES**

_____ Common Drugs of Abuse (8096, 7542)
_____ Therapeutic & Abused Drugs (8097, 7542)
_____ Alcohol (7542)
_____ Other - _____

| DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF TRANSFER |
|---|---|---|---|
| 3/27/08 | Dave Cutter | | ANALYSIS |

FILE COPY

Keep This Copy
For Your Records

**IMPORTANT:**
Have your Chain ID
Number available when
inquiring about
specimen status.

PLAINTIFFS' EXHIBITS 010316
CLIENT COPY

VER 3.5 (5/06)



**SANTA CRUZ COUNTY**  Santa Cruz, California 95060
**SHERIFF - CORONER**

# CORONER TOXICOLOGY TRACKING

CASE NO.
**08-02797**

| DATE | DAY | OFFENSE | PLACE OF SEIZURE |
|---|---|---|---|
| 03/27/2008 | Thurs | **Coroner Case** | Santa Cruz County |

| VICTIM   NAME: LAST, FIRST, MIDDLE | DOB | |
|---|---|---|
| **McCornack, Daniel E.** | 02/15/1963 | Sheriff-Coroner's |

| DECEASED | Medical Facility |
|---|---|

**ANTE MORTEM**

☐ BLOOD (1)  ☐ URINE (2)
COLLECTED FROM:  BY:

**POST MORTEM**

☐ BLOOD-CARDIAC (3)  ☒ BLOOD-PERIPHERAL (4)
☐ SERUM (5)  ☐ PLASMA (6)
☒ URINE (7)  ☐ VITREOUS (8)
☐ BILE (9)  ☐ GASTRIC CONTENTS (10)
☐ SPLEEN (11)  ☒ LIVER (12)
☐ BRAIN (13)  ☐ KIDNEY (14)
☐ MUSCLE (15)  ☐ OTHER (16)

SENT TO: NMS 7,4,12  BY: Dave Cutter (Forensic Tech)
SENT TO:  BY:

**URINE DRUG SCREEN - MED TOX IMMUNOCHROMATOGRAPHIC PLATE**

| | | | |
|---|---|---|---|
| THC: | ☒ NEG | ☐ POS |
| OPIATES: | ☒ NEG | ☐ POS |
| AMPHETAMINES: | ☒ NEG | ☐ POS |
| COCAINE: | ☒ NEG | ☐ POS |
| PCP: | ☒ NEG | ☐ POS |

SHF - COR - TOX
EFORM 2/08  RJM

REPORTING DEPUTIES
N.Silva 10985/130

# Kuehl-Nicolay Funeral Home
## FD68

ORDER FOR RELEASE

<u>TO</u>:   SANTA CRUZ COUNTY CORONER'S OFFICE          DATE  03/24/2008

I certify that, pursuant to Section 7100, Health & Safety Code, State of California, as next of kin, it is my right to select any funeral director I desire to take charge of the body of   DANIEL ELWIN MCCORNACK          , deceased. Therefore, please release the body and the personal effects of the above mentioned deceased to the   KUEHL-NICOLAY FUNERAL HOME          . This is a voluntary action on my part and there has been no solicitation or effort made by any representative of the above named funeral home.

Signed  Kathy McCornack          Relationship   WIFE

Address  6255 Peachy Canyon Rd.     City  Paso Robles

State  California               Telephone No.  238-5208

IF THE PERSON SIGNING ABOVE IS NOT THE NEXT OF KIN, PLEASE LIST THE NAME BELOW AND THE NEXT OF KIN'S REASON FOR NOT HANDLING IS AS FOLLOWS:

Name_____      Relationship_____

Address_____      City_____

State_____      Telephone No._____

Reason for not handling_____

_____

PLAINTIFFS' EXHIBITS 010318

SANTA CRUZ COUNTY SHERIFF-CORONER
Steve Robbins, Sheriff-Coroner
701 Ocean St. Room 340
Santa Cruz, CA 95060



**SANTA CRUZ COUNTY
SHERIFF-CORONER**



# Investigation  Division

## Facsimile Transmittal Form

| To: Dr Von Dolan's Office, Medical Records | Voice Line: (805) 434-2262 Fax Line: (805) 782-8859 |
|---|---|

| From: | Naomi Silva Deputy Coroner Investigations Division; Coroner's Section Voice Line: (831) 454-2520 Fax Line: (831) 454-3553 |
|---|---|

**Number of Pages (Including Cover) __1_____**

**Urgent          For Review      ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle**

● **Comments: We are investigating the death of Daniel Mc Cormack, DOB of 02/15/1963. He passed away on 03/23/2008. We are requesting any medical records you have regarding the care and treatment she received. As always if there are a large amount of records, we are mainly after the physical history statements. Call me if there are lots of records, and someone from our office with come pick them up. Thank you. Naomi Silva**

ADDED  DIGOXIN  TEST
ON  5/2/08
TEST  CODE
16158 -
MCCORMACK
PER DOC MASON
AGE 25

FAX
215-366-1501
ATTN: FURTH
DEPT.

ID 843208
MCCORMACK, DANIEL
08 - 02797

PLAINTIFFS' EXHIBITS 010319

```
                        ┌─────────────────┐
                        │ ACTIVITY REPORT │
                        └─────────────────┘
```

```
                                        TIME : 03/24/2008 10:54
                                        NAME :
                                        FAX  : 8314543553
                                        TEL  :
                                        SER.# : BROM2J875003
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|--|
| #001 | 03/09 | 15:33 | 97554281 | 00 | 00 | BUSY | TX | |
| #004 | 03/09 | 15:41 | 97554281 | 27 | 01 | OK | TX | ECM |
| #002 | 03/09 | 15:46 | 97554281 | 27 | 01 | OK | TX | ECM |
| #003 | 03/09 | 15:57 | 7754281 | 00 | 00 | BUSY | TX | |
| #005 | 03/10 | 09:03 | 94250785 | 00 | 00 | BUSY | TX | |
| #006 | 03/10 | 09:04 | 94250185 | 01:04 | 00 | NG | TX | |
| #007 | 03/10 | 09:07 | 94250185 | 36 | 01 | OK | TX | |
| | 03/10 | 09:15 | 8314250185 | 05:57 | 10 | OK | RX | |
| | 03/10 | 10:02 | | 01:04 | 04 | OK | RX | ECM |
| | 03/10 | 10:56 | | 48 | 02 | OK | RX | ECM |
| | 03/10 | 12:28 | 8314232038 | 45 | 03 | OK | RX | ECM |
| | 03/11 | 06:20 | 7146476122 | 44 | 02 | OK | RX | ECM |
| #008 | 03/11 | 08:51 | 916508523258 | 22 | 01 | OK | TX | ECM |
| | 03/11 | 08:52 | 831 724 4967 | 01:12 | 02 | OK | RX | |
| | 03/11 | 09:19 | | 02:05 | 08 | OK | RX | ECM |
| | 03/11 | 13:04 | 2098360427 | 28 | 01 | OK | RX | ECM |
| | 03/11 | 16:00 | 8317246074 | 40 | 01 | OK | RX | ECM |
| | 03/12 | 07:31 | 8317246074 | 41 | 01 | OK | RX | ECM |
| #009 | 03/12 | 07:34 | 917146476122 | 01:06 | 03 | OK | TX | ECM |
| | 03/12 | 07:51 | | 23 | 01 | OK | RX | ECM |
| | 03/12 | 08:51 | | 30 | 01 | OK | RX | ECM |
| #010 | 03/12 | 15:51 | 97638233 | 36 | 01 | OK | TX | ECM |
| | 03/13 | 11:10 | 4087931934 | 21 | 01 | OK | RX | ECM |
| | 03/13 | 12:09 | 8317246074 | 17 | 01 | OK | RX | ECM |
| | 03/13 | 14:17 | 8314268489 | 47 | 01 | OK | RX | ECM |
| | 03/13 | 14:57 | 831 425 1903 | 48 | 02 | OK | RX | ECM |
| #011 | 03/14 | 08:28 | 912095674555 | 21 | 01 | OK | TX | ECM |
| #012 | 03/14 | 09:43 | 916618680149 | 21 | 01 | OK | TX | ECM |
| | 03/14 | 09:51 | 831 425 1903 | 01:02 | 03 | OK | RX | ECM |
| | 03/14 | 10:28 | | 09 | 00 | NG | RX | |
| | 03/14 | 10:29 | 8317636069 | 39:13 | 99 | OK | RX | ECM |
| | 03/15 | 07:48 | 4089988631 | 34 | 01 | OK | RX | ECM |
| #013 | 03/16 | 09:07 | 914089988631 | 23 | 01 | OK | TX | ECM |
| | 03/16 | 12:00 | 831 425 1903 | 52 | 02 | OK | RX | ECM |
| | 03/17 | 13:40 | 8314232038 | 49 | 03 | OK | RX | ECM |
| | 03/18 | 14:50 | 8314268489 | 47 | 01 | OK | RX | ECM |
| | 03/19 | 07:12 | 8314268489 | 42 | 01 | OK | RX | ECM |
| | 03/19 | 07:58 | 8317246074 | 30 | 01 | OK | RX | ECM |
| | 03/19 | 08:11 | 831 724 4967 | 52 | 01 | OK | RX | |
| | 03/20 | 10:44 | 831 425 1903 | 35 | 01 | OK | RX | ECM |
| | 03/20 | 12:33 | 831 425 1903 | 31 | 01 | OK | RX | ECM |
| | 03/21 | 11:00 | 831 724 4967 | 54 | 01 | OK | RX | |
| #014 | 03/22 | 11:46 | 97283279 | 34 | 01 | OK | TX | ECM |
| | 03/22 | 12:56 | 7283279 | 06:22 | 19 | OK | RX | ECM |
| | 03/24 | 08:22 | | 14:10 | 58 | OK | RX | ECM |
| #015 | 03/24 | 09:29 | 94251903 | 21 | 01 | OK | TX | ECM |
| #016 | 03/24 | 09:57 | 918054342019 | 23 | 01 | OK | TX | ECM |
| | 03/24 | 10:15 | 8054342019 | 03:04 | 11 | OK | RX | ECM |
| #017 | 03/24 | 10:29 | 918057828859 | 22 | 01 | OK | TX | ECM |
| | 03/24 | 10:43 | | 10:32 | 13 | OK | RX | |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
```

PLAINTIFFS' EXHIBITS 010320

# SANTA CRUZ COUNTY
## SHERIFF - CORONER

701 Ocean Street, Room 340

Santa Cruz, California 95060

| METH RELATED **NO** | Type of Report **INCIDENT REPORT** | CASE NO. **08-2797** |
|---|---|---|

☐ WARRANT REQUESTED

FOLLOW UP REQUIRED YES ☐ NO ☒

(√) if Arrest ☐

☐ CRIMES AGAINST PROPERTY
☐ CRIMES AGAINST THE PERSON

Trademarks of Suspect(s) ----------

PAGE **1** OF **3**

| SECTION-SUBSECTION-CODE | CRIME CLASSIFICATION | SECTION-SUBSECTION-CODE | CRIME CLASSIFICATION | REPORT AREA |
|---|---|---|---|---|
| Coroner Case - Reportable Death | | 2008 MAR 27 AM 9:17 | | 3 - 2 |

| DATE & TIME OCCURRED - DAY | DATE & TIME REPORTED | LOCATION OF OCCURRENCE | CHECK IF MORE NAMES IN CONTINUATION |
|---|---|---|---|
| 3/23/08 | 0014 hours | Sunday | 3/23/08 | 0014 hours | Swithwoods RV Park 4770 Hwy.9 Site I, Felton | ☐ |

**DEC CODE**

| NAME—LAST,FIRST,MIDDLE (FIRM IF BUSINESS) | RESIDENCE ADDRESS | RES. PHONE |
|---|---|---|
| McCornack, Daniel Elwin | 6255 Peachy Canyon, Paso Robles, CA | (805) 238-5208 |

| OCCUPATION | Race | SEX | AGE | DOB | BUSINESS ADDRESS | EMAIL ADDRESS | BUS. PHONE |
|---|---|---|---|---|---|---|---|
| Manager of Chemical Co | W | Ⓜ F | 45 | 2/15/63 | Unknown | Unknown | Unknown |

**RP 001 CODE**

| NAME—LAST,FIRST,MIDDLE (FIRM IF BUSINESS) | RESIDENCE ADDRESS | RES. PHONE |
|---|---|---|
| McCornack, Kathy | 6255 Peachy Canyon, Paso Robles, CA | (805) 238-5208 |

| OCCUPATION | Race | SEX | AGE | DOB | BUSINESS ADDRESS | EMAIL ADDRESS | BUS. PHONE |
|---|---|---|---|---|---|---|---|
| Unknown | W | M Ⓕ | Unk | Unk | Unknown | Unknown | Unknown |

**CODE**

| NAME—LAST,FIRST,MIDDLE (FIRM IF BUSINESS) | RESIDENCE ADDRESS | RES. PHONE |
|---|---|---|
| | | |

| OCCUPATION | Race | SEX | AGE | DOB | BUSINESS ADDRESS | EMAIL ADDRESS | BUS. PHONE |
|---|---|---|---|---|---|---|---|
| | | M F | | | | | |

**CODE**

| NAME—LAST,FIRST,MIDDLE (FIRM IF BUSINESS) | RESIDENCE ADDRESS | RES. PHONE |
|---|---|---|
| | | |

| OCCUPATION | Race | SEX | AGE | DOB | BUSINESS ADDRESS | EMAIL ADDRESS | BUS. PHONE |
|---|---|---|---|---|---|---|---|
| | | M F | | | | | |

**VEHICLE CODE**

| VIN or LICENSE NO. | STATE | YEAR | MAKE | MODEL | COLOR | (OTHER IDENTIFYING CHARACTERISTICS) | TOWED YES ☐ NO ☐ |
|---|---|---|---|---|---|---|---|
| REGISTERED OWNERS NAME | | | | REGISTERED OWNERS RESIDENCE ADDRESS | | | VEH. HELD YES ☐ NO ☐ |

**VEHICLE CODE**

| VIN or LICENSE NO. | STATE | YEAR | MAKE | MODEL | COLOR | (OTHER IDENTIFYING CHARACTERISTICS) | TOWED YES ☐ NO ☐ |
|---|---|---|---|---|---|---|---|
| REGISTERED OWNERS NAME | | | | REGISTERED OWNERS RESIDENCE ADDRESS | | | VEH. HELD YES ☐ NO ☐ |

**SUSPECT NO.**

| SUSPECT -NAME (LAST, FIRST, MIDDLE) | RACE | SEX M F | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | | DRIVERS LICENSE NO. | | ARRESTED YES ☐ NO ☐ | ADV OF RIGHTS YES ☐ NO ☐ | CITIZEN ARREST ☐ | | |
| OCCUPATION | BUSINESS ADDRESS | | BUS. PHONE | RES. PHONE | | CITATION NO. | | |

| HAIR LENGTH/TYPE ☐ UNK. | HAIR STYLE ☐ UNK. | FACIAL HAIR ☐ UNK | WEAPON USED ☐ UNK. ☐ N/A |
|---|---|---|---|
| A ☐ Bald   H ☐ Receding B ☐ Butch   I ☐ Shaved C ☐ Coarse   J ☐ Short D ☐ Collar   K ☐ Shoulder E ☐ Fine   L ☐ Thick F ☐ Long   M ☐ Thinning G ☐ Neck Length   N ☐ Wiry | A ☐ Afro/Mat   G ☐ Military B ☐ Braided   H ☐ Ponytail C ☐ Bushy   I ☐ Processed D ☐ Colored dyed   J ☐ Straight E ☐ Crew cut   K ☐ Wavy/Curly F ☐ Greasy   L ☐ Wig | A ☐ Clean Shaven   F ☐ Mustache B ☐ Full Beard   G ☐ Scraggly Beard C ☐ Fu Manchu   H ☐ Sideburns D ☐ Goatee   I ☐ Unshaven E ☐ Lower Lip   J ☐ Van Dyke | A ☐ Bomb   H ☐ Knife B ☐ Cutting Instrument   I ☐ Motor Vehicle C ☐ Chemical   J ☐ Razor D ☐ Club   K ☐ Rifle E ☐ Handgun   L ☐ Shotgun F ☐ Hands/Feet   M ☐ Simulated G ☐ Ice pick   N ☐ Toy Gun O ☐ Other |

**SUSPECT NO.**

| SUSPECT -NAME (LAST, FIRST, MIDDLE) | RACE | SEX M F | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | | DRIVERS LICENSE NO. | | ARRESTED YES ☐ NO ☐ | ADV OF RIGHTS YES ☐ NO ☐ | CITIZEN ARREST ☐ | | |
| OCCUPATION | BUSINESS ADDRESS | | BUS. PHONE | RES. PHONE | | CITATION NO. | | |

| HAIR LENGTH/TYPE ☐ UNK. | HAIR STYLE ☐ UNK. | FACIAL HAIR ☐ UNK. | WEAPON USED ☐ UNK. ☐ N/A |
|---|---|---|---|
| A ☐ Bald   H ☐ Receding B ☐ Butch   I ☐ Shaved C ☐ Coarse   J ☐ Short D ☐ Collar   K ☐ Shoulder E ☐ Fine   L ☐ Thick F ☐ Long   M ☐ Thinning G ☐ Neck Length   N ☐ Wiry | A ☐ Afro/Mat   G ☐ Military B ☐ Braided   H ☐ Ponytail C ☐ Bushy   I ☐ Processed D ☐ Colored dyed   J ☐ Straight E ☐ Crew cut   K ☐ Wavy/Curly F ☐ Greasy   L ☐ Wig | A ☐ Clean Shaven   F ☐ Mustache B ☐ Full Beard   G ☐ Scraggly Beard C ☐ Fu Manchu   H ☐ Sideburns D ☐ Goatee   I ☐ Unshaven E ☐ Lower Lip   J ☐ Van Dyke | A ☐ Bomb   H ☐ Knife B ☐ Cutting Instrument   I ☐ Motor Vehicle C ☐ Chemical   J ☐ Razor D ☐ Club   K ☐ Rifle E ☐ Handgun   L ☐ Shotgun F ☐ Hands/Feet   M ☐ Simulated G ☐ Ice pick   N ☐ Toy Gun O ☐ Other |

| WAS THERE A RAPE? IF YES, PLACE AN X IN BOX ☐ Force ☐ No Force ☐ Attempt Only | Gang Related ☐ Domestic Violence ☐ Children in Home ☐ | CONFIDENTIALITY REQUESTED BY VICTIM 293 PC / 6254 GC | COURT | PROB. | CASE NO. 08-2790 |
|---|---|---|---|---|---|
| Officer Reporting NUMBER S. Ryan #161 | 11811 | FTO D. Bradsun #124 | NUMBER | DATE AND TIME 3/26/08 | 2305 hours | D. A. | PRESS | |
| REVIEWED BY SGT Ramos | BADGE NO. 5.20 | DATE 3-27-08 0100 | | DET BUR. | | |
| | | | DIRECT FILE ☐ | INDEXED ☐ | |

SHF-0424   E-Form Rev. 2/20/2007 RJM

PLAINTIFFS' EXHIBITS 010321

| MEDICAL TREATMENT | NAME-LAST FIRST MIDDLE | REFUSED ☐ | CODE | Nature of Injury | | Where Hospitalized or Examined | CASE NO. 08-2790 |
|---|---|---|---|---|---|---|---|

**STRUCTURE TYPE** ☐N/A

**Commercial**
- A ☐ Agriculture/Shed
- B ☐ Auto Repair/Parts
- C ☐ Bar
- D ☐ Construction
- E ☐ Convenience Store
- F ☐ Fast Food
- G ☐ Financial
- H ☐ Gas Station
- I ☐ Grocery/Supermarket
- J ☐ Hotel/Motel
- K ☐ Industrial/MFG
- L ☐ Jewelry
- M ☐ Liquor Store
- N ☐ Medical/Dental/Hospital
- O ☐ Office Building
- P ☐ Pharmacy
- Q ☐ Recreation/Sports
- R ☐ Restaurant
- S ☐ Storage
- T ☐ TV/Appliance
- U ☐ Video
- V ☐ Warehouse

**Residential**
- X ☐ Apartment/Condo
- Y ☐ Campsite
- Z ☐ Garage
- AA ☐ Mobile home
- BB ☐ Single Family Dwelling

**Miscellaneous**
- DD ☐ Airport/Hanger
- EE ☐ Beach
- FF ☐ Church
- GG ☐ Government Bldg.
- HH ☐ Park
- II ☐ Parking Lot
- JJ ☐ School

**Vehicle**
- KK ☐ Airplane
- LL ☐ Auto
- MM ☐ Boat
- NN ☐ Bus
- OO ☐ Motorcycle
- PP ☒ RV/Camper
- QQ ☐ Trailer
- RR ☐ Truck/Pickup/Van

**POINT OF ENTRY** ☐UNK ☒ N/A
- A ☐ Adjacent Premises
- B ☐ Basement
- C ☐ Door
- D ☐ Duct Vent
- E ☐ Floor
- F ☐ Front
- G ☐ Garage
- H ☐ Ground Level
- I ☐ Louvre
- J ☐ Pet Door
- K ☐ Rear
- L ☐ Roof
- M ☐ Side
- N ☐ Skylight
- O ☐ Sliding Glass Door
- P ☐ Upper Level
- Q ☐ Wall
- R ☐ Window

**Vehicle Only**
- S ☐ Convertible Top
- T ☐ Door
- U ☐ Hood
- V ☐ Sunroof
- W ☐ Trunk/Hatchback
- X ☐ Wind Wing Window
- Y ☐ Window

**METHOD OF ENTRY**
☐ UNK ☒ N/A
- A ☐ Attempt
- B ☐ Break/Smash
- C ☐ Burn
- D ☐ Cut
- E ☐ Hid in/occupied
- F ☐ Kick
- G ☐ Knob twist
- H ☐ Lock Box
- I ☐ Lock Break
- J ☐ Lock Cut
- K ☐ Lock Pick
- L ☐ Lock Punch
- M ☐ Lock Slip
- N ☐ No Force
- O ☐ Pry
- P ☐ Removed
- Q ☐ Taped/bars
- R ☐ Tunneled
- S ☐ Unlocked

**TOOLS USED** ☒N/A ☐UNK
- A ☐ Axe
- B ☐ Bolt Cutter
- C ☐ Brick/Rock
- D ☐ Channel Lock/Pliers
- E ☐ Drill
- F ☐ Garage Door Opener
- G ☐ Glass Cutter
- H ☐ Hammer
- I ☐ Key
- J ☐ Pipe
- K ☐ Pry Tool
- L ☐ Saw
- M ☐ Screw Driver
- N ☐ Slim Jim
- O ☐ Slip device/wire
- P ☐ Tire Iron
- Q ☐ Torch/Explosive
- R ☐ Other (Specify)

**WEATHER CONDITIONS**
- ☒ Clear/Dry
- ☐ Foggy
- ☐ Rainy
- ☐ wet
- ☐ Icy
- ☐ UNK.

**LIGHT CONDITIONS**
- ☐ Well-lighted
- ☒ Poorly-lighted
- ☐ Not lighted
- ☐ Moonlight
- ☐ UNK.

**SUSPECT ACTIONS**
- A ☐ Alarm Disabled
- B ☐ Ate/Drank on Premises
- C ☐ Attempt to Purchase
- D ☐ Cased Location
- E ☐ Cash Demanded
- F ☐ Cat Burglar
- G ☐ Defecated
- H ☐ Demand Note Used
- I ☐ Exit Prepared
- J ☐ Forged Documents
- K ☐ Gloves Worn
- L ☐ Hid in Building
- M ☐ Inflicted Injury
- N ☐ Knew Location of Property
- O ☐ Lookout Used
- P ☐ Mask Worn/Face Hidden
- Q ☐ Matches Used
- R ☐ Masturbated
- S ☐ Multiple Suspects
- T ☐ Phone Disabled
- U ☐ Pickpocket
- V ☐ Pillowcase used
- W ☐ Power Disabled
- X ☐ Pretended to be
- Y ☐ Purse Snatch
- Z ☐ Ransacked
- AA ☐ Safe Attacked
- BB ☐ Stashed Loot
- CC ☐ Threaten to Kill
- DD ☐ Threaten Retaliation
- EE ☐ Threaten Victim's Family
- FF ☐ Toilet Used
- GG ☐ Took Only TV/Stereo
- HH ☐ Took Only Money
- II ☐ Took Only Concealable
- JJ ☐ Took only Jewelry
- KK ☐ Under Influence
- LL ☐ Unusual Odor
- MM ☐ Urinated
- NN ☐ Vandalized
- OO ☐ Vehicle Required
- PP ☐ Victim's Name Used
- QQ ☐ Victim's Tools Used
- RR ☐ Weapon Fired
- SS ☐ Other (Specify)

**PHYSICAL EVIDENCE**
- A ☐ Blood/Saliva
- B ☐ Clothing
- C ☐ Documents
- D ☐ Fingerprints
- E ☐ Glass/Fragments
- F ☐ Hair
- G ☐ Mud/Soil
- H ☐ Narcotics
- I ☐ Paint Samples
- J ☐ Photo
- K ☐ Projectile
- L ☐ Rape Kit
- M ☐ Semen
- N ☐ Tire Tracks/Footprints
- O ☐ Tool Marks
- P ☐ Vehicle
- Q ☐ Weapons
- R ☐ Other ___
- S ☒ None Located

**VICTIM PROFILE**
- A ☐ Blindfolded
- B ☐ Bound
- C ☐ Choked
- D ☐ Clothes Ripped
- E ☐ Cut/Stabbed
- F ☐ Disrobed
- G ☐ Gagged
- H ☐ Imprisoned
- I ☐ Kidnapped
- J ☐ Molested
- K ☐ Photographed
- L ☐ Raped
- M ☐ Raped with Object
- N ☐ Sexually Assaulted
- O ☐ Sodomized
- P ☐ Stalked
- Q ☐ Struck
- R ☐ Tortured
- S ☒ Other

**Relation to Suspect**
- A ☐ Acquaintance
- B ☐ Boyfriend
- C ☐ Brother
- D ☐ Business Associate
- E ☐ Daughter
- F ☐ Father
- G ☐ Friend
- H ☐ Girlfriend
- I ☐ Husband
- J ☐ Mother
- K ☐ Neighbor
- L ☐ Sister
- M ☐ Son
- N ☐ Stranger
- O ☐ Wife

## SYNOPSIS:

On 3/23/08 at approximately 0014 hours I was dispatched to the report of a man unconcious and not breathing at the Smithwoods RV Park in Felton. Upon arrival I contacted the family who was in the process of performing CPR on the man, (DEC) Daniel McCornack. McCornack was unresponsive and not breathing. Medics arrived on scene and pronounced McCornack deceased.

Detective/Coroner N. Silva removed Daniel from the scene and transported him to the county morgue.

Report for information only.

**CONCLUSIONS/RECOMMENDATIONS**

- ☐ 1) Warrant requested.
- ☐ 2) Prosecution recommended.
- ☐ 3) Prosecution not recommended.
- ☐ 4) Investigation Bureau follow-up requested.
- ☐ 5) Investigation continuing (by Patrol).
- ☐ 6) Insufficient evidence for prosecution.
- ☐ 7) Insufficient information for further investigation at this time.
- ☒ 8) Report for information only
- ☐ 9) Report for insurance purposes only
- ☐ 10) Refer to outside agency ___
- ☐ 11) Other ___

**REFERENCES/EXPLANATIONS**

PLAINTIFFS' EXHIBITS 010322

## OFFICE OF THE SHERIFF-CORONER
### COUNTY OF SANTA CRUZ

| Offense:<br>Coroner Case | INCIDENT REPORT | Sheriff's Case Number:<br>08-2790 |
|---|---|---|

**NARRATIVE:**

On 3/23/08 I was working uniformed patrol in a marked patrol vehicle within the county of Santa Cruz. At approximately 0014 hours, I was dispatched to the report of an unconscious man who was not breathing at the Smithwoods RV park in Felton. I arrived on scene and contacted the family of the man. The man's name was (DEC) Daniel McCornack. Daniel was inside a camper trailer parked at Site I of the RV Park. Daniel's family was performing CPR on him. I assisted by getting a CPR face mask for them and Deputy Baldwin helped them by verbally instructing the performance of the CPR.

Fire and AMR arrived and rendered aid in an effort to revive him. They were unsuccessful and AMR Medic 2 pronounced Daniel deceased at 0052 hours.

Deputy Gutzwiller contacted Netcom and requested a coroner unit.

Based on the emotional condition of the family I was unable to get any statements.

Later, Detective/Coroner N. Silva interviewed (RP1) Kathy McCornack, the decedent's wife. I was present for this interview and obtained the following statement in summary:

> The family had been vacationing at the RV Park for the Easter weekend. That night they had been celebrating. Kathy said that Daniel had drank a few beers and smoked a cigar, but would not describe his drinking as excessive. She said that Daniel was not a smoker. Daniel had not been complaining of any pain or discomfort when they went to bed that evening. At approximately 0010 hours, Kathy had been awoken to what she described as a "snoring" sound. Daniel's eyes were open but he was unresponsive. She called 9-1-1 and was instructed by the emergency dispatcher to begin administering first aid.

> Kathy told us that Daniel had a history of heart illness and was diagnosed with an irregular heartbeat. He was taking medication for his condition and had taken it that evening. His death was unexpected. She gave us no further details.

Detective/Coroner N. Silva removed Daniel from the scene and transported him to the county morgue.

Deputy Baldwin and I spoke with the family before leaving. Deputy Baldwin provided them with his card and requested that they contact him if they had any questions about the process.

**OPINIONS:**

Report for information only.

| Deputy:<br>S. Ryan | ID Number:<br>#161 | 11811 | Date Of Report:<br>3/26/08 | Page 3 |
|---|---|---|---|

PLAINTIFFS' EXHIBITS 010323

SANTA CRUZ COUNTY SHERIFF-CORONER
Steve Robbins, Sheriff-Coroner
701 Ocean St. Room 340
Santa Cruz, CA  95060



**SANTA CRUZ COUNTY SHERIFF-CORONER**



# INVESTIGATION DIVISION

## FACSIMILE TRANSMITTAL FORM

| To: National Medical Services, Inc, "Forensic" | Voice Line: (800-522-6671) Fax Line: (215)-366-1501 |
|---|---|

| From: | Sgt. Alan Burt Deputy Coroner Investigations Division; Coroner's Section Voice Line: (831) 454-2520 Fax Line: (831) 454-3553 |
|---|---|

**Number of Pages (Including Cover) __1_____**

Urgent          For Review          ☐ Please Comment          ☐ Please Reply          ☐ Please Recycle

● **Comments: To Forensic Support, NMS Labs. Regarding our case #08-02797, Mccornack, Daniel, Lab #10843208, The family of this decedent is requesting that all toxicology be held on this case. There is a pending lawsuit in this case. Please confirm receipt of this fax. Sincerely Sgt. A. Burt, Supervising Deputy Coroner.**

__CONFIDENTIAL:__ This fax is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you received this in error, please call the sender at the phone number listed above.

PLAINTIFFS' EXHIBITS 010324

Santa Cruz County Sheriff - Coroner

*Wednesday, April 09, 2008*

## Medication Chart

Case #: **08-02797**
Name: **Daniel Elwin**
Investigator: **MCCORNACK**

| Medication | Dosage Where Found | Pharmacy | Rx Date | Rx No. | Physician | Frequency | Qty Issued | Qty Left |
|---|---|---|---|---|---|---|---|---|
| Prevacid | | | | | Dr Lamm | | | |
| Allopurinol | | | | | Dr Lamm | | | |
| Digitek | | | | | Dr Lamm | | | |
| Pravastatin | 20 mg | | | | Dr Lamm | | | |
| Diltiazam | | | | | Dr Lamm | | | |

PLAINTIFFS' EXHIBITS 010325

# FAX COVER SHEET

*Gordon D. Lemm, MD*
*phone (805)434-3211*

*Hendrik F. Breytenbach, MD*
*phone (805)434-3791*

*292 Posada Lane Suite D*
*Templeton, CA 93465*
***Fax (805)434-2019***

Date: 3-24-08

Send to: Coroner          Attn: Naomi

Fax number: 831-454-3553     Number of pages, including cover 11

Re: Dan McCornack    DOB 2-15-63

Comments:

MCCORNACK, DANIEL

*The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.*

7/05

08-02790

PLAINTIFFS' EXHIBITS 010326

DOC 1-8-08

McCormack, Dan

44 y/o o EC. 4 month flu and lab results. Discussed labs / TRIG wt ga / gout.

O: See labs

A: Hyperlipidemia + low HDL
Wt gain
Gout

Discussed diet / exercise

P: Simvastatin 20mg #90
LFT, URIC Acid, Lipid panel 3 mo + appt
PSA, DIG level

1-22-08  PC pt: says simvastatin is causing nausea, neck + back pain, HA. Feels much better as soon as he stops taking it. What to do? ab

226-3132 wk

1/23  & M - Can try another statin - call me

1-23-08  PC pt willing to try another med. Fax Target. Call if you need to speak to him.  ab

441-4357

1/24  LOVASTATIN 20mg 1gm #30 RF-2
faxed

PLAINTIFFS' EXHIBITS 010327

McCormack, Dan

Date 12-5-07
BP 120/78 P
T Wt 274 Ht
Allergies Sulfa, Ampicillin
Meds
See med hist

44 y/o ♂ c.c. eye irritation, redness in the ⊕ eye there looks like there is a lesion near the iris of his eye. Eye site is fine. Eyes do burn a little AS

O: Small pterygium OD c mod scleral injection
No encroachment on iris
Ant chamber clear

A: Pterygium

P: Eye protection
Refresh drops — [signature]

McCormack, Dan

**Date** 9-6-07
BP 112/72 P
T          Wt         Ht
Allergies Sulfa
Septra; Ampicillin
Meds
See Med List

44 y/o ♂ c.c. 3 month flu and
labs results. Needs new Rx's
for mail away. Wants to discuss
his visit with Dr Bukachevsky.
He continues with pain and a
metalic taste in his mouth. Numbness
and tingling in gums.

He has been on a strict diet and wants to avoid statin. Gout
has been under fairly good control. He likes beer and realizes
it may contribute to gout.
Intermittent small lesions on ⊕ upper lip. Dr B says no oral
cancer. He has a hx of cold sores.

O: See labs 8/31/07

HEENT- ⊕ upper lip just inside mouth - 2 1mm vesicles
        No leukoplakia
Cor RRSM lungs clear Abd benign Extrem

A: Herpes Simplex I - intermittent, chronic
   Hyperlipidemia / Gout / He Abd

P: Cont diet / meds
   Lipids, uric acid in Jan repeat                R: Lovinza oint

6-07- Written Rx's - Diltiazem CD 300mg 1 am #90
                     Diltiazem CD 180mg 1 pm #90
                     Lan oxin 0.25mg 1 tab bid #180
                     Allopurinol 100mg #270 ⅓ qd
                     Prevacid 30mg #90 1 po qd

107 - Caremark - Prevacid 30mg #90

McCormack, Dan

Date 6-4-07
BP 137/12  P     R
T        Wt        Ht
Allergies Sulfa, Septra
Ampicillin
Meds
Sti. medhist

44ylo ♂ c.c. 1month flu and labs
results. Saw Dr. Bukacher Sky
and was not impressed with him
Has an appt c̄ Redwood City to discuss AS
an ablassion done.

Dr Winkle @ Redwood for possible ablation, June 25th for
his chronic atrial fib. Oral lesion still "feels funny" at
times. He may recheck c̄ Dr. Buchadevsky.
⊕ HLA B27. Mother c̄ psoriasis. He would like to see Rheumatology
D> See labs. Uric acid 8.0 Chol 262 HDL 36 TRIG 620
Cor occas irreg.
lungs clear

A> Gout / Hyperlipidemia / chronic A fib

P> Lipids, uric acid 3mths
Low fat, low purine diet.
We discussed med options — S̸

PLAINTIFFS' EXHIBITS 010330

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:  MCCORNACK, DAN
PT ID:
PHYS1:  LEMM, GORDON
        292 POSADA LN STE D

PHYS2:

SEX: M    DOB: 02/15/1963
LAB ID:   021563DM
DRAW DATE: 12/27/07 09:48
PRINTED:   12/27/07 12:29
ACCESSION: 07361044

COMMENTS:     FASTING
TESTS ORDERED: URCA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
| --- | --- | --- | --- | --- | --- |
| URIC ACID, SERUM | | 8.1 | H | 3.5-7.2 | mg/dL |
| LIPID PANEL | | | | | |
| CHOLESTEROL | | 239 | H | 90-200 | mg/dL |
| HDL | 33 | | | )60  mg/dL Low Risk | |
| | | | | 40-60   Borderline/Moderate | |
| | | | | (40     High Risk | |
| TRIGLYCERIDES | | 581 | H | 23-231 | mg/dL |
| TC:HDL RATIO | | 7.2 | H | | |

CHOLESTEROL (mg/dL)
--------------------------------------------
                              LDL     HDL    TOTAL
       Desirable level/low risk    (130    )60    (200
  Borderline level/moderate risk  130-159  35-60  200-239
     Elevated level/high risk     )=160    (35    )=240

TOTAL CHOLESTEROL-HDL RATIOS
-----------------------------------
        Low risk      3.3-4.4
        Average risk  4.4-7.1
        Moderate risk 7.1-11.0
        High risk     )11.0

12/28
F/u appt
in Jan
i Mont wk

END OF REPORT              FINAL REPORT          REVIEWED BY: DJB

PLAINTIFFS' EXHIBITS 010331



CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

```
NAME:   MCCORNACK, DAN                SEX: M      DOB: 02/15/1963
PT ID:                                LAB ID:     021563DM
PHYS1:  LEMM, GORDON                  DRAW DATE:  08/31/07 08:30
        292 POSADA LN STE D           PRINTED:    08/31/07 11:11
PHYS2:                                ACCESSION:  07243024
```

```
COMMENTS:      FASTING
TESTS ORDERED: URCA,LIPID
```

| PROCEDURE | IN RANGE | OUT OF RANGE | REFERENCE RANGE | |
|---|---|---|---|---|
| URIC ACID, SERUM | | 7.8   H | 3.5-7.2 | mg/dL |
| LIPID PANEL | | | | |
| CHOLESTEROL | 200 | | 90-200 | mg/dL |
| HDL | 31 | | )60  mg/dL Low Risk | |
| | | | 40-60      Borderline/Moderate | |
| | | | (40        High Risk | |
| LDL (BY CALC) | 98 | | (130 mg/dL Low Risk | |
| | | | 130-159    Borderline/Moderate | |
| | | | )160       High Risk | |
| VLDL(BY CALC) | | 70 /  H | 6-62 | mg/dL |
| TRIGLYCERIDES | | 352 /  H | 23-231 | mg/dL |
| TC:HDL RATIO | 6.5 | | | |

CHOLESTEROL (mg/dL)
-------------------------------------------------

| | LDL | HDL | TOTAL |
|---|---|---|---|
| Desirable level/low risk | (130 | )60 | (200 |
| Borderline level/moderate risk | 130-159 | 35-60 | 200-239 |
| Elevated level/high risk | )=160 | (35 | )=240 |

TOTAL CHOLESTEROL-HDL RATIOS
-------------------------------------------------

```
        Low risk       3.3-4.4
        Average risk   4.4-7.1
        Moderate risk  7.1-11.0
        High risk      )11.0
```

*TRIG improving.*

END OF REPORT                FINAL REPORT          REVIEWED BY: DJB

CENTRAL COAST CLINICAL LAB
350 POSADA LANE STE 100
TEMPLETON, CA 93465
805 434-9080 FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR. M.D.

NAME: MCCORNACK, DAN                     SEX: M        DOB: 02/15/1963
PT ID:                                   LAB ID:       021563DM
PHYS1: LEMM, GORDON                      DRAW DATE:    05/15/07 08:08
       292 POSADA LN STE D               PRINTED:      05/15/07 11:57
PHYS2: LAWRENCE VONDOLLEN                ACCESSION:    07135010
       FAX 782-8859

COMMENTS:      FASTING
TESTS ORDERED: NOTE,CMP,URCA,DIG,TSH,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| NOTE: | % | | | | |
| LAST DOSE TAKEN: PM, 5/14 | | | | | |
| COMP. METABOLIC PANEL | | | | | |
| SODIUM | 139 | | | 136-145 | mEq/L |
| POTASSIUM | 4.6 | | | 3.5-5.1 | mEq/L |
| CHLORIDE | 101 | | | 97-107 | mEq/L |
| CARBON DIOXIDE | 29 | | | 21-31 | mEq/L |
| ANION GAP | 14 | | | 10-20 | |
| ALBUMIN | 4.7 | | | 4.2-5.3 | g/dL |
| PROTEIN, SERUM | 6.5 | | | 6.0-8.3 | g/dL |
| CALCIUM | 9.7 | | | 8.6-10.3 | mg/dL |
| BILIRUBIN, TOTAL | 0.8 | | | 0.1-1.2 | mg/dL |
| UREA NITROGEN, BLOOD | | 23 | H | 10-21 | mg/dL |
| CREATININE, SERUM | 1.2 | | | 0.6-1.3 | mg/dL |
| ALK. PHOSPHATASE | 62 | | | 41-111 | U/L |
| ALT (SGPT) | 42 | | | 0-46 | U/L |
| AST (SGOT) | 19 | | | 9-42 | U/L |
| GLUCOSE | | 106 | H | 70-105 | mg/dL |
| URIC ACID, SERUM | | (8.0) | H | 3.5-7.2 | mg/dL |
| DIGOXIN | 1.6 | | | 0.5-2.0 | ng/mL |
| TSH | 3.670 | | | 0.35-5.50 | uIU/mL |
| LIPID PANEL | | | | | |
| CHOLESTEROL | | (262) | H | 90-200 | mg/dL |
| HDL | 36 | | | )60 mg/dL Low Risk | |
| | | | | 40-60    Borderline/Moderate | |
| | | | | (40      High Risk | |
| TRIGLYCERIDES | | (620) | H | 23-231 | mg/dL |
| TC:HDL RATIO | | 7.3 | H | | |

CHOLESTEROL (mg/dL)

| | LDL | HDL | TOTAL |
|---|---|---|---|
| Desirable level/low risk | (130 | )60 | (200 |

END OF PAGE 1. CONTINUED ON PAGE 2

5/17 Appt please
appt 6/4  v→

PLAINTIFFS' EXHIBITS 010333

CENTRAL COAST CLINICAL LAB
350 POSADA LANE STE 100
TEMPLETON, CA 93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

```
NAME:   MCCORNACK, DAN                SEX: M     DOB: 02/15/1963
PT ID:                                LAB ID:    021563DM
PHYS1:  LEMM, GORDON                  DRAW DATE: 05/15/07 08:08
        292 POSADA LN STE D           PRINTED:   05/15/07 11:57
PHYS2:  LAWRENCE VONDOLLEN            ACCESSION: 07135010
        FAX 782-8859
```

COMMENTS:     FASTING
TESTS ORDERED: NOTE,CMP,URCA,DIG,TSH,LIPID

```
PROCEDURE                    IN RANGE   OUT OF RANGE    REFERENCE RANGE
-----------------------------------------------------------------------------
          Borderline level/moderate risk  130-159   35-60     200-239
          Elevated level/high risk        )=160     (35       )=240

                   TOTAL CHOLESTEROL-HDL RATIOS
          ------------------------------------------
               Low risk        3.3-4.4
               Average risk    4.4-7.1
               Moderate risk   7.1-11.0
               High risk       )11.0
```

END OF REPORT              FINAL REPORT          REVIEWED BY: DJB

PLAINTIFFS' EXHIBITS 010334

PLAINTIFFS' EXHIBITS 010335

Patient Name: _Dan McCormack_

Date 8/10/84

| Medication | 8/16/04 | 3/7/05 | 8/10/05 | 1/24/06 | 8/24/06 | 3/2/07 | 4/30/07 | 6/4/07 | 1/6/07 | 12/5/07 | 1/3/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diltiazem CD 300mg Ⅰ AM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Diltiazem CD 180mg Ⅰ pm | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | |
| Lanoxin 0.25mg Ⅰ bid | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Allopurinol 100mg ⅲ qd | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Protonix 40mg qd | | dd | ✓ | ✓ | | | | | | | | | |
| ASA 325mg qd | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Prevacid 30mg qd | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Indocin pm | | | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Adverse Reactions: _Sulfa; Ampicillin; Septra_
_SIMVASTATIN → nausea_

9/97 FORMS\MEDSHEET

PLAINTIFFS' EXHIBITS 010336

Date: 3/24/2008 Time: 11:01 AM To @ Santa Cruz Coun Coroner @ 18314543553 01-013

## Coastal Cardiology

Mark C. Bocchicchio, M.D., F.A.C.C., John L. Carlisle, M.D., F.A.C.C., Robert J. Doria, M.D., F.A.C.C., Michael Famularo, M.D., F.A.C.C.,
Lorianna Fletcher, M.D., F.A.C.C., Spencer Kulick, M.D., F.A.C.C., Steven C. Pontius, M.D., F.A.C.C., David Puro, M.D., F.A.C.C.,
Mark J. Sada, M.D., F.A.C.C., Maria Sciammarella, M.D., F.A.C.C., Lawrence Von Dollen, M.D., F.A.C.C.,
Michael M. Wiechmann, M.D., F.A.C.C.
www.coastalcardiology.com

## FAX TRANSMITTAL FORM

**To:** Santa Cruz County Coroner

**Date:** Monday, March 24, 2008

**Company:**

**Fax Number:**       1831 454-3553

**Subject:**   Daniel Mc Cormack records

**From:** Day, Ronell

**Pages:** 13

**Note:**

Attn: Naomi Silva

## 08-02790

PHYSICIAN OFFICE: This is the only copy you will receive. If you would like an original copy, please contact us at (805) 782-8844.

PHARMACIES: Any questions regarding prescriptions, please contact the appropriate office at the numbers listed below and ask to speak with a Medical Assistant.

This electronic message transmission contains information from Coastal Cardiology, A Medical Corporation, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (805) 782-8844.

Thank You.

1941 Johnson Ave., Suites 101 & 102LL, San Luis Obispo, CA 93401 (805) 782-8844 Fax 782-8859
310 South Halcyon Road, Suite 105, Arroyo Grande, California 93420 (805)481-8233 FAX (805)782-8859
295 Posada Lane, Suite A, Templeton, California 93465 (805)434-2262 FAX (805)782-8859

PLAINTIFFS' EXHIBITS 010337

6/29/07 3:09 PM    From: Renee Burdeaux                    Page 2 of 4

## Cardiovascular Medicine and Cardiac Arrhythmias
### An Incorporated Medical Group

Roger A. Winkle, M.D.                          Diagnostic Cardiology
Edward T. Anderson, M.D.                  Cardiac Electrophysiology
R. Hardwin Mead, M.D.                         Coronary Interventions
Michael A. Ruder, M.D.                              Cardiac Pacing
Nellis A. Smith, M.D.                               Nuclear Cardiology
Bruce A. Benedick, M.D.
Donald St. Claire, Jr, M.D.
Rob A. Patrawala, M.D.
Gregory Engel, M.D.

1950 University Avenue, Suite 160  E. Palo Alto, CA 94303  650-617-8100 fax 650-327-2947
2900 Whipple Avenue, Suite 205  Redwood City, CA 94062  650-363-5262 fax 650-363-5265

JUNE 25, 2007

LAWRENCE VON DOLLEN, M.D.
295 POSADA LANE, SUITE A
TEMPLETON, CA 93465

GORDON LEMM, M.D.
292 POSADA LANE, SUITE D
TEMPLETON, CA 93465

RE: MCCORNACK, DANIEL
MR#: 58831

### CARDIOLOGY CONSULTATION

**CLINICAL HISTORY:** This 44-year-old gentleman is referred for consideration of pulmonary vein ablation of atrial fibrillation. The patient had his first episode of probable atrial fibrillation at age 22. He would feel as if there were marbles or butterflies in his chest. He could get weak, cold, and tired. The episode lasted several days and he was treated with _____ caps. He was carried forward by, Dr. Harvey, who is now retired. Ultimately, Dr. Harvey told him he should stop his medications, as he was too young to be taking them. He stayed off of all medications for four years and had no major episodes. About four years later, he had another episode of sustained atrial fibrillation and went to his physician, who sent him immediately to the ER. That is when he first encountered Dr. Von Dollen. He was treated with digoxin in fairly high doses, which has now been cut back to 0.25-mg b.i.d. He was given Tenormin, which caused him to be a bit tired and fatigued and amiodarone, which caused him to have visual symptoms and actually possibly lose some vision. The patient subsequently has been treated with high dose diltiazem up to 480-mg daily in addition to 0.5-mg of digoxin. He thinks that he has some periods where he is in normal rhythm, but he is really not entirely certain as to whether he is fibrillating or not. When he lies down he is aware of an irregular beat. At times, he feels like he is in the normal rhythm and then develops an erratic rhythm. Before starting medications when he had atrial fibrillation he "felt like he would die." He does feel that he is tired and fatigued and not really a 100%. He notes no real precipitating factors for his bouts of atrial fibrillation. He was in atrial fibrillation for 24-hours on a Holter done by Dr. Von Dollen in June 2001. Several EKGs have shown him to be in atrial fibrillation. His left atrial size has been normal at 4.0-cm. He has no history of MIs, strokes, hypertension, thyroid disease, heart murmurs, rheumatic fever, asthma, or diabetes. He has occasional atypical chest pain. He has never had presyncope or syncope. He pops his head up with a pillow at night because he breaths better and has some heartburn. He has done this for at least several years or more. He has noted some mild edema over the last year. His cholesterols have been elevated. One

PLAINTIFFS' EXHIBITS 010338

6/29/07 3:09 PM    From: Renee Burdeaux                    Page 3 of 4

TO: LAWRENCE VON DOLLEN, M.D.
    GORDON LEMM, M.D.
RE: MCCORNACK, DANIEL
DATE: 06/25/2007
Page 2

done in May 2007 was 262 with HDL of 36 and triglycerides of 620, so the LDL could not be determined. A TSH at the time was 3.67.

**PAST MEDICAL HISTORY:**

**OPERATIONS:** He had a tonsillectomy at age 19. He had left knee arthroscopic surgery in 1993.

**MEDICATIONS:**
1. Diltiazem 300-mg and 180-mg daily.
2. Allopurinol 100-mg t.i.d.
3. Digitek 0.25-mg b.i.d.
4. Prevacid 30-mg daily.
5. Aspirin 325-mg daily.

**ALLERGIES:** Ampicillin cause some swelling, sulfa drugs cause swelling and redness, atenolol cause fatigue, and amiodarone cause some visual decline.

**FAMILY HISTORY:** All of his grandparents are alive. His mother is alive at 62 and father at 64 in good health. He has a brother, 37 in good health. He has a sister, 41 in good health. He has a son 14 and a son 16 both in good health.

**SOCIAL HISTORY:** He uses Copenhagen chewing tobacco, quitting four months ago. He has two to four beers daily. He has three cups of coffee daily. He is married. He is a plant manager for a custom chemical manufacturing plant. He is married and his wife comes with him today.

**REVIEW OF SYSTEMS:** He had some fevers and sweats and underwent an evaluation and was found to have an HLA 27 A-gene. He has some minor back issues, which sound more like disc disease, and ankylosing spondylitis. He had a past history of possible ulcers.

**PHYSICAL EXAMINATION:**
GENERAL: He is a mildly overweight middle-aged gentleman and in no distress.
VITAL SIGNS: Blood pressure is 140/85. Weight is 223.
HEENT: Negative.
NECK: No JVD. No carotid bruits. Thyroid not enlarged.
LUNGS: Clear.
HEART: Rhythm irregularly irregular at about 70 to 80 per minute. No clicks, murmurs, gallops, or rubs.
ABDOMEN: Soft. Bowel sounds active. No organomegaly. No bruits.
EXTREMITIES: No edema. Pedal pulses 1+ and equal.

**IMPRESSION:**
1. Atrial fibrillation. This clearly was paroxysmal in the past. It is very difficult to tell if it is persistent or permanent at this time. He has been in atrial fibrillation most of the time Dr. Von Dollen has seen him. The patient thinks that he has periods where he is in normal rhythm and then goes into atrial fibrillation. He has a lot of fatigue and lack of energy, which he attributes to his atrial fibrillation. It is really not clear if he is having periods of sinus rhythm to compare the atrial fibrillation symptoms to. I asked him to wear an iCardia monitor for a month and send us

PLAINTIFFS' EXHIBITS 010339

6/29/07 3:09 PM    From: Renee Burdeaux                    Page 4 of 4

TO: LAWRENCE VON DOLLEN, M.D.
    GORDON LEMM, M.D.
RE: MCCORNACK, DANIEL
DATE: 06/25/2007
Page 3

strips frequently especially when he thinks he might be in normal rhythm. If in fact he is still having periods of sinus rhythm it might be worth a trial of an antiarrhythmic drug such as propafenone or flecainide to see if he feels better and sustain sinus rhythm. If he is in permanent atrial fibrillation it might be worth doing a cardioversion on propafenone or flecainide to see if we could get a few weeks of sinus rhythm to see if he felt better. I explained to him the invasive nature of a pulmonary vein isolation procedure. He understands the need for transseptal puncture and risk of 1% including death, stroke, perforation, atrial esophageal fistulae, pulmonary vein stenosis, groin complications and other serious complications. He understands there is a 30% need for a second procedure. If he is in permanent atrial fibrillation his cure rate would be 60% to 65% and if he is in paroxysmal atrial fibrillation it would be 70% to 75%. I explained that the only known benefit was improvement in quality of life. Although, there are theoretical reasons that think sinus rhythm would decrease the risk of stroke and other complications. There is no scientific prove in this regard. After he sends the strips to us we will decide whether or not to try to restore sinus rhythm briefly to see if he feels dramatically better. If so he certainly would be an excellent candidate for ablation. If he is highly motivated to restore sinus rhythm. He may just want to proceed directly to a pulmonary vein isolation procedure to try to get off of all of his current drugs.

2. HLA 27 gene positive with relatively few symptoms related to this.
3. Mild edema for the past year. This certainly could be aggravated by his diltiazem. He has been on it for a long time and it is possible that this is when he went into permanent atrial fibrillation.


ROGER A. WINKLE, M.D.
Dictated, but not read or signed.


RW/PSG/PSG
DD: 06/25/2007
DT: 06/28/2007
FILENAME: 07062501-RWINKLE-062507-MCCORNACK-DANIEL-58831

PLAINTIFFS' EXHIBITS 010340

**Progress Notes**

**Page: 1**
Date Printed: 03/24/08

Name: Mccornack, Daniel

ID: 555517837     SEX:M   AGE:45

---

11/29/07 : 08:48am
AFIB
Medical Assistant: Sakisha Alexander, CMA
Patient Name: MCCORNACK, DANIEL
02/15/63
401:VON

Coastal Cardiology
1941 Johnson Avenue Suite 101
San Luis Obispo, CA 93401
(805) 782-8844
FAX: (805) 782-8859

Referring Phys.: Gordon Lemm, M.D.
Last visit with PMD:3 months ago
Coastal Cardiology Provider/Last visit/Reason:
Cardiologist: Lawrence Von Dollen, M.D., F.A.C.C.
1941 Johnson Avenue Suite 101
San Luis Obispo, CA 93401
(805) 782-8844 FAX (805) 782-8859

Chief Complaint: AFIB

Subjective: 44 year old patient in the office today for follow up AFIB. He states he is back from his hunting trips and would like to discuss medical therapy plan. He has seen Dr Winkle in June 07 to discuss ablation, but has opted not to proceed. He wanted to hold off on an ablation due to the hunting season. He states he is unclear what to proceed with vs doing nothing. He states he feels relatively well, with some exception to doing exertional exercise. He is able to hike while hunting, but does have DOE - he states he isn't clear whether it is related to decreased stamina vs AFIB. He denies of any chest pain/pressure, edema, CHF symptoms, or dizziness.

Allergies: SULFA, AMPICILLIAN

Current Medications:
 Rx: DILACOR 300MG 1 qd
 Rx: DILACOR XR 180MG 1 qhs
 Rx: LANOXIN 0.25MG 1 bid
 Rx: ALLOPURINOL 300MG 1 qd
 Rx: ASPIRIN-COATED 325MG 1 qd
 Rx: PREVACID 30MG 1 qd

Review of Systems: unchanged compared with last visit
PFSH: Reviewed and unchanged compared with last visit
DIAGNOSTIC STUDIES COMPLETED:
ECHO: completed on 12/14/2006
**Dr Winkles note 06/2007: See chart**

ECG: completed on 07/13/2007
HOLTER: completed on 06/12/2001
Major Problem List:
ATRIAL FIBRILLATIO
HLA B-27

Objective:

Printed using Practice Partner

PLAINTIFFS' EXHIBITS 010341

Date: 3/24/2008 Time: 11:51:15 To: Santa Cruz County Coroner @ 00/831/454-3853 Sharp Cardiology From: 006-013

## Progress Notes

**Page: 2**

Date Printed: 03/24/08

Name: Mccornack, Daniel

ID: 555517837   SEX:M   AGE:45

Syst. BP 110 : Diast BP 72 : P. 79
T : Height 5'10" : Weight 224
Recheck BP:112/68   Pain: 0/10, RR: 12 and unlabored
General Appearance:  The patient is a male who appears stated age in no acute distress.
HEENT: The patient is normcephalic. Grossly normal external eye and conjunctiva without xanthelasmas, exudate or hemorrhages.   Grossly normal oropharynx with dentition in reasonable repair.
NECK: The neck is supple and trachea midline. Thyroid nonpalpable without masses noted. No lymphadenopathy. Jugular venous pressure is less than 5 cm.  Normal carotid upstroke, amplitude and contour bilaterally. No bruits or transmitted murmurs are noted.
SKIN: Pink, warm and dry - no diaphoresis or clamminess. No rashes noted.
CHEST: The chest is symmetrical with no chest wall abnormality. Normal respiratory effort noted.
CARDIAC: Irregular rate and rhythm with normal S1 and physiologically split S2. The PMI is not palpable not displaced. No palpable lifts, heaves or thrills are present.  No gallops, murmurs, clicks or rubs are noted.
LUNGS: No use of accessory muscles or retractions. Lungs are clear to auscultation and percussion.
ABDOMEN: Abdomen is nontender, nondistended, soft without scars noted. No hepatosplenomegaly or masses palpable. Bowel sounds normal. There are no aortic or renal bruits noted. The aortic pulsations are normal not felt.
EXTREMITIES: Extremities are warm without cyanosis, clubbing or edema. +2 peripheral pulses intact.
NEURO: Patient alert and oriented. Grossly nonfocal, appropriate mood and affect. Normal gait present.

Assessment:
Major Problem: Atrial Fibrillation - rate controlled
Major Problem: ASA therapy

Plan:
1. Discussed with patient the options for treatment for AFIB.  Anticoagulation and cardioversion with antiarrhythmics vs ablation by Dr Winkle, vs do nothing.  He is very unclear what he would like to do at this time.  He will continue ASA on a daily basis.
2. I will discuss with Dr VonDollen regarding his thoughts about his options.
3. I will contact patient after speaking with Dr VonDollen

Patient Education:   Indications, benefits and complications of anticoagulation were discussed.   Well balanced diet, low salt, low fat. Stressed the importance of regular exercise.  Please contact the office immediately if you need refills or difficulty receiving, paying for, or understanding the use of medications.  dietary

Follow up:    I will call patient

I spent 45 minutes with the patient; greater than 50% of the office visit was spent counseling and coordination of care.

\#     SIGNED BY JESSICA MALONE  (401)  11/30/2007  02:54PM
\#     CO-SIGNED BY LAWRENCE VONDOLLEN  (VON)  03/04/2008  09:57PM

Printed using Practice Partner

PLAINTIFFS' EXHIBITS 010342

## Progress Notes

**Page: 1**
Date Printed: 03/24/08

Name: Mccornack, Daniel

ID: 555517837     SEX:M     AGE:45

---

07/13/07 : 12:05pm
 Office Visit
VON

Lawrence Von Dollen, M.D., F.A.C.C.
Coastal Cardiology
295 Posada Suite A
Templeton, CA 93465
(805) 434-2262 Fax (805) 434-2843

Referring Physician: Gordon Lemm, M.D.

Medical Assistant: P.Callison,RN

Patient Name:  McCornack, Daniel E

Rx: DILACOR 300MG 1 qd
Rx: DILACOR XR 180MG 1 qhs
Rx: LANOXIN 0.25MG 1 bid
Rx: ALLOPURINOL 300MG 1 qd
Rx: ASPIRIN-COATED 325MG 1 qd
Rx: PREVACID 30MG 1 qd

Chief Complaint: Palpitations

Subjective:  Mr. McCornack returns with motivation to try to restore sinus rhythm. He has address the issue wit Dr. Winkle now that more progress has been made in treatment of atrial fibrillation with electrophysiologic techniques.
He had night sweats and diaphoresis and has been worked up for lymphoma by Dr. Lemm and also was determined to have one of the HLA B-27 associated syndrome. He has also had the sensation of cold extremities under different circumstances.  We do not have a good explanation for that. He notes that when he goes out doing active physical things with his friends, he is no longer able to keep up with them as easily as he has in the past.

Objective:
General Appearance:   Alert, oriented X 3, well kept, conversant - with appropriate affect and mood - no major depression.
BP: 136/80,  Pulse: 77
Height: 70",  Weight: 224
HEENT :  Grossly normal external eye and conjunctiva without xanthelasmas, exudate or hemorrhages.   Mucous membranes are moist without injection or lesions.
Skin: Warm and dry  - no diaphoresis or claminess.
Neck:  JVP is normal at 4 cm H20.   Normal carotid upstroke amplitude and contour bilaterally.
Chest:  Grossly normal external thorax without significant kyphoscoliosis.
Lungs: Clear to percussion and auscultation bilaterally.
Cardiac:  PMI normally located without heaves, lifts or thrills. Normal S1and S2 with physiologic splitting with respiration.
Extremities:  No peripheral cyanosis, clubbing or edema.

Assessment:  Generally stable cardiovascular status but NYHA Functional Class I-II with DOE and chronic atrial fibrillation with moderate ventricular response.
Major Problems:   ATRIAL FIB
Hyperuricemia
HLA B-27

Plan:  Before proceeding with electrophysiological evaluation with possible radiofrequency ablation in attempts to treat atrial fibrillation, we will try to convert from atrial fibrillation to sinus rhythm to see if symptomatically he is changed by

Printed using Practice Partner

**Progress Notes**

**Page: 2**

Date Printed: 03/24/08

Name: Mccornack, Daniel

ID: 555517837     SEX:M    AGE:45

restoration of sinus rhythm.  Toward that end, we will initiate Coumadin anticoagulation and then proceed with cardioversion once he has had therapeutic INR for at least 3 weeks.  He has been intolerant of amiodarone in the past, consider Rythmol, consider dofetilide if appropriate.  He remains on Lanoxin and Dilacor.  We will be in touch with Dr. Winkle with regard to his workup and care.

Lawrence Von Dollen, M.D./F.A.C.C./lt  D:  08/06/07  T:  08/16/07


#     SIGNED BY LAWRENCE VONDOLLEN  (VON)  08/16/2007  09:53AM

Printed using Practice Partner



Name: Daniel McCormack
ID: 555517837
Sex: Male
BP:
Weight: lbs
Height: inches
Age: 44 Years
Comments:

Coastal Cardiology
Req. Physician: Lawrence Von Dollen, M.D.
Technician: Sakisha Alexander
History:
Medication:
Date of Report: 11/29/07 15:20:06
Reviewed By: Lawrence Von Dollen, M.D.
Review Date: 12/03/07 14:05:31

| | | |
|---|---|---|
| Rate: | 79 | BPM |
| PR: | - | msec |
| QT/QTc: | 324/358 | msec |
| QRSD: | 88 | msec |
| P Axis: | - | |
| QRS Axis: | -11 | |
| T Axis: | -1 | |

Interpretation:
Atrial flutter-fibrillation
Conduction ratio >= 2, med amplitude P waves, no atrial rhythm
- Nonspecific T-abnormality.

ABNORMAL

Midmark Diagnostics Group       Page 1 of 1       Version 6.3.0       ECG Analysis Ver. 6.3.0       Print Date 03/24/08       11:13:13

Speed:25 mm/sec   Gain:10 mm/mV   MYO:ON   AC:ON   DRIFT:ON

PLAINTIFFS' EXHIBITS 010345

**AmbECG/Amb BP/Event Rec**

Page: 1

Date Printed: 03/24/08

Name: Mccornack, Daniel

ID: 555517837    SEX:M    AGE:45

---

06/12/01
COASTAL CARDIOLOGY NON-INVASIVE LABORATORY
AMBULATORY ECG INTERPRETATION
HOLTER : completed

Patient Name:  MCCORNACK, DANIEL
Cardiologist: Lawrence Von Dollen, M.D.

Referring Physician: Gordon Lemm, M.D.
Technician: D. Houston
Date Received: 06/14/01
Date Scanned: 06/19/01

Clinical Complaint: Atrial Fibrillation

Medication: Lanoxin, Dilacor
Pacemaker: No

ECTOPIC SUMMARY:
The patient was monitored for a period of: 20 hours and 00  minutes
The total number of beats was: 118436
The average heart rate was: 105
The maximum heart rate was: 185
The minimum heart rate was: 71
Wide beats totaled: 19
Wide couplets totaled: 0
Wide runs totaled:  0
Pauses totaled: 0
Narrow runs totaled: 0
Isolated early narrow beats totaled: 0

ISCHEMIC SUMMARY:
ST segment depression: Maximum ST inaccurate due to artifact.

CONCLUSION: Chronic atrial fibrillation
Atrial fibrillation with slightly increased average ventricular response. No significant pauses or asystolic or tachycardic
spells were noted. Symptoms of irregular rapid heart beat showed no basic change in the rate or rhythm.


\#    SIGNED BY LAWRENCE VON DOLLEN, MD (VON)    07/05/01

Printed using Practice Partner

PLAINTIFFS' EXHIBITS 010346

## Echo/CardiacMR

**Page: 1**

Name: Mccornack, Daniel

Date Printed: 03/24/08

ID: 555517837    SEX:M    AGE:45

12/14/06 : 01:51pm
COASTAL CARDIOLOGY NON-INVASIVE LABORATORY
ECHOCARDIOGRAM REPORT
ECHO:completed
  VON
Patient Name: MCCORNACK, DANIEL
Date of Birth: 02/15/63
Referring Physician:  Gordon Lemm, M.D.
Cardiologist: Lawrence Von Dollen, M.D., F.A.C.C.
Technician: JKovacs, RVT

Ht:    Wt:    Tape: T110  Footage#: 8:00

Clinical Complaint:
Clinical Diagnosis: A-Fib

ECHOCARDIOGRAPHIC DATA-MEASUREMENTS
Left Atrium-End Systole (Normal 2.5-4.4 cm): 4.0
Right Ventricle-End Diastole (Normal <3.0 cm): 2.0
Aortic Root Diameter (Normal 2.0-4.0 cm): 3.2
Aortic Cusp Excursion (Normal 1.5-2.0 cm): 1.9
E-Point to Septal Separation (Normal </= 1.0 cm): .5
Interventricular Septum-End Diastole (Normal 0.3-0.8 cm): .9
Interventricular Septum-End Systole (Normal 0.6-1.6 cm): 1.3
Left Ventricular Posterior Wall-End Diastole (Normal 0.5-1.3 cm): .6
Left Ventricular Posterior Wall-End Systole (Normal 0.9-1.4 cm): .9
Left Ventricle-End Diastole (Normals <5.8 cm): 5.6 Left Ventricle-End Systole: 3.9
Left Ventricular Fractional Shortening (Normal >24%): 30
Left Ventricular Ejection Fraction (rest)(Normal >55%): 57

DOPPLER/COLOR MEASUREMENTS:
-Aortic Valve-
Left Ventricular Outflow Tract Velocity (V1): .71
Peak Aortic Velocity: 1.3
Left Ventricular Outflow Tract Diameter: 2.2
Aortic Valve Area: 3.0
Aortic Valve Gradient (peak): 6.8
Aortic Regurgitation Severity:  None Seen
-Mitral Valve-
Peak Velocity (E)(Normal 0.6-1.0 m/s): .87
Deceleration Time (E-wave)(160-230msec): 250
Mitral Valve Area: 3.0
Mitral Valve Gradient (peak): 3.0
Mitral Regurgitation Severity:  Trace
-Tricuspid Valve-
Right Atrial Pressure: 10
Tricuspid Regurgitation Severity:  None Seen
-Pulmonic Valve-
Pulmonic Regurgitation Severity:  None Seen

INTERPRETATION:
1. The right atrium, right ventricle, tricuspid and pulmonic valves are normal. The RVIDD is normal.
2. The left atrial size of 40mm is normal. There are no intracavitary masses or thrombi noted. The intra atrial septum is
grossly normal without obvious defects, masses, or aneurism.

Printed using Practice Partner

PLAINTIFFS' EXHIBITS 010347

Date: 3/24/2008 2:03PM HLP WBS to: Santa Cruz County Forensic forms @ 00/03/454-3553 CPacit G2 CPriority G: 2003012-013

**Echo/CardiacMR**

**Page: 2**

Date Printed: 03/24/08

Name: Mccornack, Daniel                                  ID: 555517837      SEX:M    AGE:45

3. The mitral valve leaflets are normal without significant thickening, stenosis, prolapse, SAM, vegetations, or masses.
4. The left ventricular chamber size, wall thickness, wall motion and estimated ejection fraction of 75 % are normal.
5. The aortic root diameter is normal. The aortic valve is normal with three leaflets without significant thickening and with normal motion.
6. No significant pericardial effusion is noted.
7. There is no significant stenosis of the tricuspid, pulmonic, mitral, or aortic valves. There is no significant regurgitation of the tricuspid, pulmonic, mitral or aortic valves.
Clinically very mild mitral and tricuspid regurgitation are present.

CONCLUSION: Essentially normal M-Mode, two dimensional, and Doppler echocardiographic study.


#      SIGNED BY LAWRENCE VON DOLLEN  (VON)   12/18/2006   08:04AM

Printed using Practice Partner

PLAINTIFFS' EXHIBITS 010348



**Sheriff - Coroner**
**Santa Cruz County**

**DEATH INVESTIGATION**
**WORKSHEET**

| CALL INFO | CALL DATE AND TIME | INVESTIGATOR | | CASE NUMBER |
|---|---|---|---|---|
| | 3/23/2008 2:43:00 AM | Naomi Silva | | **08-02797** |
| | REPORTED BY | REPORTING AGENCY | | REFERENCE NUMBER |
| | Dep Ryan | Santa Cruz Sheriff-Coroner | | |

| DECEDENT | NAME OF DECEASED (LAST, FIRST MIDDLE) | | AKA | | |
|---|---|---|---|---|---|
| | **MCCORNACK  Daniel Elwin** | | | | |
| | DATE AND TIME OF DEATH | DATE OF BIRTH | AGE | GENDER | RACE |
| | 3/23/2008    0:52 | 02/15/1963 | 45 Years | Male | Caucasian |
| | RESIDENCE (STREET, CITY, STATE, ZIP) | | | | TELEPHONE NO. |
| | 6255 Peachy Canyon  Paso Robles, CA  93446 | | | | |
| | COUNTY | MARITAL STATUS | SOCIAL SECURITY NUMBER | DRIVER'S LICENSE NO. AND STATE | |
| | San Luis Obisp | Married | 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 | N9139437    CA | |

| DEATH | LOCATION OF DEATH | | | | AT RESIDENCE ☐ |
|---|---|---|---|---|---|
| | Private Camp Ground | | | | |
| | ADDRESS (STREET, CITY, STATE, ZIP) | | COUNTY | | |
| | 4770 Hwy 9  Felton, CA  95018 | | Santa Cruz | | |
| | FOUND BY ☐ | PRONOUNCED BY ☑ | AGENCY | DATE AND TIME | |
| | Medic 2 | | AMR | 3/23/2008    0:52 | |

| INCIDENT | LOCATION OF INCIDENT | | AT WORK ☐ | DATE AND TIME |
|---|---|---|---|---|
| | Smith Woods RV Park | | | 3/23/2008    0:52 |
| | ADDRESS (STREET, CITY, STATE, ZIP) | | COUNTY | |
| | 4770 Hwy 9  Felton, CA  95018 | | Santa Cruz | |

CIRCUMSTANCES OF DEATH

Decedent, Daniel McCornack, is a 45 year old male who resides in Paso Robles.  He was on Easter holiday with his immediate and extended family at Smith Woods RV Park in Felton. McCornack and his family arrived mid-day on today's date at the park. He and his family and set up camp, had dinner and settled around the camp fire. According to his wife, Kathy McCornack, he had a full day, but never complained of being in any discomfort or pain.  She informed me that he has had an irregular heart beat for many years and is on heart medication. She did not have the prescription bottles with her but provided me with his weekly pill/vitamin organizer.

At approximately 2200 hrs he and his wife went to bed.  Kathy said that they were woken at 2030 hrs by their two teen-age sons, when they came in from the camp fire. Kathy said that at approximately 0030 hrs she heard her husband making a strange noise in bed. She shook him and told him he was snoring. The noise continued so she turned the light on and noticed his face discolored. She woke her sons and called " 911". She said that she attempted CPR, but described only pressing on his chest. Fire arrived and attempted to revive him without success. He was pronounced dead at 0052 hrs.

| NOTIFICATION | NAME OF PERSON NOTIFIED | RELATIONSHIP | NOTIFIED BY | DATE AND TIME |
|---|---|---|---|---|
| | Kathy McCornack | Wife | | |
| | ADDRESS (STREET, CITY, STATE, ZIP) | | | TELEPHONE NO. |
| | 6255 Peachy Canyon  Paso Robles, CA  93446 | | | 8052385208 |

| DISP | TRANSPORTED TO MORGUE BY | TRANSPORTED TO MORTUARY BY |
|---|---|---|
| | | Kuehl-Nicolay Funeral |
| | FUNERAL HOME | PROPERTY      AUTOPSY |
| | Kuehl-Nicolay Funeral and Cremation | ☐ Yes  ☑ No      ☐ Yes  ☑ No |

PLAINTIFFS' EXHIBITS 010349