# EXHIBIT 602.8

PLAINTIFFS' EXHIBITS 010350



# National Medical Services, Inc.
3701 Welsh Road
Willow Grove, Pennsylvania 19090-0437
(215) 657-4900    FAX: (215) 657-2972
800-522-6671

Biomonitoring for Environmental/Occupational Exposures • Criminalistics
Forensic Toxicology • Therapeutic Drug Monitoring

## MEDICAL EXAMINER/CORONER REQUISITION

ASE PRINT PATIENT I.D. INFORMATION OR AFFIX I.D. LABEL BELOW

se No. __08-02790__

se Name __McCORNACK__  __DANIEL__  __E__
         (Last)          (First)       (M.I.)

Chain ID Number



**10843208**

Account No.

**60C**

Account Name/Address

SANTA CRUZ COUNTY CORONER
701 OCEAN STREET, #340
SANTA CRUZ, CA 95060

- [ ] RETURN SPECIMEN
- AGE: 45
- SEX: [X] M  [ ] F
- RACE: CAUC.
- HEIGHT: 70"
- WEIGHT: 220 LBS.

**ECIMEN COLLECTION**
- [ ] Antemortem    Collection __[signature] R.T. Mason MD__  Date 3/26/08   Time 7:30 [X] pm
- [X] Postmortem    Performed By

**ECIMEN CONDITION**
- [ ] Embalmed  [ ] Decomposed  [ ] Exhumed  [ ] Other _____  [ ] OK to Micro\Consume

**ECIMEN(S) SUBMITTED**
- [ ] Blood (cardiac)   [X] Urine       [ ] Spleen        [ ] Kidney
- [X] Blood (peripheral) [ ] Vitreous   [X] Liver         [ ] Muscle _____ (site)
- [ ] Serum             [ ] Bile        [ ] Brain         [ ] Other _____
- [ ] Plasma            [ ] Gastric Contents

**ISTORY AND CIRCUMSTANCES**
Hypertensive & Arteriosclerotic
Cause of Death: Cardiovasc. Disease    Manner of Death:
- [X] Natural   [ ] Accident
- [ ] Homicide  [ ] Undetermined
- [ ] Suicide   [ ] Traffic Fatality

RIEF HISTORY (include known medication(s)):
45 y W.M. moderately obese, with enlarged heart has several year hx. of atrial fibrillation. Probable Ventricular arrhythmia & arrest. Urine drug Negative

PATHOLOGY (abnormal findings):
Cerebral & Pulmonary edema



**TESTS REQUESTED**
- ___ Common Drugs of Abuse (8091)
- [X] Therapeutic & Abused Drugs (8092)
- ___ Alcohol Panel (0171B)
- ___ Carbon Monoxide (1002)
- ___ Vitreous Electrolytes (1916)
- ___ Environmental Exposure Screen (8103)
- ___ Fire Death Screen (8104)
- ___ SIDS Screen (4187)

**CALIFORNIA TRAFFIC FATALITY CASES**
- ___ Common Drugs of Abuse (8096, 7542)
- ___ Therapeutic & Abused Drugs (8097, 7542)
- ___ Alcohol (7542)
- ___ Other - _____

| DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF TRANSFER |
|---|---|---|---|
| 03/27/08 | Dave Cutler | | ANALYSIS |



EXHIBIT 8
Mason 10/1/09

PLAINTIFFS' EXHIBITS 010351

VER 3.5 (5/