# EXHIBIT 602.9

PLAINTIFFS' EXHIBITS 010352

# Disposition of Toxic Drugs and Chemicals in Man

Seventh Edition

**RANDALL C. BASELT, Ph.D.**
*Former Director, Chemical Toxicology Institute*
*Foster City, California*

BIOMEDICAL PUBLICATIONS
FOSTER CITY, CALIFORNIA

PLAINTIFFS' EXHIBITS 010353



D.S. Lukas and R.E. Peterson. Double isotope dilution derivative assay of digitoxin in plasma, urine, and stool of patients maintained on the drug. J. Clin. Invest. 45: 782–795, 1966.
D.S. Lukas. Some aspects of the distribution and disposition of digitoxin in man. Ann. N.Y. Acad. Sci. 179: 338–361, 1971.
M. Mercier. Digitoxin poisoning. Bull. Int. Asso. For. Tox. 7 (3): 10–11, 1971.
K. Rasmussen, J. Jervell and O. Storstein. Clinical use of bio-assay of serum digitoxin activity. Eur. J. Clin. Pharm. 3: 236–242, 1971.
S.R.C.J. Santos, W. Kirch and E.E. Ohnhaus. Simultaneous analysis of digitoxin and its clinically relevant metabolites using high-performance liquid chromatography and radioimmunoassay. J. Chrom. 419: 155–164, 1987.
T.W. Smith. Radioimmunoassay for serum digitoxin concentration: methodology and clinical experience. J. Pharm. Exp. Ther. 175: 352–360, 1970.
L. Storstein. Studies on digitalis. I. Renal excretion of digitoxin and its cardioactive metabolites. Clin. Pharm. Ther. 16: 14–24, 1974.
L. Storstein. Studies on digitalis. IV. A method for thin-layer chromatographic separation and determination of digitoxin and cardioactive metabolites in human blood and urine. J. Chrom. 117: 87–96, 1976a.
L. Storstein. Studies on digitalis. VII. Influence of nephrotic syndrome on protein binding, pharmacokinetics, and renal excretion of digitoxin and cardioactive metabolites. Clin. Pharm. Ther. 20: 158–166, 1976b.
L. Storstein. Studies on digitalis. VIII. Digitoxin metabolism on a maintenance regimen and after a single dose. Clin. Pharm. Ther. 21: 125–140, 1977.
F. Thomas, J. La Barre, J. Renaux and E. Draux. A therapeutic catastrophe, entailing 16 exhumations, following the administration of digitoxin instead of oestradiol benzoate to prostatic cancer patients: identification of the poison. Med. Sci. Law 19 : 8–18, 1979.
A. Tracqui, P. Kintz, B. Ludes and P. Mangin. High-performance liquid chromatography-ionspray mass spectrometry for the specific determination of digoxin and some related cardiac glycosides in human plasma. J. Chrom. B 692: 101–109, 1997.

# Digoxin

$T_{1/2}$: 30–45 hr
$V_d$: 5.1–7.4 L/kg
$F_b$: 0.20

**Occurrence and Usage.** Digoxin (Lanoxin) is a cardiotonic plant glycoside that occurs in *Digitalis lanata* in combination with glucose and acetic acid. It is the 12-hydroxy analogue of digitoxin and is a major metabolite of that compound in man. In the treatment of congestive heart failure, digoxin is commonly given in daily oral maintenance doses of 0.25–0.75 mg; when initiating therapy, loading doses of 0.75–1.5 mg by intravenous or intramuscular injection or 2–3 mg orally may be administered. It is supplied in tablets of 0.125–0.5 mg, an elixir of 0.25 mg/5 mL and ampules containing 0.25 mg/mL.

**Blood Concentrations.** A single oral 0.25 mg digoxin dose administered to 6 fasting normal subjects resulted in serum concentrations that peaked at 1.13 μg/L at 1 hour and declined to 0.32 μg/L by 6 hours (Panisset et al., 1973). Peak plasma concentrations following a single 0.5 mg oral dose in 5 subjects averaged 1.4 μg/L at 2 hours on a full stomach and 2.4 μg/L at 1 hour when fasting (White et al., 1971). Serum concentrations after a single intravenous 0.75 mg dose are initially as high as 13 μg/L at 10 minutes after injection but decline rapidly (Koup et al., 1975). Serum digoxin concentrations in 131 controlled patients receiving an average daily oral dose of 0.31 mg (range, 0.0625–1.0) averaged 1.4 μg/L (range, 0.3–3.0) (Smith and Haber, 1970). Blood for serum digoxin analysis should be drawn at least 6 hours after the last dose to avoid erroneously high values (Murphy et al., 1985).

Digoxin, unlike digitoxin, exhibits negligible binding to plasma proteins (Doherty et al., 1971) and distributes nearly equally between erythrocytes and plasma (Abshagen et al., 1971). The average elimination half-life in normal subjects is 37 hours (Huffman et al., 1974). The bioavailability of oral preparations ranges from 67% for tablets to 100% for an encapsulated elixir (Aronson, 1980). Recent data strongly suggests that digoxin follows nonlinear kinetics (Wagner et al., 1981).

Serum digoxin concentrations are effectively doubled during the co-administration of quinidine or quinine; this may result from a reduction in the binding of digoxin to skeletal muscle (Chen and Friedman, 1980; Leahey et al., 1980; Wandell et al., 1980; Schenck-Gustafsson et al., 1981).

PLAINTIFFS' EXHIBITS 010364

**Metabolism and Excretion.** The oral bioavailability of digoxin ranges from 67–97%, depending on the formulation. The drug is biotransformed to only a small degree in man. The metabolites are largely products of hydrolytic cleavage of the digitoxose group and of sulfate and glucuronide conjugation (Okita, 1964). An average of 59% of a single dose is excreted in the urine over a 7 day period, of which 95–98% is unchanged drug; an average of 15% is excreted in the feces over the same period (Marcus et al., 1964; Doherty et al., 1970). In a 5 day period, 2% of a dose is eliminated as digoxigenin-bis-digitoxoside, 0.8% as digoxigenin-mono-digitoxoside, 0.3% as digoxigenin and 0.3% as dihydrodigoxin (Gault et al., 1979). During chronic oral therapy, an average of 57% of a dose appears in the daily urine as apparently unchanged drug and urine concentrations are on the order of 25–125 µg/L (Huffman et al., 1974).

Myocardial/serum digoxin concentration ratios average 149 in infants and 28 in adults during therapy (Park et al., 1982). The following tissue distribution of the drug was determined from 17 adult patients who had been maintained on a mean daily dose of 0.005 mg/kg digoxin and who had not exhibited signs of toxicity prior to death (Andersson et al., 1975):

### Digoxin Tissue Distribution During Therapy (µg/kg)*

| | Brain | Atrial Myocardium | Ventricular Myocardium | Liver | Kidney | Skeletal Muscle | Fat |
|---|---|---|---|---|---|---|---|
| Average | 32 | 65 | 133 | 72 | 128 | 30 | 10 |
| (Range) | (3–74) | (27–129) | (50–296) | (29–186) | (56–253) | (13–56) | (4–23) |

* By $^{86}$Rb uptake inhibition after dichloromethane extraction

**Toxicity.** Digoxin toxicity is manifested by nausea, vomiting, diarrhea, blurred vision and cardiac disturbances such as tachycardia, premature contractions, atrial fibrillation and atrioventricular block. Psychosis with vivid hallucinations has been described (Carney et al., 1985). Serum concentrations averaged 3.7 µg/L (range, 1.6–13.7) in 48 patients exhibiting toxic signs who were being maintained on a mean dose of 0.36 mg (range, 0.125–1.0) daily (Smith and Haber, 1970). A series of clinical reports of nonfatal and fatal digoxin poisoning have described cases of oral overdosage with 2.5–25 mg of the drug in which serum concentrations of 11–42 µg/L and elimination half-lives of 5–48 hours were observed (Smith and Willerson, 1971; Hobson and Zettner, 1973; Watanabe et al., 1977; Pearce et al., 1980). One subject who self-administered 200 mg of digoxin intravenously developed a maximum serum concentration of 52 µg/L after 4 hours and died after 6 hours (Reza et al., 1974). Antidotal treatment of a case of ingestion of 22.5 mg was successfully accomplished by the intravenous administration of digoxin-specific antibodies (Smith et al., 1976). Several authors have obtained benefit with charcoal hemoperfusion (Smiley et al., 1978; Marbury et al., 1979), while others do not recommend its use (Warren and Fanestil, 1979; Rowett, 1980); orally-administered charcoal has been reported to markedly shorten the elimination half-life (Boldy et al., 1985), as has cholestyramine (Roberge and Sorensen, 2000). Atropine and phenytoin have been found to completely reverse digoxin-induced arrhythmias (Ekins and Watanabe, 1978). Severe poisoning may require the administration of digoxin-specific antibody fragments (Antman et al., 1990).

Reported postmortem blood concentrations for persons on therapy with digoxin vary considerably depending on the analytical method used and the anatomical origin of the blood specimen. Concentrations averaged 1.3 µg/L (range, 0.5–2.1) in 18 specimens of serum obtained from the right heart, but these values may be falsely low due to the effect of hemolysis on the $^3$H-radioimmunoassay used (DiMaio et al., 1975). At the other end of the postmortem "therapeutic" range, Karjalainen et al. (1974) found an average of 4.6 µg/L (range, 1.3–8.2) in 13 samples of blood obtained from an unidentified source using an extraction-radioimmunoassay procedure. Probably the best defined study is that of Holt and Benstead (1975), who determined that complete hemolysis of a blood sample causes a decline of only 12% in the digoxin value relative to plasma; that serum taken from the right heart of 10 patients contained an average of 2.3 µg/L (range, 1.3–3.9) digoxin compared to an average of 1.4 µg/L (range, 0.7–2.9) in serum from the femoral vein of the same subjects; and that equivalent results were obtained for samples analyzed directly with either the $^3$H or $^{125}$I-radioimmunoassay, if correction for color quench was made when using the tritium label. It has been determined that serum digoxin levels nearly always increase after death due to leaching from muscle, with an average postmortem/antemortem ratio ranging from 1.42 for femoral vein blood specimens to 1.96 for heart blood specimens (Vorpahl and Coe, 1978). Fletcher et al. (1979) suggested that postmortem blood samples for digoxin assay be taken from the peripheral circulation within a

PLAINTIFFS' EXHIBITS 010355

few hours after death, that they be completely hemolyzed by freezing and thawing several times, and centrifuged before analysis; the analytical value may then be multiplied by 1.3 to estimate the serum digoxin concentration at the moment of death.

At least 30 digoxin fatalities have been reported in which postmortem blood or serum concentrations were determined; the values range from 3.5–200 $\mu$g/L (average, 25) and represent both accidental and intentional overdoses (Iisalo and Nuutila, 1973; Moffat, 1974; Phillips, 1974a; DiMaio et al., 1975; Holt and Benstead, 1975; Ma, 1976; Dickson and Blazey, 1977; Selesky et al., 1977). In 2 digoxin fatalities, concentrations of 200 and 283 $\mu$g/L were measured in the left ventricular myocardium (Iisalo and Nuutila, 1973); these concentrations exceed the average therapeutic level for this tissue but are still within the normal range according to the above table. Vorpahl and Coe (1978), in a series of 27 cases, found that vitreous humor digoxin concentrations average 60% those of antemortem serum and 37% those of postmortem heart blood and that they do not change significantly in the first 24 hours after death. Aderjan et al. (1979) recommended that kidney concentrations be measured in the investigation of fatal digoxin poisoning, since this tissue appears to be dramatically elevated in such cases over normal values ($140 \pm 35$ $\mu$g/kg). These authors found the following concentrations in a case of suicide by digoxin:

### Digoxin Concentrations in a Fatal Case ($\mu$g/L or $\mu$g/kg)

| Blood | Brain | Heart | Lung | Liver | Kidney |
|---|---|---|---|---|---|
| 22 | 9.7 | 43 | 53 | 81 | 1400 |

**Analysis.** Digoxin has been successfully quantitated in body fluids by an ATP-ase inhibition technique (Burnett and Conklin, 1971) and by $^{86}$Rb uptake inhibition assay (Gjerdrum, 1970). The latter method has been combined with solvent extraction in order to accommodate solid tissues (Andersson et al., 1975). The most frequently used technique for the determination of digoxin is radioimmunoassay (Smith et al., 1969). Certain of the commercially available radioimmunoassay systems are prone to errors from hemolysis, bilirubinemia or abnormal albumin levels (Cerceo and Elloso, 1972); removal of the digoxin from the specimen by extraction or dialysis improves the accuracy of the $^3$H-radioimmunoassay (Phillips, 1974b), although the development of $^{125}$I-systems has circumvented most of the problems associated with earlier assays. The commercial digoxin radioimmunoassay kits exhibit from 0.6–25% cross-reactivity with digitoxin, and many of the digoxin metabolites react to the same degree as digoxin itself (Stoll et al., 1972); on average, only 64% (range, 35–80) of serum digoxin as measured by radioimmunoassay is actually parent drug (Gault et al., 1984). Digoxin-like immunoreactivity has been reported present in the body fluids of individuals not receiving the drug (Balzan et al., 1984; Spiehler et al., 1985); this may be avoided by increasing incubation time during radioimmunoassay or by ultrafiltration of the specimen (Graves et al., 1986; Dasgupta et al., 1990). Thin-layer chromatography (Aderjan et al., 1979), liquid chromatography (Fletcher et al., 1980; Loo et al., 1981; Stone and Soldin, 1988) and solvent extraction (Picotte et al., 1991) have been used prior to immunoassay to provide additional specificity. Liquid chromatography with fluorescence (Kwong and McErlane, 1986; Shepard et al., 1986) or mass spectrometric detection (Tracqui et al., 1997; Guan et al., 1999) has also been reported. Digoxin is stable in blood specimens stored for up to 28 days at room temperature (Revuelta et al., 1996).

### References

U. Abshagen, H. Kewitz and N. Reitbrock. Distribution of digoxin, digitoxin and ouabain between plasma and erythrocytes in various species. N.-S. Arch. Exp. Path. Pharm. 270: 105–116, 1971.

A. Aderjan, H. Buhr and G. Schmidt. Investigation of cardiac glycoside levels in human post mortem blood and tissues determined by a special radioimmunoassay procedure. Arch. Tox. 42: 107–114, 1979.

K.E. Andersson, A. Bertler and G. Wettrell. Post-mortem distribution and tissue concentrations of digoxin in infants and adults. Acta Paediat. Scand. 64: 497–504, 1975.

E.M. Antman, T.L. Wenger, V.P. Butler, Jr. et al. Treatment of 150 cases of life-threatening digitalis intoxication with digoxin-specific Fab antibody fragments. Circulation 81: 1744–1752, 1990.

J.K. Aronson. Clinical pharmacokinetics of digoxin 1980. Clin. Pharm. 5: 137–149, 1980.

S. Balzan, A. Clerico, M.G. del Chicca et al. Digoxin-like immunoreactivity in normal human plasma and urine, as detected by a solid-phase radioimmunoassay. Clin. Chem. 30: 450–451, 1984.

D.A.R. Boldy, V. Smart and J.A. Vale. Multiple doses of charcoal in digoxin poisoning. Lancet 2: 1076–1077, 1985.

G.H. Burnett and R.L. Conklin. Enzymatic assay of plasma digoxin. J. Lab. Clin. Med. 78: 779–784, 1971.

PLAINTIFFS' EXHIBITS 010356

M.W.P. Carney, S. Rapp and K. Pearce. Digoxin toxicity presenting with psychosis in a patient with chronic phobic anxiety. Clin. Neuropsych. 8: 193–195, 1985.

E. Cerceo and C.A. Elloso. Factors affecting the radioimmunoassay of digoxin. Clin. Chem. 18: 539–543, 1972.

T.S. Chen and H.S. Friedman. Alteration of digoxin pharmacokinetics by a single dose of quinidine. J. Am. Med. Asso. 244: 669–672, 1980.

A. Dasgupta, S. Saldana and P. Heimann. Monitoring free digoxin instead of total digoxin in patients with congestive heart failure. Clin. Chem. 36: 2121–2123, 1990.

S.J. Dickson and N.D. Blazey. Post-mortem digoxin levels—two unusual case reports. For. Sci. 9: 145–150, 1977.

V.J.M. DiMaio, J.C. Garriott and R. Putnam. Digoxin concentrations in postmortem specimens after overdose and therapeutic use. J. For. Sci. 20: 340–347, 1975.

J.E. Doherty, W.J. Flanigan, M.L. Murphy et al. Tritiated digoxin. XIV. Enterohepatic circulation, absorption, and excretion studies in human volunteers. Circulation 42: 867–873, 1970.

J.E. Doherty, W.H. Hall, J. Sherwood et al. Tritiated digoxin. XV. Serum protein binding in human subjects. Am. J. Cardiol. 28: 326–330, 1971.

B.R. Ekins and A.S. Watanabe. Acute digoxin poisonings: review of therapy. Am. J. Hosp. Pharm. 35: 268–277, 1978.

S.M. Fletcher, G. Lawson and A.C. Moffat. Radioimmunoassay of cardiac glycosides in haemolysed blood: derivation of serum levels. J. For. Sci. Soc. 19: 183–188, 1979.

S.M. Fletcher, G. Lawson, B. Law and A.C. Moffat. Identification of cardiac glycosides in human body fluids by a combination of high-performance liquid chromatography and radioimmunoassay. J. For. Sci. Soc. 20: 203–209, 1980.

M.H. Gault, D. Sugden, C. Maloney et al. Biotransformation and elimination of digoxin with normal and minimal renal function. Clin. Pharm. Ther. 25: 499–513, 1979.

M.H. Gault, L.L. Longerich, J.C.K. Loo et al. Digoxin biotransformation. Clin. Pharm. Ther. 35: 74–82, 1984.

K. Gjerdrum. Determination of digitalis in blood. Acta Med. Scand. 187: 371–379, 1970.

S.W. Graves, K. Sharma and A.B. Chandler. Methods for eliminating interferences in digoxin immunoassays caused by digoxin-like factors. Clin. Chem. 32: 1506–1509, 1986.

F. Guan, A. Ishii, H. Seno et al. Identification and quantification of cardiac glycosides in blood and urine samples by HPLC/MS/MS. Anal. Chem. 71: 4034–4043, 1999.

J.D. Hobson and A. Zettner. Digoxin serum half-life following suicidal digoxin poisoning. J. Am. Med. Asso. 223: 147–149, 1973.

D.W. Holt and J.G. Benstead. Postmortem assay of digoxin by radioimmunoassay. J. Clin. Path. 28: 483–486, 1975.

D.H. Huffman, C.V. Manion and D.L. Azarnoff. Absorption of digoxin from different oral preparations in normal subjects during steady state. Clin. Pharm. Ther. 16: 310–317, 1974.

E. Iisalo and M. Nuutila. Myocardial digoxin concentrations in fatal intoxications. Lancet 1: 257, 1973.

J. Karjalainen, K. Ojala and P. Reissell. Tissue concentrations of digoxin in an autopsy material. Acta Pharm. Tox. 34: 385–390, 1974.

J.R. Koup, D.J. Greenblatt, W.J. Jusko et al. Pharmacokinetics of digoxin in normal subjects after intravenous bolus and infusion doses. J. Pharm. Biopharm. 3: 181–192, 1975.

E. Kwong and K.M. McErlane. Analysis of digoxin at therapeutic concentrations using high-performance liquid chromatography with post-column derivatization. J. Chrom. 381: 357–363, 1986.

E.B. Leahey, Jr., J.A. Reiffel, E.V. Giardina and J.T. Bigger, Jr. The effect of quinidine and other oral antiarrhythmic drugs on serum digoxin. Ann. Int. Med. 92: 605–608, 1980.

J.C.K. Loo, I.J. McGilveray and N. Jordan. The estimation of serum digoxin by combined HPLC separation and radioimmunological assay. J. Liq. Chrom. 4: 879–886, 1981.

C. Ma. Digoxin overdose. Bull. Int. Asso. For. Tox. 12 (2): 12–13, 1976.

T. Marbury, J. Mahoney, L. Juncos et al. Advanced digoxin toxicity in renal failure: treatment with charcoal hemoperfusion. South. Med. J. 72: 279–281, 1979.

F.I. Marcus, G.J. Kapadia and G.G. Kapadia. The metabolism of digoxin in normal subjects. J. Pharm. Exp. Ther. 145: 203–209, 1964.

A.C. Moffat. Interpretation of post mortem serum levels of cardiac glycosides after suspected overdosage. Acta Pharm. Tox. 35: 386–394, 1974.

J.E. Murphy, E.S. Ward and M.L. Job. Avoiding erroneous serum digoxin concentrations. Am. J. Hosp. Pharm. 42: 2418–2420, 1985.

G.T. Okita. Metabolism of radioactive cardiac glycosides. Pharmacologist 6: 45, 1964.

J.C. Panisset, P. Biron, G. Tremblay et al. Comparative bioavailability of two oral preparations of digoxin in healthy volunteers. Can. Med. Asso. J. 109: 700–702, 1973.

M.K. Park, T. Ludden, K.V. Arom et al. Myocardial vs serum digoxin concentrations in infants and adults. Am. J. Dis. Child. 136: 418–420, 1982.

G. Pearce, N. Buchanan and J. Uther. Massive digoxin ingestion in a child. Med. J. Aust. 2: 277–280, 1980.

A.P. Phillips. Case experience with digoxin analysis of postmortem blood. J. For. Sci. Soc. 14: 137–140, 1974a.

A.P. Phillips. A radioimmunoassay technique for digoxin in postmortem blood. J. For. Sci. 19: 900–912, 1974b.

P. Picotte, C. Peclet, M. Gaudet and J.J. Rousseau. Interpretation des concentrations sanguines post-mortem de digoxine. Can. Soc. For. Sci. J. 24: 97–101, 1991.

E. Revuelta, M. Deveaux, P. Fialdes et al. Variations of blood digoxin levels during storage. J. Anal. Tox. 20: 75, 1996.

M.J. Reza, R.B. Kovick, K.L. Shine and M.L. Pearce. Massive intravenous digoxin overdosage. New Eng. J. Med. 291: 777–778, 1974.

PLAINTIFFS' EXHIBITS 010357

R.J. Roberge and T. Sorensen. Congestive heart failure and toxic digoxin levels: role of cholestyramine. Vet. Hum. Tox. 42: 172–173, 2000.

D.A. Rowett. Failure of hemoperfusion in digoxin overdose. J. Am. Med. Asso. 244: 1558, 1980.

K. Schenck-Gustafsson, T. Jogestrand, R. Nordlander and R. Dahlqvist. Effect of quinidine on digoxin concentrations in skeletal muscle and serum in patients with atrial fibrillation. New Eng. J. Med. 305: 209–211, 1981.

M. Selesky, V. Spiehler, R.H. Cravey and H.W. Elliot. Digoxin concentrations in fatal cases. J. For. Sci. 22: 409–417, 1977.

T.A. Shepard, J. Hui, A. Chandrasekaran et al. Digoxin and metabolites in urine and feces: a fluorescence derivatization-high performance liquid chromatographic technique. J. Chrom. 380: 89–98, 1986.

J.W. Smiley, N.M. March and E.T. Del Guercio. Hemoperfusion in the management of digoxin toxicity. J. Am. Med. Asso. 240: 2736–2737, 1978.

T.W. Smith, V.P. Butler, Jr. and E. Haber. Determination of therapeutic and toxic serum digoxin concentrations by radioimmunoassay. New Eng. J. Med. 281: 1212–1216, 1969.

T.W. Smith and E. Haber. Digoxin intoxication: relationship of clinical presentation to serum digoxin concentration. J. Clin. Invest. 49: 2377–2386, 1970.

T.W. Smith and J.T. Willerson. Suicidal and accidental digoxin ingestion. Circulation 44: 29–36, 1971.

T.W. Smith, E. Haber, L. Yeatman and V.P. Butler, Jr. Reversal of advanced digoxin intoxication with Fab fragments of digoxin-specific antibodies. New Eng. J. Med. 294: 797–800, 1976.

V.R. Spiehler, W.R. Fischer and R.G. Richards. Digoxin-like immunoreactive substance in postmortem blood of infants and children. J. For. Sci. 30: 86–91, 1985.

R.G. Stoll, M.S. Christensen, E. Sakmar and J.G. Wagner. The specificity of the digoxin radioimmunoassay procedure. Res. Comm. Chem. Path. Pharm. 4: 503–510, 1972.

J.A. Stone and S.J. Soldin. Improved liquid chromatographic/immunoassay of digoxin in serum. Clin. Chem. 34: 2547–2551, 1988.

A. Tracqui, P. Kintz, B. Ludes and P. Mangin. High-performance liquid chromatography-ionspray mass spectrometry for the specific determination of digoxin and some related cardiac glycosides in human plasma. J. Chrom. B 692: 101–109, 1997.

T.E. Vorpahl and J.I. Coe. Correlation of antemortem and postmortem digoxin levels. J. For. Sci. 23: 329–334, 1978.

J.G. Wagner, K.D. Popat, S.K. Das et al. Evidence of nonlinearity in digoxin pharmacokinetics. J. Pharm. Biopharm. 9: 147–166, 1981.

M. Wandell, J.R. Powell, W.D. Hager et al. Effect of quinine on digoxin kinetics. Clin. Pharm. Ther. 28: 425–430, 1980.

S.E. Warren and D.D. Fanestil. Digoxin overdose. Limitations of hemoperfusion-hemodialysis treatment. J. Am. Med. Asso. 242: 2100–2101, 1979.

A.S. Watanabe, B.R. Ekins, J.C. Veltri and A.R. Temple. Acute digoxin poisoning: case report and determination of elimination half-life. In *Management of the Poisoned Patient* (B.H. Rumack and A.R. Temple, eds.), Science Press, Princeton, 1977, pp. 115–124.

R.J. White, D.A. Chamberlain, M. Howard and T.W. Smith. Plasma concentrations of digoxin after oral administration in the fasting and postprandial state. Brit. Med. J. 1: 380–381, 1971.

# Dihydrocodeine

$T\frac{1}{2}$: 3.4–4.5 hr
$V_d$: 1.0–1.3 L/kg
$F_b$: ?
$pK_a$: 8.8

**Occurrence and Usage.** Dihydrocodeine (6-α-hydrocodol, drocode, DHCplus, Synalgos-DC) is a semi-synthetic narcotic analgesic, prepared by the hydrogenation of codeine. It is supplied as the bitartrate salt in 16 mg tablets or capsules for oral administration. Single doses of 16–32 mg may be taken every 4 hours, with a maximum recommended daily limit of 192 mg.

**Blood Concentrations.** Following a single oral dose of 30 or 60 mg in 7 adult volunteers, peak plasma dihydrocodeine concentrations averaged 0.07 and 0.15 mg/L, respectively, at 1.6 and 1.8 hours post-dose (Rowell et al., 1983). A 60 mg oral dose given to 14 adults resulted in average peak plasma levels of 0.205 mg/L at 1.3 hours for dihydrocodeine and 0.002 mg/L at 1.2 hours for dihydromorphine (Fromm et al., 1995). Twelve healthy men given oral doses of 90 or 120 mg of the drug in a dose-scaling study achieved peak serum dihydrocodeine concentrations averaging 0.22 or 0.27 mg/L, respectively, at 3 hours; peak serum dihydromorphine levels were achieved at 3–5 hours and averaged 2% of the parent drug (Ammon et

PLAINTIFFS' EXHIBITS 010358