# EXHIBIT 602.14

PLAINTIFFS' EXHIBITS 010379

**ERNST AND MATTISON**
A Law Corporation
1020 Palm Street
P. O. Box 1327
San Luis Obispo, CA 93406
Tel:  (805) 541-0300
Fax:  (805) 541-5168

Don A. Ernst
Raymond E. Mattison

Founded 1980

Christopher D. Edgington
Nigel A. Whitehead
Terry J. Kilpatrick

May 7, 2009

Dr. Richard T. Mason
P. O. Box 6209
San Jose, CA 95150-6209

Re:   Autopsy of Daniel McCornack of March 26, 2008
         *08-2797, CA08-37*

Dear Dr. Mason:

I would like to retain your services as an expert and consultant in a case involving the death of Daniel McCornack. You performed the autopsy. Would you be kind enough to contact this office?

We have read and reviewed the Autopsy Report and think it is a job well done and would like to hire you on the issues contained in your Autopsy Report.

We look forward to hearing from you.

Sincerely,

DON A. ERNST
DAE/sr



PLAINTIFFS' EXHIBITS 010380