# EXHIBIT 602.15

PLAINTIFFS' EXHIBITS 010381

**ERNST AND MATTISON**
A LAW CORPORATION
1020 Palm Street
P. O. Box 1327
San Luis Obispo, CA 93406
Tel: (805) 541-0300
Fax: (805) 541-5168

DON A. ERNST
RAYMOND E. MATTISON

FOUNDED 1980

CHRISTOPHER D. EDGINGTON
NIGEL A. WHITEHEAD
TERRY J. KILPATRICK

July 15, 2009

Richard T. Mason, M.D.
Santa Cruz County Sheriff-Coroner's Office
701 Ocean Street
Santa Cruz, CA 95060

Re:   Autopsy of Daniel Elwin McCornack of March 26, 2008
      E & M File No.    :    1289 (Kathy McCornack)

Dear Dr. Mason:

Enclosed please find a disk containing the medical records of Dr. Gordon Lemm relating to Daniel Elwin McCornack, together with a statement from NMS Labs showing the Digoxin levels of 3.6, a copy of the recall and a copy of the Certificate of Death from Santa Cruz County.

Please review the enclosed materials and take whatever action you deem appropriate.

Sincerely,

DON A. ERNST
DAE/sr
Encs.



PLAINTIFFS' EXHIBITS 010382