# EXHIBIT 603.29

PLAINTIFFS' EXHIBITS 010620

Graphic assistance: Jeff Harrison, Wilmington, N.C.



© Stephan Moll, M.D.

PLAINTIFFS' EXHIBITS 010621