# EXHIBIT 603.30

PLAINTIFFS' EXHIBITS 010622



(b)

Copyright © 2001 Benjamin Cummings, an imprint of Addison Wesley Longman, Inc.

EXHIBIT Mason #2

PLAINTIFFS' EXHIBITS 010623