# EXHIBIT 603.31

PLAINTIFFS' EXHIBITS 010624



PLAINTIFFS' EXHIBITS 010625