# EXHIBIT 604.1

PLAINTIFFS' EXHIBITS 010740

AMY R. McMASTER, M.D.                                    August 5, 2011

Page 4

1                            I N D E X
2     Witness                                    Page
3     AMY R. MCMASTER, M.D.
4              Direct Examination Mr. Ernst        06
5              Cross-Examination by Mr. Moriarty   95
6              Redirect Examination Mr. Ernst      96
7
8                          EXHIBITS
9     Exhibit           Description           Page
10    1      CV of Amy Ralston McMaster, M.D.    14
11    2      Notice of Deposition                14
12    3      Correspondence                      15
              To Dr. McMaster
13            From Mr. Moriarty
              11/10/2009
14
      4      Correspondence                      17
15
             To Mr. Moriarty
16           From Dr. McMaster
             05/17/2011
17
      5      Dr. Master's File                   26
18
      6      NMS Lab Report                      32
19
      7      Urgent:  Drug Recall               78
20           04/28/2008
21
      Reporter's Certificate                     99
22
      Amendment Sheet                           100
23
      ** [sic] Exactly as Stated
24    ** (phonetic) As the Word Sounded
25                        ~*~

PLAINTIFFS' EXHIBITS 010741

**AMY RALSTON MCMASTER, M.D.**
Forensic Medical Management Services
850 R.S. Gass Blvd.
Nashville, TN 37216
615-743-1800
amcmaster@forensicmed.com

**EXPERIENCE**

Forensic Medical Management Services
Chief Medical Officer, August 2010-present
Chief Operations Officer, July 2007-August 2010

Chief Medical Examiner, December 2010-present
Interim Chief Medical Examiner, March 2010-present
Deputy Chief Medical Examiner, July 2004-March 2010
Assistant Medical Examiner, July 2002- June 2004
Metropolitan Nashville/Davidson County

Deputy Tennessee State Medical Examiner
January 2010-present

Anatomic and Clinical Laboratory Associates
Baptist Hospital Department of Pathology
Nashville, TN
February 1999 to May 2001

**EDUCATION**

Fellowship in Forensic Pathology
Miami/Dade County Medical Examiner Department
Miami, Florida
July 2001 to June 2002

Anatomic and Clinical Pathology Residency
Vanderbilt University Medical Center, Nashville, TN
Concentrated 5th year in Forensic Pathology at
Nashville/Davidson County Medical Examiner's Office
1996-2001

Doctor of Medicine
Meharry Medical College, Nashville, TN
May 1996

Bachelor of Science, Chemistry
Middle Tennessee State University, Murfreesboro, TN
May 1992



Exhibit: 1
Wit: McMASTER
Date: 8/5/11 NTD
Rptr: D. HERNAN

PLAINTIFFS' EXHIBITS 010742

## UNITED STATES DISTRICT COURT OF THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

Kathy McCornack, et al.

      Plaintiffs,

vs.

Actavis Totowa, LLC, et al.

      Defendants.

**THIS DOCUMENT RELATES TO:**

Case No.: 2:09-cv-0671

*Related MDL Case No.: 2:08-md-1968*

### NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION AND REQUEST FOR
### PRODUCTION AND COPYING OF DOCUMENTS AT THE DEPOSITION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, under Federal Rules of Civil Procedure 26(d), 30 and

45, Plaintiffs will take the deposition of **DR. AMY McMASTER** on **Friday, August 5, 2011 at**

**10:00 a.m.** at Vowell & Jennings, 214 2ⁿᵈ Ave. N., Suite 207. Nashville, TN 37201. (800) 256-

1935

    The oral examination will continue from day to day until completed. This deposition will

be recorded stenographically, may be recorded on videotape and will comply with any relevant

orders in this litigation, including Pretrial Order No. 22, attached hereto as Exhibit A. This

deposition is noticed in the above-captioned matter for any and all purposes permitted by the

Federal Rules of Civil Procedure and any other federal, state, or local rules that apply to this

action and the deposition will be taken in accordance with these rules. A copy of the subpoena

duces tecum to appear and testify at a hearing or trial in a civil case is attached hereto as Exhibit

1



B and served herewith. Pursuant to Federal Rule of Civil Procedure 30(b)(2) and 45(a), Plaintiffs request that Dr. McMaster produce for inspection at the time of deposition:

1   The witness' current curriculum vitae or resume.

2   All correspondence and communication between the witness or anyone acting on the witness' behalf, and attorneys representing defendants in this and the MDL Digitek® litigation.

3   All other documents prepared by the attorneys for the defendants and sent to the witness.

4.   All documents, including documents and deposition transcripts which refer or relate to this and the MDL Digitek® litigation that the witness received from any source.

5.   All retainer agreements or other agreements under which the witness has been or will be paid for work related to this and the related MDL Digitek® litigation.

6.   All bills that the witness has rendered to attorneys and law firms in connection with this and the MDL Digitek® litigation.

7.   A copy of the witness' entire file, including all electronic documents, and correspondence, in connection with this and the MDL Digitek® litigation.

8.   All documents, including additional materials received or reviewed, tangible things, data, or writings that relied upon, examined, considered, or rejected in preparing the reports in this and the MDL Digitek® litigation, or subsequent to preparing his report.

9.   Everything the witness reviewed that indicates any person may have ingested defective Digitek®.

PLAINTIFFS' EXHIBITS 010744

10. All notes that the witness has taken in connection with review of this and the MDL Digitek® litigation matters.

11. All documents that the witness has prepared concerning the subject matter of this and the MDL Digitek® litigation.

12. All medical, scientific or other literature on which the witness relies in connection with the opinions expressed in his expert report.

13. All documents, tangible things, data, or writings concerning whether a Digitek® tablet that may have been adulterated may have ever been received by a pharmacist or consumer. This request is not limited to just the Digitek® tablets recalled in 2008 by Defendant Actavis, but to all Digitek® tablets that may have ever been received by a pharmacist or consumer and suspected to be adulterated for any reason.

14. All documents the witness reviewed in preparation for this deposition.

Respectfully Submitted:

Dated: July 13, 2011

_/s/ Terry Kilpatrick_____
Terry Kilpatrick (Calif. Bar No. 163197)
Attorneys for Plaintiffs
Ernst Law Group
1020 Palm Street
San Luis Obispo, CA. 93401
Tel: 805-541-0300
Fax: 805-541-5168
E-mail: tk@ernstlawgroup.com

3

PLAINTIFFS' EXHIBITS 010745

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2011, I or an employee under my control electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated. July 13, 2011                 /s/  Terry Kilpatrick
                                 Terry Kilpatrick (Calif. Bar No. 163197)
                                 Attorneys for Plaintiffs
                                 Ernst Law Group
                                 1020 Palm Street
                                 San Luis Obispo, CA. 93401
                                 Tel.  805-541-0300
                                 Fax. 805-541-5168
                                 E-mail: tk@ernstlawgroup.com

4

*12-15-07 15 min letter*
*renew*

*12-16-09 1hr*
*lit search*

*12-16 1hr*
*record review*

## TUCKER ELLIS & WEST LLP

ATTORNEYS AT LAW

1150 Huntington Bldg.  925 Euclid Avenue  Cleveland, Ohio  44115-1414
phone 216.592.5000  facsimile 216.592.5009  tuckerellis.com

*12-17 15 min phone call*
*Billed*

*7 microscopic sections*

*? ethanol use*

Direct Dial: 216.696.2276
Email: matthew.moriarty@tuckerellis.com

November 10, 2009

Exhibit: **3**
Wit: McMaster MD
Date: 3/5/11
Rptr: D. Ferguson

*4-26-11*
*Dan Sr.*

*5-12-11 2hrs*

Amy Ralston McMaster, M.D.
850 R.S. Gass Blvd.
Nashville, TN 37126

*5-13 2hrs*

Re:  *Kathy McCornack, an individual; Daniel E. McCornack, Jr., an individual; and
Ralph J. McCornack, a minor by and through his mother and next friend Kathy
McCornack v. Actavis Totowa, LLC, a New Jersey corporation, et al.*

*5-14 3hrs*

Dear Dr. McMaster:

*5-23-11 1½hrs review of exhbns revisin*

Thank you very much for agreeing to review this case. We represent Actavis Totowa, LLC, the manufacturer of Digitek®. Digitek® is a generic digoxin product, which is sold in two doses, .125 mg and .250 mg. In April 2008, the company recalled all lots of Digitek® that were on the market and within the expiration date. A small number of "double-thick" tablets were found during a pre-release inspection of one batch, and the recall was initiated out of an abundance of caution. I have enclosed the original recall notice as well as the FDA's latest statement about the subject. In the wake of the recall, lawsuits were filed alleging that out of specification Digitek® caused various medical problems.

*8-3-11 30min phone*

This case is about Daniel McCornack, who died at the age of 45 just after midnight on March 23, 2008. He was diagnosed with early onset atrial fibrillation at approximately the age of 22 (1987). He was initially prescribed a digoxin product but apparently shortly thereafter stopped taking it and did not begin taking digoxin products again until December, (1994). Beginning in (1996) and until his death he was consistently prescribed .25 mg twice daily, for a total dose of .50 mg per day. Throughout the years Mr. McCornack consistently saw two doctors -- Lawrence VonDollen, M.D. (cardiology) and Gordon Lemm, M.D. (primary care physician). Mr. McCornack had a variety of problems unrelated to his heart, such as gout and back pain. His other problems included obesity, multiple stressors, and hypercholesterolemia. While the records contain few references to hypertension, his primary care physician testified that Dan was hypertensive, and his cardiologist said that Diltiazem had secondary benefits in reducing Dan's blood pressure. To the best of our knowledge Mr. McCornack never had any instances of elevated serum digoxin concentrations, and there are no diagnoses of digoxin toxicity in his medical records.

On March 22, 2008, the family went on an Easter weekend camping trip. Mrs. McCornack said that Mr. McCornack exhibited no signs of illness before he went to bed that night. According to his wife, Mr. McCornack took his evening dose after dinner and went to bed at approximately 10:00 p.m. At approximately midnight he was making an unusual snoring

073021.000530\1073033

# TUCKER ELLIS & WEST LLP
### ATTORNEYS AT LAW

sound. When his wife tried to arose him, Mr. McCornack was not responsive. The family called 911 and efforts were made to revive him, but unfortunately Mr. McCornack passed away.

The coroner's office performed an autopsy and drew a post mortem blood sample (from the axillary vein) approximately 70 hours after Mr. McCornack died. They sent it to a laboratory called NMS. As you will see from their report, they found a blood digoxin concentration of 3.6, a diltiazem level of 630, and traces of quinidine (although he was not any pharmaceutical products containing that drug). NMS laboratory was also later called upon to analyze the "potency" of five or six of Mr. McCornack's Digitek® tablets. All of them were within the labeled specifications.

Initially the coroner prepared an autopsy report and a death certificate which attributed Mr. McCornack's death to natural causes, specifically listing cardiac arrest, ventricular arrhythmia, atrial fibrillation and hypertensive and arteriosclerotic cardiovascular disease. The day before his deposition, a year and a half after Mr. McCornack's death and 15 months after receiving the NMS report, the coroner changed his autopsy and death certificate to reflect an accidental death attributable to elevated digoxin levels. The coroner's new opinion is based wholly on the post mortem serum digoxin level of 3.6.

We have enclosed the following materials:

1  The office records of Dr. Lemm;

2.  The office records of Dr. VonDollen (which include a consult from another cardiologist, Dr. Winkle);

3  The original autopsy and death certificate;

4.  The "amended" autopsy and death certificate;

5  Reports from NMS Laboratories regarding Mr. McCornack's blood and Digitek® tablet tests;

6.  The deposition transcript of the coroner, Dr. Mason;

7.  The deposition of Matthew McMullin, Ph.D., a forensic toxicologist at NMS Laboratories, who comments on the blood and tablet test results; and

8.  The deposition transcripts of Drs. Lemm and Von Dollen.

We are interested in your opinion regarding the reliability of this post mortem serum digoxin concentration of 3.6 as a predictor of Mr. McCornack's pre mortem levels. We are also

073021.000530\1073033

# TUCKER ELLIS & WEST LLP
### ATTORNEYS AT LAW

interested in your opinion about whether digoxin likely played a role in Mr. McCornack's death, and whether there is evidence that he got one or more excessive doses.

Further, as a Business Associate of Actavis Totowa, LLC, our Firm has agreed to maintain the confidentiality of protected health information (PHI) disclosed for the purpose of litigation. Because the enclosed records constitute PHI under HIPAA, you are required to treat such information as confidential and to use it only for the purpose of your expert review. If for any reason you are unable or unwilling to comply with these requirements, please notify me immediately and do not review the records.

Thank you very much for your time and consideration. We look forward to hearing from you.

Very truly yours,

Matthew P Moriarty

MPM:rcf
Enclosures

073021.000530\1073033



FORENSIC MEDICAL

---

May 17, 2011

Mr. Matthew Moriarty
Tucker Ellis & West, LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, Ohio 44115

     Re: McCornack v. Actavis Totowa, LLC

Dear Mr. Moriarty:

This letter serves as my expert medical opinions regarding the death of Mr. Daniel McCornack. I am
currently the Chief Medical Examiner of Nashville/Davidson County in Nashville, Tennessee. I also serve
as the Chief Medical Officer of Forensic Medical Management Services. I practice forensic pathology
exclusively. I am board certified by the American Board of Pathology in anatomic, clinical, and forensic
pathology. In addition to my primary medical examiner practice, I also provide expert medical opinions
in forensic pathology as a consultative service. This consultative service consists of less than 10% of my
professional practice I hold medical licenses in Tennessee and Mississippi. I do not keep a list of cases
in which I have provided expert medical opinions or testimony.

In forming my opinions in this matter, I have reviewed the following material: medical records from Dr.
Gordon Lemm from 1994 through 2008; various laboratory reports from different sources dated 1994
through 2007; radiograph reports from various sources dated 1995 through 2005; pathology reports
from skin and colon biopsies; undated electrocardiograms; medical records from Dr. Lawrence Von
Dollen dated 1998 through 2007; additional laboratory reports dated 2002 through 2007; cardiology
consultation from Dr. Roger Winkle; echocardiography reports dated 1995, 2001, and 2006;
electrocardiograms dated 2000, 2001, 2004, 2006, and 2007; death certificate issued April 7, 2008;
autopsy report; amended death certificate dated 9/30/2009; autopsy report (presumably amended)
with revised cause of death, manner of death, and pathologic diagnoses; laboratory reports from NMS
Labs dated June 24, 2008, May 29, 2009, and September 22, 2009; CVS Caremark recall letter; FDA
statement of recall for Digitek® tablets; Santa Cruz County Sheriff-Coroner report; opinion of Keith
Patrick Gibson, Pharm.D., J.D.; and depositions of Kathy McCornack, Dr. Von Dollen, Matthew McMullin,
Dr. Gordon Lemm, and Dr. Richard Mason.

Mr. McCornack was a 45 year old white male found unresponsive by his wife near midnight on March
22, 2008 during a camping trip. Emergency medical personnel responded and Mr. McCornack was
pronounced dead a short time later at 00:52 on March 23, 2008. He was apparently in his normal state
of health and was not ill prior to being found unresponsive. His past medical history is significant for
atrial fibrillation, hypertension, obesity, and hypercholesterolemia. An autopsy was performed by

Office of the Medical Examiner
850 R.S. Gass Blvd. ● Nashville, TN 37216-2640
Phone: (615) 743-1800 ● Fax: (615) 743-1890
www.forensicmed.com

Accredited by National Association of Medical Examiners
PLAINTIFFS' EXHIBITS 010750

Exhibit: 7
Wit: N. MASTER MD
Date: 8/5/11
Rptr: D. HERNAN

Dr. Richard Mason on March 26, 2008, approximately 79 hours after death. Blood was submitted to NMS Labs for toxicology testing. Dr. Mason certified the cause of death as ventricular arrhythmia due to atrial fibrillation due to hypertensive and atherosclerotic cardiovascular disease with exogenous obesity as a contributory cause. The manner of death was certified as natural. However, an undated amended autopsy report inexplicably changes the cause of death to ventricular arrhythmia due to digoxin toxicity due to digoxin poisoning. In addition, an amended death certificate dated September 30, 2009 also lists digoxin toxicity due to digoxin poisoning as the cause of death with hypertensive and atherosclerotic cardiovascular disease and exogenous obesity as contributory causes.

After review of all available information, it is my expert medical opinion that Mr. McCornack died of hypertensive and atherosclerotic cardiovascular disease with obesity as a contributory cause. There is no medical or scientific basis to support the diagnosis of digoxin toxicity or digoxin poisoning as causing, or in any way contributing to, Mr. McCornack's death. As documented in the autopsy report, Mr. McCornack has several cardiac findings capable of causing sudden cardiac death: enlarged heart (500 grams), left ventricular hypertrophy, coronary atherosclerosis, and myocardial fibrosis. The enlarged heart and thick left ventricle are due to long-standing hypertension. The myocardial fibrosis is indicative of previous myocardial ischemia or previous myocarditis. Any of these three conditions are well-documented causes of sudden cardiac death by causing a fatal arrhythmia, typically a ventricular arrhythmia. Obesity is a contributory cause of death. Additional autopsy findings include pulmonary congestion and edema and fatty liver. Pulmonary congestion and edema are non-specific findings. The fatty liver is most likely secondary to obesity; however, without microscopic sections, other etiologies cannot be completely excluded.

NMS toxicology report dated June 24, 2008 for postmortem blood of Mr. McCornack provides the following results: 0.048% blood ethanol, 630 ng/mL diltiazem, 3.6 ng/mL digoxin, trace quinine, and atropine. The ethanol in the blood may be due to antemortem alcohol ingestion, from postmortem in vivo production, or from a combination of both. Atropine is from attempted resuscitation. The source of the trace quinine is unknown. Diltiazem and digoxin were both prescribed for management of Mr. McCornack's cardiac conditions and are expected findings in the postmortem toxicology. As described below, the diltiazem and digoxin levels are non-toxic and would not contribute to death.

Due to postmortem redistribution, the levels of diltiazem and digoxin reported in the blood do not accurately reflect their levels in Mr. McCornack's blood when he was alive. Reliance on the postmortem digoxin level alone to determine the cause of death has no scientific or medical basis. Therefore, Dr. Mason's revised opinion that Mr. McCornack died of digoxin toxicity is erroneous and lacks scientific foundation. Postmortem redistribution describes the substantial changes that can occur in drug concentrations in the blood between death and when a postmortem blood sample is drawn (typically at autopsy). The process of postmortem redistribution is well recognized in forensic pathology and is abundantly documented in the forensic scientific literature. It generally refers to the diffusion of a drug across a concentration gradient in the body after death, but it also refers to the movement of drugs that are highly bound in specific types of tissue (such as digoxin in heart muscle) into other body compartments. Postmortem distribution can begin shortly after death and will continue as the postmortem interval increases. Redistribution, although diminished, will even occur in blood drawn from peripheral vessels. In fact, it has been determined that serum digoxin levels nearly always increase after death due to leaching from the muscle, with an average antemortem/postmortem ratio ranging from 1.42 for femoral vein blood specimens to 1 96 for heart blood specimens (Disposition of Toxic Drugs and Chemicals in Man, Eighth Edition, Baselt, 2008). Since the postmortem blood from Mr. McCornack was drawn from the axilla, there is a great potential for an increased axillary vein digoxin

level due to cardiac muscle leaching.  Animal studies support the finding that "antemortem digoxin levels cannot be reliably inferred on the basis of high postmortem levels of the drug alone" (Ferner, RE. *British Journal of Pharmacology* 2008; 66:4, 430-443).  Therefore, the 3.6 ng/ml of digoxin as reported by NMS in postmortem blood is not an accurate reflection of the antemortem digoxin level in Mr. McCornack, and the antemortem level was lower than the postmortem level.  While some patients may manifest digoxin toxicity with "normal" levels of digoxin in the blood, the clinical diagnosis relies on signs and symptoms that, as discussed below, were simply not present in Mr. McCornack.  In short, this postmortem digoxin level alone cannot be used as a basis for the diagnosis of digoxin toxicity.

The circumstances and investigative information surrounding someone's death must be taken into consideration with the autopsy findings and toxicology results when forming a final opinion regarding cause of death and manner of death.  Not only is the digoxin level alone not high enough to cause toxicity and death, none of the symptoms typically reported with digoxin toxicity (nausea, vomiting, dizziness, blurred vision, decreased consciousness) were reported by Mr. McCornack just prior to his death.  According to the Santa Cruz Sheriff-Coroner report Mr. McCornack was described as never being in any discomfort or pain that day.  His wife said he did not complain of vomiting, vision changes, or any irregular heartbeats on the day of his death.

Finally, evaluation of digoxin pills submitted to NMS for examination shows that they are all of relatively uniform strength, weight, and thickness.

I also disagree with and find no medical basis for the final opinions expressed by Keith Patrick Gibson, Pharm.D., J.D.  First, Mr. Gibson is simply not qualified, either in education or experience, to offer an expert medical opinion of cause of death.  Second, his opinion that "Mr. McCornack had an elevated digoxin level at the time of his demise" is directly contradictory to other evidence and facts contained in Mr. Gibson's own report.  And, third, Mr. Gibson's statement that "the elevated digoxin level was probably the result of a change in formulation of the Digitek tablet or a non-conforming tablet" is speculative, at best.

In summary, after review of all available information, in my expert medical opinion, Mr. McCornack's cause of death is hypertensive and atherosclerotic cardiovascular disease, with obesity as a contributory cause.  The manner of death is natural.  Digoxin toxicity did not contribute to or cause Mr. McCornack's death.

Sincerely,

Dr. Amy R. McMaster

PLAINTIFFS' EXHIBITS 010752

# KEITH PATRICK GIBSON

*Attorney at Law / Pharmacist / Forensic Pharmaceutical Consultant*
1241 Johnson Avenue, PMB #318
San Luis Obispo, CA 93401

Voice/Fax: (805) 980-4035

e-mail: keithpatrickgibson@gmail.com

## EDUCATION

UNIVERSITY OF THE PACIFIC
*Top 40% of Class

McGeorge School of Law
**JURIS DOCTOR** — December 1985

UNIVERSITY OF SOUTHERN CALIFORNIA
Graduation Award: Obergfel Brothers Award

School of Pharmacy
**DOCTOR OF PHARMACY** — June 1980

## PROFESSIONAL LICENSES

California Bar Number 127278
Passed: February 1986 Exam (First Attempt)
Admitted: December 1986

California Pharmacist #35695

United States District Court
Eastern District of California
Admitted: December 1986

## EMPLOYMENT

**Maguire & Ashbaugh**

Position. **Deputy Public Defender**
July 1987 to Present

991 Osos Street, Suite A, San Luis Obispo California 93401
Worked under contract for the law firm of Maguire & Ashbaugh, who have the primary contract to perform the services of the Public Defender for the County of San Luis Obispo, California. While under contract, performed all the duties of a Deputy Public Defender with total responsibility for all cases at all phases from arraignment through trial and sentencing in the assigned Department of the Superior Court.

**Office of Administrative Hearings**

Position: **Administrative Law Judge** *pro tempore*
March 1995 to Present

501 J Street, Suite 230, Sacramento, California 95814
Served under contract as a pro tempore Administrative Law Judge to preside over hearings for the Office of Administrative Hearings concerning the authorization for the involuntary administration of psychotropic medications by the California Department of Corrections & Rehabilitation (CDCR) to individuals confined within the jurisdiction of the CDCR. Conducted assigned proceedings and made all orders prior to, during and at the conclusion of the hearing.

**Forensic Pharmaceutical Consultant**

Position: **Consultant & Expert Witness**
August 1988 to Present

1241 Johnson Avenue #318, San Luis Obispo, California 93401
Provided information to lawyers about the pharmacology of both legal and illegal drugs. Provided information about the physiology of the human organism including the physiology of the kidney and liver as it relates to the detection and elimination of drugs. Conducted investigations, prepared reports and testified as an expert witness.

**Private Practice**

Position: **Attorney**
December 1990 to November 1994

1108 Garden Street, Suite 205, San Luis Obispo, California 93401
Past responsibilities with the Public Defender allowed for a non criminal law private practice that results in a total of about 5 to 10 hours of a work week spent on civil law matters. Handled cases involving workers' compensation, family law, debt collection, unlawful detainer and general business law issues.

**Marian Medical Center**

Position: Clinical/Operational **Staff Pharmacist**
August 2005 to Present

1400 Church Street, Santa Maria, California
Currently working as a clinical/operational staff pharmacist, responsible for all aspects of the pharmacy operation including clinical services, drug information, patient chart review, order entry, IV admixture and technician supervision.

**Sutter Community Hospitals**

Position: **Staff Pharmacist**
July 1981 to July 1987

52nd and F Streets, Sacramento, CA 95831
Staff pharmacist duties included the following: inpatient and outpatient orders, maintained patient profiles, IV admixture program, control of aseptic technique and admixture incompatibilities, unit does system, chemotherapy admixture program, quality control audits, technician supervision and information retrieval for medical staff. Developed Aseptic Technique Course and manual. Wrote orientation manual and orientation procedures for new employees.

## ORGANIZATIONS

President, Cuesta Society of Hospital Pharmacists (1991)
American Association for the Advancement of Science (AAAS)
California Attorneys for Criminal Justice (CACJ)

San Luis Obispo County Bar Association
American Civil Liberties Unions (ACLU)

**CLAIM TO FAME:** Football: Honorable mention, All League (1973 - College of the Sequoias), attended University of Hawaii on sports scholarship (1974).

(Rev. 2011-01)

EXHIBIT
5
mcMaster

# KEITH PATRICK GIBSON, PHARM.D., J.D.

### Forensic Pharmaceutical Consultant

*Post Office Address*
1241 Johnson Avenue, PMB #318
San Luis Obispo, California 93401

California State Bar Number 127278
California Register Pharmacist License Number 35695

e-Mail: keithpatrick@gibson.org
Voice / Fax: 805-980-4035

May 16, 2011

Don A. Ernst
Ernst Law Group
Attorneys at Law
1020 Palm Street
San Luis Obispo CA 93401

Re:   McCornack vs. Actavis Totowa, LLC

Dear Mr. Ernst:

At your request I am providing my opinion on the post-mortem drug levels found in Mr. McCornack's blood, the distribution of digoxin and other drugs post-mortem, the effect of differing formulations of digoxin on bioavailability and the resulting clinical picture that is the likely cause of Mr. McCornack's death.

Daniel E. McCornack was a 45 year old Caucasian male who died on March 23, 2008 at approximately 0030. At the time of his death, he was 70 inches tall, approximately 220 pounds.[1] The Sheriff-Coroner's report from Santa Cruz County listed cardiac arrest as the cause of death.[2]

The records indicate that the deceased was taking the following medications:[3]

| Drug | Sig | Directions |
|------|-----|------------|
| Diltiazem CD 360mg: | 1 po qAM | One tablet every morning |
| Diltiazem CD 180mg: | 1 po qPM | One tablet every evening |
| Digitek 0.25mg: | 1 po bid | One tablet two times a day |
| Allopurinol 100mg: | 3 po qDAY | Three tablets every day |
| Aspirin 325mg: | 1 po qDAY | One tablet every day |
| Prevacid 30mg: | 1 po qDAY | One tablet every day |
| Indocin | Prn | As needed |

---

[1] Report Report of Autopsy Examination by Richard T. Mason, M.D., Forensic Pathologist
[2] Sheriff-Coroner, Santa Cruz County, Death Investigation Report and Supplemental Report, Case Number 08-02797, by N. Silva
[3] Refill Tracking Form: attached to the Deposition of Richard T. Mason, M.D., dated 10-01-2009

-1-

PLAINTIFFS' EXHIBITS 010754

# KEITH PATRICK GIBSON, PHARM.D., J.D.
### Forensic Pharmaceutical Consultant

*Post Office Address*
1241 Johnson Avenue, PMB #318
San Luis Obispo, California 93401

California State Bar Number 127278
California Register Pharmacist License Number 35695

e-Mail: keithpatrickgibson@gmail.com
Voice/Fax: 805-980-4035

## Rates for Professional Services

- Preparation ................................................................................ ............$250/hr.
  - Review of reports
  - Literature research for medical or forensic topics
  - Medical chart evaluation
- Court testimony or deposition.............................. $400/hr. (4 hrs minimum)
- Travel time ........................................ ............................................$125/hr.
- Minimum charge for any travel outside county................ ..........$2000/day
- Costs for travel and housing are billed as received.
- Costs for production of professional articles are billed as received.

Should any questions arise or to make arrangements, please contact me at the email or other address above.

Sincerely.

Keith Patrick Gibson, Pharm.D., J.D.

(effective 1-1-2011)
KPG/dbm

PLAINTIFFS' EXHIBITS 010755

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

Kathy McCornack reports that her husband took his medication after breakfast and immediately after dinner every day. On the day of his death, Mrs. McCormack did not see her husband take his daily meds, however, she did have a conversation with one or both of her sons about Mr. McCornack's drug usage. The sons reported that their father consumed his medications immediately after the evening meal.

In her deposition, Mrs. McCornack describes the evening meal occurring in the late afternoon/early evening before sundown, or that the preparation for the evening meal began at that time. It seems the evidence then is that the deceased consumed his medications around 6 to 8 p.m and suffered a cardiac arrest at 30 minutes past midnight that same evening.

The following are the last ante mortem lab results for Mr. McCornack:[4]

| Date | Time | Digoxin | S Creat | Bun |
|------|------|---------|---------|-----|
| 05-15-2007 | 0808 | 1.6 | 1.2 | 8.0 |

Post-mortem drug levels were obtained for alcohol, diltiazem, digoxin, quinidine /quinine and atropine.[5] Those levels were obtained from a peripheral site and the results are summarized below:

| Drug | Post-mortem Level |
|------|-------------------|
| Ethyl Alcohol | 48 mg/dL (BAC = 0.48 % w/v) |
| Diltiazem | 630 ng/mL |
| Digoxin | 3.6 ng/mL |
| Qunidine/Quinine | Trace |
| Atropine | Positive |

Mr. McCornack was prescribed digoxin to treat his heart condition.[6] Digoxin is a drug used to treat congestive heart failure and certain irregular contractions of the heart call arrhythmias. Digoxin can increase the force of myocardial contractions (positive inotropic effect) or can be used to treat irregular contractions of the heart known as arrhythmias such as atrial fibrillation, atrial flutter or ventricular tachycardia.[7]

The mechanism of action of the drug involves the increase in the influx of calcium ions from the extracellular to the intracellular cytoplasm of the cell. It does this by inhibition of the transport of sodium and potassium ion movement across the myocardial membrane. This increase in calcium ions results in a potentiation of the contractile force of the heart muscle fibers (positive inotropic effect). The drug also may inhibit adenosine triphosphatase (ATPase) and decrease conduction through the S-A and AV nodes.[8]

---

[4] Central Coast Clinical Lab, Templeton CA dated 05-15-2007
[5] Supplemental Toxicology Report of: McCornack, Daniel E., NMS Labs, dated 06-24-2011
[6] Deposition of Gordon Lemm, M.D., 10-02-2009; Deposition of Lawrence Von Dollen, M.D. 10-05-2009.
[7] Leikin & Palouchek's, *Poisoning & Toxicology Handbook*, 3rd Edition (2002), Pg 484
[8] Leikin & Palouchek's, *Poisoning & Toxicology Handbook*, 3rd Edition (2002), Pg 484

-2-

PLAINTIFFS' EXHIBITS 010756

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

The distribution of the digoxin is minimal to body fat; high concentrations to myocardium, skeletal muscles and kidney; and it crosses the blood brain barrier. The volume of distribution in adults is 7 L/Kg (decreased with renal disease). The half-life in adults is approximately $39 \pm 13$ hours.[9]

Therapeutic digoxin levels are reported to be from 0.8 to 2 ng/mL.[10]   Concentrations of digoxin above 0.8 ng/mL are associated with an inotropic effect.[11]

Toxicity is an important clinical problem. The therapeutic and toxic effects of digoxin are dose-related. The drug has a narrow therapeutic index. The therapeutic index is a comparison of the amount of a therapeutic agent that causes a therapeutic effect to the amount that causes toxicity or death.[12] Casually stated, therapeutic index is the difference between the therapeutic dose and the toxic dose.

Plotting the blood concentrations vs. time for a hypothetical drug is demonstrated by this graph. Where the blue line with the blue dots represents the blood level over multiple doses.



Note the maximum level for the first dose is lower than the steady state peak level. The peaks and troughs for a drug will be consistent at steady state. Steady state is defined as that time in which the intake of drug equals the excretion of the drug. 90% of steady state will be achieved at approximately 4 times the half-life.[13]

When a new dose is introduced or the bioavailability is changed, the next peak after the change will be higher or lower depending on whether bioavailability increases or decreases. Thus a peak after a new larger dose will be higher than the proceeding peak and the peaks and troughs will be consistent once steady state is reached.

---

[9] Gilman et al, *Goodman and Gilman's The Pharmacological Basis of Therapeutics*, 8th Edition, 1990; Pg 1675
[10] Ellenhorn M. and Barceloux D., *Medical Toxicology, Diagnosis and Treatment of Human Poisoning*, 1988, Elsevier; Pg 204
[11] Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th Edition , 2006
[12] *Katzung and Trevor's Pharmacology Examination & Board Review, 9th Edition*, McGraw Hill; Pg 15
[13] Evans W.E., Schentag J.J., Jusko W.J., *Applied Pharmacokinetics: Principles of Therapeutic Drug Monitoring* (1980); Pg 342

PLAINTIFFS' EXHIBITS 010757

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

Digoxin is available in two strengths as a tablet: 0.125mg and 0.25mg.[14] Bioavailability is the extent to which a drug becomes available to the target tissue after administration.[15] Gastrointestinal (GI) absorption of digoxin is normally approximately 60 to 85%.[16][17] It can be as high as 100% with some formulations.

The onset of action from an oral dose is 1-2 hours with a peak effect occurring at 4-8 hours.[18] Goodman and Gilman describe the maximal effect being apparent 4 to 6 hours after administration.[19]

Tablet formulation can have a significant effect on absorption and hence bioavailability. Tablet ingredients include materials to hold the tablet together and to break up the tablet when consumed. Tablet ingredients can include the following:

- Drug – in this case digoxin
- Lubricant – to facilitate the tablet pressing process
- Granulating agent - tends to stick the ingredients together
- Filler – to give the tablet a size that is easy to handle
- Wetting agent - helps the penetration of water into the tablet
- Disintegration agent - helps to break the tablet apart

Inappropriate combinations of the above can result in tablets that are (1) too hard and do not break apart when consumed which results in a decrease in absorption; or (2) not hard enough and break apart too easily, increasing the exposed surface area and increasing absorption of the drug.

Niazi spoke about the effect of particle size on absorption of digoxin.[20] One study quoted by Niazi, reports that by decreasing particle size from $102u$ to between 7 and $13u$, absorption increased to approximately 100%.[21]

The calculations, shown below, performed by Globalrph,[22] use the steady state information from Mr. McCornack quoted above. Changes in steady state levels will increase with increased bioavailability.

| % Increase in Bioavailability | Dose | Steady State Level |
|---|---|---|
| 0 | 0.50 | 1.60 |
| 10 | 0.55 | 1.76 |
| 20 | 0.60 | 1.92 |
| 30 | 0.65 | 2.08 |
| 40 | 0.70 | 2.24 |
| 50 | 0.75 | 2.40 |

[14] Drug Facts and Comparisons 2011, Wolter Kluwer Publisher
[15] Dorland's Illustrated Medical Dictionary, 27th Edition, Pg 206
[16] The Merck Manual, 16 Edition, 1992; Pg 456
[17] Leikin & Palouchek's, *Poisoning & Toxicology Handbook*, 3rd Edition (2002), Pg 485
[18] The Merck Manual, 16 Edition, 1992; Pg 456
[19] Gilman et al, *Goodman and Gilman's The Pharmacological Basis of Therapeutics*, 8th Edition, 1990; Pg 828
[20] Niazi S., *Textbook of Biopharmaceutics and Clinical Pharmacokinetics*, (1979); Pg 29
[21] Journela et al, Effect of Particle Size on the Bioavailability of Digoxin (1975); *J Clin Pharmacol* 8:365
[22] http://www.globalrph.com/digoxinss.cgi

-4-

PLAINTIFFS' EXHIBITS 010758

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

Life threatening arrhythmias are the most important toxic effect of digoxin.[23] Clinical manifestations of digoxin toxicity include all forms of cardiac arrhythmia including ventricular premature depolarizations, junctional tachycardia and AV block among others.[24] The probability of digoxin-induced arrhythmias is as follows:[25]

| Digoxin Concentration | % probability of digoxin-induced arrhythmias |
|---|---|
| 1.7 ng/mL | 10% |
| 2.5 ng/mL | 50% |
| 3.3 ng/mL | 90% |

Non-cardiac symptoms of toxicity include gastrointestinal and neurophyschiatric symptoms (nausea, vomiting, diarrhea, agitation, lethargy, and visual disturbances).

The factors influencing the "likelihood of toxicity" were described in Goodman and Gilman.[26] These factors include the following:

1. incorrect selection of a maintenance dose,
2. use of a diuretic that decreases potassium,
3. patient ingesting an incorrect number of tablets,
4. increased absorption due to intestinal changes associated with antibiotic usage,
5. decrease in renal function,
6. electrolyte abnormalities
    a. depletion of potassium,
    b. abnormally high calcium levels, or
    c. abnormally low magnesium levels,
7. hypothyroidism (decreasing digoxin elimination),
8. other pharmacological agents,
9. advanced age, or
10. change in the formulation of the drug resulting in increased bioavailability,
    a. the result of an unknown change in formulation by the manufacturer, or
    b. caused by the substitution of one brand for another with different formulations

Diltiazem is a calcium channel blocking agent with the following characteristics:

- Distribution: $V_d$: 3-13 L/kg
- Protein binding: 70% to 80%
- Bioavailability: Oral: ~40% (undergoes extensive first-pass metabolism)

---

[23] The Merck Manual, 16 Edition, 1992; Pg 455
[24] *Manual of Medical Therapeutics, 26th Edition,* Department of Medicine, University of Washington School of Medicine (1989)
[25] Goodman & Gilman's The Pharmaceutical Basis of Therapeutics, 11th Edition , 2006
[26] Gilman et al, *Goodman and Gilman's The Pharmacological Basis of Therapeutics,* 8th Edition, 1990; Pg 834

-5-

PLAINTIFFS' EXHIBITS 010759

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

- Half-life elimination: Immediate release tablet: 3-4.5 hours, may be prolonged with renal impairment; Extended release tablet: 6-9 hours; Extended release capsules: 5-10 hours; I.V.. single dose: ~3.4 hours; continuous infusion: 4-5 hours
- Time to peak, serum: Immediate release tablet: 2-4 hours; Extended release tablet: 11-18 hours; Extended release capsule: 10-14 hours
- Excretion: Urine (2% to 4% as unchanged drug; 6% to 7% as metabolites); feces Absorption: Immediate release tablet: >90%; Extended release capsule: ~93%
- Maximum dose is 540mg/day.[27][28]

Diltiazem does exhibit post-mortem redistribution.[29] Calcium channel blockers have been associated with an increase in digoxin levels.[30] The American Association of Poison Control Centers practice guidelines do not list a toxic diltiazem blood level.[31]

The question of whether we can determine the level of digoxin in the blood at the time of death arises in this case. Hair analysis has not shown a correlation between blood digoxin and digoxin in hair that can be useful.[32]

Certain changes occur in the drug concentrations found in the deceased human. As the body dies, active processes that distribute a drug up a concentration gradient cease, cells die sometimes releasing their contents into the extracellular space and into the blood.[33] Diffusion can occur at all levels in the body resulting in redistribution.

Post-mortem redistribution (PMR) refers to one subset of those changes.[34] It involves the redistribution of drugs into the blood from solid organs such as the liver, lungs or, as in this case, the myocardium. The properties of a drug that one should consider when assessing the extent of PMR is the drug's volume of distribution, lipophilicity, and pKa.

Basic, highly lipophilic drugs with a volume of distribution greater than 3 L/Kg were identified by Yarema and Becher as candidates for PMR. Digoxin was identified by these authors as a candidate for PMR.[35] Some authors maintain that very high *in vivo* volumes of distribution with high concentrations in specific tissues have been proposed as a

[27] Lexicomp Online, rev. April 2011
[28] Olson et al, Calcium Channel Bloker Ingestion: An Evidence-Based Consensus Guideline for Out-of-Hospital Management, *Clinical Toxicology* (2005); 43:797-822
[29] Moriva F., Hashimoto Y., Redistribution of diltiazem in the early post-mortem period, *J Anal Toxicol* (2004); 28(4): 269-71
[30] Cardiac Glycosides/Calcium Channel Blockers (Nondihydropyridine), Lexicomp Online Interaction Monograph, April 2011
[31] Olson et al, Calcium Channel Bloker Ingestion: An Evidence-Based Consensus Guideline for Out-of-Hospital Management, *Clinical Toxicology* (2005); 43:797-822
[32] Deveaux et al, Immunoassay of digoxin in hair, *J Forensic Sci* 1997; 84: 219-223
[33] Yarema M.C. and Becker C.E., Key concepts in post-mortem drug redistribution, *Clin Toxicol (Phila)* 2005; 43(4): 236
[34] Koren G. and MacLeod S.M., Post-mortem redistribution in digoxin in rats, *J Forensic Sci*, 1985; 30(1): 92-6
[35] Yarema M.C. and Becker C.E., Key concepts in post-mortem drug redistribution, *Clin Toxicol (Phila)* 2005; 43(4): 235

PLAINTIFFS' EXHIBITS 010760

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

marker for PMR.[36][37][38] Ferner points out that the density of the body is approximately 1 kg/L, so that if a drug is uniformly distributed in a person weighing 70kg (the standard man), the volume of distribution will be 70L. This suggests that the volume of distribution used to determine if PMR will be present should be a volume of distribution of approximately 70L.[39]

Post-mortem redistribution (PMR) will result in a drug moving from sites of high concentration to sites of lower concentration. Ferner states:

> "Where the distribution is non-uniform before death, the possibility arises after death that the distribution will become more uniform simply because there will be flow down any concentration gradient from high concentration to lower concentration.   Organs in which drug is concentrated are loci of high concentrations, and concentrations in surrounding tissue can be disproportionately affected. The concentration measured in blood, in these circumstances, depends strongly on the sampling site. For example, digoxin is preferentially distributed to cardiac muscle, after death, concentrations in heart blood are substantially higher than those in femoral venous blood, presumably because of redistribution from cardiac muscle into heart blood."[40][41]

Digoxin is preferentially distributed to cardiac muscle. At steady state, the concentration of digoxin in the cardiac tissue is 15 to 30 times those of the plasma. The concentration in the skeletal muscle is about half that in the heart.[42]

Digoxin may exhibit a passive redistribution after death.[43] It has been suggested that the 'ideal site' to obtain blood is a ligated or clamped femoral vein.[44] Peripheral blood is less likely to have an altered digoxin level due to its distance from solid organs such as the liver, lungs or the myocardium. The femoral vein is a large vein in the groin and upper thigh. It is the primary route for the return of blood to the heart from the lower extremities. In general, redistribution into peripheral vessels, such as the femoral vein, is less than redistribution into central vessels.[45]

---

[36] Pounder DJ, Jones GR, Post-mortem drug redistribution — A Toxicological Nightmare, *Forensic Sci Int* 1990; 45: 253-63

[37] Leikin J, Watson W, Post-mortem toxicology: What the Dead can and cannot tell us. *J Toxicol Clin Toxicol* 2003; 41: 47-56

[38] Hilberg et al, The extent of post-mortem drug redistribution in a rat model. *J Forensic Sci* 1999; 44: 956-62

[39] Ferner R.E., Post-mortem clinical pharmacology, *Br J of Clin Pharmacol* (2008); 66(4): 435

[40] Ferner R.E., Post-mortem clinical pharmacology, *Br J of Clin Pharmacol* (2008); 66(4): 430

[41] Holt D.W. and Benstead J.D., Post-mortem assay of digoxin by radioimmunoassay, *J Clin Pathol* (1975); 28: 483

[42] Gilman et al, *Goodman and Gilman's The Pharmacological Basis of Therapeutics*, 8th Edition, 1990, Pg 828

[43] Pelissier-Alicot et al, Mechanisms underlying post-mortem redistribution of drugs: a review, *J. of Analytical Toxicology*, 27(8): 533

[44] Yarema M.C. and Becker C.E., Key concepts in post-mortem drug redistribution, *Clin Toxicol (Phila)* 2005; 43(4): 235

[45] Cook DS, Braithwaite RA, Hale KA; Estimating ante mortem drug concentrations from post-mortem blood samples: the influence of post-mortem redistribution, *J Clin Pathol* (2000); 53:282-285

PLAINTIFFS' EXHIBITS 010761

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

There is considerable discussion about the findings of Vorpahl and Coe in the literature.[46] The purpose of their study was to determine a way to estimate the digoxin level ante mortem from post-mortem levels. They proposed a post-mortem to ante mortem ratio of 1.96 for heart vein samples, 1.63 for subclavian vein samples, and 1.42 for femoral vein samples. Using this ratio, Mr. McCornack's post-mortem level of 3.6 ng/mL would equate to an ante mortem level of 2.5 ng/mL.

| Location | Ante/Post Ration | Extrapolated Blood Level |
|---|---|---|
| Heart Vein | 1.96 | 1.8 |
| Subclavian Vein | 1.63 | 2.2 |
| Femoral Vein | 1.42 | 2.5 |

Koren and MacLeod showed with a post-mortem analysis of rats that when the digoxin concentration is in the therapeutic or low toxic range, digoxin may re-enter the blood stream after death by passive redistribution. However, high ante-mortem digoxin concentrations "may prevent such passive redistribution." Their conclusion was that: "Therefore, ante mortem digoxin intoxication cannot be reliably inferred on the basis of high post-mortem levels of the drug." The authors continued to state that "Digoxin intoxication can be ruled out when post-mortem SDC (serum digoxin concentration) remain within the therapeutic range."[47]

When interpreting post-mortem drug levels, post-mortem drug redistribution needs to be considered.[48] Post-mortem drug levels do reveal some facts and it has been said that the integration of ante mortem history with post mortem drug concentrations can be used to glean some facts about the deceased.[49] Laboratory data obtained after death considered in light of the pre-death laboratory data correlated with the patients' clinical condition at the time of death is necessary to render an appropriate opinion on the cause of death.[50]

Based on the "likelihood of toxicity" factors described by Goodman and Gillman and the information described above, I have made the following analysis:

Mr. McCornack was not on an antibiotic and did not report any intestinal changes other than a vague bloated feeling. He was not on a potassium sparing diuretic. There is no evidence of hypothyroidism, an electrolyte abnormality or decreased renal function. And he was not of an advanced age.

Mr. McCornack had been on this drug regimen for years. At his last check up, he exhibited no signs or symptoms leading his physicians to change this drug regimen. At his last full workup by his physician, the patient had a digoxin level obtained at steady state that was appropriate for his diagnosis.

[46] Vorpahl T.E. and Coe J.L., Correlation of ante mortem and post-mortem digoxin levels, J Forensic Sci (1978); 23(2): 329-34
[47] Koren G. and MacLeod S.M., Post-mortem redistribution in digoxin in rats, J Forensic Sci, 1985; 30(1): 92-6
[48] Shepherd M.F., Lake K.D. and Kamps M.A., Post-mortem changes and pharmacokinetics: Review of the Literature and Case Report, The Annals of Pharmacotherapy, 1992; 26(4): 510-14
[49] Kennedy MC, Post-mortem Drug Concentrations, Intern Med J (2010); 40(3): 183-7
[50] Yarema M.C. and Becker C.E., Key concepts in post-mortem drug redistribution, Clin Toxicol (Phila) 2005; 43(4): 235

-8-

PLAINTIFFS' EXHIBITS 010762

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

Mr. McCornack was taking one 0.25mg tablet two times a day. The level obtained on May 15, 2007, from Mr. McCornack was from a blood sample obtained just before his next dose. Normally, analysis is done with peak levels obtained 4 to 8 hours (preferably at 6 hours) after administration. Mr. McCornack's level, on the other hand, was taken at a time that reflects his lowest drug level over the course of a day.

I have considered other causes for his digoxin to be elevated, including his use of diltiazem. Considering that the patient had been on this drug regimen for some time with no ill effects, nothing points to diltiazem as the causal agent on this particular night.

The last factors to consider are an incorrect administration of the evening dose or an abnormality in the tablet ingested.

It my understanding that Mr. McCornack was using a daily tablet dispenser. Mr. McCornack distributed his tablets into the dispenser for each day's dose. The possibility that Mr. McCornack would have consumed an incorrect number of tablets is highly unlikely because of this fact.

It should be noted that Mr. McCornack suffered a cardiac arrest at the time the digoxin blood level was reaching its maximum peak. We know from Mr. McCornack's post-mortem drug levels that he had a large amount of digoxin stored in his body (peripheral digoxin blood level was 3.6 ng/mL). Considering that the deceased had been stable on his medications at their current doses for some time, something was different the night he died. In my opinion, Mr. McCornack's digoxin blood level was reaching its maximum at the time of his demise and this was a primary factor in his death.

In the year prior to his death, Mr. McCornack was asymptomatic as to the effects of digoxin poisoning. If Mr. McCornack did have a high or elevated digoxin level for reasons other than a tablet abnormality, he was asymptomatic by all accounts that I could review.

Therefore, it my opinion that:

- Mr. McCornack had an elevated digoxin level at the time of his demise,
- The elevated digoxin level was probably the result of a change in the formulation of the Digitek tablet or a non-conforming tablet, and
- Judging from Mr. McCornack's clinical conditions on the night of March 23, 2008, digoxin poisoning was the cause of his death.

I appreciate the opportunity to work on this interesting fact pattern.

Sincerely,

Keith Patrick Gibson, Pharm.D., J.D.

KPG/dbm

-9-

PLAINTIFFS' EXHIBITS 010763

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

Other References:

1.  Jusko WJ, et al. Pharmacokinetic design of digoxin dosage regimens in relation to renal function. *J Clin Pharmacol* 1974;14:525-35.

2.  Koup JR, et al. Digoxin pharmacokinetics: role of renal failure in dosage regimen design. *Clin Pharmacol Ther* 1975;18:9-21.

3.  Walsh FM, Sode J. Significance of non-steady-state serum digoxin concentrations. *Am J Clin Pathol* 1975;63:446-50.

4.  Dobbs SM, Mawer GE. Prediction of digoxin dose requirements. *Clin Pharmacok* 1977;2:281-91.

5.  Koda-Kimble MA: *Congestive heart failure, in Applied Therapeutics for Clinical Pharmacists*, 2nd ed, edited by MA Koda-Kimble et al, Applied Therapeutics, Inc, San Francisco 1978; pp 161-86.

6.  Thomas RW, Maddox RR. The interaction of spironolactone and digoxin: a review and evaluation. *Ther Drug Monit* 1981;3:117-20.

7.  Klein HO, et al. The influence of verapamil on serum digoxin concentration. *Circul* 1982;65:998-1003.

8.  Hyneck ML, et al. Comparison of methods for estimating digoxin dosing regimens. *AJHP* 1981;38:69-73.

9.  Bigger JT. The quinidine-digoxin interaction. *Mod Con Card Dis* 1982;51:73-78.

10. Lalonde RL, Pao D. Correlation coefficient versus prediction error in assessing the accuracy of digoxin dosing methods. *Clin Pharm* 1984;3:178-83.

11  Reuning RH, Garaets DR. "Digoxin", in Evans W, Schentag J, Jusko J (eds): *Applied Pharmacokinetics*. Applied Therapeutics, Inc, San Francisco 1986; pp 908-43.

12. Pounder D. and Jones G., "Post-mortem drug redistribution — A Toxicological Nightmare", *Forensic Science International*, 1990; 45(3): 253

PLAINTIFFS' EXHIBITS 010764

KEITH PATRICK GIBSON, PHARM.D., J.D.
FORENSIC PHARMACEUTICAL CONSULTANT

### Compliance with Rule 26

A. Statement of Opinion

    a. See report above.

B. Facts or Data Considered

    a. See attached report and list of references

    b. Deposition of Kathy McCormack, 10-05-2009, and Exhibits

    c. Deposition of Lawrence Von Dollen, M.D., 10-05-2009, and Exhibits

    d. Deposition of Richard T. Mason, M.D., 10-01-2009, and Exhibits

    e. Deposition of Gordon Lemm, M.D., 10-02-2009, and Exhibits

    f. Expert Report of David M. Bliesner

    g. Expert Report of Dr. Walter Kernan dated July 1, 2010

C. Exhibits

- None

D. Witness Qualifications

- **Professional License**:
  - California Pharmacist License Number 35695

- **Education**
  - Doctor of Pharmacy, University of Southern California, School of Pharmacy (1980)

- **Work Experience**
  - See attached resumes.

E. List of Publications Authored in the Previous 10 years

- None

F. List of Cases in Which Expert Testified or was Deposed in the last 4 years

- None

G. Statement of Compensation. See attached Billing Rate Sheet.


Dated: May 16, 2011

Keith Patrick Gibson, Pharm.D., J.D.

PLAINTIFFS' EXHIBITS 010765

# Keith Patrick Gibson, Pharm.D., J.D.
1241 Johnson Avenue, PMB #318
San Luis Obispo, California 93401
Home Phone: (805) 542-9245
California License Number 35695

## Education

1980 – **Doctor of Pharmacy**, University of Southern California, School of Pharmacy

1985 – Juris Doctor, University of the Pacific, McGeorge School of Law

## Experience

2005 – Present  Clinical Pharmacist, **Marian Medical Center**, Santa Maria

Currently working as a clinical staff pharmacist, responsible for all aspects of the pharmacy operation including clinical services, drug information, patient chart review and drug distribution.

2004 – 2005  Staff Pharmacist, **Community Health Centers** of the Central Coast, San Luis Obispo Pharmacy

Worked the out-patient pharmacy, participated in the services provided to the Mental Health In-Patient Unit which includes the delivery of unit dose, Pryxis, QA (quality assurance), DUR (drug utilization review), policy and procedure development and on-call pharmacist services.

1992 – 2004  Staff Pharmacist, **San Luis Obispo County Hospital**

Worked in the in-patient and out-patient pharmacies. Participated in the daily dispensing of drugs. Duties included dispensing as well as those usually assigned to a clinical pharmacist. Participated in QA (quality assurance) and DUE (drug utilization review).

1990 – 1992  Staff Pharmacist, **Marian Medical Center**

1987 – 1990  Staff Pharmacist, **Twin Cities Community Hospital**

Worked in the in-patient pharmacy and participated in pharmacist controlled drug protocols.

1981 – 1987  Staff Pharmacist, **Sutter Community Hospital**

Staff pharmacist duties included the following: in-patient and out-patient orders, maintained patient profiles, IV admixture program (with Harvard infusion pumps), control of aseptic technique and admixture incompatibilities, unit does system, chemotherapy admixture program, quality control audits, inventory control, prepackaging program, technician supervision and information retrieval for medical staff. Developed an Aseptic Technique Course and manual. Wrote the orientation manual and orientation procedures for new employees.

## References

Cliff Elliott, former Director of Pharmacy, San Luis Obispo County General Hospital
Additional references available upon request

PLAINTIFFS' EXHIBITS 010766

DR. GORDON LEMM

PLAINTIFFS' EXHIBITS 010767

```
RECORDTRAK
651 Allendale Rd.                                            1
PO Box 61591
King of Prussia, PA  19406
Phone #: (610) 992-5000
Fax #:   (610) 354-8946
www.recordtrak com
                    RT #:196975      Tag: 1
```

DANIEL E. MCCORNACK, SR

| | |
|---|---|
| CASE: | DANIEL E. MCCORNACK, SR VS. |
| | ACTAVIS TOTOWA, ET AL |
| COURT DOCKET: | MDL 1968 / |

SSN ###-##-7837  D.O.B.: 02/15/1963  D O.D : 03/23/2008
PLAINTIFF COUNSELERNST AND MADISON

LOCATION:        DR. GORDON LEMM

IN RESPONSE TO RECORDTRAK'S REQUEST FOR THE FOLLOWING:
    1. ALL MEDICAL RECORDS IN YOUR POSSESSION.  INCLUDE OFFICE
    QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHERNCE,
    PHYSICIANS  PLEASE ALSO INCLUDE THE PATIENTS INFORMATION
    SHEET. PLEASE BE SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL
    RECORDS LOCATED IN  STORAGE
MEDICAL RECORDS ARE ATTACHED.

DEMGL:0005

PLAINTIFFS' EXHIBITS 010768

08/13/2009  23:25    7146326791              EZ COPY                    PAGE   03

DGT.CG01

 **RecordTrak**
THE TRACK RECORD OF SUCCESS

651 Allendale Road
P. O. Box 61591
King of Prussia, PA 19406
Phone:  (800) 220-1291
Fax:    (610) 354-8948

*196975-1*

August 7, 2009                              Re:  DANIEL E. MCCORNACK, SR

MEDICAL RECORDS
DR. GORDON LEMM
292 POSADA LANE
SUITE D                          SS #:      ###-##-7837
TEMPLETON CA 93465               DOB:       02/15/1963      DOD:    03/23/2008
                                 RT FILE #:  196975         TAG #:   1

Dear Record Custodian:

Attached is an authorization requiring you to furnish *RecordTrak* with the following materials on or before August 7, 2009:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE, QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHER PHYSICIANS. PLEASE ALSO INCLUDE THE PATIENTS INFORMATION SHEET.PLEASE BE SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL RECORDS LOCATED IN STORAGE.2. SIGNED CERTIFICATION PAGE IS REQUIRED.

Please fax responses along with our request and certifications to RecordTrak at the fax number listed above. If the records are too voluminous to fax, please provide them on CD or mail paper copies to the address listed above.

Before copying and/or invoicing, call or fax *RecordTrak* with a page count and pricing for approval. Please include y ur federal tax id number on all invoices. Refer to File # 196975 Tag 1 in any correspondence.

Very Truly Yours,

*RecordTrak Representative*
Phone: (800) 220-1291

---

**IMPORTANT:**
**\*\*RESPONSES WILL NOT BE ACCEPTED WITHOUT COMPLETED AND SIGNED CERTIFICATION(S). \*\***

---

DEMGL:0006

PLAINTIFFS' EXHIBITS 010769

08/13/2009  23:25   7146326791                     EZ COPY                          PAGE  02

DGT.CG01

DEPONENT: DR. GORDON LEMM   (TAG 1)
RECORDS PERTAIN TO DANIEL B. MCCORNACK, SR
RECORDTRAK FILE #: 196975 DATE OF BIRTH: 02/15/1963 SOCIAL SECURITY #: ###-##-7837
RECORD IDENTITY:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND   WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE,
QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHER PHYSICIANS.   PLEASE ALSO INCLUDE THE PATIENTS INFORMATION
SHEET.PLEASE BE  SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL RECORDS LOCATED IN   STORAGE.2. SIGNED CERTIFICATION 1 AGE
IS REQUIRED.

## SECTION I   CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned custodian of records or other qualified witness, and having the authority to
certify the attached records declare the following:  the attached records (1) were made at or near the time of the act, event,
condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in
the course of regularly conducted activity; and (3) were created as part of the regular practice of the provider, and that:

A -- __X__ page(s) of the original records described was made available to the attorney's representative for copying at our
place of business.
B -- a true, legible and durable copy of _____ pages of the described records was delivered to the attorney's representative.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _8/18/09_____  at (city,state) _Templeton  CA___

Signature _Arleen Buzzelli_____  Print Name _Arleen Buzzelli___

Phone Number _(805) 434-3211__  Department _Medical Records__

E-mail Address to Forward Requests for Production of Records/Materials: _____

## SECTION II   CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in
the subpoena or authorization, for the following reason:

☐  All records for the time period in question have been destroyed in accordance with our document retention
    policy which is ____ years.

☐  Our records are the same as _____

☐  Original records are in the possession of _____

☐  (other) _____

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _____  at (city,state) _____

Signature _____  Print Name _____

Phone Number _____  Department _____

E-mail Address to Forward Requests for Production of Records/Materials: _____

## THIS PAGE MUST BE COMPLETED, SIGNED AND RETURNED.

### RECORDS

DEMGL:0007

PLAINTIFFS' EXHIBITS 010770

McCornack,
; N.P.     Daniel

Date 8·17·94

BP 140/86 P 72 R 16

T ___ wt 201 ht. ___

Allergies Ampicillan
___ Sulfa
Meds. Tenormin prn
       1/2 bid prn

S: 3/40 8° c/o fatigue x 6 mths, now with
headaches x 2 whs, occas sorethroat x 2 whs
Generally healthy but has atrial arrhythmia
dx by Harvey, then Von Dollen. Takes Tenormin
when heart races only.
Stressful job - never vacations - Works his
job + 400 acre ranch

O: HEENT - WNL
    Cor - Freq irregularity
    lungs - clear
    thyroid ok
    Abd benign
    Genit - wnl
    Neuro intact

A  Fatigue
   Atrial arrhythmia

P  Chem + 20 / thyroid
   old records
   May need CXR -          [signature]

8·23·94 lab results WNL chol a little
    high.  Kew

DEMGL:0046

PLAINTIFFS' EXHIBITS 010771

McCormack, Don

Date: 3-11-96    CC: mole & freckle check
130/70  72  16e              Pt has noticed many recent moles
T     103                    on his trunk which have appeared
                             probably over recent months. Very
Sulfa                        difficult to pinpoint duration.
Ampicillin                   No family hx of problems.
Lanoxin .25 mg qd
Dilacor 180 am        O: Many nevi on trunk
Dilacor 120 pm           Many very dark, but regular
Cordarone               No bleeding.
                         Shave biopsy done of black lesion
                          @ back - 2 mm   (.5cc 1% Xylo
                                            ⁓ epi)

                    A Multiple nevi - biopsy (lesion
                    P Call pt -

   3-16-96  Biopsy - dysplasic nevus - Pt has many of these,
              Needs to see dermatologist - wife called.

  3-18-96 Pt has an appt. for today w/ Dr. Stanton.

Date 12.9.96    CC: eyes swollen, red, irritated started
BP 114/70 P 76 R 16   yesterday morning. worse in the A Ms
T ___ wt ___ ht ___   Maybe related to setting up Christmas tree?
Allergies sulfa       No crusting.
ampicillin
Meds Lanoxin .25 mg qd  O: Mod swelling periorbital
Dilacor 180 mg am         +2 Scleral injection + swelling.
Dilacor 120 mg p.m.       Ø exudate

                    A Allergic Conjunctivitis
                    P Ocular ⁓ gtt od gtt pm
                      Hismanal ⁓ gD #7 given

DEMGL:0045

McCormack, Dan

Date 4-2-98
BP 120/80 P 80 R
T___ wt 212 ht.
Allergies Sulfa
Ampicillan
Meds Lanoxin .25 ℞ bid
Dilacor 180 mg AM
120 mg PM

X-RAY
① shoulder

CC: ① ✓ nail of big toe Ⓛ foot nail turning colors.
② pain + aching Ⓛ shoulder difficulty sleeping.

Great toenail fungus x 3 wks.

① shoulder separation and deltoid tear 18 yrs ago - no surgery done.
Now chronic pain - sometimes keeps him awake. Painful rotation, extension + lifting in posterior aspect.

O: Onychomycosis c̄ loose nail ① great toe
② shoulder painful internal rotation - posterally abduction sh.
X-RAY wnl

A₂

Date 2-2-99
BP 120/80 P R
T___ wt 202 ht.
Allergies Ampicillin
Sulfa
See list

CC: poss sinus inf - pressure in head, headaches sinus congestion ears plugged. Coughing up green phlegm in A.M. No temp. X 9 days.

Dan F McCormack        CHN953224
303   ACCT 077489-00   COPAY  0.00
Blue Cross Prudent R 555517837
OFF   f        DOB 02/15/63  GNDR  male
Dan F McCormack
6255 Peachy Canyon Rd
Paso Robles, CA 93446
PH 805-238-5208
2/02/99 02 15PM APPT TYPE ov
f    P:olf N  Gordon Leman M.D.

P Keflex 250 bid #20
Flonase
38799  ½

DEMGL:0044

PLAINTIFFS' EXHIBITS 010773

## CHART NOTE

PATIENT:              MCCORNACK, DAN
MMA NO:               95-53-22-3
DATE:                 02/02/99

**SUBJECTIVE:**  Patient has been fighting a sinus infection for the last three weeks with head pressure, headaches, teeth hurt, ears are plugged.  He is now coughing up green phlegm in the morning time.  This has been acutely worse in the last nine days.  He is allergic to ampicillin and Sulfa.

**OBJECTIVE:**  Moderately congested.  TMs are slightly dull.  Nasal mucosa is swollen, erythematous.  Pharynx mild erythema. Adenopathy none.  Heart regular rate without murmurs.  Lung sounds reveal occasional wheeze.

**ASSESSMENT:**
Sinusitis and mild bronchitis.

**PLAN:**
Ceftin 250 mg bid, #20.  Flonase sample given 2 sprays each nostril once or twice a day.

GORDON LEMM, M.D.

GL:YOG/05516449/dm  D: 02/02/99  T: 02/03/99  JOB#: 38799

DEMGL:0043

PLAINTIFFS' EXHIBITS 010774

Date 2-5-99

BP ____ P ____ R ____

T ____ wt. ____ ht. ____

Allergies _____

Meds _____

```
Dan F Mccormack        CH2553223
303  ACCT 072489-00   COPAY  15 00
Blue Cross Prudent B 555517837
OFF  f      DOB 02/15/63  GNDR  mal
Dan F Mccormack
6255 Peachy Canyon Rd
Paso Robles, CA 93446
PH 805-238-5208
02/05/99 08 45AM APPT TYPE OV
L f   P gif N  Gordon Gamm M D
```

(S)

Date 4-2-99                    c.c

148
BP ___ P ___ R ___          Dx x 6 days started c

99.9 wt.205 ht.___          sore swollen throat,

Allergies Ampicillin         headache, plugged ears, pressure
                             in ears, cough, sneezing
Sulfa                        # awoke today c ⊕ eye matted
Meds Lanoxin .25
Dilacor 180m                 # frequent lesions in back

36 year old                  of throat - while patches
                             come & go

DEMGL:0042

PLAINTIFFS' EXHIBITS 010775

McCormack, Dan

Date _____
BP _____ P _____ R _____
T _____ Wt _____ Ht _____
Allergies _____
_____
Meds _____
_____

5-7-01 - FTKA. Val Thomas
5-7-01 - Rescheduled for next week. Val Thomas

① Date 5·14·01        384/05 C.C. pt here to reestablish
BP 130/84 P 63 R        as a new pt. Pt has been seeing
T _____ Wt 172 Ht _____   Dr Von Dollen and che needs a
Allergies Sulfa        referral for an echocardogram
Ampicillin             and a 24hr holter monitor. Doing
Meds Clanoxin 25mg bid well otherwise.
Dilacor 180mg 8 am
120mg 8 pm             Long hx of A. Fib probably 10-15yr ago —
                       recurrent problem - worse +8yr ago.
                       See recent report from Von Dollen
                       intermittent A.Fib

O. Cor Irreg - 60's
   lungs clear
   Edema Ø

A. A. Fib

P. Echo/ 24 HR Holter
   Health/lipid panel RTC for f/u

DEMGL:0041

PLAINTIFFS' EXHIBITS 010776

McCormack, Don

① Date 6-14-01
BP 128/78  P___  R___
T___  Wt 210  Ht___
Allergies Sulfa
         Ampicillin
Meds Lanoxin 25mg/ml
Dilacor 180mg 8 Am
        120 mg 8 pm

38 y/o → pt here for an annual physical. Had his lab work done. Feels tired a lot. Pt does have Atrial Fib. and he sees Dr. VonDollen regularly. AR
- Recent Echo pending.
- ℞ foot pain on lateral forefoot intermittently x months. Worse c driving once. No back pain — May have muscle cramp at times.
- Saw Dr VonDollen in Feb for neck + arm pain — worried about TIA; BP was up — Probably stress related.
- Herpes (oral) multiple times.

O. TRIG 263   HDL 44.7   LDL 115
   Chol 212
   HEENT — WNL
   Cor IRREG  70-80
   lungs - clear
   ABD ok — umbilical hernia
   Genit ok
   Ext ok

A₂  A Fib / Occas neuropathy ℞ foot
    Herpes Simplex / umbilical hernia
    Hyperlipidemic

P₂  Zovirax 400 BID X 5 d prn
    Low fat diet

DEMGL;0040

McCormack, Dan

Date 7·26·01
BP 128/78 P 84 firm R
T _____ Wt 212 Ht _____
Allergies Sulpha
ampicillin
Meds Delacox 300 mg q Am
" 180 mg q Pm
Lanoxin .25 q B.O.

CC: ℞ foot pain intermittent x 1 year,
then on Sunday (7-22) started having
pain ⓛ great toe into foot,
& swelling or redness — Mdn
See last visit)
Intermittent pain in feet. Severe
aching in ⓛ great toe Monday.
Pain has been in both feet intermittently
for the past year, mostly in forefoot
Hx ⓛ great toe fx
Hx lumbar back problems c̄
"pinched nerve" in past. No
recent problem    recent lab/sh

O: Exam normal
No sensory motor loss
Mod pain c̄ great toe Rom — perhaps
slight erythema

A: Neuropathy in feet
Hx lumbar disc problems

P: HBAₐc
B₁₂
RA, ANA, ESR, CRP, Uric Acid
RPR
XRAY ℞ foot & lumbar spine
Neuro eval    —/½

DEMGL.0039

PLAINTIFFS' EXHIBITS 010778

McCormack, Dan

8-31-01 Pt called requesting lab results — Explained that Uric acid was high. Pt would like to know if it could be related to foot/leg pain & if so if there is an Rx. (Rite Aid Spring wk 239-1550) — mdn

9-4-01   Uric acid level 10.4. See letter from Dr Watson. Symptoms more consistent with arthritis although not characteristic for gout.

9-14-01 Spoke c̄ Pt & explained above to him & read letter (portion) from Dr Yamagata to pt. He would still like to discuss c̄ Dr. Lemm — set appt for 9/24 —————————————
                                                        M McAdam
                                                           RMA

DEMGL 0038

McCormack, Dan

Date 9.20.01
BP 120/82  P ___  R ___
T ___  Wt 211  Ht ___
Allergies Sulfa
       Ampicillen
Meds Lanoxin 125mg qd
Dilacor 180mg q AM
        120mg q PM

38 y/o ♂  CC pt here for a flu on his Ⓛ foot. Pt has been having pain off and on for a year and a half. Pt was in on 7/26 and had major pain until labor day weekend. Pt did see Dr. Yamagata but got no real answers. Pt had AR wonders if it is gout —

See report from Dr Yamagata.
Labor day weekend had alot of pain in Ⓛ foot

First flare of foot pain April. severe pain in Ⓡ foot. Total 5 times in last 18 months. Three episodes lasted 4-5 days. Two episodes severe.

O = foot exam normal presently
   Uric Acid 10.2

A: Gout c̄ multiple attacks in past 18 mths

P: Allopurinol 100mg #60  ⁱ q ᴰ
   Indocin 50mg tid prn #30
   CMP/U.A + appt 6wk
   Low purine diet  → 1/2

DEMGL:0037

PLAINTIFFS' EXHIBITS 010780

McCormack, Dan

Date 10·23·01
BP 87/82  P     R
T 96   Wt 211  Ht
Allergies Sulfa
          Ampicillin
Meds Lanoxin .25mg bid
     Dilacor 180mg ? am
           120mg ? pm

Allopurinol 100mg qd
Indocin prn

38 y/o ♂ c.c. pt here for a cold in his chest X 2½ - 3 wks. Coughing productive c̄ green mucus. Tight chest no other real symptoms. Has had headache & plugged ears.  *AR*

Symptoms started in chest - continue c̄ productive cough.

O: Mild congestion
    TM's dull
    pharynx +2 erythema
    Cor - R2.3m
    lungs - coarse BS

A  Bronchitis

P  ZPAK —  [signature]

11-5-01 - Rite Aid - Lanoxin 250mcg # 30 ↑ bid. RFX PRN  GU/AR
          Spring Pay

11-5-01 - Written Rx - Lanoxin 250mcg #120 ↑ bid RFX 0  GU/AR

          pt will pickup

11-19-01 - Rite Aid - Allopurinol 100mg # 30 ↑ qd RFX 5  GU/Broderman RN'?
          Spring Pay

11-21-01  See labs:  Uric Acid 7-3
                     LFT  GPT 103
                          GOT 36 —  [signature]

PLAINTIFFS' EXHIBITS 010781

McCormack, Dan

Date  1-7-01
BP 112/82  P _____  R _____
T _____  Wt 116  Ht _____
Allergies Sulfa
              Ampacillin
Meds Lanoxin .25mg/bid
       Dilacor 180mg 8am
              120mg 8pm
Allopurinol 100mg/d
Elndocin prn

38 4/00 → c.c. pt had a real bad
Case of gout on a week ago Thurs.
lasted 2 wks, it is almost gone
now."                                            AR

Severe @ foot pain while carrying -
Took Indocin c some relief.
Drinks mod beer. Generally watches diet -
Very frustrated over recent attack.

O- Mild erythema dorsum ® foot
    no cellulitis.

U.A  7.7
CMP ok

A: Gout                    Diet reviewed
P: ↑ Allopurinol 100 2g D
   U.A. CMP + appt 6 wks    [signature]
   ↑ Fluids

1-24-02- Rite Aid -  allopurinol 100mg # 60 π g d RF X 3  c/ ARedman
          Spring Twp                                              RMA

DEMGL 0035

McCormack, Dan

Date 2-19-02
BP 130/92  P___ R___
T___ Wt 220 Ht___
Allergies Sulfa
  Ampicillin
Meds Lanoxin .25mg bid
Dilacor 180mg q AM
  120 mg q PM
Allopurinol 100mg Tid qd

39 y/o ♂ c.c pt here for f/u on his gout,
pt has been doing better on the increased
dose.
· ® mg finger started c gout - only lasted 24hr.
· In general improving.
O: See labs - Uric Acid 7-3
    LFTS ok  SGPT 76 (no change)

A: Gout - improving

P: Allopurinol 100mg T qD #120
   Comp, uric acid
    in 3 mth

Date 5-20-02
BP 137/90  P___ R___
T___ Wt 220 Ht___
Allergies Sulfa
  Ampicillin
Meds Lanoxin .25mg bid
Dilacor 180mg q AM
  300   180mg q PM
Allopurinol 100mg T qd

39 y/o ♂ c.c pt here for 3 month f/u, had
recent labs done also. Has had no major
gout attacks since last visit -
Pt quit chewing 5wks ago -

Minor pain in feet + occas heels.
Uric acid 7.4

A: Gout stable

P: Cont current Allopurinol
   LABS 2 mths
   CMP PA

? 6-02 - Express Pharm - Diltazem 300mg #90 T q AM  RFx3 6/6/AR
  fax - (800) 323-0161  Diltazem 180mg #90 T q PM
   See copy

DEMGL:0034

PLAINTIFFS' EXHIBITS 010783

McCormack, Dan

Date 7-17-02
BP _____ P _____ R _____
T _____ Wt _____ Ht _____
Allergies Sulfa
Ampicillin
Meds Diltazem 300 mg AM
Diltazem 180 mg PM
Lanoxin .35 mg qd
Allopurinol 100 mg T gh

39 y/o ♂ c.c. Pt injured his
Ⓛ middle finger last night and
jammed it into a bag @ softball.
Pt thinks its the joint. Has
Pt trouble c̄ gout right now —

O: Mild, mod tenderness Ⓛ 3rd finger
PIP joint. Slight swelling

Pt returns with X-rays — no fracture

A: PIP sprain

P: Buddy tape prn —

Date 7-29-02
BP 140/72 P _____ R _____
T _____ Wt _____ Ht _____
Allergies Sulfa
Ampicillin
Meds Diltazem 300 mg AM
Diltazem 180 mg PM
Lanoxin .25 mg qd B10
Allopurinol 100 mg T gh

39 y/o ♂ c.c. Pt here for a poss gout
problem or an infected Ⓡ big toe.
Pt not sure. Started on Sat.

Pt cut toenails short a few days ago

O: Mod erythema + tenderness of toe
small margin of possible abscess
I+D — mod amount of pus
drained. Now feeling better

A: Subungual abscess / Cellulitis

P: Keflex 500 #40 T q1D
Soaks bid
Remove toenail if abscess returns

DEMGL:0033

— McCornack, Dan

Date 8-20-02
BP 116/82 P_____ R_____
T_____ Wt_____ Ht_____
Allergies Sulfa
Ampicillin
Meds Diltiazem 300mg gd
Diltiazem 180 i gpm
Lanoxin 0.25 i BID
Allopurinol 100 i gd

39 yo ♂ CC: follow up labs Re:
gout. No problems c̄ gout since
first of year ——————— Mod
Has liberalized diet c̄ problems.
Toe infection cleared up
finger sprain still bothering him somewhat

O₂ Cr 1.6
Uric Acid 7.9 (10.2 highest level)
SGPT 62
Mod swelling ⓁL 3rd finger PIP

A: Gout / finger sprain / Mild ↑ Cr

Date 11-20-02
BP 128/84 P_____ R_____
T_____ Wt 223 Ht_____
Allergies Sulfa
Ampicillin
Meds Diltiazem 300mg gam
Diltiazem 180mg i gpm
Lanoxin 0.25mg i bid
Allopurinol 100mg # gd

P: 3 mths—Dig level, Uric Acid, CMP
39 y/o ♂ CC: pt here for a 3 month f/u
and lab results. Pt needs new
Rx's for all his meds, or ℞
mail away
- Ⓛ foot swelling started 3 days ago but better today
- a few minor episodes of gout
- Has not been on diet
- Ⓛ 3rd finger slowly healing. Still has painful grip

O₂ UA 8.2  Cr 1.4  Dig 1.5

No gout presently
Mod swelling + painful flexion PIP 3rd ⓁL finger
                                    S/P dislocation
                                    Mid July

A: Gout / Hx AFib

P: Zyloprim 300mg  gD #90
Lipids / CMP / H+H / uric acid 3 mth

℞ Diltiazem 300 #60
    "     180 #60  } Rf 6 — see copy — ℞
    Lanoxin .25 #120

DEMGL:0032

McCornack, Dan

① Date 2-19-03

BP 140/90 P 82 R

T ___ Wt 225 Ht ___

Allergies Sulfa

Ampicillin

Meds Diltiazem 180mg Am

Diltiazem 180mg pm

Lanoxin 0.25mg 1 bid

Allopurinol 100mg 11 gd

40 y/o o/c c. pt here for a 3month flu on his labs. Has not had any gout attacks, but has had some fatigue. Pt has had chest pain off and on, not severe. Feels it constantly when laying down. In center of his chest. Poss skin check. for pre-ca check. Pt has had indigestion problems also, worse at night. Burning in chest - OAR @ night.

- Gout has been quiet
- Occas epigastric pain - some relief c Maalox
- Hx atrial dysarrhythmias
- Hx of abnormal nevus - biopsy was ok by Dr Stanton.

O: Cor- RRSM lungs clear Abd benign

EKG - PAC's                    See labs

2-3mm Very dark nevus @ lumbar region - Shave biopsy today - Inc 1 % Xylo c epi Polysporin dressing

A: GERD/Gout/C.P. - not cardiac /PAC's Nevus - type?

P: CMP/lipids/UA 6 mtl
Zantac 300 q hm # 30 Rf x 2
Call if continued symptoms

2/21/03  R.A. springst  Acyclovir 400m# gid #20 herpes - mail Spring

DEMGL:0031

PLAINTIFFS' EXHIBITS 010786

— McCormack, Den —

Date 3-26-03
BP 145/84   P____ R____
T____ Wt____ Ht____
Allergies: Sulfa
Ampicillin
Meds: Diltiazem 300mg ☿ am
Diltiazem 180mg ☿ pm
Lanoxin 0.25mg bid
Allopurinol 100mg ☿ qd
Zantac 300mg ☿ pm

40 y/o ♂ c.c. Pt here to have a lesion rev, we bx it in Feb. Pt also has pain in the center of his back. Pt says the muscles tighten up, pt says it feels like the vertebra are rubbing together. This has been off and on for 2-3 wks.

O: Mod lumbar spasm c̄ limited flexion
No radiculitis.
Neuro intact
Back — multiple nevi
Area of dysplastic nevus shave
bx is clear. no visible residual
nevus

A: Lumbar spasm / Dysplastic nevus

P: Exercises given
Skin check August ↓

5/28 - Pt's wife called Pt needs R₂
Rx faxed to RiteAid. Spring St/PR for following meds.
Diltiazem 300mg. Lanoxin 0.25mg. Also needs refill slips
for Diltiazem & Dilacor 180mg. Meds needed for 1 wk due to
other meds coming from mail away. TK, Fran   # 238-5208
* done see flow sheet — AK

DEMGL:0030

PLAINTIFFS' EXHIBITS 010787

McCormack, Dan

Date 8-19-03
BP 132/72  P ___ R ___
T ___ Wt 208 Ht ___
Allergies Sulfa
Ampecillin
Meds Diltiazem 200mg ↓ AM
Diltiazem 180mg ↓ PM
Lanoxin 0.25mg bid
Allopurinol 100mg # gd
Zantac 300mg ↓ PM
Allopurinol 300 g D
ASA 325mg g D

40 y/o ♂ C.C. pt here for a 5month
check up and lab results. Pt
thinks that he needs his eyes
checked, was hunting and could
not tell if he was looking at ♀♀
a buck or doe.
- Has lost 15-18 lbs on Atkins diet.
- Maybe having problems ← for vision - may have
  hard retinal problem from Cordarone
- Zantac quite helpful helpful
- no recent gout attacks

O: Cor - freq irreg - Rate 80
   lungs clear
   Uric Acid 7.0
   CMP ok
   Cholesterol better

A: Gout / Hyperchol

P: Allopurinol 300 g D #60  > RF6
   Zantac 300 g D #60
   Lipids  uric acid 6 mth   [initials]

11/25/03 pt wife clld - pt wld like refill on
Lanoxin & Diltiazem 300mg & Diltiazem
180 mg  Precision Rx. Cathy 238.5208 if ?'s
                                      T. Meddy
Faxed to Precision Rx - see copy ←QR

1x4. Pt called Lanoxin will not arrive in time from mailaway.
Please fax Rx for 10 day supply to RA, Spring St. Fran.
# 239-1570.

DEMGL.0029

PLAINTIFFS' EXHIBITS 010788

McCormack, Dan

12/4/03 – Rite Aid – Lanoxin .25mg #30 + bid G4/Rodman

Spring fax

12/4/03 Patient notified by A Rodman RMA

1-15-04   Rita's wife called to say ins has changed and
pt. needs new scripts to mail away:
Cartia – XT 300 mgs #90      90 × 3 please
Diltiazem 180 mgs #90      call to pick up Doug
Lanoxin .25 #180      at 338-5208
Allopurinol 300 mgs #90
Ranititidine 300 mgs #90                              it

                              Rx's written as above AR

1/28/04 – Caremark – Clarification & Dx for above Rx's G4/AR
                              See copy
          fax

1/30   Pt's wife called Requests Rx for Allopurinol x 7 days to
cover while mailaway meds are shipped. A to CB ⊂
which pharmacy they want to use from.
R/A on Spring St
          2-2-04 – Rite Aid – Allopurinol 300mg #20 + 6cf G4/AR
                    springfax

DEMGL:0028

McCormack, Dan

Date 2-11-04
BP 172/82 P _____ R
T _____ Wt 201 Ht _____
Allergies Sulfa
Ampacillin
Meds
See Med list

Rev √ B/p 148/84

40 y/o o → C.C. pt here for concerns about his Atrial Fib, pt has been dealing with a lot more stress at his job lately. Pt had # some L testicular pain for 2 days last WR, and then starting on Wed, he started having trouble c̄ his stomach.

↑ work stress. Afib more rapid recently. Previously discussed Coumadin c̄ Dr. Van Dellen
"Ulcer pain" x 2 days c̄ epigastric burning now better. Severe R scrotal pain intermittently x 3 days - not tender - LLQ "squeezing" pain. Tightness in neck at times.
O: Anxious HEENT-ok
Cor-Irreg lungs clear Abd benign
    S M              Gentl ok

A: Atrial fib - chronic / HTN
   Gastritis
   L ureteral stone?
   Stress

P: ABD CT r/out stone protocol
   CBC, Lipids, Dig level, T4, TSH,
   Uric acid, H+H, Urine Analysis
   Protonix 40 mg QD #21
   DC Zantac
   RTC 2 wk —

CT 2-16-04,
Order faxed to T.I. ab

2-18-04 Discussed CT scan c̄ pt
441-4257    Please add CXR to orders since he has "full"
            sensation in his neck —

DEMGL:0027

PLAINTIFFS' EXHIBITS 010790

— McCormack, Dan —

Date 2-26-04
BP 124/82 P___ R___
T___ Wt___ Ht___
Allergies Sulfa
Ampacillin
Meds
Protonix 40mg qd
See med list

4/y/o ♂ c̄c̄. pt here for a 2wk flu and test results. Pt has been nervous about his test results, still has stiffness in his neck c̄ tingling at times. Has had some discomfort around his side.

O: Abd CT shows multiple small nodes 1 1/3 cm max size. Discussed possible etiologies. Pt has been tired & stressed lately - No fever.
Mild lower abd discomfort
Exam - No adenopathy
HEENT ok
Cor - RR3m
lungs clear

A: Fatigue - normal labs
P: Repeat abd/pelvic CT in 2mths

3/1/04. Pt called. Only has 2 Protonix left. Can he please have more. Samples, plus, mail away Rx.
# 233-1550. Fran

Rx Protonix 40mg #90 R×3  Samples #14
3/1/04 Patient notified by ARodmanRMA
Kathy will pick up tomorrow —

DEMGL:0026

PLAINTIFFS' EXHIBITS 010791

McCormack, Dan

Date 4-1-04
BP 140/90  P___  R___
T___  Wt___  Ht___
Allergies Sulfa/Septra
Ampacillin
Meds
See Med List

4/1/0 ō C.C. pt here for a flu.
Pt is still not feeling well, has
been having good and bad
days since his last visit. AR
Pt says the pain starts in
his lower abdomin
alike in the intestines.

Pt continues ē suprapubic pain that
radiates into scrotum - both sides -
much worse after BM ē severe cramping.
No diarrhea, constipation.
Initial symptoms around 2/8/04. Felt
better for a little while now worse again.
ABD CT showed multiple small lymph
nodes - should repeat this month

O - Co - RR 3ᵐ
lungs clear
Abd - mild suprapubic tenderness
Rectal - normal Heme neg

A: Low grade prostatitis?
Colon spasm
Lymphadenopathy on CT

P: Cipro 500mg #28 20
CBC, CRP, ESR, PSA
Repeat abd/pelvic CT 2-3wk

Name Dan McCormack
Doctor Murphy
Date 4/1/04
Collected by ___
voided     cath
yellow     bloody
straw      amber
clear      cloudy
hazy
Urobilinogen. WNL
Glucose. neg
Ketones. neg
Bilirubin. +
Albumin/Protein. + +
Nitrite. neg
Leukocytes. +
Blood. neg
PH. 5.0
Specific Gravity. 1.020
Microscopic:
RBC,WBC,Casts,Mucus
Epithelial,Bacteria,Other
Comments
occas WBC
1 cast?
DiaScreen Urinalysis

4/1/04- Samples of Cipro XR 1000mg given to pt to take one a
day x 10 day - #Rod nein RMA?

DEMGL:0025

PLAINTIFFS' EXHIBITS 010792

McCormack, Dan

Date 4-26-04

LBP 137/90  P____  R____

T____  Wt____  Ht____

Allergies Sulfa Septra
Ampicillin

Meds____
See med List

4/y.o. C.C pt here for a flu, pt had the lower abdominal pain that radiates into the groin on Thurs, Friday and Sat last wk. Pt states that he thinks connected there is something still has to his BM's. Pt still has the tightness in his throat, is concerned that he chewed tobacco for the last 20-30 years. Pt saw Dr. vonDollen last wk and had a good checked. — PR

Felt much better ℈ Cipro. Had some recurrence of pain in suprapubic area + groin. Hx nervous stomach too as a child

O- ABD CT - minor adenopathy unchanged pharynx sh Cu-PRXM nodes ⊘ Abd soft

A- Lower Abd pain / lymphadenopathy

P- BE

GI referral — ℞

4-29-04 pt phoned ref to Dr Lovich but he doesn't take his insurance. He would like another ref to GI. Ref pt to Dr. Colbert for abd pain. KH

5-3-04 Notes faxed to Dr Fulbeck per pt's request. Pt will try to get sooner appt. ab

C.C. GI's not contracted ē CCN. ab

DEMGL:0024

— McCormack, Dan —

5/10/04- Spoke c̄ pt. re. B.E results. Pt was wondering if you steel wanted him to see the gastro. Has an appt 6/17, but he hasn't had any lower abdominal pain in 2wks. Also wanted to know when you wanted to see him next. Adelman RMA
- He may cancel c̄ GI if feeling fine
- Follow up here in August

5/10/04 Patient notified by Adelman RMA
Lmom

1/1/04 - Care Mark - Protonix 40mg #90 Tgd No changes Except faxed to Case management faxed

DEMGL 0023

PLAINTIFFS' EXHIBITS 010794

McCormack, Dan

Date 8-2-04
BP 142/84   P      R
T        Wt 206  Ht
Allergies Sulfa, Septra
Ampacillin
Meds See med
List

41 y/o ♂ c.c. pt here for a flu from April. Pt is still having lower abdominal pain that radiates up into his neck. He's real concerned about the lymph node problem. He's wondering if this is a combo of the stress & diverticulitis that is causing the abdominal pain. AR

Intermittly feels terrible c̄ myalgias, fatigue, lower abd pains. Occas tingling in hands. Long term back + neck problems. ∅ fever. Has gout. Work stressful

O: HEENT- WNL
   Cor- RRSM
   lungs clear
   Abd ∅ masses
   Adenopathy ∅

A: Fatigue, Myalgias, Gout, Adenopathy

P  Repeat Abd CT
   CMP, lipids, B12, CK, Uric Acid, TSH,
   ESR, H+H, ANA, CRP, RA, HLAB27
   Consider MRI neck + lumbar
   ATC 2 wk ——————        /z

DEMGL:0022

McCormack, Dan

Date 8-16-04
BP 139/91  P ____  R ____
T ____  Wt ____  Ht ____
Allergies: Sulfa, Septra
Ampicillin
Meds: See Med List

4/y/o ♂ c.c. pt here for a 2wk
flu and test results. Pt was
feeling better and then friday
he had the lower abdominal
pain, but it only lasted a
couple of hours and then was
gone. Now has ⊘⊘ and on
pain at times.

Pain sometimes in genitals, perineum.
⊕ Dysuria - continues ā intermittent
fatigue

D: ⊕ HLA B27  neg ANA
Pt's Abd CT is unchanged ā shotty
nodes

A: Fatigue, back pain, genital pain
Neck pain - Reiter's? Ankylosing Spondilitis?
⊕ HLA B27 / Gout

P: Refer to Dr Eibschutz
X-ray C/L spine

8-16-04  Faxed records & labs to
Eibschutz.  CW

8-26-04  PC from pt's wife requesting ref to Rheumatologist in Palo Alto
since pt can be seen earlier, to Dr. Genovese in Palo Alto
done CW    afax # 650-725-8418.  CW
⊕ ok

9-14-04  last years Med Recs copied — pt to pick up for
appt w/ Rheumatologist. THealthy

DEMGL:0021

— McCormack, Dan —

10/11/04 - Written Rx - Diltiazem 300mg #90 ↑ ↓ AM
LMOM that         Diltiazem 180mg #90 ↑ ↓ pm    } RFx3 9/
Rx's were ready   Lanoxin 0.25mg #270 ↑↑↓ ♀d        } be
to pick up        Allopurinol 100mg

10/14/04  See MRI
done KH      Left message on cell voice mail Re: L5S1 disc protrusion .
             Refer to Dr Can - ↓↓

10/26/04 - Rite Aid -  Diltiazem 300mg  #30 ↑ ↓ am RFx 1 year } GH
Spring fax    Diltiazem 180mg  #30 ↑ ↓ pm RFx6                } #R

1/28/05 - Pt's wife called said we wrote his Lanoxin Rx
wrong when we wrote it. So he needed a new
written Rx that had a sig of bid and Avant
D  #180 - #KoefmanRNA                   RFx3 6/ #R
Written Rx - Lanoxin .25mg #180 ↑ bid RFx3 6/ #R
LMOM - Rx was ready - #KoefmanRNA

2/16/05 - Rite Aid - Lanoxin 0.25mg #20 ↑ bid  (NR) G/#KoefmanRNA
Spring fax

2-17-05  Rf Prevacid Soug #90 RFx3

3-9-05 - Caremark - Rx for Prevacid faxed to them / no changes in BP too  6/ #R
fax                                              faxed

DEMGL:0020

PLAINTIFFS' EXHIBITS 010797

McCormack, Dan

Date: 3-17-05
BP: 134/82   P: 70'
T:   Wt: 210   Ht:
Allergies: Sulfa, Septra
Ampicillin
Meds: See Med List

42 y/o ♂ c.c. pt here for a f/u
on everything that had been going
on. Had been going through
a lot of test and wonders if
it is time to get another CT.
Has been having more abdominal
pain lately and body aches. Has been dealing ↑R
with the cold and body aches.

- Dan has been thr to Stanford twice =
⊕HLA-B27. Last visit was in December.
- Probably not Ankylosing Spondylitis / Reiters
- He continues ē intermittent lower abd pains.
- URI × 3 in past few weeks ē fever
- Gout under good control

O: HEENT - ⊕ nodes   Cor RRR 3m ( chronic A Fib )
   Lungs clear   Abd benign
   Reviewed old Scans

A: Abdominal adenopathy / Gout / ⊕HLA-B27
   Viral URI / Chronic AFib / Arthralgias

P: CMP, uric acid, lipids, CBC
   ABD CT for adenopathy — J.F.

DEMGL:0019

PLAINTIFFS' EXHIBITS 010798

McCormick, Dan

Date 8-18-05
① BP 130/78   P
T         Wt 218   Ht
Allergies Sulfa, Septra
Ampacillin
Meds
See Med List
Advil prn

42 y/o ♂  C.C. Pt here for pain in his
neck, ® shoulder blade, shoulder. Pt
then his ® arm became numb. Pt
Says the severe pain is gone, until
he lays down or sits a certain
way. Pt says his shoulder
Aches almost all the time.
Needs nail away Rx's for all ⅋ AR
his meds —

Severe pain about 3½ wk ago. Pain started in ® shoulder
blade, radiated to neck, then down ® arm.
Some relief c chiropractic treatment.
Carried extension down lat arm into fingers 3-4-5.
Acute pain in neck is a little better, but arm
is worse

O: Mild limitation neck ROM
Sensory: numbness intermittent in C6-C7-C8
distribution
Motor intact in both arms
X-ray C6-7 DDD 1 yr ago

A: Cervical radiculitis (R)
Probably C7 nerve root

P: MRI - C Spine
Spine Specialist Referral
Rx all meds 3 mth P43  ──

MRI - T.C.
8-15-05
8:0

8-18-05 PC Kathy - Disc protrusion C5-6
Referring to spine specialist

*notes faxed to Dr. Carr - ab*

1/21/05 - Rite Aid - Allopurinol 300mg #20 ① T qd.  Gy Rodman
Spring Twp

DEMGL.0018

PLAINTIFFS' EXHIBITS 010799

— McCornack, Dan —

11/6/06 – CareMark – Reg Brevacid Dd to Brevacid Solutabs GILAS
             thru

DEMGL:0017

McCornack, Dan

11/23/05 – Pt needs a 2wk supply of his meds, until his
mail order comes in –
Rite Aid – Diltiazem CD 300mg #15 ī 8 AM
Springfax   Diltiazem CD 180mg #15 ī ⑧ pm  Bō/year
Lanoxin 0.25mg #30 ī bid

Date 7/25/06
BP 118/72   P      R
T      wt 212   Ht
Allergies Sulfa, Septra
Ampacillin
Meds

PmH – Afib
- gout
- DDD C-spine/L spine
⊕ HLA-B27
ABd adenopathy – chronic/stable
renal stone
GERD
SH – Smoke ō Etoh rare
FH – Father colon polyps – precancerous

43 y/o g.c.c. pt here for his annual
physical and annual lab results.
I/s having a lot of trouble with his
back again, so he wants to discuss
that. Has also been having trouble
with swelling in his ankles —
D/J and m.  No pain when they
are swelling, started that he gets up
Says he has noticed that he gets up
more at night to urinate, doesn't know
if it's age related.

Had back adjustments ō Dr Nicklas ō some relief. L5S1 pain + can't
sleep. Previously saw Dr Carr. Some radiation down ® buttock +
tingling into ® foot. Considered epidural steroids. Twisted it playing
golf.

O: NAD   HEENT – wnl   Co ī BR3m lungs clear   ABd benign
Small umbilical hernia   Ext wnl   Rectal ob. Prostate ob
nml vol   Heme neg

A   Pe/ Hx Afib/Gout/DDD C+L spine – new care @ leg related b/s

Notes faxed to
Dr Cushing's ofc

P₂  Referral for colonoscopy   Refer to Dr Carr
CMP, lipids, PSA, U.A, H.H, Digoxin
Pt Vicodin 5mg #40
TRM Indocin for back pain

½

LMDpm 7/31/06  Km

DEMGL 0016

PLAINTIFFS' EXHIBITS 010801

McCormick, Dan

43 y/o ♂ c̄ c.c. pt here for a f/u on his labs. Pt says the on occassion he gets a cold sweat and his hands get really cold, this happened the day he had his blood drawn. The lab tech was concerned because they had a hard time getting blood.

Date 8-24-06
Allergies Sulfa, Septra
     Ampacillin
Meds See Med List

Pt c/o persistent fatigue. Hx A fib since early 20's - followed by Dr VanDolah. No eval x 2 yrs.

O - Owens pedal edema - which could be from Cardizem
  - Labs show ↑ TRIG. Pt has high fat diet & has gained 10 lbs in past yr
  - See labs
  - Car - Irreg rate 60's
    lungs clear

A: Atrial fib - chronic
   Fatigue
   Hyperlipidemia

P: Dr VanDolah - re-evaluation        Discussed low fat
   Ablation ?                              diet & wt loss
   Coumadin ?

10/19/06 - Written Rx - Diltiazem CD 310mg #90 ī 8 Am
g will phone            Diltiazem CD 180mg #90 ī 8 pm      } RF x 3 Oct/06
up Rx                   Lanoxin 0.25mg #180 ī bid
                        Allopurinol 100mg #270 ī ī qd
                        Prevacid 30mg #90 ī qd

DEMGL:0015

441 4259

— McCormack, Dan —

2/6/07 – CaroMark – Prevacid Sol Tab 30mg #90 ÷ qd rfx3 ʳⁿ/ᵃᵍ
fay

Date 3/2/07
Lp 130/84 P 84 R            44 y/o ♂ c.c. pt here b/c last pm, he
T _____ Wt 225/241          starred feeling sharp pains under his ℗
Allergies Sulfa, Septra     arm pit, then went down his ℗ arm, under
Ampicillin                  ℗ shoulder blade, ℗ hand were numb, still
Meds                        still numb, denies SOB, chest pain. most of
See med list                this am, the time he doesn't feel good. still having some
                            pain in his ℗ chest. sees Dr. VonDollen.
                            (℗ diaphoresis ℗ chest pressure ō pain y8

S: – Afib – see' Von Dollen       smooth ℗
     10 yrs ago Ⓝ stress test.        ann    GERD
   – some back ground last              pm H- Afib
         few days                          Gout.
         ℗ weakness / numbness
O/E . Genl: A&O, mod obese.              HLA B₂₇ ⊕
                                         ? Anky Spony
FALG    Lngs : CTAP, ℗ rr      (℗)upper ext    grand
Afib    Rxn: Oc ℗               Ⓝ Sens   left  tonsils
No Δ, except voltage                Reflex      knee sng
from 2/04               Abd: soft NT
                       Ext: ℗ Tarsal bladen    FH: CAD 70's
                              Bil wrist.              ⊗ grand pa

                       ℗ arm shoulder
                       Ⓝ Rom NT              done
                                             stat ✓

                    A 1 ℗ Afib – cont Coumadin
                      2 CP – unlikely cardiac
                              since pt has ℗ trop, CPK
                      3 Back strain. E stabit
                              central Radiculopul
F/u ↑Q lemn pro

DEMGL:0014

McCormack, Dan

Date 4-30-07
BP 138/88   P        R
T        Wt 227   Ht
Allergies Sulfa, Septra
Ampicillin
Meds
See Med List

14 y/o ♂ c.c. has burning in his mouth
has a spot of concern. Quit
chewing tabacco about 2 months
ago and then 2 wks ago
the burning started. Thinks its
time for his annual labs and
just review his last visit.   AS

- Colonoscopy in Jan - one small polyp.
- Noticed possible white spot in ⓡ upper lip this Am.
- Also burning sensation in jaw at times, bilaterally - Has TMJ
- Mother recently started ō psoriasis. He is HLA B₂₇ ⊕ and has intermittent
  rash on knuckles for years.
- Also discussed work stress + his possible depression symptoms. Some
  lack of motivation + loss of interest in fun activities

O: 2mm raised red spot on mucosa — ⓛ upper lip
   Affect + insight normal
      See labs

A: ORAL LESION ; High lipids ; Stress reaction

P: ENT referral                              Ref to Dr Marton - ab
   Rtc p labs = Dig. CMP, lipids, uric acid, TSH
                                            √̶

DEMGL 0013

McCormack, Dan

Date 6-4-07
BP 132/72 P_____ R_____
T_____ Wt_____ Ht_____
Allergies Sulfa, Septra
Ampacillin
Meds
See med hist

44 y/o ♂ c.c. 1 month flu and labs
results. Saw Dr. Bukacher sky
and was not impressed with him.
Has an appt c̄ Redwood City to discuss AF
an ablassion done.

Dr Winkle @ Redwood for possible ablation, June 25th for
his chronic atrial fib. Will lesion still "feels funny" at
times. He may recheck c̄ Dr. Buchaberesky -
⊕ HLA B27. Mother & poorness, He would like to see Rheumatology

D· See labs Uric acid 8.0 Chol 262 HDL 36 TRIG 620
Cor occas irreg
lungs clear

A· Gout / Hyperlipidemia / chronic A fib

P· lipids, uric acid 3mths
Low fat, low purine diet -
We discussed med options - ℞

DEMGL:0012

PLAINTIFFS' EXHIBITS 010805

McCormack, Dan

| Date | 9-6-07 |
| --- | --- |
| (L) BP 112/72 P | R |
| T | Wt 277 Ht |

Allergies Sulfa
Sepra, Ampicillin
Meds
See Med List

44/y/o ♂ C.C. 3 month f/u and lab results. Needs new Rx's for mail away. Wants to discuss his visit w/ Dr. Bukachevsky. He continues w/ear pain and a metalic taste in his mouth. And tingling in gums.

He has been on a strict diet and wants to avoid statin. Gout has been under fairly good control. He likes beer and realizes it may contribute to gout.

Intermittent small lesions on (L) upper lip. Dr B says no oral cancer. He has a hx of cold sores.

O: See labs 8/31/07

HEENT - (L) upper lip just inside mouth - 2 1mm vesicles
No leukoplakia

Cor RRR S/M lungs clear Abd benign Extre

A: Herpes Simplex I - intermittent, chronic
Hyperlipidemia / Gout / Hx Abd

P: Cont diet/meds
Lipids, uric acid in Jan appt     Rx Lovastatin

9-6-07 Written Rx's - Diltiazem CD 300mg 1 am #90
Diltiazem CD 180mg 1 pm #90
Dan Oxin 0.25mg 1 bid #180
Allopurinol 100mg #270 1 tid
Prevacid 30mg #90 1 po qd
HF03 6x LY

11/16/07 - Caremark - Prevacid 30mg #90 1 daily Rx x3 wks

DEMGL:0011

PLAINTIFFS' EXHIBITS 010806

McComack, Dan

Date 12-5-07
BP  P  R
T  Wt 224  Ht
Allergies Sulfa, Ampicillin
Septra
Meds
See Med Hist

44 y/o ♂ C.C. eye irritation, redness,
in the ® eye there looks like
there is a lesion hear the
iris of his eye. Eye site is
fine. Eyes do burn a little AS

O: Small pterigium OD c mild scleral injection
No encroachment on iris
Ant chamber clear

A: Pterigium

P: Eye protection
Refresh drops — [signature]

DEMGL:0010

PLAINTIFFS' EXHIBITS 010807