McCormack, Dan

Date 1-8-08

BP 140/6 R

WT 225 lb

Allergies

Ampicillin

Meds

See Med List

4 y/o o c c. 4 month f/u and lab results. Discussed labs / 9 TRIG wt gain / gout.

O = See labs

A = Hyperlipidemia + low HDL
wt gain
Gout

Discussed diet / exercise

P: Simvastatin 20mg #90
LFT, URIC Acid, Lipid panel 3 m   + appt
PSA, DIG level

1-23-08 PC pt: says simvastatin is causing nausea, neck + back
pain, HA. Feels much better as soon as he stops taking
it. What to do? ab

3/32  wk   2 mo

1/23 c M - Can try another statin - call me

1-23-08 PC pt willing to try another med. Fax Target.
Call if you need to speak to him. ab

441-4257  1/24   LOVASTATIN 20 mg  1 g PM #30 OFF 2
Faxed

3-31-08 PC Kathy pt expired from heart attack while camping.
No chest pain. Wife awakened by his agonal respirations.
He expired in the field. Autopsy showed MI. She has
good family / friend support

DEMGL:0009

PLAINTIFFS' EXHIBITS 010808

McCornack, Dan

Date _____ 5-13-08
BP _____ P _____ R _____
T _____ Wt _____ Ht _____
Allergies _____
_____
Meds _____
_____

Pt Wife -

She is concerned he may have been on
recalled Digoxin & it may have contributed
to his MI. However his Dig level was Ø.
Puzzling because he always took his meds.
We reviewed his med list and signs of
Dig toxicity - /s/

DEMGL:0008

PLAINTIFFS' EXHIBITS 010809

**TWIN CITIES**
**COMMUNITY HOSPITAL**
1100 LAS TABLAS ROAD
TEMPLETON, CA 93465

CLINICAL LABORATORY
C.L. DOUGLAS, M.D.
DIRECTOR
PHONE 805/434-4501

Patient Name  MCCORNACK, DANIEL E        Birthdate  02/15/63  Sex  M          Location    LA
MED RECORD #  (0000)0103430
Admit Phys  LEMM, GORDON MD              Consulting Phys

| DATE/TIME COLLECTED | PROCEDURE | UNITS | LOW | NORMAL | HIGH | | REFERENCE RANGE |
|---|---|---|---|---|---|---|---|
| 08/18/94 | | | | | | | |
| 0805 | | | | | | | |
| | GLUCOSE RANDOM | MG/DL | | 99 | | | (65-105) |
| | UREA NITROGEN | MG/DL | | 19 | | | (6-19) |
| | CREATININE | MG/DL | | 1.5 | | | (.7-1.5) |
| | SODIUM | MEQ/L | | 142 | | | (135-145) |
| | POTASSIUM | MEQ/L | | 4.2 | | | (3.6-5.0) |
| | CHLORIDE | MEQ/L | | 108 | | | (101-111) |
| | CALCIUM | MG/DL | | 9.6 | | | (8.4-10.2) |
| | URIC ACID SERUM | MG/DL | | | 7.7 | H | (3.4-7.0) |
| | CHOLESTEROL | MG/DL | | | 213 | H | (140-200) |
| | LDH | IU/L | | 161 | | | (118-273) |
| | TOTAL PROTEIN | GM/DL | | 7.1 | | | (6.0-8.0) |
| | ALBUMIN | GM/DL | | 4.9 | | | (3.5-5.5) |
| | GLOBULIN | GM/DL | | 2.2 | | | (2.0-4.0) |
| | A/G RATIO | | | 2.2 | | | (1.1-2.2) |
| | ALK PHOS | IU/L | | 155 | | | (115-282) |
| | SGOT(AST) | IU/L | | 28 | | | (0-37) |
| | SGPT(ALT) | IU/L | | | 79 | H | (0-40) |
| | BILIRUBIN TOTAL | MG/DL | | | 1.1 | H | (0.0-1.0) |
| | PHOSPHORUS | MG/DL | | 3.9 | | | (2.5-4.5) |
| | TRIGLYCERIDES | MG/DL | | 156 | | | (50-200) |
| | T4 | UG/DL | | 8.8 | | | (4.2-11.8) |
| | T3 UPTAKE | % | | 35.0 | | | (27.8-40.7) |
| | T7 | | | 3.1 | | | (1.4-4.6) |
| 08/18/94 | | | | | | | |
| 0805 | AUTOMATED BLOOD COUNT | | | | | | |
| | WBC | 10^3 | | 7.3 | | | (4.8-10.8) |
| | RBC | 10^6 | | 5.51 | | | (3.80-6.01) |
| | HGB | G/DL | | 15.8 | | | (12.7-17.1) |
| | HCT | % | | 47.6 | | | (36.7-50.3) |
| | MCV | FL | | 86.3 | | | (81.7-100.5) |
| | MCHC | % | | 33.2 | | | (32.8-35.6) |
| | RDW % | % | | 12.8 | | | (11.1-14.7) |
| | PLATELET CT | 10^3 | | 162 | f | | (130-400) |

Footnotes
H=HIGH, f = Footnote

Patient Name  MCCORNACK, DANIEL E        Printed  08/18/94  13:15      Page    1      Continued......

2477 (12/92)

DEMGL:0091

PLAINTIFFS' EXHIBITS 010810

**TWIN CITIES
COMMUNITY HOSPITAL**
1100 LAS TABLAS ROAD
TEMPLETON, CA 93465

CLINICAL LABORATORY
C.L. DOUGLAS, M.D.
DIRECTOR
PHONE 805/434-4501

Patient Name  MCCORNACK, DANIEL E        Birthdate  02/15/63  Sex  M        Location    LA
MED RECORD #  (0000)0103430
Admit Phys  LEMM, GORDON MD        Consulting Phys

| DATE/TIME COLLECTED | PROCEDURE | UNITS | LOW | NORMAL | HIGH | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| PLATELET CT.... | | ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE. | | | | |
| | | "INCREASE" =>400,000/CMM | | | | |
| | | "NORMAL"  =130,000-400,000/CMM | | | | |
| | | "SLIDECR"  =100,000-130,000/CMM | | | | |
| | | "DECREASD" =50,000-100,000/CMM | | | | |
| | | "MARKDECR" =<50,000/CMM | | | | |

08/18/94

| | | | | | | |
|---|---|---|---|---|---|---|
| U GLUCOSE | | | NEG | | | (NEG ) |
| U BILIRUBIN | | | NEG | | | (NEG ) |
| U KETONES | | | NEG | | | (NEG ) |
| U SP GRAVITY | | | 1.020 | | | |
| U BLOOD | | | NEG | | | (NEG ) |
| U PH | | | 5.0 | | | |
| U PROTEIN | | | NEG | | | (NEG ) |
| U UROBILINOGEN | | | NEG | | | (NEG ) |
| U NITRATE | | | NEG | | | (NEG ) |
| U LEUK ESTERASE | | | NEG | | | (NEG ) |

ient Name  MCCORNACK, DANIEL E        Printed  08/18/94  13:15        Page     2        END OF REPORT

2477 (12/92)

DEMGL:0092

PLAINTIFFS' EXHIBITS 010811

## TWIN CITIES
## COMMUNITY HOSPITAL
1100 LAS TABLAS ROAD
TEMPLETON, CA 93465

CLINICAL LABORATORY
C.L. DOUGLAS M.D., DIRECTOR
JAMES B. HANNA M.D.    STEVEN B. JOBST M.D.
DAVID M. LAWRENCE M.D.
LAB PHONE 805 / 434-4501

Patient Name  MCCORNACK, DANIEL E          Birthdate 02/15/63  Sex  M          Location    LA
MED RECORD #  (0000)0103430
Admit Phys  LEMM, GORDON MD          Consulting Phys   VONDOLLEN, L. MD    INT

LAST DOSE   03-24-95 0730

| DATE/TIME COLLECTED | PROCEDURE | UNITS | LOW | NORMAL | HIGH | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| 03/24/95 1630 | | | | | | |
| | T4 | UG/DL | | 8.9 | | (4.2-11.8) |
| | T3 UPTAKE | % | | 34.5 | | (27.8-40.7) |
| | T7 | | | 3.1 | | (1.4-4.6) |
| | TSH | mIU/ML | | 1.56 | | (.32-5.00) |
| 03/24/95 1630 | | | | | | |
| | DIGOXIN | NG/ML | | 1.4   f | | (0.8-2.0) |

DIGOXIN....... ——————— —— ADULTS: < 0.5 NG/ML LIKELY INDICATES UNDERDIGITALIZATION.
THERAPEUTIC: 1.0-2.0 NG/ML.
TOXIC: MORE THAN 3.0 NG/ML.

**Footnotes**
f = Footnote

Patient Name  MCCORNACK, DANIEL E          Printed  03/27/95  08:14          Page    1          END OF REPORT

2477 (7/94)

DEMGL:0090

PLAINTIFFS' EXHIBITS 010812

JUN-14-2001  10:23                                                                P.03/03

Patient Name  MCCORMACK, DANIEL E       Medical Record Number  (000)0103430
Nursing Station LA    Room
Admit Phys LEMM, GORDON MD         Consulting  FORAN, M.B.       Referring   FORAN, M.B.

------------------------------------------------------------------------------------

## HEMATOLOGY

A Smear Review or Manual Differential may be ordered per protocol to confirm prelim automated WBC classification as indicated.

|                     | Specimen Date | 06/05/01 |        |
|---------------------|---------------|----------|--------|
|                     | Specimen Time | 0820     |        |
|                     | Weekday/Day of Stay | TUE 002 |   |
| Procedure           | Ref Range     | Unit     |        |
| AUTOMATED BLOOD COUNT |             |          |        |
| PLATELET CT         | (130-400)     | 10^3     | 154 f  |
| AUTO LYMPH %        | (20.0-40.0)   | %        | 23.1   |
| AUTO MONOS %        | (5.0-11.0)    | %        | 9.3    |
| AUTO GRAN %         | (42.0-75.0)   | %        | 65.3   |
| AUTO EOS %          | (0.0-8.0)     | %        | 2.1    |
| AUTO BASO %         | (0.0-5.0)     | %        | 0.2    |
| ABS LYMPHS          | (1.0-4.3)     | 10^3     | 2.2    |
| ABS MONOCYTES       | (0.2-1.1)     | 10^3     | 0.9    |
| ABS GRANULOCYTE     | (2.0-8.1)     | 10^3     | 6.4    |
| ABS EOSINOPHILS     | (0.0-0.9)     | 10^3     | 0.2    |
| ABS BASOPHILS       | (0.0-0.5)     | 10^3     | 0.0    |

PLATELET CT (Initial -- Current)
        ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE,
        "INCREASE" ->400,000/CMM
        "NORMAL"  =130,000-400,000/CMM
        "SLTDECR" =100,000-130,000/CMM
        "DECREASD" =50,000-100,000/CMM
        "MARKDECR" =<50,000/CMM

Footnotes
 f = Footnote

Patient Name MCCORMACK, DANIEL E       Printed 06/14/01 1017      Page   3        END OF REPORT
              *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

        [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY. IF RECEIVED IN ERROR, PLEASE CALL 434-4501.]

                                                            TOTAL P.03
                                                            DEMGL:0089

PLAINTIFFS' EXHIBITS 010813

JUN-14-2001  10:22                                                              P.02/03

Patient Name MCCORMACK, DANIEL E        Medical Record Number (0000)0103430
Nursing Station 1A    Room
Admit Phys LENM, GORDON MD        Consulting  FORAN, M.B.        Referring  FORAN, M.B.

--------------------------------------------------------------------------------

                              CARDIAC RISK PROFILE

--------------------------------------------------------------------------------

                    Specimen Date   06/05/01
                    Specimen Time   0820
                    Weekday/Day of Stay   TUE 002
     Procedure      Ref Range    Unit
     CHOL/HDL RATIO                    4.7 f
CHOL/HDL RATIO (02/22/00 -- Current)
          CORONARY HEART DISEASE RISK        TOTAL CHOLESTEROL/HDL CHOLESTEROL RATIO

          1/2 STANDARD RISK                          3.4
          STANDARD RISK FEMALE                       4.4
          STANDARD RISK MALE                         5.0
          2X STANDARD RISK FEMALE                    7.1
          2X STANDARD RISK MALE                      9.6
          3X STANDARD RISK FEMALE                    11.0
          3X STANDARD RISK MALE                      23.4

          *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS WITH A
          TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

          *LDL VALUES 130-159 (BORDERLINE RISK)  :  LDL VALUES >160 (HIGH RISK)

--------------------------------------------------------------------------------

                              SPECIAL CHEMISTRY

--------------------------------------------------------------------------------

                    Specimen Date   06/05/01
                    Specimen Time   0820
                    Weekday/Day of Stay   TUE 002
     Procedure      Ref Range    Unit
     TSH            (.32-5.00)   mIU/ML   2.29

--------------------------------------------------------------------------------

                              HEMATOLOGY

A Smear Review or Manual Differential may be ordered per protocol to confirm prelim automated WBC classification as indicated.

                    Specimen Date   06/05/01
                    Specimen Time   0820
                    Weekday/Day of Stay   TUE 002
     Procedure      Ref Range    Unit
     AUTOMATED BLOOD COUNT
     WBC            (4.0-10.0)   10^3     9.7
     RBC            (3.80-6.01)  10^6     5.37
     HGB            (12.7-17.1)  G/DL     16.4
     HCT            (36.7-50.3)  %        48.2
     MCV            (81.7-100.5) FL       89.7
     MCHC           (32.8-35.6)  %        34.0
     RDW %          (11.1-14.7)  %        12.4

Footnotes
f = Footnote

MCCORMACK, DANIEL E        06/14/01  1017     2                    CONTINUED......
                    *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

                                                                        DEMGL:0088

PLAINTIFFS' EXHIBITS 010814

JUN-14-2001  10:22                                                              P.01/03

Printed  06/14/01  Time  1017        TWIN CITIES COMMUNITY HOSPITAL        **STAT REPORT**
Page    1                                  Clinical Laboratory              **PHONE REPORT*
                                           1100 Las Tablas Road            **EXPEDITE REPORT**
                                        Templeton, California 93465
                                         C.L.Douglas M.D.,Director
            James B. Hannah, M.D.     Steven B. Jobst, M. D.    David M. Lawrence, M.D.      PATHOLOGISTS

Patient Name  MCCORNACK, DANIEL E        Medical Record Number  (000010103430      Birthdate   02/15/1963
Nursing Station  LA    Room Number
Admit Phys  LEMM, GORDON MD            Consulting  FORAN, M.B.                   Referring  FORAN, M.B.

---

## CHEMISTRY

|                    |                | Specimen Date | 06/05/01 |
|                    |                | Specimen Time | 0820 |
|                    |                | Weekday/Day of Stay | TUE 002 |
| Procedure          | Ref Range      | Unit |  |
| ROUTINE CHEMISTRY  |                |      |  |
| GLUCOSE RANDOM     | (70-110)       | MG/DL | 105 |
| UREA NITROGEN      | (8-21)         | MG/DL | 23 H |
| CREATININE         | (.9-1.5)       | MG/DL | 1.2 |
| SODIUM             | (134-145)      | MEQ/L | 138 |
| POTASSIUM          | (3.5-5.1)      | MEQ/L | 4.6 |
| CHLORIDE           | (98-107)       | MEQ/L | 100 |
| TOTAL CO2          | (21.0-31.0)    | MEQ/L | 29.6 |
| ANION GAP          |                |       | 13.0 |
| CALCIUM            | (8.4-10.4)     | MG/DL | 9.9 |
| TOTAL PROTEIN      | (6.0-8.3)      | GM/DL | 6.9 |
| ALBUMIN            | (3.5-5.0)      | GM/DL | 4.8 |
| ALK PHOS           | (45-122)       | IU/L  | 60 |
| SGOT(AST)          | (10-34)        | IU/L  | 22 |
| SGPT(ALT)          | (10-44)        | IU/L  | 46 H |
| BILIRUBIN TOTAL    | (0.2-1.3)      | MG/DL | 1.0 |

---

## CARDIAC RISK PROFILE

|                    |                | Specimen Date | 06/05/01 |
|                    |                | Specimen Time | 0820 |
|                    |                | Weekday/Day of Stay | TUE 002 |
| Procedure          | Ref Range      | Unit |  |
| CHOLESTEROL        | (100-200)      | MG/DL | 212 H |
| TRIGLYCERIDES      | (40-160)       | MG/DL | 263 H |
| HDL CHOLESTEROL    | (35.0-55.0)    | MG/DL | 44.7 |
| LDL CHOLESTEROL    | (0-130)        | MG/DL | 115 |

**Footnotes**
H = High

MCCORNACK, DANIEL E        06/14/01  1017    1                         CONTINUED......
                         *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

DEMGL:0087

PLAINTIFFS' EXHIBITS 010815

Patient Name  MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430          ** OUTPATIENT FINAL REPORT *
Nursing Station LA     Room
Admit Phys  LEMM, GORDON MD          Consulting  WATSON,D(959LASTABL)          Referring  YAMAGATA, NELSON

---

### SPECIAL HEMATOLOGY

|  | Specimen Date | 08/01/01 |  |
|--|--|--|--|
|  | Specimen Time | 0855 |  |
|  | Weekday/Day of Stay | WED 002 |  |
| Procedure | Ref Range | Unit |  |
| SED RATE | (0-10) | MM/HR | 10 |

---

### SEROLOGY/IMMUNOLOGY

|  | Specimen Date | 08/01/01 |  |
|--|--|--|--|
|  | Specimen Time | 0855 |  |
|  | Weekday/Day of Stay | WED 002 |  |
| Procedure | Ref Range | Unit |  |
| RA FACTOR TITER | (0-10) | IU/ML | 9 |
| CRP | (0.0-0.5) | MG/DL | 0.2 |

---

### REFERENCE LABORATORY SECTION

|  | Specimen Date | 08/01/01 |  |
|--|--|--|--|
|  | Specimen Time | 0855 |  |
|  | Weekday/Day of Stay | WED 002 |  |
| Procedure | Ref Range | Unit |  |
| VIT B-12 |  | pg/mL | SEE REPT |
|  |  |  | SIERRA VISTA HOSPITAL |
| ANA SKBL @ |  |  | SEE REPT |
|  |  |  | SMITH KLINE LABORATORIES |
| RPR |  |  | SEE REPT |
|  |  |  | SIERRA VISTA HOSPITAL |

PLAINTIFFS' EXHIBITS 010816

Printed  08/02/01  Time  0632      TWIN CITIES COMMUNITY HOSPITAL
      1                  Clinical Laboratory
                      1100 Las Tablas Road          ***OUTPATIENT FINAL REPORT***
                      Templeton, California 93465
                      C.L.Douglas M.D .,Director

Patient Name  MCCORNACK, DANIEL E     Medical Record Number  (0000)0103430    Birthdate  02/15/1963
Nursing Station  LA   Room Number
Admit Phys  LEMM, GORDON MD       Consulting  WATSON,D(9S9LASTABL)     Referring  YAMAGATA, NELSON
MISSION MEDICAL CLIN HIST #

LAST DOSE 7-31 0500

---

CHEMISTRY

---

                    Specimen Date   08/01/01
                    Specimen Time   0855
             Weekday/Day of Stay   WED 002
Procedure          Ref Range    Unit

URIC ACID SERUM    (3.4-7.0)   MG/DL   10.2 H

---

THERAPEUTIC DRUGS/TOXICOLOGY/ANTIBIOTIC LEVELS

---

                    Specimen Date   08/01/01
                    Specimen Time   0855
             Weekday/Day of Stay   WED 002
Procedure          Ref Range    Unit
DIGOXIN          (0.8-2.0)   NG/ML   1.7

---

GLYCEMIA STUDIES

---

08/01/01 0855
        GLYCOHEMOGLOBIN    4.8    f   %
GLYCOHEMOGLOBIN (07/19/01 -- Current)

        Expected Range: 4.4% to 5.8%

        Values less than 7.0% meet the treatment goal of the American
        Diabetes Association (ADA) for patients with Diabetes Mellitus.
        The ADA suggests additional action for values greater than 8.0%.

  notes
.. = High, f = Footnote
MCCORNACK, DANIEL E    08/02/01  0632    1        CONTINUED......
    ********** OUTPATIENT FINAL REPORT ..... OUTPATIENT FINAL REPORT ...... OUTPATIENT FINAL REPORT **********
                                                 DEMGL:0085

PLAINTIFFS' EXHIBITS 010817

12:31 AUG 31, 2001  ID: SVRM----LAB          TEL NO: 805-546-77--          #576634  PAGE: 1/1

08/31/01          SIERRA VISTA REGIONAL MEDICAL CENTER                    PAGE:   1
 2:22  1010 MURRAY AVE., SAN LUIS OBISPO CA. 93405  (805) 546-7790
         CENTRAL COAST PATHOLOGY CONSULTANTS; JAMES HANNAH, MD. DIRECTOR

NAME:MCCORNACK, DANIEL              ID:T8938568      SEX: M AGE:  38

LOC: BDTC   - OP            ADMITTING DATE:  8/01/01        DOB: 2/15/1963

ACCESSION:1213-GL7335      ADMITTING DOCTOR:YAMAGATA, NELSON MD
                           COPIES TO: WATSON, DAVID* /
                             COLLECTED:  8/01/01 08:55 BY: 324
                             COMPLETED:  8/02/01 17:59

   CLIN HISTORY #:

                                                        --CHART FINAL--
COMMENTS:
================================================================================
PROCEDURE                RESULT      GRAPHIC -EXPECTED RANGE- UNITS    CERT
--------------------------------------------------------------------------------

   VITAMIN B12             536         [ * ]       211-911     PG/ML    RH033

   RPR (SERUM VDRL)    NON-REACT              NON REACTIVE              MH


                    LAST PAGE OF REPORT

DEMGL:0084

PLAINTIFFS' EXHIBITS 010818

AUG-31-2001  12:30

P.01/01

93465001
TRI CITIES COMM HOSP
100 LAS PALMAS
TEMPLETON  CA  93465

**Quest Diagnostics**

**LABORATORY REPORT**

Patient Name:
MCCORMACK DANIEL

Page
1

Requisition No.
0022486

Remarks
CC//WATSON

---

| FINAL | | WD |
|---|---|---|

ANTINUCLEAR ANTIBODIES W/RFL TITER & PATTERN                    TITER
ANTINUCLEAR ANTIBODIES                          <1:40

REFERENCE RANGE:

<1:40            NEGATIVE

1:40 - 1:80      LOW ANTIBODY LEVEL

>1:80            ELEVATED ANTIBODY LEVEL

'WD ' refers to site:   QUEST DIAGNOSTICS-LOS ANGELES (METRO)
7600 TYRONE AVENUE
VAN NUYS CA 91405
(818) 989-2520
GEOFFREY H. MOYER, PH.D.

>> END OF REPORT <<

TOTAL P.01

DEMGL:0083

PLAINTIFFS' EXHIBITS 010819

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

MCCORNACK, DANIEL E                    Medical Record      (0000)0103430
Birthdate 02/15/1963                   Account Number      9195637
Nursing Station  UT    Room Number
Admitting ED PHYSICIAN              Referring   ED PHYSICIAN
----------------------------------------------------------------------------
                                     CHEMISTRY
----------------------------------------------------------------------------

                      Specimen Date    11/13/01
                      Specimen Time    1858
                      Weekday/Day of Stay  TUE 001
          Procedure     Ref Range   Unit
             ROUTINE CHEMISTRY
          GLUCOSE RANDOM    (70-110)   MG/DL      150 H
          UREA NITROGEN      (8-21)    MG/DL       21
          CREATININE        (.9-1.5)   MG/DL       1.0
          SODIUM           (134-145)   MEQ/L      139
          POTASSIUM        (3.5-5.1)   MEQ/L       4.2
          CHLORIDE         (98-107)    MEQ/L      102
          TOTAL CO2       (21.0-31.0)  MEQ/L      32.3 H
          ANION GAP                                8.9
          URIC ACID        (3.4-7.0)   MG/DL       7.3 H
          CALCIUM         (8.4-10.4)   MG/DL      10.2
          TOTAL PROTEIN    (6.0-8.3)   GM/DL       7.3
          ALBUMIN          (3.5-5.0)   GM/DL       5.1 H
          ALK PHOS         (45-122)    IU/L        70
          SGOT(AST)        (10-34)     IU/L        36 H
          SGPT(ALT)        (10-44)     IU/L       103 H
          BILIRUBIN TOTAL  (0.2-1.3)   MG/DL       1.1

MCCORNACK, DANIEL E            11/21/01 0932  Page   1          END OF REPORT

              [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
                IF RECEIVED IN ERROR  PLEASE CALL (805) 434-4501].

                                                              DEMGL:0082

PLAINTIFFS' EXHIBITS 010820

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.  Steven B. Jobst, M.D.   David M. Lawrence, M.D
PATHOLOGISTS

```
MCCORNACK, DANIEL E                  Medical Record      (0000)0103430
Birthdate 02/15/1963                 Account Number      9301201
Nursing Station  LA    Room Number
Admitting LEMM, GORDON MD     Referring  LEMM, GORDON MD
```

------------------------------------------------------------------------
CHEMISTRY
------------------------------------------------------------------------

```
                    Specimen Date   01/05/02
                    Specimen Time   1050
              Weekday/Day of Stay   SAT 001
  Procedure      Ref Range   Unit   _____
        ROUTINE CHEMISTRY
  GLUCOSE RANDOM   (70-110)   MG/DL      98
  UREA NITROGEN    (8-21)     MG/DL      23 H
  CREATININE       (.9-1.5)   MG/DL      1.2
  SODIUM           (134-145)  MEQ/L      142
  POTASSIUM        (3.5-5.1)  MEQ/L      4.4
  CHLORIDE         (98-107)   MEQ/L      101
  TOTAL CO2        (21.0-31.0) MEQ/L     30.7
  ANION GAP                              14.7
  URIC ACID        (3.4-7.0)  MG/DL      7.7 H
  CALCIUM          (8.4-10.4) MG/DL      9.8
  TOTAL PROTEIN    (6.0-8.3)  GM/DL      6.9
  ALBUMIN          (3.5-5.0)  GM/DL      4.8
  ALK PHOS         (45-122)   IU/L       68
  SGOT(AST)        (10-34)    IU/L       28
  SGPT(ALT)        (10-44)    IU/L       68 H
  BILIRUBIN TOTAL  (0.2-1.3)  MG/DL      1.1
```

```
MCCORNACK, DANIEL E          01/07/02 1443  Page   1          END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501].

DEMGL:0081

PLAINTIFFS' EXHIBITS 010821

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L Douglas M.D.,Director
James B  Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M D.
PATHOLOGISTS

```
MCCORNACK, DANIEL E                    Medical Record      (0000)0103430
Birthdate 02/15/1963                   Account Number      9387853
Nursing Station  LA    Room Number
Admitting LEMM, GORDON MD         Referring   LEMM, GORDON MD
```
--------------------------------------------------------------------------
CHEMISTRY
--------------------------------------------------------------------------

```
                        Specimen Date   02/14/02
                        Specimen Time   1900
                     Weekday/Day of Stay  THU 001
     Procedure          Ref Range    Unit    _____
           ROUTINE CHEMISTRY
     GLUCOSE RANDOM      (70-110)    MG/DL       119 H
     UREA NITROGEN       (8-21)      MG/DL        17
     CREATININE          (.9-1 5)    MG/DL        1.2
     SODIUM              (134-145)   MEQ/L       139
     POTASSIUM           (3.5-5 1)   MEQ/L        4.2
     CHLORIDE            (98-107)    MEQ/L       100
     TOTAL CO2           (21.0-31 0) MEQ/L        28.3
     ANION GAP                                    14.9
     URIC ACID           (3.4-7 0)   MG/DL        7.3 H
     CALCIUM             (8.4-10.4)  MG/DL        10.3
     TOTAL PROTEIN       (6.0-8 3)   GM/DL        6.9
     ALBUMIN             (3 5-5.0)   GM/DL        4.7
     ALK PHOS            (45-122)    IU/L         70
     SGOT(AST)           (10-34)     IU/L         31
     SGPT(ALT)           (10-44)     IU/L         76 H
     BILIRUBIN TOTAL     (0.2-1.3)   MG/DL        1 3
```

```
MCCORNACK, DANIEL E            02/15/02 0611  Page   1          END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501].

DEMGL:0080

PLAINTIFFS' EXHIBITS 010822

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

```
MCCORNACK, DANIEL E                    Medical Record      (0000)0103430
Birthdate 02/15/1963                   Account Number      9616855
Nursing Station  LA    Room Number
Admitting LEMM, GORDON MD              Consulting LEMM, GORDON MD
Referring LEMM, GORDON MD
```

------------------------------------------------------------------------
                              CHEMISTRY
------------------------------------------------------------------------

```
                       Specimen Date    05/15/02
                       Specimen Time    1341
                    Weekday/Day of Stay WED 001
     Procedure         Ref Range     Unit
                    ROUTINE CHEMISTRY
     GLUCOSE RANDOM    (70-110)      MG/DL       102
     UREA NITROGEN     (8-21)        MG/DL        17
     CREATININE        (.9-1.5)      MG/DL       1.1
     SODIUM            (134-145)     MEQ/L       140
     POTASSIUM         (3.5-5.1)     MEQ/L       4.1
     CHLORIDE          (98-107)      MEQ/L       103
     TOTAL CO2         (21.0-31.0)   MEQ/L      28.7
     ANION GAP                                  12.4
     URIC ACID         (3.4-7.0)     MG/DL      7.4 H
     CALCIUM           (8.4-10.4)    MG/DL       9.5
     TOTAL PROTEIN     (6.0-8.3)     GM/DL       6.5
     ALBUMIN           (3.5-5.0)     GM/DL       4.7
     ALK PHOS          (45-122)      IU/L         63
     SGOT(AST)         (10-34)       IU/L         30
     SGPT(ALT)         (10-44)       IU/L       75 H
     BILIRUBIN TOTAL   (0.2-1.3)     MG/DL      1.4 H
```

```
MCCORNACK, DANIEL E        05/16/02  0329      Page   1          END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

DEMGL:0079

PLAINTIFFS' EXHIBITS 010823

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

MCCORNACK, DANIEL E                    Medical Record      (0000)0103430
Birthdate 02/15/1963                   Account Number        9821109
Nursing Station  LA    Room Number
Admitting LEMM, GORDON MD              Consulting LEMM, GORDON MD
Referring LEMM, GORDON MD
------------------------------------------------------------------------
                                CHEMISTRY
------------------------------------------------------------------------

                        Specimen Date    08/16/02
                        Specimen Time      1020
                 Weekday/Day of Stay        00
  Procedure         Ref Range    Unit    _____
        ROUTINE CHEMISTRY
  GLUCOSE RANDOM     (70-110)    MG/DL      110
  UREA NITROGEN       (8-21)     MG/DL       20
  CREATININE         (.9-1.5)    MG/DL      1.6 H
  SODIUM            (134-145)    MEQ/L      143
  POTASSIUM         (3.5-5.1)    MEQ/L      4.1
  CHLORIDE          (98-107)     MEQ/L      105
  TOTAL CO2        (21.0-31.0)   MEQ/L     32.2 H
  ANION GAP                                 9.9
  URIC ACID         (3.4-7.0)    MG/DL      7.9 H
  CALCIUM          (8.4-10.4)    MG/DL      9.2
  TOTAL PROTEIN     (6.0-8.3)    GM/DL      6.8
  ALBUMIN          (3.5-5.0)     GM/DL      4.6
  ALK PHOS          (45-122)     IU/L        69
  SGOT(AST)         (10-34)      IU/L        28
  SGPT(ALT)         (10-44)      IU/L        62 H
  BILIRUBIN TOTAL   (0.2-1.3)    MG/DL      1.4 H

  MCCORNACK, DANIEL E        08/17/02  0635      Page    1        END OF REPORT

        [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN   ONLY.
           IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

                                                      DEMGL:0078

PLAINTIFFS' EXHIBITS 010824

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L. Douglas M.D., Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

MCCORMACK, DANIEL E
Birthdate 02/15/1963
Nursing Station LA     Room Number
Admitting LEMM, GORDON MD
Referring LEMM, GORDON MD

Medical Record     (0000)0103430
Account Number     0019810

Consulting VONDOLLEN, L. MD

---

## CHEMISTRY

---

|  | Specimen Date | 11/14/02 |
|  | Specimen Time | 0840 |
|  | Weekday/Day of Stay | THU 001 |
| Procedure | Ref Range     Unit | |
| ROUTINE CHEMISTRY | | |
| GLUCOSE RANDOM | (70-110)     MG/DL | 130 H |
| UREA NITROGEN | (8-21)     MG/DL | 24 H |
| CREATININE | (.9-1.5)     MG/DL | 1.4 |
| SODIUM | (134-145)     MEQ/L | 141 |
| POTASSIUM | (3.5-5.1)     MEQ/L | 4.2 |
| CHLORIDE | (98-107)     MEQ/L | 100 |
| TOTAL CO2 | (21.0-31.0)     MEQ/L | 31.1 H |
| ANION GAP | | 14.1 |
| URIC ACID | (3.4-7.0)     MG/DL | 8.2 H |
| CALCIUM | (8.4-10.4)     MG/DL | 10.5 H |
| TOTAL PROTEIN | (6.0-8.3)     GM/DL | 7.6 |
| ALBUMIN | (3.5-5.0)     GM/DL | 4.6 |
| ALK PHOS | (45-122)     IU/L | 76 |
| SGOT(AST) | (10-34)     IU/L | 33 |
| SGPT(ALT) | (10-44)     IU/L | 82 H |
| BILIRUBIN TOTAL | (0.2-1.3)     MG/DL | 1.0 |

---

## THERAPEUTIC DRUGS/ TOXICOLOGY

---

|  | Specimen Date | 11/14/02 |
|  | Specimen Time | 0840 |
|  | Weekday/Day of Stay | THU 001 |
| Procedure | Ref Range     Unit | |
| DIGOXIN | (0.8-2.0)     NG/ML | 1.5 |

MCCORMACK, DANIEL E     11/15/02  0344     Page   1     END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

DEMGL:0077

PLAINTIFFS' EXHIBITS 010825

WIN CITIES COMMUNITY HOSPITA
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

MCCORNACK, DANIEL E                     Medical Record        (0000)0103430
Birthdate 02/15/1963                    Account Number        0223050
Nursing Station  LA       Room Number
Admitting LEMM, GORDON MD                  Consulting LEMM, GORDON MD
Referring LEMM, GORDON MD

                            CHEMISTRY
-------------------------------------------------------------------------

                         Specimen Date      02/15/03
                         Specimen Time      0950
                         Weekday/Day of Stay SAT 002
Procedure                Ref Range    Unit
          ROUTINE CHEMISTRY
GLUCOSE RANDOM           (70-110)     MG/DL         91
UREA NITROGEN            (8-21)       MG/DL         24  H
CREATININE               (.9-1.5)     MG/DL        1.2
SODIUM                   (134-145)    MEQ/L        142
POTASSIUM                (3 5-5.1)    MEQ/L        4.3
CHLORIDE                 (98-107)     MEQ/L        105
TOTAL CO2                (21.0-31.0)  MEQ/L       28.0
ANION GAP                                         13 3
URIC ACID                (3.4-7.0)    MG/DL        7.3  H
CALCIUM                  (8.4-10.4)   MG/DL        9.7
TOTAL PROTEIN            (6.0-8.3)    GM/DL        6.5
ALBUMIN                  (3.5-5.0)    GM/DL        4.2
ALK PHOS                 (45-122)     IU/L          58
SGOT(AST)                (10-34)      IU/L          24
SGPT(ALT)                (10-44)      IU/L          58  H
BILIRUBIN TOTAL          (0.2-1.3)    MG/DL        0.9
-------------------------------------------------------------------------
                       CARDIAC RISK PROFILE
-------------------------------------------------------------------------

                         Specimen Date      02/15/03
                         Specimen Time      0950
                         Weekday/Day of Stay SAT 002
Procedure                Ref Range    Unit
CHOLESTEROL              (100-200)    MG/DL        231  H
TRIGLYCERIDES            (40-160)     MG/DL        284  H
HDL CHOLESTEROL          (35.0-55 0)  MG/DL       38.3
LDL CHOLESTEROL          (0-130)      MG/DL        136  H

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0075

PLAINTIFFS' EXHIBITS 010826

Patient Name  MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430
Nursing Station LA      Room
Admitting LEMM, GORDON MD          Referring  LEMM, GORDON MD

----------------------------------------------------------------------

### CARDIAC RISK PROFILE

----------------------------------------------------------------------

```
                    Specimen Date   02/15/03
                    Specimen Time   0950
                 Weekday/Day of Stay  SAT 002
     Procedure      Ref Range    Unit    _____
     CHOL/HDL RATIO                          6.0 H
CHOL/HDL RATIO (07/23/01 -- Current)
          CORONARY HEART DISEASE RISK        CHOLESTEROL/HDL RATIO

          1/2 STANDARD RISK                        3.4
          STANDARD RISK FEMALE                     4.4
          STANDARD RISK MALE                       5.0
          2X STANDARD RISK FEMALE                  7.1
          2X STANDARD RISK MALE                    9.6
          3X STANDARD RISK FEMALE                 11.0
          3X STANDARD RISK MALE                   23.4


          *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
          WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

          *LDL VALUES 130-159 {BORDERLINE RISK}
          * LDL VALUES >160 {HIGH RISK}
```

----------------------------------------------------------------------

### HEMATOLOGY

A smear review or manual differential may be ordered per protocol to confirm
preliminary automated WBC classification as indicated.

----------------------------------------------------------------------

```
                    Specimen Date   02/15/03
                    Specimen Time   0950
                 Weekday/Day of Stay  SAT 002
     Procedure      Ref Range    Unit    _____
          AUTOMATED BLOOD COUNT
     WBC            (4.8-10.8)   10^3       9.3
     RBC            (3.80-6.01)  10^6       5.43
     HGB            (12.7-17.1)  G/DL      17.0
     HCT            (36.7-50.3)   %        48.9
     MCV            (81.7-100.5) FL        90.1
     MCHC           (32.8-35.6)   %        34.6
     RDW %          (11.1-14.7)   %        12.5
     PLATELET CT    (130-400)    10^3     168 f
PLATELET CT (Initial -- Current)
          ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
          "INCREASE" =>400,000/CMM
          "NORMAL"   =130,000-400,000/CMM
          "SLTDECR"  =100,000-130,000/CMM
          "DECREASD" =50,000-100,000/CMM
          "MARKDECR" =<50,000/CMM
```

MCCORNACK, DANIEL E          02/16/03  0648      Page  2          END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

DEMGL:0076

PLAINTIFFS' EXHIBITS 010827

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E                      Medical Record      (0000)0103430
Birthdate 02/15/1963                     Account Number      0634700
Nursing Station  LA    Room Number
Admitting LEMM – Do NOT Fax-->           Consulting LEMM – Do NOT Fax-->MAIL
Referring LEMM – Do NOT Fax-->MAIL

------------------------------------------------------------------------
                                CHEMISTRY
------------------------------------------------------------------------

                        Specimen Date    08/08/03
                        Specimen Time    0841
                    Weekday/Day of Stay  FRI 001
Procedure               Ref Range    Unit
          ROUTINE CHEMISTRY
GLUCOSE RANDOM          (70-110)     MG/DL     103
UREA NITROGEN           (8-21)       MG/DL      21
CREATININE              (.9-1.5)     MG/DL      1.2
SODIUM                  (134-145)    MEQ/L     142
POTASSIUM               (3.5-5.1)    MEQ/L      4.2
CHLORIDE                (98-107)     MEQ/L     103
TOTAL CO2               (21.0-31.0)  MEQ/L     26.6
ANION GAP                                      16.6
URIC ACID               (3.4-7.0)    MG/DL      7.0
CALCIUM                 (8.4-10.4)   MG/DL      9.5
TOTAL PROTEIN           (6.0-8.3)    GM/DL      6.5
ALBUMIN                 (3 5-5.0)    GM/DL      4.2
ALK PHOS                (45-122)     IU/L       58
SGOT(AST)               (10-34)      IU/L       17
SGPT(ALT)               (10-44)      IU/L       35
BILIRUBIN TOTAL         (0.2-1.3)    MG/DL      1.0

------------------------------------------------------------------------
                          CARDIAC RISK PROFILE
------------------------------------------------------------------------

                        Specimen Date    08/08/03
                        Specimen Time    0841
                    Weekday/Day of Stay  FRI 001
Procedure               Ref Range    Unit
CHOLESTEROL             (100-200)    MG/DL     208 H
TRIGLYCERIDES           (40-160)     MG/DL     140
HDL CHOLESTEROL         (35.0-55.0)  MG/DL     42.9
LDL CHOLESTEROL         (0-130)      MG/DL     137 H

MCCORNACK, DANIEL E       08/09/03  0132      Page  1       CONTINUED....
*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
    IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0073

PLAINTIFFS' EXHIBITS 010828

```
Patient Name  MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430
Nursing Station LA     Room
Admitting LEMM - Do NOT Fax-->      Referring  LEMM - Do NOT Fax-->MAIL
```

## CARDIAC RISK PROFILE

```
                    Specimen Date    08/08/03
                    Specimen Time      0841
                  Weekday/Day of Stay  FRI 001
                    Ref Range    Unit    _____
Procedure                                   4.8 f
CHOL/HDL RATIO
CHOL/HDL RATIO (07/23/01 -- Current)
          CORONARY HEART DISEASE RISK           CHOLESTEROL/HDL RATIO

          1/2 STANDARD RISK                            3.4
          STANDARD RISK FEMALE                         4.4
          STANDARD RISK MALE                           5.0
          2X STANDARD RISK FEMALE                      7.1
          2X STANDARD RISK MALE                        9.6
          3X STANDARD RISK FEMALE                     11.0
          3X STANDARD RISK MALE                       23.4

          *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
          WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

          *LDL VALUES 130-159 (BORDERLINE RISK)
          * LDL VALUES >160 (HIGH RISK)
```

### HEMATOLOGY

A smear review or manual differential may be ordered per protocol to confirm preliminary automated WBC classification as indicated.

```
                    Specimen Date    08/08/03
                    Specimen Time      0841
                  Weekday/Day of Stay  FRI 001
                    Ref Range    Unit
Procedure
       AUTOMATED BLOOD COUNT
WBC          (4.8-10.8)    10^3        8.2
RBC          (3.80-6.01)   10^6        5.28
HGB          (12.7-17.1)   G/DL       16.7
HCT          (36.7-50.3)   %          48.3
MCV          (81.7-100.5)  FL         91.4
MCHC         (32.8-35.6)   %          34.7
RDW %        (11.1-14.7)   %          12.9
PLATELET CT  (130-400)     10^3       159 f
PLATELET CT (Initial -- Current)
        ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
          "INCREASE" ->400,000/CMM
          "NORMAL"   =130,000-400,000/CMM
          "SLTDECR"  =100,000-130,000/CMM
          "DECREASD" =50,000-100,000/CMM
          "MARKDECR" =<50,000/CMM
```

```
MCCORNACK, DANIEL E        08/09/03  0132       Page   2            END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

DEMGL:0074

PLAINTIFFS' EXHIBITS 010829

Patient Name  MCCORNACK, DANIEL E          Medical Record Number   (0000)0103430
Nursing Station LA     Room
Admitting LEMM - Do NOT Fax-->      Referring  VONDOLLEN, L. MD

---

### HEMATOLOGY

A smear review or manual differential may be ordered per protocol to confirm preliminary automated WBC classification as indicated.

---

```
                          Specimen Date    02/20/04
                          Specimen Time    0820
                       Weekday/Day of Stay  FRI 002
Procedure              Ref Range    Unit    _____
    AUTOMATED BLOOD COUNT
WBC            (4.8-10.8)   10 3            9.5
RBC            (3.80-6.01)  10 6            5.45
HGB            (12.7-17.1)  g/dL            16.9
HCT            (36.7-50.3)  %               48.9
MCV            (81.7-100.5) FL              89.8
MCHC           (32.8-35.6)  %               34.6
RDW %          (11.1-14.7)  %               12 6
PLATELET CT    (130-400)    10 3            167 f
PLATELET CT (Initial -- Current)
        ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE
            "INCREASE" ->400,000/CMM
            "NORMAL"   =130,000-400,000/CMM
            "SLTDECR"  =100,000-130,000/CMM
            "DECREASD" =50,000-100,000/CMM
            "MARKDECR" =<50,000/CMM
```

---

### ROUTINE URINALYSIS

---

```
                          Specimen Date    02/20/04
                          Specimen Time    0820
                       Weekday/Day of Stay  FRI 002
Procedure              Ref Range    Unit    _____

    MICROSCOPIC URINALYSIS
URINE TYPE                          MID STRM
WBC/HPF                              0-3
RBC/HPF                             0-1
BACTERIA                            OCC
SQUAMOUS EPITH                      0-2
```

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0071

PLAINTIFFS' EXHIBITS 010830

Patient Name  MCCORNACK, DANIEL E          Medical Record Number   (0000)0103430
Nursing Station LA      Room
Admitting LEMM — Do NOT Fax—>      Referring  VONDOLLEN, L. MD

---------------------------------------------------------------------------------

                              ROUTINE URINALYSIS

---------------------------------------------------------------------------------

```
                              Specimen Date      02/20/04
                              Specimen Time        0820
                          Weekday/Day of Stay    FRI 002
                            Ref Range    Unit    ─────────
Procedure
URINE TYPE                                       MID STRM
WBC/HPF                                            0-3
RBC/HPF                                            0-1
BACTERIA                                           OCC
SQUAM EPI/HPF                                      0-2
```

MCCORNACK, DANIEL E          02/21/04  0209       Page    4          END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

                                                            DEMGL:0072

PLAINTIFFS' EXHIBITS 010831

WIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D , Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E                    Medical Record        (0000)0103430
Birthdate  02/15/1963                  Account Number        1130811
Nursing Station  LA      Room Number
Admitting LEMM -- Do NOT Fax-->        Consulting VONDOLLEN, L. MD
Referring LEMM - Do NOT Fax-->MAIL

LAST DOSE 2-19 1930

------------------------------------------------------------------------
                               CHEMISTRY
------------------------------------------------------------------------

                        Specimen Date     02/20/04
                        Specimen Time     0820
                        Weekday/Day of Stay  FRI 002
Procedure               Ref Range    Unit
       ROUTINE CHEMISTRY
GLUCOSE RANDOM          (70-110)    mg/dL      109
UREA NITROGEN           (8-21)      mg/dL       27 H
CREATININE              (.9-1.5)    mg/dL      1.1
SODIUM                  (134-145)   mEq/L      143
POTASSIUM               (3.5-5.1)   mEq/L      4.4
CHLORIDE                (98-107)    mEq/L      102
TOTAL CO2               (21.0-31.0) mEq/L     32.6 H
ANION GAP                                     12.8
URIC ACID               (3.4-7.0)   MG/DL      6.9
CALCIUM                 (8.4-10.4)  mg/dL      9.8
TOTAL PROTEIN           (6.0-8.3)   g/dL       7.0
ALBUMIN                 (3.5-5.0)   g/dL       4.7
ALK PHOS                (45-122)    IU/L        61
SGOT(AST)               (10-34)     IU/L        21
SGPT(ALT)               (10-44)     IU/L        47 H
BILIRUBIN TOTAL         (0.2-1.3)   mg/dL       .6
------------------------------------------------------------------------
                          CARDIAC RISK PROFILE
------------------------------------------------------------------------

                        Specimen Date     02/20/04
                        Specimen Time     0820
                        Weekday/Day of Stay  FRI 002
Procedure               Ref Range    Unit
CHOLESTEROL             (100-200)   mg/dL      254 H
TRIGLYCERIDES           (40-160)    mg/dL      229 H
HDL CHOLESTEROL         (35.0-55.0) mg/dL     43.5
LDL CHOLESTEROL         (0-130)     mg/dL      165 H

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0069

PLAINTIFFS' EXHIBITS 010832

```
Patient Name  MCCORNACK, DANIEL E          Medical Record Number   (0000)0103430
Nursing Station LA      Room
Admitting LEMM - Do NOT Fax-->       Referring  VONDOLLEN, L. MD
```
-------------------------------------------------------------------------------
### CARDIAC RISK PROFILE
-------------------------------------------------------------------------------

```
                        Specimen Date   02/20/04
                        Specimen Time     0820
                      Weekday/Day of Stay FRI 002
      Procedure       Ref Range   Unit     _____
      CHOL/HDL RATIO                          5.8 Hf
CHOL/HDL RATIO (07/23/01 -- Current)
      CORONARY HEART DISEASE RISK        CHOLESTEROL/HDL RATIO

      1/2 STANDARD RISK                       3.4
      STANDARD RISK FEMALE                    4.4
      STANDARD RISK MALE                      5.0
      2X STANDARD RISK FEMALE                 7.1
      2X STANDARD RISK MALE                   9.6
      3X STANDARD RISK FEMALE                11.0
      3X STANDARD RISK MALE                  23.4

      *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
      WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

      *LDL VALUES 130-159 (BORDERLINE RISK)
      * LDL VALUES >160 (HIGH RISK)
```
-------------------------------------------------------------------------------
### THERAPEUTIC DRUGS/ TOXICOLOGY
-------------------------------------------------------------------------------

```
                        Specimen Date   02/20/04
                        Specimen Time     0820
                      Weekday/Day of Stay FRI 002
      Procedure       Ref Range   Unit     _____
      DIGOXIN         (0.8-2.0)   NG/ML       1.8
```
-------------------------------------------------------------------------------
### SPECIAL CHEMISTRY
-------------------------------------------------------------------------------

```
                        Specimen Date   02/20/04
                        Specimen Time     0820
                      Weekday/Day of Stay FRI 002
      Procedure       Ref Range   Unit     _____
      T4              (4.0-12.0)  UG/DL       7.5
      TSH             (.32-5.00)  mIU/ML      3.24
```

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0070

PLAINTIFFS' EXHIBITS 010833

```
04/04/04                    SIERRA VISTA REGIONAL MEDICAL CENTER              PAGE:  1
10:58               1010 MURRAY AVE., SAN LUIS OBISPO, CA 93405  (805) 546-7790
                  CENTRAL COAST PATHOLOGY CONSULTANTS; JAMES HANNAH, MD. DIRECTOR

   AME: MCCORNACK, DANIEL E                    ID: 5079063          SEX: M AGE:    41
                                                                   DOB:  2/15/1963
   LOC: SP        -

   ACCESSION: 4093-MB0010               ADMITTING DOCTOR: LEMM, GORDON
                                           COPIES TO: LEMM, GORDON          /
   COLLECTED: DROP     DATE:  4/01/04  TIME: 15:30
   COMPLETED:          DATE:  4/04/04  TIME: 10:49
```

=================================================================================
                                *** FINAL    REPORT ***
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
              SPECIMEN TYPE: URINE
              BODY SITE:
              COMMENT:

URINE CULTURE (includes colony count)

   NO GROWTH (standard colony count loop size of 0.001 ml used)

4/6/04   Patient notified by Al Coleman RMA

*** MICROBIOLOGY REPORT - FINAL   ***

DEMGL:0068

PLAINTIFFS' EXHIBITS 010834

TOTAL P.03

Patient Name MCCORMACK, DANIEL E        Medical Record Number  (0000)0103430

ing Station LA    Room
. Phys  LEMM - Do NOT Fax-->MAIL     Consulting  LEMM - Do NOT Fax-->MAIL     Referring   LEMM - Do NOT Fax-->MAIL

SEROLOGY/IMMUNOLOGY

| | | |
|---|---|---|
| Specimen Date | 04/02/04 | |
| Specimen Time | 0045 | |
| Weekday/Day of Stay | FRI 001 | |

Procedure        Ref Range    Unit
CRP             (0.00-0.50)  MG/DL       0.39 f
CRP (06/19/03 -- Current)
         ADULT EXPECTED VALUE = Less than 0.50.

NEWBORN EXPECTED VALUES:
0 DAY    < .06 mg/dL
1 DAY    < .32 mg/dL
1 WEEK   < .16 mg/dL

Footnotes
f - Footnote

Patient Name  MCCORMACK, DANIEL E        Printed  04/06/04  1223        Page   3        END OF REPORT
                    *** INTERIM PATIENT REPORT ..   EMERGENCY ROOM REPORT ***

        [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY. IF RECEIVED IN ERROR, PLEASE CALL 434-4501.]

P.03/03

APR-06-2004  00:27
DEMGL 0067

PLAINTIFFS' EXHIBITS 010835

Patient Name  MCCORMACK, DANIEL E        Medical Record Number  (0000)0103430
Nursing Station LA    Room
   it Phys  LEMM - Do NOT Fax-->MAIL    Consulting  LEMM   Do NOT Fax-->MAIL      Referring    LEMM - Do NOT Fax-->MAIL

-------------------------------------------------------------------------------------------------
HEMATOLOGY
A Smear Review or Manual Differential may be ordered per protocol to confirm prelim automated WBC classification as indicated.

|  |  | Specimen Date | 04/02/04 |
|  |  | Specimen Time | 0845 |
|  |  | Weekday/Day of Stay | FRI 001 |
| Procedure | Ref Range | Unit |  |
| AUTOMATED BLOOD COUNT |  |  |  |
| WBC | (4.8-10.8) | 10 3 | 9.9 |
| RBC | (3.80-6.01) | 10 6 | 5.17 |
| HGB | (12.7-17.1) | g/dL | 16.2 |
| HCT | (36.7-50.3) | % | 46.5 |
| MCV | (81.7-100.5) | FL | 89.9 |
| MCHC | (32.8-35.6) | % | 34.9 |
| RDW % | (11.1-14.7) | % | 12.6 |
| PLATELET CT | (130-400) | 10 3 | 165 f |
| AUTO LYMPH % | (20.0-40.0) | % | 17.9 L |
| AUTO MONOS % | (5.0-11.0) | % | 10.9 |
| AUTO GRAN % | (42.0-75.0) | % | 70.2 |
| AUTO EOS % | (0.0-8.0) | % | 0.7 |
| AUTO BASO % | (0.0-5.0) | % | 0.3 |
| ABS LYMPHS | (1.0-4.3) | 10 3 | 1.8 |
| ABS MONOCYTES | (0.2-1.1) | 10 3 | 1.1 |
| ABS GRAN (ANC) | (2.0-8.1) | 10 3 | 6.9 |
| ABS EOSINOPHILS | (0.0-0.9) | 10 3 | 0.1 |
| ABS BASOPHILS | (0.0-0.5) | 10 3 | 0.0 |

PLATELET CT (Initial -- Current)
       ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
       "INCREASE" =>400,000/CMM
       "NORMAL"   =130,000-400,000/CMM
       "SLTDECR"  =100,000-130,000/CMM
       "DECREASD" =50,000-100,000/CMM
       "MARKDECR" =<50,000/CMM

-------------------------------------------------------------------------------------------------
SPECIAL HEMATOLOGY
-------------------------------------------------------------------------------------------------

|  |  | Specimen Date | 04/02/04 |
|  |  | Specimen Time | 0845 |
|  |  | Weekday/Day of Stay | FRI 001 |
| Procedure | Ref Range | Unit |  |
| SED RATE | (0-10) | MM/HR | 5 |

DEMGL:0066

PLAINTIFFS' EXHIBITS 010836

~inted 04/06/04  Time 1223

c  1

**TWIN CITIES COMMUNITY HOSPITAL**
**Clinical Laboratory**
1100 Las Tablas Road Templeton CA 93465
C.L. Douglas M.D. Director
Steven B. Jobst M.D., Kurt Lundquist M.D. Pathologists

**STAT REPORT**
**PHONE REPORT**
**EXPEDITE REPORT**

Patient Name MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430        Birthdate    02/15/1961
Nursing Station  1A      Room Number
Admit Phys  LEMM - Do NOT Fax-->MAIL  Consulting  LEMM - Do NOT Fax-->MAIL        Referring  LEMM - Do NOT Fax-->MAIL

---

SPECIAL CHEMISTRY

---

| | | |
|---|---|---|
| Specimen Date | 04/02/04 | |
| Specimen Time | 0845 | |
| Weekday/Day of Stay | FRI 001 | |
| Ref Range      Unit | | |

Procedure
PSA

PSA (07/19/01 -- Current)            ng/mL          0.8 f

Age-specific references ranges for PSA test, according to RACE

|  |  | Whites | Blacks |
|---|---|---|---|
| | | pg of PSA/mL | |
| Age (yr) | | | |
| 40 - 49 | | 0.0 - 2.5 | 0.0 - 2.0 |
| 50 - 59 | | 0.0 - 3.5 | 0.0 - 4.0 |
| 60 - 69 | | 0.0 - 3.5 | 0.0   4.5 |
| 70 - 79 | | 0.0 - 3.5 | 0.0 - 5.5 |

NOTE:  PSA serum concentrations should not be used as absolute
evidence of the presence or absence of prostate cancer. PSA
levels > 4.0 may be observed in patients with benign prostatic
hyperplasia and other nonmalignant disorders as well as in
patients with prostatic cancer. Some patients with prostate
cancer have serum PSA concentrations less than 4.0
ng/mL.  When used for either screening or patient management,
PSA values should be used in conjunction with information
available from clinical evaluation and other diagnostic
procedures, such as digital rectal examination (DRE)
Ranges adjusted 9/28/00 based on study in New England Journal
of Medicine, August 1, 1996

4/6/04  Patient notified by *Abelman RMA*

*Labrok*

---

P.01/03

APR-06-2004  00:27
DEMGL  5900

PLAINTIFFS' EXHIBITS 010837

2-AUG-2004  15:04              Gold-Fax Message                    Page 4/4

Patient Name MCCORNACK, DANIEL E       Medical Record Number  (0000)0103430
Nursing Station LA     Room
Admitting LEMM                    Referring  LEMM

----------------------------------------------------------------------
                         SPECIAL HEMATOLOGY
----------------------------------------------------------------------

                    Specimen Date    08/02/04
                    Specimen Time       1032
                 Weekday/Day of Stay      00
     Procedure      Ref Range    Unit    _____
     SED RATE        (0-10)      MM/HR        2

----------------------------------------------------------------------
                       IMMUNOLOGY/SEROLOGY
----------------------------------------------------------------------

                    Specimen Date    08/02/04
                    Specimen Time       1032
                 Weekday/Day of Stay      00
     Procedure      Ref Range    Unit    _____
     RA FACTOR TITER   (0-10)    IU/ML        7
     CRP            (0.00-0.50)  MG/DL      0.13 f
CRP (06/19/03 -- Current)
ADULT EXPECTED VALUE = Less than 0.50.

.EWBORN EXPECTED VALUES:
0 DAY    <  06 mg/dL
1 DAY    < .32 mg/dL
1 WEEK   < .16 mg/dL

MCCORNACK, DANIEL E        08/02/04  1401      Page   4        END OF REPORT

     [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
          IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

DEMGL:0064

PLAINTIFFS' EXHIBITS 010838

2-AUG-2004  17:06                    Gold-Fax Message                         Page 5/7

Patient Name MCCORNACK, DANIEL E       Medical Record Number  (0000)0103430
Nursing Station LA     Room
Admitting LEMM                         Referring  LEMM

-------------------------------------------------------------------------------
                                  CARDIAC
-------------------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time      1032
                    Weekday/Day of Stay     00
      Procedure       Ref Range   Unit    _____
      CPK             (24-204)    IU/L        125

-------------------------------------------------------------------------------
                            SPECIAL CHEMISTRY
-------------------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time      1032
                    Weekday/Day of Stay     00
      Procedure       Ref Range   Unit    _____
      TSH             (.46-4 68)  mIU/ML     1.74

-------------------------------------------------------------------------------
                               HEMATOLOGY
      A smear review or manual differential may be ordered per protocol to confirm
      eliminary automated WBC classification as indicated.
-------------------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time      1032
                    Weekday/Day of Stay     00
      Procedure       Ref Range   Unit    _____
          AUTOMATED BLOOD COUNT
      WBC             (4.8-10 8)  10 3        7.8
      RBC             (3.80-6.01) 10 6        5.12
      HGB             (12.7-17.1) g/dL       15 8
      HCT             (36.7-50.3) %          46 3
      MCV             (81 7-100.5) FL        90.2
      MCHC            (32.8-35.6) %          34.2
      RDW %           (11.1-14.7) %          12.7
      PLATELET CT     (130-400)   10 3       159 f
PLATELET CT (Initial -- Current)
ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
"INCREASE" ->400,000/CMM
"NORMAL"   =130,000-400,000/CMM

MCCORNACK, DANIEL E         08/02/04  1601     Page   3         CONTINUED....
   *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
        IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0063

PLAINTIFFS' EXHIBITS 010839

2-AUG-2004   15:04              *Gold-Fax Message*              Page 2/4

Patient Name MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430
Nursing Station LA    Room
Admitting LEMM                      Referring LEMM
---------------------------------------------------------------------------
                        CARDIAC RISK PROFILE
---------------------------------------------------------------------------

                     Specimen Date    08/02/04
                     Specimen Time    1032
                     Weekday/Day of Stay    00
      Procedure        Ref Range    Unit
      CHOLESTEROL       (100-200)    mg/dL        202 H
      TRIGLYCERIDES     (40-160)     mg/dL        181 H
      HDL CHOLESTEROL   (35.0-55.0)  mg/dL        41.2
      LDL CHOLESTEROL   (0-130)      mg/dL        125
      CHOL/HDL RATIO                              4.9 f
CHOL/HDL RATIO (07/23/01 -- Current)
CORONARY HEART DISEASE RISK        CHOLESTEROL/HDL RATIO

1/2 STANDARD RISK                       3.4
STANDARD RISK FEMALE                    4.4
STANDARD RISK MALE                      5.0
2X STANDARD RISK FEMALE                 7.1
2X STANDARD RISK MALE                   9.6
3X STANDARD RISK FEMALE                11 0
3X STANDARD RISK MALE                  23 4

   LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

*LDL VALUES 130-159 (BORDERLINE RISK)
* LDL VALUES >160 (HIGH RISK)

MCCORNACK, DANIEL E       08/02/04  1401      Page   2          CONTINUED....
    *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY
         IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0062

PLAINTIFFS' EXHIBITS 010840

2-AUG-2004   15:04                    *Gold-Fax Message*                    Page 1/4

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M D Pathologists

MCCORNACK, DANIEL E                 Medical Record      (0000)0103430
Birthdate 02/15/1963                Account Number      1176617
Nursing Station  LA    Room Number
Admitting LEMM                      Consulting LEMM
Referring LEMM
----------------------------------------------------------------------
------------------------------  CHEMISTRY  ----------------------------
----------------------------------------------------------------------

                          Specimen Date    08/02/04
                          Specimen Time    1032
                          Weekday/Day of Stay    00
Procedure          Ref Range    Unit
        ROUTINE CHEMISTRY
GLUCOSE RANDOM     (70-110)     mg/dL         97
UREA NITROGEN      (8-21)       mg/dL         23 H
CREATININE         (.9-1.5)     mg/dL         1.3
SODIUM             (134-145)    mEq/L        139
POTASSIUM          (3 5-5.1)    mEq/L          4.2
CHLORIDE           (98-107)     mEq/L        101
TOTAL CO2          (21.0-31.0)  mEq/L         30.6
ANION GAP                                     11.6
URIC ACID          (3 4-7.0)    mg/dL          6.0
CALCIUM            (8.4-10.4)   mg/dL          9.5
TOTAL PROTEIN      (6 0-8.3)    g/dL           6.3
ALBUMIN            (3.5-5.0)    g/dL           4.4
ALK PHOS           (45-122)     IU/L          75
SGOT(AST)          (10-34)      IU/L          22
SGPT(ALT)          (10-44)      IU/L          36
BILIRUBIN TOTAL    (0.2-1.3)    mg/dL          0.9

MCCORNACK, DANIEL E         08/02/04  1401      Page   1         CONTINUED....
*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0061

PLAINTIFFS' EXHIBITS 010841

18:01 AUG 02, 2004  ID: SVRMC LAB          TEL NO: 805-546-7790          #1835842  PAGE: 1/1

08/02/04          SIERRA VISTA REGIONAL MEDICAL CENTER                    PAGE:   1
18:01   1010 MURRAY AVE., SAN LUIS OBISPO CA. 93405  (805) 546-7790
      CENTRAL COAST PATHOLOGY CONSULTANTS; JAMES HANNAH, MD. DIRECTOR

NAME: MCCORNACK, DANIEL          ID: T1176617     SEX: M AGE:   38

LOC: TCOUT  -                ADMITTING DATE:  8/02/04          DOB: 2/15/1966

ACCESSION: 4215-GL1717     ADMITTING DOCTOR: LEMM, G*        /
                              COPIES TO:
                                       COLLECTED:  8/02/04 10:30 BY: LAB
                                       COMPLETED:  8/02/04 17:55

                                                       --CHART FINAL--
COMMENTS:
===================================================================
PROCEDURE               RESULT      GRAPHIC -EXPECTED RANGE- UNITS    CERT
-------------------------------------------------------------------

   VITAMIN B12            743        [ *]       239-931      PG/ML     TMB




LAST PAGE OF REPORT

DEMGL:0060

PLAINTIFFS' EXHIBITS 010842



93465001
905-434-4501

TWIN CITIES COMM. HOSP.
1100 LAS TABLAS

TEMPLETON  CA  93465

**Quest Diagnostics**

**LABORATORY REPORT**

| Patient Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| MCCORMACK, DANIEL | 103430  1176617 | OP | 41 | M | LEMM, G |

| Page | Requisition No. | Accession No. | Lab Ref No. | Collection Date & Time | Log-In Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 1 | 0037463 | WH025285A | 0037463 | 08/02/2004 1030 | 08/03/2004 | 08/03/2004 13:00 |

Remarks

| Report Status | Test | Result In Range  Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|
| **FINAL** | | | | | |

PATIENT DATE OF BIRTH: 02/15/1963

ANA SCREEN EIA W/REFL TITER IFA           NEGATIVE                    NEGATIVE           WD
  ANA SCREEN

'WD ' Indicates testing site:   QUEST DIAGNOSTICS-LOS ANGELES (METRO)
                                7600 TYRONE AVENUE
                                VAN NUYS CA 91405
                                (818) 989-2520
                                GEOFFERY H. MOYER M.D PHD

                         >> END OF REPORT <<

DEMGL:0059

PLAINTIFFS' EXHIBITS 010843



93465001
TWIN CITIES COMM. HOSP.
1100 LAS TABLAS
TEMPLETON  CA  93465-

05-434-4501

**Quest Diagnostics**

**LABORATORY REPORT**

| Patient Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| MCCORMACK, DANIEL | 103430 1176617 | OP | 41 | M | LEMM, G |

| Page | Requisition No. | Accession No. | Lab Ref No. | Collection Date & Time | Log-In Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 1 | 0037464 | WH024252A | 0037464 | 08/02/2004 1030 | 08/03/2004 | 08/03/2004 15:00 |

Remarks

| Report Status | **FINAL** | Test | Result In Range  Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|

PATIENT DATE OF BIRTH: 02/15/1963

HLA-B27 ANTIGEN          DETECTED                                    WD

    THE HLA B27 ANTIGEN IS PRESENT IN 9% OF
CAUCASIAN AND 4% OF BLACK POPULATIONS
THIS ANTIGEN IS SEEN WITH A FREQUENCY OF
90% IN PATIENTS WITH ANKYLOSING SPONDYLITIS
AND A FREQUENCY OF 80% IN PATIENTS WITH
REITERS DISEASE.

'WD  '  Indicates testing site:      QUEST DIAGNOSTICS-LOS ANGELES (METRO)
                                      7600 TYRONE AVENUE
                                        VAN NUYS CA 91405
                                        (818) 989-2520
                                        GEOFFERY H. MOYER M.D PHD

                   >> END OF REPORT <<

DEMGL:0058

6-APR-2005   13:01                    *Gold-Fax Message* ·.                    Page 3/7


Patient Name MCCORNACK, DANIEL E        Medical Record Number   (0000)0103430
Nursing Station LA     Room
Admitting LEMM                          Referring  LEMM

--------------------------------------------------------------------------
                              HEMATOLOGY
   A smear review or manual differential may be ordered per protocol to confirm
preliminary automated WBC classification as indicated.
--------------------------------------------------------------------------

|              | Specimen Date | 04/06/05 |         |
|--------------|---------------|----------|---------|
|              | Specimen Time | 0835     |         |
|              | Weekday/Day of Stay |    | WED 001 |
| Procedure    | Ref Range     | Unit     |         |
| AUTOMATED BLOOD COUNT |       |          |         |
| WBC          | (4 8-10.8)    | 10 3     | 10 2    |
| RBC          | (3.80-6.01)   | 10 6     | 5 38    |
| HGB          | (12.7-17.1)   | g/dL     | 16.4    |
| HCT          | (36.7-50.3)   | %        | 47.7    |
| MCV          | (81.7-100.5)  | FL       | 88.6    |
| MCHC         | (32.8-35 6)   | %        | 34.4    |
| RDW %        | (11.1-14 7)   | %        | 12.8    |
| PLATELET CT  | (130-400)     | 10 3     | 176 f   |
| AUTO LYMPH % | (20.0-40.0)   | %        | 19.9 L  |
| AUTO MONOS % | (5.0-11.0)    | %        | 10.2    |
| AUTO GRAN %  | (42.0-75 0)   | %        | 68.2    |
| AUTO EOS %   | (0.0-8 0)     | %        | 0.9     |
| AUTO BASO %  | (0 0-5 0)     | %        | 0.8     |
| ABS LYMPHS   | (1.0-4.3)     | 10 3     | 2 0     |
| ABS MONOCYTES| (0 2-1.1)     | 10 3     | 1.0     |
| ABS GRAN (ANC)| (2 0-8.1)    | 10 3     | 7.0     |
| ABS EOSINOPHILS| (0 0-0.9)   | 10 3     | 0 1     |
| ABS BASOPHILS| (0 0-0.5)     | 10 3     | 0 1     |

PLATELET CT (Initial -- Current)
ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
"INCREASE" ->400,000/CMM
"NORMAL"  =130,000-400,000/CMM
"SLTDECR" =100,000-130,000/CMM
"DECREASD" =50,000-100,000/CMM
"MARKDECR" =<50,000/CMM


MCCORNACK, DANIEL E      04/06/05 1201      Page   3       END OF REPORT

     [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
          IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]


DEMGL:0057

PLAINTIFFS' EXHIBITS 010845

6-APR-2005  13:01                    Gold-Fax Message                    Page 2/7

Patient Name MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430
Nursing Station LA      Room
Admitting LEMM                          Referring LEMM
------------------------------------------------------------------------
                        CARDIAC RISK PROFILE
------------------------------------------------------------------------

                    Specimen Date      04/06/05
                    Specimen Time      0835
                    Weekday/Day of Stay  WED 001
     Procedure       Ref Range    Unit
     CHOLESTEROL      (100-200)   mg/dL       236 H
     TRIGLYCERIDES    (40-160)    mg/dL       252 H
     HDL CHOLESTEROL  (35.0-55.0) mg/dL       32.1 L
     LDL CHOLESTEROL  (0-130)     mg/dL       154 H
     CHOL/HDL RATIO                           7.4 Hf
CHOL/HDL RATIO (07/23/01 -- Current)
CORONARY HEART DISEASE RISK       CHOLESTEROL/HDL RATIO

1/2 STANDARD RISK                      3.4
STANDARD RISK FEMALE                   4.4
STANDARD RISK MALE                     5.0
2X STANDARD RISK FEMALE                7.1
2X STANDARD RISK MALE                  9.6
3X STANDARD RISK FEMALE               11.0
  STANDARD RISK MALE                  23.4

*LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

*LDL VALUES 130-159 {BORDERLINE RISK}
* LDL VALUES >160 {HIGH RISK}

MCCORNACK, DANIEL E      04/06/05  1201      Page  2        CONTINUED ...
   *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
        IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0056

PLAINTIFFS' EXHIBITS 010846

6-APR-2005   13:01                    *Gold-Fax Message* *              Page 1/7

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E                    Medical Record       (0000)0103430
Birthdate 02/15/1963                   Account Number       2007118
Nursing Station LA    Room Number
Admitting LEMM                         Consulting LEMM
Referring LEMM
-----------------------------------------------------------------------
                              CHEMISTRY
-----------------------------------------------------------------------

                        Specimen Date     04/06/05
                        Specimen Time     0835
                     Weekday/Day of Stay  WED 001
    Procedure          Ref Range    Unit
              ROUTINE CHEMISTRY
    GLUCOSE RANDOM      (70-110)     mg/dL        96
    UREA NITROGEN       (6-20)       mg/dL        27 H
    CREATININE          (.6-1.2)     mg/dL        1.1
    SODIUM              (134-145)    mEq/L        140
    POTASSIUM           (3.5-5.1)    mEq/L        4.5
    CHLORIDE            (98-107)     mEq/L        101
    TOTAL CO2           (21.0-31 0)  mEq/L        28 7
    ANION GAP                                     14 8
    CALCIUM             (8.4-10.4)   mg/dL        9.6
    TOTAL PROTEIN       (6.0-8 3)    g/dL         6.7
    ALBUMIN             (3.5-5.0)    g/dL         4.4
    ALK PHOS            (45-122)     IU/L         70
    SGOT(AST)           (10-34)      IU/L         23
    SGPT(ALT)           (10-44)      IU/L         67 H
    BILIRUBIN TOTAL     (0.2-1.3)    mg/dL        0.6

4/9/05  Patient notified by *Akelman RNA*
        *mom*

MCCORNACK, DANIEL E       04/06/05  1201    Page  1        CONTINUED. ..
  *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
      IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

DEMGL:0055

PLAINTIFFS' EXHIBITS 010847

/31/:6 14:06 Central Coast Clinical Laboratory  P 01/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:    MCCORNACK, DAN          SEX: M      DOB: 02/15/1963
PT ID:                           LAB ID:     021563DM
PHYS1:   LEMM, GORDON            DRAW DATE:  07/28/06 08:10
         292 POSADA LN STE D     PRINTED:    07/28/06 16:13
PHYS2:                           ACCESSION:  06209013

COMMENTS:      FASTING
TESTS ORDERED: NOTE,HEMO,CMP,URCA,DIG,PSA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| NOTE: | * | | | | |
| LAST DOSE TAKEN: 7/27, 2200 | | | | | |
| HEMOGRAM & PLT, AUTO | | | | | |
| WHITE CELL COUNT | | 12.6 | H | 3.8-10.6 | 10^3/cmm |
| RED CELL COUNT | 5.79 | | | 4.70-5.90 | 10^6/cmm |
| HEMOGLOBIN | 17.7 | | | 13.0-18.0 | g/dL |
| HEMATOCRIT | | 52.4 | H | 42.0-52.0 | % |
| MCV | 91 | | | 80-100 | um^3 |
| MCH | 30.6 | | | 24.0-34.0 | pg |
| MCHC | 33.8 | | | 31 0-37.0 | g/dL |
| RDW | 12.3 | | | 11.5-14.0 | % |
| PLATELET CNT | 158 | | | 150-400 | 10^3/cmm |
| COMP. METABOLIC PANEL | | | | | |
| SODIUM | 140 | | | 136-145 | mEq/L |
| POTASSIUM | 4.3 | | | 3.5-5.1 | mEq/L |
| CHLORIDE | 101 | | | 97-107 | mEq/L |
| CARBON DIOXIDE | 21 | | | 21-31 | mEq/L |
| ANION GAP | | 22 | H | 10-20 | |
| ALBUMIN | 4.9 | | | 4.2-5.3 | g/dL |
| PROTEIN, SERUM | 6.9 | | | 6.0-8.3 | g/dL |
| CALCIUM | 10.0 | | | 8.4-10.5 | mg/dL |
| BILIRUBIN, TOTAL | 0.7 | | | 0.1-1.2 | mg/dL |
| UREA NITROGEN, BLOOD | | 25 | H | 10-21 | mg/dL |
| CREATININE, SERUM | 1.1 | | | 0.6-1.3 | mg/dL |
| ALK. PHOSPHATASE | 62 | | | 41-111 | U/L |
| ALT (SGPT) | 46 | | | 0-46 | U/L |
| AST (SGOT) | 19 | | | 9-42 | U/L |
| GLUCOSE | 88 | | | 70-105 | mg/dL |
| URIC ACID, SERUM | | 7.6 | H | 3.5-7.2 | mg/dL |
| DIGOXIN | 1 5 | | | 0.5-2.0 | ng/mL |
| PSA, TOTAL | 0.55 | | | (4.0 | ng/mL |

END OF PAGE 1  CONTINUED ON PAGE 2

*Needs for D V3*

DEMGL:0053

PLAINTIFFS' EXHIBITS 010848

07/31/:6 14:07 Central Coast Clinical Laboratory  P.02/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE   STE 100
TEMPLETON, CA   93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

| NAME: | MCCORNACK, DAN | | SEX: M | DOB: 02/15/1963 |
| PT ID: | | | LAB ID: | 021563DM |
| PHYS1: | LEMM, GORDON | | DRAW DATE: | 07/28/06 08:10 |
| | 292 POSADA LN STE D | | PRINTED: | 07/28/06 16:13 |
| PHYS2: | | | ACCESSION: | 06209013 |

COMMENTS:      FASTING
TESTS ORDERED: NOTE, HEMO, CMP, URCA, DIG, PSA, LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE |
|---|---|---|---|---|

LIPID PANEL

| | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| CHOLESTEROL | | 232 | H | 90-200 | mg/dL |
| HDL | 36 | | | >60  mg/dL Low Risk | |
| | | | | 40-60      Borderline/Moderate | |
| | | | | <40         High Risk | |
| TRIGLYCERIDES | | 461 | H | 23-231 | mg/dL |
| TC:HDL RATIO | 6.4 | | | | |

CHOLESTEROL (mg/dL)
--------------------------------------------------------

| | LDL | HDL | TOTAL |
|---|---|---|---|
| Desirable level/low risk | <130 | >60 | <200 |
| Borderline level/moderate risk | 130-159 | 35-60 | 200-239 |
| Elevated level/high risk | >=160 | <35 | >=240 |

TOTAL CHOLESTEROL-HDL RATIOS
--------------------------------------------------------

| | |
|---|---|
| Low risk | 3.3-4.4 |
| Average risk | 4.4-7.1 |
| Moderate risk | 7.1-11.0 |
| High risk | >11.0 |

END OF REPORT                FINAL REPORT          REVIEWED BY: JRT

DEMGL:0054

PLAINTIFFS' EXHIBITS 010849

/24/:6 15:27 Central Coast Clinical Laboratory  P.01/01

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:    MCCORNACK, DAN            SEX: M      DOB: 02/15/1963
PT ID:                             LAB ID:     021563DM
PHYS1:   LEMM, GORDON              DRAW DATE:  08/24/06 11:34
         292 POSADA LN STE D       PRINTED:    08/24/06 14:58
PHYS2:                             ACCESSION:  06236070

COMMENTS:
TESTS ORDERED: TSH

PROCEDURE              IN RANGE   OUT OF RANGE    REFERENCE RANGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TSH                   1.896                      0.35-5.50      uIU/mL

9/14/06 Patient notified by ABmithemA

END OF REPORT              FINAL REPORT          REVIEWED BY: TAJ

DEMGL:0052

PLAINTIFFS' EXHIBITS 010850

2-MAR-2007  15:17                    *Gold-Fax Message*                    *Page 1/4*

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E                 Medical Record      (0000)0103430
Birthdate 02/15/1963                Account Number      3254291
Nursing Station LA     Room Number
Admitting BREYTENBACH                    Consulting BREYTENBACH
Referring BREYTENBACH

CALL DR. BREYTENBACH WITH RESULTS 712-3364

-----------------------------------------------------------------------
                              CARDIAC
-----------------------------------------------------------------------

                    Specimen Date    03/02/07
                    Specimen Time    1214
                 Weekday/Day of Stay  FRI 001
  Procedure         Ref Range    Unit   _____
  CPK              (24-204)    IU/L        55
  TROPONIN-I       (0.00-0.08)  ng/mL    < 0.08 f
TROPONIN-I (06/17/04 -- Current)
*** Levels greater than 0 08 and less than 0.4 (the second
 ecision limit) should not be ignored , rather these
  dividuals have been shown to be at a significantly
higher risk of a subsequent ischemic event within the next
30 - 60 days.  These patients (0 08 - 0.4 ng/mL) need to
be further studied ***

Troponin I values of 0.4 ng/mL or greater greater are considered
supportive of a diagnosis of an acute myocardial infarct.

MCCORNACK, DANIEL E        03/02/07  1400      Page   1        END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

DEMGL:0051

PLAINTIFFS' EXHIBITS 010851

/15/:7 12:33 Central Coast Clinical Laboratory  P.01/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:    MCCORNACK, DAN                    SEX: M     DOB: 02/15/1963
PT ID:                                     LAB ID:    021563DM
PHYS1:   LEMM, GORDON                       DRAW DATE: 05/15/07 08:08
         292 POSADA LN STE D                PRINTED:   05/15/07 11:57
PHYS2:   LAWRENCE VONDOLLEN                 ACCESSION: 07135010
         FAX 782-8859

COMMENTS:     FASTING
TESTS ORDERED:  NOTE,CMP,URCA,DIG,TSH,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | REFERENCE RANGE | |
|-----------|----------|--------------|-----------------|--|

NOTE:                        x
                LAST DOSE TAKEN:   PM, 5/14

COMP. METABOLIC PANEL

| | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|--|----------|--------------|--|-----------------|--|
| SODIUM | 139 | | | 136-145 | mEq/L |
| POTASSIUM | 4.6 | | | 3.5-5.1 | mEq/L |
| CHLORIDE | 101 | | | 97-107 | mEq/L |
| CARBON DIOXIDE | 29 | | | 21-31 | mEq/L |
| ANION GAP | 14 | | | 10-20 | |
| ALBUMIN | 4.7 | | | 4.2-5.3 | g/dL |
| PROTEIN, SERUM | 6.5 | | | 6.0-8.3 | g/dL |
| CALCIUM | 9.7 | | | 8.6-10.3 | mg/dL |
| BILIRUBIN, TOTAL | 0.8 | | | 0.1-1.2 | mg/dL |
| UREA NITROGEN, BLOOD | | 23 | H | 10-21 | mg/dL |
| CREATININE, SERUM | 1.2 | | | 0.6-1.3 | mg/dL |
| ALK. PHOSPHATASE | 62 | | | 41-111 | U/L |
| ALT (SGPT) | 42 | | | 0-46 | U/L |
| AST (SGOT) | 19 | | | 9-42 | U/L |
| GLUCOSE | | 106 | H | 70-105 | mg/dL |
| URIC ACID, SERUM | | (8.0) | H | 3.5-7.2 | mg/dL |
| DIGOXIN | 1.6 | | | 0.5-2.0 | ng/mL |
| TSH | 3.670 | | | 0.35-5.50 | uIU/mL |

LIPID PANEL

| | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|--|----------|--------------|--|-----------------|--|
| CHOLESTEROL | | (262) | H | )90-200 | mg/dL |
| HDL | 36 | | | )60    mg/dL Low Risk | |
| | | | | 40-60    Borderline/Moderate | |
| | | | | (40      High Risk | |
| TRIGLYCERIDES | | (620) | H | 23-231 | mg/dL |
| TC:HDL RATIO | | 7.3 | H | | |

CHOLESTEROL (mg/dL)
-------------------------------------------

| | LDL | HDL | TOTAL |
|--|-----|-----|-------|
| Desirable level/low risk | (130 | )60 | (200 |

END OF PAGE 1. CONTINUED ON PAGE 2

5/17 *Appt please*
apt 6/4 w w

DEMGL:0049

PLAINTIFFS' EXHIBITS 010852

05/15/:7 12:34 Central Coast Clinical Laboratory  P.02/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN              SEX: M        DOB: 02/15/1963
PT ID:                             LAB ID:       021563DM
PHYS1:  LEMM, GORDON               DRAW DATE:    05/15/07 08:08
        292 POSADA LN STE D        PRINTED:      05/15/07 11:57
PHYS2:  LAWRENCE VONDOLLEN         ACCESSION:    07135010
        FAX 782-8859

COMMENTS:       FASTING
TESTS ORDERED:  NOTE, CMP, URCA, DIG, TSH, LIPID

PROCEDURE                 IN RANGE   OUT OF RANGE    REFERENCE RANGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
          Borderline level/moderate risk  130-159   35-60    200-239
          Elevated level/high risk        >=160     <35      >=240

                  TOTAL CHOLESTEROL-HDL RATIOS
                  - - - - - - - - - - - - - - - - - - - -
                  Low risk        3.3-4.4
                  Average risk    4.4-7.1
                  Moderate risk   7.1-11.0
                  High risk       >11.0

END OF REPORT              FINAL REPORT        REVIEWED BY: DJB

DEMGL:0050

PLAINTIFFS' EXHIBITS 010853

/31/:7 11:16 Central Coast Clinical Laboratory   P.01/01

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080  FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN            SEX: M      DOB: 02/15/1963
PT ID:                            LAB ID:     021563DM
PHYS1   LEMM, GORDON              DRAW DATE:  08/31/07 08:30
        292 POSADA LN STE D       PRINTED:    08/31/07 11:11
PHYS2:                            ACCESSION:  07243024

COMMENTS:     FASTING
TESTS ORDERED:  URCA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| URIC ACID, SERUM | | 7.8 | H | 3.5-7.2 | mg/dL |
| LIPID PANEL | | | | | |
| CHOLESTEROL | 200 | | | 90-200 | mg/dL |
| HDL | 31 | | | )60  mg/dL Low Risk | |
| | | | | 40-60      Borderline/Moderate | |
| | | | | (40        High Risk | |
| LDL (BY CALC) | 98 | | | (130 mg/dL Low Risk | |
| | | | | 130-159    Borderline/Moderate | |
| | | | | )160       High Risk | |
| VLDL(BY CALC) | | 70 | H | 6-62 | mg/dL |
| TRIGLYCERIDES | | 352 | H | 23-231 | mg/dL |
| TC:HDL RATIO | 6.5 | | | | |

CHOLESTEROL (mg/dL)
- - - - - - - - - - - - - - - - - - - - - - - - - - -

| | LDL | HDL | TOTAL |
|---|---|---|---|
| Desirable level/low risk | (130 | )60 | (200 |
| Borderline level/moderate risk | 130-159 | 35-60 | 200-239 |
| Elevated level/high risk | )=160 | (35 | )=240 |

TOTAL CHOLESTEROL-HDL RATIOS
- - - - - - - - - - - - - - - - - - - - - - - -

| Low risk | 3.3-4.4 |
|---|---|
| Average risk | 4.4-7.1 |
| Moderate risk | 7.1-11.0 |
| High risk | )11.0 |

*TRIG improving*

END OF REPORT              FINAL REPORT         REVIEWED BY: DJB

DEMGL:0048

PLAINTIFFS' EXHIBITS 010854

/27/:7 12:29 Central Coast Clinical Laboratory  P 01/01

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN                    SEX: M      DOB: 02/15/1963
PT ID:                                    LAB ID:     021563DM
PHYS1:  LEMM, GORDON                      DRAW DATE:  12/27/07 09:48
        292 POSADA LN STE D               PRINTED:    12/27/07 12:29
PHYS2:                                    ACCESSION:  07361044


COMMENTS:      FASTING
TESTS ORDERED:  URCA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| URIC ACID, SERUM | | 8.1 | H | 3.5-7.2 | mg/dL |
| LIPID PANEL | | | | | |
| CHOLESTEROL | | 239 | H | 90-200 | mg/dL |
| HDL | 33 | | | )60  mg/dL Low Risk | |
| | | | | 40-60  Borderline/Moderate | |
| | | | | (40  High Risk | |
| TRIGLYCERIDES | | 581 | H | 23-231 | mg/dL |
| TC:HDL RATIO | | 7.2 | H | | |

CHOLESTEROL (mg/dL)
----------------------------------------------
                                LDL      HDL      TOTAL
Desirable level/low risk        (130     )60      (200
Borderline level/moderate risk  130-159  35-60    200-239
Elevated level/high risk        )=160    (35      )=240

TOTAL CHOLESTEROL-HDL RATIOS
----------------------------------------------
         Low risk       3.3-4.4
         Average risk   4.4-7.1
         Moderate risk  7.1-11.0
         High risk      )11.0

*12/28*
*F/u appt*
*in Jan*
*i mmmttk*

END OF REPORT            FINAL REPORT         REVIEWED BY: DJB


DEMGL:0047

PLAINTIFFS' EXHIBITS 010855

CT SCAN &
ULTRASOUND

PLAINTIFFS' EXHIBITS 010856

**TWIN CITIES COMMUNITY HOSPITAL**

**CARDIO-VASCULAR**

**ECHOCARDIOGRAPHY**

NAME _McCornack, Daniel_      DATE _2/23/95_      LOCATION _OP_      MR# _10-34-30_

HT _____  WT_____  SEX _Male_      AGE _32_  PHYSICIAN _Von Dollen/Lemm_

CLINICAL DIAGNOSIS _Atrial fibrillation_

MEDICATIONS _Lanoxin, Tenormin_

PREVIOUS_____  TECHNICIAN _D. Robles_      TAPE _95-12_      REAL TIME _23-34_

ADDITIONAL CLINICAL INFORMATION_____

ECHOCARDIOGRAPHY FINDINGS:   (Normal adult values in parentheses)

LVIDD _4.9_ (3.5-5.7cm)  LVIDS _3.3_ (cm)          RVIDD _2.3_ (0.7-2.6cm)

LVPW D _0.9_ (0.6-1.1cm) % ST _61%_ (0.9-1.4cm)  F/S _32%_ (29%-45%)

IVS D _0.9_ (0.6-1.1cm)  % ST _50%_ (0.3-1.2cm)  EF _60%_ (64%-83%)

MV E-F _>70_ (70 MM/sec)  EXC _2.4_ (2.0-3.0cm)  EPSS _0.9_ (up to 1.0cm)

LA _3.7_ (1.9-4.0cm)  AO _3.1_ (2.0-3.7cm)  ACS _2.1_ (1.5-2.6cm)

PERICARDIAL EFFUSION:_____

DOPPLER STUDY

AORTIC VALVE                          MITRAL VALVE

    VELOCITY          _1.0 m/sec_            VELOCITY          _1.0 m/sec_

    GRADIENT          _____            GRADIENT          _____

    VALVE AREA        _____            VALVE AREA        _____

    INSUFFICIENCY     _____            INSUFFICIENCY     _____

    AI DECAY SLOPE    _____

PULMONIC VALVE                        TRICUSPID VALVE

    VELOCITY          _____            VELOCITY          _0.7 m/sec_

    INSUFFICIENCY     _____            INSUFFICIENCY     _Yes_

                                            TI VELOCITY       _2.0 m/sec_

TECHNICAL COMMENTS:

DEMGL:0120

PLAINTIFFS' EXHIBITS 010857

TWIN CITIES COMMUNITY HOSPITAL

CARDIO-VASCULAR

ECHOCARDIOGRAPHY

NAME McCornack, Daniel        DATE 2/23/95     LOCATION OP     MR# 10-34-30

HT _____ WT_____ SEX Male    AGE 32   PHYSICIAN Von Dollen/Lemm

CLINICAL DIAGNOSIS Atrial fibrillation

MEDICATIONS Lanoxin, Tenormin

PREVIOUS_____   TECHNICIAN D. Robles   TAPE 95-12     REAL TIME 23-34

ADDITIONAL CLINICAL INFORMATION

ECHOCARDIOGRAPHY FINDINGS:  (Normal adult values in parentheses)

| | | | | |
|---|---|---|---|---|
| LVIDD 4.9 (3.5-5.7cm) | LVIDS 3.3 (cm) | | RVIDD 2.3 | (0.7-2.6cm) |
| LVPW D 0.9 (0.6-1.1cm) | % ST 61% (0.9-1.4cm) | F/S | 32% | (29%-45%) |
| IVS D 0.9 (0.6-1.1cm) | % ST 50% (0.3-1.2cm) | EF | 60% | (64%-83%) |
| MV E-F >70 (70 MM/sec) | EXC 2.4 (2.0-3.0cm) | EPSS | 0.9 | (up to 1.0cm) |
| LA 3.7 (1.9-4.0cm) | AO 3.1 (2.0-3.7cm) | ACS | 2.1 | (1.5-2.6cm) |

PERICARDIAL EFFUSION:

DOPPLER STUDY

AORTIC VALVE                          MITRAL VALVE

    VELOCITY        1.0 m/sec            VELOCITY        1.0 m/sec

    GRADIENT        _____            GRADIENT        _____

    VALVE AREA      _____            VALVE AREA      _____

    INSUFFICIENCY   _____            INSUFFICIENCY   _____

    AI DECAY SLOPE  _____


PULMONIC VALVE                         TRICUSPID VALVE

    VELOCITY        _____            VELOCITY        0.7 m/sec

    INSUFFICIENCY   _____            INSUFFICIENCY   Yes

                                         TI VELOCITY     2.0 m/sec

TECHNICAL COMMENTS:

DEMGL:0121

PLAINTIFFS' EXHIBITS 010858

**ECHOCARDIOGRAPHY REPORT**
McCornack, Daniel
02/23/95

1.   The right atrium, right ventricle, tricuspid and pulmonic valves are grossly normal.

2.   The left atrial size is normal.   No intracavitary masses are seen.

3.   The mitral valve leaflets move well without evidence of stenosis, thickening, prolapse, systolic anterior motion, vegetations or masses.

4.   The left ventricular internal diastolic dimension is normal. The interventricular septum and left ventricular posterior free wall are normal thickness.   The overall chamber size, wall thickness, wall motion and ejection fraction are well within the mid-range of normal.

5.   The aortic root diameter is normal.   The valve has three leaflets which move normally without significant stenosis.

6.   No significant pericardial effusion is seen.

7.   No significant valvular stenosis is seen as evidenced by normal peak flow velocity of the mitral, tricuspid, pulmonic and aortic valves.   No significant valvular regurgitation is seen.

8.   Color flow doppler shows no significant mitral, tricuspid, aortic or pulmonic stenosis or regurgitation.

### IMPRESSION

1.   GROSSLY NORMAL M-MODE AND TWO-DIMENSIONAL STUDY.

D:   03/05/95
T:   03/06/95
LVD:pk

Lawrence Von Dollen, M.D.

DEMGL:0122

PLAINTIFFS' EXHIBITS 010859

MISSION MEDICAL ASSOCIATES OF THE CENTRAL COAST        RADIOLOGY
A California Medical Corporation

San Luis Obispo                      Pismo Beach
-----------------------              --------------------
1235 Osos St. - 546-5627             855 4th St. - 546-5800

Patient's Name:        MCCORNACK, DAN
MMA No:                95-53-22-3
Date Performed:        04/02/98
Date Dictated:         04/10/98

THREE VIEWS OF LEFT SHOULDER:

CLINICAL INDICATIONS: Pain.

No fracture, dislocation or other evidence of acute bony trauma is
apparent. No intrinsic lesions of bone are noted. The regional
soft tissues appear within normal limits as imaged.

Lemm   Thomas L. Miller, M.D./js    TMP         T: April 13, 1998

DEMGL:0119

PLAINTIFFS' EXHIBITS 010860

DATE: 06/20/01  TIME: 11:39 AM  TO: Gor~  Lemm, M.D. @ 4342019      :tel Cardiology    PAGE: 001-002

## ECHOCARDIOGRAPHY

Name: DANIEL MCCORNACK

Page: 1
Date printed: 06/20/01
ID: 555517837    SEX:M  AGE: 38

06/12/01
COASTAL CARDIOLOGY NON-INVASIVE LABORATORY
ECHOCARDIOGRAM REPORT
ECHO:completed

Coastal Cardiology
77 Casa Street, Suite 104
San Luis Obispo, California  93405
(805) 782-8844  -  FAX (805) 782-8850

Patient Name: MCCORNACK, DANIEL
Referring Physician: Gordon Lemm, M.D.
Cardiologist: Lawrence Von Dollen, M.D., F.A.C.C.
Technician:  Katy Phillips, RDCS, RVT

Ht: 72  Wt: 200  Tape: 116/01  Footage#: 27-33

Clinical Complaint: Irregular heart beat
Clinical Diagnosis: Atrial fibrillation

ECHOCARDIOGRAPHIC DATA-MEASUREMENTS
Left Atrium-End Systole (Normal 2.5-4.4 cm): 4.1
  Right Ventricle-End Diastole (Normal <3.0 cm): 2.0
Aortic Root Diameter (Normal 2.0-4.0 cm): 2.8
Aortic Cusp Excursion (Normal 1.5-2.0 cm): 1.9
E-Point to Septal Separation (Normal </= 1.0 cm): 0.7
Interventricular Septum-End Diastole (Normal 0.3-0.8 cm): 1.0
Interventricular Septum-End Systole (Normal 0.6-1.6 cm): 1.5
Left Ventricular Posterior Wall-End Diastole (Normal 0.5-1.3 cm): 1.1
Left Ventricular Posterior Wall-End Systole (Normal 0.9-1.4 cm): 1.5
Left Ventricle-End Diastole (Normals <5.8 cm): 4.9
Left Ventricle-End Systole: 3.7
Left Ventricular Fractional Shortening (Normal >24%): 24%
Left Ventricular Ejection Fraction (rest)(Normal >55%): 50%

2D MEASUREMENTS:

DOPPLER MEASUREMENTS:
-Aortic Valve-
Left Ventricular Outflow Tract Velocity (V1): 0.71 m/s
Peak Aortic Velocity: 1.0 m/s
Aortic Regurgitation Severity: none seen
-Mitral Valve-
Peak Velocity (E)(Normal 0.6-1.0 m/s): 0.96 m/s
Mitral Regurgitation Severity: trace
-Tricuspid Valve-
Peak Velocity (systole): 1.1 m/s
  Right Atrial Pressure: 10 mmhg
  Right Ventricular Pulmonary Artery Systolic Pressure: 14.8 mmHg
Tricuspid Regurgitation Severity: whiff
-Pulmonic Valve-
Pulmonic Regurgitation Severity: whiff

DEMGL:0117

PLAINTIFFS' EXHIBITS 010861

DATE: 06/20/01  TIME: 11:39 AM  TO: Go'   Lemm, M.D. @ 4342019          astal Cardiology   PAGE: 002-002

---

ECHOCARDIOGRAPHY
                                                                    Page: 2
                                                       Date printed: 06/20/01
Name: DANIEL MCCORNACK                    ID: 555517837    SEX:M   AGE: 38

---

INTERPRETATION: Grossly normal echocardiographic study with normal left
ventricular wall motion and ejection fraction of 70%.  Clinically insignificant
mitral, tricuspid and pulmonic insufficiency is seen.

Lawrence Von Dollen, M.D., F.A.C.C./lt   D:  06/15/01   T:  06/20/01


#          SIGNED BY LAWRENCE VON DOLLEN, MD (VON)        06/20/01

DEMGL:0118



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C  Templeton, CA 93465 · (805) 434-1491 · Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 · (805) 434-1882 · Fax (805) 434-3278

PATIENT: MCCORNACK, DAN          X-RAY NO: 6389          AGE:  38

PHYSICIAN: LEMM MD, GORDON          EXAM DATE: 07/26/01

CLINICAL HISTORY:   BACK AND LEFT FOOT PAIN.   HISTORY OF OLD FRACTURES.

LUMBAR SPINE - FIVE VIEWS

The lumbar spine is normally aligned.  Vertebral bodies appear intact and disc space heights preserved.  Minimal spurring is seen in the anterior lower lumbar spine.

IMPRESSION:
1.    NO EVIDENCE OF ACUTE SPINAL PATHOLOGY.
2.    TINY ANTERIOR OSTEOPHYTES.


LEFT FOOT - THREE VIEWS

The osseous and articular structures are intact without fracture, dislocation or subluxation.

IMPRESSION:
     NEGATIVE.

*Pmc*

JAMES P. CARTLAND, M.D.
D/T:7-27-01; JPC/maf

CC:  WATSON MD, DAVID

DEMGL:0116

PLAINTIFFS' EXHIBITS 010863

 **TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C   Templeton, CA 93465 · (805) 434-1491 · Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 · (805) 434-1882 · Fax (805) 434-3278

PATIENT: MCCORNACK, DAN          X-RAY NO: 6389          AGE:  39

PHYSICIAN: LEMM MD, GORDON          EXAM DATE: 07/17/02

LEFT THIRD FINGER

CLINICAL HISTORY:          Proximal interphalangeal joint injury.

FINDINGS:

There is normal bony alignment. There is no evidence for fracture
or dislocation  Joint spaces are preserved.  Bone density is within
normal limits   No radiopaque foreign bodies are detected.

IMPRESSION:

NO EVIDENCE FOR FRACTURE OR DISLOCATION.

ELIZABETH VOGLER, M.D.
D: 07-17-02
T: 07-18-02 EV/bg

DEMGL:0115

02/16/04  06:08 PM PST   via VSI-FAX   ▲                              Page 1 of 1 #52736



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**
**Jacket # 6389**

**DOB:** 02/15/1963
**Home #** (805)238-5208

**Age:** 41
**Work #** (805)239-1550

**Physician:** GORDON LEMM MD
**Telephone #:** (   )434-3211

**Physician Code:** 223
**Fax #:** 4342019

**02/16/2004: ABDOMEN 1V**

CLINICAL HISTORY: Left flank pain.

FINDINGS:

Two views of the abdomen demonstrate no suspicious calcifications overlying the kidneys or the presumed course of the ureters.  The bowel gas pattern is normal. Bony structures are intact.  No destructive bony lesion is identified.

IMPRESSION:

**UNREMARKABLE EXAMINATION.**

Blake Evernden MD
BE  /gt

This report has been electronically signed by: Blake Evernden MD

DEMGL:0110

PLAINTIFFS' EXHIBITS 010865



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

| | | |
|---|---|---|
| **Patient Name: MCCORNACK DAN E**<br>**Jacket # 6389** | **DOB:** 02/15/1963<br>**Home #** (805)238-5208 | **Age:** 41<br>**Work #** (805)239-1550 |
| **Physician:** GORDON LEMM MD<br>**Telephone #:** (   )434-3211 | **Physician Code:** 223<br>**Fax #:** 4342019 | |

**02/16/2004: CT ABDOMEN AND PELVIS - RENAL PROTOCOL**

**CLINICAL HISTORY:** Left flank pain.

**TECHNICAL DATA:** Multidetector helical images through the kidneys, ureters and bladder were obtained.  No IV or oral contras was administered   Images are displayed in 3 millimeter contiguous slices.

**FINDINGS:**

There is no evidence of nephrolithiasis, ureteral calculi or urinary bladder stones. The lung bases are clear.  There are no pleural effusions.  No liver or splenic lesions are appreciated on this non contrast study.  The pancreas and gallbladder are unremarkable.

No renal contour abnormalities of the kidneys are appreciated on this non contrast study.  There are multiple retroperitoneal lymph nodes, none pathologic in size.  In addition, multiple mesenteric lymph nodes are identified, the largest measuring approximately 18 millimeters.

Small bowel caliber is normal.  The colon is unremarkable.  Urinary bladder is normal.  Prostatic calcifications are incidentally noted.  No destructive bony lesion is appreciated.

**IMPRESSION:**

1.   **NO EVIDENCE OF URINARY TRACT STONE.**
2.   **MULTIPLE RETROPERITONEAL AND MESENTERIC LYMPH NODES, SOME OF WHICH ARE ENLARGED.  PRIMARY DIFFERENTIAL DIAGNOSIS IS LYMPHOMA.  FURTHER EVALUATION OF THE ABDOMEN AND PELVIS WITH CONTRAST ENHANCEMENT MAY BE HELPFUL AND IS RECOMMENDED.**

Blake Evernden MD

*2-23-04*
*8:00 @ T.I*

*2/17 - spoke c*
*wife .*
*Please schedule*
*CT ABD/Pelvis*
*contrast*

DEMGL:0111




## TEMPLETON IMAGING Medical Corporation, Inc.

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 02/16/2004**

BE   /gt

This report has been electronically signed by: Blake Evernden MD

DEMGL:0112

PLAINTIFFS' EXHIBITS 010867

2/23/04   12:54 PM PST   via VSI-FAX          Page 1 of 1 #53508

## TEMPLETON IMAGING Medical Corporation, Inc.

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**
**Jacket # 47134**

**DOB:** 02/15/1963
**Home #** (805)238-5208

**Age:** 41
**Work #** (805)239-1550

**Physician:** GORDON LEMM MD
**Telephone #:** (   )434-3211

**Physician Code:** 223
**Fax #:** 4342019

**02/23/2004: CHEST 2V**

CLINICAL HISTORY: Chest pain.

**FINDINGS:**

The lungs are well aerated without evidence for focal consolidation or pulmonary edema.  There is no significant pleural effusion or pneumothorax seen.  The cardiomediastinal silhouette is within normal limits.

**IMPRESSION:**

**NO RADIOGRAPHIC EVIDENCE FOR ACUTE CARDIOPULMONARY DISEASE.**

James P Cartland MD
JPC /gt

This report has been electronically signed by: James P Cartland MD

DEMGL:0107

PLAINTIFFS' EXHIBITS 010868

2/23/04   12:52 PM PST   via VSI-FAX    Page 1 of 2 #53507



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name:** MCCORNACK DAN E          **DOB:** 02/15/1963          **Age:** 41
**Jacket #** 6389                          **Home #** (805)238-5208      **Work #** (805)239-1550

**Physician:** GORDON LEMM MD              **Physician Code:** 223
**Telephone #:** (   )434-3211             **Fax #:** 4342019

### 02/23/2004: CT ABDOMEN AND PELVIS

**CLINICAL HISTORY:** Abnormal renal stone CT of 2/16/04.  Question lymphoma.

**TECHNICAL DATA:** Multidetector helical images through the liver were obtained after administration of oral contrast, and subsequently during arterial and delayed images through the abdomen and pelvis after IV contrast.

**FINDINGS:**

Comparison is made with an earlier CT renal stone protocol of 2/16/04. Lung bases are clear.  The spleen is mildly elongated to approximately 12 centimeters.  No focal splenic lesion.  The liver appears normal.  No radiopaque gallstones.  The pancreas appears normal.  Adrenal glands are unremarkable.  There is no evidence of renal calculus or obstructive uropathy.  Multiple mesenteric and retroperitoneal lymph nodes are again noted   The largest of the mesenteric lymph nodes currently measures 1.3 centimeters in diameter.  There are several retroperitoneal lymph nodes with maximum diameter of one centimeter.  There is no free fluid or free air. I believe there to be several sigmoid colon diverticula.  There is no evidence of sigmoid colon diverticulitis.

**IMPRESSION:**

1.  **MULTIPLE SMALL MESENTERIC AND RETROPERITONEAL LYMPH NODES.  NO CHANGE COMPARED TO THE INITIAL EXAM OF 2/16/04 THAT WAS DONE WITHOUT CONTRAST.**
2.  **THE DIFFERENTIAL INCLUDES INFLAMMATORY PROCESSES, CONCEIVABLY EARLY NEOPLASM SUCH AS LYMPHOMA OR METASTATIC DISEASE.  LYMPHADENOPATHY IN RESPONSE TO MEDICATION IS POSSIBLE.  I DO NOT SEEN AN EASY LYMPH NODE TO BIOPSY.  IT MAY BE ADEQUATE TO HAVE A FOLLOW-UP CT EXAM IN SEVERAL MONTHS TO DETERMINE IF THERE IS PROGRESSION OR REGRESSION OF DISEASE.**

*2/23 When is his appt ?*
*Wed or Thurs*
*this OK*

DEMGL:0108

PLAINTIFFS' EXHIBITS 010869



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 02/23/2004**


James P Cartland MD
JPC /gt


This report has been electronically signed by: James P Cartland MD

DEMGL:0109



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name:** MCCORNACK DAN E
**Jacket # 6389**

**DOB:** 02/15/1963
**Home #** (805)238-5208

**Age:** 41
**Work #** (805)239-1550

**Physician:** GORDON LEMM MD
**Telephone #:** (   )434-3211

**Physician Code:** 223
**Fax #:** 4342019

### 04/19/2004: CT ABDOMEN AND PELVIS

**CLINICAL HISTORY:** Follow-up questionable lymphoma.

**TECHNICAL DATA:** Multidetector helical images through the liver were obtained after administration of oral contrast, and subsequently during arterial and delayed images through the abdomen and pelvis after IV contrast.

**FINDINGS:**

Comparison is made with an earlier study of 2/23/04. The lung bases are clear. The heart is normal in size. The spleen is enlarged measuring approximately 15 centimeters in length. This is not significantly changed in appearance since the prior study. The liver, pancreas, and bilateral adrenal glands are unremarkable. The gallbladder is present. The kidneys demonstrate symmetric perfusion and function. No focal renal lesions or significant hydronephrosis is seen. There are several mesenteric and retroperitoneal lymph nodes identified, the majority of which measure less than 10 millimeters in long axis. The largest mesenteric lymph node measures 13 millimeters in long axis. These are not significantly changed in appearance relative to the prior study. The aorta is normal in caliber.

The urinary bladder appears smooth-walled. There are scattered diverticula seen within the sigmoid colon. There is apparent thickening of the wall of the sigmoid colon which may be due to incomplete distention. No significant free fluid or free air is seen.

**IMPRESSION:**                         4/20/04 Patient notified by *A Kodman Kins*

1.   **MULTIPLE SMALL MESENTERIC AND RETROPERITONEAL LYMPH NODES NOT SIGNIFICANTLY CHANGED IN APPEARANCE RELATIVE TO FEBRUARY 23, 2004. THESE COULD BE REACTIVE DUE TO AN INFLAMMATORY PROCESS, OR COULD REPRESENT LYMPHOMA OR METASTATIC DISEASE. THIS APPEARS STABLE SINCE FEBRUARY 23, 2004. CONTINUED FOLLOW UP WITH CT IN TWO TO THREE MONTHS MAY BE HELPFUL.**

2.   **SIGMOID DIVERTICULOSIS. THERE IS MILD APPARENT THICKENING**

*Dougbh*
*No change*
*Flu appt*
*in May*

DEMGL:0105



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 04/19/2004**

    OF THE BOWEL WALL IN THIS REGION, LIKELY DUE TO INCOMPLETE
DISTENSION.  PLEASE CORRELATE WITH CLINICAL SYMPTOMS OF
EARLY DIVERTICULITIS.

3.    SPLENOMEGALY, UNCHANGED SINCE 2/23/04.

Elizabeth M Vogler MD
EMV /gt

This report has been electronically signed by: Elizabeth M Vogler MD

DEMGL:0106



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**          **DOB:** 02/15/1963          **Age:** 41
**Jacket #** 47134                          **Home #** (805)238-5208      **Work #** (805)239-1550

**Physician:** GORDON LEMM MD               **Physician Code:** 223
**Telephone #:** (   )434-3211              **Fax #:** 4342019

**05/03/2004: BARIUM ENEMA WITH AIR**

CLINICAL HISTORY:   Lower abdominal pain.

FINDINGS:

Scout film of the abdomen demonstrates an unremarkable bowel gas pattern.
Barium and air were instilled per rectum and flowed freely to the cecum filling the
appendix. No evidence of stricture, intraluminal mass, or polyp. Very minimal
sigmoid diverticulosis is present. There is no evidence of diverticulitis. Mucosa is
unremarkable.

IMPRESSION:

THERE ARE A FEW SCATTERED MINIMAL SIGMOID DIVERTICULA.
OTHERWISE NEGATIVE EXAMINATION.

Blake Evernden MD
BE  /bg

This report has been electronically signed by: Blake Evernden MD



DEMGL:0104

PLAINTIFFS' EXHIBITS 010873



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**      **DOB:** 02/15/1963      **Age:** 41
**Jacket # 6389**      **Home #** (805)238-5208      **Work #** (805)239-1550

**Physician:** GORDON LEMM MD      **Physician Code:** 223
**Telephone #:** (   )434-3211      **Fax #:** 4342019

**08/10/2004: CT ABDOMEN AND PELVIS**

**CLINICAL HISTORY:** Follow-up multiple retroperitoneal and mesenteric lymph nodes.

**TECHNICAL DATA:** Multidetector helical images through the liver were obtained after administration of oral contrast, and subsequently during arterial and delayed images through the abdomen and pelvis after IV contrast.

**FINDINGS:**

Comparison is made with earlier studies, the initial exam was obtained on 2/23/04. Lung bases remain clear. The liver, pancreas, gallbladder, and adrenal glands appear normal. The spleen measures approximately 13 centimeters in longitudinal dimension which is mildly elongated. There is no focal renal lesion. No destructive uropathy. The urinary bladder contours are smooth.

There are multiple small retroperitoneal lymph nodes. One of these lymph nodes measures one centimeter in diameter at the iliac bifurcation. This is approximately the same size as measured on 2/23/04. The largest lymph node in the right lower quadrant mesentery measures 9 millimeters which is also the same size as on the earlier study. There are no enlarging lymph nodes. The largest lymph node in the left mesentery measures approximately 6 millimeters in diameter. This has also not changed appreciably since 2/23/04.

A few diverticula are present in the sigmoid colon. No CT evidence of diverticulitis. No free fluid or free air. The appendix is well visualized and appears normal.

**IMPRESSION:**

1.     **STABLE SHOTTY RETROPERITONEAL AND MESENTERIC LYMPH NODES WITHOUT SIGNIFICANT CHANGE FROM 2/23/04.**
2.     **FEW SIGMOID COLON DIVERTICULA.**
3.     **MILD PROMINENCE OF THE SPLEEN.**

James P Cartland MD

DEMGL:0102

PLAINTIFFS' EXHIBITS 010874

 **TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 08/10/2004**

JPC  /gt

This report has been electronically signed by: James P Cartland MD

DEMGL:0103