

Name: Daniel McCormick
ID: 555571837
Sex: Male
BP:
Weight: lbs
Height: inches
Age: 57 Years
Comment:

Coastal Cardiology
Req. Physician:
Technician:
History: MMontgomery/WenDollins
Medication:
Date of Report: 12/18/00
Reviewed By: bnedollins
Review Date: 03/17/01   15:41:04

14:23:45

Rate: 96 BPM
PR: msec
QTc/QTc: 333/396 msec
QRSD: 104 msec
P Axis: °
QRS Axis: 4 °
T Axis: °

Interpretation:
Atrial fibrillation
- Nonspecific ST-T abnormality

ABNORMAL

Speed:25 mm/sec Gain:0 mm/mv MUNSON ALCON DAYTON   NiSmart Diagnostics Group   Page 1 of 1   Version 4.3.0   Print Date: 03/20/07   14:37:54

**AmbECG/Amb BP/Event Rec**

**Page: 1**
Date Printed: 09/02/09

Name: Mccornack, Daniel

ID: 555517837    SEX:M    AGE:46

06/12/01
COASTAL CARDIOLOGY NON-INVASIVE LABORATORY
AMBULATORY ECG INTERPRETATION
HOLTER   completed

Patient Name: MCCORNACK, DANIEL
Cardiologist: Lawrence Von Dollen, M.D.

Referring Physician: Gordon Lemm, M.D.
Technician: D. Houston
Date Received: 06/14/01
Date Scanned: 06/19/01

Clinical Complaint: Atrial Fibrillation

Medication: Lanoxin, Dilacor
Pacemaker: No

ECTOPIC SUMMARY:
The patient was monitored for a period of: 20 hours and 00  minutes
The total number of beats was: 118436
The average heart rate was: 105
The maximum heart rate was: 185
The minimum heart rate was: 71
Wide beats totaled: 19
Wide couplets totaled: 0
Wide runs totaled:  0
Pauses totaled: 0
Narrow runs totaled: 0
Isolated early narrow beats totaled: 0

ISCHEMIC SUMMARY:
ST segment depression: Maximum ST inaccurate due to artifact.

CONCLUSION: Chronic atrial fibrillation
Atrial fibrillation with slightly increased average ventricular response. No significant pauses or asystolic or tachycardic
spells were noted. Symptoms of irregular rapid heart beat showed no basic change in the rate or rhythm.


#    SIGNED BY LAWRENCE VON DOLLEN, MD (VON)    07/05/01

Printed using Practice Partner®

DEMCC:0048

PLAINTIFFS' EXHIBITS 010945



Name:  Daniel McCormack
ID:  55151'7357
Sex:  Male
BP:
Weight:  lbs
Height:  inches
Age:  41  Years
Comments:

Coastal Cardiology
Req. Physician:  Lawrence Von Dolten, M.D.
Technician:  Jessica Russell, RA
History:
Medication:
Date of Report:  04/21/04
Reviewed By:  Lawrence Von Dolten, M.D.
Review Date:  05/01/04

14:43:53
18:00:04

Rate:  80  BPM
PR:
QTC/QTc:  318/354  msec
QRSD:  86  msec
P Axis:  -360
QRS Axis:  -1
T Axis:  0

Interpretation:
Atrial fibrillation w/regular conduction
A-axis 353, cw = 28
ABNORMAL RHYTHM

Speed:25 mm/sec  Gain:10 mm/mv  MYOCON  AGON DRST'ON

Midmark Diagnostics Group

Page 1 of 1

Version 6.3.0

Print Date:  03/23/09   14:37:51

DEMCC:0052

PLAINTIFFS' EXHIBITS 010946



Name: Daniel McCormack
ID: 555 517 857
Sex: Male
BP:
Weight: lbs
Height: inches
Age: 43 Years
Comments:

Coastal Cardiology
Req. Physician: Lawrence Von Dellen, M.D.
Technician: Yalonda Leppelman, MA
History:
Medication:
Date of Report: 11/27/06   11:43:46
Reviewed by: Lawrence Von Dellen, M.D.
Review Date: 11/27/06   11:54:31

Rate: 81     BPM
PR: .        msec
QT/QTc: 320/357   msec
QRSD: 88     msec
P Axis: .
QRS Axis: -9
T Axis: -1

Interpretation
Atrial Fibrillation
Nonspecific T abnormality

ABNORMAL

Version 6.3.0

ECG Analysis Ver. 6.3.0

DEMCC:0051

PLAINTIFFS' EXHIBITS 010947



DEMCC:0050

PLAINTIFFS' EXHIBITS 010948



CERTIFICATE OF DEATH &
AUTOPSY (ORIGINAL)

PLAINTIFFS' EXHIBITS 010950

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SANTA CRUZ
### SANTA CRUZ, CALIFORNIA

**CERTIFICATE OF DEATH**

32008440000402

| | |
|---|---|
| DANIEL | ELWIN | MCCORNACK |
| DATE OF BIRTH 02/15/1963 | AGE 45 | DATE OF DEATH 03/23/2008 | HOUR 0052 |
| HS GRADUATE | CAUCASIAN | |
| PLANT MANAGER | CHEMICAL MANUFACTURER | 25 |
| 6255 PEACHY CANYON RD. | | |
| PASO ROBLES | SAN LUIS OBISPO | 93446 | YEARS IN COUNTY | PASO ROBLES, CA 93446 |
| KATHY MCCORNACK-WIFE | 6255 PEACHY CANYON RD, PASO ROBLES, CA 93446 |
| KATHY | MARIE | ESPARZA |
| RALPH | MICHAEL | MCCORNACK | CA |
| LINDA | EILEEN | RIEGLER | CA |
| 03/26/2008 | NAOMI SILVA DEPUTY CORONER | |
| BU | NOT EMBALMED | |
| QUEBEN NICOLAY FUNERAL HOME | RAY JUNG, MD | 03/27/2008 |
| CAMPSITE | | |
| SANTA CRUZ | HIGHWAY 9 | FELTON |
| CARDIAC ARREST | MINS | 09-02780 |
| VENTRICULAR ARRHYTHMIA | MINS | |
| ATRIAL FIBRILLATION | YEARS | |
| HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE | YEARS | |
| EXOGENOUS OBESITY | | |

| | |
|---|---|
| NAOMI SILVA | 03/27/2008 | NAOMI SILVA, DEPUTY CORONER |

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF SANTA CRUZ     DATE ISSUED APR 07 2008

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Santa Cruz County Public Health Department.

CHIEF PUBLIC HEALTH OFFICER
SANTA CRUZ, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

SANTA CRUZ COUNTY SHERIFF-CORONER'S OFFICE
701 Ocean Street
Santa Cruz, California
*   REPORT OF AUTOPSY EXAMINATION   *

AUTOPSY NUMBER: CA08-037        FILE NUMBER: 08-02790

NAME: Daniel Mc Cornack        AGE: 45 SEX: Male

PLACE OF DEATH: Smithwood R V. Park, 4770 Hwy 9, Felton

DATE/HOUR OF DEATH: March 23, 2008 @ 0052 Hours.

AUTOPSY PERFORMED: Santa Cruz County Morgue

DATE/HOUR OF AUTOPSY: March 26, 2008 @ 7:30 a.m.

PATHOLOGIST: Richard T. Mason, M.D.

BODY IDENTIFIED BY: Ankle tag.

ATTENDING PHYSICIAN: None.

---

CAUSE OF DEATH:        CARDIAC ARREST
                       Due to:  Ventricular arrhythmia
                       Due to:  Atrial fibrillation
                       Due to:  Hypertensive and
                                arteriosclerotic
                                cardiovascular disease.

CONTRIBUTORY:          Exogenous obesity.

MANNER:                Natural.

DIAGNOSES:

1.  Hypertensive and arteriosclerotic cardiovascular
    disease with:



PLT DEM,Sr.(2)00010

PLAINTIFFS' EXHIBITS 010952

Page 1A
CA08-037

**DIAGNOSES, continued**

    A.   Cardiomegaly and left ventricular hypertrophy.
    B.   Coronary arteriosclerosis, mild to moderate
    C.   Myocardial fibrosis, mild.
    D.   Atrial fibrillation by history.
    E.   Probable ventricular arrhythmia and arrest.

2.   Cerebral edema and congestion.

3.   Pulmonary edema and congestion.

4.   Exogenous obesity, moderate.


RICHARD T. MASON, M.D.
Forensic Pathologist

RTM/dp

PLT DEM,Sr.(2)00011

PLAINTIFFS' EXHIBITS 010953

Page 2
CA08-037

### EXTERNAL EXAMINATION

The body examined is that of a well-developed, mildly obese, middle-aged white male that appears the stated age of 45 years. The body is 70 inches in length and weighs 220 pounds. The scalp hair is medium brown with gray and is cut short measuring 1/4 inch. The eyes are blue gray with the pupils equal in diameter, measuring 6 mm. There is an adhesive nostril dilating device attached over the midportion of the nostrils. There is a short 3/4 inch grayish brown mustache. Natural teeth in good condition are present in the mouth. There is a 1-2 mm growth of beard present on the lower face. There is prominent pinkish cyanosis of the anterior face and neck.

Examination of the anterior chest reveals 4 x 6 inch adhesive defibrillator electrodes present over the left lower lateral chest and the right upper anterior chest. Adhesive EKG electrodes are present over the right and left upper anterior chest and the right and left lower abdomen. The axillae are normal.

Examination of the anterior abdomen reveals it to be mildly obese. There is a slight umbilical hernia. There are no other marks or wounds are noted on the anterior abdomen. Normal male external genitalia are present. The penis is circumcised.

Examination of the lower limbs reveals normal, symmetric, muscular right and left thighs and right and left lower legs. There is a coroner's identification band present on the right ankle bearing the name: McCornack, Daniel; #08-2790. The right and left feet are normal.

PLT DEM,Sr.(2)00012

PLAINTIFFS' EXHIBITS 010954

Page 3
CA08-037

Examination of the upper limbs reveals normal, symmetric, muscular right and left upper arms and right and left forearms.

The antecubital spaces are clean with no marks or wounds. The right and left forearms are unremarkable An intravenous line is in position through a needle puncture wound on the dorsum of the left hand. This line is attached to a 1-liter bag of normal saline.

Examination of the hands reveals them to be normal with short intact fingernails.

## INTERNAL EXAMINATION

HEAD:
Reflection of the scalp reveals an absence of any contusions on the galeal surface. The calvarium is intact. Reflection of the calvarium reveals prominent cerebral edema. The gyri are flattened. The meninges are clear but congested. The brain weighs 1,640 grams. The brain has a normal external morphology except for the edema. The cerebral arteries are normal in distribution and appearance.

Multiple coronal sections through both cerebral hemispheres reveal normal cortex, normal white matter and normal basal ganglia. Sections through the brainstem and cerebellum reveal these structures to be normal.

The dura is stripped from the base of the skull to reveal an intact skull base.

PLT DEM,Sr.(2)00013

Page 4
CA00-037

NECK:
The hyoid bone, larynx, trachea, soft tissues, cervical spine are intact.  The airway is fully patent.

BODY CAVITIES:
The pericardial cavity contains 25 mL of clear yellow fluid.  There is no excess fluid in the pleural or peritoneal cavities.

CARDIOVASCULAR SYSTEM:
Heart weight 500 grams.  There is cardiomegaly and left ventricular hypertrophy.  The epicardial surfaces are smooth and glistening.  The heart valves are normal.  The atria are normal in size.  The endocardial surfaces of the atria and ventricles are normal in appearance.  Dissection of the coronary arteries reveals abundant, scattered, flattened atherosclerotic plaque in the right coronary artery, which is of greatest circumference compared to the LAD and the circumflex coronary arteries.  There is flattened atherosclerotic plaque in a small left anterior descending coronary artery.  There is a minimal amount of atherosclerotic plaque in the left circumflex coronary artery Multiple cross sections through both ventricles of the heart reveal some mild diffusely distributed myocardial fibrosis.  There is cardiomegaly and left ventricular hypertrophy with the left ventricle measuring 16 mm in thickness and the right ventricle measuring 4 mm in thickness.  There are no foci or evidence of old or recent myocardial infarction.

Examination of the aorta reveals it to be smooth with minimal focal atherosclerosis.  The superior and inferior vena cavae are intact and normal with no thromboemboli.

PLT DEM,Sr.(2)00014

PLAINTIFFS' EXHIBITS 010956

Page 5
CA08-037

## RESPIRATORY TRACT:
Lungs, weight right 830 grams, left 840 grams. There is severe bilateral pulmonary edema and congestion. Bloodstained watery fluid runs from the cut surfaces of all lobes of both lungs. There are no foci of consolidation. The major bronchi contain a small amount of bloodstained edema fluid. The pulmonary arteries are widely patent with no thromboemboli.

## LIVER:
Weight 2,550 grams. The smooth, light, reddish tan capsular surface is intact. The liver is enlarged and there is fatty metamorphosis. The parenchyma is light pinkish tan and fractures easily on digital pressure. There is no increase in fibrous tissues to palpation. The intra and extrahepatic blood vessels and bile ducts are grossly normal. The gallbladder is thin-walled and contains 1 mL of light brown transparent bile.

## SPLEEN:
Weight 470 grams. This organ is enlarged and congested. The dark gray brown capsular surface is intact with no evidence of trauma. The parenchyma is dark red brown firm.

## PANCREAS:
Weight 210 grams. Normal, pale tan, lobular, autolyzed parenchyma is noted on cut section.

## ENDOCRINE SYSTEM:
The pituitary, adrenal and thyroid glands are grossly normal.

## GENITOURINARY TRACT:
Kidneys, weight right 230 grams, left 220 grams. The cortical surfaces of both kidneys are smooth, dark red,

PLT DEM,Sr.(2)00015

Page 6
CA08-037

congested.  Normal corticomedullary markings are noted on sagittal section.  The calyces, pelves, ureters are normal.  The urinary bladder contains 200 mL of clear yellow urine.  The prostate and seminal vesicles are normal.  The testes are normal to palpation.  A normal circumcised penis is present.

GASTROINTESTINAL TRACT:
The esophageal mucosa is autolyzed.  The gastric mucosa is autolyzed.  The stomach contains 1130 grams of viscous, masticated, pale tan food material containing fragments of vegetable material and meat.  The small and large bowel are grossly normal.  The vermiform appendix is present and normal.

MUSCULOSKELETAL SYSTEM:
The musculoskeletal system normal.  There is exogenous obesity and the abdominal panus is 4.5 cm in thickness.

URINE DRUG SCREEN:
Medtox Immunochromatographic plate
THC:                    Negative.
Opiates:                Negative.
Amphetamines:           Negative.
Cocaine.                Negative.
PCP:                    Negative.

PLT DEM,Sr.(2)00016

PLAINTIFFS' EXHIBITS 010958

CERTIFICATE OF DEATH &
AUTOPSY (AMENDED)

PLAINTIFFS' EXHIBITS 010959

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITE-OUTS OR ALTERATIONS
VS 11(REV 1/04)

| STATE FILE NUMBER | | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT --- FIRST (Given) | 2. MIDDLE | 3. LAST (Family) | |
|---|---|---|---|
| DANIEL | ELWIN | MCCORNACK | |

| AKA, ALSO KNOWN AS --- Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | 6. IF UNDER ONE YEAR Months Days | IF UNDER 24 HOURS Hours Minutes | 6. SEX |
|---|---|---|---|---|---|
| - - - | 02/15/1963 | 45 | | | M |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS (at time of death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | 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 | YES [X] NO | MARRIED | 03/23/2008 | 0052 |

| 13. EDUCATION — Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE — Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | YES [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION --- Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| PLANT MANAGER | CHEMICAL MANUFACTURE | 25 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number or location) | | | | |
|---|---|---|---|---|
| 6255 PEACHY CANYON RD. | | | | |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| PASO ROBLES | SAN LUIS OBISPO | 93446 | 45 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state, ZIP) |
|---|---|
| KATHY MCCORNACK, WIFE | 6255 PEACHY CANYON RD., PASO ROBLES, CA 93446 |

**SPOUSE AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE --- FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
| KATHY | MARIE | ESPARZA |

| 31. NAME OF FATHER --- FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| RALPH | MICHAEL | MCCORNACK | CA |

| 35. NAME OF MOTHER --- FIRST | 36. MIDDLE | 37. LAST (Maiden) | 38. BIRTH STATE |
|---|---|---|---|
| LINDA | EILEEN | HIRSCHLER | CA |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION | | |
|---|---|---|---|
| 03/28/2008 | PASO ROBLES DISTRICT CEMETERY 45 NACIMIENTO LAKE DR., PASO ROBLES, CA 93446 | | |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BU | ▶ NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| KUEHL-NICOLAY FUNERALS AND CREM | FD68 | ▶ POKI NAMKUNG, M.D. | 03/27/2008 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| CAMPSITE | IP [ ]  ER/OP [ ]  DOA [ ] | Hospice [ ]  Nursing Home/LTC [ ]  Decedent's Home [ ]  Other [X] |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| SANTA CRUZ | 4770 SITE 1 HIGHWAY 9 | FELTON |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time interval between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | CARDIAC ARREST | MINS | YES [X] NO [ ]  REFERRAL NUMBER 08-02790 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | VENTRICULAR ARRHYTHMIA | MINS | 109. BIOPSY PERFORMED? |
| (C) | ATRIAL FIBRILLATION | YEARS | 110. AUTOPSY PERFORMED? |
| (D) | HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE | YEARS | 111. USED IN DETERMINING CAUSE? YES [X] NO [ ] |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| EXOGENOUS OBESITY |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES [ ]  NO [ ]  UNK [ ] |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since (A) mm/dd/ccyy     Decedent Last Seen Alive (B) mm/dd/ccyy | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH [X] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | YES [ ]  NO [ ]  UNK [ ] | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
|---|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and ZIP) |
|---|

Exhibit 4
Wit: Mason
Date: 10/1/09
Allison Ash-Hoyman, CSR

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ NAOMI SILVA | 03/27/2008 | NAOMI SILVA, DEPUTY CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | Printed on: 09/30/2009 03:47 PM By BURT, ALAN   (ABURT) | | |

PLAINTIFFS' EXHIBITS 010960

## PHYSICIAN/CORONER'S AMENDMENT

### DEATHS AFTER 1-1994

NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE BLACK INK ONLY

| STATE FILE NUMBER | 1.1 | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|

**PART I   INFORMATION TO LOCATE RECORD**

| | 1. NAME—FIRST (GIVEN) | 2. MIDDLE | 3. LAST (FAMILY) | 4. SEX |
|---|---|---|---|---|
| NAME AS IT APPEARS ON RECORD | DANIEL | ELWIN | MCCORNACK | M |

| | 5. DATE OF EVENT—MM/DD/CCYY | 6. CITY OF OCCURRENCE | 7. COUNTY OF OCCURRENCE |
|---|---|---|---|
| ADDITIONAL INFORMATION TO LOCATE RECORD | 03/23/2008 | FELTON | SANTA CRUZ |

**PART II   STATEMENT OF CORRECTIONS**

| | 8. CERTIFICATE ITEM NUMBER | 9. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 10. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|---|
| LIST ONE ITEM PER LINE | 107A | CARDIAC ARREST | CARDIAC ARRHYTHMIA |
| | 107B | VENTRICULAR ARRHYTHMIA | DIGOXIN TOXICITY |
| | 107BT | MINS | DAYS |
| | 107C | ATRIAL FIBRILLATION | DIGOXIN POISONING |
| | 107CT | YEARS | DAYS |
| | 107D | HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE | |
| | 107DT | YEARS | |
| | 108A | 08-02790 | 08-02797 |
| | 112 | EXOGENOUS OBESITY | HYPERTENSIVE AND ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE AND EXOGENOUS OBESITY |
| | 119 | NATURAL | ACCIDENT |
| | 120 | | NO |
| | 121 | | 03/23/2008 |
| | 122 | | 0052 |
| | 123 | | SMITH WOODS RV PARK |
| | 124 | | ACCIDENTAL OVERDOSE ON DIGOXIN |
| | 125 | | 4770 HIGHWAY 9, FELTON, CA 95018 |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 11. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER ▶ ALAN G BURT | 12. DATE SIGNED—MM/DD/CCY 09/30/2009 | 13. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER SUP DEPUTY CORONER | | |
|---|---|---|---|---|---|
| | 14. ADDRESS—STREET AND NUMBER 701 OCEAN STREET, RM 340 | 15. CITY SANTA CRUZ | 16. STATE CA | 17. ZIP CODE 95060 | |

| STATE/LOCAL REGISTRAR USE ONLY | 18. OFFICE OF VITAL RECORDS OR SIGNATURE OF LOCAL REGISTRAR ▶ | 19. DATE ACCEPTED FOR REGISTRATION—MM/DD/YY |
|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF VITAL RECORDS

VS 24A (REV. 10/03)

Printed on: 09/30/2009 03:46 PM
By BURT, ALAN   (ABURT)

1 1

WORKING COPY

PLAINTIFFS' EXHIBITS 010961

## SANTA CRUZ COUNTY SHERIFF-CORONER'S OFFICE
### 701 Ocean Street
### Santa Cruz, California
### *  REPORT OF AUTOPSY EXAMINATION  *

**AUTOPSY NUMBER:** CA08-037     **FILE NUMBER:** 08-02797

**NAME:** Daniel Mc Cornack     **AGE:** 45  **SEX:** Male

**PLACE OF DEATH:** Smithwood R.V. Park, 4770 Hwy 9, Felton

**DATE/HOUR OF DEATH:** March 23, 2008 @ 0052 Hours

**AUTOPSY PERFORMED:** Santa Cruz County Morgue

**DATE/HOUR OF AUTOPSY:** March 26, 2008 @ 7:30 a.m.

**PATHOLOGIST:** Richard T. Mason, M.D.

**BODY IDENTIFIED BY:** Ankle tag.

**ATTENDING PHYSICIAN:** None.

---

**CAUSE OF DEATH:**      CARDIAC ARREST
                        Due to: Ventricular arrhythmia
                        Due to: Digoxin toxicity
                        Due to: Digoxin poisoning.

**CONTRIBUTORY:**        Exogenous obesity.

**MANNER:**              ~~Natural.~~ *Accident* RM

**DIAGNOSES**

1.  Digoxin poisoning with:
    A.  Toxic level of digoxin present in blood,
        3.6nanog/mL.
    B.  Cardiac arrhythmia due to digoxin toxicity.



Exhibit 13
Wit: Mason
Date: 10/1/09
Allison Ash-Hoyman, CSR

Page 1A
CA08-037

**DIAGNOSES, continued**

2.  Hypertensive and arteriosclerotic cardiovascular
    disease with:
    A.  Cardiomegaly and left ventricular hypertrophy.
    B.  Coronary arteriosclerosis, mild to moderate.
    C.  Myocardial fibrosis, mild.
    D.  Atrial fibrillation by history.
    E.  Probable ventricular arrhythmia and arrest.

3.  Cerebral edema and congestion.

4.  Pulmonary edema and congestion.

5.  Exogenous obesity, moderate.


RICHARD T. MASON, M.D.
Forensic Pathologist

**RTM/**dp

Page 2
CA08-037

## EXTERNAL EXAMINATION

The body examined is that of a well-developed, mildly obese, middle-aged white male that appears the stated age of 45 years. The body is 70 inches in length and weighs 220 pounds. The scalp hair is medium brown with gray and is cut short measuring 1/4 inch. The eyes are blue gray with the pupils equal in diameter, measuring 6 mm. There is an adhesive nostril dilating device attached over the midportion of the nostrils. There is a short 3/4 inch grayish brown mustache. Natural teeth in good condition are present in the mouth. There is a 1-2 mm growth of beard present on the lower face. There is prominent pinkish cyanosis of the anterior face and neck.

Examination of the anterior chest reveals 4 x 6 inch adhesive defibrillator electrodes present over the left lower lateral chest and the right upper anterior chest. Adhesive EKG electrodes are present over the right and left upper anterior chest and the right and left lower abdomen. The axillae are normal.

Examination of the anterior abdomen reveals it to be mildly obese. There is a slight umbilical hernia. There are no other marks or wounds are noted on the anterior abdomen. Normal male external genitalia are present. The penis is circumcised.

Examination of the lower limbs reveals normal, symmetric, muscular right and left thighs and right and left lower legs. There is a coroner's identification band present on the right ankle bearing the name: McCornack, Daniel; #08-2790. The right and left feet are normal.

PLAINTIFFS' EXHIBITS 010964

Page 3
CA08-037


Examination of the upper limbs reveals normal, symmetric, muscular right and left upper arms and right and left forearms.

The antecubital spaces are clean with no marks or wounds. The right and left forearms are unremarkable. An intravenous line is in position through a needle puncture wound on the dorsum of the left hand. This line is attached to a 1-liter bag of normal saline.

Examination of the hands reveals them to be normal with short intact fingernails.


## INTERNAL EXAMINATION

### HEAD:
Reflection of the scalp reveals an absence of any contusions on the galeal surface. The calvarium is intact. Reflection of the calvarium reveals prominent cerebral edema. The gyri are flattened. The meninges are clear but congested. The brain weighs 1,640 grams. The brain has a normal external morphology except for the edema. The cerebral arteries are normal in distribution and appearance.

Multiple coronal sections through both cerebral hemispheres reveal normal cortex, normal white matter and normal basal ganglia. Sections through the brainstem and cerebellum reveal these structures to be normal.

The dura is stripped from the base of the skull to reveal an intact skull base.


PLAINTIFFS' EXHIBITS 010965

Page 4
CA08-037


NECK:
The hyoid bone, larynx, trachea, soft tissues, cervical
spine are intact.  The airway is fully patent.

BODY CAVITIES:
The pericardial cavity contains 25 mL of clear yellow
fluid.  There is no excess fluid in the pleural or
peritoneal cavities.

CARDIOVASCULAR SYSTEM:
Heart weight 500 grams.  There is cardiomegaly and left
ventricular hypertrophy.  The epicardial surfaces are
smooth and glistening. The heart valves are normal. The
atria are normal in size.  The endocardial surfaces of
the atria and ventricles are normal in appearance.
Dissection of the coronary arteries reveals abundant,
scattered, flattened atherosclerotic plaque in the
right coronary artery, which is of greatest
circumference compared to the LAD and the circumflex
coronary arteries.  There is flattened atherosclerotic
plaque in a small left anterior descending coronary
artery. There is a minimal amount of atherosclerotic
plaque in the left circumflex coronary artery.
Multiple cross sections through both ventricles of the
heart reveal some mild diffusely distributed myocardial
fibrosis.  There is cardiomegaly and left ventricular
hypertrophy with the left ventricle measuring 16 mm in
thickness and the right ventricle measuring 4 mm in
thickness.  There are no foci or evidence of old or
recent myocardial infarction.

Examination of the aorta reveals it to be smooth with
minimal focal atherosclerosis.  The superior and
inferior vena cavae are intact and normal with no
thromboemboli.

PLAINTIFFS' EXHIBITS 010966

Page 5
CA08-037

RESPIRATORY TRACT:
Lungs, weight right 830 grams, left 840 grams. There is severe bilateral pulmonary edema and congestion. Bloodstained watery fluid runs from the cut surfaces of all lobes of both lungs. There are no foci of consolidation. The major bronchi contain a small amount of bloodstained edema fluid. The pulmonary arteries are widely patent with no thromboemboli.

LIVER:
Weight 2,550 grams. The smooth, light, reddish tan capsular surface is intact. The liver is enlarged and there is fatty metamorphosis. The parenchyma is light pinkish tan and fractures easily on digital pressure. There is no increase in fibrous tissues to palpation. The intra and extrahepatic blood vessels and bile ducts are grossly normal. The gallbladder is thin-walled and contains 1 mL of light brown transparent bile.

SPLEEN:
Weight 470 grams. This organ is enlarged and congested. The dark gray brown capsular surface is intact with no evidence of trauma. The parenchyma is dark red brown firm.

PANCREAS:
Weight 210 grams. Normal, pale tan, lobular, autolyzed parenchyma is noted on cut section.

ENDOCRINE SYSTEM:
The pituitary, adrenal and thyroid glands are grossly normal.

GENITOURINARY TRACT:
Kidneys, weight right 230 grams, left 220 grams. The cortical surfaces of both kidneys are smooth, dark red,

PLAINTIFFS' EXHIBITS 010967

Page 6
CA08-037

congested.   Normal corticomedullary markings are noted
on sagittal section.   The calyces, pelves, ureters are
normal.   The urinary bladder contains 200 mL of clear
yellow urine.   The prostate and seminal vesicles are
normal.   The testes are normal to palpation.   A normal
circumcised penis is present.

GASTROINTESTINAL TRACT:
The esophageal mucosa is autolyzed.   The gastric mucosa
is autolyzed.   The stomach contains 1130 grams of
viscous, masticated, pale tan food material containing
fragments of vegetable material and meat.   The small
and large bowel are grossly normal. The vermiform
appendix is present and normal.

MUSCULOSKELETAL SYSTEM:
The musculoskeletal system normal.   There is exogenous
obesity and the abdominal panus is 4.5 cm in thickness.

URINE DRUG SCREEN:
Medtox Immunochromatographic plate
THC:                          Negative.
Opiates:                      Negative.
Amphetamines:                 Negative.
Cocaine:                      Negative.
PCP:                          Negative.

PLAINTIFFS' EXHIBITS 010968

NMS LABS

PLAINTIFFS' EXHIBITS 010969

CONFIDENTIAL

NMS Workorder No:    08095896
NMS Control No:      10843208
Client ID No:        08-02790
Page 2 of 3

**COMMENTS:**

1.    Ethyl alcohol is a CNS-depressant and has effects so-related, e.g., impaired judgment, alertness and coordination.

      If the determined blood alcohol concentration (BAC) is representative of the circulating BAC at the time of the fatal incident, then it represents as absorbed body burden of approximately 2 "drinks" of an alcoholic beverage in an adult of average size weighing approximately 155 lbs.

                              Note: a "drink" =    1 oz. of distilled spirits
                                                   4 oz. of wine
                                                   12 oz. of beer

      Each of the drinks listed above contains about the same amount of ethyl alcohol.

2.    Diltiazem (Cardizem®) is a calcium channel blocking coronary vasodilator indicated for the treatment of variant, exertional and unstable angina. It is also used in arrhythmic and/or hypertensive therapy. Desacetyldiltiazem is an active metabolite of diltiazem. Divided doses up to 180-360 mg daily may be prescribed for angina.

      Therapeutic blood levels of diltiazem appear to be in the range of 50 to 200 nanog/mL. Numerous cases of diltiazem overdose have been reported. The majority of individuals who receive prompt treatment survive diltiazem overdose; however, death has been reported, especially in conjunction with other substances. Diltiazem has been found mixed with cocaine, either as a cutting agent or in an attempt to reduce cocaine-induced increased blood pressure. In a separate, small series of diltiazem related fatalities, the postmortem blood concentrations range from 6700 to 33,000 nanog/mL (mean 16,000 nanog/mL). In addition, diltiazem is reported to undergo postmortem redistribution with an average heart blood/femoral blood ratio of 2.6.

3.    Digoxin (Lanoxin®) is a cardiac glycoside used in the treatment of congestive heart failure and other contractility-related deficiencies. There is considerable individualization of the dose of this medication and what is therapeutic in one individual may be toxic in another.

      Individuals are generally titrated to find an appropriate dosage, especially since digoxin has a low therapeutic index.

4.    Quinine and quinidine are stereoisomers derived from the bark of the cinchona tree. Quinine has been used in the past as an antimalarial, but is more commonly used today to treat muscle cramps. It is also used as a flavoring agent in tonic waters and as a cutting agent adulterant in illicit street drug dosages of heroin. Adverse effects include gastrointestinal disturbances, tinnitus, dizziness, arrhythmias and hypotension.

      Quinidine is frequently used as an antiarrhythmic agent. It is available for acute administration by intramuscular or intravenous injection of 200 to 750 mcg or for maintenance therapy in oral doses of 600 to 4,000 mg daily. Toxicity is manifested by gastrointestinal disturbances, giddiness, tinnitus, diplopia and hypotension.

5.    Atropine is an anticholinergic alkaloid used in pre-anesthetic therapy to control airway secretions and as an antispasmodic to control gastrointestinal spasms. It is frequently used as an antidote in the treatment of anticholinesterase-type pesticides. It can be obtained naturally from deadly nightshade or jimson weed. Atropine is also used in resuscitative attempts.

      Toxic effects of atropine have considerable individual variation; however, at high doses, signs and symptoms include mydriasis, hot dry reddened skin, deliriums and hallucinations.

      In resuscitative failure, most of the administered drug remains confined to the intravascular injection pathway.

PLAINTIFFS' EXHIBITS 010970



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC, Laboratory Director

CONFIDENTIAL

May 29, 2009

RECEIVED

JUN 0 4 2009

TO:  M60112
Ernst & Mattison
1020 Palm Street
San Luis Obispo, CA  93401

ERNST & MATTISON

**CRIMINALISTICS REPORT OF:**   McCORNACK SR., Daniel Elwin
NMS Workorder No:                        09107925
Client ID No:                                    Not Provided

**SPECIMENS:**        Item 1        One clear plastic container containing one white pill monogrammed "B-146"

The above evidence was received from United Parcel Services on 05/14/09.

**EXAMINATION:**     Analysis Requested – Test No. 7011 – Special Request for Digoxin

**FINDINGS:**

Item 1

    DIGOXIN                                              0.250 mg/tablet
    (by LC-MS/MS)

    WEIGHT                                               113.79 mg

    THICKNESS                                          Not measured due to pill being broken

Respectfully,

Matthew McMullin, MS, DABFT
Forensic Toxicologist

MMM/sdw

This analysis was performed under chain of custody.  The chain of custody documentation is on file at NMS Labs.

The remainder of the submitted specimens are scheduled to be returned/discarded six (6) weeks from the date of this report unless alternate arrangements are made by you prior thereto.

PLT DEM,Sr.(2)00082

PLAINTIFFS' EXHIBITS 010971

**CONFIDENTIAL**

NMS Workorder No:    08095896
NMS Control No:      10843208
Client ID No:        08-02790
Page 3 of 3

Respectfully,

Edward J. Barbieri, Ph.D.
Forensic Toxicologist

EJB/ltb

This analysis was performed under chain of custody.  The chain of custody documentation is on file at NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date of this report.

**\*\*\*\*   \*\*\*\*   ANALYSIS SUMMARY   \*\*\*\*   \*\*\*\***

**8092B - Therapeutic and Abused Drug Screen**

Test No. 8092B – Drug Screen by Enzyme-Linked Immunosorbent Assay (ELISA) on Blood for:  Amphetamine, Barbiturates, Benzodiazepines, Cannabinoids (Marihuana), Cocaine/Metabolites, Methamphetamine, Opiates and Phencyclidine (PCP); Headspace Gas Chromatography for Ethanol, Methanol, Acetone and Isopropyl Alcohol.

Test No. 8092B - Drug Screen II- Gas Chromatography and Gas Chromatography/Mass Spectrometry Analysis on Blood:

The following is a general list of compound classes included in the Gas Chromatographic screen.  Other specific compounds outside these classes are also included.  Please note that not all known compounds included in each specified class or heading are included. The detection of any particular compound is concentration-dependent.  For a detailed list of all compounds included in this screen, please contact NMS Labs.

Analgesics (opioid and non-opioid), Anesthetics, Antiasthmatic Agents, Anticholinergic Agents, Anticonvulsant Agents, Antidepressants, Antiemetic Agents, Antihistamines, Antiparkinsonian Agents, Antipsychotic Agents, Antitussive Agents, Anxiolytics (Benzodiazepine and others), Cardiovascular Agents (non-digitalis), Hallucinogens, Hypnosedatives (Barbiturate and others), Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents (excluding Salicylate) and Stimulants (Amphetamine-like and others).

Test No. 8092B - Colorimetric Analysis on Blood for:  Salicylates and Acetaminophen.

Test No. 5010B - Alcohol Confirmation - Enzymatic Assay on Blood for: Ethanol (Ethyl alcohol).

Test No. 1640B - Diltiazem - Gas Chromatography on Blood for:  Diltiazem.

Test No. 1615B – Digoxin – Liquid Chromatography - Tandem Mass Spectrometry on Blood for:  Digoxin.

**\*.\* \* \* \*   END OF REPORT   \* \* \* \* \***

PLAINTIFFS' EXHIBITS 010972

<u>C O N F I D E N T I A L</u>

NMS Workorder No:      09107925
Client ID No:              Not Provided
Page 2 of 2

***** *****ANALYSIS SUMMARY*****  *****

Test No. 7011 -- Special Request - Liquid Chromatography -- Tandem Mass Spectrometry on Pills for:  Digoxin.

***** END OF REPORT  *****

PLT DEM,Sr.(2)00083

PLAINTIFFS' EXHIBITS 010973