# EXHIBIT 604.2

PLAINTIFFS' EXHIBITS 011012

```
 1              REPORTER'S CERTIFICATE

 2          I certify that the witness in the foregoing

 3     deposition AMY R. MCMASTER, M.D., was by me duly sworn

 4     to testify in the within-entitled cause; that the said

 5     deposition was taken at the time and place therein

 6     named; that the testimony of said witness was reported

 7     by me, a Shorthand Reporter and Notary Public of the

 8     State of Tennessee authorized to administer oaths and

 9     affirmations, and said testimony, pages 6 through 98

10     was thereafter transcribed into typewriting.

11          I further certify that I am not counsel or

12     attorney for either or any of the parties to said

13     deposition, nor in any way interested in the outcome

14     of the cause named in said deposition.

15          IN WITNESS WHEREOF, I have hereunto set

16     my hand the 9th day of August, 2011.

17

18

19

20

21

22

23

24
               Deborah M. Fernau, TLCR No. 306
25             My commission expires:  07/06/2015
```

99

PLAINTIFFS' EXHIBITS 011013