IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:  DIGITEK® PRODUCT LIABILITY
        LITIGATION

MDL NO. 1968

THIS DOCUMENT RELATES TO ALL CASES

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXHIBIT 620

Defendants respectfully move this Court to enter an Order striking Plaintiffs' Exhibit 620, the declaration of Dr. David M. Bliesner, Ph.D., from the record.  Dr. Bliesner's declaration, filed on August 24, 2011—well after the close of discovery and three weeks after Defendants' dispositive and *Daubert* motions were filed—is barred both as an improper supplement to his expert report under Fed. R. Civ. P. 26(e)(2) and as a "sham affidavit."  In support of this Motion, Defendants expressly incorporate the arguments set forth on pages 7 to 10 of Defendants' Reply Memorandum in Support of Defendants' Motion for Summary Judgment (Doc. 570).

Respectfully submitted,

GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:      (304) 345-7250
Fax:      (304) 345-9941
E-mail:   rabetts@agmtlaw.com

*Attorney for Defendants*

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD
COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:      (816) 559-2214
Fax:      (816) 421-5547
E-mail:   hkaplan@shb.com
E-mail:   mmcdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc.,*
*Mylan Bertek Pharmaceuticals Inc., and UDL*
*Laboratories, Inc.*

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
      Richard A. Dean (Ohio Bar #0013165),
      CO-LEAD COUNSEL
      Matthew P. Moriarty (WV Bar # 4571;
      Ohio Bar 0028389), CO-LEAD COUNSEL
      925 Euclid Avenue, Suite 1150
      Cleveland, Ohio  44115-1414
      Tel:      (216) 592-5000
      Fax:      (216) 592-5009
      E-mail:richard.dean@tuckerellis.com
                matthew.moriarty@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC,*
*Actavis Inc., and Actavis Elizabeth LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2011, a copy of the foregoing **DEFENDANTS'**

**MOTION TO STRIKE PLAINTIFFS' EXHIBIT 620** was filed electronically.  Notice of this

filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.


GUTHRIE & THOMAS, PLLC

Rebecca A. Betts, LIAISON COUNSEL
500 Lee Street East, Suite 800
Charleston, West Virginia 25301
Tel:      (304) 345-7250
Fax:     (304) 345-9941
E-mail:  rabetts@agmtlaw.com

*Attorney for Defendants*

SHOOK, HARDY & BACON LLP

Harvey L. Kaplan, CO-LEAD COUNSEL
Madeleine M. McDonough, CO-LEAD
COUNSEL
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
Tel:      (816) 559-2214
Fax:     (816) 421-5547
E-mail:  hkaplan@shb.com
E-mail:  mmcdonough@shb.com

*Attorneys for Mylan Pharmaceuticals Inc.,*
*Mylan Bertek Pharmaceuticals Inc., and UDL*
*Laboratories, Inc.*

TUCKER ELLIS & WEST LLP

By: */s/ Richard A. Dean*
     Richard A. Dean (Ohio Bar #0013165),
     CO-LEAD COUNSEL
     Matthew P. Moriarty (WV Bar # 4571;
     Ohio Bar 0028389), CO-LEAD COUNSEL
     925 Euclid Avenue, Suite 1150
     Cleveland, Ohio  44115-1414
     Tel:      (216) 592-5000
     Fax:     (216) 592-5009
E-mail:richard.dean@tuckerellis.com
          matthew.moriarty@tuckerellis.com

*Attorneys for Defendants Actavis Totowa LLC,*
*Actavis Inc., and Actavis Elizabeth LLC*

3