# EXHIBIT 608

PLAINTIFFS' EXHIBITS 011450

```
 1              U.S. DISTRICT COURT OF THE

 2           SOUTHERN DISTRICT OF WEST VIRGINIA

 3                  CHARLESTON DIVISION

 4

 5
    KATHY McCORNACK, et al.,      )
 6                                )
            Plaintiffs,           )
 7                                )
       vs.                        )  NO. 2:09-cv-0671
 8                                )
    ACTAVIS TOTOWA, LLC, et al., )  Related MDL Case
 9                                )  No. 2:08-md-1968
            Defendants.           )
10   _____)

11

12

13

14          Deposition of C. ALAN BROWN, M.D.,

15      taken on behalf of the Plaintiff, at

16      206 E. Victoria Street, Santa Barbara,

17      California, beginning at 1:50 p.m. and

18      ending at 4:10 p.m., Wednesday, August 10,

19      2011 before DENA BROOKS, Certified Shorthand

20      Reporter No. 3113.

21

22

23

24

25
```

PLAINTIFFS' EXHIBITS 011451

C. ALAN BROWN, M.D.                                     August 10, 2011

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3            ERNST LAW GROUP
              BY:  MR. TERRY J. KILPATRICK, ESQ.
 4            1020 Palm Street
              San Luis Obispo, California  93401
 5            (805) 541-0300

 6
     For the Mylan Defendants:
 7
              SHOOK, HARDY & BACON
 8            BY:  MS. HUNTER AHERN, ESQ.
              600 Travis Street
 9            Suite 1600
              Houston, Texas  77396
10            (713) 546-5636

11
     For the Actavis Totowa Defendants:
12
              TUCKER, ELLIS & WEST, LLP
13            BY:  MR. EDWARD E. TABER, ESQ.
              1150 Huntington Boulevard
14            925 Euclid Avenue
              Cleveland, Ohio  44115-1414
15            (216) 696-2365

16

17

18

19

20

21

22

23

24

25
```

PLAINTIFFS' EXHIBITS 011452

C. ALAN BROWN, M.D.                                          August 10, 2011

```
1                         I N D E X

2            W I T N E S S:  C. ALAN BROWN, M.D.

3

4   EXAMINATION BY:                                  PAGE

5   MR. KILPATRICK                                      4

6

7

8                       E X H I B I T S

9   NUMBER                    DESCRIPTION           PAGE

10  1                         Notice to Take Videotaped   10
                              Oral Deposition and Request
11                            For Production and Copying
                              Of Documents at the
12                            Deposition (28 pages)

13  2                         Correspondence with        11
                              attachments from Dr. Brown
14                            to Ms. Ahern dated 5-23-11
                              (12 pages)
15
    3                         Curriculum Vitae           12
16                            (5 pages)

17  4                         Updated Curriculum Vitae   96
                              (6 pages)
18

19                           -ooOoo-

20

21

22

23

24

25
```

PLAINTIFFS' EXHIBITS 011453

4

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1                  SANTA BARBARA, CALIFORNIA

 2                  WEDNESDAY, AUGUST 10, 2011

 3                       1:50 P.M.

 4

 5                  C. ALAN BROWN, M.D.,

 6        having been first duly sworn by the reporter,

 7             was examined and testified as follows:

 8

 9                        EXAMINATION

10   BY MR. KILPATRICK:

11        Q    Good afternoon, Dr. Brown.  Have you been

12   deposed before?

13        A    Yes, I have.

14        Q    How many times?

15        A    Approximately 30.

16        Q    What's the most recent deposition you've taken?

17        A    Last week.

18        Q    So, you are familiar with the procedures of a

19   deposition?

20        A    Yes.

21        Q    And you understand that your testimony today can

22   be used in court?

23        A    Yes.

24        Q    Very well.  Let me see if we can just get an

25   agreement about a couple of things.
```

PLAINTIFFS' EXHIBITS 011454

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1          One is, would you agree to give me full and
 2   complete responses to my questions?
 3      A    As much as I'm able.  Yes.
 4      Q    Okay.  And the other is, if I interrupt you for
 5   any reason before you're able to give me your response,
 6   would you just let me know that you have not finished
 7   your response?
 8      A    Yes.
 9      Q    Very good.  Do you have any questions before we
10   start?
11      A    No.
12      Q    What is your expertise in this case?
13      A    Well, I am a clinical and interventional
14   cardiologist practicing here in the Santa Barbara.
15      Q    Could you explain what those terms mean?  What
16   do you mean, a "clinical cardiologist"?
17      A    As a clinical cardiologist, I care for patients
18   with a variety of cardiovascular diseases, as well as
19   complaints or symptoms that may be due to cardiovascular
20   diseases, ranging from irregular heart rhythm, such as
21   atrial fibrillation, to patients with coronary artery
22   disease, high blood pressure or hypertension, myocarditis
23   with inflammatory heart diseases.  The general spectrum
24   of what we term "clinical cardiology."
25          As an interventional cardiologist, I perform
```

PLAINTIFFS' EXHIBITS 011455

C. ALAN BROWN, M.D.                                      August 10, 2011

1 | coronary angioplasty, the balloon procedure to relieve

2 | blockages of the heart arteries.  That -- those same

3 | procedures often involve implantation of coronary stents.

4 |    Q    Okay.  Is that your expertise in this case, as a

5 | clinical and interventional cardiologist?

6 |    A    Yes.

7 |    Q    Have you ever served as an expert in any other

8 | capacity in any case?

9 |    MS. AHERN:  Objection.

10 |    THE WITNESS:  Well, I've served as an expert in

11 | medical-legal cases, if that's what you mean.

12 | BY MR. KILPATRICK:

13 |    Q    Sure.  As something other than cardiologist?

14 |    A    No.  I misunderstood.  No.  Each time as a

15 | cardiologist.

16 |    Q    And who were you retained by in this case?

17 |    A    I was initially retained by Ms. Ahern, who was

18 | representing Shock, Hardy and Bacon.

19 |    Q    And initially, do you mean someone -- were you

20 | retained by someone else subsequently?

21 |    A    I don't believe so.  My understanding is that

22 | there are other law firms that are representing various

23 | defendants in this case.

24 |    Q    And when did Ms. Ahern's firm first contact you

25 | about working on this case?

PLAINTIFFS' EXHIBITS 011456

1     MS. AHERN:  Objection.

2     THE WITNESS:  I believe it was in mid 2009.

3  BY MR. KILPATRICK:

4     Q     Do you know if you are generally retained by

5  defense law firms or plaintiff's law firms?

6     A     In the medical malpractice cases in which I've

7  served as an expert, is that what you're referring to? ?

8     Q     In any legal case.

9     A     I would say the ratio works out to roughly

10  70 percent for the defense and 30 percent for the

11  plaintiff in medical malpractice cases.

12     Q     Have you served as an expert in cases other than

13  in med mal cases?

14     A     I have served as a treating physician in the --

15  in a murder case, and I've served as a -- I don't know

16  what the term would be, but I was asked to testify as an

17  expert in a civil case that involved litigation --

18  contract litigation between the Diagnostic Imaging Center

19  and General Electric.

20     Q     Just those two cases that were not medical

21  malpractice cases?

22     A     To my knowledge, sir, yes.  To my recollection,

23  I should say.

24     Q     What was the last case you served in as an

25  expert?

PLAINTIFFS' EXHIBITS 011457

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1      A     Well, the case that I mentioned where I gave the
 2   deposition last week.
 3      Q     What case was that?
 4      A     The name of the case is Dressel versus Zebrack.
 5      Q     Can you spell the "Zebrack"?
 6      A     Z-E-B-R-A-C-K.
 7      Q     Who has retained you in that case?
 8      A     It was the firm of Neil, Dymott.  DYMOTT.
 9      Q     Do you recall who the plaintiff's firm is in
10   that case?
11      A     I believe her name is Law, L-A-W.
12      Q     You don't remember her first name?
13      A     No.
14      Q     Is that filed here in Santa Barbara?
15      A     No.
16      Q     Where is that case pending?
17      A     I don't know exactly where it's pending.  My
18   deposition was given in Temecula.  I think the case
19   involves that general area.
20      Q     Do you know how much money you've been paid so
21   far in this case?
22      A     Approximately, yes.
23      Q     How much would that be, approximately?
24      A     It's approximately $10,000.
25      Q     Had you previously worked for anybody at the
```

PLAINTIFFS' EXHIBITS 011458

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1   Shock, Hardy firm or been retained by anyone at the

 2   Shock, Hardy firm?

 3       A    Yes.

 4       MS. AHERN:  Objection.

 5   BY MR. KILPATRICK:

 6       Q    How many times; do you know?

 7       A    On one other occasion.

 8       Q    When was that, if you recall?

 9       MS. AHERN:  Objection.

10       THE WITNESS:  I don't recall specifically.  It was a

11   number of years ago, over four years ago.

12   BY MR. KILPATRICK:

13       Q    Have you ever served as an expert representing a

14   drug company before or on behalf of a drug company?

15       A    Now, could you be more specific there?

16       Q    Sure.  Have you ever been retained by a law firm

17   representing a drug company to serve as an expert?

18       A    Other than the two instances that we've already

19   mentioned?

20       Q    Well, one of them being this case.

21       A    Right.

22       Q    Correct?

23            What's the other one?

24       A    It was my previous retention by the same firm of

25   Shock, Hardy and --
```

PLAINTIFFS' EXHIBITS 011459

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1      Q    I see.  I see.  So, other than those two?

 2      A    No.

 3      Q    And do you recall the drug company that you

 4   were -- or do you recall the drug company that the Law

 5   firm was representing in that case?

 6      MS. AHERN:  Objection, it goes back more than four

 7   years.

 8      THE WITNESS:  I believe it was Bayer.

 9   BY MR. KILPATRICK:

10      Q    Let me hand you a document, ask if you have seen

11   that before.  I have one for you guys to share.

12           Do you recognize that document?

13      A    Yes.

14      MR. KILPATRICK:  And let me mark, then, as Exhibit 1,

15   the Deposition Notice of Dr. Brown.

16           (Plaintiff's Exhibit 1 marked

17           for identification by the Reporter.)

18   BY MR. KILPATRICK:

19      Q    And on page two of that exhibit, there's a list

20   of documents that I asked you to bring to the deposition

21   today.  Have you had a chance to read through this list

22   before you came here today?

23      A    Yes.

24      Q    And were you able to bring all the documents on

25   the list?
```

PLAINTIFFS' EXHIBITS 011460

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1      A    Yes.

 2      MS. AHERN:  Objection.

 3      THE WITNESS:  I was able to bring those documents

 4  that I had.  Yes.

 5  BY MR. KILPATRICK:

 6      Q    Okay.  So, were there any documents that you

 7  have that would have been called for here that you didn't

 8  bring?

 9      A    No.  I brought everything that I have.

10      Q    You brought your complete file?

11      A    Yes.

12      Q    Thank you.

13           And that is contained, it looks like, in a box

14  behind Mr. Taber, or next to you now?

15      A    Yes.  It's at the foot of my chair.

16      Q    We'll get into that a little bit later.

17           Let me hand you another document that I'll mark

18  as Exhibit 2, ask you if you recognize that.

19      A    Yes.

20           (Plaintiff's Exhibit 2 marked

21           for identification by the Reporter.)

22  BY MR. KILPATRICK:

23      Q    And that is the expert report you've prepared

24  for this case; correct?

25      A    Yes.
```

PLAINTIFFS' EXHIBITS 011461

1    Q    And let me hand you also what I'll mark as

2    Exhibit Number 3, ask you to take a look at that, see if

3    you recognize it.

4    A    Yes.

5         (Plaintiff's Exhibit 3 marked

6         for identification by the Reporter.)

7    BY MR. KILPATRICK:

8    Q    And what's that document?

9    A    That's an earlier version of my C.V.

10   Q    And do you know when that was prepared?

11   A    No, I don't.

12   Q    There is also a C.V. attached to Exhibit 2, I

13   understand.  It's dated at the top left as May 23rd,

14   2011.  Is this the most current version of your C.V.?

15   A    No, it's not.

16   Q    And what has changed since May 23rd of 2011?

17   A    My most current C.V. includes, under the Awards

18   category, the Bronze Star that I received for service in

19   Afghanistan.

20   Q    Congratulations.

21   A    Thank you.

22   Q    Anything else?

23   A    No.

24   Q    Do you have a copy of that C.V. with you today?

25   A    Yes, I do.

C. ALAN BROWN, M.D.                                    August 10, 2011

1   Q    Could we mark that as Exhibit 4 and attach it to
2   the deposition?
3        And what I will do, Dr. Brown, I don't know if
4   you brought copies or if these are originals, but we can
5   have the court reporter just copy these documents and get
6   them back to you for your file.
7   MS. AHERN:  Are you having trouble finding it?
8   THE WITNESS:  Well, it may have gotten commingled
9   here with the -- is it in that notebook over there?
10       Actually, now that I think of it, it's
11  underneath my white jacket, because I printed it out this
12  morning.  So, I can produce that at the end of this
13  deposition, if you like.  It's in my automobile.
14  BY MR. KILPATRICK:
15  Q    That would be fine.
16       Would you tell me, Dr. Brown, what you
17  understood your assignment to be in this case?
18  A    My -- I understood my assignment to be to review
19  the clinical records for Mr. McCornack to determine the
20  mechanism and the cause of his death, and to determine if
21  Digoxin played any role in his death.
22  Q    And who assigned that task to you?
23  MS. AHERN:  Objection.
24  THE WITNESS:  We discussed that when Ms. Ahern and I
25  first met.

PLAINTIFFS' EXHIBITS 011463

C. ALAN BROWN, M.D.                                    August 10, 2011

1   BY MR. KILPATRICK:

2       Q     Other than Ms. Ahern, did you speak to anybody

3   else about your assignment prior to preparing your final

4   opinion?

5       MS. AHERN:  Objection.

6       THE WITNESS:  In preparation of my declaration, I

7   created this document, drafted it.  My recollection is

8   that before I published the final version, we had a

9   conference call where we discussed the contents of the --

10  of this.  I don't recall who the exact parties were on

11  that conference call.

12  BY MR. KILPATRICK:

13      Q     Were you speaking to attorneys on the conference

14  call?

15      A     Yes.

16      Q     And attorneys representing the defendants in

17  this case?

18      A     Yes.

19      Q     Do you remember how many people were on the

20  conference call?

21      A     My recollection is that there were four,

22  counting myself.

23      Q     Before you completed your final report, was

24  there any subject or issue that you felt was necessary to

25  investigate that you asked Ms. Ahern about, sort of

PLAINTIFFS' EXHIBITS 011464

C. ALAN BROWN, M.D.                                August 10, 2011

```
1    beyond what she asked you to do?

2         MS. AHERN:  Objection.

3         MR. TABER:  Objection.

4         THE WITNESS:  I don't understand that question.

5    BY MR. KILPATRICK:

6         Q    Well, Ms. Ahern gave you -- Is it true that

7    Ms. Ahern gave you the general assignment to review

8    Mr. McCornack's clinical records and determine if Digoxin

9    was the cause of death?

10        MS. AHERN:  Objection.

11        THE WITNESS:  Well, as I said, it was to review the

12   clinical records to determine what, in my opinion, was

13   the mechanism and cause of death, and then to determine

14   if Digoxin played any role in that.

15   BY MR. KILPATRICK:

16        Q    Okay.  Did you feel that something was required

17   beyond that scope, and which you felt was important to

18   include in your report?

19        A    Well --

20        MS. AHERN:  Objection.

21        THE WITNESS:  All of the opinions in this report are

22   my opinions.  Now, because I may not understand the

23   subtleties of that question, I don't want to exclude

24   opinions that I've expressed in this report, based on my

25   answer.  But --
```

PLAINTIFFS' EXHIBITS 011465

C. ALAN BROWN, M.D.                                    August 10, 2011

1  BY MR. KILPATRICK:

2     Q     Well --

3     A     -- to the degree I understand your answer, my

4  opinions are in this report.

5     Q     I'll get to that in a different way in just a

6  little bit.  That's okay.

7           Was there any investigation or inquiry that you

8  wanted to pursue prior to finishing your report that you

9  were unable to do?

10    MS. AHERN:  Objection.

11    THE WITNESS:  Not that I recall.

12 BY MR. KILPATRICK:

13    Q     So, you feel like you did everything that you

14 felt was necessary to render your opinion?

15    A     Well, in the sense that I reviewed all of the

16 medical records that were available to me, both produced

17 by Ms. Ahern and also by your firm.  So, I reviewed all

18 of those records.  And I have reviewed the depositions

19 and other documents that were supplied to me, in order to

20 render my opinion.

21    Q     But, was there anything else that you thought

22 would have been necessary before you rendered an opinion

23 about Mr. McCornack's cause of death?

24    MS. AHERN:  Objection.

25    THE WITNESS:  Well, I don't -- my charge was to

PLAINTIFFS' EXHIBITS 011466

C. ALAN BROWN, M.D.                                     August 10, 2011

1  review the clinical materials that were available and to

2  render my opinion and that's what I did.

3  BY MR. KILPATRICK:

4      Q    Okay.  Who provided the materials for you?

5      A    I -- I believe the majority -- well, certainly

6  the majority, if not all of them, have come through

7  Ms. Ahern's office.

8           I do have a binder that contains materials that,

9  it's my understanding, were provided by the plaintiff.

10 But I, again, received those through Ms. Ahern's office.

11     Q    As far as you know, are you going to be doing

12 any more work on this case in the future?

13     MS. AHERN:  Objection.

14     THE WITNESS:  Well, if and when this case goes to

15 trial, if there are additional depositions or

16 declarations from medical experts, any other information

17 that has clinical reference, I would plan to review those

18 materials before trial.

19 BY MR. KILPATRICK:

20     Q    Prior to your finalizing the report -- Strike

21 that.

22          You had provided the draft report to Ms. Ahern

23 at some point; correct?

24     MS. AHERN:  Objection, misstates his testimony.

25     THE WITNESS:  I'm not sure that I -- that I did.  We,

PLAINTIFFS' EXHIBITS 011467

C. ALAN BROWN, M.D.                                    August 10, 2011

1   as I said, I wrote this report.  I don't know that she

2   had a copy of it before I finalized it.

3       MS. AHERN:  And just let me interject an objection

4   here in general.  To the extent that we're going beyond

5   what is required under Rule 26, in terms of providing

6   information to experts, we're not going to be producing

7   any drafts or answering any questions about drafts.

8       MR. KILPATRICK:  Well, I don't want any drafts.

9   BY MR. KILPATRICK:

10      Q    Let me ask you:  Can you identify all the facts

11  or data that any attorney provided to you, that you

12  considered in preparing your report?

13      A    That's a question I really don't understand.  I

14  brought all of the materials that I reviewed in the

15  process of rendering my opinion and also drafting my

16  report.  Is that what you're --

17      Q    Well, let's break it down a little bit.

18      A    Okay.

19      Q    So, everything you considered, all the written

20  material you considered in rendering your opinion, is

21  contained in your file here today; correct?

22      A    Well, in the process of rendering or reaching my

23  opinion, I relied upon my education, my training, my

24  clinical experience.  I began practice -- the practice of

25  cardiology back in 1981 and prior to that, I had been a

PLAINTIFFS' EXHIBITS 011468

C. ALAN BROWN, M.D.                                          August 10, 2011

1   medical student, a medical resident, a research fellow

2   and a cardiac fellow.

3           So, I certainly, during all of those years,

4   reviewed many documents, many books, many journals that

5   cumulatively have created my knowledge base that allowed

6   me to render an expert opinion.  I can't begin to list

7   all of those things.

8           Is that what you're asking me to do?

9      Q   Yes.  But if you can't list it, I understand.

10          What about facts about this case, in particular?

11  Who provided you facts about this case?

12     MS. AHERN:  Objection.

13  BY MR. KILPATRICK:

14     Q   Or what were the written -- Let me put it this

15  way:  What written documents did you review that

16  contained facts that you considered about this case in

17  forming your opinion?

18     A   Would you like to review the materials that I

19  brought?

20     Q   Well, I guess --

21     A   Because I brought those things that I reviewed.

22     Q   And that was one angle of my first question, was

23  are all the fact-specific information, is that contained

24  in the file that you brought here today?

25     A   Well, again I -- I tried to answer that earlier.

PLAINTIFFS' EXHIBITS 011469

C. ALAN BROWN, M.D.                                      August 10, 2011

1   Over my three decades of clinical practice as a

2   cardiologist and prior to that, during my training, I --

3   I referred, or I reviewed, I studied any one of a number

4   of educational materials, continuing medical education,

5   attended lectures, conferences, that may have contributed

6   to my knowledge base that I used to reach my opinion, if

7   that's -- I generally don't understand your question.

8       Q    Well, let me try to narrow it again.  How about

9   any facts about Mr. McCornack?

10      A    No, I never -- I don't know Mr. McCornack.

11      Q    But, you reviewed some facts, you reviewed his

12  medical records?

13      A    Yes.

14      Q    And let me try to ask that question.  Any

15  factual information you have of Mr. McCornack, is that

16  contained in the box you bought here today?

17      A    Yes.

18      Q    What about any information given to you, any

19  factual information about Mr. McCornack, from any

20  attorney in this case?  Did any attorney give you any

21  factual information about Mr. McCornack?

22      MS. AHERN:  Objection.

23      THE WITNESS:  To my knowledge, no information that

24  wasn't contained in these medical records.

25  ///

C. ALAN BROWN, M.D.                                    August 10, 2011

1   BY MR. KILPATRICK:

2       Q     And what about the Digitek tablets that

3   Mr. McCornack was taking, did any attorney provide you

4   any factual information about the Digitek tablets that he

5   was taking?

6       MS. AHERN:  Objection.

7       THE WITNESS:  Well, included in the materials that I

8   have with me, I have some documentation from the FDA.  I

9   don't recall if there's product inserts about Digitek or

10  Digitalis or other brands of the medication, but I

11  certainly reviewed those in the past during my clinical

12  use.

13          This is a medication that I have used and

14  continue to use frequently.  So, over the course of my

15  clinical practice, I review the PDR frequently.  That's

16  in the context of taking care of patients, not

17  specifically with reference to Mr. McCornack.

18  BY MR. KILPATRICK:

19      Q     Well, how about any factual information about

20  the Digoxin tablets produced by Actavis?

21      MS. AHERN:  Objection.

22  BY MR. KILPATRICK:

23      Q     Is all the written documents, everything you

24  know about the Actavis Digitek tablets, is that in your

25  file that you brought here today?

PLAINTIFFS' EXHIBITS 011471

C. ALAN BROWN, M.D.                                    August 10, 2011

1     MS. AHERN:  Objection.

2     THE WITNESS:  I think so.  I mean, I -- at the time

3  of the product recall, my recollection is that there were

4  messages sent to physicians and I certainly reviewed

5  those at the time and again, that would have entered into

6  my general database.

7          As I mentioned, there's a -- there's a

8  particular document published by the FDA that refers

9  specifically to the Actavis Digitek product recall.

10          In a number of the depositions, and perhaps in

11  some of the declarations, there were references to

12  examinations of some of the tablets that Mr. McCornack

13  had apparently in his possession, they were subsequently

14  evaluated by -- I don't know if the proper term would be

15  toxicologist or pharmacologist.

16          So, I'm aware of that, but I believe that the

17  information is all in the box that I have here.

18  BY MR. KILPATRICK:

19     Q    What's your understanding about test results of

20  the Digitek tablets that you just mentioned?

21     MS. AHERN:  Objection.

22     THE WITNESS:  It's my understanding that the tablets

23  from Mr. McCornack's medication supply were tested and

24  found to be within specification.

25  ///

PLAINTIFFS' EXHIBITS 011472

23

C. ALAN BROWN, M.D.                                    August 10, 2011

1  BY MR. KILPATRICK:

2      Q    And could you be more specific about that?  Do

3  you know if it was from Mr. McCornack's pill bottle, from

4  his -- from the complete batch or, more generically, of

5  all the Digitek tablets produced by Actavis?

6      MS. AHERN:  Objection.

7      THE WITNESS:  If you like we can try to find the

8  specific reference.  Should we take the time to do that?

9  It's probably in a document.  Off the top of my head, I

10  don't remember.

11  BY MR. KILPATRICK:

12      Q    Well, why don't you take a look?  Why don't you

13  just see.  Take a minute and see if you can find that.

14  I am curious what test you're talking about.

15      A    (Witness reviews documents.)

16      MR. TABER:  Do you want to make him look through the

17  whole box or do you want to try to save some time and --

18  I mean, we all know what it is; right?

19      MR. KILPATRICK:  Well, I don't know.  I mean, if you

20  want to try to save some time and show him a document, I

21  don't object to that.

22      MR. TABER:  You mean in the McMullin depo?

23      MR. KILPATRICK:  I don't know.

24      MS. AHERN:  I think it's in one of the depositions, I

25  just don't know which one it is.

PLAINTIFFS' EXHIBITS 011473

C. ALAN BROWN, M.D.                                        August 10, 2011

1  BY MR. KILPATRICK:

2      Q     Well, Dr. Brown, let me ask you the question

3  this way and see if it refreshes your memory.  Are you

4  talking about a test that tested roughly five pills, or

5  are you talking about a test that tested hundreds of

6  pills?

7      A     I'm talking about the test of five pills.

8      Q     Okay.  All right.  And that was -- Do you

9  recall, was that the test done by NMS Laboratories?

10     A     That's my recollection.

11     Q     You had mentioned that you have been

12 prescribing, is it fair to say, distributing Digitek

13 tablets in your career?

14     MS. AHERN:  Objection.

15     THE WITNESS:  I don't think I ever distributed.  I've

16 prescribed the medication throughout my career, yes.

17 BY MR. KILPATRICK:

18     Q     And have you ever prescribed any Actavis Digitek

19 tablets to your patients?

20     MS. AHERN:  Objection.  If you know.

21     THE WITNESS:  I have prescribed Digitek.  I don't

22 know who the manufacturer was, if there are more than

23 one.

24 BY MR. KILPATRICK:

25     Q     Do you know why you had received one of the

PLAINTIFFS' EXHIBITS 011474

1  recall notices that you mentioned?

2      A    It's my understanding that it was -- and I -- I

3  may have misspoken.  I don't think I recall saying

4  specifically I received a message.

5          But, I received an alert, and whether that was

6  in the form of a journal article, a letter specifically

7  to me or a general FDA letter, I don't recall.  But, I

8  believe that it was a -- a missive, if you will, that was

9  sent out to all practicing physicians in the country.

10 That was my impression.

11     Q    Do you recall if any of your patients had been

12 taking Digitek tablets produced by Actavis in the last

13 six years?

14     A    Well, as I mentioned, I have prescribed Digitek

15 specifically, so I know I've had patients who were taking

16 Digitek.  Whether it was specifically manufactured by

17 Actavis or not, I don't know.

18     Q    What about assumptions that you made prior to

19 rendering your opinion; did any attorney ask you to make

20 any assumptions about Mr. McCornack or his health or any

21 assumption at all about Mr. McCornack?

22     A    No.  Prior to my reviewing the materials, no.

23     Q    And prior to writing your final opinion?

24     A    Correct.

25     Q    And did any attorney ask you to make any

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1   assumptions about the Digitek tablets that Mr. McCornack
 2   was taking?
 3        A    No.
 4        Q    Have you ever performed an autopsy?
 5        A    Yes.
 6        Q    Are you a pathologist?
 7        A    No.
 8        Q    And what were the circumstances; why were you
 9   asked to perform an autopsy?
10        A    Well, at the time of it, I actually performed
11   autopsy, I was a medical student doing my pathology
12   rotation at Harvard Medical School.
13             Since then, I have certainly reviewed autopsy
14   results and been present while autopsies were being
15   performed in patients for whom I cared.
16             And similarly, throughout my 30-plus years of
17   practice, I have used autopsy results to either render
18   opinions about specific clinical cases in which I'm
19   involved or, in certain circumstances, medical-legal
20   cases.
21        Q    And is it your practice to review autopsy
22   reports prepared for your patients, assuming an autopsy
23   report had been prepared for one of your patients, is it
24   your practice to review those when those are prepared?
25        A    Yes.  It is my practice.
```

PLAINTIFFS' EXHIBITS 011476

C. ALAN BROWN, M.D.                                    August 10, 2011

1      Q      And why do you do that?

2      A      Well, for the purposes of determining the cause

3   of death, mechanism of death, whether there may have been

4   other, perhaps, clinically-unrecognized conditions that

5   may have contributed to the death.

6      Q      Meaning, clinically-unrecognized conditions that

7   the pathologist may not have been aware of?

8      MS. AHERN:  Objection.

9      THE WITNESS:  No.  I meant clinically-important

10  conditions that we as the treating clinicians may not

11  have been aware of.

12          When I use the term "subclinical," I mean these

13  may be diseases or pathologic conditions that may have

14  contributed to the death, but were not recognized or

15  recognizable during the patient's life.

16  BY MR. KILPATRICK:

17     Q      I understand that you disagree with the

18  conclusions and the cause of death rendered by Dr. Mason

19  in this case.  Is that fair to say?

20     MS. AHERN:  Objection.

21     THE WITNESS:  I do agree with the opinion, or the

22  cause of death listed by Dr. Mason on his original death

23  certificate report.

24          I strongly disagree with the very unusual

25  amended report that was prepared, as I understand it, a

PLAINTIFFS' EXHIBITS 011477

C. ALAN BROWN, M.D.                                    August 10, 2011

1   year and a half later, implicating Digoxin as a

2   contributing factor of the death.

3   BY MR. KILPATRICK:

4       Q    And have you ever disagreed with an autopsy

5   report for any reason before?

6       A    Well, I would ask you to perhaps better explain

7   what you mean by "disagree."  Have there been situations

8   where I thought autopsy reports may not have -- or the

9   pathologist preparing the autopsy report may not have

10  fully understood the clinical circumstances surrounding

11  the patient's death, yes.

12      Q    Sure.

13      A    Yes.

14      Q    And can you recall specific instances when

15  that's happened?

16      A    Yes.

17      Q    And what action did you take?

18      MS. AHERN:  Objection.

19      THE WITNESS:  What action did I take?

20  BY MR. KILPATRICK:

21      Q    Yes.

22      A    Well, there have been instances where we have

23  asked that microscopic slides be reviewed by a cardiac

24  specialist at other institutions, for example.

25      Q    You just stated that you were, it sounded to me,

PLAINTIFFS' EXHIBITS 011478

C. ALAN BROWN, M.D.                                    August 10, 2011

1   critical of the timing of Dr. Mason's second autopsy

2   report.  Is that fair to say?

3       MS. AHERN:  Objection.

4       THE WITNESS:  Well, I think I said the timing of it

5   was very unusual, and I was critical of the content,

6   conclusion.

7   BY MR. KILPATRICK:

8       Q    And does the timing of his report influence your

9   opinion about its content?

10      A    I think the way I would best say it is I would

11  disagree with the content, regardless of the timing.

12           The timing is so unusual.  My understanding is

13  this second -- or this amended report was generated

14  approximately a year and a half after the autopsy was

15  performed and within days of his deposition.  I think I

16  can honestly say I've never heard of that happening

17  before.

18      Q    And does that cause you any concern about the

19  contents of the report?

20      A    Well, as I just said a moment ago, I would

21  disagree with the conclusions that he reached, the

22  content of the report, regardless of the timing.

23      Q    So, the timing is not a factor for you in the

24  accuracy of the report?

25      MS. AHERN:  Objection.

PLAINTIFFS' EXHIBITS 011479

C. ALAN BROWN, M.D.                                        August 10, 2011

1        THE WITNESS:  It's not something that I would

2    disregard, but I've reached my conclusion -- I was able

3    to reach a conclusion about agreement or disagreement,

4    irrespective of the timing.

5    BY MR. KILPATRICK:

6        Q    And did you talk to Dr. Mason at all before

7    rendering your opinion?

8        A    I believe that I read his deposition before

9    rendering an opinion.  I'd have to go back and look at

10   the timing of my letter and his deposition, but my

11   recollection is that I had read that.

12            I certainly had read his autopsy report, but I'd

13   never spoken with him in person.

14       Q    Are you familiar with the reasons surrounding

15   the timing of his amended autopsy report?

16       MS. AHERN:  Objection.

17       THE WITNESS:  As I mentioned, I've never spoken with

18   him.  I've never seen any reasons given.

19   BY MR. KILPATRICK:

20       Q    So, is that a no?

21       A    I'm not aware.  If -- if you like, we can go

22   back to his original deposition and review that.

23       Q    Well, I'm just asking your -- As you sit here

24   today, you don't recall --

25       A    Before -- before I answer that, I think it's

PLAINTIFFS' EXHIBITS 011480

C. ALAN BROWN, M.D.                                    August 10, 2011

1   probably worthwhile to go back and look at his deposition

2   and see if he expressed any explanation of why he amended

3   the report.  As I mentioned, I have read his deposition,

4   so it's probably worthwhile looking at it.

5         It doesn't have an index, at least in the

6   version that I have, so that's going to make it tough.

7   I'll probably have to go through this page by page, if

8   that's what you'd like.

9   Q    No.  I'm just asking you for your present

10  recollection.

11  A    Off the top of my head at this moment, no.

12  Q    That's good enough.

13        Dr. Brown, have you ever treated a patient

14  suffering from Digoxin poisoning?

15  A    Yes.

16  Q    And when was the last time you did that?

17  A    Well, the -- my recollection is it's within the

18  last six months, perhaps more recent than that.

19  Q    Do you recall the circumstances surrounding

20  that, and how the person -- Well, let me first ask you,

21  what do you mean by Digoxin poisoning?

22  MR. TABER:  Just objection, the word "poisoning," I

23  think, is an objectionable term.  I think the correct

24  medical term is different than that, so --

25  THE WITNESS:  The most recent case was a patient who

PLAINTIFFS' EXHIBITS 011481

C. ALAN BROWN, M.D.                                    August 10, 2011

1   developed Digoxin toxicity manifested by what we call a

2   general umbrella term, G.I. intolerance, or G.I. side

3   effects, primarily nausea and anorexia, or lack of

4   appetite.

5          He was an elderly man who was taking Diltiazem

6   for the control of rapid atrial fibrillation and Digoxin

7   was added to his regiment by his primary care physician.

8   And approximately a week after starting the medication,

9   he began to experience anorexia and nausea.

10  BY MR. KILPATRICK:

11     Q    Any other symptoms that you have recall?

12     A    In this particular patient, no.

13     Q    And did somebody perform blood tests to

14  determine the Digoxin levels?

15     A    Yes.

16     Q    Do you recall what those levels were?

17     A    My -- my recollection is that the levels were

18  between two-and-a-half and three, but I don't recall

19  exactly.

20     Q    In your opinion, is a Digoxin level between

21  two-and-a-half and three a toxic level?

22     MS. AHERN:  Objection.

23     THE WITNESS:  Well, there -- there's no single cutoff

24  point or Digoxin serum level that determines toxicity --

25  non-toxicity or toxicity.  A patient's response to

PLAINTIFFS' EXHIBITS 011482

C. ALAN BROWN, M.D.                                      August 10, 2011

1   Digoxin is determined by a number of variables.  The

2   serum level is just one of those determinants.

3          As a number of experts have already testified in

4   their depositions, Digoxin is widely distributed in

5   cardiac and skeletal muscle tissue, amongst other

6   tissues.

7          And the patient's response to Digoxin can also

8   be influenced by concurrent medications, by serum

9   electrolyte levels, by underlying structural diseases.

10         So, I have seen patients who have symptoms or

11  signs of toxicity at much lower Digoxin levels and others

12  who thrive at higher Digoxin levels.  So, again, it has

13  to be individualized for each individual patient.

14         In general, Digoxin levels above two nanograms

15  per ML raise at least a possibility that the patient may

16  have symptoms or signs of toxicity.

17  BY MR. KILPATRICK:

18     Q    What is the highest level, Digoxin level, that

19  you have seen that, as you've described, the patient

20  thrives on?

21     A    I've seen levels in the three's.

22     Q    That the doctor will maintain a steady

23  concentration of three nanograms per milliliter?

24     A    Now, this --

25     MS. AHERN:  Objection.

PLAINTIFFS' EXHIBITS 011483

C. ALAN BROWN, M.D.                                    August 10, 2011

1      THE WITNESS:  We're talking about a while back.

2   Remember, I've been doing this for a long time.

3   BY MR. KILPATRICK:

4      Q    Okay.

5      A    And some of the other medications that we now

6   use routinely for the control of say, heart rate and

7   atrial fibrillation, weren't available to us 25, 30 years

8   ago.  And at that time Digoxin was really our only

9   medication we could use, or had available to us, to try

10  to control heart rate and atrial fibrillation.

11         And under those circumstances, sometimes in

12  order to gain out-of-control heart rate, Digoxin levels

13  would have to be driven up into the high two's and low

14  three's.

15     Q    How long ago was that?

16     A    We're talking in the late 1970s, early '80s.  My

17  recollection is that Diltiazem became available in the

18  mid '80s.

19     Q    And today, or even going back for the past five

20  years, what would you consider to be the highest Digoxin

21  level that a patient is thriving on?

22     MS. AHERN:  Objection.

23     THE WITNESS:  Well, "thrive" may be too strong a

24  word.  Remember that if we're using Digoxin under these

25  circumstances, we're treating patients typically that

PLAINTIFFS' EXHIBITS 011484

C. ALAN BROWN, M.D.                                   August 10, 2011

1   have significant cardiovascular disease, typically atrial

2   fibrillation that can't be controlled.

3           There may be some patients who, for one reason

4   or another, cannot tolerate the other medicines that we

5   use for heart rate control and atrial fibrillation, such

6   as calcium channel blockers, like Diltiazem or

7   beta-blockers.  So, I have seen patients with levels of

8   2.5, chronically, under those circumstances.  Yes.

9   BY MR. KILPATRICK:

10      Q    Recently in the last five years?

11      A    Yes.

12      Q    Okay.  And have you ever had a patient die of

13  Digoxin poisoning or Digoxin toxicity?

14      MS. AHERN:  Objection.

15      THE WITNESS:  Well, I was involved with care of a

16  patient, the first patient to receive Digibind back in

17  19 -- I'll say '75 or '76.  This is someone who had

18  committed, or attempted to commit suicide by ingesting

19  Digoxin tablets.

20          I -- I can think of at least one patient in the

21  last 15 years who was successful in committing suicide by

22  taking overdosage of Digoxin.

23          So, under those circumstances, I would agree

24  with your use of the word "poisoning."

25  ///

PLAINTIFFS' EXHIBITS 011485

C. ALAN BROWN, M.D.                                    August 10, 2011

1   BY MR. KILPATRICK:

2       Q     Well, what about toxicity, have you ever had a

3   patient of yours die of Digoxin toxicity?

4       A     Not in the recent five years that I'm aware of,

5   who didn't have some other precipitating factor, such as

6   a severely low potassium level that made the patient more

7   sensitive to Digoxin, or may even have been an

8   independent risk factor for cardiac arrhythmia; or

9   patients with profound congestive heart failure, who,

10  say, were also hypoxemic at the same time.

11           But in patients who were, say, simply being

12  treated for lone atrial fibrillation, who are on Digoxin,

13  no, I haven't seen any patients die of Digoxin toxicity,

14  certainly in the past five years.

15      Q     Well, how about a patient whose cause of death

16  was ever determined to be at least in part caused by

17  Digoxin toxicity, have you ever had one of those

18  patients?

19      MS. AHERN:  Objection.

20      THE WITNESS:  Now, are you talking about in my

21  personal experience?

22  BY MR. KILPATRICK:

23      Q     Yes.

24      A     In the last five years.

25      Q     No.  At all.

PLAINTIFFS' EXHIBITS 011486

C. ALAN BROWN, M.D.                                    August 10, 2011

1     A     Where I've seen Digoxin toxicity listed as a

2  contributing cause of death on the death certificate?

3     Q     Correct.

4     A     Is that what you mean?  Not that I recollect.

5     Q     Okay.  Have you ever conducted any investigation

6  on one of your patients for possible Digoxin toxicity?

7     MS. AHERN:  Objection.

8     THE WITNESS:  Well, if you asked me, do I measure

9  Digoxin levels in the patients -- in my patients who are

10 receiving Digoxin, the answer is yes.

11          And the reason you do Digoxin levels is to try

12 and ascertain if their level may be above the

13 two-nanogram-per-ML level.

14 BY MR. KILPATRICK:

15    Q     And that's the point that causes you some

16 concern about high Digoxin level?

17    MS. AHERN:  Objection.

18    THE WITNESS:  I think I said earlier that there is no

19 single level that determines Digoxin toxicity.  Some

20 patients who are particularly vulnerable, say, because of

21 underlying structural heart disease, may become toxic at

22 lower levels.

23          Other patients who, say, are being treated for

24 lone atrial fibrillation in the absence of other

25 structural problems, may be therapeutic at higher levels.

PLAINTIFFS' EXHIBITS 011487

C. ALAN BROWN, M.D.                                      August 10, 2011

1           But, the two-nanogram-per-ML is the level that's

2    listed in most laboratory reports as the upper limit of

3    therapeutic range.

4    BY MR. KILPATRICK:

5       Q    But is that the level that if you see a patient

6    with a blood level above 2.0, do you become concerned and

7    is that a point of concern for you?

8       MS. AHERN:  Objection.

9       THE WITNESS:  I would -- I would look to see if the

10   patient was manifesting any evidence of Digoxin toxicity.

11   Yes.

12   BY MR. KILPATRICK:

13      Q    Meaning what?  Just at the time in your office?

14      A    Depends on the circumstances of obtaining the

15   blood sample.  We do it both in the hospital, in the

16   office, and in patients who are having outpatient

17   laboratory testing.

18      Q    Well, let pose a hypothetical situation for you

19   and ask you a question about it.  So, let me have you

20   assume that a patient is taking his prescribed dose of

21   .25 milligrams of Digoxin twice a day.  And I want you to

22   assume that patient suddenly died due to cardiac arrest.

23          And I want you to assume that a month after that

24   patient died, you learned that the Digoxin medication

25   that he was taking had been recalled because it contained

PLAINTIFFS' EXHIBITS 011488

1  twice the approved level of active ingredient of Digoxin.

2         Are you with me?

3     MS. AHERN:  Objection.  I'm sorry.  Is that a

4  question?

5  BY MR. KILPATRICK:

6     Q    That's just a hypothetical situation I want you

7  to be considering and then I've got a question.

8     A    Okay.

9     Q    Are you with me?  Okay.

10        If you were asked to investigate the cause of

11 death of that patient, would you tell me what things you

12 would do to investigate his cause of death?

13    MR. TABER:  Objection, false premises.

14    MS. AHERN:  Objection.

15    THE WITNESS:  Well, you're posting a hypothetical

16 situation.  I assume you're not speaking directly about

17 Mr. McCornack?  Although, certainly some of the

18 assumptions that you've asked me to make about his dosage

19 actually reflect the dose that he was taking; correct?

20 BY MR. KILPATRICK:

21    Q    Correct.

22    A    .25, twice a day.

23        But, as I said in my declaration, in my opinion

24 there's no evidence that this patient was experiencing

25 Digoxin toxicity.

PLAINTIFFS' EXHIBITS 011489

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1          In the general situation, so what you're

 2   positing is you've got someone who's taking Digoxin twice

 3   a day, they die suddenly.

 4      Q    Cardiac arrest.

 5      A    Of cardiac arrest.  And then what was the third

 6   hypothetical assumption?

 7      Q    And then you learned a month later that the drug

 8   he was taking had been recalled because it had twice the

 9   active ingredient of Digoxin.

10      MR. TABER:  Objection.

11      MS. AHERN:  Objection.

12      THE WITNESS:  Sir, are you -- are you saying that I

13   should assume that the patient was taking Digoxin that

14   was out of specification?  Because I think we talked

15   about earlier the fact that, at least of the five tablets

16   of his that were tested, they were within specification,

17   according to the NMS laboratory.

18   BY MR. KILPATRICK:

19      Q    Right.  But we're not talking about

20   Mr. McCornack right now.

21          What I'm trying to understand is what would be

22   your -- what do you believe is the medical procedure,

23   what are the steps that you believe is appropriate, as a

24   medical doctor, to take under those circumstances.

25      MR. TABER:  Objection.
```

PLAINTIFFS' EXHIBITS 011490

C. ALAN BROWN, M.D.                                    August 10, 2011

1      MS. AHERN:  Objection.

2  BY MR. KILPATRICK:

3      Q    In order to determine that patient's cause of

4  death.

5      A    So, are you asking me to pretend that I was the

6  coroner, you mean, or to imagine that I was doing that?

7      Q    You can imagine you were the coroner or, as I

8  understood it, you have conducted those investigations

9  for your patients in the past, where you'll get

10 pathologist's report and conduct a little more follow-up

11 research.

12     MS. AHERN:  Objection.

13     THE WITNESS:  Well, I -- I would do what I've done in

14 this case, and that was obtain past medical records of

15 the treating physicians, particularly the cardiologist, a

16 referral cardiologist that the patient may have seen,

17 primary care physician.

18          I would review the laboratory studies that were

19 done in the patient during life.  And if an autopsy was

20 performed, I would review the gross and microscopic

21 cardiac findings.

22 BY MR. KILPATRICK:

23     Q    Would it be reasonable to order a blood test of

24 that patient?

25     MS. AHERN:  Objection.

PLAINTIFFS' EXHIBITS 011491

C. ALAN BROWN, M.D.                                      August 10, 2011

```
 1      THE WITNESS:  Well, if a -- you mean, if there was a
 2   blood sample that had been obtained during life that
 3   could still be tested, yes, I think that would be
 4   worthwhile.
 5           It's my understanding that -- that there is
 6   significant post-mortem redistribution of Digoxin from
 7   tissues into blood after death, particularly if there's
 8   been a significant delay between death and obtaining
 9   blood samples, so that I'm not aware of any reliable
10   clinical information that suggests that, particularly
11   long after, i.e., 72, 76 hours, as occurred in this
12   particular case, that Digoxin levels obtained at a
13   delayed post-mortem can be used to accurately calculate
14   or reflect what was going on in life.
15   BY MR. KILPATRICK:
16      Q    Yeah.  I'm not asking you about this case yet,
17   and the facts of this case.  I'm trying to just
18   understand what the basic procedure would be, that you
19   believe is reasonable to follow, if you were
20   investigating the cause of death of one of your patients
21   who died of a heart attack and you learned that he may
22   have been taking a double dose of Digoxin.
23      MR. TABER:  Objection.
24      MS. AHERN:  Objection.
25   ///
```

PLAINTIFFS' EXHIBITS 011492

C. ALAN BROWN, M.D.                                    August 10, 2011

1  BY MR. KILPATRICK:

2      Q    So, would analyzing a post-mortem blood sample

3  be something that's a reasonable part of that

4  investigation?

5      A    Well, I want to be careful about the terms that

6  we're using here.  You just mentioned a person that died

7  of a heart attack.  That has a specific meaning to me.

8      Q    Okay.

9      A    As a cardiologist, and particularly as an

10 interventional cardiologist.  It may not be exactly what

11 you meant to express.

12     Q    Well, go ahead and explain that because, no, it

13 may not be.

14     A    Well, in -- for me, "heart attack" is a layman's

15 term that we would use for what we term "myocardial

16 infarction."

17     Q    Okay.  More comfortable with "sudden cardiac

18 death"?

19     A    Well, "sudden cardiac death" is a general term.

20 Yes.

21     Q    So, if you had a patient that died of sudden

22 cardiac death, would you want to analyze his post-mortem

23 blood sample?

24     MS. AHERN:  Objection.

25     THE WITNESS:  Again, based on -- on what I understand

PLAINTIFFS' EXHIBITS 011493

C. ALAN BROWN, M.D.                                  August 10, 2011

1   about post-mortem redistribution of Digoxin, no, I would

2   not rely on a post-mortem blood sample Digoxin level to

3   try to determine if Digoxin contributed to the patient's

4   death.

5   BY MR. KILPATRICK:

6       Q    Would you review any witness statements who were

7   present when the person suffered this sudden cardiac

8   death?

9       A    If witness statements are available, yes.

10      Q    And I think you said you'd consider the autopsy

11  findings.  Correct?

12      A    Yes.

13      Q    And would you review or consider articles or

14  textbooks about Digoxin redistribution?

15      A    Well, again, I -- the opinion I expressed to you

16  or my understanding that I expressed to you about

17  redistribution of Digoxin, again, is based on my

18  training, education, experience, and also the review I

19  made of some of the materials that were referenced during

20  the course of my reading of depositions and declarations,

21  et cetera.

22           I don't have any specific journals that I would

23  refer to, if that's what your question was.

24      Q    Well, do you think it's reasonable to review

25  articles about Digoxin redistribution, if you were

PLAINTIFFS' EXHIBITS 011494

C. ALAN BROWN, M.D.                                      August 10, 2011

```
 1 │ investigating a sudden cardiac death of a person who was
 2 │ taking a medication that had been recalled because it
 3 │ might contain twice the level of active ingredient of
 4 │ Digoxin?
 5 │     MS. AHERN:  Objection.
 6 │     THE WITNESS:  Well, again, as I said, it's my
 7 │ general -- it's part of my general knowledge base about
 8 │ this redistribution.  So, if you're asking me, would I go
 9 │ back and review articles before deciding whether or not
10 │ to rely upon a post-mortem Digoxin level, no, I wouldn't
11 │ have to go back and review more articles.
12 │ BY MR. KILPATRICK:
13 │     Q    You wouldn't have to?
14 │     A    I would not.
15 │     Q    Because you're familiar with what those articles
16 │ have to say?
17 │     A    No.
18 │     MS. AHERN:  Objection.
19 │     THE WITNESS:  I'm sorry.  Because I have a general
20 │ understanding that post-mortem Digoxin levels, because of
21 │ the redistribution, particularly when there's been a
22 │ significant delay from the patient's death until
23 │ obtaining the blood samples, makes the measurement of
24 │ post-mortem Digoxin levels problematic and not reflective
25 │ of what was going on in life.
```

PLAINTIFFS' EXHIBITS 011495

C. ALAN BROWN, M.D.                                    August 10, 2011

1   BY MR. KILPATRICK:

2       Q     And describe for me, if you can, the process

3   about redistribution of Digoxin and the effect it has on

4   blood levels after death.

5       MS. AHERN:  Objection.

6       THE WITNESS:  Again, I would defer to a toxicologist

7   about the specifics of redistribution.  But, my general

8   understanding is that certainly in life, Digoxin is

9   concentrated, if you will, in cardiac and skeletal

10  muscles; and that after death, it basically diffuses out

11  across the concentration gradient into the bloodstream.

12          So, that even in the absence of circulation but

13  after tissue death, Digoxin levels obtained from blood or

14  serum samples are significantly higher than they would

15  have been during life.

16  BY MR. KILPATRICK:

17      Q     And significantly higher at what point in time?

18      MS. AHERN:  Objection.

19      THE WITNESS:  Again, if you like, we can go back and

20  look at the specific article.  But, it's my recollection

21  that one study that looked at this issue, looked at

22  samples obtained within 10 hours or so.  Typically,

23  autopsies are done within the first 24 hours after death.

24  BY MR. KILPATRICK:

25      Q     And I understand that you don't think that a

PLAINTIFFS' EXHIBITS 011496

C. ALAN BROWN, M.D.                                    August 10, 2011

1  blood sample taken 78 hours after death is a reliable --

2  that it's going to give you a reliable data point,

3  because of the effect of redistribution.  Is that your

4  concern in this case?

5      A    Correct.  And there -- it's not just

6  redistribution, but it also has to do with where the

7  blood sample was obtained, what part of the body.  It has

8  to do with how the body was stored, from the time of

9  death until the time of autopsy, and the sampling.

10         There are a myriad number of variables that make

11  it very difficult to use a single isolated sampling,

12  particularly when it's obtained so late after death.

13     Q    Well, what does the 3.6 blood result in this

14  case mean to you, if anything?

15     A    To be quite frank, it doesn't mean anything to

16  me.  There's so many variables involved, that I don't

17  think it can be used one way or the other to estimate

18  what the patient's Digoxin blood level was in life.

19     Q    Well, I'm not asking you yet to estimate his

20  blood levels in life.  I'm just asking you, does it have

21  any meaning at all?

22     MR. TABER:  Objection.

23     MS. AHERN:  Objection.

24     THE WITNESS:  Well, it means that at some point up to

25  his death he was taking Digoxin.

PLAINTIFFS' EXHIBITS 011497

```
 1  BY MR. KILPATRICK:

 2     Q    Okay.  And does it mean that his -- do you

 3  believe that his anti-mortem level would have been higher

 4  or lower than 3.6?

 5     A    I think very good likelihood it would have been

 6  lower than 3.6.

 7     Q    And is that because Digoxin leaches into the

 8  blood to a point of equilibrium?

 9     MS. AHERN:  Objection.

10     THE WITNESS:  Well, it don't know that it actually

11  reaches equilibrium.  I'm not sure that a study has ever

12  been done where you -- where you take serial samples of

13  blood from a cadaver to determine what happens to Digoxin

14  levels over an extended period of time.

15          So, I hesitate to use the word "equilibrium."

16  That implies to me a steady state.

17  BY MR. KILPATRICK:

18     Q    Okay.  Is there any point where a post-mortem

19  blood sample could be taken that you feel would be a

20  reliable indicator to allow you to calculate the anti

21  mortem blood level?

22     MS. AHERN:  Objection.

23  BY MR. KILPATRICK:

24     Q    And at a point in time after death?

25     A    At least according to my understanding, no.
```

PLAINTIFFS' EXHIBITS 011498

C. ALAN BROWN, M.D.                                    August 10, 2011

1      Q    So, five minutes after death, you wouldn't rely

2  on it?

3      A    Five minutes, possibly.  Hours, I don't know.

4      Q    So, two hours, you just don't know?

5      A    I don't know.

6      Q    Well, what does that mean?  Does that mean that

7  you would not rely on a blood sample taken two hours

8  after death to help estimate the anti-mortem blood level?

9      MS. AHERN:  Objection.

10     THE WITNESS:  Well, I've already said that

11 post-mortem Digoxin levels are affected by this

12 redistribution, by how the body's stored, by where the

13 blood is harvested from.

14          I don't know if -- I don't know if there's any

15 point in time where a post-mortem blood sample for

16 Digoxin would give you a reliable measurement that would

17 allow you to predict anti-mortem Digoxin levels in life.

18 BY MR. KILPATRICK:

19     Q    Are you aware of any scientific papers or

20 textbooks that assert that there is a way to predict a

21 range of anti-mortem blood levels, based on most mortem

22 blood level samples?

23     A    Let's see.  In terms of reliable reports that

24 are broadly accepted by the forensic community, I'm not

25 aware of any.  There may be individual reports.

PLAINTIFFS' EXHIBITS 011499

C. ALAN BROWN, M.D.                                    August 10, 2011

1          It's my recollection that Dr. Gibson intimated

2    that he had reviewed a report, but I don't know that

3    there's any report that is broadly and generally

4    accepted.

5      Q    One of the documents I believe you cited in your

6    report was an excerpt from this book.  And I don't know

7    if you recognize it, but it's the textbook prepared by

8    Dr. Baselt, B-A-S-E-L-T.

9      A    Yes.

10     Q    Are you familiar with that book?

11     A    Familiar with the book in name only.  I've

12   reviewed this chapter.

13     Q    Is that a book that's used, as far as you know,

14   by pathologists, generally?

15     A    I don't know.

16     Q    What about cardiologists?

17     A    By cardiologists, infrequently.

18     Q    You referenced that article or that portion of

19   the book in your report.  I'm just wondering if you can

20   tell me why, what was the purpose of citing to that

21   textbook?

22     A    First, let me refer to my report.

23          So, in my list of materials that I have

24   reviewed, I listed the Baselt Disposition of Toxic and

25   Chemicals in Man.  But, in reading my declaration, I

C. ALAN BROWN, M.D.                                      August 10, 2011

1  don't see any specific reference to Baselt textbook,

2  unless I'm overlooking it.  I'm rereading it right now.

3         Are you referring to the sentence where I write,

4  quote:  Clinical serum Digoxin levels are drawn at least

5  68 hours - that was 6 to 8, sorry - after dosing to allow

6  for the medication to reach steady state blood levels; is

7  that what you're referring --

8     Q    No.  Let me see your report just a moment.

9         So, here in your second page of your report,

10  down under Medical References, you cite the Baselt

11  textbook.

12    A    Right.  That's what I just acknowledged.

13    Q    And that's what I'm asking you is what is the

14  purpose of including that in your report?

15    A    Well, this report was -- in my report, I listed

16  all the materials that I had reviewed in the matter.  So,

17  I listed that in an effort to be complete and I list all

18  the medication -- all of the sources that I had reviewed.

19    Q    Okay.

20    A    Yeah.

21    Q    Are you telling me, then, that you didn't

22  consider the findings or conclusions in that textbook to

23  help you render your opinion?

24    MS. AHERN:  Objection.

25    THE WITNESS:  Well, as I said earlier, my -- my

C. ALAN BROWN, M.D.                                    August 10, 2011

1  opinion was reached relying on my education, my training,

2  my experience, my caring for patients who are receiving

3  Digoxin over the 30 or so years that I've been in

4  practice.

5         If there's a specific passage in this monograph

6  that you'd like to discuss, you can point it out to me

7  and I can tell you what I -- how I respond to it.

8  BY MR. KILPATRICK:

9     Q    Well, I guess that's really my question to you,

10  is there any specific part of that monograph that you

11  used to support your opinion?

12     A    I need to take a minute here to read it, then.

13         Well, what I'll do is remark on this as I read

14  through it.

15     Q    Sure.  That would be great.

16     A    Okay.  So, when the author is first talking

17  about blood concentrations, I'll just mention

18  parenthetically that he refers to studies done by

19  Drs. Smith and Haber.  Dr. Haber was our Chief of

20  Cardiology at the Massachusetts General Hospital with

21  Harvard Medical School, where I did my training.

22         So, he was actually my direct supervisor during

23  my cardiac fellowship, and he and I coauthored papers on

24  cardiovascular research.

25         Dr. Thomas Smith was the Chief of Cardiology at

PLAINTIFFS' EXHIBITS 011502

C. ALAN BROWN, M.D.                                          August 10, 2011

1  the Peter Bent Brigham Hospital, actually interviewed me

2  for an internship.  So, I'm quite familiar with their

3  work.  And it was Dr. Haber who had introduced the

4  Digibind antibodies I mentioned earlier that were first

5  used to treat Digoxin poisoning in a patient who had

6  taken Digoxin in a suicide attempt.

7          I'm aware of the information that after

8  intravenous Digoxin administration, serum levels as high

9  as 13 micrograms per ML have been measured for -- at ten

10 minutes after injection.  Remember, we're talking --

11 we've been talking about levels of two nanograms per ML.

12 This is significantly higher than that.

13         So, just during the course of intravenous

14 administration of the medications, patients transiently

15 have very, very high Digoxin levels that then gradually

16 return back towards what we would call a "trough level"

17 before the next dose.

18    Q    As far as you know, had Mr. McCornack received

19 any intravenous Digoxin shots?

20    A    Well, the same general principle applies when a

21 patient takes oral medications.  It may not reach quite

22 as high a level, but it does peak within the first

23 several hours after administration and then gradually

24 returns back towards baseline.

25         So, the trough levels that we measure, and we've

PLAINTIFFS' EXHIBITS 011503

1    talked about the upper limit of therapeutic being 1.6 to

2    2.0 nanograms per ML, the patient is actually subjected

3    to much higher levels in the few hours after they take an

4    oral dose.  So, we're measuring trough levels for several

5    hours after a patient takes an oral dose.  Serum levels

6    are much higher, as the -- as the medication

7    redistributes.

8       Q    Do you have an estimate of the range of how high

9    those serum levels can get two hours after taking a

10   Digoxin tablet, .25-milligram Digoxin tablet?

11      A    According to this paper, in patients who

12   received an average oral daily dose of 0.31 milligrams

13   averaged serum levels of 1.4 micrograms per ML -- per

14   liter, excuse me, with the range of 0.3 to 3.0.

15           At least, in this particular monograph there's

16   not additional details.  We'd have to refer back to the

17   1970 publication by Drs. Smith and Haber to answer your

18   question.

19           But, at least some patients, even at trough, had

20   levels -- receiving a dose significantly less than

21   Mr. McCornack on a regular basis, had levels of 3.0

22   microgramgs per liter.

23      Q    And are blood serum levels at that level

24   consistent with your experience of patients taking

25   Digoxin tablets, going above the therapeutic level, from

PLAINTIFFS' EXHIBITS 011504

C. ALAN BROWN, M.D.                                August 10, 2011

1  a 1.6 up through as high as 3, several hours after taking

2  a .25-milligram tablet?

3      MS. AHERN:  Objection.

4      THE WITNESS:  Yes.  As I mentioned in my declaration,

5  the recommendations are to delay measurement of serum

6  Digoxin levels for 6 to 8 hours, if possible, after an

7  oral dose, just because of that phenomenon.

8          And I have often seen Digoxin levels in the

9  3-range easily, when the Digoxin level is drawn within

10 the first few hours after oral or intravenous

11 administration.  Absolutely.

12         So, I haven't quite finished your earlier

13 question.  Did you want me to move on or --

14 BY MR. KILPATRICK:

15     Q    No.  I don't think you're answering my earlier

16 question.

17     A    Oh, I haven't answered it completely, because

18 you asked me about the monograph.  Again, I'm happily to

19 finish reviewing the monograph.

20     Q    I believe my question was, I'm trying to

21 understand if you relied on that monograph in rendering

22 your opinion.

23     A    Well, in order to answer that, because I did

24 review this before rendering my opinion, I need to read

25 through it to see specifically what they listed here in

C. ALAN BROWN, M.D.                                    August 10, 2011

1   their -- in the monograph, before I can answer your

2   question accurately.

3       Q    Okay.  Why don't you take a couple minutes to

4   review that?

5       A    Okay.

6            (Witness reviews document.)

7            So, again, I haven't finished reviewing the

8   monograph, but moving on to the paragraph about

9   metabolism and excretion, I think I spoke about the fact

10  that Digoxin was concentrated in cardiac and skeletal

11  muscle, relative to serum concentration.

12           Here in the monograph they talk about that

13  myocardial-to-serum Digoxin concentration ratios averaged

14  28 in adults; meaning, it's 28 times a higher level of

15  Digoxin in myocardium, compared to skeletal -- pardon me,

16  compared to serum.

17      Q    Do you agree or disagree with that premise?

18      A    I would -- I would agree with that premise.

19           So, moving on to the paragraph about toxicity.

20  I think we spoke earlier about Digoxin toxicity being

21  manifested by nausea, vomiting, diarrhea, blurred vision

22  and cardiac disturbances, such as tachycardia, premature

23  contractions, atrial fibrillation and atrial ventricular

24  block.

25           The author refers to the treatment of the case

PLAINTIFFS' EXHIBITS 011506

C. ALAN BROWN, M.D.                                        August 10, 2011

1  of ingestion of 22.5 milligrams of Digoxin that was

2  successfully reversed by the intravenous administration

3  of Digoxin-specific antibodies.  That's the case that I

4  mentioned that I was personally involved in.

5        So, at the bottom of page 341, the author begins

6  to talk about post-mortem blood concentrations and it

7  says, quote:

8        It has been determined that serum Digoxin levels

9  nearly always increase after death due to leaching from

10  muscle, with an average post-mortem/anti-mortem ratio

11  ranging from 1.42 for a femoral vein blood specimen, to

12  1.6 for heart blood specimens.

13    Q    And do you disagree with that premise?

14    A    I -- I accept that premise.  Fletcher, et al.,

15  suggested that post-mortem blood samples for Digoxin

16  assay be taken from the peripheral circulation within a

17  few hours after death; that they may be -- pardon me.

18  That they -- I think there's a typo here.

19        That they may be completely hemolyzed by

20  completely freezing and thawing several times and

21  centrifuged before analysis.  The analytical value may

22  then be multiplied by 1.3 to estimate the serum Digoxin

23  concentration at the moment of death.

24    Q    That's another one, do you agree or disagree

25  with that premise?

PLAINTIFFS' EXHIBITS 011507

C. ALAN BROWN, M.D.                                                    August 10, 2011

1     A     I have no reason to disagree with it.  I would

2  emphasize that they're talking about samples obtained

3  within the first few hours after death.

4         Okay.  So, now that I've had an opportunity to

5  review this, could you ask the question one more time?

6     Q     Sure.  Did you rely on that monograph in

7  rendering your opinion about the cause of death of

8  Mr. McCornack?

9     A     About the cause of death.  Certainly, I -- I

10 relied upon this in a general way in reaching my general

11 conclusions.

12        My -- my opinion about the cause of death was

13 based primarily upon reviewing what I understood to be

14 the circumstances of his death and the results of the

15 autopsy.

16        I used the information in this monograph to help

17 me better understand the reliability or lack of

18 reliability of post-mortem Digoxin levels, particularly

19 when obtained 72 or more hours after death --

20    Q     Did you -- I'm sorry.

21    A     -- in trying to predict the anti-mortem blood

22 level.

23    Q     Is there anything in that monograph that states

24 blood samples taken 72 hours after death is unreliable?

25    MS. AHERN:  Objection.

PLAINTIFFS' EXHIBITS 011508

```
 1     THE WITNESS:  Again, we've reviewed the fact that
 2  there's a recommendation that samples be taken within a
 3  few hours after death.
 4  BY MR. KILPATRICK:
 5     Q    And is it a recommendation or an observation or
 6  simply a report?
 7     A    Well, it says:  Fletcher, et al., suggested that
 8  post-mortem blood samples for Digoxin assay be taken.
 9  So, I would take that to be a recommendation or a
10  suggestion, rather than an observation.
11     Q    Do you know the reason Fletcher suggests that?
12     A    Not specifically.
13     Q    Have you seen any literature that indicates
14  blood samples taken 72 hours after death render them
15  unreliable in applying those basic ratios that are in
16  that Baselt textbook?
17     MS. AHERN:  Objection.
18     THE WITNESS:  Well, I think the way I would phrase my
19  answer is that since we have a suggestion that Digoxin
20  levels be obtained within several hours after death; and
21  since we know that there's a strong concentration
22  gradient between cardiac skeletal muscle and serum that
23  diminishes after death with redistribution of Digoxin
24  into -- from the tissues into the serum, from my view,
25  anyone who suggested using samples obtained 72 hours
```

PLAINTIFFS' EXHIBITS 011509

C. ALAN BROWN, M.D.                                    August 10, 2011

1  after death, they're the ones that face the burden of

2  providing evidence that that's reliable.

3           That's the way I would phrase my answer.

4  Because, everything I understand about the chemistry of

5  the situation and diffusion along concentration

6  gradients, coupled with the suggestion that was listed in

7  this monograph, would lead me to form the opinion that

8  samples obtained solely after death would be unreliable.

9  BY MR. KILPATRICK:

10    Q    Can you tell me either yes, no, or I don't know,

11  if you have ever seen any studies that indicate that

12  blood samples taken 72 hours after death is unreliable.

13    MR. TABER:  Objection.

14    MS. AHERN:  Objection.

15    THE WITNESS:  I've never seen any studies that report

16  on the reliability of samples obtained so late, one way

17  or the other.

18  BY MR. KILPATRICK:

19    Q    Okay.  And could you explain, this may be

20  unrelated to what we're talking about here, but this

21  second highlighted section where they're talking about

22  blood samples taken 24 hours after death.  Could you

23  explain that, tell me if you understand what they're

24  saying?

25    A    Well, let's see.  The statement that you're

C. ALAN BROWN, M.D.                                    August 10, 2011

1   referring to reads:  "Vorpahl", V-O-R-P-A-H-L, "and Coe",

2   C-O-E, "1978, in a series of 27 cases, found that

3   vitreous humor Digoxin concentrations averaged

4   60 percent" -- and again, I think there's a typo here.

5           It just says:  "60 percent those of anti-mortem

6   serum and 37 percent those of post-mortem heart blood,

7   and that they do not change significantly in the first

8   24 hours after death."

9           So, the vitreous humor is the fluid that's in

10  the eye.

11      Q   Right.

12      A   So, let's see.  So, it looks as though during

13  life, Digoxin levels in the vitreous humor of the eye are

14  less than those of the serum.  Let's see.  And an even

15  lower percentage of those of post-mortem heart blood.

16          So, presumably what that refers to is that after

17  death, the heart blood concentration of Digoxin rises so

18  the -- the ratio of vitreous humor to heart blood drops.

19  And that they do not change significantly in the first

20  24 hours after death.

21          I don't know what that means.  Because he's got

22  two -- he's talking about anti-mortem percentages and

23  then the first 24 hours after death.  So I -- no, I

24  don't, other than the fact that knowing "vitreous humor"

25  refers to the eye, I don't understand that sentence.

PLAINTIFFS' EXHIBITS 011511

C. ALAN BROWN, M.D.                                      August 10, 2011

1      Q     Okay.  Let me have you turn to your report for a

2   moment.  And I think we have marked it.  Do you have a

3   copy?

4      A     Yes.

5      MR. TABER:  Off the record.

6           (Discussion was held off the record.)

7   BY MR. KILPATRICK:

8      Q     You had mentioned earlier that you had spoken to

9   some attorneys about your report prior to finalizing it.

10  Is that accurate?

11     A     Well, my recollection is that we -- that I

12  prepared my report, we discussed it over the telephone,

13  and I printed and signed it.  Yes.

14     Q     Did anyone make any suggestions that you change

15  any part of your report?

16     MS. AHERN:  Objection.  That's the drafts and

17  communications of the attorneys.

18     MR. TABER:  Join in the objection.

19     THE WITNESS:  I don't recall any specific

20  recommendations.  We certainly had a general discussion.

21  BY MR. KILPATRICK:

22     Q     Can you tell me what that general discussion was

23  about?

24     MS. AHERN:  Objection, we're not answering questions

25  about communications with attorneys outside of the Rule.

PLAINTIFFS' EXHIBITS 011512

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1      MR. TABER:  Same objection.
 2   BY MR. KILPATRICK:
 3      Q    Well, did any of those discussions have to do
 4   with any of facts that were in your report or any of the
 5   assumptions that you made in the report?
 6      A    No.
 7      Q    Based on the information that's been provided to
 8   you, do you agree that Mr. McCornack appeared to be
 9   taking his medication, his Digitek regularly and as
10   prescribed?
11      A    Yes.  Although there were references in his
12   treating cardiologist's notes that on occasion he would
13   take more than the prescribed dose when he thought he was
14   experiencing more severe palpitations or irregular heart
15   rhythms.  I think specific reference was that he would
16   double his dose.
17      Q    And do you recall when that was?  Just as you
18   sit here.
19      A    Well --
20      Q    I don't need you to look it up.  Do you have any
21   independent recollection as you sit here?
22      A    Well, you asked me.  I'll tell you exactly what
23   it was.  It was -- the particular notation of it by
24   Dr. Von Dollen was in his February 16th, 2000, progress
25   note and I think he made reference to it during his
```

C. ALAN BROWN, M.D.                                    August 10, 2011

1   deposition, as well.

2       Q     Any other times that you recall?

3       A     Not specifically.  No.

4       Q     Do you recall if Mr. McCornack had organized his

5   Digoxin tablets in a pill organizer while he was on his

6   camping trip?

7       A     I don't recall the specifics of that.

8       Q     Do you recall anything about that?  Do you

9   recall the fact that he was using a pill organizer?

10      A     Not specifically, no.

11      Q     I'm just confused.  Does "Not specifically" add

12  something?

13      A     No.

14      Q     Do you have some general recollection --

15      A     No, I don't.

16      Q     Now, on page three of your report, in your

17  Discussion section, and this is going to be the third

18  paragraph in the middle, you state that:

19            "The patient was apparently in his usual state

20  of health on the date of his death and did not exhibit

21  any complaints characteristic of patients with Digoxin

22  toxicity."

23            Do you see that?

24      A     Yes.

25      Q     Now, you didn't speak with anyone who was with

PLAINTIFFS' EXHIBITS 011514

```
 1   Mr. McCornack that day; correct?

 2       A    Correct.

 3       Q    And you didn't review any videotapes of

 4   Mr. McCornack that day?

 5       A    Videotapes?  No.

 6       Q    So, when you say "exhibit," you just mean that

 7   no one has reported to you any signs that you would

 8   consider clinical symptoms of Digoxin toxicity?

 9       MS. AHERN:  Objection.

10       THE WITNESS:  Well, again, I -- I based my opinion

11   upon the review of the medical records and the deposition

12   testimony, so it wasn't an issue of reporting to me.  It

13   was based upon my review of the records.

14   BY MR. KILPATRICK:

15       Q    But, I just want to make sure I understand this.

16   You're using the term, "exhibit."  You didn't witness

17   him, you didn't talk to anybody who was watching him that

18   day; all of your information comes from these records?

19       A    Correct.

20       MS. AHERN:  Objection.

21   BY MR. KILPATRICK:

22       Q    All of your information about Mr. McCornack's

23   behavior or physical symptoms comes from these records

24   that you were given?

25       MS. AHERN:  Objection.
```

PLAINTIFFS' EXHIBITS 011515

C. ALAN BROWN, M.D.                                      August 10, 2011

1      THE WITNESS:  Yes.

2  BY MR. KILPATRICK:

3      Q    Would you list for me the criteria that you

4  would consider making a diagnosis of Digoxin toxicity?

5      MR. TABER:  Objection.

6      MS. AHERN:  Objection.

7      THE WITNESS:  Well, there are patients who exhibit,

8  again, what we've lumped together as gastrointestinal

9  complaints, nausea, anorexia.  There are some patients

10  who complain of visual effects, sometimes characterized

11  as yellow vision or yellow halos.

12         There are some particular cardiac arrhythmias

13  that are characteristic of Digoxin toxicity.  Advanced

14  atrial ventricular block, atrial fibrillation can be a

15  manifestation, premature ventricular contractions can

16  sometimes be a manifestation of Digoxin toxicity.

17  BY MR. KILPATRICK:

18      Q    Is that it?

19      A    Well, yes.

20      Q    Dizziness, is that a clinical symptom of Digoxin

21  toxicity?

22      MR. TABER:  Objection.

23      THE WITNESS:  Well, remember that dizziness is a --

24  it's a very common complaint with a myriad of causes.

25         I don't remember a specific reference to the

PLAINTIFFS' EXHIBITS 011516

C. ALAN BROWN, M.D.                                          August 10, 2011

1  fact that Mr. McCornack was complaining of dizziness or

2  experiencing dizziness.  I would characterize dizziness

3  as a very nonspecific finding.

4  BY MR. KILPATRICK:

5      Q    But is it a -- is it consistent -- Well, is it a

6  clinical symptom that you would consider in rendering a

7  diagnosis of Digoxin toxicity?

8      MR. TABER:  Objection.

9      MS. AHERN:  Objection.

10     THE WITNESS:  Again, it's such a nonspecific

11 complaint and I'm not aware that Mr. McCornack exhibited

12 or complained of dizziness.  So, dizziness, per se,

13 wouldn't lead me to make the diagnosis of Digoxin

14 toxicity, if that's what you mean.

15 BY MR. KILPATRICK:

16     Q    No.  I just mean is it one factor that you would

17 consider as evidence of Digoxin toxicity?

18     MR. TABER:  Objection.

19     MS. AHERN:  Objection.

20     THE WITNESS:  Dizziness can occur in patients that

21 have Digoxin toxicity, but it is in no way specific to

22 toxicity.

23 BY MR. KILPATRICK:

24     Q    What about fatigue?

25     MR. TABER:  What about it?

PLAINTIFFS' EXHIBITS 011517

C. ALAN BROWN, M.D.                                        August 10, 2011

1   BY MR. KILPATRICK:

2       Q    Is fatigue a clinical symptom that you would

3   consider relevant in making a determination that someone

4   suffered from Digoxin toxicity?

5       MS. AHERN:  Objection.

6       THE WITNESS:  Well, again, fatigue is an incredibly

7   general complaint and particularly in a man who, as I

8   understand it, was overweight and also had chronic atrial

9   fibrillation.  Fatigue would be a very commonly described

10  symptom and, in my view, would not be characteristic of

11  Digoxin toxicity, or diagnostic.

12  BY MR. KILPATRICK:

13      Q    Are you aware that Mr. McCornack was reported to

14  have complained of feeling bloated the day he died?

15      A    I believe so.  Yes.

16      Q    In your experience, or in your opinion, is that

17  the type of gastro -- is that a type of gastrointestinal

18  discomfort that's relevant to determining if someone is

19  suffering from Digoxin toxicity?

20      MS. AHERN:  Objection.

21      THE WITNESS:  Well, again, bloating is a very

22  nonspecific symptom.  I would wager to say typically when

23  I attend a barbecue or an outdoor picnic, and

24  particularly if I have a beer or two, I'm going to

25  experience bloating.  So, I wouldn't view that as being

PLAINTIFFS' EXHIBITS 011518

1  characteristic of Digoxin toxicity.

2  BY MR. KILPATRICK:

3      Q    Well, do you consider it to be a type of

4  gastrointestinal disorder or complaint?

5      MS. AHERN:  Objection.

6      THE WITNESS:  Well, I suppose it's relevant to the

7  gastrointestinal system, but I don't think it has -- To

8  me, it doesn't have sufficient specificity to be a useful

9  finding, certainly in this circumstance.

10  BY MR. KILPATRICK:

11     Q    And what was the gastrointestinal complaints

12  that would be relevant for you in making a diagnosis of

13  Digoxin toxicity?

14     A    Well, again, none of these complaints that we've

15  been talking about, including those that I mentioned

16  earlier, nausea, or anorexia, are specific to Digoxin

17  toxicity.

18          There are a multitude -- multiple explanations

19  for nausea, anorexia, bloating, as we already talked

20  about, fatigue.  So, none of these would be a specific

21  finding diagnostic of Digoxin toxicity.

22     Q    Well, when you say that you haven't been given

23  any evidence that Mr. McCornack was exhibiting clinical

24  signs of Digoxin toxicity, is that because you would have

25  wanted a medical doctor to examine him and inquire about

PLAINTIFFS' EXHIBITS 011519

C. ALAN BROWN, M.D.                                    August 10, 2011

1  the nature of his physical condition?

2      A      Well, typically, at least in my experience, when

3  patients have clinical Digoxin toxicity expressing

4  themselves as gastrointestinal complaints, it's enough

5  for them to interrupt their daily activities.

6          I wouldn't expect someone who was having Digoxin

7  toxicity to continue on a camping trip, to -- from what I

8  understand, to eat a normal meal, perhaps to have an

9  alcoholic drink or two.  That kind of behavior, I would

10 think would be uncharacteristic of a patient who was

11 experiencing Digoxin toxicity.

12     Q      And do you recall the time that Mr. McCornack

13 was reported to be -- of complaining of bloating?

14     A      Not specifically.

15     Q      You don't know if it was before or after his

16 meal?

17     A      Not specifically.

18     Q      Can Digoxin toxicity cause pulmonary edema?

19     A      I don't think there's a direct connection.

20 Certainly, in my differential diagnosis of the causes of

21 pulmonary edema, I would not list Digoxin toxicity.  No.

22     Q      What is pulmonary edema, just in layman's terms?

23     A      It's an increase in the fluid content within the

24 lung tissue.

25     Q      Do you have any evidence one way or the other

PLAINTIFFS' EXHIBITS 011520

C. ALAN BROWN, M.D.                                    August 10, 2011

1   about Mr. McCornack's clinical symptoms in the week

2   leading up to his death, other than the reports you've

3   seen?

4       A    Other than the reports that I've seen and the

5   deposition testimony that I've read, no.

6       Q    In your opinion, how many of the symptoms that

7   you described, gastrointestinal illness and the vision

8   problem and the cardiac arrhythmia problem, how many of

9   those need to be present in a patient before you begin to

10  suspect that they could be suffering from Digoxin

11  toxicity?

12      MS. AHERN:  Objection.

13      THE WITNESS:  Well, I -- I wouldn't approach it that

14  way.  I would say -- and again, I -- we've already

15  discussed the fact that other than the fact that there

16  were potentially some general remarks about him feeling

17  bloated, I don't remember that there were any mention

18  that he complained about lack of appetite, nausea, the

19  other things that you mentioned.

20          So, I don't think I understand your question.

21  BY MR. KILPATRICK:

22      Q    Let me ask it another way:  Is it possible for

23  someone to be suffering from Digoxin toxicity and not

24  complain of any of the clinical science that you had

25  talked about?

PLAINTIFFS' EXHIBITS 011521

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1        MR. TABER:  Objection.

 2        MS. AHERN:  Objection.

 3        THE WITNESS:  Yes, it is possible.

 4   BY MR. KILPATRICK:

 5        Q    Is it possible for someone to be suffering a

 6   cardiac arrhythmia, such as bradycardia, and not even be

 7   aware of it?

 8        MS. AHERN:  Objection.

 9        THE WITNESS:  Well, bradycardia is a general term for

10   people who have heart rates less than 55.  So, can people

11   be bradycardic and not have symptoms?  Yes.  My resting

12   heart rate's in the 40s.

13            So, could you restate -- so, people can

14   certainly be bradycardic without having symptoms.  Could

15   you perhaps be more specific in your question?

16   BY MR. KILPATRICK:

17        Q    That they wouldn't -- they wouldn't even know

18   they were bradycardic; they wouldn't know, their heart

19   wouldn't feel odd to them, it's nothing that they would

20   think would be unusual?

21        MS. AHERN:  Objection.

22        THE WITNESS:  Well, when you're talking about

23   patients -- I think you're talking about general

24   patients.  If you want to speak specifically about

25   Mr. McCornack --
```

PLAINTIFFS' EXHIBITS 011522

C. ALAN BROWN, M.D.                                    August 10, 2011

1   BY MR. KILPATRICK:

2       Q     Sure.

3       A     -- in whom we found out at autopsy had actual --

4   he had significant structural heart disease, manifested

5   by cardiomegaly, left ventricular hypertrophy, as well as

6   patchy areas of myocardial fibrosis, someone like that I

7   would expect to experience symptoms, if they were having

8   significant bradycardia.

9       Q     That they would perceive those symptoms; is that

10  what you mean?

11      A     That they would experience symptoms.  Symptoms,

12  if you're having symptoms, that means that you perceive

13  them.  Yes.

14      Q     Well, let me try to just clarify.  So --

15      A     I would expect that if he was having

16  bradycardia, he would have been having symptoms relative

17  to his bradycardia.

18      Q     What would those symptoms be?

19      A     Lightheadedness, fainting spells, profound

20  weakness.

21      Q     Would he experience any of those while sleeping?

22      A     I --

23      MS. AHERN:  Objection.

24      THE WITNESS:  I don't know.  Do we have any evidence

25  that he experienced bradycardia while sleeping?

PLAINTIFFS' EXHIBITS 011523

C. ALAN BROWN, M.D.                                          August 10, 2011

1  BY MR. KILPATRICK:

2      Q    I'm asking if he could have had bradycardia

3  while he was asleep and not been aware of it.

4      MS. AHERN:  Objection.

5      THE WITNESS:  I -- in all of the records that I

6  reviewed, I -- I didn't see any evidence that the patient

7  had bradycardia.

8           One of the reasons that he was taking such high

9  doses of Digoxin and Diltiazem, both of which tend to

10 slow the heart rate, is because he had just the opposite

11 problem.  His heart rate tended to be very fast and he

12 required high doses of those medications to try and keep

13 his heart rate under control.  So, just the reverse.

14          If anything -- Well, the answer is no, I didn't

15 see any evidence that he had bradycardia.

16 BY MR. KILPATRICK:

17     Q    But, that wasn't my question.  My question was

18 is it possible that he could have slept through a

19 bradycardia event?

20     A    Given what I just said, I think it's possible

21 but very unlikely.

22     Q    And why is that?

23     A    Because it's unlikely that he would have

24 experienced bradycardia, given what we know about his

25 heart rate and the requirement for high doses of these

PLAINTIFFS' EXHIBITS 011524

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1  medications.
 2     Q    Well, let me have you assume, then, that he did
 3  experience bradycardia.  If that happened, is that the
 4  type of thing that would have startled him awake or would
 5  he have likely slept through it?
 6     MS. AHERN:  Objection.
 7     THE WITNESS:  Well, I think we're -- we're
 8  probably -- we're following a pathway that, to my mind,
 9  doesn't apply in this case and isn't logical.
10        If you're talking about patients who are
11  receiving Digoxin, who have become bradycardic, typically
12  their heart rate doesn't slow to the point where they
13  develop cardiac arrest.
14        The heart has compensatory mechanisms, what we
15  call, so-called "escape pacemakers" that come into play,
16  as Digoxin levels increases.
17  BY MR. KILPATRICK:
18     Q    Well, it may not be typical, but it can happen.
19  True?
20     A    When you say --
21     MS. AHERN:  Objection.
22     THE WITNESS:  When you say, "it can happen," I would
23  say possibly but very unlikely.
24  BY MR. KILPATRICK:
25     Q    Just because it's infrequent?
```

PLAINTIFFS' EXHIBITS 011525

C. ALAN BROWN, M.D.                                      August 10, 2011

1      A     Very infrequent.

2      Q     Okay.

3      A     And again, when we try to -- when I'm asked to

4   review a case and render an expert opinion, I'm trying to

5   give you my opinion based on what is probable.

6      Q     Well, what about, does it change the

7   probabilities if that person is suffering from Digoxin

8   toxicity?

9      MS. AHERN:  Objection.

10     MR. TABER:  Objection.

11     THE WITNESS:  Well, no, because the example I was

12  just expressing to you was in a patient who was

13  experiencing higher Digoxin levels, typically they may

14  have atrial ventricular block, particularly if they're in

15  atrial fibrillation.  But, there are compensatory

16  mechanisms and escape rhythms that appear that prevent

17  the heart rate from going to zero, resulting in a cardiac

18  arrest.

19  BY MR. KILPATRICK:

20     Q     But, that's not true in every case; it can

21  certainly still happen that high levels of Digoxin can

22  slow your heart or stop your heart.

23     MR. HABER:  Objection.

24     MS. AHERN:  Objection.

25     THE WITNESS:  It's very, very unlikely.

PLAINTIFFS' EXHIBITS 011526

C. ALAN BROWN, M.D.                                      August 10, 2011

1  BY MR. KILPATRICK:

2      Q     Does Digoxin affect the electric impulses that

3  are sent from the atria down to the ventricle; is that

4  what it does?

5      MS. AHERN:  Objection.

6      THE WITNESS:  Well, one of the reasons that I

7  expressed the opinion I just did, that it was very

8  unlikely, is because the majority of Digoxin's effect on

9  the cardiac conduction system is indirect, unlike

10 Diltiazem.

11          Remember that Mr. McCormick -- McCornack, excuse

12 me, was taking high doses of Diltiazem.  Diltiazem works

13 directly on the electrical conducting system,

14 particularly the AD node, to depress AD nodal conduction

15 and to slow the heart rate.

16 BY MR. KILPATRICK:

17     Q     Okay.

18     A     The Digoxin works indirectly by potentiating

19 what we call vagotonic tone.  The vagus nerve travels

20 from the brain to the heart and elsewhere in the body.

21 As we sit here at the table, our hearts are generally

22 under vagal tone, keeping our heart rate slowed a little

23 bit.  If we were to sever the vagal nerve, our heart rate

24 would actually increase a bit.

25          So, under those circumstances, when you're under

PLAINTIFFS' EXHIBITS 011527

C. ALAN BROWN, M.D.                                    August 10, 2011

1   vagal tone, Digoxin augments vagal tone, slowing the

2   heart rate.

3          So, Digoxin's effect is primarily indirect and

4   that's one of the reasons why I said that your

5   hypothetical situation where a patient would sleep

6   through bradycardia to the point of having cardiac arrest

7   from Digoxin would be very unlikely.

8      Q    Okay.  I'll have you look at your report again

9   and in the following paragraph, you have a sentence there

10  that states:

11         "The post-mortem Diltiazem level was over three

12  times the therapeutic level and may have contributed to

13  risk of arrhythmia and sudden cardiac death."

14         Do you see that?

15     A    Yes.

16     Q    Are you familiar with the redistributing effect

17  of Diltiazem?

18     MS. AHERN:  Objection.

19     THE WITNESS:  Not specifically, no.

20  BY MR. KILPATRICK:

21     Q    In the NMS blood lab results for Mr. McCornack,

22  do you recall a footnote in there, they had mentioned

23  that the redistribution ratio was roughly 2.6 for

24  Diltiazem?

25     A    Why don't we go to that specific reference.

PLAINTIFFS' EXHIBITS 011528

C. ALAN BROWN, M.D.                              August 10, 2011

1      Q     Sure.

2      A     If you can tell me where that is.

3      Q     It is -- if you have the -- if I can find it for

4  you.  If you have the amended autopsy report.  I'll show

5  you my copy.

6      MS. AHERN:  I think it's the same one you have.

7      MR. KILPATRICK:  Is that the blood tests, and on the

8  second page -- Yeah.

9  BY MR. KILPATRICK:

10     Q     Second page, item two, talking about Diltiazem.

11  Is that what you're looking at?

12     A     Yes.

13     Q     And in there, right above the paragraph three,

14  the last sentence says:

15          "In addition, Diltiazem is indicated to undergo

16  a post-mortem redistribution with average heart

17  blood/femoral blood ratio of 2.6."

18          Do you agree or disagree with that statement?

19     MS. AHERN:  Objection.

20     THE WITNESS:  Well, I have to say I'm confused.  So,

21  what you're telling me is that both Diltiazem and Digoxin

22  undergo post-mortem redistribution.  We should pay

23  attention to that redistribution of Diltiazem, but ignore

24  the redistribution that occurs with Digoxin, particularly

25  in a patient whose autopsy was performed 72 hours after

PLAINTIFFS' EXHIBITS 011529

C. ALAN BROWN, M.D.                                    August 10, 2011

1  death?  Is that what -- so --

2  BY MR. KILPATRICK:

3       Q    No, I'm not saying that.  That's -- Are you

4  saying that?

5       A    Well, I don't disagree with this sentence.

6       Q    Okay.  And so, in this case, do you have any

7  opinion about whether his post-mortem Diltiazem levels

8  were consistent with his anti-mortem therapeutic range?

9       A    Well, we don't know what his anti-mortem blood

10 levels were.  Diltiazem is not a medication that we

11 typically measure blood levels for.

12      Q    Well, you talked about therapeutic -- You said:

13 "The post-mortem Diltiazem level of 630 nanograms is over

14 three times the therapeutic level."

15           What did you mean by that?

16      A    Well, that's in research studies.  I'm not aware

17 that Mr. McCornack had any anti-mortem or had any

18 Diltiazem levels drawn during life.

19      Q    Do you believe that this 2.6 blood ratio

20 post-mortem -- Based on that 2.6 ratio, do you have any

21 ability to estimate what Mr. McCornack's anti-mortem

22 Diltiazem levels are?

23      MS. AHERN:  Objection.

24      MR. TABER:  Objection.

25      THE WITNESS:  Well, I would agree that -- I think to

C. ALAN BROWN, M.D.                                    August 10, 2011

1  be consistent, the answer would be no, just as we can't

2  use an isolated Digoxin level obtained post-mortem to

3  estimate anti-mortem Digoxin levels.

4         So, I'd agree with that.

5  BY MR. KILPATRICK:

6     Q    Then, is it your opinion that his anti-mortem

7  Diltiazem level contributed to his sudden cardiac death?

8     A    Well --

9     MR. TABER:  Objection.

10    MS. AHERN:  Objection.

11    THE WITNESS:  Well --

12 BY MR. KILPATRICK:

13    Q    That's your opinion, isn't it?

14    MS. AHERN:  Objection.

15    THE WITNESS:  I think the way I stated this is I said

16 it may have contributed to his risk of arrhythmia.

17        So, the reason I said it that way was to

18 acknowledge the difficulty in using post-mortem serum

19 levels to try and estimate anti-mortem serum levels,

20 number one.

21        And also to acknowledge the fact that Diltiazem

22 has a direct effect on cardiac conduction, much more so

23 than Digoxin, for the reasons that I stated earlier.  So,

24 I said that it may have been a contributing factor; I

25 don't think I said categorically that it caused the

PLAINTIFFS' EXHIBITS 011531

C. ALAN BROWN, M.D.                                      August 10, 2011

```
1   death.
2   BY MR. KILPATRICK:
3       Q    Well, how much significance do you attribute --
4   Strike that.
5            Do you think Mr. McCornack likely died of a
6   Diltiazem overdose?
7       A    As I said, I think at the outset, I think he
8   died of his hypertensive and atherosclerotic
9   cardiovascular disease.  I don't think he died of a
10  Digoxin overdose.  We don't have any direct evidence that
11  he died of a Diltiazem overdose, either.
12      Q    So, you're saying you have no evidence of his
13  Diltiazem levels, but nevertheless you believe it
14  contributed, may have contributed, to his death?  Do I
15  have that right?
16      MR. TABER:  Objection.
17      MS. AHERN:  Objection.
18      THE WITNESS:  I cannot rule out the possibility.
19  Correct.
20  BY MR. KILPATRICK:
21      Q    Can you rule out the possibility that he,
22  Mr. McCornack, died of a Digoxin overdose or a Digoxin
23  toxicity?
24      MS. AHERN:  Objection.
25      THE WITNESS:  Again, I've expressed my opinion
```

PLAINTIFFS' EXHIBITS 011532

C. ALAN BROWN, M.D.                                          August 10, 2011

1  earlier that I think it is very unlikely.

2  BY MR. KILPATRICK:

3      Q    Okay.  But possible?

4      MS. AHERN:  Objection.

5      THE WITNESS:  Very unlikely.

6  BY MR. KILPATRICK:

7      Q    But you can't rule it out?

8      MS. AHERN:  Objection.

9      MR. TABER:  Objection.

10     THE WITNESS:  Very unlikely.

11 BY MR. KILPATRICK:

12     Q    Is that a response to my question?  Can you rule

13 it out?

14     MS. AHERN:  Objection.

15     MR. TABER:  Objection.

16     THE WITNESS:  I think I've already stated my opinion

17 about that.  I think that it is -- it's a very

18 unlikely -- it's very unlikely to have been a

19 contributing cause to his death.

20 BY MR. KILPATRICK:

21     Q    How is that different from just saying:  No, I

22 cannot rule that out?

23     MS. AHERN:  Objection.

24     THE WITNESS:  Because I think in all of my medical

25 opinions, it's important that I express my opinions which

PLAINTIFFS' EXHIBITS 011533

C. ALAN BROWN, M.D.                                     August 10, 2011

1 | often can't be expressed as a simple yes or no.

2 | BY MR. KILPATRICK:

3 |     Q    How about, are you comfortable saying:  I think

4 | it's very unlikely he died of Digoxin poisoning, but I

5 | cannot rule it out?

6 |     MR. TABER:  Objection.

7 |     MS. AHERN:  Objection.

8 |     MR. TABER:  Gary, you're six times the same question.

9 |     MR. KILPATRICK:  Well, he's not answering my

10 | question.  I'm trying to understand --

11 |     THE WITNESS:  Well, your question specifically -- Can

12 | you read the question back to me, please?

13 |     MR. TABER:  Not quite answered six times.

14 |     MR. KILPATRICK:  Well, he hasn't answered it once.

15 |     MR. TABER:  Yes.  He's answered it as least five.

16 |         (Whereupon the record was read by the

17 |         reporter.)

18 |     THE WITNESS:  So, in specific answer to your

19 | question, no, I'm not comfortable.

20 | BY MR. KILPATRICK:

21 |     Q    Why not?

22 |     A    I've already expressed that.  I think that the

23 | likelihood of -- I think it is very unlikely.  The

24 | likelihood of him having died of Digoxin overdose is very

25 | small, very unlikely.

PLAINTIFFS' EXHIBITS 011534

C. ALAN BROWN, M.D.                                      August 10, 2011

```
 1     Q    And what is it, why are you willing to testify
 2   that you're unable to rule out his death by Diltiazem
 3   toxicity, but not Digoxin toxicity?
 4     MS. AHERN:  Objection.
 5     THE WITNESS:  I've said that the likelihood of him
 6   having died of Digoxin toxicity is very small.
 7   BY MR. KILPATRICK:
 8     Q    True.
 9     A    Yes.
10     Q    And you said that you could not rule out that
11   Diltiazem was a potential cause of his death.
12     A    Correct.
13     Q    Why is it --
14     A    But, I said -- but, I also said that my opinion
15   is that the most likely cause of his death was his
16   hypertensive and atherosclerotic cardiovascular disease.
17     Q    I understand.
18          My question is based on what you know about
19   Diltiazem and Diltiazem redistribution, and based upon
20   what you know about Digoxin and Digoxin redistribution,
21   why can you not rule out the possibility that
22   Mr. McCornack died due to Diltiazem toxicity, but you are
23   ruling out that he died of Digoxin toxicity?
24     MS. AHERN:  Objection.
25     THE WITNESS:  Well, when I say that the possibility
```

PLAINTIFFS' EXHIBITS 011535

C. ALAN BROWN, M.D.                                    August 10, 2011

1   is very, very unlikely, I am referring to both

2   situations, or both medications.

3           It's not my opinion that he died of Diltiazem

4   toxicity.  It's my opinion that he died of his

5   hypertensive and atherosclerotic cardiovascular disease.

6   BY MR. KILPATRICK:

7       Q    But, you're not ready to rule out the

8   possibility he died of Diltiazem toxicity; true?

9       MS. HERNANDEZ:  Objection.

10      MR. TABER:  Objection, he's not required to answer

11  true/false questions.  He can answer as he sees fit.

12      THE WITNESS:  I've tried to answer that as best I

13  can.  I don't know how much more I can do.

14  BY MR. KILPATRICK:

15      Q    Do you have any opinion about whether

16  Mr. McCornack's death may have been caused by the

17  existence of the trace amount of quinine or quinidine in

18  his body?

19      A    I -- I don't know what to make of the finding of

20  the quinine in his blood.  Apparently it was trace

21  amounts.  I don't have an opinion about that.

22      Q    Can too much Digoxin in a person's blood cause a

23  ventricular arrhythmia?

24      A    Yes.

25      Q    Is there any way to generalize a range or a -- a

PLAINTIFFS' EXHIBITS 011536

C. ALAN BROWN, M.D.                                      August 10, 2011

1    range of serum Digoxin in someone's blood that might

2    cause a ventricular arrhythmia?

3        A    No.   Particularly since we see ventricular

4    arrhythmias in patients who are not even taking Digoxin.

5        Q    Well, that's true.   But, did I misunderstand

6    you?  You stated that too much Digoxin in someone's blood

7    could cause ventricular arrhythmia; is that accurate?

8        A    I don't recall stating that.  I was responding

9    to your question so, if you'd like, we could go back and

10   read exactly what you said and what my response was.

11       Q    Well, we could do that.

12            But do you -- I'm just trying to find out what

13   your opinion is.  Is it accurate or inaccurate that an

14   excessive amount of Digoxin in someone's blood can cause

15   a ventricular arrhythmia?

16       A    Yes, it may.

17       Q    And in that situation, I want you to assume that

18   that occurred; that someone had a high Digoxin level and

19   they had a ventricular arrhythmia.  Do you have any

20   knowledge about what evidence you might find at an

21   autopsy in that situation?

22       MR. TABER:  Objection.

23       MS. AHERN:  Objection.

24       THE WITNESS:  So, in a hypothetical situation of a

25   patient who had a ventricular arrhythmia associated with

PLAINTIFFS' EXHIBITS 011537

C. ALAN BROWN, M.D.                                    August 10, 2011

1   Digoxin toxicity?

2   BY MR. KILPATRICK:

3        Q    Correct.

4        A    Yeah.  Recognizing that we don't have any

5   evidence, as I stated earlier, that Mr. McCornack was

6   experiencing that situation.

7        Q    That's your opinion.

8        A    Yes.

9        Q    I understand that.

10       A    No.  I don't think you'd find any specific

11  findings at autopsy.

12       MR. TABER:  Gary, would you mind if I took a quick

13  break?

14       MR. KILPATRICK:  Sure.

15           (Brief recess.)

16  BY MR. KILPATRICK:

17       Q    Dr. Brown, do you recall, the back of

18  Dr. Mason's autopsy report, his amended autopsy report,

19  we had previously talked about this NMS blood -- the

20  blood results provided on that report.  You're familiar

21  with that report?

22       A    Yes.

23       Q    Did you review the -- You said you reviewed the

24  deposition of Mr. McMullin from NMS Labs.

25       A    Yes.

PLAINTIFFS' EXHIBITS 011538

C. ALAN BROWN, M.D.                                    August 10, 2011

1       Q    Do you have any criticism with the method or the

2   results that NMS reported concerning Mr. McCornack's

3   post-mortem blood?

4       A    No.

5       MS. AHERN:  Objection.

6   BY MR. KILPATRICK:

7       Q    No criticisms of the procedures they used?

8       A    No.

9       Q    And 3.6, as far as you know, would have been an

10  accurate level of his post-mortem blood samples?

11      MS. AHERN:  Objection.

12      THE WITNESS:  You mean at that moment in time,

13  irrespective of its clinical importance?

14  BY MR. KILPATRICK:

15      Q    That's right.

16      A    Yes.

17      Q    You agree that it, as far as you know,

18  accurately reflects Mr. McCornack's Digoxin levels

19  78 hours, approximately, after his death?

20      A    Well, with the qualification that it probably

21  reflects his axillary vein serum Digoxin level.

22      Q    Okay.

23      A    72 hours after death.

24      Q    Okay.  And what does a peripheral blood sample

25  mean to you?

PLAINTIFFS' EXHIBITS 011539

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1      A    To me, it typically means from the extremities,

 2    from the elbow down in the upper extremity or below the

 3    knees to the lower extremity, in general.

 4      Q    And was the axillary vein sample that Dr. Mason

 5    took of Mr. McCornack's blood, is that generally of a

 6    peripheral blood sample?

 7      MR. TABER:  Objection.

 8      MS. AHERN:  Objection.

 9      THE WITNESS:  I can't speak to post-mortem sampling.

10    Certainly, when we're accessing the axillary vein

11    clinically, we're doing that to get at what we call a

12    central venous sample, a part of the central venous

13    circulation.

14           Well, on occasion, we use the axillary vein for

15    access to the central venous system.

16      Q    Well, I'm not sure I understand your answer.

17    I'm trying to see if maybe you can just -- if there is a

18    simple answer to this.

19           Is a blood sample taken from someone's wrist

20    vein a peripheral blood sample, in your mind?

21      A    In my mind, yes.

22      Q    Let me ask you a couple of questions about your

23    file there.  How did you receive all the records from the

24    attorneys?

25           And what I'm getting at is did they send you
```

PLAINTIFFS' EXHIBITS 011540

C. ALAN BROWN, M.D.                                    August 10, 2011

1    those binders with the paper?  Did they send you a CD?

2        A    I think it was both.  Some records came

3    initially on CD, some records came primarily in paper

4    form, many in both.  There may have been some that came

5    as attachments to e-mails, although I don't recall

6    specifically.

7        Q    Did you assemble the binders or were the binders

8    sent to you assembled in the way that they appear now?

9        A    Those -- those particular binders were assembled

10   before I received them.  I did not assemble them.

11       Q    And the copies I slipped through, I saw a couple

12   of yellow sticky tabs.  I didn't see any handwritten

13   notes, any highlighting.  Is that your office copy?

14            The box that we're looking at, is that the copy

15   of documents that you were reviewing for this case?

16       A    Well, as I mentioned, some of the times, some of

17   the records may have initially come as CD's.  So, if that

18   was the case, I would have reviewed them on my computer.

19       Q    Let me ask it another way.  Did you take any

20   notes about any of the documents that you reviewed?

21       A    No.

22       Q    You didn't write down any notes on anything?

23       A    With the exception of what I typed here, no.

24       Q    Okay.

25       A    The declaration itself.

C. ALAN BROWN, M.D.                                    August 10, 2011

1      Q     Okay.  Your expert report.

2      A     Yes.

3      Q     Other than the depositions that you've listed in

4   your expert report, have you reviewed any other

5   depositions before or after rendering your expert opinion

6   or preparing your expert report?

7      A     None -- none that I haven't listed that I

8   reviewed before preparing my report.  I think I've

9   received some since I've prepared my report.

10     Q     And can you tell me whose depositions those

11  were?

12     A     I -- Let's see.  The date of my report is

13  May 23rd and it looks as though I received the reports of

14  Amy McMaster, M.D.; Kenneth Hurd, M.D.; and

15  William Gallanter, M.D., after the mailing date of

16  June 2nd.

17           And there may have been one other -- Let me see.

18  Let's see.

19           So, I think I received the deposition of

20  Dr. Gibson after I prepared my report, since that was

21  obtained on June 14th of 2011.  And I most recently

22  received the deposition of Dr. Edward Barbieri that was

23  taken on July 20th.

24     Q     Okay.  And you reviewed that deposition?

25     A     Yes.

PLAINTIFFS' EXHIBITS 011542

C. ALAN BROWN, M.D.                                    August 10, 2011

1     Q     Anything else?

2     A     I think I may have received the report and the

3  attachments of Dr. Gibson after I prepared my report.

4  The report is dated -- my report is dated May 23rd and

5  his letter to Mr. Ernst is dated May 16th.

6           I don't think it's listed as one of the things I

7  reviewed beforehand, so I think this was afterwards.

8  Meaning, Gibson -- Gibson's report.

9     Q     Well, on page two of your report you identified

10 the report of Keith Gibson, PharmD.  Does that refresh

11 your recollection of whether you reviewed that --

12    A     I may have received it in electronic form,

13 before I prepared my report.  I don't recall

14 specifically.

15    Q     Okay.  Any other documents?

16    A     I don't think so.

17    Q     Any of the documents that you just identified,

18 did they cause you to change your opinion as expressed in

19 your report in any way?

20    A     No.

21    MR. KILPATRICK:  All right.  Hunter, let me ask you.

22 I'm trying to figure out whether to attach his file to

23 the depo and do you know -- I mean, it just looks like

24 such a neat printout.  Is there a CD that contains all

25 that stuff that we could that we could put together?

PLAINTIFFS' EXHIBITS 011543

C. ALAN BROWN, M.D.                                        August 10, 2011

```
 1      MS. AHERN:  We could put it on a CD but I think that,
 2  you know, some things that we received, we may have sent
 3  electronically, some things we may have sent on CD and
 4  some, like he said, we probably sent in print form so
 5  we'd save on printing costs for the records.
 6      MR. KILPATRICK:  Right.
 7      MS. AHERN:  So, we could go back if you want to.  I
 8  know what we've sent and we could reproduce that
 9  electronically, if you like.  And since I don't think he
10  took notes on it, if that's okay with you --
11      MR. KILPATRICK:  Yeah.  That would be great.  That
12  would save me --
13      MS. AHERN:  You don't want to pack it up with you;
14  right?
15      MR. KILPATRICK:  I don't.  I don't want to pack it up
16  and I'm trying to avoid the horrible expense associated
17  with --
18      MS. AHERN:  I can do that.  I'll reproduce everything
19  that we sent to Dr. Brown.
20      MR. KILPATRICK:  Okay.
21      MS. AHERN:  And well get that to you on a CD.
22      MR. KILPATRICK:  That would be great.
23      MS. AHERN:  Okay.
24      MR. KILPATRICK:  Give me just a moment to look at my
25  notes.
```

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1          (Brief recess.)
 2      MR. KILPATRICK:  Do you think you could give me that
 3  CD by next week?
 4      MS. AHERN:  Yeah.
 5      MR. KILPATRICK:  Okay.  That would be great.  Other
 6  than that, I don't have any other questions.
 7      MR. TABER:  No questions.
 8      MS. AHERN:  No questions.
 9      MR. KILPATRICK:  Okay.  Well, Dr. Brown, thank you
10  very much.
11          And what do you want to do about signing the
12  depo?  How do you guys want to do that?
13      MS. AHERN:  I would suggest that you read and sign.
14      MR. TABER:  What was that?
15      MS. HERNANDEZ:  Read and sign.
16      MR. TABER:  Read it?
17      MS. AHERN:  Yes.  So, you'll get a copy of your
18  deposition.
19      THE WITNESS:  Yes.  I'd like to read it.  Yes.
20      MS. AHERN:  We'll read and sign.
21      MR. KILPATRICK:  Okay.  I guess we're done.  Thank
22  you.
23      THE REPORTER:  Did you both want copies?
24      MS. AHERN:  Yes.
25      THE REPORTER:  Mr. Taber?
```

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1      MR. TABER:  Yes.

 2           (Plaintiff's Exhibit 4 marked

 3           for identification by the Reporter.)

 4

 5           (Whereupon the deposition proceedings.

 6           were concluded at 4:10 p.m.)

 7

 8

 9

10  STATE OF CALIFORNIA    )
                           ) SS.
11  COUNTY OF VENTURA.)

12

13     I, C. ALAN BROWN, M.D., hereby certify under penalty

14  of perjury under the laws of the State of California that

15  the foregoing is true and correct.

16     Executed this _____ day of

17  _____, 2011, at _____,

18  California.

19

20

21                      _____

22                      C. ALAN BROWN, M.D.

23

24

25
```

PLAINTIFFS' EXHIBITS 011546

C. ALAN BROWN, M.D.                                    August 10, 2011

```
 1  STATE OF CALIFORNIA    )
                           ) ss
 2  COUNTY OF VENTURA      )

 3

 4     I,  DENA BROOKS, Certified Shorthand Reporter

 5  NO. 3113, in and for the State of California, do hereby

 6  certify:

 7     That prior to being examined, the witness named in

 8  the foregoing deposition was by me duly sworn to testify

 9  the truth, the whole truth, and nothing but the truth;

10     That said deposition was taken before me pursuant to

11  notice, at the time and place therein set forth, and was

12  taken down by me in shorthand and thereafter transcribed

13  into typewriting under my direction and supervision;

14     That it was stipulated by counsel that said

15  deposition may be read, corrected and signed by the

16  witness;

17     I further certify that I am neither counsel for, nor

18  related to, any party to said action, nor in anywise

19  interested in the outcome thereof.

20     In witness whereof, I have hereunto subscribed my

21  name this Date 12th day of August, 2011.

22

23

24                     _____
                         Certified Shorthand Reporter
25
```

PLAINTIFFS' EXHIBITS 011547