# EXHIBIT 608.2

PLAINTIFFS' EXHIBITS 011600

```
1    STATE OF CALIFORNIA    )
                            ) ss
2    COUNTY OF VENTURA      )

3

4        I,  DENA BROOKS, Certified Shorthand Reporter

5    NO. 3113, in and for the State of California, do hereby

6    certify:

7        That prior to being examined, the witness named in

8    the foregoing deposition was by me duly sworn to testify

9    the truth, the whole truth, and nothing but the truth;

10       That said deposition was taken before me pursuant to

11   notice, at the time and place therein set forth, and was

12   taken down by me in shorthand and thereafter transcribed

13   into typewriting under my direction and supervision;

14       That it was stipulated by counsel that said

15   deposition may be read, corrected and signed by the

16   witness;

17       I further certify that I am neither counsel for, nor

18   related to, any party to said action, nor in anywise

19   interested in the outcome thereof.

20       In witness whereof, I have hereunto subscribed my

21   name this Date 12th day of August, 2011.

22

23

24   _____
     Certified Shorthand Reporter
25
```

PLAINTIFFS' EXHIBITS 011601