# EXHIBIT 609.1

PLAINTIFFS' EXHIBITS 011767

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

\* \* \* \* \*

I, THE UNDERSIGNED CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME THE WITNESS WAS PUT UNDER OATH BY ME; THAT THE TESTIMONY OF THE WITNESS AND ALL OBJECTIONS MADE AT THE TIME OF THE PROCEEDINGS WERE RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION; THAT THE FOREGOING IS A TRUE RECORD OF THE TESTIMONY AND OF ALL OBJECTIONS MADE AT THE TIME OF THE PROCEEDINGS.

I FURTHER CERTIFY THAT I AM A DISINTERESTED PERSON AND AM IN NO WAY INTERESTED IN THE OUTCOME OF SAID ACTION, OR CONNECTED WITH OR RELATED TO ANY OF THE PARTIES IN SAID ACTION, OR TO THEIR RESPECTIVE COUNSEL.

THE DISMANTLING, UNSEALING OR UNBINDING OF THE ORIGINAL TRANSCRIPT WILL RENDER THE REPORTER'S CERTIFICATE NULL AND VOID.

IN WITNESS WHEREOF, I HAVE SUBSCRIBED MY NAME ON THIS DATE: _____.

_____
CSR NO. 7281

PLAINTIFFS' EXHIBITS 011768