# EXHIBIT 611

PLAINTIFFS' EXHIBITS 011860

1

Ralph J. McCornack                                    May 17, 2011

```
 1          UNITED STATES DISTRICT COURT OF THE

 2            SOUTHERN DISTRICT OF WEST VIRGINIA

 3                  CHARLES DIVISION

 4                      * * *

 5  IN RE:  DIGITEK PRODUCT LIABILITY )
            LITIGATION                )
 6                                    )
    THIS DOCUMENT RELATES ONLY TO:    )
 7  Kathy McCornack, an individual;   )
    Daniel E. McCornack, Jr., an      )
 8  individual; and Ralph J.          )
    McCornack, a minor by and through )
 9  his guardian ad litem,            )
                                      )
10          Plaintiffs,               )
                                      )
11      vs.                           ) Case No. 2:09-cv-06
                                      )
12  ACTAVIS TOTOWA, LLC,et al.,       )
                                      )
13          Defendants.               )
    _____)

14

15          DEPOSITION OF RALPH J. McCORNACK

16          San Luis Obispo, California

17              Tuesday, May 17, 2011

18              1:59 p.m. - 3:10 p.m.

19

20

21          REPORTED BY CINDY D. GRIFFITH
                    CSR #7281

22

23

24

25
```

PLAINTIFFS' EXHIBITS 011861

Ralph J. McCornack                                              May 17, 2011

```
 1            UNITED STATES DISTRICT COURT OF THE

 2             SOUTHERN DISTRICT OF WEST VIRGINIA

 3                      CHARLES DIVISION

 4                         * * *

 5  IN RE:  DIGITEK PRODUCT LIABILITY )
            LITIGATION                )
 6                                    )
    THIS DOCUMENT RELATES ONLY TO:    )
 7  Kathy McCornack, an individual;   )
    Daniel E. McCornack, Jr., an      )
 8  individual; and Ralph J.          )
    McCornack, a minor by and through )
 9  his guardian ad litem,            )
                                      )
10          Plaintiffs,               )
                                      )
11      vs.                           )  Case No. 2:09-cv-06
                                      )
12  ACTAVIS TOTOWA, LLC,et al.,       )
                                      )
13          Defendants.               )
    _____)
14

15

16          Deposition of Ralph J. McCornack, produced,

17          sworn and examined on the 17th day of May,

18          2011 between the hours of 1:59 p.m. and

19          3:10 p.m. at the offices of McDaniel Shorthand

20          Reporters, in the County of San Luis Obispo,

21          State of California, before Cindy D. Griffith,

22          California Certified Shorthand Reporter,

23          within the State of California.

24

25
```

PLAINTIFFS' EXHIBITS 011862

Ralph J. McCornack                                         May 17, 2011

```
 1  APPEARANCES OF COUNSEL:

 2  FOR PLAINTIFF:
                         LAW OFFICE OF DON ERNST
 3                       1020 Palm Street
                         San Luis Obispo, California  93401
 4                       BY:  DON A. ERNST
                         (805) 541-0300
 5                       sr@emlaw.us

 6  FOR DEFENDANT ACTAVIS INC., ACTAVIS ELIZABETH LLC, AND
    ACTAVIS TOTOWA LLC:
 7
                         TUCKER ELLIS & WEST LLP
 8                       Attorneys at Law
                         515 South Flower Street
 9                       Forty-Second Floor
                         Los Angeles, California  90071-2223
10                       BY:  AVRIL G. LOVE
                         (213) 430-3306
11                       avril.love@tuckerellis.com

12  FOR DEFENDANT MYLAN PHARMACEUTICALS INC., MYLAN BERTEK
    PHARMACEUTICALS INC. AND UDL LABORATORIES, INC.:
13
                         SHOOK, HARDY & BACON LLP
14                       One Montgomery, Suite 2700
                         San Francisco, California  94101-4505
15                       BY:  TIFFANY F. LIM
                         (415) 544-1900
16                       tlim@shb.com

17

18

19

20

21

22

23

24

25
```

PLAINTIFFS' EXHIBITS 011863

Ralph J. McCornack                                          May 17, 2011

```
 1                    I N D E X

 2   WITNESS              EXAMINATION BY              PAGE

 3   Ralph McCornack     Ms. Love                       5

 4                        Ms. Lim                       56

 5                        Mr. Ernst                     58

 6

 7                    E X H I B I T S

 8   FOR THE DEFENDANTS:                            PAGE

 9   1  Plaintiffs' Fact Sheet                        11

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ralph J. McCornack                                      May 17, 2011

```
1                      RALPH McCORNACK,

2              having been first duly sworn, was

3              examined and testified as follows:

4

5                      EXAMINATION

6

7  BY MS. LOVE:

8      Q    Will you please state your name for the record.

9      A    Ralph Jay McCornack.

10     Q    How old are you?

11     A    17 -- 18.  Sorry.

12     Q    For the record, appearances, I'm Avril Love

13 from Tucker, Ellis & West.  I'm here on behalf of the

14 Actavis defendants.

15     A    Okay.

16         MS. LIM:  My name is Tiffany Lim from Shock,

17 Hardy & Bacon, and I'm here for the Mylan defendants in

18 this case.

19 BY MS. LOVE:

20     Q    Have you ever been deposed before?

21     A    Not that I know of.

22     Q    All right.  Well, did your lawyer explain this

23 process to you at all?

24     A    Yes.

25     Q    Just to go over it and to make sure everything
```

PLAINTIFFS' EXHIBITS 011865

1  goes smoothly today so we get a clear record, I'm going

2  to ask you to speak slowly and clearly.  And a lot of

3  the questions that I'm going to ask you may be

4  repetitive and you may be able to anticipate the

5  question.

6      A     Uh-huh.

7      Q     And I might even be able to anticipate your

8  answer, but so that we get a clear and full record, try

9  to refrain from talking while I'm talking so only one of

10 us is talking at once.  That way our court reporter,

11 who's taking everything down that we say, will be able

12 to get everything.

13         Once in a while your attorney may make an

14 objection.  That's a normal part of the process.  Just

15 allow him to state his objection before you answer, and

16 when he's done, then you can go ahead and give your

17 answer as long as he has not instructed you not to.

18         Okay.  So I'll need all of your answers to be

19 verbal.  So no head shaking, shoulders, uh-huhs,

20 huh-uhs, yeses and noes.

21     A     Okay.

22     Q     Let's see.  At the end we're going to have a

23 record that our court reporter is taking down, and that

24 will be your testimony for use at trial, perhaps.  And

25 that will be -- you'll have an opportunity to review

PLAINTIFFS' EXHIBITS 011866

1   that and correct it.

2          If you have any corrections, you know, that's

3   fine, just be aware that any -- any corrections that you

4   make counsel can comment on at trial in front of a jury.

5   So substantive -- big, substantive changes are not a

6   great idea.  Make sure that you give the best answer

7   that you can here today.

8          You don't need to guess.  If your answer to

9   something is that you just don't know, that's fine.  But

10  I'm going to ask you to give the best answer that you

11  can according to your recollection.

12         Of course you're under oath just as though we

13  were in a court of law, and the information that you are

14  giving us here today is going to be your testimony.

15      A    Uh-huh.

16      Q    If you don't understand a question, feel free

17  to ask me to rephrase it, and if you need a break, then

18  let me know.

19      A    Okay.

20      Q    Do you still live at 6255 Peachy Canyon Road in

21  Paso Robles?

22      A    Yes.

23      Q    And have you lived there your entire life?

24      A    Yes.

25      Q    Continuously?

PLAINTIFFS' EXHIBITS 011867

Ralph J. McCornack                                    May 17, 2011

```
 1     A     Yes.

 2     Q     Are you attending high school?

 3     A     Yes.

 4     Q     Where are you going?

 5     A     Templeton Independent Studies.

 6     Q     Is that not Templeton High School?

 7     A     No, it's the independent studies.  It's

 8  basically like a high school, though.

 9     Q     And how long have you been attending there?

10     A     I don't recall.  Two months.

11     Q     Two months.  Okay.  So from March of 2011?

12     A     Uh-huh, I'd say.  Yes.

13     Q     And before that were you at Templeton High

14  School?

15     A     Yes.

16     Q     And did you start at Templeton High School as a

17  freshman?

18     A     Yes.

19     Q     And you attended at Templeton continuously

20  until you went to Templeton Independent Studies?

21     A     Yes.

22     Q     You're still at Templeton Independent Studies

23  now?

24     A     Yes.

25     Q     Do you expect to graduate --
```

PLAINTIFFS' EXHIBITS 011868

Ralph J. McCornack                                                    May 17, 2011

```
 1     A     Yes.
 2     Q     -- this year?
 3     A     Yeah.
 4     Q     Great.
 5           Do you have a job?
 6     A     No.
 7     Q     Do you play sports?
 8     A     Yes.
 9     Q     What do you play?
10     A     Football, baseball, golf, basketball
11  occasionally.
12     Q     Do you play recreationally or at school?
13     A     I used to play for the school.  Now I play
14  recreationally, so...
15     Q     Do you attend worship services?
16     A     Occasionally.
17     Q     Would you say that's, approximately, once a
18  month or once a year?
19     A     A couple times a year.
20     Q     Do you volunteer?
21     A     Yes.
22     Q     Where do you volunteer?
23     A     At the food bank.  Paso Robles Food Bank.
24     Q     Approximately how often do you do that?
25     A     I'm doing it now once a week, twice a week.
```

PLAINTIFFS' EXHIBITS 011869

1      Q    Okay.  So would you say you volunteer five

2   hours a week?

3      A    Yeah.

4      Q    Do you see friends?

5      A    Yes.

6      Q    Do you have any hobbies?

7      A    Yeah, I like to ride quads, play video games,

8   ride bikes, and just hang out with my friends.

9      Q    When you say ride bikes, do you mean

10  motorcycles or --

11     A    Bicycles mainly.

12     Q    Are you married?

13     A    No.

14     Q    Do you have any kids?

15     A    No.

16     Q    In 2007 through the beginning of 2008, did your

17  father have any connection to the community, like

18  associations with clubs or organizations?

19     A    I don't recall.

20     Q    Was he involved in any kind of activities like

21  sports or hobbies?

22     A    Golf and softball.  Golf every weekend.  He

23  would play on Sunday.  And softball when it was season,

24  when they had their tournaments.

25     Q    And your dad, do you know where he worked?

PLAINTIFFS' EXHIBITS 011870

Ralph J. McCornack                                          May 17, 2011

```
 1      A     Yes.

 2      Q     Where did he work?

 3      A     At the time that he passed away it was called

 4   Lubrizol, and that was a chemical company.

 5      Q     So he worked at a plant?

 6      A     Yeah.

 7      Q     A chemical company?

 8      A     Uh-huh.

 9            MR. ERNST:  "Yes"?

10            THE WITNESS:  Yes.  I'm sorry.  Yes.

11   BY MS. LOVE:

12      Q     Do you know if at all whether the plant was

13   affected by the economy?

14      A     I don't recall.  I don't know.

15      Q     So you don't know if there were any changes at

16   the plant relating to a slowdown in the economy?

17      A     I don't know.

18      Q     All right.  I'll direct your attention to

19   exhibit -- to the Plaintiff's Fact Sheet in this case,

20   which I'll mark as Exhibit 1.  And if you'll take a look

21   at page -- page 5, item 7.

22            You're claiming a loss of inheritance as

23   damages.

24            (Defendants' Exhibit 1 was marked for

25            identification.)
```

Ralph J. McCornack                                          May 17, 2011

```
 1          MR. ERNST:  I'll point out, for the record,
 2   that this document was filled out by his mother in
 3   conjunction with our office, and at the time it was
 4   filled out he was a minor.  So you may ask him
 5   questions, but I don't believe he was part and parcel of
 6   answering of Item 7.
 7   BY MS. LOVE:
 8      Q    Well, I just want to find out if you have any
 9   ideas about this particular claim.
10          So, as I said, you're claiming as part of your
11   lawsuit loss of inheritance as damages.  And I want to
12   know if you have any idea what that might be?
13      A    I do not.
14      Q    Okay.  Do you know or do you believe that your
15   father's death caused you to lose some inheritance that
16   might come to you?
17      A    I do not know.  I don't know.
18      Q    Okay.  I asked you this already, you have not
19   been deposed before; is that correct?
20      A    No.
21      Q    You've never done this before?
22      A    No.
23      Q    Have you ever brought a lawsuit before?
24      A    No.
25      Q    Have you ever been sued?
```

PLAINTIFFS' EXHIBITS 011872

Ralph J. McCornack                                                    May 17, 2011

```
 1      A     No.

 2      Q     Have you ever been convicted of a crime --

 3   sorry.  Let me rephrase.

 4            As an adult, have you ever been convicted of a

 5   misdemeanor?

 6      A     No.

 7      Q     As an adult, have you ever been convicted of a

 8   felony?

 9      A     No.

10      Q     And you've been of the age of majority for the

11   last two months, approximately; is that correct?

12      A     Yes.

13      Q     Have you ever filed a claim for Social Security

14   benefits of any type?

15      A     No.

16      Q     Has any Social Security claim been filed on

17   your behalf, if you know?

18      A     Not that I know of.

19      Q     Are you aware of ever having received any kind

20   of Social Security benefits?  Like a check?

21      A     No.

22      Q     Have you ever filed a disability claim with an

23   employer?

24      A     No.

25      Q     Have you ever filed a disability claim with an
```

PLAINTIFFS' EXHIBITS 011873

1    insurance company?

2        A      No.

3        Q      Other than your lawyer, have you ever talked to

4    anyone about this lawsuit?

5        A      No.   Family.   My mom and my brother.

6        Q      That counts.

7        A      Okay.   Then no.

8        Q      So you've talked to your mother and your

9    brother about this lawsuit?

10       A      Uh-huh.

11       Q      Anyone else?

12       A      No.

13       Q      Do you remember, approximately, when you may

14   have talked to your mother and brother about this

15   lawsuit?

16       A      Frequently.   It's a big part of our life.   Not

17   every day, but every once in a while.   I don't know

18   exact date, though.

19       Q      So maybe, approximately, once a month?

20       A      Yeah.

21       Q      Since the filing of the lawsuit?

22       A      Perfect.   Yeah.   That sounds about right.

23       Q      Can you recall, other than discussions you've

24   had in the presence of your lawyer, what you and your

25   brother and mother have discussed with respect to this

PLAINTIFFS' EXHIBITS 011874

Ralph J. McCornack                                    May 17, 2011

 1   lawsuit?

 2       A      I don't recall.

 3       Q      Have you ever mentioned anything on the

 4   internet about this lawsuit?

 5       A      No.

 6       Q      Anything on Facebook?

 7       A      No.

 8       Q      Anything on MySpace?

 9       A      No.

10       Q      Did you ever see your father's Digitek tablets?

11       A      No.

12       Q      And does that -- is that to say you couldn't

13   tell which ones were the Digitek tablets when you saw

14   him taking his medicines?

15       A      Exactly.  Um, my -- yes.

16       Q      Okay.

17       A      Yes.

18       Q      So, if you saw Digitek tablets, you wouldn't

19   know that that's what they were?

20       A      Right.

21       Q      And you wouldn't know what they were supposed

22   to look like?

23       A      No.

24       Q      Did you notice a change in your father's

25   behavior at all in the weeks before he passed away?

PLAINTIFFS' EXHIBITS 011875

Ralph J. McCornack                                          May 17, 2011

```
 1     A     No.  Not in his behavior, no.
 2     Q     Did you notice a change in his behavior in the
 3   couple of days before he passed away?
 4     A     No.
 5           MR. ERNST:  I'd like to take a short break.
 6           MS. LOVE:  Sure.
 7                   (Recess.)
 8           MS. LOVE:  Back on the record.
 9     Q     Have you ever read anything from the internet
10   or print media -- by that I mean newspapers or
11   magazines -- about Digitek?
12     A     No.
13     Q     Have you ever created a website?
14     A     No.
15     Q     Have you ever created a blog?
16     A     No.  Facebook, is that a blog?
17     Q     I was about to ask about that.
18           Do you have a Facebook account?
19     A     Yeah, and MySpace.
20     Q     And you have a MySpace account.
21           Do you have a Twitter account?
22     A     No.
23     Q     Do you have any other social networking?
24     A     Or e-mail I mean, that's, you know.
25     Q     Okay.  All right.  Well, with respect to your
```

PLAINTIFFS' EXHIBITS 011876

1   social networking accounts, and by that I mean MySpace

2   and Facebook --

3        A    Uh-huh.

4        Q    -- have you ever written any status updates or

5   postings, comments, that relate to your father's health?

6   Meaning any illness or injury?

7        A    Since he's been -- since he's been gone?

8        Q    Since he passed away?

9             MR. ERNST:  Just listen to the question.

10            THE WITNESS:  Can you rephrase that again?

11            MS. LOVE:  Sure, of course.

12       Q    At any point in time did you ever post any

13  status updates or comments on any internet site about

14  any illness or injury that your father might have had?

15       A    No.

16       Q    At any point in time did you post any comments

17  or status updates about your father's death?

18       A    Yes.

19       Q    Was that on your Facebook page?

20       A    Yes.

21       Q    Okay.  And do you recall, was it a status

22  update or --

23       A    It was, yes, status update.

24       Q    Do you recall what you said on that?

25       A    I don't recall.

PLAINTIFFS' EXHIBITS 011877

Ralph J. McCornack                                                    May 17, 2011

1      Q     Did you ever post anything on your MySpace

2   account with respect to your father's death?

3      A     Not that I recall.

4      Q     Have you ever written anything on either of

5   your MySpace or Facebook accounts about how you are

6   doing in terms of coping with his death?

7      A     I don't recall.

8      Q     Have you ever written anything on your accounts

9   about how your family's coping with your father's death?

10     A     I don't recall.

11     Q     Have you ever written anything on your Facebook

12  or MySpace pages about Digitek?

13     A     No.

14     Q     Did you do any internet research about Digitek?

15     A     No.

16     Q     Other than your attorney, did you talk to

17  anyone to prepare for this deposition?

18     A     No, ma'am.

19     Q     You never spoke to your mom about this

20  deposition to prepare?

21     A     Yes, actually.  Yes, me and my mom and my

22  brother, we were there, yeah.

23     Q     Outside the presence of your lawyer you spoke

24  to your mom and brother about this deposition?

25     A     Yes.

PLAINTIFFS' EXHIBITS 011878

Ralph J. McCornack                                      May 17, 2011

1     Q     Do you recall what you said?

2     A     No.

3     Q     Just that it was happening?

4     A     Yeah.  Just -- just that it was going on.

5     Q     Okay.  Did you review any documents to prepare

6  for your deposition today?

7     A     Not that I recall.  I went over things with my

8  lawyer, that's it.

9     Q     Did you go over any documents with your lawyer?

10    A     Not that I recall, no.

11    Q     I'm going to talk to you a little bit about

12 your father's medical history, and as it relates also to

13 his family, members of his side of the family.  Okay?

14 I'll get to that.

15          Are you aware whether or not your father had

16 heart disease?

17    A     Yes.

18    Q     Do you know what kind of heart disease he had?

19    A     Erratic heartbeat.

20    Q     Do you know if any other members of his family

21 had erratic heartbeat or atrial fibrillation?

22    A     Not that I know of.

23    Q     I'm going to ask you a long list of conditions,

24 and I'm going to ask you whether you know if anyone on

25 your dad's side of the family had these conditions.  And

PLAINTIFFS' EXHIBITS 011879

Ralph J. McCornack                                            May 17, 2011

```
 1  I'm specifically asking about any of your father's
 2  grandparents, parents, siblings or kids, which would
 3  just be you two, I guess.
 4          Okay.  Are you aware of anyone on your dad's
 5  side of the family having diabetes?
 6      A    Not that I know of.
 7      Q    Are you aware of anyone on your dad's side of
 8  the family having coronary arteriosclerosis?
 9      A    Not that I know of.
10      Q    Hypothyroidism or thyroid disease?
11      A    No.
12      Q    Are you aware of anyone having any
13  gastrointestinal problems?
14      A    No.
15      Q    Are you aware of anyone having been diagnosed
16  with obesity?
17      A    No.
18      Q    Are you aware of anyone on your dad's side of
19  the family having kidney disease?
20      A    No.
21      Q    Are you aware of anyone on your dad's side of
22  the family having chronic obstructive pulmonary disease?
23      A    No.
24      Q    Lung problems?
25      A    No.
```

Ralph J. McCornack                                              May 17, 2011

```
 1      Q     Are you aware of anyone having heart failure?
 2      A     No.
 3      Q     Are you aware of anyone on your dad's side of
 4   the family having a pacemaker?
 5      A     No.
 6      Q     Are you aware of anyone on your dad's side of
 7   the family having electrolyte disorders?
 8      A     No.
 9      Q     Are you aware of anyone on your dad's side of
10   the family having a heart attack?
11      A     No.
12      Q     Are you aware of anyone on your dad's side of
13   your family having reduced metabolism?
14      A     No.
15      Q     Are you aware of anyone on your dad's side of
16   the family having low potassium levels?
17      A     No.
18      Q     Are you aware of anyone on your dad's side of
19   the family having been diagnosed with anorexia?
20      A     No.
21      Q     Are you aware of anyone on your dad's side of
22   the family having cancer?
23      A     Yes.
24      Q     Who is that?
25      A     His brother.
```

PLAINTIFFS' EXHIBITS 011881

Ralph J. McCornack                                          May 17, 2011

```
 1      Q     His brother.  That's your uncle Eric?
 2      A     Yes, Uncle Eric.
 3      Q     Do you know what kind of?
 4      A     Testicular cancer.
 5      Q     Are you aware of anyone on your dad's side of
 6  the family having a stroke?
 7      A     No.
 8      Q     Do you know if any doctor ever told your dad
 9  that he might have some health problems related to his
10  weight?
11      A     I don't know.
12      Q     Do you know if any doctor ever advised your
13  father to lose weight?
14      A     I don't know.
15      Q     Do you know if anyone in your family ever
16  expressed concerns about your dad's health problems that
17  might be related to his weight?
18      A     No.
19      Q     Do you know if your dad himself was concerned
20  about his weight?
21      A     No.
22      Q     Did your dad ever go on a diet to lose weight?
23      A     Yes.
24      Q     And do you know, approximately, when that was?
25      A     I don't recall.
```

PLAINTIFFS' EXHIBITS 011882

Ralph J. McCornack                                    May 17, 2011

```
 1     Q    Was it, approximately, within the last two
 2  years of his life?
 3     A    I don't recall.
 4     Q    And was that the Atkins diet?
 5     A    Yes.
 6     Q    And do you know if while he is on the Atkins
 7  diet he had any success with losing weight?
 8     A    Yes.
 9     Q    Do you know, approximately, how much weight he
10  lost?
11     A    I don't.  I don't recall.
12     Q    Did your dad stay on that diet or did he stop?
13     A    He stopped.
14     Q    Do you know if after he stopped, your father
15  gained any weight?
16     A    I don't recall.
17     Q    And as part of the Atkins diet, do you remember
18  what your father changed in his habits?
19     A    I don't recall.
20     Q    I understand your father used chewing tobacco;
21  is that right?
22     A    Yes.
23     Q    Do you know, approximately, how much chewing
24  tobacco he used on an average day?
25     A    I don't recall.
```

PLAINTIFFS' EXHIBITS 011883

Ralph J. McCornack                                        May 17, 2011

```
 1      Q    Do you know, approximately, how long he used
 2   chewing tobacco?
 3      A    I don't recall.
 4      Q    Do you know, approximately, when he stopped
 5   using chewing tobacco?
 6      A    I don't recall.
 7      Q    Do you know whether he stopped using chewing
 8   tobacco within the last three years of his life?
 9      A    I don't recall.
10      Q    I understand at some point your father wanted
11   to stop using tobacco?
12      A    Uh-huh.
13      Q    Is that right?
14      A    Yes.
15      Q    Do you know why he wanted to stop using
16   tobacco?
17      A    He didn't want me and my brother to do it.
18   Didn't want us watching him do it.  So he didn't want us
19   to do it.
20      Q    Did he have any concerns about his health with
21   respect to chewing tobacco?
22      A    Not that I recall.
23      Q    In the last year of his life, do you know
24   whether your father occasionally used chewing tobacco?
25      A    I don't recall.
```

PLAINTIFFS' EXHIBITS 011884

Ralph J. McCornack                                    May 17, 2011

```
 1      Q    Do you know in the last year of your father's
 2  life whether he occasionally used fake chewing tobacco?
 3      A    I don't recall.
 4      Q    Did your dad ever talk to you about chewing
 5  tobacco?
 6      A    Yes.
 7      Q    What did he say?
 8      A    That it was bad.  Not to do it.
 9      Q    Anything else?
10      A    Turns your teeth yellow.
11      Q    Okay.  Did your dad ever drink alcoholic
12  beverages?
13      A    Yes.
14      Q    What kind of beverage did he drink?
15      A    Usually a beer every once in a while.
16      Q    Do you know how many -- how many beers he might
17  have on an average workday?
18      A    I don't recall.
19           MR. ERNST:  Objection.  Assumes he had beer
20  every workday.
21           MS. LOVE:  You're right.
22           MR. ERNST:  There's no foundation for that.
23           MS. LOVE:  Sure.
24      Q    Do you know how frequently your dad had a
25  drink?
```

PLAINTIFFS' EXHIBITS 011885

Ralph J. McCornack                                      May 17, 2011

```
 1      A     I don't recall.
 2      Q     Did you ever go grocery shopping for your
 3   family?
 4      A     Yes -- rephrase that.  What do you --
 5      Q     Okay.  Did you ever accompany your mom
 6   sometimes to go grocery shopping?
 7      A     Yes.
 8      Q     Did she occasionally buy beer when she went
 9   shopping?
10      A     Yes.
11      Q     When your mom went shopping and bought beer,
12   did she buy a six-pack or would she buy a six-pack?
13      A     I don't recall.  It depended on the occasion.
14      Q     So maybe she would buy more beer if you were
15   having some kind of an occasion?
16      A     Right.
17      Q     Do you know, approximately, how often she
18   bought beer?
19      A     I don't recall.
20      Q     Do you think she bought beer every time she
21   went grocery shopping?
22      A     No.
23      Q     Do you know when your dad did drink in the last
24   month of his life, do you know whether your dad drank
25   approximately one beer a week or --
```

PLAINTIFFS' EXHIBITS 011886

Ralph J. McCornack                                          May 17, 2011

```
 1      A    I don't recall.
 2      Q    -- three beers a week?
 3           You don't recall, okay.
 4           Do you know whether anyone ever encouraged your
 5  father to reduce his alcohol consumption?
 6      A    I don't recall.  I don't know.
 7      Q    But did anyone in your family ever encourage
 8  him to reduce his alcohol consumption?
 9      A    Not that I know.
10      Q    Did your dad drink coffee?
11      A    Yes.
12      Q    Approximately how much coffee did he drink?
13      A    Two to three cups in the morning.
14      Q    Would that be every morning?
15      A    Yes.
16      Q    Do you know if he drank any coffee at any other
17  time during the day?
18      A    I don't recall.
19           MR. ERNST:  Or you don't know.
20           THE WITNESS:  I don't know.  Yeah, I don't
21  know.
22  BY MS. LOVE:
23      Q    Did your dad ever drink tea?
24      A    I don't know.
25      Q    Did your dad ever drink soda?
```

PLAINTIFFS' EXHIBITS 011887

Ralph J. McCornack                                          May 17, 2011

```
 1      A    I don't -- I don't recall.  Diet Pepsi once in

 2   a while.

 3      Q    Was it a habit for your dad to drink Diet Pepsi

 4   or was it more occasional?

 5      A    Occasional.

 6      Q    Did your dad ever have a habit of drinking

 7   anything other than beer and coffee and soda?

 8      A    Water, milk.

 9      Q    Milk.  How often would you say your dad drank

10   milk?

11      A    Every night.

12      Q    With dinner?

13      A    Yes.

14      Q    Do you remember your dad having a habit of

15   drinking water?

16      A    Not a habit, but he would drink water.

17      Q    Would you say --

18           MR. ERNST:  Is it a habit to drink water?

19           I mean, objection, there's no foundation.  I

20   don't know.

21           I'll withdraw the objection.

22           Just answer the question.

23           MS. LOVE:  Do we have a question pending?

24           THE REPORTER:  No.

25   BY MS. LOVE:
```

PLAINTIFFS' EXHIBITS 011888

Ralph J. McCornack                                              May 17, 2011

```
 1     Q    Did your dad ever exercise?
 2     A    On the weekends when he would do his work on
 3   the house and golf.
 4     Q    And your dad went golfing, approximately, once
 5   a week?
 6     A    Yes.
 7     Q    And he did that until he died?
 8     A    Yes.
 9     Q    And what kind of work around the house did your
10   father do?
11     A    Mow the lawns, edge, water.  We have a ranch,
12   so whatever he felt necessary.
13     Q    How often did he do that kind of work?
14     A    Once or twice a week.
15     Q    Okay.  Did you ever see that that was
16   physically difficult for your father?
17     A    No.
18     Q    Do you know whether a physician ever advised
19   your father to exercise for his health?
20     A    I don't know.
21     Q    I understand that your father sometimes went
22   hunting; is that correct?
23     A    Yes.
24     Q    Did you ever go with him?
25     A    Yes.
```

PLAINTIFFS' EXHIBITS 011889

Ralph J. McCornack                                          May 17, 2011

1     Q    When you went hunting with your father, how did
2   you travel?
3     A    Quad or a Jeep.
4     Q    So you guys didn't walk the grounds?
5     A    Depends.  Most of the time we were on quads or
6   in the Jeep.
7     Q    When you guys went hunting together, if you had
8   to estimate approximately how much time you spent on
9   foot, could you do that?
10    A    No.
11    Q    Are you aware of your father's -- did your
12  father have a routine with respect to taking his
13  medicines?
14    A    Yes.
15    Q    Do you know what that routine was?
16    A    No.  In the mornings and at night, yes.
17  But --
18    Q    That's a routine.
19    A    Yeah.
20    Q    Did you ever see him take his medicine?
21    A    Yes.
22    Q    Would you say that you -- did you see him take
23  his medicine in the mornings?
24    A    Yes.
25    Q    Did you also see him take his medicine in the

PLAINTIFFS' EXHIBITS 011890

Ralph J. McCornack                                    May 17, 2011

1   evenings?

2       A     Yes.  Not every night, but, yes.

3       Q     So when he took his medicines in the morning,

4   do you know approximately what time that was?

5       A     I do not.

6             MR. ERNST:  Well, specifically, you might ask

7   for an estimate.

8             MS. LOVE:  Right.

9       Q     Did your dad take his medicines before he left

10  for work in the morning?

11      A     Yes.

12      Q     Do you know approximately what time he left for

13  work in the morning?

14      A     7:25, 7:30.

15      Q     I understand that your father kept his medicine

16  in the kitchen; is that correct?

17      A     Yes.

18      Q     And did he also take his medicine in the

19  kitchen?

20      A     Yes.

21      Q     Did he drink something with his medicines?

22      A     Yes.

23      Q     Was it water?

24      A     Or coffee.

25      Q     Or coffee.

PLAINTIFFS' EXHIBITS 011891

Ralph J. McCornack                                        May 17, 2011

1              In the year before your father passed away, did

2     he ever complain about his health?

3         A    I don't recall.

4         Q    Do you remember hearing your dad ever talking

5     about feeling tired in the year before he died?

6         A    I don't recall.

7         Q    Do you remember your father ever feeling

8     nauseous in the year before he died?

9         A    I don't recall.

10             Could we take a break real quick.

11                     (Recess.)

12             MS. LOVE:  Back on the record.

13        Q    I'm going to ask you some of the details about

14    March 22nd, 2008, which is the date that you all left

15    for your camping trip.

16             Do you recall whether your father did any

17    preparation for the camping trip that you were doing --

18    that you were leaving on that day?

19        A    Yes, he did.

20        Q    Do you recall what he did?

21        A    I don't.

22        Q    Did you assist with any of the preparation for

23    that trip?

24        A    Yes.

25        Q    What did you do?

PLAINTIFFS' EXHIBITS 011892

```
 1      A     Helped load up the trailer.  Helped get it

 2   hooked up to the truck.  And just basically whatever my

 3   parents needed help with.

 4      Q     Loading up the trailer, did that entail

 5   carrying a lot of things from the house into the

 6   trailer?

 7      A     Yes.

 8      Q     Do you recall what kind of things you loaded

 9   into the trailer?

10      A     Well, my personal clothing, food for the trip,

11   ice chests, chairs, golf clubs.  Just things that you

12   would take on a trip.  Cups, things like that.

13      Q     Do you know, approximately, how long it took

14   you to load up the trailer and get ready to go?

15      A     I don't recall.

16      Q     Did you have any breakfast that morning at your

17   home before you left?

18      A     I don't recall.

19      Q     Do you recall whether your dad had anything to

20   drink in the morning before you guys left?

21      A     I don't recall.

22      Q     Did anything that you did that morning to

23   prepare for the trip require any kind of difficult

24   physical exertion?

25      A     No.
```

PLAINTIFFS' EXHIBITS 011893

Ralph J. McCornack                                              May 17, 2011

```
 1      Q    Do you recall, approximately, what time your
 2  family got on the road to go camping?
 3      A    I don't.  I don't know.
 4      Q    Would you -- if you had to estimate, would you
 5  say it was before noon?
 6      A    Yes.
 7      Q    Do you remember if it was warm that day?
 8      A    I don't remember.
 9      Q    Now, you mentioned that you had hooked up the
10  trailer to the truck.
11           Okay.  So when you left, did you ride in the
12  truck with your family?
13      A    Yes.
14      Q    So all four of you were there in the truck?
15      A    Yes.
16      Q    Did your dad have anything to eat or drink in
17  the truck while you guys were driving?
18      A    I don't recall.
19      Q    Did you drive straight to the campsite from
20  your home?
21      A    We made a couple stops.  I don't recall where.
22  We made two stops, if I remember right.
23      Q    Do you remember what you did at the first stop?
24      A    I don't recall if we went to breakfast or --
25  no, wait.  We went to the rest stop first.
```

PLAINTIFFS' EXHIBITS 011894

Ralph J. McCornack                                        May 17, 2011

```
 1     Q     Okay.
 2     A     And met up with the other -- like our family
 3  and a couple of other families, and then we left and got
 4  back on the road.
 5     Q     Can you estimate, approximately, how long you
 6  guys were at that rest stop?
 7     A     Anywhere from 20 to 30 minutes probably.
 8     Q     Okay.  Do you remember how long you drove with
 9  your family before you stopped at the rest stop?
10     A     I don't recall.
11     Q     When you left the rest stop, you got on the
12  road again and you made a second stop; right?
13     A     Yes.
14     Q     You had breakfast at the second stop?
15     A     Yes, we went to a restaurant.
16     Q     Do you remember how long you guys drove between
17  the rest stop and the restaurant?
18     A     I don't recall.  The restaurant is in King
19  City.
20     Q     Do you remember the name of the restaurant?
21     A     I don't.
22     Q     Do you remember what you had for breakfast
23  there?
24     A     I don't.  I don't recall.  I don't even
25  remember what time it is, or what time it was.
```

PLAINTIFFS' EXHIBITS 011895

Ralph J. McCornack                                      May 17, 2011

1     Q    Did you see what your dad ate that morning?

2     A    I don't recall.

3     Q    Did you sit at the same table as your dad at

4  the restaurant?

5     A    Yes.

6     Q    Had you ever stopped at the restaurant there

7  before?

8     A    Yes.

9     Q    Did your dad have a usual breakfast that he

10 ordered when you stopped there?

11    A    Not that I recall.

12    Q    Do you remember whether your dad had anything

13 to drink while you guys were at the restaurant?

14    A    I don't recall.

15    Q    After you left the rest stop, you got back into

16 the truck and drove to the campsite; is that correct?

17    A    After the restaurant?

18    Q    Yes.

19    A    Yes.

20    Q    What did you do -- if you can describe in

21 detail what you did when you arrived at the campsite?

22    A    We got there, unhooked the truck, unloaded all

23 of our chairs, our ice chests, everything that we were

24 taking outside.  And then after -- because everybody

25 does that, you know, they unload their own trailer.

PLAINTIFFS' EXHIBITS 011896

Ralph J. McCornack                                              May 17, 2011

 1   Then after that we all set up our eating place where we

 2   moved all our tables and pushed them together.  Then we

 3   all just relaxed and they barbecued.  That's about it.

 4       Q    Did the barbecuing start right away after you

 5   guys had finished setting up?

 6       A    I don't recall.  A couple hours later, though,

 7   from what I remember.

 8       Q    Do you remember what your dad did with respect

 9   to any of the unloading?

10       A    I don't recall.

11       Q    Do you remember your dad taking any medicine in

12   the middle of the day?

13       A    No.  No medicine.  He didn't take any, that I

14   saw.

15       Q    Did you see your father pack his medicine?

16       A    I did not.

17       Q    Did you see his medicine at any point during

18   your trip that day?

19       A    Yes.  I saw him take it that night.

20       Q    Do you remember, approximately, what time it

21   was that he took his medicine --

22       A    I don't.

23       Q    -- that evening?

24       A    I don't.

25       Q    Was it still light outside?

PLAINTIFFS' EXHIBITS 011897

Ralph J. McCornack                                         May 17, 2011

```
 1      A    I don't recall.  I was inside my trailer eating
 2   dinner, so...
 3      Q    So you ate dinner inside the trailer?
 4      A    Yes, I did.
 5      Q    I'm sorry?
 6      A    With my cousin.
 7      Q    With your cousin.  I'm sorry, who's your
 8   cousin?
 9      A    Blake Banya.
10      Q    Did your dad eat inside the trailer, too?
11      A    No.  He came in just to get his medicine and go
12   back out.
13      Q    Was he eating when he came in to get his
14   medicine?
15      A    He had no food with him.  I don't know if he
16   had eaten yet or not.
17      Q    So you saw your dad come in and take his
18   medicine?
19      A    Right.
20      Q    Did he swallow anything to help him with the
21   medicine that --
22      A    You mean water?
23      Q    Yes.  Any kind of food.
24      A    Yes, water.  He filled up a coffee cup with
25   water and drank water with it.
```

PLAINTIFFS' EXHIBITS 011898

Ralph J. McCornack                                         May 17, 2011

```
 1      Q     Was that -- I'm sorry.
 2      A     He got a coffee cup and filled it up with water
 3   and took it with his medicine.
 4      Q     Was that water from the sink at the trailer?
 5      A     Yes.
 6      Q     And that was hooked up to -- at your site?
 7      A     Yes.
 8      Q     Do you know after you finished unloading the
 9   trailer what your dad did to occupy himself before
10   dinner?
11      A     No, ma'am.  I don't recall.
12      Q     Do you know who cooked dinner?
13      A     My dad barbecued along with Sean Koehler who
14   also cooked.  But I'm pretty sure everybody just helped
15   a little bit with everything.
16      Q     Okay.  Did people bring food that they had made
17   at home and set it out?
18      A     I don't recall.  Um, alls I know is everything
19   that we had, we had to bring with us, but it wasn't
20   prepared yet.
21      Q     Do you remember seeing your dad sweating that
22   evening or that afternoon?
23      A     I don't recall.
24      Q     Did your dad complain at any point in the day
25   of being tired?
```

PLAINTIFFS' EXHIBITS 011899

```
 1      A     I don't recall that day.
 2      Q     Do you remember him saying that he felt
 3  bloated?
 4      A     No, I don't recall on that day, no.
 5      Q     Do you remember any other times when he might
 6  have made that complaint?
 7      A     Yes, I -- he said he had been bloated.  And I
 8  don't recall the dates, but he had talked about having
 9  cold sweats and bloating prior to his death.
10      Q     Would you say that was approximately -- you
11  would say that was within the last six months of his
12  death?
13      A     If I had to make an estimate, yes.
14      Q     And did he say -- when you heard him make these
15  complaints, was he having the problem at that time?
16      A     Yes.
17      Q     Okay.
18      A     Yes.
19      Q     So was that happening during the daytime?
20      A     Yes, mainly in the mornings, from what I
21  remember him telling me.
22      Q     So that would be maybe in the mornings before
23  he left for work?
24      A     Yes.  He would drop me and my brother off at
25  school and we would talk in the mornings.
```

PLAINTIFFS' EXHIBITS 011900

Ralph J. McCornack                                                  May 17, 2011

```
 1     Q     You talked in the car?

 2     A     Yeah.  We would, you know, talk on the way to

 3   school.  Some days --

 4           MR. ERNST:  Just answer his question --

 5           THE WITNESS:  Yes.

 6           MR. ERNST:  Just answer the question.

 7           THE WITNESS:  Yes.

 8   BY MS. LOVE:

 9     Q     Did your father have any -- did he ever

10   speculate about what might be causing the symptoms that

11   he was having?

12     A     No.

13     Q     Other than the cold sweats and the bloating,

14   did he ever make any other complaints?

15     A     No, not that I recall.

16     Q     Did he ever talk about feeling tired?

17     A     Not that I recall.

18     Q     Do you remember what you ate at the campsite on

19   March 22nd, 2008?

20     A     Hamburger and french fries.  That's all I

21   recall.

22     Q     Do you remember before dinner whether there

23   were any snacks out?

24     A     Yes.

25     Q     Do you remember what they were?
```

PLAINTIFFS' EXHIBITS 011901

Ralph J. McCornack                                          May 17, 2011

```
 1      A     I don't.  I don't recall.

 2      Q     So the hamburgers were barbecued; right?

 3      A     Yes.

 4      Q     Was that a propane barbecue?

 5      A     I don't recall.

 6      Q     You guys had a fire at the campsite; right?

 7      A     I don't recall.

 8      Q     Do you remember seeing your dad drink anything

 9  after you guys had arrived at the campsite?

10      A     I don't recall.

11      Q     Do you know if he drank anything?

12      A     I'm sure he did, but I don't recall.

13      Q     Do you know -- okay.

14            Do you know whether anybody at the campsite had

15  brought cocktails with them?

16      A     I don't recall.

17      Q     Do you know what your dad did after he ate

18  dinner?

19      A     I don't recall.

20      Q     What did you do after dinner?

21      A     I don't recall.

22      Q     I understand that some people were playing

23  Rock --

24      A     Rock Band.

25      Q     Rock Band?
```

PLAINTIFFS' EXHIBITS 011902

Ralph J. McCornack                                          May 17, 2011

```
 1      A     Yes.

 2      Q     Did you play Rock Band?

 3      A     I watched.

 4      Q     Okay.  Who else was playing Rock Band?

 5      A     Um, my uncle.  I remember my brother, my dad

 6  and my cousin.

 7      Q     Okay.

 8      A     And a couple other of the kids that came with

 9  their family were playing.

10      Q     Did they play for very long?

11      A     I don't recall.

12      Q     So your dad was playing Rock Band for a little

13  while; right?

14      A     Yes.

15      Q     Do you remember what he did when he stopped

16  playing Rock Band?

17      A     I don't recall.

18      Q     Do you know, approximately, what time your dad

19  went to bed?

20      A     I don't recall.

21      Q     Do you know whether it was before you went to

22  bed?

23      A     Yes.

24      Q     So when you went to bed, your dad was already

25  in bed?
```

PLAINTIFFS' EXHIBITS 011903

Ralph J. McCornack                                                    May 17, 2011

```
 1      A      Yes.

 2      Q      And your mom was there, too?

 3      A      Yes.

 4      Q      And you went to bed in the trailer?

 5      A      Yes.

 6      Q      The same trailer your parents were sleeping in?

 7      A      Yes.

 8      Q      And you don't remember what time that was that

 9  you went to bed?

10      A      I don't recall.

11      Q      Did you fall asleep?

12      A      Yes.

13      Q      But you woke up that evening; right?

14      A      Yes.

15      Q      What woke you?

16      A      My mom talking.

17      Q      You heard your mom talking?

18      A      Yes, trying to wake my dad up.

19      Q      She was talking to your dad?

20      A      Uh-huh.

21      Q      What else did you hear?

22      A      A snoring, sound like snoring, but not -- kind

23  of trying to breathe.

24      Q      Can you describe what happened next?

25      A      My mom was trying to wake my dad up.  I got up.
```

PLAINTIFFS' EXHIBITS 011904

Ralph J. McCornack                                    May 17, 2011

1   Tried to figure out what was going on.  Ran outside --
2   or she told me to wake everybody up.  My brother called
3   911.  I went and woke everybody else up.
4           And I couldn't really be in the trailer.  It
5   was just a little too hard for me to be in there at all.
6   So that's all I recall and remember.  Going to wake
7   everybody else up.
8           And my mom was doing CPR, along with my uncle
9   and John Koehler, that I remember.  And, yeah.
10      Q    Did you see them doing CPR?
11      A    That's -- I looked in.  Then I couldn't really
12  watch, so...
13      Q    Okay.  When you left the trailer, you -- you
14  woke everybody up --
15      A    Yes.
16      Q    -- in all of the trailers?
17      A    Yes.
18      Q    Did you hear your brother call 911?
19      A    Um, I was already out of the trailer, but he
20  had picked the phone up at that time, yes, and was
21  getting ready to call.
22      Q    Do you know, approximately, when the
23  authorities arrived?
24      A    I don't.
25      Q    Do you know who arrived?

PLAINTIFFS' EXHIBITS 011905

Ralph J. McCornack                                              May 17, 2011

```
 1     A     I don't remember.

 2     Q     Did you see anybody?

 3     A     Just paramedics.

 4     Q     You saw the paramedics?

 5     A     Uh-huh.

 6           MR. ERNST:  "Yes"?

 7           THE WITNESS:  Yes.  Yes.

 8           MS. LOVE:  Thank you.

 9     Q     But you weren't in the trailer when they

10   arrived?

11     A     No.

12     Q     Were you in the trailer at any point after that

13   that evening?

14     A     I don't recall.

15     Q     Okay.  Were you able to see -- after the

16   paramedics arrived, were you able to see at all what was

17   going on in the trailer?

18     A     No.

19     Q     How did you learn of your father's death?

20     A     They walked out and pronounced him dead, the

21   paramedics.

22     Q     Do you know, approximately, when that was?

23     A     I don't.

24     Q     Can you tell me what happened next?

25     A     I don't recall.
```

PLAINTIFFS' EXHIBITS 011906

Ralph J. McCornack                                    May 17, 2011

1     Q    Okay.  Where did you spend the night that
2   evening?
3     A    I ended up staying in the Koehler's trailer.
4     Q    Okay.  Now, I understand that you returned home
5   the next day; is that correct?
6     A    Yes.
7     Q    Do you remember what you did that week?
8     A    Vaguely.
9     Q    Can you describe what was going on that week?
10    A    A lot of people were coming in and out.  Always
11  had some friends and family there.  Everybody was trying
12  to be supportive.  But that's -- I don't recall anything
13  else, I mean.
14    Q    Were people -- were people who you were seeing
15  asking about what had happened?
16    A    Yes.
17    Q    Did you have an answer for them with respect to
18  what had caused your father's death?
19    A    No.  I had no idea yet.
20    Q    Do you remember approximately when you found
21  out your father's cause of death?
22    A    I don't recall.
23    Q    Do you know what your father's cause of death
24  is?
25    A    Cardiac arrest.

PLAINTIFFS' EXHIBITS 011907

1    Q    How do you know that?

2    A    That's what I was told by my mom.

3    Q    Are you aware that there was an autopsy?

4    A    Yes.

5    Q    Did you see the autopsy report?

6    A    No.

7    Q    Do you remember when you went back to school?

8    A    I don't.  I don't recall.

9    Q    Did you -- were you confused by your father's

10   death?

11   A    Yes.

12   Q    Did you discuss the possible causes of his

13   death with anyone in your family?

14   A    Not that I recall.

15   Q    Did you learn about a Digitek recall at some

16   point?

17   A    Yes.

18   Q    Do you remember when you learned about that

19   recall?

20   A    I don't recall.

21   Q    Did you ever see a letter about the recall?

22   A    I did not.

23   Q    Have you ever talked to anyone at Actavis?

24   A    No.

25   Q    Have you ever talked to anyone at Mylan?

Ralph J. McCornack                                          May 17, 2011

```
 1      A     No.

 2      Q     Do you know what Actavis and Mylan are?

 3      A     No.

 4      Q     When you heard about the Digitek recall, what

 5   was your reaction?

 6      A     Confused.  Didn't -- I still didn't really know

 7   what was going on.  I mean, I was 15.  I just turned 16,

 8   actually.  Yeah, I was 15.

 9      Q     Other than with your attorney, did you ever

10   discuss the Digitek recall with anyone?

11      A     Just my mom and my brother.

12      Q     Do you remember what you said?

13      A     No, I don't recall.

14      Q     Did your mom and your brother ever tell you

15   that they thought Digitek had something to do with your

16   father's death?

17      A     Can you say that again, or rephrase it.

18      Q     Sure, of course.

19            Did your mom or your brother ever tell you that

20   they thought Digitek was involved in your father's

21   death?

22      A     I don't recall.

23      Q     Other than with your attorney, did you ever

24   discuss bringing a lawsuit with respect to the Digitek

25   recall at your father's death?
```

Ralph J. McCornack                                      May 17, 2011

1      A    No.

2      Q    Do you remember ever hearing anyone discuss

3  bringing a lawsuit other than with your attorney?

4      A    No.

5      Q    Do you know of any instances where your father

6  may have forgotten to take his Digitek or his medicines?

7      A    No.

8      Q    Do you know of any instances where your father

9  may have taken more medicine than he meant to?

10     A    No.

11     Q    Do you know if your father was taking any

12 nonprescription vitamins or herbal supplements when

13 he -- in the year before he died?

14     A    I don't recall.

15     Q    Do you believe that your father got more

16 Digitek than he was supposed to have gotten in his

17 normal dose?

18          MR. ERNST:   Objection.  No foundation, calls

19 for expert opinion.  There's no way that as a layperson

20 he can answer that question.

21          With those objections, if you want to answer

22 the question, you can.

23          THE WITNESS:  I don't know.

24 BY MS. LOVE:

25     Q    I'm going to have to ask you some questions

PLAINTIFFS' EXHIBITS 011910

Ralph J. McCornack                                      May 17, 2011

```
 1   related to your claim for mental and emotional
 2   damages --
 3        A    Okay.
 4        Q    -- which is in the PFS if you want to take a
 5   look at it.  I think it's on -- it's item number four.
 6             Are you ready?
 7        A    Yeah.
 8        Q    Okay.  Again, I'm sorry I have to ask you these
 9   questions.  I've just got to explore this claim.
10        A    Absolutely.  I understand.
11        Q    Can you tell me how you coped with your
12   father's death?
13        A    In the beginning, I tried to stay strong for my
14   mom and my brother.  And, you know, I mean, I was upset.
15   He was like my best friend.  But it didn't hit me until
16   later on, like down the road, like a year and a half
17   down the road.  It didn't really hit me.
18        Q    Okay.  Did you ever have any difficulty
19   sleeping?
20        A    Yes.
21        Q    Do you know, approximately, when that started?
22        A    Right after it happened.  Right after he passed
23   away, I started having trouble sleeping.
24        Q    Were you unable to fall asleep?
25        A    Yeah, I'd just lie awake.  My brain kept going.
```

PLAINTIFFS' EXHIBITS 011911

Ralph J. McCornack                                          May 17, 2011

1       Q     Did you ever see a doctor about that condition?

2       A     Yes.

3       Q     Have you ever been prescribed any medicine to

4   help you with that?

5       A     Yes.

6       Q     Has that treatment been successful?

7       A     It helped and now I'm getting back into a

8   normal routine.

9       Q     Good.

10            Did you have any immediate difficulties at

11   school after your father passed away?

12      A     No.

13      Q     Have you had any difficulties since then?

14      A     Yes.

15      Q     Is that related to your grades?

16      A     No.  Just my attitude, I guess.  How I feel.

17  I've just been depressed lately about things.

18      Q     Have you seen a grief counselor?

19      A     Yes.

20      Q     Is that the same grief counselor that your

21   brother saw?

22      A     Yes.  We did family counseling together, and

23   then I'm also seeing a counselor.

24      Q     Is that the same grief counselor?

25      A     No, this is a different counselor.

Ralph J. McCornack                                         May 17, 2011

```
 1      Q     A different counselor.

 2      A     Yes.

 3      Q     When did you start seeing this counselor?

 4      A     I don't recall.  It's been a while, though.

 5      Q     Would you say it's been more than a year?

 6      A     Yes.  No.  No.  No.

 7      Q     It's been less than a year?

 8      A     Yes.

 9      Q     Maybe six months?

10      A     Yes.

11      Q     Is that helping you?

12      A     Yes.

13      Q     Good.

14            Is that counseling related strictly to your

15   grief and loss?

16      A     No.

17            MR. ERNST:  Calls for an expert opinion, but

18   it's okay.

19   BY MS. LOVE:

20      Q     Well, would you say that anything you're

21   discussing with your grief counselor is unrelated to

22   your father's death and this lawsuit?

23      A     Yes.

24      Q     After your father passed away, did your --

25   after your father passed away and you went back to
```

PLAINTIFFS' EXHIBITS 011913

1  school, did your activities change at all from your

2  habit?

3      A     No.

4      Q     You still played sports?

5      A     Yes.

6      Q     You still rode around on quads?

7      A     Yes.

8      Q     Still saw friends?

9      A     Yes.

10     Q     Would you say that any of your relationships

11 changed after your father passed away?

12     A     No.

13     Q     Have you ever been --

14     A     Well, actually, sorry.  What do you mean by

15 that?  Like family relationships, or just relationships

16 in general?

17     Q     Well, I'm not talking about whether you have a

18 girlfriend.

19     A     Right, right.

20     Q     I mean, mainly, your relationship with your mom

21 and your brother, have those become more strained or

22 difficult since your father passed away?

23     A     No.  Sorry.  Um, they are better, stronger.

24     Q     Okay.  Have you ever been diagnosed with any

25 emotional conditions that required therapy or

PLAINTIFFS' EXHIBITS 011914

Ralph J. McCornack                                          May 17, 2011

1  medication?

2      A    I'm on antidepressants, yes.

3      Q    So you've been diagnosed with depression?

4      A    Yes.

5      Q    How are you doing with that treatment?

6      A    Good now.  Doing good.

7      Q    Better?

8      A    Yes.

9      Q    That's good.

10          Do you still feel grief?

11     A    Yes.

12     Q    How frequently?

13     A    Every day.

14     Q    Every day.

15          And how is your brother doing, would you say?

16     A    A lot better than he was.  A lot better.

17     Q    How about your mom?

18     A    A lot better than she was.

19     Q    Okay.  Good.  I'm glad to hear that.

20          Do you have any plans for the future?

21     A    Well, I either want to become a chef or an

22  architect.  Working on both of those a little bit,

23  trying to figure out what I want to do.  So we'll see.

24     Q    So do you have plans to go to school after you

25  finish high school?

PLAINTIFFS' EXHIBITS 011915

Ralph J. McCornack                                          May 17, 2011

```
 1      A    I'm actually planning on going down to Santa
 2  Barbara soon to find a job and then go to school down
 3  there.
 4      Q    Okay.  Terrific.
 5           So you've got an application?
 6      A    We're going -- I'm going to go down there and
 7  just put in applications everywhere I can until we find
 8  something.
 9      Q    Great.  That's wonderful.
10      A    Yeah.
11           MS. LOVE:  Well, I think that's all I've got.
12
13                      EXAMINATION
14
15  BY MS. LIM:
16      Q    I just have a couple of quick questions.  I
17  introduced myself earlier.
18      A    Right.
19      Q    My name is Tiffany Lim.  I'm not going to go
20  over anything that Ms. Love has already gone over.
21           But I remember you said earlier you didn't
22  recall your dad ever forgetting to take his medication;
23  is that right?
24      A    Right.
25      Q    Do you know if your dad ever used any reminders
```

PLAINTIFFS' EXHIBITS 011916

Ralph J. McCornack                                          May 17, 2011

1    to help him take his medicine?

2        A     No.

3        Q     Like did he have an alarm on his cell phone

4    maybe that went off in the morning and at night?

5        A     No.

6        Q     And a couple of questions about March 22nd,

7    2008.  I know that you had said that you guys were

8    eating hamburgers?

9        A     Uh-huh.

10       Q     Who was the one that was doing the barbecuing?

11   Was it your dad?

12       A     Yeah, my dad.

13       Q     Do you remember what time the barbecuing

14   started?

15       A     I don't recall.

16       Q     You said it was a couple of hours after the

17   camp -- you guys had finished setting up the campsite?

18       A     If I made an estimate, it would be between

19   6 and 8 p.m.

20       Q     Was it still light out when you guys began

21   barbecuing?

22       A     If I recall, yes.

23       Q     How about when your dad finished barbecuing?

24   Do you remember whether it was still light out?

25       A     I don't recall.

PLAINTIFFS' EXHIBITS 011917

Ralph J. McCornack                                      May 17, 2011

```
 1      Q    You don't recall, okay.
 2           And I know you said you didn't remember what
 3  time you went to bed, but when you went to the trailer,
 4  was your brother already in there?
 5      A    No, we went in together.
 6      Q    You went in together?
 7      A    Yes.
 8      Q    Okay.
 9           MS. LIM:  I think that's all of the questions I
10  have.
11           THE WITNESS:  Great.
12           MS. LIM:  Thanks very much.
13
14                       EXAMINATION
15
16  BY MR. ERNST:
17      Q    The 6 to 8 p.m. is when you thought you were
18  eating dinner?
19      A    That's when I thought they had started
20  barbecuing.
21      Q    Is that about the time you were eating dinner,
22  6 to 8 p.m.?
23      A    Yes.
24      Q    Sometime in there?
25      A    Yes.
```

PLAINTIFFS' EXHIBITS 011918

Ralph J. McCornack                                                    May 17, 2011

```
 1      Q    That's the time you saw your dad take the pills
 2   or tablets?
 3      A    In between those times, yes.
 4           MS. LOVE:  That's all I have.
 5           MR. ERNST:  Same stip?
 6           MS. LOVE:  Yes.  We'll stipulate that --
 7           MR. ERNST:  Same stip we did before.
 8           MS. LOVE:  Same stip as before.  Agreed.
 9              (Deposition concluded at 3:10 p.m.)
10                         * * * * *
11              (The following is the stipulation from Daniel
12   McCornack, Junior's deposition taken May 17, 2011:)
13           MR. ERNST:  What I would do is propose that the
14   court reporter can type up the transcript.  Send it to
15   Mr. McCornack at his residence address.  He can sign it
16   under penalty of perjury.  If he makes any changes or
17   corrections, I'll notify you within 30 days of his
18   receipt.  If for any reason the original is lost or
19   unsigned, a copy can be used at the time of the trial.
20   I'll produce the original at the time of trial.
21           MS. LOVE:  I'll stipulate.
22           MS. LIM:  So stipulated.
23              (End of previous stipulation.)
24
25
```

PLAINTIFFS' EXHIBITS 011919

Ralph J. McCornack                                              May 17, 2011

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I, Cindy D. Griffith, a Certified Shorthand

 4   Reporter in and for the State of California, do hereby

 5   certify:

 6          That, prior to being examined, the witness

 7   named in the foregoing proceeding was by me sworn to

 8   tell the truth, the whole truth and nothing but the

 9   truth.

10          That said deposition was taken before me at the

11   time and place therein set forth and was taken down by

12   me in shorthand and thereafter reduced to computerized

13   transcription.  I hereby certify that the foregoing

14   deposition is a full, true and correct transcript of my

15   shorthand notes so taken.

16          Dated at San Luis Obispo, California, this 23rd

17   day of May, 2011.

18

19

20

21          _____
            CINDY D. GRIFFITH
22          CERTIFIED SHORTHAND REPORTER

23

24

25
```

PLAINTIFFS' EXHIBITS 011920