# EXHIBIT 612.2

PLAINTIFFS' EXHIBITS 012251

142

```
 1   STATE OF ILLINOIS     )
 2                         ) SS.
 3   COUNTY OF MCHENRY     )
 4
 5      I, HEATHER PERKINS-REIVA, Certified Shorthand
 6   Reporter in and for the County of McHenry and State of
 7   Illinois, do hereby certify that WILLIAM L. GALANTER,
 8   M.D., Ph.D. was first duly sworn to testify the whole
 9   truth and that the above deposition was recorded
10   stenographically by me, and was reduced to typewriting
11   under my personal direction.
12      I further certify that the said deposition was taken
13   at the time and place specified.
14      I further certify that I am not a relative or
15   employee or attorney or counsel of any of the parties,
16   nor a relative or employee of such attorney or counsel
17   or financially interested directly or indirectly in
18   this action.
19      In witness whereof, I have hereunto set my hand and
20   affixed my seal of office at Algonquin, Illinois, this
21   __5th__ day of __August__, A.D., 20_11_.
22   _____
23   Heather Perkins-Reiva, C.S.R. No. 084-003714
24
```