# EXHIBIT 613.1

PLAINTIFFS' EXHIBITS 012336

## UNITED STATES DISTRICT COURT OF THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

Kathy McCornack, et al.

      Plaintiffs,

vs.

Actavis Totowa, LLC, et al.

      Defendants.

**THIS DOCUMENT RELATES TO:**

Case No.: 2:09-cv-0671

*Related MDL Case No.: 2:08-md-1968*

## _AMENDED_ NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION AND REQUEST FOR PRODUCTION AND COPYING OF DOCUMENTS AT THE DEPOSITION

      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that, under Federal Rules of Civil Procedure 26(d), 30 and 45, Plaintiffs will take the deposition of **DR. KENNON HEARD** on **Thursday, July 14, 2011 at 10:00 a.m.** at the offices of TUCKER ELLIS & WEST, Metropoint 1, Suite 1325, 4600 S. Ulster Street, Denver, CO. 80237. Tel: 720-222-5242.

      The oral examination will continue from day to day until completed.  This deposition will be recorded stenographically and on videotape and will comply with any relevant orders in this litigation.  This deposition is noticed in the above-captioned matter for any and all purposes permitted by the Federal Rules of Civil Procedure and any other federal, state, or local rules that apply to this action and the deposition will be taken in accordance with these rules.  Pursuant to Federal Rule of Civil Procedure 30(b)(2) and 45(a), Plaintiffs request that Dr. Heard produce for inspection at the time of deposition:

1

EXHIBIT

_1_

_Heard  7/14/11_

PLAINTIFFS' EXHIBITS 01...

(1)

1.  The witness' current curriculum vitae or resume.

2.  All correspondence and communication between the witness or anyone acting on the witness' behalf, and attorneys representing defendants in this and the MDL Digitek® litigation.

3.  All other documents prepared by the attorneys for the defendants and sent to the witness.

4.  All documents, including documents and deposition transcripts which refer or relate to this and the MDL Digitek® litigation that the witness received from any source.

5.  All retainer agreements or other agreements under which the witness has been or will be paid for work related to this and the related MDL Digitek® litigation.

6.  All bills that the witness has rendered to attorneys and law firms in connection with this and the MDL Digitek® litigation.

7.  A copy of the witness' entire file, including all electronic documents, and correspondence, in connection with this and the MDL Digitek® litigation.

8.  All documents, including additional materials received or reviewed, tangible things, data, or writings that relied upon, examined, considered, or rejected in preparing the reports in this and the MDL Digitek® litigation, or subsequent to preparing his report.

9.  Everything the witness reviewed that indicates any person may have ingested defective Digitek®.

10. All notes that the witness has taken in connection with review of this and the MDL Digitek® litigation matters.

2

PLAINTIFFS' EXHIBITS 012338

1-2

11. All documents that the witness has prepared concerning the subject matter of this and the MDL Digitek® litigation.

12. All medical, scientific or other literature on which the witness relies in connection with the opinions expressed in his expert report.

13. All documents, tangible things, data, or writings concerning whether a Digitek® tablet that may have been adulterated may have ever been received by a pharmacist or consumer.  This request is not limited to just the Digitek® tablets recalled in 2008 by Defendant Actavis, but to all Digitek® tablets that may have ever been received by a pharmacist or consumer and suspected to be adulterated for any reason.

14. All documents the witness reviewed in preparation for this deposition.


Respectfully Submitted:

Dated: June 30 2011                    ___/s/  Terry Kilpatrick_____
                                       Terry Kilpatrick (Calif. Bar No. 163197)
                                       Attorneys for Plaintiffs
                                       Ernst Law Group
                                       1020 Palm Street
                                       San Luis Obispo, CA. 93401
                                       Tel:  805-541-0300
                                       Fax: 805-541-5168
                                       E-mail: tk@ernstlawgroup.com

PLAINTIFFS' EXHIBITS 012339

1-3

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011, I or an employee under my control electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 30, 2011          /s/  Terry Kilpatrick
                              Terry Kilpatrick (Calif. Bar No. 163197)
                              Attorneys for Plaintiffs
                              Ernst Law Group
                              1020 Palm Street
                              San Luis Obispo, CA. 93401
                              Tel:  805-541-0300
                              Fax: 805-541-5168
                              E-mail: tk@ernstlawgroup.com

PLAINTIFFS' EXHIBITS 012340

1-4

Confidential
5/20/11

Qualifications: I am a board certified emergency physician and medical toxicologist. As an emergency physician, I diagnose and determine if the cause of a patients symptoms (including cardiac arrest) are due to medications or other underlying diseases. As a practicing medical toxicologist I provide medical care for patients with digoxin poisoning and I have consulted with coroners regarding the interpretation of post-mortem drug concentrations. In my current position as fellowship director at the Rocky Mountain Poison and Drug Center, I am responsible for training physicians and pharmacists about the assessment and treatment of digoxin toxicity. This includes the interpretation of serum digoxin concentrations and the importance of post-mortem redistribution in the interpretation of these measurements. Finally, I have performed extensive research on digoxin poisoning while preparing a chapter for the textbook Medical Toxicology.

Overview of digoxin poisoning
Digoxin is a cardioactive steroid used to treat heart failure and to control the ventricular response (heartrate) in patients with atrial fibrillation. It has been used in various forms for over 200 years. It is a commonly used medication and the vast majority of people who take it do not have any problems.

Digoxin toxicity is complicated. It can occur when a patient takes a large overdose all at once (for example a child who ingests several of a grandparents pills or a person who takes a bottle of pills in a suicide attempt). Patients who ingest a large dose all at once will go from being well to becoming critically ill over a course of several hours.

Digoxin toxicity may occur in a gradual manner if the elimination of digoxin from the body is slowed (which may occur when another medication is added or if the patient's kidney function deteriorates) or if dose is too high. In these cases toxicity is a matter of both dose **and** time. The dose must exceed the body's ability to clear the drug and the excessive dosing must occur for a long enough period that the concentration can reach toxic amounts. Patients are usually sick for several days as the concentration of digoxin in serum increases. The initial symptoms are weakness, nausea and fatigue. This is followed by a slowed heartrate which can become irregular. When toxicity is severe, the patient can go into cardiac arrest.

Facts
Mr. McCornack was a 45 year old male with a long history of atrial fibrillation. He was treated with digoxin 0.25 mg twice daily and diltiazam CD 300/180 mg in the morning/at night to control his heart rate. The digoxin product was Digitek 0.25 mg tablets taken once in the morning and once at bedtime. His other medical



EXHIBIT

2

Henrd  7/14/11

conditions included high cholesterol, gout and obesity and GERD. While not documented as a medical problem, on several visits Mr. McCornack had elevated blood pressure measurements suggesting he also suffered from hypertension. Dr. Lemm and Dr. Van Dollen both characterized Mr. McCornack as hypertensive during their depositions, and hypertension is the most likely cause of the left ventricular hypertrophy noted at autopsy.

In the days leading up to March 22, Mr. McCornack appeared to be in his usual state of health.  He was active throughout the day of March 22, had several beers that afternoon and ate a large meal in the early evening. His family reports he took his last dose of medications after dinner (approximately 7 pm).

Around 0030 on March 23rd (approximately 5.5 hours after taking his medications), Mrs. McCornack heard Mr. McCornack breathing irregularly. She found him in cardiac arrest. His time of death was listed as 0053.

At autopsy the remarkable findings were fatty liver, myocardial fibrosis, left-ventricular hypertrophy and coronary artery disease without evidence of transmural myocardial infarction.

A whole blood digoxin concentration obtained from an axillary vein sample 70 hours after death was 3.6 ng/ml (steady state therapeutic range in living humans is 0.5 to 2.0 ng/ml). A whole blood diltiazam concentration from the same sample was 630 ng/ml (therapeutic range in living humans 40-200 ng/ml). Other medications detected included quinidine/quinine, atropine and a blood ethanol concentration of 48 mg/dl.

The cause of death on the original death certificate signed on 4-7-08 was cardiac arrest due to ventricular arrhythmia due to atrial fibrillation due to hypertensive and atherosclerotic cardiovascular disease. On 9-29-09 an amended death certificate was issued listing cardiac arrhythmias due to digoxin poisoning as the cause of death.

Five Digitek tablest from the bottle containing the pills Mr. McCornak were ingesting prior to his death was analyzed and found to contain between 0.227 and 0.261 mg of digoxin. A patient taking tablets containing this amount of digoxin would effectively be receiving 0.25 mg/dose

Medical opinions
1. There is no evidence that Mr. McCornack was exposed to excessive doses of digoxin, either acutely or chronically.

a) Five tablets from the bottle containing the tablets from Mr. McCornak contained the appropriate amount of digoxin (between 0.227 and 0.261 mg/tablet). There is nothing to suggest that any of the other tablets in the bottle

appeared different from the tablets he was ingesting prior to his death. There is no history of ingestion of more than the recommended number of tablets.

2) Mr. McCornack had no symptoms of digoxin toxicity prior to his cardiac arrest.

a) Symptoms of digoxin poisoning include nausea, vomiting, irregular heartbeats and color vision changes. The most common symptoms are malaise and weakness. His family reports none of these symptoms in the days leading up to March 22. On March 22nd, Mr. McCornack was active all day, ate a large meal at dinner and consumed several beers in the hours preceding his death. A patient with life-threatening chronic digoxin poisoning would have been fatigued and nauseated. There are no reports suggesting Mr. McCornak had symptoms of digoxin toxicity in the days preceding his death, and his activities throughout the day and evening suggest that he was neither fatigued nor nauseated.

b) While patients with acute digoxin toxicity due to a large overdose can progress from asymptomatic to critically ill over several hours, patients who develop chronic digoxin toxicity from repeated small overdoses are not likely to progress from asymptomatic to lethal arrhythmia within a few hours.

3. A digoxin concentration of 3.6 ng/ml is not diagnostic of digoxin toxicity and is consistent with a dose of 0.25 mg twice daily in this patient.

a) Digoxin toxicity is a clinical diagnosis. While the risk of toxicity increases at concentrations above the therapeutic range, there is no concentration that is diagnostic of digoxin toxicity. The diagnosis is based on clinical findings (such as a slow heartbeat, irregular heartbeat or symptoms such as nausea or fatigue and when available an ecg). Toxicity does not always occur when patient's serum concentration exceeds the therapeutic range.

b) The digoxin concentration in this case is also unreliable because it was obtained more than 70 hours after Mr. McCornack's death. Blood digoxin concentrations increase after a patient dies. This process is known as "post-mortem redistribution". Post-mortem redistribution occurs because digoxin is concentrated in muscle cells (like the heart) and when the cells die, they leak digoxin into the surrounding fluid, including blood. Studies consistently show that patients with therapeutic digoxin concentrations at the time of death have higher post-mortem concentrations, and the concentrations observed in this case are similar to those reported in post-mortem samples obtained from patients with therapeutic serum concentrations at the time of death. This effect is greatest in samples obtained from the heart, but it also occurs in samples from the axillary vein. This effect is so well recognized that Aderjan stated in a scientific paper "..blood levels alone are no[t] appropriate means to make a final decisions in alleged cases of fatal poisoning." As a medical toxicologist, I would not recommend amending a death certificate or autopsy conclusion based only on an axillary whole blood digoxin concentration of 3.6 ng/ml.

PLAINTIFFS' EXHIBITS 012343

2-3

c). Additionally, the even if postmortem redistribution is discounted, the whole blood digoxin concentration is unreliable because it is most likely that the measurement was effectively less than 6 hours after Mr. McCornack's last dose (Assumes that the dose was taken approximately 7 pm). Digoxin distribution would stop at the time of death, so a whole blood digoxin concentration measured approximately 5.5 hours after death likely does not reflect a steady state concentration. The therapeutic range should only be applied to concentrations measured once steady state is achieved.

4.) While the coroner amended death certificate to list digoxin poisoning as a cause of death based on an elevated digoxin concentration, diltiazam is not listed as a cause of death despite an elevated diltiazam concentration.

a) As diltiazam also undergoes post-mortem redistribution, I believe post-mortem redistribution explains why a patient who was taking his prescribed doses of diltiazam and digoxin had and elevated whole blood diltiazam and digoxin concentrations.  Still, if one were to diagnose digoxin toxicity solely based on an elevated digoxin concentration, it is illogical to not also diagnose diltiazam toxicity when the serum diltiazam concentration is elevated to the same extent. As diltiazam toxicity would produce cardiac dysrhythmias similar to digoxin toxicity, it would be impossible to determine the cause of death without additional clinical information.

5. An elevated digoxin concentration may have occurred from a drug interaction rather than from excessive dosing.

a) While the most likely cause of the elevated digoxin concentration was post-mortem redistribution, diltiazam increases serum digoxin concentrations by 20%. The interaction of these two medications may have increased the serum digoxin concentration without any extra doses of digoxin.

6. There are other conditions that reasonably could be responsible for Mr. McCornack's death.

a) Mr. McCornack had chronic heart disease (atrial fibrillation), left ventricular hypertrophy and myocardial fibrosis. He also had hypercholesterolemia and coronary artery disease. These conditions predispose patients to sudden cardiac death, and the manner of death and autopsy are consistent with death from any of these causes.  In my opinion, with a reasonable degree of medical probability, Mr. McCornack died of a dysrhythmia cased by his myocardial fibrosis and atrial fibrillation and there is no convincing evidence that Mr. McCornack received excessive doses of digoxin or suffered from digoxin toxicity prior to or at the time of his death.

PLAINTIFFS' EXHIBITS 012344

2-4

Kennon Heard MD

2-5



# TUCKER ELLIS & WEST LLP
## ATTORNEYS AT LAW

1150 Huntington Bldg.  925 Euclid Avenue  Cleveland, Ohio  44115-1414
phone 216.592.5000  facsimile 216.592.5009  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

Direct Dial: 216.696.2276
Email: matthew.moriarty@tuckerellis.com

November 10, 2009

Kennon Heard, M.D.
Rocky Mountain Poison and Drug Center
777 Bannock Street
Denver, CO 80204-4507

Re:   *Kathy McCornack, an individual; Daniel E. McCornack, Jr., an individual; and
Ralph J. McCornack, a minor by and through his mother and next friend Kathy
McCornack v. Actavis Totowa, LLC, a New Jersey corporation, et al.*

Dear Dr. Heard:

Thank you very much for agreeing to review this case.  We represent Actavis Totowa,
LLC, the manufacturer of Digitek®.  Digitek® is a generic digoxin product, which is sold in two
doses, .125 mg and .250 mg.  In April 2008, the company recalled all lots of Digitek® that were
on the market and within the expiration date.  A small number of "double-thick" tablets were
found during a pre-release inspection of one batch, and the recall was initiated out of an
abundance of caution.  I have enclosed the original recall notice as well as the FDA's latest
statement about the subject.  In the wake of the recall, lawsuits were filed alleging that out of
specification Digitek® caused various medical problems.

This case is about Daniel McCornack, who died at the age of 45 just after midnight on
March 23, 2008.  He was diagnosed with early onset atrial fibrillation at approximately the age
of 22 (1987).  He was initially prescribed a digoxin product but apparently shortly thereafter
stopped taking it and did not begin taking digoxin products again until December, 1994.
Beginning in 1996 and until his death he was consistently prescribed .25 mg twice daily, for a
total dose of .50 mg per day.  Throughout the years Mr. McCornack consistently saw two doctors
– Lawrence VonDollen, M.D. (cardiology) and Gordon Lemm, M.D. (primary care physician).
Mr. McCornack had a variety of problems unrelated to his heart, such as gout and back pain.  His
other problems included obesity, multiple stressors, and hypercholesterolemia.  To the best of
our  knowledge  Mr.  McCornack  never  had  any  instances  of  elevated  serum  digoxin
concentrations, and there are no diagnoses of digoxin toxicity in his medical records.

On March 22, 2008, the family went on an Easter weekend camping trip.  Mrs.
McCornack said that Mr. McCornack exhibited no signs of illness before he went to bed that
night.  According to his wife, Mr. McCornack took his evening dose after dinner and went to bed
at approximately 10:00 p.m.  At approximately midnight he was making an unusual snoring
sound.  When his wife tried to arose him, Mr. McCornack was not responsive.  The family called
911 and efforts were made to revive him, but unfortunately Mr. McCornack passed away.

# TUCKER ELLIS & WEST LLP
### ATTORNEYS AT LAW

The coroner's office performed an autopsy and drew a post mortem blood sample (from the axillary vein) approximately 70 hours after Mr. McCornack died. They sent it to a laboratory called NMS. As you will see from their report, they found a blood digoxin concentration of 3.6, a diltiazem level of 630, and traces of quinidine (although he was not any pharmaceutical products containing that drug). NMS laboratory was also later called upon to analyze the "potency" of five or six of Mr. McCornack's Digitek® tablets. All of them were within the labeled specifications.

Initially the coroner prepared an autopsy report and a death certificate which attributed Mr. McCornack's death to natural causes, specifically listing cardiac arrest, ventricular arrhythmia, atrial fibrillation and hypertensive and arteriosclerotic cardiovascular disease. The day before his deposition, a year and a half after Mr. McCornack's death and 15 months after receiving the NMS report, the coroner changed his autopsy and death certificate to reflect an accidental death attributable to elevated digoxin levels. The coroner's new opinion is based wholly on the post mortem serum digoxin level of 3.6.

We have enclosed the following materials:

1.     The office records of Dr. Lemm;

2.     The office records of Dr. VonDollen (which include a consult from another cardiologist, Dr. Winkle);

3.     The original autopsy and death certificate;

4.     The "amended" autopsy and death certificate;

5.     Reports from NMS Laboratories regarding Mr. McCornack's blood and Digitek® tablet tests;

6.     The deposition transcripts of Drs. Mason, Lemm and VonDollen; and

7.     The deposition of Matthew McMullin, Ph.D., a forensic toxicologist at NMS Laboratories, who comments on the blood and tablet test results. That deposition is enclosed.

We are interested in your opinion regarding the reliability of this post-mortem digoxin concentration of 3.6 as a predictor of his pre mortem levels. We are also interested in your opinion about whether digoxin likely played a role in Mr. McCornack's death, and whether there is evidence that he got one or more excessive doses.

Further, as a Business Associate of Actavis Totowa, LLC, our Firm has agreed to maintain the confidentiality of protected health information (PHI) disclosed for the purpose of

073021.000530\1072552

3-2



## TUCKER ELLIS & WEST LLP
### ATTORNEYS AT LAW

litigation.  Because the enclosed records constitute PHI under HIPAA, you are required to treat such information as confidential and to use it only for the purpose of your expert review.  If for any reason you are unable or unwilling to comply with these requirements, please notify me immediately and do not review the records.

Thank you very much for your time and consideration.  We look forward to hearing from you.

Very truly yours,

Matthew P. Moriarty

MPM:rcf
Enclosures



# TUCKER ELLIS & WEST LLP

### ATTORNEYS AT LAW

1150 Huntington Bldg.   925 Euclid Avenue   Cleveland, Ohio   44115-1414
phone 216.592.5000  facsimile 216.592.5009  tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

Direct Dial: 216.696.2276
Email: matthew.moriarty@tuckerellis.com

June 2, 2011

Kennon Heard, M.D.
Rocky Mountain Poison and Drug Center
777 Bannock Street
Denver, CO 80204-4507

> Re: *Kathy McCornack, an individual; Daniel E. McCornack, Jr., an individual; and Ralph J. McCornack, a minor by and through his mother and next friend Kathy McCornack v. Actavis Totowa, LLC, a New Jersey corporation, et al.*

Dear Dr. Heard:

Enclosed are copies of the reports of the other experts retained by the defense in this case. These include:  C. Alan Brown, M.D.; Amy Ralston McMaster, M.D.; and William L. Galanter, M.D.

Please call me if you have any questions.  Thank you for your time and consideration.

Sincerely yours,

Matthew P. Moriarty

MPM/nkg
Enc.



EXHIBIT
4
Heard 7/14/11

# Kennon Heard MD

Sunday, December 13, 2009

Matthew P. Moriarty
Tucker Ellis & West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115-1414

Mr Moriarty:

Thank you for allowing me to review the case of Mr. McCornack.  I would like to submit my bill for 3 hours of review at $250/hour (Total $750). My social security number is 545 29-1296 and my mailing address is :

Kennon Heard
9070 E. Jewell Circle
Denver CO 80231

Please feel free to contact me with any questions.

Thanks


Kennon Heard MD
Medical Toxicology Fellowship Director
Rocky Mountain Poison and Drug Center
Associate Professor of Surgery (Emergency Medicine)
University of Colorado Denver School of Medicine
Email Kennon.heard@gmail.com

4-2

# Medical Records of:

# DANIEL E. McCORNACK

### Dr. Gordon Lemm

### Dr. Lawrence Von Dollen / Coastal Cardiology

### Certificate of Death / Autopsy (original)

### Certificate of Death / Autopsy (amended)

### NMS Labs

### CVS CareMark Recall Letter

### FDA Statement



EXHIBIT

5

Heard 7/14/11

The enclosed materials constitute protected health information ("PHI") that may be used by you (the "Recipient") only for the purpose of litigation or legal evaluation of the above-referenced matter. By your acceptance of the PHI, Recipient hereby agrees to maintain the confidentiality of the PHI except to the extent that further disclosure is necessary to achieve the purpose for which this information is released. Recipient also agrees to utilize all appropriate safeguards to prevent use or disclosure of the PHI beyond that necessary for litigation or legal evaluation of this matter and to provide immediate written notification to Tucker Ellis & West LLP of any breach of confidentiality of the PHI. Recipient also agrees that upon final disposition of this matter (subsequent to any appeals) Recipient will destroy the PHI in a confidential manner or return it to Tucker Ellis & West LLP.

DR. GORDON LEMM

PLAINTIFFS' EXHIBITS 012352

5~2

```
RECORDTRAK
651 Allendale Rd.                                              1
PO Box 61591
King of Prussia, PA  19406
Phone #:  (610) 992-5000
Fax #:    (610) 354-8946
www.recordtrak.com
              RT #:196975       Tag: 1
```

              DANIEL E. MCCORNACK, SR

```
CASE:          DANIEL E. MCCORNACK, SR VS.
               ACTAVIS TOTOWA, ET AL
COURT DOCKET:  MDL 1968 /
SSN ###-##-7837  D.O.B.: 02/15/1963  D.O.D.: 03/23/2008
PLAINTIFF COUNSELERNST AND MADISON

LOCATION:      DR. GORDON LEMM
```

IN RESPONSE TO RECORDTRAK'S REQUEST FOR THE FOLLOWING:
  1. ALL MEDICAL RECORDS IN YOUR POSSESSION.  INCLUDE OFFICE
  QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHERNCE,
  PHYSICIANS. PLEASE ALSO INCLUDE THE PATIENTS INFORMATION
  SHEET. PLEASE BE SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL
  RECORDS LOCATED IN  STORAGE.
MEDICAL RECORDS ARE ATTACHED.

DEMGL:0005

PLAINTIFFS' EXHIBITS 012353                    5-3

08/13/2009  23:25  7146326791                EZ COPY                          PAGE  03

DGT.CG01

 **RECORDTRAK**
*THE TRACK RECORD OF SUCCESS*


* 1 9 6 9 7 5 - 1 *

651 Allendale Road
P. O. Box 61591
King of Prussia, PA 19406
Phone: (800) 220-1291
Fax:   (610) 354-8948

---

August 7, 2009                          Re:  **DANIEL E. MCCORNACK, SR**

**MEDICAL RECORDS**
**DR. GORDON LEMM**
**292 POSADA LANE**
**SUITE D**
**TEMPLETON CA 93465**

SS #:     ###-##-7837
DOB:      02/15/1963      DOD:   03/23/2008
RT FILE #:  196975        TAG #:   1

Dear Record Custodian:

Attached is an authorization requiring you to furnish *RECORDTRAK* with the following materials on or before August 7, 2009:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE, QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHER PHYSICIANS. PLEASE ALSO INCLUDE THE PATIENTS INFORMATION SHEET.PLEASE BE SURE TO INCLUDE ALL ARCHIVED RECORDS AND ALL RECORDS LOCATED IN STORAGE.2. SIGNED CERTIFICATION PAGE IS REQUIRED.

Please fax responses along with our request and certifications to RecordTrak at the fax number listed above. If the records are too voluminous to fax, please provide them on CD or mail paper copies to the address listed above.

Before copying and/or invoicing, call or fax *RECORDTRAK* with a page count and pricing for approval. Please include y ur federal tax id number on all invoices. Refer to File # 196975 Tag 1 in any correspondence.

Very Truly Yours,

*RecordTrak Representative*
Phone: (800) 220-1291

---

**IMPORTANT:**
**\*\*RESPONSES WILL NOT BE ACCEPTED WITHOUT COMPLETED AND SIGNED CERTIFICATION(S).\*\***

---

DEMGL 0006

PLAINTIFFS' EXHIBITS 012354

5-4

08/13/2009  23:25    7146326791              EZ COPY                    PAGE  02

DEPONENT: DR. GORDON LEMM  (TAG 1)                          **DGT.CG01**
RECORDS PERTAIN TO: DANIEL E. McCORNACK, SR
RECORDTRAK FILE #: 196975 DATE OF BIRTH: 02/15/1963 SOCIAL SECURITY #: ###-##-7837
RECORD IDENTITY:                                           

1. ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND   WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE,
QUESTIONNAIRES/HISTORY & RECORDS RECEIVED BY OTHER PHYSICIANS.   PLEASE ALSO INCLUDE THE PATIENTS INFORMATION
SHEET.PLEASE BE  SURE  TO INCLUDE ALL ARCHIVED RECORDS AND ALL RECORDS LOCATED IN   STORAGE.2. SIGNED CERTIFICATION PAGE
IS REQUIRED.

## SECTION I   CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the duly authorized custodian of records or other qualified witness, and having the authority to
certify the attached records declare the following:  the attached records (1) were made at or near the time of the act, event,
condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in
the course of regularly conducted activity; and (3) were created as part of the regular practice of the provider, and that:

A – __X__ page(s) of the original records described was made available to the attorney's representative for copying at our
place of business.
B – a true, legible and durable copy of _____ pages of the described records was delivered to the attorney's representative.
I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _8/18/09_____     at (city,state) __Templeton  CA_____

Signature _Arleen Buzzelli_____     Print Name _Arleen Buzzelli_____

Phone Number _(805) 434-3211_____     Department __Medical Records_____

E-mail Address to Forward Requests for Production of Records/Materials: _____

## SECTION II   CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in
the subpoena or authorization, for the following reason:

☐  All records for the time period in question have been destroyed in accordance with our document retention
     policy which is ___ years.

☐  Our records are the same as _____

☐  Original records are in the possession of _____

☐  (other) _____

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _____     at (city,state) _____

Signature _____     Print Name _____

Phone Number _____     Department _____

E-mail Address to Forward Requests for Production of Records/Materials: _____

## THIS PAGE MUST BE COMPLETED, SIGNED AND RETURNED.

### RECORDS

DEMGL:0007

PLAINTIFFS' EXHIBITS 012355

5-5

McCornack,

Date 8·17·94   N.P.   Daniel

BP 140/80  P 72  R 16

T _____ wt 201 ht. _____

Allergies Ampicillan
Sulfa

Meds. Tenormin prn
¼ bid prn

S. 3170 B⁰ c/o fatigue x 6 mths, now with
headaches x 2 whs, occas sorethroat x 2 whs.
Generally healthy but has atrial arrhythmia
dx by Harvey, then Von Dollen. Takes Tenormin
when heart races only.
Stressful job - never vacations - Works his
job + 400 acre ranch

O: HEENT - wnl
    Cor - freq irregularity
    lungs - clear
    thyroid ok
    Abd benign
    Gent - wnl
    Neuro intact

A  Fatigue
   Atrial arrhythmia

P  Chem + 20 / thyroid
   Old records
   May need CXL -

8·23·94 lab results wnl. chol a little
high.

McCormack, Dan

Date 3-11-96    CC: mole & freckle check
139/70   72   16        Pt has noticed many recent moles
T ___ 203 ___        on his trunk which have appeared
                      probably over recent months. Very
sulfa                 difficult to pinpoint duration.
ampicillin            No family hx of problems.
Lanoxin .25 mg q'd
Dilacor 180 Am       O: Many nevi on trunk
Dilacor 120 pm          Many very dark, but regular
Cordarone              No bleeding.

                      Shave biopsy done of black lesion
                      @ back - 2 mm   (.5cc 1% Xylo
                                        c̄ epi)

                   A Multiple nevi - biopsy ( lesion
                   P Call pt.   [signature]

3-16-96 Biopsy - dysplasic nevus - Pt has many of these,
             Needs to see dermatologist - wife called.

3-18-96 Pt. has an appt. for today w/ Dr. Stanton. z   [signature]

Date 12.9.96    CC: eyes swollen, red, irritated, started
BP 114/70 P 76 R 16    yesterday morning. worse in the A.M.
T ___ wt. ___ ht. ___   Maybe related to setting up Christmas tree?
Allergies sulfa ___    No crusting.
ampicillin ___
Meds. Lanoxin .25mg q'd  O: Mod swelling periorbital
Dilacor 180mg Am.         +2 Scleral injection + swelling.
Dilacor 120mg P.M.        Ø exudate

                   A Allergic Conjunctivitis
                   P Ocular gtt oct gid pr
                     Hexamed gtt gtt D #7 given   [signature]

DEMGL 0045

PLAINTIFFS' EXHIBITS 012357

5-7

McCormack, Dan

Date 4-2-98
BP 120/80 P 80 R ____
T ____ wt 212 ht ____
Allergies Sulfa
    Ampicillan
Meds Lanoxin .25 ? bid
    Dilacor  180 mg AM
           120 mg PM

XRAY
(R) shoulder

CC: ① ✓ nail of big toe (L) foot   nail
turning colors.

② pain & aching  (L) shoulder
difficulty sleeping.

Great toenail fungus × 3 mths.

① shoulder separation and deltoid tear
18 yrs ago. no surgery done.
Now chronic pain — sometimes keeps him
awake. Painful rotation, extension +
lifting in posterior aspect.

O: Onychomycosis c̄ loose nail (R) great toe
    (L) shoulder painful internal rotation posteriorly
    abduction 8h.
XRAY anc

A₂

Date 2-2-99
BP 120/80 P ____ R ____
T ____ wt 202 ht ____
Allergies Ampicillin
    Sulfa
    See list

CC: poss. sinus inf. — pressure in
head,  headaches  sinus congestion
ears  plugged.  coughing up
green phlegm in A.M.   No temp.
× 9 days.

Dan F. McCormack         CHPV3222 ?
30%  ACCT 0??489-00   GURBN   0.00
Blue Cross Prudent R 3555?7837
OBS ?         DOB 02?15/63  GNDR  male
Dan F. McCormack
6325 Peachy Canyon Rd
Paso Robles, CA 93446
PH 805-238-0208
2/02/99 02 15494 APPT TYPE 2x
?   Pratt N  Gordon Lemm M.D.

P Ceftin 250 bid #20
Florase
38799   ½

DEMGL:0044

## CHART NOTE

PATIENT:          MCCORNACK, DAN
MMA NO:           95-53-22-3
DATE:             02/02/99

**SUBJECTIVE:**   Patient has been fighting a sinus infection for the last three weeks with head pressure, headaches, teeth hurt, ears are plugged.  He is now coughing up green phlegm in the morning time.  This has been acutely worse in the last nine days.  He is allergic to ampicillin and Sulfa.

**OBJECTIVE:**   Moderately congested.  TMs are slightly dull.  Nasal mucosa is swollen, erythematous.  Pharynx mild erythema. Adenopathy none.  Heart regular rate without murmurs.  Lung sounds reveal occasional wheeze.

**ASSESSMENT:**
Sinusitis and mild bronchitis.

**PLAN:**
Ceftin 250 mg bid, #20.  Flonase sample given 2 sprays each nostril once or twice a day.

GORDON LEMM, M.D.

GL:YOG/05516449/dm  D: 02/02/99  T: 02/03/99  JOB#: 38799

DEMGL:0043

PLAINTIFFS' EXHIBITS 012359

5-9

Date _2-5-99_

BP ____ P____ R ____

T ____ wt. ____ ht. ____

Allergies _____ —

_____

Meds _____

_____

Dan E Mccornack        CH2553223
S03   ACCT 077489-00   COPAY  15.00
Blue Cross Prudent B 555517837
OFF   f      DOB 02/15/63  GNDR  male
Dan E Mccornack
6255 Peachy Canyon Rd
Paso Robles, CA 93446
PH 805-238-5208
02/05/99 08:45AM APPT TYPE ov
L f   P:glf N: Gordon Lemm M D

Date _4-2-99_          cc:
148
BP / P____ R____   Osx x 6 days started c̄
99. wt.205 ht.____   sore swollen throat,
Allergies Ampicillin  headache, plugged ears, pressure
Sulfa            in ears, cough, sneezing.
Meds Lanoxin      #Awoke today c̄ Ⓛ eye matted
Dilacor 180am  #Frequent lesions in back
36 year old  of throat — while patches
come & go

PY Ceftin
Zithromax #6

McCormack, Dan

Date _____
BP_____P_____R_____
T_____Wt_____Ht_____
Allergies _____
_____
Meds _____
_____

5-7-01 - FTKA. Val Thomas
5-7-01 - Rescheduled for next week. Val Thomas

Date 5-14-01
① BP 139/84 P 63 R 8   38y/o⊤ C.C. pt here to reestablish
T____Wt 212 Ht___   as a new pt. Pt has been seeing
Allergies Sulfa   Dr. Von Dollen and she needs a
Ampicillin   referral for an echocardogram
Meds Lanoxin .25mg bid   and a 24hr monitor. Doing
Dilacor 180mg 8 am   well otherwise.   holter   AR
120mg 8pm

Long hx of A. Fib probably 10-15 yr ago —
recurrent problem - worse x 8 yr ago.
See recent report from Von Dollen —
intermittent A.fib.

O. Cor Irreg - 60's
    lungs clear
    Edema ∅

A. A.fib

P. Echo/ 24 HR Holter
   Health/lipid panel RTC for PE

McCornack, Don

(1) Date 6-14-01
BP 123/78  P___ R___
T___ Wt 210 Ht___
Allergies Sulfa
Ampicillin
Meds Lanoxin .25mg/d
Dilacor 100mg 8 AM
120 mg 8 PM

38 y/o 0 → pt here for an annual physical. Had his lab work done. Feels tired a lot. Pt does have Atrial Fib. and he sees Dr. Von Dollen regularly.
- Recent Echo pending.
- (R) foot pain on lateral forefoot intermittently x months. Worse c driving once. No back pain — May have muscle cramp at times
- Saw Dr Von Dollen in Feb for neck + arm pain — worried about TIA: BP was up. Probably stress related.
- Herpes (oral) multiple times.

O: TRIG 263  HDL 44.7  LDL 115
Chol 212
HEENT - WNL
Cor IRREG  70-80
Lungs - clear
Abd ok - umbilical hernia
Genit ok
Ext - ok

A: A Fib / occas neuropathy (R) foot
Herpes Simplex / umbilical hernia
Hyperlipidemia

P: Zovirax 400 BID x 5d prn
Low fat diet

DEMGL:0040

PLAINTIFFS' EXHIBITS 012362

5-12

McCormack, Dan

DATE 7-26-01
BP 128/78 84/min R
T ___ Wt 212 Ht ___
Allergies Sulpha
  Ampicillin
Meds Delacor 300mg q Am
      " 180mg q Pm
    Lanoxin .25 q PO

CC: ® foot pain intermittent x 1year, then on Sunday (7-22) started having pain Ⓛ great toe into foot. & swelling or redness — mdm
See last visit!
Intermittent pain in feet. Severe aching in Ⓛ great toe Monday.
Pain has been in both feet intermittently for the past year, mostly in forefoot
Hx Ⓛ great toe Fx
Hx lumbar back problems c̄ "pinched nerve" in past. No recent problem. Recent labs ok

O: Exam normal
No sensory motor loss
Mod pain c̄ great toe Rom — perhaps slight erythema

A: Neuropathy in feet
Hx lumbar disc problems

P: HBA1c
   B12
  RA, ANA, ESR, CRP, Uric Acid
  RPR
  XRAY ® foot & lumbar spine
  Neuro eval
                    —/ℏ

DEMGL:0039

PLAINTIFFS' EXHIBITS 012363

5-13

McCornack, Dan

8-31-01 Pt called requesting lab results – Explained that uric acid was high. Pt would like to know if it could be related to foot/leg pain & if so if there is an Rx. (Rite Aid Spring wk 239-1550) — mdu

9-4-01 Uric acid level 10.4. See letter from Dr Watson. Symptoms more consistent with arthritis although not characteristic for gout.

9-14-01 Spoke c pt & explained above to him & read letter (portion) from Dr. Yamagata to pt. He would still like to discuss c Dr. Lemm – set appt for 9/24 ———————— M McAdam RMA

DEMGL:0038

PLAINTIFFS' EXHIBITS 012364

5-14

McCormack, Don

Date 9.20.01
BP 124/82   P____   R____
T____   Wt 211   Ht____
Allergies Sulfa
Amoxicillen
Meds Lanoxin 25mg qd
Dilacor 100mg q AM
120 mg q PM

38 y/o ♂ cc: pt here for a flu on his Ⓛ foot. Pt has been having pain off and on for a year and a half. Pt was in on 7/26 and had major pain until labor day weekend. Pt did see Dr. Yamagata but got no real answers. Pt had ℞ labs done. Pt wonders if it is gout —
See report from Dr Yamagata.
Labor day weekend had alot of pain in Ⓛ foot
First flair of foot pain April - severe pain in Ⓡ foot. Total 5 times in last 18 months. Three episodes lasted 4-5 days. Two episodes severe.

O: foot exam normal presently
Uric Acid 10.2

A: Gout c̄ multiple attacks in past 18 mths

P: Allopurinol 100mg #60   i q D
Indocin 50mg tid prn #30
CMP/U.A + appt 6 wk
Low purine diet → /S̄

DEMGL:0037

PLAINTIFFS' EXHIBITS 012365

5-15

Mccurnack, Dan

Date 10-23-01
BP 93/82 P _____ R _____
T 96.0 Wt 211 Ht _____
Allergies Sulfa
          Ampicillin
Meds Lanoxin .25mg bid
Dilacor 180mg ₃ am
          120mg ₅ pm

Allopurinol 100mg gd
Uindocin prn

3B y/o ♂ c.c. pt here for a cold in his chest X 2½ - 3 wks. Coughing productive ₹ green mucus. Tight chest no other real symptoms. Has had headache & plugged ears. AR

Symptoms started in chest - continue ₹ productive cough.

O: Mod congestion
   TM's dull
   pharynx + 2 erythema
   Cor - R23m
   lungs - coarse BS

A Bronchitis

P ZPAK —  [signature]

11-5-01 - Rite Aid - Lanoxin 250mcg #30 ↑ bid. RFX PRN G4/AR
Spring Pay

11-5-01 - Written Rx - Lanoxin 250mcg #120 ↑ bid RFX 6 G4/AR
Pt will pickup

11-19-01 - Rite Aid - Allopurinol 100mg #30 ↑ gd RFX 5 G4/Afredman RMA
Spring Pay

11-21-01 See Labs: Uric Acid 7-3
              LFT 'GPT 103
                  GOT 36 —  [signature]

DEMGL:0036

McCormack, Dan

Date 1-7-01
(L) BP 112/82  P____  R____
T____  Wt 116  Ht____
Allergies Sulfa
Ampacillin
Meds Lanoxin .25mg/bid
Diltiazem 180mg 8Am
120mg 8Pm
Allopurinol 100mg/qd
Indocin prn

38 4/00 → cc. pt had a real bad
case of gout on a week ago Thurs.
Lasted 2 wks, it is almost gone
now. AR

Severe (R) foot pain while camping.
Took Indocin c̄ some relief.
Drinks mod beer. Generally watches diet.
Very frustrated over recent attack.

O- Mild erythema dorsum (R) foot
no cellulitis.

U A 7.7
CMP ok

A: Gout              Diet reviewed
P: ↑ allopurinol 100 2g ⊕
U.A. CMP + appt 6 wks
↑ Fluids

1-24-02- Rite Aid - Allopurinol 100mg # 60 ī ⊙ d RFX3 G/A Rodman
Spring Fax                                              RMA

DEMGL 0035

PLAINTIFFS' EXHIBITS 012367

5-17

McCormack, Dan

Date 2·19·02
BP 130/92  P____  R____
T____  Wt 220  Ht____
Allergies Sulfa
Ampacillin
Meds Lanoxin .25mg bid
Dilacor 180mg § AM
120mg § pm
Allopurinol 100mg π g d

39 y/o ♂ c.c. pt here for f/u on his gout,
pt has been doing better on the increased
dose.
• ® ring finger started to gout - only lasted 24hr.
• In general improving.
O: See labs - Uric Acid 7.3
LFTs oh SGPT 76 (no change)

A: Gout - improving

P: Allopurinol 100mg π g D #120
Comp. Uric acid
in 3 mos

Date 5·20·02
BP 132/90  P____  R____
T____  Wt 220  Ht____
Allergies Sulfa
Ampacillin
Meds Lanoxin .25mg bid
Dilacor 180mg § AM
300 § 180mg § pm
Allopurinol 100mg π g d

39 y/o ♂ c.c. pt here for 3 month f/u, had
recent labs done also. Has had no major
gout attacks since last visit -
pt quit chewing 5 wks ago.

Minor pain in feet + access heals.
Uric acid 7.4

A: Gout stable
P: Cont current Allopurinol
LABS 2 mths
Comp /uA

? 5-02 - Express Pharm - Diltazem 300mg #90 † § AM } Rx ×3 6x/AR
Fax - (800) 323-0161  Diltazem 180mg #90 † § pm
see copy

DEMGL 0034

PLAINTIFFS' EXHIBITS 012368

5-18

— McCormack, Dan —.

Date 7-17-02
BP_____ P_____ R_____
T_____ Wt_____ Ht_____
Allergies _Sulfa_
_Ampicillin_
Meds Diltazem 300mg 8 AM
Diltazem 180mg 8 pm
Lanoxin .25mg 8d
Allopurnol 100mg ππ 8d

39 y/o ♂ c.c. Pt injured his (L) middle finger last night and jammed it into a bag @ softball. Pt thinks its the joint. Has trouble c̄ gout right now — AR

O: Mild, mod tenderness (L) 3rd finger PIP joint. Slight swelling

Pt returns with X-rays — no fracture

A: PIP sprain

P: Buddy tape prn —

Date 7-29-02
BP 140/72 P_____ R_____
T_____ Wt_____ Ht_____
Allergies _Sulfa_
_Ampicillin_
Meds Diltazem 300mg 8 AM
Diltazem 180mg 8 pm
Lanoxin .25mg 8d B10
Allopurnol 100mg ππ 8d

39 y/o ♂ c.c. pt here for a poss gout problem or an infected (R) big toe. Pt not sure. Started on Sat. AR

Pt cut toenails short a few days ago

O: Mod erythema + tenderness of toe. Small margin of possible abscess. I+D — mod amount of pus drained. Now feeling better.

A: Subungual abscess / Cellulitis

P: Keflex 500 #40 ī qID
Soaks bid
Remove toenail if abscess returns

DEMGL 0033

5-19

— McCornack, Dan —

Date 8-20-02
BP 116/82 P___ R___
T___ Wt___ Ht___
Allergies Sulfa
Ampicillin
Meds Diltiazem 300mg/qd
Diltiazem 180 ÷ 9pm
Lanoxin 0.25 ÷ BID
Allopurinal 100 ÷ ÷ qd

39 yo ♂ CC. follow up labs Re:
gout. No problems c̄ gout since
first of year ————— Md
Has liberalized diet s̄ problems.
Toe infection cleared up
finger sprain still bothers him somewhat

O: Cr 1.6
uric acid 7.9 (10.2 highest level)
SGPT 62
Mod swelling ⊕ 3rd finger PIP

A: Gout / finger sprain / Mild ↑ Cr

P: 3 mths - Dig level, Uric Acid, CMP

Date 11-20-02
BP 128/8x6P R___
T___ Wt 223 Ht___
Allergies Sulfa
Ampicillin
Meds Diltiazem 300 mg 9 am
Diltiazem 180 mg ÷ 9 pm
Lanoxin 0.25mg ÷ bid
Allopurinol 100mg ÷ ÷ qd

39 y/o ♂ CC. pt here for a 3 month fu
and lab results. Pt needs new
Rx's for all his meds, or/PR
mail away
- ⊕ foot swelling started 3 days ago but better today
- a few minor episodes of gout
- Has not been on diet
- ⊕ 3rd finger slowly healing. Still has painful grip

O: UA 8.2   Cr 1.4   Dig 1.5
No gout presently
Mod swelling + painful flexion PIP 3rd ⊕ finger
S/P dislocation
Mid July

A: Gout / Hx AFib

P: Zyloprim 300mg qD #90
Lipids/CMP/H+H/uric acid 3 mth
R Diltiazem 300 #60
"       180 #60  } RF6 - see copy, /PR
Lanoxin .25 #120

DEMGL 0032

Mc Cormack, Dan

(1) Date 2-19-03
BP 140/90 P 82 R
T _____ Wt 225 Ht _____
Allergies Sulfa
Ampicillin
Meds Diltiazem 300mg/am
Diltiazem 180mg/pm
Lanoxin 0.25mg T bid
Allopurinol 100mg T gd

40 y/o ♂ c.c. pt here for a 3month
flu on his labs. Has not had
any gout attacks, but has had some
fatigue. Pt has had some
chest pain off and on, not
severe. Feels it constantly
when laying down. In center
of his chest. Poss skin check.
for pre-ca check. Pt has had
indigestion problems also, wor:
at night. Burning in chest - or
@ night.

- Gout has been quiet
- Occas epigastric pain - some relief c Maalox
- Hx atrial dysrhythmia
- Hx of abnormal nevus - biopsy was ok
  by Dr Stanton.

O: Cor RRSM lungs clear Abd benign
   EKG - PAC's                    See labs
   2-3mm very dark nevus @ lumbar region -
   shave biopsy today - Inc 1% Xylo c epi
   Polysporin dressing

A: GERD/Gout/C.P. - not cardiac/PAC's
   Nevus - type?

P: CMP/lipids/UA 6 mth
   Zantac 300 g Pm #30 Rfx2
   Call if continued symptoms

2/21/03  R.A. attempt  Acyclovir 400 mg qid #20 herpes - mat

DEMGL:0031

5-21

— McCormack, Den —

Date 3-26-03
(L) BP 145/84  P____  R____
T____  Wt____  Ht____
Allergies Sulfa
Ampicillin
Meds (1) Hazem 300mg 8am
Diltiazem 180mg 8pm
Lanoxin 0.25mg bid
Allopurnol 100mg tid
Zantac 300mg 8pm

40 y/o ♂ c.c. Pt here to have a lesion rev, we bx it in Feb. Pt also has pain in the center of his lower back. Pt says the muscles tighten up, pt says it feels like the vertebra are rubbing together. This has been off and on for 2-3 wks.   —AR

O: Mod lumbar spasm c̄ limited flexion
No radiculitis.
Neuro intact
Back — multiple nevi
Area of dysplastic nevus shave bx is clear, no visible residual nevus

A  Lumbar spasm / Dysplastic nevus

P: Exercises given
Skin check August

5/28. Pt's wife called. Pt needs  ℞
Rx faxed to RiteAid. Spring St/PR for following meds. Diltiazem 300mg. Lanoxin 0.25mg. Also needs refill slips for Diltiazem & Dilacor 180mg. Meds needed for 1 wk due to other meds coming from mail away. Tx, Fran.
#238-5208
* done see flow sheet —AR

DEMGL 0030

McCormick, Dan

Date 8-19-03
BP 122/72 P____ R____
T____ Wt 208 Ht____
Allergies Sulfa
Ampicillin
Meds Diltiazem 200mg qAM
Diltiazem 180mg q PM
Lanoxin 6.25mg bid
Allopurinol 100mg q gt
Zantac 300mg q PM
Allopurinol 300 qD
ASA 325mg qD

40yo ♂ c.c. pt here for a 5 month
check up and lab results. Pt
thinks that he needs his eyes
checked, was hunting and could
not tell if he was looking at
a buck or doe.

- Has lost 15-18 lbs on Atkins diet.
- Maybe having problems c far vision - may have
  had retinal problem from Cordarone
- Zantac quite helpful helpful
- no recent gout attacks

O: Cor-freg irreg - Rate 80
   lungs clear
   Uric Acid 7.0
   CMP ok
   Cholesterol better

A: Gout / Hyperchol

P: Allopurinol 300 qD #60   > RF 6
   Zantac 300 qD #60
   lipids uric acid 6 mth   [signature]

11/25/03 pt wife clld - pt wld like refill on
Lanoxin + Diltiazem 300mg + Diltiazem
180 mg. Precision Rx. Cathy 238-5208 4 ?'s.
                                    T Brady
Faxed to Precision Rx - see copy - OK

1 x u. Pt called. Lanoxin will not arrive in time from mailaway.
Please fax Rx for 10 day supply to RA, Spring St. Fran.
# 239-1550.

DEMGL 0029

PLAINTIFFS' EXHIBITS 012373

5-23

~ McCormack, Dan ~

12/4/03- Rite Aid - Lanoxin .25mg #30 ← bid By4 Rodman
Spring fax                                              Prof

12/4/03 Patient notified by A Rodman RMA

1-15-04  Rita's wife called to say ins. has changed and
          pt. needs new scripts to mail away!
          Cartia - XT   300 mgs #90    90 x 3   please
          Diltiazem    180 mgs #90              call to pick up   Sur
          Lanoxin .25-      #180               at 338-5208
          Allopurinol  300 mgs #90
          Ranititidine  300 mgs #90
                                   Rx's written as above   it
                                                            AR

                              Clarification & Dx for above Rx's By
                                          See copy              AR

1/28/04 - Caremark - Clarification & Dx for above Rx's
            fax

1/30.  Pt's wife called. Requests Rx for Allopurinol x 7days to
        cover while mailaway meds are shipped. Pt to CB c
        which pharmacy they want to use.   Fran.
        R/A on Spring St.
        2-2-04- Rite Aid - Allopurinol 300mg #20 Tfd By4AR
              springfax

DEMGL:0028

PLAINTIFFS' EXHIBITS 012374

5-24

— McCormick, Dan —

Date 2-11-04
BP 172/72 P    R
T    Wt 201 Ht
Allergies Sulfa
Ampacillin
Meds
See med list

Rx ✓ B/p 148/8e

40y/o 0° c.c. pt here for concerns about his Atrial Fib, pt has been dealing with a lot more stress at his job lately. Pt had # some ① testicular pain for 2 days last WR, and then starting on Wed he started having trouble c̄ his stomach. ⫯R

↑ work stress. Afib more rapid recently.
Previously discussed Coumadin c̄ Dr. VanDolla
"Ulcer pain" x 2 days s̄ gastric burning now better. Severe ① scrotal pain intermittently x 3 days – not tender – LLQ "squeezing" pain
Tightness in neck at times
O: Anxious  HEENT- ok
Cor- Irreg   lungs clear    Abd benign
    sm                       Gent ok

A: Atrial Fib - chronic / HTN
   Gastritis
   ① ureteral stone ?
   Stress

P: ABD CT rend stone protocol
   CBC, Lipids, Dig Level, T4, T3H,
   Uric acid, H+H, Urine Analysis
   Protonix 40mg q̄D #21
   DC Zantac
   RTC 2 wk — ⫯E

CT 2-16-04,
Order faxed to T.I. ab

2-18-04 Discussed CT soa c̄ pt
441-4257   Please add CXR to order since he has "full"
           sensation in his neck — ⫯E

DEMGL 0027

PLAINTIFFS' EXHIBITS 012375

3-25

McCormack, Dan

Date _2-26-04_
BP 124/82 P___ R___
T___ Wt___ Ht___
Allergies _Sulfa_
_Ampacillin_
Meds
_Protonix 40mg qd_
_See med list_

41 y/o ♂ c̄ c̄. pt here for a 2wk flu and test results. Pt has been nervous about his test results, still has stiffness in his neck has c̄ tingling at times. Has had some discomfort around his side.

O: Abd CT shows multiple small nodes 1 1/3 cm max size
Discussed possible etiologies. Pt has been tired & stressed lately - No fever.
Mild lower abd discomfort
Exam - No adenopathy
HEENT ok
Cor - RRS m̄
lungs clear

A: Fatigue - normal labs

P: Repeat abd/Pelvic CT in 2mths

3/1/04. Pt called. Only has 2 Protonix left. Can he please have more Samples, plus, mail away Rx.
# 233-1550. Fran
Rx Protonix 40mg #90 R#3   Samples #14
3/1/04 Patient notified by _@Rodman RMA_
Kathy will pick up tomorrow—

DEMGL 0026

McCormack, Dan

Date 4-1-04
BP 140/90  P___  R___
T___  Wt___  Ht___
Allergies Sulfa/Septra
Ampicillin
Meds
See Med List

4/y/o ♂ c.c. pt here for a flu. Pt is still not feeling well, has been having good and bad days since his last visit. *AR Pt says the pain starts in his lower abdomin [struck] the intestines.

like in the intestines.

Pt continues c suprapubic pain that radiates into scrotum - both sides - much worse after BM c severe cramping. No diarrhea, constipation.
Initial symptoms around 2/8/04. Felt better for a while while now worse again.
ABD CT showed multiple small lymph nodes - should repeat this month

O: Cor-RRsm
Lungs clear
ABD - mild suprapubic tenderness
Rectal - normal. Heme neg

A: Low grade prostatitis?
Colon spasm
Lymphadenopathy on CT

P: Cipro 500mg #28 20
CBC, CRP, ESR, PSA
Repeat ABD pelvic CT 2-3wk

Name Dan McCormack
Doctor Mfm
Date 4/1/04
Collected by
voided        cath
yellow       bloody
straw        amber
clear        cloudy
hazy
Urobilinogen WNL
Glucose Neg
Ketones neg
Bilirubin +
Albumin/Protein + +
Nitrite neg
Leukocytes +
Blood neg
PH 5.0
Specific Gravity 1.020
Microscopic:
RBC, WBC, Casts, Mucus
Epithelial, Bacteria, Other
Comments
occas WBC
1 cast?
DiaScreen Urinalysis

4/1/04· Samples of Cipro XR 1000mg given to pt to take one a day x 10 days - +XRodineux RMH

DEMGL 0025

McCormack, Dan

Date 4-26-04
LAP 133/00 P    R
T____ Wt____ Ht____
Allergies Sulfa, Septra
Ampicillin
Meds ____
See med list

4/y/o → C.C. pt here for a flu, pt had the lower abdominal pain that radiates into the groin on Thurs, Friday and Sat last wk. Pt states that he thinks there is something connected to his BM's. Pt still has the tightness in his throat, is concerned that he chewed tobacco for the last 20-30 years. Pt saw Dr. VonDollen last wk and had a good checked. — AR

Felt much better c̄ Cipro. Had some recurrence of pain in suprapubic area & groin. He nervous _____ as a child

O: ABD CT - minor adenopathy unchanged
pharynx ok   Cor-AREM nodes ø
Abd soft

A: Lower Abd pain / lymphadenopathy

P: BE
   GI referral — ∅

4-29-04 pt phoned ref to Dr Zovich but he doesn't take his insurance. He would like another ref to GI. Ref pt to Dr. Colbert for abd pain. KA

5-3-04 Notes faxed to Dr Fulbeck per pt's request. Pt will try to get sooner appt. ab

C.C. GI's not contracted c̄ CCN. ab

DEMGL 0024

— McCormack, Dan —

5/10/04 – Spoke c̄ pt. re: BE results. Pt was wondering if you steelwanted him to see the gastro. Has an appt 6/17, but he hasn't had any lower abdominal pain in 2wks. Also wanted to know when you wanted to see him next. AKalman RMA

- He may cancel c̄ GI if feeling fine
- Follow up here in August

5/10/04  Patient notified by AKalman RMA
          c̄ mom

1/1/04 – Caremark – Protonix 40mg #90 Tgd  No changes 6/far
              fax                        faxed to Case management

DEMGL:0023

5-28

McCormack, Dan

Date 8-2-04
BP 147/84   P___   R___
T___   Wt 256   Ht___
Allergies Sulfa, Septra
Ampicillin
Meds See med
List

41 y/o ♂ c.c. pt here for a flu from April. Pt is still having lower abdominal pain that radiates up into his neck. He's real concerned about the lymph node problem. He's wondering if this is a combo of the stress & diverticulitis that is causing the abdominal pain. ↗R

Intermittently feels terrible c̄ myalgias, fatigue, lower abd pains. Occas tingling in hands. Long term back + neck problems. If ever Has gout. Work stressful

O: HEENT- WNL
    Cor - RRR
    lungs clear
    Abd. Ø masses
    Adenopathy Ø

A: Fatigue, Myalgias, Const, Adenopathy

P   Repeat Abd CT
    CMP, lipids, B12, CK, Uric Acid, TSH,
    ESR H+H ANA CRP RA HLAB27
    Consider MRI neck + lumbar
    RTC 2 wk ⟶                    ✍

DEMGL 0022

PLAINTIFFS' EXHIBITS 012380

5-30

Mc Cormack, Dan

Date 8-16-04
BP 130/94 P____ R____
T____ Wt____ Ht____
Allergies Sulfa, Septra
Ampicillin
Meds See med list

4/4/0 ♂ C.C. pt here for a 2wk flu and test results. pt was feeling better and then friday he had the lower abdominal pain, but it only lasted a couple of hours and then was gone. Now has DD and on and off pain at times.

Pain sometimes in genitals, perineum.
∅ Dysuria - Continues c intermittent fatigue

O: ⊕ HLA B27   neg ANA
pt's Abd CT is unchanged c shotty nodes

A: Fatigue, back pain, genital pain
Neck pain - Reiter's? Ankylosing Spondilitis?
⊕ HLA B27 / Gout

P: Refer to Dr Eibschutz
XRAY C/L spine

8-16-04 Faxed records & labs to
Eibschutz.

8-26-04 PC from pt's wife requesting ref to Rheumatologist in Palo Alto
since pt can be seen earlier to Dr. Genovese in Palo Alto
done fax # 650-725-8418.
ok

4.14.04 last years med recs copied — pt to pick up for
appt w/ Rheumatologist. Thanks

DEMGL 0021

PLAINTIFFS' EXHIBITS 012381

5-31

— McCormack, Dan —

10/11/04 - Written Rx — Diltiazem 300mg #90 T ḡ AM
LMOM that                Diltiazem 180mg #90 T ḡ pm        RX 3 %
Rx's were ready          Lanoxin 0.25mg #270 TII ḡ cl
to pick up               Allopurinol 100mg #270 TII ḡ cl

10/14/04   See MRI
           Left message on cell voice mail Re: L₅S₁ disc protrusion
done KM     Refer to Dr Carr — ḡ

10/26/04 - Rite Aid —  Diltiazem 300mg #30 T ḡ dm RFX / year  ḡ4
           Spring fax   Diltiazem 180mg #30 T ḡ pm RFX 6       #AR

1/28/05 - Pt's wife called said we wrote his Lanoxin Rx
wrong when we wrote it. So he needed a new
written Rx that had a sig of bid and Qvant
of #180 - #Krodmanrma
Written Rx - Lanoxin .25mg #180 T bid RFX 3 6/year
LMOM - Rx was ready - #Rodmanrma

2/16/05 - Rite Aid - Lanoxin 0.25mg #20 T bid  (NR) 6/#Krodmanrma
          spring fax

2-17-05  Rx Prevacid 30mg #90 RF3

3-9-05 - CareMark - Rx for Prevacid faxed to them / no change in Rx 30mg 6/
fax                                                                  faxed

DEMGL:0020

McCormack, Dan

Date 3-17-05
BP 134/82   P 70's
T   W: 270   Ht
Allergies: Sulfa, Septra
Ampacillin
Meds: See Med List

42 y/o ♂ c.c. pt here for o flu
on everything that had been going
on. Had been going through
a lot of test and wonders if
it is time to get another CT.
Has been having more abdominal
pain lately. Has been dealing
with the cold and body aches.

- Dan has been the to Stanford twice =
  ⊕ HLA B27. Last visit was in December.
- Probably not Ankylosing Spondylitis / Reiters
- He continues ⊂ intermittent lower abd pains.
- URI x 3 in past few weeks & fever
- Gout under good control

O: HEENT - & nodes   Cor RRR m ( chronic A Fib )
   lungs clear   Abd benign
   Reviewed old Scans

A: Abdominal adenopathy / Gout / ⊕ HLA B27
   Viral URI / Chronic Afib / Arthralgias

P: CMP, uric acid, lipids, CBC
   ABD CT for adenopathy   - /R

DEMGL:0019

PLAINTIFFS' EXHIBITS 012383

5-33

McCormack, Dan

Date 8-18-05

BP 137/78   P___   R___

T___   Wt 218   Ht___

Allergies Sulfa, Septra
Ampacillin

Meds
See Med List
Advil prn

42 y/o ♂ c.c. pt here for pain in his neck, Ⓡ shoulder blade, shoulder, then his Ⓡ arm became numb. Pt says the severe pain is gone, until he lays down or sits a certain way. Pt says his shoulder aches almost all the time. AR Needs Rx's for all - his meds —

Severe pain about 3½ wk ago. Pain started in Ⓡ shoulder blade, radiated to neck, then down Ⓡ arm.
Some relief c̄ chiropractic treatment.
Cervical radiculitis down last arm into fingers 3-4-5.
Acute pain in neck is a little better, but arm is worse

O: Mild limitation neck ROM
   Sensory: numbness intermittent in C6-C7-C8 distribution
   Motor intact in both arms
   X-ray C6-7 DDD 1 yr ago

A: Cervical radiculitis (R)
   Probably C7 nerve root

P: MRI - C Spine
   Spine Specialist Referral
   & all meds 3mth R43    — [signature]

8-18-05 PC Kathy. Disc protrusion C56
Referring to Spine specialist
                                    [signature]

1/21/05 - Rite Aid - Allopurinol 300mg. #20  T.Gd  Gr/Rodman
Spring, fax                                              Notes faxed to Dr Carr - abs

DEMGL:0018

PLAINTIFFS' EXHIBITS 012384                              5-34

~ McCormack, Dan ~

11/6/06 - CareMark - Reg Prinacid Did to Prinacid Solutab Gi/AS
Fax

DEMGL 0017

PLAINTIFFS' EXHIBITS 012385

5-35

McCormack, Dan

11/23/05 - Pt needs a 2wk supply of his meds, until his
mail order comes in -
Rite Aid - Diltiazem CD 300mg #15 ī ǧ AM
Springfax   Diltiazem CD 180mg #15 ī ǧ PM  G4/5R
Lanoxin 0.25mg #30 ī bid

Date 7/31/06
BP 118/72   P       R
T      Wt 226e  Ht
Allergies Sulfa, Septra
Ampicillin
Meds _____

PmH- AFib
- gout
- DDD C-spine/L spine
⊕ HLA-B27
ABd adenopathy - chronic/stable
renal stone
COPD

SH - Smoke & Etoh rare
FH - Father: colon polyps - precancerous

43 y/o g.c.c. pt here for his annual
physical and annual lab results.
Physical and annual lab results.
Its having a lot of trouble with his
back again, so he wants to discuss
that. Has also been having trouble
with swelling in his ankles.
off and on. No pain when they
are swollen. Started in June.
Say he has noticed that he gets up
more at night to urinate, doesn't know
if its age related.

Had back adjustments ē Dr Nicklas ē some relief. L5S1 pain + can't
sleep. Previously saw Dr Carr. Some radiation down ® buttock +
tingling into ® foot. Considered epidural steroids. Twisted it playing
golf.

O: NAD   HEENT- WNL   Cor TRRS/m  lungs clear  ABd benign
Small umbilical hernia. Ext WNL   Rectal ok. Prostate ok.
neuro ok                                   Home ng

A   Pt/ Hx AFib/Gout/DDD  C+L spine - now c care @ leg radiculitis

Notes faxed to
Dr Custer's ofc

P:  Referral for colonoscopy      Refer to Dr Carr
CMP, lipids, PSA, U.A, H.H, Digoxin
Rx Vicodin 5mg #40
TRH Indocin for back pain

1/2

LMOpy 7/31/06, Km

DEMGL 0016

McCormick, Dan

43 y/o ♂ C.C. pt here for a f/u on his labs. Pt says the on occassion he gets a cold sweat and his hands get really cold, this happened the day he had his blood drawn. The labs tech was concerned because they had a hard time getting blood.

Pt c/o persistent fatigue. Hx A-fib since early 20's – followed by Dr VanDolla. No eval x 2 yrs.

O – Occas pedal edema - which could be from Ca++ blocker
- Labs show ↑ TRIG Pt has high fat diet & has gained 10 lbs in past year
- See labs
- Car – Irreg rate 60's
    lungs clear

A: Atrial fib – chronic
    Fatigue
    Hyperlipidemia

P: Dr VanDollen re-evaluation        Discussed low fat
    Ablation?                        diet & wt loss
    Coumadin?

10/19/06 – Written Rx – Diltiazem CD 310mg #90 ī 8 Am
pt will pick up                Diltiazem CD 180mg #90 ī 8 Pm
   up Rx                       Lanoxin 0.25mg #180 ī bid
                               Allopurinol 100mg #270 ī q eee
                               Prevacid 30mg #90 ī 8 a

RF x 3 6 × /yr

DEMGL:0015

---

Date 8-24-06
BP 124/84   P        R
T        Wt 220   Ht
Allergies Sulfa, Septra
          Ampicillin
Meds See Med List

441 4258

— McCornack, Dan —

2/6/07 - CareMark - Prevacid Sol Tab 30mg #90 ÷ gd RFx3 Gly/Ag
fax

Date 3/2/07
LP 130/84 P 84 R
T ___  Wt 225 Ht
Allergies Sulfa, Septra
    Ampicillin
Meds ___
    See med list

44 y/o ♂ c.c. pt here b/c last pm, he
started feeling sharp pains under his Ⓛ
arm pit, then went down his Ⓛ arm, under
Ⓛ shoulder blade, Ⓛ hand went numb, still
a little numb this am, denies SOB, chest pain. most of
the time he doesn't feel good. still having some
pain in his Ⓛ chest. sees Dr. VonDollen.
    (?) diaphoresis ⊘ Chest pressure c̄ pain ↑↑
S: - Afib - see' Von Dollen   Smokes Ⓛ
    10 yrs ago Ⓝ Stress test.          arm
- Some Back "spasms" last            GERD
        few days            pmH: Afib
        Ⓛ wkness /numbness         Gout.
O/E. Genl: 📷, mod obese.           HLA B27 ⊕
    lrg: TRRR, ø m Ⓛ upper ext       ? Anky Wrms grand
    Resp: Clear         Ⓝ Sens         kSHi tonsils
                Reflexes             knee surg
    Abd: soft NT                    FH: CAD 70' grandpa
    ext: ⊕ Tinnel
        Bil wrist.
    Ⓛ arm shoulder
        Ⓝ Rom NT               done
                            Stat ✓
A) ① Afib - cont Coumadin
   ② Cⓟ - unlikely cardiac
        since pt has ⊖ trop, CPK
   ③ Back strain c̄ slight
        cervical Radiculopath
F/u prn              I Br

DEMGL 0014

Mc Cornack, Dan

Date 4-30-07
BP 138/88 P___ R
T___ Wt 227 Ht
Allergies Sulfa, Septra
Ampacillin
Meds
See Med List

44 y/o ♂ c.c. has burning in his mouth has a spot of concern. Quit chewing tabacco about 2 months ago and then 6 wks ago the burning started. Thinks its time for his annual labs and just review his last visit. AS

- Colonoscopy in Jan - one small polyp.
- noticed possible white spot inside ① upper lip this Am.
- Also burning sensation in jaw at times, bilaterally - Hx TMJ.
- Mother recently started c psoriasis. He is HLA B27 ① and has intermittent rash on knuckles for years.
- also discussed work stress & his possible depression symptoms. Some lack of motivation & loss of interest in fun activities

O: 2 mm raised red spot on mucosa ① upper lip
Affect & insight normal
See labs

A: ORAL LESION; High lipids; Stress reaction

P: ENT referral                                Ref to Dr Minton. ab
RTC p labs = Dig, CMP, lipids, uric acid, TSH
                                                                    ⌇

DEMGL 0013

PLAINTIFFS' EXHIBITS 012389

5-39

McCormack, Dan

Date 6-4-07
BP 130/72 P        R
T        Wt        Ht
Allergies Sulfa, Septra
Ampacillin
Meds See med hist

44 y/o ♂ c.c. 1 month flu and labs results. Saw Dr. Bukachevsky and was not impressed with him. Has an appt c̄ Redwood City to discuss AF an ablassion done.

Dr Winkle @ Redwood for possible ablation, June 25th for his chronic atrial fib. Oral lesion still "feels funny" at times. He may recheck c̄ Dr. Buchadevsky.
⊕ HLA B27. Mother c psoriasis. He would like to see Rheumatology

D: See labs  Uric Acid 8.0  Chol 262  HDL 36  TRIG 620
   Cor occas irreg.
   lungs clear

A: Gout / Hyperlipidemia / chronic A Fib

P: lipids, uric acid 3 mths
   Low fat, low purine diet.
   We discussed med options —

DEMGL:0012

5-40

McCormack, Dan

Date 9-6-07
BP 112/72 P
T    Wt 209 Ht
Allergies Sulfa
Sepra, Ampicillin
Meds
See med list

44 y/o ♂ c.c 3 month f/u and, labs results. Needs new Rx's for mail away. Wants to discuss his visit with Dr. Bukachevsky. He continues w/ pain and a metalic taste in his mouth. Numbness and tingling in gums.

He has been on a strict diet and wants to avoid statin. Gout has been under fairly good control. He likes beer and realizes it may contribute to gout.
Intermittent small lesions on ® upper lip. Dr B says no oral cancer. He has a hx of cold sores.

O: See labs 8/31/07

HEENT- ® upper lip just inside mouth ~ 2 1mm vesicles
No leukoplakia

Cor RRSM Lungs clear Abd benign Extrem

A: Herpes Simplex I - intermittent, chronic
Hyperlipidemia / Gout / Hx Abd

P: Cont diet/meds
Lipids, Uric acid in Jan → appt                Rx Lovir/stat

9-6-07- Written Rx's- Diltiazem CD 300mg ⑧ am #90
Diltiazem CD 180mg ⑧ pm #90        } RF03 6x ✓
Lanoxin 0.25mg T bid #180
Allopurinol 100mg #270 T̄ī qd
Pravachol 30mg #90 T po qd

11/16/07 - Caremark - Pravachol 30mg #90 T daily RF x3 WS/gs

DEMGL 0011

PLAINTIFFS' EXHIBITS 012391                    5-41

McCormack, Dan

Date 12-5-07
BP 126/78  P____  R____
T____  Wt 234  Ht____
Allergies Sulfa, Ampicillin
Septra
Meds
See Med Hist

44 y/o ♂ C.C. eye irritation, redness, in the ® eye there looks like there is a lesion near the iris of his eye. Eye site is fine. Eyes do burn a little AS

O. Small pterygium OD c̄ med scleral injection
   No encroachment on iris
   Ant chamber clear

A. Pterygium

P. Eye protection
   Refresh drops — ⨍

DEMGL 0010

Date 1-8-08                            McCormack, Dan
BP 146/86   P      R
T           W 225th                    44 y/o ♂ c̄. 4 month f/u and
Allergies _____                      lab results. Desired labs/9 TRIG
Ampicillin                             wt gain/gout.
Meds
See Med List

O: See labs

A: Hyperlipidemia + low HDL
   Wt gain
   Gout

   Discussed diet/exercise

P: Simvastatin 20mg #90
   LFT, URIC Acid, lipid panel 3-4%  + appt
   PSA, DIG level            ⎯ [signature]


1-22-08   PC pt: says simvastatin is causing nausea, neck + back
          pain, HA. Feels much better as soon as he stops taking
226-3132  it. What to do? ab
wk        1/23  ✓M - Can try another statin - call me [signature]


1-23-08   PC pt willing to try another med. Fax Target.
          Call if you need to speak to him. ab
441-4257  1/24   LOVASTATIN 20mg 1 gm #30 R#2 [signature]
                          faxed [initials]


3-31-08 PC Kathy  Pt expired from heart attack while camping.
        No chest pain. Wife awakened by his agonal respirations.
        He expired in the field. Autopsy showed MI. She has
        good family/friend support [signature]

DEMGL:0009

McCormack, Dan

Date _____ 5-13-08
BP _____ P _____ R _____
T _____ Wt _____ Ht _____
Allergies _____
_____
Meds _____
_____

Pt Wife-
  She is concerned he may have been on
recalled Digoxin & it may have contributed
to his MI. However his Dig level was Ø.
Puzzling because he always took his meds.
We reviewed his med list and signs of
Dig toxicity- /rz

DEMGL:0008

5-44



545

# TWIN CITIES COMMUNITY HOSPITAL
1100 LAS TABLAS ROAD
TEMPLETON, CA 93465

CLINICAL LABORATORY
C.L. DOUGLAS, M.D.
DIRECTOR
PHONE 805/434-4501

Patient Name  MCCORNACK, DANIEL E  
MED RECORD #  (0000)0103430  
Admit Phys  LEMM, GORDON MD

Birthdate  02/15/63  Sex  M

Consulting Phys

Location  LA

| DATE/TIME COLLECTED | PROCEDURE | UNITS | LOW | NORMAL | HIGH | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| 08/18/94 0805 | | | | | | |
| | GLUCOSE RANDOM | MG/DL | | 99 | | (65-105) |
| | UREA NITROGEN | MG/DL | | 19 | | (6-19) |
| | CREATININE | MG/DL | | 1.5 | | (.7-1.5) |
| | SODIUM | MEQ/L | | 142 | | (135-145) |
| | POTASSIUM | MEQ/L | | 4.2 | | (3.6-5.0) |
| | CHLORIDE | MEQ/L | | 108 | | (101-111) |
| | CALCIUM | MG/DL | | 9.6 | | (8.4-10.2) |
| | URIC ACID SERUM | MG/DL | | | 7.7  H | (3.4-7.0) |
| | CHOLESTEROL | MG/DL | | | 213  H | (140-200) |
| | LDH | IU/L | | 161 | | (118-273) |
| | TOTAL PROTEIN | GM/DL | | 7.1 | | (6.0-8.0) |
| | ALBUMIN | GM/DL | | 4.9 | | (3.5-5.5) |
| | GLOBULIN | GM/DL | | 2.2 | | (2.0-4.0) |
| | A/G RATIO | | | 2.2 | | (1.1-2.2) |
| | ALK PHOS | IU/L | | 155 | | (115-282) |
| | SGOT(AST) | IU/L | | 28 | | (0-37) |
| | SGPT(ALT) | IU/L | | | 79  H | (0-40) |
| | BILIRUBIN TOTAL | MG/DL | | | 1.1  H | (0.0-1.0) |
| | PHOSPHORUS | MG/DL | | 3.9 | | (2.5-4.5) |
| | TRIGLYCERIDES | MG/DL | | 156 | | (50-200) |
| | T4 | UG/DL | | 8.8 | | (4.2-11.8) |
| | T3 UPTAKE | % | | 35.0 | | (27.8-40.7) |
| | T7 | | | 3.1 | | (1.4-4.6) |
| 08/18/94 0805 AUTOMATED BLOOD COUNT | | | | | | |
| | WBC | 10^3 | | 7.3 | | (4.8-10.8) |
| | RBC | 10^6 | | 5.51 | | (3.80-6.01) |
| | HGB | G/DL | | 15.8 | | (12.7-17.1) |
| | HCT | % | | 47.6 | | (36.7-50.3) |
| | MCV | FL | | 86.3 | | (81.7-100.5) |
| | MCHC | % | | 33.2 | | (32.8-35.6) |
| | RDW % | % | | 12.8 | | (11.1-14.7) |
| | PLATELET CT | 10^3 | | 162  f | | (130-400) |

Footnotes  
H=HIGH, f = Footnote

Patient Name  MCCORNACK, DANIEL E        Printed  08/18/94  13:15        Page  1        Continued......

2477 (12/92)

PLAINTIFFS' EXHIBITS 012396

DEMGL:0091

5-46

**TWIN CITIES**
**COMMUNITY HOSPITAL**
1100 LAS TABLAS ROAD
TEMPLETON, CA 93465

CLINICAL LABORATORY
C.L. DOUGLAS, M.D.
DIRECTOR
PHONE 805/434-4501

Patient Name  MCCORNACK, DANIEL E          Birthdate  02/15/63  Sex  M          Location     LA
MED RECORD #   (0000)0103430
Admit Phys  LEMM, GORDON MD          Consulting Phys

| DATE/TIME COLLECTED | PROCEDURE | UNITS | LOW | NORMAL | HIGH | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| PLATELET CT.... | ——— | ——— | ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE. | | | |
| | | "INCREASE" | =>400,000/CMM | | | |
| | | "NORMAL" | =130,000-400,000/CMM | | | |
| | | "SLIDECR" | =100,000-130,000/CMM | | | |
| | | "DECREASD" | =50,000-100,000/CMM | | | |
| | | "MARKDECR" | =<50,000/CMM | | | |

08/18/94

| | | | | | | |
|---|---|---|---|---|---|---|
| U GLUCOSE | | | | NEG | | (NEG ) |
| U BILIRUBIN | | | | NEG | | (NEG ) |
| U KETONES | | | | NEG | | (NEG ) |
| U SP GRAVITY | | | | 1.020 | | |
| U BLOOD | | | | NEG | | (NEG ) |
| U PH | | | | 5.0 | | |
| U PROTEIN | | | | NEG | | (NEG ) |
| U UROBILINOGEN | | | | NEG | | (NEG ) |
| U NITRATE | | | | NEG | | (NEG ) |
| U LEUK ESTERASE | | | | NEG | | (NEG ) |

ient Name  MCCORNACK, DANIEL E          Printed  08/18/94  13:15          Page     2          END OF REPORT

2477 (12/92)

PLAINTIFFS' EXHIBITS 012397          DEMGL:0092     5-47

**TWIN CITIES**
**COMMUNITY HOSPITAL**
1100 LAS TABLAS ROAD
TEMPLETON, CA 93465

CLINICAL LABORATORY
C.L. DOUGLAS M.D., DIRECTOR
JAMES B. HANNA M.D.   STEVEN B. JOBST M.D.
DAVID M. LAWRENCE M.D.
LAB PHONE 805 / 434-4501

Patient Name  MCCORNACK, DANIEL E        Birthdate  02/15/63  Sex  M        Location  IA
MED RECORD #  (0000)0103430
Admit Phys  LEMM, GORDON MD        Consulting Phys  VONDOLLEN, L. MD  INT

LAST DOSE  03-24-95  0730

| DATE/TIME COLLECTED | PROCEDURE | UNITS | LOW | NORMAL | HIGH | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| 03/24/95 1630 | | | | | | |
| | T4 | UG/DL | | 8.9 | | (4.2-11.8) |
| | T3 UPTAKE | % | | 34.5 | | (27.8-40.7) |
| | T7 | | | 3.1 | | (1.4-4.6) |
| | TSH | mIU/ML | | 1.56 | | (.32-5.00) |
| 03/24/95 1630 | | | | | | |
| | DIGOXIN | NG/ML | | (1.4)  f | | (0.8-2.0) |

DIGOXIN........ ———  —— ADULTS: < 0.5 NG/ML LIKELY INDICATES UNDERDIGITALIZATION.
THERAPEUTIC: 1.0-2.0 NG/ML.
TOXIC: MORE THAN 3.0 NG/ML.

**Footnotes**
f = Footnote

atient Name  MCCORNACK, DANIEL E        Printed  03/27/95  08:14        Page    1        END OF REPORT

2477 (7/94)

PLAINTIFFS' EXHIBITS 012398

DEMGL:0090
5-48

JUN-14-2001  10:23                                                                    P.03/03

Patient Name MCCORMACK, DANIEL E      Medical Record Number (0000)0103430
Nursing Station LA      Room
Admit Phys LEMM, GORDON MD      Consulting FORAN, M.B.      Referring   FORAN, M.B.

--------------------------------------------------------------------------------------------

HEMATOLOGY

A Smear Review or Manual Differential may be ordered per protocol to confirm prelim automated WBC classification as indicated.

|  |  |  | Specimen Date | 06/05/01 |
|--|--|--|---|---|
|  |  |  | Specimen Time | 0820 |
|  |  |  | Weekday/Day of Stay | TUE 002 |
| Procedure | Ref Range | Unit |  |  |
| AUTOMATED BLOOD COUNT |  |  |  |  |
| PLATELET CT | (130-400) | 10^3 |  | 154 f |
| AUTO LYMPH % | (20.0-40.0) | % |  | 23.1 |
| AUTO MONOS % | (5.0-11.0) | % |  | 9.3 |
| AUTO GRAN % | (42.0-75.0) | % |  | 65.3 |
| AUTO EOS % | (0.0-8.0) | % |  | 2.1 |
| AUTO BASO % | (0.0-5.0) | % |  | 0.2 |
| ABS LYMPHS | (1.0-4.3) | 10^3 |  | 2.2 |
| ABS MONOCYTES | (0.2-1.1) | 10^3 |  | 0.9 |
| ABS GRANULOCYTE | (2.0-8.1) | 10^3 |  | 6.4 |
| ABS EOSINOPHILS | (0.0-0.9) | 10^3 |  | 0.2 |
| ABS BASOPHILS | (0.0-0.5) | 10^3 |  | 0.0 |

PLATELET CT (Initial -- Current)
                    ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
                    "INCREASE" =>400,000/CMM
                    "NORMAL"  =130,000-400,000/CMM
                    "SLTDECR" =100,000-130,000/CMM
                    "DECREASD" =50,000-100,000/CMM
                    "MARKDECR" =<50,000/CMM

Footnotes
f = Footnote

Patient Name MCCORMACK, DANIEL E      Printed 06/14/01 1017      Page   3      END OF REPORT
                    *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY. IF RECEIVED IN ERROR, PLEASE CALL 434-4501.]

                                                                    TOTAL P.03
                                                                    DEMGL:0089

PLAINTIFFS' EXHIBITS 012399

5-49

JUN-14-2001  10:22                                                                      P.02/03

Patient Name MCCORMACK, DANIEL E       Medical Record Number  (0000)0103430
Nursing Station LA    Room
Admit Phys LEMM, GORDON MD          Consulting FORAN, M.B.              Referring  FORAN, M.B.

-------------------------------------------------------------------------------------
                                    CARDIAC RISK PROFILE
-------------------------------------------------------------------------------------

                        Specimen Date   06/05/01
                        Specimen Time   0820
                     Weekday/Day of Stay    TUE 002
Procedure         Ref Range    Unit
 CHOL/HDL RATIO                           4.7 f
CHOL/HDL RATIO (02/22/00 -- Current)
          CORONARY HEART DISEASE RISK        TOTAL CHOLESTEROL/HDL CHOLESTEROL RATIO

          1/2 STANDARD RISK                          3.4
          STANDARD RISK FEMALE                        4.4
          STANDARD RISK MALE                          5.0
          2X STANDARD RISK FEMALE                      7.1
          2X STANDARD RISK MALE                        9.6
          3X STANDARD RISK FEMALE                     11.0
          3X STANDARD RISK MALE                       23.4

          *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS WITH A
          TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

          *LDL VALUES 130-159 (BORDERLINE RISK)  :  LDL VALUES >160 (HIGH RISK)

-------------------------------------------------------------------------------------
                                    SPECIAL CHEMISTRY
-------------------------------------------------------------------------------------

                        Specimen Date   06/05/01
                        Specimen Time   0820
                     Weekday/Day of Stay    TUE 002
Procedure         Ref Range    Unit
 TSH             (.32-5.00)  mIU/ML    2.29

-------------------------------------------------------------------------------------
                                    HEMATOLOGY
A Smear Review or Manual Differential may be ordered per protocol to confirm prelim automated WBC classification as indicated.

                        Specimen Date   06/05/01
                        Specimen Time   0820
                     Weekday/Day of Stay    TUE 002
Procedure         Ref Range    Unit
      AUTOMATED BLOOD COUNT
 WBC             (4.8-10.8)  10^3     9.7
 RBC             (3.80-6.01) 10^6     5.37
 HGB             (12.7-17.1) G/DL    16.4
 HCT             (36.7-50.3)  %      48.2
 MCV             (81.7-100.5) FL     89.7
 MCHC            (32.8-35.6)  %      34.0
 RDW %           (11.1-14.7)  %      12.4

Footnotes
 f = Footnote

MCCORMACK, DANIEL E      06/14/01  1017    2                    CONTINUED......
                    *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

PLAINTIFFS' EXHIBITS 012400                DEMGL:0088        5-50

JUN-14-2001  10:22                                                                    P.01/03

Printed  06/14/01  Time  1017          TWIN CITIES COMMUNITY HOSPITAL        **STAT REPORT**
Page     1                                    Clinical Laboratory           **PHONE REPORT*
                                              1100 Las Tablas Road           **EXPEDITE REPORT**
                                           Templeton, California 93465
                                           C.L.Douglas M.D .,Director

          James B. Hannah, M.D.      Steven B. Jobst, M. D. .   David M. Lawrence, M.D.     PATHOLOGISTS


Patient Name MCCORMACK, DANIEL E        Medical Record Number (000010103430     Birthdate   02/15/1963
Nursing Station  LA    Room Number
Admit Phys  LEMM, GORDON MD           Consulting FORAN, M.B.               Referring  FORAN, M.B.

------------------------------------------------------------------------------------------------
                                           CHEMISTRY
------------------------------------------------------------------------------------------------

                      Specimen Date    06/05/01
                      Specimen Time    0820
                      Weekday/Day of Stay   TUE 002
Procedure        Ref Range    Unit
      ROUTINE CHEMISTRY
GLUCOSE RANDOM      (70-110)    MG/DL       105
UREA NITROGEN      (8-21)       MG/DL        23 H
CREATININE         (.9-1.5)     MG/DL       1.2
SODIUM             (134-145)    MEQ/L       138
POTASSIUM          (3.5-5.1)    MEQ/L       4.6
CHLORIDE           (98-107)     MEQ/L       100
TOTAL CO2          (21.0-31.0)  MEQ/L       29.6
ANION GAP                                   13.0
CALCIUM            (8.4-10.4)   MG/DL       9.9
TOTAL PROTEIN      (6.0-8.3)    GM/DL       6.9
ALBUMIN            (3.5-5.0)    GM/DL       4.8
ALK PHOS           (45-122)     IU/L        60
SGOT(AST)          (10-34)      IU/L        22
SGPT(ALT)          (10-44)      IU/L        46 H
BILIRUBIN TOTAL    (0.2-1.3)    MG/DL       1.0


------------------------------------------------------------------------------------------------
                                      CARDIAC RISK PROFILE
------------------------------------------------------------------------------------------------

                      Specimen Date    06/05/01
                      Specimen Time    0820
                      Weekday/Day of Stay   TUE 002
Procedure        Ref Range    Unit
CHOLESTEROL        (100-200)    MG/DL       212 H
TRIGLYCERIDES      (40-160)     MG/DL       263 H
HDL CHOLESTEROL    (35.0-55.0)  MG/DL       44.7
LDL CHOLESTEROL    (0-130)      MG/DL       115


Footnotes
H = High

MCCORMACK, DANIEL E        06/14/01  1017    1                           CONTINUED......
                           *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

PLAINTIFFS' EXHIBITS 012401

DEMGL:0087

5-51

Patient Name MCCORNACK, DANIEL E          Medical Record Number   (0000)0103430                    ** OUTPATIENT FINAL REPORT *
Nursing Station LA    Room
Admit Phys LEMM, GORDON MD              Consulting  WATSON.D(959LASTABL)              Referring  YAMAGATA, NELSON

---

### SPECIAL HEMATOLOGY

|  | Specimen Date | 08/01/01 |
|---|---|---|
|  | Specimen Time | 0855 |
|  | Weekday/Day of Stay | WED 002 |
| Procedure | Ref Range | Unit |
| SED RATE | (0-10) | MM/HR | 10 |

---

### SEROLOGY/IMMUNOLOGY

|  | Specimen Date | 08/01/01 |
|---|---|---|
|  | Specimen Time | 0855 |
|  | Weekday/Day of Stay | WED 002 |
| Procedure | Ref Range | Unit |
| RA FACTOR TITER | (0-10) | IU/ML | 9 |
| CRP | (0.0-0.5) | MG/DL | 0.2 |

---

### REFERENCE LABORATORY SECTION

|  | Specimen Date | 08/01/01 |
|---|---|---|
|  | Specimen Time | 0855 |
|  | Weekday/Day of Stay | WED 002 |
| Procedure | Ref Range | Unit |
| VIT B-12 | | pg/mL | SEE REPT |

SIERRA VISTA HOSPITAL

ANA SKBL @                    SEE REPT

SMITH KLINE LABORATORIES

RPR                          SEE REPT

SIERRA VISTA HOSPITAL

PLAINTIFFS' EXHIBITS 012402

DEMGL:0086

5-52

Printed  08/02/01  Time  0632          TWIN CITIES COMMUNITY HOSPITAL
       1                                    Clinical Laboratory
                                           1100 Las Tablas Road                    ***OUTPATIENT FINAL REPORT***
                                        Templeton, California 93465
                                         C.L.Douglas M.D .,Director

Patient Name  MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430      Birthdate    02/15/1963
Nursing Station  LA     Room Number
Admit Phys  LEMM, GORDON MD              Consulting  WATSON,D(959LASTABL)          Referring  YAMAGATA, NELSON
MISSION MEDICAL CLIN HIST #

LAST DOSE 7-31 0S00

---

## CHEMISTRY

|  |  |  |
|---|---|---|
| | Specimen Date | 08/01/01 |
| | Specimen Time | 0855 |
| | Weekday/Day of Stay | WED 002 |
| Procedure | Ref Range    Unit | |

| Procedure | Ref Range | Unit | |
|---|---|---|---|
| URIC ACID SERUM | (3.4-7.0) | MG/DL | 10.2 H |

---

## THERAPEUTIC DRUGS/TOXICOLOGY/ANTIBIOTIC LEVELS

| | Specimen Date | 08/01/01 |
|---|---|---|
| | Specimen Time | 0855 |
| | Weekday/Day of Stay | WED 002 |

| Procedure | Ref Range | Unit | |
|---|---|---|---|
| DIGOXIN | (0.8-2.0) | NG/ML | 1.7 |

---

## GLYCEMIA STUDIES

08/01/01 0855
        GLYCOHEMOGLOBIN       4.8      f    %
GLYCOHEMOGLOBIN (07/19/01 -- Current)

        Expected Range: 4.4% to 5.8%

        Values less than 7.0% meet the treatment goal of the American
        Diabetes Association (ADA) for patients with Diabetes Mellitus.
        The ADA suggests additional action for values greater than 8.0%.

---

) ..notes
/= High, f = Footnote
MCCORNACK, DANIEL E        08/02/01  0632      1              CONTINUED......
*********  OUTPATIENT FINAL REPORT ......  OUTPATIENT FINAL REPORT ......  OUTPATIENT FINAL REPORT  *********

PLAINTIFFS' EXHIBITS 012403                    DEMGL:0085

5-53

12:31 AUG 31, 2001  ID: SVRM~~LAB          TEL NO: 805-546-77~~          #576634  PAGE: 1/1

08/31/01          SIERRA VISTA REGIONAL MEDICAL CENTER          PAGE:  1
12:22  1010 MURRAY AVE., SAN LUIS OBISPO CA. 93405  (805) 546-7790
       CENTRAL COAST PATHOLOGY CONSULTANTS; JAMES HANNAH, MD. DIRECTOR

NAME:MCCORNACK, DANIEL          ID:T8938568     SEX: M AGE:    38

LOC: BDTC  - OP                 ADMITTING DATE: 8/01/01     DOB: 2/15/1963

ACCESSION:1213-GL7335     ADMITTING DOCTOR:YAMAGATA, NELSON MD
                          COPIES TO: WATSON, DAVID* /
                               COLLECTED:  8/01/01 08:55 BY: 324
     CLIN HISTORY #:             COMPLETED:  8/02/01 17:59

COMMENTS:                                          --CHART FINAL--
=================================================================
PROCEDURE              RESULT     GRAPHIC -EXPECTED RANGE- UNITS    CERT
-----------------------------------------------------------------

  VITAMIN B12            536        [ * ]       211-911    PG/ML    RH033

  RPR (SERUM VDRL)   NON-REACT             NON REACTIVE             MH

*br* (signature)*

**LAST PAGE OF REPORT**

PLAINTIFFS' EXHIBITS 012404          DEMGL:0084

5-54

AUG-31-2001  12:30                                                P.01/01

93485001                    805-434-4501              Quest
TIN CITIES COMM. HOSP.                                 Diagnostics
100 LAS PARLAS
TEMPLETON  CA  93402                          LABORATORY REPORT

Patient Name:                Social Security ID:    Phone No:      Age   Sex   Test Number
MCCORMACK DANIEL             1-09150                                59    M     100408018

Page  Requisition No.    Accession No.   Date/Time    Collection Date & Time   Log-In Date   Report Date & Time
1     0022485            MD21947574      60022485      08/31/2001 01:15   08/01/2001   08/02/2001  18:00

Remarks
CC//WATSON

FINAL                                                              WD

ANTINUCLEAR ANTIBODIES W/REFL TITER & PATTERN
ANTINUCLEAR ANTIBODIES                    <1:40          TITER

   REFERENCE RANGE:

   <1:40              NEGATIVE

   1:40 - 1:80        LOW ANTIBODY LEVEL

   >1:80              ELEVATED ANTIBODY LEVEL


'WD ' refers to site:   QUEST DIAGNOSTICS-LOS ANGELES (METRO)
                        7600 TYRONE AVENUE
                        VAN NUYS CA 91405
                        (818) 989-2520
                        GEOFFREY H. MOYER, PH.D.

                        >> END OF REPORT <<

                                                           TOTAL P.01

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.    Steven B. Jobst, M.D.    David M. Lawrence, M.D.
PATHOLOGISTS

MCCORNACK, DANIEL E                    Medical Record        (0000)0103430
Birthdate 02/15/1963                   Account Number        9195637
Nursing Station  UT    Room Number
Admitting ED PHYSICIAN            Referring   ED PHYSICIAN
--------------------------------------------------------------------------------
                                CHEMISTRY
--------------------------------------------------------------------------------

                         Specimen Date     11/13/01
                         Specimen Time     1858
                     Weekday/Day of Stay   TUE 001
    Procedure         Ref Range      Unit
         ROUTINE CHEMISTRY
    GLUCOSE RANDOM      (70-110)     MG/DL      150 H
    UREA NITROGEN       (8-21)       MG/DL       21
    CREATININE          (.9-1.5)     MG/DL        1.0
    SODIUM              (134-145)    MEQ/L      139
    POTASSIUM           (3.5-5.1)    MEQ/L        4.2
    CHLORIDE            (98-107)     MEQ/L      102
    TOTAL CO2           (21.0-31.0)  MEQ/L       32.3 H
    ANION GAP                                     8.9
    URIC ACID           (3.4-7.0)    MG/DL        7.3 H
    CALCIUM             (8.4-10.4)   MG/DL       10.2
    TOTAL PROTEIN       (6.0-8.3)    GM/DL        7.3
    ALBUMIN             (3.5-5.0)    GM/DL        5.1 H
    ALK PHOS            (45-122)     IU/L        70
    SGOT(AST)           (10-34)      IU/L        36 H
    SGPT(ALT)           (10-44)      IU/L       103 H
    BILIRUBIN TOTAL     (0.2-1.3)    MG/DL        1.1

MCCORNACK, DANIEL E           11/21/01 0932  Page   1          END OF REPORT
        [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
             IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501].

PLAINTIFFS' EXHIBITS 012406                DEMGL:0082    5-56

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

```
MCCORNACK, DANIEL E                    Medical Record      (0000)0103430
Birthdate 02/15/1963                   Account Number      9301201
Nursing Station  LA    Room Number
Admitting LEMM, GORDON MD       Referring   LEMM, GORDON MD
```
-------------------------------------------------------------------------
CHEMISTRY
-------------------------------------------------------------------------

```
                      Specimen Date    01/05/02
                      Specimen Time    1050
                    Weekday/Day of Stay SAT 001
Procedure            Ref Range   Unit    _____
     ROUTINE CHEMISTRY
GLUCOSE RANDOM       (70-110)    MG/DL       98
UREA NITROGEN        (8-21)      MG/DL       23 H
CREATININE           (.9-1.5)    MG/DL       1.2
SODIUM               (134-145)   MEQ/L       142
POTASSIUM            (3.5-5.1)   MEQ/L       4.4
CHLORIDE             (98-107)    MEQ/L       101
TOTAL CO2            (21.0-31.0) MEQ/L       30.7
ANION GAP                                    14.7
URIC ACID            (3.4-7.0)   MG/DL       7.7 H
CALCIUM              (8.4-10.4)  MG/DL       9.8
TOTAL PROTEIN        (6.0-8.3)   GM/DL       6.9
ALBUMIN              (3.5-5.0)   GM/DL       4.8
ALK PHOS             (45-122)    IU/L        68
SGOT(AST)            (10-34)     IU/L        28
SGPT(ALT)            (10-44)     IU/L        68 H
BILIRUBIN TOTAL      (0.2-1.3)   MG/DL       1.1
```

```
MCCORNACK, DANIEL E          01/07/02 1443  Page   1          END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501].

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

```
MCCORNACK, DANIEL E              Medical Record      (0000)0103430
Birthdate  02/15/1963            Account Number      9387853
Nursing Station  LA    Room Number
Admitting LEMM, GORDON MD        Referring   LEMM, GORDON MD
```
-----------------------------------------------------------------------
                               CHEMISTRY
-----------------------------------------------------------------------

|  |  | Specimen Date | 02/14/02 |
|--|--|---|---|
|  |  | Specimen Time | 1900 |
|  | Weekday/Day of Stay |  | THU 001 |
| Procedure | Ref Range | Unit |  |
| ROUTINE CHEMISTRY |  |  |  |
| GLUCOSE RANDOM | (70-110) | MG/DL | 119 H |
| UREA NITROGEN | (8-21) | MG/DL | 17 |
| CREATININE | (.9-1.5) | MG/DL | 1.2 |
| SODIUM | (134-145) | MEQ/L | 139 |
| POTASSIUM | (3.5-5.1) | MEQ/L | 4.2 |
| CHLORIDE | (98-107) | MEQ/L | 100 |
| TOTAL CO2 | (21.0-31.0) | MEQ/L | 28.3 |
| ANION GAP |  |  | 14.9 |
| URIC ACID | (3.4-7.0) | MG/DL | 7.3 H |
| CALCIUM | (8.4-10.4) | MG/DL | 10.3 |
| TOTAL PROTEIN | (6.0-8.3) | GM/DL | 6.9 |
| ALBUMIN | (3.5-5.0) | GM/DL | 4.7 |
| ALK PHOS | (45-122) | IU/L | 70 |
| SGOT(AST) | (10-34) | IU/L | 31 |
| SGPT(ALT) | (10-44) | IU/L | 76 H |
| BILIRUBIN TOTAL | (0.2-1.3) | MG/DL | 1.3 |

MCCORNACK, DANIEL E          02/15/02 0611  Page   1          END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501].

PLAINTIFFS' EXHIBITS 012408          DEMGL:0080    5-58

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.   David M. Lawrence, M.D.
PATHOLOGISTS

```
MCCORNACK, DANIEL E
Birthdate  02/15/1963                Medical Record      (0000)0103430
Nursing Station  LA     Room Number   Account Number       9616855
Admitting LEMM, GORDON MD
Referring LEMM, GORDON MD             Consulting LEMM, GORDON MD
```

------------------------------------------------------------------------

CHEMISTRY

------------------------------------------------------------------------

```
                    Specimen Date      05/15/02
                    Specimen Time        1341
                Weekday/Day of Stay    WED 001
   Procedure       Ref Range    Unit   _____
        ROUTINE CHEMISTRY
   GLUCOSE RANDOM   (70-110)    MG/DL       102
   UREA NITROGEN    (8-21)      MG/DL        17
   CREATININE       (.9-1.5)    MG/DL       1.1
   SODIUM           (134-145)   MEQ/L       140
   POTASSIUM        (3.5-5.1)   MEQ/L       4.1
   CHLORIDE         (98-107)    MEQ/L       103
   TOTAL CO2        (21.0-31.0) MEQ/L      28.7
   ANION GAP                                12.4
   URIC ACID        (3.4-7.0)   MG/DL      7.4 H
   CALCIUM          (8.4-10.4)  MG/DL       9.5
   TOTAL PROTEIN    (6.0-8.3)   GM/DL       6.5
   ALBUMIN          (3.5-5.0)   GM/DL       4.7
   ALK PHOS         (45-122)    IU/L         63
   SGOT(AST)        (10-34)     IU/L         30
   SGPT(ALT)        (10-44)     IU/L       75 H
   BILIRUBIN TOTAL  (0.2-1.3)   MG/DL      1.4 H
```

```
MCCORNACK, DANIEL E       05/16/02  0329      Page   1          END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012409

DEMGL:0079

5-59

WIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.    David M. Lawrence, M.D.
PATHOLOGISTS

```
MCCORNACK, DANIEL E                Medical Record      (0000)0103430
Birthdate 02/15/1963               Account Number      9821109
Nursing Station  LA     Room Number
Admitting LEMM, GORDON MD                    Consulting LEMM, GORDON MD
Referring LEMM, GORDON MD
```
--------------------------------------------------------------------------
CHEMISTRY
--------------------------------------------------------------------------

|  |  | Specimen Date | 08/16/02 |
|---|---|---|---|
|  |  | Specimen Time | 1020 |
|  |  | Weekday/Day of Stay | 00 |
| Procedure | Ref Range | Unit | |
| ROUTINE CHEMISTRY |  |  | |
| GLUCOSE RANDOM | (70-110) | MG/DL | 110 |
| UREA NITROGEN | (8-21) | MG/DL | 20 |
| CREATININE | (.9-1.5) | MG/DL | 1.6 H |
| SODIUM | (134-145) | MEQ/L | 143 |
| POTASSIUM | (3.5-5.1) | MEQ/L | 4.1 |
| CHLORIDE | (98-107) | MEQ/L | 105 |
| TOTAL CO2 | (21.0-31.0) | MEQ/L | 32.2 H |
| ANION GAP |  |  | 9.9 |
| URIC ACID | (3.4-7.0) | MG/DL | 7.9 H |
| CALCIUM | (8.4-10.4) | MG/DL | 9.2 |
| TOTAL PROTEIN | (6.0-8.3) | GM/DL | 6.8 |
| ALBUMIN | (3.5-5.0) | GM/DL | 4.6 |
| ALK PHOS | (45-122) | IU/L | 69 |
| SGOT(AST) | (10-34) | IU/L | 28 |
| SGPT(ALT) | (10-44) | IU/L | 62 H |
| BILIRUBIN TOTAL | (0.2-1.3) | MG/DL | 1.4 H |

MCCORNACK, DANIEL E          08/17/02  0635        Page    1          END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012410          DEMGL:0078     5-60

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.   Steven B. Jobst, M.D.    David M. Lawrence, M.D.
PATHOLOGISTS

```
MCCORMACK, DANIEL E                 Medical Record      (0000)0103430
Birthdate 02/15/1963                Account Number      0019810
Nursing Station  LA     Room Number
Admitting LEMM, GORDON MD                Consulting VONDOLLEN, L. MD
Referring LEMM, GORDON MD
```
--------------------------------------------------------------------
CHEMISTRY
--------------------------------------------------------------------

```
                  Specimen Date      11/14/02
                  Specimen Time        0840
              Weekday/Day of Stay     THU 001
 Procedure        Ref Range    Unit
        ROUTINE CHEMISTRY
 GLUCOSE RANDOM     (70-110)    MG/DL       130 H
 UREA NITROGEN       (8-21)     MG/DL        24 H
 CREATININE         (.9-1.5)    MG/DL        1.4
 SODIUM            (134-145)    MEQ/L       141
 POTASSIUM         (3.5-5.1)    MEQ/L        4.2
 CHLORIDE          (98-107)     MEQ/L       100
 TOTAL CO2         (21.0-31.0)  MEQ/L       31.1 H
 ANION GAP                                  14.1
 URIC ACID         (3.4-7.0)    MG/DL        8.2 H
 CALCIUM           (8.4-10.4)   MG/DL       10.5 H
 TOTAL PROTEIN     (6.0-8.3)    GM/DL        7.6
 ALBUMIN           (3.5-5.0)    GM/DL        4.6
 ALK PHOS          (45-122)     IU/L         76
 SGOT(AST)         (10-34)      IU/L         33
 SGPT(ALT)         (10-44)      IU/L         82 H
 BILIRUBIN TOTAL   (0.2-1.3)    MG/DL        1.0
```
--------------------------------------------------------------------
THERAPEUTIC DRUGS/ TOXICOLOGY
--------------------------------------------------------------------

```
                  Specimen Date      11/14/02
                  Specimen Time        0840
              Weekday/Day of Stay     THU 001
 Procedure        Ref Range    Unit
 DIGOXIN           (0.8-2.0)    NG/ML        1.5
```

MCCORMACK, DANIEL E          11/15/02  0344       Page   1          END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012411          DEMGL:0077        5-61

WIN CITIES COMMUNITY HOSPITA
Clinical Laboratory
1100 Las Tablas Road
Templeton, California 93465
C.L.Douglas M.D.,Director
James B. Hannah, M.D.    Steven B. Jobst, M.D.    David M. Lawrence, M.D.
PATHOLOGISTS

| | | |
|---|---|---|
| MCCORNACK, DANIEL E | Medical Record | (0000)0103430 |
| Birthdate  02/15/1963 | Account Number | 0223050 |
| Nursing Station  LA     Room Number | | |
| Admitting LEMM, GORDON MD | Consulting LEMM, GORDON MD | |
| Referring LEMM, GORDON MD | | |

---

## CHEMISTRY

---

|  | Specimen Date | 02/15/03 |
|---|---|---|
|  | Specimen Time | 0950 |
|  | Weekday/Day of Stay | SAT 002 |
| Procedure | Ref Range      Unit | |

ROUTINE CHEMISTRY

| Procedure | Ref Range | Unit | |
|---|---|---|---|
| GLUCOSE RANDOM | (70-110) | MG/DL | 91 |
| UREA NITROGEN | (8-21) | MG/DL | 24 H |
| CREATININE | (.9-1.5) | MG/DL | 1.2 |
| SODIUM | (134-145) | MEQ/L | 142 |
| POTASSIUM | (3.5-5.1) | MEQ/L | 4.3 |
| CHLORIDE | (98-107) | MEQ/L | 105 |
| TOTAL CO2 | (21.0-31.0) | MEQ/L | 28.0 |
| ANION GAP | | | 13.3 |
| URIC ACID | (3.4-7.0) | MG/DL | 7.3 H |
| CALCIUM | (8.4-10.4) | MG/DL | 9.7 |
| TOTAL PROTEIN | (6.0-8.3) | GM/DL | 6.5 |
| ALBUMIN | (3.5-5.0) | GM/DL | 4.2 |
| ALK PHOS | (45-122) | IU/L | 58 |
| SGOT(AST) | (10-34) | IU/L | 24 |
| SGPT(ALT) | (10-44) | IU/L | 58 H |
| BILIRUBIN TOTAL | (0.2-1.3) | MG/DL | 0.9 |

---

## CARDIAC RISK PROFILE

---

|  | Specimen Date | 02/15/03 |
|---|---|---|
|  | Specimen Time | 0950 |
|  | Weekday/Day of Stay | SAT 002 |

| Procedure | Ref Range | Unit | |
|---|---|---|---|
| CHOLESTEROL | (100-200) | MG/DL | 231 H |
| TRIGLYCERIDES | (40-160) | MG/DL | 284 H |
| HDL CHOLESTEROL | (35.0-55.0) | MG/DL | 38.3 |
| LDL CHOLESTEROL | (0-130) | MG/DL | 136 H |

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012412      DEMGL:0075      5-62

Patient Name  MCCORNACK, DANIEL E          Medical Record Number   (0000)0103430
Nursing Station LA      Room
Admitting LEMM, GORDON MD            Referring  LEMM, GORDON MD
--------------------------------------------------------------------------------
                               CARDIAC RISK PROFILE
--------------------------------------------------------------------------------

                    Specimen Date    02/15/03
                    Specimen Time    0950
               Weekday/Day of Stay   SAT 002
      Procedure    Ref Range   Unit
   CHOL/HDL RATIO                        6.0 H?
CHOL/HDL RATIO (07/23/01 -- Current)
      CORONARY HEART DISEASE RISK              CHOLESTEROL/HDL RATIO

         1/2 STANDARD RISK                          3.4
         STANDARD RISK FEMALE                       4.4
         STANDARD RISK MALE                         5.0
         2X STANDARD RISK FEMALE                    7.1
         2X STANDARD RISK MALE                      9.6
         3X STANDARD RISK FEMALE                    11.0
         3X STANDARD RISK MALE                      23.4

      *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
      WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

      *LDL VALUES 130-159 {BORDERLINE RISK}
      * LDL VALUES >160 {HIGH RISK}

--------------------------------------------------------------------------------
                               HEMATOLOGY
   A smear review or manual differential may be ordered per protocol to confirm
preliminary automated WBC classification as indicated.
--------------------------------------------------------------------------------

                    Specimen Date    02/15/03
                    Specimen Time    0950
               Weekday/Day of Stay   SAT 002
      Procedure    Ref Range   Unit
      AUTOMATED BLOOD COUNT
   WBC            (4.8-10.8)   10^3        9.3
   RBC            (3.80-6.01)  10^6        5.43
   HGB            (12.7-17.1)  G/DL        17.0
   HCT            (36.7-50.3)  %           48.9
   MCV            (81.7-100.5) FL          90.1
   MCHC           (32.8-35.6)  %           34.6
   RDW %          (11.1-14.7)  %           12.5
   PLATELET CT    (130-400)    10^3        168 f
PLATELET CT (Initial -- Current)
         ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
         "INCREASE" ->400,000/CMM
         "NORMAL"   =130,000-400,000/CMM
         "SLTDECR"  =100,000-130,000/CMM
         "DECREASD" =50,000-100,000/CMM
         "MARKDECR" =<50,000/CMM

MCCORNACK, DANIEL E        02/16/03  0648       Page  2        END OF REPORT

   [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
      IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012413          DEMGL:0076    5-63

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

```
MCCORNACK, DANIEL E              Medical Record      (0000)0103430
Birthdate 02/15/1963             Account Number      0634700
Nursing Station  LA    Room Number
Admitting LEMM - Do NOT Fax-->           Consulting LEMM - Do NOT Fax-->MAIL
Referring LEMM - Do NOT Fax-->MAIL
```
----------------------------------------------------------------------
                              CHEMISTRY
----------------------------------------------------------------------

| Procedure | Ref Range | Unit | Specimen Date 08/08/03 / Specimen Time 0841 / Weekday/Day of Stay FRI 001 |
|---|---|---|---|
| ROUTINE CHEMISTRY | | | |
| GLUCOSE RANDOM | (70-110) | MG/DL | 103 |
| UREA NITROGEN | (8-21) | MG/DL | 21 |
| CREATININE | (.9-1.5) | MG/DL | 1.2 |
| SODIUM | (134-145) | MEQ/L | 142 |
| POTASSIUM | (3.5-5.1) | MEQ/L | 4.2 |
| CHLORIDE | (98-107) | MEQ/L | 103 |
| TOTAL CO2 | (21.0-31.0) | MEQ/L | 26.6 |
| ANION GAP | | | 16.6 |
| URIC ACID | (3.4-7.0) | MG/DL | 7.0 |
| CALCIUM | (8.4-10.4) | MG/DL | 9.5 |
| TOTAL PROTEIN | (6.0-8.3) | GM/DL | 6.5 |
| ALBUMIN | (3.5-5.0) | GM/DL | 4.2 |
| ALK PHOS | (45-122) | IU/L | 58 |
| SGOT(AST) | (10-34) | IU/L | 17 |
| SGPT(ALT) | (10-44) | IU/L | 35 |
| BILIRUBIN TOTAL | (0.2-1.3) | MG/DL | 1.0 |

----------------------------------------------------------------------
                         CARDIAC RISK PROFILE
----------------------------------------------------------------------

| Procedure | Ref Range | Unit | Specimen Date 08/08/03 / Specimen Time 0841 / Weekday/Day of Stay FRI 001 |
|---|---|---|---|
| CHOLESTEROL | (100-200) | MG/DL | 208 H |
| TRIGLYCERIDES | (40-160) | MG/DL | 140 |
| HDL CHOLESTEROL | (35.0-55.0) | MG/DL | 42.9 |
| LDL CHOLESTEROL | (0-130) | MG/DL | 137 H |

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012414        DEMGL:0073

5-64

Patient Name  MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430
Nursing Station LA     Room
Admitting LEMM - Do NOT Fax-->      Referring  LEMM - Do NOT Fax-->MAIL
----------------------------------------------------------------------
                        CARDIAC RISK PROFILE
----------------------------------------------------------------------

                        Specimen Date    08/08/03
                        Specimen Time      0841
                    Weekday/Day of Stay   FRI 001
                    Ref Range    Unit
  Procedure
  CHOL/HDL RATIO                                   4.8 f
CHOL/HDL RATIO (07/23/01 -- Current)
            CORONARY HEART DISEASE RISK        CHOLESTEROL/HDL RATIO

            1/2 STANDARD RISK                        3.4
            STANDARD RISK FEMALE                     4.4
            STANDARD RISK MALE                       5.0
            2X STANDARD RISK FEMALE                  7.1
            2X STANDARD RISK MALE                    9.6
            3X STANDARD RISK FEMALE                 11.0
            3X STANDARD RISK MALE                   23.4


            *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
            WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

            *LDL VALUES 130-159 (BORDERLINE RISK)
            * LDL VALUES >160 (HIGH RISK)

----------------------------------------------------------------------
                        HEMATOLOGY
  A smear review or manual differential may be ordered per protocol to confirm
preliminary automated WBC classification as indicated.
----------------------------------------------------------------------

                        Specimen Date    08/08/03
                        Specimen Time      0841
                    Weekday/Day of Stay   FRI 001
  Procedure         Ref Range    Unit
            AUTOMATED BLOOD COUNT
  WBC           (4.8-10.8)   10^3        8.2
  RBC           (3.80-6.01)  10^6        5.28
  HGB           (12.7-17.1)  G/DL       16.7
  HCT           (36.7-50.3)  %          48.3
  MCV           (81.7-100.5) FL         91.4
  MCHC          (32.8-35.6)  %          34.7
  RDW %         (11.1-14.7)  %          12.9
  PLATELET CT   (130-400)    10^3       159 f
PLATELET CT (Initial -- Current)
            ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
            "INCREASE" ->400,000/CMM
            "NORMAL"   =130,000-400,000/CMM
            "SLTDECR"  =100,000-130,000/CMM
            "DECREASD" =50,000-100,000/CMM
            "MARKDECR" =<50,000/CMM

  MCCORNACK, DANIEL E        08/09/03  0132      Page    2       END OF REPORT

        [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
          IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

                    PLAINTIFFS' EXHIBITS 012415        DEMGL:0074

                                                        5-65

Patient Name  MCCORNACK, DANIEL E          Medical Record Number   (0000)0103430
Nursing Station LA     Room
Admitting LEMM — Do NOT Fax-->       Referring  VONDOLLEN, L. MD

----------------------------------------------------------------------
                              HEMATOLOGY
    A smear review or manual differential may be ordered per protocol to confirm
preliminary automated WBC classification as indicated.
----------------------------------------------------------------------

                        Specimen Date    02/20/04
                        Specimen Time     0820
                   Weekday/Day of Stay   FRI 002
    Procedure        Ref Range    Unit    _____
          AUTOMATED BLOOD COUNT
    WBC            (4.8-10.8)   10 3      9.5
    RBC            (3.80-6.01)  10 6      5.45
    HGB            (12.7-17.1)  g/dL      16.9
    HCT            (36.7-50.3)  %         48.9
    MCV            (81.7-100.5) FL        89.8
    MCHC           (32.8-35.6)  %         34.6
    RDW %          (11.1-14.7)  %         12.6
    PLATELET CT    (130-400)    10 3      167 f
PLATELET CT (Initial -- Current)
              ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
              "INCREASE" ->400,000/CMM
              "NORMAL"  =130,000-400,000/CMM
              "SLTDECR" =100,000-130,000/CMM
              "DECREASD" =50,000-100,000/CMM
              "MARKDECR" =<50,000/CMM

----------------------------------------------------------------------
                       ROUTINE URINALYSIS
----------------------------------------------------------------------

                        Specimen Date    02/20/04
                        Specimen Time     0820
                   Weekday/Day of Stay   FRI 002
    Procedure        Ref Range    Unit    _____

      MICROSCOPIC URINALYSIS
    URINE TYPE                      MID STRM
    WBC/HPF                         0-3
    RBC/HPF                         0-1
    BACTERIA                        OCC
    SQUAMOUS EPITH                  0-2

     *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
          IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012416        DEMGL:0071    5-66

```
Patient Name  MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430
Nursing Station LA     Room
Admitting LEMM - Do NOT Fax-->        Referring  VONDOLLEN, L. MD
```

--------------------------------------------------------------------------------
                              ROUTINE URINALYSIS
--------------------------------------------------------------------------------

```
                         Specimen Date    02/20/04
                         Specimen Time    0820
                    Weekday/Day of Stay   FRI 002
        Procedure       Ref Range   Unit
        URINE TYPE                        MID STRM
        WBC/HPF                           0-3
        RBC/HPF                           0-1
        BACTERIA                          OCC
        SQUAM EPI/HPF                     0-2
```

```
MCCORNACK, DANIEL E        02/21/04  0209      Page   4        END OF REPORT
```

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012417        DEMGL:0072        5-67

WIN CITIES COMMUNITY HOSPITL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

```
MCCORNACK, DANIEL E                    Medical Record      (0000)0103430
Birthdate  02/15/1963                  Account Number      1130811
Nursing Station  LA     Room Number
Admitting LEMM - Do NOT Fax-->         Consulting VONDOLLEN, L. MD
Referring LEMM - Do NOT Fax-->MAIL
```

LAST DOSE 2-19 1930

---------------------------------------------------------------------------
                                CHEMISTRY
---------------------------------------------------------------------------

|                  |              | Specimen Date | 02/20/04 |
|                  |              | Specimen Time | 0820 |
|                  |              | Weekday/Day of Stay | FRI 002 |
| Procedure        | Ref Range    | Unit |  |
| ROUTINE CHEMISTRY |             |      |  |
| GLUCOSE RANDOM   | (70-110)     | mg/dL | 109 |
| UREA NITROGEN    | (8-21)       | mg/dL | 27 H |
| CREATININE       | (.9-1.5)     | mg/dL | 1.1 |
| SODIUM           | (134-145)    | mEq/L | 143 |
| POTASSIUM        | (3.5-5.1)    | mEq/L | 4.4 |
| CHLORIDE         | (98-107)     | mEq/L | 102 |
| TOTAL CO2        | (21.0-31.0)  | mEq/L | 32.6 H |
| ANION GAP        |              |      | 12.8 |
| URIC ACID        | (3.4-7.0)    | MG/DL | 6.9 |
| CALCIUM          | (8.4-10.4)   | mg/dL | 9.8 |
| TOTAL PROTEIN    | (6.0-8.3)    | g/dL | 7.0 |
| ALBUMIN          | (3.5-5.0)    | g/dL | 4.7 |
| ALK PHOS         | (45-122)     | IU/L | 61 |
| SGOT(AST)        | (10-34)      | IU/L | 21 |
| SGPT(ALT)        | (10-44)      | IU/L | 47 H |
| BILIRUBIN TOTAL  | (0.2-1.3)    | mg/dL | 0.6 |

---------------------------------------------------------------------------
                           CARDIAC RISK PROFILE
---------------------------------------------------------------------------

|                  |              | Specimen Date | 02/20/04 |
|                  |              | Specimen Time | 0820 |
|                  |              | Weekday/Day of Stay | FRI 002 |
| Procedure        | Ref Range    | Unit |  |
| CHOLESTEROL      | (100-200)    | mg/dL | 254 H |
| TRIGLYCERIDES    | (40-160)     | mg/dL | 229 H |
| HDL CHOLESTEROL  | (35.0-55.0)  | mg/dL | 43.5 |
| LDL CHOLESTEROL  | (0-130)      | mg/dL | 165 H |

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012418        DEMGL:0069

5-68

```
Patient Name  MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430
Nursing Station LA     Room
Admitting LEMM - Do NOT Fax-->      Referring  VONDOLLEN, L. MD
--------------------------------------------------------------------------------
                            CARDIAC RISK PROFILE
--------------------------------------------------------------------------------

                        Specimen Date    02/20/04
                        Specimen Time      0820
                     Weekday/Day of Stay  FRI 002
        Procedure     Ref Range    Unit
        CHOL/HDL RATIO                          5.8 Hf
CHOL/HDL RATIO (07/23/01 -- Current)
                  CORONARY HEART DISEASE RISK        CHOLESTEROL/HDL RATIO

               1/2 STANDARD RISK                          3.4
               STANDARD RISK FEMALE                       4.4
               STANDARD RISK MALE                         5.0
               2X STANDARD RISK FEMALE                    7.1
               2X STANDARD RISK MALE                      9.6
               3X STANDARD RISK FEMALE                   11.0
               3X STANDARD RISK MALE                     23.4

               *LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
               WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

               *LDL VALUES 130-159 (BORDERLINE RISK)
               * LDL VALUES >160 (HIGH RISK)
--------------------------------------------------------------------------------
                         THERAPEUTIC DRUGS/ TOXICOLOGY
--------------------------------------------------------------------------------

                        Specimen Date    02/20/04
                        Specimen Time      0820
                     Weekday/Day of Stay  FRI 002
        Procedure     Ref Range    Unit
        DIGOXIN       (0.8-2.0)    NG/ML       1.8

--------------------------------------------------------------------------------
                            SPECIAL CHEMISTRY
--------------------------------------------------------------------------------

                        Specimen Date    02/20/04
                        Specimen Time      0820
                     Weekday/Day of Stay  FRI 002
        Procedure     Ref Range    Unit
        T4            (4.0-12.0)   UG/DL       7.5
        TSH           (.32-5.00)   mIU/ML      3.24
```

*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
    IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012419        DEMGL:0070        5-69

```
04/04/04                    SIERRA VISTA REGIONAL MEDICAL CENTER              PAGE:  1
10:58                 1010 MURRAY AVE., SAN LUIS OBISPO, CA 93405  (805) 546-7790
                  CENTRAL COAST PATHOLOGY CONSULTANTS; JAMES HANNAH, MD. DIRECTOR

  AME: MCCORNACK, DANIEL E                   ID: 5079063         SEX: M AGE:   41
                                                                DOB:  2/15/1963
  LOC: SP     -

  ACCESSION: 4093-MB0010              ADMITTING DOCTOR: LEMM, GORDON
                                          COPIES TO: LEMM, GORDON         /
  COLLECTED: DROP     DATE:  4/01/04  TIME: 15:30
  COMPLETED:          DATE:  4/04/04  TIME: 10:49
```

====================================================================================
*** FINAL   REPORT ***
------------------------------------------------------------------------------------
```
           SPECIMEN TYPE: URINE
           BODY SITE:
           COMMENT:
```

**URINE CULTURE (includes colony count)**

    NO GROWTH (standard colony count loop size of 0.001 ml used)

4/6/04   Patient notified by *AKolmanRMA*

*** MICROBIOLOGY REPORT - FINAL   ***

PLAINTIFFS' EXHIBITS 012420

DEMGL:0068

5-70

TOTAL P.03

Patient Name MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430
ing Station LA     Room
: Phys  LEMM - Do NOT Fax-->MAIL    Consulting  LEMM - Do NOT Fax-->MAIL          Referring   LEMM - Do NOT Fax-->MAIL

-----------------------------------------------------------------------------------------------------

                                        SEROLOGY/IMMUNOLOGY
-----------------------------------------------------------------------------------------------------

                    Specimen Date    04/02/04
                    Specimen Time    0845
                    Weekday/Day of Stay    FRI 001

        Procedure    Ref Range    Unit
        CRP          (0.00-0.50)  MG/DL        0.39 f
CRP (06/19/03 -- Current)
        ADULT EXPECTED VALUE = Less than 0.50.

        NEWBORN EXPECTED VALUES:
        0 DAY        < .06 mg/dL
        1 DAY        < .32 mg/dL
        1 WEEK       < .16 mg/dL

Footnotes
f - Footnote

Patient Name MCCORNACK, DANIEL E        Printed 04/06/04  1223      Page   3              END OF REPORT
                    *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***

            [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY. IF RECEIVED IN ERROR, PLEASE CALL 434-4501.]

DEMGL:0067

P.03/03                                                                     APR-06-2004  00:27

5-71

Patient Name  MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430
Nursing Station LA      Room
nit Phys  LEMM - Do NOT Fax-->MAIL    Consulting  LEMM - Do NOT Fax-->MAIL    Referring   LEMM - Do NOT Fax-->MAIL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### HEMATOLOGY
A Smear Review or Manual Differential may be ordered per protocol to confirm prelim automated WBC classification as indicated.

|  |  |  | Specimen Date | 04/02/04 |
|---|---|---|---|---|
|  |  |  | Specimen Time | 0845 |
|  |  |  | Weekday/Day of Stay | FRI 001 |
| Procedure | Ref Range | Unit |  |  |
| AUTOMATED BLOOD COUNT |  |  |  |  |
| WBC | (4.8-10.8) | 10 3 |  | 9.9 |
| RBC | (3.80-6.01) | 10 6 |  | 5.17 |
| HGB | (12.7-17.1) | g/dL |  | 16.2 |
| HCT | (36.7-50.3) | % |  | 46.5 |
| MCV | (81.7-100.5) | FL |  | 89.9 |
| MCHC | (32.8-35.6) | % |  | 34.9 |
| RDW % | (11.1-14.7) | % |  | 12.6 |
| PLATELET CT | (130-400) | 10 3 |  | 165 f |
| AUTO LYMPH % | (20.0-40.0) | % |  | 17.9 L |
| AUTO MONOS % | (5.0-11.0) | % |  | 10.9 |
| AUTO GRAN % | (42.0-75.0) | % |  | 70.2 |
| AUTO EOS % | (0.0-8.0) | % |  | 0.7 |
| AUTO BASO % | (0.0-5.0) | % |  | 0.3 |
| ABS LYMPHS | (1.0-4.3) | 10 3 |  | 1.8 |
| ABS MONOCYTES | (0.2-1.1) | 10 3 |  | 1.1 |
| ABS GRAN (ANC) | (2.0-8.1) | 10 3 |  | 6.9 |
| ABS EOSINOPHILS | (0.0-0.9) | 10 3 |  | 0.1 |
| ABS BASOPHILS | (0.0-0.5) | 10 3 |  | 0.0 |

PLATELET CT (Initial -- Current)
        ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
        "INCREASE" =>400,000/CMM
        "NORMAL"   =130,000-400,000/CMM
        "SLTDECR"  =100,000-130,000/CMM
        "DECREASD" =50,000-100,000/CMM
        "MARKDECR" =<50,000/CMM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### SPECIAL HEMATOLOGY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  | Specimen Date | 04/02/04 |
|---|---|---|---|---|
|  |  |  | Specimen Time | 0845 |
|  |  |  | Weekday/Day of Stay | FRI 001 |
| Procedure | Ref Range | Unit |  |  |
| SED RATE | (0-10) | MM/HR |  | 5 |

**Footnotes**
L = Low, f = Footnote

MCCORNACK, DANIEL E        04/06/04  1223    2                    CONTINUED......
            ***  INTERIM PATIENT REPORT  ......  EMERGENCY ROOM REPORT  ***

```
~inted 04/06/04  Time  1223          TWIN CITIES COMMUNITY HOSPITAL          **STAT REPORT**
 :e   1                                      Clinical Laboratory              **PHONE REPORT**
                                      1100 Las Tablas Road Templeton CA 93465 **EXPEDITE REPORT**
                                           C.L. Douglas M.D. Director
                               Steven B. Jobst M.D., Kurt Lundquist M.D. Pathologists

Patient Name MCCORMACK, DANIEL E        Medical Record Number  (0000)0103430     Birthdate  02/15/1963
Nursing Station  LA     Room Number
Admit Phys LEMM - Do NOT fax-->MAIL Consulting  LEMM - Do NOT Fax-->MAIL        Referring  LEMM - Do NOT Fax-->MAIL
```

--------------------------------------------------------------------------------

                                          SPECIAL CHEMISTRY

--------------------------------------------------------------------------------

```
                    Specimen Date    04/02/04
                    Specimen Time    0845
                    Weekday/Day of Stay     FRI 001
  Procedure         Ref Range   Unit
  PSA                           ng/mL      0.8 f
PSA (07/19/01 -- Current)
               Age-specific references ranges for PSA test, according to RACE
```

| Age (yr) | Whites | Blacks |
|---|---|---|
| | pg of PSA/mL | |
| 40 - 49 | 0.0 - 2.5 | 0.0 - 2.0 |
| 50 - 59 | 0.0 - 3.5 | 0.0 - 4.0 |
| 60 - 69 | 0.0 - 3.5 | 0.0 - 4.5 |
| 70 - 79 | 0.0 - 3.5 | 0.0 - 5.5 |

```
NOTE:  PSA serum concentrations should not be used as absolute
evidence of the presence or absence of prostate cancer. PSA
levels > 4.0 may be observed in patients with benign prostatic
hyperplasia and other nonmalignant disorders as well as in
patients with prostatic cancer. Some patients with prostate
cancer have serum PSA concentrations less than 4.0
ng/mL.  When used for either screening or patient management,
PSA values should be used in conjunction with information
available from clinical evaluation and other diagnostic
procedures, such as digital rectal examination (DRE)
Ranges adjusted 3/28/00 based on study in New England Journal
of Medicine, August 1, 1996.
```

4/6/04 Patient notified by *Abdmanrma*

*Labroh*

```
Footnotes
f = Footnote

MCCORMACK, DANIEL E      04/06/04  1223      1                        CONTINUED......
                    *** INTERIM PATIENT REPORT ...... EMERGENCY ROOM REPORT ***
```

2-AUG-2004   15:04                    *Gold-Fax Message*                    *Page 4/4*

Patient Name MCCORNACK, DANIEL E        Medical Record Number   (0000)0103430
Nursing Station LA     Room
Admitting LEMM                          Referring   LEMM

---------------------------------------------------------------------------
                              SPECIAL HEMATOLOGY
---------------------------------------------------------------------------

                          Specimen Date    08/02/04
                          Specimen Time        1032
                      Weekday/Day of Stay        00
        Procedure       Ref Range    Unit     _____
        SED RATE          (0-10)     MM/HR         2

---------------------------------------------------------------------------
                             IMMUNOLOGY/SEROLOGY
---------------------------------------------------------------------------

                          Specimen Date    08/02/04
                          Specimen Time        1032
                      Weekday/Day of Stay        00
        Procedure       Ref Range    Unit
        RA FACTOR TITER   (0-10)     IU/ML          7
        CRP          (0.00-0.50)     MG/DL       0.13 f
CRP (06/19/03 -- Current)
ADULT EXPECTED VALUE = Less than 0.50.

.EWBORN EXPECTED VALUES:
0 DAY      < .06 mg/dL
1 DAY      < .32 mg/dL
1 WEEK     < .16 mg/dL

MCCORNACK, DANIEL E        08/02/04  1401       Page    4        END OF REPORT

     [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN   ONLY.
         IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012424        DEMGL:0064

5-74

2-AUG-2004  17:06                          Gold-Fax Message                          Page 5/7

Patient Name MCCORNACK, DANIEL E          Medical Record Number  (0000)0103430
Nursing Station LA    Room
Admitting LEMM                              Referring  LEMM

-------------------------------------------------------------------------------
                                CARDIAC
-------------------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time    1032
                   Weekday/Day of Stay     00
Procedure           Ref Range    Unit
CPK                 (24-204)     IU/L        125

-------------------------------------------------------------------------------
                            SPECIAL CHEMISTRY
-------------------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time    1032
                   Weekday/Day of Stay     00
Procedure           Ref Range    Unit
TSH                 (.46-4.68)   mIU/ML       1.74

-------------------------------------------------------------------------------
                              HEMATOLOGY
  A smear review or manual differential may be ordered per protocol to confirm
eliminary automated WBC classification as indicated.
-------------------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time    1032
                   Weekday/Day of Stay     00
Procedure           Ref Range    Unit
         AUTOMATED BLOOD COUNT
WBC                 (4.8-10.8)   10 3         7.8
RBC                 (3.80-6.01)  10 6         5.12
HGB                 (12.7-17.1)  g/dL        15.8
HCT                 (36.7-50.3)  %           46.3
MCV                 (81.7-100.5) FL          90.2
MCHC                (32.8-35.6)  %           34.2
RDW %               (11.1-14.7)  %           12.7
PLATELET CT         (130-400)    10 3         159 f
PLATELET CT (Initial -- Current)
ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
"INCREASE" ->400,000/CMM
"NORMAL"  =130,000-400,000/CMM

MCCORNACK, DANIEL E        08/02/04  1601      Page   3            CONTINUED....
  *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
      IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012425          DEMGL:0063

5-75

2-AUG-2004  15:04                *Gold-Fax Message*                    *Page 2/4*

Patient Name MCCORNACK, DANIEL E        Medical Record Number  (0000)0103430
Nursing Station LA      Room
Admitting LEMM                  Referring  LEMM
----------------------------------------------------------------------
                      CARDIAC RISK PROFILE
----------------------------------------------------------------------

                        Specimen Date    08/02/04
                        Specimen Time    1032
                   Weekday/Day of Stay     00
      Procedure        Ref Range    Unit    _____
   CHOLESTEROL         (100-200)   mg/dL    202 H
   TRIGLYCERIDES       (40-160)    mg/dL    181 H
   HDL CHOLESTEROL     (35.0-55.0) mg/dL    41.2
   LDL CHOLESTEROL     (0-130)     mg/dL    125
   CHOL/HDL RATIO                           4.9 f
CHOL/HDL RATIO (07/23/01 -- Current)
CORONARY HEART DISEASE RISK      CHOLESTEROL/HDL RATIO

1/2 STANDARD RISK                     3.4
STANDARD RISK FEMALE                  4.4
STANDARD RISK MALE                    5.0
2X STANDARD RISK FEMALE               7.1
2X STANDARD RISK MALE                 9.6
3X STANDARD RISK FEMALE              11.0
3X STANDARD RISK MALE                23.4

   LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

*LDL VALUES 130-159 (BORDERLINE RISK)
* LDL VALUES >160 (HIGH RISK)

MCCORNACK, DANIEL E        08/02/04  1401      Page   2        CONTINUED....
   *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
         IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012426        DEMGL:0062

5-76

2-AUG-2004   15:04               Gold-Fax Message                    Page 1/4



TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E                Medical Record        (0000)0103430
Birthdate 02/15/1963               Account Number        1176617
Nursing Station  LA     Room Number
Admitting LEMM                     Consulting LEMM
Referring LEMM
-----------------------------------------------------------------------
                              CHEMISTRY
-----------------------------------------------------------------------

                    Specimen Date    08/02/04
                    Specimen Time    1032
                 Weekday/Day of Stay    00
    Procedure       Ref Range    Unit    _____
           ROUTINE CHEMISTRY
    GLUCOSE RANDOM    (70-110)    mg/dL        97
    UREA NITROGEN      (8-21)     mg/dL        23 H
    CREATININE        (.9-1.5)    mg/dL       1.3
    SODIUM           (134-145)    mEq/L       139
    POTASSIUM        (3.5-5.1)    mEq/L       4.2
    CHLORIDE          (98-107)    mEq/L       101
    TOTAL CO2       (21.0-31.0)   mEq/L      30.6
    ANION GAP                                11.6
    URIC ACID        (3.4-7.0)    mg/dL       6.0
    CALCIUM          (8.4-10.4)   mg/dL       9.5
    TOTAL PROTEIN    (6.0-8.3)    g/dL        6.3
    ALBUMIN          (3.5-5.0)    g/dL        4.4
    ALK PHOS          (45-122)    IU/L         75
    SGOT(AST)         (10-34)     IU/L         22
    SGPT(ALT)         (10-44)     IU/L         36
    BILIRUBIN TOTAL  (0.2-1.3)    mg/dL       0.9

MCCORNACK, DANIEL E        08/02/04  1401      Page   1        CONTINUED....
    *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
        IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012427          DEMGL:0061

5-77

18:01 AUG 02, 2004  ID: SVRMC LAB          TEL NO: 805-546-7790          #1835842  PAGE: 1/1

08/02/04                    SIERRA VISTA REGIONAL MEDICAL CENTER                    PAGE:  1
18:01   1010 MURRAY AVE., SAN LUIS OBISPO CA. 93405  (805) 546-7790
        CENTRAL COAST PATHOLOGY CONSULTANTS; JAMES HANNAH, MD. DIRECTOR

NAME:MCCORNACK, DANIEL              ID:T1176617      SEX: M AGE:    38

LOC: TCOUT  -                   ADMITTING DATE:  8/02/04      DOB: 2/15/1966

ACCESSION:4215-GL1717     ADMITTING DOCTOR:LEMM, G*
                          COPIES TO:                    /
                                    COLLECTED:  8/02/04 10:30 BY: LAB
                                    COMPLETED:  8/02/04 17:55

COMMENTS:                                                  --CHART FINAL--
=================================================================================
PROCEDURE               RESULT      GRAPHIC -EXPECTED RANGE- UNITS      CERT
---------------------------------------------------------------------------------

   VITAMIN B12            743        [ *]      239-931     PG/ML      TMB



                            LAST PAGE OF REPORT

PLAINTIFFS' EXHIBITS 012428          DEMGL:0060

5-78



93465001
805-434-4501
TWIN CITIES COMM.HOSP.
1100 LAS TABLAS
TEMPLETON CA 93465-

Quest
Diagnostics

**LABORATORY REPORT**

| Patient Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| MCCORMACK,DANIEL | 103430 / 1176617 | OP | 41 | M | LEMM, G |

| Page | Requisition No. | Accession No. | Lab Ref No. | Collection Date & Time | Log-in Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 1 | 0037463 | WH025285A | 0037463 | 08/02/2004 1030 | 08/03/2004 | 08/03/2004 13:00 |

Remarks



| Report Status | FINAL | Test | Result In Range / Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| | | PATIENT DATE OF BIRTH: 02/15/1963 | | | | |
| | | ANA SCREEN EIA W/REFL TITER IFA | | | | WD |
| | | ANA SCREEN | NEGATIVE | | NEGATIVE | |

'WD ' Indicates testing site:    QUEST DIAGNOSTICS-LOS ANGELES (METRO)
7600 TYRONE AVENUE
VAN NUYS CA 91405
(818) 989-2520
GEOFFERY H. MOYER M.D PHD

>> END OF REPORT <<

PLAINTIFFS' EXHIBITS 012429

DEMGL:0059

5-79



93465001                    05-434-4501
TWIN CITIES COMM. HOSP.
1100 LAS TABLAS

TEMPLETON  CA  93465-

**Quest Diagnostics**

**LABORATORY REPORT**

| Patient Name | Patient ID/Hospital ID | Room No. | Age | Sex | Physician |
|---|---|---|---|---|---|
| MCCORMACK, DANIEL | 103430  1176617 | OP | 41 | M | LEMM, G |

| Page | Requisition No. | Accession No. | Lab Ref No. | Collection Date & Time | Log-in Date | Report Date & Time |
|---|---|---|---|---|---|---|
| 1 | 0037464 | WH024252A | 0037464 | 08/02/2004 1030 | 08/03/2004 | 08/03/2004 15:00 |

Remarks



| Report Status | Test | Result In Range | Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| **FINAL** | | | | | | |

PATIENT DATE OF BIRTH: 02/15/1963

HLA-B27 ANTIGEN                          DETECTED                    WD

    THE HLA B27 ANTIGEN IS PRESENT IN 9% OF
    CAUCASIAN AND 4% OF BLACK POPULATIONS.
    THIS ANTIGEN IS SEEN WITH A FREQUENCY OF
    90% IN PATIENTS WITH ANKYLOSING SPONDYLITIS
    AND A FREQUENCY OF 80% IN PATIENTS WITH
    REITERS DISEASE.

    'WD ' Indicates testing site:  QUEST DIAGNOSTICS-LOS ANGELES (METRO)
                                   7600 TYRONE AVENUE
                                   VAN NUYS CA 91405
                                   (818) 989-2520
                                   GEOFFERY H. MOYER M.D PHD

                        >> END OF REPORT <<

Patient Name MCCORNACK, DANIEL E        Medical Record Number   (0000)0103430
Nursing Station LA     Room
Admitting LEMM                          Referring  LEMM

---------------------------------------------------------------------
                              HEMATOLOGY
    A smear review or manual differential may be ordered per protocol to confirm
preliminary automated WBC classification as indicated.
---------------------------------------------------------------------

|  |  | Specimen Date | 04/06/05 |
|  |  | Specimen Time | 0835 |
|  |  | Weekday/Day of Stay | WED 001 |
| Procedure | Ref Range | Unit |  |
| AUTOMATED BLOOD COUNT |  |  |  |
| WBC | (4.8-10.8) | 10 3 | 10.2 |
| RBC | (3.80-6.01) | 10 6 | 5.38 |
| HGB | (12.7-17.1) | g/dL | 16.4 |
| HCT | (36.7-50.3) | % | 47.7 |
| MCV | (81.7-100.5) | FL | 88.6 |
| MCHC | (32.8-35.6) | % | 34.4 |
| RDW % | (11.1-14.7) | % | 12.8 |
| PLATELET CT | (130-400) | 10 3 | 176 f |
| AUTO LYMPH % | (20.0-40.0) | % | 19.9 L |
| AUTO MONOS % | (5.0-11.0) | % | 10.2 |
| AUTO GRAN % | (42.0-75.0) | % | 68.2 |
| AUTO EOS % | (0.0-8.0) | % | 0.9 |
| AUTO BASO % | (0.0-5.0) | % | 0.8 |
| ABS LYMPHS | (1.0-4.3) | 10 3 | 2.0 |
| ABS MONOCYTES | (0.2-1.1) | 10 3 | 1.0 |
| ABS GRAN (ANC) | (2.0-8.1) | 10 3 | 7.0 |
| ABS EOSINOPHILS | (0.0-0.9) | 10 3 | 0.1 |
| ABS BASOPHILS | (0.0-0.5) | 10 3 | 0.1 |

PLATELET CT (Initial -- Current)
ESTIMATES USED IF AUTOMATED COUNT AND SMEAR DO NOT AGREE.
"INCREASE" ->400,000/CMM
"NORMAL"  =130,000-400,000/CMM
"SLTDECR" =100,000-130,000/CMM
"DECREASD" =50,000-100,000/CMM
"MARKDECR" =<50,000/CMM

MCCORNACK, DANIEL E        04/06/05  1201      Page   3         END OF REPORT

        [FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN  ONLY.
            IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

6-APR-2005  13:01                    *Gold-Fax Message*                    Page 2/7

Patient Name MCCORNACK, DANIEL E        Medical Record Number   (0000)0103430
Nursing Station LA    Room
Admitting LEMM                          Referring  LEMM
-----------------------------------------------------------------------------
                          CARDIAC RISK PROFILE
-----------------------------------------------------------------------------

                          Specimen Date     04/06/05
                          Specimen Time     0835
                      Weekday/Day of Stay   WED 001
      Procedure       Ref Range    Unit
    CHOLESTEROL       (100-200)    mg/dL         236 H
    TRIGLYCERIDES     (40-160)     mg/dL         252 H
    HDL CHOLESTEROL   (35.0-55.0)  mg/dL        32.1 L
    LDL CHOLESTEROL   (0-130)      mg/dL         154 H
    CHOL/HDL RATIO                               7.4 Hf
CHOL/HDL RATIO (07/23/01 -- Current)
CORONARY HEART DISEASE RISK          CHOLESTEROL/HDL RATIO

1/2 STANDARD RISK                         3.4
STANDARD RISK FEMALE                      4.4
STANDARD RISK MALE                        5.0
2X STANDARD RISK FEMALE                   7.1
2X STANDARD RISK MALE                     9.6
3X STANDARD RISK FEMALE                  11.0
 STANDARD RISK MALE                      23.4

*LOW DENSITY LIPID (LDL) CALCULATION IS INVALID FOR SPECIMENS
WITH A TOTAL TRIGLYCERIDE VALUE OF >400MG/DL*

*LDL VALUES 130-159 {BORDERLINE RISK}
* LDL VALUES >160 {HIGH RISK}

MCCORNACK, DANIEL E       04/06/05  1201     Page   2        CONTINUED....
   *** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
        IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012432            DEMGL:0056

6-APR-2005   13:01                  *Gold-Fax Message* _                    Page 1/7

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E
Birthdate 02/15/1963
Nursing Station  LA      Room Number
Admitting LEMM
Referring LEMM

Medical Record
Account Number

Consulting LEMM

(0000)0103430
2007118

---

## CHEMISTRY

|                    | Specimen Date | 04/06/05 |
|                    | Specimen Time | 0835     |
|                    | Weekday/Day of Stay | WED 001 |

| Procedure | Ref Range | Unit | |
|---|---|---|---|
| ROUTINE CHEMISTRY | | | |
| GLUCOSE RANDOM | (70-110) | mg/dL | 96 |
| UREA NITROGEN | (6-20) | mg/dL | 27 H |
| CREATININE | (.6-1.2) | mg/dL | 1.1 |
| SODIUM | (134-145) | mEq/L | 140 |
| POTASSIUM | (3.5-5.1) | mEq/L | 4.5 |
| CHLORIDE | (98-107) | mEq/L | 101 |
| TOTAL CO2 | (21.0-31.0) | mEq/L | 28.7 |
| ANION GAP | | | 14.8 |
| CALCIUM | (8.4-10.4) | mg/dL | 9.6 |
| TOTAL PROTEIN | (6.0-8.3) | g/dL | 6.7 |
| ALBUMIN | (3.5-5.0) | g/dL | 4.4 |
| ALK PHOS | (45-122) | IU/L | 70 |
| SGOT(AST) | (10-34) | IU/L | 23 |
| SGPT(ALT) | (10-44) | IU/L | 67 H |
| BILIRUBIN TOTAL | (0.2-1.3) | mg/dL | 0.6 |

4/9/05 Patient notified by Aloxman RnA cmom

MCCORNACK, DANIEL E        04/06/05  1201     Page  1          CONTINUED....
*** FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501 ***

PLAINTIFFS' EXHIBITS 012433                      DEMGL:0055
                                                 5-83

/31/:6 14:06 Central Coast Clinical Laboratory  P.01/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080  FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN
PT ID:
PHYS1:  LEMM, GORDON
        292 POSADA LN STE D
PHYS2:

SEX: M      DOB: 02/15/1963
LAB ID:     021563DM
DRAW DATE:  07/28/06 08:10
PRINTED:    07/28/06 16:13
ACCESSION:  06209013

COMMENTS:    FASTING
TESTS ORDERED: NOTE,HEMO,CMP,URCA,DIG,PSA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| NOTE: | * | | | | |
| LAST DOSE TAKEN: 7/27, 2200 | | | | | |
| HEMOGRAM & PLT, AUTO | | | | | |
| WHITE CELL COUNT | | 12.6 | H | 3.8-10.6 | 10^3/cmm |
| RED CELL COUNT | 5.79 | | | 4.70-5.90 | 10^6/cmm |
| HEMOGLOBIN | 17.7 | | | 13.0-18.0 | g/dL |
| HEMATOCRIT | | 52.4 | H | 42.0-52.0 | % |
| MCV | 91 | | | 80-100 | um^3 |
| MCH | 30.6 | | | 24.0-34.0 | pg |
| MCHC | 33.8 | | | 31.0-37.0 | g/dL |
| RDW | 12.3 | | | 11.5-14.0 | % |
| PLATELET CNT | 158 | | | 150-400 | 10^3/cmm |
| COMP. METABOLIC PANEL | | | | | |
| SODIUM | 140 | | | 136-145 | mEq/L |
| POTASSIUM | 4.3 | | | 3.5-5.1 | mEq/L |
| CHLORIDE | 101 | | | 97-107 | mEq/L |
| CARBON DIOXIDE | 21 | | | 21-31 | mEq/L |
| ANION GAP | | 22 | H | 10-20 | |
| ALBUMIN | 4.9 | | | 4.2-5.3 | g/dL |
| PROTEIN, SERUM | 6.9 | | | 6.0-8.3 | g/dL |
| CALCIUM | 10.0 | | | 8.4-10.5 | mg/dL |
| BILIRUBIN, TOTAL | 0.7 | | | 0.1-1.2 | mg/dL |
| UREA NITROGEN, BLOOD | | 25 | H | 10-21 | mg/dL |
| CREATININE, SERUM | 1.1 | | | 0.6-1.3 | mg/dL |
| ALK. PHOSPHATASE | 62 | | | 41-111 | U/L |
| ALT (SGPT) | 46 | | | 0-46 | U/L |
| AST (SGOT) | 19 | | | 9-42 | U/L |
| GLUCOSE | 88 | | | 70-105 | mg/dL |
| URIC ACID, SERUM | | 7.6 | H | 3.5-7.2 | mg/dL |
| DIGOXIN | 1.5 | | | 0.5-2.0 | ng/mL |
| PSA, TOTAL | 0.55 | | | <4.0 | ng/mL |

END OF PAGE 1. CONTINUED ON PAGE 2

Needs fm
~ Iu  Dr  [signature]

DEMGL:0053

5-84

07/31/:6 14:07 Central Coast Clinical Laboratory  P.02/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080  FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN                   SEX: M        DOB: 02/15/1963
PT ID:                                    LAB ID:       021563DM
PHYS1:  LEMM, GORDON                       DRAW DATE:    07/28/06 08:10
        292 POSADA LN STE D                PRINTED:      07/28/06 16:13
PHYS2:                                     ACCESSION:    06209013

COMMENTS:     FASTING
TESTS ORDERED: NOTE, HEMO, CMP, URCA, DIG, PSA, LIPID

PROCEDURE              IN RANGE    OUT OF RANGE       REFERENCE RANGE
---------------------------------------------------------------------------

LIPID PANEL

CHOLESTEROL                        232        H        90-200          mg/dL
HDL                   36                              )60   mg/dL Low Risk
                                                     40-60      Borderline/Moderate
                                                     (40        High Risk
TRIGLYCERIDES                      461        H        23-231          mg/dL
TC:HDL RATIO          6.4
                              CHOLESTEROL (mg/dL)
                     ------------------------------------------

                                    LDL        HDL       TOTAL
        Desirable level/low risk    (130       )60       (200
    Borderline level/moderate risk  130-159    35-60     200-239
    Elevated level/high risk        )=160      (35       )=240

                  TOTAL CHOLESTEROL-HDL RATIOS
              ------------------------------------
                  Low risk        3.3-4.4
                  Average risk    4.4-7.1
                  Moderate risk   7.1-11.0
                  High risk       )11.0

END OF REPORT                FINAL REPORT           REVIEWED BY: JRT

PLAINTIFFS' EXHIBITS 012435

5-85

/24/:6 15:27 Central Coast Clinical Laboratory  P.01/01

.NTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

| | |
|---|---|
| NAME:    MCCORNACK, DAN | SEX: M       DOB: 02/15/1963 |
| PT ID: | LAB ID:       021563DM |
| PHYS1:   LEMM, GORDON | DRAW DATE:    08/24/06 11:34 |
| 292 POSADA LN STE D | PRINTED:      08/24/06 14:58 |
| PHYS2: | ACCESSION:    06236070 |

COMMENTS:
TESTS ORDERED: TSH

| PROCEDURE | IN RANGE | OUT OF RANGE | REFERENCE RANGE | |
|---|---|---|---|---|
| TSH | 1.896 | | 0.35-5.50 | uIU/mL |

9/14/06  Patient notified by _Bmithmer_

END OF REPORT               FINAL REPORT          REVIEWED BY: TAJ

( )

PLAINTIFFS' EXHIBITS 012436

DEMGL:0052

5-86

*Gold-Fax Message*

TWIN CITIES COMMUNITY HOSPITAL
Clinical Laboratory
1100 Las Tablas Road Templeton CA, 93465
C.L. Douglas M. D., Director
Steven B. Jobst, M.D., Kurt Lundquist, M.D Pathologists

MCCORNACK, DANIEL E                    Medical Record        (0000)0103430
Birthdate 02/15/1963                   Account Number        3254291
Nursing Station  LA      Room Number
Admitting BREYTENBACH                  Consulting BREYTENBACH
Referring BREYTENBACH

CALL DR. BREYTENBACH WITH RESULTS 712-3364

----------------------------------------------------------------------
                              CARDIAC
----------------------------------------------------------------------

                 Specimen Date    03/02/07
                 Specimen Time    1214
                 Weekday/Day of Stay   FRI 001
    Procedure      Ref Range   Unit
    CPK            (24-204)    IU/L        55
    TROPONIN-I     (0.00-0.08) ng/mL    < 0.08 f
TROPONIN-I (06/17/04 -- Current)
*** Levels greater than 0.08 and less than 0.4 (the second
decision limit) should not be ignored , rather these
individuals have been shown to be at a significantly
higher risk of a subsequent ischemic event within the next
30 - 60 days.  These patients (0.08 - 0.4 ng/mL) need to
be further studied.***

Troponin I values of 0.4 ng/mL or greater greater are considered
supportive of a diagnosis of an acute myocardial infarct.

MCCORNACK, DANIEL E        03/02/07  1400     Page    1      END OF REPORT

[FAXED REPORTS ARE CONFIDENTIAL AND INTENDED FOR PHYSICIAN ONLY.
IF RECEIVED IN ERROR. PLEASE CALL (805) 434-4501]

PLAINTIFFS' EXHIBITS 012437        DEMGL:0051

5-87

/15/:7 12:33 Central Coast Clinical Laboratory  P.01/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:  MCCORNACK, DAN                    SEX: M      DOB: 02/15/1963
PT ID:                                   LAB ID:     021563DM
PHYS1:  LEMM, GORDON                      DRAW DATE:  05/15/07  08:08
        292 POSADA LN STE D               PRINTED:    05/15/07  11:57
PHYS2:  LAWRENCE VONDOLLEN                 ACCESSION:  07135010
        FAX 782-8859

COMMENTS:     FASTING
TESTS ORDERED:  NOTE, CMP, URCA, DIG, TSH, LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | REFERENCE RANGE | |
|---|---|---|---|---|
| NOTE: | | | | |
| LAST DOSE TAKEN: PM, 5/14 | | | | |
| COMP. METABOLIC PANEL | | | | |
| SODIUM | 139 | | 136-145 | mEq/L |
| POTASSIUM | 4.6 | | 3.5-5.1 | mEq/L |
| CHLORIDE | 101 | | 97-107 | mEq/L |
| CARBON DIOXIDE | 29 | | 21-31 | mEq/L |
| ANION GAP | 14 | | 10-20 | |
| ALBUMIN | 4.7 | | 4.2-5.3 | g/dL |
| PROTEIN, SERUM | 6.5 | | 6.0-8.3 | g/dL |
| CALCIUM | 9.7 | | 8.6-10.3 | mg/dL |
| BILIRUBIN, TOTAL | 0.8 | | 0.1-1.2 | mg/dL |
| UREA NITROGEN, BLOOD | | 23 H | 10-21 | mg/dL |
| CREATININE, SERUM | 1.2 | | 0.6-1.3 | mg/dL |
| ALK. PHOSPHATASE | 62 | | 41-111 | U/L |
| ALT (SGPT) | 42 | | 0-46 | U/L |
| AST (SGOT) | 19 | | 9-42 | U/L |
| GLUCOSE | | 106 H | 70-105 | mg/dL |
| URIC ACID, SERUM | | 8.0 H | 3.5-7.2 | mg/dL |
| DIGOXIN | 1.6 | | 0.5-2.0 | ng/mL |
| TSH | 3.670 | | 0.35-5.50 | uIU/mL |
| LIPID PANEL | | | | |
| CHOLESTEROL | | 262 H | 90-200 | mg/dL |
| HDL | 36 | | )60  mg/dL Low Risk | |
| | | | 40-60     Borderline/Moderate | |
| | | | (40        High Risk | |
| TRIGLYCERIDES | | 620 H | 23-231 | mg/dL |
| TC:HDL RATIO | | 7.3 H | | |

CHOLESTEROL (mg/dL)

| | LDL | HDL | TOTAL |
|---|---|---|---|
| Desirable level/low risk | (130 | )60 | (200 |

END OF PAGE 1. CONTINUED ON PAGE 2

5/17 Appt please
apt 6/4  u →

DEMGL:0049

PLAINTIFFS' EXHIBITS 012438

5-88

05/15/:7 12:34 Central Coast Clinical Laboratory  P.02/02

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN                   SEX: M      DOB: 02/15/1963
PT ID:                                   LAB ID:     021563DM
PHYS1:  LEMM, GORDON                      DRAW DATE:  05/15/07 08:08
        292 POSADA LN STE D              PRINTED:    05/15/07 11:57
PHYS2:  LAURENCE VONDOLLEN               ACCESSION:  07135010
        FAX 782-8859

COMMENTS:      FASTING
TESTS ORDERED:  NOTE,CMP,URCA,DIG,TSH,LIPID

PROCEDURE              IN RANGE   OUT OF RANGE     REFERENCE RANGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
            Borderline level/moderate risk  130-159   35-60    200-239
            Elevated level/high risk        >=160     <35      >=240

                    TOTAL CHOLESTEROL-HDL RATIOS
                  ------------------------------------
                   Low risk        3.3-4.4
                   Average risk    4.4-7.1
                   Moderate risk   7.1-11.0
                   High risk       >11.0

END OF REPORT              FINAL REPORT          REVIEWED BY: DJB

PLAINTIFFS' EXHIBITS 012439

DEMGL:0050

S-88

/31/:7 11:16 Central Coast Clinical Laboratory P.01/01

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

NAME:   MCCORNACK, DAN                 SEX: M    DOB: 02/15/1963
PT ID:                                 LAB ID:   021563DM
PHYS1:  LEMM, GORDON                   DRAW DATE: 08/31/07 08:30
        292 POSADA LN STE D            PRINTED:   08/31/07 11:11
PHYS2:                                 ACCESSION: 07243024

COMMENTS:     FASTING
TESTS ORDERED: URCA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | REFERENCE RANGE | |
|---|---|---|---|---|
| URIC ACID, SERUM | | 7.8    H | 3.5-7.2 | mg/dL |
| LIPID PANEL | | | | |
| CHOLESTEROL | 200 | | 90-200 | mg/dL |
| HDL | 31 | | )60  mg/dL Low Risk | |
| | | | 40-60        Borderline/Moderate | |
| | | | (40          High Risk | |
| LDL (BY CALC) | 98 | | (130 mg/dL Low Risk | |
| | | | 130-159      Borderline/Moderate | |
| | | | )160         High Risk | |
| VLDL(BY CALC) | | 70    H | 6-62 | mg/dL |
| TRIGLYCERIDES | | 352    H | 23-231 | mg/dL |
| TC:HDL RATIO | 6.5 | | | |

CHOLESTEROL (mg/dL)

| | LDL | HDL | TOTAL |
|---|---|---|---|
| Desirable level/low risk | (130 | )60 | (200 |
| Borderline level/moderate risk | 130-159 | 35-60 | 200-239 |
| Elevated level/high risk | )=160 | (35 | )=240 |

TOTAL CHOLESTEROL-HDL RATIOS

| | |
|---|---|
| Low risk | 3.3-4.4 |
| Average risk | 4.4-7.1 |
| Moderate risk | 7.1-11.0 |
| High risk | )11.0 |

TRIG improving.

END OF REPORT                 FINAL REPORT           REVIEWED BY: DJB

DEMGL:0048

PLAINTIFFS' EXHIBITS 012440

5-90

/27/:7 12:29 Central Coast Clinical Laboratory  P.01/01

CENTRAL COAST CLINICAL LAB
350 POSADA LANE  STE 100
TEMPLETON, CA  93465
805 434-9080   FAX: 805 434-9082
DIRECTOR: CARL E. JOHNSON, JR.  M.D.

| | |
|---|---|
| NAME:  MCCORNACK, DAN | SEX: M      DOB: 02/15/1963 |
| PT ID: | LAB ID:     021563DM |
| PHYS1: LEMM, GORDON | DRAW DATE:  12/27/07 09:48 |
| 292 POSADA LN STE D | PRINTED:    12/27/07 12:29 |
| PHYS2: | ACCESSION:  07361044 |

COMMENTS:     FASTING
TESTS ORDERED: URCA,LIPID

| PROCEDURE | IN RANGE | OUT OF RANGE | | REFERENCE RANGE | |
|---|---|---|---|---|---|
| URIC ACID, SERUM | | 8.1 | H | 3.5-7.2 | mg/dL |
| LIPID PANEL. | | | | | |
| CHOLESTEROL | | 239 | H | 90-200 | mg/dL |
| HDL | 33 | | | >60   mg/dL Low Risk | |
| | | | | 40-60       Borderline/Moderate | |
| | | | | <40         High Risk | |
| TRIGLYCERIDES | | 581 | H | 23-231 | mg/dL |
| TC:HDL RATIO | | 7.2 | H | | |

CHOLESTEROL (mg/dL)
----------------------------------------------------
|                              |  LDL   |  HDL  | TOTAL |
|------------------------------|--------|-------|-------|
| Desirable level/low risk     | <130   | >60   | <200  |
| Borderline level/moderate risk | 130-159 | 35-60 | 200-239 |
| Elevated level/high risk     | >=160  | <35   | >=240 |

TOTAL CHOLESTEROL-HDL RATIOS
----------------------------------------
| Low risk      | 3.3-4.4  |
| Average risk  | 4.4-7.1  |
| Moderate risk | 7.1-11.0 |
| High risk     | >11.0    |

12/28

END OF REPORT            FINAL REPORT          REVIEWED BY: DJB

DEMGL:0047

PLAINTIFFS' EXHIBITS 012441

5-91



PLAINTIFFS' EXHIBITS 012442

5-92

TWIN CITIES COMMUNITY HOSPITAL

CARDIO-VASCULAR

ECHOCARDIOGRAPHY

NAME McCornack, Daniel          DATE 2/23/95   LOCATION OP    MR# 10-34-30

HT _____ WT_____ SEX Male    AGE 32  PHYSICIAN Von Dollen/Lemm

CLINICAL DIAGNOSIS Atrial fibrillation

MEDICATIONS Lanoxin, Tenormin

PREVIOUS_____ TECHNICIAN D. Robles   TAPE 95-12      REAL TIME 23-34

ADDITIONAL CLINICAL INFORMATION _____

ECHOCARDIOGRAPHY FINDINGS:  (Normal adult values in parentheses)

| | | | | | |
|---|---|---|---|---|---|
| LVIDD | 4.9 (3.5-5.7cm) | LVIDS | 3.3 (cm) | RVIDD | 2.3 (0.7-2.6cm) |
| LVPW D | 0.9 (0.6-1.1cm) | % ST | 61% (0.9-1.4cm) | F/S | 32% (29%-45%) |
| IVS D | 0.9 (0.6-1.1cm) | % ST | 50% (0.3-1.2cm) | EF | 60% (64%-83%) |
| MV E-F | >70 (70 MM/sec) | EXC | 2.4 (2.0-3.0cm) | EPSS | 0.9 (up to 1.0cm) |
| LA | 3.7 (1.9-4.0cm) | AO | 3.1 (2.0-3.7cm) | ACS | 2.1 (1.5-2.6cm) |

PERICARDIAL EFFUSION: _____

DOPPLER STUDY

AORTIC VALVE                    MITRAL VALVE

    VELOCITY      1.0 m/sec          VELOCITY      1.0 m/sec

    GRADIENT      _____          GRADIENT      _____

    VALVE AREA    _____          VALVE AREA    _____

    INSUFFICIENCY _____          INSUFFICIENCY _____

    AI DECAY SLOPE _____


PULMONIC VALVE                  TRICUSPID VALVE

    VELOCITY      _____          VELOCITY      0.7 m/sec

    INSUFFICIENCY _____          INSUFFICIENCY Yes

                                     TI VELOCITY   2.0 m/sec

TECHNICAL COMMENTS:

DEMGL:0120

PLAINTIFFS' EXHIBITS 012443

5-93

TWIN CITIES COMMUNITY HOSPITAL

CARDIO-VASCULAR

ECHOCARDIOGRAPHY

NAME  McCornack, Daniel          DATE 2/23/95     LOCATION OP      MR# 10-34-30

HT _____ WT_____ SEX Male    AGE 32  PHYSICIAN Von Dollen/Lemm _____

CLINICAL DIAGNOSIS Atrial fibrillation _____

MEDICATIONS Lanoxin, Tenormin _____

PREVIOUS_____ TECHNICIAN D. Robles   TAPE 95-12 _____ REAL TIME 23-34 ___

ADDITIONAL CLINICAL INFORMATION_____

ECHOCARDIOGRAPHY FINDINGS:   (Normal adult values in parentheses)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LVIDD | 4.9 | (3.5-5.7cm) | LVIDS | 3.3 | (cm) | RVIDD 2.3 | (0.7-2.6cm) |
| LVPW D | 0.9 | (0.6-1.1cm) | % ST | 61% | (0.9-1.4cm) | F/S 32% | (29%-45%) |
| IVS D | 0.9 | (0.6-1.1cm) | % ST | 50% | (0.3-1.2cm) | EF 60% | (64%-83%) |
| MV E-F | >70 | (70 MM/sec) | EXC | 2.4 | (2.0-3.0cm) | EPSS 0.9 | (up to 1.0cm) |
| LA | 3.7 | (1.9-4.0cm) | AO | 3.1 | (2.0-3.7cm) | ACS 2.1 | (1.5-2.6cm) |

PERICARDIAL EFFUSION:_____

DOPPLER STUDY

AORTIC VALVE                                MITRAL VALVE

    VELOCITY          1.0 m/sec               VELOCITY          1.0 m/sec

    GRADIENT          _____               GRADIENT          _____

    VALVE AREA        _____               VALVE AREA        _____

    INSUFFICIENCY     _____               INSUFFICIENCY     _____

    AI DECAY SLOPE    _____


PULMONIC VALVE                               TRICUSPID VALVE

    VELOCITY          _____               VELOCITY          0.7 m/sec

    INSUFFICIENCY     _____               INSUFFICIENCY     Yes

                                             TI VELOCITY        2.0 m/sec

TECHNICAL COMMENTS:

DEMGL:0121

5-94

**ECHOCARDIOGRAPHY REPORT**
McCornack, Daniel
02/23/95

1.   The right atrium, right ventricle, tricuspid and pulmonic valves are grossly normal.

2.   The left atrial size is normal.  No intracavitary masses are seen.

3.   The mitral valve leaflets move well without evidence of stenosis, thickening, prolapse, systolic anterior motion, vegetations or masses.

4.   The left ventricular internal diastolic dimension is normal. The interventricular septum and left ventricular posterior free wall are normal thickness.  The overall chamber size, wall thickness, wall motion and ejection fraction are well within the mid-range of normal.

5.   The aortic root diameter is normal.  The valve has three leaflets which move normally without significant stenosis.

6.   No significant pericardial effusion is seen.

7.   No significant valvular stenosis is seen as evidenced by normal peak flow velocity of the mitral, tricuspid, pulmonic and aortic valves.  No significant valvular regurgitation is seen.

8.   Color flow doppler shows no significant mitral, tricuspid, aortic or pulmonic stenosis or regurgitation.

                              **IMPRESSION**

1.   GROSSLY NORMAL M-MODE AND TWO-DIMENSIONAL STUDY.


D:   03/05/95
T:   03/06/95                              Lawrence Von Dollen, M.D.
LVD:pk


DEMGL:0122

PLAINTIFFS' EXHIBITS 012445                              5-95

MISSION MEDICAL ASSOCIATES OF THE CENTRAL COAST        RADIOLOGY
A California Medical Corporation

San Luis Obispo                    Pismo Beach
----------------------             --------------------
1235 Osos St. - 546-5627           855 4th St. - 546-5800

Patient's Name:      MCCORNACK, DAN
MMA No:              95-53-22-3
Date Performed:      04/02/98
Date Dictated:       04/10/98

THREE VIEWS OF LEFT SHOULDER:

CLINICAL INDICATIONS: Pain.

No fracture, dislocation or other evidence of acute bony trauma is
apparent. No intrinsic lesions of bone are noted.  The regional
soft tissues appear within normal limits as imaged.

Lemm   Thomas L. Miller, M.D./js    TMP           T: April 13, 1998

DEMGL:0119

PLAINTIFFS' EXHIBITS 012446

5-96

DATE: 06/20/01  TIME: 11:39 AM  TO: Gor⌐    Lemm, M.D. # 4342019                    ⌐tal Cardiology    PAGE: 001-002

## ECHOCARDIOGRAPHY

Name: DANIEL MCCORNACK

Page: 1
Date printed: 06/20/01
ID: 555517837    SEX:M   AGE: 38

06/12/01
COASTAL CARDIOLOGY NON-INVASIVE LABORATORY
ECHOCARDIOGRAM REPORT
ECHO:completed

Coastal Cardiology
77 Casa Street, Suite 104
San Luis Obispo, California  93405
(805) 782-8844  -  FAX (805) 782-8850

Patient Name: MCCORNACK, DANIEL
Referring Physician: Gordon Lemm, M.D.
Cardiologist: Lawrence Von Dollen, M.D., F.A.C.C.
Technician:  Katy Phillips, RDCS, RVT

Ht: 72   Wt: 200  Tape: 116/01  Footage#: 27-33

Clinical Complaint: Irregular heart beat
Clinical Diagnosis: Atrial fibrillation

ECHOCARDIOGRAPHIC DATA-MEASUREMENTS
Left Atrium-End Systole (Normal 2.5-4.4 cm): 4.1
Right Ventricle-End Diastole (Normal <3.0 cm): 2.0
Aortic Root Diameter (Normal 2.0-4.0 cm): 2.8
Aortic Cusp Excursion (Normal 1.5-2.0 cm): 1.9
E-Point to Septal Separation (Normal </= 1.0 cm): 0.7
Interventricular Septum-End Diastole (Normal 0.3-0.8 cm): 1.0
Interventricular Septum-End Systole (Normal 0.6-1.6 cm): 1.5
Left Ventricular Posterior Wall-End Diastole (Normal 0.5-1.3 cm): 1.1
Left Ventricular Posterior Wall-End Systole (Normal 0.9-1.4 cm): 1.5
Left Ventricle-End Diastole (Normals <5.8 cm): 4.9
Left Ventricle-End Systole: 3.7
Left Ventricular Fractional Shortening (Normal >24%): 24%
Left Ventricular Ejection Fraction (rest)(Normal >55%): 50%

2D MEASUREMENTS:

DOPPLER MEASUREMENTS:
-Aortic Valve-
Left Ventricular Outflow Tract Velocity (V1): 0.71 m/s
Peak Aortic Velocity: 1.0 m/s
Aortic Regurgitation Severity: none seen
-Mitral Valve-
Peak Velocity (E)(Normal 0.6-1.0 m/s): 0.96 m/s
Mitral Regurgitation Severity: trace
-Tricuspid Valve-
Peak Velocity (systole): 1.1 m/s
Right Atrial Pressure: 10 mmhg
Right Ventricular Pulmonary Artery Systolic Pressure: 14.8 mmHg
Tricuspid Regurgitation Severity: whiff
-Pulmonic Valve-
Pulmonic Regurgitation Severity: whiff

DEMGL:0117

5-97

DATE: 06/20/01  TIME: 11:39 AM  TO: Go⁻  Lemm, M.D. @ 4342019                        astal Cardiology    PAGE: 002-002

ECHOCARDIOGRAPHY
                                                                        Page: 2
Jame: DANIEL MCCORNACK                                 Date printed: 06/20/01
                                          ID: 555517837     SEX:M  AGE: 38

INTERPRETATION: Grossly normal echocardiographic study with normal left
ventricular wall motion and ejection fraction of 70%.  Clinically insignificant
mitral, tricuspid and pulmonic insufficiency is seen.

Lawrence Von Dollen, M.D., F.A.C.C./lt   D:  06/15/01   T:  06/20/01


 #        SIGNED BY LAWRENCE VON DOLLEN, MD (VON)        06/20/01

DEMGL:0118

PLAINTIFFS' EXHIBITS 012448

5-98



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465

262 Posada Lane, Suite C · Templeton, CA 93465 · (805) 434-1491 · Fax (805) 434-3591

1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 · (805) 434-1882 · Fax (805) 434-3278

PATIENT: MCCORNACK, DAN        X-RAY NO: 6389        AGE: 38

PHYSICIAN: LEMM MD, GORDON        EXAM DATE: 07/26/01

CLINICAL HISTORY:   BACK AND LEFT FOOT PAIN.   HISTORY OF OLD
FRACTURES.


LUMBAR SPINE - FIVE VIEWS

The lumbar spine is normally aligned.   Vertebral bodies appear
intact and disc space heights preserved.  Minimal spurring is seen
in the anterior lower lumbar spine.

IMPRESSION:
1.    NO EVIDENCE OF ACUTE SPINAL PATHOLOGY.
2.    TINY ANTERIOR OSTEOPHYTES.


LEFT FOOT - THREE VIEWS

The osseous and articular structures are intact without fracture,
dislocation or subluxation.

IMPRESSION:
      NEGATIVE.

*Pnc*

JAMES P. CARTLAND, M.D.
D/T:7-27-01; JPC/maf

CC:  WATSON MD, DAVID

DEMGL:0116

PLAINTIFFS' EXHIBITS 012449

5-99



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C · Templeton, CA 93465 · (805) 434-1491 · Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 · (805) 434-1882 · Fax (805) 434-3278

PATIENT: MCCORNACK, DAN          X-RAY NO: 6389          AGE:  39

PHYSICIAN: LEMM MD, GORDON          EXAM DATE: 07/17/02

LEFT THIRD FINGER

CLINICAL HISTORY:          Proximal interphalangeal joint injury.

FINDINGS:

There is normal bony alignment. There is no evidence for fracture
or dislocation. Joint spaces are preserved.  Bone density is within
normal limits.  No radiopaque foreign bodies are detected.

IMPRESSION:

NO EVIDENCE FOR FRACTURE OR DISLOCATION.

ELIZABETH VOGLER, M.D.
D: 07-17-02
T: 07-18-02 EV/bg

DEMGL:0115



2-16-04 08:08 PM PST  Via VSI-FAX                    Page 1 of 1 #52736



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

| | | |
|---|---|---|
| **Patient Name: MCCORNACK DAN E**<br>**Jacket # 6389** | **DOB:** 02/15/1963<br>**Home #** (805)238-5208 | **Age:** 41<br>**Work #** (805)239-1550 |
| **Physician:** GORDON LEMM MD<br>**Telephone #:** ( )434-3211 | **Physician Code:** 223<br>**Fax #:** 4342019 | |

**02/16/2004: ABDOMEN 1V**

CLINICAL HISTORY: Left flank pain.

FINDINGS:

Two views of the abdomen demonstrate no suspicious calcifications overlying the kidneys or the presumed course of the ureters. The bowel gas pattern is normal. Bony structures are intact. No destructive bony lesion is identified.

IMPRESSION:

**UNREMARKABLE EXAMINATION.**

Blake Evernden MD
BE  /gt

This report has been electronically signed by: Blake Evernden MD

DEMGL:0110

5-101



## TEMPLETON IMAGING Medical Corporation, Inc.

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**          **DOB:** 02/15/1963          **Age:** 41
**Jacket # 6389**                          **Home #** (805)238-5208     **Work #** (805)239-1550

**Physician:** GORDON LEMM MD             **Physician Code:** 223
**Telephone #:** (  )434-3211              **Fax #:** 4342019

### 02/16/2004: CT ABDOMEN AND PELVIS - RENAL PROTOCOL

**CLINICAL HISTORY:** Left flank pain.

**TECHNICAL DATA:** Multidetector helical images through the kidneys, ureters and bladder were obtained. No IV or oral contras was administered. Images are displayed in 3 millimeter contiguous slices.

**FINDINGS:**

There is no evidence of nephrolithiasis, ureteral calculi or urinary bladder stones. The lung bases are clear. There are no pleural effusions. No liver or splenic lesions are appreciated on this non contrast study. The pancreas and gallbladder are unremarkable.

No renal contour abnormalities of the kidneys are appreciated on this non contrast study. There are multiple retroperitoneal lymph nodes, none pathologic in size. In addition, multiple mesenteric lymph nodes are identified, the largest measuring approximately 18 millimeters.

Small bowel caliber is normal. The colon is unremarkable. Urinary bladder is normal. Prostatic calcifications are incidentally noted. No destructive bony lesion is appreciated.

**IMPRESSION:**

1.   **NO EVIDENCE OF URINARY TRACT STONE.**
2.   **MULTIPLE RETROPERITONEAL AND MESENTERIC LYMPH NODES, SOME OF WHICH ARE ENLARGED. PRIMARY DIFFERENTIAL DIAGNOSIS IS LYMPHOMA. FURTHER EVALUATION OF THE ABDOMEN AND PELVIS WITH CONTRAST ENHANCEMENT MAY BE HELPFUL AND IS RECOMMENDED.**

Blake Evernden MD

2-23-04
8:00 @ T.I

2/17 - spoke č
wife
Please reschedule
CT ABD/Pelvisc
contrast

DEMGL:0111

5-102



## TEMPLETON IMAGING Medical Corporation, Inc.

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 02/16/2004**

BE   /gt

This report has been electronically signed by: Blake Evernden MD

DEMGL:0112

5-103



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

| | | |
|---|---|---|
| **Patient Name: MCCORNACK DAN E** | **DOB:** 02/15/1963 | **Age:** 41 |
| **Jacket # 47134** | **Home #** (805)238-5208 | **Work #** (805)239-1550 |

| | |
|---|---|
| **Physician:** GORDON LEMM MD | **Physician Code:** 223 |
| **Telephone #:** (   )434-3211 | **Fax #:** 4342019 |

**02/23/2004: CHEST 2V**

CLINICAL HISTORY: Chest pain.

FINDINGS:

The lungs are well aerated without evidence for focal consolidation or pulmonary edema.  There is no significant pleural effusion or pneumothorax seen.  The cardiomediastinal silhouette is within normal limits.

IMPRESSION:

**NO RADIOGRAPHIC EVIDENCE FOR ACUTE CARDIOPULMONARY DISEASE.**

James P Cartland MD
JPC /gt

This report has been electronically signed by: James P Cartland MD

DEMGL:0107

PLAINTIFFS' EXHIBITS 012454

5-104



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name:** MCCORNACK DAN E
**Jacket # 6389**

**DOB:** 02/15/1963
**Home #** (805)238-5208

**Age:** 41
**Work #** (805)239-1550

**Physician:** GORDON LEMM MD
**Telephone #:** (   )434-3211

**Physician Code:** 223
**Fax #:** 4342019

### 02/23/2004: CT ABDOMEN AND PELVIS

CLINICAL HISTORY: Abnormal renal stone CT of 2/16/04. Question lymphoma.

TECHNICAL DATA: Multidetector helical images through the liver were obtained after administration of oral contrast, and subsequently during arterial and delayed images through the abdomen and pelvis after IV contrast.

FINDINGS:

Comparison is made with an earlier CT renal stone protocol of 2/16/04. Lung bases are clear. The spleen is mildly elongated to approximately 12 centimeters. No focal splenic lesion. The liver appears normal. No radiopaque gallstones. The pancreas appears normal. Adrenal glands are unremarkable. There is no evidence of renal calculus or obstructive uropathy. Multiple mesenteric and retroperitoneal lymph nodes are again noted. The largest of the mesenteric lymph nodes currently measures 1.3 centimeters in diameter. There are several retroperitoneal lymph nodes with maximum diameter of one centimeter. There is no free fluid or free air. I believe there to be several sigmoid colon diverticula. There is no evidence of sigmoid colon diverticulitis.

IMPRESSION:

1.  MULTIPLE SMALL MESENTERIC AND RETROPERITONEAL LYMPH NODES. NO CHANGE COMPARED TO THE INITIAL EXAM OF 2/16/04 THAT WAS DONE WITHOUT CONTRAST.
2.  THE DIFFERENTIAL INCLUDES INFLAMMATORY PROCESSES, CONCEIVABLY EARLY NEOPLASM SUCH AS LYMPHOMA OR METASTATIC DISEASE. LYMPHADENOPATHY IN RESPONSE TO MEDICATION IS POSSIBLE. I DO NOT SEEN AN EASY LYMPH NODE TO BIOPSY. IT MAY BE ADEQUATE TO HAVE A FOLLOW-UP CT EXAM IN SEVERAL MONTHS TO DETERMINE IF THERE IS PROGRESSION OR REGRESSION OF DISEASE.

DEMGL:0108

PLAINTIFFS' EXHIBITS 012455



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465

262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591

1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 02/23/2004**

James P Cartland MD
JPC /gt

This report has been electronically signed by: James P Cartland MD

DEMGL:0109

PLAINTIFFS' EXHIBITS 012456

5- 106

4/19/04   03:46 PM PDT   via VSI-FAX   ▲                                    Page 1 of 2 #60641



## TEMPLETON IMAGING Medical Corporation, Inc.

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**          **DOB:** 02/15/1963          **Age:** 41
**Jacket # 6389**                           **Home #** (805)238-5208     **Work #** (805)239-1550

**Physician:** GORDON LEMM MD               **Physician Code:** 223
**Telephone #: (   )434-3211**              **Fax #:** 4342019

### 04/19/2004: CT ABDOMEN AND PELVIS

**CLINICAL HISTORY:** Follow-up questionable lymphoma.

**TECHNICAL DATA:** Multidetector helical images through the liver were obtained after administration of oral contrast, and subsequently during arterial and delayed images through the abdomen and pelvis after IV contrast.

**FINDINGS:**

Comparison is made with an earlier study of 2/23/04. The lung bases are clear. The heart is normal in size. The spleen is enlarged measuring approximately 15 centimeters in length. This is not significantly changed in appearance since the prior study. The liver, pancreas, and bilateral adrenal glands are unremarkable. The gallbladder is present. The kidneys demonstrate symmetric perfusion and function. No focal renal lesions or significant hydronephrosis is seen. There are several mesenteric and retroperitoneal lymph nodes identified, the majority of which measure less than 10 millimeters in long axis. The largest mesenteric lymph node measures 13 millimeters in long axis. These are not significantly changed in appearance relative to the prior study. The aorta is normal in caliber.

The urinary bladder appears smooth-walled. There are scattered diverticula seen within the sigmoid colon. There is apparent thickening of the wall of the sigmoid colon which may be due to incomplete distention. No significant free fluid or free air is seen.

**IMPRESSION:**                                          4/22/04  Patient notified by *Akedmarkind*

1.  **MULTIPLE SMALL MESENTERIC AND RETROPERITONEAL LYMPH NODES NOT SIGNIFICANTLY CHANGED IN APPEARANCE RELATIVE TO FEBRUARY 23, 2004. THESE COULD BE REACTIVE DUE TO AN INFLAMMATORY PROCESS, OR COULD REPRESENT LYMPHOMA OR METASTATIC DISEASE. THIS APPEARS STABLE SINCE FEBRUARY 23, 2004. CONTINUED FOLLOW UP WITH CT IN TWO TO THREE MONTHS MAY BE HELPFUL.**     *Doing ok*
                                                                          *No change*
2.  **SIGMOID DIVERTICULOSIS. THERE IS MILD APPARENT THICKENING**          *Flu appet*
                                                                          *in May* /R

DEMGL:0105

PLAINTIFFS' EXHIBITS 012457

5-107



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 04/19/2004**

OF THE BOWEL WALL IN THIS REGION, LIKELY DUE TO INCOMPLETE DISTENSION.  PLEASE CORRELATE WITH CLINICAL SYMPTOMS OF EARLY DIVERTICULITIS.

3.     SPLENOMEGALY, UNCHANGED SINCE 2/23/04.

Elizabeth M Vogler MD
EMV  /gt

This report has been electronically signed by: Elizabeth M Vogler MD

PLAINTIFFS' EXHIBITS 012458

DEMGL:0106

5-108



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**          **DOB:** 02/15/1963          **Age:** 41
**Jacket # 47134**                         **Home #** (805)238-5208      **Work #** (805)239-1550

**Physician:** GORDON LEMM MD             **Physician Code:** 223
**Telephone #:** ( )434-3211              **Fax #:** 4342019

### 05/03/2004: BARIUM ENEMA WITH AIR

CLINICAL HISTORY:   Lower abdominal pain.

**FINDINGS:**

Scout film of the abdomen demonstrates an unremarkable bowel gas pattern.
Barium and air were instilled per rectum and flowed freely to the cecum filling the
appendix. No evidence of stricture, intraluminal mass, or polyp. Very minimal
sigmoid diverticulosis is present. There is no evidence of diverticulitis. Mucosa is
unremarkable.

**IMPRESSION:**

**THERE ARE A FEW SCATTERED MINIMAL SIGMOID DIVERTICULA.
OTHERWISE NEGATIVE EXAMINATION.**

Blake Evernden MD
BE  /bg

This report has been electronically signed by: Blake Evernden MD

PLAINTIFFS' EXHIBITS 012459

DEMGL 0104

5-109



**TEMPLETON IMAGING Medical Corporation, Inc.**

Mailing address: P. O. Box 489, Templeton, CA 93465

262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591

1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

| | | |
|---|---|---|
| **Patient Name: MCCORNACK DAN E** | **DOB:** 02/15/1963 | **Age:** 41 |
| **Jacket # 6389** | **Home #** (805)238-5208 | **Work #** (805)239-1550 |

| | |
|---|---|
| **Physician:** GORDON LEMM MD | **Physician Code:** 223 |
| **Telephone #:** (   )434-3211 | **Fax #:** 4342019 |

**08/10/2004: CT ABDOMEN AND PELVIS**

**CLINICAL HISTORY:** Follow-up multiple retroperitoneal and mesenteric lymph nodes.

**TECHNICAL DATA:** Multidetector helical images through the liver were obtained after administration of oral contrast, and subsequently during arterial and delayed images through the abdomen and pelvis after IV contrast.

**FINDINGS:**

Comparison is made with earlier studies, the initial exam was obtained on 2/23/04. Lung bases remain clear. The liver, pancreas, gallbladder, and adrenal glands appear normal. The spleen measures approximately 13 centimeters in longitudinal dimension which is mildly elongated. There is no focal renal lesion. No destructive uropathy. The urinary bladder contours are smooth.

There are multiple small retroperitoneal lymph nodes. One of these lymph nodes measures one centimeter in diameter at the iliac bifurcation. This is approximately the same size as measured on 2/23/04. The largest lymph node in the right lower quadrant mesentery measures 9 millimeters which is also the same size as on the earlier study. There are no enlarging lymph nodes. The largest lymph node in the left mesentery measures approximately 6 millimeters in diameter. This has also not changed appreciably since 2/23/04.

A few diverticula are present in the sigmoid colon. No CT evidence of diverticulitis. No free fluid or free air. The appendix is well visualized and appears normal.

**IMPRESSION:**

1.    **STABLE SHOTTY RETROPERITONEAL AND MESENTERIC LYMPH NODES WITHOUT SIGNIFICANT CHANGE FROM 2/23/04.**
2.    **FEW SIGMOID COLON DIVERTICULA.**
3.    **MILD PROMINENCE OF THE SPLEEN.**


James P Cartland MD

DEMGL:0102

5-110

08/10/04  02:29 PM PDT   via VSI-FAX     ▲                        Page 2 of 2 #74735



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**PAGE 2**
**Patient Name: MCCORNACK DAN E**
**Date of Exam: 08/10/2004**


JPC  /gt


This report has been electronically signed by: James P Cartland MD

DEMGL:0103

PLAINTIFFS' EXHIBITS 012461

5-111

3/25/04. 01:54 PM PDT    via VSI-FAX    ▲                    Page 1 of 1 #76702



## TEMPLETON IMAGING Medical Corporation, Inc.

Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**
**Jacket # 47134**

**DOB:** 02/15/1963          **Age:** 41
**Home #** (805)238-5208     **Work #** (805)239-1550

**Physician:** GORDON LEMM MD
**Telephone #: (   )434-3211**

**Physician Code:** 223
**Fax #:** 4342019

**08/20/2004: CERVICAL SPINE**

CLINICAL HISTORY:  Neck pain.

**FINDINGS:**

There is no evidence of fracture or dislocation.  There is straightening of the
cervical lordosis which may be due to positioning or spasm.  There are small end-
plate osteophytes anteriorly at C6 and C7.  The neural foramina are patent
bilaterally.  The odontoid is intact.  The prevertebral soft tissues are normal.  No
evidence of ankylosis.

**IMPRESSION:**

1.   **SMALL END-PLATE OSTEOPHYTES ANTERIORLY AT C6 AND C7.**
2.   **STRAIGHTENING OF THE CERVICAL LORDOSIS WHICH MAY BE**
     **SECONDARY TO POSITIONING OR SPASM.**
3.   **IF SYMPTOMS ARE RADICULAR, THEN FURTHER EVALUATION WITH**
     **MR MAY BE HELPFUL.**

Blake Evernden MD
BE  /bg

This report has been electronically signed by: Blake Evernden MD



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

Patient Name: MCCORNACK DAN E
Jacket # 47134

DOB: 02/15/1963
Home # (805)238-5208

Age: 41
Work # (805)239-1550

Physician: GORDON LEMM MD
Telephone #: (   )434-3211

Physician Code: 223
Fax #: 4342019

**08/20/2004: LUMBAR SPINE**

CLINICAL HISTORY:  Back pain.  Positive HLA B27.

FINDINGS:

Five views of the lumbar spine were obtained.  There is no evidence of fracture or bone lesion.  No evidence of spondylolisthesis or spondylolysis. The intervertebral disc space heights are maintained at all levels.  Small end plate spurs are present through the lumbar spine.  There is no evidence of ankylosis.

Incidentally noted on the frontal view is a rounded calcification of the right lower quadrant which may represent vascular or possible appendiceal calcifications.

IMPRESSION:

1.   **MILD DEGENERATIVE CHANGES OF THE LUMBAR SPINE.**
2.   **INCIDENTALLY NOTED CALCIFICATIONS RIGHT LOWER QUADRANT WHICH MAY BE VASCULAR OR POSSIBLY APPENDICEAL.**

Blake Evernden MD
BE  /bg

This report has been electronically signed by: Blake Evernden MD

DEMGL:0100

PLAINTIFFS' EXHIBITS 012463

5-113

0/12/04   07:59 PM PDT     via VSI-FAX        ▲                          Page 1 of 2 #83410



**TEMPLETON IMAGING Medical Corporation, Inc.**
Mailing address: P. O. Box 489, Templeton, CA 93465
262 Posada Lane, Suite C • Templeton, CA 93465 • (805) 434-1491 • Fax (805) 434-3591
1050 Las Tablas Road, Suite 5 (MRI), Templeton, CA 93465 • (805) 434-1882 • Fax (805) 434-3278

**Patient Name: MCCORNACK DAN E**
**Jacket # 6389**

**DOB:** 02/15/1963
**Home # (805)238-5208**

**Age:** 41
**Work # (805)239-1550**

**Physician:** GORDON LEMM MD
**Telephone #: (   )434-3211**

**Physician Code:** 223
**Fax #:** 4342019

**10/12/2004: MRI LUMBAR SPINE**

**CLINICAL HISTORY:** Back pain X2 months.  History of ankylosing spondylitis.

**TECHNICAL DATA:** The patient was imaged utilizing the Siemens 1.5T Symphony MRI scanner.  The protocols executed are as follows: T1 SAG/AX   TSE T2 SAG/AX

**FINDINGS:**

The lumbar spine is normally aligned.  Vertebral bodies appear intact.  Disc space heights are preserved.  The conus medullaris ends at L1 and appears normal.

Sagittal images of T11-12 and T12-L1 show no disc protrusion, central canal stenosis or neural foraminal narrowing. The remainder of the lumbar spine is evaluated in both sagittal and axial planes.

L1-2, L2-3: Normal.

L3-4: There is facet joint hypertrophy that does not appear to cause neurologic compromise.  There is no disc protrusion or neural foraminal narrowing.

L4-5: There is mild bulge of the L4-5 disc and facet joint hypertrophy.  No significant central canal stenosis or neural foraminal narrowing.

L5-S1: There is a right paracentral to lateral disc protrusion extending 6 millimeters dorsally into the spinal canal.  This distorts the anterior right thecal sac displacing the budding right S1 nerve root.  This disc protrusion and facet joint hypertrophy contribute to cause moderate right neural foraminal narrowing.  Facet joint hypertrophy and short pedicles cause mild to moderate neural foraminal narrowing on the left.

Paraspinous soft tissues appear normal.

**IMPRESSION:**

10/14

1.    **LARGE RIGHT PARACENTRAL DISC PROTRUSION AT L5-S1 DISTORTS THE ANTERIOR RIGHT THECAL SAC AND DISPLACES THE BUDDING**

PLAINTIFFS' EXHIBITS 012464

DEMGL:0098

5-194