Case 3:16-md-02738-... Document 905-28 Filed 05/28/19 Page 4 of 64 PageID #: 24549

## Acknowledgments

The authors wish to express thanks to Professor A. C. Moffat, Deputy Chief Pharmaceutical Scientist at Royal Pharmaceutical Society of Great Britain, for invaluable help in revising this manuscript. The financial support from the National Board of Forensic Medicine, Stockholm, Sweden, making this study possible, is gratefully acknowledged.

## References

1. Stead AH, Moffat AC. A collection of therapeutic, toxic, and fatal blood drug concentrations in man. Hum Toxicol 1983;2:437–64.
2. Baselt RC, Cravey RH. A compendium of therapeutic and toxic concentrations of toxicologically significant drugs in human biological fluids. J Anal Toxicol 1977;1:81–103.
3. Clarke's isolation and identification of drugs. Second edition. Moffat AC, editor. The Pharmaceutical press, London 1986.
4. Harper TR. Industrial toxicology and drug [illegible].
5. Winek CL. Drug and chemical blood-level data 1994. PineCraft [illegible]
6. Schulz M, Schmoldt A. Zusammenstellung therapeutischer und toxischer Plasmakonzentrationsbereiche von Arzneistoffen. Anasthesiol Intensivmed 1994;35:53–64.
7. Prouty RW, Anderson WH. The forensic science implications of site and temporal influences on postmortem blood-drug concentrations. J Forensic Sci 1990;35:243–70.

8. Vorpahl TE, Coe JI. Correlation of antemortem and postmortem digoxin levels. J Forensic Sci 1978;23:329–34.
9. Gerostamoulos J, Phillips B, Robson DV, Drummer OH. Postmortem redistribution pharmacokinetics... [illegible]
10. Robertson MD, Drummer OH. Postmortem drug metabolism by bacteria. J Forensic Sci 1995;40:382–6.
11. Christensen H, Steentoft A, Worm K. Muscle as an autopsy material for evaluation of fatal cases of drug overdose. J Forensic Sci 1985;25:45–50.
12. Hilberg T, Bugge A, Beylich KM, Ingum J, Bjørneboe A, Mørland J. An animal model of postmortem amitriptyline redistribution. J Forensic Sci 1993;38:81–90.
13. Hilberg T, Mørland J, Bjørneboe A. Postmortem release of amitriptyline from the lungs, a mechanism of postmortem redistribution. Forensic Sci Int 1994;64:47–55.
14. Brown Wk, Kann PE, Wei H, Hinn G. Site-dependent postmortem changes in blood cocaine concentrations. J Forensic Sci 1991;36:673–84.
15. Prouty RW, Anderson WH. Predictable from postmortem... [illegible]
16. Pounder DJ, Owen V, Quigley C. Postmortem changes in blood amitriptyline concentration. Am J Forensic Med Pathol 1994;15:224–30.
17. Hearn WL, Keran EE, Wei H, Hime G. Site-dependent postmortem changes in blood cocaine concentrations. J Forensic Sci 1991;36:673–84.
18. Pounder DJ, Jones GR. Postmortem drug redistribution—a toxicological nightmare. Forensic Sci Int 1990;45:253–63.
19. Jones GR, Pounder DJ. Site dependence of drug concentrations in postmortem blood—a case study. J Anal Toxicol 1987;11:186–90.
20. Hilberg T, Bugge A, Beylich KM, Mørland J, Bjørneboe A. Diffusion as a mechanism of postmortem drug redistribution: An experimental study in rats. Int J Legal Med 1992;105:87–91.
21. Pounder DJ, Hartley AK, Watmough PH. Postmortem redistribution... [illegible]

22. Sharp ME. Inconsistencies in recent compilations of therapeutic drug levels. TIAFT Bulletin 1994;25(3):11–3.
23. Jones GR. Compilation of therapeutic drug levels. TIAFT Bulletin 1994;25(4):13–4.
24. Druid H, Holmgren P, Löwenhielm, P. Computer-assisted systems for forensic pathology and forensic toxicology. J Forensic Sci 1996;41(3):830–5.
25. The National Board of Forensic Medicine. Principles and procedures of forensic autopsies—basis for national guidelines. Information 3, 1994, Stockholm.
26. Moffat AC, editor. Clarke's isolation and identification of drugs. 1986.
27. Murphy JM, Morlanda R, Devlasky O. Phenytoin intoxication. South Med 1991;84:1199–204.
28. Jones GR, Pounder DJ. Site dependence of drug concentrations in postmortem blood—a case study. J Anal Toxicol 1987;11:186–90.
29. Pounder DJ. The nightmare of postmortem drug changes. In: Legal Medicine 1993.
30. Apple FS. Postmortem tricyclic antidepressant concentrations: Interpretation of blood and tissue levels in fatal overdose. J Anal Toxicol 1979;3:45–6.
31. Hobb HB, Caplan YH, Crooks CR, Mergner WJ. Blood and tissue distribution of drugs. J Anal Toxicol 1979;3:45.
32. Brown S, Cross LF. Clinical significance of the spermine/detrimine oxidation polymorphism. Eur J Clin Pharmacol 1989;36:537–49.
33. Dahl ML, Bertilsson L. Genetically variable metabolism of antidepressants and neuroleptic drugs in man. Invited review, Pharmacogenetics 1993;3:61–70.

Additional information and reprint requests:
Henrik Druid
Department of Forensic Medicine
University of Linköping
S-581 85 Linköping, Sweden

L. Storstein. Studies on digitalis. I. Renal excretion of digitoxin and its cardioactive metabolites. Clin. Pharm. Ther. 16: 14–24, 1974.

L. Storstein. Studies on digitalis. IV. A method for thin-layer chromatographic separation and determination of digitoxin and cardioactive metabolites in human blood and urine. J. Chrom. 117: 87–96, 1976a.

L. Storstein. Studies on digitalis. VII. Influence of nephrotic syndrome on protein binding, pharmacokinetics, and renal excretion of digitoxin and cardioactive metabolites. Clin. Pharm. Ther. 20: 158–166, 1976b.

L. Storstein. Studies on digitalis. VIII. Digitoxin metabolism on a maintenance regimen and after a single dose. Clin. Pharm. Ther. 21: 125–140, 1977.

F. Thomas, J. La Barre, J. Renaux and E. Draux. A therapeutic catastrophe, entailing 16 exhumations, following the administration of digitoxin instead of oestradiol benzoate to prostatic cancer patients: identification of the poison. Med. Sci. Law 19 : 8–18, 1979.

# Digoxin

T½: 30–45 hr
Vd: 5.1–7.4 L/kg
Fb: 0.20



(digitoxose)$_3$O

**Occurrence and Usage.** Digoxin (Lanoxin) is a cardiotonic plant glycoside that occurs in *Digitalis lanata* in combination with glucose and acetic acid. It is the 12-hydroxy analogue of digitoxin and is a major metabolite of that compound in man. In the treatment of congestive heart failure, digoxin is commonly given in daily oral maintenance doses of 0.25–0.75 mg; when initiating therapy, loading doses of 0.75–1.5 mg by intravenous or intramuscular injection or 2–3 mg orally may be administered. It is supplied in tablets of 0.125–0.5 mg and ampules containing 0.25 mg/mL.

**Blood Concentrations.** A single oral 0.25 mg digoxin dose administered to 6 fasting normal subjects resulted in serum concentrations that peaked at 1.13 µg/L at 1 hour and declined to 0.32 µg/L by 6 hours (Panisset et al., 1973). Peak plasma concentrations following a single 0.5 mg oral dose in 5 subjects averaged 1.4 µg/L at 2 hours on a full stomach, and 2.4 µg/L at 1 hour when fasting (White et al., 1971). Serum concentrations after a single intravenous 0.75 mg dose are initially as high as 13 µg/L at 10 minutes after injection but decline rapidly (Koup et al., 1975). Serum digoxin concentrations in 131 controlled patients receiving an average daily oral dose of 0.31 mg (range, 0.0625–1.0) averaged 1.4 µg/L (range, 0.3–3.0) (Smith and Haber, 1970). Blood for serum digoxin analysis should be drawn at least 6 hours after the last dose to avoid erroneously high values (Murphy et al., 1985).

Digoxin, unlike digitoxin, exhibits negligible binding to plasma proteins (Doherty et al., 1971) and distributes nearly equally between erythrocytes and plasma (Abshagen et al., 1971). The average elimination half-life in normal subjects is 37 hours (Huffman et al., 1974). The bioavailability of oral preparations ranges from 67% for tablets to 100% for an encapsulated elixir (Aronson, 1980). Recent data strongly suggests that digoxin follows nonlinear kinetics (Wagner et al., 1981).

Serum digoxin concentrations are effectively doubled during the co-administration of quinidine or quinine; this may result from a reduction in the binding of digoxin to skeletal muscle (Chen and Friedman, 1980; Leahey et al., 1980; Wandell et al., 1980; Schenck-Gustafsson et al., 1981).

**Metabolism and Excretion.** Digoxin is biotransformed to only a small degree in man. The metabolites are largely products of hydrolytic cleavage of the digitoxose group and of sulfate and glucuronide conjugation (Okita, 1964). An average of 59% of a single dose is excreted in the urine over

PLAINTIFFS' EXHIBITS 012659

Case 2:08-md-01968   Document 580-28   Filed 09/08/11   Page 2 of 64 PageID #: 24541

a 7 day period, of which 95–98% is unchanged drug; an average of 15% is excreted in the feces over the same period (Marcus et al., 1964; Doherty et al., 1970). In a 5 day period, 2% of a dose is eliminated as digoxigenin-bis-digitoxoside, 0.8% as digoxigenin-mono-digitoxoside, 0.3% as digoxigenin, and 0.3% as dihydrodigoxin (Gault et al., 1979). During chronic oral therapy, an average of 57% of a dose appears in the daily urine as apparently unchanged drug and urine concentrations are on the order of 25–125 µg/L (Huffman et al., 1974).

Myocardial/serum digoxin concentration ratios average 149 in infants and 28 in adults during therapy (Park et al., 1982). The following tissue distribution of the drug was determined from 17 adult patients who had been maintained on a mean daily dose of 0.005 mg/kg digoxin and who had not exhibited signs of toxicity prior to death (Andersson et al., 1975):

**Digoxin Tissue Distribution During Therapy (µg/kg)\***

|           | Brain | Atrial Myocardium | Ventricular Myocardium | Liver | Kidney | Skeletal Muscle | Fat |
|-----------|-------|-------------------|------------------------|-------|--------|-----------------|-----|
| Average   | 32    | 65                | 133                    | 72    | 128    | 30              | 10  |
| (Range)   | (3–74)| (27–129)          | (50–296)               | (29–186)| (56–253)| (13–56)       | (4–23)|

\* By [86]Rb uptake inhibition after dichloromethane extraction

**Toxicity.** Digoxin toxicity is manifested by the same clinical signs as seen with digitoxin. Psychosis with vivid hallucinations has been described (Carney et al., 1985). Serum concentrations averaged 3.7 µg/L (range, 1.6–13.7) in 48 patients exhibiting toxic signs who were being maintained on a mean dose of 0.36 mg (range, 0.125–1.0) daily (Smith and Haber, 1970). A series of clinical reports of nonfatal and fatal digoxin poisoning have described cases of oral overdosage with 2.5–25 mg of the drug in which serum concentrations of 11–42 µg/L and elimination half-lives of 5–48 hours were observed (Smith and Willerson, 1971; Hobson and Zettner, 1973; Watanabe et al., 1977; Pearce et al., 1980). One subject who self-administered 200 mg of digoxin intravenously developed a maximum serum concentration of 52 µg/L after 4 hours and died after 6 hours (Reza et al., 1974). Antidotal treatment of a case of ingestion of 22.5 mg was successfully accomplished by the intravenous administration of digoxin-specific antibodies (Smith et al., 1976). Several authors have obtained benefit with charcoal hemoperfusion (Smiley et al., 1978; Marbury et al., 1979), while others do not recommend its use (Warren and Fanestil, 1979; Rowett, 1980); orally-administered charcoal has been reported to markedly shorten the elimination half-life (Boldy et al., 1985). Atropine and phenytoin have been found to completely reverse digoxin-induced arrhythmias (Ekins and Watanabe, 1978).

Reported postmortem blood concentrations for persons on therapy with digoxin vary considerably depending on the analytical method used and the anatomical origin of the blood specimen. Concentrations averaged 1.3 µg/L (range, 0.5–2.1) in 18 specimens of serum obtained from the right heart, but these values may be falsely low due to the effect of hemolysis on the [3]H-radioimmunoassay used (DiMaio et al., 1975). At the other end of the postmortem "therapeutic" range, Karjalainen et al. (1974) found an average of 4.6 µg/L (range, 1.3–8.2) in 13 samples of blood obtained from an unidentified source using an extraction-radioimmunoassay procedure. Probably the best defined study is that of Holt and Benstead (1975), who determined that complete hemolysis of a blood sample causes a decline of only 12% in the digoxin value relative to plasma; that serum taken from the right heart of 10 patients contained an average of 2.3 µg/L (range, 1.3–3.9) digoxin compared to an average of 1.4 µg/L (range, 0.7–2.9) in serum from the femoral vein of the same subjects; and that equivalent results were obtained for samples analyzed directly with either the [3]H or [125]I-radioimmunoassay, if correction for color quench was made when using the tritium label. It has been determined that serum digoxin levels nearly always increase after death due to leaching from muscle, with an average postmortem/antemortem ratio ranging from 1.42 for femoral vein blood specimens to 1.96 for heart blood specimens (Vorpahl and Coe, 1978). Fletcher et al. (1979)

Case 2:08-md-01968   Document 580-28   Filed 09/08/11   Page 4 of 64 PageID #: 24543

suggested that postmortem blood samples for digoxin assay be taken from the peripheral circulation within a few hours after death, that they be completely hemolyzed by freezing and thawing several times, and centrifuged before analysis; the analytical value may then be multiplied by 1.3 to estimate the serum digoxin concentration at the moment of death.

At least 30 digoxin fatalities have been reported in which postmortem blood or serum concentrations were determined; the values range from 3.5–200 µg/L (average, 25) and represent both accidental and intentional overdoses (Iisalo and Nuutila, 1973; Moffat, 1974; Phillips, 1974a; DiMaio et al., 1975; Holt and Benstead, 1975; Ma, 1976; Dickson and Blazey, 1977; Selesky et al., 1977). In 2 digoxin fatalities, concentrations of 200 and 283 µg/L were measured in the left ventricular myocardium (Iisalo and Nuutila, 1973); these concentrations exceed the average therapeutic level for this tissue but are still within the normal range according to the above table. Aderjan et al. (1979) recommended that kidney concentrations be measured in the investigation of fatal digoxin poisoning, since this tissue appears to be dramatically elevated in such cases over normal values ($140 \pm 35$ µg/kg). These authors found the following concentrations in a case of suicide by digoxin:

**Digoxin Concentrations in a Fatal Case (µg/L or µg/kg)**

| Blood | Brain | Heart | Lung | Liver | Kidney |
|-------|-------|-------|------|-------|--------|
| 22    | 9.7   | 43    | 53   | 81    | 1400   |

**Analysis.** Digoxin has been successfully quantitated in body fluids by an ATP-ase inhibition technique (Burnett and Conklin, 1971) and by $^{86}$Rb uptake inhibition assay (Gjerdrum, 1970). The latter method has been combined with solvent extraction in order to accommodate solid tissues (Andersson et al., 1975). The most frequently used technique for the determination of digoxin is radioimmunoassay (Smith et al., 1969). Certain of the commercially available radioimmunoassay systems are prone to errors from hemolysis, bilirubinemia or abnormal albumin levels (Cerceo and Elloso, 1972); removal of the digoxin from the specimen by extraction or dialysis improves the accuracy of the $^3$H-radioimmunoassay (Phillips, 1974b), although the development of $^{125}$I-systems has circumvented most of the problems associated with earlier assays. The commercial digoxin radioimmunoassay kits exhibit from 0.6–25% cross-reactivity with digitoxin, and many of the digoxin metabolites react to the same degree as digoxin itself (Stoll et al., 1972); on average, only 64% (range, 35–80) of serum digoxin as measured by radioimmunoassay is actually parent drug (Gault et al., 1984). Digoxin-like immunoreactivity has been reported present in the body fluids of individuals not receiving the drug (Balzan et al., 1984; Spiehler et al., 1985); this may be avoided by increasing incubation time during radioimmunoassay or by ultrafiltration of the specimen (Graves et al., 1986; Dasgupta et al., 1990). Thin-layer chromatography (Aderjan et al., 1979), liquid chromatography (Fletcher et al., 1980; Loo et al., 1981; Stone and Soldin, 1988) and solvent extraction (Picotte et al., 1991) have been used prior to immunoassay to provide additional specificity. Liquid chromatography with formation of a fluorescent derivative has been reported (Kwong and McErlane, 1986; Shepard et al., 1986).

## References

U. Abshagen, H. Kewitz and N. Reitbrock. Distribution of digoxin, digitoxin and ouabain between plasma and erythrocytes in various species. N.-S. Arch. Exp. Path. Pharm. 270: 105–116, 1971.

A. Aderjan, H. Buhr and G. Schmidt. Investigation of cardiac glycoside levels in human post mortem blood and tissues determined by a special radioimmunoassay procedure. Arch. Tox. 42: 107–114, 1979.

K.E. Andersson, A. Bertler and G. Wettrell. Post-mortem distribution and tissue concentrations of digoxin in infants and adults. Acta Paediat. Scand. 64: 497–504, 1975.

J.K. Aronson. Clinical pharmacokinetics of digoxin 1980. Clin. Pharm. 5: 137–149, 1980.

S. Balzan, A. Clerico, M.G. del Chicca et al. Digoxin-like immunoreactivity in normal human plasma and urine, as detected by a solid-phase radioimmunoassay. Clin. Chem. 30: 450–451, 1984.

PLAINTIFFS' EXHIBITS 012661

9-79

D.A.R. Boldy, V. Smart and J.A. Vale. Multiple doses of charcoal in digoxin poisoning. Lancet 2: 1076–1077, 1985.

G.H. Burnett and R.L. Conklin. Enzymatic assay of plasma digoxin. J. Lab. Clin. Med. 78: 779–784, 1971.

M.W.P. Carney, S. Rapp and K. Pearce. Digoxin toxicity presenting with psychosis in a patient with chronic phobic anxiety. Clin. Neuropsych. 8: 193–195, 1985.

E. Cerceo and C.A. Elloso. Factors affecting the radioimmunoassay of digoxin. Clin. Chem. 18: 539–543, 1972.

T.S. Chen and H.S. Friedman. Alteration of digoxin pharmacokinetics by a single dose of quinidine. J. Am. Med. Asso. 244: 669–672, 1980.

A. Dasgupta, S. Saldana and P. Heimann. Monitoring free digoxin instead of total digoxin in patients with congestive heart failure. Clin. Chem. 36: 2121–2123, 1990.

S.J. Dickson and N.D. Blazey. Post-mortem digoxin levels—two unusual case reports. For. Sci. 9: 145–150, 1977.

V.J.M. DiMaio, J.C. Garriott and R. Putnam. Digoxin concentrations in postmortem specimens after overdose and therapeutic use. J. For. Sci. 20: 340–347, 1975.

J.E. Doherty, W.J. Flanigan, M.L. Murphy et al. Tritiated digoxin. XIV. Enterohepatic circulation, absorption, and excretion studies in human volunteers. Circulation 42: 867–873, 1970.

J.E. Doherty, W.H. Hall, J. Sherwood et al. Tritiated digoxin. XV. Serum protein binding in human subjects. Am. J. Cardiol. 28: 326–330, 1971.

B.R. Ekins and A.S. Watanabe. Acute digoxin poisonings: review of therapy. Am. J. Hosp. Pharm. 35: 268–277, 1978.

S.M. Fletcher, G. Lawson and A.C. Moffat. Radioimmunoassay of cardiac glycosides in haemolysed blood: derivation of serum levels. J. For. Sci. Soc. 19: 183–188, 1979.

S.M. Fletcher, G. Lawson, B. Law and A.C. Moffat. Identification of cardiac glycosides in human body fluids by a combination of high-performance liquid chromatography and radioimmunoassay. J. For. Sci. Soc. 20: 203–209, 1980.

M.H. Gault, D. Sugden, C. Maloney et al. Biotransformation and elimination of digoxin with normal and minimal renal function. Clin. Pharm. Ther. 25: 499–513, 1979.

M.H. Gault, L.L. Longerich, J.C.K. Loo et al. Digoxin biotransformation. Clin. Pharm. Ther. 35: 74–82, 1984.

K. Gjerdrum. Determination of digitalis in blood. Acta Med. Scand. 187: 371–379, 1970.

S.W. Graves, K. Sharma and A.B. Chandler. Methods for eliminating interferences in digoxin immunoassays caused by digoxin-like factors. Clin. Chem. 32: 1506–1509, 1986.

J.D. Hobson and A. Zettner. Digoxin serum half-life following suicidal digoxin poisoning. J. Am. Med. Asso. 223: 147–149, 1973.

D.W. Holt and J.G. Benstead. Postmortem assay of digoxin by radioimmunoassay. J. Clin. Path. 28: 483–486, 1975.

D.H. Huffman, C.V. Manion and D.L. Azarnoff. Absorption of digoxin from different oral preparations in normal subjects during steady state. Clin. Pharm. Ther. 16: 310–317, 1974.

E. Iisalo and M. Nuutila. Myocardial digoxin concentrations in fatal intoxications. Lancet 1: 257, 1973.

J. Karjalainen, K. Ojala and P. Reissell. Tissue concentrations of digoxin in an autopsy material. Acta Pharm. Tox. 34: 385–390, 1974.

J.R. Koup, D.J. Greenblatt, W.J. Jusko et al. Pharmacokinetics of digoxin in normal subjects after intravenous bolus and infusion doses. J. Pharm. Biopharm. 3: 181–192, 1975.

E. Kwong and K.M. McErlane. Analysis of digoxin at therapeutic concentrations using high-performance liquid chromatography with post-column derivatization. J. Chrom. 381: 357–363, 1986.

E.B. Leahey, Jr., J.A. Reiffel, E.V. Giardina and J.T. Bigger, Jr. The effect of quinidine and other oral antiarrhythmic drugs on serum digoxin. Ann. Int. Med. 92: 605–608, 1980.

J.C.K. Loo, I.J. McGilveray and N. Jordan. The estimation of serum digoxin by combined HPLC separation and radioimmunological assay. J. Liq. Chrom. 4: 879–886, 1981.

C. Ma. Personal communication, 1976.

T. Marbury, J. Mahoney, L. Juncos et al. Advanced digoxin toxicity in renal failure: treatment with charcoal hemoperfusion. South. Med. J. 72: 279–281, 1979.

F.I. Marcus, G.J. Kapadia and G.G. Kapadia. The metabolism of digoxin in normal subjects. J. Pharm. Exp. Ther. 145: 203–209, 1964.

A.C. Moffat. Interpretation of post mortem serum levels of cardiac glycosides after suspected overdosage. Acta Pharm. Tox. 35: 386–394, 1974.

J.E. Murphy, E.S. Ward and M.L. Job. Avoiding erroneous serum digoxin concentrations. Am. J. Hosp. Pharm. 42: 2418–2420, 1985.

PLAINTIFFS' EXHIBITS 012662

9-80

G.T. Okita. Metabolism of radioactive cardiac glycosides. Pharmacologist 6: 45, 1964.

J.C. Panisset, P. Biron, G. Tremblay et al. Comparative bioavailability of two oral preparations of digoxin in healthy volunteers. Can. Med. Asso. J. 109: 700–702, 1973.

M.K. Park, T. Ludden, K.V. Arom et al. Myocardial vs serum digoxin concentrations in infants and adults. Am. J. Dis. Child. 136: 418–420, 1982.

G. Pearce, N. Buchanan and J. Uther. Massive digoxin ingestion in a child. Med. J. Aust. 2: 277–280, 1980.

A.P. Phillips. Case experience with digoxin analysis of postmortem blood. J. For. Sci. Soc. 14: 137–140, 1974a.

A.P. Phillips. A radioimmunoassay technique for digoxin in postmortem blood. J. For. Sci. 19: 900–912, 1974b.

P. Picotte, C. Peclet, M. Gaudet and J.J. Rousseau. Interpretation des concentrations sanguines post-mortem de digoxine. Can. Soc. For. Sci. J. 24: 97–101, 1991.

M.J. Reza, R.B. Kovick, K.L. Shine and M.L. Pearce. Massive intravenous digoxin overdosage. New Eng. J. Med. 291: 777–778, 1974.

D.A. Rowett. Failure of hemoperfusion in digoxin overdose. J. Am. Med. Asso. 244: 1558, 1980.

K. Schenck-Gustafsson, T. Jogestrand, R. Nordlander and R. Dahlqvist. Effect of quinidine on digoxin concentrations in skeletal muscle and serum in patients with atrial fibrillation. New Eng. J. Med. 305: 209–211, 1981.

M. Selesky, V. Spiehler, R.H. Cravey and H.W. Elliot. Digoxin concentrations in fatal cases. J. For. Sci. 22: 409–417, 1977.

T.A. Shepard, J. Hui, A. Chandrasekaran et al. Digoxin and metabolites in urine and feces: a fluorescence derivatization-high performance liquid chromatographic technique. J. Chrom. 380: 89–98, 1986.

J.W. Smiley, N.M. March and E.T. Del Guercio. Hemoperfusion in the management of digoxin toxicity. J. Am. Med. Asso. 240: 2736–2737, 1978.

T.W. Smith, V.P. Butler, Jr. and E. Haber. Determination of therapeutic and toxic serum digoxin concentrations by radioimmunoassay. New Eng. J. Med. 281: 1212–1216, 1969.

T.W. Smith and E. Haber. Digoxin intoxication: relationship of clinical presentation to serum digoxin concentration. J. Clin. Invest. 49: 2377–2386, 1970.

T.W. Smith and J.T. Willerson. Suicidal and accidental digoxin ingestion. Circulation 44: 29–36, 1971.

T.W. Smith, E. Haber, L. Yeatman and V.P. Butler, Jr. Reversal of advanced digoxin intoxication with Fab fragments of digoxin-specific antibodies. New Eng. J. Med. 294: 797–800, 1976.

V.R. Spiehler, W.R. Fischer and R.G. Richards. Digoxin-like immunoreactive substance in postmortem blood of infants and children. J. For. Sci. 30: 86–91, 1985.

R.G. Stoll, M.S. Christensen, E. Sakmar and J.G. Wagner. The specificity of the digoxin radioimmunoassay procedure. Res. Comm. Chem. Path. Pharm. 4: 503–510, 1972.

J.A. Stone and S.J. Soldin. Improved liquid chromatographic/immunoassay of digoxin in serum. Clin. Chem. 34: 2547–2551, 1988.

T.E. Vorpahl and J.I. Coe. Correlation of antemortem and postmortem digoxin levels. J. For. Sci. 23: 329–334, 1978.

J.G. Wagner, K.D. Popat, S.K. Das et al. Evidence of nonlinearity in digoxin pharmacokinetics. J. Pharm. Biopharm. 9: 147–166, 1981.

M. Wandell, J.R. Powell, W.D. Hager et al. Effect of quinine on digoxin kinetics. Clin. Pharm. Ther. 28: 425–430, 1980.

S.E. Warren and D.D. Fanestil. Digoxin overdose. Limitations of hemoperfusion-hemodialysis treatment. J. Am. Med. Asso. 242: 2100–2101, 1979.

A.S. Watanabe, B.R. Ekins, J.C. Veltri and A.R. Temple. Acute digoxin poisoning: case report and determination of elimination half-life. In *Management of the Poisoned Patient* (B.H. Rumack and A.R. Temple, eds.), Science Press, Princeton, 1977, pp. 115–124.

R.J. White, D.A. Chamberlain, M. Howard and T.W. Smith. Plasma concentrations of digoxin after oral administration in the fasting and postprandial state. Brit. Med. J. 1: 380–381, 1971.

PLAINTIFFS' EXHIBITS 012663

9-81

CHAPTER 122

# Digoxin and Therapeutic Cardiac Glycosides

Kennon Heard



**DIGOXIN**

| | |
|---|---|
| **Molecular weight:** | Digoxin, 780.95 g/mol; digitoxin, 764.95 g/mol |
| **SI conversion:** | Digoxin, ng/ml × 1.28 = nmol/L; digitoxin, ng/ml × 1.31 = nmol/L |
| **Therapeutic levels:** | Digoxin, 0.8 to 2.0 ng/ml (serum); digitoxin, 15 to 25 ng/ml or higher (serum) |
| **Special concerns:** | Renal insufficiency or volume depletion may lead to occult chronic toxicity. Toxicity may develop with levels within therapeutic range. |
| **Target organs:** | Slowing or blocking of normal intracardiac conduction and increased atrial, nodal, and ventricular ectopy. Toxicity is manifested by a wide variety of dysrhythmias, most commonly bradycardia and conduction block. |
| **Antidote:** | Digoxin immune fragments (Fab) |

## OVERVIEW

The cardiac glycosides are a diverse class of naturally occurring toxins that include digitalis, digitoxin, and structurally related plant and animal toxins. The cardiac glycosides consist of a steroid nucleus, an unsaturated lactone at the C-17 position, and a glucose moiety at the C-3 position (1). Two of these glycosides are currently used clinically: digoxin (Lanoxin, Lanoxicaps) and digitoxin (Crystodigin, Digicor, Digitaline). Digitalis and digitoxin are used for the treatment of congestive heart failure and for control of ventricular rate in atrial fibrillation and supraventricular tachycardia. Digitalis is the genus name for foxglove, and its leaf has been used therapeutically for more than 200 years. The extract of foxglove leaves contains several cardiac glycosides. Other sources of cardiac glycosides include oleander, red squill, yew berry, and *Bufo* toad poison (2–5). Plants containing cardiac glycosides are addressed in Chapter 306. Toxicity is most commonly a complication of chronic therapeutic use, but life-threatening toxicity after acute overdose also occurs.

## Therapeutic Dose

The therapeutic dose of digoxin is 0.125 to 0.350 mg/day and is adjusted based on creatinine clearance (6). The therapeutic range of serum digoxin is 0.5 to 2.0 ng/ml (0.64 to 2.56 nmol/L). For digitoxin, the therapeutic dose is 0.05 to 0.30 mg/day, and the average serum level in patients without toxicity is 17 µg/L, with a range of 3 to 39 µg/L (7).

## Toxic Dose

The estimated adult toxic dose after acute ingestion is 10 mg (8). Case reports suggest that toxicity from acute overdose typically occurs with serum levels above 10 ng/ml (12.8 nmol/L). A 32-year-old woman on chronic digoxin therapy developed vomiting and ventricular ectopy after ingestion of 1.75 mg of digoxin in a suicidal gesture (9). A 19-year-old woman died after ingestion of 440 µg/kg of digoxin and 1300 mg of propoxyphene (10). A 60-year-old woman with a history of moderate heart failure on chronic digoxin therapy died after acute ingestion of 10 mg of digoxin (11).

Children are generally more resistant to the effects of cardiac glycosides. Nevertheless, pediatric deaths after accidental ingestion and therapeutic errors are well described. Serious toxic effects are likely after ingestion of more than 0.1 mg/kg of digoxin (12). Death has been reported after ingestion of 10 mg in a 19-month-old child, although the management of digoxin poisoning has changed substantially since this case was reported in 1964 (13). A 2.5-year-old child developed ventricular fibrillation after ingestion of 13 mg but survived with digoxin immune Fab therapy (14).

## TOXICOKINETICS AND TOXICODYNAMICS

Digoxin is concentrated in tissue (primarily skeletal muscle) and therefore has a large volume of distribution (Table 1). The volume of distribution is decreased in obese individuals and in the elderly due to loss of muscle mass, and interpatient variation is high. Time to onset of action is 0.5 to 2.0 hours for oral digoxin formulations, and peak effects are noted in 2 to 6 hours. Intravenous (IV) preparations have an onset of action within minutes, and peak effects occur in 1 to 4 hours (6). Digoxin is excreted unchanged by the kidneys (15). Unrecognized impaired renal function is one of the most common reasons for toxicity during chronic use. The elimination half-life for therapeutic levels in patients with normal renal function is 30 to 45 hours (15). During

PLAINTIFFS' EXHIBITS 012664

9-82

**TABLE 1. Pharmacokinetic and pharmacodynamic data for digoxin and digitoxin**

| Parameter (reference) | Digoxin | Digitoxin |
|---|---|---|
| Bioavailability (%) (6,15) | Lanoxicaps: 90–100; others: 60–85 | Nearly 100 |
| Maximal drug concentration (7,15) | 0.25 mg PO: mean level of 1.13 µg/L at 60 min | 0.6 mg IV: mean level of 51 µg/L at 2–5 min |
| Time of maximal concentration (h) (15,82) | 1.5–6.0 | 1–2 |
| Volume of distribution (L/kg) (7,83) | Newborn: 5–10; infant: 8–16; children: 8.6–12.0; adults: 5.0–7.5 | 41 |
| Route of excretion (7,15) | Renal | Hepatic |
| Elimination half-life (7,15) | 30–45 h | 4–7 d |
| Protein binding (%) (7,15) | 20–30 | 97 |



**Cardiac Myocyte**

**Figure 1.** Mechanism of cardiac glycoside activity on the cardiac myocyte. Cardiac glycosides decrease the activity of the sodium-potassium pump. The resulting increase in sodium within the cell reduces influx of extracellular sodium. The decreased influx reduces the activity of the sodium-calcium antiport pump and thereby increases the amount of calcium within the cell. The increased calcium concentration increases the interaction of actin and myosin and produces increased contractility in failing heart cells.

toxin is extensively metabolized by the liver, primarily excreted in bile (60% to 70%) and has an elimination half-life of 4 to 7 days (6). Its primary metabolite is digoxin.

Some toxicokinetic aspects of digoxin are known. In children, the serum concentration may continue to rise well after administration has stopped (16). The volume of distribution decreases as serum concentration rises. In overdose, the elimination half-life of digoxin is reported to increase or decrease. Most reports indicate an increase in half-life.

Serum digoxin levels increase after death. In a pediatric study, digoxin levels in the first 24 hours after death averaged 5.1 ng/ml (6.5 nmol/L) higher than calculated digoxin levels at the time of death (17). Other reports have also noted markedly elevated postmortem levels (18).

## PATHOPHYSIOLOGY

Cardiac glycosides have two effects that are responsible for both therapeutic and toxic effects. The first effect is inactivation of the sodium potassium–adenosine triphosphate dependent pump (Na$^+$,K$^+$-adenosine triphosphatase) on the cytoplasmic membrane of cardiac cells. The Na$^+$,K$^+$-adenosine triphosphatase exchanges extracellular potassium for intracellular sodium. After inactivation of this pump, the concentration of intracellular sodium increases, leading to decreased activity of the Na$^+$-Ca$^{2+}$ antiport pump (Fig. 1). The Na$^+$-Ca$^{2+}$ pump exchanges extracellular sodium for intracellular calcium; therefore, the elevation of intracellular calcium increases myocardial contractility. The elevation of intracellular calcium concentration also raises the resting membrane potential of the cell, which increases the rate of spontaneous cellular depolarization and increases myocardial automaticity (1). This effect is most pronounced in atrial tissue, the atrioventricular (AV) node, the His-Purkinje system, and in ventricular tissue (19). The impaired sodium-potassium exchange also causes the serum potassium level to rise because potassium is moved intracellularly at a slower rate (Fig. 1). After acute poisoning with a cardiac glycoside, the serum potassium may become dangerously high (20). Interestingly, an elevated serum potassium level is actually protective in the setting of chronic digoxin toxicity because hypokalemia increases glycoside binding to the Na-K pump and worsens poisoning of the pump (1). Therefore, a temporary elevation of serum potassium is acceptable in the setting of chronic digoxin toxicity but not in the setting of acute digoxin toxicity.

A second major effect of cardiac glycosides involves the cardiac autonomic system. Digoxin increases cardiac vagal tone

and decreases sympathetic nervous system activity in cardiac tissue. This prolongs the refractory period of the conducting system, decreases sinus node firing, and slows conduction through the AV node (1). In overdose, this may lead to sinus bradycardia, sinus arrest, or varying degrees of AV heart block.

The overall effect of cardiac glycoside poisoning is a combination of slowing or blocking of normal intracardiac conduction and increased atrial, nodal, and ventricular ectopy.

## PREGNANCY AND LACTATION

Digoxin is U.S. Food and Drug Administration pregnancy category C (Appendix I). Digoxin is excreted in breast milk but is not contraindicated because the concentrations achieved do not cause toxicity in infants (6).

## CLINICAL PRESENTATION

### Acute and Subacute Overdosage

Acute toxicity most commonly follows suicidal overdose but may occur after accidental ingestion of medications or plants (Chapter 255). The primary manifestations of acute toxicity include vomiting, bradycardia, heart block, ventricular dysrhythmias, and hyperkalemia (10,21,22).

A large case series of acute digitoxin overdose reported 13% mortality with supportive treatment, including intracardiac pacing (21). Although prospective data are limited, it is likely that digoxin immune +Fab (DFab) therapy has improved survival (23). For example, survival of patients with cardiac arrest from digoxin poisoning when treated with DFab was 46%, whereas mortality before this treatment approached 100% (24).

### Toxicity during Chronic Use

In older studies, up to 30% of admitted patients taking digoxin had evidence of digoxin toxicity (25). More recent studies suggest that the incidence in admitted patients and outpatients is much lower (26,27). In fact, one study reported that 20% of patients with a discharge diagnosis of digoxin poisoning had no clinical evidence of digoxin toxicity (26). Similarly, older studies suggested that mortality of patients with definite digoxin intoxication exceeded 40% (25), whereas more recent studies suggest mortality is less than 5% (26).

PLAINTIFFS' EXHIBITS 012665

9-83

| TABLE 2. | Drugs that increase serum digoxin levels |
|---|---|
| Alprazolam | Propafenone |
| Amiodarone | Quinidine |
| Indomethacin | Spironolactone |
| Itraconazole | Tetracycline |
| Macrolide antibiotics | Verapamil |

Adapted from Lanoxin. In: *Physicians' Desk Reference*, 54th ed. Oradell, NJ: Medical Economics, 2000:1225–1231.

The most clinically significant manifestations of chronic cardiac glycoside toxicity are ventricular irritability, including ventricular ectopy, bigeminy or trigeminy, and ventricular tachycardia (22). AV block and AV nodal escape rhythms are also common (22). Gastrointestinal symptoms, such as anorexia, nausea, and vomiting, occur in approximately one-half of patients (25,28). Alteration in mental status was reported in 25% of patients (25,29). General malaise and weakness are also common and may be the most prominent symptoms (25). Visual changes, such as halos, altered color perceptions, or clouding of vision, are common. Most series report visual symptoms in 10% to 20% of toxic patients (30), but one series has reported symptoms in 95% of patients with digitoxin toxicity (31). Formal testing detected color vision alteration in 80% of digoxin-toxic patients (32).

There are three common reasons for chronic digoxin toxicity. One is alteration of the digoxin dose, either by the patient or by the caregiver. The second is alteration in digoxin clearance, most commonly by unrecognized decreased renal function. The final cause is interaction with other drugs (Table 2).

## Adverse Reactions

Adverse reactions are most commonly toxic effects as described in the section Clinical Presentation: Toxicity during Chronic Use. Various psychiatric complaints, including headache, fatigue, malaise, stupor, and mild encephalopathy with electroencephalogram changes, have been described. These effects are typically associated with serum levels in the toxic range. Gynecomastia, rash, and thrombocytopenia have been noted with chronic use (6).

## DIAGNOSTIC TESTS

### Acute and Subacute Overdosage

An elevated serum digoxin level in the presence of toxic effects establishes the diagnosis of acute or subacute digoxin toxicity. Serum digoxin levels are commonly available and should be obtained for evaluation of acute overdose in adults and children; however, they must be interpreted carefully. Very high serum levels (greater than 10 ng/ml, 12.8 nmol/L) may be noted after acute ingestion in otherwise minimally symptomatic patients (33,34). The serum level should be drawn at least 6 hours after ingestion. Very high levels in asymptomatic patients may also occur when the measurement is performed before distribution has occurred (i.e., after IV administration). A level more than 6 hours after ingestion often is normal in these cases.

Current immunoassays for digoxin may cross-react to variable degrees with other cardiac glycosides (2,35). A positive digoxin screen in a patient with a history of ingesting cardiac glycoside helps to confirm the ingestion; however, a negative test does not exclude ingestion. One report suggests that there is

a correlation between serum digoxin levels and oleandrin (the primary toxic component of oleander) levels after ingestion of pink oleander, but there is likely variation depending on the assay (36). High-performance liquid chromatography may be used to measure serum oleandrin levels (37,38).

Falsely low serum digoxin levels may be noted in patients being treated with spironolactone or canrenone (39). Newborns, pregnant women; and patients with end-stage liver disease, end-stage kidney disease, or hypothermia may have increased serum digoxin levels without toxic effect. The increased level is caused by an endogenous digoxin-like immunoreactive substance that reacts in the digoxin immunoassay (40–43).

Serum potassium is the best predictor of cardiac glycoside toxicity after acute overdose. In one large study of acute digoxin ingestion, all patients with a serum potassium level greater than 5.5 mEq/L died, whereas no patient with a serum level less than 5 mEq/L died (20). This rule is not completely reliable in clinical practice, but elevated serum potassium levels should be addressed promptly. Serum potassium has also been suggested as a useful marker of severe toxicity in toad-toxin poisoning (44).

Renal function should be evaluated because renal insufficiency has been associated with recurrent digoxin toxicity after DFab therapy (45).

The electrocardiogram is used to assess cardiac conduction effects of cardiac glycosides and to help guide therapy. Common findings include bradycardia, junctional rhythms, varying degrees of AV block, and ventricular ectopy (21).

### Toxicity during Chronic Use

The serum digoxin level correlates poorly with toxicity (46,47). One older study suggested that 30% of clinically toxic patients had serum levels less than 1.7 ng/ml (48,49). A more recent study noted that many patients with toxic effects had a serum level between 1 and 2 ng/ml (26). The diagnosis of digoxin toxicity is primarily a clinical diagnosis, and only very low serum levels are helpful in excluding the diagnosis.

In addition to measurement of the serum digoxin level, serum potassium, magnesium, urea nitrogen, and creatinine should be determined. Hypokalemia and hypomagnesemia are associated with increased dysrhythmias in patients with chronic digoxin toxicity (25,47). Renal function should be determined as many cases of chronic toxicity are associated with decreased renal clearance. Furthermore, renal insufficiency may decrease clearance of the digoxin-DFab complex, which may result in recurrent toxicity after DFab treatment (45).

An electrocardiogram should be obtained and continuous cardiac monitoring initiated in all patients with suspected cardiac glycoside toxicity. Signs of myocardial irritability, such as atrial or ventricular ectopy or tachycardia, are the most common manifestations of chronic toxicity. Sinoatrial or AV blocks are also common but less so than with acute toxicity. The combination of a supraventricular tachycardia with AV block or atrial fibrillation with a nodal escape rhythm is highly suggestive of chronic digoxin toxicity (50). Other tests to evaluate the suicidal patient should be considered.

### Diagnostic Pitfalls

The most common pitfall in the evaluation of possible cardiac glycoside toxicity is over-reliance on the serum digoxin level. As noted above, levels drawn before steady-state conditions after acute ingestion may be markedly elevated but result in relatively minimal toxicity (34). In contrast, patients on chronic digoxin therapy may have life-threatening toxicity with "therapeutic" serum levels.

PLAINTIFFS' EXHIBITS 012666

9-84

## TREATMENT

The principle of management is to treat life-threatening effects (hyperkalemia, ventricular dysrhythmia) immediately, then reduce further absorption of the drug, and finally provide meticulous supportive care during recovery. Digoxin immune antibody fragments (DFab) (DigiBind, DigiFab) have revolutionized the treatment of cardiac glycoside toxicity. Any patient with life-threatening symptoms or ingestion of a potentially life-threatening dose should be treated in a facility that has an adequate dose of DFab immediately available. Suicidal ingestion of cardiac glycoside medication should be considered life-threatening. Accidental ingestion of cardiac glycoside medication may be life-threatening, but accidental ingestion of plants that contain cardiac glycosides is rarely life-threatening.

### Gastrointestinal Decontamination

Emesis is not recommended for cardiac glycoside medication ingestion, although induced emesis has theoretic usefulness in the case of deliberate ingestion of cardiac glycoside–containing plants if spontaneous vomiting has not occurred. Cardiac glycosides are well adsorbed by charcoal. Administration of charcoal should be considered in all cases that present within 1 to 2 hours of ingestion (51). There are no data to support routine administration of a cathartic with charcoal in cardiac glycoside ingestion. Similarly, there are no available data to evaluate whole bowel irrigation after cardiac glycoside ingestion, although it has theoretic usefulness in the case of deliberate plant ingestion.

### Enhancement of Elimination

Multiple-dose activated charcoal is not clearly beneficial in digoxin overdose (52). Multiple-dose activated charcoal increases the clearance of digitoxin. Given the prolonged half-life of digitoxin, multiple-dose activated charcoal should be considered after digitoxin overdose (53). Hemoperfusion increases the clearance of digitoxin but is rarely used given the efficacy of digoxin immune antibody fragments. Hemodialysis and peritoneal dialysis do not increase the clearance of digoxin and are not considered clinically useful (54). Furthermore, these treatments do not appear to increase the clearance of digoxin bound to DFab (54).

### Antidotes

*Digoxin immune antibody fragments* (DFab) were developed for the treatment of cardiac glycoside toxicity in the 1970s (Chapter 49). DFab rapidly reverses the cardiac effects of digitalis, digitoxin, oleander, yew berry, and bufotoxin, particularly in the case of acute poisoning (2,3,24,35,55). A randomized, controlled trial demonstrated effective reversal of bradycardia and hyperkalemia in patients with cardiac glycoside poisoning from yellow oleander ingestion (56). *In vitro* studies suggest DFab also binds other plant-derived cardiac glycosides (57). Effects are generally evident within 1 hour of DFab administration, and complete reversal is expected within 4 to 6 hours of administration (24). The effects of acute poisoning often reverse quickly, whereas chronic ingestion often improves slowly and partially. The beneficial effect in chronic poisoning may be difficult to ascertain because of preexisting cardiac disease.

Widely accepted indications for administration of DFab after acute digoxin ingestion include any dysrhythmia that results in hemodynamic compromise or a serum potassium level above 5 mEq/L (19). Administration is also recommended after acute ingestion of more than 4 mg in a previously healthy child and 10 mg in a previously healthy adult (8). Finally, administration is recommended if the steady-state serum digoxin level is greater than 10 ng/ml (12.8 nmol/L) (8).

The appropriate dose of DFab after acute digoxin overdose is not well established. Adult patients with hemodynamic compromise after acute cardiac glycoside ingestion should be treated with 10 to 20 vials (380 to 760 mg). Stable patients may be treated with dosing based on the ingested amount (if known) or on the steady-state serum level.

If only the amount ingested is known (Eq. 1):

$$\text{number of DFab vials} = \text{amount of digoxin ingested (mg)} \times 0.48 \text{ (mg/vial)} \qquad [\text{Eq. 1}]$$

If the serum digoxin level obtained at least 6 hours after ingestion is known (Eq. 2):

$$\text{number of DFab vials} = \frac{\text{serum digoxin level (ng/ml)} \times \text{ideal body weight (kg)}}{100} \qquad [\text{Eq.2}]$$

It is important to note that calculating the dose of DFab using a serum level drawn before steady-state is reached (at least 6 hours after ingestion) may result in administration of a large, expensive, and unnecessary excess of DFab (34).

Patients who develop cardiac toxicity during chronic digoxin therapy usually require much less DFab than those with acute intoxication. Chronic ingestion usually requires less than five vials, whereas toxicity after acute ingestion requires more—up to 10 or 20 vials in patients with hemodynamic compromise. When a steady-state serum level is known, Equation 2 may be used to determine the dose of DFab. An alternative for stable patients with chronic poisoning is to administer two to four vials of DFab and then repeat the dose based on patient response.

Some clinicians have used an approach intended to leave some unbound digoxin present in the blood in order to maintain the desired digoxin activity. This can be accomplished theoretically using Equation 2 by substituting [serum digoxin level (ng/ml) − 1] to maintain a free digoxin level of 1 ng/ml. However, binding varies among patients, and the digoxin level varies depending on the time of serum sampling; therefore, deliberate partial reversal of patients (to maintain a therapeutic digoxin level) is likely inaccurate and cannot be recommended.

DFab is provided as a lyophilized powder. Each vial is reconstituted in 4 cc of sterile water and then may be diluted to the desired final volume in 5% dextrose or normal saline. During reconstitution the solution should be gently rolled rather than shaken to prevent foaming. DFab is administered to stable patients over 30 minutes through a 0.22 μm filter. It may be administered as a bolus to patients with hemodynamic compromise or cardiac arrest (8).

Adverse effects during or after DFab administration are rare. Because DFab is derived from animal protein, allergic reactions are the primary concern. A history of allergy to sheep products has been considered a relative contraindication to administration. No serious allergic reactions were reported in the largest multicenter study of DFab (24). A postmarketing surveillance study reported six cases of possible adverse reactions, none of which were serious (22). Patients with a history of asthma or allergy to antibiotics were found to have an increased risk of allergic reactions. Repeat DFab treatment after repeat overdose without allergic reaction has been reported (58). Other effects reported include hypokalemia (common), worsening of heart failure, and loss of ventricular rate control (rare) (24).

*Atropine* is a secondary antidote. Although atropine is often ineffective, several case reports and series have reported reversal of bradycardia from acute digoxin poisoning after atropine adminis-

tration (10,59–62). In the setting of acute overdose, adverse effects appear to be unusual. There are some reported cases of adverse effects of atropine when given to patients with chronic digoxin toxicity (63). Atropine should be considered standard therapy (while preparing DFab for administration) for symptomatic bradycardia associated with acute digoxin overdose. The adult dose is 0.5 to 1.0 mg IV and repeated every few minutes until the heart rate increases, up to a total dose of 3 mg. The pediatric dose is 0.01 mg/kg.

*Phenytoin* was once considered the first-line treatment for ventricular dysrhythmias associated with digoxin toxicity. Two older case series reported successful treatment of ventricular dysrhythmias using phenytoin, although many of these patients demonstrated only ventricular ectopy. One of these series also reported successful treatment in seven of eight patients with supraventricular tachycardia. The doses used in these reports were 100 to 350 mg administered as an IV bolus (64,65). One case reported successful treatment of a patient with bradycardia and heart-block after acute overdose with repeated 25-mg IV boluses (66). Phenytoin should be administered as an IV bolus of 100 to 300 mg to patients with ventricular dysrhythmias from digoxin poisoning when DFab is not available.

*Magnesium* has been used for the treatment of ventricular ectopy, dysrhythmias, and cardiac arrest in the setting of chronic digoxin toxicity (67,68). The pretreatment serum magnesium levels in these case series were not reported. Successful defibrillation has been reported after magnesium administration in a case of acute digoxin overdose that did not respond to lidocaine and phenytoin (69). A case of successful magnesium therapy for ventricular dysrhythmias in a patient with acute on chronic toxicity has also been reported (70). No serious adverse effects have been reported commonly. Based on these limited data, IV administration of 2 to 4 g of magnesium sulfate appears to be helpful in the treatment of ventricular ectopy and dysrhythmias in patients with digoxin toxicity if DFab is not available. The effects are often transient, and the dose may need to be repeated.

*Lidocaine* is commonly recommended for digoxin-induced ventricular dysrhythmias. In one case series of eight digoxin-toxic patients with bidirectional ventricular tachycardia, seven were successfully converted to an atrial rhythm within 2.5 hours (71). The dose was two 75-mg boluses followed by a 3-mg/minute infusion. The one patient who did not respond developed ventricular fibrillation 5 minutes after the first dose. Another report noted asystole after lidocaine administration for ventricular dysrhythmias in a digoxin-toxic patient (72). Overall, the data to support the use of lidocaine for ventricular dysrhythmias associated with digoxin toxicity are limited.

*Amiodarone* has been used successfully to treat ventricular fibrillation in two cases of digoxin poisoning (one case in conjunction with DFab) (73,74).

*Prophylactic intracardiac pacing* was initially recommended (before introduction of DFab) for patients with acute digoxin ingestion and either dysrhythmias plus delayed intracardiac conduction or serum potassium over 5 mEq/L. Other indications were subsequently added: age greater than 40 years, digitoxin dose greater than 10 mg, and severe vomiting or previous organic heart disease (21). The pacer was activated for severe AV block or ventricular ectopy. The pacer voltage is set for twice the excitability threshold, and the rate increased until ectopy resolves. Later work from this same center has demonstrated improved survival after DFab therapy compared to pacing (23). If DFab is not available, however, transvenous pacing should be instituted for patients with these indications. Transcutaneous pacing has also been used successfully during resuscitation of a patient with acute glycoside poisoning (3).

Ventricular fibrillation after cardioversion has been reported in two digoxin-toxic patients soon after electrical cardioversion

introduced for tachydysrhythmias (75). Animal studies indicate that supratherapeutic digoxin doses increase the duration of ventricular tachycardia (76) and decrease the ventricular fibrillation threshold (77). Furthermore, digoxin-toxic animals that develop ventricular tachycardia or fibrillation are often recalcitrant to defibrillation (76). Overall, stepwise escalation of the energy used for cardioversion, beginning at 10 J and increasing as needed, should be used with the stable digoxin-toxic patient who requires cardioversion (75). Unstable patients may benefit from treatment with an antidysrhythmic agent before cardioversion or defibrillation, but information is limited. Patients with therapeutic digoxin levels do not appear to be at increased risk of postcardioversion dysrhythmias (78).

*Potassium* should be administered to patients with chronic digoxin poisoning with hypokalemia. Older studies recommend oral salt administration, although cautious IV administration may be used as well. Because hyperkalemia is a consequence of acute digoxin poisoning, potassium should not be administered after acute digoxin toxicity. After acute toxicity, DFab is considered first-line therapy for hyperkalemia. If DFab is not available, standard therapy for hyperkalemia should be used, with the exception of calcium administration. Calcium is not recommended for treatment of hyperkalemia associated with digoxin poisoning (79).

Historically, calcium disodium edetate was reported to suppress ventricular ectopy and tachycardia in the treatment of chronic digoxin toxicity, presumably due to the resultant hypocalcemia (80). However, this therapy is not currently used nor recommended.

## Monitoring

The patient's vital signs, electrocardiogram, and cardiac rhythm should be monitored, usually in the intensive care unit. After administration of DFab, serum digoxin levels are often unreliable and require specific serum separation techniques to obtain meaningful results (81). Serum potassium level often falls with DFab therapy, and mild to moderate hypokalemia has been noted after DFab therapy (24).

## Supportive Care

Patients with altered mental status should have early airway management and appropriate evaluation for coingestants and other causes of altered mental status. Hypotension should be treated with isotonic crystalloid fluids, DFab administration, and vasopressors, if needed. Because patients on chronic glycoside therapy have cardiac disease, patients should be monitored closely for cardiac ischemia and infarction. Patients with evidence of dehydration should receive adequate fluid resuscitation and evaluation for an underlying cause of dehydration (i.e., overuse of diuretics or underlying illness, resulting in decreased fluid intake).

Patients with typical acute toxicity present with gastrointestinal symptoms and bradycardia. However, as life-threatening effects may occur with ingestion of less than a 1-month supply of medications, patients with deliberate ingestions should be treated in a critical care setting with DFab immediately available.

Patients with chronic digoxin toxicity often present with bradycardia associated with nonspecific effects that are not life-threatening. Patients often are dehydrated, and this results in prerenal azotemia and glycoside accumulation. These patients generally do well with gentle hydration and monitoring.

As the toxic effects of digoxin are often nonspecific in older patients, the diagnosis of chronic digoxin toxicity should be entertained for older patients taking digoxin who present with an unclear etiology of their symptoms.

## Management Pitfalls

The development of DFab has dramatically simplified the management of the patient with cardiac glycoside toxicity. Once the clinician determines that significant toxicity exists or is likely to occur, DFab should be administered. The most significant pitfall is failure to recognize that serious toxicity exists or will soon develop. For example, hyperkalemia may be treated without recognizing that the underlying cause is cardiac glycoside poisoning. In addition, a high-normal or elevated potassium level may not be assessed correctly in patients on chronic digoxin treatment.

## REFERENCES

1. Ooi H, Colucci WS. Pharmacological treatment of heart failure. In: Hardman JG, Limbird LE, Goodman Gilman A, eds. Goodman & Gilman's the pharmacological basis of therapeutics, 10th ed. New York: McGraw-Hill, 2001:901–932.
2. Shumaik GM, Wu AW, Ping AC. Oleander poisoning: treatment with digoxin-specific Fab antibody fragments. Ann Emerg Med 1988;17:732–735.
3. Cummins RO, Haulman J, Quan L, et al. Near-fatal yew berry intoxication treated with external cardiac pacing and digoxin-specific fab antibody fragments. Ann Emerg Med 1990;19:38–43.
4. Tuncok Y, Kozan O, Cavdar C, et al. Urginea maritima (squill) toxicity. J Toxicol Clin Toxicol 1995;33:83–86.
5. Goerre S, Frohli P. [Poisoning with digitoxin-like glycosides following eating of oleander leaves]. Schweiz Rundsch Med Prax 1993;82:121–122.
6. Lanoxin. In: Physicians' desk reference, 54th ed. Oradell, NJ: Medical Economics, 2000:1225–1231.
7. Basalt BC, Cravey RH. Digitoxin. In: Basalt BC, Cravey RH, eds. The disposition of toxic drugs and chemicals in man, 4th ed. Foster City, CA: Chemical Toxicology Institute, 1995:244–246.
8. Digoxin immune Fab. In: Physicians desk reference, 54th ed. Oradell, NJ: Medical Economics, 2000:1170–1171.
9. Wharton CF. Attempted suicide by digoxin self administration and its management. Guys Hospital Reports 1970;119:243–251.
10. Smith TW, Willerson JT. Suicidal and accidental digoxin ingestion. Report of five cases with serum digoxin level correlations. Circulation 1971;44:29–36.
11. Aspland J, Edhag O, Mogensen L, et al. Four cases of massive digitalis poisoning. Acta Med Scand 1971;189:293–297.
12. Woolf AD, Wenger TL, Smith TW, Lovejoy FH Jr. Results of multi-center studies of digoxin-specific antibody fragments in managing digitalis intoxication in the pediatric population. Am J Emerg Med 1991;9:16–20.
13. Fowler RS, Rathi L, Keith JD. Accidental digoxin intoxication in children. Pediatrics 1964;64:188–200.
14. Zucker AR, Lacina SJ, DasGupta DS, et al. Fab fragments of digoxin-specific antibodies used to reverse ventricular fibrillation induced by digoxin ingestion in a child. Pediatrics 1982;70:468–471.
15. Basalt RC, Cravey RH. Digoxin. In: Basalt RC, Cravey RH, eds. The disposition of toxic drugs and chemicals in man, 4th ed. Foster City, CA: Chemical Toxicology Institute, 1995:246–250.
16. Koren G, Beatie D, Soldin S. Agonal elevation in serum digoxin concentrations in infants and children long after cessation of therapy. Crit Care Med 1988;16:793–795.
17. Koren G, Beatie D, Soldin S, et al. Interpretation of elevated postmortem serum concentrations of digoxin in infants and children. Arch Pathol Lab Med 1989;113:758–761.
18. Dickson SJ, Blazey ND. Post-mortem digoxin levels—two unusual case reports. Forensic Sci 1977;9:145–150.
19. Marchlinski FE, Hook BG, Callans DJ. Which cardiac disturbances should be treated with digoxin immune fab (ovine) antibody? Am J Emerg Med 1991;9:24–28.
20. Bismuth C, Gaultier M, Conso F, Efthymiou ML. Hyperkalemia in acute digitalis poisoning: prognostic significance and therapeutic implications. J Toxicol Clin Toxicol 1973;6:153–162.
21. Bismuth C, Motte G, Conso F, et al. Acute digitoxin intoxication treated by intra-cardiac pacemaker: experience in sixty-eight patients. J Toxicol Clin Toxicol 1977;10:443–456.
22. Hickey AR, Wenger TL, Carpenter VP, et al. Digoxin immune Fab therapy in the management of digitalis intoxication: safety and efficacy results of an observational surveillance study. J Am Coll Cardiol 1991;17:590–598.
23. Taboulet P, Baud FJ, Bismuth C, Vicaut E. Acute digitalis intoxication—is pacing still appropriate? J Toxicol Clin Toxicol 1993;31:261–273.
24. Antman EM, Wenger TL, Butler VP. Treatment of 150 cases of life threatening digitalis intoxication with digoxin specific Fab antibody fragments: final report of a multi-center study. Circulation 1990;81:1744–1752.
25. Beller GA, Hood WB Jr, Smith TW, et al. Correlation of serum magnesium levels and cardiac digitalis intoxication. Am J Cardiol 1974;33:225–229.
26. Mahdyoon H, Battilana G, Rosman H, et al. The evolving pattern of digoxin intoxication: observations at a large urban hospital from 1980 to 1988. Am Heart J 1990;120:1189–1194.
27. Steiner JF, Robbins LJ, Hammermeister KE, et al. Incidence of digoxin toxicity in outpatients. West J Med 1994;161:474–478.
28. Moorman JR. Digitalis toxicity at Duke hospital, 1973 to 1984. South Med J 1985;78:561–564.
29. Lowenthal M. Delirium due to digoxin intoxication—a reminder [Letter]. Isr J Med Sci 1988;24:331.
30. Robertson DM, Hollenhorst RW, Callahan JA. Ocular manifestations of digitalis toxicity. Discussion and report of three cases of central scotomas. Arch Ophthalmol 1966;76:640–645.
31. Lely AH, van Enter CH. Large-scale digitoxin intoxication. BMJ 1970;3:737–740.
32. Rietbrock N, Alken RG. Color vision deficiencies: a common sign of intoxication in chronically digoxin-treated patients. J Cardiovasc Pharmacol 1980;2:93–99.
33. Marcinkowska-Krolewicz M, Feldman R. Can peak serum digoxin concentration be a sign of acute poisoning severity? Analysis of two cases of digoxin poisoning. Pol Arch Med Wewn 1998;100:344–349.
34. Walsh FM, Sode J. Significance of non-steady-state serum digoxin concentrations. Am J Clin Pathol 1975;63:446–450.
35. Brubacher JR, Ravikumar PR, Bania T, et al. Treatment of toad venom poisoning with digoxin-specific fab fragments. Chest 1996;110:1282–1288.
36. Datta P, Dasgupta A. Interference of oleandrin and oleandrigenin in digitoxin immunoassays: minimal cross reactivity with a new monoclonal chemiluminescent assay and high cross reactivity with the fluorescence polarization assay. Ther Drug Monit 1997;19:465–469.
37. Namera A, Yashiki M, Okada K, et al. Rapid quantitative analysis of oleandrin in human blood by high-performance liquid chromatography. Nippon Hoigaku Zasshi 1997;51:315–318.
38. Tracqui A, Kintz P, Branche F, Ludes B. Confirmation of oleander poisoning by HPLC/MS. Int J Legal Med 1998;111:32–34.
39. Steimer W, Muller C, Eber B, Emmanuilidis K. Intoxication due to negative canrenone interference in digoxin drug monitoring [Letter]. Lancet 1999;354:1176–1177.
40. Seccombe DW, Pudek MR. Digoxin-like immunoreactive substances in the perinatal period. Lancet 1987;1:983.
41. Vinge E, Helgesen-Rosendal S, Backstrom T. Progesterone, some progesterone derivatives and urinary digoxin-like substances from pregnant women in radioimmuno- and 86Rb-uptake assays of digoxin. Pharmacol Toxicol 1988;63:277–280.
42. Yang SS, Korula J, Sundheimer JE, Keyser AJ. Digoxin-like immunoreactive substances in chronic liver disease. Hepatology 1989;9:363–366.
43. Kumar S, Saxena SK, Gahlaut DS, et al. Digoxin like substances in chronic renal failure. J Assoc Physicians India 1986;34:633–634.
44. Chi HT, Hung DZ, Hu WH, Yang DY. Prognostic implications of hyperkalemia in toad toxin intoxication. Hum Exp Toxicol 1998;17:343–346.
45. Wenger TL. Experience with digoxin immune fab (ovine) in patients with renal impairment. Am J Emerg Med 1991;9:21–23.
46. Park GD, Spector R, Goldberg MJ, Feldman RD. Digoxin toxicity in patients with high serum digoxin concentrations. Am J Med 1987;294:423–428.
47. Shapiro, W. Correlative studies of serum digitalis levels and the arrhythmias of digitalis intoxication. Am J Cardiol 1978;41:852–859.
48. Smith TW, Haber E. The clinical value of serum digitalis glycoside concentrations in the evaluation of drug toxicity. Ann N Y Acad Sci 1971;179:322–337.
49. Smith TW, Butler VP Jr, Haber E. Determination of therapeutic and toxic serum digoxin concentrations by radioimmunoassay. N Engl J Med 1969;281:1212–1216.
50. Chung EK. Digitalis-induced cardiac arrhythmias: a report of 180 cases Jpn Heart J 1969;10:409–427.
51. Chyka PA, Seger D. Position statement: single-dose activated charcoal. American Academy of Clinical Toxicology; European Association of Poisons Centres and Clinical Toxicologists. J Toxicol Clin Toxicol 1997;35:721–741.
52. Position statement and practice guidelines on the use of multi-dose activated charcoal in the treatment of acute poisoning. American Academy of Clinical Toxicology; European Association of Poisons Centres and Clinical Toxicologists. J Toxicol Clin Toxicol 1999;37:731–751.
53. Park GD, Goldberg MJ, Spector R, et al. The effects of activated charcoal on digoxin and digitoxin clearance. Drug Intell Clin Pharm 1985;19:937–941.
54. Caspi O, Zyber-Katz E, Gotesman O, et al. Digoxin intoxication in a patient with end-stage renal disease: efficacy of digoxin-specific Fab antibody fragments and peritoneal dialysis. Ther Drug Monit 1997;19:510–515.
55. Safadi R, Levy I, Amitai Y, Caraco Y. Beneficial effect of digoxin-specific Fab antibody fragments in oleander poisoning. Arch Intern Med 1995;155:2121–2125.
56. Eddleston M, Warrell DA. Management of acute yellow oleander poisoning. QJM 1999;92:483–485.
57. Cheung K, Urech R, Taylor L, et al. Plant cardiac glycosides and digoxin Fab antibody. J Paediatr Child Health 1991;27:312–313.
58. Bosse GM, Pope TM. Recurrent digoxin overdose and treatment with digoxin-specific fab antibody fragments. J Emerg Med 1994;12:179–185.
59. Duke M. Atrioventricular block due to accidental digoxin ingestion treated with atropine. Am J Dis Child 1972;124:754–756.
60. Navab F, Honey K. Self-poisoning with digoxin: successful treatment with atropine. BMJ 1967;3:660–661.
61. Citrin DL, O'Malley K, Hillis WS. Cardiac standstill due to digoxin poisoning successfully treated with atrial pacing. BMJ 1973;2:526–527.
62. Citrin D, Stevenson IH, O'Malley K. Massive digoxin overdose: observations on hyperkalemia and plasma digoxin levels. Scott Med J 1972;17:275–277.
63. Freidberg CK, Donosco E. Arrhythmias and conduction disturbances due to digitalis. Prog Cardiovasc Dis 1960;2:408.

9-87

64. Bashour FA, Edmonson RE, Gupta DN, Prati R. Treatment of digitalis toxicity by diphenylhydantoin (Dilantin). *Dis Chest* 1968;53:263–270.
65. Lang TW, Bernstein H, Barbieri F, et al. Digitalis toxicity. Treatment with diphenylhydantoin. *Arch Intern Med* 1965;116:573–580.
66. Rumack BH, Wolfe RR, Gilfrich H. Phenytoin (diphenylhydantoin) treatment of massive digoxin overdose. *Br Heart J* 1974;36:405–408.
67. Eisenberg CD, Simmons HG, Mintz AA. The effects of magnesium upon cardiac arrhythmias. *Am Heart J* 1950;39:703–712.
68. Szekely P, Wynne NA. The effects of magnesium on cardiac arrhythmias caused by digitalis. *Clin Sci* 1951;10:241–253.
69. French JH, Thomas RG, Siskind AP, et al. Magnesium therapy in massive digoxin intoxication. *Ann Emerg Med* 1984;13:562–566.
70. Kinlay S, Buckley NA. Magnesium sulfate in the treatment of ventricular arrhythmias due to digoxin toxicity. *J Toxicol Clin Toxicol* 1995;33:55–59.
71. Castellanos A, Ferreiro J, Pefkaros K, et al. Effects of lignocaine on bidirectional tachycardia and on digitalis-induced atrial tachycardia with block. *Br Heart J* 1982;48:27–32.
72. Agrawal BV, Singh RB, Vaish SK, Edin H. Cardiac asystole due to lignocaine in a patient with digitalis toxicity. *Acta Cardiologica* 1974;29:341–347.
73. Maheswaran R, Bramble MG, Hardisty CA. Massive digoxin overdose: successful treatment with intravenous amiodarone. *Br Med J Clin Res Ed* 1983;287:392–393.
74. Nicholls DP, Murtagh JG, Holt DW. Use of amiodarone and digoxin specific fab antibodies in digoxin overdosage. *Br Heart J* 1985;53:462–464.
75. Lown B. Cardioversion and the digitalized patient. *J Am Coll Cardiol* 1985;5:889–890.
76. Leja FS, Euler DE, Scanlon PJ. Digoxin and the susceptibility of the canine heart to countershock-induced arrhythmias. *Am J Cardiol* 1985;55:1070–1075.
77. Lown B, Kleiger RE, Williams JS. Digitalis and cardioversion. *Proc N Engl Cardiovasc Soc* 1965;23:25.
78. Mann DL, Maisel AS, Atwood JE, et al. Absence of cardioversion-induced ventricular arrhythmias in patients with therapeutic digoxin levels. *J Am Coll Cardiol* 1985;5:882–890.
79. Ekins BR, Watanabe AS. Acute digoxin poisonings: review of therapy. *Am J Hosp Pharm* 1978;35:268–277.
80. Surawicz B. Use of the chelating agent, EDTA, in digitalis intoxication and cardiac arrhythmias. *Prog Cardiovasc Dis* 1960;2:432–443.
81. Ujhelyi MR, Colucci RD, Cummings DM, et al. Monitoring serum digoxin concentrations during digoxin immune fab therapy. *DICP* 1991;25:1047–1049.
82. POISINDEX Editorial Staff. Digoxin. In: Rumack BJ, Sayer NK, Gelman CR, eds. *POISINDEX System*. Englewood, CO: Micromedex Inc, 2002.
83. Wells TG, Young RA, Kearns GL. Age-related differences in digoxin toxicity and its treatment. *Drug Saf Concepts* 1992;7:135–151.

# CHAPTER 123

# *Phosphodiesterase Inhibitors*

Andrew R. Erdman



**MILRINONE**

| | |
|---|---|
| **Compounds included:** | **Inamrinone (Inocor), milrinone (Primacor)** |
| **Molecular formula and weight:** | **Inamrinone ($C_{10}H_9N_3O$, $C_3H_6O_3$), 187.2 g/mol; milrinone ($C_{12}H_9N_3O$), 211.2 g/mol** |
| **SI conversion:** | **Inamrinone, mg/ml x 5.34 = mml/L; milrinone, mg/ml x 4.73 = mmol/L** |
| **CAS Registry No.:** | **75898-90-7 (inamrinone); 78415-72-2 (milrinone)** |
| **Therapeutic levels:** | **Inamrinone, 2 to 7 mg/ml (serum)** |
| **Special concerns:** | **Hypotension, tachycardia** |
| **Antidote:** | **None** |

## OVERVIEW

Phosphodiesterase (PDE) is a common intracellular enzyme found in a variety of organs and tissues within the human body (1,2). It catalyzes the cytosolic breakdown of cyclic adenosine monophosphate (cAMP) and other cyclic nucleotides, which are common second messengers and potent modulators of cellular function. PDE has several different forms or isoenzymes, distinguished by their organ location and by the specific cyclic nucleotide used as a substrate. The PDE inhibitors are a diverse group of agents that have found a wide range of clinical applications in modern medicine. Most PDE inhibitors are specific for a particular PDE isoenzyme. For example, the methylxanthines, such as theophylline and aminophylline, inhibit primarily PDE 4,

whereas sildenafil inhibits primarily PDE 5. This chapter focuses on drugs that inhibit PDE 3, inamrinone and milrinone.

Inamrinone and milrinone are bipyridine molecules that inhibit PDE, with particular specificity for the PDE 3 isoenzyme found in cardiac myocytes and vascular smooth muscle (1–5). This results clinically in improved cardiac contractility and peripheral vasodilation (6–14). Secondary effects include the inhibition of platelet aggregation and immunomodulation (13,15–19). Overdoses, although not well reported, may lead to an extension of the drugs' clinical effects, with excessive vasodilation causing hypotension and reflex tachycardia.

Inamrinone was the first PDE 3–specific inhibitor (20,21). It was originally called *amrinone* but was renamed due to name confusion with the drug amiodarone. Intravenous (IV) inamrinone is

9-88

Arch. Toxicol. 42, 107—114 (1979)



Archives of
# TOXICOLOGY
© Springer-Verlag 1979

This material is subject to the United States copyright law
further reproduction in violation of that law is prohibited

ridge et al.

entiation in
ipounds. J.

lathion and

:. Chem. 8,

s. Biochim.

:hem. J. 84,

on. Can. J.

d malathion
iternational

Pharmacol.

toxification
Biol. Med.

th optically
ase with S-
(1965)
izymes. III.
)
g carboxyl-
s. J. Agric.

·rmacol. 11,

2527—2528

ities on the
·, 946—953

), 154—155

d Technical

instructions

cholinester-
ionothioate

# Investigation of Cardiac Glycoside Levels in Human Post Mortem Blood and Tissues Determined by a Special Radioimmunoassay Procedure*

R. Aderjan, H. Buhr, and Gg. Schmidt

Institut für Rechtsmedizin der Universität Heidelberg,
Voßstraße 2, D-6900 Heidelberg 1, Federal Republic of Germany

**Abstract.** Even after the introduction of radioimmunological methods the question of a cardiac glycoside causing or contributing to the death of a patient can not be answered satisfactorily. By means of a special radioimmunoassay procedure for digoxin as well as for the structurally related methyl- and acetylderivatives we measured the concentrations in human blood and post mortem tissues.

We investigated the glycoside contents in the blood of intravenously digitalised (Novodigal®) patients before and after death. At autopsy blood specimens were taken from the heart and the femoral vein. We found an increase of the glycoside level up to a highly toxic range (7—15 ng/ml) especially in the heart blood. Thus post mortem blood levels of digoxin and its derivatives are not suitable for a final decision in alleged cases of fatal poisonings.

Measuring various concentrations in tissues and body fluids of the above cardiac glycosides mentioned revealed the kidney concentration to be of high value in confirming a digitalis poisoning. This organ and the heart show the highest tissue concentrations. Interpretations of fatal digitalis poisonings should be based on the additional knowledge of these concentrations. Individual cardiac glycosides may be analyzed by a combination of thin layer chromatography and radioimmunoassay.

**Key words:** Digoxinpoisoning — Blood levels — Tissue concentrations — Radioimmunoassay — Thin layer chromatography.

**Zusammenfassung.** Selbst nach der Einführung von radioimmunologischen Methoden kann die Frage, ob ein Herzglykosid einen Tod verursacht hat oder zumindest dazu beigetragen hat, nicht zufriedenstellend beantwortet werden. Mit Hilfe eines besonderen Radioimmunoassay-Verfahrens für Digoxin, welches auch für die strukturell verwandten Methyl- und Acetyl-Derivate anwendbar ist, haben wir post mortem-Konzentrationen dieser Stoffe im menschlichen Blut und

---

* Presented as short communication at the Vth meeting of the international academy of legal medicine, Caracas/Venezuela 4.—10. 12. 1977

0340-5761/79/0042/0107/$ 01.60

PLAINTIFFS' EXHIBITS 012671

9-89

Case 2:08-md-01968   Document 580-28   Filed 09/08/11   Page 15 of 64 PageID #: 24554

Gewebe untersucht. Die Glykosid-Spiegel von intravenös digitalisierten (Novodigal®) Patienten können nach dem Tod bis in einen 2,5fach höheren Bereich ansteigen (7–15 ng/ml im Herzblut), verglichen mit den Glykosid-Spiegeln vor dem Tod. Da so eine starke Toxizität der Blutspiegelhöhe vorgetäuscht wird, sind nach dem Tod Blutspiegelmessungen allein für die Beurteilung von vermuteten Digitalis-Vergiftungen nicht ausreichend.

Bei der Messung von Glykosidkonzentrationen in Geweben und Körperflüssigkeiten ist der Konzentration in Herz und Niere besondere Beachtung zu schenken, diese beiden Organe zeigen die höchsten Gewebskonzentrationen. Eine Beurteilung sollte Konzentrationsmessungen in diesen Organen berücksichtigen. Mittels einer kombinierten dünnschichtchromatographischen und radioimmunologischen Analyse ist es möglich, die Identität von zur Anwendung gelangten Herzglykosiden im ng-Bereich festzustellen.

**Schlüsselwörter:** Digoxin-Derivate – Vergiftung – Gewebskonzentrationen – Radioimmunoassay – Dünnschichtchromatographische Analyse.

## Introduction

Frequent radioimmunological monitoring has proven useful in the medication of digoxin and its commonly used derivatives. The optimal use of cardiac glycosides and prevention of toxic complications need thorough knowledge of their potency, of individual changes of pharmacokinetics and of factors influencing the individual tolerance like body weight, drug interactions, electrolytes and renal function.

An optimal therapeutic response is obtained at serum levels between 1.2 and 1.7 ng digoxin equivalents/ml (Haasis and Larbig, 1975; Schneider and Ruiz-Torres, 1977) patients show toxic symptoms with a mean serum level of 3.1 ng/ml and digoxin levels of more than 7 ng/ml are reported to be indicative of a fatal overdose (Moffat, 1974). Nevertheless mortality in patients who develop digitalis intoxication during therapy has been between 7 and 25% (Beller et al., 1972; Hennersdorf, 1976).

To the forensic toxicologists however an answer to the question whether a cardiac glycoside has contributed to the death of a patient still seems to be a matter of opinion.

We have carried out own measurements after developing a special radioimmunoassay (RIA) procedure. In this paper we report our experiences with this technique applied to post mortem specimens.

## Material and Methods

Blood samples of eight patients were taken from intravenously digitalised (Novodigal®) patients before and within 30 min after death. At autopsy the corresponding blood specimens were collected from the heart (left ventricle) and from the femoral vein. Tissue samples of normally digitalised patients were taken at autopsy as well as tissue materials from a suicidal case. The blood samples were extracted using an Amberlite XAD-2 resin. The technique is described in Figure 1. An important purification step is the combined desorption/solvent partition using 5% ammonia solution and ethylacetate. A reproducible recovery of 70.6 ± 2.3 is obtained using $^3$H-Digoxin as a tracer.





Fig. 1. E

Tiss
methano
The
England
(Will et
respectiv
0.5–16 r
teristics
the digo:
digoxin
detection
GFR).
The
front wa
partition
phase w
Aliquots

## Result:

*Ante-*

With t
with te
of othe
who d

erjan et al.

(Novodi-
1 Bereich
egeln vor
cht wird,
n vermu-

örperflüs-
htung zu
trationen.
rrücksich-
l radioim-
ndung ge-

ationen —

ication of
glycosides
otency, of
individual
ction.

n 1.2 and
iz-Torres,
ng/ml and
! overdose
toxication
nnersdorf,

her a car-
matter of

adioimmu-
this tech-

tients before
ted from the
atients were
re extracted
: purification
ylacetate. A

## Cardiac Glycoside Levels in Human Post Mortem Blood and Tissues

109



Fig. 1. Extraction of cardiac glycosides from post mortem blood by Amberlite-XAD-2

Tissue samples of 0.5 g wet weight were lyophilized prior to organic solvent extraction with methanol and reconstitution of the original concentration by assay buffer.

The assay was performed with anti digoxin antisera and $^3$H-digoxin commercially available (New England Nuclear, Dreieichenhain, GFR). Buffers and separation methods are previously described (Will et al., 1977). The coeffients of intra- and inter assay variation was $7.1 \pm 2.5$ and $10.2 \pm 4.6$ respectively. The calibration curves were produced by extracting standard digoxin concentrations of 0.5–16 ng/ml from drug free blood. The antisera were tested for the individual cross reaction characteristics of digoxin metabolites. Corrected for molecular weight the bis- and monodigitoxides as well as the digoxigenin crossreacted by 100%. This was also found in a detailed crossreaction study for anti digoxin antisera by Flasch et al. (1977). A thinlayer chromatographic analysis by radioimmunoassay detection was accomplished by the use of TLC-plastic sheets (Silicagel 60 F$_{254}$, Merck, Darmstadt, GFR).

The solvent system consisted in chloroform/ethanol 95 : 5. The distance between start and solvent front was divided into 5 mm zones which were cut off for desorption with H$_2$O/ethylacetate (1 : 1). The partition between water and ethylacetate turned out to be an important purification step. The organic phase was evaporated and the residue was dissolved in a corresponding volume of assay buffer. Aliquots were taken for the radioimmunoassay.

## Results and Discussion

### Ante- and Post Mortem Blood Levels

With the technique described we investigated the digoxin blood levels in patients with terminal illness while hospitalized in an intensive care unit. The patients all died of other causes than digitalis intoxication. Cases 1, 2, 6 and 9 (Table 1) are subjects who died within 3 h after the last digoxin application. The glycoside blood levels

PLAINTIFFS' EXHIBITS 012673

9-91

**Table 1.** Post mortem changes of digoxin blood levels of digitalised subjects

| Blood specimens | Case 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Before death | 5.4 | 4.9 | 1.2 | 2.5 | – | 4.1 | 3.8 | 2.1 | 5.4 | 0.9 |
| 30 min after death | 5.1 | 4.8 | – | 2.6 | 0.8 | 3.9 | – | – | 4.3 | – |
| Femoral vein at autopsy | 7.2 | 6.6 | 0.9 | 3.1 | 3.1 | 5.9 | 4.9 | 2.2 | 7.2 | 1.8 |
| Heart at autopsy | 8.1 | 11.1 | 1.5 | 2.8 | 2.9 | 15.1 | 7.7 | 5.4 | – | 3.1 |

before and after death were compared with femoral vein and with left ventricle heart blood specimens at autopsy. In some of the heart blood samples we observed an impressive post mortem rise of the cardiac glycoside concentrations up to 11–15 ng/ml (Table 1). The increase is up to 2.5 fold with a tendency to higher increases at higher vein blood levels. The femoral vein blood levels were only slightly increased at autopsy. Iisalo and Nuutila in 1973 reported some of these observations. Obviously a new equilibrium between the blood and tissues is established with time after death as already suggested by Doherty et al., 1967. The ratio of myocardial to serum concentrations is approximately 30 : 1. The breakdown of membrane functions with the time after cell death clearly explains such a post mortem rise by a diffusion *equilibrium*. While this may be plausible for heart blood there is no convincing explanation for vein blood. The concentration gradient between vein blood and muscle tissue is not very marked (Table 2). Skeletal muscles contain between 10 and 20 ng/g digoxin equivalents (Coltart et al., 1972; Haasis et al., 1977; Karjalainen et al., 1974). Cardiac glycosides are known to cause an elevation of arterial blood pressure in part by a direct action on peripheral vessels (Williams et al., 1958). Mason and Braunwald (1964) demonstrated increases of mean arterial pressure, systematic vascular resistance and vasomotor tone after intravenous injection of ouabain. These reactions indicate interactions between cardiac glycosides and receptors in the smooth muscle tissue contained in arteries and veins to a more or less extend. A binding of cardiac glycosides to tissue proteins and a post mortem release may be responsible for the observed concentrations differences. However the corresponding tissue concentrations are not so far investigated up till today.

The vein blood level in a case of suicide was 21 ng/ml digoxin equivalents. This level indicates a fatal poisoning but as shown by Bodem et al. (1977) a level of 20 ng/ml may still be survived after severe intoxications. We found digoxin blood levels in patients with terminal illness between 0.8 and 5.4 ng/ml. At autopsy one vein blood level was 7.0 ng/ml compared to 4.3 ng/ml shortly after death. All patients obtained therapeutic doses depending on the body weight (0.055 mg digoxin/kg bodyweight, daily i.v. application at 11 h a.m.). Thus a post mortem level of 7 ng/ml digoxin equivalents is not indicative for a fatal overdose as recently suggested by Phillips (1974). Plasma digoxin levels followed by radioimmunoassay after chronic administration of 0.72 and 0.36 mg digoxin to healthy subjects (Rietbrock and Abshagen, 1973). Peak levels of 3.3–6.8 ng/ml, were reached between 30 and 60 min after each administration. Levels of approximately 5 ng/ml even cannot give

Cardiac Gly

Table 2. Concentr

Blood 3
Serum
Vitreous humor
Liquor
Brain
Liver
Kidney
Mycard l.
Myocard r.
Lung
Skeletal muscle

1 Selesky et al.,
2 Karajalainen e
3 Iisalo and Nuu
4 Steentoft, 197

evidence approxin digoxin t not be e the last digoxin i culty. In reported of 5 anc maximu 1973).
Beca ration o the conc already mation. evaluati blood le serum a digoxin

Cardiac Glycoside Levels in Human Post Mortem Blood and Tissues

111

Table 2. Concentrations in ng/ml or ng/g wet weight of digoxin or digoxin equivalents in body fluids and tissues

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Blood | 30,3 | 4,6 ± 2,3 | 29,6 (a) 12,0 (b) 2,6 (c) | 150 | — | — | < 7 | 22,3 |
| Serum | — | — | — | — | 2,3 ± 0,63 | 1,2 ± 8 | — | — |
| Vitreous humor | — | — | — | — | — | — | < 5 | 10,5 |
| Liquor | — | — | — | — | — | — | < 5 | 13,7 |
| Brain | 0,86 | — | — | — | — | — | 6,1 ± 2,5 | 9,7 |
| Liver | 35,5 | 68 ± 51 | — | 230 | — | — | 66 ± 50 | 81 |
| Kidney | 130,0 | 123 ± 65 | — | 680 | — | — | 140 ± 35 | 1400 |
| Mycard l. | 51,6 | 112 ± 67 | 200 (a) 282 (b) | 200 | 105 ± 27,3 | 77,7 ± 43,3 | 80 ± 22 | 43 formalin treated |
| Myocard r. | | 97 ± 59 | 158 (c) | | 74 ± 14,0 | | 71 ± 19 | |
| Lung | — | — | — | — | — | — | 16,2 ± 8,1 | 53 |
| Skeletal muscle | — | 20 ± 13 | — | — | 14,7 ± 10,4 | 11,3 ± 49 | — | — |

1 Selesky et al., 1977
2 Karajalainen et al., 1974 (after long terme therapy $n = 13$
3 Iisalo and Nuutila, 1973 (a, b after overdose, c therapeutic)
4 Steentoft, 1973 (fluorim. assay)
5 Haasis et al., 1977
6 Coltart et al., 1972
7 Own measurements (digitalised subjects $\eta = 5$)
8 Own measuremtnts (suicide)

evidence for a digoxin overdose even if lower concentrations in hemolised blood of approximately 12% are taken into account (Holt and Benstead, 1975). A history of digoxin toxicity is not thereby ruled out but without other contributions a death may not be explained by such levels. Thus it is important to know the time lag between the last administration and death. The time after which a maximum blood level of digoxin is reached after the ingestion of overdoses seems to be an additional difficulty. In patients being in intensive care the peak levels of 20 ng/ml and 10.2 ng/ml reported by Bodem et al. (1977) were reached after 12 and 15.5 h and after ingestion of 5 and 10 mg respectively. Other authors also recognized a delayed blood level maximum after digoxin overdoses (Citrin et al., 1972; Hobson and Zettner, 1973).

Because of a complicated concerted action between tissue concentrations, saturation of binding proteins and the concentration in the different body fluids at least the concentrations in kidney and heart tissue should be measured. While blood levels already fall, these tissue concentrations may still rise and thus give additional information. In a publication presented by T. E. Vorpahl and J. I. Coe (1978) during the evaluation of our findings similar observations of ante and post mortem digoxin blood levels were reported. These authors propose a combination of femoral venous serum and vitreous humor values to give the best information of an ante mortem digoxin toxicity.

9-93

112                                                                                 R. Aderjan et al.

### Digoxin Measurements in Post Mortem Tissue Samples

Table 2 reviews some of the few, more or less complete data of tissue concentrations including those of fatal poisonings (Coltart et al., 1972; Haasis et al., 1977; Iisalo and Nuutila, 1973; Karjalainen et al., 1974; Selesky et al., 1976; Steentoft, 1973). Columns 7 and 8 show our measurements in five cases. The concentrations determined by us are compatible with the findings of others.

A highlighted point is the marked difference between renal tissue concentrations in normally digitalised patients and in the case of suicide. After ingestion of an unknown dose a ten fold increased kidney concentration was found. The accumulation of cardiac glycosides in renal tissue and heart may be due to the high content of sodium/potassium dependant ATP-ase, which is believed to be a specific receptor for these types of drugs (Dutta and Marks, 1972). The low glycoside content in the heart tissue of our suicidal case is due to formic aldehyde treatment in the heart tissue. In general however a comparison of RIA tissue measurements has to be made with caution.

### Identification of Individual Cardiac Glycosides

There is few knowledge about the share and the pharmacokinetics of the corresponding metabolites which contribute to the values of the cardiac glycoside measurements. Most of the antisera used for radioimmunoassay do not distinguish between the parent compounds and their metabolites. In clinical practice is no need to separate these compounds because of comparable pharmacologic actions. The individual levels of the cardiac glycoside metabolites however may be of importance for the forensic toxicologist. Because of the possibility of a different metabolic fate at least informations of chronic or single doses might be obtained.

The metabolites all turned out to be 100% cross reactive in our radioimmunoassay if the steroid nucleous is not altered. Using a thinlayer chromatographic analysis by radioimmunoassay detection (Fig. 2) we analysed the ingested drug in the above mentioned suicidal case. In the vein blood we found methyldigoxin (Lanitop®) being extensively metabolised to digoxin. The digoxin peak shows a long tailing. It may additionally contain digoxin metabolites with digitoxide residues splitted off. The total amounts being in question are no more chemically detectable. This digoxin fraction has to be further investigated for a contribution of metabolites using an improved chromatographic separation method. During a 6 h period after administration of 0.5 mg digoxin only in the serum of one of two subjects the digoxigenin metabolite was detectable after 30—60 min in a concentration of 1.3—1.0 ng/ml. Digoxin was found in a concentration of 1.5—3.2 ng/ml during the same period (Loo et al., 1977). For this study the combination of high performance liquid chromatography and radioimmunoassay (HPLC-RIA) was applied.

*Conclusion.* Our study indicates that blood levels alone are no appropriate means to make a final decision in alleged cases of fatal poisonings. Radioimmunological blood level measurements only give evidence for a digitalised toxicity. There is a high difference in kidney concentrations between normally digitalized patients and a case





Cardiac Glycoside Levels in Human Post Mortem Blood and Tissues

113



**Fig. 2.** Thin layer chromatographic analysis of cardiac glycosides by RIA detection. 5 ml of blood extracted, 0.5 mm zones removed from the layer, analysed after extraction. 1 = digoxin, 2 = or β-acetyldigoxin, 3 = methyldigoxin. Acetyldigoxin was not contained in the blood specimen

*jan et al.*

*trations ; Iisalo , 1973).*
s deter-

*trations n of an ccumula- ntent of eceptor t in the e heart e made*

*e corre- de mea- uish be- need to he indi- ance for fate at*

*nunoas- analysis e above *) being It may off. The digoxin sing an dminis- xigenin ng/ml. od (Loo hroma-*

*eans to al blood a high a case*

of suicide. Such differences were also found by Friedrich, G. (Institute of Forensic Medicine, Freiburg, GFR, personal communication, May 5, 1977). The renal tissue and the heart show the highest tissue concentrations. An interpretation of glycoside blood levels should be based on data taking the concentrations of heart and kidney into consideration. A chromatographic analysis by radioimmunoassay detection may give further information about the individual cardiac glycoside and its metabolism.

## References

Beller, G. A., Smith, T. W., Abelmann, W. H., Haber, E., Hood, W. B.: Digitalis intoxication. N. Eng. J. Med. **284**, 989—997 (1972)

Bodem, G., Gilfrich, H. J., Aulepp, H., Ochs, H., Dengler, H. J.: Klinische und pharmakologische Untersuchungen zur Digitalisintoxikation. Klin. Wochenschr. **55**, 13—21 (1977)

Citrin, D., Stevenson, I. H., O'Malley, K.: Massive digoxin overdose: Observations on hyperkalemia and plasma digoxin levels. Scott. Med. J. **17**, 275—277 (1972)

Coltart, J., Moward, M., Chamberlain, D.: Myocardial and skeletal muscle concentrations of digoxin in patients on longterm therapy. Br. Med. J. **2**, 318—319 (1972)

Doherty, J. E., Perkins, W. H., Flanigan, W. J.: Distribution and concentration of tritiated digoxin in human tissues. Ann. Intern. Med. **6**, 116—124 (1967)

Dutta, S., Marks, B. H.: Species and Ionic Influences on accumulation of digitalis glycosides by isolated perfused hearts. Br. J. Pharmacol. **46**, 401—408 (1972)

Flasch, H., Heinz, N., Petersen, R.: Affinität von polaren Digoxin- und Digitoxin-Metaboliten zu Digoxin- und Digitoxin-Antikörpern. Drug Research **27**, 3, 694—653 (1977)

Haasis, R., Larbig, D.: Serumglykosidkonzentration und Digitalisintoxikation. Dtsch. Med. Wochenschr. **100**, 1768—1773 (1975)

Haasis, R., Larbig, D., Stunkat, R., Bader, H., Seboldt, H.: Radioimmunologische Bestimmung der Glykosidkonzentration im menschlichen Gewebe. Klin. Wochenschr. **55**, 23—30 (1977)

PLAINTIFFS' EXHIBITS 012677

9-95

114                                                                                     R. Aderjan et al.

Hennersdorf, G.: Serumglykosidkonzentration und Digitalisintoxikation. Fortschr. Med. **94**, 838—840 (1976)

Hobson, J. D., Zettner, A.: Digoxin serum half-life following suicidal digoxin poisoning. J. Amer. med. Ass. **223**, 147—149 (1973)

Holt, D. W., Benstead, J. G.: Post mortem assay of digoxin by radioimmunoassay. J. Clin. Pathol. **28**, 483—486 (1975)

Iisalo, E., Nuutila, M.: Myocardial digoxin concentrations in fatal intoxications. Lancet **1973** I, 257

Karjalainen, J., Ojala, K., Reissell, R.: Tissue concentrations of digoxin in an autopsy Material. Acta Pharmacol. Toxicol. (Kbh.) **34**, 385—390 (1974)

Loo, J. C. K., McGilveray, I. J., Jordan, N.: Quantitation of digoxigenin in serum following oral administration of digoxin in humans. Res. Commun. Chem. Pathol. Pharmacol. **17**, 497—506 (1977)

Mason, D. T., Braunwald, E.: Studies on digitalis X. Effects of ouabain on forearm vascular resistance and venous tone in normal subjects and in patients in heart failure. J. Clin. Invest. **43**, 532—543 (1964)

Moffat, A. C.: Interpretation of post mortem serum levels of cardiac glycosides after suspected over-dose. Acta Pharmacol. Toxicol. (Kbh.) **35**, 386—394 (1974)

Philipps, A. J.: Case experience with digoxin analysis of post mortem blood. J. Forensic. Sci. Soc. **14**, 17—142 (1974)

Rietbrock, N., Abshagen, U.: Stoffwechsel und Pharmakokinetik der Lanataglykoside beim Menschen. Dtsch. Med. Wochenschr. **98**, 117—122 (1973)

Schneider, J., Ruiz-Torres, A.: Digitalis effect and blood concentration. Int. J. Clin. Pharmacol. Biopharm. **15**, 424—427 (1977)

Selesky, M., Spiehler, V., Cravey, R. H., Elliot, H. W.: Ditoxin concentrations in fatal cases. J. Forensic Sci. Soc. **22**, 409—417 (1976)

Steentoft, A.: Fatal digitalis poisoning. Acta Pharmacol. Toxicol. (Kbh.) **32**, 353—357 (1973)

Vorpahl, T. E., Coe, J. I.: Correlations of ante and post mortem digoxin levels. J. Forensic Sci. Soc. **23**, 329—334 (1978)

Will, H., Aderjan, R., Winkler, Th., Penke, B., Vecsei, P.: Radioimmunoassay for tetrahydrocortisol and tetrahydrocortisone in human urine. Acta Endocrinol. (Kbh.) **86**, 369—379 (1977)

Williams, M. H., Zohmann, L. R., Ratmer, A. C.: Hemodynamic effects of cardiac glycosides on normal human subjects during rest and exercise. J. Appl. Physiol. **13**, 417—421 (1958)

Received September 7, 1978



Available online at www.sciencedirect.com

SCIENCE ⌀ DIRECT®

Forensic Science International 142 (2004) 161–210



Forensic Science International

www.elsevier.com/locate/forsciint

**ELSEVIER**

# Fatal blood and tissue concentrations of more than 200 drugs

F. Musshoff[*], S. Padosch, S. Steinborn, B. Madea

*Institute of Legal Medicine, Rheinische Friedrich-Wilhelms-University, Stiftsplatz 12, Bonn 53111, Germany*

## Abstract

Fatal drug concentrations in body fluids and tissue samples are presented for more than 200 drugs and chemicals of toxicologic interest. Additionally, a reference list is added with more than 600 original papers concerning intoxications with a lethal outcome. The data can be helpful for the interpretation and plausibility control in own cases of intoxication. However, they should be used with caution, because use of drug data without sufficient knowledge about the patient or victim, the circumstances of the case, and about toxicokinetics and toxicodynamics might give a wrong interpretation in a special case.
© 2004 Elsevier Ireland Ltd. All rights reserved.

*Keywords:* Drug concentrations; Intoxication; Fatalities; Forensic toxicology

## 1. Introduction

Approximately 400,000 inquiries per year are reaching German Poisoning Centers and more than 5000 persons die of an intoxication as the cause of death [363,534]. In postmortem toxicology the interpretation of drug data requires a good understanding of the pharmacology of the drugs in question. However, further details of the subject under question are necessary, i.e. age, general health, knowledge of the drug-taking history and the circumstances of the death. Also factors affecting postmortem blood concentrations of drugs have to be taken into account, such as chemical instability, action of endogenous enzymes, action of bacterial-derived enzymes, drug redistribution and other processes [148,505]. For the evaluation of quantitative chemical–toxicological findings in blood and serum samples a set of tables and data collections is available concerning therapeutic, toxic and comatose–lethal concentration ranges of usual medicaments and drugs [466,506,507,535,564,597]. Additionally Baselt and Cravey presented in a single, convenient source essential information on the disposition of chemicals and drugs most frequently encountered in cases of human poisoning [43]. Further pharmacokinetic and pharmacodynamic data are of interest such as plasma half-lives, distribution volumes, plasma protein binding, or $pK_a$ values.

Since these data were usually determined with living persons and organ-healthy people, they are however only limited value for the evaluation of findings raised in bodies. This applies also to the extrapolation of taken up quantities as well as the concentration at the time of the death. In summary, the proof of an intoxication as cause of death is usually made by the quantitative proof of a substance impairment in the appropriate concentration range and the exclusion of competitive causes of death with consideration of the circumstances of the death (Table 1).

The aim of the following data collection is to present a source of drug concentrations in different body fluids and tissue samples determined in cases of probably fatal intoxication found in the literature (see reference list). The data can be helpful for the interpretation and plausibility control in own cases. However, they should be used with caution, because use of drug data without sufficient knowledge about the patient or victim, the case, and about pharmacokinetics or toxicokinetics and pharmacodynamics might give a wrong interpretation in a special case.

## 2. Remarks and list of abbreviations

Beside determined concentrations of various drugs further information were integrated into the following table. This include the age and sex of patients as well as the ingestion route and dose, information about the analytical methods used, and information about the cause of death and

* Corresponding author. Tel.: +49-228-738316;
fax: +49-228-738368.
*E-mail address:* f.musshoff@uni-bonn.de (F. Musshoff).

0379-0738/$ – see front matter © 2004 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.forsciint.2004.02.017

PLAINTIFFS' EXHIBITS 012679

9-97

174    *F. Musshoff et al. / Forensic Science International 142 (2004) 161–210*

Table 1 (*Continued*)

| Age (year) | Height | Lar-dose | Time of surv. | Ingestion route | D | BAC | Vtr. [mg/l] | Bi. [mg/l] | PM | Urine [mg/l] | Stomach contents | Bile [mg/l] | Liver [mg/kg] | Kidney [mg/kg] | Vitreous humour [mg/l] | Brain [mg/kg] | Muscle [mg/kg] | Analytical methods | Cause of death | Intoxication with: | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2mOM | | | | p.o. | | | | | | | | 0.6 | | | | 0.1 | | GC/MS | OD | | 183 |
| **Diflunisal** | | | | | | | | | | | | Therapeutic: 40-100 / t-130 | | | | Toxic: 200-500 / - | | | | | |
| 38M | | | | p.o. | | | 0.51 unk. | | | Vd: 0.1-0.3 l/kg | | | | | | | | GLC | OD | B(th), N(th) | 535 |
| 54W | | | | p.o. | | | T1/2: 5-20 h | 78 | 34 mg | | | | 71 | 380 | | | | HPLC | OD | B(th) | 572 |
| W | | | 1.4 | p.o. | | | 290 unk. | | 814 mg | | | 0.84 | 400 | | | | | HPLC | OD | A(th) | 572 |
| **Digitoxin** | | | | | | | 370 unk. 590 unk. | | | | | Therapeutic: 0.01-0.035 / - | | | | Toxic: 0.03 / - | | | | | |
| 76W | | | | p.o. | | | 0.073 | | | Vd: 41 l/kg | | | 0.51 | 2.79 | | 0.0009 | | FPIA | OD | | 475 |
| **Digoxin** | | | | | | | T1/2: 30-40 h | | | Vd: 5.1-7.4 l/kg | | | Therapeutic: 0.0005-0.002 / 0.0005-0.002 | | | | Toxic: 0.0025-0.007 / 0.003-0.0041 | | | | |
| 11M | 4.1 kg | 0.75h | i.v. | 2mg | | | 0.01 | 0.05 unk. | | | 1.28 | 0.8 mg | 0.96 | 1.68 | 0.001 | 0.024 | 0.37 | RIA | OD | | 217 |
| 2DM | | | | p.o. | | | 0.012 | 0.071 | | | | | | | 0.009 | | | RIA | MDOD | P(liv) | 137 |
| 88W | | | 1h | p.o. | | 0.2 | | 0.075 | | | 0.91 | 1.1 mg/l | 0.84 | | | | | RIA | OD | | 137 |
| 18M | | 1.5h | p.o. | 5mg | | | 0.077 | 0.019 | | | | | | 0.1-0.15 | | | | RIA | OD | | 282 |
| 52W | 47 kg | 4h | i.v. | 4mg | | | 0.020-0.025 Plasma | 0.098 | | | 0.8 | 0.8 mg | | 0.1-0.11 | 0.048 | 0.0009 | 0.13-0.15 | RIA | OD | | 21 |
| 56M | 2.2kg | 6h | | p.o. | | | 0.039 | | | | | | 0.035 | 0.13 | | | | RIA | OD | | 511 |
| 57W | | | i.v. | | | | | 0.17 Plasma | | | | 2.4 mg | | | 1.5 | 0.003 | | 0.16 | RIA | OD | A(liv) | 137 |
| 64W | | 4 h | p.o. | | | | 0.2 | | | | 7.8 | | 4.9 | 0.2 | | | | RIA | OD | | 403 |
| 3W | | ~3h | p.o. | | 1 | | | 0.071 | | 1.3 | | | 2.4 | 0.22 | 0.52 | 0.008 | | | FPIA | OD | Au(liv) | 201 |
| 52W | 159 cm | ~7 d | p.o. | | 1.6 | | | 0.075 | | | | | | 0.047 | 0.24 | | | 0.013 | RIA | OD | | 472 |
| 72W | 53 kg | 1h | p.o. | 5mg | | | | 0.098 | | | | | | 0.073 | 1.5 | 0.048 | | | RIA | MDOD | A(liv) | 474 |
| 40M | | 36h | p.o. | | | | | | | | | | | | | | | | FPIA | MDOD | | 180 |
| 2moW | 4 kg | | i.v. | | 0.2 | | | | | | | 2.4 mg | | | | | | RIA | OD | | 133 |
| **Dihydrocodeine** | | | | | Metabolite: Dihydrocodeine-6-glucuronide | | | T1/2: 3.4-4.6 h | | | Vd: 1.0-1.3 l/kg | | Therapeutic: 0.05-0.25 / 0.03-0.25 | | | | | Toxic: 0.5-1 / 0.3-5.2 | | | | |
| 53M | 178 cm | 4 h | i.v. | | | | 2.8 (1.8) | 1.91 (1.5) | | | | | 12 (3.2) | 10.5 | | 0.8 | | HPLC | B(th) | B(th) | 524 |
| 60M | | | i.v. | | | | | 12 | | | 570 | | 5240 | 560 | | | | GLC | OD | | 427 |
| 33M | | | i.v. | | | | | 720 | | | 7 | | 3 | 354 | | | | GLC | OD | Be(th) | 427 |
| **Diltiazem** | | | | Metabolite: Desacetyldiltiazem | | | T1/2: 5.1 h | | | Vd: 3-13 l/kg | | Therapeutic: 0.03-0.17 / 0.05-0.4 | | | | | Toxic: 0.6 / 1.7-4.1 | | | | |
| 21M | | | p.o. | | 1.4 | | 1.6 unk. | | | | 1.6 unk. | | | | | | | | OD | | 485 |
| 24M | | | p.o. | | 0.8 | | 2.5 unk. | | | | 2.5 unk. | | | | | | | | OD | H(nth) | 485 |
| V | | 48h | p.o. | | 1.0 | | 4 unk. | | | | 5.4 | 5.4 g | | | | | | | OD | Pa(th),N(th) | 485 |
| 55V | | | p.o. | | 1.8 | | 6.7 | | | | 5.4 | 3.3 g | | 79 | | 6.5 | | HPLC | OD | | 289 |
| 33M | | 48h | p.o. | | 1.8 | | 6.9 | | | | 4.7 | | | | | | | GC/FID | MDOD | H(nth) | 290 |
| 55M | | | p.o. | | 0.1 | | 8 unk. | | | | 4.48 | 860 mg | | | | | | | MDOD | | 485 |
| 29W | | 4d | p.o. | | 1.6 | | 6.48 Serum | | | | | 0.6 g | 160 | | | 3.5 | | GC/FID | MDOD | Ab(th),Q(nth) | 228 |
| 61M | 175 cm | 108 kg | p.o. | | 1.2 | | 16 (12) unk. | 11 | | | 60 (10) | 120 mg | 1 | 41 (13) | | | | GC/MS | OD | | 880 |
| 60M | | 20h | p.o. | 8 g | | | 31 (8.7) | | | 3.2 | | 1.8 g | 294.9 | 182 (47.3) | 49.2 (22.5) | 33.1 | | GC/MS | OD | | 493 |
| 58W | 4 kg | | p.o. | | | | 33 | | | | | | | | | | | GC/MS | OD | | 438 |
| **Diphenhydramine** | | | | | | | T1/2: 3-14 h | | | Vd: 3-4 l/kg | | Therapeutic: 0.05-0.1 / 0.035-0.112 | | | | | Toxic: 1-2 / 8 | | | | |
| 12mW | 7.3 kg | | p.o. | | | | 1.1 unk. | | | | | | | | 3.5 | | | | OD | | 35 |
| 12mM | 7.2 kg | | p.o. | | | | 1.1 unk. | | | | | | | 5.5 | | 1.7 | | GC/MS | OD | | 35 |
| 8mW | 4.6 kg | | p.o. | | | | 1.5 | 1.3 | | | | | | 7.3 | | | | | OD | | 35 |
| 8mW | 3.9 kg | | p.o. | | | | 1.8 unk. | | | | 9 | | | | | 0.7 | | | OD | | 35 |
| 2mM | 5.4 kg | | p.o. | +60 mg | | | 1.8 unk. | | | | | | | 33.7 | 50.5 | 16 | 7.3 | GC/MPD | OD | | 219 |
| 2M | | <14 h | p.o. | | | | 14.7 | 5 | | | 378 | 0.92 mg | | | | | | | OD | | 3 |
| 17M | | <12 h | p.o. | | | | 8.9 unk. | 8.9 | | | | | | | | | | GC/MS | OD | | 514 |
| 25M | 78 kg | | p.o. | 3 g | | | 8.7 unk. | | | | | | | | | | | GC/MS | OD | | 514 |

*9-98*



**Weekly**

**February 15, 2002 / 51(06);123-6**

# State-Specific Mortality from Sudden Cardiac Death --- United States, 1999

Each year in the United States, 400,000--460,000 persons die of unexpected sudden cardiac death (SCD) in an emergency department (ED) or before reaching a hospital (*1*). Based on the latest U.S. mortality data, this report summarizes and analyzes 1999 national and state-specific SCD data. Reducing the proportion of out-of-hospital* SCDs would decrease the overall incidence of premature death in the United States. Heart attacks are the major cause of SCD; approximately 70% of SCDs are caused by coronary heart disease. National efforts are needed to increase public awareness of heart attack symptoms and signs and to reduce delay time to treatment.

National and state mortality statistics for this report were based on data from death certificates filed in state vital statistics offices and were compiled by CDC (*2*). Demographic data (e.g., age and race/ethnicity) listed on death certificates were reported by funeral directors usually from information provided by the family of the decedent. Causes of death on death certificates were reported by a physician, medical examiner, or coroner. Cardiac disease death was defined as one for which the underlying cause of death was classified and coded using the *International Classification of Diseases (ICD-10), Tenth Revision*, for diseases of the heart (codes I00-I09, I11, I13, and I20-I51) or congenital malformations of the heart (Q20-Q24[†]). SCD was defined for this report as a death from cardiac disease that occurred out-of-hospital or in an ED or one in which the decedent was reported to be "dead on arrival" at a hospital. Populations at risk were defined on the basis of U.S. census bureau estimates of resident populations; age-adjusted death rates were standardized by the direct method to the 2000 projected U.S. population (*3*).

Among 728,743 cardiac disease deaths that occurred during 1999, a total of 462,340 (63.4%) were SCDs; 120,244 (16.5%) occurred in an ED or were dead on arrival, and 341,780 (46.9%) occurred out-of-hospital. Women had a higher total number of cardiac deaths and higher proportion of out-of-hospital cardiac deaths than men (51.9% of 375,243 and 41.7% of 353,500, respectively), and men had a higher proportion of cardiac deaths that occurred in an ED or were dead on arrival (21.2% of 353,500 and 12.0% of 375,243, respectively) (Table 1). SCDs accounted for 10,460 (75.4%) of all 13,873 cardiac disease deaths in persons aged 35--44 years, and the proportion of cardiac deaths that occurred out-of-hospital increased with age, from 5.8% in persons aged 0--4 years to 61.0% in persons aged ≥85 years. SCDs accounted for 63.7% of all cardiac deaths among whites, 62.3% among blacks, 59.8% among American Indians/Alaska Natives, 55.8% among Asians/Pacific Islanders, and 54.2% among Hispanics. Whites had the highest proportion of cardiac deaths out-of-hospital, and blacks had the highest proportion of cardiac deaths in an ED or dead on arrival (Table 1).

The age-adjusted SCD rate was 47.0% higher among men than women (206.5 and 140.7 per 100,000 population, respectively). Blacks had the highest age-adjusted rates (253.6 in men and 175.3 in women) followed by whites (204.5 in men and 138.4 in women), American Indians/Alaska Natives (132.7 in men and 76.6 in women), and Asians/Pacific Islanders (111.5 in men and 66.5 in women). Non-Hispanics (217.8 in men and 147.3 in women) had higher age-adjusted SCD rates than Hispanics (118.5 in men and 147.3 in women).

In 1999, the state-specific proportion of all cardiac deaths that was SCD ranged from 57.2% (Hawaii) to 72.9% (Wisconsin) (Table 2). Other states with a high proportion of SCDs were Idaho (72.2%), Utah (72.1%),

PLAINTIFFS' EXHIBITS 012681

Colorado (71.3%), Oregon (71.0%), Connecticut (70.5%), Rhode Island (70.0%), South Dakota (69.8%), Montana (69.6%), and Vermont (69.5%). Age-adjusted SCD rates (per 100,000 population) in 1999 ranged from 114.6 (Hawaii) to 212.2 (Mississippi).

**Reported by:** *ZJ Zheng, MD, JB Croft, PhD, WH Giles, MD, CI Ayala, PhD, KJ Greenlund, PhD, NL Keenan, PhD, L Neff, PhD, WA Wattigney, M.Stat, GA Mensah, MD, Div of Adult and Community Health, National Center for Chronic Disease Prevention and Health Promotion, CDC.*

## Editorial Note:

Despite advances in the prevention and treatment of heart disease and improvements in emergency transport, the proportion of cardiac deaths classified as "sudden" remains high, probably because of the unexpected nature of SCD and the failure to recognize early warning symptoms and signs of heart disease. The age-adjusted SCD rates and the state-specific variation in the proportion of SCDs suggest a need for increased public awareness of heart attack symptoms and signs. The finding that cardiac deaths out-of-hospital were more likely to occur among women than men is consistent with findings that women more often delay seeking help for heart attack symptoms (4). Early recognition of heart symptoms and signs leads to earlier artery opening treatment or defibrillation that results in less heart damage and deaths. Education and media efforts should inform the public about heart disease symptoms and signs, particularly women and young adults who might dismiss heart disease as a problem of men and the elderly (5). Health-care providers should be alert for atypical symptoms of heart disease among female and young adult patients (6).

The findings in this report are subject to at least three limitations. First, the cause of death information reported on the death certificate by the certifier is not always validated by a medical record or autopsy verification. The reliability and accuracy of the underlying cause of death also depend on the information reported by the certifier and on the state and national nosologists who determine the codes and the underlying causes. Second, because time of onset of disease symptoms and time of death are not available for analysis, the suddenness of death is determined arbitrarily and needs to be validated on the basis of clinical criteria on time frames. Third, data are subject to misclassification of race/ethnicity on death certificates, which might result in underestimating the number of deaths among American Indians/Alaska Natives, Asians/Pacific Islanders, and Hispanics and overestimating the number of deaths among blacks and whites (7).

The proportion of SCDs that occur out-of-hospital has increased since 1989 (1). Death and disability from a heart attack can be reduced if persons having a heart attack can immediately recognize its symptoms (8) and call 9-1-1 for emergency care. These symptoms are chest discomfort or pain; pain or discomfort in one or both arms or in the back, neck, jaw, or stomach; and shortness of breath. Other symptoms are breaking out in a cold sweat, nausea, and light headedness (9). Prevention of the first cardiac event through risk factor reduction (e.g., tobacco control, weight management, physical activity, and control of high blood pressure and cholesterol intake) should continue to be the focus of public health efforts to reduce the number of deaths from heart disease. Education and systems support to promote physician adherence to clinical practice guidelines and more timely access to emergency cardiac care also are important to the prevention and early treatment of a heart attack. Prehospital emergency medical service systems can assist in reducing SCD rates by dispatching appropriately trained and properly equipped response personnel as rapidly as possible in the event of cardiac emergencies. However, national efforts are needed to increase the proportion of the public that can recognize and respond to symptoms and can intervene when someone is having a heart attack, including calling 9-1-1, attempting cardiac resuscitation, and using automated external defibrillators until emergency personnel arrive.

## References

1. Zheng Z-J, Croft JB, Giles WH, Mensah GA. Sudden cardiac death in the United States, 1989 to 1998. Circulation 2001;104:2158--63.
2. Hoyert DL, Arias E, Smith BL, Murphy SL, Kochanek KD. Deaths: final data for 1999. National vital statistics reports; vol. 49, no. 8. Hyattsville, Maryland: National Center for Health Statistics, 2001. US

Department of Health and Human Services publication no. (PHS) 2001-1120.

3. Klein RJ, Schoenborn CA. Age adjustment using the 2000 projected US population. Healthy people 2010 statistical notes, no. 20. US Department of Health and Human Services, publication no. (PHS) 2001-1237.

4. Goldberg RJ, Yarzebski J, Lessard D, Gore JM. Decade-long trends and factors associated with time to hospital presentation in patients with acute myocardial infarction: the Worcester heart attack study. Arch Intern Med 2000;160:3217--23.

5. Mosca L, Jones WK, King KB, et al. Awareness, perception, and knowledge of heart disease risk and prevention among women in the United States. Arch Fam Med 2000;9:506--15.

6. Goldberg RJ, O'Donnell C, Yarzebski J, et al. Sex differences in symptom presentation associated with acute myocardial infarction: a population-based perspective. Am Heart J 1998;136:189--95.

7. Rosenberg HM, Maurer JD, Sorlie PD, et al. Quality of death rates by race and Hispanic origin: a summary of current research, 1999. Vital Health Stat 1999;2:1--13.

8. Faxon D, Lenfant C. Timing is everything: motivating patients to call 9-1-1 at onset of acute myocardial infarction. Circulation 2001;104:1210--1.

9. Ornato JP, Hand MM. Warning signs of a heart attack. Circulation 2001;104:1212--3.

* A death that occurs in a nursing home, residence, and other unspecified place outside of a hospital.

† Diseases of the heart (ICD-10 codes I00-I09, I11, I13, and I20-I51) represent certain disease types (e.g., coronary heart disease, cardiomyopathy, dysrhythmias, and conduction system disorders, hypertensive heart disease, carditis and valvular heart disease, pulmonary heart disease, and heart failure). Congenital malformations of the heart (Q20-Q24) represent other disease types (e.g., congenital malformations of cardiac chambers and connections, cardiac septa, and pulmonary, tricuspid, and aortic and mitral valves). These codes are comparable to the ICD-9 codes of 390-398, 402, 404-429, and 745-746.

**Table 1**

## TABLE 1. Number of cardiac deaths* and proportion of cardiac deaths, by location of death and selected characteristics — United States, 1999

| | | Location of death | | | |
| | | In-hospital | Emergency department/ DOA[†] | Out-of-hospital | Data missing |
|---|---|---|---|---|---|
| **Characteristic** | **No.** | | | | |
| **Sex** | | | | | |
| Men | 353,500 | 36.6% | 21.2% | 41.7% | 0.5% |
| Women | 375,243 | 35.6% | 12.0% | 51.9% | 0.5% |
| **Age Group (yrs)** | | | | | |
| 0–4 | 2,508 | 77.4% | 16.1% | 5.8% | 0.8% |
| 5–14 | 436 | 47.0% | 38.8% | 13.1% | 1.2% |
| 15–24 | 1,291 | 33.7% | 43.6% | 21.8% | 0.9% |
| 25–34 | 3,311 | 28.0% | 40.2% | 31.0% | 0.8% |
| 35–44 | 13,873 | 23.8% | 40.3% | 35.1% | 0.8% |
| 45–54 | 35,216 | 26.2% | 37.8% | 35.4% | 0.6% |
| 55–64 | 64,322 | 33.8% | 30.7% | 34.9% | 0.6% |
| 65–74 | 129,414 | 41.2% | 22.0% | 36.3% | 0.5% |
| 75–84 | 226,326 | 41.3% | 14.0% | 44.2% | 0.5% |
| ≥85 | 251,999 | 31.1% | 7.5% | 61.0% | 0.4% |
| **Race/Ethnicity** | | | | | |
| White | 637,977 | 35.9% | 15.4% | 48.3% | 0.4% |
| Black | 79,153 | 36.9% | 25.0% | 37.3% | 0.8% |
| American Indian/ Alaska Native | 2,434 | 39.9% | 18.5% | 41.3% | 0.3% |
| Asian/ Pacific Islander | 9,179 | 43.7% | 19.8% | 36.0% | 0.5% |
| **Hispanic** | | | | | |
| No | 699,764 | 35.8% | 16.4% | 47.3% | 0.5% |
| Yes | 26,358 | 45.4% | 18.1% | 36.1% | 0.4% |
| **Total** | **728,743** | **36.1%** | **16.5%** | **46.9%** | **0.5%** |

* *International Classification of Disease, Tenth Revision*, codes I00-I09, I11, I13, I20-I51, and Q20-Q24.
[†] Death occurred in emergency department or dead on arrival to emergency department.

Return to top.
**Table 2**

ate-Specific Mortality from Sudden Cardiac Death --- United States, 1999

TABLE 2. Number of all cardiac deaths, proportion of sudden cardiac deaths (SCDs), age-adjusted and age-specific rates*, by reporting area — United States, 1999

| Area | All cardiac deaths | SCD % | SCD Age-adjusted No. | SCD Age-adjusted Rate[†] | 0–34 yrs No. | 0–34 yrs Rate | 35–64 yrs No. | 35–64 yrs Rate | ≥65 yrs No. | ≥65 yrs Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 13,489 | 62.9 | 8,481 | 194.1 | 113 | 5.3 | 1,821 | 108.3 | 6,547 | 1,152.7 |
| Alaska | 571 | 67.3 | 384 | 126.9 | 6 | —[§] | 142 | 58.0 | 236 | 679.1 |
| Arizona | 10,870 | 66.1 | 7,187 | 154.8 | 48 | 2.0 | 1,076 | 62.3 | 6,062 | 964.3 |
| Arkansas | 8,358 | 57.5 | 4,808 | 171.9 | 58 | 4.7 | 894 | 94.0 | 3,855 | 1,066.9 |
| California | 72,360 | 64.8 | 46,859 | 164.8 | 375 | 2.2 | 7,364 | 60.7 | 39,115 | 1,072.4 |
| Colorado | 6,476 | 71.3 | 4,615 | 140.1 | 61 | 3.1 | 809 | 48.6 | 3,745 | 918.4 |
| Connecticut | 9,169 | 70.5 | 6,463 | 170.0 | 37 | 2.4 | 864 | 67.3 | 5,562 | 1,187.0 |
| Delaware | 2,020 | 66.1 | 1,336 | 185.3 | 16 | — | 218 | 75.0 | 1,102 | 1,122.9 |
| District of Columbia | 1,661 | 65.7 | 1,091 | 191.3 | 10 | — | 223 | 105.7 | 857 | 1,188.6 |
| Florida | 51,608 | 60.5 | 31,243 | 155.0 | 208 | 3.1 | 4,381 | 77.1 | 26,648 | 971.9 |
| Georgia | 17,713 | 63.4 | 11,224 | 182.7 | 169 | 4.2 | 2,735 | 91.4 | 8,320 | 1,093.1 |
| Hawaii | 2,420 | 57.2 | 1,383 | 114.6 | 16 | — | 303 | 64.8 | 1,064 | 657.2 |
| Idaho | 2,558 | 72.2 | 1,847 | 160.3 | 17 | — | 277 | 60.1 | 1,553 | 1,093.4 |
| Illinois | 33,561 | 65.4 | 21,924 | 182.2 | 245 | 4.1 | 3,997 | 86.8 | 17,682 | 1,181.8 |
| Indiana | 16,750 | 61.3 | 10,272 | 175.3 | 106 | 3.6 | 1,759 | 77.5 | 8,407 | 1,131.5 |
| Iowa | 8,724 | 66.1 | 5,768 | 160.3 | 26 | 1.9 | 735 | 67.9 | 5,007 | 1,168.5 |
| Kansas | 7,013 | 61.8 | 4,335 | 146.9 | 24 | 1.8 | 591 | 59.7 | 3,720 | 1,050.6 |
| Kentucky | 12,162 | 58.4 | 7,103 | 184.1 | 73 | 3.8 | 1,405 | 90.4 | 5,624 | 1,140.4 |
| Louisiana | 12,080 | 59.3 | 7,162 | 183.2 | 99 | 4.4 | 1,703 | 104.6 | 5,360 | 1,068.9 |
| Maine | 3,436 | 66.5 | 2,286 | 165.3 | 11 | — | 318 | 62.3 | 1,957 | 1,116.0 |
| Maryland | 12,144 | 69.2 | 8,404 | 180.8 | 101 | 4.0 | 1,645 | 79.7 | 6,646 | 1,113.3 |
| Massachusetts | 15,907 | 65.8 | 10,462 | 150.7 | 83 | 2.8 | 1,449 | 60.5 | 8,930 | 1,038.7 |
| Michigan | 27,804 | 67.8 | 18,814 | 196.6 | 146 | 3.0 | 3,430 | 90.5 | 15,237 | 1,245.3 |
| Minnesota | 9,595 | 68.9 | 6,615 | 133.8 | 49 | 2.1 | 915 | 49.9 | 5,651 | 965.3 |
| Mississippi | 9,374 | 59.7 | 5,593 | 212.2 | 78 | 5.4 | 1,307 | 130.7 | 4,208 | 1,254.3 |
| Missouri | 18,052 | 65.5 | 11,819 | 198.9 | 89 | 3.4 | 1,904 | 91.5 | 9,826 | 1,317.7 |
| Montana | 2,055 | 69.6 | 1,430 | 149.9 | 4 | — | 215 | 60.0 | 1,211 | 1,032.9 |
| Nebraska | 4,517 | 66.6 | 3,009 | 156.9 | 25 | 3.0 | 374 | 60.6 | 2,610 | 1,143.3 |
| Nevada | 4,255 | 62.7 | 2,668 | 177.6 | 23 | 2.6 | 700 | 99.0 | 1,945 | 937.7 |
| New Hampshire | 2,759 | 68.0 | 1,875 | 164.3 | 11 | — | 300 | 63.0 | 1,564 | 1,081.7 |
| New Jersey | 23,581 | 57.6 | 13,571 | 156.8 | 93 | 2.5 | 1,906 | 58.6 | 11,571 | 1,044.1 |
| New Mexico | 3,486 | 68.1 | 2,374 | 156.2 | 20 | 2.3 | 389 | 59.2 | 1,964 | 982.1 |
| New York | 59,199 | 60.2 | 35,630 | 184.6 | 202 | 2.3 | 5,269 | 74.4 | 30,157 | 1,241.2 |
| North Carolina | 19,299 | 61.0 | 11,765 | 161.3 | 117 | 3.1 | 2,459 | 83.8 | 9,189 | 962.3 |
| North Dakota | 1,844 | 66.1 | 1,218 | 155.5 | 3 | — | 173 | 73.6 | 1,042 | 1,127.9 |
| Ohio | 33,338 | 64.5 | 21,514 | 185.3 | 156 | 2.9 | 3,525 | 81.7 | 17,832 | 1,187.9 |
| Oklahoma | 11,308 | 58.5 | 6,612 | 186.1 | 52 | 3.2 | 1,144 | 90.3 | 5,415 | 1,206.8 |
| Oregon | 7,306 | 71.0 | 5,189 | 146.8 | 43 | 2.7 | 815 | 61.9 | 4,331 | 995.4 |
| Pennsylvania | 41,838 | 66.1 | 27,644 | 189.5 | 154 | 2.8 | 3,986 | 85.8 | 23,502 | 1,237.6 |
| Rhode Island | 3,015 | 70.0 | 2,110 | 170.7 | 10 | — | 250 | 68.1 | 1850 | 1,198.6 |
| South Carolina | 10,028 | 62.3 | 6,247 | 175.5 | 92 | 4.8 | 1,546 | 102.8 | 4,609 | 973.7 |
| South Dakota | 2,031 | 69.8 | 1,418 | 161.7 | 6 | — | 200 | 75.3 | 1,212 | 1,149.4 |
| Tennessee | 16,358 | 60.2 | 9,844 | 184.6 | 106 | 4.0 | 2,120 | 97.9 | 7,618 | 1,118.7 |
| Texas | 43,717 | 59.5 | 26,006 | 162.1 | 295 | 2.8 | 5,192 | 69.8 | 20,517 | 1,017.5 |
| Utah | 2,830 | 72.1 | 2,039 | 139.1 | 30 | 2.3 | 284 | 44.2 | 1,725 | 929.4 |
| Vermont | 1,349 | 69.5 | 938 | 158.8 | 8 | — | 137 | 55.9 | 793 | 1,087.6 |
| Virginia | 15,401 | 59.3 | 9,130 | 152.4 | 106 | 3.1 | 1,813 | 66.8 | 7,210 | 930.5 |
| Washington | 11,590 | 67.0 | 7,763 | 145.1 | 55 | 1.9 | 1,130 | 49.9 | 6,578 | 1,000.7 |
| West Virginia | 6,860 | 59.0 | 4,045 | 193.7 | 29 | 3.6 | 799 | 110.2 | 3,217 | 1,178.8 |
| Wisconsin | 13,891 | 72.9 | 10,122 | 179.0 | 69 | 2.7 | 1,349 | 67.0 | 8,704 | 1,258.9 |
| Wyoming | 1,013 | 69.2 | 701 | 160.3 | 3 | — | 116 | 60.8 | 582 | 1,046.2 |
| Average | 728,743 | 63.4 | 462,340 | 175.4 | 3,976 | 3.0 | 78,456 | 75.4 | 379,889 | 1,099.8 |

* Per 100,000 population.
† Standardized to the 2000 projected U.S. population.
§ Number too small to calculate rate.

Return to top.

Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services.

References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites.

**Disclaimer**   All *MMWR* HTML versions of articles are electronic conversions from ASCII text into HTML. This conversion may have resulted in character translation or format errors in the HTML version. Users should not rely on this HTML document, but are

PLAINTIFFS' EXHIBITS 012685

9 - 103

referred to the electronic PDF version and/or the original *MMWR* paper copy for the official text, figures, and tables. An original paper copy of this issue can be obtained from the Superintendent of Documents, U.S. Government Printing Office (GPO), Washington, DC 20402-9371; telephone: (202) 512-1800. Contact GPO for current prices.

**\*\*Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.**

Page converted: 2/14/2002



**SAFER · HEALTHIER · PEOPLE™**
**Morbidity and Mortality Weekly Report**
Centers for Disease Control and Prevention
1600 Clifton Rd, MailStop E-90, Atlanta, GA 30333,
U.S.A



Department of Health
and Human Services

This page last reviewed 2/14/2002

PLAINTIFFS' EXHIBITS 012686

9-104

# PubMed

U.S. National Library of Medicine
National Institutes of Health



Display Settings:     Abstract

J Anal Toxicol. 2004 May-Jun;28(4):269-71.

## Redistribution of diltiazem in the early postmortem period.

Moriya F, Hashimoto Y.

Department of Legal Medicine, Kochi Medical School, Kochi University, Kohasu, Oko-cho, Nankoku, Kochi 783-8505, Japan.

### Abstract

We determined tissue distribution of **diltiazem** after it was used to treat hypertension in two cases. The postmortem interval was 16 h in both cases. **Diltiazem** was isolated using liquid-liquid extraction, and it was identified and quantitated using gas chromatography-mass spectrometry (GC-MS) and GC, respectively. In one case, **diltiazem** concentrations in the lungs and pulmonary vessel blood were 62-82 and 27-30 times higher than right femoral blood, respectively. Although blood was not obtained from the left cardiac chambers, aortic blood showed a 10-times higher level of **diltiazem** than right femoral venous blood. **Diltiazem** concentration in blood in the right cardiac chambers was 3.6 times higher than that in right femoral venous blood. In another case, **diltiazem** concentrations in the lungs were 7.4-7.6 times higher than right femoral venous blood. Blood in the pulmonary arteries, pulmonary veins, left cardiac chambers, and aorta showed 2.0-3.1 times higher levels of **diltiazem** than right femoral venous blood. Blood in the right cardiac chambers displayed only 1.3 times higher level of **diltiazem** than right femoral venous blood. Our results strongly suggest that **diltiazem** accumulated in the lungs and was rapidly redistributed into pulmonary venous blood and then into the left cardiac chambers.

PMID:15189679[PubMed - indexed for MEDLINE]

Publication Types, MeSH Terms, Substances

LinkOut - more resources

PLAINTIFFS' EXHIBITS 012687

9-105

*Clinical Toxicology*, 43:587–588, 2005
Copyright © Taylor & Francis Inc.
ISSN: 0731-3810 print / 1097-9875 online
DOI: 10.1081/CLT-200068860


Taylor & Francis
Taylor & Francis Group

CASE REPORT

# Fatal Unintentional Overdose of Diltiazem with Antemortem and Postmortem Values

**F. Lee Cantrell, Pharm.D., DABAT**
*California Poison Control System, San Diego Division, San Diego, California, USA and
University of California San Francisco School of Pharmacy, San Francisco, California, USA*

**Saralyn R. Williams, M.D.**
*California Poison Control System, San Diego Division, San Diego, California, USA,
Division of Medical Toxicology, Department of Emergency Medicine, University of California
San Diego Medical Center, San Diego, California, USA, and
University of California, San Diego, California, USA*

***Background.*** **Therapeutic errors involving calcium channel antagonists (CCA) resulting in death rarely have been reported in detail. We report a fatality from an unintentional overdose of sustained-release (SR) diltiazem including antemortem and postmortem blood concentrations.** ***Case Report.*** **A 65-year-old man with aortic stenosis mistakenly took six tablets of diltiazem 360 mg SR. He developed symptoms of toxicity by 7 hours after ingestion. By 10 hours, he went to the emergency department. Despite a prolonged resuscitative attempt, the patient died 17 hours postingestion. An antemortem blood sample drawn 11.5 hours after ingestion was 2.9 mcg/mL. Postmortem gas chromatography of central blood revealed a diltiazem level of 6 mcg/mL and the peripheral blood sample measured 5 mcg/ mL.** ***Conclusion.*** **This case suggests that an unintentional overdose with a CCA may be lethal if the patient's cardiovascular ability to compensate for the toxic effects is compromised.**

**Keywords** Fatal; Diltiazem; Antemortem; Postmortem

## INTRODUCTION

Calcium channel antagonists (CCAs) are prescribed for the treatment of an extensive array of cardiovascular-related diagnoses and therapeutic errors may occur (1,2). We report a fatality from an unintentional overdose involving sustained-release diltiazem in a patient with aortic stenosis. Antemortem and postmortem blood levels were measured.

## CASE REPORT

A 65-year-old man with aortic stenosis mistook his diltiazem 360 mg sustained release tablets for his predental procedure antibiotic and ingested six tablets (2160 mg). Approximately 7 hours later, he had shortness of breath, dizziness, and diaphoresis. The patient's condition worsened over the next 3 hours and he was too weak to rise from a lying position. Upon arrival at the emergency department, the patient was diaphoretic, pale, and cyanotic. His blood pressure was 106/50 mm/Hg with a heart rate of 70 beats/min. The cardiac rhythm on a 12-lead electrocardiogram was interpreted as ventricular ectopy or atrial flutter with a possible 2:1 heart block. The patient was given a single oral dose of activated charcoal, 2 grams of intravenous calcium chloride, and supplemental oxygen, and was admitted to the intensive care unit approximately 3 hours after his arrival to the emergency department.

Approximately 30 minutes after arrival to the intensive care unit, the patient became unresponsive and developed cardiac arrest. Therapy consisted of calcium, dopamine, norepinephrine, glucagon, lidocaine, and external pacing. Cardiopulmonary resuscitation was also initiated. After a 3-hour resuscitative attempt, the patient was pronounced dead (17 hours after the ingestion).

Postmortem examination of the patient confirmed severe calcified stenosis of the aortic valve with associated left ventricular hypertrophy and cardiomegaly (780 grams). His heart had bilateral atrial dilatation and right ventricular dilatation. Other findings included agenesis of his left kidney with compensatory hypertrophy of his right kidney. There were multiple rib fractures and associated soft tissue hemorrhage that were deemed consistent with resuscitative efforts. No pill fragments were found in the gastric contents.

Address correspondence to F. Lee Cantrell, Pharm.D., DABAT, Interim Director, Assistant Clinical Professor of Pharmacy, California Poison Control System, San Diego Division, 200 West Arbor Drive, San Diego, CA 92103-8925, USA; E-mail: fcantrel@ucsd.edu

Order reprints of this article at www.copyright.rightslink.com

PLAINTIFFS' EXHIBITS 012688

RIGHTSLINK

9-106

588                                    F. L. CANTRELL AND S. R. WILLIAMS

An antemortem blood sample drawn approximately 11.5 hours after ingestion was analyzed by gas chromatography and revealed a diltiazem concentration of 2.9 mcg/mL. Postmortem analysis by gas chromatography of the central blood revealed a diltiazem concentration of 6 mcg/mL and peripheral blood sample measured 5 mcg/mL. Deacetyldiltiazem and nordiltiazem were not measured.

## DISCUSSION

CCAs exert their activity by inhibiting the influx of calcium into L-type calcium channels located primarily in cardiac and smooth muscle cells. This results in peripheral vasodilation, sinus node depression, impaired atrioventricular conduction, and negative ionotropic effects on the myocardium (3). In the overdose setting, resulting effects are hypotension, bradycardia, dysrhythmias, and circulatory collapse.

The diltiazem concentrations measured in our patient greatly exceed the reported therapeutic range of 0.04–0.2 mcg/mL for peripheral blood (4). The elevated diltiazem concentrations measured in our patient were consistent with the history of an excessive dose; however, the postmortem levels are lower than previously reported ranges associated with fatalities from diltiazem poisoning (5). The near doubling of blood concentrations from 11.5 hours antemortem to 17 hours postmortem might be a reflection of slower absorption due to the sustained-release formulation or the influence of saturated hepatic enzymes (3). Previous heart/femoral concentration ratios have averaged 2.6 with a range of 1 to 7 (6). Our patient had a ratio of approximately 1:2.

The postmortem examination also confirmed the presence of aortic stenosis and the cardiac pathology associated with it.

This comorbidity may have contributed to the unstable hemodynamic status and compromised the resuscitative efforts. The vasodilatory effect of the toxic level of diltiazem in addition to its negative inotropic and chronotropic effects may have been a catastrophic combination for this patient, as his aortic stenosis limited his cardiovascular response to reduced systemic vascular resistance and diminished stroke volume.

In conclusion, an unintentional overdose of diltiazem resulted in the death of a patient with aortic stenosis. The antemortem blood concentration of diltiazem was 2.9 mcg/mL at 11.5 hours postingestion and the postmortem blood concentrations (at 17 hours postingestion) were 6 mcg/mL from a central site and 5 mcg/mL from a peripheral site.

## REFERENCES

1. Drug Topics.com. Top 50 drugs associated with medication errors. http://www.drugtopics.com/be_core/MVC?mag=d&action=viewArticle&y=2003&m=11&d=17&article=usptop50.html&path=/be_core/content/journals/d/data/2003/1117&title=Top+50+drug+products+associated+with+medication+errors&template=past_issues_show_article.js (accessed Feb. 11, 2004).
2. Litovitz TL, Klein-Schwartz W, Rodgers GC Jr, Cobaugh DJ, Youniss J, Omslaer JC, May ME, Woolf AD, Benson BE. 2001 Annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2002; 20(5):391–452.
3. Salhanick SD, Shannon MW. Management of calcium channel antagonist overdose. Drug Safety 2003; 26(2):65–79.
4. Product Information: Tiazac(R), Diltiazem. Corona, CA: Watson Pharma, 2003.
5. Baselt RC. Disposition of Toxic Drugs and Chemicals in Man. 6th ed. Foster City: Biomedical Publications, 2002:332–334.
6. Dalpe-Scott M, Degouffe M, Garbutt D, Drost M. A comparison of drug concentrations in postmortem cardiac and peripheral blood in 320 cases. Can Soc Forensic Sci J 1995; 28:113–121.

For personal use only.

9-107

**SHORT COMMUNICATION**

Am J Cardiovasc Drugs 2010; 10 (4): 261-263
1175-3277/10/0004-0261/$49.95/0

© 2010 Adis Data Information BV. All rights reserved.

# Retrospective Review of Digoxin Exposures to a Poison Control System following Recall of Digitek® Tablets

*Sean Patrick Nordt,*[1] *Alicia Minns,*[2] *Christian Tomaszewski,*[2,3] *F. Lee Cantrell*[3,4] *and Richard F. Clark*[2,3]

1   Department of Emergency Medicine, University of Southern California, Los Angeles, California, USA
2   Division of Medical Toxicology and Department of Emergency Medicine, University of California, San Diego, San Diego, California, USA
3   California Poison Control System, San Diego, California, USA
4   School of Pharmacy, University of California, San Francisco, California, USA

## Abstract

**Background:** In April 2008, Digitek® digoxin tablets were recalled by the manufacturer as possibly containing double the labeled amount of drug. The recall to March 2006 involved 800 million tablets.
**Objective:** The aim of this study was to evaluate whether there was any increase in the number of calls to a poison control system, and any increase in the severity of exposures after the recall compared with before the recall.
**Methods:** A retrospective review of all digoxin exposures to a poison control system from March 2004 to February 2008 was conducted, with data extracted from an electronic database (California Poison Control System). Total numbers of exposures were identified. Cases with moderate, major, and death outcomes were also identified and tallied. Chi-squared analysis was performed.
**Results:** Prior to the recall, there were 679 digoxin exposures. 148 (22%) were listed with moderate, major, or death as outcome. After the recall, there were a total of 610 cases, 165 (27%) with moderate, severe, or death as outcome. There was a statistically significant increase in the total number of moderate, major, and death outcomes after the period of the manufacturing error compared with before (p = 0.028).
**Conclusion:** During the period of manufacturing error, there was a statistically significant increase in digoxin exposures with moderate, major, or death outcomes. The recall of Digitek® tablets may have increased moderate, major, or death outcomes from digoxin exposures in a poison control system database.

## Introduction

Digoxin is a cardiac glycoside used in the treatment of congestive heart failure and atrial fibrillation. It has a narrow therapeutic index, i.e. toxicity may be seen just above therapeutic concentrations. Digoxin poisoning is associated with a high incidence of morbidity and mortality.[1]

In April 2008, one manufacturer of digoxin tablets (Actavis Group) issued a voluntary Class I recall of its Digitek® brand digoxin tablets due to concern about a possible excessive drug concentration versus the labeled concentration.[2,3] A Class I recall is defined as "a situation in which there is a reasonable probability that the use of, or exposure to, a violative product will cause serious adverse health consequences or death."[4] The company reported "the possibility" that it had distributed double-strength tablets and recalled the entire unexpired production of its Little Falls, NJ, USA, plant, dating back to March 2006, a total of 800 million tablets.[5] The US FDA was aware of this recall.[4]

The Institute for Safe Medication Practices (ISMP) is a nonprofit multidisciplinary healthcare agency. The Acute Care edition of the ISMP newsletter is published bimonthly and intended to help all healthcare providers, consumers, and the pharmaceutical industry to prevent medication errors. ISMP Quarter Watch (second quarter 2008) reported that Digitek® accounted for more than 650 deaths as a result of a manufacturing error.[5]

The aim of our study was to review cases reported to a poison control system to evaluate whether there was an increase in the number of calls and in the severity of exposures to digoxin

PLAINTIFFS' EXHIBITS 012690

9-108

from previous years before the recall compared with after the recall. Inquiries from telephone-based poison center networks are often the initial source of epidemiologic and demographic information about a harmful or hazardous substance, and all clinical case details are logged into an electronic database. Our null hypothesis was that no increase in the number of moderate, major, or death outcomes occurred during the period of the potentially excessively potent digoxin.

### Methods

We performed a retrospective review of the electronic database (Visual Dotlab®) of the California Poison Control System (CPCS) from March 2004 to February 2008. We compared two time intervals: March 2004 through February 2006 (before manufacturing error) to March 2006 through February 2008 (after manufacturing error) using the search terms 'digoxin', 'Digitek®', and 'Lanoxin®'. The CPCS is the poison system for both health professionals and consumers, for the entire state of California, providing information and management advice. Callers access the CPCS by a toll-free number. Reporting to the CPCS is not mandatory.

Inclusion criteria were patients of any age or sex with an exposure to digoxin reported to the CPCS over the study period. Cases with incomplete records (e.g. patients lost to follow-up, unknown disposition or unknown outcome) were excluded. The total numbers of exposures were tallied. In addition, the total number of moderate, major, and death outcomes were identified. All data abstracted were keyed into Microsoft Excel 2003 (Redmond, WA, USA). A Z-test for two proportions was performed on the results.

This study was approved by the institution's Human Research Protection Program.

### Results

During the period from March 2004 through February 2006 our database recorded a total of 679 digoxin exposures. Of these exposures, 148 (22%) cases had an outcome determined to be moderate, severe, or death. All cases except one moderate exposure were managed at a health-care facility, and there were 113 (17%) moderate and 29 (4%) major cases, with five (0.7%) deaths reported.

During the period from March 2006 through February 2008 there was a total of 610 exposure calls. All of these cases were managed at a health-care facility. Of these exposures, 165 (27%) had an outcome determined to be moderate, severe, or death.

There were 137 (23%) moderate and 26 (4%) major cases. The incidence of death decreased to 2 (0.3%) during this period.

There was a statistically significant increase in the total number of combined moderate, major, and death outcomes during the potential manufacturing error period compared with before (two-tailed $Z = 2.13$; $p = 0.033$). The increase in proportion of symptomatic exposures found in our data was due to those with moderate outcomes.

### Discussion

Digoxin is a cardiac glycoside used in the treatment of congestive heart failure and atrial fibrillation. Although controversial, digoxin has been suggested to decrease both morbidity and mortality in patients with congestive heart failure receiving therapeutic dosages.[6,7] However, both acute and chronic digoxin poisoning from elevated concentrations can be fatal.[1] Whilst there is a digoxin-specific immunoglobulin antidote, which has greatly reduced mortality,[8] the diagnosis of digoxin poisoning can often be overlooked. This is more common with chronic digoxin poisoning due to subtle non-cardiac signs and symptoms, such as nausea, abdominal pain, confusion, headaches, and visual changes.[1]

Adverse drug reactions have been associated with a high incidence of morbidity and mortality.[9] When associated with manufacturing errors, these effects can be devastating.[10,11] In the current study, there were some changes in the pattern of digoxin exposures reported to the CPCS before and after a potential 2-fold packaging error by a leading manufacturer. Although total cases decreased, there was a higher proportion of those with clinically significant outcomes. The increase in outcomes was primarily due to an increase in 'moderate' outcomes, while deaths actually decreased.

The major limitation of our study is in the retrospective use of poison center data. The certified specialists in the poison information staff of the CPCS use a standardized data collection form and outcome criteria.[12] However, there could be omissions from these records, and also this data may not accurately reflect true events. Another limitation is that there is no record of which actual digoxin product (erroneously vs correctly formulated) was available in each case. Furthermore, the exact time at which digoxin tablets were available to consumers may not exactly coincide with product availability and recall dates. In addition, clinicians might have called the CPCS for symptomatic patients, opting not to call regarding asymptomatic or minimally symptomatic patients, resulting in underreporting. Finally, clinicians knowing of the recall may have

© 2010 Adis Data Information BV. All rights reserved.

PLAINTIFFS' EXHIBITS 012691

9-109

called more frequently, although we attempted to control for this by only including cases reported before the recall announcement was made.

## Conclusion

There was an increase in clinically significant symptomatic outcomes with the availability of erroneously packaged digoxin as reported to our poison control system. However, the number of digoxin-related deaths actually decreased during the period of the manufacturing error. A further confirmatory study would require nationwide analysis of data.

## Acknowledgments

No sources of funding were used to assist in the preparation of this study. The authors have declared no conflicts of interest that are directly relevant to the content of this study.

## References

1. Hack JB, Lewin NA. Cardioactive steroids. In: Flomenbaum NE, Goldfrank LR, Hoffman RS, et al., editors. Goldfrank's toxicologic emergencies. 8th ed. New York: McGraw Hill, 2006
2. Actavis Totowa Digoxin (Digitek®) recall [online]. Available from URL: http://www.fda.gov/Safety/Recalls/ArchiveRecalls/2008/ucm112435.htm [Accessed 2010 Apr 12]
3. Actavis Totowa (formerly known as Amide Pharmaceutical, Inc.) recalls all lots of Bertek and UDL Laboratories Digitek (digoxin tablets, USP) as a precaution [online]. Available from URL: http://www.actavis.us/en/media+center/newsroom/articles/digitek+recall.htm [Accessed 2009 Mar 3]
4. Recalls, market withdrawals, & safety alerts [online]. Available from URL: http://www.fda.gov/Safety/Recalls/ucm165546.htm [Accessed 2010 Apr 12]
5. Quarter watch [online]. Available from URL: http://www.ismp.org/Quarter Watch/200901.pdf [Accessed 2009 Mar 3]
6. Digitalis Investigation Group. The effect of digoxin on mortality and morbidity in patients with heart failure. N Engl J Med 1997; 336: 525-33
7. Ahmed A, Waagstein F, Pitt B, et al. Effectiveness of digoxin in reducing one-year mortality in chronic heart failure in the Digitalis Investigation Group trial. Am J Cardiol 2009; 103: 82-7
8. Antman EM, Wenger TL, Butler VP, et al. Treatment of 150 cases of life-threatening digitalis intoxication with digoxin-specific Fab antibody fragments. Circulation 1990; 81: 1744-52
9. Lazarou J, Pomeranz BH, Corey PN. Incidence of adverse drug reactions in hospitalized patients. JAMA 1998; 279: 1200-5
10. Axton JH. Six cases of parenteral organic mercurial compound (merthiolate). Postgrad Med J 1972; 48: 417-21
11. Centers for Disease Control and Prevention. Fatalities associated with ingestion of diethylene glycol-contaminated glycerin used to manufacture acetaminophen syrup. Morb Mortal Wkly Rep 1996; 45: 649-50
12. Lai MW, Klein-Schwartz W, Rodgers GC, et al. Annual report of the American Association of Poison Control Centers' national poisoning and exposure database. Clin Toxicol 2006; 44: 803-932

Correspondence: Dr Sean Patrick Nordt, PO Box 80203, San Marino, CA 91118, USA.
E-mail: spnordt@hotmail.com

© 2010 Adis Data Information BV. All rights reserved.

PLAINTIFFS' EXHIBITS 012692

9-110

10/27/2009 TUE 9:15 FAX 305 341 5168 Ernst & Mattison

10/1/2004 11:19 AM FROM 9-436-1393 AAFS American Academy of Forensic

J Forensic Sci, Apr. 1978, Vol.23, No.2

# Correlation of Antemortem and Postmortem Digoxin Levels

T. E. Vorpahl,[1] M.D. and J. I. Coe,[1] M.D.

The dynamics of digoxin metabolism have been well studied since the introduction of sensitive radioimmunoassay procedures capable of detecting the biologic levels of this compound [1]. The value of monitoring digoxin therapy through serum levels has been widely accepted, and fatal effects are frequently observed when the serum level of adult individuals exceeds 2 ng/ml [2,3]. Bailer et al [4] reported a twofold decrease in mortality among hospitalized patients having digitalis toxicity.

Only a few authors have reported on postmortem digoxin levels. Several of these have assumed that serum levels obtained from intracardiac myocardial autopsy specimens accurately reflect antemortem levels at the time of death [5–7]. Others have noted possible difficulties in interpreting postmortem values. Lasle and Nutilla [8] in 1973 pointed out discrepancies between antemortem and postmortem serum digoxin levels in three cases and attributed this to "accumulated absorption," presumably prior to death. Karjalainen et al [9] in 1974 noted that postmortem concentrations of blood digoxin are higher than those measured during life but gave no explanatory data. Schnoy [10] in 1977 raised the question of a similar hazard to whose blood ratio in one case and postulated that the most previous reports had not reflected the site from which the serum samples were obtained.

The purpose of the present study is fourfold: to determine the discrepancies that exist between antemortem and postmortem digoxin levels, to learn if such discrepancies can be related to the postmortem interval, to substantiate variation in postmortem blood values between samples taken from different sites, and finally to establish the most accurate way of estimating digoxin toxicity from postmortem specimens.

## Materials and Methods

Twenty-seven autopsy cases from two county hospitals were studied. Postmortem samples from the left ventricular cavitary blood and vitreous humor were obtained in all cases.

Received for publication 25 July 1977; revised manuscript received 12 Sept. 1977; accepted for publication 14 Sept. 1977.
[1] Pathologist, Department of Anatomic and Clinical Pathology, St. Paul-Ramsey Hospital, St. Paul, Minn. 55101.
[1] Chief of pathology, Hennepin County Medical Center, Minneapolis, Minn. and medical examiner, Hennepin County, Minneapolis, Minn. 55415.

329





9-111

10/02/2009 FRI  9:35  FAX 805 541 5168 Ernst & Mattison                    ☒003/007

10/1/2009 11:30 AM FROM   9-636-1993 AAFS American Academy of Forensic    iences    PAGE: 003 OF 007

330   JOURNAL OF FORENSIC SCIENCES

clavian and femoral venous blood samples were obtained in 24 and 11 cases, respectively. All patients were receiving therapeutic doses of digoxin by various routes of administration for at least one week prior to death. No cases of suicidal or acute accidental poisoning were included. Antemortem serum samples were available for analysis in all cases, and the last digoxin dose was administered a minimum of 4 h before an antemortem sample was obtained. The blood urea nitrogen and interval between death and postmortem sampling (postmortem interval) were recorded.

Samples were centrifuged immediately, and the serum was refrigerated at 4 °C. Assays were performed within 72 h. In one hospital (St. Paul-Ramsey) assays were performed with material from Corning Medical Diagnostics, while in the second institution (HCMC) the materials used were from New England Nuclear. The procedure in either case was based on the principles of Smith et al [1] and involved the competitive binding of $^{125}$I-labeled digoxin and unlabeled digoxin (present in the serum or vitreous sample) with a specific rabbit anti-digoxin antibody. The digoxin bound to antibody was separated by absorbing out the unbound digoxin (both labeled and unlabeled) with charcoal. In the Corning procedure this step was omitted because the antibody was precoated to glass beads. The bound fraction was counted with a gamma scintillation counter, and the percentage of bound $^{125}$I-labeled digoxin was calculated. The digoxin level in the sample was determined from a standard curve, constructed daily by using five standards. Corning and New England Nuclear standards ranged from 0 to 5.0 ng/ml and 0.5 to 8 ng/ml, respectively. There was no difficulty in performing the postmortem tests with either procedure. *The results were both internally consistent and showed good correlation between the two institutions when analyzed statistically.*

The time from antemortem sampling to death ranged from 1 to 48 h, with a mean of 7.7 h. It was therefore necessary to correct for continued metabolism of the drug during the interval between the antemortem sample and death by determining the drug half-life in each case. Approximately 90% of digoxin was excreted unchanged by the kidney, and the half-life was therefore related to renal function. Each patient had a blood urea nitrogen (BUN) test performed within one day of death, and drug half-lives were determined by using data published by Jelliffe [13]. The immediate antemortem digoxin level was then calculated by using the formula

$$\ln N_t = \ln N_0 - \ln 2(t/T\,\tfrac{1}{2})$$

where

$N_t$ = serum digoxin level at time of death,
$N_0$ = serum digoxin level at time of antemortem sampling,
$t$ = time interval between drawing of antemortem sample and death, and
$T\tfrac{1}{2}$ = digoxin half-life based on BUN [13].

Results

Postmortem intervals ranged from 1.0 to 22.4 h, with a mean of 10.8 h. Compared to antemortem levels, average postmortem serum digoxin levels were significantly higher ($P < 0.001$) in samples taken from the heart, subclavian vein, and femoral vein (Table 1). Postmortem cardiac serum levels exceeded antemortem levels in all 26 cases where the postmortem interval was greater than an hour, and in no case did the postmortem level fall below the antemortem values on samples from heart or subclavian vein. In contrast, 2 of the 11 cases in which femoral samples were drawn had lower postmortem serum values than the corresponding antemortem levels (Cases 1 and 26). The mean of postmortem to automortem ratios was 1.96 for heart, 1.63 for subclavian, and 1.42 for femoral samples. Vitreous levels were somewhat more variable, with 23 falling below, 3 exceeding, and 1 equaling antemortem levels. The mean ratio of vitreous to antemortem values was 0.71.

2-3

PLAINTIFFS' EXHIBITS 012694

9.112

10/02/2009 FRI  9:36  FAX 805 541 5168 Ernst & Mattison                    @005/007

10/1/2009 11:30 AM FROM  19-636-1993 AAFS American Academy of Forens.  Sciences   PAGE: 005 OF 007

**332**   JOURNAL OF FORENSIC SCIENCES

No useful correlation could be made between postmortem interval and either the absolute or relative change in postmortem samples, regardless of the site of sampling (Table 2). Case 9 had the shortest postmortem interval and the least amount of change; however, this trend did not hold true for a major portion of the cases. Case 17 showed the greatest relative increase in heart level with a postmortem interval in the mid-range, while Case 2, with a much longer postmortem interval, showed the second lowest change of the series.

If a diagnosis of digoxin toxicity were to be made on the basis of serum levels equal to or greater than 2 ng/ml, 48% of patients in this series would have been so diagnosed with the immediate antemortem value. With the postmortem heart samples, the figure would rise to 89%. Similarly, subclavian and femoral samples also lack specificity for digoxin toxicity. However, a postmortem serum level below 2 ng/ml does appear to be strong evidence against toxic levels in the antemortem stage.

Although the vitreous concentrations also differed markedly from true antemortem concentrations, they were more accurate indicators of toxicity. Ten patients (37%) had vitreous levels equaling or exceeding 2.0 ng/ml. Each of these ten cases also had a toxic antemortem serum level. Only three cases of possible toxicity (based on elevated antemortem levels) were not detected by vitreous determinations.

TABLE 2—*Ratio of postmortem to antemortem digoxin levels and relationship to postmortem interval (PMI).*

| Case | PMI, h | Postmortem to Antemortem Ratio | | | |
| | | Heart | Subclavian | Femoral | Vitreous |
|---|---|---|---|---|---|
| 1 | 17.0 | 1.63 | 1.15 | 0.96 | 0.67 |
| 2 | 15.2 | 1.22 | 1.15 | ... | 0.30 |
| 3 | 5.7 | 1.33 | 1.27 | ... | 0.64 |
| 4 | 19.0 | 1.96 | 2.04 | 1.56 | 0.79 |
| 5 | 13.0 | 1.95 | 1.88 | 1.40 | 0.95 |
| 6 | 21.0 | 1.84 | 2.08 | ... | 0.55 |
| 7 | 20.9 | 1.68 | 1.65 | ... | 0.62 |
| 8 | 4.0 | 1.31 | 1.18 | ... | 0.47 |
| 9 | 1.0 | 1.00 | 1.11 | ... | 0.52 |
| 10 | 13.5 | 2.17 | 1.83 | 1.29 | 0.83 |
| 11 | 10.8 | 2.04 | 1.91 | 1.59 | 0.95 |
| 12 | 16.3 | 2.70 | 1.60 | ... | 1.20 |
| 13 | 6.5 | 1.75 | ... | ... | 0.75 |
| 14 | 16.2 | 2.47 | 1.63 | 1.52 | 0.74 |
| 15 | 14.0 | 2.78 | ... | ... | 1.00 |
| 16 | 22.4 | 1.38 | 1.25 | ... | 0.38 |
| 17 | 11.3 | 3.00 | ... | ... | 0.81 |
| 18 | 4.4 | 1.25 | 1.12 | ... | 0.69 |
| 19 | 15.0 | 2.50 | 1.86 | ... | 0.36 |
| 20 | 10.8 | 2.28 | 1.50 | ... | 0.43 |
| 21 | 3.5 | 1.78 | 1.57 | 1.43 | 0.50 |
| 22 | 2.5 | 1.31 | 1.00 | ... | 0.54 |
| 23 | 3.8 | 1.92 | 1.33 | 1.08 | 0.33 |
| 24 | 3.4 | 2.24 | 1.42 | 1.83 | 0.83 |
| 25 | 3.0 | 2.90 | 2.50 | 2.30 | 1.10 |
| 26 | 16.0 | 2.00 | 1.50 | 0.67 | 0.67 |
| 27 | 6.8 | 2.67 | 3.00 | ... | 1.67 |
| Mean | 10.6 ± 6.26 | 1.96 ± 0.56 | 1.63 ± 0.48 | 1.42 ± 0.44 | 0.71 ± 0.30 |
| Correlation with PMI, r | ... | 0.15 | 0.14 | 0.48 | −0.06 |

2-5

9-113

PLAINTIFFS' EXHIBITS 012695

10/02/2009 FRI 9:36 FAX 805 541 5168 Ernst & Mattison 　　　　　　　　　　　　　　　　　　⧉004/007

10/1/2009 11:30 AM FAC   19-636-1993 AAFS American Academy of Forens   ciences   PAGE: 004 OF 007

VORPAHL AND COE ON DIGOXIN LEVELS   331

TABLE 1—Comparison of antemortem and postmortem serum digoxin levels.

| Case | BUN[a] mg/dl | Antemortem | | Serum Digoxin Levels, ng/ml | | | |
| | | At Time of Sampling | Calculated for Time of Death | Heart | Postmortem Subclavian | Femoral[b] | Vitreous |
|---|---|---|---|---|---|---|---|
| 1 | 24 | 17.3 | 15.8 | 25.8 | 18.2 | 15.2 | 10.4 |
| 2 | 27 | 8.2 | 8.0 | 9.8 | 9.2 | ... | 2.4 |
| 3 | 122 | 6.6 | 6.6 | 8.8 | 8.4 | ... | 4.2 |
| 4 | 59 | 5.1 | 4.8 | 9.4 | 9.8 | 7.5 | 3.8 |
| 5 | 44 | 4.5 | 4.0 | 7.8 | 7.5 | 5.6 | 3.8 |
| 6 | 70 | 4.0 | 3.8 | 7.0 | 7.9 | ... | 2.1 |
| 7 | 100 | 3.5 | 3.4 | 5.7 | 5.6 | ... | 2.1 |
| 8 | 87 | 3.3 | 3.2 | 4.2 | 3.8 | ... | 1.5 |
| 9 | 94 | 2.7 | 2.7 | 2.7 | 3.0 | ... | 1.4 |
| 10 | 14 | 3.0 | 2.4 | 5.2 | 4.4 | 3.1 | 2.0 |
| 11 | 14 | 2.7 | 2.3 | 4.5 | 4.2 | 3.5 | 2.1 |
| 12 | 150 | 2.1 | 2.0 | 5.4 | 3.2 | ... | 2.1 |
| 13 | 30 | 2.3 | 2.0 | 3.5 | ... | ... | 2.4 |
| 14 | 22 | 2.0 | 1.9 | 4.7 | 3.1 | 2.9 | 1.5 |
| 15 | 78 | 1.8 | 1.8 | 5.0 | ... | ... | 1.4 |
| 16 | 28 | 1.9 | 1.6 | 2.2 | 2.0 | ... | 0.6 |
| 17 | 75 | 1.7 | 1.6 | 4.8 | ... | ... | 1.3 |
| 18 | 56 | 1.6 | 1.4 | 2.0 | 1.8 | ... | 1.1 |
| 19 | 90 | 1.5 | 1.4 | 3.5 | 2.6 | ... | 0.3 |
| 20 | 16 | 1.3 | 1.4 | 3.2 | 2.1 | 2.0 | 0.6 |
| 21 | 40 | 1.4 | 1.3 | 2.5 | 2.2 | ... | 0.7 |
| 22 | 24 | 1.2 | 1.2 | 1.7 | 1.3 | ... | 0.7 |
| 23 | 21 | 1.4 | 1.2 | 2.3 | 1.6 | 1.3 | 0.4 |
| 24 | 56 | 1.4 | 1.0 | 2.7 | 2.3 | 2.2 | 1.0 |
| 25 | 22 | 0.8 | 0.6 | 2.9 | 2.5 | 2.3 | 1.1 |
| 26 | 20 | 0.6 | 0.6 | 1.2 | 0.9 | 0.4 | 0.4 |
| 27 | 20 | 0.5 | 0.3 | 0.8 | 0.9 | ... | 0.5 |

[a] All urea nitrogen values were obtained from blood specimens drawn less than 24 h before death.
[b] All cases in which a femoral specimen was obtained were from one institution (HCMC) and the materials for assay were supplied by New England Nuclear. The remaining kits were performed in the second hospital with assay material from Corning Medical Diagnostics.

2-4

9-114

10/02/2009 FRI  9:36  FAX 805 541 5168 Ernst & Mattison                                    ☑006/007

10/1/2009 11:30 AM  FRO     19-636-1993 AAFS American Academy of Forens    ciences   PAGE: 006 OF 007

VORPAHL AND COE ON DIGOXIN LEVELS   333

### Discussion

It is clear from this investigation that postmortem digoxin levels taken from cardiac blood, venous blood, or vitreous humor do not mirror the antemortem levels. Substantial increases in serum levels occur following death, irrespective of the source of the sample. It seems probable that a new drug equilibrium between blood and tissue is established after death. Several investigators have found various tissue levels to exceed blood levels, with the highest concentrations occurring in the heart and kidney [8,9,14]. The ratio of myocardial to serum concentrations is approximately 30:1. With cell death and subsequent loss of membrane integrity, digoxin must diffuse from tissue into the adjacent circulatory compartment. As a consequence it is possible to falsely diagnose digoxin toxicity from postmortem serum specimens no matter what the source of the samples, but a postmortem serum level below 2 ng/ml will exclude the presence of toxic levels in the antemortem state.

Conversely, vitreous levels are usually below the true antemortem values. The vitreous compartment appears to be less permeable to compounds in the circulation. DiMaio et al [6] have suggested that vitreous to serum ratios less than one reflect rising blood levels at the time of death and those greater than one reflect falling levels. Our data do not support such a concept. All patients died between 6 and 120 h after their last dose. Since the time required for equilibration with blood and myocardium is usually less than 4 h after oral administration, blood levels should have been falling in every case. It is possible that in most individuals vitreous levels never equilibrate with blood. However, this series does establish that significantly elevated vitreous levels correspond with toxic antemortem serum levels.

A larger series correlating true antemortem with postmortem concentrations might establish a serum or vitreous threshold concentration that most accurately reflects the clinical situation. In the absence of such a threshold concentration for guidance, we think that a combination of venous serum and vitreous humor values provide the most useful information. Femoral samples appear preferable to subclavian.

A striking finding of this study is that 14 of 27, or 52%, of the patients had toxic levels at the time the antemortem samples were drawn, most of which were obtained for electrolyte or cardiac enzyme determination. Digoxin toxicity was thought to be the cause of death in Case 1 and may well have been a contributory factor in the deaths of Cases 2, 3, and 4. We have found this type of retrospective analysis useful and strongly recommend saving serum for five to seven days in the laboratory. The cardiac glycoside dosage is frequently not adjusted for acute renal failure or renal hypoperfusion commonly seen in severely ill patients.

This investigation also raises suspicion regarding many studies in postmortem toxicology. If indeed a new blood-tissue equilibrium is established with digoxin after death, a similar situation may exist for many compounds studied during autopsy. Gee [15] has already reported varying barbiturate levels between cardiac and femoral vein specimens, with differences as high as 6.0 mg/100 ml. Other drugs whose postmortem distribution through the vascular system is more uniform than barbiturate might show significant variations between specimens drawn during life and after death.

### Summary

Postmortem serum digoxin levels from any source routinely exceed antemortem values. Variation resulting from site of sampling gave a mean postmortem to antemortem ratio of 1.96 for heart, 1.63 for subclavian vein, and 1.42 for femoral vein samples.

No correlation could be made between the postmortem interval and the increase in postmortem serum values, irrespective of the site of sampling.

A combination of femoral venous serum and vitreous humor values gave the best information for determining possible antemortem digoxin toxicity.

2-6

10/02/2009 FRI  9:36  FAX 805 541 5168 Ernst & Mattison                    ☑007/007

10/1/2009 11:30 AM  FROM  .9-636-1993 AAFS American Academy of Forens    iances  PAGE: 007 OF 007

334   JOURNAL OF FORENSIC SCIENCES

Referencet

[1] Smith, T. W., Butler, V. P., and Haber, E., "Determination of Therapeutic and Toxic Serum Digoxin Concentrations by Radioimmunoassay," *The New England Journal of Medicine*, Vol. 281, 1969, pp. 1212–1216.
[2] Smith, T. W. and Haber, E., "Digoxin Intoxication: The Relationship of Clinical Presentation to Serum Digoxin Concentration," *The Journal of Clinical Investigation*, Vol. 49, 1970, pp. 2377–2386.
[3] Park, H. M., Chem, I., Manitasas, G. T., Lowey, A., and Saenger, E. L., "Clinical Evaluation of Radioimmunoassay of Digoxin," *Journal of Nuclear Medicine*, Vol. 14, 1973, pp. 531–533.
[4] Beller, G. A., Smith, T. W., Abelmann, W. H., Haber, E., and Hood, W. B., "Digitalis Intoxication: A Prospective Clinical Study with Serum Level Correlations," *The New England Journal of Medicine*, Vol. 284, 1971, pp. 980–997.
[5] Moffat, A. C., "Interpretation of Postmortem Serum Levels of Cardiac Glycosides After Suspected Overdosage," *Acta Pharmacologica et Toxicologica*, Vol. 35, 1974, pp. 386–394.
[6] DiMaio, V. J. M., Garriott, J. C., and Putnam, R., "Digoxin Concentrations in Postmortem Specimens After Overdose and Therapeutic Use," *Journal of Forensic Science*, Vol. 20, No. 2, April 1975, pp. 340–347.
[7] Phillips, A. P., "Case Experience with Digoxin Analysis of Postmortem Blood," *Journal of the Forensic Science Society*, Vol. 14, 1974, pp. 137–140.
[8] Iisalo, E. and Nuutila, M., "Myocardial Digoxin Concentrations in Fatal Intoxications," *The Lancet*, 3 Feb. 1973, p. 257.
[9] Karjalainen, J., Ojala, K., and Reissell, P., "Tissue Concentrations of Digoxin in an Autopsy Material," *Acta Pharmacologica et Toxicologica*, Vol. 34, 1974, pp. 385–390.
[10] Selesky, M., Spiehler, V., Cravey, R. H., and Elliot, H. W., "Digoxin Concentrations in Fatal Cases," *Journal of Forensic Sciences*, Vol. 22, No. 2, April 1977, pp. 409–417.
[11] Holt, D. W. and Benstead, J. G., "Postmortem Assay of Digoxin by Radioimmunoassay," *Journal of Clinical Pathology*, Vol. 28, 1975, pp. 483–486.
[12] Dickson, S. J. and Blazey, N D., "Postmortem Digoxin Levels—Two Unusual Case Reports," *Forensic Science*, Vol. 9, 1977, pp. 145–150.
[13] Jelliffe, R. W., "An Improved Method of Digoxin Therapy," *Annals of Internal Medicine*, Vol. 69, 1968, pp. 703–717.
[14] Doherty, J. E., Perkins, W. H., and Flanigan, W. T., "The Distribution and Concentration of Tritiated Digoxin in Human Tissues," *Annals of Internal Medicine*, Vol. 66, 1967, pp. 116–134.
[15] Gee, D. J., *The Poisoned Patient: The Role of the Laboratory*, Ciba Foundation Symposium 26 (new series), Elsevier Excerpta Medica, North-Holland, Associated Scientific Publishers, New York, 1974, p. 243.

Address requests for reprints or additional information to
John I. Coe, M.D.
Hennepin County Medical Examiner's Office
730 South 7th St.
Minneapolis, Minn. 55415

2-7

9-116



find live support, e-learning, and

Welcome Guest    Renew, Subscribe or Create Account    Sign In

SUBSCRIBE OR
RENEW TODAY »

HOME    ARTICLES    ISSUES    SPECIALTIES & TOPICS    FOR AUTHORS    CME    Keyword, Title, Author, or Citation    SEARCH | Advanced Search

**This article is available to subscribers.**
Sign in now if you're a subscriber.

Free Preview                    PRINT    E-MAIL    DOWNLOAD CITATION

Access this article:



Or purchase this article - $15

Print Subscriber? Activate your online access now.

Institutions may purchase access to NEJM
Archive. Learn More.

Why Subscribe?
• 200 years of content
• Rich multimedia
• Interactive community



LEARN MORE »

ORIGINAL ARTICLE

# Digitalis Intoxication — A Prospective Clinical Study with Serum Level Correlations

George A. Beller, M.D., Thomas W. Smith, M.D., Walter H. Abelmann, M.D., Edgar Haber, M.D. and William B. Hood, Jr., M.D.

N Engl J Med 1971; 284:989-997 | May 6, 1971

## Abstract

A prospective study of 931 consecutive patients admitted to a medical service was undertaken to describe the prevalence and epidemiology of cardiac digitalis toxicity, and to correlate serum concentrations of digoxin and digitoxin by radioimmunoassay with clinical and biochemical data. Fifteen per cent of the patients surveyed were taking digitalis on admission, and of these, 23 per cent were definitely and 6 per cent possibly digitalis toxic by serial electrocardiograms. There was a significantly greater prevalence of advanced heart disease, underlying atrial fibrillation, anorexia, acute or chronic pulmonary disease and renal failure in toxic than in nontoxic patients. Mortality was more than twice as high in the toxic group. Serum drug concentrations were significantly higher in toxic than in nontoxic patients. This study of patients entering a large city hospital demonstrated a high prevalence of digitalis intoxication, which had an ominous prognosis.

*From the Thorndike Memorial Laboratory, Harvard Medical Unit, Boston City Hospital, the Cardiac Unit, Massachusetts General Hospital, and the Department of Medicine, Harvard Medical School (address reprint requests to Dr. Hood at the Thorndike Memorial Laboratory, Boston City Hospital, 818 Harrison Ave., Boston, Mass. 02118).

Supported by grants (HE 5244, HE 10539, SF 57–111, and IF 03HE44673-OI) from the U.S. Public Health Service, by a grant (70 718) from the American Heart Association and by a grant from the Burroughs-Wellcome Co., Inc. (U.S.A.).

Presented in part at the 41st Scientific Sessions, American Heart Association, Atlantic City, N.J., November 14, 1970.

We are indebted to Miss Marcia Jackson for assistance in performing the digoxin and digitoxin radioimmunoassays, to Dr. Bernard Ransil, Thorndike Memorial Laboratory, Boston City Hospital, for advice in the statistical analysis, and to the house officers of the Harvard Medical Unit, Boston City Hospital, for co-operation in this study.

MEDIA IN THIS ARTICLE

**FIGURE 1**



Mortality in 922 Definitely Toxic, Nontoxic and Other Remaining Patients Hospitalized during the Period of Study (the Nine Possibly Toxic Patients Are Omitted).

**FIGURE 2**



Serum Digoxin and Digitoxin Concentrations Determined by Radioimmunoassay in Nontoxic (Stippled Bars) and Definitely Toxic (Crosshatched Bars) Patients, Presented as Mean ± S.D. (Numbers of Patients in Each Group Are Shown in Parentheses).

ARTICLE ACTIVITY

97 articles have cited this article

PLAINTIFFS' EXHIBITS 012699

9-117

# Cardioactive Steroids

Jason B. Hack  ●  Neal A. Lewin



A 92-year-old woman was brought to the hospital by her grandson. The grandson stated that she had lost her appetite for several days, refused her medications for 2 days, and had begun to vomit on the day of admission. The woman complained of being weak and having no appetite because of her constant nausea. Her past medical history was significant for congestive heart failure and hypertension, for which she was chronically treated with digoxin, furosemide, and enteric-coated aspirin. Her grandson reported that days prior to admission, she had initiated a course of clarithromycin for sinusitis.

On presentation to the emergency department (ED), the patient was not in acute distress, and was alert and oriented to place and person but not to time. Her vital signs were: blood pressure, 130/95 mm Hg; pulse, 50 beats/min and regular; respiratory rate, 18 breaths/min; and rectal temperature, 98.8°F (37.1°C). The woman weighed 121 lbs (55 kg). Her neck was supple with no jugular venous distension or carotid bruits appreciated. Auscultation of the lungs revealed bibasilar crackles. Cardiac auscultation revealed a normal $S_1$, $S_2$, and an $S_3$ gallop, with no audible murmurs. Abdominal examination revealed a soft abdomen with increased bowel sounds and without masses or bruit. Examination

of the patient's lower extremities revealed 1+ pitting edema without clubbing or cyanosis, and all pulses were 2+. Neurologic examination was nonfocal.

The patient was attached to a cardiac monitor with continuous pulse oximetry. An IV line was inserted, and blood samples were obtained for complete blood count (CBC); electrolytes, including calcium and magnesium; blood urea nitrogen (BUN); creatinine; glucose; liver enzymes; lipase; digoxin; and salicylate levels. The electrocardiogram (ECG) revealed high-degree heart block with a ventricular rate of 30–50 beats/min (Fig. 62–1), which then converted spontaneously to atrial flutter with variable block and a ventricular response rate of 30–40 beats/min (Fig. 62–2). Transcutaneous pacer pads were placed on the patient in standby mode, while 5 vials of digoxin-specific Fab were requested. Stat laboratory results revealed serum sodium, 142 mEq/L; chloride, 114 mEq/L; potassium, 3.6 mEq/L; bicarbonate, 24 mEq/L; BUN, 12 mg/dL; creatinine, 1.4 mg/dL; glucose, 98 mg/dL; calcium, 9.8 mg/dL; magnesium, 2.0 mEq/L. Liver enzymes, lipase, and CBC were all normal. A serum digoxin concentration was pending.

Fifteen minutes after the examination was completed, the patient vomited. Although her heart rate decreased to 30 beats/min, her blood pressure remained at 130/80 mm Hg. Atropine 1 mg IV was



**Figure 62–1.** Electrocardiograph of a 92-year-old woman demonstrating a high-degree heart block with a ventricular rate of 30–50 beats/min.

administered for the bradycardia but did not increase heart rate; subsequently, 5 vials of digoxin-specific Fab IV were administered over 15 minutes. Within 20 minutes of the infusion, her heart rate had increased to 86 beats/min. The initial serum digoxin concentration was 3.8 ng/mL (therapeutic range: 0.5–2.0 ng/mL).

## HISTORY AND EPIDEMIOLOGY

Although there is evidence in the *Ebers Papyrus* (Papyrus Smith) that the Egyptians used plants containing cardioactive steroids at least 3000 years ago, it was not until 1785, when William Withering wrote the first organized account about the effects of the foxglove plant, that the use of cardioactive steroids was more widely accepted into the Western apothecary. The discussion and case reports of the 163 patients for whom Withering prescribed foxglove and his correspondence with other physicians on the subject, comprise the first work related to the medical use of cardioactive

steroids. Foxglove was initially used as a diuretic and for the treatment of "dropsy"(edema), and Withering eloquently described its "power over the motion of the heart, to a degree yet unobserved in any other medicine."[122]

Subsequent to these reports, cardioactive steroids became the mainstay of treatment for congestive heart failure, and to control the ventricular response rate in atrial tachydysrhythmias. Because of their narrow therapeutic index and widespread use both acute toxicity and chronic toxicity remain important problems.[82] According to the American Association of Poison Control Centers data between the years 1999 and 2003 there were approximately 10,800 exposures to cardioactive steroid-containing plants with no attributable deaths, and 13,900 exposures to cardioactive steroid containing pharmaceuticals resulting in 73 deaths (Chap. 130).

Toxicity is typically encountered in the very young or the very old. In children, most acute overdoses are unintentional, resulting from dosing errors, often a decimal point error resulting in 10 times the appropriate dose. Adult patients more often have acute



**Figure 62–2.** Electrocardiograph of the patient in Figure 62–1 after subsequently converted to atrial flutter with variable block and a ventricular rate of 30–40 beats/min.

PLAINTIFFS' EXHIBITS 012701

9·119

**TABLE 62–1.   Pharmacology of Selected Cardioactive Steroids**

| Pharmacology | Digoxin | Digitoxin |
|---|---|---|
| **Onset of Action** | | |
| Oral | 1.5–6 h | 3–6 h |
| IV | 5–30 min | 30 min–2 h |
| **Maximal effect** | | |
| Oral | 4–6 h | 6–12 h |
| IV | 1.5–3 h | 4–8 h |
| Intestinal absorption | 40–90% | >95% |
| | (mean 75%) | |
| Plasma protein binding | 25% | 97% |
| Volume of distribution | 6–7 L/kg (adults) | 0.6 L/kg (adults) |
| | 16 L/kg (infants) | |
| | 10 L/kg (neonates) | |
| | 4–5 L/kg (adults | |
| | with renal failure) | |
| Elimination half-life | 1.6 days | 6–7 days |
| Route of elimination | Renal (60–80%), | Hepatic metabolism |
| | with limited hepatic | (80%) |
| | metabolism | |
| Enterohepatic circulation | 7% | 26% |

sures related to intentional ingestions. Older adults are at particular risk for toxicity, either from interactions of the cardioactive steroids with their chronic regimen of other medications, or indirectly as a consequence of an alteration in the absorption or elimination kinetics of their therapeutic cardioactive steroid. Drug-drug interactions may change cardioactive steroid clearance in the liver or kidney, may alter protein binding, or may result in increased availability.

The most commonly prescribed cardioactive steroid in the United States is digoxin; other, internationally available but much less commonly used preparations are digitoxin, ouabain, lanatoside C, deslanoside, and gitalin. Cardioactive steroid toxicity may also result from exposure to certain plants or animals. Documented plant sources of cardioactive steroids include oleander (*Nerium oleander*); yellow oleander (*Thevetia peruviana*), which has been implicated in the suicidal deaths of thousands of patients in Southeast Asia;[24] foxglove (*Digitalis* spp); lily of the valley (*Convallaria majalis*); dogbane (*Apocynum cannabinum*); and red squill (*Urginea maritima*). Cardioactive steroid poisoning may result from plant branches (oleander); teas containing seeds of these plants; and water and herbal products contaminated with plant cardioactive steroids (Chap. 43).[15,18,50,77,88,95,114] Toxicity also results from ingestion, instead of the intended topical application, of a purported aphrodisiac derived from the dried secretion of the *Bufo marinus* toad, which contains a bufadienolide-class cardioactive steroid.[9,11,12] Although there are no reported human exposures, fireflies of the *Photinus* species (*P. ignitus, P. marginellus,* and *P. pyralis*) contain a cardioactive steroid designated lucibufagin that is similar in structure to the bufadienolides.[29,63]

## CHEMISTRY

Cardioactive steroids all contain an aglycone or "genin" nucleus structure with a steroid core, and an unsaturated lactone ring attached at C-17. Cardiac glycosides contain additional sugar groups attached to C-3 (see illustration at beginning of chapter). Cardenolides are plant-derived aglycones with a 5-member unsaturated lactone ring. The bufadienolide and lucibufagin groups of cardioactive steroid molecules are mainly animal derived (with such notable exceptions as scillaren from red squill) and contain a 6-member unsaturated lactone ring. When the aglycone digoxigenin is linked to 1 or more hydrophilic sugar (digitoxoses) residues at C-3, it forms digoxin, a cardiac glycoside. The sugar residues confer increased water solubility and enhance the ability of the molecule to enter cells. Digitoxin's aglycone differs from digoxin's by the lack of a hydroxyl group on C-12, and ouabain differs from digoxin by both the absence of a hydroxyl group on C-12 and the addition of hydroxyl groups on C-1, -5, -10, and -11. The cardioactive components in toad venom are genins, and lack sugar moieties.

## PHARMACOKINETICS

The correlation between clinical effects and serum concentrations is based on steady-state concentrations, which are dependent on many absorption, distribution, and elimination factors (Table 62–1). Although not proven with other cardioactive steroids, they likely follow the distribution pattern of digoxin or digitalis in that obtaining a

serum concentration before 6 hours after an ingestion (the time at which the tissue concentration has peaked) gives a misleadingly high serum concentration, resulting from its biphasic distribution. After therapeutic dosing, the intravascular distribution and elimination of digoxin from the plasma are best described using a two-compartment model that is achieved over approximately 36–48 hours in patients with normal renal function. The distribution or α phase represents the rapid rise of drug concentration intravascularly, which is dependent on whether the method of administration is intravenous or oral. An exponential decline occurs as the drug is rapidly distributed from the blood to the peripheral tissues with a 30-minute distribution half-life. During the distribution phase, most of the intravascular cardioactive steroid leaves the blood and is found in the tissues, resulting in a large volume of distribution (Vd) (eg, digoxin's Vd is 5.0 L/kg with therapeutic use). The β or elimination phase with a half-life of approximately 36 hours represents the drug's total-body clearance, which for digoxin is achieved primarily by the kidneys (70% in a person with normal renal function).[16,44] After a massive acute digoxin overdose, the half-life may be shortened to as little as 13–15 hours because of elevated serum concentrations, resulting in greater renal clearance prior to distribution to the tissues.[49,109] Even with therapeutic administration of cardioactive steroids, adjustments to the dosing regimen must be made for physiologic changes associated with age, hypothyroidism, hepatic disease, and renal diseases if the physiologic changes are associated with a decreased creatinine clearance, alkalosis, chronic hypoxemia, myocardial disease, and cor pulmonale, and for electrolyte abnormalities, including hypomagnesemia, hypercalcemia, hypernatremia, and, commonly, hypokalemia, to avoid toxicity. Hypokalemia resulting from a variety of mechanisms, such as the use of loop diuretics, poor dietary intake, diarrhea, and the administration of potassium-binding resins, enhances the effects of cardioactive steroids on the myocardium and is associated with dysrhythmias at lower serum cardioactive steroid concentrations. Chronic hypokalemia reduces the number

9–120

PLAINTIFFS' EXHIBITS 012702



**Figure 62–3.   A.** Normal depolarization. Depolarization occurs following the opening of fast Na⁺ channels; the rise in intracellular potential opens voltage-dependent Ca²⁺ channels; and the influx of Ca²⁺ induces the massive release of Ca²⁺ from the sarcoplasmic reticulum, producing contraction. **B.** Normal repolarization. Repolarization begins with active expulsion of Na⁺ ions in exchange for K⁺ using an ATPase. This electrogenic (3 Na⁺ for 2 K⁺) pump creates a Na⁺ gradient that is used to expel Ca²⁺ via an antiporter. The sarcoplasmic reticulum resequesters its Ca²⁺ load via a separate ATPase. **C.** Pharmacologic cardioactive steroids. Digitalis inhibition of the Na⁺-K⁺-ATPase raises the intracellular Na⁺ content, preventing the antiporter from expelling Ca²⁺ in exchange for Na⁺; the net result is an elevated intracellular Ca²⁺, resulting in enhanced inotropy. **D.** Toxic cardioactive steroids. Excessive elevation of the intracellular Ca²⁺ elevates the resting potential, producing myocardial sensitization, and predisposes to dysrhythmias. The addition of exogenous Ca²⁺ may overwhelm the capacity of the sarcoplasmic reticulum to sequester this ion, resulting in systolic arrest. X = cardioactive steroid.

triphosphatase (ATPase) units in skeletal
potentially decreasing the volume of drug distri-

...ctions between digoxin and quinidine, verapamil,
...redilol, amiodarone, and spironolactone are com-
...These interactions occur because of a reduction of
...ing of the cardioactive steroids, increasing their
...the tissues; a reduction in excretion as a conse-
...ease in renal perfusion; or as a result of interfer-
...cretion by the kidneys and intestines because of
...P-glycoproteins. In approximately 10–15% of
...eceiving digoxin, a significant amount of digoxin
...the gastrointestinal tract by enteric bacterium,
...terium lentum. Inhibition of this inactivation by
...the gastrointestinal flora by many antibiotics, par-
...acrolide antibiotics, may result in increased
... Indeed, the use of certain antibiotics may pro-
...a 2-fold increase in serum cardioactive steroid

## ...NISMS OF ACTION
## ...OPHYSIOLOGY

### ...iologic Effects on Inotropy

...ve steroids increase the force of contraction of the
...inotropic effect) by increasing cytosolic $Ca^{2+}$ dur-
...oth $Na^+$ and $Ca^{2+}$ ions enter and exit cardiac mus-
...ing each depolarization and contraction. Sodium
...the start of the action potential (phase 0) and car-
...rd, depolarizing positive charge. Calcium subse-
...s the cardiac myocyte through L-type calcium
...ing the plateau phase of the action potential, and this
...the release of more $Ca^{2+}$ into the cytosol from the
...reticulum. During repolarization and relaxation (di-
...is both pumped back into the sarcoplasmic reticu-
...$Ca^{2+}$-ATPase and is pumped extracellularly by an
...iporter and a sarcolemmal $Ca^{2+}$-ATPase (Fig. 62–3;

...ve steroids inhibit active transport of $Na^+$ and $K^+$
...ll membrane during repolarization by binding to a
...th the extracytoplasmic face of the α subunit of the
...$Na^+$-$K^+$-ATPase. This inhibits the cellular $Na^+$ pump
...ich decreases $Na^+$ extrusion and increases $Na^+$ in the
...reby decreasing the transmembrane $Na^+$ gradient.
... $Na^+$-$Ca^{2+}$ antiporter derives its power not from
...riphosphate (ATP) but rather from the $Na^+$ gradient
...y the $Na^+$-$K^+$ transport mechanism,[28] the dysfunction
...$K^+$-ATPase pump reduces $Ca^{2+}$ extrusion from the
...ditional cytoplasmic $Ca^{2+}$ enhances the $Ca^{2+}$-induced
...from the sarcoplasmic reticulum during systole and
...chanism increases the force of contraction of the cars

### ...Cardiac Conduction

...utic serum concentrations, cardioactive steroids also in-
...omaticity and shorten the repolarization intervals of the
...ventricles (Table 62–2). There is a concurrent decrease in
...of depolarization and conduction through the sinoatrial

**TABLE 62–2. Electrophysiologic Effects of Cardioactive Steroids on the Myocardium**

| | Atria and Ventricles | AV Node | ECG |
|---|---|---|---|
| Excitability | ↑ | — | Extrasystoles, tachydysrhythmias |
| Automaticity | ↑ | — | Extrasystoles, tachydysrhythmias |
| Conduction velocity | ↓ | ↓ | ↑ PR interval, AV block |
| Refractoriness | ↓ | ↑ | ↑ PR interval, AV block, decreased QTc interval |

(SA) and (atrioventricular) AV nodes, respectively. This is mediated
both indirectly via an enhancement in vagally mediated parasympa-
thetic tone, and directly by depression of this tissue. These changes
in nodal conduction are reflected on the ECG by a decrease in ven-
tricular response rate to suprajunctional rhythms and by PR interval
prolongation (part of "digitalis effect"). The effects of cardioactive
steroids on ventricular repolarization are related to the elevated in-
tracellular resting potential caused by the enhanced availability of
$Ca^{2+}$, and manifest on the ECG as QTc interval shortening and ST
segment and T-wave forces opposite in direction to the major QRS
forces. The last effect results in the characteristic scooping of the
ST segments (the second part of which is referred to as *digitalis ef-
fect*) (Fig 62–4). Excessive increases in intracellular $Ca^{2+}$, caused
by excessive cardioactive steroid effects, result in delayed afterde-
polarizations. These are fluxes in membrane potential caused by
spontaneous $Ca^{2+}$-induced $Ca^{2+}$ release, which is caused by the ex-
cess $Ca^{2+}$, and appear on the ECG as U waves. Occasionally, these
may initiate a cellular depolarization that manifests as a premature
ventricular contraction (Chap. 23).[27,58]

Hypokalemia inhibits $Na^+$-$K^+$-ATPase activity and contributes
to the pump inhibition induced by cardioactive steroids, enhances
myocardial automaticity, and, as a consequence, increases myocar-
dial susceptibility to cardioactive steroid-related dysrhythmias.
This may be partly a result of decreased competitive inhibition be-
tween the cardioactive steroid and potassium at the $Na^+$-$K^+$-AT-
Pase exchanger.[93] Severe hypokalemia (<2.5 mEq/L) reduces the
rate of sodium pump function, slowing the pump and exacerbating
concomitant sodium pump inhibition, because of cardioactive
steroids.[58]



**Figure 62–4.** Digitalis effect noted in the lateral precordial lead, V6. Note the prolonged PR interval and the repolarization abnormality (scooping of the ST segment).

PLAINTIFFS' EXHIBIT 002704

9-122

**976**  PART C   THE CLINICAL BASIS OF MEDICAL TOXICOLOGY

### Effects of Cardioactive Steroids on the Autonomic Nervous System

Cardioactive steroids affect the parasympathetic system by increasing the release of acetylcholine from vagal fibers,[73,112] possibly through augmentation of intracellular calcium. Cardioactive steroids affect the sympathetic system by increasing efferent sympathetic discharge,[83,107] which, in turn, may exacerbate dysrhythmias.

## CLINICAL MANIFESTATIONS

Both adults and children with acute cardioactive steroid poisoning present in a similar manner, as do adults and children with chronic poisoning. However, the clinical manifestations in both adults and children vary based on the chronicity of the exposure.

### Noncardiac Manifestations

**Acute Toxicity.**   An asymptomatic period of several minutes to several hours may follow a single, orally administered, toxic dose of cardioactive steroid. The first symptom is typically nausea, vomiting, or abdominal pain. Central nervous system effects of acute toxicity can include lethargy, confusion, and weakness that are not caused by hemodynamic changes.[15]

**Chronic Toxicity.**   Chronic toxicity is often difficult to diagnose as a result of its insidious development and protean manifestations. Symptoms may include those that occur with acute poisonings; however, they are often less obvious. Gastrointestinal symptoms include anorexia, nausea, vomiting, abdominal pain, and weight loss. Neuropsychiatric disorders include delirium, confusion, disorientation, drowsiness, headache, hallucinations, or rarely, seizures.[15,36,37] Visual disturbances include transient amblyopia, photophobia, blurring, scotomata, photopsia, decreased visual activity, and aberrations of color vision (chromatopsia), such as yellow halos (xanthopsia) around lights.[67,68]

**Electrolyte Abnormalities.**   Elevated serum potassium concentrations frequently occur in patients with acute cardioactive steroid poisoning.[58,61] Hyperkalemia has important prognostic implications, as the serum potassium concentration is a better predictor of lethality than either the initial ECG changes or the serum cardioactive steroid concentration.[4,5] In a study of 91 acutely digitoxin-poisoned patients, conducted before digoxin-specific Fab was available, approximately 50% of the patients with serum potassium concentrations of 5.0–5.5 mEq/L died. Although a serum potassium concentration lower than 5.0 mEq/L was associated with no deaths, all of the 10 patients with serum potassium concentration above 5.5 mEq/L died.[4] This hyperkalemia causes further hyperpolarization of myocardial conduction tissue, in particular, increasing AV nodal block, thereby exacerbating cardioactive steroid-induced bradydysrhythmias and conduction delays.[58] However, correction of the hyperkalemia alone does not increase patient survival,[4] as it is a marker of, not the cause of, the morbidity and mortality associated with cardioactive steroid poisoning. Elevation of the serum potassium concentration after administration of cardioactive steroids is a result of cardioactive steroid inhibition of the $Na^+$-$K^+$-ATPase pump, which results in the inhibition of potassium uptake in exchange for $Na^+$ by skeletal muscle (the largest potassium reservoir). The interrelationships

between intracellular and extracellular potassium and cardioactive steroid therapy are complex and incompletely understood.

**Cardiac Manifestations.**   The alterations in cardiac rate and rhythm occurring with cardioactive steroid poisoning can produce almost every known type of dysrhythmia with the exception of the rapidly conducted supraventricular tachydysrhythmias. In 10–15% of cases, the appearance of an ectopic ventricular rhythm is the first sign of toxicity, and this is the most frequent rhythm disturbance noted.[92] Although no dysrhythmia is pathognomic of cardioactive steroid toxicity, toxicity should be suspected when there is evidence of increased automaticity in combination with depressed conduction through the SA and AV nodes.[58] Bidirectional ventricular tachycardia is nearly diagnostic, although it can also occur with poisoning by aconitine and a few other uncommon xenobiotics[103] (Fig. 5–13). These dysrhythmias result from the complex electrophysiologic influences on both the myocardium and conduction system of the heart resulting from direct, vagotonic, and other autonomic actions of the cardioactive steroids. The effects of digoxin vary with the dose, and differ, depending on the type of cardiac tissue involved. The atrial and ventricular myocardial tissues exhibit increased automaticity and excitability, resulting in extrasystoles and tachydysrhythmias. Conduction velocity is reduced in both the atrial conducting system and nodal tissue, resulting in an increased PR interval and AV nodal block. Indeed, AV junctional blocks of varying degrees, associated with increased ventricular automaticity, are the most common manifestations, occurring in 30–40%, of patients with cardioactive steroid toxicity.[74] Atrioventricular dissociation can result from suppression of the dominant pacemaker with escape of a secondary pacemaker, or from inappropriate acceleration of a ventricular pacemaker. Hypotension, shock, and cardiovascular collapse can ensue. Table 62–3 summarizes these phenomena.

**Acute Toxicity.**   The initial increased vagal tone at the SA and AV nodes results in an atropine-responsive bradydysrhythmia. There are a multitude of cardiac dysrhythmias associated with cardioactive steroid toxicity unified by a sensitized myocardium and a depressed AV node (Table 62–3).

**TABLE 62–3.   Cardiac Dysrhythmias Associated with Cardioactive Steroid Poisoning**

**Myocardial irritability**
Atrial flutter and atrial fibrillation with block
Nonparoxysmal atrial tachydysrhythmias with block
Premature ventricular contractions
Nonsustained ventricular tachycardia
Delayed afterdepolarizations
Bidirectional ventricular tachycardia
Ventricular bigeminy
Ventricular fibrillation

**Conduction system dysfunction**
AV dissociation
Exit blocks
High-degree AV block
His-Purkinje dysfunction
Junctional tachycardia
SA nodal arrest
Sinus bradycardia

PLAINTIFFS' EXHIBITS 012705

9·123

**Chronic Toxicity.** Bradydysrhythmias that appear later in acute poisonings, and those that occur in patients with chronic cardioactive steroid toxicity, occur by direct actions of the drug on the heart and often are minimally responsive to, or cannot be corrected by, atropine administration. Ventricular tachydysrhythmias are more common in patients with chronic or late acute poisoning than in patients with early acute poisoning.

## Diagnostic Testing

Properly obtained and interpreted serum digoxin concentrations significantly aid in the management of patients with suspected digoxin toxicity, as well as in the management of patients poisoned by several other cardioactive steroids. Although most institutions report a therapeutic range for serum digoxin concentration from 0.5–2.0 ng/mL (SI units: 1–2.6 nmol/mL), current research suggests lowering the upper limit to 1.0 ng/mL to maintain benefit while lowering the risk of toxicity.[96,105] Regardless of the therapeutic serum concentration range used, it must be interpreted in relation to the clinical condition of the patient; the relationship of the time of obtaining the blood sample to that of the last dose; and to other metabolic abnormalities and medications, including hypokalemia, hypomagnesemia, hypercalcemia, hypernatremia, alkalosis, hypothyroidism, hypoxemia, and catecholamines, and the use of calcium channel blockers, quinidine, amiodarone, or diuretics.

Although cardioactive steroid poisoning is multifactorial, resulting from the interactions of the many diverse factors previously mentioned, there is a significant correlation between the clinical condition and the serum concentration. In general, patients with pharmaceutical cardioactive steroid toxicity have mean serum concentrations above 2 ng/mL, measured at least 6 hours postingestion for digoxin, and above 40 ng/mL for digitoxin.[57] The significance of these concentrations depends on when the value is obtained in relation to an acute ingestion and the distribution phase of the drug (as discussed above). A value of 15 ng/mL of digoxin is, therefore, more ominous 6 hours after an ingestion than 1 hour after an ingestion. Because there are multiple determinants of digoxin toxicity, there is an overlap in serum digoxin concentrations between toxic and nontoxic patients, and it may be inaccurate to use the therapeutic range of digoxin of 0.5–2.0 ng/mL as the sole indicator of toxicity.[99]

In most hospitals, "digoxin levels" are the only estimation available to physicians in the acute setting when evaluating a patient for presumed cardioactive steroid poisoning. The polyclonal assays typically used in most institutions frequently, but unpredictably, cross-react with other plant- or animal-derived cardioactive steroids. Although only digoxin is accurately detected by monoclonal digoxin immunoassay, an elevated serum digoxin concentration in the correct clinical setting may qualitatively assist in making a presumptive diagnosis of nondigoxin cardioactive steroid poisoning (Chaps. 43 and 114).[13,86] For example "digoxin" concentrations are recorded from serum spiked with oleandrin and oleandrigenin from *Nerium oleander*, from patients after exposure to *Thevetia peruviana* (yellow oleander) or toad secreted bufadienolides, using various techniques including high-performance liquid chromatography (HPLC) and monoclonal and polyclonal antibody analysis.[9,25,52] With the use of more specific analytic technology, patients with cardioactive steroid poisoning from plant- or animal-derived cardioactive steroids may have low or nonexistent digoxin concentration (Chaps. 43 and 114).

Serum concentrations of digoxin are measured in one of two ways: free digoxin and total digoxin. The most common method of quantifying total digoxin in the serum is by fluorescence polarization immunoassay (FPIA). Under normal circumstances, measuring total digoxin in the serum is sufficient, as serum concentrations are predictive of cardiac concentrations.[23] However, after the use of digoxin-specific Fab (which remains almost entirely within the intravascular space [Vd of 0.40 L/kg]), there is a large elevation in total cardioactive steroid concentrations because the cardioactive steroid is drawn from the tissues and complexes with the antibody fragment, thus trapping the cardioactive steroid in the intravascular space. When this bulk movement is reversed by binding with Fab fragments, a tremendous increase, often approaching an order of magnitude, in total serum digoxin concentrations, occurs. In this situation, methods that detect only unbound digoxin, including treatment with Fab denaturing agents, ultrafiltration, and equilibrium dialysis, allow the quantification of free digoxin in the serum.[34] Paradoxically, excess digoxin antibody can cause a false elevation in the apparent "digoxin concentration" (Chap. 7).

## ENDOGENOUS DIGOXINLIKE IMMUNOREACTIVE SUBSTANCE

Some patients who are not receiving a cardioactive steroid may have a positive digoxin assay as a result of an endogenous substance that is structurally and functionally similar to the prescribed cardioactive steroids.[43] This finding is described in patients with increased inotropic need or reduced renal clearance, including neonates;[115] and patients with renal insufficiency,[10,38,51] liver disease,[79] subarachnoid hemorrhage,[121] congestive heart failure,[40,100] insulin-dependent diabetes,[33] stress,[37,116] acromegaly,[24] hypothermia;[115] after strenuous exercise;[116] and in pregnancy.[31,39,48] An endogenous $Na^+$-$K^+$-ATPase inhibiting dihydropyrone-substituted bufenolide cardioactive steroid has been isolated from human placenta. It differs from the toad bufadienolides solely by a single double-bond pyrone ring. Because bufenolides are not normally found in either healthy humans or edible plants, a synthetic pathway to produce dihydropyrone-substituted steroids in humans may be responsible for this endogenous digoxinlike immunoreactive substance (EDLIS). Further research is necessary to confirm this pathway.[48] The use of ultrafiltration techniques, while altering incubation time and temperature at which the digoxin assay is performed, can eliminate the contribution of EDLIS.[32] The clinician suspecting this problem should consult the clinical laboratory. Clinical observations indicate that the serum digoxin concentration contributed by endogenous digoxinlike immunoreactive substances is usually less than 2 ng/mL. Other endogenous substances, such as bilirubin,[79] and exogenous substances, such as spironolactone,[101] can cross-react with the digoxin assay and cause a false-positive result.

## THERAPY
### Management Overview

Initial treatment of a patient with acute cardioactive steroid poisoning includes providing general supportive care, discontinuing cardioactive steroid therapy, preventing further exposure, preventing further gastrointestinal (GI) absorption, monitoring for

Case 2:08-md-01968   Document 580-28   Filed 09/08/11   Page 50 of 64 PageID #: 24589

digitalis-poisoned patients, 51 patients were treated with cardiac pacing and/or digoxin-specific Fab, and the overall mortality rate was 13%.[111] Prevention of life-threatening dysrhythmias failed in 5% of patients treated with immunotherapy and in 23% of patients treated with internal pacemakers. The main reasons for failure of digoxin-specific Fab was pacing-induced dysrhythmias and delayed or insufficient doses of digoxin-specific Fab. Iatrogenic complications of pacing occurred in 36% of patients. Thus, overdrive suppression with a temporary transvenous pacemaker should not be used to abolish ventricular tachydysrhythmias in the presence of cardioactive steroid poisoning.[5,111] Pacemakers have limited utility and substantial risks in patients with cardioactive steroid toxicity, making the use of digoxin-specific Fab first-line therapy.[111]

Transthoracic electrical cardioversion for atrial tachydysrhythmias, in the setting of digoxin poisoning, is both clinically and experimentally associated with the development of potentially lethal ventricular dysrhythmias. The dysrhythmias are similar to digoxin toxic rhythms,[97] and related to the degree of toxicity, and the amount of administered current in cardioversion.[97] In cardioactive steroid-poisoned patients with unstable rhythms, such as hemodynamically unstable ventricular tachycardia and ventricular fibrillation, cardioversion and defibrillation, respectively, are indicated.

## Electrolyte Therapy

**Potassium.** Hypokalemia and hyperkalemia can exacerbate cardioactive steroid cardiotoxicity. When hypokalemia is noted in conjunction with tachydysrhythmias or bradydysrhythmias, potassium replacement should be administered with serial monitoring of serum potassium, because iatrogenic hyperkalemia is detrimental. In this setting, digoxin-specific Fab administration generally should not be used until the hypokalemia is corrected because the reinstitution of $Na^+$-$K^+$-ATPase function may cause profound hypokalemia.

In the presence of acute cardioactive steroid toxicity, when potassium exceeds 5.0 mEq/L, digoxin-specific antibodies are indicated. When marked hyperkalemia develops in conjunction with ECG evidence of hyperkalemia, and if digoxin-specific Fab is not available immediately, an attempt should be made to lower the serum potassium with IV insulin, dextrose, sodium bicarbonate, and oral administration of the ion-exchange resin sodium polystyrene sulfonate. Similar caution, as stated above, should be applied to the subsequent administration of digoxin-specific Fab because of concern for profound hypokalemia. Calcium chloride is beneficial in most hyperkalemic patients, but in the presence of cardioactive steroid, poisoning by calcium salts may be disastrous, as intracellular hypercalcemia is already present. Although a 2004 study was unable to show an adverse effect,[41] a number of experimental studies cite the additive or synergistic actions of calcium and cardioactive steroids on the heart, resulting in dysrhythmias,[35,81,102] cardiac dysfunction[59] (eg, hypercontractility, or the so-called stone heart, hypocontractility), and cardiac arrest.[70,102,117] Furthermore, 3 case reports[7,62] of deaths in cardioactive steroid-poisoned patients following calcium administration support the withholding of calcium administration in the setting of hyperkalemia. The purported mechanism is augmented intracellular cytoplasmic $Ca^{2+}$, which results from an increased transmembrane concentration gradient that further inhibits calcium extrusion through the $Na^+$-$Ca^{2+}$ exchange and/or increased intracytoplasmic stores.[57] This additional cytoplasmic calcium may result in altered contraction of myofibril organelles,[59] less negative intracellular resting potential that allows delayed afterdepolarizations to reach

firing threshold,[45,57,81] altered function of the sarcoplasmic reticulum,[59,93] or increased calcium interfering with myocardial mitochondrial function (see Chap. 23).[59] Although some investigators suspect that the rate of administration of the calcium may be a factor in the subsequent cardiac toxicity,[70,81] calcium administration should be avoided, as there are better, safer, alternative treatments available for cardioactive steroid-induced hyperkalemia (eg, digoxin-specific Fab, insulin and sodium bicarbonate).[7,35,62,81,102]

**Magnesium.** Hypomagnesemia may also occur in cardioactive steroid-poisoned patients, secondary to the contributory factors mentioned with hypokalemia, such as long-term diuretic use to treat congestive heart failure. Concomitant hypomagnesemia may result in refractory hypokalemia, despite potassium replacement.[120] The theoretical benefits of magnesium therapy include blockade of the transient inward calcium current, antagonism of calcium at intracellular binding sites, decreased cardioactive steroid-related ventricular irritability, and blockade of potassium egress from cardioactive steroid-poisoned cells.[3,30,53,87,98,108,120] Although hypomagnesemia increases myocardial digoxin uptake and decreases cellular $Na^+$-$K^+$-ATPase activity, there is conflicting evidence on whether magnesium "reactivates" the cardioactive steroid-bound $Na^+$-$K^+$-ATPase activity.[79,98,108]

The successful use of intravenous magnesium sulfate in the treatment of ventricular tachydysrhythmias, caused by digoxin toxicity, is reported, even in the presence of elevated serum magnesium levels.[60] The mechanism of efficacy of magnesium may be its ability to suppress delayed afterdepolarizations, prolong refractory period by decreasing calcium uptake and potassium efflux,[108] activate $Na^+$-$K^+$-ATPase as an essential metallo-coenzyme, or antagonize digoxin at the sarcolemma $Na^+$-$K^+$-ATPase pump. However, this treatment is only temporizing, until digoxin-specific Fab is available for definitive therapy, and is not advocated as first-line therapy. The precise dosing of magnesium sulfate in cardioactive steroid-poisoned patients is not established.[3,30,53,60,87,98,120] A common regimen uses 2 g of magnesium sulfate IV over 20 minutes in an adult (25–50 mg/kg/dose to a maximum of 2 g in a child). Following stabilization, an adult patient with severe hypomagnesemia may require a magnesium infusion of 1–2 g/h (25–50 mg/kg/h to a maximum of 2 g in a child), with serial monitoring of serum magnesium levels, telemetry, respiratory rate (observing for bradypnea), deep-tendon reflexes (observing for hyporeflexia), and monitoring of blood pressure. Magnesium is contraindicated in the setting of bradycardia or atrioventricular block, preexisting hypermagnesemia, and renal insufficiency or failure.

## Extracorporal Removal

Forced diuresis,[64] hemoperfusion,[75,118] and hemodialysis[118] are ineffective in enhancing the elimination of digoxin because of its large volume of distribution (4–10 L/kg), which makes it relatively inaccessible to these techniques. Because of its high affinity for tissue proteins, approximately 10 times less digoxin is found in the serum than is found at the tissue level, and of that amount, approximately 20–40% is protein-bound.[55]

Various investigations into new methods of extracorporal removal are under investigation. Plasmapheresis may have a role for removing retained Fab-digoxin complexes to prevent rebound toxicity after digoxin overdose treatment in anuric patients, but its usefulness has not been clearly defined.[14,85] Additionally, there is a suggestion that hemoperfusion through a $\beta_2$-microglobulin adsorptive column might be useful for treating acute digoxin toxicity.[53,113]

9-125

**978**    PART C    **THE CLINICAL BASIS OF MEDICAL TOXICOLOGY**

dysrhythmias, determining electrolyte and digoxin concentrations, administering digoxin-specific antibody fragments, and treating specific complications such as dysrhythmias and electrolyte abnormalities.

### Gastrointestinal Decontamination

Initial treatment should be directed toward prevention of further GI absorption. Emesis or lavage may be considered only rarely, because efficacy is limited, secondary to rapid absorption from the gut and to the emetic effects of the drug itself. Patients with chronic ingestion do not usually benefit from these GI decontamination techniques, because of the limited availability of drug in the gastrointestinal tract for removal. Because many cardioactive steroids, such as digitoxin and digoxin, are recirculated enterohepatically and enteroenterically, both late and repeated activated charcoal administration (1 g/kg of body weight every 2–4 hours for up to 4 doses) may be beneficial in reducing serum concentrations.[16,65,69,84,119] Steroid-binding resins such as cholestyramine and colestipol,[47,89] like activated charcoal,[20] can prevent reabsorption of cardioactive steroids from the GI tract and reduce the serum half-life by interrupting both enteroenteric and enterohepatic circulation, and may be used in cases where digoxin-specific Fab is not immediately available, or when renal function is inadequate.[20,47]

### Advanced Management

**Digoxin-Specific Antibody Fragments.**    The standard of care for patients with life-threatening cardioactive steroid toxicity is the use of digoxin-specific antibody fragments.[1,32,34,85,88,95,104,110,123] Purified digoxin-specific Fab causes a sharp decrease in free serum digoxin concentrations, a concomitant, but clinically unimportant, massive increase in total serum digoxin, an increase in renal clearance of cardioactive steroid, and a decrease in the serum potassium level.[1] In addition, the administration of digoxin-specific Fab is pharmacoeconomically sound.[21] Although the drug itself is expensive, its expense is far outweighed by obviating the need, risk, and expense of long-term ICU stays, and of repetitive evaluation of potassium and digoxin levels. Table 62–4 lists the indications for administering digoxin-specific Fab. Extensive discussion is found in Antidotes in Depth: Digoxin-Specific Antibody Fragments (Fab).

**Additional Cardiac Therapies.**    In the event that digoxin-specific fragments are not immediately available, the secondary drugs for the management of ventricular irritability include phenytoin and lidocaine. These drugs depress the enhanced ventricular automaticity without significantly slowing, and perhaps enhancing, AV nodal conduction.[94] In fact, phenytoin may reverse digitalis-induced prolongation of AV nodal conduction while suppressing digitalis-induced ectopic tachydysrhythmia, without diminishing myocardial contractile forces.[46] In addition, phenytoin can terminate supraventricular dysrhythmias induced by digitalis more effectively than lidocaine.[94] Underlying atrial fibrillation and flutter typically do not convert to a normal sinus rhythm with administration of phenytoin or lidocaine. When used, phenytoin should be infused slowly intravenously (~50 mg/min) or in boluses of 100 mg repeated every 5 minutes until control of the dysrhythmias is achieved or a maximum of 1000 mg has been given in an adult, or 15–20 mg/kg in a child.[8,78] Fosphenytoin has

**TABLE 62–4.    Indications for Administration of Digoxin-Specific Antibody Fragments**

Any potential digoxin-related life-threatening dysrhythmia
Potassium concentration >5.0 mEq/L in setting of acute digoxin poisoning
Chronic digoxin poisoning with dysrhythmias, significant gastrointestinal symptoms, or acute onset of significantly altered mental status, or renal insufficiency
Serum digoxin concentration (SDC) ≥15 ng/mL at any time, or ≥10 ng/mL 6 h postingestion
Ingestion of 10 mg in adult
Ingestion of 4 mg in a child
To aid in treatment of suspected cardioactive steroid poisoning without a confirmatory level
Poisoning by nondigoxin cardioactive steroid

**Digoxin-specific Fab dosing (round up vial calculation)**

$$\text{No. of vials} = \frac{\text{SDC (ng/mL)} \times \text{Pt Wt (kg)}}{100}$$

$$\text{No. of vials} = \frac{\text{Amount ingested (mg)}}{0.5 \text{ (mg/vial)}} = 80\% \text{ bioavailability}$$

Empiric therapy for acute poisoning:
  10–20 vials (adult or pediatric)
Empiric therapy for chronic poisoning:
  Adult—3–6 vials
  Pediatric—1–2 vials

not been evaluated in this setting. Maintenance oral doses of phenytoin 300–400 mg/d in an adult, and 6–10 mg/kg/d in a child, should be continued until digoxin toxicity is resolved. Lidocaine is given as a 1.0–1.5-mg/kg IV bolus followed by continuous infusion at 1–4 mg/min in an adult, or as a 1.0–1.5-mg/kg IV bolus followed by 30–50 μg/kg/min in a child, as required to control the rhythm disturbance. (Chap. 61).

Class IA antidysrhythmics are contraindicated in the setting of cardioactive steroid poisoning because they may induce or worsen AV nodal block and decrease His-Purkinje conduction at slow heart rates, and because of their α-adrenergic receptor blockade and vagal inhibition significant hypotension and tachycardia may occur. Class IA antidysrhythmics are also prodysrhythmogenic and their safety in the setting of cardioactive steroid poisoning is unstudied. Additionally, quinidine reduces renal clearance of digoxin and digitoxin.

In patients with symptomatic supraventricular bradydysrhythmias or high degrees of AV block, atropine 0.5 mg should be administered intravenously to an adult, or 0.02 mg/kg with a minimum of 0.1 mg to a child. Atropine should be titrated to block the vagotonic effects of the cardioactive steroid. The dose may be repeated at 5-minute intervals if necessary. Therapeutic success is unpredictable, because the depressant actions of cardioactive steroids are mediated only in part through the vagus nerve. The use of isoproterenol should be avoided in cardioactive steroid-induced conduction disturbances, as there may be an increased incidence of ventricular ectopic activity in the presence of toxic levels of cardioactive steroids.

### Pacemakers and Cardioversion

External or transvenous pacemakers have limited indications in the management of cardioactive steroid poisoning since digoxin-specific Fab became available. In one retrospective study of 92

PLAINTIFFS' EXHIBITS 012708

9-126

**980**   PART C   THE CLINICAL BASIS OF MEDICAL TOXICOLOGY

## SUMMARY

Digoxin and digitoxin are the most commonly prescribed members of the drugs classified as cardioactive steroids, which share common structural similarities and functions at the cellular level. Cardioactive steroids have a narrow therapeutic index. Signs and symptoms of cardioactive steroid toxicity range from subtle to profound. Both cardiac and noncardiac effects follow cardioactive steroid poisoning. Patients with acute toxicity often have a higher serum concentration of the drug and may present with profound nausea, vomiting, bradycardia, atrial and ventricular ectopy with block, or hyperkalemia. Patients with chronic toxicity often have a lower serum concentration of cardioactive steroids and may present similarly, but more often the symptoms are more protean—loss of appetite, headache, weakness, nausea, alteration in mental status—all of which may be combined with similar ectopic rhythms as with acute toxicity. In addition to overt overdose, an elevation in the serum cardioactive steroid concentrations and an exacerbation of the clinical drug effect leading to toxicity may occur from drug interactions or from deteriorating metabolic processes such as with declining renal function, or from electrolyte abnormalities such as hypokalemia, and hypomagnesemia. A systematic approach toward treating patients using basic supportive and decontamination management techniques, supplemented by the early administration of digoxin-specific Fab immunotherapy can significantly reduce morbidity and mortality in these high-risk patients.

## REFERENCES

1. Banner W, Bach P, Burk B, et al: Influence of assay methods on serum concentrations of digoxin during Fab fragment treatments. J Toxicol Clin Toxicol 1992;30:259–267.

2. Bayer MJ: Recognition and management of digitalis intoxication: Implications for emergency medicine. Am J Emerg Med 1991;9 (Suppl 1):29–32.

3. Beller GA, Hood WB, Smith TW, et al: Correlation of serum magnesium level and cardiac digitalis intoxication. Am J Cardiol 1974;33:225–229.

4. Bismuth C, Gaultier M, Conso F, Efthymiou ML: Hyperkalemia in acute digitalis poisoning: Prognostic significance and therapeutic implications. Clin Toxicol 1973;6:153–162.

5. Bismuth C, Motte G, Conso F, Chauvin M: Acute digitoxin intoxication treated by intracardiac pacemaker: Experience in sixty-eight patients. Clin Toxicol 1977;10:443–456.

6. Blaustein MP: Physiologic effects of endogenous ouabain: Control of intracellular Ca²⁺ stores and cell responsiveness. Am J Physiol 1993;264:C1367–C1387.

7. Bower JO, Mengle HAK: The additive effect of calcium and digitalis. JAMA 1936;106:1151–1153.

8. Bristow MR, Port JD, Kelly RA: Treatment of heart failure: Pharmacologic methods. In: Braunwald E, Zipes D, Libby P, eds: Heart Disease. A Textbook of Cardiovascular Medicine, 6th ed. New York, WB Saunders, 2001, pp. 573–575.

9. Brubacher JR, Ravikumar PR, Bania T, et al: Treatment of toad venom poisoning with digoxin-specific Fab fragments. Chest 1996;110:1282–1288.

10. Carver JL, Valdes R: Anomalous serum digoxin concentrations in uremia. Ann Intern Med 1983;98:483–484.

11. Centers for Disease Control and Prevention: Deaths associated with a purported aphrodisiac. New York City, February 1993–May 1995. MMWR Morb Mortal Wkly Rep 1995;44:853–855.

12. Chern MS, Ray CY, Wu DL: Biological intoxication due to digitalis-like substance after ingestion of cooked toad soup. Am J Cardiol 1991;67:443–444.

13. Cheung K Hinds JA, Duffy P: Detection of poisoning by plant-cardiac glycoside with the Abbot TDx analyzer. Clin C 1989;35:295–297.

14. Chillet P, Korach JM, Vincent N, et al: Digoxin poisoning and acute renal failure: Efficiency of the treatment associating digoxin specific antibodies (Fab) and plasma exchanges. Int J Artif O 2002;25:538–541.

15. Cooke D: The use of central nervous system manifestations in early detection of digitalis toxicity. Heart Lung 1993;22:477–48

16. Critchley JA, Critchley LA: Digoxin toxicity in chronic renal Treatment by multiple-dose activated charcoal intestinal dial Hum Exp Toxicol 1997;16:733–735.

17. Cummins RO, Haulman J, Quan L: Near-fatal yew berry intoxic treated with external cardiac pacing and digoxin-specific Fab body fragments. Ann Emerg Med 1990;19:38–43.

18. Dasgupta A, Wu S, Actor J, et al: Effect of Asian and Siberian seng on serum digoxin measurement by five digoxin immunoass Significant variation in digoxin-like immunoreactivity among c mercial ginsengs. Am J Clin Pathol 2003;119:298–303.

19. De-Mey C, Brendel E, Enterling D: Carvedilol increases the sys bioavailability of oral digoxin. Br J Clin Pharmacol 1990;29:486–

20. de Silva HA, Fonseka MMD, Pathmeswaran A, et al: Multiple-activated charcoal for treatment of yellow oleander poisoning single-blind randomised, placebo-controlled trial. Lancet 2003; 1935–1938.

21. DiDomenico RJ, Walton SM, Sanoski CA, et al: Analysis of the of digoxin immune Fab for the treatment of non–life-threaten digoxin toxicity. J Cardiovasc Pharmacol Ther 2000;5:77–85.

22. Doering W: Quinidine-digoxin interaction: Pharmacokinetics, un lying mechanism and clinical implications. N Engl J Med 1979; 400–404.

23. Doherty JE, Perkins WH, Flanigan WJ: The distribution and con tration of tritiated digoxin in human tissues Ann Intern 1967;66:116–124.

24. Doolittle MH, Lincoln K, Graves SW: Unexplained increas serum digoxin: A case report. Clin Chem 1994;40:487–492.

25. Eddelston M, Ariaratnam CA, Sjostrom L, et al: Acute yellow o der (Thevetia peruviana) poisoning: Cardiac arrhythmias, electr disturbances, and serum cardiac glycoside concentrations on pre tation to hospital. Heart 2000;83:301–306.

26. Eddleston M, Sheriff MHR, Hawton K: Deliberate self harm in Lanka: An overlooked tragedy in the developing world. BMJ 317:133–135.

27. Eisner DA, Lederer WJ, Vaughan-Jones RD: The quantitative tionship between twitch tension and intracellular sodium activi sheep cardiac Purkinje fibers. J Physiol 1984;355:251–266.

28. Eisner DA, Smith TW: The Na-K pump and its effect in cardiac cle. In: Fozzard HA, ed: The Heart and Cardiovascular System ed. New York, Raven Press, 1991, pp. 863–902.

29. Eisner T, Wiemer DF, Haynes LW, Meinwald J: Lucibufagins fensive steroids from the fireflies Photinus ignitus and P. marg lus (Coleoptera: Lampyridae). Proc Natl Acad Sci U S A 197 905.

30. French JH, Thomas RG, Siskind AP, et al: Magnesium therap massive digoxin intoxication. Ann Emerg Med 1984;13:562–566

31. Friedman HS, Abramowitz J, Nguyen T, et al: Urinary digoxin-like munoreactive substance in pregnancy. Am J Med 1987;83:261–26

32. George S, Brathwaite RA, Hughes EA: Digoxin measurements foll ing plasma ultrafiltration in two patients with digoxin toxicity tr with specific Fab fragments. Ann Clin Biochem 1994;31:380–381

33. Giampietro O, Clerico A, Gregori G, et al: Increased urinary ex tion of digoxin-like immunoreactive substance by insulin-depe diabetic patients: A linkage with hypertension? Clin Chem 1988 2418–2422.

34. Gibb T, Adams PC, Parnham AJ, Jennings K: Plasma digoxin: A anomalies in Fab-treated patients. Br J Clin Pharmacol 1983 445–447.

Gold H, Edwards DJ: The effects of ouabain on heart in the presence of hypercalcemia. Am Heart J 1927;3:45–50.

Gorelick DA, Kussin SZ, Kahn I: Paranoid delusions and auditory hallucinations associated with digoxin intoxication. J Nerv Ment Dis 1978;166:817–819.

Graves SW, Adler G, Stuenkel C, et al: Increases in plasma digitalis-induced hypoglycemia. Neuroendocrinology 1989;49:586–591.

Graves SW, Brown BA, Valdes R: Digoxin-like substances measured in patients with renal impairment. Ann Intern Med 1983;99:604–608.

Graves SW, Valdes R, Brown BA, et al: Endogenous immunoreactive digoxin-like substance in human pregnancies. J Clin Endocrinol Metab 1984;58:748–751.

Graves SW: Endogenous digitalis-like factors. Crit Rev Clin Lab Sci 1986;23:177–200.

Hack JB, Woody JH, Lewis DE, et al: The effect of calcium chloride in treating hyperkalemia due to acute digoxin toxicity in a porcine model. J Toxicol Clin Toxicol 2004;42:337–342.

Haddy FJ: Endogenous digitalis-like factor or factors. N Engl J Med 1987;316:621–622.

Hager WD, Fenster P, Mayersohn M, et al: Digoxin-quinidine interaction: Pharmacokinetic evaluation. N Engl J Med 1979;300:1238–1241.

Hastreiter AR, John EG, van der Horst RL: Digitalis, digitalis antibodies, digitalis-like immunoreactive substances, and sodium homeostasis: A review. Clin Perinatol 1988;15:491–522.

Hauptman PJ, Kelly RA: Digitalis. Circulation 1999;99:1265–1270.

Helfant RH, Scherlac BJ, Damata AN: Protection from digitalis toxicity with the prophylactic use of diphenylhydantoin sodium an arrhythmic-inotropic dissociation. Circulation 1967;36:119–124.

Henderson RP, Solomon CP: Use of cholestyramine in the treatment of digoxin intoxication. Arch Intern Med 1988;148:745–746.

Hilton PJ, White G, Lord A, et al: An inhibitor of the sodium pump obtained from human placenta. Lancet 1996;348:303–305.

Hobson J, Zettner A: Digoxin serum half-life following suicidal digoxin poisoning. JAMA 1973;223:147–149.

Hollman A: Plants and cardiac glycosides. Br Heart J 1985;54:258–261.

Isensee L, Solomon RJ, Weinberg MS, et al: Digoxin levels in dialysis patients. Hosp Physician 1988;24:50–52.

Jortani SA, Helm RA, Valdes R: Inhibition of Na,K-ATPase by oleandrin and oleandrigenen, and their detection by digoxin immunoassays. Clin Chem 1996;42:1654–1658.

Kaneko T, Kudo M, Okumura T, et al: Successful treatment of digoxin intoxication by hemoperfusion with specific columns for $\beta_2$-microglobulin adsorption (Lixelle) in a maintenance haemodialysis patient. Nephrol Dial Transplant 2001;16;195–196.

Karkal SS, Ordog G, Wasserberg J: Digitalis intoxication: Dealing rapidly and effectively with a complex cardiac toxidrome. Emerg Med Rep 1991;12:29–44.

Katzung BG, Parmley WM: Cardiac glycosides & other drugs used in congestive heart failure. In: Katzung BG, ed: Basic and Clinical Pharmacology, 7th ed. Stamford, CT, Appleton & Lange, 1998, pp. 197–215.

Kelly RA, Smith TW: Endogenous cardiac glycosides. Adv Pharmacol 1994;25:263–288.

Kelly RA, Smith TW: Pharmacological treatment of heart failure. In: Hardman JG, Limbird LE, Molinoff PB, Ruddon RW, eds: Goodman and Gilman's The Pharmacological Basis of Therapeutics, 9th ed. New York, McGraw-Hill, 1996, pp. 809–838.

Kelly RA, Smith TW: Recognition and management of digitalis toxicity. Am J Cardiol 1992;69:108–109.

Khatter JC, Agbanyo M, Navaratnam S, et al: Digitalis cardiotoxicity: Cellular calcium overload as a possible mechanism. Basic Res Cardiol 1989;84:553–563.

Kinlay S, Buckley N: Magnesium sulfate in the treatment of ventricular arrhythmias due to digoxin toxicity. J Toxicol Clin Toxicol 1995;33:55–59.

61. Klausen T, Kjeldsen K, Norgaard A: Effects of denervation on sodium, potassium and [$^3$H] ouabain binding in muscles of normal and potassium depleted rats. J Physiol 1983;345:123–124.

62. Kne T, Brokaw M, Wax P: Fatality from calcium chloride in a chronic digoxin toxic patient (abstract). J Toxicol Clin Toxicol 1997;5:505.

63. Knight M, Glor R, Smedley SR, et al: Firefly toxicosis in lizards. J Chem Ecol 1999;25:1981–1986.

64. Koren G, Klein J: Enhancement of digoxin clearance by mannitol diuresis: In vivo studies and their clinical implications. Vet Hum Toxicol 1988;30:25–27.

65. Lalonde RL, Deshpande R, Hamilton PP, et al: Acceleration of digoxin clearance by activated charcoal. Clin Pharmacol Ther 1985;37:367–371.

66. Leahy EB Jr, Reiffel JA, Drusin RE, et al: Interaction between quinidine and digoxin. JAMA 1978;240:533–534.

67. Lee TC: Van Gogh's vision. JAMA 1981;245:727–729.

68. Lely AH, van Enter CH: Large-scale digitoxin intoxication. Br Med J 1970;3:737–740.

69. Levy G: Gastrointestinal clearance of drugs with activated charcoal. N Engl J Med 1982;307:676–678.

70. Lieberman AL: Studies on calcium VI: Some interrelationships of the cardiac activities of calcium gluconate and scillaren-B. J Pharmacol Exp Ther 1933;47:183–192.

71. Lindenbaum J, Rund DG, Butler VP: Inactivation of digoxin by the gut flora: Reversal by antibiotic therapy. N Engl J Med 1981;305:789–794.

72. Lown B, Byatt NF, Levine HD: Paroxysmal atrial tachycardia with block. Circulation 1960;21:129–143.

73. Madan BR, Khanna NK, Soni RK: Effect of some arrhythmogenic agents upon the acetylcholine content of the rabbit atria. J Pharm Pharmacol 1970;22:621–622.

74. Mahdyoon H, Battilana G, Rosman H, et al: The evolving pattern of digoxin intoxication: Observations at a large urban hospital from 1980 to 1988. Am Heart J 1990;120:1189–1194.

75. Marbury T, Mahoney J, Juncos L, et al: Advanced digoxin toxicity in renal failure: Treatment with charcoal hemoperfusion. South Med J 1979;72:279–282.

76. McGary SJ, Williams AJ: Digoxin activates sarcoplasmic reticulum $Ca^{2+}$ release channels: A possible role in cardiac inotropy. Br J Pharmacol 1993;108:1043–1050.

77. McRae S: Elevated serum digoxin levels in a patient taking digoxin and Siberian ginseng. CMAJ 1996;155:292–295.

78. Miller JM, Zipes DP: Management of the patient with cardiac arrhythmias. In: Braunwald E, Zipes D, Libby P, eds: Heart Disease. A Textbook of Cardiovascular Medicine, 6th ed. New York, WB Saunders, 2001, pp. 726–727.

79. Nanji AA, Greenway DC: Falsely raised plasma digoxin concentrations in liver disease. Br Med J 1985;290:432–433.

80. Neff MS, Mendelssohn S, Kim KS, et al: Magnesium sulfate in digitalis toxicity. Am J Cardiol 1974;62:377–382.

81. Nola GT, Pope S, Harrison DC: Assessment of the synergistic relationship between serum calcium and digitalis. Am Heart J 1970;79:499–507.

82. Ordog GJ, Benaron S, Bhasin V, et al: Serum digoxin levels and mortality in 5,100 patients. Ann Emerg Med 1987;16:32–39.

83. Pace DG, Gillis RA: Neuroexcitatory effects of digoxin in the cat. J Pharmacol Exp Ther 1976;199:583–600.

84. Pond S, Jacos M, Marks J, et al: Treatment of digitoxin overdose with oral activated charcoal. Lancet 1981;2:1177–1178.

85. Rabetoy GM, Price CA, Findlay JWA, et al: Treatment of digoxin intoxication in a renal failure patient with digoxin-specific antibody fragments and plasmapheresis. Am J Nephrol 1990;10:518–521.

86. Radford DJ, Cheung K, Urech R, et al: Immunologic detection of cardiac glycosides in plants. Aust Vet J 1994;71:236–38.

87. Reisdorff EJ, Clark MR, Walter BL: Acute digitalis poisoning: The role of intravenous magnesium sulfate. J Emerg Med 1986;4:463–469.

88. Rich SA, Libera JM, Locke RJ: Treatment of foxglove extract poisoning with digoxin-specific Fab fragments. Ann Emerg Med 1993;22:1904–1907.

PLAINTIFFS' EXHIBITS 012710

9-128

**982**   PART C   THE CLINICAL BASIS OF MEDICAL TOXICOLOGY

89. Roberge RJ: Congestive heart failure and toxic digoxin levels: Role of cholestyramine. Vet Hum Toxicol 2000;42:172–173.

90. Rodin SM, Johnson BF: Pharmacokinetic interactions with digoxin. Clin Pharmacokinetic 1988;15:227–244.

91. Rose AM, Valdes R: Understanding the sodium pump and its relevance to disease. Clin Chem 1994;40:1674–1685.

92. Rosen MR, Wit AL, Hoffman BF: Cardiac antiarrhythmic and toxic effects of digitalis. Am Heart J 1975;89:391–399.

93. Rosen MR: Cellular electrophysiology of digitalis toxicity. J Am Coll Cardiol 1985;2:22A–34A.

94. Rumack BH, Wolfe RR, Gilfinch H: Diphenylhydantoin treatment of massive digoxin overdose. Br Heart J 1974;36:405–408.

95. Safadi R, Levy T, Amitai Y, et al: Beneficial effect of digoxin-specific Fab antibody fragments in oleander intoxication. Arch Intern Med 1995;155:2121–2125.

96. Sameri RM, Soberman JE, Finch CK, et al: Lower serum digoxin concentrations in heart failure and reassessment of laboratory report forms. Am J Med Sci 2002;324:10–13.

97. Sarubbi B, Ducceschi V, D'Antonello A, et al: Atrial fibrillation: What are the effects of drug therapy on the effectiveness and complications of electrical cardioversion? Can J Cardiol 1998;14:1267–1273.

98. Seller RH: The role of magnesium in digitalis toxicity. Am Heart J 1971;82:551–556.

99. Selzer A: Role of serum digoxin assay in patient management. J Am Coll Cardiol 1985;5:106A–110A.

100. Shilo LM, Adawi A, Solomon G, Shenkman L: Endogenous digoxin-like immunoreactivity in congestive heart failure. Br Med J 1987;295:415–416.

101. Silber B, Sheiner LB, Powers JL, et al: Spironolactone-associated digoxin radioimmunoassay interference. Clin Chem 1979;25:48–54.

102. Smith PK, Winkler AW, Hoff HE: Calcium and digitalis synergism: The toxicity of calcium salts injected intravenously into digitalized animals. Arch Intern Med 1939;64:322–328.

103. Smith SW, Shah RR, Herzog CA: Bidirectional ventricular tachycardia resulting from herbal aconite poisoning. Ann Emerg Med 2005;45:100.

104. Smith TW, Haber E, Yeatman L, et al: Reversal of advanced digoxin intoxication with Fab fragments of digoxin-specific antibodies. N Engl J Med 1976;294:797–800.

105. Smith TW: Pharmacokinetics, bioavailability and serum levels of cardiac glycosides. J Am Coll Cardiol 1985;5:43A–50A.

106. Smith TW: Digitalis. N Engl J Med 1988;318:358–365.

107. Somberg JC, Bounous H, Levitt B: The antiarrhythmic effects of quinidine and propranolol in the ouabain-intoxicated spinally transected cat. Eur J Pharmacol 1979;54:161–166.

108. Spechter MJ, Schweizer E, Goldman RH: Studies on magnesium mechanism of action in digitalis-induced arrhythmias. Circulation 1975;52:1001–1005.

109. Springer M, Olson KR, Feaster W: Acute massive digoxin overdose: Survival without use of digitalis-specific antibodies. Am J Emerg Med 1986;4:364–369.

110. Sullivan JB: Immunotherapy in the poisoned patient. Med Toxicol 1986;1:47–60.

111. Taboulet P, Baud FJ, Bismuth C, et al: Acute digitalis intoxication: Is pacing still appropriate? J Toxicol Clin Toxicol 1993;31:261–273.

112. Torsti P: Acetylcholine content and cholinesterase activities in the rabbit heart in experimental heart failure and the effect of g-strophanthin treatment on them. Ann Med Exp Biol Fenn 1959;37(Suppl 4):4–9.

113. Tsuruoka S, Osono E, Nishiki K, et al: Removal of digoxin by column for specific adsorption of $\beta_2$-microglobulin: A potential use for digoxin intoxication. Clin Pharmacol Ther 2001;69:422–30.

114. Tuncok Y, Kozan O, Cavdar C, et al: Urginea maritima (squill) toxicity. J Toxicol Clin Toxicol 1995;33:83–86.

115. Valdes R, Graves SW, Brown BA, et al: Endogenous substances in newborn infants causing false-positive digoxin measurements. J Pediatr 1983;102:947–950.

116. Valdes R, Hagberg JM, Vaughan TE, et al: Endogenous digoxin-like immunoreactivity in blood is increased during prolonged strenuous exercise. Life Sci 1988;42:103–110.

117. Wagner J, Salzer WW: Calcium-dependent toxic effects of digoxin in isolated myocardial preparations. Arch Int Pharmacodyn 1976;223:4–14.

118. Warren SE, Fanestil DD: Digoxin overdose: Limitations of hemoperfusion-hemodialysis treatment. JAMA 1979;242:2100–2101.

119. Watson WA: Factors influencing the clinical efficacy of activated charcoal. Drug Intell Clin Pharm 1987;21:160–166.

120. Whang R, Aikawa J: Magnesium deficiency and refractoriness to potassium repletion. J Chron Dis 1977;30:65–68.

121. Wildicks EFM, Vermeulen M, van Brummelen P, et al: Digoxin-like immunoreactive substance in patients with aneurysmal subarachnoid hemorrhage. Br Med J 1987;294:729–732.

122. Withering W: An account of the foxglove and some of its medical uses: With practical remarks on dropsy and other diseases. Med Classics 1937;2:295–443.

123. Woolf AD, Wenger T, Smith TW, et al: The use of digoxin-specific Fab fragments for severe digitalis intoxication in children. N Engl J Med 1992;326:1739–1744.

# Clinical Investigation and Reports

# Impact of Atrial Fibrillation on the Risk of Death
## The Framingham Heart Study

Emelia J. Benjamin, MD, ScM; Philip A. Wolf, MD; Ralph B. D'Agostino, PhD;
Halit Silbershatz, PhD; William B. Kannel, MD; Daniel Levy, MD

***Background***—Atrial fibrillation (AF) causes substantial morbidity. It is uncertain whether AF is associated with excess mortality independent of associated cardiac conditions and risk factors.

***Methods and Results***—We examined the mortality of subjects 55 to 94 years of age who developed AF during 40 years of follow-up of the original Framingham Heart Study cohort. Of the original 5209 subjects, 296 men and 325 women (mean ages, 74 and 76 years, respectively) developed AF and met eligibility criteria. By pooled logistic regression, after adjustment for age, hypertension, smoking, diabetes, left ventricular hypertrophy, myocardial infarction, congestive heart failure, valvular heart disease, and stroke or transient ischemic attack, AF was associated with an OR for death of 1.5 (95% CI, 1.2 to 1.8) in men and 1.9 (95% CI, 1.5 to 2.2) in women. The risk of mortality conferred by AF did not significantly vary by age. However, there was a significant AF-sex interaction: AF diminished the female advantage in survival. In secondary multivariate analyses, in subjects free of valvular heart disease and preexisting cardiovascular disease, AF remained significantly associated with excess mortality, with about a doubling of mortality in both sexes.

***Conclusions***—In subjects from the original cohort of the Framingham Heart Study, AF was associated with a 1.5- to 1.9-fold mortality risk after adjustment for the preexisting cardiovascular conditions with which AF was related. The decreased survival seen with AF was present in men and women and across a wide range of ages. (***Circulation***. 1998;98:946-952.)

**Key Words:** fibrillation, atrial ■ mortality ■ prognosis ■ stroke ■ cerebrovascular disorders ■ risk factors ■ aging

Atrial fibrillation (AF) is the most common chronic arrhythmia associated with an adverse prognosis. It is estimated that 2.2 million Americans have intermittent or sustained AF.[1] The incidence of AF increases with advancing age, with an annual incidence per 1000 person-years of about 3.1 cases in men and 1.9 cases in women 55 to 64 years of age, rising to 38.0 and 31.4 cases in men and women 85 to 94 years of age.[2] The clinical risk factors for AF include advancing age, diabetes, hypertension, congestive heart failure, rheumatic and nonrheumatic valve disease, and myocardial infarction.[2] The echocardiographic risk factors for nonrheumatic AF include left atrial enlargement, increased left ventricular wall thickness, and reduced left ventricular fractional shortening.[3] AF is an independent risk factor for stroke, resulting in an approximate 3- to 5-fold excess risk.[4] Furthermore, whereas the attributable risks for most stroke risk factors decline with advancing age, the attributable risks for stroke associated with AF dramatically increase with age, from 1.5% for those 50 to 59 years of age to 23.5% for those 80 to 89 years of age.[4]

See p 943

Although the morbidity of AF is well documented, it has not been clearly established whether AF per se results in excess mortality. The worsened survival seen with AF could reflect the increased mortality of the cardiovascular conditions with which it is associated. Using data from the Framingham Heart Study, we sought to ascertain the mortality associated with AF after adjusting for coexistent cardiac conditions and risk factors in a population-based sample.

## Methods

### Subjects

The Framingham Heart Study was begun in 1948 to explore risk factors for and consequences of cardiovascular disease in a longitudinal population-based cohort. At entry, 5209 residents of Framingham, Mass, who were 28 to 62 years of age were enrolled. The subjects have received biennial examinations with routine assessment of medical history, physical examination, blood tests, and 12-lead ECGs. The examination procedures were approved by the Investigational Review Board of Boston Medical Center, and all subjects gave informed consent. Previous reports have outlined the

Received January 23, 1998; revision received April 21, 1998; accepted May 3, 1998.

From the National Heart, Lung, and Blood Institute's Framingham Heart Study, National Institutes of Health, Framingham, Mass (E.J.B., P.A.W., R.B.D., H.S., W.B.K., D.L.); Departments of Cardiology (E.J.B.), Preventive Medicine (E.J.B., P.A.W., D.L.), and Neurology (P.A.W.), Boston University School of Medicine, Boston, Mass; Department of Mathematics, Boston University (R.B.D., H.S.), Boston, Mass; Division of Cardiology and Clinical Epidemiology, Beth Israel Hospital, Boston, Mass (D.L.); and National Heart, Lung, and Blood Institute, Bethesda, Md (D.L.).

Correspondence to Emelia J. Benjamin, MD, ScM, The Framingham Heart Study, 5 Thurber St, Framingham, MA 01702-6334. E-mail emelia@fram.nhlbi.nih.gov

© 1998 American Heart Association, Inc.

Downloaded from http://circ.ahajournals.org/ by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012712

**TABLE 1.  Baseline Characteristics of Subjects With and Matched Subjects Without AF**

| | Men | | | Women | | |
|---|---|---|---|---|---|---|
| | AF (n=296) | No AF (n=592) | P | AF (n=325) | No AF (n=650) | P |
| Mean age, y | 73.7 | 73.8 | 0.95 | 76.4 | 76.4 | 0.98 |
| Hypertension, % | 58.4 | 54.9 | 0.33 | 55.0 | 53.9 | 0.76 |
| Smoking, % | 27.2 | 21.1 | 0.048 | 21.1 | 14.1 | 0.01 |
| Diabetes, % | 11.3 | 14.3 | 0.22 | 12.4 | 7.3 | 0.01 |
| ECG LVH, % | 9.9 | 6.1 | 0.052 | 13.9 | 6.7 | 0.0006 |
| Myocardial Infarction, % | 28.0 | 14.9 | 0.0001 | 14.0 | 5.6 | 0.0001 |
| Congestive heart failure, % | 21.8 | 3.2 | 0.0001 | 28.9 | 3.7 | 0.0001 |
| Valvular heart disease, % | 19.4 | 9.1 | 0.0001 | 33.5 | 12.7 | 0.0001 |
| Stroke or TIA, % | 14.0 | 9.1 | 0.04 | 19.9 | 8.2 | 0.0001 |

LVH indicates left ventricular hypertrophy; TIA, transient ischemic attack. Non-AF subjects were matched to AF subjects by age, sex, and calendar year.

study design, response rates, and completeness of follow-up.[5] For the present study, we analyzed 40 years of follow-up. Subjects were excluded from analysis if they had AF at the first examination (n=19). Analyses were restricted to subjects 55 to 94 years of age at each biennial examination. AF was diagnosed if chronic or paroxysmal AF or atrial flutter was present on ECG. ECGs were obtained from the routine biennial Framingham Heart Study clinic examination or from outside hospitals and physicians.[2]

### Definition of Clinical Covariables

Hypertension was considered present if the systolic blood pressure was at least 140 mm Hg or the diastolic blood pressure was ≥90 mm Hg on each of 2 successive readings obtained by the clinic physician or if the subject was receiving antihypertensive medication.[6] Diabetes was defined as a nonfasting blood glucose level ≥11.11 mmol/L (200 mg/dL) or the use of insulin or an oral hypoglycemic agent. ECG left ventricular hypertrophy was diagnosed if a subject had voltage criteria for left ventricular hypertrophy accompanied by lateral repolarization changes.[7] Prevalent congestive heart failure and myocardial infarction were determined by a panel of 3 physicians using previously published criteria.[8] Because echocardiography was unavailable for the first 3 decades of the study, valvular heart disease was defined by auscultation criteria as any diastolic murmur or a >2 of over 6 systolic murmur on Framingham Heart Study examination. The diagnosis of a stroke or transient ischemic attack was made by a panel of 3 investigators, including a neurologist, after they reviewed all records from relevant hospitalizations and clinic-reported events. Subjects suspected of having a cerebrovascular event were seen by a study neurologist in the hospital and in periodic follow-up.[9]

### Statistical Analyses

The primary analysis examined the impact of AF on mortality in men and women using pooled logistic regression analysis.[10] The pooled logistic regression analysis is equivalent to a Cox time-dependent regression analysis.[10] The pooled logistic regression analyses allowed the covariates in the multivariate models to change over time, with the clinical variables redefined at every biennial examination. Missing data were imputed by substituting the most recent values as long as they were obtained within the 2 preceding examination cycles. Cardiovascular disease was defined as congestive heart failure, myocardial infarction (recognized or unrecognized), and stroke or transient ischemic attack; these events were redefined between biennial examinations as long as they occurred at or before the onset of AF. To assess the net effect of AF, we used multivariate models that adjusted for age, hypertension, smoking, diabetes, ECG left ventricular hypertrophy, myocardial infarction, congestive heart failure, valvular heart disease, and stroke or transient ischemic attack unless otherwise specified.

To examine the influence of age and sex on AF mortality, interaction terms were introduced. To remove the impact of conditions with a high case-fatality rate, in 1 analysis, subjects were excluded if they died within 30 days of AF onset. Finally, to investigate whether the poor prognosis with AF was limited to subjects with valvular heart disease or preexisting cardiovascular disease, a multivariate analysis (adjusting for age, hypertension, smoking, diabetes, and left ventricular hypertrophy) was limited to subjects who were free of clinically apparent valvular heart disease, myocardial infarction, congestive heart failure, or stroke or transient ischemic attack.

For descriptive purposes, we used a matched-cohort analysis. Approximately 2 subjects without AF were matched to each AF subject by age, sex, and date of diagnosis of AF (index examination cycle). The characteristics of the AF subjects and matched subjects without AF were defined at the baseline index examination. To describe the mortality after AF, a Kaplan-Meier analysis[11] of the matched-cohort subjects was used to estimate survival and produce mortality curves. A log rank test was used to test the differences in survival between AF and matched non-AF participants.[12] All analyses were sex specific and were performed with the Statistical Analysis System program[13] on a Sun Sparc workstation.

### Results

During up to 40 years of follow-up, 296 men (mean age, 73.7 years) and 325 women (mean age, 76.4 years) developed AF. Table 1 displays the baseline characteristics of the AF and the age-, sex-, and calendar year–matched subjects without AF. Subjects with AF were significantly more likely than subjects without AF to have cardiovascular disease risk factors and preexisting disease at baseline, including hypertension, smoking, left ventricular hypertrophy, myocardial infarction, congestive heart failure, valvular heart disease, and stroke or transient ischemic attack. In addition, women with AF were more likely to be diabetic.

The Kaplan-Meier mortality curves are displayed in the Figure (top, subjects 55 to 74 years of age at baseline; bottom, subjects 75 to 94 years of age). For both the younger and older age groups, the mortality of men and women with AF was substantially greater than for the non-AF subjects (log rank test, all P<0.0001). At 10 years of follow-up, in the subjects 55 to 74 years of age, 61.5% of men with AF had died compared with 30.0% of men without AF; in women, 57.6% of those with AF had died compared with 20.9% of women without AF. Table 2 details the mortality of AF and

Downloaded from http://circ.ahajournals.org/by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012713

9-131

948    Atrial Fibrillation and Risk of Death



A, Kaplan-Meier mortality curves for subjects 55 to 74 years of age. Vertical axis shows percent of subjects dead at follow-up (0% to 80%); horizontal axis, up to 10 years of follow-up. Subjects included men with AF (n=159), men without AF (n=318), women with AF (n=133), and women without AF (n=266). Both men and women with AF had significantly higher mortality than age-, sex-, and calendar year–matched non-AF subjects. Log rank test for men gave $\chi^2$=42.90 (P<0.0001); for women, $\chi^2$=70.93 (P<0.0001). B, Kaplan-Meier mortality curves for subjects 75 to 94 years of age. Vertical axis shows percent of subjects dead at follow-up (0% to 80%); horizontal axis, up to 5 years of follow-up. Results are shown for men with AF (n=137), men without AF (n=274), women with AF (n=192), and women without AF (n=384). Both men and women with AF had significantly higher mortality than age-, sex-, and calendar year–matched non-AF subjects. Log rank test for men gave $\chi^2$=51.44 (P<0.0001); for women, $\chi^2$=101.51 (P<0.0001).

Downloaded from http://circ.ahajournals.org/ by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012714

9-132

**TABLE 2.   Kaplan-Meier Death Rates in Subjects With and Matched Subjects Without AF**

| Age, y and AF Status | n | 30 d, % | 1 y, % | 5 y, % | 10 y, % | Median Survival, y | 95% CI |
|---|---|---|---|---|---|---|---|
| Men | | | | | | | |
| 55–64 | | | | | | | |
| AF | 45 | 8.9 | 15.6 | 26.9 | 43.3 | 12.6 | 7.8–16.1 |
| No AF | 90 | 0 | 2.2 | 5.6 | 20.1 | 18.1 | 15.6–19.7 |
| 65–74 | | | | | | | |
| AF | 114 | 9.9 | 20.8 | 48.2 | 70.3 | 5.1 | 3.5–7.1 |
| No AF | 228 | 0 | 2.7 | 17.7 | 34.4 | 12.3 | 11.0–13.2 |
| 75–84 | | | | | | | |
| AF | 106 | 21.7 | 44.8 | 74.8 | 91.2 | 1.2 | 0.8–2.5 |
| No AF | 212 | 0.5 | 10.2 | 44.4 | 73.4 | 6.2 | 4.6–7.6 |
| 85–94 | | | | | | | |
| AF | 31 | 27.4 | 65.4 | 94.7 | ...* | 0.4 | 0.1–1.1 |
| No AF | 62 | 1.6 | 13.1 | 72.6 | 88.9 | 2.6 | 2.0–4.5 |
| Women | | | | | | | |
| 55–64 | | | | | | | |
| AF | 35 | 2.9 | 11.4 | 40.0 | 48.6 | 12.1 | 4.4–13.3 |
| No AF | 70 | 0 | 2.9 | 7.1 | 16.1 | 21.3 | 17.7–30.2 |
| 65–74 | | | | | | | |
| AF | 98 | 8.6 | 18.2 | 38.9 | 62.5 | 6.4 | 5.0–9.9 |
| No AF | 196 | 0 | 1.1 | 10.5 | 23.2 | 16.5 | 14.1–18.1 |
| 75–84 | | | | | | | |
| AF | 134 | 17.2 | 37.3 | 66.1 | 93.9 | 2.2 | 1.4–3.3 |
| No AF | 268 | 0.4 | 6.3 | 27.9 | 57.2 | 8.6 | 7.2–9.9 |
| 85–94 | | | | | | | |
| AF | 58 | 26.4 | 45.3 | 96.3 | ...* | 1.3 | 0.4–1.8 |
| No AF | 116 | 0 | 11.7 | 56.3 | ...* | 4.3 | 3.5–5.4 |

*Cells with too few observations for stable estimates.

matched non-AF subjects by decade of age and sex. The median survival of men 55 to 64 years of age with AF was 12.6 years compared with 18.1 years in men without AF. Median survival was 12.1 years in women with AF and 21.3 years in women without AF. The excess mortality of the AF

subjects was apparent within the first 30 days and persisted throughout follow-up. Furthermore, the excess mortality with AF was observed across all 4 decades of age studied.

To estimate the excess mortality attributable to AF, pooled logistic regression analyses were undertaken (Table 3). For

**TABLE 3.   Impact of AF on Mortality: Pooled Logistic Regression Analyses**

| Covariates | Subjects at Risk | Men | | | | Women | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Deaths/Person-Years | OR | P | 95% CI | Deaths/Person-Years | OR | P | 95% CI |
| Age | All eligible | 1465 | 2.4 | 0.0001 | 2.1–2.9 | 1442 | 3.5 | 0.0001 | 3.0–4.1 |
| | | 19 616 | | | | 28 439 | | | |
| Clinical RF | All eligible | 1449 | 1.5 | 0.0001 | 1.2–1.8 | 1438 | 1.9 | 0.0001 | 1.6–2.3 |
| | | 19 397 | | | | 28 216 | | | |
| Clinical RF | 30-day survivors | 1404 | 1.1 | 0.30 | 0.9–1.4 | 1391 | 1.5 | 0.0001 | 1.2–1.8 |
| | | 19 352 | | | | 28 169 | | | |
| Clinical RF* | No heart disease or CVD events | 599 | 2.4 | 0.001 | 1.8–3.3 | 660 | 2.2 | 0.0001 | 1.6–3.1 |
| | | 14 473 | | | | 22 725 | | | |

RF indicates risk factors; CVD, cardiovascular diseases. See text for details. Clinical risk factors include age, hypertension, smoking, diabetes. ECG left ventricular hypertrophy, myocardial infarction, congestive heart failure, valvular heart disease, and stroke or transient ischemic attack. Analysis of 30-day survivors eliminated all subjects who died in the first 30 days of follow-up. Analysis of subjects without heart disease or CVD events excludes subjects with valvular heart disease, myocardial infarction, congestive heart failure, stroke, or transient ischemic attack at baseline.

*Clinical risk factors adjusted for were age, hypertension, smoking, diabetes, and ECG left ventricular hypertrophy.

Downloaded from circ.ahajournals.org by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012715

10-133

**TABLE 4.   Cause-Specific 1 Year Mortality In Subjects by AF Status**

| | AF Status, Men | | | | AF Status, Women | | | |
|---|---|---|---|---|---|---|---|---|
| | Yes, n (%) | | No, n (%) | | Yes, n (%) | | No, n (%) | |
| n | 296 | | 592 | | 325 | | 650 | |
| Follow-up Interval | 30 d | 30 d–1 y | 30 d | 30 d–1 y | 30 d | 30 d–1 y | 30 d | 30 d–1 y |
| CHD | 10 (3.4) | 19 (6.4) | 0 | 10 (1.7) | 12 (3.7) | 10 (3.1) | 0 | 5 (0.8) |
| Stroke | 6 (2.0) | 2 (0.7) | 0 | 2 (0.3) | 8 (2.5) | 5 (1.5) | 0 | 3 (0.5) |
| Other CVD | 4 (1.4) | 5 (1.7) | 1 (0.2) | 2 (0.3) | 7 (2.2) | 10 (3.1) | 1 (0.2) | 4 (0.6) |
| Other | 23 (7.8) | 24 (8.1) | 1 (0.2) | 21 (3.5) | 18 (5.5) | 17 (5.2) | 1 (0.2) | 13 (2.0) |
| Unknown | 2 (0.7) | 3 (1.0) | 0 | 0 | 2 (0.6) | 6 (1.8) | 1 (0.2) | 8 (1.2) |
| Total dead | 45 (15.2) | 53 (17.9) | 2 (0.3) | 35 (5.9) | 47 (14.5) | 48 (14.8) | 3 (0.5) | 33 (5.1) |

CHD indicates coronary heart disease; CVD, cardiovascular disease (not stroke or CHD). Percentages are the percentages of all subjects in the category (eg, male with AF, or male without AF) dying within the specified time interval unadjusted for clinical covariates. Matched cohort analysis (non-AF subjects matched to AF subjects by age, sex, and calendar year).

the pooled logistic regression analyses, 2149 men and 2714 women met eligibility criteria for inclusion at some point during follow-up. Age-adjusted ORs for death with AF were 2.4 in men and 3.5 in women. After multivariate adjustment, with risk factor status at each biennial examination taken into account, AF remained significantly associated with an increased risk of death; the OR with AF was 1.5 in men (95% CI, 1.2 to 1.8) and 1.9 in women (95% CI, 1.5 to 2.2).

Further tests failed to reveal a significant interaction between age and AF with respect to mortality. The multivariate coefficients for an age-AF interaction were 0.00811 ($P$=0.49) in men and −0.00419 ($P$=0.69) in women, suggesting that the risk of death with AF did not significantly vary over the 4 decades of age studied. However, the risk of death in the setting of AF did vary by sex. With men and women combined, in a full multivariate model, there was a significant interaction between sex and AF with regard to mortality. The presence of AF made the sexes look similar for mortality: an OR of 1.2 (95% CI, 0.98 to 1.49) for men versus women with AF compared with an OR of 1.6 (95% CI, 1.4 to 1.7) for men versus women without AF.

Secondary analyses explored the impact of AF in subsets of subjects with AF (Table 3). With subjects who died within the first 30 days of follow-up eliminated, AF remained significantly associated with greater mortality in women (OR, 1.5) but not in men (OR, 1.1). Lastly, in an analysis limited to subjects initially free of clinically evident cardiovascular disease and valvular heart disease, AF was associated with a doubling in mortality (multivariate OR, 2.4 [95% CI, 1.8 to 3.3] in men and 2.2 [95% CI, 1.6 to 3.1] in women).

### Cause of Death

The mortality rate in the first 30 days and 1 year for the AF subjects and matched subjects without AF are listed in Table 4. The excess mortality observed with AF appeared early; about 15% of subjects with AF died within 30 days of diagnosis. The cause-specific mortality at 1 year suggests that the distribution of the causes of death for the AF subjects was similar to that of the matched subjects without AF (Table 4). However, compared with matched subjects without AF, for each of the causes of death, a higher percentage of the AF subjects died in the first year after AF was diagnosed.

### Discussion

These population-based data indicate that subjects with AF have markedly reduced survival compared with subjects without AF, with risk factor–adjusted ORs for death of 1.5 and 1.9 in men and women, respectively. The multivariate analyses suggest that the greater mortality probably was attributable to AF, rather than reflecting the greater burden of risk factors and cardiovascular disease of AF subjects.

We performed secondary analyses to see whether the increased mortality risk was limited to subsets of subjects with AF. One possibility is that AF merely served as a marker for terminal illness. After elimination of 30-day mortality, AF remained associated with a 50% greater mortality in women. However, in men who survived 30 days after AF was diagnosed, AF was no longer significantly associated with increased mortality, suggesting that in men the worsened survival with AF was heavily influenced by early mortality. Another potential explanation is that the increased mortality of AF was confined to subjects with structural heart disease or more severe clinically evident cardiovascular events. When our analysis was limited to subjects free of baseline myocardial infarction, congestive heart failure, valvular heart disease, and stroke or transient ischemic attack, AF was still associated with about a doubling in mortality.

### Comparison With Previous Literature

Although few would consider AF a benign condition, it has remained unclear whether AF is associated with mortality independent of the coexisting conditions with which it is often observed. The risk of subsets of AF subjects with cardiovascular disease remains controversial. For example, some investigators have reported that after myocardial infarction, AF is associated with excess mortality,[14,15] whereas others have not found an independent effect of AF on post–myocardial infarction mortality.[16,17] Similarly, whether AF is an independent predictor of mortality in subjects with heart failure or stroke is also unclear, with some investigators reporting[18–20] and others refuting[21–23] an independent contribution of AF to mortality.

Evidence of mortality risk in broader series of AF subjects comes from several sources. Gajewski and Singer[24] in 1981 examined insurance applicants and found that after 3.3 years

Downloaded from http://circ.ahajournals.org/ by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012716

10-134

of follow-up, applicants with chronic AF or paroxysmal AF in the setting of mitral stenosis or coronary artery disease had increased mortality. In a 1982 hospital-based study, Godtfredsen[25] found that subjects with AF had a worse mortality compared with the general population. A number of cohort studies have also examined the issue, with samples ranging from male air force recruits[26] to male civil servants[27] to population-based samples.[28–32] Given the diverse study designs, it is not surprising that the reported 1-year mortality has varied widely, from 2.6% in the Gajewski and Singer[24] series describing insurance applicants with asymptomatic chronic AF to 16% in patients >70 years of age with AF detected on hospitalization.[33] While 1 study found that the 1.9-fold mortality risk was not statistically significant,[30] most studies have found that AF conferred excess risk of death,[24,26–29,31,32] with a risk of all-cause mortality ranging from an adjusted relative risk of 1.3[26] to an unadjusted relative risk of 2.6.[27]

However, the studies of broader samples of AF subjects have been limited by a number of factors, including a small number of AF cases[29–32] and the inclusion of prevalent AF cases.[24,25,27–30,32,34] Prior studies have also had the disadvantages of being retrospective,[24,25,34] case series,[25,34] or case-control in design.[28,30] Most of the prior studies have not shed light on possible sex differences in the mortality of AF because they have been all male cohorts[26,27] or lacked sex-specific analyses.[24,25,28,30,32,34] With regard to clarifying the independent impact of AF on mortality, the fundamental limitation of most prior studies was their lack of time-dependent or multivariate analyses.[24,25,27,28,30–32,34]

## Study Strengths and Limitations

The Framingham Heart Study, by virtue of its longitudinal population-based design, has several advantages. The selection bias inherent in hospital-based series, prevalent AF series, or retrospective series was minimized. In the present series, ECGs were systematically ascertained on all subjects at each biennial examination and by review of outside hospital and physician records. Furthermore, the large number of subjects with AF contained in this series allowed us to analyze the mortality of AF over a broad age range and enabled the separate evaluation of the risk of death in men and women. To the best of our knowledge, the present investigation is the first to examine the relation between sex and AF mortality. We observed a significant interaction between AF mortality and sex, so that AF diminished the typical advantage women enjoy in survival. In addition, the routine collection of clinical history, physical examination, ECGs, and outside hospital records allowed multivariate adjustment for other factors, which may have contributed to the excess mortality seen with AF. A strength of the present study was that pooled logistic regression models were used so that the covariates in the multivariate model were updated at each biennial examination.

The study sample was largely white; our results may not be generalizable to other racial groups. Similarly, the results may not be relevant to subjects outside the age range studied (55 to 94 years of age), particularly younger subjects without any evidence of structural heart disease. In addition, we combined AF and atrial flutter, as well as chronic and paroxysmal AF; hence, we do not comment on differences in the prognosis of these AF subsets. Although the primary analysis controlled for covariates such as myocardial infarction, we were unable to control for infarct severity, which has been associated with risk for both AF and death. Most of the follow-up occurred before the availability of echocardiography and the widespread use of anticoagulants and antiarrhythmics for AF. The lack of routine echocardiography undoubtedly contributed to some misclassification of valvular heart disease. Moreover, we have insufficient data to comment on whether the mortality of AF is altered by anticoagulants[35] or antiarrhythmics,[36] as suggested by others. However, studies suggest that only about one third of eligible AF patients in the United States receive warfarin.[37,38] Therefore, we believe that our mortality data may have relevance to most subjects with AF, given current treatment practices.

## Clinical Implications

Several observations suggest that the burden of AF might be expected to rise. The population is aging, and the incidence of AF increases with advancing age.[2] Furthermore, recently published data suggest that the prevalence of AF in the population is increasing even after accounting for age.[39] AF is known to result in substantial morbidity, with a risk factor-adjusted 2.6- to 4.5-fold risk of stroke.[4] The present study demonstrates that AF is independently associated with a 50% to 90% increase in the risk of death. The increased mortality was seen in men and women and was consistent across the 4 decades of age studied. Our investigation supports the contention that AF is associated with excess mortality, which persists after adjustment for coexisting cardiovascular conditions.

## Acknowledgments

The Framingham Heart Study is supported in part through NIH/NHLBI contract NO1-HC-38038 and by NIH/NINDS grant 5-R01-NS-17950–16. We would like to thank David M. Pollak for editorial assistance and Mary Healy, Karen Mutalik, Lois Abel, Lynne McDonald, Kathy Ryder, MD, and Colleen Sam, MD, for assistance in the collection of AF cases.

## References

1. Feinberg WM, Blackshear JL, Laupacis A, Kronmal R, Hart RG. Prevalence, age distribution, and gender of patients with atrial fibrillation: analysis and implications. *Arch Intern Med.* 1995;155:469–473.
2. Benjamin EJ, Levy D, Vaziri SM, D'Agostino RB, Belanger AJ, Wolf PA. Independent risk factors for atrial fibrillation in a population-based cohort: the Framingham Heart Study. *JAMA.* 1994;271:840–844.
3. Vaziri SM, Larson MG, Benjamin EJ, Levy D. Echocardiographic predictors of nonrheumatic atrial fibrillation: the Framingham Heart Study. *Circulation.* 1994;89:724–730.
4. Wolf PA, Abbott RD, Kannel WB. Atrial fibrillation as an independent risk factor for stroke: the Framingham Study. *Stroke.* 1991;22:983–988.
5. Dawber TR, Kannel WB, Lyell LP. An approach to longitudinal studies in a community: the Framingham Study. *Ann N Y Acad Sci.* 1963;107:539–556.
6. Joint National Committee on Detection, Evaluation, and Treatment of High Blood Pressure. The Fifth Report of the Joint National Committee on Detection, Evaluation, and Treatment of High Blood Pressure (JNC V). *Arch Intern Med.* 1993;153:154–183.
7. Kannel WB, Gordon T, Offutt D. Left ventricular hypertrophy by electrocardiogram: prevalence, incidence, and mortality in the Framingham study. *Ann Intern Med.* 1969;71:89–105.

Downloaded from  http://circ.ahajournals.org/ by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012717

10-135

8. Shurtleff D. Some characteristics related to the incidence of cardiovascular disease and death: Framingham study, 18-year follow-up. In: Kannel WB, Gordon T, eds. *The Framingham Study: An Epidemiological Investigation of Cardiovascular Disease.* Washington, DC: Department of Health, Education and Welfare; 1974. DHEW publication NIH 74–599.

9. Cupples LA, D'Agostino RB. Survival following initial cardiovascular events: 30 year follow-up. In: Kannel WB, Wolf PA, Garrison RJ, eds. *The Framingham Study: An Epidemiological Investigation of Cardiovascular Disease.* Bethesda, Md: NHLBI, NIH; 1988.

10. D'Agostino RB, Lee ML, Belanger AJ, Cupples LA, Anderson K, Kannel WB. Relation of pooled logistic regression to time dependent Cox regression analysis: the Framingham Heart Study. *Stat Med.* 1990;9:1501–1515.

11. Kaplan E, Meier P. Non-parametric estimation from incomplete observations. *J Am Stat Assoc.* 1958;53:457–481.

12. Kalbfleisch JD, Prentice RL. *The Statistical Analysis of Failure Time Data.* New York, NY: John Wiley & Sons, Inc; 1980.

13. *SAS/STAT User's Guide.* Version 6. Cary, NC: SAS Institute Inc; 1990:4.

14. Crenshaw BS, Ward SR, Granger CB, Stebbins AL, Topol EJ, Califf RM, for the GUSTO-I Trial Investigators. Atrial fibrillation in the setting of acute myocardial infarction: the GUSTO-I experience. *J Am Coll Cardiol.* 1997;30:406–413.

15. Sakata K, Kurihara H, Iwamori K, Maki A, Yoshino H, Yanagisawa A, Ishikawa K. Clinical and prognostic significance of atrial fibrillation in acute myocardial infarction. *Am J Cardiol.* 1997;80:1522–1527.

16. Goldgerg RJ, Seeley D, Becker RC, Brady P, Chen Z, Osganian V, Gore JM, Alpert JS, Dalen JE. Impact of atrial fibrillation on the in-hospital and long-term survival of patients with acute myocardial infarction: a community-wide perspective. *Am Heart J.* 1990;119:996–1001.

17. Behar S, Tanne D, Zion M, Reicher-Reiss H, Kaplinsky E, Caspi A, Palant A, Goldbourt U, for the SPRINT Study Group. Incidence and prognostic significance of chronic atrial fibrillation among 5,839 consecutive patients with acute myocardial infarction. *Am J Cardiol.* 1992;70:816–818.

18. Middlekauff HR, Stevenson WG, Stevenson LW. Prognostic significance of atrial fibrillation in advanced heart failure: a study of 390 patients. *Circulation.* 1991;84:40–48.

19. Lin HJ, Wolf PA, Kelly-Hayes M, Beiser AS, Kase CS, Benjamin EJ, D'Agostino RB. Stroke severity in atrial fibrillation: the Framingham study. *Stroke.* 1996;27:1760–1764.

20. Jorgensen HS, Nakayama H, Reith J, Raaschou HO, Olsen TS. Acute stroke with atrial fibrillation: the Copenhagen Stroke Study. *Stroke.* 1996;27:1765–1769.

21. Carson PE, Johnson GR, Dunkman WB, Fletcher RD, Farrell L, Cohn JN, for the V-HeFT VA Cooperative Studies Group. The influence of atrial fibrillation on prognosis in mild to moderate heart failure: the V-HeFT studies. *Circulation.* 1993;87(suppl VI):VI-102–VI-110.

22. Keogh AM, Baron DW, Hickie JB. Prognostic guides in patients with idiopathic or ischemic dilated cardiomyopathy assessed for cardiac transplantation. *Am J Cardiol.* 1990;65:903–908.

23. Censori B, Camerlingo M, Casto L, Ferraro B, Gazzaniga GC, Cesana B, Mamoli A. Prognostic factors in first-ever stroke in the carotid artery territory seen within 6 hours after onset. *Stroke.* 1993;24:532–535.

24. Gajewski J, Singer RB. Mortality in an insured population with atrial fibrillation. *JAMA.* 1981;245:1540–1544.

25. Godtfredsen J. Atrial fibrillation: course and prognosis: a follow-up study of 1212 cases. In: Kulbertus HE, Olsson SB, Schlepper M, eds. *Atrial Fibrillation.* Molndal, Sweden: AB Hassle; 1982:134–145.

26. Krahn AD, Manfreda J, Tate RB, Mathewson FA, Cuddy TE. The natural history of atrial fibrillation: incidence, risk factors, and prognosis in the Manitoba Follow-up study. *Am J Med.* 1995;98:476–484.

27. Flegel KM, Shipley MJ, Rose G. Risk of stroke in non-rheumatic atrial fibrillation. *Lancet.* 1987;1:526–529.

28. Kulbertus HE, Leval-Rutten F, Bartsch P, Petit JM. Atrial fibrillation in elderly, ambulatory patients. In: Kulbertus HE, Olsson SB, Schlepper M, eds. *Atrial Fibrillation.* Molndal, Sweden: AB Hassle; 1982:148–157.

29. Lake FR, Cullen KJ, de Klerk NH, McCall MG, Rosman DL. Atrial fibrillation and mortality in an elderly population. *Aust N Z J Med.* 1989;19:321–326.

30. Onundarson PT, Thorgeirsson G, Jonmundsson E, Sigfusson N, Hardarson T. Chronic atrial fibrillation: epidemiologic features and 14 year follow-up: a case control study. *Eur Heart J.* 1987;8:521–527.

31. Kannel WB, Abbott RD, Savage DD, McNamara PM. Epidemiologic features of chronic atrial fibrillation: the Framingham study. *N Engl J Med.* 1982;306:1018–1022.

32. Kitchin AH, Milne JS. Longitudinal survey of ischaemic heart disease in randomly selected sample of older population. *Br Heart J.* 1977;39:889–893.

33. Petersen P, Godtfredsen J. Atrial fibrillation: a review of course and prognosis. *Acta Med Scand.* 1984;216:5–9.

34. Stroud WD, Laplace LB, Reisinger JA. The etiology, prognosis and treatment of auricular fibrillation. *Am J Med Sci.* 1932;183:48–60.

35. Atrial Fibrillation Investigators. Risk factors for stroke and efficacy of antithrombotic therapy in atrial fibrillation. *Arch Intern Med.* 1994;154:1449–1457.

36. Coplen SE, Antman EM, Berlin JA, Hewitt P, Chalmers TC. Efficacy and safety of quinidine therapy for maintenance of sinus rhythm after cardioversion: a meta-analysis of randomized control trials [published erratum appears in *Circulation.* 1991;83:714] [see comments]. *Circulation.* 1990; 82:1106–1116.

37. Stafford RS, Singer DE. National patterns of warfarin use in atrial fibrillation. *Arch Intern Med.* 1996;156:2537–2541.

38. Stafford RS, Singer DE. Recent national patterns of warfarin use in atrial fibrillation. *Circulation.* 1998;97:1231–1233.

39. Wolf PA, Benjamin EJ, Belanger AJ, Kannel WB, Levy D, D'Agostino RB. Secular trends in the prevalence of atrial fibrillation: the Framingham Study. *Am Heart J.* 1996;131:790–795.

Downloaded from http://circ.ahajournals.org/ by guest on July 14, 2011

PLAINTIFFS' EXHIBITS 012718

10-136

Editorials

await a transient ischaemic attack[*2] or, even worse, an acute infarction for which an urgent endarterectomy is required[*3] is therefore not good advice. However, others take a contrary view, perhaps because of a lack of facilities, excessive competition rates owing to poor selection of candidates, or inept surgery. Moreover, an attitudinal bias may also exist regarding prevention among doctors who have been trained to intervene only if malfunction of an organ becomes symptomatic.

The degree of stenosis is measured by different methods, and for most specialists 60% stenosis is the cut-off point for selecting patients for endarterectomy. This has led to an erroneous concept that a minimum of 60% stenosis of the internal carotid lumen is the essential criterion.[5] However, other key indicators are turbulent flow caused by stenosis, sludge due to eddy currents, particulate microemboli, and wall abnormalities that are resistant to medical management.[4]

Screening for asymptomatic carotid atherosclerosis by using auscultation for bruits and duplex ultrasonography is feasible and is currently the best way of identifying preclinical atherosclerosis.[5] Patients identified by preliminary screening to determine flow dynamics, arterial wall characteristics including stenosis and ulceration, and microemboli, to identify those for whom medical management is needed and to assess the effect of medical remediation.[6 *4] If medical intervention fails, ACST has proved once and for all that carotid endarterectomy can be worth the risk if surgical and anaesthetic skills are such that operative complications are rare.[7]

International collaborative studies such as these require a huge investment of time, skill, and money and are an endorsement of evidence based medicine first promulgated by Austin Bradford Hill and Sir Richard Doll.[8 *5] For the field of stroke, the baseline from which they evolved were the autopsy findings of Miller Fisher,[*6] followed by the landmark report by Eastcott, Pickering, and Robb at St Mary's Hospital in London.[9] Carotid endarterectomy has now come full circle, having been validated by Halliday, Thomas, and colleagues of the same institution.[2] Their multinational effort continues the search for better methods by which to identify people with atherosclerosis who should be considered for medical and surgical intervention.

So far, differentiating symptomatic from asymptomatic stenosis of the carotid artery has traditionally been the way to decide on treatment. But this requires a doctor skilled in neurology to make the judgment. Moreover, the occurrence of transient ischaemic attacks is not a satisfactory means of categorisation because they are very seldom witnessed, cannot be assessed objectively, are confounded by many other transitory phenomena, and may occur during sleep when they cause no recognisable phenomena or in parts of the brain that do not produce symptoms or signs.[10 11] Moreover, 3-10% of people older than 65 have asymptomatic infarcts visible on brain imaging.[12]

Depending on transient ischaemic attacks for categorising patients is therefore unacceptable as the sole criterion for choosing treatment, and preclinical stenosis and unrecognised transient ischaemic attacks need to be identified by screening.

James F Toole director

Stroke Research Center, Wake Forest University Baptist Medical Center, Winston-Salem, NC 27157-1068 USA (jtoole@wfubmc.edu)

Competing interests: None declared.

1   The Executive Committee for the Asymptomatic Carotid Atherosclerosis Study. Endarterectomy for asymptomatic carotid artery stenosis. JAMA 1995;273:1421-8.
2   MRC Asymptomatic Carotid Surgery Trial (ACST) Collaborative Group. Prevention of disabling and fatal strokes by successful carotid endarterectomy in patients without recent neurological symptoms: randomized controlled trial. Lancet 2004;363:1491-502.
3   Toole JF, Castaldo JE. Accurate measurement of carotid stenosis. Chaos in methodology. J Neuroimaging 1994;4:222-30.
4   Fisher CF. Transient ischemic attacks. Perspective. N Engl J Med 2002;347:1642-3.
5   Toole JF, Chambless LE, Heiss G, Tyroler HA, Paton CC. Prevalence of stroke and transient ischemic attacks in the atherosclerosis risk in communities (ARIC) study. Ann Epidemiol 1993;3:500-4.
6   Chambless LE, Heiss G, Shahar E, Earp MJ, Toole J. Prediction of ischemic stroke risk in the Atherosclerosis Risk in Communities Study. Am J Epidemiol 2004;160:259-69.
7   Toole JF. Quality-based medicine. Arch Neurol 1997;54:23.
8   Doll R. Controlled trials: the 1948 watershed. BMJ 1998;317:1217-20.
9   Eastcott HHG, Pickering GW, Robb CG. Reconstruction of the internal carotid artery in a patient with intermittent attacks of hemiplegia. Lancet 1954;264:994-6.
10  Fisher CM. Transient ischemic attacks. Perspective. N Engl J Med 2002;347:1642-3.
11  Toole JF. The Willis Lecture: transient ischemic attacks, scientific method, and new realities. Stroke 1991;22:99-104.
12  Brott T, Thomsick T, Feinberg W, Johnson C, Biller J, Broderick J, et al for the Asymptomatic Carotid Atherosclerosis Study Investigators. Baseline silent cerebral infarction in the asymptomatic carotid atherosclerosis study. Stroke 1994;25:1122-9.

# Forensic science in the dock

*Postmortem measurements of drug concentration in blood have little meaning*

Investigations into the circumstances surrounding the death of David Kelly have led to the exchange of acrimonious views including allegations of conspiracy and murder. David Kelly, a government scientist and weapons expert, committed suicide by cutting his wrist and taking painkillers after he was identified in newspapers as the man the UK government believed was the source for a BBC report on Iraq. Impetus for the debate stems mainly from conflicting views about the cause of death, including issues that relate to postmortem toxicology results and their interpretation. Controversy occurs from the mistaken notion that postmortem laboratory measurements, taken in isolation, can be interpreted effectively.

The current controversy illustrates some universally held, but mistaken, notions about the process of death investigation in the United Kingdom and elsewhere. Many assume that forensic pathology is as evidence based as other branches of medicine. This assumption is not accurate.

In the course of caring for living patients, doctors who interpret hospital laboratory tests know, or can quickly find out, the "normal" value for any particular drug. But most doctors (as well as the general public) would be surprised to learn that there are few if any

*BMJ 2004;329:636-7*

PLAINTIFFS' EXHIBITS 012719

10-137

"normals" in postmortem toxicology. Non-circulating blood after death is not the same thing as circulating blood before death, and evidence that the concepts of normal or therapeutic drug concentrations can be applied to blood from dead bodies is severely lacking.

Even in living bodies, interpretation of a single blood concentration measurement is impossible without considering route of administration, number of doses taken, and the amount of drug actually in the body. Such information is almost never available to investigators, making it impossible to determine the cause of death solely by comparing a single postmortem drug concentration measurement with a range of published values, originally derived from measurements made in living people. With chronic use, tolerance occurs, and tolerance cannot be measured or estimated after death. Healthy patients enrolled in methadone maintenance programmes, for example, may have blood methadone concentrations in excess of other, non-tolerant methadone users examined on the autopsy table.[1] Similarly, we have long known that blood sampled from the heart of a dead person who had been on long term digoxin treatment may contain a seemingly toxic concentration of digoxin when, in fact, the actual blood concentration immediately before death was the appropriate non-toxic therapeutic concentration.[2]

Even if it could be shown that blood concentrations after death were the same as concentrations at the time of death, which blood sample should be used? Drug concentrations are likely to change after death.[3] For many drugs, including those found in David Kelly, concentrations may increase by as much as 10-fold.[4] Furthermore, drug concentrations in blood samples from cadavers are site dependent, higher in some locations and lower in others.[5] Should the site yielding the lowest or highest result be used? Or should an average value for three sites be used? Nobody knows because the process has never been studied systematically.

If the blood concentration at the time of death cannot be known with certainty, then how is it possible to extrapolate the time and amount of drug ingested before death? The simple answer is that such extrapolations are prone to considerable error and generally should be viewed as unreliable and not evidence based.[6] Despite these limitations, such calculations are frequently and wrongly produced during court proceedings, even though the problems we outline have been widely known for many years.

Postmortem measurements of drug concentration in blood have scant meaning except in the context of medical history, the sequence and circumstances surrounding death, and necropsy findings. The paucity of evidence based science, coupled with the pretence that such science exists in regard to postmortem toxicology, leads to the abuse of process, almost certainly to the miscarriage of justice, and possibly even to false perceptions of conspiracy and cover up.

We have written this editorial partly because of the Kelly matter, where the central issue concerned the interpretation of the toxicology results. Death investigation and forensic pathology are also not immune to misinterpretation. Poor or inadequate death investigation and incomplete or misinterpreted forensic pathology studies may also result in wrong conclusions. All aspects of the medicolegal death investigation triad—investigation (history), pathology, and laboratory results—are essential and must be evaluated in context with one another. We have formed an ad hoc group to address this issue. A detailed analysis of the problem with suggestions for reform is in preparation.

Olaf Drummer *adjunct professor*

Victorian Institute of Forensic Medicine, 57-83 Kavanagh Street, Southbank, Victoria 3006, Australia
(olaf@vifm.org)

A Robert W Forrest *professor of forensic toxicology*

University of Sheffield, Sheffield S3 7ES
(robertforrest@mac.com)

Bruce Goldberger *associate professor*

Department of Pathology, Immunology and Laboratory Medicine, University of Florida College of Medicine, PO Box 100275, Gainesville, FL 32610-0275, USA
(bruce-goldberger@ufl.edu)

Steven B Karch *assistant medical examiner*

PO Box 5139, Berkeley, California 94705-0139, USA
(skarch@sonic.net)

On behalf of the International Toxicology Advisory Group (ITAG) (see bmj.com for list of members).

Competing interests: appear on bmj.com

1  Karch SB, Stephens BG. Toxicology and pathology of deaths related to methadone: retrospective review. *West J Med* 2000;172:11-4.
2  McKercher HG, Mikhael NZ, De Gouffe M, Lukaszewski T, Peel HW. Digoxin concentrations in postmortem human tissues. *Res Commun Chem Pathol Pharmacol* 1986;52:141-4.
3  Pounder DJ, Jones GR. Post-mortem drug redistribution—a toxicological nightmare. *Forensic Sci Int* 1990;45:253-63.
4  Drummer OH, Gerostamoulos J. Postmortem drug analysis: analytical and toxicological aspects. *Ther Drug Monit* 2002;24:199-209.
5  Hearn WL, Keran EE, Wei HA, Hime G. Site-dependent postmortem changes in blood cocaine concentrations. *J Forensic Sci* 1991;36:673-84.
6  Cook DS, Braithwaite RA, Hale KA. Estimating antemortem drug concentrations from postmortem blood samples: the influence of postmortem redistribution. *J Clin Pathol* 2000;53:282-5.

# Compulsory registration of clinical trials

*Will be a requirement before submission to the BMJ from July 2005*

" The case for registering all clinical trials—first advanced a decade ago[1]—is now unanswerable."[2] Editors of the *BMJ* and the *Lancet* made this statement in 1999. Five years of industry resistance, government impotence, and public confusion followed. Medical journals persisted with noble intentions and wise words but were themselves in part resistant, impotent, and confused about how to enforce registration. Some journals, including the *BMJ*, tried an amnesty for unpublished trials, with little success.[3] The *BMJ* also considered asking for compulsory registration, but it seemed to us that trial registries were too diverse, disorganised, and easily disregarded to insist on registration before submission. Nor did we

PLAINTIFFS' EXHIBITS 012720

637

I N D E X

Examination by Mr. Ernst....................... 5
Examination by Mr. Moriarty.................... 78
Examination by Mr. Ernst...................... 79


EXHIBITS                                    ADMITTED

1 - CV of Kennon James Heard, MD.............. 7

2 - Documents prepared by Dr. Heard .......... 20
        dated 5/20/11

3 - Letter to Dr. Heard from Mr. Moriarty..... 21
        dated 11/10/09

4 - Letter to Dr. Heard from Mr. Moriarty..... 21
        dated 6/2/11

5 - Black binder ............................. 23

6 - Various medical records................... 25

7 - NMS Labs report dated 6/24/08............. 26

8 - Letter to Daniel McCornack from........... 28
        Dr. Berger dated 5/2/08

9 - Articles reviewed by Dr. Heard........... 35

PLAINTIFFS EXHIBITS 012721

10-139