# EXHIBIT 613.2

PLAINTIFFS' EXHIBITS 012722

Page 82

1  REPORTER'S CERTIFICATE

2

3     I, Valori D. Weber, reporter, hereby certify that

4  the foregoing transcript consisting of 81 pages is a

5  complete, true, and accurate transcript of the

6  testimony indicated, held on July 14, 2011.

7     I further certify that this proceeding was recorded

8  by me, and the foregoing transcript has been prepared

9  under my direction.

10

11

12

13

14

15  *Valori D. Weber* [signature]     August 2, 2011

16  Valori D. Weber

17  Western Deposition and Transcription, LLC

18  1400 16th Street, Suite 400

19  Denver, CO  80202

20  303.292.9400

21

22

23

24