# EXHIBIT 615.1

PLAINTIFFS' EXHIBITS 013102

CERTIFICATION


I, DIANNA R. PUGLIESE, a Registered Merit Reporter, Certified Realtime Reporter and Commissioner of Deeds, hereby certify that the foregoing is a true and accurate transcript of the deposition of said witness who was first duly sworn by me on the date and place herein before set forth.

I FURTHER CERTIFY that I am neither attorney nor counsel for, not related to nor employed by any of the parties to the action in which this deposition was taken; and further that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.


_____
DIANNA R. PUGLIESE
Registered Merit Reporter, Certified Realtime Reporter and Commissioner of Deeds

PLAINTIFFS' EXHIBITS 013103