# EXHIBIT 618

PLAINTIFFS' EXHIBITS 013198





CVS
CAREMARK
Rx 926965510
DANIEL E MCCORNA
TAKE 1 TABLET TWICE
DIGOXIN
GENERIC EQUIVALENT OF
1 refill until 09/05/08.

CVS
CAREMARK
Rx 926965510
DANIEL E MCCORNACK
TAKE 1 TABLET TWICE A DAY
DIGITEK
GENERIC EQUIVALENT OF
1 refill until 09/05/08.

CVS
CAREMARK
DIGITEK TAB 0.25MG

PLAINTIFFS' EXHIBITS 013199





800 Biermann Court
Mt Prospect. IL 60056
Discard after 05/09/09
LEMM, GORDON D. MD
New
TAB 0.25MG
Qty 90
Mfr: CARACO
M0041128395

800 Biermann Court
Mt Prospect. IL 60056
Discard after 03/25/09
LEMM, GORDON D. MD
TAB 0.25MG
Qty 180
M0041128395

800 Biermann Court
Mt Prospect. IL 60056
TAB 0.25MG
Qty 180

PLAINTIFFS' EXHIBITS 013200





Refill or medication questions
1-800-776-1355
than the patient for whom it was prescribed.
NDC 57664044118
after 05/09/09
GORDON D. MD
9619175101
Qty 90
Filled: 05/09/08
Mfr: CARACO
LOC: OBR-1-3-29

Refill or medication questions
1-800-776-1355
than the patient for whom it was prescribed.
NDC 62794014656
after 03/25/09
GORDON D. MD
BAD
92900049801
Qty 180
Filled: 03/25/08
Mfr: MYLAN BERTEK
LOC: OBR-1-3-29

1-800-776-1355
BAD
Qty 180
Filled: 01/26/08

PLAINTIFFS' EXHIBITS 013201