

# In Re Digitek Products Liability Litigation

MDL 1968                                    Chief Judge Joseph R. Goodwin

| Notice of Request of Attorney to be Removed from the Court's Service List Form |
|---|
| Please Print or Type Below |

**Name of Attorney:** Michael A. Logan, Kane Russell Coleman & Logan PC

**Address:** 1601 Elm Street, Suite 3700, Dallas, TX 75201

**Telephone Number:** 214-777-4294     **Email Address:** mlogan@krcl.com

I am to remain counsel of record for the following party(s) in the In Re Digitek Products Liability Litigation:

Civil Action Number (SDWV): _____

Short-Style of Case: _____

Party(s) Representing: _____
_____
_____

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

DATE: September 9, 2011                 s/ Michael A. Logan
                                                       Electronic Signature
                                        s/Richard A. Dean
                                        Electronic Signature