## Cassem, Tierney, Adams, Gotch & Douglas
Attorneys at Law

Suite 300
8805 Indian Hills Drive
Omaha, Nebraska 68114-4070
Fax (402) 390-9676
(402) 390-0300

Edwin Cassem (1902-1980)
Lawrence J. Tierney (1908-1999)
Robert K. Adams (1911-2003)
Charles F. Gotch
John R. Douglas
Daniel J. Duffy
Theodore J. Stouffer (Retired)
Michael F. Kinney°
Terry J. Grennan
Patrick B. Donahue°
Ronald F. Krause
Dennis R. Riekenberg°

David A. Blagg°
Brien M. Welch
Michael K. Huffer
Michael F. Scahill
James D. Garriott
Daniel J. Epstein
Amber L. Blohm
Kathryn J. Cheatle
Peter T. Kenney

°Also Admitted In Iowa



FILED
SEP 1 2 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

September 6, 2011

Clerk of U.S. District Court
Southern District of West Virginia
P O Box 2546
Charleston, WV 25329

RE: MDL 1968 In Re: Digitek Products Liability Litigation

Dear Honorable Clerk:

With reference to the above-captioned matter, I respectfully request that my name, and the name of our former associate, Amber Blohm, be removed from the Court's electronic service list in the Digitek Products Liability Litigation, MDL 1968. My e-mail address is bwelch@ctagd.com and Ms. Blohm's is ablohm@ctagd.com. The case which I was involved in is no longer active. If a formal Motion is required, please consider this letter to be a formal motion for withdrawal.

If you need anything further, please do not hesitate to contact me.

Sincerely,

Cassem, Tierney, Adams,
Gotch & Douglas

By /s/ Brien M. Welch
Brien M. Welch
bwelch@ctagd.com

BMW:ckm