# Exhibit A



**From:** Moriarty, Matthew
**Sent:** Wednesday, August 24, 2011 12:26 PM
**To:** Terry Kilpatrick
**Cc:** de@ernstlawgroup.com; Chris Edgington; ADONAHUE@shb.com; HAHERN@shb.com
**Subject:** RE: McCornack - Consent to Service of DVD

I agree. Thank you. matt

---

**From:** Terry Kilpatrick [mailto:TK@ernstlawgroup.com]
**Sent:** Wednesday, August 24, 2011 12:23 PM
**To:** Moriarty, Matthew
**Cc:** de@ernstlawgroup.com; Chris Edgington; ADONAHUE@shb.com; HAHERN@shb.com
**Subject:** McCornack - Consent to Service of DVD

Matt –

I am writing to confirm our conversation wherein you graciously agreed to accept service of the unredacted copy of confidential documents attached to our Opposition motions being filed today on a CD or DVD. Per our conversation, I understand you will reply back to this e-mail in the affirmative.


Alicia and Hunter –

If one of you could respond to this e-mail and let me know if you are agreeable to being served with the unredacted copies of our supporting documents by CD/DVD, I would appreciate it.


Terry

**Terry J. Kilpatrick**
**Ernst Law Group**
1020 Palm Street
San Luis Obispo, CA. 93401
Tel: 805-541-0300
Fax: 805-541-5168
tk@ernstlawgroup.com


9/12/2011

**CONFIDENTIALITY:** THIS E-MAIL IS MEANT ONLY FOR THE INTENDED RECIPIENTS AND INFORMATION CONTAINED IN THE E-MAIL MAY BE CONFIDENTIAL. IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY ME IMMEDIATELY. DO NOT PRINT, COPY OR DISSEMINATE THIS E-MAIL AND PLEASE DELETE IT FROM YOUR SYSTEM. THANK YOU.

**TAX ADVICE DISCLOSURE:** TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE INTERNAL REVENUE SERVICE UNDER CIRCULAR 230, PLEASE BE AWARE THAT ANY ADVICE CONCERNING TAXES CONTAINED IN THIS E-MAIL OR ANY ATTACHMENT, UNLESS OTHERWISE SPECIFIED, IS NOT INTENDED TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED IN THIS E-MAIL.