# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/14/2011                                                      Case Number 2:08-md-1968
Case Style: In Re:   Digitek
Type of hearing Daubert Hearing
Before the honorable: 2513-Goodwin
Court Reporter Teresa Harvey                                         Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Don A. Ernst; Terry Kilpatrick; Michael W. Kerensky

Attorney(s) for the Defendant(s) Matthew P. Moriarty; Michael J. Ruttinger; Rebecca A. Betts; Richard A. Dean; Harvey L. Kaplan

Law Clerk Angie Volk                                                 Probation Officer

## Trial Time

Other Evidentiary hearing (Specify Type Daubert Hearing

## Non-Trial Time

## Court Time

9:00 am    to 10:55 am
1:15 pm    to 3:30 pm
11:15 am   to 12:10 pm
3:45 pm    to 5:00 pm
Total Court Time: 6 Hours 20 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 9:00 a.m.
Actual start time 9:00 a.m.

DAUBERT HEARING
2:09-cv-671  McCornack v Actavis
2:09-cv-768  Vega v Actavis

Counsel for parties present
Issues regarding Pltfs' Exhibit 217
The court notes the defts objection to Exhibit 217
Opening statements by Defts
Opening statements by Pltfs
End time 10:55 a.m.

Start time 11:15 a.m.
Continue Opening statements by Pltfs
Argument on Motion for Summary Judgment by Deft

## District Judge Daybook Entry

Reply by Pltfs
Response by Defts
End time 12:10 p.m.

Start time 1:15 p.m.
Reply by the Pltfs
Argument by both parties on Daubert motions to bar general liability witnesses
Argument by both parties on Kathy McCornack, et al v Actavis Totowa, LLC, et al civil action  2:09-cv-671
Motion to Exclude the Expert Testimony of Richard Mason, M.D. and Keith Gibson [Docket 120]
Motion to Exclude Decedent's Postmortem Blood Digoxin Concentration [Docket 120]
End time 3:30 p.m.

Start time 3:45 p.m.
Argument by both parties on Scott Vega v Actavis Totowa, LLC, et al civil action 2:09-cv-768
Motion to strike Exhibit 621[Docket 68]
The parties waive closing arguments
End time 5:00 p.m.