IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**IN RE**: DIGITEK PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 2:08-md-01968

**ORDER**

Pending is defendants' motion for leave to file supplemental evidence supporting their motion to strike plaintiffs' exhibit 620 [Docket 599].

For reasons appearing to the court the motion is **GRANTED**. Any response by the plaintiffs to the supplemental information is due **no later than Friday, September 30, 2011**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   September 28, 2011

Joseph R. Goodwin, Chief Judge