

Hirlye R. "Ryan" Lutz, III
(205) 271-7106
(205) 324-7896 (fax)
rlutz@cwcd.com

September 27, 2011

Clerk of U.S. District court
Southern District of West Virginia
P.O. Box 2546
Charleston, WV 25329

**FILED**
SEP 29 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

RE: MDL 1968 - Digitek Products Liability Litigation

Dear Honorable Clerk:

With reference to the above-captioned matter, I respectfully request that my name be removed from the Court's electronic service list in the Digitek Products Liability Litigation, MDL 1968. My email address is rlutz@cwcd.com. The case which I was involved in is no longer active.

If you need anything further, please do not hesitate to contact me.

Very truly yours,

Ryan Lutz

RL/ks