## UNITED STATES DISTRICT COURT OF THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT
      LIABILITY LITIGATION

MDL Case No.: 2:08-md-1968

**THIS DOCUMENT RELATES TO:**

*McCornack v. Actavis*, 09-cv-0671

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEAL FOR THE FOURTH CIRCUIT

Plaintiffs Kathy McCornack, Daniel McCornack Jr., and Ralph McCornack hereby appeal to the United States District Court of Appeal for the Fourth Circuit from the Final Appealable Order of the District Court, entered November 3, 2011, in this multi-district litigation [2:09-cv-671 Docket No. 149; 2:09-cv-671 Docket No. 150; 2:08-md-1968 Docket No. 608[1]], and all appealable interlocutory orders entered therein.

Respectfully Submitted.

Dated: December 3, 2011

    /s/  Don A. Ernst
Don A. Ernst (CA. State Bar No. 065726)
Attorneys for Plaintiffs
Ernst Law Group
1020 Palm Street
San Luis Obispo, CA 93401
Tel:  805-541-0300
Fax: 805-541-5168
E-mail: de@ernstlawgroup.com

---

[1] 2:09-cv-671 Docket No. 149 and 2:08-md-1968 Docket No. 608, both entitled Pretrial Order #87, granted Defendants' Motion to Exclude Unreliable Hearsay [2:08-md-1968 Docket No. 527]; Defendants' Motion to Strike the Affidavit of Lynne Farrell [2:08-md-1968 Docket No. 572]; Defendants' Motions to Exclude the Decedent's Postmortem Blood Digoxin Concentration and the Expert Testimony of Richard Mason, M.D., and Keith Gibson, and for Summary Judgment [2:09-cv-671 Docket No. 120]; Defendants' Motion to Strike the Affidavit of Lynne Farrell [2:09-cv-671 Docket No. 144]; and Defendants' Motion to Strike Plaintiffs' Exhibit 620, the declaration of Dr. Bliesner [MDL Docket No. 579 and 2:09-cv-671 Docket No. 145].

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 3, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: December 3, 2011      /s/  Don A. Ernst
             Don A. Ernst (CA. State Bar No. 065726)
             Attorneys for Plaintiffs
             Ernst Law Group
             1020 Palm Street
             San Luis Obispo, CA 93401
             Tel:  805-541-0300
             Fax: 805-541-5168
             E-mail: de@ernstlawgroup.com