FILED: December 9, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2350
(2:08-md-01968)

_____

KATHY MCCORNACK, an individual; DANIEL E. MCCORNACK, JR., an individual; R.J.M, a minor child by his mother and next friend Kathy McCornack

   Plaintiffs - Appellants

v.

ACTAVIS TOTOWA, LLC, a New Jersey corporation; ACTAVIS, INCORPORATED, a Delaware corporation; ACTAVIS ELIZABETH, LLC, a Delaware corporation; MYLAN INCORPORATED, a Pennsylvania corporation; MYLAN PHARMACEUTICALS, INCORPORATED, a West Virginia corporation; MYLAN BERTEK PHARMACEUTICALS, INCORPORATED, a Texas corporation; UDL LABORATORIES, INCORPORATED, an Illinois corporation

   Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
|---|---|
| Originating Court Case Number | 2:08-md-01968 |
| Date notice of appeal filed in originating court | 12/03/2011 |

| Appellant(s) | Kathy McCornack, Daniel McCornack, Jr., RJM |
|---|---|
| Appellate Case Number | 11-2350 |
| Case Manager | Cathy Tyree<br>804-916-2704 |