FILED: December 9, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2326 (L)
(2:09-cv-00671)
_____

IN RE: DIGITEK PRODUCT LIABILITY LITIGATION

-------------------------------

KATHY MCCORNACK, an individual; DANIEL E. MCCORNACK, JR., an individual; R.J.M, a minor child by his mother and next friend Kathy McCornack

      Plaintiffs - Appellants

v.

ACTAVIS TOTOWA, LLC, a New Jersey corporation; ACTAVIS, INC., a Delaware corporation; ACTAVIS ELIZABETH, LLC, a Delaware corporation; MYLAN INC., a Pennsylvania corporation; MYLAN PHARMACEUTICALS, INC., a West Virginia corporation; MYLAN BERTEK PHARMACEUTICALS, INC., a Texas corporation; UDL LABORATORIES, INC., an Illinois corporation

      Defendants - Appellees

_____

No. 11-2350
(2:08-md-01968)
_____

IN RE: DIGITEK PRODUCT LIABILITY LITIGATION

-------------------------------

KATHY MCCORNACK, an individual; DANIEL E. MCCORNACK, JR., an

individual; R.J.M, a minor child by his mother and next friend Kathy McCornack

   Plaintiffs - Appellants

v.

ACTAVIS TOTOWA, LLC, a New Jersey corporation; ACTAVIS, INCORPORATED, a Delaware corporation; ACTAVIS ELIZABETH, LLC, a Delaware corporation; MYLAN INCORPORATED, a Pennsylvania corporation; MYLAN PHARMACEUTICALS, INCORPORATED, a West Virginia corporation; MYLAN BERTEK PHARMACEUTICALS, INCORPORATED, a Texas corporation; UDL LABORATORIES, INCORPORATED, an Illinois corporation

   Defendants - Appellees

------

O R D E R

------

  The court consolidates Case No. 11-2326 and Case No. 11-2350. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk