**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2012, I electronically filed the foregoing "Motion to Establish Alternative Procedures for Small Estate Settlements" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        s/Fred Thompson, III Esq._____
                                        Fred Thompson, III, Esq.
                                        Motley Rice, LLC
                                        28 Bridgeside Blvd.
                                        Mt. Pleasant, SC 29464
                                        ***Co- Lead Counsel***