# Exhibit D-1

*FORM 1*

| REPRESENTATIVE CLAIMANT OF DECEASED DIGITEK USER |
|---|

| **A. DIGITEK USER** (All Claimants complete this Section) |||||
|---|---|---|---|---|
| **Name** | First || MI | Last |
| **SSN** | | **Claimant Number** | | |
| **Date of Birth** | ___/___/_____ (month) (day) (year) | **Date of Death** | ___/___/_____ (month) (day) (year) | Was death caused by Digitek use?  ☐ Yes   ☐ No |
| **State/Territory/Country of Domocile of Digitek User Claimant at Time of Death** | | | | |
| **Spouse of the Digitek User** | Was the Digitek User Claimant survived by a spouse at the time of death?  ☐ Yes  ☐ No  If Yes, provide the following information on the surviving spouse: |||| 
| | **Name** | First | MI | Last |
| | **SSN** | | Is the Spouse now deceased? ☐ Yes ☐ No || 
| **Valid Will** (select One) | ☐ Yes, the Digitek User had a valid Will at the time of death, a copy of which is attached.  **NOTE:** Skip Section C of this form, complete Section B.  ☐ No, the Digitek User did not have a valid Will at the time of death.  **NOTE:** Skip Section B of this Form, complete Section C. ||||

| **B. TESTATE DIGITEK USER** (Testate Claimants complete this Section) ||||
|---|---|---|---|
| **Name of Personal Representative, Administrator, or Executor** | First | MI | Last |
| **Address** | Street/P.O. Box ||| 
| | City | State | Zip |
| **Relationship to Digitek User** | ☐ Spouse   ☐ Parent   ☐ Child   ☐ Sibling  ☐ Administrator  ☐ Executor  ☐ Other _____ (Specify) |||
| **Status of the Will** | ☐ This Will was submitted for probate proceedings. NOTE: If a Personal Representative, Administrator, or Executor has been appointed, submit a copy of such appointment document along with this Form. |||
| | ☐ This Will has not been submitted for probate proceedings. |||

*FORM 1*

| | |
|---|---|
| **C. INTESTATE DIGITEK USER** |
| (Intestate Claimants complete this Section) |
| **Personal Representative** | ☐ A Personal Representative has been appointed for the estate of the Digitek User. **NOTE:** If a Personal Representative has been appointed, submit a copy of such appointment document along with this Form.<br>☐ Estate proceedings have been filed but no Personal Representative has been appointed for the estate of the Digitek User.<br>☐ No Personal Representative has been appointed for the estate of the Digitek User and no estate proceedings have been filed. |
| **Identify the State, Territory, or Country whose Laws of Intestate Succession apply to the Estate of the Digitek User:** | |
| If there was no surviving spouse at the time of the Digitek User's death, or if under applicable law the surviving spouse is not the first to succeed to the estate, identify the person(s) who are the next to succeed. (Attach additional sheets if necessary): |
| **Name** | First    MI    Last |
| **SSN** | Date of Birth    ___/___/_____ (month) (day) (year) |
| **Relationship to Digitek User Claimant** | ☐ Spouse  ☐ Parent  ☐ Child  ☐ Sibling<br>☐ Administrator  ☐ Executor  ☐ Other _____ (Specify) |
| **D. CERTIFICATION** |
| (All Claimants complete this Section) |
| ☐ I am counsel for the Digitek User. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| ☐ The Digitek User is not represented by counsel. I am authorized to complete this form on behalf of the Digitek User and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| **Signature** | Date |
| **Name** | First    MI    Last |
| **Address** | Street/P.O. Box<br>City    State   Zip |