## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

**MDL NO.  1968**

**THIS DOCUMENT RELATES TO ALL CASES**

---

PRETRIAL ORDER NO. _____

The Plaintiffs' Steering Committee ("PSC") has filed a Motion to Establish Alternative

Procedures for Small Estate Settlements, which Actavis Totowa LLC, Actavis Elizabeth LLC,

Actavis Inc., Mylan Pharmaceuticals Inc., Mylan Bertek Pharmaceuticals Inc., Mylan Inc., and

UDL Laboratories, Inc. (collectively "Defendants") do not oppose.  After careful consideration

of the Motion, the Court has determined that the proposed procedures will facilitate the release of

settlement funds through a simple, uniform, and cost-effective Small Estate Procedure (the

"SEP") for claims submitted on behalf of deceased claimants.  This Order therefore is issued

pursuant to the Court's authority to direct and control the pretrial proceedings in this litigation

pursuant to 28 U.S. C. §1407 and Federal Rules of Civil Procedure 16.  **AND NOW,**  this

____day of _____, 2012, it is hereby **ORDERED** that the motion is **GRANTED** as

follows:

1. ***Claimants affected by this order.***  This Order applies to all claims where the claimant is

   deceased and where, for claimants who died testate or intestate, the gross settlement

   amount does not exceed $45,000.  Counsel for each claimant whose claim is to be

   processed pursuant to the SEP shall provide confidentially to the Court a written

   declaration identifying the claimant, which will constitute *prima facie* proof that the

   claimant is entitled to payment pursuant to the SEP.

2. ***Payment Procedures.***  The SEP attached as Exhibit D to the Motion will govern the

   payments to the affected claimants.  Pursuant to the SEP, and upon receipt of executed

copies of the applicable Representative Claimant Form (Exhibit D-1 to the Motion), the Acknowledgement of Counsel Form (Exhibit D-2 to the Motion), the Release (Exhibit G to the Master Settlement Agreement ("MSA")) and provided that all other conditions to payment have been met, the Special Master shall distribute funds pursuant to the MSA as if all necessary estate documents had been received.  In doing so, Defendants and the Special Master may rely in good faith on the statements in the Forms, have no duty to inquire as to the truthfulness of any statements made in the Forms, and shall be free from liability for having distributed or authorized the distribution of settlement proceeds pursuant to the Forms.  The Release executed by the Representative Claimant pursuant to the Forms is hereby declared fully enforceable by Defendants and binding on the Representative Claimant and all derivative claimants of the deceased Digitek user.

3. ***Confidentiality Not Affected by this Order.***  All confidentiality provisions set forth in the MSA shall remain in full force and effect.

4. ***Dispute Resolution.***  Should any dispute arise regarding the applicability of this Order to an individual claimant, either party may file under seal an appropriate motion for consideration by the Court.

The Clerk is directed to file this Order in 2:08-md-1968 which shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number _____. In cases subsequently filed in this district, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the

responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

**It is so ORDERED.**

**BY THE COURT:**

_____

Judge Joseph R. Goodwin, Chief Judge