IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION

MDL 1968

------------------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER # 90**
(Order Closing MDL)

It is **ORDERED** that in light of the conclusion of all matters in this Multidistrict Litigation ("MDL") proceeding, it is **CLOSED** and removed from the court's docket.

The court **DIRECTS** the Clerk to file a copy of this order in 2-08-md-1968 and it shall apply to each member Digitek®-related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases up to and including civil action number 2-11-cv-00425. This order may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: July 2, 2012

Joseph R. Goodwin, Chief Judge