USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: DIGITEK PRODUCTS
LIABILITY LITIGATION

AT **CHARLESTON**

v.

Case Number **2:08-md-01968**

THIS DOCUMENT RELATES TO:
See attached.

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**Select and complete the appropriate section of this form to update your name and/or firm information, to add your name as counsel of record, to change representation within your firm, or to remove your name from the court's service list <u>for the above-entitled action only</u>. DO NOT use this form to withdraw from the above-entitled action, which requires a motion to withdraw and a court order pursuant to LR Civ P 83.4.**

I, _____**Dianne M. Nast**_____, hereby provide this *Notice of*

*Name of Attorney*

*Change of Attorney Information* to the Court and request the Clerk's Office to:

○   **Please add my name as counsel of record <u>*in the above-entitled action only*</u> as follows:**

My firm/government agency, _____,
has made an appearance in the above-entitled action.  I request to be added as additional counsel of record for the party(s) on whose behalf my firm/government agency has already made an appearance.

○   **Please change within-firm representation <u>*in the above-entitled action only*</u> as follows:**

My firm/government agency, _____,

by _____,
has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party(s) on whose behalf  the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case only.

USDC/ATTY-006 (Rev. 4/09) Notice of Change of Attorney Information

○   **Please remove me from the Court's service list _for the above-entitled action only_ as follows:**

I am to remain counsel of record for the following party(s):

However, I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only.  I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

◉   **Please update my name and/or firm information _for the above-entitled action only_ as follows:**

Former name: _____   New name: _____

New firm/government agency name: _____ **NastLaw LLC** _____

New address: __ **1101 Market Street, Suite 2801** __

__ **Philadelphia, Pennsylvania 19107** __

| **215-923-9300** | **215-923-9302** | **dnast@nastlaw.com** |
| New telephone number | New facsimile number | New e-mail address *(provide only if a registered CM/ECF e-filer)* |

Date: ____ **12/13/2012** ____          **/s/ Dianne M. Nast**

Dianne M. Nast
PA Bar No. 24424
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com

Attorney for Plaintiffs