UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Notice of Change of Attorney Information – Joanne E. Matusko
Case No. 2:08-md-01968

Attachment

| Case Name | MDL Case Number |
|---|---|
| Blackburn, et al. v. Actavis Totowa, LLC, et al. | 09-cv-01227 (S.D. WV) |
| Elliott, et al. v. Actavis Totowa, LLC, et al. | 09-cv-01208 (S.D. WV) |
| Exler, et al. v. Actavis Totowa, LLC, et al. | 09-cv-01207 (S.D. WV) |
| Lenard v. Mylan Pharmaceuticals, Inc., et al. | 09-cv-01024 (S.D. WV) |
| Marquardt, et al. v. Actavis Totowa, LLC, et al. | 09-cv-01218 (S.D. WV) |