## Elizabeth Ross-Given

**From:** Johnson Carter, Meghan <mjohnson@motleyrice.com>
**Sent:** Friday, July 13, 2012 4:50 PM
**To:** Elizabeth Ross-Given
**Cc:** Scott, Carmen; Palmer, Staci
**Subject:** RE: Digitek - Deficient Claims Listing -Payment on Hold

Thank you Elizabeth. We will go over the list and make sure it matches ours. We are still working with some of these clients to get the correct paperwork as some of the original client or digitek users have passed away. Have a great weekend.

**Meghan Johnson Carter** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 | mjohnson@motleyrice.com
**o.** 843.216.9383 | **c.** 843.834.4497 | **f.** 843.216.9450

---

**From:** Elizabeth Ross-Given [mailto:elizabeth@schcpa.com]
**Sent:** Friday, July 13, 2012 4:48 PM
**To:** Johnson Carter, Meghan; Scott, Carmen
**Subject:** Digitek - Deficient Claims Listing -Payment on Hold

Counselor,

Attached is an Excel sheet detailing deficiencies in document submission for your Digitek clients. The last update from Garretson Resolution Group estimated lien resolution by August. This email is an attempt to finalize document submission and clear the attached claims for payment so there is no delay in paying these claims once they are released by GRG/CMS.

To clarify the attached, the Special Master must receive the <u>original</u> Release (columns K and L), and in the event of an estate (column B) we must also have SEP Forms 1 & 2 (columns M and N) <u>OR</u> 'Representative Docs' showing capacity to represent the deceased (column P). In some rare instances, we received the original Release but had to return it to your firm due to signature issues (columns Q and R).

I ask that you review your list and contact me with any questions or concerns. I am, as always, happy to assist you in any way possible.
All the best,
Elizabeth Given


Elizabeth Given
SCH Special Projects Division
Office of the Special Master MDL 1968
elizabeth@schcpa.com
304-720-8632

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the

1


EXHIBIT 2