# Elizabeth Ross-Given

| | |
|---|---|
| **From:** | Elizabeth Ross-Given |
| **Sent:** | Monday, November 26, 2012 12:20 PM |
| **To:** | 'digitek@wgclawfirm.com'; 'kmatocha@wgclawfirm.com' |
| **Subject:** | Outstanding Digitek claims - Release Hold Watts Guerra Craft |
| **Attachments:** | Watts Guerra Craft 11-26-12.xlsx |
| **Importance:** | High |

Counselor,

We are nearing the end of *the In Re: Digitek ® Products Liability Litigation MDL No. 1968*, and wish to draw your attention once again to the claims listed on the attached sheet. Fields of concern are:
- Release Date
- Original Release
- SEP Form 1
- SEP Form 2
- Estate Appointment Papers

Defense requires original Release submissions to the Special Master's office prior to the distribution of funds. If the Digitek user is deceased, it is also required that either SEP forms or Appointment papers accompany the original Release. Also, the appointed/named representative of the deceased must sign the Release using their signatory capacity. If you possess a previously signed, original Release without signatory capacity you may amend the Release in-house and submit, omitting the need to trouble the claimant for another signature.

Please contact us with any questions or concerns.
Sincerely,
Elizabeth Given


Elizabeth Given
Office of the Special Master, MDL 1968
Smith, Cochran & Hicks PLLC
PO Box 4227
Charleston, WV 25364
1-800-564-6019


1938 McCauley


EXHIBIT 3

1

| ID | Prefix | First | Last | Atty Firm | Release Date | ORIGINAL RELEASE | SEP Form 1 | SEP Form 2 | Estate Appt Papers | Claim/package status | Release Hold | Lien Status | CMS Reconsideration | SD Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | The Estate of | Martin | Mata | Watts Guerra Craft LLP | 3/9/2012 | FALSE | | | | Complete | TRUE | Lien Resolution Complete | | |
| 1938 | | Barbara | McCauley | Watts Guerra Craft LLP | | FALSE | | | | Complete | TRUE | Lien Resolution Complete | | Dismissed |