Special Master, Digitek Claims
Smith, Cochran & Hicks, P.L.L.C., CPA's
Post Office Box 4227
Charleston, WV 25364
Toll Free: 1-800-564-6019

January 8, 2013

**VIA CERTIFIED MAIL and ELECTRONIC MAIL**
«AddressBlock»

In Re: Digitek ® Products Liability Litigation MDL No. 1968
United States District Court, Southern District of West Virginia

**FINAL NOTICE** – Deadline for document submission is February 1, 2013

Counselor,

Our records reflect that you have one or more payable claims currently being held for document submission pursuant to the terms of the Settlement Agreement. We have reminded you of your obligations by e-mail on March 6, 2012, July 16, 2012 and November 26, 2012.

Defense counsel has authorized us to inform you that they plan to file a motion with the Court to terminate all outstanding Digitek ® claims- like yours-having paperwork deficiencies that have not been rectified after repeated requests. That motion will be filed shortly after February 1, 2013.

In order to assure that you preserve the settlement funds for your client, you must submit all outstanding documents on or before February 1, 2013.

Please contact our office immediately with any questions using the toll-free number listed above. You may also contact PSC representative Meghan Johnson Carter at (843) 216-9383.

Sincerely,

Elizabeth Given
Special Master, Digitek Claims


Cc Meghan Johnson Carter
   Matthew Moriarty



EXHIBIT 4