## Elizabeth Ross-Given

| | |
|---|---|
| **From:** | Elizabeth Ross-Given |
| **Sent:** | Thursday, January 10, 2013 2:29 PM |
| **To:** | kmatocha@wgclawfirm.com; digitek@wgclawfirm.com |
| **Subject:** | Digitek - Outstanding documents |
| **Attachments:** | WATTS.docx; Watts Guerra Craft 1-8-13.xlsx |
| **Importance:** | High |

Counselor,

Please review the attached documents and contact me via email or phone at your convenience.

Thank you,
Elizabeth


**Elizabeth Given**
Office of the Special Master, MDL 1968
Smith, Cochran & Hicks PLLC
PO Box 4227
Charleston, WV 25364
1-800-564-6019

1

