| ID | Prefix | First | Last | RELEASE HOLD NOTES | Atty Firm | Atty Address | Release Received | Original Release True False | Atty Email | Gross Settlement Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1074 | The Estate of | Willie | Gilbert | No Release or Small Estate/Apt Papers-Wants extenstion told to contact Moriarti & email SEP 1& 2 1-31-2013 | Houssiere Durant & Houssiere LLP | 1990 Post Oak Blvd, Ste 800 Houston, TX 77056 | | | mvaughan@hdhtex.com | $6,841.20 |
| 1598 | | Joan | Kennicutt | Received copy of Release via email 2/1/13. Special Master stil waiting on original | Maney & Gordon PA | 101 E Kennedy Blvd Ste 3170 Tampa, FL 33602 | 2/1/2013 | FALSE | a.steingold@maneygordon.com | $9,121.60 |
| 1283 | The Estate of | Shirley | Hedberg | No Release or Small Estate/Apt Papers--LF states Release forthcoming after claimant d/c must open Estate, sent Appointment Papers 2/1/13. | Maney & Gordon PA | 101 E Kennedy Blvd Ste 3170 Tampa, FL 33602 | | | a.steingold@maneygordon.com | $21,093.70 |
| 2983 | NON PARTICIPANT | Joseph | Thompson | REFUSING FUNDS | Miller Firm LLC | 108 Railrod Avenue Orange, VA 22960 | 3/5/2012 | FALSE | pmiller@millerfirmllc.com | $11,687.05 |
| 2664 | | Dorothy | Sharp | No Release-Called Can not locate the Claimant | Morgan & Morgan PA | 201 N Franklin St. Ste 700 Tampa, FL 33602 | | | mgoetz@forthepeople.com; | $5,701.00 |
| 3147 | NON PARTICIPANT | Richard | Wehling | REFUSING FUNDS | Provost & Umphrey LLP | PO Box 4905 Beaumont, TX 77701 | | | dpermenter@provostumphr | $7,411.30 |
| 813 | | Anita | Dunham | No Release, LF lost track of claimant | Torisevla Law | 1446 National Road Wheelinh, WV 26003 | | | tcc@torisevalaw.com; | $8,836.55 |
| 1938 | NONAGREEMENT | Barbara | McCauley | QUESTIONING LEGALITY OF AGE DEDUCTION | Watts Guerra Craft LLP | 5250 Prue Road, Ste 525 San Antonio TX 78240 | | | digitek@wgclawfirm.com; | $1,710.30 |

