IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK® PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

**THIS DOCUMENT RELATES TO ALL CASES**

## DEFENDANTS' MOTION FOR PARTIAL WITHDRAWAL OF MOTION TO SHOW CAUSE

On February 4, 2013 Defendants filed their Motion For Orders to Show Cause Why Certain Claims Should Not be Terminated (document 621). Since the filing of that Motion three of the claimants listed in Exhibit 6 have come into compliance with their obligations under the Settlement Agreement (claimants Gilbert, Kennicutt and, most recently, Hedberg). On February 12, 2013 Defendants moved to withdraw this Motion as to Gilbert and Kennicutt. Therefore, with respect to Hedberg only, Defendants move the Court to withdraw their Motion for Order to Show Cause.

Respectfully submitted,

| | |
|---|---|
| KAY CASTO & CHANEY PLLC | TUCKER ELLIS LLP |
| Rebecca A. Betts, LIAISON COUNSEL<br>P.O. Box 2031<br>Charleston, West Virginia 25327<br>Tel: (304) 345-8900<br>Fax: (304) 345-8909<br>rbetts@kaycasto.com<br><br>*Attorneys for Defendants* | By: s/*Matthew P. Moriarty*<br>Richard A. Dean (Ohio Bar #0013165), CO-LEAD COUNSEL<br>Matthew P. Moriarty (WV Bar #4571; Ohio Bar #0028389), CO-LEAD COUNSEL<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Oh 44115-1414<br>Tel: (216) 592-5000<br>Fax: (216) 592-5009<br>E-mail: richard.dean@tuckerellis.com<br>matthew.moriarty@tuckerellis.com |

012165.000861.1630718.1

*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC*

SHOOK HARDY & BACON LLP

Madeleine M. McDonough
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2111
Fax: (816) 421-5547
E-mail: mmcdonough@shb.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, a copy of the foregoing **DEFENDANTS' MOTION FOR PARTIAL WITHDRAWAL OF MOTION TO SHOW CAUSE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| KAY CASTO& CHANEY PLLC | TUCKER ELLIS LLP |
| Rebecca A. Betts, LIAISON COUNSEL<br>P.O. Box 2031<br>Charleston, West Virginia 25327<br>Tel: (304) 345-8900<br>Fax: (304) 345-8909<br><br>*Attorneys for Defendants* | By: s/*Matthew P. Moriarty*<br>Richard A. Dean (Ohio Bar #0013165), CO-LEAD COUNSEL<br>Matthew P. Moriarty (WV Bar #4571; Ohio Bar #0028389), CO-LEAD COUNSEL<br>925 Euclid Avenue, Suite 1150<br>Cleveland, Oh 44115-1414<br>Tel: (216) 592-5000<br>Fax: (216) 592-5009<br>E-mail:richard.dean@tuckerellis.com<br>matthew.moriarty@tuckerellis.com<br><br>*Attorneys for Defendants Actavis Totowa LLC, Actavis Inc., and Actavis Elizabeth LLC* |

012165.000861.1630718.1