IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: DIGITEK PRODUCT LIABILITY
LITIGATION

MDL NO. 1968

RE: ANITA L. DUNHAM
CLAIM ID 813

**PLAINTIFF, ANITA DUNHAM'S NOTIFICATION OF RESOLVED MATTER AND RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY CERTAIN CLAIMS SHOULD NOT BE TERMINATED**

**NOW COMES** Anita L. Dunham, by and through her counsel, Teresa C. Toriseva, Esquire, and the law office of Toriseva Law and notifies this Honorable Court that all requirements to include Ms. Dunham in the settlement in this matter have been resolved. Pursuant to the Agreement of the parties, Ms. Dunham has produced all required documents and is entitled to settlement distribution. Therefore, Defendants' Motion for Order to Show Cause should be Denied as Plaintiff has successful produced all documents to the Special Master and to the Defendant and is now entitled to Settlement Disbursement.

Respectfully Submitted,

Teresa C. Toriseva, Esq.
W.Va. Bar ID# 6947
TORISEVA LAW
1446 National Road
Wheeling, WV 26003
Telephone: (304) 238-0066
Facsimile: (304) 238-0149
Email: tct@torisevalaw.com

**Toriseva Law**
1446 National Road
Wheeling, WV 26003
(304) 238-0066

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DIGITEK PRODUCT LIABILITY LITIGATION | : <br> : <br> : MDL NO. 1968 <br> : |
| RE: ANITA L. DUNHAM <br> CLAIM ID 813 | : <br> : <br> : |

### CERTIFICATE OF SERVICE

I, Teresa C. Toriseva, Esquire, do hereby certify that a correct copy of the foregoing *PLAINTIFF, ANITA DUNHAM'S NOTIFICATION OF RESOLVED MATTER AND RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY CERTAIN CLAIMS SHOULD NOT BE TERMINATED* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Teresa C. Toriseva, Esq.
W.Va. Bar ID# 6947

**Toriseva Law**
1446 National Road
Wheeling, WV 26003
(304) 238-0066

[2]